# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re: Docket No. 32401 |
| | ) |
| | ) Hearing Date: October 14, 2014 at 10:00 a.m. |

## CERTIFICATION OF COUNSEL REGARDING MOTION FOR A FINAL DECREE: (A) CLOSING CERTAIN OF THE CHAPTER 11 CASES; (B) REMOVING SUCH CASES FROM THE JOINT ADMINISTRATION ORDER; AND (C) WAIVING THE REQUIREMENTS TO FILE A FINAL REPORT FOR SUCH CASES

1.  On September 16, 2014, the Reorganized Debtors filed their *Motion for a Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirements to File a Final Report for Such Cases* ( the "Motion") (Docket No. 32401).

2.  Thereafter, the Debtors received inquiries and comments on the Motion and draft form of order from the United States Trustee and SGH Enterprises, Inc. As a result of those inquiries and comments, the Reorganized Debtors revised the draft order attached to the Motion to address the concerns raised by such parties.

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

3. Attached hereto as <u>Exhibit A</u> is a <u>revised</u> proposed Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirements to File a Final Report for Such Cases (the "<u>Proposed Order</u>"), which reflects the agreed changes based on the comments received from the United States Trustee and SGH Enterprises, Inc.

4. A blacklined copy of the Proposed Order is attached hereto as <u>Exhibit B</u> showing changes made from the order attached to the Motion.

5. Accordingly, the Reorganized Debtors respectfully request entry of the Proposed Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: October 7, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors