# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |
| | ) Re: Docket No. 32418 |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearings have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| November 20, 2014 | 3:00 p.m. Prevailing Eastern Time (Omnibus Hearing) |
| December 17, 2014 | 2:00 p.m. Prevailing Eastern Time (Omnibus Hearing) |
| January 21, 2015 | 1:00 p.m. Prevailing Eastern Time (Omnibus Hearing) |
| February 24, 2015 | 10:00 a.m. Prevailing Eastern Time (Omnibus Hearing) |

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

IT IS HEREBY FURTHER ORDERED that these hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: OCTOBER 8, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge