# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

## REQUEST FOR
## REMOVAL FROM MAILING MATRIX AND/OR ELECTRONIC NOTICES

PLEASE TAKE NOTICE that an Order Approving, Authorizing, and Implementing the Settlement Agreement Between and Among the Debtors and the Bank Lender Group [dkt. no. 31604] was entered on January 17, 2014.  The undersigned counsel for the Bank Lender Group respectfully requests that the names, email addresses, postal addresses, telephone and facsimile numbers listed below be removed from the current mailing matrix in connection with the above-referenced matter.

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **LANDIS RATH & COBB LLP** |
| Stephen J. Shimshak | Richard Cobb (No. 3157) |
| Andrew N. Rosenberg | James S. Green, Jr. (No. 4406) |
| Rebecca R. Zubaty Cohen | J. Landon Ellis (No. 4852) |
| 1285 Avenue of the Americas | 919 Market Street, Suite 1800 |
| New York, New York  10019-6064 | Post Office Box 2087 |
| Telephone:  (212) 373-3000 | Wilmington, Delaware  19899 |
| Telecopier:  (212) 757-3990 | Telephone:  (302) 467-4400 |
| sshimshak@paulweiss.com | Telecopier:  (302) 467-4450 |
| arosenberg@paulweiss.com | cobb@lrclaw.com |
| rcohen@paulweiss.com | green@lrclaw.com |
| | ellis@lrclaw.com |

{672.001-W0030226.}

Date:  October 9, 2014        **LANDIS RATH & COBB LLP**

*/s/ James S. Green Jr.*
Richard Cobb (No. 3157)
James S. Green Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware  19899
Telephone:  (302) 467-4400
Telecopier:  (302) 467-4450
cobb@lrclaw.com
green@lrclaw.com
ellis@lrclaw.com

– and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Stephen J. Shimshak
Andrew N. Rosenberg
Rebecca R. Zubaty Cohen
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Telecopier:  (212) 757-3990
sshimshak@paulweiss.com
arosenberg@paulweiss.com
rcohen@paulweiss.com

*Attorneys for The Bank Lender Group*