# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

Re: **Various Docket Numbers**[2]

### ORDER APPROVING FIFTY-SECOND INTERIM
### AND FINAL FEE APPLICATIONS

Upon the fifty-second quarterly and final fee applications (the "Applications")[3] of the

Professionals referenced on **Exhibit A** attached hereto for the period of January 1, 2014 through

February 3, 2014, (the "Compensation Period") and April 2, 2001 through February 3, 2014 (the

"Final Period"), pursuant to sections 105(a) and 331 of title 11 of the United States Code (the

---

[1]    The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2]    Re: Docket Numbers: 31995, 32192, 32132, 32118, 32169, 31854, 31978, 32107, 32190, 32163, 32021, 32163, 32137, 32194, 12771, 32451, 12652, 12842, 32388, 31930, 32191, 32399, 32028, 32174, 31834, 32133, 32168, 31971, 32102, 31925, 32177, 32189, 31849, 38792, 32185, 32085, 32097, 18047, 32011, 32086, 32180, 31832, 32072, 32128, 31902, 32173, 32094, 32161, 32170, 31806, 32167, 32114, 32112, 32156, 32019, 32087, 32179, 31813, 31965, 32100, 32080, 16714, 32184, 32176, 32123, 32309, 31817, 32106, 32120, 32152, 32116, 32178, 32125, 32311, 32186, 32193, 32150, 32138, 32149, 20016, 20017, 20018, 21013, 21014, 21015, 21016, 21373, 32171, 29832, 30081, 30743, 30826, 31097, 31212, 31589, 31713, 31786, 31898, 32010, 32119, 32195, 9211, 12614, 13545, 32188, 32166, 32117, 32017, 32018, 31828, 32066, 32073, 32379, 7836, 11790, 11791, 32093, 31793, 32135, 31796, 32074, 32162, 31753, 31814, 32082, 32076, 32124, 32310, 32151, 31731, 32006, 32064, 31719, 32115, 32122, 20016, 20017, 20018, 21013, 21014, 21015, 21016, 21373, 32253, 32130, 32109, 32139, 32092, 32174 and 32113.

[3]    Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

"Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a)

and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of

Expenses for Professionals and Official Committee Members (the "Interim Compensation

Order"); and it appearing that the Court has jurisdiction to consider the Applications and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this

matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that

venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Applications having been given; and after

due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications listed on **Exhibit A** hereto are approved on a final

basis; and it is further

ORDERED that each of the Professionals is allowed, on a final basis,  (i) compensation

for services rendered during the Compensation Period and the Final Period; and (ii)

reimbursement for actual and necessary expenses incurred during the Compensation Period and

the Final Period; and it is further

ORDERED that the Debtors are authorized to make payment to each of the Professionals,

100% of any and all fees and 100% of any and all expenses listed in **Exhibit A** that have not yet

been paid; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# Exhibit A

**EXHIBIT A**

**FEE AND EXPENSE CHART WITH RECOMMENDATIONS**

**W.R. Grace – 52nd Interim Period (January 1, 2014 through February 3, 2014)**
**Sealed Air Adversary Proceedings,[1] and**
**Final Application Period (April 2, 2001 through February 3, 2014)[2]**

| ANDERSON KILL P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31995 | 52nd | Total: | $289,942.50 | $1,575.62 | $289,942.50 | $1,575.62 |
| 32192 | FINAL | TOTAL: | $12,371,586.00 | $116,017.39 | $12,369,425.00 | $109,642.84 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32132 | FINAL | TOTAL: | $332,700.00 | $19,209.39 | $332,700.00 | $19,209.39 |

| LAW OFFICES OF JANET S. BAER, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32101 | FINAL | TOTAL: | $3,086,223.00 | $71,297.25 | $3,085,773.00 | $70,384.01 |

| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32118 | 51st [3] | Total: | $90,000.00 | $0.00 | $90,000.00 | $0.00 |
| 32118 | 52nd | Total: | $30,000.00 | $78.35 | $30,000.00 | $63.45 |
| 32118 | FINAL | TOTAL: | $3,114,500.00 | $136,418.89 | $3,114,500.00 | $131,472.41 |

