## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-01139 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Re: Docket No. 32422 |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2014, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Professionals with uncontested final fee applications may appear by telephone. Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).**

## CONTINUED MATTERS:

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    b.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Related Documents: None.

    Status: This matter is continued to the next omnibus hearing date.

---

[1]     The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

2.      Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue
        Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

        Response Deadline: May 22, 2014, at 4:00 p.m.

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:

        a.      [Proposed] Order Regarding the Remaining Claims for the Internal Revenue
                Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

        Status: This matter has been continued to a date to be determined.

**UNCONTESTED MATTERS:**

3.      Motion of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, to
        Allow Amendment to Its Final Application for Allowance of Compensation and
        Reimbursement of Expenses for the Period January 10, 2002 Through February 3, 2014
        to Be Deemed Timely Filed [Filed: 8/25/14] (Docket No. 32386)

        Response Deadline:  September 9, 2014, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Related Documents:

        a.      [Proposed] Order Granting Motion of PricewaterhouseCoopers LLP, Auditors and
                Tax Consultants for Debtors, to Allow Amendment to Its Final Application for
                Allowance of Compensation and Reimbursement of Expenses for the Period
                January 10, 2002 Through February 3, 2014 to Be Deemed Timely Filed [Filed:
                8/25/14] (Docket No. 32386)

        b.      Certification of No Objection Regarding Motion of PricewaterhouseCoopers LLP,
                Auditors and Tax Consultants for Debtors, to Allow Amendment to Its Final
                Application for Allowance of Compensation and Reimbursement of Expenses for
                the Period January 10, 2002 Through February 3, 2014 to Be Deemed Timely
                Filed [Filed: 9/11/14] (Docket No. 32398)

        Status:  No parties have objected to the relief requested in the Motion.  Accordingly,
        PricewaterhouseCoopers LLP has filed a certification of no objection and respectfully
        requests the entry of the order attached to the Motion.

4.      Motion for Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing
        Such Cases From the Joint Administration Order; and (C) Waiving the Requirements to
        File a Final Report for Such Cases [Filed: 9/16/14] (Docket No. 32401)

        Response Deadline:  October 6, 2014, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.      [Proposed] Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirements to File a Final Report for Such Cases [Filed: 9/16/14] (Docket No. 32401, Exhibit A)

b.      Certification of Counsel Regarding Motion for Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirements to File a Final Report for Such Cases [Filed: 10/7/14] (Docket No. 32419)

Status: The Reorganized Debtors have filed a revised order under certification of counsel and respectfully request the entry of the order.

## UNCONTESTED FINAL FEE APPLICATIONS:

5.      Final Fee Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses

Related Documents:

a.      Certification of Counsel Regarding Final Fee Application Project Category Summary **[Filed: 10/13/14] (Docket No. 32424)**

b.      Certification of Counsel Regarding Order Approving Final Fee Applications **[Filed: 10/13/14] (Docket No. 32425)**

Status: This matter will go forward.  If the form of order is acceptable to the Court no hearing is needed on the uncontested final fee applications.

## CONTESTED FINAL FEE APPLICATION:

6.      Fifty-Second Interim and Final Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 9, 2001 Through February 3, 2014 and Request for Fee Enhancement for Services in Connection with Fraudulent Transfer Litigation Against Sealed Air Corporation, Cryovac, Inc. and Fresenius Medical Care Holdings [Filed: 5/12/14] (Docket No. 32190)

Responses Received:

a.      [Reorganized Debtors'] Objection to Fee Enhancement Requested By the Law Firm of Bilzin Sumberg Baena Price & Axelrod LLP [Filed 8/15/14] (Docket No. 32382)

b.      The United States Trustee's Objection to the Fifty-Second Interim and Final Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of

DOCS_DE:195617.3 91100/001

Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 9, 2001 Through February 3, 2014 and Request for Fee Enhancement for Services in Connection with Fraudulent Transfer Litigation Against Sealed Air Corporation, Cryovac, Inc. and Fresenius Medical Care Holdings [Filed: 9/26/14] (Docket No. 32408)

c.    Exhibit A to The United States Trustee's Objection to the Fifty-Second Interim and Final Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 9, 2001 Through February 3, 2014 and Request for Fee Enhancement for Services in Connection with Fraudulent Transfer Litigation Against Sealed Air Corporation, Cryovac, Inc. and Fresenius Medical Care Holdings [Filed: 9/26/14] (Docket No. 32409)

<u>Related Documents:</u>

a.    Fee Auditor's Final Report Regarding the Fifty-Second Interim and Final Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 9, 2001 Through February 3, 2014 [Filed: 7/29/14] (Docket No. 32352)

b.    Declaration of Scott L. Baena in Support of Request for Fee Enhancement for Services in Connection with Fraudulent Transfer litigation Against Sealed Air Corporation, Cryovac, and Fresenius Medical Care Holdings [Filed: 10/7/14] (Docket No. 32420)

<u>Status:</u> This matter is contested with respect to the request for a fee enhancement <u>only</u>. This matter is going forward.

Dated: October 13, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

DOCS_DE:195617.3 91100/001

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors