# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co., et al.
**CASE NO.** 01-01139-KJC

**COURTROOM LOCATION:** 5
**DATE:** October 14, 2014

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott L. Baena | Bilzin Sumberg | Bilzin Sumberg |
| Jay Sakalo | Bilzin Sumberg | Bilzin Sumberg |
| Teresa Quinn | Saul Ewing | Equity Comm. |
| James O'Neill | PSZJ | Reorg Debtors |
| Roger Higgins | Roger Higgins Law Assoc | " |
| Clarissa Chenoweth | Smith Katzenstein & Jenkins | PricewaterhouseCoopers |
| Lisa Coggins | Ferry Joseph & Pearce | FJP |
| Mary Caloway | Buchanan Ingersoll & Rooney | BIR |
| Mark T. Hurford | Campbell + Levine | ACC |
| Richard L. Schepacarter | US DOJ-OUST | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 10/14/2014
Calendar Time: 10:00 AM ET

Amended Calendar 10/14/2014 06:50 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6523106 | Matthew Abraham | (305) 341-8040 | Grant Thornton LLP | Interested Party, Matthew Abraham / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520711 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Third Party, Official Committe of Equity Security Holders / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6522082 | Laura Bouyea | (443) 804-3745 | Venable LLP | Interested Party, Venable / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6522076 | Darek Bushnaq | (410) 244-7867 | Venable LLP | Interested Party, Venable / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520286 | Douglas E. Cameron | 412-288-4104 | Reed Smith LLP | Debtor, WR Grace Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520558 | George Cauthen | 803-255-9425 | Nelson Mullins Riley & Scarborough | Creditor, Nelson Mullins Riley & Scarborough LLP / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521939 | Franklin E. Childress | (901) 577-2147 | Baker, Donelson, Bearman, Caldwell & | Interested Party, Franklin E. Childress / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521942 | March B. Croft | (601) 960-8600 | Forman, Perry, Watkins, Krutz & Tardy | Interested Party, March B. Croft / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6526826 | Jerome DeAlmeida | 212-583-5879 | The Blackstone Group | Interested Party, The Blackstone Group / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521958 | Nicholas J. Denovio | (202) 637-2200 | Latham & Watkins LLP | Interested Party, Nicholas J. Denovio / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521925 | Debra Felder | (202) 339-8567 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6519865 | Roger Frankel | (202) 903-0700 | Frankel Wyron LLP | Other Prof., Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521949 | Margarita Y. Ginzburg | (860) 275-0100 | Day Pitney, LLP | Interested Party, Margarita Y. Ginzburg / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520200 | Daniel M. Glosband | (617) 570-1930 | Goodwin Procter LLP | Interested Party, Daniel M. Glosband / LIVE |

| Case | Type | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6509424 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick, P.C. | Representing, WRG Asbestos PI Trust / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6482745 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521964 | Seth D. Jaffe | (617) 832-1000 | Foley Hoag LLP | Interested Party, Seth D. Jaffe / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520787 | Myrtle John | (310) 321-5556 | BMC Group | Interested Party, BMC Group / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6506789 | John S. Kaplan | 206-359-3832 | Perkins Coie LLP | Debtor, WR Grace & Company / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521931 | Jeffrey Kimble | (314) 719-5890 | Towers Watson | Other Prof., Future Claimants Representative / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6523135 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6524251 | Michael R. Lastowski | 302-657-4900 | Duane Morris LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6523094 | Pamela D. Marks | (415) 262-4000 | Beveridge & Diamond, P.C. | Interested Party, Pamela D. Marks / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6525256 | Jed Morris | (509) 455-9555 | Lukins & Annis | Representing, Lukins & Annis P.S. / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520239 | Robert A. Murphy | (617) 426-5900 | Casner & Edwards | Debtor, Casner & Edwards / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521944 | Harold Novikoff | 212-403-1249 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, Harold Novikoff / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521960 | Jennifer O'Brien | (732) 862-5000 | Fragomen | Interested Party, Jennifer O'Brien / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6526818 | Jamie O'Connell | (212) 583-5677 | The Blackstone Group | Interested Party, The Blackstone Group / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6524651 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R Grace & Co., et al / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6509444 | Mark Peterson | (805) 449-3572 | Legal Analysis | Interested Party, Legal Analysis / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521929 | Joseph Radecki | (212) 277-8117 | Lincoln International LLC | Other Prof., Future Claimants Representative / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6523085 | AnnMarie Reilly | (212) 906-1200 | Latham & Watkins LLP | Interested Party, AnnMarie Reilly / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6509434 | Daniel A. Relles | (805) 499-3572 | Legal Analysis Systems | Interested Party, Legal Analysis / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520010 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Property Damage FCR / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6519742 | Bobbi Ruhlander | (214) 698-3868 | Warren H. Smith & Associates, P.C. | Interested Party, Warren H. Smith & Associates, P.C. / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6526897 | John Rynkiewicz | (443) 851-0818 | Kaye Scholer LLP | Creditor, Kaye Scholer / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6520397 | Alexander Sanders, Jr. | 843-953-5755 | Alexander Sanders Jr. - In Pro Per/Pro | Interested Party, Alexander Sanders, Jr. / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6526822 | Adam Schlesinger | (212) 390-2878 | The Blackstone Group | Interested Party, The Blackstone Group / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6511745 | Antony Scoles | 212-492-3850 | Deloitte LLP | Interested Party, Deloitte LLP / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521012 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Consultant, Mark Shelnitz / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6509451 | James Sinclair | (914) 372-1874 | Charter Oak Financial | Interested Party, Charter Oak Financial / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521954 | Vasuda Sinha | (416) 216-4000 | Norton Rose Fulbright Canada LLP | Interested Party, Vasuda Sinha / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6519737 | Warren H. Smith | (214) 698-3868 ext. 1 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6522038 | Jeffrey Snyder | (305) 374-7580 ext. 00 | Bilzin Sumberg Baena Price Axelrod, L | Representing, Property Damage Committee / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6521930 | Jason Solganick | (212) 277-8115 | Lincoln International LLC | Other Prof., Future Claimants Representative / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6509418 | Rita Tobin | (212) 379-6000 | Caplin & Drysdale | Creditor, Creditors Committee / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6523064 | David Vorrath | (954) 768-9900 | Grant Thornton, LLP | Interested Party, David Vorrath / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6519858 | Richard Wyron | 202-367-9127 | Frankel Wyron LLP | Other Prof., Future Claimants Representative / LIVE |