IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

Re: **Various Docket Numbers**[2]

## ORDER APPROVING FIFTY-SECOND INTERIM AND FINAL FEE APPLICATIONS

Upon the fifty-second quarterly and final fee applications (the "Applications")[3] of the Professionals referenced on **Exhibit A** attached hereto for the period of January 1, 2014 through February 3, 2014, (the "Compensation Period") and April 2, 2001 through February 3, 2014 (the "Final Period"), pursuant to sections 105(a) and 331 of title 11 of the United States Code (the

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2] Re: Docket Numbers: 31995, 32192, 32132, 32118, 32169, 31854, 31978, 32107, 32190, 32163, 32021, 32163, 32137, 32194, 12771, 32451, 12652, 12842, 32388, 31930, 32191, 32399, 32028, 32174, 31834, 32133, 32168, 31971, 32102, 31925, 32177, 32189, 31849, 38792, 32185, 32085, 32097, 18047, 32011, 32086, 32180, 31832, 32072, 32128, 31902, 32173, 32094, 32161, 32170, 31806, 32167, 32114, 32112, 32156, 32019, 32087, 32179, 31813, 31965, 32100, 32080, 16714, 32184, 32176, 32123, 32309, 31817, 32106, 32120, 32152, 32116, 32178, 32125, 32311, 32186, 32193, 32150, 32138, 32149, 20016, 20017, 20018, 21013, 21014, 21015, 21016, 21373, 32171, 29832, 30081, 30743, 30826, 31097, 31212, 31589, 31713, 31786, 31898, 32010, 32119, 32195, 9211, 12614, 13545, 32188, 32166, 32117, 32017, 32018, 31828, 32066, 32073, 32379, 7836, 11790, 11791, 32093, 31793, 32135, 31796, 32074, 32162, 31753, 31814, 32082, 32076, 32124, 32310, 32151, 31731, 32006, 32064, 31719, 32115, 32122, 20016, 20017, 20018, 21013, 21014, 21015, 21016, 21373, 32253, 32130, 32109, 32139, 32092, 32174 and 32113.

[3] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

"Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Compensation Order"); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications listed on **Exhibit A** hereto are approved on a final basis; and it is further

ORDERED that each of the Professionals is allowed, on a final basis, (i) compensation for services rendered during the Compensation Period and the Final Period; and (ii) reimbursement for actual and necessary expenses incurred during the Compensation Period and the Final Period; and it is further

ORDERED that the Debtors are authorized to make payment to each of the Professionals, 100% of any and all fees and 100% of any and all expenses listed in **Exhibit A** that have not yet been paid; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Oct 17, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

3