# Exhibit A

# EXHIBIT A

## FEE AND EXPENSE CHART WITH RECOMMENDATIONS

### W.R. Grace – 52nd Interim Period (January 1, 2014 through February 3, 2014) Sealed Air Adversary Proceedings,[1] and Final Application Period (April 2, 2001 through February 3, 2014)[2,3]

| ANDERSON KILL P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31995 | 52nd | Total: | $289,942.50 | $1,575.62 | $289,942.50 | $1,575.62 |
| 32192 | FINAL | TOTAL: | $12,371,586.00 | $116,017.39 | $12,369,425.00 | $109,642.84 |

| DAVID T. AUSTERN | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32132 | FINAL | TOTAL: | $332,700.00 | $19,209.39 | $332,700.00 | $19,209.39 |

| LAW OFFICES OF JANET S. BAER, P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32101 | FINAL | TOTAL: | $3,086,223.00 | $71,297.25 | $3,085,773.00 | $70,384.01 |

[1] The Sealed Air Adversary Proceedings are *Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al. v. Sealed Air Corporation and Cryovac, Inc.*, Adversary No. 02-2210, and *Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al. v. Fresenius Medical Care Holdings, Inc. and National Medical Card, Inc.*, Adversary No. 02-2211. Except as otherwise noted, the fees and expenses for the Sealed Air Adversary Proceedings have been previously approved by this Court on an interim basis. However, the Sealed Air fees and expenses have not been reviewed by the Fee Auditor.

[2] Amounts listed for the Interim Periods and the Sealed Air Adversary Proceedings are included in the totals for the Final Application Period.

[3] This order does not include the final fee application of the Official Committee of Property Damage Claimants (the "PD Committee"). At the request of counsel to the PD Committee, the hearing on the PD Committee's final application has been continued to a later date. Accordingly, it will be addressed in a future order.

| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32118 | 51st [4] | Total: | $90,000.00 | $0.00 | $90,000.00 | $0.00 |
| 32118 | 52nd | Total: | $30,000.00 | $78.35 | $30,000.00 | $63.45 |
| 32118 | FINAL | TOTAL: | $3,114,500.00 | $136,418.89 | $3,114,500.00 | $131,472.41 |

| BAKER MCKENZIE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32169 | FINAL | TOTAL: | $92,316.19 | $1,118.16 | $92,316.19 | $1,118.16 |

| BARNWELL, WHALEY, PATTERSON & HELMS, L.L.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31854 | FINAL | TOTAL: | $9,875.00 | $280.50 | $9,700.00 | $280.50 |

| BEVERIDGE & DIAMOND, P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31879 | 52nd | Total: | $59,678.55 | $278.19 | $59,678.55 | $278.19 |
| 32107 | FINAL | TOTAL: | $3,631,102.91 | $51,064.16 | $3,576,170.21 | $50,062.92 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $1,392,044.50 | $300,669.92 | $1,392,044.50 | $300,669.92 |
| 32190 | 52nd | Total: | $20,586.00 | $390.84 | $20,586.00 | $390.84 |
| 32190 | Fee Enhancement | Total: | $875,000.00 | $0.00 | $300,000.00 | $0.00 |
| 32190 | FINAL [5] | TOTAL: | $12,712,680.74 | $5,248,546.60 | $12,137,680.74 | $5,249,546.60 |

[4] The Fifty-First Interim Period encompasses October 1, 2013 through December 31, 2013.

[5] In its Final Application, Bilzin Sumberg requested final approval of fees totaling $11,837,680.74, plus a fee enhancement of $875,000.00, for a total fee request of $12,712,680.74. Bilzin Sumberg and the Debtors agreed to a fee enhancement for Bilzin Sumberg of $300,000.00, rather than the $875,000.00 originally requested, making Bilzin Sumberg's total allowed fees $12,137,680.74.

