KSC

By Request For Payment of An Administrative Expense
(According To 11 U.S.C. § 503,)

14 OCT 21 AM 8:43

US BANKRUPTCY COURT
DISTRICT OF DELAWARE      14-2014

U.S. Bankruptcy Court For The
District of Delaware
Energy Future Holdings Corp, Claims Processing Center
C/O Epiq, Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box-4613
New York, NY (10163-4613)

Ref:        ("Debtor's")
Case-Name - W.R. Grace & Co. (et-al) Ch.-11
Case-No. - 01-01139, Jointly-adm, (Hon.-JKF)
Claim-No.(s) 2237 and 2238

Creditor - Burrell Johnson, Jr.
Addressee - 3615 Fernwood Avenue
Dallas, Texas (75216)

Any Assistance and Consideration Taken In This
Matter, Will Be Deeply Appreciated

By, U.S. War-Veteran-Burrell Johnson, Jr.