**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

___

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 11, 2014

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11565B

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/4/2014 | JAW | Update database with Kramer's (0.1), Bilzin's (0.1), and Reed's (0.1) December 2013 fee applications and with Reed's (0.1) November 2013 fee application (0.1) | 0.50 | 40.00 |
| 2/5/2014 | JAW | Emails to/from B. Ruhlander re: request from Bilzin for spreadsheet (0.2); email spreadsheet information requested to L. Floresa at Bilzin (0.1) | 0.30 | 52.50 |
|  | JAW | Update database with Rich's (0.1) January 2014 fee application and with Casner's (0.2) and Blackstone's (0.2) December fee applications. | 0.50 | 40.00 |
|  | JAW | Update database with Rich's (0.2) and Kramer's (0.1) January 2014 electronic detail and with Caplin's (0.1), Campbell's (0.1), Anderson's (0.1), Frankel's (0.1) and Orrick's (0.1) December 2013 electronic detail. | 0.80 | 64.00 |
|  | BSR | telephone conference with Anne Moran of Steptoe & Johnson re correct way to reflect $2,000 overpayment in their next fee application | 0.10 | 31.00 |
|  | BSR | receive, review, and respond to email from James Wehrmann re spreadsheets to send to Bilzin Sumberg | 0.10 | 31.00 |
| 2/6/2014 | BSR | telephone conference with James Wehrmann re review of final fee applications and related matters | 0.30 | 93.00 |
|  | JAW | telephone conference with B. Ruhlander re: plan confirmation date and final deadline issues (0.3) | 0.30 | 52.50 |
|  | BSR | receive, review, and respond to email from Dan Hogan re effective of Notice of Effective Date on future fee applications | 0.20 | 62.00 |

___

214 698-3868

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/6/2014 | BSR | Research docket for notice of effective date (.1); review of Notice of Effective date (.3); email to Warren Smith and James Wehrmann re deadlines (.4); continued research of docket for fee applications pertaining to the 40th interim period and other pertinent filings (.3) | 1.10 | 341.00 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re final fee applications | 0.10 | 31.00 |
| | BSR | Review of Deloitte Tax's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
| 2/7/2014 | BSR | Review of Deloitte Tax's quarterly and monthly fee applications for the period of Oct. 2012 through June 2013, fee and expense summaries re same, and Statement of Work attached to same (1.7); email to Tony Scoles at Deloitte Tax re same (.1) | 1.80 | 558.00 |
| | BSR | telephone conference with Mary Boyea at Casner Edwards re format for final fee application (.1); email to Mary Boyea re same (.1) | 0.20 | 62.00 |
| | BSR | receive, review, and respond to email from Maureen McCarthy re K&E's 50th interim fee application | 0.10 | 31.00 |
| | JAW | Update database with Norton's (0.1) June 2013 fee application and with Deloitte Tax' October 1, 2012 - June 30, 2013 fee application (0.1) | 0.20 | 16.00 |
| 2/10/2014 | BSR | telephone conference with Jared Gordon, Tony Scoles, and Jim Brooks of Deloitte re issues with Deloitte Tax's fee applications for January 2013 forward | 0.80 | 248.00 |
| | JAW | Receive and review e-mail from B. Ruhlander enclosing Confirmation Order (0.1); review Confirmation Order for deadlines, calculate deadlines and calendar same (0.5) | 0.60 | 48.00 |
| | JAW | Update database with Sidley's (0.1), Tower's (0.1), and Casner's (0.1) December 2013 electronic detail. Update database with Norton's (0.1) June 2013, Steptoe's (0.1) October 2013, and Foley's (0.1) 51st interim electronic detail. | 0.60 | 48.00 |
| | JAW | Update database with Caplin's (0.1), Campbell's (0.1), Anderson's (0.1) December 2013 fee applications and with Steptoe's (0.2) October 2013 and 51st interim fee applications. | 0.50 | 40.00 |
| 2/11/2014 | BSR | Review of status of WHSA's quarterly fee applications (.2); email to James Wehrmann re same (.1) | 0.30 | 93.00 |
| | JAW | Draft CNO re: W.H. Smith's December 2013 monthly invoice (0.1) | 0.10 | 8.00 |
| 2/12/2014 | JAW | E-mail to W. Smith forwarding CNO for review (0.1); receive and review e-mail from W. Smith re: same (0.1); prepare pdf of CNO and file with the Court (0.2); e-mail to Richard Finke requesting whom to send CNO (0.1) | 0.50 | 40.00 |

