**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 08, 2014

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11637  Amends Invoice #11597

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/3/2014 | BSR | receive, review, and respond to email from Tatiana Bessonova re Fragoman fee applications recently filed or to be filed and forward same to James Wehrmann with instructions | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from Tatiana Bessonova re future Fragomen fee applications | 0.10 | 31.00 |
|  | JAW | Detailed review of PwC's December 2013 fee application (0.5); draft summary of same (0.3) | 0.80 | 140.00 |
| 3/4/2014 | JAW | Update database with Foley's (0.1); Reed's (0.1); Rich's (0.1) January 2014, Ferry (0.1) December 2013, Bilzin's 51st interim (0,1), Ferry's CNO (0.1); and Fragomen's July 2013 - December 2013 (0.2) electronic detail | 0.80 | 64.00 |
| 3/5/2014 | JAW | Receive and review Norton's CNO re: June 2013 Fee Appl. (0.1) | 0.10 | 8.00 |
|  | BSR | Review and revise WHSA's quarterly fee application for the 50th interim period | 0.80 | 248.00 |
|  | JAW | Update database with Fragoman's July (0.1); August (0.1); Sep (0.1), Oct (0.1); Nov (0.1), Dec (0.1), and Jan 2014 (0.1), Bilzin's 51st (0.2); Ferry's Dec (0.1) and 51st (0.1), Foley's Jan 2014 (0.1), Charter's Dec (0.1), and Norton's July (0.1) hard copies. | 1.40 | 112.00 |
|  | JAW | Receive and review Notice of Application filed by Ferry Joseph (0.1); e-mail same to B. Ruhlander (0.1) | 0.20 | 16.00 |
|  | JAW | Draft Warren H. Smith's 50th interim fee application (1.2); e-mail to B. Ruhlander for review (0.1) | 1.30 | 104.00 |
| 3/6/2014 | JAW | Detailed review of Ferry's December 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                          Page    2

|            |     |                                                                                                                                                                          | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/6/2014   | JAW | Detailed review of Norton's July 2013 fee application (0.2); draft summary of same (0.1)                                                                                 | 0.30  | 52.50    |
|            | JAW | Detailed review of Charter Oak's December 2013 fee application (0.1); draft summary of same (0.1)                                                                        | 0.20  | 35.00    |
|            | JAW | Update database with Higgin's (0.1), and Kaye's (0.1) January 2014 electronic detail and Capstone's (0.1) 51st interim electronic detail                                 | 0.30  | 24.00    |
|            | JAW | Detailed review of Foley's January 2014 fee application (0.3); draft summary of same (0.1)                                                                               | 0.40  | 70.00    |
|            | BSR | Draft omnibus final report for the 50th interim period                                                                                                                   | 3.00  | 930.00   |
| 3/7/2014   | JAW | Update database with Tower's January 2014 (0.1) electronic detail                                                                                                        | 0.10  | 8.00     |
|            | JAW | Receive and review CNO re: Tower's December 2013 fee application (0.1)                                                                                                   | 0.10  | 8.00     |
|            | JAW | Update datbase with Capstone's (0.2) 51st interim hard copy.                                                                                                             | 0.20  | 16.00    |
|            | JAW | Detailed review of Higgin's January 2014 fee application (0.9); draft summary of same (0.2)                                                                              | 1.10  | 192.50   |
|            | JAW | Research docket to determine if any objections filed to Warren H. Smith's January 2014 monthly statement (0.3); e-mail to/from B. Ruhlander re: same (0.2)               | 0.50  | 40.00    |
|            | JAW | Detailed review of Kaye's January 2014 fee application (0.3); draft summary of same (0.1)                                                                                | 0.40  | 70.00    |
|            | BSR | Receive and review WHSA CNO for Jan. 2014 monthly                                                                                                                        | 0.10  | 31.00    |
| 3/10/2014  | BSR | Draft fee and expense recommendation chart for the 50th interim period                                                                                                   | 1.40  | 434.00   |
|            | BSR | Review of Fragomen's quarterly and monthly fee applications for the 50th interim period                                                                                  | 0.50  | 155.00   |
|            | BSR | Continue drafting omnibus final report for the 50th interim period (3.9); email to James Wehrmann re same (.1)                                                           | 4.00  | 1,240.00 |
|            | JAW | Draft CNO re Warren H. Smith's January 2014 monthly statement (0.2); e-mail from B. Ruhlander re: same (0.1); finalize and file CNO (0.2); e-mail CNO to Luke Quelll (0.1) | 0.60  | 48.00    |
|            | JAW | Update datbase with Fragoman's (0.2) 50th and 51st (0.2) interim hard copies                                                                                             | 0.40  | 32.00    |
|            | JAW | Update datbase with BMC's (0.1) October 2013 electronic detail                                                                                                           | 0.10  | 8.00     |
|            | JAW | Prepare February 2014 monthly statement (0.4)                                                                                                                            | 0.40  | 32.00    |

