**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


May 07, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11635


Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/1/2014 WHS | receive, review, and respond to email from Bobbi Ruhlander re question from Pachulski | | 0.10 | 33.50 |
| | JAW | Receive and review CNO's re: Kaye's January 2014 (0.1), Higgins January 2014 (0.1), Ferry December 2013 (0.1), P.D. Comm. Oct - Dec 2013 (0.1), Bilzin 50th Interim (0.1), Fragomen July 2013 (0.1), Fragoman August 2013 (0.1), Fragoman September 2013 (0.1), Fragoman October 2013 (0.1), Fragoman November 2013 (0.1), Fragoman December 2013 (0.1), and Fragoman Jananury 2014 (0.1) fee applications. | 1.20 | 96.00 |
| | JAW | Receive and review e-mail from B. Ruhlander re: 50th interim hearing (0.1); arrange court call appearance (0.1) | 0.20 | 16.00 |
| | JAW | Update database with BMC 50th interim (0.1) and Higgins February 2014 (0.1) fee applications. | 0.20 | 16.00 |
| | JAW | Update database with Orrick's October 2013 (0.1), November 2013 (0.1), and December 2013 (0.1) Higgins February 2014 (0.1), Campbell January 2014 (0.1), Campbell 52nd Interim (0.1), Charter January 2014 (0.1), Charter 51st interim (01.), Charter 52nd interim (0.1), and Anderson February 2014 (0.1) electronic detail. | 1.00 | 80.00 |
| | BSR | receive, review, and respond to email from Patty Cunniff re final fee application contents | 0.50 | 155.00 |
| | BSR | Review of Lincoln Partners' quarterly and monthly fee applications for the 51st interim period (.5); email to Jason Solganick re same (.2); review information provided by Jason Solganick and research same (.2) | 0.90 | 279.00 |
| | BSR | Review of Baker Donelson's Oct., Nov., and Dec. 2013 monthly fee applications (.1) and research docket for quarterly fee application (.2) | 0.30 | 93.00 |

---

W.R. Grace & Co.         Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/2/2014 | BSR | Review of Stroock's quarterly and monthly fee applications for the 51st interim period | 0.30 | 93.00 |
| | BSR | Review of Towers Watson's terms of engagement, as well as monthly and quarterly application for the 51st interim period | 0.30 | 93.00 |
| | BSR | Review of Woodcock Washburn's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.20 | 62.00 |
| | BSR | Review of Steptoe & Johnson's Oct. 2013 monthly fee application | 0.10 | 31.00 |
| | BSR | Review of Reed Smith's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Alan Rich's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Foley Hoag's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Review of Fragomen's quarterly and monthly fee applications for the 51st interim period (.3); exchange emails with Tatiana Bessonova re same (.1) | 0.40 | 124.00 |
| 4/3/2014 | JAW | Update database with Orrick 51st interim (0.1), Casner Jan - Feb 2014 (0.1), and Kramer January 2014 (0.1) electronic detail. | 0.30 | 24.00 |
| | BSR | Review of Phillips Goldman & Spence's quarterly and monthly fee applications for the 51st interim period | 0.30 | 93.00 |
| | JAW | Receive and review CNO re: Phillips February 2014 (0.1) fee application. | 0.10 | 8.00 |
| | BSR | Review of Kirkland & Ellis' Oct. and Nov. 2013 monthly fee applications, as well as fee and expense summaries re same (.4); research server to determine status of review of Dec. 2013 monthly fee application (.1) | 0.50 | 155.00 |
| | BSR | Receive and review response of PwC to initial report | 0.20 | 62.00 |
| | BSR | Review of Pachulski's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Review of Saul Ewing's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
| | BSR | Review of Alexander Sanders' quarterly and monthly fee application for the 51st interim period | 0.20 | 62.00 |
| | BSR | Continued review of Alan Rich's quarterly and monthly fee applications for the 51st interim period | 0.30 | 93.00 |
| 4/4/2014 | BSR | Review of Blackstone's Oct. 2013 engagement letter and retention order approving same | 0.30 | 93.00 |

