**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


June 10, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11653


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/1/2014 | BSR | Review of Campbell & Levine's quarterly and monthly fee applications for the 52nd interim period, as well as fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re how to address Sealed Air adversary fees in the final fee order | 0.20 | 62.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re professionals without current contact information | 0.20 | 62.00 |
|  | BSR | receive, review, and respond to email from Roger Higgins re Morrison Foerster final fee application | 0.10 | 31.00 |
|  | BSR | receive, review, and respond to email from Martha Araki at BMC re firm's final fee application | 0.10 | 31.00 |
|  | BSR | E-mail to Deloitte Tax re initial report (50-52nd interim periods) | 0.10 | 31.00 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | BSR | Review of Stroock's Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Alexander Sanders' Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Blackstone's Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Capstone's Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |

---

W.R. Grace & Co.                                                                                                              Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/1/2014 | BSR | Review of Charter Oak's Jan.-Feb 3, 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | telephone conference with James Wehrmann re project category spreadsheet (51Q) and files for same | 0.10 | 31.00 |
|  | BSR | telephone conference with Dan Hogan re issue of post-effective date fees | 0.10 | 31.00 |
|  | BSR | Review of Law Office of Roger Higgins' Jan. 2014 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Review of Scarfone Hawkins' Jan-Feb. 3, 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Anderson Kill's quarterly fee application for the 52nd interim period (monthly applications previously reviewed) | 0.10 | 31.00 |
|  | BSR | Review of Law Office of Roger Higgins's Feb. 1-3, 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Casner & Edwards' Jan-Feb. 3, 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Kramer Levin's Jan. 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Lauzon Belanger's Jan.-Feb. 3, 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of The Hogan Firm's Jan.-Feb. 3, 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Ferry Joseph's Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Bilzin Sumberg's Jan. 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | JAW | Update database with Saul Ewing Final Fee Application (0.1) and Foley Hoag 52nd Quarterly electronic detail (0.1) | 0.20 | 16.00 |
|  | JAW | Receive, review and finalize IR of Deloitte Tax 51st interim (0.3); e-mails to/from BSR re: same (0.2) | 0.50 | 40.00 |
| 5/2/2014 | BSR | receive, review, and respond to emails from Debora Melnyck re Beveridge & Diamond quarterly and final fee applications | 0.10 | 31.00 |
|  | BSR | telephone conferences with Jamie O'Neill and with Warren Smith re how to address late-filed final fee applications | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                         Page    3

|        |     |                                                                                                                                                                                                                                                                                                                                                                                                           | Hours | Amount |
|--------|-----|---|---|---|
| 5/2/2014 | BSR | receive, review, and respond to email from James Wehrmann re current service list | 0.10 | 31.00 |
|        | BSR | receive, review, and respond to email from John Rynkiewicz regarding Kaye Scholer's quarterly and final fee applications | 0.10 | 31.00 |
|        | BSR | telephone conferences with Anne Sandberg at Perkins Coie re objection deadline for final fee applications (.1); check order confirming plan for same (.1) | 0.20 | 62.00 |
|        | BSR | Review of Alan Rich's Jan. 2014 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|        | BSR | Review of Charter Oak's quarterly fee application for the 52nd interim period (monthly applications previously reviewed) | 0.10 | 31.00 |
|        | WHS | telephone conference with Bobbi Ruhlander re 1 week extension for all applicants | 0.20 | 67.00 |
|        | WHS | Review of |  | NO CHARGE |
|        | JAW | Update database with Phillips Final Fee Application (0.2) and Baker Donaldson January 2014 electronic detail (0.1) | 0.30 | 24.00 |
| 5/5/2014 | JAW | Update database with electronic detail - Stroock (0.1) , Foley (0.1) , and Kramer (0.1) final fee applications;  with Kaye Scholer (0.1), Frankel (0.1), Wyron Frankel (0.1), Tre Angeli (0.1) final fee applications; with Baker Donaldson (0.1) January 2014 fee application; with electronic detail Hogan (0.1), Lauzon (0.1), Scarfone (0.1), Stroock (0.1) , and BMC (0.1) 52nd interim and final fee applications. | 1.30 | 104.00 |
| 5/6/2014 | BSR | Begin review of Norton Rose final fee application | 0.30 | 93.00 |
|        | JAW | Generate April 2014 monthly statement (0.3); e-mails to WHS (0.1) and BSR (0.1) | 0.50 | 40.00 |
|        | JAW | Receive and review CNO re: Deloitte Tax September 2013 fee application (0.1) | 0.10 | 8.00 |
|        | JAW | Update database with electronic detail - Capstone (0.1) and Lukins (0.1) final fee applications, with Foley (0.1) 52nd interim, Protiviti (0.1), Watchell (0.1), Deloitte Consulting (0.1), Beveridge (0.1), Grant (0.1), Deloitte & Touche (0.1), Deloitte Tax (0.1) , Phillips (0.1), Foley (0.1), and Duane Morris (0.1) final fee applications, with Beveridge 51st interim (0.1) and Phillips (0.1) and Foley 52nd interims (0.1). | 1.60 | 128.00 |
|        | BSR | Exchange emails with Tony Scoles and Jared Gordon to set up conference call | 0.10 | 31.00 |
|        | BSR | Research docket for other applications for the period of Oct.-Dec. 2013 | 1.00 | 310.00 |

