**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 07, 2014

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11669

    Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/2/2014 BSR | | Continued review of Woodcock Washburn's final fee application | 2.70 | 837.00 |
| | BSR | Review of Pachulski's final fee application | 2.20 | 682.00 |
| | BSR | Review of Saul Ewing's final fee application (1.0); email to Teresa Currier re same (.3) | 1.30 | 403.00 |
| | JAW | Receive and review notice of withdrawn CNO's re: Lauzon (0.1), Hogan Firm (0.1) and Scarfone (0.1) Final Fee Applications. | 0.30 | 24.00 |
| | JAW | Receive and review CNO's re: Lauzon (0.1), Hogan Firm (0.1) and Scarfone (0.1) Final Fee Applications. | 0.30 | 24.00 |
| 6/3/2014 JAW | | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: BMC's 51st Interim (0.2); draft final fee chart for 51st interim for BMC reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Bilzin's 51st Interim (0.2); draft final fee chart for 51st interim for Bilzin reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Beveridge's 51st Interim (0.2); draft final fee chart for 51st interim for Beveridge reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Anderson's 51st Interim (0.2); draft final fee chart for 51st interim for Anderson reflecting same (0.2) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                              Page     2

|            |     |                                                                                                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|----|----|----|
| 6/3/2014   | BSR | E-mail to Jamie O'Neill re Pachulski final fee application | 0.30 | 93.00 |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Blackstone's 51st Interim (0.2); draft final fee chart for 51st interim for Blackstone reflecting same (0.2) | 0.40 | 70.00 |
|            | BSR | Review of Norton Rose's final fee application and monthly fee applications for June 2013 through Feb. 3, 2014 | 2.20 | 682.00 |
|            | BSR | receive, review, and respond to emails from Robert Frezza at Capstone (.1) and Teresa Currier at Saul Ewing (.1) | 0.20 | 62.00 |
|            | BSR | Continued review of Woodcock Washburn's final fee application (1.6); telephone conference with Warren Smith re same (.1) | 1.70 | 527.00 |
| 6/4/2014   | BSR | receive, review, and respond to email from James Wehrmann re Woodstock Washburn's fees and expenses | 0.20 | 62.00 |
|            | BSR | Commence drafting initial report re Norton Rose Fulbright's final fee application | 1.10 | 341.00 |
|            | JAW | Research fee and expense issues re: Woodcock's 1st - 25th interims, confirming the fee and expense totals requested in the interims match the fee and expense amounts requested in the corresponding monthlies. Revise final final excel spreadsheet noting discrepancies found. | 5.90 | 1,032.50 |
|            | JAW | Receive and review e-mail from BSR re: WoockCock's 1st - 25th interims and issues to research re: same (0.,1) | 0.10 | 17.50 |
|            | JAW | Receive and review e-mail from BSR re: Deloitte Tax Final IR (0.1) | 0.10 | 8.00 |
|            | JAW | Receive and review CN0's re: Baker Donelson January 2014 (0.1), Kirkland's (0.1) and BMC's (0.1) January 1 - February 3, 2014 fee applications. | 0.30 | 24.00 |
|            | BSR | Continued review of Norton Rose's final fee application (.2); draft email to Vasuda Sinha of Norton Rose with questions re fee and expense calculations in same (.4); email to James Wehrmann re issues with Ogilvy Renault's 25th period fee application (.2) | 0.80 | 248.00 |
|            | BSR | E-mails to and from James Wehrmann re final period spreadsheet | 0.30 | 93.00 |
|            | BSR | Inventory which applicants we have received final fee applications from | 0.60 | 186.00 |
|            | BSR | Review of Foley Hoag's final fee application | 1.00 | 310.00 |
|            | BSR | Review of Casner & Edwards' final fee application | 0.30 | 93.00 |
|            | BSR | Review of Towers Watson's final fee application | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                                                    Page     3

