**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 11, 2014

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11698

Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/2014 | BSR | E-mails to UCC counsel (.1), Asbestos PI Counsel (.1), Asbestos PD Counsel (.1), and Future Asbestos PI Claimants' Representative (.1) re Blackstone Restructuring Fee | 0.40 | 124.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Pachulski to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.9) | 0.90 | 157.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Reed Smith to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.1) | 1.10 | 192.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 31st - 51st interims of Rich to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.5) | 0.50 | 87.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 16th - 26th interims of Richardson to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.8) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 33rd - 51st interims of Saul Ewing to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.7) | 0.70 | 122.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 45th interims of Steptoe to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.8) | 0.80 | 140.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2014 | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Stroock to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.4) | 1.40 | 245.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 22nd - 29th interims of Sullivan to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.3) | 0.30 | 52.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 8th - 51st interims of Woodcock to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (1.1) | 1.10 | 192.50 |
| | BSR | receive, review, and respond to email from Mark Hurford re application of the Asbestos Committee not previously approved by the Court | 0.10 | 31.00 |
| | BSR | telephone conference with Jared Gordon of Deloitte re items needed for response to initial report concerning Deloitte Tax's final fee application (.2); telephone conference with Tony Scoles re same (.1) | 0.30 | 93.00 |
| | WHS | Review of, and revision to, draft of Blackstone restructuring fee fr, and email Bobbi Ruhlander re same | 0.50 | 167.50 |
| | BSR | Receive and review email from Denise Wildes on behalf of the UCC re Blackstone Restructuring Fee | 0.10 | 31.00 |
| 7/3/2014 | BSR | Draft final report re Foley Hoag's final fee application | 1.20 | 372.00 |
| | BSR | Draft final report re Grant Thornton's final fee application | 1.10 | 341.00 |
| | BSR | Receive and review email from David Blabey on behalf of the Equity Committee re Blackstone Restructuring Fee (.1); email to Warren Smith re emails received from various parties re Restructuring Fee (.1) | 0.20 | 62.00 |
| | JAW | Receive and review CNO re: Phillips' January - February 2014 fee application (0.1) | 0.10 | 8.00 |
| | JAW | E-mail to BSR re: results of excel to PPP's task (0.1) | 0.10 | 17.50 |
| 7/5/2014 | BSR | Draft final report re Deloitte FAS | 0.50 | 155.00 |
| 7/6/2014 | BSR | E-mail to Jamie O'Connell re response to initial report concerning Restructuring Fee | 0.10 | 31.00 |
| | BSR | Continue drafting final report re Blackstone's Restructuring fee | 0.50 | 155.00 |
| | BSR | Draft final report re Goodwin Procter's final fee application | 1.60 | 496.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/2014 | BSR | Continue drafting final report re Blackstone Restructuring Fee | 0.70 | 217.00 |
| | BSR | Continue drafting final report re Deloitte FAS' final fee application | 0.50 | 155.00 |
| 7/7/2014 | WHS | Detailed review of FR Perkins Coie Final. | 0.30 | 100.50 |
| | WHS | Detailed review of, and revisions to, FR Foley Hoag Final | 0.30 | 100.50 |
| | WHS | Detailed review of FR Deloitte FAS Final | 0.20 | 67.00 |
| | WHS | Detailed review of FR Goodwin Procter Final | 0.30 | 100.50 |
| | WHS | Detailed review of, and revisions to, FR Blackstone 52Q Restructuring Fee | 0.40 | 134.00 |
| | WHS | Detailed review of FR Grant Thornton Final. | 0.20 | 67.00 |
| | BSR | Draft final report re Pachulski's final fee application | 2.50 | 775.00 |
