# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 09, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11715


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/1/2014 | BSR | Draft final report re final fee application of Edward Cottingham, ZAI (Class 7B) Trustee for the Asbestos Property Damage Trust | 2.50 | 775.00 |
|  | WHS | Review of  FR Rich Final | 0.30 | 100.50 |
|  | WHS | Review of FR Nelson Mullins Final | 0.20 | 67.00 |
|  | JAW | Receive and review e-mail from WHS re: Caplin Final FR (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.40 | 32.00 |
|  | JAW | Receive and review e-mail from BSR re: Carrella Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
|  | JAW | Receive and review e-mail from BSR re: Fragoman Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
|  | JAW | Receive and review e-mail from BSR re: Day Pitney Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
|  | JAW | Receive and review e-mails from BSR re: Alan Rich Final FR (0.1); save to server (0.1); e-mails to WHS for review (0.1) | 0.30 | 24.00 |
|  | BSR | Draft final report re Alan Rich's final fee application | 1.20 | 372.00 |
|  | BSR | E-mail to Warren Smith re status of final fee application review | 0.10 | 31.00 |

---

W.R. Grace & Co.                                  Page   2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/2014 | BSR | Draft final report re Carella Byrne's final fee application | 2.00 | 620.00 |
| | BSR | Review of information provided by Carella Byrne in response to our inquiry | 0.60 | 186.00 |
| | WHS | Review of FR Day Pitney Final. | 0.20 | 67.00 |
| | WHS | Review of FR Carella Byrne | 0.20 | 67.00 |
| 8/2/2014 | BSR | receive, review, and respond to emails from Dan Hogan re Lauzon Belanger's and Scarfone Hawkins' final fee and expense requests | 0.20 | 62.00 |
| 8/4/2014 | JAW | Receive and review e-mail from BSR re: Cottingham Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review CNO re: Lukins Final Fee Application (0.1) | 0.10 | 8.00 |
| | WHS | Review of, and revision to, FR Cottingham Trustee | 0.30 | 100.50 |
| | BSR | E-mail to Nelson Mullins re final report for their final fee application | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from WHS re: Alan Rich Final FR (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.40 | 32.00 |
| | BSR | telephone conference with Rita Tobin re issues in final report for Caplin & Drysdale | 0.10 | 31.00 |
| | BSR | E-mail to Carella Byrne re final report for their final fee application | 0.10 | 31.00 |
| | BSR | telephone conference with Warren Smith re final report for Edward Cottingham, Trustee, as well as final fee hearing | 0.10 | 31.00 |
| | BSR | Continued review of Buchanan Ingersoll & Rooney's final fee applications for both the Equity Committee and the ZAI Claimants (2.1); telephone conference with Warren Smith re same (.1) | 2.20 | 682.00 |
| | BSR | Draft final report re Buchanan Ingersoll & Rooney's final fee applications (for Equity Committee and ZAI Claimants) | 2.00 | 620.00 |
| | BSR | Draft final report re The Hogan Firm's final fee application | 1.10 | 341.00 |
| | BSR | E-mail to Alan Rich re final report concerning his final fee application | 0.10 | 31.00 |
| | BSR | E-mail to Bill Sullivan re final report for final fee application of Edward Cottingham, Trustee | 0.10 | 31.00 |
| | BSR | E-mail to Day Pitney re final report for their final fee application | 0.10 | 31.00 |
| 8/5/2014 | JAW | Review of 52nd interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Day Pitney (0.2), Deloitte Tax (0.3), Deloitte & Touche | 2.80 | 490.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | (0.2), Deloitte Consulting (0.3), Die & Hile (0.1), Duane Morris (0.3), Ferry Joseph (0.2), Foley Hoag (0.2), Forman Perry (0.2), Fragoman (0.2), Frankel (0.3), Frankel & Wyron (0.3). | | |
| 8/5/2014 | BSR | telephone conference with Mary Caloway at Buchanan Ingersoll & Rooney regarding monthly applications for which firm has not sought final approval | 0.10 | 31.00 |
| | JAW | Receive and review e-mail from BSR re: Hogan Firm Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mail from BSR re: Lauzon Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mail from BSR re: Scarfone Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Draft final report re fees of Lawson Lundell | 1.20 | 372.00 |
| | BSR | Draft final report re the final fee application of Lauzon Belanger Lesperance | 1.80 | 558.00 |
| | WHS | Review of FR Hogan Final | 0.30 | 100.50 |
| | WHS | Review of FR Scarfone Final | 0.20 | 67.00 |
| | WHS | Review of, and revisions to, FR Lauzon Belanger Final | 0.30 | 100.50 |
| | BSR | Draft final report re fees of Duff & Phelps | 1.20 | 372.00 |
| | BSR | Draft final report re Scarfone Hawkins' final fee application | 1.20 | 372.00 |
| 8/6/2014 | JAW | Receive and review e-mail from BSR re: Duff Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | E-mail to BSR re: issues with Morris & Foerster's PC spreadsheet (0.2) | 0.20 | 35.00 |
| | WHS | Review of, and emails to Bobbi Ruhlander concerning, FR Duff Final | 0.50 | 167.50 |
| | WHS | Review of FR Lawson Final. | 0.30 | 100.50 |
| | JAW | Review of 52nd interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Goodwin Proctor (0.2), Grant Thornton (0.2), Hamilton (0.1), Karl Hill (0.1), Hilsoft (0.1), Higgins (0.3), Hilton (0.1), Kaye Scholer (0.3), K&E (0.3), Kramer (0.2), Latham & Watkins (0.2), LECG (0.1), LAS | 3.60 | 630.00 |

