# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 06, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11728


Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/2/2014 | WHS | Review of FR Protiviti Final Amended | 0.20 | 67.00 |
|  | BSR | Review of Blackstone's response to initial report concerning its final fee application (.3); emails to Jerome DeAlmeida at Blackstone re same (.2) | 0.50 | 155.00 |
|  | BSR | Draft final report re Blackstone's final fee application | 3.60 | 1,116.00 |
|  | BSR | receive, review, and respond to email from Jerome DeAlmeida re time records of professionals working on the Dow Transaction | 0.10 | 31.00 |
|  | BSR | Continue drafting final fee and expense recommendation exhibit | 1.00 | 310.00 |
|  | JAW | Receive and review e-mail from BSR re: Protiviti Amended Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1); receive and review e-mails from WHS re: same (0.1); finalize, file, and have served (0.2); e-mail pdf of same to BSR (0.1) | 0.70 | 56.00 |
| 9/3/2014 | BSR | Continue drafting final fee and expense recommendation exhibit | 1.00 | 310.00 |
|  | BSR | Continued drafting of fee and expense recommendation exhibit for final fee order | 2.20 | 682.00 |
| 9/4/2014 | BSR | Continue drafting final fee and expense recommendation chart | 0.50 | 155.00 |
|  | BSR | Continue drafting final fee and expense recommendation exhibit | 2.10 | 651.00 |
| 9/5/2014 | BSR | Continue drafting fee and expense recommendation exhibit for 52nd and final fee applications (1.5); email to James Wehrmann with instructions re same (.2) | 1.70 | 527.00 |
| 9/6/2014 | JAW | Receive and review e-mail from BSR re: WRGrace 52nd and Final Fee and Expense Recommendation Chart (0.1); research PACER and files for filing dates and docket numbers of 52nd and Final Fee Applications and update Final Fee and Expense Recommendation Chart with those docket numbers | 7.30 | 1,277.50 |

W.R. Grace & Co.                                                  Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | for the following Applicants - Anderson Kill; David Austern; Law Offices of Janet Baer; Baker, Donelson; Baker McKenzie; Barnwell, Whaley; Beveridge & Diamond; Bilzin Sumberg; Blackstone; BMC Group; Bowe & Fernicola; Buchanan Ingersoll; Campbell & Levine; Caplin & Drysdale; Capstone; Carella Byrne; Casner & Edwards; Charter Oak; Conway Del Genio; Edward Cottingham; Day Pitney; Deloitte & Touche; Deloitte Consulting; Deloitte Financial Advisory Services; Deloitte Tax; Dies and Hile; Duane Morris; Duff & Phelps; Ferry Joseph; Foley Hoag; Forman Perry; Fragomen Del Rey; Roger Frankel; Frankel Wyron; Goodwin Procter; Grant Thornton; Hamilton Rabinovitz; Law Offices of Roger Higgins; R. Karl Hill; Hilsoft; W.D. Hilton; Hogan Firm; Kaye Scholer; Kirkland & Ellis; Kramer Levin; Latham & Watkins; Lauzon Belanger; Lawson Lundell; LECG; Legal Analysis Systems; Lincoln Partners; Lukins & Annis; Morrison & Forester; Nelson Mullins; Norton Rose; Asbestos PI Committee; Asbestos PD Committee; Orrick Herrington; Pachulski Stang; Perkins Coie; Phillips Goldman; PwC; Protiviti; Reed Smith; Alan Rich; Richardson Patrick; Alexander Sanders; Saul Ewing; Scarfone Hawkins; Scott Law Group; Warren Smith; Socha Perczak; Steptoe & Johnson; Stroock & Stroock; Sullivan Hazeltine; Towers Watson; Tre Angeli; Venable; Wachtell Lipton; Wallace King; Elizabeth Warren; and Woodcock Washburn. |  |  |
| 9/7/2014 | BSR | Review draft of project category spreadsheet (.8); email to James Wehrmann re revisions to same (.7) | 1.50 | 465.00 |
|  | JAW | Receive and review e-mail from BSR re: revisions to WRGrace project category spreadsheet (0.2); make revisions to the following Applicants re: same - Baker Donelson; Blackstone; Bowe & Fernicola; Buchanan Ingersoll; Day Pitney; Hilsoft; Kramer Levin; Nelson Mullins; Norton Rose; Asbestos PD Committee; Protiviti; Steptoe & Johnson; Sullivan Hazeltine; and Elizabeth Warren. | 3.00 | 525.00 |
|  | JAW | Continued researching PACER and files for filing dates and docket numbers of 52nd and Final Fee Applications and update Final Fee and Expense Recommendation Chart with those docket numbers for the following Applicants - Anderson Kill; David Austern; Law Offices of Janet Baer; Baker, Donelson; Baker McKenzie; Barnwell, Whaley; Beveridge & Diamond; Bilzin Sumberg; Blackstone; BMC Group; Bowe & Fernicola; Buchanan Ingersoll; Campbell & Levine; Caplin & Drysdale; Capstone; Carella Byrne; Casner & Edwards; Charter Oak; Conway Del Genio; Edward Cottingham; Day Pitney; Deloitte & Touche; Deloitte Consulting; Deloitte Financial Advisory Services; Deloitte Tax; Dies and Hile; Duane Morris; Duff & Phelps; Ferry Joseph; Foley Hoag; Forman Perry; Fragomen Del Rey; Roger Frankel; Frankel Wyron; Goodwin Procter; Grant Thornton; Hamilton Rabinovitz; Law Offices of Roger Higgins; R. Karl Hill; Hilsoft; W.D. Hilton; Hogan Firm; Kaye Scholer; Kirkland & Ellis; Kramer Levin; Latham & Watkins; Lauzon Belanger; Lawson Lundell; LECG; Legal Analysis Systems; Lincoln Partners; Lukins & Annis; Morrison & Forester; Nelson Mullins; Norton Rose; Asbestos PI Committee; Asbestos PD Committee; Orrick Herrington; Pachulski Stang; Perkins Coie; Phillips Goldman; PwC; Protiviti; Reed Smith; Alan Rich; Richardson Patrick; Alexander Sanders; Saul Ewing; Scarfone Hawkins; Scott Law Group; Warren Smith; Socha Perczak; Steptoe & Johnson; Stroock & Stroock; Sullivan Hazeltine; Towers Watson; | 1.20 | 210.00 |

