**Warren H. Smith & Associates, P.C.**
2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 20, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11745


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/2/2014 JAW | Begin preparing hearing binders for final fee hearing (3.0) | | 3.00 | 525.00 |
| 10/3/2014 JAW | Receive and review e-mail from BSR re; objections filed to Final FR's (0.1); review WRGrace docket for any objections filed re: same (0.1); e-mail BSR re: no objections filed (0.1); e-mail from BSR re: same (0.1) | | 0.40 | 32.00 |
| JAW | Continue preparing hearing binders for final fee hearing (3.0) | | 3.00 | 525.00 |
| 10/6/2014 JAW | Draft WHS&A's September 2014 monthly statement (0.5); e-mail to WHS for review (0.1) | | 0.60 | 105.00 |
| JAW | Continue preparing hearing binders for final fee hearing (2.0) | | 2.00 | 350.00 |
| 10/7/2014 JAW | Receive and review e-mail from WHS re: WHS&A September 2014 monthly statement (0.1); revise monthly statement (0.1); e-mail same to WHS (0.1); e-mail from WHS re: same (0.1); finalize same (0.2); e-mail September 2014 monthly statement Richard Finke (0.1) | | 0.70 | 122.50 |
| JAW | Continue preparing hearing binders for final fee hearing (1.5) | | 1.50 | 262.50 |
| 10/8/2014 JAW | Continue preparing hearing binders for final fee hearing (2.5) | | 2.50 | 437.50 |
| 10/9/2014 BSR | Exchange emails with debtor's counsel and others re final fee and expense recommendations for Baker Donelson, Blackstone, Kaye Scholer, and Fragomen (1.5); exchange emails with Jamie O'Neill and Warren Smith re WHSA's final fee and expense request (.3) | | 1.80 | 558.00 |
| JAW | Continue preparing hearing binders for final fee hearing (3.0) | | 3.00 | 525.00 |
| JAW | Arrange Court call appearances at Final Fee hearing for WHS and BSR (0.2) | | 0.20 | 16.00 |
| JAW | t/c with BSR re: issues with Fragomen file fee and expense total (0.1); research issues (1.5); e-mails to/from BSR re: findings (0.3) | | 1.90 | 332.50 |

---

214 698-3868

W.R. Grace & Co.                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/10/2014 | JAW | Continue preparing hearing binders for final fee hearing (1.0) | 1.00 | 175.00 |
|  | WHS | Receive and review email from Jennifer Estrella | 0.10 | 33.50 |
| 10/13/2014 | JAW | voice mail from Jay Sakola (0.1); e-mails to/from WHS re: same (0.2); t/c with BSR re: same (0.1) | 0.40 | 32.00 |
|  | BSR | Review of declaration of Scott Baena in support of Bilzin Sumberg's request for fee enhancement | 0.40 | 124.00 |
|  | BSR | telephone conference with James Wehrmann re additional items to be included in final fee hearing binder (.1); email to James Wehrmann re same (.1); review final hearing agenda (.1); research docket for other pertinent pleadings (.1) | 0.40 | 124.00 |
|  | BSR | telephone conference with Warren Smith re preparations for final fee hearing (.1); telephone conference with James Wehrmann re same (.1); telephone conference with Jay Sakalo re continuing hearing as to PD Committee's final fee application (.1); telephone conference with Warren Smith re same (.1); email to Warren Smith re same (.1) | 0.50 | 155.00 |
|  | BSR | Prepare for final fee hearing | 1.40 | 434.00 |
|  | BSR | Revise final fee order to exclude PD Committee (.3); email to Jamie O'Neill re same (.1) | 0.40 | 124.00 |
|  | JAW | Continue preparing hearing binders for final fee hearing (1.3) | 1.30 | 227.50 |
| 10/14/2014 | BSR | E-mail to Jay Sakalo re PD Committee final fee application (and left voicemail re same) | 0.10 | 31.00 |
|  | BSR | telephone conference with Warren Smith re preparation of first post-effective date fee and expense request (.1); respond to email from James Wehrmann re same (.1) | 0.20 | 62.00 |
|  | BSR | receive, review, and respond to email from Scott Baena re revised final fee order | 0.10 | 31.00 |
|  | BSR | Draft revision to final fee order reflecting Bilzin Sumberg's fee enhancement (.4); email to Jamie O'Neill, Roger Higgins, Jay Sakalo, and Scott Baena re same (.1) | 0.50 | 155.00 |
|  | BSR | Attend final fee hearing (.4); preparation for same (.2) | 0.60 | 186.00 |
|  | BSR | Research docket for pertinent pleadings | 0.10 | 31.00 |
|  | WHS | prepare for and appear by telephone at final fee hearing | 0.50 | 167.50 |
|  | JAW | Assist with final preparations for Final Fee Application hearing (0.1) | 0.10 | 17.50 |

W.R. Grace & Co. Page 3

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/2014 | BSR | Review and revise WHSA's first post-effective date administrative fee and expense request | 1.80 | 558.00 |
| | BSR | telephone conference with Jay Sakalo re PD Committee's final fee application | 0.10 | 31.00 |
| | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| | JAW | Prepare initial draft of WHS&A First Post-Confirmation Fee Application (4.4); e-mail to BSR for review (0.1) | 4.50 | 787.50 |
| 10/17/2014 | BSR | receive, review, and respond to emails from Scott Baena and John Rykiewicz re status of final fee approval | 0.10 | 31.00 |
| 10/19/2014 | BSR | Check docket and email John Rykiewicz re status of fee approval | 0.10 | 31.00 |
| 10/20/2014 | JAW | telephone conferences with WHS and BSR re: First Post-Confirmation Fee Application (0.2); e-mail to/from WHS re: same (0.2); revisions to First Post-Confirmation Fee Application (1.7) | 2.10 | 367.50 |

**For professional services rendered**     37.50    **$7,738.00**

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 10/14/2014 | Third party copies & document prep/setup. | 63.68 |
| | Court Call for Telephonic Hearing | 60.00 |
| | PACER Charges | 506.10 |
| | Copying cost | 143.80 |
| 10/20/2014 | Copying cost | 9.30 |

**Total additional charges**    **$782.88**

**Total amount of this bill**    **$8,520.88**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 8.70 | 310.00 | $2,697.00 |
| Warren H Smith | 0.60 | 335.00 | $201.00 |
| James A. Wehrmann | 27.20 | 175.00 | $4,760.00 |
| James A. Wehrmann | 1.00 | 80.00 | $80.00 |