

**RECEIVED**
FEB 06 2014
L.A.C.

# INVOICE

| | |
|---|---|
| Invoice Date | Invoice Number |
| 01/31/14 | 0003090408-410 |

To: Louis A. Chiafullo, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

| | | |
|---|---|---|
| Reference #: | 1410006440 | SLH |
| Billing Specialist: | Janell Lo | |
| Telephone: | (949) 224-4664 | |
| Employer ID: | 68-0542699 | |

RE: **Flintkote (CPR Case) vs. Certain London Companies**
Representing: **Flintkote Company**          Neutral(s):  **Hon. James Robertson (Ret.)**
Hearing Type: **Arbitration**                                                **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/03/13 | Hon. James Robertson (Ret.)<br>12/3/2013 - Review of procedural rules; E-mail regarding preliminary conference | 0.50 | 750.00 | 0.00 | 1 | 187.50 |
| 12/05/13 | Hon. James Robertson (Ret.)<br>12/5/2013 - Preliminary telephone conference | 0.50 | 750.00 | 0.00 | 1 | 187.50 |
| 12/07/13 | Hon. James Robertson (Ret.)<br>12/7/2013 - Report to CPR; Notes of meeting | 0.50 | 750.00 | 0.00 | 1 | 187.50 |
| | Fees | | | | | 562.50 |
| 12/05/13 | Hon. James Robertson (Ret.)<br>AT CONFERENCE CHARGE for conference call on 12/5/13 between Neutral and counsel. | | | 0.00 | 1 | 8.78 |
| 12/16/13 | Hon. James Robertson (Ret.)<br>Retainer Fees.<br>To be applied to reading, research, preparation, etc.<br>NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | | | 0.00 | 1 | 15,000.00 |
| | Expenses/Retainers | | | | | 15,008.78 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS®

RE: **Flintkote (CPR Case) vs. Certain London Companies**

Hearing Type: **Arbitration**   REFERENCE #:   **1410006440**   **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| | | Total $ | | 15,571.28 |
| | | Outstanding Balance as of 02/03/14 $ | | 15,571.28 |