# FONTAINEBLEAU

|   |   |
|---|---|
| Name | : McMonagle, Jim |
| Room No. | : 1031 |
| Arrival | : 02/24/14 |
| Departure | : 02/27/14 |
|   |   |
| Page No. | : 1 of 1 |
| Company | : ARPC |
| Conf. No. | : 14942663 |
| Group Code | : EXTA0214 |
| Date | : 03/03/14 |

Jim McMonagle
United States

*Flintkote*
*1,482.12*

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/24/14 | Room Charge | 409.00 | | |
| 02/24/14 | Occupancy County Tax - 3% | 12.27 | | |
| 02/24/14 | Occupancy City Tax - 3% | 12.27 | | |
| 02/24/14 | State Sales Tax - 7% | 28.63 | | |
| 02/24/14 | Hotel Fee | 19.95 | | |
| 02/25/14 | Solo Breakfast - Food<br>Line# 1031 : CHECK# 3222016 | 11.25 | | |
| 02/25/14 | Bleau Signature<br>Room# 1031 : CHECK# 7714 | 25.68 | | |
| 02/25/14 | Solo Lunch - Food<br>Line# 1031 : CHECK# 3239253 | 6.07 | | |
| 02/25/14 | Room Charge | 409.00 | | |
| 02/25/14 | Occupancy County Tax - 3% | 12.27 | | |
| 02/25/14 | Occupancy City Tax - 3% | 12.27 | | |
| 02/25/14 | State Sales Tax - 7% | 28.63 | | |
| 02/25/14 | Hotel Fee | 19.95 | | |
| 02/26/14 | Solo Breakfast - Food<br>Line# 1031 : CHECK# 3239352 | 6.07 | | |
| 02/26/14 | Fedex Kinkos<br>Line# 1031 : CHECK# 3145042 | 2.46 | | |
| 02/26/14 | Solo Lunch - Food<br>Line# 1031 : CHECK# 3239560 | 6.07 | | |
| 02/26/14 | Gotham Dinner - Food<br>Line# 1031 : CHECK# 4051914 | 102.87 | | |
| 02/26/14 | Room Charge | 409.00 | | |
| 02/26/14 | Occupancy County Tax - 3% | 12.27 | | |
| 02/26/14 | Occupancy City Tax - 3% | 12.27 | | |
| 02/26/14 | State Sales Tax - 7% | 28.63 | | |
| 02/26/14 | Hotel Fee | 19.95 | | |
| 02/27/14 | Visa<br>XXXXXXXXXXXX5547 XX/XX | | 1,606.83 | |
|  |  | **CHARGES** | **CREDITS** | **BALANCE** |
| **TOTAL** |  | 1,606.83 | 1,606.83 | 0.00 |

Meal: **Snacks for Purchase**
**No Special Meal Offered.**

### ✈ Thu., Feb. 27, 2014 | Miami, FL (MIA) to Cleveland, OH (CLE)

| Depart: | Arrive: | Travel Time: | Distance: | Flight: **UA4103** |
|---|---|---|---|---|
| **12:04 p.m.** | **2:59 p.m.** | **2 hr 55 mn** | **1,080 miles** | Operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS. |
| Thu., Feb. 27, 2014 | Thu., Feb. 27, 2014 | | | Aircraft: **Embraer RJ145** |
| Miami, FL (MIA) | Cleveland, OH (CLE) | | | Fare Class: **United Economy (M)** |
| | | | | Meal: **Snacks for Purchase** |
| | | | | **No Special Meal Offered.** |

> View Rules and Restrictions
> Additional bag charges may apply
> Change Flights or Start New Search

## Account Sign In (Optional):

MileagePlus Number or Username:   PIN or Password:

Forgot Your MileagePlus Number?   Forgot Your PIN? | Forgot Password?

☐ Remember Me

**Continue Without Signing In**
If you are a MileagePlus member and do not wish to sign in to your account, you can enter your MileagePlus number on the next page for mileage credit.

**Not a MileagePlus member?**
You'll have the opportunity to enroll in our frequent flyer program at the end of the booking process if you wish.

**Continue to traveler information**

Back

\*\*Miles shown are the actual miles flown for this segment. Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual is subject to the rules of the MileagePlus program and, as provided therein, mileage will be credited in accordance with the terms and conditions of the MileagePlus Program in effect at the time of travel, not at the time air travel is purchased, booked or reserved, and accordingly miles may not be awarded for some tickets or miles may be awarded in an amount fewer than shown.

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

Find United on: 



# Review Trip Itinerary

### ✈ Fare Details

| | |
|---|---|
| 1 Adults (age 18 to 64) | $1,344.00 |
| Additional Taxes/Fees | $22.00 |
| **Total** | **$1,366.00** |



| | |
|---|---|
| **Total Ticket Price** | **$1,366.00** |
| Card Statement Credit | -$50.00 |
| Total After Statement Credit | $1,316.00 |

 Unrestricted Fare for $344.00 more



Choose this fare to take advantage of these additional benefits:

- Most flexible refundable fare
- Fee-waived itinerary changes
- Fee-waived, same-day flight changes (when available)
- MileagePlus bonus Premier qualifying miles

**Increase Ticket Flexibility**

### ✈ Flight Details

**✈ Mon., Feb. 24, 2014 | Cleveland, OH (CLE) to Miami, FL (MIA)**

| Depart: | Arrive: | Travel Time: | Distance: | Flight: UA4103 |
|---|---|---|---|---|
| 8:28 a.m. | 11:34 a.m. | 3 hr 6 mn | 1,080 miles | Operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS. |
| Mon., Feb. 24, 2014 | Mon., Feb. 24, 2014 | | | Aircraft: **Embraer RJ145** |
| Cleveland, OH (CLE) | Miami, FL (MIA) | | | Fare Class: **United Economy (M)** |