IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., *et al.* | § | |
| | § | Case No. 01-01139 (KJC) |
| | § | |
| Debtors. | § | Jointly Administered |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY 32437 ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the document filed at Docket #32437. This document was entered in error.

Date: October 22, 2014

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ Warren H. Smith_
Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)