By-Request for Assistance and Consideration

Date, 9-24-14

U.S. Bankruptcy Court - Clerk
District of Delaware
824 Market St., 6th Floor (Room-6)
Wilmington, Delaware (19801)

Ref.: (Debtors)
Case-Name - W.R. Grace & Co., (et-al) Ch.-11
Case-No. - 01-01139 Jointly-adm. (Hon.-JKF

Subj.:
Creditor - Burrell Johnson, Jr.,
(Addressee) 2615 Fernwood Avenue
Dallas, Texas (75216)

Dear Hon. Clerk,
Hello - I would like to ask (By-Request) for The (Status) of The Above-Named (Pending) Creditors Case.

Any Assistance and Consideration Taken In This Matter, Will-Be Deeply Appreciated.

By- U.S. War-Veteran, Burrell Johnson, Jr.,

for Mr. Luke Quell
(10-20-2014)

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

Claim - No.: 1016186
Burrell Johnson, JR.

The United States Bankruptcy Court for the District of Delaware
In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)
(Jointly Administered)

## SUBMIT COMPLETED CLAIMS TO:

Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
PO Box 1620
Faribault, MN 55021-1620

## PART 1: CLAIMING PARTY INFORMATION

**NAME:** BURRELL JOHNSON JR
*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):** 7451 *(last four digits of SSN)*

**F.E.I.N. (Business Claimants):**

Other names by which claiming party has been known (such as maiden name or married name):

First / MI / Last

First / MI / Last

**GENDER:** ☑ MALE ☐ FEMALE

**Mailing Address:**
Street Address: P.O. BOX 4500 MICHAEL UNIT
City: TENNESSEE COLONY
State: TX
Zip Code: 75886
Country: ANDERSON COUNTY

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**
First / MI / Last

**Mailing Address:**
Street Address:
City:
State:
Zip Code:

**Telephone:**
Area Code:

REC'D OCT 28 2002

9276101

1016186

# PROOF OF CLAIM

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

COURT USE ONLY

**Name of Debtor:** W.R. Grace & Co. (et-al)
**Case Number:** 01-01139

**NOTE:** Do not use this form to make a claim for an administrative expense that arises **after** the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

BAR(23) MAIL ID *** 000083859141 ***
EFH POC 05-15-2014 (CREDITOR,CREDNUM) 1001209053
BERRELL JOHNSON
2615 FERNWOOD AVE
DALLAS TX 75216-3142

Telephone number: 469-279-3833    Email:

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** (If known) 2237/2238

**Filed on:** (2002)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☑ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ 2,775

1. **Amount of Claim as of Date Case Filed:** $ _____
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** _____
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
   3a. Debtor may have scheduled account as: CUSTOMER NO. 13754310
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   **Nature of property or right of setoff:**
   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:** _____
   **Value of Property:** $ _____
   **Annual Interest Rate** ___% ☐ Fixed or ☐ Variable
   (when case was filed)

   **Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**
   $ _____
   **Basis for perfection:** _____
   **Amount of Secured Claim:** $ _____
   **Amount Unsecured:** $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____ (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)   Check the appropriate box:
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Burrell Johnson, Jr.
Title:
Company:
(Signature) Burrell Johnson, Jr.
(Date) 9-24-14

Address, telephone number, and email (if different from notice address above):
Telephone number: 469-279-3833
Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.