OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.    **Bank:** See attached

**Bankruptcy Number:** 01-01139    **Account Number:** See attached

**Date of Confirmation:** January 31, 2011    **Account Type:** See attached

**Reporting Period (month/year):** October 14, 2014

| Beginning Cash Balance: | $40,561,590 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $3,097,082,023 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $1,192,018,907 |
| Total of cash received: | $4,289,100,930 |

| Total of cash available: | $4,329,662,520 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $639,199,850 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $79,402 |
| All other disbursements made in the ordinary course: | $3,343,548,125 |
| Total Disbursements | $3,982,827,377 |

| Ending Cash Balance | $346,835,143 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/30/14
Date

Hudson La Force III / Chief Financial Officer
Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 38,653,776 | $ 32,219 | $ - | $ 1,733,147 | $ 141,948 | $ 500 | $ 40,561,590 |
| Total of cash received | $ 4,285,288,470 | $ 38,348 | $ 33,174 | $ 2,668,939 | $ 1,072,000 | $ - | $ 4,289,100,930 |
| Total Disbursements | $ 3,978,984,310 | $ 70,568 | $ 33,174 | $ 3,360,869 | $ 378,457 | $ - | $ 3,982,827,377 |
| Ending Cash Balance | $ 344,957,936 | $ - | $ - | $ 1,041,217 | $ 835,491 | $ 500 | $ 346,835,143 |

1 of 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**Oct 2014**

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | Bank of America Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 142,836 | $ (546,781) | $ 715,486 | $ 40,569,456 | $ - | $ - | $ 215,984 |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 339,423 | | 2,456,162,684 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 427,899 | | 40,000,255 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 554,647,653 | 240,000,000 | 120,688,749 | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | - | 339,423 | 427,899 | 3,010,810,337 | 280,000,255 | 120,688,749 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | | | | 120,688,749 | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | 142,836 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | 2,369 | 2,879,721,392 | | | 5,058 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 1,141,016 | 120,845,530 | 200,000,000 | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL DISBURSEMENTS | 142,836 | - | 1,143,385 | 3,000,566,923 | 200,000,000 | 120,688,749 | 5,058 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (142,836) | 339,423 | (715,486) | 10,243,415 | 80,000,255 | - | (5,058) |
| CASH - END OF QUARTER | $ - | $ (207,358) | $ (0) | $ 50,812,870 | $ 80,000,255 | $ - | $ 210,927 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>Oct 2014 | | | | | | |
|---|---|---|---|---|---|---|
| | Bank of America Accts Payable 2079920005761 | Bank of America Accts payable 2079900005260 | Bank of America Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ (3,973) | $ 500 | $ 526,592 | $ 814,521 |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 573,313,265 | | - | 8,283,167 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | 285,719,345 | - |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | - | - |
| MISCELLANEOUS | | | | | - | - |
| TOTAL RECEIPTS | - | - | 573,313,265 | - | 285,719,345 | 8,283,167 |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | | | | - | - |
| PAYROLL TAXES | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | | | | | 286,005,260 | 8,234,889 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 593,383,029 | | - | - |
| MISCELLANEOUS | | | | | - | - |
| TOTAL DISBURSEMENTS | - | - | 593,383,029 | - | 286,005,260 | 8,234,889 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | (20,069,764) | - | (285,915) | 48,279 |
| CASH - END OF QUARTER | $ - | $ - | $ (20,073,737) | $ 500 | $ 240,677 | $ 862,800 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>Oct 2014 | HSBC Operating Acct 1128001 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 4,968,774 | $ 56,621 | $ 4,750 | $ (8,810,990) | $ 38,653,776 | $ - |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 3,176,851 | | | | 3,041,275,390 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | 2,529,178 | | | 328,676,678 | |
| TRANSFERS IN - NONFILING ENTITIES | - | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | | | | 915,336,402 | |
| MISCELLANEOUS | - | | | | - | |
| TOTAL RECEIPTS | 3,176,851 | 2,529,178 | - | - | 4,285,288,470 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | - | | | | 120,688,749 | |
| PAYROLL TAXES | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 3,392,020 | | | | 3,534,856 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | 2,513,207 | | | 3,176,482,175 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | | | 915,369,575 | |
| MISCELLANEOUS | - | | | (237,091,045) | (237,091,045) | |
| TOTAL DISBURSEMENTS | 3,392,020 | 2,513,207 | - | (237,091,045) | 3,978,984,310 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (215,169) | 15,971 | - | 237,091,045 | 306,304,160 | - |
| CASH - END OF QUARTER | $ 4,753,606 | $ 72,592 | $ 4,750 | $ 228,280,055 | $ 344,957,936 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**Sep 2014**

|  | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $         - | $    37,394 | $   (5,175) | $    32,219 | $         - |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 5,175 | 5,175 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 33,174 | | 33,174 | |
| TOTAL RECEIPTS | - | 33,174 | 5,175 | 38,349 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 70,568 | | 70,568 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | - | 70,568 | - | 70,568 | |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (37,394) | 5,175 | (32,219) | |
| **CASH - END OF QUARTER** | $         - | $         - | $         - | $         - | $         - |

1 of 1

*Chart 1*

## W.R. Grace & Co.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## Sep 2014

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 33,174 | 33,174 | |
| TOTAL RECEIPTS | 33,174 | 33,174 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 33,174 | 33,174 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 33,174 | 33,174 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

*Chart 1*

| Darex Puerto Rico, Inc. Schedule of Cash Receipts and Disbursements MOR-1 Oct 2014 | Citibank Operating Acct 300153011 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 1,733,147 | $ 1,733,147 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 1,141,780 | 1,141,780 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,527,159 | 1,527,159 | |
| TOTAL RECEIPTS | 2,668,939 | 2,668,939 | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | 1,833,710 | 1,833,710 | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,527,159 | 1,527,159 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 3,360,869 | 3,360,869 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (691,930) | (691,930) | - |
| CASH - END OF QUARTER | $ 1,041,217 | $ 1,041,217 | $ - |

*Chart 1*

| | First National Bank of Montana 1049097 | CURRENT MONTH ||
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **Kootenai Development Company** ||||
| **Schedule of Cash Receipts and Disbursements** ||||
| **MOR-1** ||||
| **Oct 2014** ||||
| CASH BEGINNING OF QUARTER | $ 141,948 | 141,948 | $ - |
| **RECEIPTS** ||||
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,072,000 | 1,072,000 | |
| TOTAL RECEIPTS | 1,072,000 | 1,072,000 | - |
| **DISBURSEMENTS** ||||
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 378,457 | 378,457 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 378,457 | 378,457 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 693,543 | 693,543 | - |
| CASH - END OF QUARTER | $ 835,491 | $ 835,491 | $ - |

*Chart 1*

| Gloucester New Communities Company, Inc. | | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
| MOR-1 | | | |
| Sep 2014 | | | |
| | Cash | CURRENT QUARTER | |
| | On Hand | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $  500 | 500 | $  - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $  500 | $  500 | $  - |