# Notice Recipients

| District/Off: 0311−1 | User: Al | Date Created: 11/5/2014 |
|---|---|---|
| Case: 01−01139−KJC | Form ID: ntcBK | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis A. Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Jeffrey W. Gettleman | jeffrey.gettleman@kirkland.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Meghan E.B. DeBard | mdebard@coxsmith.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | W.R. Grace & Co., et al.    7500 Grace Drive    Columbia, MD 21044 | |
| aty | Bruce Grohsgal    Pachulski, Stang, Ziehl, Young, Jones    919 N. Market Street    16th Floor    Wilmington, DE 19801 | |
| aty | James E. O'Neill    Pachulski Stang Ziehl & Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705 | |
| aty | James E. O'Neill    Pachulski Stang Ziehl & Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705 | |
| aty | M. Dawes Cooke, Jr.    Barnwell Whaley Paterson & Helms LLC    288 Meeting St.    Ste 200 (29401)    Post Office Drawer H    Charleston, SC 29402 | |
| aty | Roger J. Higgins, P.C.    The Law Offices of Roger Higgins LLC    111 East Wacker Driver    Suite 2800    Chicago, IL 60601 | |

TOTAL: 6