**EXHIBIT B**

## EXHIBIT B

## LETTERS, MOTIONS AND OTHER PAPERS FILED BY OR RELATING TO BURRELL JOHNSON, JR.

| DOCKET NO. | DOCKET DATE | DESCRIPTION |
|---|---|---|
| 2918 | 10/31/2002 | Letter regarding Debtors Schedules filed by Burrell Johnson, Jr. |
| 4890 | 12/30/2003 | Letter filed by Burrell Johnson, Jr. |
| 5082 | 2/6/2004 | Letter filed by Burrell Johnson, Jr. |
| 6390 | 9/13/2004 | Letter filed by Burrell Johnson, Jr. |
| 7187 | 12/14/2004 | Letter filed by Burrell Johnson, Jr. |
| 7458 | 1/4/2005 | Letter filed by Burrell Johnson, Jr. |
| 8163 | 4/1/2005 | Letter Inquiring about Settlement and Awards filed by Burrell Johnson, Jr. |
| 11135 | 11/18/2005 | Affidavit in Support of Proof of Claim No. 1016186 and Opposition to Debtor's 15th Omnibus Objection filed by Burrell Johnson |
| 27632 | 9/22/2011 | Letter Requesting Civil Action Status and a Copy of the Service List filed by Burrell Johnson, Jr. |
| 27633 | 9/22/2011 | Letter from the Court Sending a Copy of the Docket and the 2002 Service List to Burrell Johnson, Jr. (related doc # 27632). Filed by the Court. (Entered: 09/22/2011) |
| 27752 | 10/13/2011 | Letter Requesting a Copy of the Debtors' Creditors filed by Burrell Johnson, Jr. |
| 27766 | 10/17/2011 | Order Regarding Letter Request form Burrell Johnson, Jr., for Creditors' List (related doc # 27752) Signed on 10/17/2011 (Baker, Ramona)(Entered: 10/17/2011) |
| 27884 | 11/4/2011 | Letter (Second) Requesting Copy of Debtors Creditors filed by Burrell Johnson, Jr. |
| 27887 | 11/7/2011 | Order Signed on 11/7/2011 Denying Without Prejudice Request of Burrell Johnson to Obtain Mailing Matrix Without Payment of Costs (related doc # 27884). Copy sent First Class US Mail to B. Johnson (Baker, Ramona)(Entered 11/07/2011) |
| 28036 | 11/22/2011 | Letter from Burrell Johnson, Jr. Acknowledging Receipt of Court's Order Dated 11/7/2011 at Docket #27887 filed by Burrell Johnson, Jr. |
| 32365 | 8/4/2014 | Request for Information and Status of Case filed by Burrell Johnson, Jr. |
| 32413 | 10/3/2014 | Letter Requesting Status of Claim filed by Burrell Johnson, Jr. |
| 32434 | 10/21/2014 | Motion for Payment of Administrative Expenses/Claims filed by Burrell Johnson, Jr. |
| 32440 | 10/28/2014 | Letter Requesting Status of Case filed by Burrell Johnson, Jr. |