**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., et al.           Bankruptcy No. 01-1139-JKF
    Debtors                  Jointly Administered
                              Chapter 11

                              Related to Doc. No. 27884

### ORDER DENYING WITHOUT PREJUDICE REQUEST TO OBTAIN MAILING MATRIX WITHOUT PAYMENT OF COSTS

**AND NOW,** this 7th day of **November, 2011, WHEREAS** Burrell Johnson has filed a request to obtain the mailing matrix in this case without paying the cost established by the Judicial Conference of the U.S. Courts;

**WHEREAS** Burrell Johnson has stated no basis for receiving the matrix in this case which has a confirmed plan of reorganization;

It is **ORDERED** that the request to obtain the mailing matrix without payment of costs is denied.

                                          _Judith K. Fitzgerald_
                                          Judith K. Fitzgerald    rmab
                                            United States Bankruptcy Judge

cm:    Burrell Johnson, Jr.
        #00241395-A
        2664(FM) 2054 Mark. W. Michael
        Tennessee-Colony, TX  75886

Date 11/7/11
Docket # 27887