# Exhibit C

## Ohio Workers' Comp Claim No. 277

# WR Grace
Bankruptcy Form 10
Index Sheet

RUST000049

A00000277B

Claim Number: 00000277  Receive Date: 07 / 05 / 2001

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number:  
Firm Name:  
Attorney Number:  
Attorney Name:  
Zip Code:  
Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0002/WRBF0006  Document Number: WRBF000277

# PROOF OF CLAIM

## United States Bankruptcy Court

**DISTRICT OF DELAWARE**  
In re:  
**W.R. GRACE & CO.-COMM**

Case Number: 01-1140  
Judge:  
Chapter: 11

---

Name and Address Where Notices Should Be Sent to Creditor

Ohio Bureau of Workers' Compensation  
Law Section Bankruptcy Unit  
P.O. Box 15398  
Columbus, OH 43215-0398  
Telephone No. (614) 466-6600  
Fax No. (614) 752-1948

[ ] Check box if you are aware that any one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check box if you never received any notices from the bankruptcy court in this case.

[ ] Check box if this address differs from the address on the envelope sent to you by the court.

*THIS SPACE IS FOR COURT USE ONLY*

---

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:  
Risk Number: **4650**

[ ] Check here if this claim amends a previously filed claim dated

### 1. BASIS FOR CLAIM

[X] Taxes

[ ] This claim is founded upon the debtor's statutory obligation to pay the cost of Workers' Compensation Claim No. pursuant to Ohio Revised Code Section 4123.75 which became due.

[ ] This claim is founded upon the debtor's obligation to reimburse the Bureau for an amount of compensation which he was overpaid, which becamedueon.

[X] This claim is founded upon the debtor's statutory obligation to pay workers' compensation premiums pursuant to Ohio Revised Code Section 4123.35, which became due **04/02/2001**.

[ ] Other

### 2. DATE DEBT WAS INCURRED:
04/02/2001

### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM
[ ] SECURED CLAIM  $

[X] UNSECURED PRIORITY CLAIM $256,379.18  
Attach evidence of perfection of security interest for taxes or penalties of governmental units - 11 U.S.C. 507(a)(7)

Brief description of Collateral:  
[ ] Real Estate and All Personal Property  
[ ] Other  
Amount of arrearages and other charges included in secured claim above, if any $

[ ] UNSECURED NON PRIORITY CLAIM $

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

| $ | $ | $256,379.18 | $256,379.18 |
|---|---|---|---|
| Unsecured | Secured | Priority | Total |

[ ] Check this box if claim includes preparation charges in addition to the principal amount of the claim.

### 6. CREDITS AND SETOFFS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

### 7. SUPPORTING DOCUMENTATION:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the document is voluminous, attach a summary.

### 8. TIME-STAMPED COPY:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim.

---

SIGN AND PRINT THE NAME AND TITLE OF ANY PERSON AUTHORIZED TO FILE THIS CLAIM.

Date: 7/2/2001

_____ KENNETH R. CAIN JR, BWC ATTORNEY

WR Grace  BF.2.6.277  
00000277

# MEMORANDUM

**To:** Bankruptcy File
**From:** Law, Bankruptcy Section

**Policy No.** 4650
**Name of Debtor** W R GRACE & CO
**Date:** 07/02/2001

| Description of Billing | Amount |
|---|---|
| **Premium Billings:** | |
| Balance Forward Premium | $ 256,379.18 |
| Total Premium: | $ 256,379.18 |
| | |
| **Grand Total:** | $ 256,379.18 |