<u>Exhibit D</u>

**Ohio Workers' Comp Claim No. 2707**

DOCS_DE:196112.1 91100/001

# WR Grace

SR00000295 ■

Bankruptcy Form 10

Index Sheet

**A 0 0 0 0 2 7 0 7 B**

Claim Number:    00002707

Receive Date:    12/12/2002

## Multiple Claim Reference

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

## Attorney Information

Firm Number:                                    Firm Name:

Attorney Number:                                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRBF0012/WRBF0047

Document Number: WRBF002305

# PROOF OF CLAIM

## United States Bankruptcy Court

**DISTRICT OF DELAWARE**
In re:
**W.R.GRACE & CO**

Case Number: **01-1140**
Judge:
Chapter: **11**

---

Name and Address Where Notices Should Be
  Sent to Creditor

Ohio Bureau of Workers' Compensation
Law Section Bankruptcy Unit
30 W. Spring St.
P.O. box 15567
Columbus, OH 43215-0567
Telephone No. (614) 466-6600
Fax No. (614) 752-1948

[ ] Check box if you are aware that any one
else has filed a proof of claim relating
to your claim.  Attach copy of statement
giving particulars.

[ ] Check box if you never received any notices
from the bankruptcy court in this case.

[ ] Check box if this address differs from
the address on the envelope sent to
you by the court.

*THIS SPACE IS FOR
COURT USE ONLY*

---

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR
IDENTIFIES DEBTOR:**
        Risk Number:**4650**

Check here if this claim [] amends or [X] replaces a
previously filed claim dated 7/5/01 **in the amount of
$256,379.18.**

**1. BASIS FOR CLAIM**

  [X]Taxes

  [] This claim is founded upon the debtor's statutory obligation to pay the cost of Workers' Compensation
Claim No. pursuant to Ohio Revised Code Section 4123.75 which became due.

  [] This claim is founded upon the debtor's obligation to reimburse the Bureau for an amount of compensation
which he was overpaid, which became due on.

  [x] This claim is founded upon the debtor's statutory obligation to pay workers' compensation premiums
pursuant to Ohio Revised Code Section 4123.35, which became due **4/2/2001.**

  []Other

---

**2. DATE DEBT WAS INCURRED:**
4/2/2001

**3. IF COURT JUDGMENT, DATE OBTAINED:**

---

**4. CLASSIFICATION OF CLAIM**
  []SECURED CLAIM

      [] UNSECURED PRIORITY CLAIM $
      Attach evidence of perfection of security interest for taxes or penalties of governmental units - 11 U.S.C. 507(a)(7)

    Brief description of Collateral:
    [ ] Real Estate and All Personal Property
    [ ] Other
    Amount of arrearages and other charges included in secured claim above, if any $

  [X]UNSECURED NON PRIORITY CLAIM $257,480.24

---

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

$257,480.24

$257,480.24

**Unsecured**        **Secured**        **Priority**        **Total**

[ ] Check this box if claim includes preparation charges in addition to the principal amount of the claim.

---

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited
and deducted for the purpose of making this proof of claim.  In filing this claim,
claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTATION:**  Attach copies of supporting documents, such as promissory
notes, purchase orders, invoices, itemized statements of running accounts, contracts,
court judgments, or evidence of security interests.  If the documents are not available,
explain.  If the document is voluminous, attach a summary.

**8. TIME-STAMPED COPY:**  To receive an acknowledgment of the filing of your claim,
enclose a stamped, self-addressed envelope and copy of this claim.

*THIS SPACE IS FOR
COURT USE ONLY*

---

**SIGN AND PRINT THE NAME AND TITLE OF ANY PERSON AUTHORIZED TO FILE THIS CLAIM.**

Date: 12/9/02

_____
        **KENNETH R CAIN JR, BWC ATTORNEY**

WR Grace    BF.12.47.2305
      00002707
SR=295

# M E M O R A N D U M

**To:**  **Bankruptcy File**

**From:**  **Legal Operations, Bankruptcy Unit**

**Policy No.**  4650

**Name of Debtor**  WR Grace & Company

**Date:**  12/9/2002

-------------------------------------------------------------------------------

**Description of Billing**  **Amount**

**Premium Billings:**
Balance due on audit findings
 1/1/91-12/31/92       $       257,480.24

               **Total Premium:**          $    257,480.24

**Grand Total:**                    $    257,480.24
                         ================