## EXHIBIT E

**Banta Claim No. 13548**

# WR Grace

Bankruptcy Form 10

Index Sheet

SR00000722

Claim Number: 00013548

Receive Date: 03/31/2003

**Multiple Claim Reference**

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

**Attorney Information**

Firm Number:                           Firm Name:

Attorney Number:                       Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0044/WRBF0173                           Document Number: WRBF008644

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|---|

Name of Debtor:[1]  W.R. GRACE + CO.    Case Number 01-01139

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
DR. CHARLES J. BANTA

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent:
GEOFFREY B. SPENCER
3023 WOODBROOK DR.
DENTON, TX 76205

Account or other number by which creditor identifies Debtor:
NONE

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W.R. GRACE + CO.

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Environmental liability
   ☐ Money loaned
   ☑ Non-asbestos personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #:_____
   Unpaid compensation for services performed
   from _____ to _____ (date)

2. Date debt was incurred: 4/16/1980
3. If court judgment, date obtained: AT PRESENT (SEE NOTE)
4. Total Amount of Claim at Time Case Filed: 600.00
   If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

   ☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Other (Describe briefly)

   Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____
   Attach evidence of perfection of security interest
   ☑ UNSECURED NONPRIORITY CLAIM
   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

   ☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a____).

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

This Space is for Court Use Only

Date 3/24/03  Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): GEOFFREY B. SPENCER

WR Grace   BF.44.173.8644
00013548
SR=722

REC'D MAR 3 1 2003

---
[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.

# SPECIFIC INSTRUCTIONS FOR COMPLETING
# GRACE NON-ASBESTOS PROOF OF CLAIM FORMS

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

This Proof of Claim form is for Creditors who have **Non-Asbestos Claims** against any of the Debtors. **Non-Asbestos Claims** are any claims against the Debtors as of a time immediately preceding the commencement of the Chapter 11 cases on April 2, 2001 other than Asbestos Personal Injury Claims, Asbestos Property Damage Claims, Zonolite Attic Insulation Claims, Settled Asbestos Claims or Medical Monitoring Claims, as defined on the enclosed General Instructions. More specifically, **Non-Asbestos Claims** are those claims against one or more of the Debtors, whether in the nature of or sounding in tort, contract, warranty or any other theory of law or equity for, relating to or arising by reason of, directly or indirectly, any injury, damage or economic loss caused or allegedly caused directly or indirectly by any of the Debtors or any products or materials manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors and arising or allegedly arising directly or indirectly, from acts or omissions of one or more of the Debtors, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages.

**Administrative Expenses:** Those claims for, among other things, the actual, necessary costs and expenses of preserving the estate as defined in Section 503 of the Bankruptcy Code that arose after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to Section 503 of the Bankruptcy Code. This form should not be used to make a claim for an administrative expense.

**Secured Claim:** A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property. Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right to setoff), the creditor's claim may be a secured claim. (See also Unsecured Claim.)

**Unsecured Claim:** If a claim is not a secured claim, it is an unsecured claim. Unsecured claims are those claims for which a creditor has no lien on the debtor's property or the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Nonpriority Claim:** Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as Unsecured Nonpriority Claims.

**Information about Creditor:** Complete this section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the court which sent notice, or if this proof of claim replaces or amends a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:** Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:** Fill in the date the debt was first owed by the debtor.

3. **Court Judgments:** If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Amount of Claim:** Insert the amount of claim at the time the case was filed in the appropriate box based on your selected Classification of Claim in item 5. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Classification of Claim:** Check either Secured, Unsecured Nonpriority or Unsecured Priority as appropriate. (See Definitions above.)

