IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| W. R. GRACE & CO., *et al.* | § § § | Case No. 01-01139 (KJC) |
| Debtors. | § § § § | Jointly Administered |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 32435**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of First Post-Effective Date Administrative Fee and Expense Request of Warren H. Smith & Associates, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses During the Period from February 4, 2014, Through October 20, 2014 (the "Request"), for February 4, 2014, through October 20, 2014, filed on October 21, 2014. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Request appears thereon. Pursuant to the Request, objections to the Request were to be filed and served no later than November 10, 2014. Thus Debtors are authorized to pay the undersigned hundred percent (100%) of the fees and one hundred percent (100%) of the expenses requested in the Request.

November 11, 2014                    **WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
    Warren H. Smith
    State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
(214) 698-3868 (Main)
(214) 722-0081 (Fax)

**FEE AUDITOR**