IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re: Docket No. 32414 |
| | ) |
| | ) Hearing Date: November 20, 2014 at 10:00 a.m. |

**CERTIFICATION OF COUNSEL REGARDING THIRTY-SECOND
OMNIBUS OBJECTION TO CERTAIN ENVIRONMENTAL
CLAIMS (SUBSTANTIVE OBJECTIONS)**

1. On October 3, 2014, the Reorganized Debtors filed their *Thirty-Second Omnibus Objection to Certain Environmental Claims (Substantive Objections)* ( the "Objection") (Docket No. 32414).

2. Thereafter, the Debtors received inquiries and comments on the Objection and draft form of order from the Hampshire Chemical Corporation (the "Claimant"). As a result of those inquiries and comments, the Reorganized Debtors revised the draft order attached to the Objection to address the concerns raised by such party.

3. Attached hereto as Exhibit A is a revised proposed Order Disallowing Certain Environmental Claims (Substantive) (the "Proposed Order"), which reflects the agreed changes based on the comments received from the Claimant.

4. A blacklined copy of the Proposed Order is attached hereto as Exhibit B showing changes made from the order attached to the Objection.

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:196203.1 91100/001

5.  Accordingly, the Reorganized Debtors respectfully request entry of the Proposed Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: November 13, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Reorganized Debtors