## EXHIBIT I

**Environmental Claims**

In re: W.R. GRACE CO., et al
OMNIBUS 32 : EXHIBIT 1 – NO LIABILITY CLAIMS

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars/ Claim Class* | Basis of Objection |
|---|---|---|---|---|---|---|
| 1 | HAMPSHIRE CHEMICAL CORP<br>C/O DILWORTH PAXSON LLP<br>ANNE MARIE P KELLEY ESQ<br>LIBERTYVIEW-STE 700<br>457 HADDONFIELD RDPO BOX 2570<br>CHERRY HILL, NJ 08034 | 13934 | 01-01140 | W.R. GRACE & CO.-CONN. | $6,500,000.00  (U)<br>UNLIQUIDATED | Debtors' records show no amount owed |
| 2 | WEATHERFORD INTERNATIONAL INC<br>2000 ST JAMES PLACE<br>HOUSTON, TX 77056 | 1719 | 01-01139 | W.R. GRACE & CO. | $351,758.00  (U)<br>UNLIQUIDATED | Debtors' records show no amount owed |
| | | | | Totals: | $6,851,758.00  (U) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured