## EXHIBIT A-1

## Lease-Related Claims

In re: W.R. GRACE CO., et al
OMNIBUS 33 : EXHIBIT A-1 – NO LIABILITY CLAIMS

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 1 | JEW, H ANTHONY & VIOLET W 1331 N CALIFORNIA BLVD 5TH FL PO BOX 8177 WALNUT CREEK, CA 94596 | 66 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U) CONTINGENT UNLIQUIDATED | Debtors' records show no amount owed |
| 2 | GERMAN AMERICAN REAL ESTATE CORP C/O JOHN W HATHAWAY 701 5TH AVE STE 4600 SEATTLE, WA 98104 | 877 | 01-01139 | W.R. GRACE & CO. | $0.00 (S) UNKNOWN (U) CONTINGENT | Debtors' records show no amount owed |
| 3 | MARSHALLS OF MA INC 770 COCHITUATE RD ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT FRAMINGHAM, MA 01701 | 13233 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (A) CONTINGENT UNLIQUIDATED | Debtors' records show no amount owed |
| | | | | Totals: | $0.00 (S) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct orappropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

Page 1 of 1

9/29/2014 2:30 PM