IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 32455 |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 20, 2014, AT 3:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., November 19, 2014

## CONTINUED MATTERS:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008, at 4:00 p.m.

   Responses Received:

   a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

   b. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

   Related Documents: None.

   Status: This matter is continued to the next omnibus hearing date.

2. Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

   Response Deadline: May 22, 2014, at 4:00 p.m.

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Regarding the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

Status: This matter has been continued to a date to be determined.

## RESOLVED MATTERS:

3. Thirty-Second Omnibus Objection to Certain Environmental Claims (Substantive Objection) [Filed: 10/3/14) [Docket No.: 32414]

   Response Deadline: November 3, 2014, at 4:00 p.m.

   Responses Received:

   a. Informal comments were received from Hampshire Chemical Corporation

   Related Documents:

   a. [Proposed] Order Disallowing Certain Environmental Claims (Substantive) [Filed: 10/3/14] (Docket No.: 32414, Exhibit A)

   b. Certification of Counsel Regarding Thirty-Second Omnibus Objection to Certain Environmental Claims (Substantive Objections) [Filed: 11/13/14] (Docket No.: 32452)

   c. [Signed] Order Disallowing Certain Environmental Claims (Substantive) [Filed: 11/18/14] (Docket No.: 32453)

   Status: The Court has entered an order on this matter.

4. Thirty-Third Omnibus Objection to Certain Lease-Related Claims (Substantive Objection) [Filed: 10/3/14] (Docket No.: 32415)

   Response Deadline: November 3, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Granting the Relief Sought in Reorganized Debtors' Thirty-Third Omnibus Objection to Certain Lease-Related Claims (Substantive Objection) [Filed: 10/3/14] (Docket No.: 32415, Exhibit A)

   b. Certification of Counsel Regarding Thirty-Third Omnibus Objection to Certain Lease-Related Claims (Substantive Objection) [Filed: 11/6/14] (Docket No.: 32444]

   c. [Signed] Order Granting the Relief Sought in Reorganized Debtors' Thirty-Third Omnibus Objection to Certain Lease-Related Claims (Substantive Objection)

[Filed: 11/18/14] (Docket No.: 32454)

Status: The Court has entered an order on this matter.

**UNCONTESTED MATTERS:**

5.  First Post-Effective Date Administrative Fee and Expense Request of Warren H. Smith & Associates, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses During the Period From February 4, 2014 Through October 20, 2014 [Filed: 10/21/14] (Docket No. 32435)

    Response Deadline: November 10, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Approving First Post-Effective Date Administrative Fee and Expense Request of Warren H. Smith & Associates, P.C., as Fee Auditor, for Allowance of Compensation and Reimbursement of Expenses [Filed: 10/21/14] (Docket No. 32435)

    b.  Certification of No Objection Regarding Docket No. 32435 [Filed: 11/11/14] (Docket No. 32450)

    Status: No parties have objected to the relief requested in the Application. Accordingly, the Fee Auditor has filed a certification of no objection and respectfully requests the entry of the order attached to the Application.

**CONTESTED MATTERS:**

6.  Motion By Burrell Johnson, Jr. Requesting Allowance of Administrative Claim [Filed 10/21/14] (Docket No. 32434)

    Response Deadline: None.

    Responses Received:

    a.  Objection to Motion By Burrell Johnson, Jr. Requesting Allowance of Administrative Claim [Filed 11/5/14] (Docket No. 32443)

    Related Documents:

    a.  Letter of Burrell Johnson, Jr., Requesting Status of Claim [Filed: 10/28/14] (Docket No. 32440)

    Status: This matter will go forward.

DOCS_DE:196282.1 91100/001

7. Final Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel [Filed: 5/12/14] (Docket No. 32188)

Response Deadline: June 2, 2014, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting Final Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel [Filed: 5/12/14] (Docket No. 32188)

b. Fee Auditor's Final Report Regarding the Fourteenth, Eighteenth, and Nineteenth Interim Statements and the Final Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel [Filed: 8/19/14] (Docket No. 32384)

**Status: This matter will not go forward. This matter will be continued to a date to be determined.**

Dated: November 18, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors