SIGN-IN-SHEET

CASE NAME:   W.R. Grace & Co., et al
CASE NO.     01-01139-KJC

COURTROOM LOCATION:  5
DATE:  November 20, 2014

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| James O'Neill | PSZJ | W R Grace |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)

Confirmed Telephonic Appearance Schedule

Honorable Kevin J. Carey

#5

| Calendar Date: | 11/20/2014 |
| Calendar Time: | 03:00 PM ET |

Amended Calendar 11/20/2014 06:31 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|---------------|-----------|-----------|-------------|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6594534 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6597142 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6519519 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick, P.C. | Representing, WRG Asbestos PI Trust / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6594793 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Property Damage FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6596894 | Alexander Sanders, Jr. | 843-953-5755 | Alexander Sanders Jr. - In Pro Per/Pro Interested Party, Alexander Sanders, Jr. / LISTEN ONLY |

Raymond Reyes ext. 681

CourtConfCal2012