1    UNITED STATES BANKRUPTCY COURT

2    DISTRICT OF DELAWARE

3    Case No. 01-01139(KJC)

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    W.R. GRACE & CO., ET AL.,

8

9          Debtors.

10

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12

13                              United States Bankruptcy Court

14                              824 North Market Street

15                              Wilmington, Delaware

16

17                              November 20, 2014

18                              3:00 PM

19

20

21    B E F O R E :

22    HON KEVIN J. CAREY

23    U.S. BANKRUPTCY JUDGE

24

25

1   HEARING re Amended Debtors' Twenty-Fifth Omnibus Objection

2   to Claims (Substantive and Non-Substantive) [Filed:

3   8/26/08](Docket No. 19378)

4

5   HEARING re Reorganized Debtors' Objection to the Remaining

6   Claims for the Internal Revenue Service (Substantive)[Filed:

7   4/22/14](Docket No. 32036)

8

9   HEARING re Thirty-Second Omnibus Objection to Certain

10   Environmental Claims (Substantive Objection)[Filed:

11   10/3/14](Docket No. 32414)

12

13   HEARING re Thirty-Third Omnibus Objection to Certain Lease-

14   Related Claims (Substantive Objection)[Filed:

15   10/3/14](Docket No. 32415)

16

17   HEARING re First Post-Effective Date Administrative Fee and

18   Expense Request of Warren H. Smith & Associates, P.C., for

19   Allowance of Compensation for Services Rendered and

20   Reimbursement of Expenses During the Period from February 4,

21   2014 through October 20, 2014 [Filed: 10/21/14](Docket No.

22   32435)

