# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 11/25/2014
Case: 01−01139−KJC     Form ID: ntcBK     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     M. Dawes Cooke, Jr.

                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Curtis A. Hehn     chehn@pszyj.com
aty     Daniel K. Hogan     dkhogan@dkhogan.com
aty     David W. Carickhoff     dcarickhoff@archerlaw.com
aty     James E. O'Neill     jo'neill@pszjlaw.com
aty     James E. O'Neill     jo'neill@pszjlaw.com
aty     Janet S. Baer     jbaer@bhflaw.net
aty     Jeffrey W. Gettleman     jeffrey.gettleman@kirkland.com
aty     Kathleen P. Makowski     kmakowski@pszjlaw.com
aty     Laura Davis Jones     ljones@pszjlaw.com
aty     Mark M. Billion     markbillion@billionlaw.com
aty     Meghan E.B. DeBard     mdebard@coxsmith.com
aty     Paul W. Turner     pturner@carlilelawfirm.com
aty     Richard L. Schepacarter     richard.schepacarter@usdoj.gov
aty     Timothy P. Cairns     tcairns@pszjlaw.com
aty     Timothy P. Cairns     tcairns@pszjlaw.com
aty     William D. Sullivan     bsullivan@sha−llc.com
aty     William D. Sullivan     bsullivan@sha−llc.com

                                        TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044
aty     Bruce Grohsgal     Pachulski, Stang, Ziehl, Young, Jones     919 N. Market Street     16th Floor     Wilmington, DE 19801
aty     James E. O'Neill     Pachulski Stang Ziehl & Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705
aty     James E. O'Neill     Pachulski Stang Ziehl & Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705
aty     M. Dawes Cooke, Jr.     Barnwell Whaley Paterson & Helms LLC     288 Meeting St.     Ste 200 (29401)     Post Office Drawer H     Charleston, SC 29402
aty     Roger J. Higgins, P.C.     The Law Offices of Roger Higgins LLC     111 East Wacker Driver     Suite 2800     Chicago, IL 60601

                                        TOTAL: 6