IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |

Objection Deadline: December 8, 2014 at 4:00 p.m.
Hearing Date: December 17, 2014, at 2:00 p.m.

**CERTIFICATION OF NO OBJECTION REGARDING THIRTY-FOURTH OMNIBUS OBJECTION TO CERTAIN WORKERS' COMPENSATION CLAIMS (SUBSTANTIVE OBJECTION) [DOCKET NO. 32446]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirty-Fourth Omnibus Objection to Certain Workers' Compensation Claims (Substantive Objection)* (the "Claim Objection") filed on November 7, 2014. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Claim Objection appears thereon. Pursuant to the Notice of Claim Objection, responses to the Claim Objection were to be filed and served no later than December 8, 2014 at 4:00 p.m.

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

It is hereby respectfully requested that the Order attached to the Claim Objection be entered at the Court's earliest convenience.

Dated: December 11, 2014

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors