beta

# Exhibit A-1

## The Disallowed State Tax Claims

In re: W.R. GRACE CO., et al
OMNIBUS 35 : EXHIBIT A-1 – STATE TAX CLAIMS TO BE DISALLOWED

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 1 | FLORIDA DEPT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 18522 | 01-01140 | W.R. GRACE & CO.-CONN. | $35,503.27  (A) | Debtors records show no amount owed. |
| 2 | INDIANA DEPT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS, IN 46204 | 15355 | 01-01139 | W.R. GRACE & CO. | $403,130.64  (P)<br>$40,348.43  (U) | Amended and superseded by claim 18512. |
| 3 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 17760 | 01-01140 | W.R. GRACE & CO.-CONN. | $133,828.11  (A)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| | | | | Total: | $169,331.38  (A)<br>$403,130.64  (P)<br>$40,348.43  (U) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured