# EXHIBIT A-2

## The Reduced and Allowed State Tax Claims

In re: W.R. GRACE CO., et al
OMNIBUS 35 : EXHIBIT A-2 – STATE TAX CLAIMS TO BE REDUCED AND ALLOWED

| | Creditor Name/ Address | Case Number | Claim Number | Total Claim Dollars*/ Claim Class** | | Reduced Amount*/ Claim Class** | | Basis Of Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 W MONROE PHOENIX, AZ 85007 | 01-01140 | 17766 | $213,010.36 $102,609.26 | (P) (U) | $73,047.00 $0.00 | (P) (U) | E-mail correspondence with Arizona Dept of Revenue |
| 2 | INDIANA DEPT OF REVENUE BANKRUPTCY SECTION N-240 100 N SENATE AVE INDIANAPOLIS, IN 46204 | 01-01140 | 18512 | $69,028.60 $8,705.75 | (P) (U) | $59,532.78 | (P) | Corrspondence with Indiana Dept of Revenue |
| 3 | NEW JERSEY DIV OF EMPLOYER ACCTS (REF: CC PARTNERS) STATE OF NEW JERSEY PO BOX 077 TRENTON, NJ 08625-0077 | 01-01140 | 144 | $89,429.30 | (P) | $160.92 | (P) | New Jersey Dept of Treasury Statement dated Nov 23, 2014 |
| | | | Totals: | $371,468.26 $111,315.01 | (P) (U) | $132,740.70 $0.00 | (P) (U) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

Page 1 of 1                                                                                                                12/10/2014 5:41 PM