<u>EXHIBIT B-1</u>

**Arizona Proof of Claim no. 17766**

# WR Grace

## Bankruptcy Form 10

### Index Sheet

SR00001075 ■

| Claim Number: | 00017766 | Receive Date: | 04/11/2006 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number  _____

- [ ] MMPOC  Medical Monitoring Claim Form
- [ ] PDPOC  Property Damage
- [ ] NAPO  Non-Asbestos Claim Form
- [ ]  Amended

Claim Number

- [ ] MMPOC  Medical Monitoring Claim Form
- [ ] PDPOC  Property Damage
- [ ] NAPO  Non-Asbestos Claim Form
- [ ]  Amended

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |

| Other | [ ] Non-Standard Form | [ ] Amended per Objection |
|---|---|---|
| | [X] Amended | Original Claim #: _____ |
| | [ ] Post-Deadline Postmark Date | |

 STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

**3rd Amended**

United States Bankruptcy Court For the          District of  Delaware

Consolidation & Joint administration of W R. Grace & Cos Ch 11 Case 01-01139 (RJN) thru 01-01200 (RJN)          CASE NUMBER:    2:01-BK-01140

In the Matter of:  W R.Grace & Co-Con          CHAPTER:   Bankruptcy Chapter 11

                W.R. Grace & Co          PETITION DATE:   4/2/2001

                                           TAX TYPE/LICENSE INF  TAXPAYER ID:

                                                          13-5114230

| Total Priority: | $213,010.36 |
|---|---|

| Total Unsecured: | $102,609.26 |
|---|---|
| **Amount due as of this statement:** | $315,619.62 |

1. The undersigned is an agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.

A. Secured Lien(s)  In the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC section 507 (a) (8)

B. Unsecured Priority Claims Under Section 507 (a)(8) of the Bankruptcy Code

| Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| Corp Inc | Proposed assessment | 1993 | $56,575 00 | $0 00 | $43,944 29 | $100,519 29 |
| Corp Inc | | 1994 | $27,407 00 | $0.00 | $17,515 07 | $44,922 07 |
| Corp Inc | Proposed assessment | 1995 | $44,994 00 | $0 00 | $22,575 00 | $67,569.00 |
| | | | | | Total Priority: | $213,010 36 |

C. Amounts claimed as Priority under Section 1305

D. Unsecured General Claims

| Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| Corp Inc | Proposed assessment | 1995 | $0.00 | $4,499 40 | $0 00 | $4,499 40 |
| Corp Inc | | 1994 | $0.00 | $2,740 70 | $0 00 | $2,740 70 |
| Corp Inc | Proposed assessment | 1993 | $0.00 | $5,657.50 | $0 00 | $5,657.50 |
| Corp Inc | | 1992 | $44,770.37 | $4,490 20 | $40,451 09 | $89,711 66 |
| | | | | Total General Unsecured: | | $102,609 26 |
| | | | | **Amount due as of this statement:** | | $315,619 62 |

281117          **Page 1 of 2**

RECD JUL 28 2006

WR Grace          BF.53.211.10509

**00017766**

SR-1075

United States Bankruptcy Court For the          District of  Delaware

Consolidation & Joint administration of W.R. Grace & Cos Ch 11 Case 01-01139 (RJN) thru 01-01200 (RJN)

In the Matter of:  W.R.Grace & Co-Con

W.R. Grace & Co

CASE NUMBER:   2:01-BK-01140

CHAPTER:   Bankruptcy Chapter 11

PETITION DATE.   4/2/2001

TAX TYPE/LICENSE INF   TAXPAYER ID:
13-5114230

| | |
|---|---|
| Total Priority: | $213,010.36 |
| Total Unsecured: | $102,609.26 |
| **Amount due as of this statement:** | $315,619.62 |

1. The undersigned is an agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.

.5. No note or other negotiable instrument has been received for the account or any part of it, except  .
6. No judgement has been rendered on this claim, except...  .
7. The Department may have a right to setoff.  The Department does not waive such right.
8. Except for the lien claims setforth in section "A" above, no security interest is held, except...  .
9. Make checks payable to the 'ARIZONA DEPARTMENT OF REVENUE'.
10. All tax returns shall be filed directly with the Arizona Departnemt of Revenue, Bankruptcy Section.

Arizona Department of Revenue
Bankruptcy Litigation Section
1600 West Monroe
Phoenix, Az  85007

Signed: _____   Dated:          4/5/2006

Name:  RMangan

Title:    Revenue Officer

Telephone Number
(602) 716-7806