# EXHIBIT B-2

## ADOR Settlement Agreements

DOCS_DE:196834.1 91100/001



**Office of the Attorney General**
State of Arizona

Terry Goddard
Attorney General

Writer's Direct Line: 602-542-8365
Email: christina.harper@azag.gov

March 30, 2007

Mike Gallaway
Bankcroft, Suza & Gallaway
3636 N. Central Ave., Ste., 1200
Phoenix, Arizona 85012

   Re: W.R. Grace & Co.-Conn
     Case Number: 01-01140
     Attorney General File number: TAX01-1112

Dear Mike:

  The settlement discussions regarding WR Grace's liability for Arizona corporate income tax, interest and penalties for taxable years ending December 31, 1993 through December 31, 1994 have been approved by the Arizona Department of Revenue and the Arizona Attorney General's Office.   The settlement amount is $26,981.49 and an amortization schedule is attached.  We have drafted a Closing Agreement to formalize the settlement.   Please review and let me know if anything needs to be changed.   If no changes are necessary, have your client sign all three enclosed copies and return to my attention.

  Also, please keep me updated on how WR Grace plans to proceed with having this settlement approved by the bankruptcy court.

       Sincerely,

       Christina Harper
       Assistant Attorney General
       Tax, Bankruptcy & Collection Section

Enclosures (as stated)
493898/TAX01-1112

1275 West Washington, Phoenix, Arizona 85007-2926 • Phone 602.542.1719 • Fax 602.542.1726

ARIZONA DEPARTMENT OF REVENUE
CORPORATE INCOME TAX AUDIT SECTION
INTEREST OFFSET CALCULATION

FORM CA203-INT

FEIN: 13-5114230

AUDITOR:

TAXPAYER:   W.R. Grace & Co.

| YEAR END | ADD TAX / REFUND DUE | ACCUMULATED TAX DUE / REFUND | INTEREST FROM | TO | RATE | FACTOR | INTEREST |
|---|---|---|---|---|---|---|---|
| COMPOUNDING POINT | | 0.00 | 01-Jan-94 | 15-Apr-94 | 6% | 0.0201390 | 0.00 |
| 12/31/1993 | 9,138.00 | 9,138.00 | 16-Apr-94 | 30-Jun-94 | 7% | 0.0145768 | 133.20 |
| | | 9,138.00 | 01-Jul-94 | 30-Sep-94 | 8% | 0.0201664 | 184.28 |
| | | 9,138.00 | 01-Oct-94 | 31-Dec-94 | 9% | 0.0226872 | 207.32 |
| COMPOUNDING POINT | | 9,662.80 | 01-Jan-95 | 31-Mar-95 | 9% | 0.0221940 | 214.46 |
| | | 9,662.80 | 01-Apr-95 | 15-Apr-95 | 10% | 0.0041100 | 39.71 |
| 12/31/1994 | 6,556.00 | 16,218.80 | 16-Apr-95 | 30-Jun-95 | 10% | 0.0208240 | 337.74 |
| | | 16,218.80 | 01-Jul-95 | 31-Dec-95 | 9% | 0.0453744 | 735.92 |
| COMPOUNDING POINT | | 17,546.63 | 01-Jan-96 | 31-Mar-96 | 9% | 0.0223789 | 392.84 |
| | | 17,546.63 | 01-Apr-96 | 15-Apr-96 | 8% | 0.0032790 | 57.54 |
| 12/31/1995 | | 17,546.63 | 16-Apr-96 | 30-Jun-96 | 8% | 0.0166136 | 291.51 |
| | | 17,546.63 | 01-Jul-96 | 31-Dec-96 | 9% | 0.0452456 | 793.91 |
| COMPOUNDING POINT | | 19,082.23 | 01-Jan-97 | 15-Apr-97 | 9% | 0.0258930 | 494.10 |
| 12/31/1996 | | 19,082.23 | 16-Apr-97 | 31-Dec-97 | 9% | 0.0641160 | 1,223.48 |
| COMPOUNDING POINT | | 20,799.81 | 01-Jan-98 | 31-Mar-98 | 9% | 0.0221940 | 461.63 |
| | | 20,799.81 | 01-Apr-98 | 15-Apr-98 | 8% | 0.0032880 | 68.39 |
| 12/31/1997 | | 20,799.81 | 16-Apr-98 | 31-Dec-98 | 8% | 0.0569920 | 1,185.42 |
| COMPOUNDING POINT | | 22,515.25 | 01-Jan-99 | 31-Mar-99 | 7% | 0.0172620 | 388.66 |
| | | 22,515.25 | 01-Apr-99 | 15-Apr-99 | 8% | 0.0032880 | 74.03 |
| 12/31/1998 | | 22,515.25 | 16-Apr-99 | 30-Sep-99 | 8% | 0.0368256 | 829.14 |
| | | 22,515.25 | 01-Oct-99 | 31-Dec-99 | 8% | 0.0201664 | 454.05 |
| COMPOUNDING POINT | | 24,261.13 | 01-Jan-2000 | 31-Mar-2000 | 8% | 0.0198928 | 482.62 |
| | | 24,261.13 | 01-Apr-2000 | 15-Apr-2000 | 9% | 0.0036885 | 89.49 |
| 12/31/1999 | 0.00 | 24,261.13 | 16-Apr-2000 | 31-Dec-2000 | 9% | 0.0639340 | 1,551.11 |
| COMPOUNDING POINT | | 26,384.35 | 01-Jan-2001 | 31-Mar-2001 | 9% | 0.0221940 | 585.57 |
| | | 26,384.35 | 01-Apr-2001 | 02-Apr-2001 | 8% | 0.0004384 | 11.57 |
| 12/31/2000 | 0.00 | 0.00 | 03-Apr-2001 | 30-Jun-2001 | 8% | 0.0195088 | 0.00 |
| | | 0.00 | 01-Jul-2001 | 31-Dec-2001 | 7% | 0.0352912 | 0.00 |
| | $15,894.00 | | | | | | $11,287.49 |

