## Exhibit B-3

## E-Mail Correspondence, Dated December 2, 2014

## Roger Higgins

| | |
|---|---|
| **From:** | Hall, Robert <RHall@azdor.gov> |
| **Sent:** | Tuesday, December 02, 2014 4:38 PM |
| **To:** | Theis, April |
| **Cc:** | Jackson, Steven |
| **Subject:** | WR Grace |

Greetings April,

We are in agreement to settle all claims in this case for $73,047.00. Please let us know if you need anything else on this.

Robert Hall
Administrator
State of Arizona
Department of Revenue
1600 W. Monroe
Phoenix, AZ 85007
602-716-6061
RHall@azdor.gov

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail (and any attachments). If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you. Tue Dec 02 2014 15:38:26

---