## EXHIBIT C

**Florida Proof of Claim no. 18522**

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00001155

Claim Number: 00018522

Receive Date: 05/08/2009

## Multiple Claim Reference

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

## Attorney Information

Firm Number:                Firm Name:

Attorney Number:            Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

☐ Amended per Objection
Original Claim #: _____

Box/Batch: WRBF0053/WRBF0212

Document Number: WRBF010553

# WR Grace

Receipt Sheet

5/15/2009

**Receipt ID:** SR00001155

**Receipt Date:** 05/08/2009

**Estimated Quantity:** 1

**Shipping Method:** Postal Service

**Firm Number:**

**Notify Attorney Only:** ☐

**Firm Name:**

**Attorney Number:**

**Attorney Name:**

*SR00001155*

5/15/2009

# Request for Payment of Department of Revenue Taxes

R. 01/07

(Bankruptcy Code Cases - Administrative Claims)
DEPARTMENT OF REVENUE/STATE OF FLORIDA

United States District Court for the WILMINGTON - ECF
District of DELAWARE

W.R. GRACE & CO.-CONN
7500 GRACE DRIVE
COLUMBIA MD 21044

| | |
|---|---|
| Bankruptcy No. | 01-01140 |
| Type of Bankruptcy Proceeding | 11 |
| Date of Petition | 04/02/2001 |
| Tax Number | 0000692421 |
| Social Security Number | |
| Employer Identification Number | 26-5299397 |

1. The undersigned, whose business address is Post Office Box 6668, Tallahassee, Florida 32314-6668, is the agent of the agent of Department of Revenue, and is authorized to make this claim on behalf of the State of Florida.
2. Request is made for payment of taxes and any interest and penalty due the Department of Revenue, State of Florida, as shown below.
3. The grounds for the liability is for taxes, interest and penalty due under the Revenue Laws of the State of Florida.

ADMINISTRATIVE CLAIMS - CODE s. 503

| Kind of Tax | Tax Due | Accured Interest To Date | Accured Penalty To Date | Balance Due |
|---|---|---|---|---|
| SALES AND USE TAX | 18,936.61 | 6,959.96 | 9,606.70 | 35,503.27 |

Returned Item Check Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00
Total amount due as of date of this request . . . . . . . . . . . . . . . . . .   35,503.27

Claimants reserve the right to amend if claim is based on estimated amounts of tax due or is otherwise subject to more accurate dertermination.

| | | | |
|---|---|---|---|
| Penalty for Presenting Fradulent Claim - Fine of not more than $5000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Sec. 152 | Signature *Cathy Dubisky* | Date 05/05/2009 | |
| | Title CATHY DUBISKY REVENUE SPECIALIST | Phone (850)921-2151 | |
| Claim Comment Text | | | |

CLAIMANTS ATTORNEY
FREDERICK F. RUDZIK
P.O. BOX 6668
TALLAHASSEE FL 32314-6668

See Attached Summary Sheet    WR Grace    BF.53.212.10553
SR=1155    **00018522**

**REC'D MAY 0 8 2009**




**FLORIDA DEPARTMENT OF REVENUE**

# Legal Claims Summary Sheet
## Administrative Claims

☒ New Case
☐ Prior Case

DR-88B R.07/01

Out-of-State Case Code

| | |
|---|---|
| Taxpayer's Name | Location of Court |
| W.R. GRACE & CO.-CONN | WILMINGTON - ECF DELAWARE |
| Business Name | Bankruptcy Case Number |
| W.R. GRACE & CO.-CONN | 01-01140 |
| Address | Chapter Number / Petition Date |
| 7500 GRACE DRIVE | 11 / 04/02/2001 |
| City | Account Number |
| COLUMBIA MD 21044 | 0000692421 |
| Tax Type | Date Business Close/Date Converted |
| SALES AND USE TAX | |

| Period Due | Tax Amount | Document Type | Contract Object | R-Itm/Court Fees | Penalty | Interest | Warrant Number |
|---|---|---|---|---|---|---|---|
| 08/02 | 0.00 | Bill | 12268792 | 0.00 | 53.35 | 152.98 | |
| 08/03 | 0.00 | Bill | 12268792 | 0.00 | 1,665.01 | 68.14 | |
| 12/03 | 0.00 | Bill | 12268792 | 0.00 | 1,534.70 | 23.96 | |
| 04/04 | 0.00 | Bill | 12268792 | 0.00 | 67.17 | 92.17 | |
| 08/04 | 0.00 | Bill | 12268792 | 0.00 | 50.00 | 14.82 | |
| 01/05 | 0.00 | Bill | 12268792 | 0.00 | 671.40 | 0.00 | |
| 02/05 | 0.00 | Bill | 12268792 | 0.00 | 729.68 | 0.00 | |
| 03/05 | 435.83 | Bill | 12268792 | 0.00 | 960.42 | 243.04 | |
| 07/05 | 0.00 | Bill | 12268792 | 0.00 | 725.85 | 0.00 | |
| 08/05 | 0.00 | Bill | 12268792 | 0.00 | 50.00 | 0.56 | |
| 09/05 | 30.02 | Bill | 12268792 | 0.00 | 1,009.23 | 11.59 | |
| 12/05 | 2,895.00 | Bill | 12268792 | 0.00 | 289.50 | 1,043.58 | |
| 03/06 | 15,539.34 | Bill | 12268792 | 0.00 | 1,553.93 | 5,253.09 | |
| 12/06 | 0.42 | Bill | 12268792 | 0.00 | 196.46 | 0.12 | |
| 08/07 | 36.00 | Bill | 12268792 | 0.00 | 50.00 | 6.32 | |
| 03/08 | 0.00 | Bill | 12268792 | 0.00 | 0.00 | 49.59 | |

TOTAL: TAX: $ 18,936.61     PENALTY: $ 9,606.70     INTEREST: $ 6,959.96

☐ Amended Claim:
Supersedes claim for $ ___0.00___

Dated _____

Adj. $ ___0.00___

Court Costs/Sheriff Fee  $  0.00
Returned Check Fee  $  0.00
Total of Claim     35,503.27
Daily Interest: $

Trustee's Name _____
Trustee's Address _____
City / State / Zip

LAURA D JONES
Attorney's Name
919 N MARKET ST., 17TH FL
Attorney's Address
WILMINGTON DE 19899-8705
City / State / Zip
302-652-4100
Attorney's Phone No.

Date Prepared: 05/05/2009     Prepared By: CD     P&I Figured to: 05/05/2009

FLORIDA DEPARTMENT OF REVENUE
OFFICE OF GENERAL COUNSEL
6565 TAFT STREET, SUITE 400
HOLLYWOOD, FLORIDA 33024-4000



016 426515690
$00.42⁰
Hasler
05/05/2009
Mailed From 33024
US POSTAGE

W R GRACE
C/O RUST CONSULTING
PO BOX 1620
FARIBAULT, MN 55021

REC'D MAY 0 8 2009

