**Exhibit D-1**

**New Jersey Proof of Claim no. 144**

# WR Grace

Bankruptcy Form 10

Index Sheet

RUST000032

Claim Number: __00000144__                Receive Date: __06 / 11 / 2001__

## Multiple Claim Reference

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

| Other | |
|---|---|
| | ☐ Non-Standard Form |
| | ☐ Amended |
| | ☐ Post-Deadline Postmark Date |

Box/Batch: WRBF0001/WRBF0003                    Document Number: WRBF000144

*W. R. Grace + Co.*

EIN:   0-650-670-724/000-00

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CASE NO. 01-1198

*01-1139*

IN REORGANIZATION UNDER CHAPTER 11

| | |
|---|---|
| In the Matter of | ) |
| CROSS COUNTRY STAFFING | ) |
| | ) |
| | ) |
| | ) |
| | ) |

PROOF OF CLAIM
OF THE STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 077
TRENTON, NEW JERSEY 08625-0077

STATE OF NEW JERSEY )
COUNTY OF MERCER    ) ss.

Stanley Davis, being duly sworn according to law deposes and says:

1. That he is Chief of Contributors' Service in the Department of Labor, Division of Employer Accounts of the State of New Jersey, and duly authorized to make this proof.

2. That   CROSS COUNTRY STAFFING

is justly and truly indebted to the State of New Jersey (Department of Labor, Division of Employer Accounts), under and by virtue of the Unemployment Compensation and Temporary Disability Benefits Laws of New Jersey (R.S. 43:21-1 et seq.) as follows:

| Quarter | Employer's Contribution | Employee's Contribution | Interest to 04/02/2001 | Total |
|---|---|---|---|---|
| 3/1999 | 10.42 | | 2.23 | 12.65 |
| 1/2000 | 5,254.23 | 4,418.31 | 1,339.58 | 11,012.12 |
| 2/2000 | 5,647.08 | 4,748.68 | 1,050.97 | 11,446.73 |
| 3/2000 | 16,613.96 | 5,799.21 | 1,418.48 | 23,831.65 |
| 4/2000 | 15,439.45 | 5,389.24 | 530.70 | 21,359.39 |
| 1/2001 | 15,744.47 | 5,495.70 | 0.00 | 21,240.17 |
| 1997-98 | Assessments For Unemployment Disability Account(R.S.43:21-46(b)) And Disability Benefits Fund (R.S.43:21-48(c))............................ | | | 118.98 |
| | Interest to 04/02/2001 | | | 2.15 |
| 1998-99 | Assessments For Unemployment Disability Account(R.S.43:21-46(b)) And Disability Benefits Fund (R.S.43:21-48(c))............................ | | | 403.32 |
| | Interest to 04/02/2001 | | | 2.15 |

WR Grace          BF.1.3.144
00000144

Continued

| Quarter | Employer's Contribution | Employee's Contribution | Interest to 04/02/2001 | Total |
|---------|-------------------------|-------------------------|------------------------|-------|
| | | | TOTAL AMOUNT DUE | $89,429.30 |

3.  That this claim does not include penalties that may have accrued under said laws.

4. That this claim is free from usury, as defined by the Laws of the State of New Jersey.

5.  That no part of the foregoing has been paid but that the whole amount thereof is now due and payable at the headquarters of the said Department of Labor, Division of Employer Accounts of New Jersey, PO Box 077 at Trenton, NJ 08625-0077.

6.  That there are no set-offs or counter-claims thereto, that no note has been received for said debt, and that no security other than that provided by statute is held therefor.

7.  That this claim is entitled to priority as a tax claim, and the employee contributions above indicated are held in trust by virtue of R.S. 43:21-7(d).

Stanley Davis
Chief of Contributors' Service

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

DOCKET NO.   01-1198

In the matter of

CROSS COUNTRY STAFFING

PROOF OF CLAIM
OF THE STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
DEPARTMENT OF LABOR

Statutory  Tax
Claims -  $ 89,429.30

JOHN FARMER
ATTORNEY GENERAL OF NEW JERSEY
RICHARD J. HUGHES COMPLEX
PO BOX 112
TRENTON NJ 08625 - 0112



**STATE OF NEW JERSEY**
**DEPARTMENT OF LABOR**
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 077
TRENTON, NEW JERSEY 08625-0077
PHONE NO : (609)292-1698

DONALD T. DiFRANCESCO
*ACTING GOVERNOR*

MARK B. BOYD
*COMMISSIONER*

2001 JUN 11  A 10: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 5, 2001

CLERK BANKRUPTCY COURT
824 Market St, 5th Floor
Wilmington ,DE  19801

EIN: 0-650-670-724/000-00

Re:  CROSS COUNTRY STAFFING

Dear Sir:

    We enclose herewith a  Proof of claim in the above matter on behalf of the State of New Jersey, Department of Labor (Division of Employer Accounts).

Very truly yours,

Stanley Davis
Chief, Contributors' Service

Enclosure:
    Proof of Claim

CERTIFIED MAIL RETURN RECEIPT REQUESTED

* Please retain this letter with claim.