<u>**EXHIBIT D-2**</u>

**New Jersey Department of Labor and Workforce Development Statement**

**Dated November 23, 2014**

New Jersey Department of Labor and Workforce Development
Division of Employer Accounts
PO Box 059
Trenton, New Jersey 08625-0059

Date: 11/23/2012
Ph: (609)633-6400

1

**EIN:** 0-650-670-724/000-00

CROSS COUNTRY STAFFING
CROSS COUNTRY STAFFING
1515 S FEDERAL HWY 210
BOCA RATON, FL 33432-0000

STATEMENT REFLECTS PAYMENT(S) PROCESSED THROUGH: 11/20/2012

## DELINQUENT REPORTS

| QUARTER | 2012 | | | | 2011 | | | | 2010 | | | | 2009 | | | | 2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| NJ-927 | | | | | | | | | | | | | | | | | | | | |
| UC-27 | | | | | | | | | | | | | | | | | | | | |
| WR-30 | | | | | | | | | | | | | | | | | | | | |

## ACCOUNT BALANCE

| Quarter End | Description | Original Balance | Adjustments/Payments | Balance Due |
|---|---|---|---|---|
| 09/30/1999 | INTEREST | $7.70 | $0.00 | $7.70 |
| 12/31/1999 | EMPLOYER CATASTROPHIC ILLNESS FUND | $95.00 | $0.00 | $95.00 |
| 12/31/1999 | INTEREST | $31.14 | $0.00 | $31.14 |
| 12/31/2000 | INTEREST | $16.59 | $0.00 | $16.59 |
| 12/31/2000 | EMPLOYER STATE PLAN COSTS ASMTE | $10.49 | $0.00 | $10.49 |

**Total Balance Due** $160.92

## MESSAGES

Detach Along Dotted Line

**AHSA 13099**   New Jersey Department of Labor and Workforce Development - Division of Employer Accounts

A BALANCE DUE IS INDICATED FOR YOUR ACCOUNT. PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO ENSURE PROPER CREDIT.

* USE THE ENCLOSED RETURN ENVELOPE AND BE SURE THE RETURN ADDRESS IS DISPLAYED THROUGH THE WINDOW.

QTR END: 09/30/1999
EIN: 0-650-670-724/000-00
N/C: CROS
TAX CODE 13: 099
NAME: CROSS COUNTRY STAFFING

Mailed: 11/23/2012

**BALANCE DUE NOTICE**

STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
P.O. BOX 059
TRENTON, NJ 08625-0059

Amount Due: $160.92
Amount Enclosed:

13099650670724000CR0S0999000000001609200000000000