## Exhibit E-1

**Texas Proof of Claim no. 17760**

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00001069



Claim Number: 00017760

Receive Date: 12/19/2005

## Multiple Claim Reference

Claim Number: _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number:

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

Firm Number: 00445    Firm Name: Office of Attorney General

Attorney Number: 00340    Attorney Name: Richard Craig

Zip Code: 78711-2548

Cover Letter Location Number: SR00001069

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

☐ Amended per Objection
Original Claim #: _____

Box/Batch: WRBF0053/WRBF0211    Document Number: WRBF010503

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

Case number: 01-01140 (JJF)

In re: W R GRACE & CO. - CONN.

Taxpayer number: 1-13-5114230-9

## PROOF OF CLAIM FOR ADMINISTRATIVE EXPENSE AND REQUEST FOR PAYMENT

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Collection Division - Bankruptcy Section
P. O. Box 12548
Austin, TX 78711-2548

1. BASIS FOR CLAIM AND REQUEST: Taxes, Penalties and Interest

2. DATE DEBT WAS INCURRED: 01/01/2001 TO 12/31/2003

3. Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

4. TOTAL AMOUNT OF CLAIM AND REQUEST: $ 133,828.11
   FRANCHISE TAX CH. 171

| TAX | PENALTY | INTEREST |
|---|---|---|
| 106,184.23 | 10,618.43 | 17,025.45 |

Date: 12/12/2005

Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

Mail payments to: Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Penalty for presenting fraudulent claim: Fine of up to $5,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-387 (Rev. 2-94/2)

REC'D MAY 1 1 2006

WR Grace    BF.53.211.10503
00017760
SR=1069



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
## AUSTIN, TEXAS 78774-0100

December 12, 2005

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024

Re: Taxpayer #1-13-5114230-9
    W R GRACE & CO. - CONN.
    FRANCHISE TAX CH. 171

    Bankruptcy Case #01-01140(JJF)

In the above-captioned proceeding, the State of Texas submits for filing the enclosed Post-petition Tax Claim.

Attached is an extra copy of the proof of claim. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts will be represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Collections Division/Bankruptcy Section
> P.O. Box 12548, Capitol Station
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

Richard Craig
Legal Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX 78711-3528

Enclosure

Form 00-358 (Rev.10-92)