EXHIBIT E-2

**Texas Proof of Claim no. 18506**

# WR Grace

SR00001135

Bankruptcy Form 10

Index Sheet

Claim Number: 00018506

Receive Date: 06/30/2008

## Multiple Claim Reference

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

## Attorney Information

Firm Number: 00445    Firm Name: Office of Attorney General

Attorney Number: 00349    Attorney Name: Lydia Hewett

Zip Code: 78711-2548

Cover Letter Location Number: SR00001135

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | ☐ Amended per Objection |
| | ☒ Amended *17760* | Original Claim #: _____ |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0053/WRBF0211

Document Number: WRBF010536

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number: 01-01140 (JJF)

In re: W R GRACE & CO. - CONN.

Taxpayer number: 1-13-5114230-9

FIRST AMENDED

## PROOF OF CLAIM FOR ADMINISTRATIVE EXPENSE AND REQUEST FOR PAYMENT

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Collection Division - Bankruptcy Section
P. O. Box 12548
Austin, TX 78711-2548

1. BASIS FOR CLAIM AND REQUEST: Taxes, Penalties and Interest

2. DATE DEBT WAS INCURRED: 01/01/2001 TO 12/31/2007

3. Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

4. TOTAL AMOUNT OF CLAIM AND REQUEST: $ 173,674.45
   FRANCHISE TAX CH. 171

| TAX | PENALTY | INTEREST |
|---|---|---|
| 119,764.81 | 11,976.48 | 41,933.16 |

Date: 06/25/2008

LYDIA HEWETT          (512) 463-4510
Accounts Examiner
Texas Comptroller of Public Accounts

Mail payments to: Revenue Accounting Division
Attention: Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

REC'D JUN 3 0 2008

WR Grace    BF.53.211.10536
**00018506**
SR=1135

Penalty for presenting fraudulent claim: Fine of up to $5,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-357 (Rev.2-08/3)

| SUSAN COMBS | TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS |
|---|---|
| | P.O. Box 13528 • Austin, TX 78711-3528 |

June 25, 2008

Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024

Re: Taxpayer #1-13-5114230-9
W R GRACE & CO. - CONN.
FRANCHISE TAX CH. 171

Bankruptcy Case #01-01140(JJF)

In the above-captioned proceeding, the State of Texas submits for filing the enclosed    Post-petition Tax Claim.

Attached is an extra copy of the proof of claim. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts will be represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Collections Division/Bankruptcy Section
> P.O. Box 12548, Capitol Station
> Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*[signature]*

LYDIA HEWETT
Accounts Examiner
Revenue Accounting Division
PO Box 13528
Austin, TX  78711-3528

Enclosure

**REC'D JUN 3 0 2008**

Form 00-358 (Rev.2-08/3)

SRCP Receipt
SR00001135    06/30/2008