<u>**Exhibit E-3**</u>

**Withdrawal of First Amended Proof of Claim for Administrative Expense and Request for Payment of Claim no. 18506**

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



November 20, 2012

Claims Agent
RUST CONSULTING, INC
CLAIMS PROCESSING AGENT
RE: WR GRACE & CO BANKRUPTCY
PO BOX 1620
FAIRBAULT, MN 55021-1620

Re:  Taxpayer # 1-13-5114230-9
     Taxpayer Name:  WR GRACE & CO
     Bankruptcy Case # 01-01140(JJF)

In the above-captioned proceeding, the State of Texas **submits for your office to file** the enclosed withdrawal of Post-petition Tax Claim.

The Comptroller of Public Accounts will be represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy – Collections Division
> PO Box 12548
> Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Sincerely,

Lydia Hewett
Accounts Examiner
Revenue Accounting Division

Enclosure

REC'D NOV 26 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 01-01140(JJF)

In re: W R GRACE & CO. - CONN.

Taxpayer number: 1-13-5114230-9

WITHDRAWAL OF

FIRST AMENDED
Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy - Collections Division
                  P. O. Box 12548
                  Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST : 06/30/2008

2. TOTAL AMOUNT OF CLAIM AND REQUEST : $173,674.45
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2001 TO 12/31/2007

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 11/20/2012

LYDIA HEWETT
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RUST CONSULTING, INC
CLAIMS PROCESSING AGENT
RE: WR GRACE & CO BANKRUPTCY
PO BOX 1620
FAIRBAULT, MN 55021-1620

REC'D NOV 26 2012

91 7108 2133 3938 9133 0045

TEXAS COM
AUSTIN TX 7