# EXHIBIT E-4

## E-Mail Correspondence, Dated [forthcoming]