## Exhibit F-1

**Indiana Proof of Claim no. 876**

# WR Grace

RUST000138

## Bankruptcy Form 10
### Index Sheet

A 0 0 0 0 0 8 7 6 B

Claim Number: __00000876__          Receive Date: __04 / 25 / 2002__

## Multiple Claim Reference

Claim Number  _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

Claim Number  _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form

☐ Amended

☐ Post-Deadline Postmark Date

B10 (Official Form 10)
(Rev. 12/98)

| United States Bankruptcy Court **Delaware** | **PROOF OF CLAIM** |
|---|---|

| In re (Name of Debtor)<br>**W.R. GRACE & CO -CONN** | Case Number<br>**01-1140** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>**INDIANA DEPARTMENT OF REVENUE**<br><br>Name and Address Where Notices Should be Sent<br>**INDIANA DEPARTMENT OF REVENUE**<br>**BANKRUPTCY SECTION, ROOM N-203**<br>**100 NORTH SENATE AVENUE**<br>**INDIANAPOLIS, INDIANA 46204**<br><br>Telephone No. (317) 232-2293 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IF FOR COURT USE ONLY** |
|---|---|---|

| Account Or Other Number By Which Creditor Identifies Debtor<br>**Fed ID 13-5114230 Tax ID 0001048660** | Check here if this claim   ☐ replaces a previously filed claim dated 7/17/2001<br>☒ amends |
|---|---|

| 1. BASIS FOR CLAIM<br>☐ Goods Sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal Injury / wrongful death<br>☒ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>From _____ to _____<br>(date)            (date) |
|---|---|

| 2. DATE DEBT WAS INCURRED<br>SEE ATTACHMENT | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible that part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ 0.00
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☒ UNSECURED NONPRIORITY CLAIM $ 1,434.58
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ 15,828.88
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507(a)(7)
☒ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8)
☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)____
*Amounts are subject to adjustment on 4/11/98 and every 3 years thereafter with respect to cases commenced after the date of adjustment.

| 5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED: | **$1,434.58**<br>(Unsecured) | **$0.00**<br>(Secured) | **$15,828.88**<br>(Priority) | **$17,263.46**<br>(TOTAL) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFF: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IF FOR COURT USE ONLY** — U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE — FILED JAN 28 1 21 PM '02

| Date:<br>**01/24/02** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>**Tammy Jones, Supervisor** *Tammy Jones* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 371.

WR Grace   BF.5.18.876
00000876   **RECEIVED** APR 2 5 2002

Thursday, January 24, 2002

| Name: | W.R. GRACE & CO -CONN | | Fed. ID#: | 13-5114230 | | |
|---|---|---|---|---|---|---|
| Case No.: | 01-1140 | | SSN: | | | |
| Type of Claim: | Pre-Petition | | Other SSN: | | Priority and General | |
| Date Filed: | 4/2/2001 | | Confirm Date: | | Unsecured Claims | |
| Chapter Filed: | 11 | | 1st Amended | | | |

| TID#: | Tax Type | Liab. # | Type | Tax Period | Due Date | Pen. Rate | Int. Start | Base Tax | Interest | Penalty | Warr. Chrg. | Tot. Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500104660 | Corp. Inc. | 98-0267654 | CAL | 3/31/1998 | | 10.00% | | 644.97 | 0.00 | 64.50 | 0.00 | 709.47 |
| | | | | | | | | | | | Sub-total | 709.47 |
| 500104860 | Sales | 199007316 | BIA | 2/28/1999 | 3/30/1999 | 10.00% | 3/31/1999 | 10,356.61 | 1,479.72 | 1,035.66 | 0.00 | 12,871.99 |
| | | | | | | | | | | | Sub-total | 12,871.99 |
| 500104660 | With | 2000006173 | RCH | 12/31/2000 | 1/20/2001 | 10.00% | 1/21/2001 | 214.83 | 3.34 | 21.48 | 0.00 | 239.65 |
| 500104660 | With | 2001007767 | LAT | 3/31/2001 | 4/30/2001 | 10.00% | 5/1/2001 | 3,129.41 | 0.00 | 312.94 | 0.00 | 3,442.35 |
| | | | | | | | | | | | Sub-total | 3,682.00 |
| | | | | | | | Totals: | 14,345.82 | 1,483.06 | 1,434.58 | 0.00 | 17,263.46 |

Secured Amounts

General Unsecured        $1,434.58

Priority        $15,828.88

Total Claim        $17,263.46