## EXHIBIT F-3

## Indiana Proof of Claim no. 15355

# WR Grace

SR00000853  ■

Bankruptcy Form 10

Index Sheet

Claim Number:    00015355                          Receive Date:   08/19/2003

## Multiple Claim Reference

Claim Number    _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

Claim Number    _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [x] Amended  Claim # 15319
- [ ] Post-Deadline Postmark Date

| United States Bankruptcy Court<br>District of DE (WILMINGTON) | **PROOF OF CLAIM** |
|---|---|

| In re (Name of Debtor)<br>W R GRACE & COMPANY | Case Number<br>01-1140 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>**INDIANA DEPARTMENT OF REVENUE**<br><br>Name and Address Where Notices Should be Sent<br>**INDIANA DEPARTMENT OF REVENUE**<br>**BANKRUPTCY SECTION, ROOM N-203**<br>**100 NORTH SENATE AVENUE**<br>**INDIANAPOLIS, IN 46204**<br><br>Telephone No. (317) 232-2289 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|

| Account Or Other Number By Which Creditor Identifies Debtor<br>13-5114230 | Check here if this claim ☐ replaces<br>☒ amends a previously filed claim dated 06/09/2003 |
|---|---|

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury / wrongful death<br>☒ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined by U.S.C. 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>From _____ to _____<br>(date)               (date) |
|---|---|

| 2. DATE DEBT WAS INCURRED<br>SEE ATTACHMENT | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| ☐ SECURED CLAIM  $0.00<br>Attach evidence of perfection of security interest<br>Brief description of Collateral:<br>☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)<br><br>Amount of arrearage and other charges at time case filed included in secured claim above, if any $<br><br>☒ UNSECURED NONPRIORITY CLAIM  $40,348.43<br>A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.<br><br>☒ UNSECURED PRIORITY CLAIM  $403,130.64<br>Specify the priority of the claim. | ☐ Wages, salaries, or commissions (up to $4000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. 507(a)(3)<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. 507(a)(4<br><br>☐ Up to $1950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. 507(a)(6)<br><br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. 507(a)(7)<br><br>☒ Taxes or other penalities of governmental units – 11 U.S.C. 507(a)(8)<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. 507(a)_____<br>*Amounts are subject to adjustment on 4/11/98 and every 3 years thereafter with respect to cases commenced after the date of adjustment. |
|---|---|

| 5. TOTAL AMOUNT OF<br>CLAIM AT THE TIME<br>CASE FILED: | $40,348.43<br><br>(Unsecured) | $0.00<br><br>(Secured) | $403,130.64<br><br>(Priority) | $443,479.07<br><br>(TOTAL) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| 6. CREDITS AND SETOFF: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>7. SUPPORTING DOCUMENTS: Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>8. TIME STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

| Date:<br><br>08/13/2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>CAROL LUSHELL, Tax Analyst | WR Grace     BF.51.203.10128<br>**00015355**<br>SR=853 |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500.00 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 371.

## AMENDED WORKING PAPERS:

NAME(S): W R GRACE & COMPANY

CASE NUMBER: 01-1140

DATE FILED: 04/02/2001

CHAPTER FILED: 11

FID: 13-5114230
SSN:
SSN:
CONFIRM DATE:

☑ PRE-PETITION     ◻ SECURED

◻ POST-PETITION     ▣ UNSECURED

◻ PRIORITY

| TID# | TAX TYPE | LIAB NBR | LIAB TYPE | PERIOD ENDING | DUE DATE | PENALTY RATE | BASE TAX | INTEREST | PENALTY | CLERK COST | TOTAL CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001048660 | COR | 199501709693 | AUD | 12/31/1995 | 04/15/1996 | 0.00% | $3,017.61 | $1,056.25 | $0.00 | $0.00 | $4,073.86 |
| | | 199601709673 | AUD | 09/28/1996 | 01/15/1997 | 0.00% | $459.80 | $136.69 | $0.00 | $0.00 | $596.49 |
| | | 199701725353 | AUD | 12/31/1997 | 04/15/1998 | 10.00% | $8,962.04 | $1,862.27 | $0.00 | $0.00 | $10,844.31 |
| | | 199902480316 | BIA | 12/31/1999 | 04/17/2000 | 10.00% | $312,345.17 | $21,752.92 | $31,234.52 | $0.00 | $365,332.61 |
| | RST | 199502465732 | AUD | 12/31/1995 | 01/22/1996 | 10.00% | $21,927.80 | $8,028.58 | $2,192.78 | $0.00 | $32,149.16 |
| | | 199602465735 | AUD | 12/31/1996 | 01/21/1997 | 10.00% | $11,100.97 | $3,287.41 | $1,110.10 | $0.00 | $15,498.48 |
| | | 199702465737 | AUD | 12/31/1997 | 01/20/1998 | 10.00% | $9,766.79 | $2,210.51 | $976.68 | $0.00 | $12,953.98 |
| | | 199802465712 | AUD | 12/31/1998 | 01/20/1999 | 10.00% | $1,425.24 | $222.81 | $142.52 | $0.00 | $1,790.57 |
| | WTH | 200000617363 | RCH | 12/31/2000 | 01/22/2001 | 10.00% | $214.83 | $3.30 | $21.48 | $0.00 | $239.61 |

TOTALS:

| | | | |
|---|---|---|---|
| $369,220.25 | $38,580.74 | $35,678.08 | $0.00 | $443,479.07 |

Secured Amount:               $0.00
General Unsecured Amount:   $40,348.43
Priority Amount:              $403,130.64

# STATE of INDIANA

INDIANAPOLIS, 46204-2253

## DEPARTMENT OF REVENUE

**COMPLIANCE DIVISION**
INDIANA GOVERNMENT CENTER NORTH
ROOM N203
100 N. SENATE AVE.

August 13, 2003

U.S. Bankruptcy Court
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801

RE: W R Grace & Company (FID# 13-5114230)

Dear Sir or Madam:

Enclosed are the original and copies of amended claim of the Indiana Department of Revenue for filing in the above referenced cause.

Please return a file-stamped copy for our files to:

Indiana Department of Revenue
Compliance Division, Room n203
Bankruptcy Section
100 North Senate Avenue
Indianapolis, Indiana 46204

Thank you for your courtesy in this matter.

Sincerely,

Carol Lushell
Bankruptcy Tax Analyst
(317) 232-2190

**"Equal Opportunity Employer"**