## Exhibit F-4

**Indiana Department of Revenue's Response to Objection to Claim [Dkt. no. 19554]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 01-1139-JKF-11 |
| | Docket No. 19378 |
| | CHAPTER 11 |
| W. R. GRACE & CO., | |
| Debtor(s). | |

### INDIANA DEPARTMENT OF REVENUE'S (IDR) RESPONSE TO OBJECTION TO CLAIM

Comes now Creditor, Indiana Department of State Revenue (IDR), by counsel, and, for its Response to the Debtors' Twenty-Fifth Omnibus Objection to its Claim, states as follows:

1. Creditor has filed an amended proof of claim in the amount of $443,130.64 including a priority claim of $403,130.64, a secured claim of $0.00 and $40,348.43 as a general unsecured claim.

2. Creditor's claim is based, in part on actual returns for Debtors' corporate tax returns for the periods ending 12/31/1995, 9/28/1996, 12/31/1997 and retail sales tax returns for the periods ending 12/31/1995, 12/31/1996, 12/31/1997, and 12/31/1998 in which audits discovered liabilities due and owing, as more fully appears from a copy of the Audit Summary attached as Exhibit "A" and on a returned check liability for Debtors' withholding tax liability for the period ending 12/31/2000; creditor's claim is also based on estimated returns for Debtors' corporate tax liability for the period ending 12/31/1999 by virtue of the fact that Creditor has no record of said returns having been filed; however, the claim is valid because, Indiana Code § 6.8-1-10-3(a) provides that returns prepared by the Indiana Department of State Revenue based on the best information available are *prima facie* correct, and said taxes have not been paid.

3. IDR's claim is correct and should be paid as such, pursuant to 11 USC § 505.

WHEREFORE, Creditor, Indiana Department of State Revenue, prays that Debtors' objection to IDR's claim be overruled.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6211
Facsimile:  317-232-7979
E-mail:  bsalwowski@atg.in.gov

Respectfully submitted,

STEVE CARTER
Attorney General of Indiana
Atty. No.  4150-64

By: /s/ Brian D. Salwowski
    Brian D. Salwowski
    Deputy Attorney General
    Atty. No.  2100-49

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on September 17, 2008.

Laura Davis Jones  
Attorney for Debtor  
Pachulski, Stang, Ziehl Young & Jones  
919 N. Market Street  
16th Floor  
Wilmington, DE 19899-8705  

        /s/ Brian D. Salwowski  
Brian D. Salwowski  
Deputy Attorney General  
Atty. No. 2100-49  

Office of Attorney General  
Indiana Government Center South, Fifth Floor  
302 West Washington Street  
Indianapolis, IN 46204-2770  
Telephone: 317-232-6356  
Facsimile: 317-232-6211  
E-mail: bsalwowski@atg.in.gov



# AUDIT SUMMARY

Page 1 of 12 Pages

FORM AD-7  
Control No.: 263419-08

| Tax Type: | Taxpayer: | | | FID Number: |
|---|---|---|---|---|
| Sales & Use | **WR Grace & Co. - Conn.** | | | 13-5114230 |
| Type Audit: | | | | TID Number: |
| Field | | | | 00-1048660-000-7 |
| Bus. Code: | Tax Form #: | Address: | | Incorporation Date: |
| 9999 | ST-103 | 5400 Broken Sound Blvd., NW, Suite 300 | | 6/20/1899 |
| County: | City: | State: | Zip Code: | Under Laws of: |
| OOS | Boca Raton | FL | 33487 | Connecticut |
| Mailing Address: | | | | Qualification Date: |
| Same as above | | | | 5/13/54 |

| Period or Year Ending | Statute Date | Deficiency (Over-Assessment) | Base Tax Previously Billed | Additional Tax to be Billed | Penalty | Interest | Totals |
|---|---|---|---|---|---|---|---|
| 12/31/95 | 6/30/03 | 21,927.80 | | | 2,192.78 | 11,822.79 | $35,943.57 |
| 12/31/96 | 6/30/03 | 11,100.97 | | | 1,110.10 | 5,208.33 | $17,419.40 |
| 12/31/97 | 6/30/03 | 9,766.79 | | | 976.68 | 3,900.56 | $14,644.03 |
| 12/31/98 | 6/30/03 | 1,425.24 | | | 142.52 | 469.43 | $2,037.19 |
| | | | | | | | |
| Totals | N/A | 44,220.80 | 0.00 | | | | $70,044.19 |

This Audit Was Discussed With:  
James Munsche - Tax Consultant

Auditor's Signature and Number:  
Lisa Lafferty #0675 — *Lisa Lafferty #0675*

Date of Completion: March 19, 2003

Remarks:

RECEIVED  
SEP 15 2008  
OAG-COLL

Copy

Power of Attorney: None

INDIANA DEPARTMENT OF REVENUE

# AUDIT SUMMARY



Page 1 of 48 Pages

FORM AD-7

Control No. : 263418-10

| Tax Type : INCOME | Taxpayer : **W.R. GRACE & CO.-CONN.& SUBSIDIARIES** | | | | | FID Number : 13-5114230-00-05 |
|---|---|---|---|---|---|---|
| Type Audit : FIELD | | | | | | TID Number : 00-1048660-001-5 |
| Bus. Code : 2815 | Tax Form # : IT-20 | Address : 5400 BROKEN SOUND BOULEVARD, N.W. | | | | Incorporation Date : 06/20/1899 |
| County : OUT-OF-STATE | City : BOCA RATON | | State : FLORIDA | Zip Code : 33487 | | Under Laws of : CONNECTICUT |
| Mailing Address : Same as above | | | | | | Qualification Date : N/A |

| Period or Year Ending | Statute Date | Deficiency (Over-Assessment) | Base Tax Previously Billed | Additional Tax to be Billed | Penalty | Interest | Totals |
|---|---|---|---|---|---|---|---|
| 12/31/93 | 06/30/02 | (131,746.00) | | | | | |
| 12/31/94 | 06/30/02 | (66,524.27) | | | | | |
| 12/31/95 | 06/30/02 | 3,017.61 | | | | | |
| 09/28/96 | 06/30/02 | 459.80 | | | | | |
| 12/31/96 | 06/30/02 | 0.00 | | | | | |
| 12/31/97 | 06/30/02 | 8,962.04 | | | | | |
| | | | | | | | |
| Totals | N/A | (185,830.82) | 0.00 | | | | |

This Audit Was Discussed With :

JAMES MUNSCHE - TAX ACCOUNTANT

Auditor's Signature and Number:

William D. Dick #0044

Date of Completion :

March 1, 2002

Remarks :



Power of Attorney : Firm - NONE