# EXHIBIT F-5

**Indiana Proof of Claim no. 18512**

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00001142

Claim Number: 00018512

Receive Date: 12/08/2008

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number:            Firm Name:

Attorney Number:        Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [x] Amended  15355
- [ ] Post-Deadline Postmark Date
- [ ] Amended per Objection    Original Claim #: _____

Box/Batch: WRBF0053/WRBF0211            Document Number: WRBF010542

| United States Bankruptcy Court District of DE (WILMINGTON) | PROOF OF CLAIM |
|---|---|

In re (Name of Debtor): W R GRACE & COMPANY
Case Number: 01-1140

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)
INDIANA DEPARTMENT OF REVENUE

**Name and Address Where Notices Should be Sent**
INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204
Telephone No (317) 232-2289

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account Or Other Number By Which Creditor Identifies Debtor: 4230

Check here if this claim ☐ replaces ☒ amends a previously filed claim dated 08/19/2003

1. BASIS FOR CLAIM
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury / wrongful death
   ☒ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined by U.S.C. 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number: ___
   Unpaid compensation for services performed
   From ___ (date) to ___ (date)

2. DATE DEBT WAS INCURRED
   SEE ATTACHMENT

3. IF COURT JUDGMENT, DATE OBTAINED

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $0.00
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $

☒ UNSECURED NONPRIORITY CLAIM $8,705.75
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $69,028.60
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. 507(a)(4)
☐ Up to $1950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. 507(a)(7)
☒ Taxes or other penalties of governmental units - 11 U.S.C. 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. 507(a) ___

5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED: $8,705.75 (Unsecured) | $0.00 (Secured) | $69,028.60 (Priority) | $77,734.35 (TOTAL)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFF: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 12/01/2008
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ AVA ALLISON, Tax Analyst

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571

**REC'D DEC 0 8 2008**

WR Grace  BF.53.211.10542
**00018512**
SR=1142

## AMENDED WORKING PAPERS:

PAGE: 2 OF 2

NAME(S): W R GRACE & COMPANY

CASE NUMBER: 01-1140
DATE FILED: 04/02/2001
CHAPTER FILED: 11

FID  4230
TID:
TID:
CONFIRM DATE:

- PRE-PETITION
- POST-PETITION

- SECURED
- UNSECURED
- PRIORITY

| TID# | TAX TYPE | LIAB NBR | LIAB TYPE | PERIOD ENDING | DUE DATE | PENALTY RATE | BASE TAX | INTEREST | PENALTY | CLERK COST | TOTAL CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8660 | COR | 199501709693 | AUD | 12/31/1995 | 04/15/1996 | 0.00% | $3,017.61 | $648.09 | $0.00 | $0.00 | $3,665.70 |
|  |  | 199601709673 | AUD | 09/28/1996 | 01/15/1997 | 0.00% | $459.80 | $136.69 | $0.00 | $0.00 | $596.49 |
|  |  | 199701725353 | AUD | 12/31/1997 | 04/15/1998 | 10.00% | $8,962.04 | $1,882.27 | $0.00 | $0.00 | $10,844.31 |
|  | RST | 199502465732 | AUD | 12/31/1995 | 01/22/1996 | 10.00% | $21,927.80 | $8,024.63 | $2,192.78 | $0.00 | $32,145.21 |
|  |  | 199602465735 | AUD | 12/31/1996 | 01/21/1997 | 10.00% | $11,100.97 | $3,287.41 | $1,110.10 | $0.00 | $15,498.48 |
|  |  | 199702465737 | AUD | 12/31/1997 | 01/20/1998 | 10.00% | $9,766.79 | $2,210.51 | $976.68 | $0.00 | $12,953.98 |
|  |  | 199802465712 | AUD | 12/31/1998 | 01/20/1999 | 10.00% | $1,425.24 | $222.81 | $142.52 | $0.00 | $1,790.57 |
|  | WHI | 200000617363 | RCH | 12/31/2000 | 01/22/2001 | 10.00% | $214.83 | $3.30 | $21.48 | $0.00 | $239.61 |

TOTALS: $56,875.08   $16,415.71   $4,443.56   $0.00   $77,734.35

Secured Amount:  $0.00
General Unsecured Amount: $8,705.75
Priority Amount: $69,028.60

# STATE of INDIANA

INDIANAPOLIS, 46204-2253

**DEPARTMENT OF REVENUE**

COMPLIANCE DIVISION
INDIANA GOVERNMENT CENTER NORTH
ROOM N203
100 N. SENATE AVE.

December 3, 2008

Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
P.O.Box 1620
Faribault, MN 55021-1620

RE: W. R. Grace & Company
Case # 01-01139

Dear Sir or Madam,

Enclosed are the original and copies of amended Proof of Claim of the Indiana Department of Revenue for filing in the above referenced case.

Please return a file-stamped copy for our files to :

Indiana Department of Revenue
100 N. Senate Ave., Room N203
Bankruptcy Section
Indianapolis, IN 46204

Thank you for your courtesy in this matter.

Sincerely,
INDIANA DEPARTMENT OF REVENUE

Ava Allison
Ass't Bankruptcy Officer
(317) 232-3275

REC'D DEC 08 2008

"Equal Opportunity Employer"