<u>Exhibit F-6</u>

**InDOR E-Mail Correspondence, Dated December 9, 2014**

# Roger Higgins

| | |
|---|---|
| **From:** | Kiley, Michael <Michael.Kiley@grace.com> |
| **Sent:** | Tuesday, December 09, 2014 1:56 PM |
| **To:** | Roger Higgins |
| **Subject:** | FW: WR Grace & Co claim # 18512, case # 01-1140 |

Roger,

Below is Indiana's agreement on the amount due.

Thanks,
Mike

**From:** Swaffar, Carol [mailto:CSwaffar@dor.IN.gov]
**Sent:** Tuesday, December 09, 2014 2:33 PM
**To:** Kiley, Michael
**Cc:** Nichols, Todd
**Subject:** RE: WR Grace & Co claim # 18512, case # 01-1140

Hi Mr. Kiley,

The Department has reviewed the proposal you submitted today and we agree with the amount remaining due as $59,532.78. If you have any other questions please feel free to contact me.

Thank you,

Carol Swaffar
Bankruptcy Tax Analyst
Indiana Department of Revenue
(317) 23-2190

**From:** Kiley, Michael [mailto:Michael.Kiley@grace.com]
**Sent:** Tuesday, December 09, 2014 11:41 AM
**To:** Swaffar, Carol
**Subject:** WR Grace & Co claim # 18512, case # 01-1140

Hi Carol,

Per our discussion today, below is a recap of the $59,532.78 balance due to Indiana regarding the tax claims filed against W.R. Grace & Co that I believe you and I are in agreement on. Please let me know if you agree with the total and I will submit a request for payment.

| | |
|---|---|
| $ 77,734.35 | amount of claim #18512 |
| $(16,296.53) | payment from claim #15369 applied to claim #18512 ($125.14 remaining due) |
| $ (1,790.57) | amount on claim #18512 that has been cleared per Indiana |
| $   (239.61) | amount on claim #18512 that has been cleared per Indiana |
| --------------- | |
| $ 59,407.64 | |
| $    125.14 | balance of claim #15369 as noted above |
| --------------- | |

1

$ 59,532.78      remaining due
=========


Thanks,
Mike

Michael F. Kiley | Senior Tax Manager
**W. R. Grace & Co.**, 6001 Broken Sound Parkway N.W., Suite 600, Boca Raton, FL 33487, USA |
**T** 561.988.3362 | **F** 561.988.3370 | michael.kiley@grace.com

THIS EMAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED. If you are not the addressee, any disclosure, reproduction, copying, distribution, or use of this communication is strictly prohibited. If you have received this transmission in error please notify the sender immediately and then delete this email.