## Exhibit A

**Claim No. 6078**

**Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust**

# WR Grace

### Bankruptcy Form 10

### Index Sheet

SR00000483

Claim Number:     00006078                     Receive Date:     03/26/2003

## Multiple Claim Reference

Claim Number  _____

☐ MMPOC      Medical Monitoring Claim Form
☐ PDPOC      Property Damage
☐ NAPO       Non-Asbestos Claim Form
☐            Amended

Claim Number  _____

☐ MMPOC      Medical Monitoring Claim Form
☐ PDPOC      Property Damage
☐ NAPO       Non-Asbestos Claim Form
☐            Amended

## Attorney Information

Firm Number:     00289          Firm Name:     Burns & Levinson LLP

Attorney Number:     00161      Attorney Name:     Victor Ball

Zip Code:     02110-1624

Cover Letter Location Number:     SR00000483

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|

| Name of Debtor:[1]  W. R. Grace & Co.-Conn. | Case Number  01-1179 JKF |
|---|---|

**NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.**

| Name of Creditor (The person or other entity to whom the Debtor owes money or property): Irving Shaffer, As Trustee of the Shaffer Realty Nominee Trust & of the B/M Investment Trust | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent: Victor Bass, Esq. Burns & Levinson LLP, 125 Summer St., Boston, MA 02110 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |

| Account or other number by which creditor identifies Debtor:  None | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

See Above

| 1. Basis for Claim | |
|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. ' 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Environmental liability | |
| ☐ Money loaned | Your SS #:_____ |
| ☐ Non-asbestos personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ (date) |
| ☒ Other  Liability for Superfund Site Reporting and Inspections | |

| 2. Date debt was incurred: 12/31/91 See Attached. | 3. If court judgment, date obtained: N/A |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 75,000.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. **CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.**

☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)

Brief Description of Collateral:

☐ Real Estate          ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____

Attach evidence of perfection of security interest

☒ UNSECURED NONPRIORITY CLAIM

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. ' 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. ' 507(a)(4).

☐ Taxes or penalties of governmental units - 11 U.S.C. ' 507(a)(7).

☐ Other - Specify applicable paragraph of 11 U.S.C. ' 507(a(____).

| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | This Space is for Court Use Only |
|---|---|
| **7. Supporting Documents:** _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.  See Attached. | WR Grace    BF.26.102.5065 00006078 |
| **8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | SR=483 |

| Date 3/25/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Victor Bass, Esq. | |
|---|---|---|

REC'D MAR 2 6 2003

---

[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and Aother names@ used by the Debtors.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

### W. R. GRACE & CO.
### CASE NO. 01-1139 JKF

### W. R. GRACE & CO.-CONN.
### CASE NO. 01-1179 JKF

### Attachment to Proof of Claim of Irving Shaffer, as Trustee of
### Shaffer Realty Nominee Trust and of BIM Investment Trust

Liability for annual monitoring and reporting pursuant to Agreement between claimant and W. R. Grace and Co – Conn, and W. R. Grace and Co., and other affiliates (together "Debtor") dated November 19, 1993 ("Agreement") and Second Administrative Order for Removal Action ("Order") January 31, 1991 in U.S. EPA Region I CERCLA Docket No. I-92-1033 regarding South Street Superfund Site (Walpole MA). (Identical claims are filed in both cases pursuant to the Claims Bar Date Notice because the claim appears to be against both W. R. Grace & Co., and W. R. Grace & Co-Conn.

The Agreement and Order are voluminous but are summarized as follows: The Order required Claimant and Debtor to implement a clean-up of a site in Walpole MA (which clean-up was completed by Debtor) and thereafter to monitor and file reports as to the site (which Debtor commenced but advised claimant on December 13, 2001 it would not continue since its bankruptcy filing, and which claimant has since commenced doing.)

The estimated costs for claimant to perform Debtor's obligations as to the monitoring and reporting are as follows:

| | |
|---|---|
| Cost per year | $ 2,500 (estimated) |
| Balance of term: | 30 years (estimated) |
| Total liability | $75,000 (estimated) |

00749155.DOC/22634.2