IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 32472 |
| ) | |
| Ralph Hutt and Carl Osborn, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No.: 14-50867 (KJC) |
| ) | |
| Maryland Casualty Company, ) | |
| ) | |
| Defendant. ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 17, 2014, AT 2:00 P.M. BEFORE
THE HONORABLE KEVIN J. CAREY**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., December 16, 2014**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    b. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

2. Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

    Response Deadline: May 22, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a. [Proposed] Order Regarding the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

    Status: This matter has been continued to a date to be determined.

**UNCONTESTED MATTERS:**

3. Thirty-Fourth Omnibus Objection to Certain Workers' Compensation Claims (Substantive Objection) [Filed: 11/7/14] (Docket No. 32446)

    Response Deadline: December 8, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a. [Proposed] Order Disallowing Certain Workers' Comp Claims (Substantive) [Filed: 11/7/14] (Docket No. 32446, Exhibit A)

    b. Certification of No Objection Regarding Thirty-Fourth Omnibus Objection to Certain Workers' Compensation Claims (Substantive Objection) [Filed: 12/11/14] (Docket No. 32467)

    Status: No parties have objected to the relief requested in the Omnibus Objection. Accordingly, the Reorganized Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Claim Objection.

**ADDITIONAL MATTERS:**

4. Adversary Complaint (*Ralph Hutt and Carl Osborn v. Maryland Casualty Company* [Filed: 6/13/11] (Adv. Pro. No.: 14-50867, Docket No. 1)

    **Objection Deadline: November 24, 2014, at 4:00 p.m.** *(extended until December 8, 2014 for the Defendant, Maryland Casualty Company)*

**Responses Received:**

a.  **Defendant Maryland Casualty Company's Answer to Adversary Complaint** [Filed: 12/8/14] (Adv. Pro. No.: 14-50867, Docket No. 5)

**Related Documents:**

a.  **Summons and Notice of Pretrial Conference in an Adversary Proceeding** [Filed: 10/24/14] (Adv. Pro. No.: 14-50867, Docket No. 3)

b.  **Stipulation to Extend Time to Respond to Adversary Compaint** [Filed: 11/21/14] (Adv. Pro. No.: 14-50867, Docket No. 4)

**Status:** A pretrial conference will go forward on this matter.

Dated: December 15, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors