# Exhibit I

**Workers' Comp Claims**

In re: W.R. GRACE CO., et al

## OMNIBUS 34 : EXHIBIT 1 – NO LIABILITY CLAIMS

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 1 | BANTA, DR CHARLES J<br>c/o GEOFFREY B SPENCER<br>2005 WOODBROOK DR<br>DENTON, TX 76205 | 13548 | 01-01139 | W.R. GRACE & CO. | $660.00 (U) | Debtors records show no amount owed. |
| 2 | OHIO BUREAU OF WORKERS COMP<br>LAW SECTION BANKRUPTCY UNIT<br>PO BOX 15398<br>COLUMBUS, OH 43215-0398 | 277 | 01-01140 | W.R. GRACE & CO.-CONN. | $256,379.18 (P) | Debtors records show no amount owed. |
| 3 | OHIO BUREAU OF WORKERS COMPENSATION<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | 2707 | 01-01140 | W.R. GRACE & CO.-CONN. | $257,480.24 (U) | Debtors records show no amount owed. |
| | | | | Total: | $256,379.18 (P)<br>$258,140.24 (U) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

Page 1 of 1