# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 32472 **and 32473** |
| ) | |
| Ralph Hutt and Carl Osborn, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No.: 14-50867 (KJC) |
| ) | |
| Maryland Casualty Company, ) | **Re: Docket No. 6** |
| ) | |
| Defendant. ) | |

## SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2014, AT 2:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

## THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008, at 4:00 p.m.

   Responses Received:

   a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

   b. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

   Related Documents: None.

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:196795.3 91100/001

Status: This matter is continued to the next omnibus hearing date.

2. Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

   Response Deadline: May 22, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Regarding the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

   Status: This matter has been continued to a date to be determined.

**UNCONTESTED MATTERS:**

3. Thirty-Fourth Omnibus Objection to Certain Workers' Compensation Claims (Substantive Objection) [Filed: 11/7/14] (Docket No. 32446)

   Response Deadline: December 8, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Disallowing Certain Workers' Comp Claims (Substantive) [Filed: 11/7/14] (Docket No. 32446, Exhibit A)

   b. Certification of No Objection Regarding Thirty-Fourth Omnibus Objection to Certain Workers' Compensation Claims (Substantive Objection) [Filed: 12/11/14] (Docket No. 32467)

   c. **[Signed] Order Disallowing Certain Workers' Comp Claims (Substantive) [Filed: 12/16/14] (Docket No. 32475)**

   **Status: The Court has entered an order on this matter.**

**ADDITIONAL MATTERS:**

4. Adversary Complaint (*Ralph Hutt and Carl Osborn v. Maryland Casualty Company* [Filed: 6/13/11] (Adv. Pro. No.: 14-50867, Docket No. 1)

   Objection Deadline: November 24, 2014, at 4:00 p.m. *(extended until December 8, 2014 for the Defendant, Maryland Casualty Company)*

Responses Received:

a.  Defendant Maryland Casualty Company's Answer to Adversary Complaint [Filed: 12/8/14] (Adv. Pro. No.: 14-50867, Docket No. 5)

Related Documents:

a.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 10/24/14] (Adv. Pro. No.: 14-50867, Docket No. 3)

b.  Stipulation to Extend Time to Respond to Adversary Complaint [Filed: 11/21/14] (Adv. Pro. No.: 14-50867, Docket No. 4)

**Status: This parties have agreed to continue this matter until January 21, 2015 at 1:00 p.m.**

Dated: December 16, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:196795.3 91100/001