UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                          Chapter __11__

                               Case No. __01__-__01139__ (__KJC__)

Debtor:  W.R. Grace & Co., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Benjamin A. Ellison, an attorney at Cairncross & Hempelmann, P.S.__ to represent __Plum Creek Timberlands__ in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Phone: Telephone: (302) 252-0920
Facsimile: (302) 252-0921

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Washington__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Benjamin Ellison

Firm Name: Cairncross & Hempelmann, P.S.
Address: 524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Phone: Telephone: (206) 587-0700
Facsimile: (206) 587-2308

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 17th, 2014      KEVIN J. CAREY
Wilmington, Delaware      UNITED STATES BANKRUPTCY JUDGE