## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Reorganized Debtors.** | ) | |
| | ) | **Re: Docket No. 32478** |

### DECLARATION OF SERVICE REGARDING:

Docket No. 32478

NOTICE OF REORGANIZED DEBTORS' SECOND MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

REORGANIZED DEBTORS' SECOND MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

I, James H. Myers, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2.    On December 19, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, the above referenced documents were served on the parties listed in Exhibit A via the mode of service indicated thereon:

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn,").

Exhibit A        The Affected Parties Address List regarding Docket No. 32478

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 22 day of December 2014 at Paramount, California.

James H. Myers

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 51**

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 58615 | AKZO NOBEL SURFACE CHEMISTRY LLC, ATTN LAWRENCE BURDICK ESQ, THOMPSON HINE LLP, AUSTIN LANDING I, 10050 INNOVATION DR STE 400, DAYTON, OH, 45342-4934 | US Mail (1st Class) |
| 58615 | ARCHER JR, DAVID L, 129 WOOD CIR, IOWA PARK, TX, 76367-1127 | US Mail (1st Class) |
| 58615 | ARCHER, MICHELLE B, 129 WOOD CIR, IOWA PARK, TX, 76367-1127 | US Mail (1st Class) |
| 58615 | ARGO PARTNERS, (TRANSFEROR: IRVING SHAFFER AS TRUSTEE SHAFFER REAL), 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 58615 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 W MONROE, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 58615 | BEKAERT TEXTILES GROUP, ATTN KURT DEMEULENEERE, GROUP CFO, DEERLIJKSEWEG 22, WAREGEM, 8790 BELGIUM | US Mail (1st Class) |
| 58615 | BNSF RAILWAY COMPANY, 2600 LOU MENK DR, FORT WORTH, TX, 76131-2828 | US Mail (1st Class) |
| 58615 | BRASFIELD & GORRIE LLC, BRADLEY ARANT BOULT CUMMINGS L, 1819 5TH AVE N, BIRMINGHAM, AL, 35203 | US Mail (1st Class) |
| 58615 | CUMMINGS PROPERTIES LLC, C/O SUSAN F BRAND ESQ, 200 W CUMMINGS PARK, WOBURN, MA, 01801 | US Mail (1st Class) |
| 58615 | DEPARTMENT OF THE TREASURY - INTERNAL RE, PO BOX 7346, PHILADELPHIA, PA, 19101 | US Mail (1st Class) |
| 58615 | DEPT OF THE TREASURY-INTRNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 58615 | ESTATE OF JEFFREY CHWALA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 58615 | FLORIDA DEPT OF REVENUE, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 58615 | GAMMA HOLDING NV, C/O MICHAEL DAM, GENERAL COUNSEL, PO BOX 80, 5700 AB HELMOND, THE NETHERLANDS | US Mail (1st Class) |
| 58615 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 58615 | INDIANA DEPT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58615 | INDIANA DEPT OF REVENUE, BANKRUPTCY SECTION N-240, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 58615 | IRVING SHAFFER AS TRUSTEE SHAFFER REALTY NOMINEE, TRUST & OF THE BIM INVESTMENT, C/O VICTOR BASS ESQ, BURNS & LEVINSON LLP, 125 SUMMER ST, BOSTON, MA, 02110 | US Mail (1st Class) |
| 58615 | KITTL, SAMANTHA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 58615 | LAW OFFICES OF JOHN E WALL JR, (RE: ARCHER JR, DAVID L), 5728 PROSPECT AVE, SUITE 2001, DALLAS, TX, 75208-7284 | US Mail (1st Class) |
| 58615 | LAW OFFICES OF JOHN E WALL JR, (RE: ARCHER, MICHELLE B), 5728 PROSPECT AVE, SUITE 2001, DALLAS, TX, 75208-7284 | US Mail (1st Class) |
