IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (KJC) |
| W. R. Grace & Co., *et al.*[1] | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | Hearing Date: January 21, 2015 at 1:00 p.m. |
| | | Re: Docket No. 32470, 32471 and 32484 |

**JOINT DEFENSE AGREEMENT IN SUPPORT OF OBJECTION TO CLAIM NO. 6078
FILED BY IRVING SHAFFER, AS TRUSTEE OF THE SHAFFER REALTY
NOMINEE TRUST AND OF THE BIM INVESTMENT
TRUST (SUBSTANTIVE OBJECTION)**

# DOCUMENT TO BE KEPT UNDER SEAL

PURSUANT TO AND IN ACCORDANCE WITH
SECTION 107(B) OF THE BANKRUPTCY CODE

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:196846.1