IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| Ralph Hutt and Carl Osborn, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No.: 14-50867 (KJC) |
| ) | |
| Maryland Casualty Company, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 21, 2015, AT 1:00 P.M. BEFORE
THE HONORABLE KEVIN J. CAREY**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., January 20, 2015

**CONTINUED MATTERS:**

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

b.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

2.  Reorganized Debtors' Objection to the Remaining Claims of the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

    Response Deadline: May 22, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Regarding the Remaining Claims of the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

    Status: This matter has been continued to a date to be determined.

3.  Adversary Complaint (*Ralph Hutt and Carl Osborn v. Maryland Casualty Company* [Filed: 6/13/11] (Adv. Pro. No.: 14-50867, Docket No. 1)

    Objection Deadline: November 24, 2014, at 4:00 p.m. *(extended until December 8, 2014 for the Defendant, Maryland Casualty Company)*

    Responses Received:

    a.  Defendant Maryland Casualty Company's Answer to Adversary Complaint [Filed: 12/8/14] (Adv. Pro. No.: 14-50867, Docket No. 5)

    Related Documents:

    a.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 10/24/14] (Adv. Pro. No.: 14-50867, Docket No. 3)

    b.  Stipulation to Extend Time to Respond to Adversary Complaint [Filed: 11/21/14] (Adv. Pro. No.: 14-50867, Docket No. 4)

    Status: The parties have agreed to continue the pretrial conference on this matter until March 4, 2015 at 10:00 a.m.

**UNCONTESTED MATTERS:**

4.  Thirty-Fifth Omnibus Objection to Certain State Tax Claims (Substantive Objection) [Filed: 12/12/14] (Docket No. 32468)

    Response Deadline: January 12, 2015, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.  [Proposed] Order Granting the Relief Sought in Reorganized Debtors' Thirty-Fifth Omnibus Objection to Certain State Tax Claims (Substantive Objection) [Filed: 12/12/14] (Docket No. 32468, Exhibit A)

b.  Declaration of Donald J. Teichen in Support of the Reorganized Debtors' Thirty-Fifth Omnibus Objection to Certain State Tax Claims (Substantive Objection) [Filed: 12/12/14] (Docket No. 32469)

c.  Certification of No Objection Regarding Thirty-Fifth Omnibus Objection to Certain State Tax Claims (Substantive Objection) [Filed: 1/16/15] (Docket No. 32489)

Status: No parties have objected to the relief requested in the Omnibus Objection. Accordingly, the Reorganized Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Claim Objection.

5.  Objection to Claim No. 6078 Filed By Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust (Substantive Objection) [Filed: 12/12/14] (Docket No. 32470)

Response Deadline: January 12, 2015, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.  [Proposed] Order Granting the Relief Sought in Reorganized Debtors' Objection to Claim No. 6078 Filed By Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust (Substantive Objection) [Filed: 12/12/14] (Docket No. 32470, Exhibit B)

b.  Declaration of Paul G. Bucens in Support of the Reorganized Debtors' Objection to Claim No. 6078 Filed By Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust (Substantive Objection) [Filed: 12/12/14] (Docket No. 32470, Exhibit C)

c.  [Signed] Protective Order Authorizing the Reorganized Debtors to File a Joint Defense Agreement Under Seal [Filed: 1/8/15] (Docket No. 32484)

   (i)  [Filed Under Seal] Joint Defense Agreement in Support of Objection to Claim No. 6078 Filed By Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust (Substantive Objection) [Filed: 1/16/15] (Docket No. 32490)

d.  Certification of Counsel Regarding Objection to Claim No. 6078 Filed By Irving Shaffer, as Trustee of the Shaffer Realty Nominee Trust and of the BIM Investment Trust (Substantive Objection) [Filed: 1/13/15] (Docket No. 32488)

<u>Status:</u> The Reorganized Debtors have filed a revised proposed order under certification of counsel.

Dated: January 16, 2015

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors