# EXHIBIT C

**Order for Judgment in Favor of Defendants Megtec Systems, Inc., and Sequa Corporation**

STATE OF WISCONSIN     CIRCUIT COURT     EAU CLAIRE COUNTY
BRANCH 5

---

ESTATE OF JEFFREY B. CHWALA,
by its Personal Representative, Dale A. Chwala, and
SAMANTHA J. KITTL,
minor daughter of Jeffrey Chwala,
by her Guardian Ad Litem, Ann. W. Johnson,

       Plaintiffs,

ROYAL & SUN ALLIANCE PERSONAL
INSURANCE CO.

       Subrogated Plaintiff,

v.

TEC (THERMAL EMISSION CONTROL)
SYSTEMS, INC., a/k/a TEC SYSTEMS AB,
a/k/a GRACE TEC SYSTEMS AB,
ABC INSURANCE COMPANY,
MEGTEC SYSTEMS, INC.,
DEF INSURANCE COMPANY,
W.R. GRACE & CO.,
CONTINENTAL CASUALTY COMPANY
a/k/a CNA INSURANCE COMPANY,
SEQUA CORPORATION,
GHI INSURANCE COMPANY,
VAN ERT ELECTRIC CO., INC.,
JKL INSURANCE COMPANY,
MURPHY ELECTRIC, INC.,
LUNDA CONSTRUCTION,
PQR INSURANCE COMPANY,
AMERICAN AUTOGARD CORPORATION, and
STU INSURANCE COMPANY.

       Defendants.

Case No. 02 CV 495

FILED
CIRCUIT COURT
EAU CLAIRE COUNTY

DEC 4 2003

DIANA J. MILLER
CLERK OF CIRCUIT COURT

RECEIVED
DEC 12 2003
O'HAGAN, SMITH & AMUNDSEN, L.L.C.

---

**ORDER FOR JUDGMENT IN FAVOR OF DEFENDANTS MEGTEC SYSTEMS, INC.
AND SEQUA CORPORATION**

The matter of Defendants MEGTEC SYSTEMS, Inc.'s and Sequa Corporation's Motion for Summary Judgment was brought before the Court by way of a written motion, and was scheduled for a hearing on September 16, 2003 at 9:30 a.m. Pursuant to § 802.08, Wis. Stat., and based upon the papers filed by the moving parties, the Court finds that there is no genuine issue as to any material fact, and that the moving parties are entitled to judgment as a matter of law. The Court further finds that all of the other parties have either stipulated to the dismissal of all claims against the moving parties or have failed entirely to respond to the summary judgment motion.

NOW THEREFORE, IT IS HEREBY ORDERED that any and all claims or causes of action against MEGTEC Systems, Inc. and Sequa Corporation are dismissed on the merits, with~~out~~ [handwritten: *out PL*] ~~prejudice~~ [handwritten: *ost, with PL*] prejudice.

Dated this 4 day of December, 2003.

BY THE COURT

_/s/ Paul Lenz_
Hon. Paul Lenz

5285738_1

- 2 -