EXHIBIT D

**Wisconsin State Court Litigation Docket, Dated December 4, 2014**

DOCS_DE:197728.1 91100/001

# Wisconsin Circuit Court Access (WCCA)

# Estate of Jeffrey B Chwala et al vs. TEC (Thermal Emission Control) et al

# Eau Claire County Case Number 2002CV000495

| **Filing Date** | **Case Type** | **Case Status** |
|---|---|---|
| 07-25-2002 | Civil | Open - Case inactive |
| **Class Code Description** | **Responsible Official** | |
| Wrongful Death | Lenz, Paul J | |
| **Branch Id** | | |
| 5 | | |

## Parties

| Party Type | Party Name | Party Status |
|---|---|---|
| Plaintiff | Chwala, Estate of Jeffrey B | |
| Plaintiff | Kittl, Samantha J | |
| Subrogated plaintiff | Royal & Sun Alliance Personal | |
| Defendant | TEC (Thermal Emission Control) | |
| Defendant | W R Grace & Co | |
| Defendant | Sequa Corporation | Dismissed |
| Defendant | Van Ert Electric Co Inc | |
| Defendant | Lunda Construction | Dismissed |
| Defendant | Murphy Co | Dismissed |
| Defendant | ABC Insurance | |
| Defendant | DEF Insurance Company | |
| Defendant | Continental Casualty Co | |
| Defendant | GHI Insurance Company | |
| Defendant | JKL Insurance Company | |
| Defendant | Murphy Electric Inc | |
| Defendant | MNO Insurance Company | |
| Defendant | PQR Insurance Company | |
| Defendant | American Autogard Corporation | |
| Defendant | STU Insurance Company | |
| Defendant | Megtec Systems Inc | Dismissed |

## Party Details

**Chwala, Estate of Jeffrey B - Plaintiff**

| Date of Birth | Sex | Race[1] |
|---|---|---|

| Address | Address Updated On |
|---|---|
| 12295 312th Street, Pers Rep Dale A Chwala, Boyd, WI 54726 | 07-25-2002 |

**Also Known As**

| Name | Type | Date of Birth |
|---|---|---|
| Chwala, Estate of Jeffrey B | Changed case name | |

**Party Attorney(s)**

| Attorney Name | GAL | Entered | Withdrawn |
|---|---|---|---|
| Brose, Michael John | No | 10-15-2002 | |
| Nikolay, Paul | No | 03-03-2003 | |
| Wachs, Dana John | No | 07-25-2002 | 10-15-2002 |

**Kittl, Samantha J - Plaintiff**

| Date of Birth | Sex | Race[1] |
|---|---|---|

| Address | Address Updated On |
|---|---|
| by her GAL Ann W JohnsonMinor daughter of Jeffrey Chwala, | 07-25-2002 |

**Party Attorney(s)**

| Attorney Name | GAL | Entered | Withdrawn |
|---|---|---|---|
| Brose, Michael John | No | 10-15-2002 | |
| Johnson, Ann W | Yes | 10-15-2002 | |
| Wachs, Dana John | No | 07-25-2002 | 10-15-2002 |

**Royal & Sun Alliance Personal - Subrogated plaintiff**

| Date of Birth | Sex | Race[1] |
|---|---|---|

| Address | Address Updated On |
|---|---|
| PO Box 1000, Ins Co, Charlotte, NC 28201 | 07-25-2002 |

**Party Attorney(s)**

| Attorney Name | GAL | Entered |
|---|---|---|
| Crooks, Michael Patrick | No | 09-10-2002 |

**TEC (Thermal Emission Control) - Defendant**

| Date of Birth | Sex | Race[1] |
|---|---|---|

| Address | Address Updated On |
|---|---|
| 830 Prosper Rd, DePere, WI 54115 | 07-25-2002 |

**Also Known As**

| Name | Type | Date of Birth |
|---|---|---|
| Grace Tec Systems AB | Also known as | |

TEC Systems AB    Also known as

### W R Grace & Co - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
799 Main St, Hartford, CT 06103

**Address Updated On**  
07-25-2002

### Sequa Corporation - Defendant - Dismissed

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
229 S State Street, Dover, DE 19901

**Address Updated On**  
07-25-2002

**Party Attorney(s)**
Attorney Name   GAL   Entered
Steeves, Frank L   No    09-17-2002

### Van Ert Electric Co Inc - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
7019 Stewart Ave, Wausau, WI 54401

**Address Updated On**  
07-25-2002

**Party Attorney(s)**
Attorney Name       GAL    Entered
Farley, David James   No    09-03-2002

### Lunda Construction - Defendant - Dismissed

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
PO Box 669, 620 Gebhardt Rd, Black River Falls, WI 54615

**Address Updated On**  
07-25-2002

**Party Attorney(s)**
Attorney Name   GAL   Entered
Ritter, Reynold S   No    09-09-2002

### Murphy Co - Defendant - Dismissed

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
PO Box 669, now a division of Lunda Const, Black River Falls, WI 54615

**Address Updated On**  
07-25-2002

### ABC Insurance - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
Unknown TEC liability insurer

**Address Updated On**  
10-07-2002

### DEF Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
Unknown Megtec liability insurer

**Address Updated On**  
10-07-2002

### Continental Casualty Co - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
CNA Plaza, Chicago, IL 60685

**Address Updated On**  
10-07-2002

**Also Known As**

| Name | Type | Date of Birth |
|---|---|---|
| CNA Insurance Co | Also known as | |

**Party Attorney(s)**

| Attorney Name | GAL | Entered |
|---|---|---|
| Ware, Russell M | No | 11-13-2002 |

### GHI Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
Unknown Sequa liability insurer

**Address Updated On**  
10-07-2002

### JKL Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
Unknown Van Ert liability insurer

**Address Updated On**  
10-07-2002

### Murphy Electric Inc - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|

**Address**  
1025 N Lane Street, Kaukauna, WI 54130

**Address Updated On**  
10-07-2002

**Also Known As**

| Name | Type | Date of Birth |
|---|---|---|

Murphy Brothers Also known as

### MNO Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|
| Address | | Address Updated On |
| unknown Murphy Elect liability ins. | | 10-07-2002 |

### PQR Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|
| Address | | Address Updated On |
| Unknown Lunda liability insurer | | 10-07-2002 |

### American Autogard Corporation - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|
| Address | | Address Updated On |
| 5173 - 26th Avenue, Rockford, IL 61109 | | 10-07-2002 |

Party Attorney(s)
Attorney Name   GAL   Entered
Nelson, Craig W   No   12-12-2002

### STU Insurance Company - Defendant

| Date of Birth | Sex | Race[1] |
|---|---|---|
| Address | | Address Updated On |
| Unknown Am Autogard liab. insurer | | 10-07-2002 |

### Megtec Systems Inc - Defendant - Dismissed

| Date of Birth | Sex | Race[1] |
|---|---|---|
| Address | | Address Updated On |
| 830 Prosper Rd, De Pere, WI 54115 | | 10-07-2002 |

Party Attorney(s)
Attorney Name   GAL   Entered
Steeves, Frank L   No   11-14-2002

---

1 The designation listed in the Race field is subjective. It is provided to the court by the agency that filed the case.

2 Non-Court activities do not require personal court appearances. For questions regarding which court type

activities require court appearances, please contact the Clerk of Circuit Court in the county where the case originated.