# EXHIBIT D

## Claim No. 392 (The Smolker Claim)

# WR Grace

RUST000080

Bankruptcy Form 10
Index Sheet



Claim Number: 00000392

Receive Date: 08 / 27 / 2001

## Multiple Claim Reference

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

## Attorney Information

Firm Number:                       Firm Name:

Attorney Number:                   Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ | Non-Standard Form |
| | ☐ | Amended |
| | ☐ | Post-Deadline Postmark Date |

Box/Batch: WRBF0002/WRBF0008                             Document Number: WRBF000392

B10 (Official Form 10) (Rev. 10/96)

| UNITED STATES BANKRUPTCY COURT For the District of Delaware | PROOF OF CLAIM |
|---|---|
| In re: W.R. Grace and Company | Case Number: 01-01139 |

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Creditor Name (Person or entity debtor owes): Gary S. Smolker
Address Line 1: Smolker & Graham
Address Line 2: 4720 Lincoln Blvd., Ste. 280
Address Line 3:
City, ST ZIP: Marina Del Rey, CA 90292

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach Copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

ORIGINAL
THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: TIG v. Smolker, LASC #BC173952

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

1. BASIS FOR CLAIM
☐ Goods sold
☒ Personal injury/wrongful death
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Services performed
☐ Taxes
☐ Wages, salaries, and compensation (Fill out below)
☐ Money loaned
☒ Other (Describe Briefly) property damage

Your social security No. _____
Unpaid compensation for services performed from _____ (date) to _____ (date)

2. Date Debt Incurred: (MMDDYY) 10 11 96

3. If Court Judgment, Date Obtained:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4300), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507 (a)(7)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

5. AMOUNT OF CLAIM AT TIME CASE FILED: Unliquidated claim in excess of $3,500,000.00

(Secured)  (Unsecured Nonpriority)  (Unsecured Priority)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclosed a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 6/6/01
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Gary Smolker
Gary S. Smolker

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## DECLARATION OF SERVICE BY MAIL

I, Jane Nagaishi, declare:

At the time of service hereinafter mentioned, I am over the age of 18 years and not a party to the within action. My business address is 4720 Lincoln Boulevard, Suite 250, Marina Del Rey, California 90292. I am employed in the County of Los Angeles, California.

On August 23, 2001, I served the foregoing document described as follows:

**Proof of Claim**

on the interested parties in this action, by causing a true copy thereof enclosed in a sealed envelope(s), addressed as follows, to be placed in the U. S. Mail at Marina Del Rey, California:

**SEE ATTACHED SERVICE LIST**

At the time of service, there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury that the information stated herein is true and correct under the laws of the United States of America.

Executed on August 23, 2001, at Marina Del Rey, California.

_____
JANE NAGAISHI

DeclServ

**In Re W.R. Grace**
**USBC, District of Delaware**
**Service List**

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, Ill 60601<br>Fax: 312-861-2200 | Attorneys for Debtors |
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones PC<br>919 N. Market St., Ste. 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Attorneys for Debtors |
| Office of the United States Trustee<br>ATT: Frank J. Perch, Esq.<br>844 N. King St.<br>Wilmington, DE 19801<br>Fax: 302-573-6497 | Trustee |
| Scott L. Baena, Esq.<br>Bilzin Sumerg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131<br>Fax: 305-374-7593 | Counsel to the Official Committee of Property Damage Claimants |
| Michael B. Joseph, Esq.<br>Ferry & Jospeh, PA<br>824 Market Street, Ste. 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Fax: 302-575-1714 | Counsel to the Official Committee of Property Damage Claimants |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Fax: 212-644-6755 | Counsel to the Official Committee of Personal Injury Claimants |

| | |
|---|---|
| Matthew G. Zaleski III, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Fax: 302-654-2067 | Counsel to the Official Committee<br>of Personal Injury Claimants |
| Lewis Kruger, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Fax: 212-806-6006 | Counsel to the Official Committee<br>Of Unsecured Creditors |
| Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher, LLP<br>1100 N. Market Street, Ste. 1200<br>Wilmington, DE 19801-1246<br>Fax: 302-657-4901 | Counsel to the Official Committee<br>Of Unsecured Creditors |
| Rosemary Lewis, Esq.<br>Borton, Petrini & Conron<br>707 Wilshire, Blvd., 51st fl<br>Los Angeles, CA 90017-3613<br>Fax: 213-489-3930 | Attorneys for debtor |
| Gary Yardumian, Esq. SBN 131411<br>Prindle Decker & Amaro<br>P. O. Box 22711<br>Long Beach, CA 90801-5511<br>Fax: 562-495-0564 | Attorneys for Defendants<br>Home Saving Termite Control, Inc.<br>And Wayne Morris |
| Sherry Ruggiero Fallon #2464<br>Tybout, Redfearn & Pell<br>300 Delaware Ave., Ste. 1100<br>P. O. Box 2092<br>Wilmington, DE 19899<br>Fax: 302-658-6901 | Attorneys for Defendants<br>Home Saving Termite Control, Inc.<br>And Wayne Morris |