## EXHIBIT E

## Claim No. 387 (The Termite Control Claim)

# WR Grace
## Bankruptcy Form 10
### Index Sheet



RUST000068

Claim Number: __00000387__　　　　　Receive Date: __08 / 06 / 2001__

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: _155_　　　　Firm Name:

Attorney Number:　　　　　Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [x] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRBF0002/WRBF0008　　　　　　　Document Number: WRBF000387

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: W.R. GRACE & COMPANY | Case Number A-01-771 / 01-01139 (JJF) | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
HOME SAVING TERMITE CONTROL, INC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
PRINDLE, DECKER & AMARO
310 Golden Shore, 4th Floor
Long Beach, California  90802

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes   Indemnity Claim
- ☒ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: ___ ___ ___
  Unpaid compensation for services performed
  from _____ to _____
      (date)       (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ N/A

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
AUG -6 PM 3:58
BANKRUPTCY COURT
DISTRICT OF DELAWARE

| Date 7/25/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): GARY E. YARDUMIAN, ESQ. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ORIGINAL

WR Grace   BF.2.8.387
00000387

**TYBOUT, REDFEARN & PELL**
Bank of Delaware Building
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Tel. No.: (302)658-6901
Fax No.: (302)658-4018

**PRINDLE, DECKER & AMARO LLP**
(PRO HAC VICE)
Gary E. Yardumian, Esq. (Bar No. 131411)
Bradley L. Taylor, Esq. (Bar No. 191963)
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
97CR 1000

Attorneys for Cross-Defendants, **HOME SAVING TERMITE CONTROL, INC. and W.F. MORRIS**

UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE W.R. GRACE & COMPANY,<br><br>Debtor, | Chapter 11<br><br>Case No. 01-01139 |
| TIG INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual, and DOES 1-10, inclusive,<br><br>Defendant. | **DOCUMENTS OFFERED IN SUPPORT OF PROOF OF CLAIM** |
| AND RELATED CROSS-ACTIONS | |

GEY/SMOLKER/PLEADINGS/proofofclaim.wpd

1

**DOCUMENTS OFFERED IN SUPPORT OF PROOF OF CLAIM**

COMES NOW, Creditors, HOME SAVING TERMITE CONTROL, INC. and WAYNE MORRIS, hereby submit the following Memorandum of Points and Authorities and Declaration of Gary E. Yardumian in support of proof of claim.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF REASONS IN SUPPORT OF CLAIM

There is currently pending before this Court a Petition for Relief under 11 U.S.C.§§ 1101, et seq., relating to the affairs of Debtor, W.R. GRACE & COMPANY (hereinafter "Debtor"). Said petition, entitled In Re W.R. Grace & Company bears the case number 01-01139. Debtor is a cross-defendant and alleged manufacturer of a product in a state strict products liability action entitled TIG INSURANCE v. GARY SMOLKER, et al., and related cross-actions, California Case No. BC 173952. Moving Parties, HOME SAVING TERMITE CONTROL, INC. and WAYNE MORRIS, are also cross-defendants to the same strict products liability action. However, Moving Parties only applied Debtor's product and never manufactured or supplied the product. Therefore, Moving Parties have a potential claim for indemnity against Debtor if a trier of fact finds Moving Parties liable under a strict products liability theory.

More specifically, the potential indemnity cross-complaint against Debtor arises out of an incident on October 15 and 16, 1996, in which HOME SAVING TERMITE CONTROL, INC. (hereinafter "Home Saving Inc."), a termite control company owned and operated by WAYNE MORRIS (hereinafter "Morris"), applied the product Syloid 244 to the condominium unit owned by GARY SMOLKER and ALICE SMOLKER (hereinafter "the Smolkers"). The Smolkers allege they have sustained personal injuries as a result of exposure to Syloid 244. Syloid 244 was manufactured and distributed by the Debtor, W.R. GRACE & COMPANY. On or about July 2, 1997, TIG INSURANCE COMPANY filed a declaratory relief action against the Smolkers seeking a declaration that TIG INSURANCE COMPANY is not responsible to pay any insurance proceeds to the Smolkers. Thereafter, in October of 1997, the Smolkers filed a cross-complaint against HOME SAVING TERMITE CONTROL, INC., WAYNE MORRIS, W.R. GRACE & COMPANY and numerous other parties alleging 31 causes of action, including but not limited to a strict products liability cause of action

against HOME SAVING TERMITE CONTROL, INC., WAYNE MORRIS, and W.R. GRACE & COMPANY. This state court action, entitled TIG INSURANCE v. GARY SMOLKER, et al., and related cross-actions, Case No. BC 173952, was filed in the Los Angeles Superior Court, Central District.

