# EXHIBIT G

## Proof of Service Mailing List

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 3020 Old Ranch Parkway, Suite 300, Seal Beach, California 90747.

On **June 27, 2006**, I served the foregoing document described as **BRIEF OF RESPONDENTS, ALBERT COSTELLO AND JAMES HYDE** on the other parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**BY MAIL:**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at **Seal Beach**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 27, 2006**, at **Seal Beach**, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**Angie Barocio**
Type or Print Name

Angie Barocio
Signature

**PROOF OF SERVICE MAILING LIST**
*SMOLKER, et al. v. PACIFIC VILLAS HOA, et al.*

Gary S. Smolker, Esq.
LAW OFFICES OF GARY S. SMOLKER
16055 Ventura Boulevard, Suite 525
Encino, CA 91436-2609
BUS (818) 788-7290; FAX (818) 788-7503
Attorneys for Appellant, **Gary S. Smolker, In Pro Per**

Michael B. Geibel, Esq.
GIBBS, GIDEN, LOCHER & TURNER, LLP
2029 Century Park East
One Century Plaza, 34th Fl.
Los Angeles, CA 90067-3039
BUS (310) 552-3400; FAX (310) 552-0805
Attorneys for **James and Julie Holland**

Sara Thorpe, Esq.
GORDON & REES
275 Battery Street, 20th Floor
San Francisco, CA 94111
BUS (415) 986-5900; FAX (415) 986-8054
Attorneys for **Truck Underwriters Association; Farmers Group, Inc; Farmers Insurance Group of Companies**

Joshua Solomon, Esq.
2020 Santa Monica Blvd., Suite 210
Santa Monica, CA 90404
BUS (323) 966-4362
Attorneys for **Frontier Pacific Insurance Company**

Michael H. Raichelson, Esq.
PROCTOR, McCARTHY & SLAUGHTER
789 S. Victoria Avenue, Suite 305
Ventura, CA 93003-5419
BUS (805) 658-7800; FAX (805) 658-8258
Attorneys for **Lance Robbins; Angela Verdun; Gerald Ivory**

Peter Godfrey, Esq.
GILBERT, KELLY, CROWLEY & JENNETT
1055 West Seventh Street, Suite 2000
Los Angeles, CA 90017-2577
BUS (909) 276-4000; FAX (909) 276-4100
Attorneys for **Matthew J. Fredericks; Virginia K. Cipriano**

John J. Waller, Jr., Esq.
FINESTONE & RICHTER
11601 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
BUS (310) 575-0800; FAX (310) 575-0170
Attorneys for **Joseph A. Bailey**

Pamela E. Dunn, Esq.
Daniel J. Koes, Esq.
DUNN KOES LLP
336 South Euclid Avenue
Pasadena, CA 91101
BUS (626) 685-9500; FAX (626) 685-2010
Attorneys for **State Farm Fire & Casualty Co.**

Michael M. Pollak, Esq.
POLLAK, VIDA & FISHER
1800 Century Park East, Suite 400
Los Angeles, CA 90067-1507
BUS (310) 203-1620
Attorneys for **Allstate Insurance Co.**

Gary Yardumian, Esq.
PRINDLE, DECKER & AMARO
310 Golden Shore, 4th Floor
P.O. Box 22711
Long Beach, CA 90801-5511
BUS (562) 436-3946; FAX (562) 495-0564
Attorneys for **Rick Thompson**

David M. Grey, Esq.
GREY & GREY
233 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
BUS (310) 444-1980; FAX (310) 444-1970
Attorneys for **TIG; Pacific Villas HOA**

Jeffrey A. Charlston, Esq.
Robert D. Hoffman, Esq.
CHARLESTON, REVICH & CHAMBERLIN
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
BUS (310) 551-7000; FAX (310) 203-9321
Attorneys for **Dennis A. Babbit; Goregis Group, Inc.; Goregis Insurance Co.; Dean & Associates; California Insurance Company**

David L. Hughes, Esq.
Stacie Brandt, Esq.
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
P.O. Box 11055
Orange, CA 92856-8155
BUS (714) 480-8500; FAX (714) 480-8533
Attorneys for **Reliance Insurance Company**

Richard B. Wolf, Esq.
LEWIS, D'AMATO, BRISBOIS & BISGAARD
221 North Figueroa Street, Suite 12000
Los Angeles, CA 90012
BUS (213) 250-1800; FAX (213) 250-7900
Attorneys for **Inter-Insurance Exchange of Automobile Club**

Michael A. K. Dan
Professional Corporation
1990 S. Bundy, Suite 540
Los Angeles, CA 90025
BUS (310) 477-5455; FAX (310) 473-1594

United States Trustee
Staff Attorney
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Los Angeles Superior Court
Central District
Department 15
111 N. Hill Street
Los Angeles, CA 90012

Court of Appeal
2nd Appellate District
Division 7
300 S. Spring Street
Suite 2217
Third Floor
Los Angeles, CA 90013