IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 30th day of January, 2015, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> Notice of Thirty-Sixth Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection); and

> Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection).

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**W. R. Grace NEW 2002 Service List**
Case No. 01-1139 (KJC)
Doc. No. 191999
13 – HAND DELIVERY
27- FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*HAND DELIVERY*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*HAND DELIVERY*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*HAND DELIVERY*
*(Counsel to Representative Counsel to Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*HAND DELIVERY*
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*HAND DELIVERY*
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

*HAND DELIVERY*
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Mark Hankin and Hanmar Associates MLP)
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to Plum Creek Timberlands, L.P.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel for Norfolk Southern Railway Company)
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19801

*FIRST CLASS MAIL*
(Co-Counsel to Reorganized Debtor)
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Jeffrey Gettleman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*FIRST CLASS MAIL*
(Counsel to Reorganized Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

*FIRST CLASS MAIL*
(Reorganized Debtor)
W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044

*FIRST CLASS MAIL*
(The Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037

*FIRST CLASS MAIL*
(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

*FIRST CLASS MAIL*
(Trustee - Asbestos PD Trust (7A))
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

*FIRST CLASS MAIL*
(Counsel for Asbestos PD Trust (7A))
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

*FIRST CLASS MAIL*
(Counsel for ZAI Claimants)
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
(ZAI Trustee)
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
(Counsel for Edward B. Cottingham, Jr.,
ZAI Trustee))
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC 29401

*FIRST CLASS MAIL*
(Asbestos PI Trust)
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

*FIRST CLASS MAIL*
(Counsel to Asbestos PI Trust)
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

*FIRST CLASS MAIL*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

*FIRST CLASS MAIL*
(Counsel to Asbestos PI Committee)
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

*FIRST CLASS MAIL*
(Special Insurance Coverage Counsel to the
Official Committee of Asbestos Personal
Injury Claimants )
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*FIRST CLASS MAIL*
(Counsel to Asbestos PI Trust)
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402

*FIRST CLASS MAIL*
(Counsel to Asbestos PI Trust)
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

*FIRST CLASS MAIL*
(Counsel to Plum Creek Timberlands, L.P.)
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

*FIRST CLASS MAIL*
(Counsel to the Official Committee of Equity
Security Holders)
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*FIRST CLASS MAIL*
(Counsel to Samson Hydrocarbons)
Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

*FIRST CLASS MAIL*
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

*FIRST CLASS MAIL*
(Creditor)
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005

*First Class Mail*
(Counsel to Numerous Asbestos Claimants)
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

*FIRST CLASS MAIL*
(Counsel to Continental Casualty Company, Transportation Insurance Company, CAN ClaimPlus, Inc., as successor in interest to RSKCo Services, Inc. f/k/a Transcontinental Technical Services, Inc.)
Jonathan W. Young, Esquire
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606-1229

*FIRST CLASS MAIL*
(Counsel to Plum Creek Timberlands, L.P.)
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

*FIRST CLASS MAIL*
(Counsel for the United States)
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044

*FIRST CLASS MAIL*
(Counsel for Norfolk Southern Railway Company)
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

*FOREIGN FIRST CLASS*
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec H2Y 2A3
CANADA

WR Grace 37th Omni Obj to Claims Service List
Case No. 01-1139
Document No. 197745
19 – First Class Mail

**First Class Mail**
(Trial Counsel for W.R. Grace & Co.)
Rosemary S. Lewis, Esquire
Borton Petrini LLP
777 So. Figueroa Street, Suite 4250
Los Angeles, CA 90017

**First Class Mail**
(Counsel for Appellant, Gary S. Smolker, In Pro Per)
Gary S. Smolker, Esquire
Law Offices of Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 91436-2609

**First Class Mail**
(Counsel for James and Julie Holland)
Michael B. Geibel, Esquire
Gibbs, Giden, Locher & Turner, LLP
2029 Century Park East
One Century Plaza, 34th Floor
Los Angeles, CA 90067-3039

**First Class Mail**
Counsel for Truck Underwriters Association; Farmers Group, Inc.; Farmers Insurance Group of Companies)
Sara Thorpe, Esquire
Gordon & Rees
275 Battery Street, 20th Floor
San Francisco, CA 94111

**First Class Mail**
(Counsel for Frontier Pacific Insurance Company)
Joshua Solomon, Esquire
2020 Santa Monica Blvd., Suite 210
Santa Monica, CA 90404

**First Class Mail**
(Counsel for Lance Robbins; Angela Verdum; Gerald Ivory)
Michael H. Raichelson, Esquire
Proctor, McCarthy & Slaughter
789 S. Victoria Avenue, Suite 305
Ventura, CA 93003-5419

**First Class Mail**
(Counsel for Matthew J. Fredericks; Virginia K. Cipriano)
Peter Godfrey, Esquire
Gilbert, Kelly, Crowley & Jennett
1055 West Seventh Street, Suite 2000
Los Angeles, CA 90017-2577

**First Class Mail**
(Counsel for Joseph A. Bailey)
John J. Waller, Jr., Esquire
Finestone & Richter
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025

**First Class Mail**
(Counsel for State Farm Fire & Casualty Co.)
Pamela E. Dunn, Esquire
Daniel J. Koes, Esquire
Dunn Koes LLP
336 South Euclid Avenue
Pasadena, CA 91101

**First Class Mail**
(Counsel for Allstate Insurance Co.)
Michael M. Pollak, Esquire
Pollak, Vida & Fisher
1800 Century Park East, Suite 400
Los Angeles, CA 90067-1507

**First Class Mail**
(Counsel for Rick Thompson; Home Saving Termite Control Inc.; Wayne Morris)
Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
P.O. Box 22711
Long Beach, CA 90801-5511

**First Class Mail**
(Counsel for TIG; Pacific Villas HOA)
David M. Grey, Esquire
Grey & Grey
233 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

**First Class Mail**
(Counsel for Dennis A. Babbit; Goregis
Group, Inc.; Goregis Insurance Co.; Dean &
Associates; California Insurance Company)
Jeffrey A. Charlston, Esquire
Robert D. Hoffman, Esquire
Charleston, Revich & Chamberlin
1925 Century Park East, Suite 1250
Los Angeles, CA 90067

**First Class Mail**
(Counsel for Reliance Insurance Company)
David L. Hughes, Esquire
Stacie Brandt, Esquire
Booth, Mitchel & Strange LLP
701 South Parker Street, Suite 6500
P.O. Box 11055
Orange, CA 92856-8155

**First Class Mail**
(Counsel for Inter-Insurance Exchange of
Automobile Club)
Richard B. Wolf, Esquire
Lewis, D'Amato, Brisbois & Bisgaard
221 North Figueroa Street, Suite 12000
Los Angeles, CA 90012

**First Class Mail**
Michael A. K. Dan
Professional Corporation
1990 S. Bundy, Suite 540
Los Angeles, CA 90025

**First Class Mail**
United States Trustee
Staff Attorney
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

**First Class Mail**
Los Angeles Superior Court
Central District
Department 15
111 N. Hill Street
Los Angeles, CA 90012

**First Class Mail**
Court of Appeal
2nd Appellate District
Division 7
300 S. Spring Street, Suite 2217
Third Floor
Los Angeles, CA 90013