# TAB B

1

Weschler

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------x

In Re:                           CHAPTER 11

W.R. GRACE & CO., et al.,        01-01139(JKF)

            Debtors.             Re: Docket No.
                                     21754

---------------------------------x

CONFIDENTIAL PORTIONS INCLUDED


RICHARD JAY WESCHLER

New York, New York

Tuesday, September 1, 2009


Reported by:  Steven Neil Cohen, RPR

Job No. 303220

9

1                          Weschler
2        A.    I knew the word but, no.
3        Q.    Had you had any involvement with
4   Libby while you were at Grace?
5        A.    No.
6        Q.    Are you currently a shareholder of
7   W.R. Grace?
8        A.    Yes, I am.
9        Q.    How many shares do you own?
10       A.    Roughly 10.7 million through my
11  fund.
12       Q.    Is that the Peninsula fund?
13       A.    That is correct, Peninsula
14  Investment Partners.
15       Q.    Now, I believe you are chair of
16  the equity committee; is that correct?
17       A.    That is correct.
18       Q.    Have you been chair of the equity
19  committee since there has been an equity
20  committee?
21       A.    Yes.
22       Q.    Does the equity committee have any
23  experts or professionals other than counsel?
24       A.    No.
25       Q.    Let me hand you what purports to


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Richard Jay Weschler                         September 1, 2009
                   CONTAINS CONFIDENTIAL PORTION

                                                                    15
1                          Weschler
2          we are now.
3      BY MR. SPEIGHTS:
4          Q.    Were you the lead negotiator for
5      the equity committee with respect to the
6      plan of reorganization?
7          A.    Yes.
8          Q.    Did you negotiate among others
9      with either the PI committee or members of
10     the PI committee?
11         A.    Yes.
12         Q.    Did you negotiate with Mr. Rice?
13         A.    Yes.
14         Q.    Did you negotiate with Mr. Cooney?
15         A.    Tangentially.
16         Q.    Did you negotiate with
17     Mr. Insulbuch or his partner Mr. Lockwood?
18         A.    They were all parties.
19         Q.    Who did you perceive to be the
20     lead negotiator for the PI group?
21             MR. BERNICK:  Objection to form;
22         if there was one.
23             THE WITNESS:  I would view Mr.
24         Rice as the lead point person.
25