# TAB D

STATE OF SOUTH CAROLINA        )
                               )          AFFIDAVIT
COUNTY OF HAMPTON              )


AFTER BEING DULY SWORN, THE AFFIANT DEPOSES AS FOLLOWS:

I, Susan T. Murdaugh, am at least eighteen years of age and competent to testify as to the matters contained herein.  I have been employed as a paralegal for Daniel A. Speights since May 1981.

The factual information included in this affidavit is based upon my personal knowledge from reviewing documents produced by W.R. Grace & Co. (Grace).

In 1995, Grace produced seven (7) boxes of billing or invoice registers from its Construction Products Division at its document repository in Boston, Massachusetts.   These registers indicate the amount of Grace products sold during a given month and also indicate the customer name, product name or type and amount sold, as well as the plant where the product was produced and shipped. Some of the billing registers include the state in which the customer resided. These registers are not complete as they only cover a period from 1971 to 1973.

In September 2013, I was placed in charge of a team tasked with reviewing these billing registers and documenting all of the information which could be gleaned from the registers about the distribution of Zonolite Attic Insulation, Masonry Fill and Surface Treatment products.  The team which carried out the

task included employees of the Speights & Runyan firm, Rosie Lightsey, Hope Youngblood, Tammy Shaffer, Kim Noll and myself. After the documents were reviewed, they were then given to Rosie Lightsey, a legal assistant in our firm, to enter into an Excel spreadsheet. Mrs. Lightsey, Mrs. Noll, Mrs. Youngblood, and Mrs. Shaffer all contributed to the effort which took months of work dedicated almost exclusively to this large task. Over 2,000 hours was spent on this project which was completed in May 2014.

While I was reviewing these registers, I noted considerable duplication (same invoice number, amount, etc.) as the registers often recorded the same sale in two different formats. I directed the team entering the data to avoid all duplications which we could find, however, it is probable that some amount still exists due to the sheer volume of data.

At the completion of this project, Dan Speights asked Mrs. Lightsey to tally the product totals but first she was instructed to delete all duplicates from the spreadsheet. Attached to this affidavit is Mrs. Lightsey's chart of product totals.

**FURTHER, THE AFFIANT SAYETH NOT.**

SUSAN T. MURDAUGH

SWORN TO before me this
4th day of February, 2015

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires:    3/3/19

## BILLING REGISTER TOTALS

### INSULATION

| Product | Product Totals | Less Duplicate Totals | Net Totals | Removal Costs |
|---|---|---|---|---|
| Attic Insulation | 10,252,349 | 2,196,689 | 8,055,660 | |
| Masonry Fill | 10,218,981 | 2,153,671 | 8,065,310 | |
| | | | | |
| | | | | |
| **Grand Total** | **20,471,330** | **4,350,360** | **16,120,970** | |

### SURFACE TREATMENT

| Product | Product Totals | Less Duplicate Totals | Net Totals | Removal Costs (*30/sf) |
|---|---|---|---|---|
| Monokote (MK-3) | 4,340,872 | 661 | 1,027,799 | $30,833,970 |
| Monokote (MK-4) | 3,084,245 | 839,946 | 2,244,299 | $67,328,970 |
| Monokote (MK-5) | 2,542,451 | 848,566 | 1,693,885 | $50,816,550 |
| Acoustical | 22,631 | 0 | 22,631 | $678,930 |
| Econo-White | 1,123 | 0 | 1,123 | $33,690 |
| Hi-Sorb | 19,473 | 0 | 19,473 | $584,190 |
| P-Tex Fog | 54,586 | 0 | 54,586 | $1,637,580 |
| Perltex | 25,001 | 0 | 25,001 | $750,030 |
| Perltex 40 | 12,290 | 0 | 12,290 | $368,700 |
| Prep Coat #3 | 400 | 0 | 400 | $12,000 |
| Prep Coat #4 | 1,140 | 0 | 1,140 | $34,200 |
| Spra-Insulation | 3,904 | 0 | 3,904 | $117,120 |
| Spra-Whyt Acoustical | 1,664 | 0 | 1,664 | $49,920 |
| Spray Surfacer | 9 | 0 | 9 | $270 |
| Super 40 | 12,238 | 0 | 12,238 | $367,140 |
| Super 40 Fog | 19,238 | 0 | 19,238 | $577,140 |
| Super 40 Perlite | 116,380 | 0 | 116,380 | $3,491,400 |
| Super 40 Poly | 53,219 | 0 | 53,219 | $1,596,570 |
| Super 40 SAV | 62,788 | 0 | 62,788 | $1,883,640 |
| Versakote | 60,353 | 0 | 60,353 | $1,810,590 |
| | | | | |
| **Grand Total** | **10,434,005** | **1,689,173** | **5,432,420** | **$162,972,600** |

BILLING REGISTER DATES: 1/2/1971 - 12/27/1973