## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Anderson Memorial Hospital's Reply In Support of Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief was made on February 4, 2015 upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801


**BY FIRST CLASS MAIL**

John Donley, P.C.
Adam C. Paul, Esq.
Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, Illinois 606054

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, Illinois 60607-1823


Under penalty of perjury, I declare that the foregoing is true and correct.


    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)