**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. [1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re: Docket No. 31812, 31856, 31873,** |
| | ) **32044, 32068, 32324, and 32417** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION TO ADJOURN
HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER
OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION**

1.      On March 5, 2014, Anderson Memorial Hospital ("AMH") filed its Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief (the "Motion") [Docket No. 31812][2].

2.      On March 18, 2014, the Court entered the Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification (the "Order") [Docket No. 31873].

3.      On October 6, 2014, the Court entered the Amended Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification (the "Order") [Docket No. 32417].

4.      The Court rescheduled the February 24, 2015 omnibus hearing to March 4, 2015, however counsel for W. R. Grace & Co., et al. ("Grace") is unavailable.

5.      The parties consented and agreed that the Motion will be heard on April 14, 2015 at 10:00 a.m.

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

6.    The parties have entered into a Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification (the "Stipulation").

7.    Attached hereto as Exhibit A is a copy of a proposed form of Order Approving Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification (the "Order"). A copy of the Stipulation is attached to the Order as Exhibit 1 thereto.

8.    By way of this certification, the Reorganized Debtors respectfully request that the Court enter the Order, thereby approving the terms of the Stipulation.

9.    Counsel for the parties are available, should the Court have any questions or concerns with the foregoing or the Amended Order.

Dated: February 24, 2015

KIRKLAND & ELLIS LLP
John Donley
Lisa Esayian
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors