# <u>EXHIBIT A</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: Docket No. 31812, 32068, 32324** |

### ORDER APPROVING STIPULATION TO ADJOURN HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION

Upon consideration of the Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification attached hereto as Exhibit 1 (the "Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation and all of its terms are approved.

2.      The hearing on the Motion is adjourned to April 14, 2015 at 10:00 a.m.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated:   February ___, 2015

_____
The Honorable Kevin J. Carey,
United States Bankruptcy Court Judge

---

1      The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re: Docket Nos. 31812, 31856, 31873, 32044,** |
| | **32068, 32324, 32417** |

## STIPULATION TO ADJOURN HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION

On March 5, 2014, Anderson Memorial Hospital ("AMH") filed its *Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief* (the "Motion"). On July 21, 2014, the Court entered an Order approving an Amended Stipulation for Briefing Schedule and Hearing Date for the Motion. [Docket No. 32324] The Order and Amended Stipulation provided that AMH would file its Reply in support of its Motion by September 30, 2014 at 4:00 p.m. eastern time, and a hearing would be held in the Bankruptcy Court on the Motion on October 14, 2014 at 10:00 a.m. eastern time.

Pursuant to the *Amended Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification* [Docket No. 32417 (October 6, 2014)] (the "Amended Order"), the Court approved a Stipulation between the parties further modifying certain deadlines and establishing that a hearing on the Motion would take place at the February 2015 omnibus hearing or the next hearing thereafter if the Court did not schedule a February 2015 omnibus hearing. Pursuant to the Amended Order, AMH filed its Reply on February 4, 2015.

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

The February 2015 omnibus hearing was rescheduled for March 4, 2015 at the direction of the Court but counsel for Grace is unavailable on March 4, 2015 and the parties have agreed that the Motion will be heard on April 14, 2015 at 10:00 a.m.

Therefore, with respect to the Motion, IT IS HEREBY FURTHER STIPULATED AND AGREED, by, between, and among the undersigned, the attorneys of record for Reorganized Debtors W. R. Grace & Co., et al. ("Grace") and AMH, that:

1)    The hearing on the Motion is adjourned to April 14, 2015 at 10:00 a.m.

Dated:  February 24, 2015

                              FERRY JOSEPH, P.A.


                              /s/ Theodore J. Tacconelli
                              Theodore J. Tacconelli (No. 2678)
                              Ferry Joseph, P.A.
                              824 Market Street, Suite 1000
                              P.O. Box 1351
                              Wilmington, DE 19899
                              Telephone: (302) 575-1555
                              Facsimile: (302) 575-1714

                              and

                              Daniel A. Speights (SC Fed. ID No. 4252)
                              A. Gibson Solomons (SC Fed. ID No. 7769)
                              SPEIGHTS & RUNYAN
                              100 Oak Street East
                              P.O. Box 685
                              Hampton, SC 29924
                              Telephone: (803) 943-4444
                              Facsimile: (803) 943-4599

and

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Anderson Memorial Hospital*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

and

KIRKLAND & ELLIS LLP
John Donley, P.C.
Lisa Esayian
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Attorneys for Reorganized Debtors*