IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

Objection Deadline: February 23, 2015, at 4:00 p.m.
Hearing Date: March 4, 2015, at 4:00 p.m.

**CERTIFICATION OF NO OBJECTION REGARDING MOTION REQUESTING ENTRY OF AN ORDER: (A) FILING JOINT DEFENSE AGREEMENT UNDER SEAL; AND (B) APPLYING THE PROTECTIVE PROVISIONS OF FED. R. EVID. 502 THERETO [DOCKET NO. 32499]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion Requesting Entry of an Order: (A) Filing Joint Defense Agreement Under Seal; and (B) Applying the Protective Provisions for Fed. R. Evid. 502 Thereto* (the "Motion") filed on February 3, 2015. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than February 23, 2015 at 4:00 p.m.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:198479.1 91100/001

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: February 27, 2015

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:198479.1 91100/001