IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co., et al. | ) | Case No. 01-01139 (KJC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | Hearing Date: March 4, 2015, at 10:00 a.m. |
| | ) | Response Deadline: March 2, 2015 at 4:00 p.m. |

Re: Docket No. 32497
Claim No. 392
Claimant Gary S. Smolker

CLAIMANT GARY S. SMOLKER'S RESPONSE TO THE
THIRTY-SEVENTH OMNIBUS OBJECTION TO
CERTAIN CLAIMS FILED REGARDING PREPETITION LITIGATION
CAPTIONED <u>TIG INSURANCE COMPANY V. GARY SMOLKER, ET. AL.</u>,
CASE NO. BC 173952 (LOS ANGELES COUNTY SUPERIOR COURT),
DATED JANUARY 30, 2015 ("the 37th Omnibus Objection")

TO THE HONORABLE COURT,

I am in receipt of the 37th Omnibus Objection.

This response is directed to the 37th Omnibus Objection.

My name is Gary S. Smolker.

I am a claimant in the bankruptcy of the W. R. Grace & Co. in the United States Bankruptcy Court for the District of Delaware, Case No. 01-01139.

1

My PROOF OF CLAIM, dated June 6, 2001, was filed on or about August 27, 2001 with the Clerk, U.S. Bankruptcy Court, District of Delaware and has been assigned Claim Number 392.

I am the person with whom counsel for the Reorganized Debtors should communicate with respect to the claim or objection thereto or my response thereto, and I possess authority to reconcile, settle, or otherwise resolve the objection to the Disputed Claim on behalf of the Claimant, who is me, myself.

My contact information (name, address, telephone number and fax number) is as follows:

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, California 91436-2609

Office Phone Number: (818) 788-7290
Cell Phone Number: (310) 749-9735
Fax number: (818) 788-7503
E-mail: GSmolker@aol.com

In the 37th Omnibus Objection co-counsel for the Reorganized Debtors state they will ask the Court to enter an Order permitting the California State Court Litigation pending in the Los Angeles County Superior Court, captioned *TIG Insurance Company v. Gary Smolker, et al., Los Angeles Superior Court Case No. BC 173952* to proceed to judgment, if I respond to the 37th Omnibus Objection.

I too would like, and request, the Court to enter an Order permitting the California State Court Litigation pending in the Los Angeles County Superior Court, captioned *TIG Insurance Company v. Gary Smolker, et al., Los Angeles Superior Court Case No. BC 173952* to proceed to judgment.

WHEREFORE, I, claimant Gary S. Smolker, request the Court enter an Oder permitting the California State Court Litigation pending in the Los Angeles County Superior Court, captioned *TIG Insurance Company v. Gary Smolker, et al., Los Angeles Superior Court Case No. BC 173952* to proceed to judgment.

2

Dated: February 25, 2015            */s/ Gary S. Smolker/*
                                    _____
                                    Gary S. Smolker, Claimant, In pro per
                                    Claim No. 392
                                    16055 Ventura Blvd., Suite 525
                                    Encino, California 91436-2609
                                    Phone: (818) 788-7290
                                    Fax: (818) 788-7503

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case. My business address is Joseph W. Kellener, 16055 Ventura Blvd., Suite 525, Encino, California 91436.

On February 25, 2015, I served a true and correct copy of the foregoing document entitled CLAIMANT GARY S. SMOLKER'S RESPONSE TO THIRTY-SEVENTH OBJECTION TO CERTAIN CLAIMS FILED REGARDING THE PREPETION LITIGATION CAPTIONED TIG INSURANCE COMPANY V. GARY SMOLKER, ET. AL., CASE NO BC 173952 (LOS ANGELES SUPERIOR COURT), DATED JANUARY 30, 2015 the original of which is affixed hereto,

1. by First Class Mail by depositing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as shown on the attached service list - service information continued on attached page,
2. and by facsimile transmission as listed on the attached service list – service information continued on the attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February 25, 2015   Joseph W. Kellener   _____

SERVICE BY MAIL LIST

In re: W. R. Grace & Co., Reorganized Debtors

Chapter 11, Case No. 01-01139 (KJC)

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Adam Paul<br>300 North LaSalle Street<br>Chicago, IL 60654 | Co-Counsel for Reorganized Debtors |
| THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Co-Counsel for Reorganized Debtors |
| PACHULSKI STANG ZIEHL & JONES LLP<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | Co-Counsel for Reorganized Debtors |
| Michael Magzamen<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | Counsel to the Official Committee of Unsecured Creditors |
| Michael R. Lastowski<br>Duane, Morris & Heckscher, LLP<br>110 N. Market Street, Suite 120<br>Wilmington, DE 19801-1246 | Counsel to the Official Committee of Unsecured Creditors |
| Scott L. Baena<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Bickell Avenue, Suite 2300 | Counsel to the Official Committee of Asbestos Property Damage Claimants |

| | |
|---|---|
| Miami, FL 33131 | |
| Michael B. Joseph<br>Ferry & Joseph, P.A.<br>824 Mrket Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Counsel to the Official Committee of Asbestos Property Damage Claimants |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY10152-3500 | Counsel to the Official Committee of Asbestos Personal Injury Claimants |
| Marla Eskin<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801 | Counsel to the Official Committee of Asbestos Personal Injury Claimants |
| Thomas M. Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Counsel to the Official Committee of Equity Holders |
| Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue P.O. Box 1266<br>Wilmington, DE 19899-1397 | Counsel to the Official Committee of Equity Holders |
| Richard H. Wyron<br>Orric, Herrington & Sutchliffe LLP<br>1152 15th Street, NW<br>Washington, D.C. 20005 | Counsel to the Asbestos Future Claimants' Representative |
| John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Counsel to the Asbestos Future Claimants' Representative |

| | |
|---|---|
| Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899 | Counsel to the Asbestos PD Future Claimants' Representative |
| Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270 | Counsel to the Asbestos PD Future Claimants' Representative |
| Office of the United States Trustee,<br>Attention: Richard L. Schepecarter, Esq.<br>844 N. King Street<br>Wilmington, DE 19801 | |

# SERVICE BY FACSIMILE TRANSMISSION LIST

In re: W. R. Grace & Co., Reorganized Debtors

Chapter 11, Case No. 01-01139 (KJC)

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Adam Paul<br>John Donley<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Facsimile: (312) 862-2200 | Co-Counsel for Reorganized Debtors |
| THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>Facsimile: (312) 577-0737 | Co-Counsel for Reorganized Debtors |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>James I. O'Neill<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Facsimile: (302) 652-4400 | Co-Counsel for Reorganized Debtors |