# EXHIBIT C

**Extracts from Schedule F of W. R. Grace & Co.-Conn. Relevant to the Prepetition Litigation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO.-CONN. | ) | Case No. 01-01140 |
| | ) | |
| Debtor. | ) | |

# SCHEDULES OF ASSETS AND LIABILITIES

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG &
 JONES P.C.
Laura Davis Jones
Hamid R. Rafatjoo
David W. Carickhoff, Jr.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100

Co-counsel for the Debtors and Debtors
 in Possession

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1620749 - 10072655<br>FAIRMONT FOODS<br>511 EAST CHATHAM ST<br>CARY   NC   27511 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1102917 - 10319850<br>FAIRMONT SUPPLY<br>PO BOX 1388<br>MOUNT VERNON   IL   62864 | TRADE PAYABLE | | $222.81 |
| 1097042 - 10320421<br>FAIRMONT SUPPLY CO.<br>BOX 360155M<br>PITTSBURGH   PA   15251 | TRADE PAYABLE | | $1,336.62 |
| 1243570 - 10326626<br>FAIRPORT PUBLIC LIBRARY<br>c/o ATTY GENERAL OF OHIO<br>GOVERNMENT OFFICE<br>140 E. TOWN STREET, 1ST FLOOR<br>COLUMBUS   OH   43215 | OPEN LITIGATION-PLAINTIFF<br>99CVH0302633 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1620453 - 10072359<br>FAITH PLATING CO OF LOS ANGELES | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693013 - 10324876<br>FALCO FRANK<br>Attn EDUARDO R LATOUR ESQ<br>LATOUR & ASSOCIATES PA<br>135 EAST LEMON STREET<br>TARPON SPRINGS   FL   34686 | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1690519 - 10326961<br>FALCO, FRANK | OPEN LITIGATION-PLAINTIFF<br>99001178CI020 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1547750 - 10317098<br>FALCON FOAM CORP<br>P O BOX 116182<br>ATLANTA   GA   30368-6363 | TRADE PAYABLE | | $15,395.93 |
| 1564152 - 10318234<br>FALCONITE EQUIPMENT INC<br>P O BOX 60858<br>SAINT LOUIS   MO   63160-0858 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $284.00 |
| 1618306 - 10070212<br>FALLS PRODUCT INC | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1620454 - 10072360<br>FAMILIAN CORP<br>Attn STEVE ADCOX<br>JEFFRY V NICKEL CEO<br>13704 SATICOY ST<br>VAN NUYS   CA   91402 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618660 - 10070566<br>FANSTEEL INC VR/WESSON CO SUBSIDIAR<br>MARK J STEGER<br>500 WEST MADISON ST<br>40TH FLOOR<br>CHICAGO   IL   60661-2511 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1248317 - 10321923<br>FISHER, SR WILLIE B<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS  TX  75204 | ASBESTOS CLAIM | Contingent, Disputed | $3,500.00 |
| 1690524 - 10326317<br>FISHER, TIMOTHY, L. | ASBESTOS CODEFENDANT<br>99001178CI020 | Contingent, Disputed, Unliquidated | Unknown |
| 1672241 - 10058763<br>FISHER, TIMOTHY | INSURED CLAIM<br>60632606 | Contingent, Disputed, Unliquidated | Unknown |
| 1100263 - 10319352<br>FISHER-KLOSTERMAN, INC.<br>P.O. BOX 11190<br>LOUISVILLE  KY  40211 | TRADE PAYABLE | | $2,152.72 |
| 1614507 - 10318695<br>FISHER-ROSEMOUNT<br>Attn SERVICE AND SUPPORT<br>PO BOX 73869<br>CHICAGO  IL  60673-7869 | TRADE PAYABLE | | $30,314.85 |
| 1097055 - 10320423<br>FISHER-ROSEMOUNT SERVICE & SUPPORT<br>P.O. BOX 73869<br>CHICAGO  IL  60673-7869 | TRADE PAYABLE | | $4,391.70 |
| 1694461 - 10327993<br>FISHERS GUIDE DIVISION<br>100 TOWNLINE RD<br>SYRACUSE  NY  13221 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1690525 - 10326318<br>FISKE BROS. REFINING CO. | ASBESTOS CODEFENDANT<br>36300 | Contingent, Disputed, Unliquidated | Unknown |
| 1693481 - 10325235<br>FISKE BROTHERS REFINING COMPANY<br>NEW YORK  NY | LITIGATION CODEBTOR<br>CASE NUMBER: 11340/00<br>CASE NUMBER: 363/00 BENZEN | Contingent, Disputed, Unliquidated | Unknown |
