## Exhibit D

**Register of Actions, Case No. 99-00178-CI, dated as of February 23, 2015**

# REGISTER OF ACTIONS
## CASE NO. 99-001178-CI

FRANK FALCO, et al vs. W R GRACE AND CO, et al

§
§
§
§
§
§
§

Case Type: **AUTO NEGLIGENCE - CIRCUIT**
Date Filed: **02/17/1999**
Location: **Section 7**
Judicial Officer: **BOYER, BRUCE**
UNIFORM CASE NUMBER: **521999CA001178XXCICI**

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| CLOSED DEFENDANT - DISMISSED/DR | W R GRACE AND CO | JAMES K HICKMAN<br>BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP<br>777 S HARBOUR ISLAND BOULEVARD<br>SUITE 500<br>TAMPA, FL 33602<br>813-281-1900(W) |
| DEFENDANT | FISHER, TIMOTHY L |  |
| DEFENDANT | MOMMAERTS, THOMAS J | JAMES K HICKMAN<br>BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP<br>777 S HARBOUR ISLAND BOULEVARD<br>SUITE 500<br>TAMPA, FL 33602<br>813-281-1900(W) |
| PLAINTIFF | FALCO, FRANK | EDUARDO R LATOUR<br>LATOUR AND ASSOCIATES P A<br>135 E LEMON ST<br>TARPON SPRINGS, FL 34689<br>727-937-9577(W) |
| PLAINTIFF | PRETE, ROBERTA J | EDUARDO R LATOUR<br>LATOUR AND ASSOCIATES P A<br>135 E LEMON ST<br>TARPON SPRINGS, FL 34689<br>727-937-9577(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/04/2015 | CORRESPONDENCE TO COURT RE:<br>ORDER RECD BY COURT 020315 |
| 02/04/2015 | ORDER ON CASE MANAGEMENT CONFERENCE |
| 12/04/2014 | NOTICE OF HEARING<br>012215 1:30 |
| 10/08/2014 | CASE REOPENED |
| 10/08/2014 | PLTF/PET'S MOTION<br>FOR CASE MANAGEMENT CONFERENCE |
| 06/27/2014 | AMENDED NOTICE OF HEARING<br>071014 9:30 |
| 05/20/2014 | NOTICE OF HEARING |

|  |  |
|---|---|
|  | 071114 1:15 |
| 05/20/2014 | DESIGNATION OF E-MAIL ADDRESS(ES) |
| 05/09/2014 | PLTF/PET'S MOTION<br>FOR CASE MANAGEMENT CONFERENCE |
| 03/17/2014 | CASE REOPENED |
| 03/17/2014 | PLTF/PET'S MOTION<br>TO LIFT STAY |
| 12/30/2010 | RESPONSE<br>Comment: RESPONSE TO NOTICE OF LACK OF PROSECUTION; VER: F; P |
| 12/22/2010 | NOTICE-LACK OF PROSECUTION MAILED TO PLTF/PLTF ATTY<br>Comment: NOTICE-LACK OF PROS MLD TO PLTF/PLTF ATTY; VER: N; K |
| 12/22/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: W R GRACE AND CO (REMOVED FROM MASTER ORDER); VER: N; K |
| 12/22/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: MOMMAERTS THOMAS J; VER: N; K |
| 12/22/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: FISHER TIMOTHY L; VER: N; K |
| 12/22/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: NOTICE-LACK OF PROS-DISM 022211-MLD AS TO:; VER: N; K |
| 01/25/2010 | RESPONSE<br>Comment: RESPONSE TO NOTICE OF LACK OF PROSECUTION; VER: F; P |
| 01/20/2010 | NOTICE-LACK OF PROSECUTION MAILED TO PLTF/PLTF ATTY<br>Comment: NOTICE-LACK OF PROS MLD TO PLTF/PLTF ATTY; VER: N; K |
