## EXHIBIT E

**Suggestion of Bankruptcy**

IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

FRANK FALCO and
ROBERTA J. PRETE,

    Plaintiffs,

vs.                              CASE NO.: 99-1178-CI-20

W.R. GRACE & CO., a
Florida corporation,
TIMOTHY L. FISHER and
THOMAS J. MOMMAERTS,

    Defendants.
_____/

### SUGGESTION OF BANKRUPTCY

Defendant, W.R. GRACE & CO., a Florida corporation, by and through its undersigned counsel, hereby shows that the aforementioned Defendant has filed a petition under Chapter 11 for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, case number: 1:01-01139. By filing the petition for relief, Defendant herein suggests that this action has been stayed pursuant to and by operation of 11 U.S.C. §362.

A mediation is scheduled for April 27, 2001, and pursuant to this Suggestion of Bankruptcy shall be cancelled.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail this __5th__ day of April, 2001 to: Eduardo R.

N:\CNA - Pre-F&D\99-0033\mpSuggestion.bky

4/5

Latour, 135 East Lemon Street, Tarpon Spring, FL 34689; and Christian B. Anouge, II, Esq., P.O. Box 41100, St. Petersburg, FL 33743.

                                           FORIZS & DOGALI, P.L.

                                           _____
                                           JAMES K. HICKMAN
                                           600 North Westshore Boulevard
                                           Suite 502
                                           Tampa, FL 33609
                                           (813) 289-0700
                                           FBN: 0893020/SPN: 01362264
                                           Attorneys for Defendants,
                                           W.R. GRACE & CO. and THOMAS J. MOMMAERTS