## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| Ralph Hutt and Carl Osborn, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No.: 14-50867 (KJC) |
| | ) | |
| Maryland Casualty Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 4, 2015, AT 10:00 A.M. BEFORE
## THE HONORABLE KEVIN J. CAREY

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., March 3, 2015**

## CONTINUED MATTERS:

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

2.  Reorganized Debtors' Objection to the Remaining Claims of the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

    Response Deadline: May 22, 2014, at 4:00 p.m.

    Responses Received:  None as of the date of this Notice of Agenda.

    Related Documents:

    a.    [Proposed] Order Regarding the Remaining Claims of the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

    Status: This matter has been continued to a date to be determined.

3.  Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed 7/20/09] (Docket No. 22553)

    Response Deadline:  August 7, 2009

    Responses Received:

    a.    Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

    Related Documents:

    a.    Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

    Status: This matter is continued until April 15, 2015, at 10:00 a.m.

4.  Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief [Filed 3/5/14] (Docket No. 31812)

    Response Deadline:  May 29, 2014, at 4:00 p.m.

    Responses Received:

    a.    Reorganized Debtors' Brief in Opposition to Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Class Certification [Filed: 5/29/14] (Docket No. 32233)

    Reply Deadline:  February 4, 2015, at 4:00 p.m.

    Replies Received:

    a.    Anderson Memorial Hospital's Reply in Support of Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order

and Granting Related Relief [Filed 2/4/15] (Docket No. 32503)

<u>Related Documents:</u>

a.    [Signed] Amended Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification [Filed: 10/6/14] (Docket No. 32417)

b.    Certification of Counsel Regarding Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification [Filed: 2/24/15] (Docket No. 32508)

    (i)    [Proposed] Order Approving Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification [Filed: 2/24/15] (Docket No. 32508, Exhibit A)

<u>Status:</u> This matter is continued until April 15, 2015, at 10:00 a.m. or such other date as the parties agree and the Court can accommodate.

## UNCONTESTED MATTERS FOR WHICH A CNO HAS BEEN FILED:

5.    Motion Requesting Entry of an Order: (A) Filing Joint Defense Agreement Under Seal; and (B) Applying the Protective Provisions of Fed. R. Evid. 502 Thereto [Filed: 2/3/15] (Docket No. 32499)

<u>Response Deadline:</u> February 23, 2015, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Related Documents:</u>

a.    [Proposed] Protective Order Pursuant to Fed. R. Evid. 502 [Filed: 2/3/15] (Docket No. 32499, Exhibit A)

b.    [Filed Under Seal] Joint Defense and Confidentiality Agreement [Filed: 2/4/15] (Docket No. 32502)

c.    Certification of No Objection Regarding Motion Requesting Entry of an Order: (A) Filing Joint Defense Agreement Under Seal; and (B) Applying the Protective Provisions of Fed. R. Evid. 502 Thereto [Filed: 2/27/15] (Docket No. 32509)

<u>Status:</u> No parties have objected to the relief requested in the Motion. Accordingly, the Reorganized Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

## UNCONTESTED MATTERS:

6.    Thirty-Sixth Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, <u>Estate of Jeffrey B. Chwala, et al., vs. TEC (Thermal Emission Control), et al.,</u> Case No. 2002cv000495 (Eau Claire County Wisconsin 2002) (Substantive Objection) [Filed: 1/30/15] (Docket No. 32496)

<u>Response Deadline:</u> March 2, 2015, at 4:00 p.m.

DOCS_DE:198442.2 91100/001

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.    [Proposed] Order Disallowing and Expunging Claims Filed Regarding Prepetition Litigation Captioned, Estate of Jeffrey B. Chwala, et al., vs. TEC (Thermal Emission Control), et al., Case No. 2002cv000495 (Eau Claire County Wisconsin 2002) (Substantive Objection) [Filed: 1/30/15] (Docket No. 32496, Exhibit B)

Status: This matter will go forward.

## CONTESTED MATTERS:

7.    Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection) [Filed: 1/30/15] (Docket No. 32497)

Response Deadline:  March 2, 2015, at 4:00 p.m.

Responses Received:

a.    Claimant Gary S. Smolker's Response to the Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection) [Filed: 2/27/15] (Docket No. 32510)

b.    Claimant Gary S. Smolker's Response to the Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection) [Filed: TBD] (Docket No. TBD)

Related Documents:

a.    [Proposed] Order Disallowing and Expunging Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection) [Filed: 1/30/15] (Docket No. 32497, Exhibit B)

Status: The Reorganized Debtors will present a revised form of order at the hearing.

## PRE-TRIAL CONFERENCE:

8.    Adversary Complaint (*Ralph Hutt and Carl Osborn v. Maryland Casualty Company* [Filed: 6/13/11] (Adv. Pro. No.: 14-50867, Docket No. 1)

Objection Deadline: November 24, 2014, at 4:00 p.m. *(extended until December 8, 2014 for the Defendant, Maryland Casualty Company)*

DOCS_DE:198442.2 91100/001

Responses Received:

a.      Defendant Maryland Casualty Company's Answer to Adversary Complaint
        [Filed: 12/8/14] (Adv. Pro. No.: 14-50867, Docket No. 5)

Related Documents:

a.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed:
        10/24/14] (Adv. Pro. No.: 14-50867, Docket No. 3)

b.      Stipulation to Extend Time to Respond to Adversary Complaint [Filed: 11/21/14]
        (Adv. Pro. No.: 14-50867, Docket No. 4)

Status: A pre-trial conference will go forward on this matter.

Dated: March 2, 2015                        KIRKLAND & ELLIS LLP
                                            John Donley
                                            Adam Paul
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000

                                            and

                                            THE LAW OFFICES OF ROGER HIGGINS, LLC
                                            Roger J. Higgins
                                            1 North Bishop Street
                                            Suite 14
                                            Chicago, IL 60607
                                            Telephone: (312) 666-0431

                                            and

                                            PACHULSKI STANG ZIEHL & JONES LLP

                                            _James E. O'Neill_____
                                            Laura Davis Jones (Bar No. 2436)
                                            James E. O'Neill (Bar No. 4042)
                                            919 N. Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, Delaware 19899-8705
                                            Telephone:   (302) 652-4100
                                            Facsimile:   (302) 652-4400

                                            Co-Counsel for the Reorganized Debtors