# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co., et al
**CASE NO.** 01-01139-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 4, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JEFFREY WISLER | Connuny Galmeter | Maryland Casualty Comp |
| Edward Longosz | Eckert | " |
| David Cohn | Martha Cullina | Hatt, et al. |
| Mike Busenkel | Gelest Scali Busenkel & Brown | " |
| James O'Neill | PSZJ | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

**Calendar Date:** 03/04/2015
**Calendar Time:** 10:00 AM ET

Page 1 of 1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6777989 | Edward Cottingham | (843) 388-4321 | Cottingham Law firm | Interested Party, ZAI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6780356 | Jeffrey Gettleman | (312) 862-3289 | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6777016 | Michael Giannotto | 202-346-4124 | Goodwin Procter LLP | Creditor, CNA Insurance / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6778469 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6780392 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R Grace & Co., et al /LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6780130 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6780157 | Alexander Sanders, Jr. | 843-953-5755 | Alexander Sanders Jr. - In Pro Per/Pro | Interested Party, Alexander Sanders, Jr. / LISTEN ONLY |