# EXHIBIT I

**The Claims**

In re: W.R. GRACE CO., et al
OMNIBUS 36 : EXHIBIT 1 – NO LIABILITY CLAIMS

| | Creditor Name/Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 1 | ESTATE OF JEFFREY CHWALA<br>ATTORNEY DANIEL R FREUND<br>PO BOX 222<br>EAU CLAIRE, WI 54702-0222 | 4389 | 01-01140 | W.R. GRACE & CO.-CONN. | $8,000,000.00   (U)<br>UNLIQUIDATED | Debtors' have no liability to this creditor. |
| 2 | KITTL, SAMANTHA<br>ATTORNEY DANIEL R FREUND<br>PO BOX 222<br>EAU CLAIRE, WI 54702-0222 | 4390 | 01-01140 | W.R. GRACE & CO.-CONN. | $8,000,000.00   (U)<br>UNLIQUIDATED | Debtors' have no liability to this creditor. |
| 3 | MEGTEC SYSTEMS INC<br>c/o REBECCA H SIMONI ESQ<br>VON BRIESEN & ROPER SC<br>411 E WISCONSIN AVE STE 700<br>MILWAUKEE, WI 53202 | 13952 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN   (U)<br>UNLIQUIDATED | Debtors' have no liability to this creditor. |
| 4 | SEQUA CORPORATION<br>c/o REBECCA H SIMONI ESQ<br>VON BRIESEN & ROPER SC<br>411 E WISCONSIN AVE STE 700<br>MILWAUKEE, WI 53202 | 13951 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN   (U)<br>CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | Debtors' have no liability to this creditor. |

Total: $16,000,000.00   (U)

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured