## Exhibit I

**The Claims**

In re: W.R. GRACE CO., et al
OMNIBUS 37 : EXHIBIT 1 – NO LIABILITY CLAIMS

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** |
|---|---|---|---|---|---|
| 1 | HOME SAVING TERMITE CONTROL INC<br>C/O PRINDLE DECKER & AMARO<br>310 GOLDEN SHORE 4TH FL<br>LONG BEACH, CA 90802 | 387 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED |
| 2 | MORRIS, WAYNE<br>C/O GARY E YARDUMIAN<br>PRINDLE DECKER & AMARRO<br>310 GOLDEN SHORE 4TH FLR<br>LONG BEACH, CA 90802 | 4070 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED |
| 3 | SMOLKER, GARY S<br>4720 LINCOLN BLVD #280<br>MARINA DEL REY, CA 90292 | 392 | 01-01139 | W.R. GRACE & CO. | $3,500,000.00 (U)<br>UNLIQUIDATED |
| | | | | Total: | $3,500,000.00 (U) |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

1/29/2015 4:29 PM

Page 1 of 1