## EXHIBIT A

The Cummings Properties, LLC, Claim No. 4242

**FILED UNDER SEAL**