## EXHIBIT B

*Memorandum Supporting the Objection to Claim No. 4242, Filed by Cummings Properties, LLC  (Substantive Objection)*

**FILED UNDER SEAL**