<u>**Exhibit C**</u>

*Declaration of Robert J. Medler in Support of the Objection to Claim No. 4242, Filed by Cummings Properties, LLC  (Substantive Objection)*

# FILED UNDER SEAL