**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
www.flsb.uscourts.gov



In Re:

W.R. Grace & Co., et al.,

Case No. 01-01139-KJC

Chapter 11

_____ Debtor. _____/

## AGREED STIPULATION FOR SUBSTITUTION OF COUNSEL FOR CREDITOR, PALM BEACH COUNTY TAX COLLECTOR

COMES NOW the PALM BEACH COUNTY TAX COLLECTOR, by and through its undersigned counsel, hereby stipulates to a substitution of counsel in accordance with the following. It is hereby stipulated, by and between Orfelia M. Mayor, Esq. and James M. Brako, Esq. that Orfelia M. Mayor, Esq. shall be substituted as counsel of record for the Palm Beach County Tax Collector, and that James M. Brako, Esq. be relieved of all further responsibility in this case as of the date of this stipulation and that the parties shall forward all further pleadings and correspondence in this matter to Orfelia M. Mayor, Esq., Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, Florida 33402.

DATED this 10th day of March, 2015.

| | |
|---|---|
| Orfelia M. Mayor, Esq.<br>Palm Beach County Tax Collector Office<br>P.O. Box 3715<br>West Palm Beach, Florida 33402<br>Telephone: (561) 355-2141<br>Facsimile: (561) 355-1110<br>legalservices@pbctax.com<br><br>By: _____<br>Orfelia M. Mayor, Esq.<br>Florida Bar No. 646751 | James M. Brako, Esq.<br>Palm Beach County Attorney's Office<br>301 North Olive Avenue, 6th Floor<br>West Palm Beach, Florida 33401<br>Telephone: (561) 355-4179<br>Facsimile: (561) 355-6461<br><br><br>By: _____<br>James M. Brako, Esq.<br>Florida Bar No. 493211 |