IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re docket no. 32511, 32532 |
| | ) | |

CERTIFICATE OF COUNSEL CONCERNING *MOTION FOR AN ORDER IMPLEMENTING THE PLAN'S DISCHARGE OF PREPETITION LITIGATION CLAIMS AND THE RELATED INJUNCTION WHERE CLAIMANTS DID NOT FILE PROOFS OF CLAIM* [DOCKET NO. 32511]

1.      On February 27, 2015, the Debtors filed *their Motion for an Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim* [Docket no. 32511] (the "Motion").[2] The objection deadline for the Motion was March 17, 2015. On March 18, Roberta Prete's *Response to Motion for an Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim* was docketed [Docket no. 32532] (the "Response").

2.      The Reorganized Debtors have engaged in discussions with counsel for Roberta Prete and Frank Falco regarding the Motion and Response and the issues raised thereby. The parties have agreed to entry of an order in the form attached hereto as Exhibit A. Exhibit B is a comparison to the form of order filed with the Motion.

---

[1]   The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2]   Capitalized terms not defined herein shall have the meaning ascribed to them in, as the case may be, the Motion or the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (the "Plan").

In view of the foregoing, Debtors respectfully request entry of an order substantially in the form attached hereto as Exhibit A.

Dated:  March 20, 2015

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
Jeffrey W. Gettleman
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors