# EXHIBIT B

## Comparison

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Re docket no. ──── 32511 |
| ) | Hearing Agenda item no. ____ |

### ORDER IMPLEMENTING THE PLAN'S DISCHARGE OF PREPETITION LITIGATION CLAIMS AND THE RELATED INJUNCTION WHERE CLAIMANTS DID NOT FILE PROOFS OF CLAIM

Upon consideration of the *Motion for an Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim* (the "Motion"), it appearing that the relief requested is in the best interests of the Reorganized Debtors, their estates, their creditors and other parties-in-interest;[2] the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted ~~in its entirety~~.

2. All Prepetition Litigation Claims (as that term is defined in <u>Exhibit I</u>) are discharged pursuant to Bankruptcy Code §§ 524(a) & 1141 and Plan Art. 8.1.1.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion, the Plan or <u>Exhibit I</u> hereto.

3.  The Falco/Prete Plaintiffs (as that term is defined in <u>Exhibit I</u>) are each specifically enjoined by Plan Art. 8.1.1 <u>(the "Plan Injunction")</u> from prosecuting the Falco/Prete Litigation <u>(as that term is defined in Exhibit I) as to the Reorganized Debtors</u> or otherwise pursuing their Prepetition Litigation Claims~~,~~ <u>against the Reorganized Debtors: (i) whether directly, indirectly through one or more of the Falco/Prete Co-Defendants (as that term is defined in Exhibit I) or under any other theory of law; and (ii)</u> whether in the Florida State Court (as that term is defined in <u>Exhibit I</u>), this Court or in any other forum.

4.  ~~The~~ <u>Neither this Order nor any stays and injunctions in effect prior to the Effective Date shall bar the Falco/Prete Litigation from going forward as to Falco/Prete Co-Defendants;</u> *provided, however,* that the Reorganized Debtors ~~are authorized~~<u>have leave</u> to seek ~~the dismissal with prejudice~~<u>further orders from this Court enforcing the Plan Injunction against one or more</u> of the ~~Prepetition Litigation in the Florida State Court or any other~~ <u>the relevant</u> ~~court of competent jurisdiction.~~

5.  ~~The Falco/Prete Plaintiffs are each specifically enjoined from opposing entry of an order by the Florida State Court or any other relevant court of competent jurisdiction dismissing~~<u>Falco/Prete Co-Defendants, whether as to claims arising from</u> the Falco/Prete Litigation ~~with prejudice.~~

6.  ~~All stays and injunctions applicable to~~<u>that they may seek to assert against</u> the ~~Falco/Prete Litigation shall remain in place until such time as it has been dismissed with prejudice by the Florida State Court or any other relevant court of competent jurisdiction.~~

~~7.~~<u>4.</u>  ~~The~~ Reorganized Debtors ~~are authorized~~<u>or as</u> to ~~take~~ any ~~and all~~ other ~~actions that may be necessary to seek~~<u>claims discharged by the Plan as of</u> the ~~dismissal with prejudice of the Falco/Prete Litigation~~<u>Effective Date</u>.

8.5.    The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Formatte

~~10.~~6. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014, or otherwise.

Dated: _____, 2015

Formatte

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

Formatte

## EXHIBIT I

## The Prepetition Litigation

| Caption | Court | Plaintiffs | Co-Defendants |
|---|---|---|---|
| *Falco et al. v. W. R. Grace & Co., st al.* (the "Falco/Prete Litigation") | Circuit Court for Pinellas County, Florida (the "Florida State Court") | Frank Falco and Roberta J. Prete (the "Falco/Prete Plaintiffs") | Timothy L. Fisher and Thomas J. Mommaerts (the "Falco/Prete Co-Defendants") |

Collectively, all Claims held by the Falco/Prete Plaintiffs against one or more of the Reorganized Debtors that arise from or otherwise relate to the Falco/Prete Litigation are the "Prepetition Litigation Claims."