IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case no. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF 25ᵀᴴ OMNIBUS OBJECTION AS TO CLAIMS NOS. 318 AND 407 AND THE RESPONSE THERETO**

The above-captioned reorganized debtors (the "Reorganized Debtors") hereby withdraw with prejudice as to claims nos. 318 and 407 their *Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive)* [Docket no. 19378] (the "25ᵗʰ Omnibus Objection"), filed on August 26, 2008, and the Commonwealth of Pennsylvania, Department of Revenue, consents to the filing of this notice of withdrawal with prejudice of its *Response to Debtors' Twenty-Fifth Omnibus Objection to Claim* [Docket no. 19523], filed on September 11, 2008.

**[signature pages to follow]**

---

[1]   The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:198924.1 91100/001

Dated: March 20, 2015

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
Jeffrey W. Gettleman
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar no. 2436)
James E. O'Neill (Bar no. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

**[further signature page to follow]**

Dated: March 20, 2015

The Commonwealth of Pennsylvania, Department of Revenue

*/s/ Christopher R. Momjian*
Christopher R. Momjian
Senior Deputy Attorney General
PA Attorney ID #57482
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
Tel: (215) 560-2424
Fax: (215) 560-2202
E-mail: crmomjian@attorneygeneral.gov

Counsel for the Commonwealth of Pennsylvania, Department of Revenue