## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case no. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 4242 AND THE OBJECTION THERETO

Pursuant to an agreement between Cummings Properties, LLC ("Cummings") and the above-captioned reorganized debtors (the "Reorganized Debtors"): (a) The Reorganized Debtors hereby withdraw *Objection to Claim No. 4242, Filed by Cummings Properties, LLC* [Docket no. 32526], and *Motion Requesting Entry of a Protective Order Authorizing the Reorganized Debtors to File Under Seal Certain Exhibits to and the Memorandum of Law in Support of the Objection to Claim No. 4242, Filed by Cummings Properties, LLC (Substantive Objection), Under Seal* [Docket no. 32525], each filed on March 6, 2015; and (b) Cummings withdraws its Claim no. 4242, filed on March 20, 2003.

**[signature pages to follow]**

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Dated:  April 9, 2015

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
Jeffrey W. Gettleman
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar no. 2436)
James E. O'Neill (Bar no. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

**[further signature page to follow]**

Dated:  April 9, 2015

MURPHY & KING PROFESSIONAL
CORPORATION


/s/ Charles R. Bennett
Charles R. Bennett
(BBO #037380)
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400

Counsel for Cummings Properties, LLC