[1] The Sealed Air Adversary Proceedings are *Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al. v. Sealed Air Corporation and Cryovac, Inc.*, Adversary No. 02-2210, and *Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al. v. Fresenius Medical Care Holdings, Inc. and National Medical Card, Inc.*, Adversary No. 02-2211. Except as otherwise noted, the fees and expenses for the Sealed Air Adversary Proceedings have been previously approved by this Court on an interim basis. However, the Sealed Air fees and expenses have not been reviewed by the Fee Auditor.

[2] Amounts listed for the Interim Periods and the Sealed Air Adversary Proceedings are included in the totals for the Final Application Period.

[3] The Fifty-First Interim Period encompasses October 1, 2013 through December 31, 2013.

| BAKER MCKENZIE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32169 | FINAL | TOTAL: | $92,316.19 | $1,118.16 | $92,316.19 | $1,118.16 |

| BARNWELL, WHALEY, PATTERSON & HELMS, L.L.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31854 | FINAL | TOTAL: | $9,875.00 | $280.50 | $9,700.00 | $280.50 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31879 | 52nd | Total: | $59,678.55 | $278.19 | $59,678.55 | $278.19 |
| 32107 | FINAL | TOTAL: | $3,631,102.91 | $51,064.16 | $3,576,170.21 | $50,062.92 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $1,392,044.50 | $300,669.92 | $1,392,044.50 | $300,669.92 |
| 32190 | 52nd | Total: | $20,586.00 | $390.84 | $20,586.00 | $390.84 |
| 32190 | FINAL[4] | TOTAL: | $11,837,680.74 | $5,248,546.60 | $11,837,680.74 | $5,249,546.60 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32163 | Dow Transaction | TOTAL: | $5,000,000.00 | $19,488.46 | $5,000,000.00 | $16,520.32 |
| 32021 | 52nd | TOTAL: | $150,000.00 | $0.00 | $150,000.00 | $0.00 |
| 32163 | FINAL[5] | TOTAL: | $27,219,166.67 | $299,446.21 | $27,219,166.67 | $296,155.32 |

---

[4] Bilzin Sumberg's final fee amount does not include its request for fee enhancement totaling $875,000.00. The $875,000.00 fee enhancement request will be addressed in a separate order.

[5] Blackstone's Dow Transaction fees and expenses, and its Monthly Advisory fees for the Fifty-Second Interim Period are included in its final fee and expense request. Also included in Blackstone's final fee request is a $5,000,000.00 Restructuring Fee. However, the Court previously gave final approval to the Restructuring Fee in the Order Approving Restructuring Fee (Docket No. 32298), on July 15, 2014, so it is not specifically listed in this order.

2

| BMC GROUP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32137 | 52nd | Total: | $95,871.50 | $8,624.58 | $95,871.50 | $8,624.58 |
| 32194 | FINAL | TOTAL: | $9,292,715.50 | $834,264.36 | $9,263,172.09 | $835,934.37 |

| BOWE & FERNICOLA, LLC[6] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 12771 | 21st [7] | Total: | $51,962.50 | $139.48 | $51,962.50 | $139.48 |
| N/A | FINAL | TOTAL: | $113,330.00 | $239.68 | $113,330.00 | $239.68 |

| BUCHANAN INGERSOLL & ROONEY PC (f/k/a Klett Rooney Lieber & Schorling) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 12451 12652 12842 | 21st | Total: | $7,148.00 | $1,956.41 | $7,148.00 | $1,956.41 |
| 32388 | FINAL | TOTAL: | $1,778,230.00 | $75,469.77 | $1,770,415.88 | $75,307.79 |

| CAMPBELL & LEVINE, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|  | Sealed Air | Total: | $19,024.50 | $2,231.89 | $19,024.50 | $2,231.89 |
| 31930 | 52nd | Total: | $8,323.50 | $1,032.75 | $8,290.50 | $1,032.75 |
| 32191 32399 | FINAL | TOTAL: | $3,869,816.50 | $548,767.87 | $3,869,783.50 | $548,767.87 |

---

[6] Bowe & Fernicola did not file a final fee application. However, Debtor's counsel asked the Fee Auditor to review Bowe & Fernicola's final fees and expenses.