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32163 | Dow Transaction | TOTAL: | $5,000,000.00 | $19,488.46 | $5,000,000.00 | $16,520.32 |
| 32021 | 52nd | TOTAL: | $150,000.00 | $0.00 | $150,000.00 | $0.00 |
| 32163 | FINAL[6] | TOTAL: | $27,219,166.67 | $299,446.21 | $27,219,166.67 | $296,155.32 |

| BMC GROUP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32137 | 52nd | Total: | $95,871.50 | $8,624.58 | $95,871.50 | $8,624.58 |
| 32194 | FINAL | TOTAL: | $9,292,715.50 | $834,264.36 | $9,263,172.09 | $835,934.37 |

| BOWE & FERNICOLA, LLC[7] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 12771 | 21st[8] | Total: | $51,962.50 | $139.48 | $51,962.50 | $139.48 |
| N/A | FINAL | TOTAL: | $113,330.00 | $239.68 | $113,330.00 | $239.68 |

| BUCHANAN INGERSOLL & ROONEY PC (f/k/a Klett Rooney Lieber & Schorling) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 12451<br>12652<br>12842 | 21st | Total: | $7,148.00 | $1,956.41 | $7,148.00 | $1,956.41 |
| 32388 | FINAL | TOTAL: | $1,778,230.00 | $75,469.77 | $1,770,415.88 | $75,307.79 |

---

[6] Blackstone's Dow Transaction fees and expenses, and its Monthly Advisory fees for the Fifty-Second Interim Period are included in its final fee and expense request. Also included in Blackstone's final fee request is a $5,000,000.00 Restructuring Fee. However, the Court previously gave final approval to the Restructuring Fee in the Order Approving Restructuring Fee (Docket No. 32298), on July 15, 2014, so it is not specifically listed in this order.

[7] Bowe & Fernicola did not file a final fee application. However, Debtor's counsel asked the Fee Auditor to review Bowe & Fernicola's final fees and expenses.

[8] The Twenty-First Interim Period encompasses April 1, 2006 through June 30, 2006.

| CAMPBELL & LEVINE, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $19,024.50 | $2,231.89 | $19,024.50 | $2,231.89 |
| 31930 | 52nd | Total: | $8,323.50 | $1,032.75 | $8,290.50 | $1,032.75 |
| 32191<br>32399 | FINAL | TOTAL: | $3,869,816.50 | $548,767.87 | $3,869,783.50 | $548,767.87 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air[9] | Total: | $970,548.50 | $0.00 | $970,215.50 | $0.00 |
| 32028 | 52nd | Total: | $98,303.25 | $584.01 | $98,303.25 | $584.01 |
| 32174 | FINAL | TOTAL: | $22,510,174.75 | $3,932,840.61 | $22,364,299.75 | $3,901,565.44 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31834 | 52nd | Total: | $28,337.00 | $31.05 | $23,269.00 | $31.05 |
| 32133 | FINAL | TOTAL: | $11,104,136.98 | $97,859.59 | $11,084,585.86 | $103,750.67 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32168 | FINAL | TOTAL: | $2,071,528.25 | $89,188.84 | $2,071,528.25 | $89,188.84 |

| CASNER & EDWARDS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31971 | 52nd | Total: | $15,755.50 | $24,674.76 | $15,755.50 | $24,674.76 |
| 32102 | FINAL | TOTAL: | $4,404,155.25 | $2,052,100.45 | $4,403,059.25 | $2,052,061.09 |

[9] It was determined that there were mathematical errors in Caplin & Drysdale's fees in one of the *Sealed Air* fee orders. The allowed fees reflect the correct amounts for Caplin & Drysdale, and were agreed upon by counsel for Caplin & Drysdale and the Debtors.

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31925 | 52nd | Total: | $77,545.75 | $498.00 | $77,545.75 | $498.00 |
| 32177 | FINAL | TOTAL: | $1,904,450.14 | $2,712.64 | $1,904,450.14 | $2,712.64 |

| CONWAY, DEL GENIO, GRIES & CO., LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air[10] | Total: | $750,203.13 | $24,465.67 | $1,115,135.13 | $39,114.43 |
| 32189 | FINAL | TOTAL: | $4,778,081.06 | $72,783.36 | $5,143,013.06 | $87,432.12 |

| EDWARD B. COTTINGHAM, JR. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31849 | FINAL | TOTAL: | $33,570.00 | $1,175.96 | $31,410.00 | $1,034.60 |

| DAY PITNEY LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 38792 | 44th[11] | Total: | $4,112.50 | $25.00 | $4,112.50 | $25.00 |
| 32185 | FINAL | TOTAL: | $6,200,796.20 | $535,166.21 | $6,188,444.10 | $535,169.30 |

| DELOITTE & TOUCHE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32085 | FINAL | TOTAL: | $1,813,199.54 | $89,461.32 | $1,813,200.04 | $89,461.32 |

| DELOITTE CONSULTING LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32097 | FINAL | TOTAL: | $12,239.00 | $12.00 | $12,239.00 | $12.00 |