W.R. Grace & Co.                                                                                                                        Page     3

|            |     |                                                                                                                                                                                                                                                                  | **Hours** | **Amount** |
|------------|-----|------|------|------|
| 2/12/2014  | JAW | Draft W. H. Smith January 2014 monthly invoice and Notice of Filing (0.8); forward same to W. Smith for review (0.1); receive and review e-mail from W. Smith re: same (0.1) | 1.00 | 80.00 |
| 2/13/2014  | JAW | Finalize, file and have served W. H. Smith's January 2014 monthly invoice and Notice of Filing (0.4) | 0.40 | 32.00 |
|            | JAW | Update database with Woodcock's (0.1) and Foley's (0.1) 51st interim fee applications. | 0.20 | 16.00 |
| 2/17/2014  | JAW | Update database with Blackstone's January 2014 fee application (0.1) and electronic detail (0.1) | 0.20 | 16.00 |
| 2/18/2014  | JAW | Update database with Higgins' October 2013 to December 2014 electronic detail (0.2) and 5st interim electronic detail (0.1) | 0.30 | 24.00 |
|            | JAW | Receive and review e-mail from Pachulski re: matters set for hearing on 2-20-14 (0.1); calander same (0.1); e-mail same to B. Ruhlander (0.1) | 0.30 | 24.00 |
|            | WHS | Receive and review agenda | 0.10 | 33.50 |
|            | BSR | receive, review, and respond to email from Roger Higgins re setting of final fee hearing | 0.10 | 31.00 |
|            | BSR | Receive and review Feb. 20 hearing agenda and respond to James Wehrmann re same | 0.10 | 31.00 |
|            | BSR | Receive and review email from Roger Higgins re 51st interim fee applications and forward same to James Wehrmann | 0.10 | 31.00 |
| 2/19/2014  | JAW | Update database with Grant's January 2014 (0.1); PwC's December 2013 (0.2); PwC Water's Edge Tax Project Sept. - Oct. 2013 (0.2); PwC's 51st interim (0.1); Casner's 51st Interim (0.2); and Reed's 51st Interim (0.2) fee applications. | 1.00 | 80.00 |
|            | JAW | Update database with Grant's January 2014 (0.1) and Sanders' January 2014 (0.1) fee applications electronic detail. | 0.20 | 16.00 |
|            | JAW | Detailed review of PwC's November 2013 fee application (0.4); draft summary of same (0.3) | 0.70 | 122.50 |
|            | BSR | telephone conference with Roger Higgins re final fee application issues (.2); review of email from Roger Higgins re same and check proposed dates (.2) | 0.40 | 124.00 |
| 2/20/2014  | JAW | Detailed review of Scarfone's December 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|            | JAW | Detailed review of Scarfone's November 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                    Page    4

|            |     |                                                                                                               | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/20/2014  | JAW | Detailed review of Hogan's November 2013 fee application (0.3); draft summary of same (0.1)                   | 0.40  | 70.00  |
|            | JAW | Detailed review of Hogan's December 2013 fee application (0.3); draft summary of same (0.1)                   | 0.40  | 70.00  |
|            | JAW | Detailed review of Lauzon's December 2013 fee application (0.1); draft summary of same (0.1)                  | 0.20  | 35.00  |
|            | JAW | Detailed review of Saul's December 2013 fee application (0.2); draft summary of same (0.1)                    | 0.30  | 52.50  |
|            | JAW | Detailed review of Lauzon's November 2013 fee application (0.2); draft summary of same (0.1)                  | 0.30  | 52.50  |
|            | JAW | Update database with Stroock's 51st interim (0.1) and Kirkland's (0.1) November 2013 fee applications.        | 0.20  | 16.00  |
|            | JAW | Detailed review of Blackstone's November 2013 fee application (0.2); draft summary of same (0.1)              | 0.30  | 52.50  |
|            | JAW | Detailed review of Ferry's November 2013 fee application (0.2); draft summary of same (0.1)                   | 0.30  | 52.50  |
|            | JAW | Detailed review of Blackstone's January 2014 fee application (0.2); draft summary of same (0.1)               | 0.30  | 52.50  |
|            | JAW | update database with Kirkland's (0.2) November 2013 fee application electronic detail.                        | 0.20  | 16.00  |
|            | JAW | Update database with Stroock's 51st interim (0.2) and Kirkland's November 2013 (0.1) fee applications electronic detail. | 0.30 | 24.00 |
|            | JAW | Detailed review of Capstone's November 2013 fee application (0.2); draft summary of same (0.1)                | 0.30  | 52.50  |
| 2/21/2014  | JAW | update database with Stroock's (0.2) 51st interim fee application.                                            | 0.20  | 16.00  |
|            | JAW | Detailed review of Higgin's December 2013 fee application (0.7); draft summary of same (0.1)                  | 0.80  | 140.00 |
|            | JAW | Detailed review of Bilzin's November 2013 fee application (0.2); draft summary of same (0.1)                  | 0.30  | 52.50  |
|            | JAW | Detailed review of Stroock's December 2013 fee application (0.3); draft summary of same (0.1)                 | 0.40  | 70.00  |
|            | JAW | Detailed review of Capstone's December 2013 fee application (0.3); draft summary of same (0.1)                | 0.40  | 70.00  |