W.R. Grace & Co.                                                                        Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/11/2014 | JAW | Draft Notice of Filing re: Febraury 2014 monthly statement (0.3); e-mails to/from Warren H. Smith re: same (0.2); finalize, file, and have served (0.3) | 0.80 | 64.00 |
| | JAW | Update database with Phillip's January 2014 (0.2), 51st interim (0.1), Stroock's January 2014 (0.2) and Capstone's January 2014 (0.1) electonic detail | 0.60 | 48.00 |
| | JAW | Update database with Phillip's 51st interim (0.2) and BMC's October 2013 (0.2) hard copies | 0.40 | 32.00 |
| | JAW | Receive and review CNO's from Lauzon (0.1), Scarfone (0.1) and Hogan Firm (0.1) re: their 16th Quarterly Fee Applications | 0.30 | 24.00 |
| | JAW | E-mails to/from W. Smith re: Final FR and revisions to same (0.2); receive, review, finalize, and have served FR re: 50th Inteirm Fee Period (0.5) | 0.70 | 56.00 |
| | WHS | Detailed review of omnibus final report 50Q 7-9.13 | 0.30 | 100.50 |
| 3/12/2014 | BSR | E-mail to applicants re combined final report for the 50th interim period | 0.30 | 93.00 |
| 3/13/2014 | JAW | Review of 50th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Kirkland (0.4); Kramer (0.3), Lauzon (0.3), LAS (0.2); Lincoln (0.4); Orrick (0.3); Pachulski (0.3), and Phillips (0.3) | 2.50 | 437.50 |
| | JAW | Update database with Phillips (0.1) electronic detail | 0.10 | 17.50 |
| | JAW | Update database with Stroock's (0.2) and Capstone's (0.2) January 2014 hard copies | 0.40 | 32.00 |
| 3/14/2014 | JAW | Update database with upcoming hearing dates (0.1) | 0.10 | 8.00 |
| | JAW | Update database with BMC's (0.1) November 2013, Orrick's (0.1) and Frankel's (0.1) January 2014, and Frankel's (0.1), Tower's (0.1) and Orricks (0.1) electronic detail | 0.60 | 48.00 |
| | JAW | Review of 50th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: PwC (0.4); PwC Darex 2011 - 2012 Puerto Rico Audit (0.3); PwC IRS Project (0.2); Reed (0.3); Rich (0.2); Sanders (0.2); Saul (0.3), Scarfone (0.3) Stroock (0.3), and Woodcock (0.2) | 2.70 | 472.50 |
| 3/15/2014 | JAW | Review of 50th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Anderson (0.3), Baker Donalson (0.3); Beveridge (0.2), Bilzin (0.3); Blackstone (0.3), BMC (0.3) Campbell (0.3), Caplin (0.3), Capstone (0.3), Casner (0.3), Charter Oak (0.3), Deloitte Tax (0.3); Duane Morris (0.3), Ferry (0.3), Foley (0.3), Fragomen (0.3); Frankel (0.3); Grant (0.2); Higgins (0.4); Hogan (0.3); Warren Smith (0.2); Protiviti (0.1); PwC Global Restructuring (0.1) and Towers (0.1) | 6.40 | 1,120.00 |