W.R. Grace & Co.																					Page		3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/4/2014 | BSR | Review of Blackstone's Oct., Nov., and Dec. 2013 monthly fee applications, as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Campbell & Levine's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | JAW | Detailed review of Orrick's October 2013 fee application (1.1); draft summary of same (0.1) | 1.20 | 210.00 |
|  | JAW | Update database with Casner January - February 2014 (0.1), Kramer January 2014 (0.1), and Barnwell Dec 2013 - Feb 2014 (0.3) fee applications. | 0.50 | 40.00 |
|  | JAW | Update database with summaries prepared for November 2013 (0.1) and December 2013 (0.1) various applicants. | 0.20 | 16.00 |
|  | BSR | Review of Beveridge & Diamond's Oct., Nov., and Dec. 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| 4/5/2014 | JAW | Detailed review of Orrick's November 2013 fee application (1.7); draft summary of same (0.1) | 1.80 | 315.00 |
|  | JAW | Detailed review of Orrick's December 2013 fee application (1.6); draft summary of same (0.1) | 1.70 | 297.50 |
| 4/6/2014 | BSR | Review of Casner & Edwards' quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Capstone's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Charter Oak's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.40 | 124.00 |
|  | BSR | Detailed review of Roger Frankel's quarterly and monthly fee applications for the 51st interim period | 0.70 | 217.00 |
|  | BSR | Review of Kramer Levin's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Kaye Scholer's Nov. 2013 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| 4/7/2014 | JAW | Detailed review of Ferry's January 2014 fee application (03); draft summary of same (0.2) | 0.50 | 87.50 |
|  | JAW | Detailed review of Anderson's February 2014 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Campbell's January 2014 fee application (0.4); draft summary of same (0.3) | 0.70 | 122.50 |

W.R. Grace & Co.																																				Page	4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/7/2014 JAW | Detailed review of Charter's January 2014 - February 2014 fee application (0.4); draft summary of same (0.1) | | 0.50 | 87.50 |
| JAW | Detailed review of Bilzin's January 2014 fee application (04); draft summary of same (0.1) | | 0.50 | 87.50 |
| JAW | Detailed review of Hogan Firm's January 2014 - February 2014 fee application (0.5); draft summary of same (0.1) | | 0.60 | 105.00 |
| JAW | Receive and review CNO re: BMC October 2013 (0.1) fee application. | | 0.10 | 8.00 |
| BSR | E-mail to Kramer Levin re question concerning Nov. 2013 monthly fee application | | 0.10 | 31.00 |
| 4/8/2014 JAW | Receive and review CNO re: Anderson Janaury 2014 fee application (0.1) | | 0.10 | 8.00 |
| JAW | Update database with Caplin Jan - Feb 2014 (0.1) and Deloite Tax February 2014 (0.1) fee applications. | | 0.20 | 16.00 |
| JAW | Detailed review of Lauzon's Jan - Feb 2014 fee application (0.3); draft summary of same (0.1) | | 0.40 | 70.00 |
| JAW | Update database with Deloitte Tax September 2013 (0.1) electronic detail. | | 0.10 | 8.00 |
| JAW | Detailed review of Scarfone's Jan - Feb 2014 fee application (0.7); draft summary of same (0.1) | | 0.80 | 140.00 |
| BSR | receive, review, and respond to email from Mat Abraham re 50th interim fee applications | | 0.10 | 31.00 |
| 4/9/2014 BSR | E-mail to James Wehrmann re information requested by Reed Smith in order to prepare their final fee application (.1); review and respond to email from James Wehrmann re same (.1) | | 0.20 | 62.00 |
| JAW | Update database with Deloitte Tax revised September 2013 (0.1) fee application. | | 0.10 | 8.00 |
| 4/10/2014 JAW | E-mail to/from B. Ruhlander re: Fee Auditor's February 2014 fee application (0.3); e-mail to W. Smith re: same (0.2); prepare and file Notice of Withdrawal of February 2014 fee application (0.2); | | 0.70 | 56.00 |
| JAW | E-mail to/from B. Ruhlander re: request from Reed Smith for PPP spreadsheet (0.1); prepare WordPerfect copy of same for Reed Smith (0.1) | | 0.20 | 16.00 |
| BSR | Receive and review portion of spreadsheet pertaining to Reed Smith's fee applications (.1); email to Reed Smith re same (.2) | | 0.30 | 93.00 |
| 4/11/2014 JAW | Detailed review of Casner's January - February 2014 fee application (0.1); draft summary of same (0.1) | | 0.20 | 35.00 |