W.R. Grace & Co.                Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/6/2014 | BSR | Review of Venable's 3-year quarterly application and monthlies included in same (1.5); telephone conference with Warren Smith re same (.1) | 1.60 | 496.00 |
| | BSR | Continue drafting omnibus final report for the 51st interim period | 0.30 | 93.00 |
| | BSR | Review of Baker Donelson's quarterly application covering the 51st interim period | 0.20 | 62.00 |
| | BSR | Review of Beveridge & Diamond's quarterly fee application for the 51st interim period | 0.30 | 93.00 |
| 5/7/2014 | JAW | Update database with Capstone (0.2), Stroock (0.2) and Lincoln (0.2) final fee applications | 0.60 | 48.00 |
| | JAW | Finalize WHSA April 2014 monthly statement (0.2); e-mail same to Richard Finke (0.1) | 0.30 | 24.00 |
| | BSR | Review of K&E's response to initial report (51Q) | 0.30 | 93.00 |
| | BSR | Continue drafting omnibus final report for the 51st interim period | 2.20 | 682.00 |
| | BSR | telephone conference with Jared Gordon and Tony Scoles re information needed from Deloitte Tax in response to initial report (.5); prepare for conference call (.1) | 0.60 | 186.00 |
| | BSR | Continue drafting omnibus final report (51Q) | 2.00 | 620.00 |
| | BSR | Review of status of final fee applications filed and which, if any, have fees to be included with the 51st interim period | 1.00 | 310.00 |
| | BSR | Left detailed telephone voicemail for James Wehrmann re review of Venable combined fee application covering the 38th through 50th interim periods | 0.10 | 31.00 |
| 5/8/2014 | BSR | Organization of final application review to determine allocation of responsibilities re: same | 0.60 | 186.00 |
| | BSR | Review of Kaye Scholer's interim fee application covering the 38th through 50th interim periods, as well as monthly applications included in same | 2.00 | 620.00 |
| | BSR | Review of Stroock's Feb. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
| | BSR | Review of Pachulski's Jan. 1 - Feb. 3, 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | Review of Caplin & Drysdale's monthly fee application for Jan.-Feb. 3, 2014 (including fee and expense summary re same) and quarterly application for the 52nd interim period | 0.30 | 93.00 |

W.R. Grace & Co. Page 5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/8/2014 | BSR | Review of Fragomen's Jan. 2014 monthly fee application | 0.10 | 31.00 |
|  | BSR | Review of Kaye Scholer's Jan. 2014 monthly fee application and fee and expense summary re same | 0.10 | 31.00 |
|  | BSR | Review of Foley Hoag's Jan. 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Grant Thornton's quarterly and monthly fee applications for the 52nd interim period (Jan 1, 2014 through Feb. 3, 2014), as well as fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Beveridge & Diamond's final fee application (1.2); draft email to Pamela Marks re same (.5) | 1.70 | 527.00 |
|  | BSR | Review of Beveridge & Diamond's Jan. 2014 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | E-mail to debtor's attorneys re issue of post-Effective Date fees and expenses | 0.10 | 31.00 |
|  | JAW | Receive, review and finalize 51st Omnibus Report (0.4); emails from BSR re: same (0.1); emails to/from WHS re: same (0.2) | 0.70 | 56.00 |
|  | BSR | Review of Barnwell Whaley Patterson & Helms' final fee application covering Dec. 2013 through Feb. 3, 2014, and fee and expense summary re same (.6); email to local counsel Bill Sullivan re same (.1) | 0.70 | 217.00 |
|  | JAW | Detailed review of Venable July 1, 2010 to September 30, 2013 fee application (1.10); draft summary of same (0.5) | 1.60 | 280.00 |
|  | JAW | Revise WHSA March 2014 monthly statement (0.2); e-mail to/from WHS (0.2); e-mail to Richard Finke (0.1) | 0.50 | 40.00 |
| 5/9/2014 | JAW | Review of 51st interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 51st interim to confirm no discrepencies with same for the following: Anderson (0.3); Bilzin (0.3); Blackstone (0.4); BMC (0.3); Campbell (0.3); Caplin (0.3), Capstone (0.3). | 2.20 | 385.00 |
|  | JAW | Detailed review of PwC's Jan - Feb 2014 fee application (0.50); draft summary of same (0.2) | 0.70 | 122.50 |
|  | JAW | Detailed review of Saul's Jan - Feb 2014 fee application (0.20); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Update database with Kramer (0.1) and Saul Ewing (0.1) final fee applications electronic detail, with Sullivan (0.1), Austern (0.2), Towers (0.2), Norton (0.2), Baker Donaldson (0.1), Pachulski (0.1), Woodcock (0.2), Steptoe (0.1), Casner (0.1), Higgins (0.1), Janet Baer (0.1), Perkins (0.1), and Saul (0.1) final fee applications, with Towers (0.1) and Baker | 2.30 | 184.00 |