|            |     |                                                                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/4/2014   | BSR | Review of David Austern's final fee application                                                                                                                                                                                                                                                                   | 0.60  | 186.00 |
| 6/5/2014   | BSR | Review of Kirkland & Ellis' final fee application, including monthly application for the period of Jan 1 - Feb 3, 2014 and fee summary re same                                                                                                                                                                    | 2.30  | 713.00 |
|            | BSR | Continue drafting initial report re Norton Rose's (f/k/a Ogilvy Renault) final fee application                                                                                                                                                                                                                    | 1.30  | 403.00 |
|            | BSR | Receive and review fee summary prepared by James Wehrmann re Ogilvy Renault's non-working travel time during the 25th interim period (.2); review non-working travel time in Ogilvy Renault's 24th interim period fee application (.3)                                                                            | 0.50  | 155.00 |
|            | BSR | E-mail to Seth Jaffe and Priscilla Carver re Foley Hoag's final fee application                                                                                                                                                                                                                                   | 0.30  | 93.00  |
|            | JAW | Continue research of fee and expense issues re: Woodcock's 1st - 25th interims, confirming the fee and expense totals requested in the interims match the fee and expense amounts requested in the corresponding monthlies. Revise final final excel spreadsheet noting discrepancies found. (3.4); e-mail to BSR re: issues found (0.1) | 3.50  | 612.50 |
|            | JAW | Receive and review e-mail from BSR re: Final Fee Applications not received (0.1); download Final Fee Applications not received re: Hogan Firm (0.2), Lauzon (0.1), Rich (0.1), Sanders (0.1), and Scarfone (0.1); e-mail BSR re: same (0.1)                                                                        | 0.80  | 64.00  |
| 6/6/2014   | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Foley's 51st Interim (0.2); draft final fee chart for 51st interim for Foley reflecting same (0.1)                                 | 0.30  | 52.50  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Ferry's 51st Interim (0.2); draft final fee chart for 51st interim for Ferry reflecting same (0.1)                                 | 0.30  | 52.50  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Duane Morris' 51st Interim (0.1); draft final fee chart for 51st interim for Duane Morris reflecting same (0.1)                    | 0.20  | 35.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Deloitte Taxes 51st Interim (0.1); draft final fee chart for 51st interim for Deloitte Tax reflecting same (0.1)                   | 0.20  | 35.00  |
|            | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Charter's 51st Interim (0.2); draft final fee chart for 51st interim for Charter reflecting same (0.1)                             | 0.30  | 52.50  |