| | BSR | Draft final report re Perkins Coie's final fee application | 1.00 | 310.00 |
| | JAW | Prepare June 2014 monthly statement of WHS&A's (0.3); e-mail to BSR for review (0.1) | 0.40 | 70.00 |
| | JAW | Receive and review e-mail from BSR re: Blackstone Restructuring Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Goodwin Proctor Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Deloitte FAS Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Foley Hoag Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Grant Thornton Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| 7/8/2014 | BSR | Draft final report re Stroock's final fee application | 0.80 | 248.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/2014 | BSR | Draft final report re Stroock's final fee application | 2.00 | 620.00 |
| | JAW | Receive and review CNO re: Frankel's 3rd quarter interim fee application (0.1) | 0.10 | 8.00 |
| | JAW | Receive and review e-mail from BSR re: Pachulski Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | BSR | E-mail to James Wehrmann re draft final report for Stroock | 0.30 | 93.00 |
| | WHS | Detailed review of FR Pachulski Final. | 0.30 | 100.50 |
| 7/9/2014 | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 18th - 51st interims of Beveridge to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 18th - 51st interims of Towers to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Receive and review e-mail from BSR re: Stroock's PPP's (0.1); review and revise same per BSR instructions (0.5); e-mail BSR regarding review and revisions made (0.1) | 0.70 | 56.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 13th - 45th interims of Austern to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.6) | 0.60 | 105.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 14th - 50th interims of Baker Donelson to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.5) | 0.50 | 87.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 40th - 51st interims of Higgins to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.5) | 0.50 | 87.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Casner to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.9) | 0.90 | 157.50 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/9/2014 | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 34th - 51st interims of Lincoln to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.4) | 0.40 | 70.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 10th - 49th interims of Protiviti to those totals in each of the corresponding PPP's researching any differences and making necessary corrections (0.5) | 0.50 | 87.50 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re Blackstone's fees | 0.10 | 31.00 |
| | BSR | E-mail to James Wehrmann re checking prior period paragraphs against updated spreadsheet | 0.20 | 62.00 |
| 7/10/2014 | BSR | Draft final report re Towers Watson's final fee application | 1.40 | 434.00 |
| | BSR | Receive and review email from Warren Smith re Stroock final report (.1) and revise report accordingly (.1) | 0.20 | 62.00 |
| | BSR | Draft final report re Steptoe & Johnson's final fee application | 0.90 | 279.00 |
| | WHS | Detailed review of, and email to Bobbi Ruhlander re revisions of, FR Stroock Final | 0.40 | 134.00 |
| | WHS | Detailed review of FR Towers Final | 0.20 | 67.00 |
| | JAW | Receive and review e-mails from BSR re: Stroock Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| | JAW | Receive and review e-mail from BSR re: Towers Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 140.00 |
| 7/11/2014 | BSR | Draft final report re Saul Ewing's final fee application | 1.60 | 496.00 |
| | BSR | Draft final report re Woodcock Washburn's final fee application | 2.30 | 713.00 |
| | BSR | Begin drafting final report re Sullivan Hazeltine's final fee application | 0.20 | 62.00 |
| | BSR | E-mail to Warren Smith and James Wehrmann re July 16 hearing | 0.20 | 62.00 |
| | BSR | telephone conference with Warren Smith re status of final fee application review | 0.10 | 31.00 |
| 7/12/2014 | BSR | Draft final report re Deloitte Tax's final fee application | 1.40 | 434.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2014 | JAW | Draft email to B. Ruhlander re July 14, 2010 hearing | 0.10 | 17.50 |