W.R. Grace & Co.             Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | (0.1), Lincoln (0.2), Lukins (0.1), Morrison & Foerster (0.3), Nelson Mullins (0.1), Norton Rose (0.3), Orrick (0.3). | | |
| 8/6/2014 | JAW | Receive and review e-mail from BSR re: Lawson Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | BSR | Draft final report re final fees and expenses of Socha Perczak Setter & Anderson | 0.50 | 155.00 |
| | BSR | Revise final report re Duff & Phelps' final fees and expenses | 0.30 | 93.00 |
| | BSR | Continue drafting final report re Lawson Lundell's final fees and expenses | 0.80 | 248.00 |
| | BSR | Review of Bowe & Fernicola's final fees and expenses | 1.50 | 465.00 |
| | BSR | Draft final report re Bowe & Fernicola's final fees and expenses | 0.70 | 217.00 |
| 8/7/2014 | BSR | Follow-up email to Jamie O'Connell re status of Blackstone's response to initial report; follow-up email to Luisa Flores re status of Property Damage Committee's response to initial report (.1); email to Warren Smith re status of final fee application review (.1) | 0.20 | 62.00 |
| | BSR | telephone conference with Warren Smith re final report for Bowe & Fernicola (.1); revise final report for Bowe & Fernicola's final fees and expenses (.7) | 0.80 | 248.00 |
| | JAW | Review of 52nd interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Pachulski (0.2), Perkins Coie (0.1), Phillips (0.2), Protiviti (0.1), PwC (0.4), Reed Smith (0.2), Alan Rich (0.3), Richardson (0.1), Judge Sanders (0.2), Saul Ewing (0.3), Scott Law (0.1), Steptoe (0.1), Sullivan (0.3), Stroock (0.3), Towers (0.2), Tre Angeli (0.1), Venable (0.3), Watchell (0.1), Woodcock (0.2). | 3.80 | 665.00 |
| | JAW | Draft WHS&A July 2014 monthly statement (0.5); e-mail to BSR for review (0.1) | 0.60 | 105.00 |
| | JAW | Receive and review e-mail from BSR re: Socha Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| | JAW | Receive and review e-mail from BSR re: Bowe Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1) | 0.30 | 24.00 |
| | BSR | Research previous fee applications filed by Wallace King, pursuant to footnote in Baker Hostetler final fee application (.2); telephone conference with Warren Smith re same (.1); email to debtors' counsel re whether or not we are to prepare a final report for Wallace King (.4) | 0.70 | 217.00 |