W.R. Grace & Co.                                Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Tre Angeli; Venable; Wachtell Lipton; Wallace King; Elizabeth Warren; and Woodcock Washburn. | | |
| 9/8/2014 | JAW | Begin preparing draft of August 2014 monthly statement. | 0.10 | 17.50 |
| | BSR | respond to email from Roger Higgins with telephone call and discuss questions concerning the approval of various professionals' fees in the Sealed Air Adversary Proceeding (.1); email to Roger Higgins' with copies of fee orders in the Sealed Air adversary proceedings and explanation of the issues concerning the Sealed Air fees of Conway Del Genio and Caplin & Drysdale (.3) | 0.40 | 124.00 |
| 9/9/2014 | JAW | Continue preparation of August 2014 monthly statement (0.4); e-mail same to BSR for review and comment (0.1); receive and review e-mail from BSR re: same (0.1); make revisions to same (0.3); e-mail same to WHS for review (0.1) | 1.00 | 175.00 |
| | JAW | Review of and make final revisions to WRGrace 52nd PC spreadsheet (0.2); e-mail same to BSR for review (0.1) | 0.30 | 52.50 |
| | BSR | Review and respond to email from Mark Hurford re Campbell & Levine filing supplemental final application to include Sealed Air fees and expenses | 0.10 | 31.00 |
| | JAW | Review of and make final revisions to WRGrace 52nd and Final Fee and Expense Recommendation Chart (0.4); e-mail same to BSR for review (0.1) | 0.50 | 87.50 |
| | BSR | Receive and review WHSA's Aug. 2014 monthly fee application and email to James Wehrmann re same | 0.10 | 31.00 |
| 9/10/2014 | BSR | Follow up email to Jerome Almeida at Blackstone re time records | 0.10 | 31.00 |
| | JAW | Receive and review e-mail WHS re: August 2014 monthly statement (0.1); finalize and e-mail same to R. Finke (.2) | 0.30 | 52.50 |
| 9/11/2014 | BSR | Review and revise most recent draft of fee and expense recommendation chart for the 52nd and final fee applications | 1.60 | 496.00 |
| | BSR | Review of project category spreadsheet for the 52nd interim period (.7); email to James Wehrmann re same (.1); continued review of same and make formatting changes (.8) | 1.60 | 496.00 |
| | JAW | Receive and review e-mail from BSR re: 52nd P.C. spreadsheet and revisions needed to same (0.1); make requested revisions to 52nd P.C. spreadsheet (0.2); e-mail revised 52nd P.C. spreadsheet to BSR for review (0.1) | 0.40 | 70.00 |
| 9/12/2014 | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| | BSR | Continued drafting fee and expense recommendation chart for 52nd and final fee applications | 0.20 | 62.00 |