    **Unsecured Priority Claim:** Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See Definitions, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

6. **Credits:** By signing this proof of claim, you are stating under oath that in calculating the amount of your claim, you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:** You must attach to this proof of claim form, copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

*Be sure to date the claim and place original signature of claimant or person making claim for creditor where indicated at the bottom of the claim form. Please type or print name of individual under the signature. Be sure all items are answered on the claim form. If not applicable, insert "Not Applicable".*

RETURN CLAIM FORM (WITH ATTACHMENTS, IF ANY) TO THE FOLLOWING CLAIMS AGENT FOR THE DEBTORS:

> Claims Processing Agent
> Re: W. R. Grace & Co. Bankruptcy
> P.O. Box 1620
> Faribault, MN 55021-1620

**The Bar Date for filing all NON-ASBESTOS CLAIMS against the Debtors is March 31, 2003 at 4:00 p.m. Eastern Time.**

To: Claims Processing Agent
W.R. Grace & Co. Bankruptcy
P.O. Box 1620
Fairbault, MN 55021-1620

From: Geoffrey B. Spencer
2005 Woodbrook Dr.
Denton, Texas 76205

Basis of Claim: This claim is for unpaid doctor & pharmacy bills currently totaling $660. During the years 1990, 1991, 1992 and 1993 I was an employee (internal auditor) with the headquarters unit of W.R. Grace & Co. In April of 1990 while engaged in an audit of the Cryovac division plant in Iowa Park, Texas I suffered a back injury. I turned around quickly with a suitcase in one hand and an audit bag in the other, and herniated a disk in my lower back (L4 - L5). The injury was both painful and slow to heal and I was off work until sometime in June of that year. I was treated by the physician who performed Grace company physicals in Dallas and later by an orthopedic surgeon he referred me to. The Grace headquarters human resources department determined that Texas law required that this injury be treated under the Texas Workers Compensation statute because I was travelling on company business at the time of the injury. I did not dispute that finding, despite the fact that it meant that I could not collect short term disability insurance and instead received something like $68 per week for the time off work. My doctors and pharmacy bills were paid in full, and I was assured that I now had full coverage for lower back problems for life. The insurance carrier Grace used for Worker's Compensation in Texas was CNA Insurance, and I spoke to their adjuster several times during my recovery period.

This injury has been troublesome for most of the last dozen years. It never really healed completely and I regularly take anti-inflamatory drugs for back pain. The only real cure that medicine can offer is spinal surgery, a procedure which has very mixed outcomes. I have so far avoided that surgery, at the cost of limping around for several weeks a year. The worst flare-up occurred in June of 2001 and I decided to consult with a board certified orthopedic surgeon to re-evaluate my situation. These doctor visits were pre-authorized by Transportation Insurance Co. (A CNA subsidiary) and were scheduled after confirming that my claim was still open and active with the Texas Workers Compensation Commisssion. My TWCC claim # is 90 104092N1 and the carrier's claim # is 64432277 E1. <u>Despite all of this, the claims remain unpaid 18 months later. There has been no medical or other review, they just won't pay</u>. While I intend to persue this matter administratively through the Worker's Compensation Commission I would also like to assert my right to make claim against W.R. Grace directly. The Bar Date Notice Package page 3, section 2F says that I will lose that right by not asserting it now.

Obviously, it is not practical for me to sue W.R. Grace for the surgeons bill, which he has now re-submitted to me. You can't hire a lawyer to collect amounts this small. But the larger issue is the possibility of an operation which may cost thousands of dollars at some future point. This injury is a pre-existing condition to any other insurance company, so if Grace can walk away from this, there is no coverage. I am asking the court to make sure that W.R. Grace and it's agent CNA meet their obligations.

*[signed] Geoffrey B. Spencer*
*3/27/03*

```
                    NORTHPARK ORTHOPAEDICS PA
                      8220 WALNUT HILL LANE
                           SUITE 608
                         DALLAS, TX 75231
                         (214)987-3434
```

──────────── STATEMENT FOR PROFESSIONAL SERVICES ────────────

Place Of Service    NORTHPARK ORTHOPAEDICS, P   PT-0001    Page No.   1

Return This Portion With Your Payment

Billing Date  08/26/02
Amount Due    480.00
Discharge Date
Amount Enclosed  $

WR GRACE
2005 WOODBROOK DR
DENTON TX 76205

Bill To   SPENCER        GEOFFREY        Chart No.   12769.5

☐ CHECK HERE and See Reverse For Credit Card Payment

Any Payments Or Charges After The Above Billing Date Will Appear On Your Next Statement.

| DATE | PLACE OF SER | PROCEDURE CODE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/27/02 | | | BALANCE FORWARD | | | 480.00 |
| | | | W/COMP CARRIER DENIED CLAIM | | | |
| | | | MASTERCARD #/VISA #: | | | |
| | | | SIGNATURE: | | | |
| | | | EXPIRATION DATE: | | | |
| | | | NAME AS LISTED ON THE CARD: | | | |