23

24   HEARING re Motion by Burrell Johnson, Jr. Requesting

25   Allowance of Administrative Claim [Filed 10/21/14](Docket

1    No. 32434)

2

3    HEARING re Final Application of the Official Committee of

4    Asbestos Property Damage Claimants for Reimbursement of

5    Expenses to Committee Members and Their Counsel [Filed:

6    5/12/14](Docket No. 32188)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Jamie Gallagher

```
1    A P P E A R A N C E S :

2    PACHULSKI STANG ZIEHL & JONES, LLP

3         Attorney for the Debtor

4         919 N. Market Street

5         17th Floor

6         Wilmington, DE 19899

7

8    BY:  JAMES O'NEILL, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2             THE COURT:  Good afternoon.

3             MR. O'NEILL:  Good afternoon, Your Honor.  James

4    O'Neill, Pachulski Stang Ziehl & Jones on behalf of the

5    reorganized debtors in this matter.

6             Your Honor, we have an agenda and the Court has

7    already approved several matters on the agenda: 3, 4, 5

8    orders have already been entered.  Item number 7 on the

9    agenda is a continuance from the final fee application.

10   There were still some committee expenses that are being

11   reconciled for the asbestos property damage committee.  And

12   so we're requesting that that be continued again.

13            Which leads us, Your Honor, with a letter that got

14   filed by Mr. Burrell Johnson requesting some assistance or

15   administrative assistance.  The letter which was filed

16   purports to look like an administrative claim, although

17   there's not a lot of information there.  It was docketed by

18   the Court as an administrative claim.  And there were some

19   earlier correspondence to which we didn't respond to on

20   behalf of the reorganized debtor from Mr. Burrell.  And the

21   reason, as is evident from our responses that Mr. Burrell

22   had filed some claims early on in the case --

23            THE COURT:  Mr. Johnson, I think.

24            MR. O'NEILL:  I'm sorry, forgive me.  Mr. Johnson

25   had filed some claims early on in the case, two asbestos

1    property damage claims.  We objected to those claims.  That

2    objection was sustained by Judge Fitzgerald.  There was some

3    further communication from Mr. Johnson, a request for a copy

4    of the creditor matrix.  Judge Fitzgerald denied that

5    request and Mr. Johnson continued to file other documents,

6    and continues to this day to file some documents.  We're not

7    really -- they don't appear to be any different than the

8    original claim which was disallowed.  I will note also that

9    as the claim was purported -- or related to asbestos

10   property damage, one of the parties who also responded was

11   the ZAI trust.  The ZAI trust reached out to Mr. Johnson on

12   November 7th of this year and indicated that they were

13   unable to determine what he needed and encouraged them to

14   contact them.

15        I did speak with Mr. Cottingham (ph), who's

16   counsel for the ZAI trust and Mr. Cottingham informed me

17   that they didn't have any communication back from

18   Mr. Johnson and, Your Honor, the -- as the Court knows, the

19   bar dates in these cases have long since passed and it

20   doesn't appear that there's anything new being submitted.

21   It's just the same form being submitted by Mr. Johnson.  And

22   so, accordingly, to hopefully remedy the situation, we filed

23   an objection to this latest request and we're asking some --

24   for some additional relief that -- if Mr. Johnson continues

25   to file documents, that we're not required to respond to

1    them any longer.

2           THE COURT:  All right, thank you.  Let me ask

3    briefly if anyone else wishes to be heard in connection with

4    -- I'll call it a motion -- this motion?

5           I hear no further response.  I was unaware at the

6    time of the submission of this letter of the history with

7    this claimant or purported claimant, I'll put it that way.

8    And as I routinely do, even if it comes in letter form, and

9    even if it's handwritten as Mr. Johnson's letter is, when it

10   looks like it's a request for the Court to do something, I

11   do have it scheduled as a motion, but I can see from the

12   debtors' response and from the attachments, which outline

13   the history of Mr. Johnson's filings, it certainly is a

14   request that contains nothing of merit upon which the Court

15   can or should act.

16          So I'm going to deny whatever relief can be

17   divined as being requested by this letter and in light of

18   the circumstances, I am inclined to grant the relief that

19   the debtor here has requested with respect to possible

20   future filings by Mr. Johnson.  I don't know whether he

21   simply doesn't understand what's going on, or won't accept

22   the results that his claims have been denied, disallowed,

23   and expunged by previous Court orders.  So for these

24   reasons, I'm inclined to grant the relief that's been

25   requested.  Also, I note for the record, I haven't asked if

1    Mr. Johnson is present because I can see from the courtroom

2    that besides Court staff, debtors' counsel is the only other

3    individual present in the courtroom.  And I have a sign-up

4    sheet for the telephone participation and neither he nor

5    anyone on his behalf has signed in to join us by telephone

6    either today.  So Mr. Johnson has chosen not to appear in

7    support of his own request, either in person or by

8    telephone.

9            So if you have a form of order for me,

10   Mr. O'Neill, I'd be happy to consider it.

11           MR. O'NEILL:  I do, Your Honor.  I have the same

12   form of order that was attached to the motion and I've just

13   written in the docket number which refers to our objection

14   and included the agenda reference.  And, certainly, Your

15   Honor, it is understandable that the earlier correspondence

16   with Mr. Johnson well preceded your involvement in the case.

17   In fact, it was 12 -- almost 12 years ago, if not 12 years

18   ago when all that happened.  So we appreciate the Court's

19   considering and granting our request.  May I approach with

20   the order?

21           THE COURT:  You may.

22           MR. O'NEILL:  Thank you.

23           THE COURT:  Thank you.  All right, that order has

24   been signed.  Is there anything further for today?

25           MR. O'NEILL:  Nothing further, Your Honor.  Thank

1    you very much.

2              THE COURT:  Thank you very much.  That concludes

3    this hearing.  Court will stand adjourned.

4              MR. O'NEILL:  Thank you.

5        (Whereupon these proceedings were concluded at 3:07 PM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

2                              RULINGS

3                                              Page      Line

4    Motion by Burrell Johnson, Jr. Requesting      8         23

5    Allowance of Administrative Claim

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3      I, Jamie Gallagher, certify that the foregoing transcript is

4      a true and accurate record of the proceedings.

5

6      Jamie Gallagher

        Digitally signed by Jamie Gallagher
        DN: cn=Jamie Gallagher, o=Veritext,
        ou, email=digital@veritext.com, c=US
        Date: 2014.11.24 16:41:11 -05'00'

7      _____

8      Jamie Gallagher

9      Date:  November 24, 2014

10

11

12

13

14

15

16

17

18

19

20

21    Veritext

22    330 Old Country Road

23    Suite 300

24    Mineola, NY 11501

25