TOTAL TAX & INTEREST      $26,981.49

# CLOSING AGREEMENT

Pursuant to Arizona Revised Statutes ("A.R.S.") § 42-1113, W.R. GRACE & CO., FEIN 13-5114230, ("Taxpayer"), and the ARIZONA DEPARTMENT OF REVENUE ("Department") (hereinafter collectively referred to as the "Parties") enter into the following Closing Agreement relating to the Taxpayer's liability for Arizona corporate income tax, interest and penalties ("Liability") for taxable years ending December 31, 1993 through December 31, 1994 ("Assessment Period"). In order to avoid the cost and risks of litigation, both Parties have determined to resolve the issues arising from the Department's audit relative to the Assessment Period by means of the compromise settlement outlined in this Closing Agreement.

## TERMS OF AGREEMENT

1. Taxpayer agrees to pay the Department the sum of $26,981.49 ("Closing Amount") in full and complete satisfaction of the Liability for the Assessment Period.

2. On April 2, 2001, Taxpayer filed a chapter 11 bankruptcy petition in Delaware and the bankruptcy is still pending. The Department properly filed a Proof of Claim ("Claim") preserving its claim regarding the Liability for the Assessment Period in the bankruptcy proceeding. Based on this Closing Agreement, Taxpayer agrees to treat the Claim as an approved priority tax claim in the Closing Amount. The Closing Amount will be paid pursuant to the Taxpayer's Plan with interest to accumulate at the legal rate from the date a Plan Confirmation Order is entered.

If the Taxpayer does not confirm a Plan, the Closing Amount will become immediately due and owing and must be paid-in-full within thirty (30) days of Order dismissing the case ("Payment Due Date"). If Taxpayer does not pay the Closing Amount by the Payment Due Date, this Closing Agreement is voidable by the Department. Payment shall be considered to be made on the date of the postmark on the envelope transmitting payment as follows:

Arizona Attorney General's Office
Attn: Christina Harper
1275 W. Washington
Phoenix, Arizona 85007

If Taxpayer does not pay the Closing Amount by the Payment Due Date and the Department does not elect to void this Closing Agreement, interest will accrue at the statutory rate from the Payment Due Date until the date of payment.

3.  It is the intent of the Parties that this Closing Agreement is a final and conclusive settlement of Taxpayer's Liability for the Assessment Period, except on a showing of fraud, malfeasance, or misrepresentation of material fact, as set forth in A.R.S. § 42-1113, provided however, pursuant to A.R.S. § 42-1108.