| 58615 | MEGTEC SYSTEMS INC, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 58615 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SAMSON HYDROCARBONS COMPANY), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 58615 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SGH ENTERPRISES INC FORMERLY KNOWN AS SAMSON H), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 58615 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SGH ENTERPRISES INC FKA SAMSON HYDROCARB), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 58615 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 58615 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELLE A LEVITT ESQ, 70 PINE ST, 31ST FLR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 58615 | NEW JERSEY DIV OF EMPLOYER ACCTS, (REF: CC PARTNERS), STATE OF NEW JERSEY, PO BOX 077, TRENTON, NJ, 08625-0077 | US Mail (1st Class) |
| 58615 | NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA, 23510-9242 | US Mail (1st Class) |
| 58615 | OHIO DEPT OF TAXATION, REBECCA L DAUM, PO BOX 530, 30 E BROAD ST 23RD FLR, COLUMBUS, OH, 43216 | US Mail (1st Class) |
| 58615 | PENNSYLVANIA DEPT OF REVENUE, (REF: CCHP, INC.), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 58615 | PENNSYLVANIA DEPT OF REVENUE, (REF: AMICON, INC), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 58615 | PENNSYLVANIA DEPT OF REVENUE, (REF: MRA STAFFING SYSTEMS), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 58615 | PEPPER HAMILTON LLP, (RE: BNSF RAILWAY COMPANY), EDWARD C TOOLE JR / ANNE MARIE AAROSON, 3000 TWO LOGAN SQUARE, 18TH & ARCH STREETS, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 58615 | PEPPER HAMILTON LLP, (RE: BNSF RAILWAY COMPANY), JAMES C CARIGNAN ESQ, DAVID M FOURNIER ESQ, HERCULES PLAZA, SUITE 5100, 1313 MARKET ST, PO BOX 1709, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 58615 | POTTER ANDERSON & CORROON LLP, (RE: NORFOLK SOUTHERN RAILWAY COMPANY), DAVID J BALDWIN, ETTA R MAYERS, 1313 N MARKET STREET, 6TH FLOOR, PO BOX 951, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 58615 | SAMSON HYDROCARBONS COMPANY, LOCKE LIDDELL & SAPP LLP, C/O PETER A FRANKLIN III, 2200 ROSS AVE, SUITE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SAMSON HYDROCARBONS COMPANY, C/O DOUG SKIERSKI, LOCKE LORD BISSELL & LIDDELL LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SAMSON HYDROCARBONS COMPANY, LOCKE LORD BISSELL & LIDDELL LLP, MELISSA S HAYWARD, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SAMSON HYDROCARBONS COMPANY, C/O GREG LOWRY, LOCKE LORD BISSELL & LIDDELL LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SEQUA CORPORATION, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 58615 | SGH ENTERPRISES INC FKA SAMSON HYDROCARB, GREG LOWRY, LOCKE LORD LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SGH ENTERPRISES INC FKA SAMSON HYDROCARBONS COMP, C/O GREG LOWRY LOCKE LORD LLP, 2200 ROSS AVE SUITE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 58615 | SHELL CHEMICAL LP, ATTN: CREDIT MANAGER ROOM 1584 C, ONE SHELL PLAZA, 910 LOUISIANA ST, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 58615 | SMOLKER, GARY S, 4720 LINCOLN BLVD #280, MARINA DEL REY, CA, 90292 | US Mail (1st Class) |
| 58615 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, C/O JANE AMDAHL, DEQ LEGAL UNIT, PO BOX 200901, HELENA, MT, 59620-0901 | US Mail (1st Class) |
| 58615 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIVISION - BANKRUPTCY SECTION, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 58615 | UNITED STATES ENVIRONMENTAL PROTECTION A, US DEPARTMENT OF JUSTICE, ENVIRONMENTAL ENFORCEMENT SECTION, ENVIRONMENT AND NATURAL RESOURCES DIVISION, DENVER, CO, 80202 | US Mail (1st Class) |
| 58615 | WASTE MANAGEMENT - RMC, 2625 W GRANDVIEW STE #150, PHOENIX, AZ, 85023 | US Mail (1st Class) |
| 58615 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 58615 | WRIGHT, JIM, 12693 RIVERVIEW CT, HUNTLEY, IL, 60142-7639 | US Mail (1st Class) |

Subtotal for this group: 51