The state court action referenced above is set to commence trial on June 11, 2001. Moving Parties have the potential to file a cross-complaint against Debtor for indemnity to recover any monies Moving Parties are forced to pay if a trier of fact finds the Smolkers sustained personal injuries as a result of a defective product manufactured and supplied by Debtor, W.R. GRACE & COMPANY. Moving Parties have yet to file the cross-complaint against Debtor because prior to the bankruptcy petition, Moving Parties and Debtor have maintained a joint defense agreement in the TIG Insurance Company v. Gary Smolker action in which both parties agreed to cooperate and not file cross-complaints against each other.

On or about April 2, 2001, Debtor filed a Chapter 11 Bankruptcy Petition in this Court. As a result, Moving Parties were forced to bring this proof of claim.

## II.

## CONCLUSION

Based upon the foregoing, Moving Parties, HOME SAVING TERMITE CONTROL, INC. and WAYNE MORRIS, have a claim against Debtor in the form of a state court indemnity cross-complaint against the Debtor.

DATED: April __, 2001

PRINDLE, DECKER & AMARO LLP
GARY E. YARDUMIAN
BRADLEY L. TAYLOR

By: _____
GARY E. YARDUMIAN
Attorneys for Cross-Defendants,
HOME SAVING TERMITE CONTROL, INC.,
W.F. MORRIS AND RIKK THOMPSON

GEY/SMOLKER/PLEADINGS/proofofclaim.wpd   **DOCUMENTS OFFERED IN SUPPORT OF PROOF OF CLAIM**

## DECLARATION OF GARY E. YARDUMIAN

I, Gary E. Yardumian, declare as follows:

1. I am an attorney, duly licensed to practice law in all the courts of the State of California, and am admitted to practice in the United States District Court, Central District of California. I am a partner with the law firm of Prindle, Decker & Amaro LLP, attorneys of record for Moving Parties, HOME SAVING TERMITE CONTROL, INC., and WAYNE MORRIS (hereinafter "Moving Parties"). I am the attorney primarily responsible for handling the state court action entitled TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952. As such, I am readily familiar with the facts of this case and have personal knowledge of the facts set forth in this declaration. If called upon as a witness, I could, and would, testify competently as follows:

2. I have retained the services of WILL REDFEARN of TYBOUT, REDFEARN & PELL, a member of the bar of this Court to represent HOME SAVING TERMITE CONTROL, INC., and WAYNE MORRIS at the hearing in this action, and assist my firm in obtaining admission pro hac vice. Enclosed herein under separate cover is a copy of Moving Parties Motion and Order for Admission Pro Hac Vice.

3. The aforementioned state court action arises out of a October 15 and 16, 1996 incident in which HOME SAVING TERMITE CONTROL, INC. (hereinafter "Home Saving") applied the product Syloid 244 to GARY SMOLKER and ALICE SMOLKER (hereinafter "the Smolkers") condominium unit for the purpose of eradicating termites. The Smolkers allege they have sustained personal injuries as a result of exposure to Syloid 244.

4. Syloid 244 was manufactured and distributed by Debtor, W.R. GRACE & COMPANY (hereinafter "Debtor").

5. On or about July 2, 1997, TIG Insurance Company filed a declaratory relief action against the Smolkers seeking a declaration that TIG Insurance Company is not required to pay for any insurance proceeds to the Smolkers. Thereafter, in October of 1997, the Smolkers filed a cross-complaint against HOME SAVING TERMITE CONTROL, INC., WAYNE MORRIS, W.R. GRACE & COMPANY, and numerous other parties alleging 31 causes of action, including but not limited to a strict products liability

cause of action against HOME SAVING TERMITE CONTROL, INC., WAYNE MORRIS and W.R. GRACE & COMPANY.