| 1621115 - 10073021<br>FISONS CORP<br>DONALD FREDERICO  MCDERMOTT WILL &<br>28 STATE ST<br>34TH FLOOR<br>BOSTON  MA  02109 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1248381 - 10322668<br>FITE J B<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS  TX  75204 | ASBESTOS CLAIM | Contingent, Disputed | $3,500.00 |
| 1248396 - 10321886<br>FITT CHARLES G<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS  TX  75204 | ASBESTOS CLAIM | Contingent, Disputed | $3,500.00 |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1106102 - 10324886<br>MOLYCHEM, LLC<br>P.O. BOX 187<br>BELVIDERE    IL   61008-0187 | TRADE PAYABLE | | $230,859.20 |
| 1552399 - 10317608<br>MOM & DADS DELI<br>6345 SOUTH CENTRAL AVENUE<br>CHICAGO    IL   60638 | TRADE PAYABLE | | $289.66 |
| 1693012 - 10324873<br>MOMMAERTS THOMAS J<br>Attn JAMES K HICKMAN ESQ<br>FORIZS & DOGALI PL<br>600 N WESTSHORE BLVD SUITE 502<br>TAMPA    FL   33609 | NONASBESTOS CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1690643 - 10326401<br>MOMMAERTS, THOMAS, J. | ASBESTOS CODEFENDANT<br>99001178CI020 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1676018 - 10322211<br>MONCRIEF ED L<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG    MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1386564 - 10322879<br>MONDRAGON BONIFACIO E<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS    TX   75204 | ASBESTOS CLAIM | Contingent,<br>Disputed | $3,500.00 |
| 1386572 - 10321716<br>MONDRIK, SR FRANK J<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS    TX   75204 | ASBESTOS CLAIM | Contingent,<br>Disputed | $3,500.00 |
| 1386595 - 10322855<br>MONETT WARREN E<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS    TX   75204 | ASBESTOS CLAIM | Contingent,<br>Disputed | $3,500.00 |
| 1687709 - 10322212<br>MONFORD SARAH P<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG    MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1103124 - 10319898<br>MONITOR LABS<br>76 INVERNESS DRIVE EAST<br>ENGLEWOOD    CO   80112-5189 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $1,281.83 |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1688531 - 10324313<br>PRESTIDGE, JR. WILLIAM M<br>c/o ROBINS CLOUD GREENWOOD LUBEL<br>910 TRAVIS<br>SUITE 2020<br>HOUSTON  TX  77002 | ASBESTOS CLAIM | Contingent, Disputed | $3,400.00 |
| 1620015 - 10071921<br>PRESTIGE LINCOLN-MERCURY INC | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1677723 - 10323269<br>PRESTON DARRYL<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG  MS  39401 | ASBESTOS CLAIM | Contingent, Disputed | $1,750.00 |
| 1688093 - 10322343<br>PRESTON THOMAS<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG  MS  39401 | ASBESTOS CLAIM | Contingent, Disputed | $1,575.00 |
| 1688532 - 10324314<br>PRESTON PAUL<br>c/o ROBINS CLOUD GREENWOOD LUBEL<br>910 TRAVIS<br>SUITE 2020<br>HOUSTON  TX  77002 | ASBESTOS CLAIM | Contingent, Disputed | $3,400.00 |
| 1618310 - 10070216<br>PRESTON CORP | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1690690 - 10326971<br>PRETE, ROBERTA, J. | OPEN LITIGATION-PLAINTIFF 99001178CI020 | Contingent, Disputed, Unliquidated | Unknown |
| 1688533 - 10324315<br>PREWITT DOUGLAS W<br>c/o ROBINS CLOUD GREENWOOD LUBEL<br>910 TRAVIS<br>SUITE 2020<br>HOUSTON  TX  77002 | ASBESTOS CLAIM | Contingent, Disputed | $3,400.00 |
| 1427009 - 10321336<br>PRICE CLIFTON R<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS  TX  75204 | ASBESTOS CLAIM | Contingent, Disputed | $3,500.00 |
| 1427249 - 10324176<br>PRICE MARCELLUS<br>c/o LAW OFFICE OF JOSEPH F BRUEGGER<br>5477 GLEN LAKES DRIVE<br>SUITE 209 LB12<br>DALLAS  TX  75231 | ASBESTOS CLAIM | Contingent, Disputed | $3,750.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtor. | ) | |