| 01/20/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: W R GRACE AND CO (REMOVED FROM MASTER ORDER); VER: N; K |
| 01/20/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: MOMMAERTS THOMAS J; VER: N; K |
| 01/20/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: FISHER TIMOTHY L; VER: N; K |
| 01/20/2010 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: NOTICE-LACK OF PROS-DISM 032210-MLD AS TO:; VER: N; K |
| 02/19/2009 | RESPONSE<br>Comment: RESPONSE TO NOTICE OF LACK OF PROSECUTION; VER: F; P |
| 02/17/2009 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: MOMMAERTS THOMAS J; VER: N; K |
| 02/17/2009 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: FISHER TIMOTHY L; VER: N; K |
| 02/17/2009 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: NOTICE OF LACK OF PROSECUTION MAILED AS TO:; VER: N; K |
| 03/24/2008 | DEMAND FOR JURY TRIAL<br>Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 03/24/2008 | NOTICE CAUSE IS AT ISSUE READY FOR TRIAL<br>Comment: NOTICE CAUSE IS AT ISSUE READY FOR TRIAL; VER: F; P |
| 03/17/2008 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: MOMMAERTS THOMAS J; VER: N; K |
| 03/17/2008 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: FISHER TIMOTHY L; VER: N; K |
| 03/17/2008 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: NOTICE OF LACK OF PROSECUTION MAILED AS TO:; VER: N; K |
| 05/03/2007 | DEF/RESP'S MOTION TO STRIKE<br>Comment: MOTION STRIKE MOTION FOR CASE MGMT CONFERENCE; VER: F; D |
| 04/25/2007 | PLTF/PET'S MOTION<br>Comment: MOTION FOR CASE MANAGEMENT CONFERENCE; VER: F; P |
| 01/25/2007 | DEF/RESP'S MOTION TO STRIKE<br>Comment: MOTION STRIKE NOTICE FOR TRIAL; VER: F; D |
| 01/08/2007 | DEMAND FOR JURY TRIAL<br>Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 01/08/2007 | NOTICE<br>Comment: NOTICE FOR TRIAL; VER: F; P |
| 12/26/2006 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: MOMMAERTS THOMAS J; VER: N; K |
| 12/26/2006 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: FISHER TIMOTHY L; VER: N; K |
| 12/26/2006 | NOTICE-LACK OF PROS-DISM 000000-MLD AS TO:<br>Comment: NOTICE OF LACK OF PROSECUTION MAILED AS TO:; VER: N; K |
| 01/18/2006 | NOTICE OF CANCELLATION<br>Comment: NOTICE OF CANCELLATION OF HEARING 012006; VER: F; P |
| 12/16/2005 | NOTICE OF HEARING<br>Comment: NOTICE OF HEARING 012006 AT 10:45; VER: F; P |
| 12/05/2005 | DEMAND FOR JURY TRIAL<br>Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 12/05/2005 | NOTICE<br>Comment: NOTICE FOR TRIAL; VER: F; P |
| 09/01/2005 | MEDIATION CONFERENCE REPORT<br>Comment: SECOND INTERIM MEDIATION CONFERENCE REPORT RETD BY PO; VER: F; P |
| 08/09/2005 | MEDIATION CONFERENCE REPORT<br>Comment: SECOND INTERIM MEDIATION CONFERENCE REPORT; VER: F; P |