[7] The Twenty-First Interim Period encompasses April 1, 2006 through June 30, 2006.

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air[8] | Total: | $970,548.50 | $0.00 | $970,215.50 | $0.00 |
| 32028 | 52nd | Total: | $98,303.25 | $584.01 | $98,303.25 | $584.01 |
| 32174 | FINAL | TOTAL: | $22,510,174.75 | $3,932,840.61 | $22,364,299.75 | $3,901,565.44 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31834 | 52nd | Total: | $28,337.00 | $31.05 | $23,269.00 | $31.05 |
| 32133 | FINAL | TOTAL: | $11,104,136.98 | $97,859.59 | $11,084,585.86 | $103,750.67 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32168 | FINAL | TOTAL: | $2,071,528.25 | $89,188.84 | $2,071,528.25 | $89,188.84 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31971 | 52nd | Total: | $15,755.50 | $24,674.76 | $15,755.50 | $24,674.76 |
| 32102 | FINAL | TOTAL: | $4,404,155.25 | $2,052,100.45 | $4,403,059.25 | $2,052,061.09 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31925 | 52nd | Total: | $77,545.75 | $498.00 | $77,545.75 | $498.00 |
| 32177 | FINAL | TOTAL: | $1,904,450.14 | $2,712.64 | $1,904,450.14 | $2,712.64 |

| CONWAY, DEL GENIO, GRIES & CO., LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air[9] | Total: | $750,203.13 | $24,465.67 | $1,115,135.13 | $39,114.43 |
| 32189 | FINAL | TOTAL: | $4,778,081.06 | $72,783.36 | $5,143,013.06 | $87,432.12 |

---

[8] It was determined that there were mathematical errors in Caplin & Drysdale's fees in one of the *Sealed Air* fee orders. The allowed fees reflect the correct amounts for Caplin & Drysdale, and were agreed upon by counsel for Caplin & Drysdale and the Debtors.

[9] It was determined that there were mathematical errors in Conway's fees and expenses in one of the *Sealed Air* fee orders. The allowed fees and expenses reflect the correct amounts for Conway, and were agreed upon by counsel for Conway and the Debtors.

| EDWARD B. COTTINGHAM, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31849 | FINAL | TOTAL: | $33,570.00 | $1,175.96 | $31,410.00 | $1,034.60 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 38792 | 44th [10] | Total: | $4,112.50 | $25.00 | $4,112.50 | $25.00 |
| 32185 | FINAL | TOTAL: | $6,200,796.20 | $535,166.21 | $6,188,444.10 | $535,169.30 |

| DELOITTE & TOUCHE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32085 | FINAL | TOTAL: | $1,813,199.54 | $89,461.32 | $1,813,200.04 | $89,461.32 |

| DELOITTE CONSULTING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32097 | FINAL | TOTAL: | $12,239.00 | $12.00 | $12,239.00 | $12.00 |

| DELOITTE FINANCIAL ADVISORY SERVICES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 18047 | FINAL | TOTAL: | $100,000.00 | $3,375.55 | $100,000.00 | $3,375.55 |

| DELOITTE TAX LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32011 | 52nd | Total: | $55,497.50 | $6.17 | $48,595.00 | $6.17 |
| 32086 | FINAL | TOTAL: | $1,801,830.30 | $13,215.73 | $1,793,103.80 | $13,215.51 |

| DIES AND HILE, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32180 | FINAL | TOTAL: | $194,130.00 | $110,990.13 | $194,130.00 | $110,990.13 |

---

[10] The Forty-Fourth Interim Period encompasses January 1, 2012 through March 31, 2012.