[10] It was determined that there were mathematical errors in Conway's fees and expenses in one of the *Sealed Air* fee orders. The allowed fees and expenses reflect the correct amounts for Conway, and were agreed upon by counsel for Conway and the Debtors.

[11] The Forty-Fourth Interim Period encompasses January 1, 2012 through March 31, 2012.

| DELOITTE FINANCIAL ADVISORY SERVICES LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 18047 | FINAL | TOTAL: | $100,000.00 | $3,375.55 | $100,000.00 | $3,375.55 |

| DELOITTE TAX LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32011 | 52nd | Total: | $55,497.50 | $6.17 | $48,595.00 | $6.17 |
| 32086 | FINAL | TOTAL: | $1,801,830.30 | $13,215.73 | $1,793,103.80 | $13,215.51 |

| DIES AND HILE, LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32180 | FINAL | TOTAL: | $194,130.00 | $110,990.13 | $194,130.00 | $110,990.13 |

| DUANE MORRIS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31832<br>32072 | 52nd | Total: | $7,662.50 | $28.00 | $7,662.50 | $28.00 |
| 32128 | FINAL | TOTAL: | $3,165,467.40 | $147,931.99 | $3,100,655.40 | $147,329.19 |

| DUFF & PHELPS, LLC[12] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $100,000.00 | $11,442.93 | $100,000.00 | $11,442.93 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $68,884.00 | $13,095.85 | $68,884.00 | $13,095.85 |
| 31902 | 52nd | Total: | $11,003.00 | $81.03 | $10,941.00 | $81.03 |
| 32173 | FINAL | TOTAL: | $2,063,274.00 | $264,221.32 | $2,063,212.00 | $264,221.32 |

[12] Duff & Phelps did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review Duff & Phelps' final fees and expenses.

| FOLEY HOAG LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32094 | 52nd | Total: | $49,771.80 | $55.77 | $49,771.80 | $55.77 |
| 32161 | FINAL | TOTAL: | $1,652,633.85 | $33,897.81 | $1,651,854.17 | $34,410.63 |

| FORMAN PERRY WATKINS KRUTZ & TARDY LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32170 | FINAL | TOTAL: | $3,304,539.00 | $330,626.87 | $3,302,814.00 | $329,048.96 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31806 | 52nd | Total: | $5,050.00 | $1,563.00 | $5,050.00 | $1,563.00 |
| 32167 | FINAL | TOTAL: | $570,053.11 | $222,058.95 | $445,061.68 | $213,165.31 |

| FRANKEL, ROGER | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32114 | 52nd | Total: | $120,096.50 | $2,546.80 | $120,096.50 | $2,546.80 |
| 32114 | FINAL | TOTAL: | $509,937.50 | $4,314.78 | $509,937.50 | $4,314.78 |

| FRANKEL WYRON LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32112 | 52nd | Total: | $56,087.50 | $2,347.44 | $56,087.50 | $2,347.44 |
| 32112 | FINAL | TOTAL: | $56,087.50 | $2,347.44 | $56,087.50 | $2,347.44 |

| GOODWIN PROCTER LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32156 | FINAL | TOTAL: | $249,300.00 | $14,891.66 | $249,300.00 | $14,889.67 |

| GRANT THORNTON LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32019 | 52nd | Total: | $20,201.50 | $0.00 | $20,201.50 | $0.00 |
| 32087 | FINAL | TOTAL: | $651,843.50 | $47,201.75 | $645,601.50 | $45,605.47 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $223,525.00 | $5,099.04 | $223,525.00 | $5,099.04 |
| 32179 | FINAL | TOTAL: | $784,215.00 | $19,043.08 | $784,215.00 | $19,043.08 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31813, 31965 | 52nd | Total: | $131,717.50 | $1,665.88 | $131,717.50 | $1,665.88 |
| 32100 | FINAL | TOTAL: | $3,046,118.00 | $73,603.47 | $3,046,118.00 | $73,603.46 |