W.R. Grace & Co.									Page	5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/21/2014 | JAW | Detailed review of Pachulski's December 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
|  | JAW | Detailed review of Foley's December 2013 fee application (0.2); draft summary of same (0.2) | 0.40 | 70.00 |
|  | JAW | Detailed review of Woodcock's December 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's December 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Kaye's December 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Rich's December 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| 2/24/2014 | JAW | Detailed review of Bilzin's December 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Campbell's December 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
|  | JAW | Detailed review of Norton's June 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Rich's January 2014 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
|  | JAW | Detailed review of Reed's December 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
|  | JAW | Detailed review of Kramer's December 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | update database with Higgins' (0.2); LAS' (0.2); Anderson's (0.2); and Campbell's (0.2) 51st interim fee applications | 0.80 | 64.00 |
|  | JAW | update database with Caplin's (0.1) 51st interim fee application electronic detail. | 0.10 | 8.00 |
| 2/25/2014 | JAW | update database with Beveridge's (0.1) December 2013 fee application electronic detail. | 0.10 | 8.00 |
|  | JAW | update database with Beveridge's (0.1) December 2013 and Caplin's (0.2) 51st interim fee applications | 0.30 | 24.00 |
| 2/26/2014 | JAW | update database with Saul's (0.2) 51st interim fee application and electronic detail of same (0.1) | 0.30 | 24.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/26/2014 | JAW | Detailed review of Kirkland's November 2013 fee application (5.3) | 5.30 | 927.50 |
| 2/27/2014 | JAW | update database with Norton's (0.1) July 2013 and Kramer's (0.1) December 2013 fee applications. | 0.20 | 16.00 |
|  | JAW | Detailed review of Caplin's December 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
|  | JAW | Draft summary of Kirkland's November 2013 fee application (1.8) | 1.80 | 315.00 |
|  | JAW | Detailed review of Casner's December 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| 2/28/2014 | JAW | Detailed review of Grant's January 2014 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Anderson's December 2013 fee application (0.6); draft summary of same (0.1) | 0.70 | 122.50 |
|  | JAW | Detailed review of Blackstone's December 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
|  | JAW | Detailed review of Beveridge's December 2013 fee application (0.8); draft summary of same (0.2) | 1.00 | 175.00 |
|  | JAW | Detailed review of Sanders' January 2014 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | update database with Ferry's (0.2) 51st interim fee application electronic detail. | 0.20 | 16.00 |

**For professional services rendered**      **38.40 $6,533.50**

Additional Charges :

| | |
|---|---|
| 2/28/2014 Third party copies & document prep/setup. | 87.62 |
| Copying cost | 33.60 |
| **PACER Charges Jan. 2014** | **85.80** |
| **Total additional charges** | **$207.02** |
| **Total amount of this bill** | **$6,740.52** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 6.10 | 310.00 | $1,891.00 |
| Warren H Smith | 0.10 | 335.00 | $33.50 |
| James A. Wehrmann | 21.40 | 175.00 | $3,745.00 |
| James A. Wehrmann | 10.80 | 80.00 | $864.00 |