W.R. Grace & Co.     Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/18/2014 | BSR | receive, review, and respond to email from John Lord of Reed Smith re final fee applications | 0.10 | 31.00 |
| | BSR | Receive and review project category spreadsheet for the 50th interim period | 0.40 | 124.00 |
| | JAW | Detailed review of BMC's October 2013 fee application (0.8); draft summary of same (0.2) | 1.00 | 175.00 |
| | JAW | Receive and review CNO's for Phillips 50th interim, K&E November 2013, Steptoe's, Campbell's Caplin's, and Anderson's 51st interims, Grant's and Blackstone's January 2014 (0.4) | 0.40 | 32.00 |
| | JAW | Review of filed February 2014 Notice of Warren H. Smith to confirm totals were correct (0.3) | 0.30 | 24.00 |
| | JAW | Finalize 50th Project Category spreadsheet (0.1); email same to B. Ruhlander for review (0.1) | 0.20 | 35.00 |
| 3/19/2014 | JAW | Receive and review email from B. Ruhlander re: further revisions to 50th Project Category spreadsheet (0.1); revisions to Deloitte Tax, Kramer, Norton, Protiviti, Towers, and Sanders (0.4); e-mail spreadsheet to B. Ruhlander for review (0.1) | 0.60 | 105.00 |
| | JAW | Update database with BMC's November 2013 fee application (0.1) and with Orrick's, Tower's and Frankel's 51st interim fee applications (0.2) | 0.30 | 24.00 |
| 3/20/2014 | JAW | Detailed review of Stroock's January 2014 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| | JAW | Detailed review of Capstone's January 2014 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | E-mail to Diane Potts re: missing detail to Deloitte Tax Sept - Dec 2013 and Jan - Mar 2013 fee applications (0.2) | 0.20 | 16.00 |
| | JAW | Update database with Deloitte Tax' Sept - Dec 2013 and Jan - March 2014 electronic detail and fee applications (0.4); and with Kramer's 51st interim electronic detail and fee application (0.2) | 0.60 | 48.00 |
| | JAW | Receive and review several emails from B. Ruhlander re: 50th P.C. spreadsheet (0.2); revise same (0.3); emailed revised versions to B. Ruhlander (0.2) | 0.70 | 122.50 |
| | JAW | Receive and review CNO re: Saul's 51st interm FA (0.1) | 0.10 | 8.00 |
| | BSR | Receive and review most recent version of project category spreadsheet (1.2); email to James Wehrmann re revision (.1) | 1.30 | 403.00 |
| | BSR | E-mail to James Wehrmann re project category spreadsheet for the 50th interim period | 0.10 | 31.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2014 | JAW | Detailed review of Anderson's January 2014 fee application (1.4); draft summary of same (0.1) | 1.50 | 262.50 |
| | JAW | Update database with Frankel's, and Frankel Wyron's January 2014 electronic detail (0.4); Norton's August 2013 (0.1), Lincoln's December 2013 and 51st interim (0.2); and Kirkland's January 2014 (0.1) electronic details. | 0.80 | 64.00 |
| 3/24/2014 | JAW | Detailed review of BMC's November 2013 fee application (0.9); draft summary of same (0,1) | 1.00 | 175.00 |
| | JAW | Receive and review CNO re: PWC's December 2013 fee application (0.1) | 0.10 | 8.00 |
| | JAW | Update database with Beveridge's February (0.1), Lincoln's 51st interim (0.1); Norton's August 2013 (0.1), and BMC's and Kirkland's (0.1) December 2013 fee applications | 0.40 | 32.00 |
| | JAW | Update database with BMC's December 2013 electronic detail (0.1) | 0.10 | 8.00 |
| 3/25/2014 | BSR | E-mail to Warren Smith and James Wehrmann re hearing date for 51st interim fee applications | 0.10 | 31.00 |
| | JAW | Detailed review of Beveridge's January 2014 fee application (0.6); draft summary of same (0.1) | 0.70 | 122.50 |
| | JAW | Detailed review of Kirkland's December 2013 fee application (3.0) | 3.00 | 525.00 |
| | JAW | Detailed review of BMC's December 2013 fee application (1.4); draft summary of same (0.1) | 1.50 | 262.50 |
| | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| | JAW | Detailed review of Norton's August 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | JAW | Receive and review CNO re: Norton's July 2013 fee application (0.1) and Beveridge's December (0.1) fee application | 0.20 | 16.00 |
| | JAW | Update database with Bilzin's, Ferry's and Lincoln's January 2014 electronic detail (0.2) | 0.20 | 16.00 |
| | JAW | Begin drafting Warren H. Smith's 51st interim (0.8); e-mail to W. Smith re: issue with same (0.1) | 0.90 | 72.00 |
| 3/26/2014 | JAW | Receive and review email from B. Ruhlander re: 51st Interim FA hearing date (0.1); docket date (0.1) | 0.20 | 16.00 |
| | JAW | Update database with Hogan's, Scarfone's and Lauzon's January 2014 electronic detail (0.3) | 0.30 | 24.00 |
| | JAW | Continue drafting Warren H. Smith's 51st interim fee application (1.5); email same to B. Ruhlander for review (0.1) | 1.60 | 128.00 |