W.R. Grace & Co.                                                                                                          Page    5

|            |     |                                                                                                                                                                       | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/11/2014  | JAW | Detailed review of Higgins February 2014 fee application (0.1); draft summary of same (0.1)                                                                           | 0.20  | 35.00  |
|            | JAW | Detailed review of Kramer's January - February 2014 fee application (0.2); draft summary of same (0.1)                                                                | 0.30  | 52.50  |
|            | JAW | Draft Amended Notice of Filing re: Fee Auditor's February 2014 fee application (0.5); e-mails to/from W. Smith re: same (0.2); finalize, file, and have served (0.3)  | 1.00  | 80.00  |
| 4/14/2014  | JAW | Receive and review CNO's re: Frankel Wyron January 2014 - February 2014 (0.1) and Frankel January 2014 - February 2014 (0.1) fee applications.                        | 0.20  | 16.00  |
|            | JAW | Update database with Lincoln November 2013 (0.1) and Norton Rose's Septemebr 2013 (0.1) electronic detail                                                              | 0.20  | 16.00  |
| 4/15/2014  | JAW | Update database with Pachulski's February 2014 electronic detail (0.1)                                                                                                | 0.10  | 8.00   |
|            | JAW | Update database with Norton Rose's September 2013 fee application (0.1)                                                                                               | 0.10  | 8.00   |
|            | JAW | Receive and review CNO's re: Beveridge January 2014 (0.1) and BMC's November 2013 (0.1) fee applications.                                                             | 0.20  | 16.00  |
|            | BSR | telephone conference with Warren Smith re fee hearing                                                                                                                 | 0.10  | 31.00  |
| 4/16/2014  | BSR | telephone conferences with Warren Smith and with James Wehrmann re final fee application of WHSA (.1); email to James Wehrmann re same (.2)                           | 0.30  | 93.00  |
|            | BSR | Review of BMC's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same                                      | 0.20  | 62.00  |
|            | BSR | Review of Orrick's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same                                   | 0.70  | 217.00 |
|            | BSR | Research docket for applications pertaining to the 51st interim period, as well as other pertinent filings                                                            | 0.50  | 155.00 |
| 4/17/2014  | BSR | Detailed review of Duane Morris' quarterly and monthly fee applications for the 51st interim period                                                                   | 0.40  | 124.00 |
|            | BSR | E-mail to Jamie O'Neill re Blackstone fee application covering Oct. 2013 through Feb. 3, 2014                                                                         | 0.10  | 31.00  |
|            | BSR | Review of BMC's quarterly and monthly fee applications for the 51st interim period, as well as fee and expense summaries re same                                      | 0.40  | 124.00 |
|            | BSR | E-mail to Kirkland & Ellis inquiring as to status of firm's 51st quarterly fee application                                                                            | 0.10  | 31.00  |
| 4/18/2014  | BSR | Draft initial report re Kirkland & Ellis' 51st interim fee application                                                                                                | 1.00  | 310.00 |