W.R. Grace & Co.                                                  Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | Donaldson (0.1) 52nd fee applications and with Venable (0.2) 38th - 50th quarterly fee applications. | | |
| 5/9/2014 | BSR | receive, review, and respond to emails from Debora Melnyck re possible amendment of Beveridge & Diamond's final fee application | 0.20 | 62.00 |
| | BSR | Continued review of Kaye Scholer's first interim fee application (covering the 38th through 52nd interim periods) and final fee application | 2.50 | 775.00 |
| 5/10/2014 | JAW | Continued review of 51st interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 51st interim to confirm no discrepencies with same for the following: Casner (0.3); Charter Oak (0.3); Duane Morris (0.3); Ferry (0.3); Foley (0.2); Fragomen (0.2); Frankel (0.3); Higgins (0.3); Hogan Firm (0.3); Kirkland (0.3); Kramer (0.3); Lauzon (0.2); LAS (0.2); Lincoln (0.2); Orrick (0.3); Pachulski (0.3); Phillips (0.3); Frankel (0.3); PwC (0.3); PwC Calif. waters edge tax project (0.3); Reed (0.3); Rich (0.3); Sanders (0.2); Saul Ewing (0.3); Scarfone (0.3); Stroock (0.3); Steptoe (0.2); Towers (0.2); Woodcock (0.2); Warren Smith (0.2); Baker Donaldson (0.1); Beveridge (0.1); Deloitte Tax (0.2); Grant Thornton (0.2); PwC Darex 2011 - 2012 (0.2) and PwC IRS Audit (0.2) | 9.00 | 1,575.00 |
| 5/11/2014 | BSR | Draft final report re Kaye Scholer's First Interim fee application | 0.50 | 155.00 |
| 5/12/2014 | BSR | Draft e-mail to John Rynkiewicz of Kaye Scholer with questions concerning Kaye Scholer's 1st interim fee application | 0.50 | 155.00 |
| | BSR | Review of Venable's interim and monthly fee applications for the 38th through 50th interim periods, as well as fee and expense summary re same (1.7); draft initial report re same (.8) | 2.50 | 775.00 |
| | BSR | E-mail to Tatiana Bessonova re adjustment to Fragomen fee application | 0.10 | 31.00 |
| | JAW | Update database with Kirkland (0.2), Morrison (0.2), PwC (0.2), Reed Smith (0.2), Foley (0.1), Scott Law (0.1), Lukins (0.1), and Venable (0.2) final fee applications and with Venable 51st interim (0.1) | 1.40 | 112.00 |
| | JAW | Detailed review of Kirkland's Jan - Feb 2014 fee application (4.00) | 4.00 | 700.00 |
| | BSR | Detailed review of status of final fee application filings to allocate responsibilities re: same. | 1.00 | 310.00 |
| | BSR | telephone conference with Jamie O'Neill re issue of applicants who have not filed final fee applications | 0.10 | 31.00 |
| 5/13/2014 | BSR | E-mail to Darek Bushnaq re initial report for Venable's 38th through 50th interim fee application (.2); respond to email from Darek Bushnaq re same (.1) | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                                      Page    7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/13/2014 | BSR | Revise omnibus final report (51Q) per instructions of Warren Smith (.2); email to Warren Smith re same (.1) | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from John Rynkiewicz re Kaye Scholer's final fee and expense information | 0.30 | 93.00 |
|  | BSR | Continue drafting final report re Kaye Scholer's First Interim Fee Application (.6); telephone conference with Warren Smith re same (.1); revise final report (.2) | 0.90 | 279.00 |
|  | BSR | Review of Roger Frankel's final fee application | 0.40 | 124.00 |
|  | BSR | Review of Phillips Goldman & Spence's final fee application | 0.50 | 155.00 |
|  | BSR | Review of Tre Angeli's final fee application | 0.20 | 62.00 |
|  | BSR | Review of Wachtell, Lipton, Rosen & Katz's final fee application | 0.30 | 93.00 |
|  | WHS | telephone conference with Bobbi Ruhlander re FR for applicants with no final fee app | 0.10 | 33.50 |
|  | BSR | telephone conference with Warren Smith re issue of professionals who did not file final fee applications (.1); telephone conference with Jamie O'Neill re same (.1) | 0.20 | 62.00 |
|  | WHS | Detailed review of, and revisions to, omnibus final report 51Q 10-12 | 0.30 | 100.50 |
|  | JAW | Receive, review and finalize IR of Venable for the 51st interim (0.3); e-mails to/from BSR re: same (0.2) | 0.50 | 40.00 |
|  | JAW | Update database with Goodwin final fee application (0.1), and with Ferry (0.1), Hilsoft (0.1), LECG (0.1), PD Comm (0.1), Hilton (0.1), Hamilton (0.1), Dies (0.1), Bilzin (0.1), and Conway (0.1) final fee applications electronic detail and with Bilzin (0.1) 52nd interim electronic detail. | 1.10 | 88.00 |
|  | JAW | Receive and review Pachulski Jan - Feb 2014 (0.1) and Norton September 2013 (0.1) CNO's | 0.20 | 16.00 |
|  | JAW | Receive, review and finalize FR of Kaye Scholer for the 51st interim (0.4); e-mails from BSR re: same (0.1); e-mails to/from WHS re: same (0.2) | 0.70 | 56.00 |
|  | JAW | Receive, review and finalize 51st Omnibus report (0.4); e-mails to/from BSR re: same (0.1); e-mails from WHS re: same (0.2) | 0.70 | 56.00 |
|  | JAW | Continued detailed review of Kirkland's Jan - Feb 2014 fee application (2.40) | 2.40 | 420.00 |
|  | WHS | Review of FR Kaye Scholer 37-51Q 1.10-12.13, and t/c with Bobbi Ruhlander re revisions re same | 0.40 | 134.00 |