W.R. Grace & Co.     Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/6/2014 | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Fragoman's 51st Interim (0.2); draft final fee chart for 51st interim for Fragoman reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Casner's 51st Interim (0.2); draft final fee chart for 51st interim for Casner reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Capstone's 51st Interim (0.1); draft final fee chart for 51st interim for Capstone reflecting same (0.1) | 0.20 | 35.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Caplin's 51st Interim (0.2); draft final fee chart for 51st interim for Caplin reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Campbell's 51st Interim (0.2); draft final fee chart for 51st interim for Campbell reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Receive and review e-mail from BSR re: Final IR re: Norton Rose (0.1); finalize and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.50 | 40.00 |
| | JAW | Receive and review e-mail from BSR re: Ogilvy 25th interim and travel issues re: same (0.1); research travel issues (0.4); e-mails to/from BSR re: same (0.2); prepare summary of issues found for this interim (0.5) | 1.20 | 210.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Kramer's 51st Interim (0.2); draft final fee chart for 51st interim for Kramer reflecting same (0.1) | 0.30 | 52.50 |
| | BSR | Review of final fee application of Goodwin Procter (.5); email to D. Glosband re same (.2) | 0.70 | 217.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Higgin's 51st Interim (0.1); draft final fee chart for 51st interim for Higgin reflecting same (0.1) | 0.20 | 35.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Hogan Firm's 51st Interim (0.2); draft final fee chart for 51st interim for Hogan Firm reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                            Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/6/2014 JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Kirkland's 51st Interim (0.2); draft final fee chart for 51st interim for Kirkland reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Kaye Scholer's 51st Interim (0.2); draft final fee chart for 51st interim for Kaye Scholer reflecting same (0.2) | | 0.40 | 70.00 |
| BSR | E-mail to Vasuda Sinha re initial report for Norton Rose's final fee application | | 0.20 | 62.00 |
| BSR | E-mail to Adam Paul and John Donley re Kirkland & Ellis' final fee application | | 0.50 | 155.00 |
| BSR | Review of final fee applications of Lukins & Annis and The Scott Law Group | | 0.50 | 155.00 |
| BSR | telephone conference with Roger Higgins re final fee and expense amounts for Janet Baer PC | | 0.10 | 31.00 |
| BSR | Review of final fee application of Morrison & Foerster | | 0.20 | 62.00 |
| BSR | Review of Venable's final fee application | | 0.70 | 217.00 |
| JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Frankel's 51st Interim (0.2); draft final fee chart for 51st interim for Frankel reflecting same (0.1) | | 0.30 | 52.50 |
| BSR | Review of final fee application of Richardson Patrick Westbrook & Brickman (.8); email to James Wehrmann re same (.2) | | 1.00 | 310.00 |
| BSR | Review of Baker Hostetler's final fee application (.2); email to James Wehrmann re same (.2) | | 0.40 | 124.00 |
| BSR | Detailed review of Reed Smith's Jan. 2014 monthly fee application (.3); commence review of Reed Smith's final fee application (.3) | | 0.60 | 186.00 |
| 6/7/2014 BSR | Review of Carella Byrne's final fee application | | 0.20 | 62.00 |
| BSR | Review of Hilsoft's final fee application | | 0.20 | 62.00 |
| BSR | Review of W.D. Hilton's final fee application | | 0.20 | 62.00 |
| BSR | Review of Dies & Hile's final fee application | | 0.20 | 62.00 |
| BSR | Review of Forman Perry's final fee application | | 0.20 | 62.00 |
| BSR | Review of Baker McKenzie's final fee application | | 0.20 | 62.00 |
| BSR | Review of LECG's final fee application | | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                  Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/9/2014 | JAW | Receive and review e-mail from BSR re: prior fee applications filed by Baker & Hostetler (0.1); research PACER for any prior filings (0.5); e-mail to BSR re: no prior filings (0.1) | 0.70 | 122.50 |
|  | JAW | Receive and review e-mail from BSR re: Richardson Patrick's fees and expenses for the 10th - 12th interim period in connection with ZAI Science case (0.1); research PACER for order confirming those fees and expenses were granted by the Court (1.6); e-mail to BSR advising order was entered granting their fees and expenses. Also advised BSR, in this e-mail, that this order also granted the fees and expenses of Lukins and Elfuzon whose fees and expenses were also partially or completely disallowed for the 10th-12th interims in connection with the ZAI Science case. (0.2) | 1.90 | 332.50 |
|  | JAW | Prepare WHSA's May 2014 monthly statement (0.4); e-mail to BSR for review (0.1) | 0.50 | 40.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Lauzon's 51st Interim (0.2); draft final fee chart for 51st interim for Lauzon reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Orrick's 51st Interim (0.2); draft final fee chart for 51st interim for Orrick reflecting same (0.1) | 0.30 | 52.50 |
|  | BSR | Receive and review email from James Wehrmann re Baker Hostetler's fee history (.1); review terms of fee auditor order pertaining to Ordinary Course Professionals (.1); email to C. Marraro at Baker Hostetler re firm's final fee application (.2) | 0.40 | 124.00 |
|  | BSR | Review of WHSA May 2014 monthly fee application | 0.50 | 155.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Lincoln's 51st Interim (0.1); draft final fee chart for 51st interim for Linclon reflecting same (0.1) | 0.20 | 35.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: LAS' 51st Interim (0.2); draft final fee chart for 51st interim for LAS reflecting same (0.1) | 0.30 | 52.50 |
| 6/10/2014 | BSR | Review of Blackstone's quarterly application for the 51st and 52nd interim periods (including request for Restructuring Fee) | 0.40 | 124.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Woodcock's 51st Interim (0.1); draft final fee chart for 51st interim for Woodcock reflecting same (0.1) | 0.20 | 35.00 |