| 7/13/2014 | BSR | Follow-up email to Sullivan Hazeltine re firm's final fee and expense amounts | 0.20 | 62.00 |
| | BSR | Draft final report re Barnwell Whaley's final fee application | 0.90 | 279.00 |
| | BSR | Draft final report re David Austern's final fee application | 1.50 | 465.00 |
| | BSR | Draft final report re Lincoln Partners' final fee application | 1.80 | 558.00 |
| | BSR | Continue drafting final report re Deloitte Tax's final fee application | 0.80 | 248.00 |
| 7/14/2014 | WHS | Detailed review of FR Barnwell Final 503(b) | 0.20 | 67.00 |
| | JAW | Receive and review e-mail from BSR re: Barnwell Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Deloitte Tax Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Lincoln Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Saul Ewing Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Woodcock Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | WHS | detailed review of FR Lincoln Final | 0.20 | 67.00 |
| | WHS | Detailed review of FR Austern Final | 0.20 | 67.00 |
| | JAW | Receive and review e-mail from BSR re: David Austern Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | WHS | Detailed review of FR Deloitte Tax Final. | 0.30 | 100.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/2014 | WHS | Detailed review of FR Saul Ewing Final. | 0.20 | 67.00 |
| | WHS | Detailed review of FR Woodcock Final. | 0.20 | 67.00 |
| | BSR | Draft final report re Protiviti's final fee application | 2.00 | 620.00 |
| | BSR | E-mail to Warren Smith re status of final fee application review | 0.20 | 62.00 |
| | BSR | Draft final report re Capstone's final fee application | 5.60 | 1,736.00 |
| | BSR | Review of final fee application of Edward Cottingham, ZAI (Class 7B) Trustee | 0.50 | 155.00 |
| | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| 7/15/2014 | WHS | Detailed review of, and revision to, FR Capstone Final. | 0.30 | 100.50 |
| | BSR | Draft final report re Kaye Scholer's final fee application | 1.40 | 434.00 |
| | JAW | Receive and review e-mail from BSR re: Capstone Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: preparation of Notice of Withdrawal of Fee Audittor's Final FR re: David Austern (0.1); prepare and file Notice (0.2); e-mail to BSR re: filing of Notice (0.1) | 0.40 | 32.00 |
| | JAW | Receive and review e-mail from BSR re: Amended David Austern Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1) | 0.30 | 24.00 |
| | JAW | Receive and review e-mail from Pachulski re: Notice of Cancelled Hearing set for July 16th (0.1); e-mail to WHS and BSR Notice of Cancelled Hearing (0.1) | 0.20 | 16.00 |
| | BSR | Draft final report re Casner & Edwards' final fee application | 1.50 | 465.00 |
| | BSR | Draft final report re final fee application of The Law Offices of Roger Higgins | 1.00 | 310.00 |
| | BSR | Draft final report re final fee application of the Law Offices of Janet Baer | 1.40 | 434.00 |
| | BSR | Revise final report re David Austern's final fee application | 0.70 | 217.00 |
| | BSR | Continue drafting final report re Protiviti's final fee application | 2.50 | 775.00 |
| | BSR | E-mail to Capstone re final report | 0.10 | 31.00 |
| | BSR | E-mail to Warren Smith re David Austern final report (.2); telephone conferences (2) with Warren Smith re same (.2) | 0.40 | 124.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/15/2014 | BSR | E-mail to Andrew Struthers-Kennedy of Protiviti with follow-up questions concerning firm's fees | 0.30 | 93.00 |
| | BSR | Receive and review email from Warren Smith re Capstone final report | 0.10 | 31.00 |
| 7/16/2014 | JAW | Receive and review e-mail from BSR re: Casner Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Kaye Scholer Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | BSR | Draft final report re Norton Rose's final fee application | 3.40 | 1,054.00 |
| | JAW | Receive and review e-mail from BSR re: Roger Higgins Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Janet Baer Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | BSR | Continue drafting final report re Steptoe & Johnson's final fee application | 1.90 | 589.00 |