W.R. Grace & Co.                                                                                                         Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/7/2014 | WHS | Review of FR Socha Final. | 0.20 | 67.00 |
|  | WHS | Review of, and revisions to, FR Bowe Fernicola Final | 0.60 | 201.00 |
| 8/8/2014 | BSR | Receive and review WHSA's July 2014 monthly fee application | 0.20 | 62.00 |
|  | JAW | Receive and review e-mail from WHS re: Bowe Final FR (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.40 | 32.00 |
|  | JAW | Review of 52nd interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Anderson (0.2); Austern (0.1), Janet Baer (0.1), Baker Donelson (0.2), Baker McKenzie (0.1), Barnwell (0.3), Beveridge (0.2), Bilzin (0.2), BMC (0.2), Campbell (0.2), Caplin (0.2), Capstone (0.2), Carella (0.1), Casner (0.2), Charter Oak (0.2), PI Committee (0.1), Conway (0.1), Cottingham (0.3), Blackstone (0.1), Lauzon (0.1), WHS&A (0.2), Scarfone (0.1), Hogan (0.2) | 3.90 | 682.50 |
| 8/11/2014 | BSR | Receive and review email from PwC re amended final fee application | 0.10 | 31.00 |
|  | JAW | Receive and review e-mail from BSR re: WHS&A July 2014 monthly statement (0.1); e-mail same to WHS for review (0.1); e-mail from WHS re: same (0.1); finalize same (0.1); e-mail same to Richard Finke (0.1) | 0.50 | 87.50 |
| 8/12/2014 | JAW | Receive and review e-mail re: PwC Amended Final Fee Application (0.1); save same to cloud (0.1) | 0.20 | 16.00 |
|  | JAW | Receive and review CNO re: Caplin 52nd & Final Fee Application (0.1) | 0.10 | 8.00 |
|  | BSR | Draft amended final report re PwC's amended final fee application | 1.80 | 558.00 |
| 8/13/2014 | WHS | Review of, and revisions to, FR PwC Final AMENDED | 0.40 | 134.00 |
|  | JAW | Receive and review e-mail from BSR re: Amended Final FR re: PwC (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mail from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
|  | BSR | telephone conference with Warren Smith re amended final report concerning PwC's amended final fee application | 0.10 | 31.00 |
|  | BSR | Draft final report re Property Damage Committee's 14th, 18th, and 19th interim applications and final fee application | 7.10 | 2,201.00 |
| 8/14/2014 | BSR | E-mail to Luisa Flores at Bilzin Sumberg requesting additional information concerning Speights & Runyan hotel expenses | 0.30 | 93.00 |
|  | BSR | telephone conference with Warren Smith re expense issues in final application of the Property Damage Committee | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                    Page     6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/14/2014 | BSR | Analysis of comparable air fares in connection with drafting final report re Property Damage Committee (1.5); continue drafting final report re Property Damage Committee (.8) | 2.30 | 713.00 |
| 8/15/2014 | BSR | Continued drafting final report re Property Damage Committee's final expense application | 3.20 | 992.00 |
| 8/18/2014 | BSR | Continued drafting final report re Property Damage Committee's 14th, 18th, 19th and final fee applications | 7.60 | 2,356.00 |
|  | BSR | Research docket for pertinent filings (.1); review of objection to Bilzin Sumberg's fee enhancement (.1); email to Warren Smith re same (.1) | 0.30 | 93.00 |
| 8/19/2014 | WHS | Review of, and revision to, FR Committee Asb Property Damage Final. | 0.30 | 100.50 |
|  | BSR | receive, review, and respond to email from James Wehrmann re Excel exhibits for the Property Damage Committee final report. | 0.30 | 93.00 |
|  | BSR | Review revisions made to final report for PD Committee (.1); email final report to Bilzin Sumberg (.1) | 0.20 | 62.00 |
|  | BSR | Draft fee and expense recommendation exhibit for final fee order | 1.00 | 310.00 |
|  | BSR | Continue drafting final report re 14th, 18th, 19th and final fee application of the Official Committee of Asbestos Property Damage Claimants | 2.20 | 682.00 |