W.R. Grace & Co.                                  Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/12/2014 | BSR | Review of Campbell & Levine's supplemental final fee application (.3); telephone conference with Warren Smith re same (.1); email to Mark Hurford re same (.1) | 0.50 | 155.00 |
| | BSR | E-mail to debtor's counsel re project category spreadsheet (.2); telephone conference with James Wehrmann re formatting of 52nd worksheet separate from rest of spreadsheet (.1) and review same once completed (.4) | 0.70 | 217.00 |
| | JAW | t/c with BSR re: 52nd P.C. spreadsheet and revisions needed to same (0.1); make requested revisions to 52nd P.C. spreadsheet (0.1); e-mail revised 52nd P.C. spreadsheet to BSR for review (0.1) | 0.30 | 52.50 |
| 9/15/2014 | BSR | E-mail to Blackstone reiterating request for time records for Dow Transaction work | 0.20 | 62.00 |
| | BSR | E-mail to Jerome DeAlmeida with additional follow up question re meal expenses | 0.30 | 93.00 |
| | BSR | Continue drafting final report re Blackstone's final fee application | 0.70 | 217.00 |
| 9/16/2014 | BSR | E-mail to Patty Cuniff with draft fee order for the 52nd and final fee applications | 0.30 | 93.00 |
| 9/17/2014 | JAW | Receive and review e-mail from BSR re: Blackstone Final FR (0.1); save to server (0.1); e-mail to WHS for review (0.1) | 0.30 | 24.00 |
| | BSR | Continue drafting final report re Blackstone's final fee application | 1.70 | 527.00 |
| | BSR | Receive and review additional expense receipts sent by Blackstone | 0.20 | 62.00 |
| | BSR | Draft email memo with attachments to debtor's counsel, Caplin & Drysdale and counsel for Conway Del Genio re Sealed Air fees for final fee order | 0.50 | 155.00 |
| 9/18/2014 | BSR | telephone conference with Warren Smith re clarification needed on Blackstone expense receipts (.1); email to Blackstone re same (.2) | 0.30 | 93.00 |
| | BSR | telephone conference with Roger Higgins re revision needed to fee and expense recommendation chart for the 52nd and final fees and expenses | 0.10 | 31.00 |
| | BSR | Receive and review email from Caplin & Drysdale re Sealed Air fees and email to Jamie O'Neill and Roger Higgins re same | 0.10 | 31.00 |
| | BSR | Draft revision to final fee and expense order | 0.10 | 31.00 |
| | WHS | email and telephone conference with Bobbi Ruhlander re Blackstone | 0.30 | 100.50 |
| 9/19/2014 | JAW | Receive and review CNO's re: Hogan (0.1), Scarfone (0.1), and Lauzon (0.1) 17th amended quarterly and final fee applications. | 0.30 | 24.00 |
| 9/24/2014 | BSR | Continue drafting fee and expense recommendation chart for 52nd and final fee applications | 0.30 | 93.00 |

W.R. Grace & Co. Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/24/2014 | BSR | E-mail to Blackstone reiterating request for additional information concerning certain meal expenses | 0.10 | 31.00 |
|  | BSR | Revise final report re Blackstone's final fee application | 0.70 | 217.00 |
| 9/25/2014 | JAW | Receive and review e-mail from BSR re: Blackstone Final FR (0.1); save to system (0.1); e-mail to WHS for review (0.1); e-mail from WHS re: same (0.1); finalize, file and have servced (0.5); e-mail pdf to BSR (0.1) | 1.00 | 80.00 |
|  | BSR | telephone conference with Warren Smith re final report for Blackstone (.1); email final report to Blackstone and debtor's counsel (.1) | 0.20 | 62.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re draft of the final fee and expense order (.1); email to Jamie O'Neill, Roger Higgins, and counsel for Caplin and Conway re same (.2) | 0.30 | 93.00 |
|  | WHS | Review of, and revisions to, FR Blackstone Final | 0.30 | 100.50 |
| 9/26/2014 | BSR | Receive and review email from Jay Sakalo re Sealed Air fees and expenses of Conway, Del Genio (.2); revise exhibit to proposed final fee order incorporating changes for Caplin & Drysdale and Conway, Del Genio (.4); email same to debtor's counsel (.2) | 0.80 | 248.00 |
| 9/29/2014 | BSR | Review of US Trustee's objection to Bilzin Sumberg's request for fee enhancement | 0.20 | 62.00 |
| 9/30/2014 | BSR | receive, review, and respond to email from Patty Cuniff re final report for Deloitte Consulting (.2); email final report to Patty Cuniff and to Deloitte (.1) | 0.30 | 93.00 |
|  | BSR | telephone conference with James Wehrmann re items needed for hearing binder for the final fee hearing | 0.10 | 31.00 |
|  | BSR | Conference with James Wehrmann re Blackstone final fee file | 0.10 | 31.00 |
|  | BSR | Compile and organize final fee and expense spreadsheets for each final fee applicant and send to Cloud in advance of final fee hearing | 3.30 | 1,023.00 |
|  | JAW | Receive and review e-mail from BSR re: Final FR re: Deloitte Consulting (0.1); research to confirm if Final FR filed (0.1); e-mail to/from BSR re: same (0.1); e-mail to WHS Final FR re: Deloitte Consulting for review (0.1); e-mail from WHS re: same (0.1); finalize, file and have served (0.4); e-mail pdf of same to BSR (0.1) | 1.00 | 80.00 |

**For professional services rendered**     **49.00 $12,507.00**

W.R. Grace & Co.                                  Page     6

Additional Charges :

| | **Amount** |
|---|---:|
| 9/30/2014 Copying cost | 18.40 |
| Third party copies & document prep/setup. | 360.19 |
| PACER Charges - August 2014 | 197.30 |
| **Total additional charges** | **$575.89** |
| **Total amount of this bill** | **$13,082.89** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 30.50 | 310.00 | $9,455.00 |
| Warren H Smith | 0.80 | 335.00 | $268.00 |
| James A. Wehrmann | 14.40 | 175.00 | $2,520.00 |
| James A. Wehrmann | 3.30 | 80.00 | $264.00 |