**2ND REQUEST**
WE HAVE TO / CARE REMIND YOU
OF ... DUE ACCOUNT.
PLEASE SEND US PAYMENT TODAY.

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | TOTAL | | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 480.00 | 480.00 | | 480.00 |

Chart Number   12769.5

Place Of Service   NORTHPARK ORTHOP

Phone   214 987 3434

CHARLES J BANTA II MD
8220 WALNUT HILL LN 608
SUITE 608
DALLAS TX 75231

Referring Physician

**PLACE OF SERV. CODES**
11 Office
12 Patient's Home
21 Inpatient Hospital
22 Outpatient Hospital
23 Emergency Room-Hospital
24 Ambulatory Surgical Center
31 Skilled Nursing Facility
32 Nursing Facility
81 Independent Laboratory
99 Other Unlisted Facility

CREDIT CARD PAYMENT

You may pay this bill by credit card. Complete this form below and return in the enclosed envelope.

AMOUNT:      $ _____

CREDIT CARD: _____

CARD NUMBER: _____ CARD EXPIRES: _____/_____
                                                     MO.    YR.

PRINT CARD HOLDER'S NAME: _____

SIGNATURE: _____

| PHARMACY | workingRx<br>PO Box 71546<br>Salt Lake City, UT 84171-0546<br>(801) 892-5200<br>Tax ID 87-0570924 | TEXAS WORKERS' COMPENSATION COMMISSION<br>**STATEMENT FOR PHARMACY SERVICES**<br>Mail this form to the CARRIER |
|---|---|---|

| NABP #: 4585040 | FID #: 87-0570924 | INVOICE #: |
|---|---|---|
| ALBERTSONS PHARMACY - Denton, TX | | |
| Carrier's Claim: 9014092 | | Date of Billing: 8/23/2001 |

| CARRIER | RSKCO<br>PO BOX 139046<br>DALLAS, TX 75313-9826 | EMPLOYER | RSKCO<br>P O BOX 139046<br>DALLAS, TX 75313-9826<br>(214) 220-1403 |
|---|---|---|---|

| INJURED EMPLOYEE'S NAME AND ADDRESS | |
|---|---|
| EMPLOYEE: SPENCER, GEOFFREY<br>2005 WOODBORRK<br>DENTON, TX 000000000 | Date of Injury: 4/16/1990<br>Social Security #: 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<br>TWCC # (if known): |

**A**

Prescribing Doctor's Name: BANTA II, CHARLES J MD

| NDC: 00009005602 | Rx #: 0148098 | Which Refill #: 0 | Quantity: 21 |
|---|---|---|---|

Drug Name and Strength: MEDROL TAB 4MG

| Service Date: 7/10/2001 | Days Supply: 6 | Generic Drug?: (Y/N) N | Rx Total: $24.83 |
|---|---|---|---|
| Date Paid: | Amount Paid: | | Exception Code: |

**B**

Prescribing Doctor's Name: BANTA II, CHARLES J MD

| NDC: 00364034701 | Rx #: 0148100 | Which Refill #: 0 | Quantity: 90 |
|---|---|---|---|

Drug Name and Strength: METHOCARBAM TAB 750MG

| Service Date: 7/10/2001 | Days Supply: 30 | Generic Drug?: (Y/N) Y | Rx Total: $68.87 |
|---|---|---|---|
| Date Paid: | Amount Paid: | | Exception Code: |

**C**

Prescribing Doctor's Name: BANTA II, CHARLES J MD

| NDC: 00025152531 | Rx #: 0148101 | Which Refill #: 0 | Quantity: 30 |
|---|---|---|---|

Drug Name and Strength: CELEBREX CAP 200MG

| Service Date: 7/10/2001 | Days Supply: 30 | Generic Drug?: (Y/N) N | Rx Total: $86.30 |
|---|---|---|---|
| Date Paid: | Amount Paid: | | Exception Code: |

TWCC66a (Rev. 5/96)  Rule 134.800(d)  Hart Forms & Services Reorder No 14-4064