4.  By executing this Closing Agreement, Taxpayer hereby withdraws any and all refund claims, protests and appeals that seek resolution of issues relating to the Liability for the Assessment Period, and the Department hereby accepts the amount paid pursuant to this Closing Agreement as payment in full of all assessments, charges, and liens that seek corporate income tax, interest, and penalties from Taxpayer for the Assessment Period. This Closing Agreement marks the end of any administrative review or litigation between the Taxpayer and the Department with respect to the Taxpayer's Liability for the Assessment Period.

**CLOSING AGREEMENT**                                    PAGE 3
W.R. GRACE & CO.

5. This Closing Agreement is in settlement of the Taxpayer's Liability for the Assessment Period and is neither an admission by the Taxpayer or the Department of tax liability for any specific sum, nor an acknowledgment of any fact or legal position. This Closing Agreement does not imply any Departmental policy with respect to the taxability or non-taxability of any activity under any tax. This Closing Agreement shall not be admissible in any other proceeding for any other period or with respect to any other matter, except for proceedings brought to enforce this Closing Agreement.

6. This Closing Agreement represents the entire agreement of the Parties with respect to Taxpayer's Liability for the Assessment Period, and no representations, warranties, inducements, or oral agreements have been made by any of the Parties except as expressly set forth herein.

7. This Closing Agreement is binding upon and inures to the benefit of the Parties and their respective successors and assigns.

8. No provision of this Closing Agreement may be waived or modified except in writing signed by both Parties.

9. This Closing Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together will constitute one and the same instrument.



**CLOSING AGREEMENT**                                        PAGE 4
W.R. GRACE & CO.

By signing, the undersigned Parties certify that they have read and agreed to the terms of this Closing Agreement.  Additionally, the signatories certify that they have the authority to sign this Closing Agreement and thereby bind their respective party.

Date:_____          W.R. GRACE & CO.

                            By:_____

                            Its:_____

Date:_____          ARIZONA DEPARTMENT OF REVENUE

                            By:_____
                               Donna S. McCuin

                            Its: Administrator, Corporate Audit_____



**JANET NAPOLITANO**
GOVERNOR

**GALE GARRIOTT**
DIRECTOR

## ARIZONA DEPARTMENT OF REVENUE
## FAX COVER SHEET
### Office of Corporate Tax Appeals

TO: _____ Tim Cremin _____

FAX NUMBER: _____ 561-362-1323 _____

FROM: _____ Barbara Rivera _____

TELEPHONE NUMBER: ____602-716-7404_____

NUMBER OF PAGES (Not including this page): _____ 3 ___

## CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS TRANSMITTAL IS <u>CONFIDENTIAL</u> AND INTENDED <u>ONLY</u> FOR THE PERSON(S) NAMED ABOVE AND FOR AUTHORIZED PURPOSES. DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION BY ANYONE OTHER THAN THE PERSON(S) NAMED ABOVE IS STRICTLY PROHIBITED. IMPROPER DISCLOSURE WILL BE REVIEWED FOR SANCTIONS UNDER ARS §§ 42-2001-2004. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE PERSON WHO SENT THE FAX AND RETURN THE ORIGINAL MESSAGE TO US VIA ORDINARY MAIL. YOUR COOPERATION IS APPRECIATED.

Comments: Tim, Sorry about the error in the date. I have faxed the two new interest sheets and a new cover page for the agreement. Please let me know if you need anything else. Thanks _____

**Arizona Department of Revenue**
**1600 West Monroe Street, Room 201**

# CLOSING AGREEMENT

Pursuant to Arizona Revised Statutes ("A.R.S.") § 42-1113, FRESENIUS NATIONAL MEDICAL CARE HOLDINGS, INC., FEIN 13-3461988, ("Taxpayer"), and the ARIZONA DEPARTMENT OF REVENUE ("Department") (hereinafter collectively referred to as the "Parties") enter into the following Closing Agreement relating to the Taxpayer's liability for Arizona corporate income tax, interest and penalties ("Liability") for taxable year ending December 31, 1995 ("Assessment Period"). In order to avoid the cost and risks of litigation, both Parties have determined to resolve the issues arising from the Department's audit relative to the Assessment Period by means of the compromise settlement outlined in this Closing Agreement.