6. The gravamen of the Smolkers' cross-complaint is that Syloid 244 is a defective product and was negligently applied by Home Saving. The state court action was filed in the Los Angeles Superior Court Central District.

7. Shortly after the Smolkers filed their cross-complaint Moving Parties and Debtor entered into a joint defense agreement to defend against the Smolkers' claims. One of the provisions of the joint defense agreement provided neither Moving Parties nor Debtor would file a cross-complaint against each other. Further, the joint defense agreement provided each party would assist in defense costs, and provide cooperation and assistance in discovery and at trial.

8. On or about April 2, 2001, Debtor filed Chapter 11 petition for bankruptcy relief. Said bankruptcy petition, entitled In Re W.R. GRACE & COMPANY, bears the case number 01-01139, and is currently pending before this Court.

9. Moving Parties bring the instant Proof of Claim in order to preserve their rights to indemnity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April ___, 2001, at Long Beach, California.

GARY E. YARDUMIAN, Declarant

GEY/SMOLKER/PLEADINGS/proofofclaim.wpd

**DOCUMENTS OFFERED IN SUPPORT OF PROOF OF CLAIM**

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, certify that I am not less than 18 years of age; that service of the attached document was made on the individuals and/or entities below on the 6th day of August, 2001 by first class mail in accordance with BR 7004:

Gary S. Smolker, Esq.
Alice M. Graham, Esq.
LAW OFFICE OF SMOLKER & GRAHAM
4720 Lincoln Blvd., Ste. 280
Marina Del Rey, CA   90292

Jeffrey A. Charlston, Esq.
Robert D. Hoffman, Esq.
CHARLSTON, REVICH & WILLIAMS
1840 Century Park East,
3rd Floor
Los Angeles, CA 90067-2104

Sara M. Thorpe, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA   94111

JoLynn M. Pollard, Esq.
GORDON & REES, LLP
300 South Grand Avenue
20th Floor
Los Angeles, CA 90071

David L. Hughes, Esq.
Stacie L. Brandt, Esq.
BOOTH, MITCHELL & STRANGE, LLP
701 South Parker Street
# 6500
PO Box 11055
Orange, CA 92856-8155

Larry M. Arnold, Esq.
Annabelle M. Harris, Esq.
J. Thomas Gilbert, Esq.
Laura N. MacPherson, Esq.
CUMMINS & WHITE
2424 S.E. Bristol Street
Suite 300
Newport Beach, CA   92660-0757

Bryan Porter, Esq.
Rosemarie S. Lewis, Esq.
BORTON, PETRINI & CONRON
707 Wilshire Blvd., Suite 5100
Los Angeles, CA 90017-3613

Jeffrey Horowitz, Esq.
HOROWITZ, SOLOMON & PARKER
6404 Wilshire Blvd., #850
Los Angeles, CA 90048-5510

GIBBS, GIDEN, LOCHER & TURNER
2029 Century Park East
34th Floor
Los Angeles, CA 90067-3039
Attention: Michael B. Geibel

FONDA, HILBERMAN & FRASER, LLP
1888 Century Park East
Suite 1777
Los Angeles, CA   90067
Attn: Cecille L. Hester, Esq.

MURAWSKI & GREY
11755 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Attention: David M. Grey, Esq.

LEWIS D'AMATO BRISBOIS
    & BISGARD LLP
221 North Figueroa St., #1200
Los Angeles, CA 90012-2601
Attn: Richard B. Wolf, Esq.

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl et al.
919 N. Market St., Suite 1600
Post Office Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Frank J. Perch, Esquire
Office of United State Trustee
601 Walnut St., Room 950 West
Philadelphia, PA 19106

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Robert N. Ridenour, Esquire
Borton, Petrini & Conron
707 Wilshire Blvd., 51st Floor
Los Angeles, CA 90017-3613

James H. M. Spraygeren, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 1002

**TYBOUT, REDFEARN & PELL**

_/s/ Sherry Ruggiero Fallon_
SHERRY RUGGIERO FALLON (#2464)
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901

Of Counsel:

GARY E. YARDUMIAN, ESQUIRE
BRADLEY L. TAYLOR, ESQUIRE
Prindle, Decker & Amaro, LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90801-5511
Attorneys for Cross-Defendants,
Home Saving Termite Control, Inc. and W.F. Morris