# SCHEDULES OF ASSETS AND LIABILITIES

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG &
  JONES P.C.
Laura Davis Jones
Hamid R. Rafatjoo
David W. Carickhoff, Jr.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100

Co-counsel for the Debtors and Debtors
  in Possession

In re: W.R. GRACE & CO., Case No. 01-01139

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1694670 - 10328162<br>FL EMERGENCY PHYSICIANS-KANG& ASSOC | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1694671 - 10328163<br>FLETCHER YVETTE | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1691146 - 10096363<br>FORT BEND INDEPENDENT SCHOOL DISTRI | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1691129 - 10096306<br>FRANK FALCO | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1683683 - 10068249<br>FRESENIUS NATIONAL<br>Attn MEDICAL CARE HOLDINGS, INC.<br>95 HAYDEN AVENUE<br>LEXINGTON   MA   02173 | TAXES, INTEREST AND PENALTIES INDEMNIFICATION UNDER TAX SHARING AND INDEMNIFICATION AGREEMENT DATED SEPTEMBER 27, 1996. | Contingent, Disputed, Unliquidated | Unknown |
| 1684766 - 10069332<br>FRESENIUS NATIONAL MEDICAL CARE HOL<br>95 HAYDEN AVENUE<br>LEXINGTON   MA   02173 | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1694672 - 10328164<br>FUSTING DEBORAH | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1260182 - 10326643<br>GARRISON CHARLINE<br>c/o TOM F LEWIS<br>PO BOX 2325<br>GREAT FALLS    MT | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694556 - 10328088<br>GASKIN LLC | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1621164 - 10073070<br>GE 440 INC | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1693783 - 10327140<br>GEN TELEPHONE & ELECTRONICS CORP<br>HARTER SECREST & EMERY<br>CRAIG A. SLATER AND ANGELA DEMERLE<br>3550 HSBC CENTER<br>BUFFALO   NY   14203 | LITIGATION CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1264281 - 10243222<br>GILL JAMES<br>c/o BRAYTON PURCELL<br>222 RUSH LANDING ROAD<br>PO BOX 2109<br>NOVATO   CA   94945 | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694554 - 10328086<br>GILREATH JAMES | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |

In re: W.R. GRACE & CO., Case No. 01-01139

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1694702 - 10328194<br>PITTS FRANCES | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694703 - 10328195<br>POOLE BARBARA N. | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694704 - 10328196<br>POOLE ROY | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694705 - 10328197<br>POWERS MARIA RIVERA | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694495 - 10328027<br>PREBIL JOHN | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694496 - 10328028<br>PREBIL MARGERY | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1427307 - 10250478<br>PRICE PAUL D<br>c/o WALLACE AND GRAHAM<br>525 NORTH MAIN STREET<br>SALISBURY   NC   28144 | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1691097 - 10096191<br>PURCELL CONSTRUCTION, INC.<br>Attn KEITH E. COULTER, ESQ.<br>2900 WESLAYAN<br>SUITE 375<br>HOUSTON   TX   77027 | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1691096 - 10096187<br>R. C. LUKER CONSTRUCTION | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1694706 - 10328198<br>RAMSAY JOYCE | EMPLOYMENT LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694377 - 10327915<br>REMEDIUM GROUP, INC.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | INTERCOMPANY PAYABLE | | $1,157,166.00 |
| 1693830 - 10327168<br>REV. WINSTON CLARKE | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1694540 - 10328072<br>RICHARDS DANIEL V | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1691130 - 10096310<br>ROBERTA J. PRETE | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |

In re: W.R. GRACE & CO., Case No. 01-01139

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1691082 - 10096135<br>THOMAS J. MOMMAERTS<br>Attn JAMES K. HICKMAN, ESQ.<br>FORIZ & DOGALI, P.L.<br>600 NORTH WESTSHORE BLVD<br>SUITE 502<br>TAMPA   FL   33609 | NONASBESTOS CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694532 - 10328064<br>THOMPSON HARRISON E | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694553 - 10328085<br>THORNBURG RONALD | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1691081 - 10096132<br>TIMOTHY L. FISHER<br>TARPON SPRINGS     34689 | NONASBESTOS CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694536 - 10328068<br>TOENEBOEHN GABRIELLA J | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693808 - 10327123<br>TOSCO REFINING COMPANY<br>MAHER & MAHER LLP<br>660 NEWPORT CENTER DRIVE<br>SUITE 1600<br>NEWPORT BEACH   CA   92660 | LITIGATION CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1691121 - 10096280<br>TRI-STATE GENERATION & TRANSMISSION | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693833 - 10327159<br>U. S. EPA<br>ARIEL RICE BUILDING<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON   DC   20460 | LITIGATION CLAIMANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693834 - 10327182<br>UNITED STATES OF AMERICA<br>Attn ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON   DC   20530-0001 | LITIGATION CLAIMANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694376 - 10327914<br>W. R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | INTERCOMPANY PAYABLE | | $373,651,681.00 |
| 1592616 - 10327092<br>W.R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | CO-OBLIGOR<br>CO-OBLIGOR ON FIVE-YEAR FACILITY WITH CHASE | Contingent,<br>Unliquidated | Unknown |
| 1592616 - 10327183<br>W.R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | CO-OBLIGOR<br>CO-OBLIGOR ON 364 DAY FACILITY WITH CHASE | Contingent,<br>Unliquidated | Unknown |