| 02/07/2005 | OBJECTION<br>Comment: OBJECTION TO MOTION TO SET CASE FOR JURY TRIAL ETC; VER: F; D |
| 01/31/2005 | PLTF/PET'S MOTION<br>Comment: MOTION FOR CASE MANAGEMENT CONF; VER: F; P |
| 01/31/2005 | DEMAND FOR JURY TRIAL<br>Comment: DEMAND FOR JURY TRIAL; VER: N; P |

| Date | Event |
|---|---|
| 01/31/2005 | **PLTF/PET'S MOTION** — Comment: MOTION TO SET JURY TRIAL; VER: F; P |
| 03/23/2004 | **DEMAND FOR JURY TRIAL** — Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 03/23/2004 | **PLTF/PET'S MOTION TO SET TRIAL** — Comment: RENEWED MOTION SET TRIAL; VER: F; P |
| 07/29/2003 | **TEXT** — Comment: INTERIM MEDIATION STATUS REPORT; VER: F; P |
| 07/02/2003 | **OBJECTION** — Comment: OBJECTION TO MOTION TO SET CASE FOR TRIAL ETC; VER: F; D |
| 07/02/2003 | **NOTICE OF FILING** — Comment: NOTICE OF FILING ATTD; VER: N; D |
| 06/26/2003 | **TEXT** — Comment: SECOND ORDER OF REFERRAL TO MEDIATION; VER: F; P |
| 06/11/2003 | **TEXT** — Comment: AMENDED MOTION TO SET FOR JURY TRIAL; VER: F; P |
| 06/11/2003 | **DEMAND FOR JURY TRIAL** — Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 06/11/2003 | **TEXT** — Comment: TO SET FOR TRIAL /THOMAS J MOMMAERTS; VER: F; D |
| 06/11/2003 | **TEXT** — Comment: OBJECTION TO MOTION TO SET FOR TRIAL/TO STRIKE MOTION; VER: N; D |
| 06/03/2003 | **PLTF/PET'S MOTION** — Comment: MOTION TO SET CASE FOR JURY TRIAL; VER: F; P |
| 04/04/2003 | **NOTICE OF HEARING** — Comment: NOTICE OF HEARING 042903; VER: F; P |
| 07/12/2002 | **CASE CLOSED** — Comment: CASE CLOSED; VER: N; P |
| 07/12/2002 | **TEXT** — Comment: SET MEDIATION; VER: F; D |
| 07/12/2002 | **TEXT** — Comment: ORDER GRANTING MOTION TO STAY PROCEEDINGS/; VER: N; D |
| 07/12/2002 | **TEXT** — Comment: SUGGESTION OF DEATH; VER: F; D |
| 06/11/2002 | **TEXT** — Comment: NOTICE OF TOLLING TIME FOR MEDIATION; VER: F; P |
| 06/07/2002 | **DEF/RESP'S MOTION** — Comment: MOTION STAY PROCEEDINGS TH THOMAS J MOMMAERTS; VER: F; D |
| 05/22/2002 | **END OF VOLUME** — Comment: END OF VOLUME: ((((((((((END VOLUME 1)))))))))); VER: N; K |
| 05/22/2002 | **NOTICE OF HEARING** — Comment: NOTICE OF HEARING 06282 AT 9:00; VER: F; D |
| 05/22/2002 | **DEF/RESP'S MOTION** — Comment: MOTION THOMAS J MOMMAERTS TO CONTINUE MEDIATION; VER: F; D |
| 05/13/2002 | **ORDER OF REFERRAL TO MEDIATION** — Comment: SECOND ORDER OF REFERRAL TO MEDIATION; VER: F; P |
| 03/27/2002 | **TEXT** — Comment: ORDER GRANTING WITHDRAWAL OF COUNSEL OF TIMOTHY FISHER; VER: F; D |
| 02/20/2002 | **NOTICE OF HEARING** — Comment: NOTICE OF HEARING 032002 AT 11:45; VER: F; D |
| 02/20/2002 | **DEF/RESP'S MOTION TO WITHDRAW** — Comment: MOTION TO WITHDRAW AS COUNSEL; VER: F; D |
| 02/13/2002 | **TEXT** — Comment: W R GRACE AND CO ONLY; VER: F; P |
| 02/13/2002 | **NOTICE OF VOLUNTARY DISMISSAL** — Comment: NOTICE OF VOLUNTARY DISMISSAL AS TO; VER: N; P |