| DUANE MORRIS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31832 32072 | 52nd | Total: | $7,662.50 | $28.00 | $7,662.50 | $28.00 |
| 32128 | FINAL | TOTAL: | $3,165,467.40 | $147,931.99 | $3,100,655.40 | $147,329.19 |

| DUFF & PHELPS, LLC[11] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $100,000.00 | $11,442.93 | $100,000.00 | $11,442.93 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $68,884.00 | $13,095.85 | $68,884.00 | $13,095.85 |
| 31902 | 52nd | Total: | $11,003.00 | $81.03 | $10,941.00 | $81.03 |
| 32173 | FINAL | TOTAL: | $2,063,274.00 | $264,221.32 | $2,063,212.00 | $264,221.32 |

| FOLEY HOAG LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32094 | 52nd | Total: | $49,771.80 | $55.77 | $49,771.80 | $55.77 |
| 32161 | FINAL | TOTAL: | $1,652,633.85 | $33,897.81 | $1,651,854.17 | $34,410.63 |

| FORMAN PERRY WATKINS KRUTZ & TARDY LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32170 | FINAL | TOTAL: | $3,304,539.00 | $330,626.87 | $3,302,814.00 | $329,048.96 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31806 | 52nd | Total: | $5,050.00 | $1,563.00 | $5,050.00 | $1,563.00 |
| 32167 | FINAL | TOTAL: | $570,053.11 | $222,058.95 | $445,061.68 | $213,165.31 |

---

[11] Duff & Phelps did not file a final fee application.  However, Debtors' counsel asked the Fee Auditor to review Duff & Phelps' final fees and expenses.

| FRANKEL, ROGER | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32114 | 52nd | Total: | $120,096.50 | $2,546.80 | $120,096.50 | $2,546.80 |
| 32114 | FINAL | TOTAL: | $509,937.50 | $4,314.78 | $509,937.50 | $4,314.78 |

| FRANKEL WYRON LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32112 | 52nd | Total: | $56,087.50 | $2,347.44 | $56,087.50 | $2,347.44 |
| 32112 | FINAL | TOTAL: | $56,087.50 | $2,347.44 | $56,087.50 | $2,347.44 |

| GOODWIN PROCTER LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32156 | FINAL | TOTAL: | $249,300.00 | $14,891.66 | $249,300.00 | $14,889.67 |

| GRANT THORNTON LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32019 | 52nd | Total: | $20,201.50 | $0.00 | $20,201.50 | $0.00 |
| 32087 | FINAL | TOTAL: | $651,843.50 | $47,201.75 | $645,601.50 | $45,605.47 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $223,525.00 | $5,099.04 | $223,525.00 | $5,099.04 |
| 32179 | FINAL | TOTAL: | $784,215.00 | $19,043.08 | $784,215.00 | $19,043.08 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31813, 31965 | 52nd | Total: | $131,717.50 | $1,665.88 | $131,717.50 | $1,665.88 |
| 32100 | FINAL | TOTAL: | $3,046,118.00 | $73,603.47 | $3,046,118.00 | $73,603.46 |

| R. KARL HILL (Seitz, Van Ogtrop & Green, P.A.) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32080 | FINAL | TOTAL: | $14,917.50 | $44.80 | $14,317.50 | $44.80 |

| HILSOFT NOTIFICATIONS | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 16714 | 26[th 12] | Total: | $90.00 | $0.00 | $90.00 | $0.00 |
| 32184 | FINAL | TOTAL: | $166,487.84 | $4,235.83 | $166,487.84 | $4,235.83 |

| W. D. HILTON, JR. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $18,600.00 | $1,763.37 | $18,600.00 | $1,763.37 |
| 32176 | FINAL | TOTAL: | $35,137.50 | $1,763.37 | $35,137.50 | $1,763.37 |

| THE HOGAN FIRM | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32123 | 52nd | Total: | $15,477.00 | $938.16 | $15,317.00 | $938.16 |
| 32309 | FINAL | TOTAL: | $630,776.00 | $27,913.77 | $626,926.50 | $27,793.77 |