| R. KARL HILL (Seitz, Van Ogtrop & Green, P.A.) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32080 | FINAL | TOTAL: | $14,917.50 | $44.80 | $14,317.50 | $44.80 |

| HILSOFT NOTIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 16714 | 26th [13] | Total: | $90.00 | $0.00 | $90.00 | $0.00 |
| 32184 | FINAL | TOTAL: | $166,487.84 | $4,235.83 | $166,487.84 | $4,235.83 |

| W. D. HILTON, JR. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $18,600.00 | $1,763.37 | $18,600.00 | $1,763.37 |
| 32176 | FINAL | TOTAL: | $35,137.50 | $1,763.37 | $35,137.50 | $1,763.37 |

| THE HOGAN FIRM | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32123 | 52nd | Total: | $15,477.00 | $938.16 | $15,317.00 | $938.16 |
| 32309 | FINAL | TOTAL: | $630,776.00 | $27,913.77 | $626,926.50 | $27,793.77 |

[13] The Twenty-Sixth Interim Period encompasses July 1, 2007 through September 30, 2007.

| KAYE SCHOLER LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31817 | 52nd | Total: | $9,984.87 | $0.00 | $9,984.87 | $0.00 |
| 32106 | FINAL | TOTAL: | $632,647.74 | $426.41 | $511,677.05 | $311.41 |

| KIRKLAND & ELLIS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| | Sealed Air | Total: | $2,634,559.50 | $318,559.28 | $2,634,559.50 | $318,559.28 |
| 32120 | 52nd | Total: | $1,473,374.00 | $57,174.18 | $1,473,374.00 | $56,482.35 |
| 32152 | FINAL | TOTAL | $155,582,791.10 | $44,676,058.42 | $155,583,745.10 | $44,675,366.59 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32116 | 52nd | Total: | $22,053.50 | $21.20 | $22,053.50 | $21.20 |
| 32116 | FINAL | TOTAL : | $5,516,261.95 | $345,823.57 | $5,519,455.25 | $338,214.18 |

| LATHAM & WATKINS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32178 | FINAL | TOTAL: | $748,745.20 | $19,992.80 | $767,200.50 | $20,102.32 |

| LAUZON BÉLANGER LESPÉRANCE[14] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32125 | 52nd | Total: | $6,547.50 | $986.70 | $6,547.50 | $986.70 |
| 32311 | FINAL | TOTAL: | $113,360.65 | $20,723.08 | $112,978.75 | $20,385.58 |

[14] All amounts for this applicant are in CDN.

| LAWSON LUNDELL LLP[15] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $93,608.83 | $9,949.27 | $93,608.83 | $9,949.27 |

| LECG, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32186 | FINAL | TOTAL: | $414,412.25 | $3,541.01 | $414,412.25 | $3,541.01 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32193 | FINAL | TOTAL: | $6,531,074.75 | $63,808.08 | $6,531,074.25 | $63,808.08 |

| LINCOLN PARTNERS ADVISORS LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32150 | 52nd | Total: | $75,000.00 | $3,603.24 | $75,000.00 | $3,603.24 |
| 32150 | FINAL | TOTAL: | $2,920,000.00 | $34,998.27 | $2,920,000.00 | $34,998.27 |

| LUKINS & ANNIS, P.S. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32138 | FINAL | TOTAL: | $539,289.00 | $42,716.68 | $537,639.00 | $42,716.68 |

| MORRISON & FOERSTER LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32149 | FINAL | TOTAL: | $163,083.75 | $81,785.02 | $163,083.75 | $81,785.02 |

[15] Lawson Lundell did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review Lawson Lundell's final fees and expenses.