W.R. Grace & Co.                                                                                                              Page     6

|            |     |                                                                                                                                                         | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/26/2014  | JAW | Continued detailed review of Kirkland's December 2013 fee application (1.2)                                                                             | 1.20  | 210.00 |
| 3/27/2014  | JAW | Finalize, file and have served Warren H. Smith's 51st interim FA (0.3)                                                                                  | 0.30  | 24.00  |
|            | JAW | Continued detailed review of Kirkland's December 2013 fee application (1.7); draft summary of same (0.6)                                                | 2.30  | 402.50 |
|            | BSR | Review of Scarfone Hawkins' quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same            | 0.40  | 124.00 |
|            | BSR | Review of Kaye Scholer's Oct. and Dec. 2013 monthly fee applications and fee and expense summaries re same                                              | 0.20  | 62.00  |
|            | BSR | Receive and review email from James Wehrmann re fee and expense summaries recently completed                                                            | 0.20  | 62.00  |
|            | BSR | Review of Ferry Joseph's 51st quarterly fee application and monthly fee applications for Oct-Dec. 2013, as well as fee and expense summaries re same    | 0.50  | 155.00 |
| 3/28/2014  | JAW | Review of Deloitte Tax September 2013 fee application (0.8); draft summary of same (0.2)                                                                | 1.00  | 175.00 |
|            | JAW | Update database with Ferry's and Bilzin's January 2014 fee applications (0.2)                                                                           | 0.20  | 16.00  |
|            | JAW | Update database with Bilzin's and Ferry's 51st interim electronic detail and Ferry's December 2013 electronic detail (0.2)                              | 0.20  | 16.00  |
|            | BSR | Research docket for proposed fee order and other pertinent filings (.2); email to Warren Smith and James Wehrmann re proposed fee order and project category spreadsheet (50Q) (.2) | 0.40  | 124.00 |
|            | BSR | Review PwC's quarterly and monthly fee applications for the 51st interim period, as well as expense summaries re same                                   | 0.30  | 93.00  |
| 3/31/2014  | BSR | Review of Lauzon Belanger's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same            | 0.20  | 62.00  |
|            | BSR | receive, review, and respond to email from Celeste Hartman re PG&S' fee reductions over the course of the case                                          | 0.20  | 62.00  |
|            | JAW | Review of Deloitte Tax January 1, 2014 - March 31, 2014 fee application (1.3); draft summary of same (0.7)                                              | 2.00  | 350.00 |
|            | JAW | Review of Deloitte Tax December 2013 fee application (1.1); draft summary of same (0.1)                                                                 | 1.20  | 210.00 |