W.R. Grace & Co. Page 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/18/2014 | BSR | Review of Kirkland & Ellis' Dec. 2013 monthly fee application (and fee and expense summary re same), as well as quarterly fee application for the 51st interim period | 0.50 | 155.00 |
|  | BSR | Review of Blackstone's quarterly fee application for the 51st interim period | 0.20 | 62.00 |
|  | JAW | Receive and review CNO's re: Hogan's 47th interim (0.1); Schiff's 47th interim (0.1); and Lauzon's 47th interim (0.1) | 0.30 | 24.00 |
| 4/21/2014 | JAW | Begin research of fees, expenses and timekeepers for use in preparation of Final Fee Application and drafting of same (4.6) | 4.60 | 368.00 |
|  | JAW | Receive e-mail from BSR re: 51st IR re: Kirkland's (0.1); review and finalize IR of same (0.3); e-mail pdf of same to BSR (0.1) | 0.50 | 40.00 |
|  | BSR | E-mail to Tony Scoles requesting Excel versions of Deloitte Tax's monthly invoices | 0.20 | 62.00 |
|  | BSR | Draft omnibus final report for the 51st interim period | 0.50 | 155.00 |
| 4/22/2014 | BSR | Draft combined final report for the 51st interim period | 1.60 | 496.00 |
|  | JAW | Continue preparing Final Fee Application including researching fees and expenses and begin preparation of chart of professionals (8.2) | 8.20 | 656.00 |
| 4/23/2014 | BSR | Continue drafting omnibus final report for the 51st interim period | 2.10 | 651.00 |
|  | BSR | telephone conference with James Wehrmann re WHSA's final fee application | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from Pachulski re status of Kaye Scholer's fee applications (.3); review and respond to three emails from Kaye Scholer re same (.4) | 0.70 | 217.00 |
|  | WHS | receive, review, and respond to email from Bobbi Ruhlander re Kaye | 0.10 | 33.50 |
|  | JAW | Continue preparing Final Fee Application including researching fees and expenses and begin preparation of chart of professionals (5.0); t/c w/BSR re: issues with same (0.4) | 5.40 | 432.00 |
|  | BSR | Draft final report re PwC's 51st interim fee application | 1.10 | 341.00 |
| 4/24/2014 | BSR | Continue drafting omnibus final report for the 51st interim period | 0.30 | 93.00 |
|  | BSR | telephone conferences (2) with James Wehrmann re WHSA final fee application (.1); telephone conference (2)with Warren Smith re WHSA final fee application (.4) | 0.50 | 155.00 |
|  | BSR | Draft fee and expense recommendation chart for the 51st interim period | 1.70 | 527.00 |

W.R. Grace & Co.            Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/24/2014 | BSR | telephone conference with Roger Higgins re Perkins Coie and Socha Perczak firms (.1); email to Warren Smith re same (.2); email to Roger Higgins re same (.1) | 0.40 | 124.00 |
| | BSR | E-mail to PwC re final report (51Q) | 0.10 | 31.00 |
| | BSR | Receive and review email and attached order from Jamie O'Neill re Sealed Air adversary fees and check the applications listed against our database and other records (1.2); email to Warren Smith re same (.2); review and respond to email from Warren Smith re same (.2); email to Jamie O'Neill re same (.3) | 1.90 | 589.00 |
| | BSR | Review of draft of WHSA final fee application | 0.50 | 155.00 |
| | WHS | receive, review, and respond to email from Bobbi Ruhlander re Perkins and Socha | 0.10 | 33.50 |
| | JAW | Continue preparing Final Fee Application including researching fees and expenses and begin preparation of chart of professionals (4.3); t/c's w/BSR and WHS re: issues with same (0.4); e-mail draft of same to BSR for review (0.1) | 4.80 | 384.00 |
| | JAW | Receive and review e-mail from BSR re: FR re: PwC for 51st interim (0.1); save FR to server (0.1); e-mail FR to WHS for review (0.1); e-mail from WHS re: same (0.1); finalize, file and have served FR (0.3); E-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review CNO's re: Norton's 8-13 (0.1); BMC's 12-13 (0.1); K&E's 12-13 (0.1); Deloitte Tax 12-13 (0.1), 11-13 (0.1), 10-13 (0.1), and 9-13 (0.1) fee applications and Notice of Filing re: Blackstone's 10-1-13 to 2-3-14 quarterly fee application (0.1) | 0.80 | 64.00 |
| | JAW | Update database with Kaye Scholer's Final (0.1) and Stroock's 2-14 (0.1) electonic detail. | 0.20 | 16.00 |
| 4/25/2014 | BSR | Continued review of WHSA final fee application and revise same | 1.00 | 310.00 |
| | BSR | receive, review, and respond to question from Beveridge & Diamond about its next quarterly fee application | 0.20 | 62.00 |
| | BSR | E-mail to Warren Smith with question re WHSA final fee application | 0.30 | 93.00 |
| | JAW | Receive and review e-mail from BSR re: Final Fee Application (0.2); make revisions (4.4); t/c with BSR re: same (0.2) | 4.80 | 384.00 |
| 4/26/2014 | JAW | Continue drafting of Final Fee Application and Exhibts to same (3.5); e-mail to BSR for review (0.1) | 3.60 | 288.00 |
| 4/27/2014 | BSR | Begin review of revised draft of WHSA final fee application | 0.10 | 31.00 |