W.R. Grace & Co.                                                      Page    8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/14/2014 | JAW | Update database with Richardson (0.2), Blackstone (0.2) and BMC (Jan - Feb) (0.1) fee applications. | 0.50 | 40.00 |
| | JAW | Draft summary of Kirkland's Jan - Feb 2014 fee application (1.0) | 1.00 | 175.00 |
| | JAW | Detailed review of Frankel's Jan 1- Jan 15, 2014 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| | JAW | Detailed review of Frankel's Jan 16- Feb 3, 2014 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Detailed review of Wyron Frankel's Jan 16- Feb 3, 2014 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | BSR | telephone conference with Warren Smith re Wachtell, Lipton final fee application | 0.10 | 31.00 |
| | BSR | Review of Stroock's final fee application | 4.70 | 1,457.00 |
| 5/15/2014 | BSR | Review of final fee application of Capstone (f/k/a FTI Policano) | 3.60 | 1,116.00 |
| | BSR | Review of Foley Hoag 35th Quarterly and Final Fee Application (.6); email to Priscilla Carver with question re same (.2) | 0.80 | 248.00 |
| | BSR | Review of final fee application of Law Offices of Roger Higgins and Baer Higgins Fruchtman (.5); email to Roger Higgins with question re same (.2) | 0.70 | 217.00 |
| | BSR | Draft email to Denise Wildes and Kenneth Pasquale with questions re Stroock's final expense request | 0.40 | 124.00 |
| | BSR | Review of Grant Thornton's final fee application (.4); email to Grant Thornton with questions re same (.3) | 0.70 | 217.00 |
| | BSR | Continued review of Stroock's final fee application | 0.50 | 155.00 |
| | JAW | Detailed review of BMC Jan 1, 2014 - Feb 3, 2014 fee application (1.3); draft summary of same (0.1) | 1.40 | 245.00 |
| | JAW | Detailed review of Venable Oct 1, 2013 - Feb 3, 2014 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| | JAW | Update database with BMC final fee application (0.1) | 0.10 | 8.00 |
| 5/16/2014 | JAW | Update database with Latham final fee application (0.2) | 0.20 | 16.00 |
| | BSR | Review of Kramer Levin's final fee application | 1.80 | 558.00 |
| | BSR | Draft initial report re Kramer Levin's final fee application | 1.30 | 403.00 |
| 5/17/2014 | BSR | Continue drafting initial report re Kramer Levin's final fee application | 2.00 | 620.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/19/2014 | JAW | Receive and review e-mail from BSR re: IR re: Kramer's Final Fee Application (0.1) finalize IR and have served (0.3); e-mail to BSR pdf of same (0.1) | 0.50 | 40.00 |
| | JAW | Update database with Final Fee Applications - Anderson (0.1), Charter Oak (0.1), Caplin (0.2), LAS (0.1), Campbell (0.1), Ferry (0.1), Hilton (0.1), Hamilton (0.1), Dies (0.1), Hilsoft (0.1), LECG (0.1), PD Comm (0.1), Conway (0.1), Bilzin (0.2), Carrella (0.1), Baker Hosteller (0.2), Latham (0.2), Baker McKenzie (0.1), Forman (0.1), Fragoman (0.1), Day Pitney (0.1), and Nelson (0.1) | 2.60 | 208.00 |
| | BSR | Draft final report re Venable's quarterly fee application for the 38th through 50th interim periods (1.0); telephone conference with Darek Bushnaq re redacted time entries (.1); telephone conference with Darek Bushnaq and Laura Boyea re redacted time entries (.2) | 1.30 | 403.00 |
| | BSR | Draft initial report re Duane Morris final fee application | 1.30 | 403.00 |
| | BSR | Receive and review additional information provided by Venable in response to initial report (.4); email to Darek Bushnaq and Laura Boyea re same (.3) | 0.70 | 217.00 |
| | BSR | Review of Duane Morris' final fee application | 2.50 | 775.00 |
| | BSR | Continued drafting fee and expense recommendation exhibit for proposed fee order (51Q) (1.2); determine which applicants need to be added to project category spreadsheet for the 51st interim period (.7) and draft email to James Wehrmann concerning additions (.6) | 2.50 | 775.00 |
| | BSR | E-mail to Kramer Levin re initial report for their final fee application | 0.30 | 93.00 |
| 5/20/2014 | JAW | Receive and review e-mail from BSR re: FR re: Venable's 41st - 50th Quarterly Fee Applications (0.1); e-mail same to WHS for review (0.1); receive e-mail from WHS re: same (0.1); finalize, file and have served (0.3); e-mail to BSR pdf of same (0.1) | 0.70 | 56.00 |
| | BSR | Receive and review additional information provided by Deloitte Tax in response to initial report for the 50th and 51st interim applications (2.0); draft email memorandum to Jared Gordon and Tony Scoles of Deloitte Tax with follow-up questions and summarizing additional information needed (2.0) | 4.00 | 1,240.00 |
| | JAW | Receive and review e-mail from BSR re: 51st interim pc spreadsheet (0.1); make revisions to Beveridge (0.2), Deloitte Tax (0.2), Kaye Scholer (0.3), and Venable (0.2); e-mail revised pc spreadsheet to BSR for review (0.1) | 1.10 | 88.00 |
| | JAW | Receive and review e-mail from BSR re: IR re: Duane Morris' Final Fee Application (0.1) finalize IR and have served (0.3); e-mail to BSR pdf of same (0.1) | 0.50 | 40.00 |