W.R. Grace & Co.  Page   7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/10/2014 | BSR | telephone conference with James Wehrmann re revisions to WHSA May 2014 monthly fee statement | 0.30 | 93.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re review of Blackstone's restructuring fee | 0.10 | 31.00 |
|  | BSR | telephone conference with Vasuda Sinha (.1); email to Vasuda Sinha re final reports for Ogilvy Renault for the 27th and 29th periods (.1) | 0.20 | 62.00 |
|  | BSR | Review prior period spreadsheet for Woodcock Washburn with revisions by James Wehrmann (.1); email to James Wehrmann re same (.1) | 0.20 | 62.00 |
|  | BSR | E-mail to John Agnello re final fee application of Carella Byrne | 0.30 | 93.00 |
|  | BSR | Review of Conway Del Genio's final fee application | 0.50 | 155.00 |
|  | BSR | Review of Latham & Watkins' final fee application (.6); email to Nicholas DeNovio at Latham & Watkins re same (.3) | 0.90 | 279.00 |
|  | BSR | Review of final expense application of the Official Committee of Asbestos Property Damage Claimants | 0.70 | 217.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Towers' 51st Interim (0.2); draft final fee chart for 51st interim for Towers reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Venable's 51st Interim (0.2); draft final fee chart for 51st interim for Venable reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Stroock's 51st Interim (0.1); draft final fee chart for 51st interim for Stroock reflecting same (0.1) | 0.20 | 35.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Scarfone's 51st Interim (0.2); draft final fee chart for 51st interim for Scarfone reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Saul's 51st Interim (0.1); draft final fee chart for 51st interim for Saul reflecting same (0.1) | 0.20 | 35.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Sanders' 51st Interim (0.2); draft final fee chart for 51st interim for Sanders reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/10/2014 JAW | | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Rich's 51st Interim (0.2); draft final fee chart for 51st interim for Rich reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Reed Smith's 51st Interim (0.2); draft final fee chart for 51st interim for Reed Smith reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC- CWETP's 51st Interim (0.2); draft final fee chart for 51st interim for PwC-CWETP reflecting same (0.2) | 0.40 | 70.00 |
| | JAW | telephone conference with BSR re: revisions to WHSA's May 2014 monthly statement (0.2) | 0.20 | 16.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: PwC's' 51st Interim (0.2); draft final fee chart for 51st interim for PwC reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Phillips' 51st Interim (0.1); draft final fee chart for 51st interim for Phillips reflecting same (0.1) | 0.20 | 35.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts requested, final report docket number and date, amounts awarded, order docket number and date entered re: Pachulski's 51st Interim (0.1); draft final fee chart for 51st interim for Pachulski reflecting same (0.1) | 0.20 | 35.00 |
| 6/11/2014 JAW | | Draft prior period paragraphs in preparation for drafting final final reports for the 51st Inteirm fee applicaton period for the following - AKO (0.2), Beveridge (0.2), Bilzen (0.2), BMC (0.2), Blackstone (0.2), Campbell (0.2), Caplin (0.2), Capstone (0.2), Casner (0.2), Charter Oak (0.2), Deloitte Tax (0.3), Duane Morris (0.2), Ferry (0.2), Foley (0.2), Fragomen (0.2), Frankel (0.2), Higgins (0.2), Hogan (0.2), Kaye Scholer (0.3), Kirkland (0.2), and Kramer (0.2) | 4.40 | 770.00 |
| | JAW | Receive and review e-mail from WHS re: May 2014 monthly statement (0.1); e-mail WHSA monthly statement to Richard Finke (0.1); receive and review e-mail from Richard Finke (0.1); t/c with Diane Borowy re: WHSA monthly statement (0.1); e-mail same to Diane Borowy (0.1) | 0.50 | 87.50 |
| | BSR | Continued review of Reed Smith's final fee application | 0.80 | 248.00 |
| | BSR | Continued review of Woodcock Washburn's final fee application (1.2); draft email to Gary Levin re same (.2) | 1.40 | 434.00 |

W.R. Grace & Co.     Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/11/2014 | BSR | Review of Blackstone's final fee application (1.2); draft email to Jamie O'Connell at Blackstone re same (.4) | 1.60 | 496.00 |
| | BSR | E-mail to Jamie O'Connell at Blackstone requesting documents to assist in review of restructuring fee | 0.20 | 62.00 |
| | BSR | E-mail to Marcy Croft at Forman Perry requesting additional fee/expense detail | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from Warren Smith re status of final fee application review | 0.30 | 93.00 |
| | BSR | telephone conference with James Wehrmann re errors in Woodcock Washburn's prior fee applications | 0.20 | 62.00 |
| | BSR | telephone conference with Melissa Flax re Carella Byrne final fee application (.1); review email from Melissa Flax re same (.1) | 0.20 | 62.00 |
| 6/12/2014 | JAW | telephone conference with BSR re: Woodcock fee application issues (0.2) | 0.20 | 35.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 51st Inteirm fee applicaton period for the following - Lauzon (0.2), LAS (0.2), Linclon (0.2), Orrick (0.2), Pachulski (0.2), Phillips (0.2), PWC (0.2), PwC-CWETP (0.2), Reed Smith (0.2), Rich (0.2), Sanders (0.2), Saul (0.2), Scarfone (0.2), Stroock (0.2), Towers (0.2), Venable (0.2), and Woodcock (0.2) | 3.40 | 595.00 |
| | BSR | Review of Orrick's final fee application | 1.30 | 403.00 |
| | BSR | Continued review of Reed Smith's final fee application (.6); email to Reed Smith re same (.3) | 0.90 | 279.00 |
| | BSR | receive, review, and respond to email from Annemarie Reilly at Latham & Watkins re amounts paid to firm | 0.10 | 31.00 |
| | BSR | Commence review of PwC's final fee application (.5); email to James Wehrmann re final info worksheets for PwC and related PwC projects (.1) | 0.60 | 186.00 |
| 6/13/2014 | JAW | Receive and review e-mail from BSR re: Orrick's Jan 1 - Feb 3, 2014 monthly fee application (0.1); download same from PACER and do detailed review of same (1.3); draft summary of same (0.2) | 1.60 | 280.00 |
| | JAW | Receive and review CNO re: PWC Jan 1 - Feb 3, 2014 fee application (0.1) | 0.10 | 8.00 |
| | BSR | Review of Legal Analysis Systems' final fee application (.3); email to Mark Peterson and Dan Relles re same (.2) | 0.50 | 155.00 |
| | BSR | Draft initial report re Orrick's final fee application | 0.50 | 155.00 |
| | BSR | Receive and review fee summary re Orrick's monthly fee application for Jan. 1, 2014 through Feb. 3, 2014 | 0.10 | 31.00 |