| | BSR | receive, review, and respond to email from Jamie O'Neill re Pachulski final report | 0.20 | 62.00 |
| | BSR | Review of Sullivan Hazeltine Allinson's revised final fee application | 0.30 | 93.00 |
| | BSR | Draft final report re Sullivan Hazeltine & Allinson final fee application | 1.90 | 589.00 |
| | BSR | E-mail to James Wehrmann re next final report to be prepared and proofing of prior period paragraphs for same | 0.40 | 124.00 |
| | JAW | Receive and review e-mail from WHS re: Austern Final FR (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.50 | 40.00 |
| | WHS | Review of FR Casner Final | 0.20 | 67.00 |
| | WHS | Review of, and revision to, Final Report re Law Offices of Roger Higgins | 0.30 | 100.50 |
| | WHS | Review of FR Baer Final | 0.20 | 67.00 |
| | WHS | Review of FR Kaye Scholer Final | 0.20 | 67.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/17/2014 | JAW | Update database with Hogan (0.1), Lauzon (0.1) and Scarfone (0.1) electronic detail for 17th Amended Quarterly and Final Fee Applications. | 0.30 | 24.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of K&E to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.9) | 0.90 | 157.50 |
| | BSR | Draft final report re Beveridge & Diamond's final fee application | 1.70 | 527.00 |
| | BSR | Continue drafting final report re Protiviti's final fee application | 1.70 | 527.00 |
| | WHS | Review of FR Sullivan Final | 0.30 | 100.50 |
| | WHS | Review of FR Steptoe Final. | 0.30 | 100.50 |
| | WHS | Review of FR Norton Rose Final | 0.30 | 100.50 |
| | JAW | Receive and review e-mail from BSR re: Norton Rose Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Steptoe Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Sullivan Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | BSR | Draft final report re Kramer Levin's final fee application | 2.70 | 837.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Blackstone to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (1.1) | 1.10 | 192.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 7th - 51st interims of BMC to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.8) | 0.80 | 140.00 |
| | BSR | Receive and review additional information provided by Andrew Struthers-Kennedy of Protiviti and analyze same (.5); draft email to Andrew Struthers-Kennedy re same (.4); telephone conference with Andrew Struthers-Kennedy re same (.1) | 1.00 | 310.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/17/2014 | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 6th - 15th interims of Lukins Annis to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.3) | 0.30 | 52.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 20th - 51st interims of Orrick to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.8) | 0.80 | 140.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of Reed Smith to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.9) | 0.90 | 157.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 6th - 26th interims of Richardson Patrick to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.5) | 0.50 | 87.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 16th - 29th interims of Scott Law to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.4) | 0.40 | 70.00 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 33rd - 51st interims of Venable to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.3) | 0.30 | 52.50 |
| | BSR | telephone conference with Andrew Struthers-Kennedy re issues with Protiviti final fee application (.1); email March 2005 monthly application to Andrew Struthers-Kennedy (.1) | 0.20 | 62.00 |
| 7/18/2014 | BSR | Review issues raised by James Wehrmann with respect to PwC's final fee and expense chart and reconcile same (1.0); continued review of PwC final fee application (.8) | 1.80 | 558.00 |
| | BSR | Draft final report re Baker Donelson's final fee application | 3.90 | 1,209.00 |