|  | JAW | Receive and review e-mail from BSR re: PI Comm Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| 8/20/2014 | BSR | Draft final report re Wallace King's fees and expenses | 1.30 | 403.00 |
|  | BSR | Series of emails to James Wehrmann re multiple additions to the project category spreadsheet for the 52nd interim period | 0.90 | 279.00 |
|  | BSR | Exchange emails with debtor's counsel re final report for Wallace King | 0.20 | 62.00 |
|  | BSR | Continue drafting final fee order | 0.30 | 93.00 |
|  | BSR | Exchange emails with Jamie O'Neill concerning format of final fee order and issues with Sealed Air fees and expenses | 0.50 | 155.00 |
| 8/21/2014 | JAW | Receive and review e-mail from BSR re: Blackstone P.C. spreadsheet and updates to same (0.2); update spreadsheet with 52nd interim PC amounts (0.3); e-mail spreadsheet to BSR for review (0.2) | 0.70 | 122.50 |
|  | JAW | Receive and review e-mail from BSR re: Lauzon P.C. spreadsheet and updates to same (0.1); update spreadsheet with 52nd interim PC amounts (0.1); e-mail spreadsheet to BSR for review (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                                     Page      7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/21/2014 | BSR | Continue drafting final report re Wallace King's fees and expenses | 1.70 | 527.00 |
|  | JAW | Receive and review e-mail from BSR re: PwC P.C. spreadsheet and updates to same (0.1); update spreadsheet with 52nd interim PC amounts (0.1); e-mail spreadsheet to BSR for review (0.1) | 0.30 | 52.50 |
|  | JAW | Receive and review e-mail from BSR re: Hogan Firm P.C. spreadsheet and updates to same (0.1); update spreadsheet with 52nd interim PC amounts (0.1); e-mail spreadsheet to BSR for review (0.1) | 0.30 | 52.50 |
| 8/22/2014 | JAW | Receive and review e-mail from BSR re: Wallace King Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
|  | WHS | Review of FR Wallace King Final | 0.20 | 67.00 |
| 8/25/2014 | JAW | Receive and review PwC's Motion to Amend Pleadings (0.2); save same to cloud (0.1) | 0.30 | 24.00 |
| 8/26/2014 | BSR | Draft final report re amended final fee application of Buchanan Ingersoll & Rooney | 2.00 | 620.00 |
|  | BSR | Receive and review motion of PwC for permission to amend final fee application | 0.20 | 62.00 |
|  | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
|  | BSR | Continue drafting fee and expense recommendation exhibit for the 52nd interim and final fee applications | 2.50 | 775.00 |
|  | BSR | Review of amended final fee application of Buchanan Ingersoll & Rooney for services for the ZAI Claimants | 0.20 | 62.00 |
| 8/27/2014 | WHS | Review of FR Buchanan Final | 0.30 | 100.50 |
|  | BSR | Continue drafting fee and expense recommendation chart for 52nd and final fee applications | 1.50 | 465.00 |
|  | JAW | Receive and review e-mail from BSR re: Buchanan Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| 8/28/2014 | BSR | telephone conference with Jamie O'Connell re status of Blackstone's response to initial report | 0.10 | 31.00 |
|  | BSR | Continue drafting fee and expense recommendation chart for 52nd and final fee application | 1.70 | 527.00 |

W.R. Grace & Co. Page 8

| | | Hours | Amount |
|---|---|---:|---:|
| 8/28/2014 BSR | E-mails (2) to Mark Hurford at Campbell & Levine re firm's Sealed Air fees and expenses | 0.20 | 62.00 |
| 8/31/2014 BSR | Continue drafting fee and expense recommendation exhibit to final fee order | 3.80 | 1,178.00 |
| | **For professional services rendered** | **101.80** | **$26,554.00** |

Additional Charges :

| | | |
|---|---|---:|
| 8/31/2014 | Third party copies & document prep/setup. | 1,419.04 |
| | PACER Charges - July 2014 | 270.90 |
| | Copying cost - August 2014 | 53.90 |
| | **Total additional charges** | **$1,743.84** |
| | **Total amount of this bill** | **$28,297.84** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 67.70 | 310.00 | $20,987.00 |
| Warren H Smith | 4.80 | 335.00 | $1,608.00 |
| James A. Wehrmann | 17.00 | 175.00 | $2,975.00 |
| James A. Wehrmann | 12.30 | 80.00 | $984.00 |