## TERMS OF AGREEMENT

1. On or before December 31, 2006 ("Payment Due Date"), Taxpayer will pay the Department the sum of $15,920.08 ("Closing Amount") in full and complete satisfaction of the Liability for the Assessment Period.

2. If Taxpayer does not pay the Closing Amount by the Payment Due Date, this Closing Agreement is voidable by the Department. Payment shall be considered to be made on the date of the postmark on the envelope transmitting payment to the Department. If Taxpayer does not pay the Closing Amount by the Payment Due Date and the Department does not elect to void this Closing Agreement, interest will accrue at the statutory rate from the Payment Due Date until the date of payment.

ARIZONA DEPARTMENT OF REVENUE
CORPORATE INCOME TAX AUDIT SECTION
INTEREST OFFSET CALCULATION

FORM CA203-INT

FEIN: 0
AUDITOR: 0

TAXPAYER: Fraenius National Medical Care Holdings, Inc.

| YEAR END | ADD TAX / REFUND DUE | ACCUMULATED TAX DUE / REFUND | INTEREST FROM | TO | RATE | FACTOR | INTEREST |
|---|---|---|---|---|---|---|---|
| | | 0.00 | 01-Apr-96 | 15-Apr-96 | 7% | 0.0032790 | 0.00 |
| 12/31/1995 | 7,611.00 | 7,611.00 | 15-Apr-96 | 30-Jun-96 | 8% | 0.0164138 | 128.45 |
| | | 7,611.00 | 01-Jul-96 | 31-Dec-96 | 9% | 0.0452458 | 344.36 |
| COMPOUNDING POINT | | 8,061.81 | 01-Jan-97 | 15-Apr-97 | 9% | 0.0258930 | 209.26 |
| 12/31/1996 | | 8,081.81 | 16-Apr-97 | 31-Dec-97 | 9% | 0.0641160 | 518.17 |
| COMPOUNDING POINT | | 8,509.24 | 01-Jan-98 | 31-Mar-98 | 9% | 0.0221940 | 198.51 |
| | | 8,509.24 | 01-Apr-98 | 15-Apr-98 | 8% | 0.0032850 | 28.96 |
| 12/31/1997 | | 8,509.24 | 16-Apr-98 | 31-Dec-98 | 8% | 0.0589920 | 502.08 |
| COMPOUNDING POINT | | 9,535.77 | 01-Jan-99 | 31-Mar-99 | 7% | 0.0172820 | 164.81 |
| | | 9,535.77 | 01-Apr-99 | 15-Apr-99 | 8% | 0.0032880 | 31.35 |
| 12/31/1998 | | 9,535.77 | 16-Apr-99 | 30-Sep-99 | 8% | 0.0368258 | 351.16 |
| | | 9,535.77 | 01-Oct-99 | 31-Dec-99 | 8% | 0.0201664 | 192.30 |