| 02/13/2002 | **DEMAND FOR JURY TRIAL** — Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 02/13/2002 | **TEXT** — Comment: RENEWED MOTION SET CASE FOR JURY TRIAL; VER: F; P |
| 12/28/2001 | **NOTICE OF SERVICE OF INTERROGATORIES** — Comment: NOTICE OF SERVICE OF INTERROGATORIES (SUPPL); VER: F; P |
| 05/16/2001 | **TEXT** — Comment: NOTICE CHANGE OF ADDRESS OF COUNSEL; VER: F; D |
| 05/02/2001 | **TEXT** — Comment: INTERIM MEDIATION STATUS REPORT 012301; VER: F; P |
| 04/09/2001 | **SUGGESTION OF BANKRUPTCY AS TO:** — Comment: SUGGESTION OF BANKRUPTCY AS TO: W R GRACE & CO; VER: F; D |
| 03/29/2001 | **TEXT** — Comment: RESPONSE TO REQUEST FOR COPIES; VER: F; D |
| 02/26/2001 | **SUBPOENA DUCES TECUM W/O DEPO** — Comment: SUBPOENA DUCES TECUM W/O DEPO SERVED (2); VER: F; D |
| 02/12/2001 | **NOTICE OF MEDIATION CONFERENCE** — Comment: NOTICE OF MEDIATION CONFERENCE 042701; VER: F; P |
| 02/12/2001 | **ORDER GRANTING EXTENSION OF TIME** — Comment: ORDER GRANTING EXTENSION OF TIME 042701; VER: F; P |
| 02/07/2001 | **REQUEST FOR COPIES** — Comment: REQUEST FOR COPIES; VER: F; P |
| 01/31/2001 | **TEXT** — Comment: MCKNIGHT CHIROPRACTIC CLINIC; VER: F; D |
| 01/31/2001 | **NOTICE OF PRODUCTION FROM NON-PARTY** — Comment: NOTICE OF PRODUCTION OF NON-PARTY OF; VER: N; D |
| 01/24/2001 | **ORDER OF REFERRAL TO MEDIATION** |

| Date | Entry |
|---|---|
| | Comment: ORDER OF REFERRAL TO MEDIATION; VER: F; P |
| 01/12/2001 | **DEMAND FOR JURY TRIAL** |
| | Comment: DEMAND FOR JURY TRIAL; VER: N; P |
| 01/12/2001 | **PLTF/PET'S MOTION TO SET TRIAL** |
| | Comment: MOTION SET TRIAL; VER: F; P |
| 07/19/2000 | **STIPULATION** |
| | Comment: STIPULATION OF PARTIES; VER: F; P |
| 07/19/2000 | **TEXT** |
| | Comment: THOMAS J MOMMAERTIS FILE AMENDMENT AFFIRMATIVE DEFENSES; VER: F; D |
| 07/19/2000 | **TEXT** |
| | Comment: ORDER APPROVING STIPULATION TO ALLOW W R GRACE & CO/; VER: N; D |
| 07/19/2000 | **TEXT** |
| | Comment: THOMAS J MOMMAERTS TO FILE AMENDMENT TO AFFIRMATIVE DEFENSES; VER: F; D |
| 07/19/2000 | **STIPULATION** |
| | Comment: STIPULATION OF PARTIES TO ALLOW W R GRACE & CO AND; VER: N; D |
| 07/19/2000 | **ATTORNEY COVER LETTER** |
| | Comment: ATTORNEY COVER LETTER; VER: F; D |
| 05/26/2000 | **TEXT** |
| | Comment: NOTICE OF COMPLIANCE W/ORDER; VER: F; D |
| 05/09/2000 | **TEXT** |
| | Comment: ORDER GRANTING MOTION TO AMEND AFFIRMATIVE DEFENSES; VER: F; D |
| 05/09/2000 | **TEXT** |
| | Comment: ORDER ON OBJECTIONS TO NOTICE OF PRODUCTION ETC; VER: F; D |
| 05/09/2000 | **ATTORNEY COVER LETTER** |
| | Comment: ATTORNEY COVER LETTER; VER: F; D |
| 05/08/2000 | **AMENDED NOTICE OF TAKING DEPO** |
| | Comment: AMENDED NOTICE TAKING VIDEO DEPO OF FRANK FALCO/ROBERTA J PRETE; VER: F; D |