| KAYE SCHOLER LLP | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31817 | 52nd | Total: | $9,984.87 | $0.00 | $9,984.87 | $0.00 |
| 32106 | FINAL | TOTAL: | $632,647.74 | $426.41 | $511,677.05 | $311.41 |

| KIRKLAND & ELLIS LLP | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $2,634,559.50 | $318,559.28 | $2,634,559.50 | $318,559.28 |
| 32120 | 52nd | Total: | $1,473,374.00 | $57,174.18 | $1,473,374.00 | $56,482.35 |
| 32152 | FINAL | TOTAL | $155,582,791.10 | $44,676,058.42 | $155,583,745.10 | $44,675,366.59 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32116 | 52nd | Total: | $22,053.50 | $21.20 | $22,053.50 | $21.20 |
| 32116 | FINAL | TOTAL : | $5,516,261.95 | $345,823.57 | $5,519,455.25 | $338,214.18 |

---

[12] The Twenty-Sixth Interim Period encompasses July 1, 2007 through September 30, 2007.

| LATHAM & WATKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32178 | FINAL | TOTAL: | $748,745.20 | $19,992.80 | $767,200.50 | $20,102.32 |

| LAUZON BÉLANGER LESPÉRANCE[13] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32125 | 52nd | Total: | $6,547.50 | $986.70 | $6,547.50 | $986.70 |
| 32311 | FINAL | TOTAL: | $113,360.65 | $20,723.08 | $112,978.75 | $20,385.58 |

| LAWSON LUNDELL LLP[14] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $93,608.83 | $9,949.27 | $93,608.83 | $9,949.27 |

| LECG, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32186 | FINAL | TOTAL: | $414,412.25 | $3,541.01 | $414,412.25 | $3,541.01 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32193 | FINAL | TOTAL: | $6,531,074.75 | $63,808.08 | $6,531,074.25 | $63,808.08 |

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32150 | 52nd | Total: | $75,000.00 | $3,603.24 | $75,000.00 | $3,603.24 |
| 32150 | FINAL | TOTAL: | $2,920,000.00 | $34,998.27 | $2,920,000.00 | $34,998.27 |

---

[13] All amounts for this applicant are in CDN.

[14] Lawson Lundell did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review Lawson Lundell's final fees and expenses.

| LUKINS & ANNIS, P.S. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32138 | FINAL | TOTAL: | $539,289.00 | $42,716.68 | $537,639.00 | $42,716.68 |

| MORRISON & FOERSTER LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32149 | FINAL | TOTAL: | $163,083.75 | $81,785.02 | $163,083.75 | $81,785.02 |

| NELSON MULLINS RILEY & SCARBOROUGH LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 20016 20017 20018 21013 21014 21015 21016 21373 | 35th – 45th [15] | Total: | $3,179.00 | $45.95 | $3,179.00 | $45.95 |
| 32171 | FINAL | TOTAL | $1,038,748.50 | $26,630.21 | $915,807.50 | $24,475.16 |

| NORTON ROSE FULBRIGHT CANADA LLP (f/k/a Ogilvy Renault LLP)[16] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 29832 30081 30743 30826 31097 31212 31589 31713 31786 31898 32010 | 46th -- 52nd [17] | Total: | $85,154.37 | $926.42 | $85,129.50 | $926.92 |
| 32119 | FINAL | TOTAL | $2,214,457.00 | $145,161.56 | $2,167,295.50 | $145,078.97 |

[15] The Thirty-Fifth through Forty-Fifth Interim Periods encompass the period of October 1, 2009 through June 30, 2012.

[16] All amounts for this applicant are in CDN.

[17] The Forty-Sixth through Fifty-Second Interim Periods encompass July 1, 2012 through February 3, 2014.