| NELSON MULLINS RILEY & SCARBOROUGH LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 20016<br>20017<br>20018<br>21013<br>21014<br>21015<br>21016<br>21373 | 35th – 45th [16] | Total: | $3,179.00 | $45.95 | $3,179.00 | $45.95 |
| 32171 | FINAL | TOTAL | $1,038,748.50 | $26,630.21 | $915,807.50 | $24,475.16 |

| NORTON ROSE FULBRIGHT CANADA LLP (f/k/a Ogilvy Renault LLP)[17] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 29832<br>30081<br>30743<br>30826<br>31097<br>31212<br>31589<br>31713<br>31786<br>31898<br>32010 | 46th -- 52nd [18] | Total: | $85,154.37 | $926.42 | $85,129.50 | $926.92 |
| 32119 | FINAL | TOTAL | $2,214,457.00 | $145,161.56 | $2,167,295.50 | $145,078.97 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32195 | FINAL | TOTAL: | $0.00 | $35,944.02 | $0.00 | $35,944.02 |

[16] The Thirty-Fifth through Forty-Fifth Interim Periods encompass the period of October 1, 2009 through June 30, 2012.

[17] All amounts for this applicant are in CDN.

[18] The Forty-Sixth through Fifty-Second Interim Periods encompass July 1, 2012 through February 3, 2014.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32166 | 52nd | Total: | $196,364.25 | $9,728.20 | $196,364.25 | $9,728.20 |
| 32166 | FINAL | TOTAL: | $27,004,456.50 | $2,168,891.33 | $27,004,456.50 | $2,155,182.43 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32117 | Sealed Air | Total: | $19,446.00 | $4,402.80 | $19,446.00 | $4,402.80 |
| 32017 | 52nd | Total: | $44,481.50 | $24,921.40 | $44,481.50 | $24,921.40 |
| 32018<br>32117 | FINAL | TOTAL: | $5,713,199.05 | $4,684,309.90 | $5,713,198.25 | $4,684,309.90 |

| PERKINS COIE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32108 | FINAL | TOTAL: | $116,932.25 | $18,417.99 | $116,932.25 | $18,417.99 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31828 | 52nd | Total: | $3,085.50 | $27.37 | $3,085.50 | $27.37 |
| 32066 | FINAL | TOTAL: | $1,013,240.00 | $61,067.70 | $1,013,240.00 | $61,067.70 |

| PRICEWATERHOUSECOOPERS LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32073 | 52nd | Total: | $774,723.51 | $11,665.45 | $774,723.51 | $11,665.45 |
| 32379 | Global Restruc-turing Project Jan. 2014 | Total: | $20,483.30 | $0.00 | $20,483.30 | $0.00 |
| 32379 | FINAL | TOTAL: | $31,061,868.29 | $772,606.60 | $31,061,868.29 | $772,606.60 |

| PROTIVITI INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 7836<br>11790<br>11791 | 16th [19] | Total: | $57,694.66 | $542.69 | $57,460.00 | $542.69 |
| 32093 | FINAL | TOTAL: | $3,502,658.66 | $403,757.85 | $3,451,206.61 | $391,145.04 |

| REED SMITH LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31793 | 52nd | Total: | $27,064.00 | $58.54 | $27,064.00 | $58.54 |
| 32135 | FINAL | TOTAL: | $18,029,661.35 | $2,056,764.13 | $18,029.541.35 | $2,057,142.77 |

| ALAN B. RICH | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31796 | 52nd | Total: | $68,325.00 | $5,236.11 | $68,175.00 | $5,236.11 |
| 32074 | FINAL | TOTAL: | $1,461,195.50 | $81,420.85 | $1,461,010.50 | $81,402.85 |

| RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32162 | FINAL | TOTAL: | $2,729,034.75 | $688,699.19 | $2,730,036.75 | $688,522.14 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31753<br>31814 | 52nd | Total: | $19,080.00 | $1,663.30 | $17,730.00 | $1,613.30 |
| 32082 | FINAL | TOTAL: | $319,345.00 | $19,006.73 | $317,995.00 | $18,956.73 |

| SAUL EWING LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32076 | 52nd | Total: | $7,013.50 | $578.76 | $7,013.50 | $578.76 |
| 32076 | FINAL | TOTAL: | $736,486.07 | $13,166.29 | $735,655.50 | $13,025.86 |

[19] The Sixteenth Interim Period encompasses January 1, 2005 through March 31, 2005.