|            | JAW | Review of Deloitte Tax November 2013 fee application (0.6); draft summary of same (0.1)                                                                 | 0.70  | 122.50 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/31/2014 JAW | Review of Deloitte Tax October 2013 fee application (0.9); draft summary of same (0.1) | | 1.00 | 175.00 |
| JAW | Receive and review email from B. Ruhlander re 51st IR re: PwC (0.1); finalize and have served (0.2); email pdf of same to B. Ruhlander (0.1) | | 0.40 | 32.00 |
| JAW | Update database with Anderson's February 2014 fee application (0.1); Campbell's, Charter's, Hogan's, Scarfone's, and Lauzon's January 1, 2014 to February 3, 2014 fee applications (0.8); and with Campbell's,and Charter's 52nd interim fee applications (0.2), and with Charter's 51st interim fee application (0.1) | | 1.20 | 96.00 |
| JAW | Receive and review CNO re: Hoag's January 2014 FA (0.1) | | 0.10 | 8.00 |
| BSR | Review of LAS' quarterly and monthly application for the 51st interim period, as well as fee summary re same | | 0.20 | 62.00 |
| BSR | E-mail to Kathleen Miller re initial report for PwC (51Q) | | 0.10 | 31.00 |
| BSR | Research server for Orrick's monthly fee applications for the 51st interim period (.2); emails to James Wehrmann re Orrick's monthly fee applications for Oct., Nov., and Dec. 2013 (.2); email to Debra Fullem requesting Orrick's expense detail for the period of Oct-Dec. 2013 (.1) | | 0.50 | 155.00 |
| BSR | Review of The Hogan Firm's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | | 0.60 | 186.00 |
| BSR | Review of Law Office of Roger Higgins' quarterly and monthly fee applications for the 51st interim period | | 0.70 | 217.00 |
| BSR | Review of signed fee order for the 50th interim fee applications (.1); email to Jamie O'Neill and Warren Smith re same (.1) | | 0.20 | 62.00 |
| BSR | Review of Caplin & Drysdale's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | | 0.40 | 124.00 |
| BSR | Continued review of PwC's quarterly and monthly fee applications for the 51st interim period, as well as expense summaries re same | | 0.50 | 155.00 |
| BSR | receive, review, and respond to emails from Jamie O'Neill re final fee applications of Edward Cottingham and Barnwell Whaley (.2); email to James Wehrmann re same (.1) | | 0.30 | 93.00 |
| BSR | Draft initial report re PwC's 51st interim fee application | | 0.80 | 248.00 |
| BSR | Review of Bilzin Sumberg's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | | 0.40 | 124.00 |
| | **For professional services rendered** | | **75.40** | **$14,050.00** |

W.R. Grace & Co. Page 8

Additional Charges :

| | **Amount** |
|---|---|
| 3/10/2014 Third party copies & document prep/setup. | 154.24 |
| 3/11/2014 Third party copies & document prep/setup. | 383.12 |
| 3/27/2014 Third party copies & document prep/setup. | 128.40 |
| 3/31/2014 Copying cost | 42.30 |
| PACER Charges 2-1-14 to 3-31-14 | 115.60 |
| **Total additional charges** | **$823.66** |
| **Total amount of this bill** | **$14,873.66** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 19.70 | 310.00 | $6,107.00 |
| Warren H Smith | 0.30 | 335.00 | $100.50 |
| James A. Wehrmann | 35.90 | 175.00 | $6,282.50 |
| James A. Wehrmann | 19.50 | 80.00 | $1,560.00 |