W.R. Grace & Co.     Page   8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/28/2014 | JAW | Receive and review numerous e-mails to/from BSR and WHS re: Final Fee Application (0.4); revise same (0.3); e-mail final version to WHS for review (0.1); e-mail from WHS re: same (0.1); finalize, file and have served (0.4); e-mail copy to BSR (0.1) | 1.40 | 112.00 |
| | BSR | Draft initial report re Deloitte Tax's quarterly fee application for the 50th through 52nd interim periods | 1.00 | 310.00 |
| | BSR | Review of Deloitte Tax's quarterly fee application for the 51st and 52nd interim periods, monthly fee applications for July 2013 through Feb. 2014, and fee and expense summaries re same | 2.20 | 682.00 |
| | BSR | receive, review, and respond to emails from Warren Smith and James Wehrmann re WHSA final fee application | 0.30 | 93.00 |
| | BSR | telephone conference with Warren Smith re issues with Deloitte Tax's quarterly application for July 2013 through February 2014 | 0.20 | 62.00 |
| | BSR | Continued review of WHSA final fee application | 1.00 | 310.00 |
| | JAW | Detailed review of Pachulski's January 2014 - February 2014 fee application (0.6); draft summary of same (0.1) | 0.70 | 122.50 |
| | JAW | Update database with Stroock's 2-14 (0.1) fee application (0.1) | 0.10 | 8.00 |
| | JAW | Detailed review of Barnwell's December 2013 to February 2014 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | JAW | Detailed review of Caplin's January 2014 to February 2014 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
| 4/29/2014 | JAW | Update database with Pachuslki's 1-14 (0.1) fee application | 0.10 | 8.00 |
| | JAW | Update database with Sroock's 2-14 (0.1) electronic detail. | 0.10 | 8.00 |
| | JAW | Receive and review CNO's re: Ferry (0.1); Bilzin (0.1); and Kramer's (0.1) January 2014 fee applications, Higgins (0.1) February 2014 and Casner's (0.1) January - February 2014 (0.1) fee applications. | 0.60 | 48.00 |
| | JAW | Detailed review of Norton's September 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | BSR | Continued review of Deloitte Tax's quarterly and monthly fee applications for the 50th through 52nd interim periods (2.5); continue drafting initial report re same (1.5) | 4.00 | 1,240.00 |
| | JAW | Detailed review of Stroock's February 2014 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| 4/30/2014 | JAW | Update database with Sidley's Final (0.1) and PwC's 1-14 to 2-14 (0.1) electronic detail. | 0.20 | 16.00 |

W.R. Grace & Co. Page 9

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/30/2014 | BSR | Continue drafting initial report re Deloitte Tax's quarterly fee application for the 50th through 52nd interim periods | 1.80 | 558.00 |
| | BSR | Check docket for any other applications pertaining to the 51st interim period | 0.20 | 62.00 |
| | BSR | receive, review, and respond to email from John Kaplan of Perkins Coie with question re firm's final fee application | 0.10 | 31.00 |
| | BSR | Review of Anderson Kill's Jan. and Feb. 2014 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
| | JAW | Receive and review CNO's re: Caplin's 1-14 to 2-14 (0.1); Charter's 51st (0.1) and 1-14 to 2-14 (0.1); Campbell's 1-14 to 2-14 (0.1) and 52nd (0.1); and Anderson's 2-14 (0.1) fee applications. | 0.60 | 48.00 |

**For professional services rendered**     **95.30 $17,841.50**

Additional Charges :

| | | |
|---|---|---:|
| 4/30/2014 | Copying cost April | 56.70 |
| | Third party copies & document prep/setup. | 247.35 |
| | PACER Charges March 2014 | 84.60 |

**Total additional charges**     **$388.65**

**Total amount of this bill**     **$18,230.15**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 39.30 | 310.00 | $12,183.00 |
| Warren H Smith | 0.30 | 335.00 | $100.50 |
| James A. Wehrmann | 11.60 | 175.00 | $2,030.00 |
| James A. Wehrmann | 44.10 | 80.00 | $3,528.00 |