W.R. Grace & Co.                                                                                                           Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/20/2014 | BSR | Review of project category spreadsheet (51Q) (3.8); telephone conference with James Wehrmann re same (.1); email to Patty Cuniff re same (.1); email to Jamie O'Neill and Patty Cuniff re same (.2) | 4.20 | 1,302.00 |
|  | WHS | detailed review of FR Venable 41-50Q 7.10-9.13. | 0.20 | 67.00 |
|  | BSR | E-mail to Duane Morris re initial report concerning their final fee application | 0.30 | 93.00 |
|  | BSR | E-mail to Venable re final report concerning their 38th through 50th interim fee applications | 0.10 | 31.00 |
| 5/21/2014 | JAW | Receive and review e-mail from BSR re: Deloitte Tax response to Fee Auditor's report re: their 51st interim (0.1); save response to server (0.1) | 0.20 | 16.00 |
|  | JAW | telephone conference with Court Call to arrange appearance for BSR at May 28th hearing (0.1); receive and review confirmation of same (0.1) | 0.20 | 16.00 |
|  | JAW | Receive and review e-mail from BSR re: FR re: Deloitte Tax's 51st Interim Fee Application (0.1); e-mail same to WHS for review (0.1); receive e-mail from WHS re: same (0.1); finalize, file and have served (0.3); e-mail to BSR pdf of same (0.1) | 0.70 | 56.00 |
|  | WHS | Detailed review of FR Deloitte Tax 51Q 7.13-3.14 | 0.20 | 67.00 |
|  | BSR | Draft final report re Deloitte Tax's quarterly fee application covering the 50th and 51st interim periods | 2.90 | 899.00 |
|  | BSR | E-mail to Deloitte Tax re final report for the 50th and 51st interim periods | 0.30 | 93.00 |
|  | BSR | Continue drafting fee and expense recommendation chart for the 51st interim period fee applications (1.0); email same to Jamie O'Neill and Patty Cuniff at Pachulski (.2); email to Patty Cuniff re Deloitte Tax Final Report for the 51Q (.1) | 1.30 | 403.00 |
| 5/22/2014 | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Beveridge's 50th Interim (0.2); draft final fee chart for 50th interim for Beveridge reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Anderson's 50th Interim (0.2); draft final fee chart for 50th interim for Anderson reflecting same (0.2) | 0.40 | 70.00 |
|  | BSR | Review of Baker Donelson's final fee application | 2.50 | 775.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Blackstone's 50th Interim (0.2); draft final fee chart for 50th interim for Blackstone reflecting same (0.2) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                   Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/22/2014 | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: BMC's 50th Interim (0.2); draft final fee chart for 50th interim for BMC reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Campbell's 50th Interim (0.2); draft final fee chart for 50th interim for Campbell reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Baker Donaldson's 50th Interim (0.2); draft final fee chart for 50th interim for Baker Donaldson reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Bilzin's 50th Interim (0.2); draft final fee chart for 50th interim for Bilzin reflecting same (0.2) | 0.40 | 70.00 |
|  | BSR | Review of final fee application of Law Office of Janet Baer (1.0); email to Roger Higgins re same (.4) | 1.40 | 434.00 |
|  | BSR | Review of Perkins Coie's final fee application | 0.20 | 62.00 |
| 5/23/2014 | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Ferry's 50th Interim (0.2); draft final fee chart for 50th interim for Ferry reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Duane Morris' 50th Interim (0.2); draft final fee chart for 50th interim for Duane Morris reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Foley's 50th Interim (0.2); draft final fee chart for 50th interim for Foley reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Charter Oak's 50th Interim (0.2); draft final fee chart for 50th interim for Charter Oak reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Casner's 50th Interim (0.2); draft final fee chart for 50th interim for Casner reflecting same (0.2) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                      Page    12