W.R. Grace & Co.                      Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/14/2014 | BSR | Review of Alan Rich's final fee application and monthly application for Feb. 2014 | 1.00 | 310.00 |
| | BSR | Review of final quarterly fee applications of The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins (.4); email to Jamie O'Neill re same (.1) | 0.50 | 155.00 |
| 6/17/2014 | BSR | Draft initial report re Orrick's final fee application | 1.00 | 310.00 |
| | BSR | Review of Hon. Alexander Sanders' Feb. 2014 monthly fee application (.2); review of Alexander Sanders' final fee application (.3) | 0.50 | 155.00 |
| | BSR | Draft initial report re Alan Rich's final fee application | 0.80 | 248.00 |
| | BSR | receive, review, and respond to emails from Roger Higgins and Karen Harvey re final fee applications of the Canadian ZAI claimants' professionals (.2); telephone conference with Warren Smith re same (.1) | 0.30 | 93.00 |
| 6/18/2014 | JAW | Receive and review e-mail from BSR re: Rich's Final Interim Report (0.1); save, finalize and have served (0.3); e-mail pdf of filed copy to BSR (0.1) | 0.50 | 87.50 |
| | JAW | Receive and review e-mail from BSR re: Orrick's Final Interim Report (0.1); save, finalize and have served (0.3); e-mail pdf of filed copy to BSR (0.1) | 0.50 | 87.50 |
| | BSR | E-mails to Orrick and to Alan Rich re initial reports concerning their final fee applications | 0.30 | 93.00 |
| | BSR | Review of final expense application of Property Damage Committee, including Fourteenth, Eighteenth, and Nineteenth Interim expense statements (3.5); email to James Wehrmann re same (.2) | 3.70 | 1,147.00 |
| | BSR | Review of Blackstone's retention application and order (.3); review prior period spreadsheet for Blackstone's fees and expenses (.2); email to James Wehrmann re hours recorded by Blackstone for each interim period (.1) | 0.60 | 186.00 |
| | BSR | Receive and review emails from Alan Rich in response to initial report (.1), along with expense detail for Feb. 2014 (.1) | 0.20 | 62.00 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re hearing rescheduled from July 8 to July 16 | 0.10 | 31.00 |
| 6/19/2014 | BSR | Receive and review Canadian ZAI counsel's motion to amend final fee applications | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from BSR re: issues concerning expense guidelines followed by Delaware Bankruptcy Courts from March 1 2002 to February 1, 2006 (0.2); research issues including PACER research, contact with help desk at Delaware Bankruptcy Courts and online research (1.2) | 1.40 | 245.00 |
| | JAW | Receive and review e-mail from BSR re: issue concerning Anderson Memorial's appointment to P.D. Committee (0.1); research PACER for date and order re: same (0.9) | 1.00 | 175.00 |