| | JAW | Receive and review e-mails from BSR re: Kramer Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mail from BSR re: Beveridge Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2014 | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 40th interim of PwC COP to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 49th - 50th interims of PwC IRS to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 42nd - 49th interims of PwC GRP to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 32nd interim of PwC Advisory Proj. to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 51st interim of PwC CWET to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 29th- 51st interims of PwC Darex to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.7) | 0.70 | 122.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 40th interim of PwC SSP to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (0.1) | 0.10 | 17.50 |
| | JAW | Review and compare excel spreadsheet dates, docket #'s and fee and expense totals for the 1st - 51st interims of PwC to those totals in each of the corresponding PPP's researching any differences and making revisions as needed (1.0) | 1.00 | 175.00 |
| | BSR | telephone conference with Warren Smith re Beveridge & Diamond final report | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from James Werhmann re spreadsheet and prior period paragraphs for PwC | 0.20 | 62.00 |
| | WHS | Review of, and revision to, FR Beveridge Final | 0.30 | 100.50 |
| | WHS | Review of, and revisions to, FR Kramer Final | 0.30 | 100.50 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2014 | BSR | telephone conference with Warren Smith re Kramer Levin final report | 0.10 | 31.00 |
| | BSR | Draft revision to final report re Kramer Levin's final fee application | 0.30 | 93.00 |
| | BSR | Commence drafting final report re PwC's final fee application | 0.30 | 93.00 |
| 7/19/2014 | BSR | Draft final report re PwC's final fee application | 0.70 | 217.00 |
| 7/20/2014 | BSR | Draft final report re Lukins & Annis' final fee application | 2.50 | 775.00 |
| 7/21/2014 | JAW | Receive and review e-mail from BSR re: Baker Donelson final final excel spreadsheet (0.1); review Baker Donelson prior interim and monthly fee applications for hours billed, update final final excel spreadsheet adding column showing hours billed per interim (2.7); e-mail updated excel spreadsheet to BSR for review (0.1) | 2.90 | 507.50 |
| | BSR | Continue to draft final report re Lukins & Annis' final fee application | 0.60 | 186.00 |
| | BSR | Draft final report re The Scott Law Group's final fee application | 2.30 | 713.00 |
| | BSR | Continue drafting final report re Protiviti's final fee application (.7); left detailed voicemail for Andrew Struthers-Kennedy of Protiviti re same (.1); telephone conferences with Warren Smith and with James Wehrmann re same (.1) | 0.90 | 279.00 |
| | WHS | Review of FR Protiviti Final. | 0.20 | 67.00 |
| | BSR | Draft final report re Morrison & Foerster's final fee application | 0.80 | 248.00 |
| | JAW | Receive and review e-mails from BSR re: Protiviti Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review CNO's re: LAS (0.1), Campbell (0.1), Charter Oak (0.1), and Anderson Kill (0.1) Final Fee Applications. | 0.40 | 32.00 |
| | BSR | E-mail to Protiviti re final report | 0.10 | 31.00 |
| | BSR | Finalize final report re Baker Donelson's final fee application | 0.20 | 62.00 |
| | BSR | Review of R. Karl Hill's final fee application | 0.40 | 124.00 |
| | BSR | Draft final report re final fee application of R. Karl Hill | 0.80 | 248.00 |
| 7/22/2014 | WHS | Review of, and revisions to, FR Lukins Final | 0.30 | 100.50 |
| | JAW | Receive and review e-mails from BSR re: Baker Donelson Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/22/2014 | BSR | telephone conference with Warren Smith re final report re Lukins & Annis' final fee application | 0.10 | 31.00 |
| | BSR | telephone conference with Warren Smith re status of final fee application review | 0.10 | 31.00 |
| | WHS | Review of FR Hill Final | 0.30 | 100.50 |
| | BSR | Continue drafting final report re PwC's final fee application | 2.30 | 713.00 |
| | WHS | Review of FR Baker Donelson Final | 0.30 | 100.50 |
| | WHS | Review of FR Morrison Final. | 0.20 | 67.00 |
| | WHS | Review of FR Scott Final | 0.20 | 67.00 |
| | BSR | Review response of Kirkland & Ellis to email concerning final fee application | 0.10 | 31.00 |
| | WHS | Review of, and revisions to, FR PwC Final | 0.40 | 134.00 |