| COMPOUNDING POINT | | 10,276.19 | 01-Jan-2000 | 31-Mar-2000 | 8% | 0.0198928 | 204.40 |
| | | 10,276.19 | 01-Apr-2000 | 15-Apr-2000 | 9% | 0.0036885 | 37.90 |
| 12/31/1999 | 0.00 | 10,276.19 | 16-Apr-2000 | 31-Dec-2000 | 9% | 0.0639340 | 656.92 |
| COMPOUNDING POINT | | 11,174.42 | 01-Jan-2001 | 31-Mar-2001 | 9% | 0.0221940 | 248.01 |
| | | 11,174.42 | 01-Apr-2001 | 15-Apr-2001 | 8% | 0.0032880 | 36.74 |
| 12/31/2000 | 0.00 | 11,174.42 | 16-Apr-2001 | 30-Jun-2001 | 8% | 0.0166592 | 186.16 |
| | | 11,174.42 | 01-Jul-2001 | 31-Dec-2001 | 7% | 0.0352912 | 394.36 |
| COMPOUNDING POINT | | 12,039.69 | 01-Jan-2002 | 15-Apr-2002 | 6% | 0.0172620 | 207.83 |
| 12/31/2001 | 0.00 | 12,039.69 | 16-Apr-2002 | 31-Dec-2002 | 6% | 0.0427440 | 514.62 |
| COMPOUNDING POINT | | 12,762.14 | 01-Jan-2003 | 15-Apr-2003 | 5% | 0.0143850 | 183.58 |
| 12/31/2002 | 0.00 | 12,762.14 | 16-Apr-2003 | 30-Sep-2003 | 5% | 0.0230180 | 293.73 |
| | | 12,762.14 | 01-Oct-2003 | 31-Dec-2003 | 4% | 0.0100832 | 128.68 |
| COMPOUNDING POINT | | 13,388.13 | 01-Jan-2004 | 31-Mar-2004 | 4% | 0.0099463 | 132.98 |
| | | 13,388.13 | 01-Apr-2004 | 16-Apr-2004 | 5% | 0.0020490 | 27.39 |
| 12/31/2003 | 0.00 | 13,388.13 | 16-Apr-2004 | 30-Jun-2004 | 5% | 0.0103816 | 138.78 |
| | | 13,388.13 | 01-Jul-2004 | 30-Sep-2004 | 4% | 0.0100558 | 134.42 |
| | | 13,388.13 | 01-Oct-2004 | 21-Oct-2004 | 5% | 0.0026656 | 38.35 |
| | | 13,388.13 | 22-Oct-2004 | 31-Dec-2004 | 5% | 0.0096986 | 129.85 |
| | | 13,966.66 | 01-Jan-2005 | 31-Mar-2005 | 5% | 0.0123300 | 172.25 |
| | | 13,966.66 | 01-Apr-2005 | 15-Apr-2005 | 6% | 0.0024660 | 34.45 |
| 12/31/2004 | 0.00 | 13,966.66 | 16-Apr-2005 | 30-Sep-2005 | 6% | 0.0276192 | 385.83 |
| | | 13,966.66 | 01-Oct-2005 | 31-Dec-2005 | 7% | 0.0176456 | 246.50 |
| | | 14,806.71 | 01-Jan-2006 | 15-Apr-2006 | 7% | 0.0201390 | 298.23 |
| | 0.00 | 14,806.71 | 16-Apr-2006 | 30-Jun-2006 | 7% | 0.0145766 | 215.86 |
| | | 14,806.71 | 01-Jul-2006 | 31-Dec-2006 | 8% | 0.0403326 | 597.26 |
| | $7,611.00 | | | | | | $8,302.06 |