| 05/03/2000 | **NOTICE OF TAKING DEPOSITION** |
| | Comment: NOTICE TAKING VIDEO DEPOSITION OF FRANK FALCO/ROBERTA J PRETE; VER: F; D |
| 04/05/2000 | **AMENDED NOTICE OF TAKING DEPO** |
| | Comment: AMENDED NOTICE OF TAKING DEPO OF FRANK FALCO/ROBERTA J PRETE; VER: F; D |
| 03/27/2000 | **AMENDED NOTICE OF HEARING** |
| | Comment: AMENDED NOTICE OF HEARING 042400; VER: F; D |
| 03/27/2000 | **TEXT** |
| | Comment: W R GRACE & CO/THOMAS J MOMMAERTS; VER: F; D |
| 03/27/2000 | **DEF/RESP'S MOTION** |
| | Comment: MOTION FILE AMENDMENT TO AFFIRMATIVE DEFENSES BY; VER: N; D |
| 03/17/2000 | **TEXT** |
| | Comment: OBJECTION TO NOTICE OF PRODUCTION FROM NON-PARTY; VER: F; P |
| 03/14/2000 | **TEXT** |
| | Comment: NOTICE OF CHANGE OF FIRM NAME AND ADDRESS; VER: F; D |
| 03/14/2000 | **NOTICE OF TAKING DEPOSITION** |
| | Comment: NOTICE OF TAKING DEPOSITION OF FRANK FALCO/ROBERTA J PRETE; VER: F; D |
| 03/14/2000 | **TEXT** |
| | Comment: ROGER PLATA, ESQUIRE 031300; VER: F; D |
| 03/14/2000 | **NOTICE OF PRODUCTION FROM NON-PARTY** |
| | Comment: NOTICE OF PRODUCTION OF NON-PARTY OF; VER: N; D |
| 03/02/2000 | **TEXT** |
| | Comment: SUPPLEMENTAL RESPONSE TO REQUEST FOR COPIES; VER: F; D |
| 02/17/2000 | **TEXT** |
| | Comment: ROBERTA PRETE TO TIMOTHY L FISHER; VER: F; P |
| 02/17/2000 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES** |
| | Comment: NOTICE OF SERVICE SECOND ADDENDUM ANSWERS INTERROGATORIES BY; VER: N; P |
| 02/16/2000 | **NOTICE OF HEARING** |
| | Comment: NOTICE OF HEARING 042400; VER: F; D |
| 01/24/2000 | **RESPONSE** |
| | Comment: RESPONSE TO REQUEST FOR COPIES; VER: F; D |
| 01/24/2000 | **TEXT** |
| | Comment: AMENDED AFFIRMATIVE DEFENSES/TIMOTHY FISHER; VER: F; D |
| 01/24/2000 | **DEF/RESP'S MOTION** |
| | Comment: MOTION TO AMEND AFFIRMATIVE DEFENSES/TIMOTHY FISHER; VER: F; D |
| 01/05/2000 | **TEXT** |
| | Comment: TIMOTHY FISHER; VER: F; P |
| 01/05/2000 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES** |
| | Comment: NOTICE OF SERVICE ANSWERS INTERROGATORIES TO; VER: N; P |
| 01/05/2000 | **TEXT** |
| | Comment: FRANK FALCO TO TIMITHY FISHER; VER: F; P |
| 01/05/2000 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES** |
| | Comment: NOTICE OF SERVICE ANSWERS 2ND INTERROGATORIES BY; VER: N; P |
| 01/05/2000 | **TEXT** |
| | Comment: TO TIMOTHY L FISHER; VER: F; P |
| 01/05/2000 | **RESPONSE TO REQUEST FOR PRODUCTION** |
| | Comment: RESPONSE TO 2ND REQUEST FOR PRODUCTION BY ROBERTA J PRETE; VER: N; P |
| 01/05/2000 | **RESPONSE TO REQUEST FOR PRODUCTION** |
| | Comment: RESPONSE TO 2ND REQUEST FOR PRODUCTION TO TIMOTHY L FISHER; VER: F; P |
| 12/14/1999 | **TEXT** |
| | Comment: TO ROBERTA PRETE; VER: F; D |