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32195 | FINAL | TOTAL: | $0.00 | $35,944.02 | $0.00 | $35,944.02 |

| OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 9211 | 14th [18] | Total: | $0.00 | $130.00 | $0.00 | $130.00 |
| 12614 | 18th [19] | Total: | $0.00 | $51,770.89 | $0.00 | $45,744.30 |
| 13545 | 19th [20] | Total: | $0.00 | $1,436.27 | $0.00 | $1,436.27 |
| 32188 | Supple-mental [21] | Total: | $0.00 | $5,969.22 | $0.00 | $5,862.66 |
| 32188 | FINAL | TOTAL: | $0.00 | $185,757.50 | $0.00 | $179,624.35 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32166 | 52nd | Total: | $196,364.25 | $9,728.20 | $196,364.25 | $9,728.20 |
| 32166 | FINAL | TOTAL: | $27,004,456.50 | $2,168,891.33 | $27,004,456.50 | $2,155,182.43 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32117 | Sealed Air | Total: | $19,446.00 | $4,402.80 | $19,446.00 | $4,402.80 |
| 32017 | 52nd | Total: | $44,481.50 | $24,921.40 | $44,481.50 | $24,921.40 |
| 32018 32117 | FINAL | TOTAL: | $5,713,199.05 | $4,684,309.90 | $5,713,198.25 | $4,684,309.90 |

| PERKINS COIE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32108 | FINAL | TOTAL: | $116,932.25 | $18,417.99 | $116,932.25 | $18,417.99 |

---

[18] The Fourteenth Interim Period encompasses April 1, 2005 through June 30, 2005.
[19] The Eighteenth Interim Period encompasses April 1, 2006 through June 30, 2006.
[20] The Nineteenth Interim Period encompasses July 1, 2006 through September 30, 2006.
[21] Included in the Committee's final application was a supplemental expense request for expenses incurred in various interim periods.

11

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31828 | 52nd | Total: | $3,085.50 | $27.37 | $3,085.50 | $27.37 |
| 32066 | FINAL | TOTAL: | $1,013,240.00 | $61,067.70 | $1,013,240.00 | $61,067.70 |

| PRICEWATERHOUSECOOPERS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32073 | 52nd | Total: | $774,723.51 | $11,665.45 | $774,723.51 | $11,665.45 |
| 32379 | Global Restruc- turing Project Jan. 2014 | Total: | $20,483.30 | $0.00 | $20,483.30 | $0.00 |
| 32379 | FINAL | TOTAL: | $36,061,868.29 | $772,606.60 | $31,061,868.29 | $772,606.60 |

| PROTIVITI INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 7836 11790 11791 | 16th [22] | Total: | $57,694.66 | $542.69 | $57,460.00 | $542.69 |
| 32093 | FINAL | TOTAL: | $3,502,658.66 | $403,757.85 | $3,451,206.61 | $391,145.04 |

| REED SMITH LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31793 | 52nd | Total: | $27,064.00 | $58.54 | $27,064.00 | $58.54 |
| 32135 | FINAL | TOTAL: | $18,029,661.35 | $2,056,764.13 | $18,029.541.35 | $2,057,142.77 |

| ALAN B. RICH | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31796 | 52nd | Total: | $68,325.00 | $5,236.11 | $68,175.00 | $5,236.11 |
| 32074 | FINAL | TOTAL: | $1,461,195.50 | $81,420.85 | $1,461,010.50 | $81,402.85 |

| RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32162 | FINAL | TOTAL: | $2,729,034.75 | $688,699.19 | $2,730,036.75 | $688,522.14 |

---

[22] The Sixteenth Interim Period encompasses January 1, 2005 through March 31, 2005.

| HON. ALEXANDER M. SANDERS, JR. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31753 31814 | 52nd | Total: | $19,080.00 | $1,663.30 | $17,730.00 | $1,613.30 |
| 32082 | FINAL | TOTAL: | $319,345.00 | $19,006.73 | $317,995.00 | $18,956.73 |

| SAUL EWING LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32076 | 52nd | Total: | $7,013.50 | $578.76 | $7,013.50 | $578.76 |
| 32076 | FINAL | TOTAL: | $736,486.07 | $13,166.29 | $735,655.50 | $13,025.86 |