| SCARFONE HAWKINS LLP[20] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32124 | 52nd | Total: | $38,812.50 | $5,051.45 | $38,812.50 | $5,051.45 |
| 32310 | FINAL | TOTAL: | $429,799.89 | $61,931.48 | $427,773.64 | $61,297.17 |

| THE SCOTT LAW GROUP, P.S. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32151 | FINAL | TOTAL: | $178,155.00 | $12,587.60 | $178,155.00 | $12,587.60 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31731<br>32006 | 52nd | Total: | $12,447.00 | $140.76 | $12,447.00 | $140.76 |
| 32064 | FINAL | TOTAL: | $3,070,774.77 | $62,437.43 | $3,070,774.77 | $62,437.43 |

| SOCHA, PERCZAK, SETTER & ANDERSON, P.C.[21] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $80,217.50 | $16,158.32 | $80,217.50 | $16,158.32 |

| STEPTOE & JOHNSON LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 31719 | 51st [22] | Total: | $8,061.50 | $0.00 | $8,061.50 | $0.00 |
| 32115 | FINAL | TOTAL: | $2,556,568.99 | $66,100.61 | $2,530,281.00 | $62,239.13 |

| STROOCK & STROOCK & LAVAN LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32122 | 52nd | Total: | $11,847.50 | $98.40 | $11,847.50 | $98.40 |
| 32122 | FINAL | TOTAL: | $16,394,063.67 | $4,539,950.31 | $16,394,063.67 | $4,531,155.38 |

[20] All amounts for this applicant are in CDN.

[21] Socha, Perczak , Setter & Anderson did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review the firm's final fees and expenses.

[22] The Fifty-First Interim Period encompasses October 1, 2013 through December 31, 2013.

| SULLIVAN HAZELTINE ALLINSON LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 20016<br>20017<br>20018<br>21013<br>21014<br>21015<br>21016<br>21373 | 30th – 32nd [23] | Total: | $15,092.00 | $16,980.54 | $15,092.00 | $16,980.54 |
| 32253 | FINAL | TOTAL: | $88,944.50 | $54,581.90 | $88,944.50 | $54,581.90 |

| TOWERS WATSON | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32130 | 52nd | Total: | $9,240.00 | $0.00 | $9,240.00 | $0.00 |
| 32130 | FINAL | TOTAL: | $3,673,654.50 | $53,453.96 | $3,673,654.50 | $53,453.96 |

| TRE ANGELI LLC | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32109 | FINAL | TOTAL: | $870,000.00 | $4,568.88 | $870,000.00 | $4,568.88 |

| VENABLE LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32139 | 51st – 52nd | Total: | $57,803.73 | $128.87 | $57,803.73 | $128.87 |
| 32139 | FINAL | TOTAL: | $3,092,177.94 | $962,108.61 | $3,091,783.21 | $961,919.96 |

| WACHTELL, LIPTON, ROSEN & KATZ | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32092 | FINAL | TOTAL: | $186,846.25 | $25,864.16 | $189,490.00 | $25,977.88 |

[23] The Thirtieth through Thirty-Second Interim Periods encompass May 1, 2008 through March 31, 2009.

| WALLACE, KING, MARRARO & BRANSON, PLLC[24] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| N/A | FINAL | TOTAL: | $5,393,303.40 | $1,163,604.19 | $5,393.303.40 | $1,163,443.56 |

| ELIZABETH WARREN[25] | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 354 355 | 6th and 7th [26] | Total: | $3,037.50 | $0.00 | $3,037.50 | $0.00 |
| 32174 | FINAL | TOTAL: | $4,725.00 | $0.00 | $4,725.00 | $0.00 |

| WOODCOCK WASHBURN LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed | Expenses Allowed |
| 32113 | FINAL | TOTAL: | $3,716,655.00 | $810,651.56 | $3,785,853.75 | $798,501.84 |

[24] Wallace, King, Marraro & Branson did not file a final fee application. However, Debtors' counsel asked the Fee Auditor to review the firm's final fees and expenses.

[25] Elizabeth Warren did not file a final fee application. Caplin & Drysdale included a request for final approval of her fees and expenses in its final application because she was Caplin & Drysdale's bankruptcy consultant.

[26] These fees were for the months of September and October 2002, which months are included in the Sixth and Seventh Interim Periods.