|            |     |                                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/23/2014  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Capstone's 50th Interim (0.2); draft final fee chart for 50th interim for Capstone reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Caplin's 50th Interim (0.2); draft final fee chart for 50th interim for Caplin reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Receive and review CNO's re: Anderson's (0.1), Caplin's (0.1) and Saul's (0.1) Jan - Feb 2014 fee applications.                                                                                                                                                                      | 0.30  | 24.00  |
|            | JAW | Receive and review amended notice of filing re: Phillips' final fee application (0.1)                                                                                                                                                                                               | 0.10  | 8.00   |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Fragoman's' 50th Interim (0.2); draft final fee chart for 50th interim for Fragoman reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Grant Thornton's 50th Interim (0.2); draft final fee chart for 50th interim for Grant Thornton reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Research PACER for docket number of interim fee applications, amounts requested, final report docket numbers and dates, amounts awarded, order docket numbers and dates entered re: Deloitte Tax's 47th - 49th Interims (0.2); draft final fee chart for 47th - 49th interims for Deloitte Tax reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Roger Frankel's 50th Interim (0.2); draft final fee chart for 50th interim for Roger Frankel reflecting same (0.2) | 0.40  | 70.00  |
|            | BSR | Review of Deloitte Consulting's retention application and order (.2), as well as First and Final Fee Application and First, Second, and Third Monthly Fee Applications (.7)                                                                                                         | 0.90  | 279.00 |
|            | BSR | Continued review of Baker Donelson's final fee application (.5); email to Frank Childress re same (.3)                                                                                                                                                                              | 0.80  | 248.00 |
| 5/25/2014  | BSR | Review of Deloitte & Touche final fee application                                                                                                                                                                                                                                   | 1.40  | 434.00 |
|            | BSR | Review of Deloitte Tax's final fee application                                                                                                                                                                                                                                      | 3.00  | 930.00 |

W.R. Grace & Co.                                                                                                    Page    13

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/26/2014 JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Orrick's 50th Interim (0.2); draft final fee chart for 50th interim for Orrick reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Kirkland's 50th Interim (0.2); draft final fee chart for 50th interim for Kirkland reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Kramer's 50th Interim (0.2); draft final fee chart for 50th interim for Kramer reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Lauzon's 50th Interim (0.2); draft final fee chart for 50th interim for Lauzon reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: LAS' 50th Interim (0.2); draft final fee chart for 50th interim for LAS reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Lincoln's 50th Interim (0.2); draft final fee chart for 50th interim for Lincoln reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Higgins' 50th Interim (0.2); draft final fee chart for 50th interim for Higgins reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Pachulski's 50th Interim (0.2); draft final fee chart for 50th interim for Pachulski reflecting same (0.2) | | 0.40 | 70.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Hogan Firm's 50th Interim (0.2); draft final fee chart for 50th interim for Hogan Firm reflecting same (0.2) | | 0.40 | 70.00 |
| BSR | Research docket for signed fee order for 51st interim fee applications (.1); email to Jamie O'Neill re same (.1) | | 0.20 | 62.00 |
| BSR | Draft initial report re Deloitte Tax's final fee application | | 2.10 | 651.00 |

W.R. Grace & Co.                                                                             Page   14