W.R. Grace & Co.									Page	11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2014 BSR | | E-mail to James Wehrmann and Warren Smith re July 16 hearing date | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from BSR re: revisions to Blackstone's Final Final excel spreadsheet to add hours billed per interim period (0.1); review prior final interim reports for hours billed per period and update 1st - 52nd interim periods accordingly (3.5); e-mail to BSR the update excel spreadsheet (0.1) | 3.70 | 647.50 |
| | BSR | Draft initial report re Blackstone's final fee application | 1.60 | 496.00 |
| | BSR | Draft final report re Blackstone's request for Restructuring Fee | 4.00 | 1,240.00 |
| | BSR | receive, review, and respond to email from James Wehrmann re Blackstone fee chart | 0.10 | 31.00 |
| 6/20/2014 BSR | | Review of PwC's final fee application | 3.60 | 1,116.00 |
| | BSR | E-mail to Blackstone re initial report concerning Blackstone's final fee application | 0.20 | 62.00 |
| | BSR | receive, review, and respond to email from Roger Higgins re Canadian ZAI counsel's motion to amend final fee application | 0.10 | 31.00 |
| | BSR | Continue drafting final report re Blackstone's Restructuring Fee (.3); email to Warren Smith re same (.1); review email from Warren Smith re same (.1); draft email to Jamie O'Connell, Jamie O'Neill, and Roger Higgins re standard of review for Blackstone's Restructuring Fee (.6) | 1.10 | 341.00 |
| | BSR | Review of PD Trust Agreement in conjunction with review of Barnwell Whaley's final fee application | 0.40 | 124.00 |
| | BSR | Review of BMC's final fee application | 0.50 | 155.00 |
| | JAW | Receive and review e-mail from BSR re: 52nd - Final Report re: Blackstone Restructuring Fee (0.1); save to server (0.1); e-mail same to WHS for review (0.1) | 0.30 | 52.50 |
| | JAW | E-mail to BSR re: results of search re: Anderson Memorial Appointment to P.D. Committee (0.2) | 0.20 | 35.00 |
| | JAW | Continue research re:expense guidelines followed by Delaware Bankruptcy Courts from March 1 2002 to February 1, 2006 (0.7); e-mail BSR re: same (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: Blackstone's Final Interim Report (0.1); save, finalize and have served (0.3); e-mail pdf of filed copy to BSR (0.1) | 0.50 | 87.50 |
| 6/21/2014 BSR | | Continued review of BMC's final fee application (1.4); draft email to BMC re same (.2) | 1.60 | 496.00 |

W.R. Grace & Co.                                                                                                    Page    12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/21/2014 | BSR | Review of Bilzin Sumberg's final fee application (1.1); two emails to Warren Smith re same (.5) | 1.60 | 496.00 |
| 6/22/2014 | BSR | Review of Fragomen's final fee application | 1.00 | 310.00 |
|  | BSR | Review of Campbell & Levine's final fee application | 0.30 | 93.00 |
|  | BSR | Review of Ferry Joseph's final fee application (.8); email to Ted Tacconelli and Lisa Coggins re same (.2) | 1.00 | 310.00 |
| 6/23/2014 | BSR | Review of Caplin & Drysdale's final fee application (including their application for Elizabeth Warren's fees) | 1.20 | 372.00 |
|  | JAW | Update database with Sullivan's Amended Final Fee Application (0.1) | 0.10 | 8.00 |
|  | BSR | telephone conference with Warren Smith re Bilzin Sumberg's request for fee enhancement (.1); email to Roger Higgins and Jamie O'Neill re same (.1) | 0.20 | 62.00 |
|  | BSR | Receive and review email from debtor's counsel re "final version" of Blackstone's original retention order and respond to same (.1); review retention order (.2); email to Warren Smith re same (.2) | 0.50 | 155.00 |
|  | WHS | receive, review, and respond to emails with Bobbi Ruhlander re Bilzen enhancement | 0.20 | 67.00 |
|  | MWS | Emails with Warren H. Smith regarding review of restructuring fee under reasonableness standard; review files to locate instances in which WHSA has applied this standard to restructuring fees; send sample inquiry and final report to Warren H. Smith. | 0.50 | 150.00 |
|  | BSR | Receive and review email from Ferry Joseph re fee reduction for duplicated time entry | 0.10 | 31.00 |
|  | BSR | Review of Charter Oak's final fee application | 0.30 | 93.00 |
|  | BSR | E-mail to Jamie O'Neill requesting copies of fee orders for the Sealed Air Adversary Proceeding | 0.10 | 31.00 |
|  | BSR | receive, review, and respond to email from Patty Cuniff with Sealed Air order for holdbacks attached | 0.30 | 93.00 |
|  | BSR | E-mail to Lisa Coggins at Ferry Joseph re firm's Sealed Air fees and expenses | 0.20 | 62.00 |
|  | BSR | Review of Day Pitney's final fee application | 3.30 | 1,023.00 |
| 6/24/2014 | JAW | Update database with Notice filed by Hogan Firm, Scarfone, and Lauzon re: Amended 17th and Final Fee Applications (0.1); e-mail to BSR (0.1) | 0.20 | 16.00 |
|  | JAW | Receive and review e-mail from BSR re: 52nd - Final Report re: Blackstone Restructuring Fee (0.1); finalize, file and have served (0.3) | 0.40 | 70.00 |