| | BSR | Research status of Blackstone response to initial report concerning final fee application and email to Jamie O'Connell at Blackstone re same | 0.20 | 62.00 |
| | JAW | Receive and review e-mails from BSR re: Lukins Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.3); e-mail pdf of same to BSR (0.1) | 0.80 | 64.00 |
| | JAW | Receive and review e-mails from BSR re: Scott Law Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Morrison Forester Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Follow-up email to Martha Araki re differences in our final fee and expense calculations and BMC's | 0.10 | 31.00 |
| | JAW | Receive and review e-mails from BSR re: Karl Hill Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Review of Scarfone Hawkins' final fee application (.2); email to Dan Hogan with questions re same (.2) | 0.40 | 124.00 |
| | BSR | Review of Lauzon Belanger's final fee application (.3); email to Dan Hogan with questions re same (.3) | 0.60 | 186.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/22/2014 | BSR | Review of The Hogan Firm final fee application (.3); email to Dan Hogan with questions re same (.3) | 0.60 | 186.00 |
| | BSR | Draft final report re final fee application of Richardson Patrick Westbrook & Brickman | 1.30 | 403.00 |
| | BSR | Draft final report re Venable's final fee application | 1.20 | 372.00 |
| 7/23/2014 | JAW | Receive and review e-mails from BSR re: PwC Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Venable Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | WHS | Review of FR Venable Final. | 0.20 | 67.00 |
| | WHS | Review of, and revisions to, FR Richardson Final | 1.20 | 402.00 |
| | JAW | Receive and review e-mails from BSR re: Richardson Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1) | 0.30 | 24.00 |
| | BSR | Draft final report re Kirkland & Ellis' final fee application (2.0); email to Adam Paul requesting copies of additional fee orders in Sealed Air adversary proceedings (.1) | 2.10 | 651.00 |
| | BSR | Draft final report re Reed Smith's final fee application | 3.80 | 1,178.00 |
| | BSR | telephone conference with Warren Smith re revision to final report re Richardson Patrick's final fee application (.2); revise final report accordingly (.8) | 1.00 | 310.00 |
| 7/24/2014 | JAW | Receive and review e-mails from WHS re: Richardson Final FR (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.40 | 32.00 |
| | JAW | Receive and review e-mails from BSR re: Reed Smith Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | WHS | Review of, and revisions to, FR Reed Smith Final | 0.40 | 134.00 |
| | BSR | Draft final report re Kirkland & Ellis' final fee application | 3.80 | 1,178.00 |
| 7/25/2014 | WHS | Review of, and revisions to, FR KE Final | 0.50 | 167.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2014 | JAW | Receive and review e-mails from BSR re: Orrick Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Draft final report re Orrick's final fee application | 1.80 | 558.00 |
| | BSR | telephone conference with Warren Smith re expense issue in final report re K&E's final fee application (.1); revise final report re K&E's final fee application (.6) | 0.70 | 217.00 |
| | BSR | Draft final report re BMC Group's final fee application | 3.10 | 961.00 |
| | BSR | Brief review of final fee applications of Buchanan Ingersol & Rooney (.3); E-mail to James Wehrmann re same (.1) | 0.40 | 124.00 |
| | BSR | Continued review of final application of Official Committee of Asbestos Personal Injury Claimants | 1.20 | 372.00 |
| | WHS | Review of, and revisions to, FR Orrick Final. | 0.30 | 100.50 |
| | BSR | Draft final report re final fee application of Official Committee of Asbestos Personal Injury Claimants | 1.20 | 372.00 |
| | JAW | Receive and review e-mails from BSR re: Kirkland Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| 7/26/2014 | BSR | Draft final report re Baker & McKenzie's final fee application | 0.40 | 124.00 |
| | BSR | Draft final report re LECG's final fee application | 0.40 | 124.00 |
| | BSR | Draft final report re Hon. Alexander M. Sanders, Jr., final fee application | 1.60 | 496.00 |