TOTAL TAX & INTEREST    $15,920.06

FORM CA203INT

**ARIZONA DEPARTMENT OF REVENUE**
**CORPORATE INCOME TAX AUDIT SECTION**
**INTEREST OFFSET CALCULATION**

FEIN: 0
AUDITOR: 0

TAXPAYER:  Fresenius National Medical Care Holdings, Inc.

| YEAR END | ADD TAX / REFUND DUE | ACCUMULATED TAX DUE / REFUND | INTEREST FROM | TO | RATE | FACTOR | INTEREST |
|---|---|---|---|---|---|---|---|
| | | 0.00 | 01-Apr-96 | 15-Apr-96 | 7% | 0.0032790 | 0.00 |
| 12/31/1995 | 7,611.00 | 7,611.00 | 16-Apr-96 | 30-Jun-96 | 8% | 0.0156136 | 128.46 |
| | | 7,611.00 | 01-Jul-96 | 31-Dec-96 | 9% | 0.0452456 | 344.38 |
| | | | | | | | |
| | | 8,081.81 | 01-Jan-97 | 15-Apr-97 | 9% | 0.0258930 | 209.26 |
| 12/31/1996 | | 8,081.81 | 16-Apr-97 | 31-Dec-97 | 9% | 0.0641180 | 518.17 |
| | | | | | | | |
| | | 8,809.24 | 01-Jan-98 | 31-Mar-98 | 9% | 0.0221940 | 195.51 |
| | | 8,809.24 | 01-Apr-98 | 15-Apr-98 | 8% | 0.0032880 | 28.96 |
| 12/31/1997 | | 8,809.24 | 16-Apr-98 | 31-Dec-98 | 8% | 0.0569920 | 502.05 |
| | | | | | | | |
| | | 9,535.77 | 01-Jan-99 | 31-Mar-99 | 7% | 0.0172620 | 164.61 |
| | | 9,535.77 | 01-Apr-99 | 15-Apr-99 | 8% | 0.0032880 | 31.35 |
| 12/31/1998 | | 9,535.77 | 16-Apr-99 | 30-Sep-99 | 8% | 0.0368256 | 351.15 |
| | | 9,535.77 | 01-Oct-99 | 31-Dec-99 | 8% | 0.0201664 | 192.30 |
| | | | | | | | |
| | | 10,275.19 | 01-Jan-2000 | 31-Mar-2000 | 8% | 0.0198926 | 204.40 |
| | | 10,275.19 | 01-Apr-2000 | 15-Apr-2000 | 9% | 0.0036885 | 37.90 |
| 12/31/1999 | 0.00 | 10,275.19 | 16-Apr-2000 | 31-Dec-2000 | 9% | 0.0638540 | 656.93 |
| | | 11,174.42 | 01-Jan-2001 | 31-Mar-2001 | 9% | 0.0221940 | 248.01 |
| | | 11,174.42 | 01-Apr-2001 | 15-Apr-2001 | 8% | 0.0032880 | 36.74 |
| 12/31/2000 | 0.00 | 11,174.42 | 16-Apr-2001 | 30-Jun-2001 | 8% | 0.0164592 | 188.16 |
| | | 11,174.42 | 01-Jul-2001 | 31-Dec-2001 | 7% | 0.0352912 | 394.36 |
| | | | | | | | |
| | | 12,039.69 | 01-Jan-2002 | 15-Apr-2002 | 6% | 0.0172620 | 207.83 |
| 12/31/2001 | 0.00 | 12,039.69 | 16-Apr-2002 | 31-Dec-2002 | 6% | 0.0427440 | 514.62 |
| | | 12,782.14 | 01-Jan-2003 | 15-Apr-2003 | 5% | 0.0143650 | 183.58 |
| 12/31/2002 | 0.00 | 12,782.14 | 16-Apr-2003 | 30-Sep-2003 | 5% | 0.0230150 | 293.73 |
| | | 12,782.14 | 01-Oct-2003 | 31-Dec-2003 | 4% | 0.0100632 | 128.58 |
| | | | | | | | |
| | | 13,366.13 | 01-Jan-2004 | 31-Mar-2004 | 4% | 0.0099463 | 132.96 |
| | | 13,366.13 | 01-Apr-2004 | 15-Apr-2004 | 5% | 0.0020490 | 27.39 |
| 12/31/2003 | 0.00 | 13,366.13 | 16-Apr-2004 | 30-Jun-2004 | 5% | 0.0103816 | 138.78 |
| | | 13,366.13 | 01-Jul-2004 | 30-Sep-2004 | 4% | 0.0100656 | 134.42 |
| | | 13,366.13 | 01-Oct-2004 | 21-Oct-2004 | 5% | 0.0028868 | 38.35 |
| | | 13,366.13 | 22-Oct-2004 | 31-Dec-2004 | 5% | 0.0096966 | 129.65 |
| | | | | | | | |
| | | 13,969.66 | 01-Jan-2005 | 31-Mar-2005 | 5% | 0.0123300 | 172.25 |
| | | 13,969.66 | 01-Apr-2005 | 15-Apr-2005 | 5% | 0.0024650 | 34.45 |
| 12/31/2004 | 0.00 | 13,969.66 | 16-Apr-2005 | 30-Sep-2005 | 6% | 0.0276192 | 385.83 |
| | | 13,969.66 | 01-Oct-2005 | 31-Dec-2005 | 7% | 0.0176456 | 246.50 |
| | | | | | | | |
| | | 14,608.71 | 01-Jan-2006 | 15-Apr-2006 | 7% | 0.0201900 | 294.23 |
| | 0.00 | 14,608.71 | 16-Apr-2006 | 30-Jun-2006 | 7% | 0.0146769 | 215.96 |
| | | 14,608.71 | 01-Jul-2006 | 31-Dec-2006 | 8% | 0.0403328 | 597.28 |
| | | | | | | | |
| | | 15,920.06 | 01-Jan-2007 | 31-Jan-2007 | 8% | 0.0067945 | 108.17 |

$7,611.00

$8,417.25

TOTAL TAX & INTEREST        $16,028.25