| 12/14/1999 | **REQUEST FOR PRODUCTION** |
| | Comment: 2ND REQUEST FOR PRODUCTION BY TIMOTHY FISHER; VER: N; D |
| 12/14/1999 | **REQUEST FOR PRODUCTION** |
| | Comment: 2ND REQUEST FOR PRODUCTION BY TIMOTHY FISHER; VER: F; D |
| 12/14/1999 | **TEXT** |
| | Comment: TIMOTHY FISHER TO FRANK FALCO; VER: F; D |

| Date | Entry |
|---|---|
| 12/14/1999 | **NOTICE OF SERVICE OF INTERROGATORIES**<br>Comment: NOTICE OF SERVICE OF 2ND INTERROGATORIES BY; VER: N; D |
| 12/03/1999 | **RESPONSE TO REQUEST FOR PRODUCTION**<br>Comment: RESPONSE TO REQUEST FOR PRODUCTION BY ROBERTA J PRETE; VER: N; P |
| 12/03/1999 | **RESPONSE TO REQUEST FOR PRODUCTION**<br>Comment: TO TIMOTHY L FISHER; VER: F; P |
| 12/03/1999 | **RESPONSE TO REQUEST FOR PRODUCTION**<br>Comment: RESPONSE TO REQUEST FOR PRODUCTION BY FRANK FALCO; VER: N; P |
| 12/03/1999 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES**<br>Comment: NOTICE OF SERVICE ANSWERS INTERROGATORIES TO TIMOTHY L FISHER; VER: F; P |
| 11/23/1999 | **RESPONSE TO REQUEST FOR ADMISSIONS**<br>Comment: RESPONSE TO REQUEST FOR ADMISSIONS BY FRANK FALCO; VER: F; P |
| 11/23/1999 | **RESPONSE TO REQUEST FOR ADMISSIONS**<br>Comment: RESPONSE TO REQUEST FOR ADMISSIONS BY ROBERTA PRETE; VER: F; P |
| 11/18/1999 | **SUBPOENA DUCES TECUM W/O DEPO**<br>Comment: SUBPOENA DUCES TECUM W/O DEPO SERVED (8); VER: F; D |
| 11/01/1999 | **TEXT**<br>Comment: TO FRANK FALCO; VER: F; P |
| 11/01/1999 | **NOTICE OF SERVICE OF INTERROGATORIES**<br>Comment: NOTICE OF SERVICE OF INTERROGATORIES BY TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **TEXT**<br>Comment: TO ROBERTA PRETE; VER: F; P |
| 11/01/1999 | **NOTICE OF SERVICE OF INTERROGATORIES**<br>Comment: NOTICE OF SERVICE OF INTERROGATORIES BY TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **TEXT**<br>Comment: TO FRANK FALCO; VER: F; P |
| 11/01/1999 | **REQUEST FOR ADMISSIONS**<br>Comment: REQUEST FOR ADMISSIONS BY TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **TEXT**<br>Comment: TO ROBERTA PRETE; VER: F; P |
| 11/01/1999 | **REQUEST FOR ADMISSIONS**<br>Comment: REQUEST FOR ADMISSIONS TO TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **TEXT**<br>Comment: TO ROBERTA PRETE; VER: F; P |
| 11/01/1999 | **REQUEST FOR PRODUCTION**<br>Comment: REQUEST FOR PRODUCTION BY TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **TEXT**<br>Comment: TO FRANK FALCO; VER: F; P |
| 11/01/1999 | **REQUEST FOR PRODUCTION**<br>Comment: REQUEST FOR PRODUCTION BY TIMOTHY FISHER; VER: N; P |
| 11/01/1999 | **REQUEST FOR COPIES**<br>Comment: REQUEST FOR COPIES; VER: F; P |
| 10/26/1999 | **TEXT**<br>Comment: SEE FILE FOR NAMES 102599; VER: F; D |
| 10/26/1999 | **NOTICE OF PRODUCTION FROM NON-PARTY**<br>Comment: NOTICE OF PRODUCTION OF NON-PARTY OF (9); VER: N; D |