| SCARFONE HAWKINS LLP[23] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32124 | 52nd | Total: | $38,812.50 | $5,051.45 | $38,812.50 | $5,051.45 |
| 32310 | FINAL | TOTAL: | $429,799.89 | $61,931.48 | $427,773.64 | $61,297.17 |

| THE SCOTT LAW GROUP, P.S. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32151 | FINAL | TOTAL: | $178,155.00 | $12,587.60 | $178,155.00 | $12,587.60 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31731 32006 | 52nd | Total: | $12,447.00 | $140.76 | $12,447.00 | $140.76 |
| 32064 | FINAL | TOTAL: | $3,070,774.77 | $62,437.43 | $3,070,774.77 | $62,437.43 |

| SOCHA, PERCZAK, SETTER & ANDERSON, P.C.[24] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $80,217.50 | $16,158.32 | $80,217.50 | $16,158.32 |

---

[23] All amounts for this applicant are in CDN.
[24] Socha, Perczak , Setter & Anderson did not file a final fee application.  However, Debtors' counsel asked the Fee Auditor to review the firm's final fees and expenses.

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31719 | 51st 25 | Total: | $8,061.50 | $0.00 | $8,061.50 | $0.00 |
| 32115 | FINAL | TOTAL: | $2,556,568.99 | $66,100.61 | $2,530,281.00 | $62,239.13 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32122 | 52nd | Total: | $11,847.50 | $98.40 | $11,847.50 | $98.40 |
| 32122 | FINAL | TOTAL: | $16,394,063.67 | $4,539,950.31 | $16,394,063.67 | $4,531,155.38 |

| SULLIVAN HAZELTINE ALLINSON LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 20016 20017 20018 21013 21014 21015 21016 21373 | 30th – 32nd 26 | Total: | $15,092.00 | $16,980.54 | $15,092.00 | $16,980.54 |
| 32253 | FINAL | TOTAL: | $88,944.50 | $54,581.90 | $88,944.50 | $54,581.90 |

| TOWERS WATSON | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32130 | 52nd | Total: | $9,240.00 | $0.00 | $9,240.00 | $0.00 |
| 32130 | FINAL | TOTAL: | $3,673,654.50 | $53,453.96 | $3,673,654.50 | $53,453.96 |

| TRE ANGELI LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32109 | FINAL | TOTAL: | $870,000.00 | $4,568.88 | $870,000.00 | $4,568.88 |

---

[25] The Fifty-First Interim Period encompasses October 1, 2013 through December 31, 2013.
[26] The Thirtieth through Thirty-Second Interim Periods encompass May 1, 2008 through March 31, 2009.

| VENABLE LLP | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32139 | 51st – 52nd | Total: | $57,803.73 | $128.87 | $57,803.73 | $128.87 |
| 32139 | FINAL | TOTAL: | $3,092,177.94 | $962,108.61 | $3,091,783.21 | $961,919.96 |

| WACHTELL, LIPTON, ROSEN & KATZ | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32092 | FINAL | TOTAL: | $186,846.25 | $25,864.16 | $189,490.00 | $25,977.88 |

| WALLACE, KING, MARRARO & BRANSON, PLLC[27] | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $5,393,303.40 | $1,163,604.19 | $5,393,303.40 | $1,163,443.56 |

| ELIZABETH WARREN[28] | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 354 355 | 6th and 7th [29] | Total: | $3,037.50 | $0.00 | $3,037.50 | $0.00 |
| 32174 | FINAL | TOTAL: | $4,725.00 | $0.00 | $4,725.00 | $0.00 |

| WOODCOCK WASHBURN LLP | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32113 | FINAL | TOTAL: | $3,716,655.00 | $810,651.56 | $3,785,853.75 | $798,501.84 |

[27] Wallace, King, Marraro & Branson did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review the firm's final fees and expenses.

[28] Elizabeth Warren did not file a final fee application. Caplin & Drysdale included a request for final approval of her fees and expenses in its final application because she was Caplin & Drysdale's bankruptcy consultant.

[29] These fees were for the months of September and October 2002, which months are included in the Sixth and Seventh Interim Periods.