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/27/2014 | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC IRS Project's 2011 50th Interim (0.2); draft final fee chart for 50th interim for PwC IRS Project reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC Darex Puerto Rico's 2011 Audit 50th Interim (0.2); draft final fee chart for 50th interim for PwC Darex Puerto Rico 2011 Audit reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Reed Smith's 50th Interim (0.2); draft final fee chart for 50th interim for Reed Smith reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Saul's 50th Interim (0.2); draft final fee chart for 50th interim for Saul reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Rich's 50th Interim (0.2); draft final fee chart for 50th interim for Rich reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Sanders' 50th Interim (0.2); draft final fee chart for 50th interim for Sanders reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Scarfone's 50th Interim (0.2); draft final fee chart for 50th interim for Scarfone reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Stroock's 50th Interim (0.2); draft final fee chart for 50th interim for Stroock reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Woodcock's 50th Interim (0.2); draft final fee chart for 50th interim for Woodcock reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Baker Donaldson's 43rd Interim | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                           Page    15

|            |     |                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | (0.2); draft final fee chart for 43rd interim for Baker Donaldson reflecting same (0.2)                                                                                                                                                                             |       |        |
| 5/27/2014  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Baker Donaldson's 44th Interim (0.2); draft final fee chart for 44th interim for Baker Donaldson reflecting same (0.2) | 0.40  | 70.00  |
|            | BSR | Review of Phillips Goldman & Spence's monthly fee application for Jan.1-Feb.3, 2014                                                                                                                                                                                 | 0.20  | 62.00  |
|            | BSR | Review of Frankel Wyron's first and final fee application, as well as Jan. 2014 monthly fee application (.2); email to Rick Wyron and Roger Frankel with question re same (.2)                                                                                      | 0.40  | 124.00 |
|            | BSR | Review of Lincoln Partners' final fee application and monthly application for Jan. 1-Feb. 3, 2014 (.4); email to Jason Solganick with question re same (.1)                                                                                                         | 0.50  | 155.00 |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC's 50th Interim (0.2); draft final fee chart for 50th interim for PwC reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC Darex Puerto Rico's 2012 Audit 50th Interim (0.2); draft final fee chart for 50th interim for PwC Darex Puerto Rico 2012 Audit reflecting same (0.2) | 0.40  | 70.00  |
|            | BSR | Review of Roger Frankel's final fee application and monthly fee applications for Jan. and Feb. 2014                                                                                                                                                                 | 0.30  | 93.00  |
|            | BSR | Review of Kaye Scholer's final fee application, as well as fees for Jan. 2014                                                                                                                                                                                       | 0.70  | 217.00 |
|            | BSR | E-mail to Jared Gordon and Tony Scoles re initial report for Deloitte Tax's final fee application (.1); respond to email from Tony Scoles re Deloitte FAS' final fee application (.2)                                                                               | 0.30  | 93.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Phillip's 50th Interim (0.2); draft final fee chart for 50th interim for Phillips reflecting same (0.2) | 0.40  | 70.00  |
|            | JAW | Receive and review e-mail from BSR re: IR re: Deloitte Tax's Final Fee Application (0.1); finalize and have served (0.3); e-mail to BSR pdf of same (0.1)                                                                                                           | 0.50  | 40.00  |

W.R. Grace & Co.                                                                                                                              Page    16