W.R. Grace & Co.  Page 13

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/24/2014 | BSR | E-mail to Anthony Marchetta re Day Pitney's final fee application | 0.30 | 93.00 |
| | BSR | Receive and review email with attachments from Warren Smith concerning final report which evaluates restructuring fee under the reasonableness standard (.4); respond to Warren Smith's email concerning Blackstone's restructuring fee (.1); email to Warren Smith re Blackstone's revised retention order and application for approval of same (.3) | 0.80 | 248.00 |
| | BSR | Draft email to debtor's counsel re standard of review for Blackstone's Transaction Fee | 0.50 | 155.00 |
| | BSR | Draft initial report re Blackstone's Restructuring Fee (.9); email to Jamie O'Connell at Blackstone re same (.1) | 1.00 | 310.00 |
| | BSR | Receive and review April 11, 2005 fee order in Sealed Air adversary proceeding received from Lisa Coggins (.2) and finalize review of Ferry Joseph's final fee application (.2) | 0.40 | 124.00 |
| | BSR | Continue review of Caplin & Drysdale's final fee application (.2); email to Rita Tobin re same (.2) | 0.40 | 124.00 |
| | BSR | Continued review of Bilzin Sumberg's final fee application | 0.20 | 62.00 |
| | BSR | Review of Hamilton Rabinovitz's final fee application | 0.20 | 62.00 |
| | BSR | Review of Nelson Mullins' final fee application | 2.40 | 744.00 |
| 6/25/2014 | BSR | telephone conference with Warren Smith re status of final application review and final report for Blackstone Restructuring Fee | 0.20 | 62.00 |
| | BSR | E-mail to Bernie Hawkins re Nelson Mullins' final fee application | 0.30 | 93.00 |
| | BSR | E-mail to Richard Finke re Blackstone Restructuring Fee | 0.10 | 31.00 |
| | BSR | Draft initial report re final application of Asbestos Property Damage Committee | 3.80 | 1,178.00 |
| | BSR | Continued review of Richardson Patrick's final fee application (1.4); email to Edward Westbrook re same (.2) | 1.60 | 496.00 |
| 6/26/2014 | BSR | E-mail to debtor's counsel re applicants who have filed final fee applications to date | 0.30 | 93.00 |
| | BSR | Draft final report re Phillips Goldman & Spence's final fee application | 1.10 | 341.00 |
| | BSR | Draft final report re Wachtell Lipton's final fee application | 1.00 | 310.00 |
| | BSR | Draft final report re Tre Angeli's final fee application | 0.90 | 279.00 |
| | BSR | Review of the PI Committee's final fee application | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                                              Page    14

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/26/2014 WHS | | Detailed review of FR Frankel Final | 0.20 | 67.00 |
| | BSR | receive, review, and respond to email from Mark Hurford re PI Committee applications | 0.20 | 62.00 |
| | BSR | Draft final report re Frankel Wyron's first and final fee application | 1.00 | 310.00 |
| | BSR | telephone conference with Roger Higgins re Blackstone request for Restructuring Fee | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from BSR re: Final IR re: P.D. Committee (0.1); save, finalize and have served (0.3) | 0.40 | 70.00 |
| | BSR | Receive and review email from James Wehrmann re professionals whose applications appear on the docket, but we have not received | 0.30 | 93.00 |
| | BSR | Draft final report re Roger Frankel's final fee application | 1.00 | 310.00 |
| | BSR | Emails to James Wehrmann with spreadsheets to check against prior period paragraphs (.8); email to James Wehrmann re checking the docket for any additional applicants (.3); review status of final application review (.7) | 1.80 | 558.00 |
| | BSR | Review of Anderson Kill & Olick's final fee application | 0.30 | 93.00 |
| | BSR | E-mail to Bilzin Sumberg re initial report for the Property Damage Committee | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from James Wehrmann re Excel exhibit to initial report for Property Damage Committee | 0.10 | 31.00 |
| | BSR | telephone conference with Rita Ginzberg of Day Pitney re firm's final fee application | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from BSR re: Final FR re: Roger Frankel (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: Final FR re: Roger Frankel (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: list of professional that filed final fee applications (0.1); research PACER and compare list to those firms that show having filed final fee applications but have not sent same to Fee Auditor (1.1); downlaod miising fee applications (0.2); e-mail to BSR list of firms that have not sent same to Fee Auditor (0.1) | 1.50 | 262.50 |
| 6/27/2014 BSR | | Receive and review email from Adam Paul re Blackstone's role in the restructuring of WR Grace | 0.10 | 31.00 |
| | BSR | E-mail to Mark Shelnitz re Blackstone's role in the restructuring of WR Grace | 0.20 | 62.00 |
| | BSR | Revise final report concerning Wachtell Lipton's final fee application | 0.20 | 62.00 |