| | BSR | Draft final report re Hilsoft Notifications' final fee application | 1.20 | 372.00 |
| | BSR | Draft final report re Dies and Hile's final fee application | 0.40 | 124.00 |
| | BSR | Draft final report re Anderson Kill & Olick's final fee application | 1.50 | 465.00 |
| | JAW | Receive and review e-mail from BSR re: final fee application fee and expense issues concerning Buchanan Ingersol (0.1); research and review these issues on PACER and excell spreadsheets we prepared (2.7); detailed e-mail to BSR re: results of research of Buchanan Ingersol's fee/expenses request in their Final Fee Application and connection with Klett law firm (0.2) | 3.00 | 525.00 |
| 7/27/2014 | BSR | Draft final report re Latham & Watkins' final fee application | 1.10 | 341.00 |

| | | Hours | Amount |
|---|---|---|---|
| 7/27/2014 BSR | Draft final report re Charter Oak's final fee application | 1.10 | 341.00 |
| 7/28/2014 JAW | Receive and review e-mails from BSR re: LECG Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mail from BSR re: Forman Perry final fee application preparation issues (0.1); research database and PACER to determine if we received a fee statement from Forman Perry re: time spent on final fee application preparation (0.3); e-mail to BSR re: no receipt of fee statement from Forman Perry with information re: final fee application preparation issues (0.1) | 0.50 | 40.00 |
| JAW | Receive and review e-mails from BSR re: WD Hilton Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Latham Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Charter Oak Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Judge Sanders Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Hilsoft Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Baker McKenzie Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| JAW | Receive and review e-mails from BSR re: Dies & Hile Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/28/2014 | JAW | Receive and review e-mails from BSR re: Anderson Kill Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: PI Committee Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: BMC Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | WHS | Review of FR Hilsoft | 0.20 | 67.00 |
| | WHS | Review of FR BMC Final | 0.30 | 100.50 |
| | BSR | E-mail to Marcy Croft re Forman Perry's invoice for final fee application preparation | 0.10 | 31.00 |
| | BSR | Draft final report re Bilzin Sumberg's final fee application | 4.20 | 1,302.00 |
| | BSR | E-mail to Kirkland & Ellis re final report | 0.10 | 31.00 |
| | BSR | telephone conference with Warren Smith re Latham & Watkins; review revisions to final report | 0.10 | 31.00 |
| | BSR | Follow-up email to Jamie O'Neill re Baker Hostetler final fee application | 0.10 | 31.00 |
| | BSR | Draft final report re final fee application of Conway, Del Genio, Gries & Co. | 1.00 | 310.00 |
| | WHS | Review of FR Baker McKenzie Final. | 0.20 | 67.00 |
| | BSR | Draft final report re Campbell & Levine's final fee application | 1.60 | 496.00 |
| | BSR | Continued review of Buchanan Ingersol & Rooney's final fee application | 0.80 | 248.00 |
| | WHS | Review of FR Dies | 0.20 | 67.00 |
| | WHS | Review of, and revisions to, FR LECG | 0.30 | 100.50 |
| | WHS | Review of, and revisions to, FR Sanders Final. | 0.30 | 100.50 |
| | WHS | Review of FR Charter Oak Final. | 0.20 | 67.00 |
| | WHS | Review of, and revisions to, FR Latham Final | 0.40 | 134.00 |
| | WHS | Review of FR Hilton Final | 0.20 | 67.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/28/2014 | WHS | Review of FR Off Asb Comm Final | 0.30 | 100.50 |
| | WHS | Review of FR Anderson Final | 0.30 | 100.50 |
| 7/29/2014 | BSR | Revise final report re Bilzin Sumberg's final fee application | 0.20 | 62.00 |
| | BSR | E-mail to Jay Sakalo re Sealed Air fees for Conway, Del Genio, Gries (.3); check status of response to initial report sent to Property Damage Committee (.1); email to Luisa Flores re same (.1) | 0.50 | 155.00 |
| | BSR | E-mail to Campbell & Levine re final report | 0.10 | 31.00 |
| | JAW | Receive and review e-mails from BSR re: Conway Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Bilzin Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Campbell Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | WHS | Review of FR Conway Del Genio Final | 0.20 | 67.00 |