| 10/26/1999 | **TEXT**<br>Comment: SEE FILE FOR NAMES102599; VER: F; D |
| 10/26/1999 | **NOTICE OF PRODUCTION FROM NON-PARTY**<br>Comment: NOTICE OF PRODUCTION OF NON-PARTY OF (9); VER: N; D |
| 10/06/1999 | **DEF/RESP'S MOTION**<br>Comment: MOTION FOR SANCTIONS; VER: F; D |
| 09/29/1999 | **TEXT**<br>Comment: TIMOTHY FISHER TO FRANK FALCO; VER: F; D |
| 09/29/1999 | **TEXT**<br>Comment: NOTICE OF SERVING PROPOSAL FOR SETTLEMENT BY; VER: N; D |
| 09/29/1999 | **TEXT**<br>Comment: TO ROBERTA PRETE; VER: F; D |
| 09/29/1999 | **TEXT**<br>Comment: NOTICE OF SERVING TIMOTHY FISHERS PROPOSAL FOR SETTLEMENT; VER: N; D |
| 09/29/1999 | **TEXT**<br>Comment: TO FRANK FALCO; VER: F; D |
| 09/29/1999 | **TEXT**<br>Comment: NOTICE OF SERVING TIMOTHY FISHERS PROPOSAL FOR SETTLEMENT; VER: N; D |
| 09/08/1999 | **TEXT**<br>Comment: ORDER GRANTING MOTION TO COMPEL; VER: F; D |
| 09/08/1999 | **ATTORNEY COVER LETTER**<br>Comment: ATTORNEY COVER LETTER; VER: F; D |
| 09/03/1999 | **TEXT**<br>Comment: RESPONSE TO REQUEST FOR COPIES; VER: F; D |
| 08/13/1999 | **TEXT**<br>Comment: NOTICE SERVING ADDENDUM TO ANSWERS; VER: F; P |
| 08/09/1999 | **RESPONSE TO REQUEST FOR PRODUCTION**<br>Comment: RESPONSE TO REQUEST FOR PRODUCTION FRANK FALCO; VER: F; P |
| 08/09/1999 | **TEXT**<br>Comment: AFFIRMATIVE DEFENSES; VER: F; D |
| 08/09/1999 | **ANSWER OF**<br>Comment: ANSWER OF: TIMOTHY L FISHER AND; VER: N; D |
| 07/15/1999 | **TEXT**<br>Comment: BY ROBERTA J PRETE TO W R GRACE CO/THOMAS J MOMMAERTS; VER: F; P |
| 07/15/1999 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES**<br>Comment: NOTICE OF SERVICE VERIFIED ANSWERS INTERROGATORIES; VER: N; P |
| 07/15/1999 | **TEXT** |

| Date | Entry |
|---|---|
| | *Comment: TO W R GRACE CO/THOMAS J MOMMAERTS; VER: F; P* |
| 07/15/1999 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES** |
| | *Comment: NOTICE OF SERVICE ANSWERS INTERROGATORIES BY FRANK FALCO; VER: N; P* |
| 07/15/1999 | **SUBPOENA DUCES TECUM W/O DEPO** |
| | *Comment: SUBPOENA DUCES TECUM W/O DEPO SERVED (3); VER: F; D* |
| 07/02/1999 | **NOTICE OF HEARING** |
| | *Comment: NOTICE OF HEARING 083099; VER: F; D* |
| 06/23/1999 | **REQUEST FOR COPIES** |
| | *Comment: REQUEST FOR COPIES; VER: F; P* |
| 06/21/1999 | **TEXT** |
| | *Comment: TIMOTHY L FISHER / DEFAULT ENTERED 062299; VER: F; P* |
| 06/21/1999 | **PLTF/PET'S MOTION FOR DEFAULT** |
| | *Comment: MOTION FOR DEFAULT /; VER: N; P* |
| 06/21/1999 | **AFFIDAVIT AS TO MILITARY SERVICE** |
| | *Comment: AFFIDAVIT AS TO MILITARY SERVICE TIMOTHY L FISHER; VER: F; P* |
| 06/18/1999 | **TEXT** |
| | *Comment: DR DENNIS LOX/PROGRESSIVE INSURANCE CO/ ROGER W PLATA 061799; VER: F; D* |
| 06/18/1999 | **NOTICE OF PRODUCTION FROM NON-PARTY** |