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                   | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 5/28/2014  | BSR | receive, review, and respond to emails from Bob Frezza of Capstone Recovery, Rick Wyron and Roger Frankel, and Jason Solganick of Lincoln Partners                                                                                                                                                                                                                                                | 0.30  | 93.00    |
|            | BSR | Review of Protiviti's final fee application                                                                                                                                                                                                                                                                                                                                                       | 0.30  | 93.00    |
|            | BSR | telephone conference with Meagan Haverkamp re Capstone's final fee and expense totals (.4); revise spreadsheet re Capstone's final fees and expenses based on items discussed and research of previous orders and reports (1.9); email to Meagan re revised spreadsheet of Capstone's final fees and expenses (.1)                                                                                | 2.40  | 744.00   |
|            | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 49th Interim fee applicaton period for the following - AKO (0.2), Baker Donaldson (0.2), Beveridge (0.2), Bilzen (0.2), BMC (0.2), Blackstone (0.2), Campbell (0.2), Caplin (0.2), Capstone (0.2), Casner (0.2), Charter Oak (0.2), Duane Morris (0.2), Ferry (0.2), Foley (0.2), Fragomen (0.2), Frankel (0.2), Higgins (0.2), Hogan (0.2), Kirkland (0.2), and Kramer (0.2) | 4.00  | 700.00   |
|            | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 43th (0.2), 44th (0.2), 46th (0.2), 47th (0,2), and 48th (0.2) Interim fee applicaton periods for Baker Donaldson.                                                                                                                                                                                          | 1.00  | 175.00   |
|            | JAW | Draft prior period paragraph in preparation for drafting final final report for the 48th (0.2) Interim fee applicaton period for Grant Thornton.                                                                                                                                                                                                                                                  | 0.20  | 35.00    |
|            | JAW | Draft prior period paragraph in preparation for drafting final final report for the 47th - 49th (0.2) Interim fee applicaton periods for Deloitte Tax.                                                                                                                                                                                                                                            | 0.20  | 35.00    |
| 5/29/2014  | JAW | Draft prior period paragraph in preparation for drafting final final report for the 45th (0.3) Interim fee applicaton period for Norton.                                                                                                                                                                                                                                                          | 0.30  | 52.50    |
|            | BSR | Draft final report re Protiviti's final fee application                                                                                                                                                                                                                                                                                                                                           | 1.50  | 465.00   |
|            | JAW | Draft prior period paragraph in preparation for drafting final final report for the 45th - 49th (0.2) Interim fee applicaton periods for Protiviti.                                                                                                                                                                                                                                               | 0.20  | 35.00    |
|            | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 49th Interim fee applicaton period for the following - Lauzon (0.2), Lincoln (for D. Austern) (0.2), Lincoln (for R. Frankel) (0.2), Orrick (for Austern) (0.2), Orrick (for Frankel) (0.2), Pachulski (0.2), Phillips (0.2), PWC (0.2), PwC GRP (0.2), PwC IRS (0.2), PwC Darex 2011 (0.2), PwC Darex 2012 (0.2), Reed Smith (0.2), Rich (0.2), Sanders (0.2), Saul (0.2), Scarfone (0.2), Stroock (0.2), Towers (0.2) and Woodcock (0.2) | 4.00  | 700.00   |
|            | JAW | Draft prior period paragraph in preparation for drafting final final report for the 48th (0.2) Interim fee applicaton period for Lincoln.                                                                                                                                                                                                                                                         | 0.20  | 35.00    |
|            | BSR | Continued review of Protiviti's final fee application                                                                                                                                                                                                                                                                                                                                             | 3.80  | 1,178.00 |

W.R. Grace & Co. Page 17

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/29/2014 | BSR | Review of Steptoe & Johnsons's final fee application | 0.20 | 62.00 |
| 5/30/2014 | JAW | Receive and review e-mail from BSR re: IR re: Protiviti's Final Fee Application (0.1); finalize and have same served (0.3); e-mail pdf of same to BSR (0.1) | 0.50 | 40.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 50th Interim fee applicaton period for the following - AKO (0.2), Baker Donaldson (0.2), Beveridge (0.2), Bilzen (0.2), BMC (0.2), Blackstone (0.2), Campbell (0.2), Caplin (0.2), Capstone (0.2), Casner (0.2), Charter Oak (0.2), Duane Morris (0.2), Ferry (0.2), Foley (0.2), Fragomen (0.2), Frankel (0.2), Grant Thornton (0.2), Higgins (0.2), Hogan (0.2), Kirkland (0.2), and Kramer (0.2) | 4.20 | 735.00 |
| | BSR | Review of Sullivan Hazeltine Allinson's final fee application | 1.20 | 372.00 |
| | BSR | Continued review of Steptoe & Johnson's final fee application (3.5); email to Gregory Kidder of Steptoe & Johnson with questions re same (.3) | 3.80 | 1,178.00 |
| | BSR | E-mail to Protiviti re final report concerning Protiviti's final fee application | 0.20 | 62.00 |
| 5/31/2014 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 50th Interim fee applicaton period for the following - Lauzon (0.2), LAS (0.2), Lincoln (0.2), Orrick (0.2), Pachulski (0.2), Phillips (0.2), PWC (0.2), PwC IRS (0.2), Reed Smith (0.2), Rich (0.2), Sanders (0.2), Saul (0.3), Scarfone (0.2), Stroock (0.3), and Woodcock (0.2) | 3.20 | 560.00 |
| | BSR | Review of Woodcock Washburn's final fee application | 1.20 | 372.00 |
| | BSR | E-mail to William Hazeltine at Sullivan Hazeltine Allinson re SHA's final fee and expense calculations | 0.20 | 62.00 |
| | | **For professional services rendered** | **182.10** | **$43,509.50** |

Additional Charges :

| | | Amount |
|---|---|---:|
| 5/31/2014 | Copying cost May 2014 | 113.80 |
| | PACER Charges April 2014 | 270.40 |
| | Third party copies & document prep/setup. | 429.30 |
| | **Total additional charges** | **$813.50** |
| | **Total amount of this bill** | **$44,323.00** |

W.R. Grace & Co. Page 18

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 100.20 | 310.00 | $31,062.00 |
| Warren H Smith | 1.40 | 335.00 | $469.00 |
| James A. Wehrmann | 58.30 | 175.00 | $10,202.50 |
| James A. Wehrmann | 22.20 | 80.00 | $1,776.00 |