W.R. Grace & Co.     Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/27/2014 | BSR | Continue drafting final report re Phillips Goldman & Spence's final fee application | 1.20 | 372.00 |
| | BSR | Draft final report re Deloitte & Touche's final fee application | 1.60 | 496.00 |
| | BSR | Draft final report re Duane Morris' final fee application | 2.70 | 837.00 |
| | BSR | Draft final report re Deloitte Consulting's final fee application | 0.60 | 186.00 |
| | WHS | Detailed review of FR Phillips Final | 0.20 | 67.00 |
| | WHS | Detailed review of FR Frankel Wyron Final | 0.20 | 67.00 |
| | WHS | Detailed review of FR Wachtell Final | 0.20 | 67.00 |
| | WHS | detailed review of FR Tre Angeli Final. | 0.20 | 67.00 |
| | BSR | E-mail to Tony Scoles and Jared Gordon inquiring as to response to initial report for Deloitte Tax (.1); telephone conference with Tony Scoles re same (.1) | 0.20 | 62.00 |
| | JAW | Receive and review e-mail from BSR re: Frankel Wyron Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 12 - 51 interims of Capstone to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.8) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 7 - 51 interims of BMC to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.9) | 0.90 | 157.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 51 interims of Blackstone to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.2) | 1.20 | 210.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 32 -39 interims of Janet Baer to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.5) | 0.50 | 87.50 |
| | JAW | Receive and review e-mail from BSR requesting I compare excel spreadsheet dates, docket #'s and totals with those of PPP's for accuracy (0.1) | 0.10 | 17.50 |

W.R. Grace & Co.                                                  Page    16

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 6/27/2014 | JAW | Receive and review e-mail from BSR re: Phillips Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: Watchell Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: Tre Angeli Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| 6/29/2014 | BSR | Research prior restructuring fees in conjunction with preparing final report for Blackstone restructuring fee | 1.50 | 465.00 |
| | BSR | Continue drafting final report re Duane Morris' final fee application | 0.80 | 248.00 |
| 6/30/2014 | BSR | telephone conference with Warren Smith re final report re Duane Morris' final fee application (.1); revise same (.9) | 1.00 | 310.00 |
| | BSR | Continue drafting final report re Blackstone's restructuring fee request (4.6); emails to Warren Smith re draft final report (.4) | 5.00 | 1,550.00 |
| | WHS | Detailed review of FR Deloitte & Touche Final. | 0.20 | 67.00 |
| | WHS | Detailed review of FR Deloitte Consulting Final | 0.20 | 67.00 |
| | WHS | Detailed review of, and revisions to, FR Duane Morris Final | 0.40 | 134.00 |
| | BSR | Research of case examples cited by Blackstone in support of its application for restructuring fee | 2.20 | 682.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 11 - 22 interims of Goodwin Proctor to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.2) | 0.20 | 35.00 |
| | JAW | Receive and review e-mail from BSR re: Deloitte and Touche Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: Deloitte Consulting Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1) | 0.30 | 52.50 |

W.R. Grace & Co. Page 17

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/30/2014 | JAW | Receive and review e-mail from BSR re: Duane Morris Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 4 - 17 interims of Carella to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 42 interims of Day Pitney to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.0) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 51 interims of Duane Morris to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.9) | 0.90 | 157.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 18 - 51 interims of Foley Hoag to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 24 - 45 interims of Norton Rose to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.9) | 0.90 | 157.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 26 interims of Nelson to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.4) | 0.40 | 70.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 13 - 25 interims of Latham to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 51 interims of Kramer to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.8) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1 - 51 interims of Kirkland to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.1) | 1.10 | 192.50 |

W.R. Grace & Co.                                                                                                              Page    18

|  | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | **178.10** | **$46,131.00** |

Additional Charges :

| | |
|---|---:|
| 6/30/2014 PACER Charges May 2014 | 529.60 |
| Third party copies & document prep/setup. | 430.74 |
| Copying cost | 158.50 |
| **Total additional charges** | **$1,118.84** |
| **Total amount of this bill** | **$47,249.84** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 110.40 | 310.00 | $34,224.00 |
| Mark W Steirer | 0.50 | 300.00 | $150.00 |
| Warren H Smith | 2.00 | 335.00 | $670.00 |
| James A. Wehrmann | 61.80 | 175.00 | $10,815.00 |
| James A. Wehrmann | 3.40 | 80.00 | $272.00 |