| | WHS | Review of FR Campbell Final | 0.20 | 67.00 |
| | WHS | Review of, and revisions to, FR Bilzin Final | 0.40 | 134.00 |
| | BSR | E-mail to Bilzin Sumberg re final report for Conway, Del Genio, Gries & Co. | 0.10 | 31.00 |
| | BSR | Draft final report re Hamilton Rabinovitz's final fee application | 1.40 | 434.00 |
| | BSR | E-mail to Bilzin Sumberg re final report | 0.10 | 31.00 |
| | BSR | Draft final report re Ferry Joseph's final fee application | 1.90 | 589.00 |
| | BSR | Review response of Caplin & Drysdale to initial inquiry concerning their final fee application | 0.30 | 93.00 |
| | BSR | Draft final report re Forman Perry's final fee application | 0.80 | 248.00 |
| | BSR | Draft final report re final fee application of Legal Analysis Systems | 1.70 | 527.00 |
| 7/30/2014 | WHS | telephone conference with Bobbi Ruhlander re Sealed Air fee discrepancy, and receive and review email re same | 0.50 | 167.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2014 | WHS | Review of FR Ferry Final. | 0.30 | 100.50 |
| | WHS | Review of FR Hamilton Final | 0.20 | 67.00 |
| | WHS | Review of FR Forman Perry Final | 0.20 | 67.00 |
| | WHS | Review of FR LAS Final | 0.20 | 67.00 |
| | JAW | Receive and review e-mail from BSR re: Caplin's response to Final FR (0.1); update database with Caplin's response (0.1) | 0.20 | 16.00 |
| | JAW | Receive and review e-mails from BSR re: LAS Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Forman Perry Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Ferry Joseph Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mails from BSR re: Hamilton Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Begin drafting final report re Fragomen's final fee application | 0.20 | 62.00 |
| | BSR | Additional review of Fragomen's final fee application | 0.40 | 124.00 |
| | BSR | Draft final report re Caplin & Drysdale's final fee application (4.3); email to Rita Tobin re error in 18th period fee order (.2) | 4.50 | 1,395.00 |
| | BSR | E-mail to debtors' counsel re issue with Sealed Air fee award for Conway, Del Genio & Gries | 0.30 | 93.00 |
| | BSR | telephone conference with Warren Smith re issues in final reports for Bilzin Sumberg, Caplin & Drysdale, and Ferry Joseph | 0.30 | 93.00 |
| 7/31/2014 | BSR | Continue drafting final report re Caplin & Drysdale's final fee application | 0.80 | 248.00 |
| | BSR | Draft final report re Fragomen's final fee application | 0.40 | 124.00 |
| | BSR | E-mail to Enrique Gonzalez re questions concerning Fragomen's final fee application (.3); review Mr. Gonzalez's email in response and respond to same (.1) | 0.40 | 124.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/31/2014 | BSR | Review response of Rita Tobin to email of 7.30.14 and research Caplin & Drysdale's 18th quarterly fee application investigate (.5); email to Rita Tobin with revised findings concerning 18th quarterly fee application and our final report (.3) | 0.80 | 248.00 |
| | JAW | Receive and review e-mails from BSR re: Caplin Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1) | 0.30 | 24.00 |
| | BSR | Draft final report re Fragomen's final fee application | 2.00 | 620.00 |
| | BSR | Draft final report re Nelson Mullins' final fee application | 2.00 | 620.00 |
| | BSR | Draft final report re Day Pitney's final fee application | 2.60 | 806.00 |
| | WHS | Review of, and discussion with Bobbi Ruhlander regarding, FR Caplin Final | 0.50 | 167.50 |
| | WHS | Review of FR Fragomen Final. | 0.30 | 100.50 |
| | | **For professional services rendered** | **229.40** | **$57,846.50** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/31/2014 | Copying cost July 2014. | 116.40 |
| | Third party copies & document prep/setup. | 4,333.75 |
| | PACER Charges June 2014 | 701.10 |
| | **Total additional charges** | **$5,151.25** |
| | **Total amount of this bill** | **$62,997.75** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 140.50 | 310.00 | $43,555.00 |
| Warren H Smith | 17.50 | 335.00 | $5,862.50 |
| James A. Wehrmann | 28.60 | 175.00 | $5,005.00 |
| James A. Wehrmann | 42.80 | 80.00 | $3,424.00 |