| | *Comment: NOTICE OF PRODUCTION OF NON-PARTY OF; VER: N; D* |
| 06/17/1999 | **REQUEST FOR PRODUCTION** |
| | *Comment: REQUEST FOR PRODUCTION; VER: F; D* |
| 06/17/1999 | **DEF/RESP'S MOTION** |
| | *Comment: MOTION COMPEL ANSWER TO INTERROGATORIES AND; VER: N; D* |
| 05/04/1999 | **TEXT** |
| | *Comment: TO W R GRACE AND CO/THOMAS J MOMMAERTS; VER: F; P* |
| 05/04/1999 | **RESPONSE TO REQUEST FOR PRODUCTION** |
| | *Comment: RESPONSE TO REQUEST FOR PRODUCTION BY ROBERTA J PRETE; VER: N; P* |
| 05/04/1999 | **TEXT** |
| | *Comment: BY ROBERTA J PRETE TO THOMAS J MOMMAERTS; VER: F; P* |
| 05/04/1999 | **NOTICE OF SERVICE ANSWERS INTERROGATORIES** |
| | *Comment: NOTICE OF SERVING UNVERIFIED ANSWERS INTERROGATORIES; VER: N; P* |
| 03/30/1999 | **SUMMONS - RETURNED SERVED:** |
| | *Comment: SUMMONS RETD SERVED TIMOTHY L FISHER 032699; VER: F; K* |
| 03/22/1999 | **REQUEST FOR PRODUCTION** |
| | *Comment: REQUEST FOR PRODUCTION TO ROBERT J PRETE; VER: F; D* |
| 03/22/1999 | **TEXT** |
| | *Comment: AFFIRMATIVE DEFENSES; VER: F; D* |
| 03/22/1999 | **ANSWER OF/AS DESIGNATED:** |
| | *Comment: THOMAS J MOMMAERTS AND; VER: N; D* |
| 03/22/1999 | **ANSWER OF/AS DESIGNATED:** |
| | *Comment: W R GRACE AND CO AND; VER: N; D* |
| 03/22/1999 | **ANSWER OF/AS DESIGNATED:** |
| | *Comment: ANSWER OF/AS DESIGNATED:; VER: N; D* |
| 03/22/1999 | **NOTICE OF SERVICE OF INTERROGATORIES** |
| | *Comment: NOTICE OF SERVICE OF INTERROGATORIES TO FRANK FALCO; VER: F; D* |
| 03/22/1999 | **NOTICE OF SERVICE OF INTERROGATORIES** |
| | *Comment: NOTICE OF SERVICE OF INTERROGATORIES TO ROBERTA J PRETE; VER: F; D* |
| 03/22/1999 | **REQUEST FOR PRODUCTION** |
| | *Comment: REQUEST FOR PRODUCTION TO FRANK FALCO; VER: F; D* |
| 03/16/1999 | **SUMMONS - RETURNED SERVED:** |
| | *Comment: SUMMONS RETD SERVED W R GRACE AND CO 030499; VER: F; K* |
| 03/16/1999 | **PLTF/PET MOTION/ORDER APPOINTING PROCESS SERVER** |
| | *Comment: MOTION ORDER APPOINTING PROCESS SERVER; VER: F; P* |
| 03/02/1999 | **SUMMONS - RETURNED SERVED:** |
| | *Comment: SUMMONS RETD SERVED THOMAS J MOMMAERTS 030199; VER: F; K* |
| 02/17/1999 | **SUMMONS MAILED TO ATTORNEY:** |
| | *Comment: SUMMONS MAILED TO ATTORNEY; VER: N; K* |
| 02/17/1999 | Circuit Civil Filing - Fee Paid $ |
| | *Comment: CIRCUIT CIVIL FILING FEE PAID $145.50; VER: N; P* |
| 02/17/1999 | **DEMAND FOR JURY TRIAL** |
| | *Comment: DEMAND FOR JURY TRIAL; VER: N; P* |
| 02/17/1999 | **CIVIL COVER SHEET** |
| | *Comment: CIVIL COVER SHEET; VER: F; P* |
| 02/17/1999 | **COMPLAINT** |
| | *Comment: COMPLAINT; VER: F; P* |
| 02/17/1999 | **THIS CASE ASSIGNED BY CLERK TO SECTION** |
| | *Comment: THIS CASE ASSIGNED BY CLERK TO SECTION 020 BY 6215 - RANDOM CI; VER: N; P* |
| 02/17/1999 | **CASE FILED** |