# EXHIBIT A

DLI-266523951v3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

Affidavit of Katherine Kinsella

I, Katherine Kinsella, being first duly sworn, on oath, state as follows:

1.     I am an adult and competent to submit this affidavit. I make this affidavit based on my own personal knowledge and belief.

2.     I submit this affidavit in connection with the above referenced bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware at the request of counsel for the Debtors.

3.     I am the President of Kinsella/Novak Communications, Ltd., ("KNC") a nationally recognized advertising and communications firm specializing in the design, preparation and implementation of legal notification programs in class action and bankruptcy cases. I have developed and directed some of the largest and most complex national notification programs in the country. KNC has developed or consulted on over 225 notification programs, placing over $125 million in media notice. The scope of KNC's work includes notification programs in antitrust, bankruptcy, consumer fraud, mass tort and product liability litigation. Specific cases have involved, among others, breast implants, home siding and roofing products, infant formula, pharmaceuticals, polybutylene plumbing, tobacco and Holocaust claims. I have particular experience in asbestos-related bankruptcies and class actions. Selected cases include: (a) In re Johns-Manville Corp., 68 B.R. 618, 626 (Bankr. S.D.N.Y.) (asbestos); (b) In re Raytech Corp., No. 5-89-00293 (Bankr. D. Conn.) (asbestos); (c) In re The Celotex Corp., Consolidated Case Nos: 90-10016-8B1 and 90-10017-8B1 (Bankr. M.D. Fla.) (asbestos); (d) In re USG Corp., Nos. 01-2094(RJN) through 01-2104(RJN) (Bankr. D. Del.) (asbestos); (e) In re Armstrong World Industries, Inc., No: 00-44721 (JJF) (Bankr. D. Del.) (asbestos); (f) In re Swan

Date 4-5-06

Docket # 12206

Transportation Co., No. 01-11690 (Bankr. D. Del.) (asbestos); (g) In re Dow Corning, No. 95-20512 (Bankr. E.D. Mich.) (breast implant); (h) In re U.S. Brass Corp., No.94-40823S (Bankr. E.D. Tex.) (polybutylene pipe); (i) In re Holocaust Victim Assets Litigation, No. CV 96-4849 (Consolidated with CV-5161 and CV 97-461) (E.D.N.Y.) (Holocaust); (j) Ahearn v. Fibreboard Corporation, C.A. No. 6:93-CV-526 (E.D. Tex) and Continental Casualty Co. v. Rudd, C.A. No. 6:94cv458 (E.D.Tex.) (asbestos injury); (k) Georgine v. Amchem, Inc., C.A. No. 93-CV-0215 (E.D.Pa.) (asbestos injury); (l) Engle v. RJ Reynolds Tobacco Co., No. 94-08273 CA 20 (Fla. Cir. Ct., Dade County) (tobacco injury); and (m) Backstrom v. The Methodist Hospital, No. H-94-1877 (S.D. Tex.) (TMJ injury).

4.      I am the author of: (i) "The Plain Language Tool Kit for Class Action Notice" published in the October 25, 2002 issue of Class Action Litigation Report; (ii) "Quantifying Notice Results in Class Actions – the Daubert/Kumho Mandate" published in the July 27, 2001 issue of Class Action Litigation Report and the August 7, 2001 issue of The United States Law Week; and (iii) "The Ten Commandments of Class Action Notice" published in the September 24, 1997 issue of the Toxics Law Reporter. I am the co-author of "How Viable Is the Internet for Class Action Notice" published in the March 25, 2005 issue of Class Action Litigation Report.

5.      On July 19, 2001, the Court entered an Order authorizing the employment and retention of KNC as Notice Consultants for the Debtors. This affidavit outlines the Notice Program implemented by KNC and approved by the Court to reach:

- Holders and potential holders of Asbestos Property Damage Claims in the United States, its territories and its commonwealths, Canada, and other countries outside the United States where Grace products may have been shipped.
- Holders of Other Claims including non-asbestos claims (secured and unsecured claims, environmental claims) and Medical Monitoring Claims (as such terms are defined in the Notice).

6.      To design the paid media segment of the Notice Plan, KNC selected demographics that encompass the characteristics of the target audiences. Media vehicles were then analyzed and selected for their strength and efficiency in reaching the demographic targets. For the purposes of developing profiles of the demographics and media habits of Property Claimants, KNC analyzed syndicated data available from the 2001 Doublebase Survey available

from Mediamark Research, Inc. ("MRI").[1]  Two targets were selected as more likely to be Property or Other Claimants.  These targets were:

- Executives, Managers and Administrators encompassing owners and managers of commercial, residential and public buildings.
- Adults 35+, encompassing commercial, residential and public building owners and managers, and holders of Other Claims.

7.    The Summary Bar Date Notice ("Notice"), attached here as Exhibit 1, was published in national newspaper supplements carried in 919 local newspapers throughout the country (See Exhibit 2) as follows:

> (a) An M-page ad (6-3/4"x10-3/4") appeared on page 6 of the June 16, 2002, issue of *Parade* with a circulation of 35,847,000.
>
> (b) An M-page ad (7"x10-3/4") appeared on page 14 of the June 16, 2002, and page 20 of the June 23, 2002, issues of *USA Weekend* with a circulation of 23,674,000.

8.    The Notice was published in consumer magazines as follows:

> (a) A full-page ad (7" x 10") appeared on page 77 of the June 24, 2002, and on page 117 of the July 8, 2002, issues of *Business Week* with circulation of 971,435.
>
> (b) A full-page ad (7" x 10") appeared on page 139 of the July 8, 2002, issue of *Forbes* with a circulation of 907,266.
>
> (c) A full-page ad (7" x 10") appeared on page 147 of the July 8, 2002, issue of *Fortune* with a circulation of 855,208.
>
> (d) A full-page ad (7" x 10") appeared on page 97 of the July 2002, issue of *Money* with a circulation of 1,907,159.

---

[1] MRI produces an annual Doublebase, a study of 50,000+ adults consisting of two full years of data. The MediaMark sample consists of 26,000+ respondents. Fieldwork is done in two waves per year, each lasting six months and consisting of 13,000 interviews. At the end of the interview, the fieldworker presents a self-administered questionnaire that measures approximately 500 product/service categories, 6,000 brands, and various lifestyle activities. Resulting data is weighted to reflect the probabilities of selection inherent in the sample design and then balanced so that major study demographics match the most recent independent estimates.

(e) A full-page ad (5-3/4"x9") appeared in the "Behind the Scenes" section of the July 2002, issue of *National Geographic* with a circulation of 5,000,000.

(f) A full-page ad (7"x10") appeared on page 93 of the June 24, 2002, and on page 56 of the July 15, 2002, issues of *Newsweek* with a circulation of 3,100,000.

(g) A full-page ad (7" x 10") appeared on page 96 of the July 8, 2002, and on page 76 of the July 22, 2002, issues of *People* with a circulation of 3,350,000.

(h) A full-page ad (4-3/4"x6-3/4") appeared on page 43 of the July 2002, issue of *Reader's Digest* with a circulation of 12,500,000.

(i) A full-page ad (7" x 10") appeared on page 89 of the July 8, 2002, issue of *Sports Illustrated* with a circulation of 3,150,000.

(j) A full-page ad (7" x 10") appeared on page 71 of the June 24, 2002, on page 83 of the July 8, 2002, and on page 9 of the July 22, 2002, issue of *Time* with a circulation of 4,000,000.

(k) A full-page ad (4-1/2"x6-7/8") appeared on the back inside cover of the July 27, 2002, issue of *TV Guide* with a circulation of 9,000,000.

9.    The Notice was published in <u>national newspapers</u> as follows:

(a) A quarter-page ad (6-7/16"x10-1/2") appeared on page 17 of the June 16, 2002, and on page 19 of the June 21, 2002, editions of *The New York Times* with a circulation of 1,119,000.

(b) A quarter-page ad (5-11/16"x10-1/2") appeared on page 11A of the June 28, 2002, and on page 2A of the July 19, 2002, editions of *USA Today* with a circulation of 2,192,000.

(c) A quarter-page ad (6-27/32"x10-9/16") appeared on page A17 of the June 17, 2002, and A6 of the July 15, 2002, editions of *The Wall Street Journal* with a circulation of 2,101,000.

10.    The Notice was published in <u>local newspapers</u> as follows:

(a) A quarter-page ad appeared on page A5 of the June 17, 2002, edition of the *Kalispell Inter Lake* with a circulation of 16,360.

(b) A quarter-page ad appeared on page 2 of the June 19, 2002, edition of the *Libby Mountanian* with a circulation of 4,000.

(c) A quarter-page as appeared on page A7 of the June 19, 2002, edition of the *Libby Western News* with a circulation of 3,675.

(d) A quarter-page ad appeared on page A7 of the June 17, 2002, edition of the *Missoula Missoulian* with a circulation of 37,818.

11.    The Notice was published throughout the <u>US Commonwealths and Territories</u> as follows:

(a) A 3-column ad (5-7/8"x10-1/2") appeared on page 19 of the June 17, 2002, edition of Guam's *Agana Pacific News* with a circulation of 25,022.

(b) A 4-column ad (7-1/8"x10-1/2") appeared on page 61 of the June 17, 2002, edition of Puerto Rico's *El Nuevo Dia* with a circulation of 165,907.

(c) A 4-column ad ((6-1/2"x13") appeared on page 25 of the June 17, 2002, edition of Puerto Rico's *El Vocero* with a circulation of 194,039.

(d) A 4-column ad (9-17/18"x10-1/2") appeared on page 19 of the June 17, 2002, edition of Puerto Rico's *San Juan Star* with a circulation of 19 32,973.

(e) A 3-column ad (6"x10-1/2") appeared on page 21 of the June 17, 2002, edition of St. Croix's *Avis* with a circulation of 10,500.

(f) A 3-column ad (6"x10-1/2") appeared on page 21 of the June 17, 2002, edition of St. John's *Trade Winds* with a circulation of 3,000.

(g) A 3-column ad (6"x10-1/2") appeared on page 10 of the June 17, 2002, edition of St. Thomas's *News* with a circulation of 16,330.

12.    The Notice was published in thirty-five <u>trade publications</u> related to: commercial property, schools, colleges and universities, federal, state and local government, hospitals, hotels and lodgings, airports, churches, malls and shopping centers, and movie theaters.   One Publication, *Your Church*, refused to run the Notice citing their own editorial standards.  A chart listing dates, page numbers, and relevant publication dates of the trade publications is attached as Exhibit 3.

<u>International Notice</u>

13.    The Notice was published in <u>Canadian consumer magazines</u> as follows:

(a) A full-page ad appeared on page 145 of the July 2002, edition of *Readers Digest* and on page 127 of *Selection du Reader's Digest*, its French language companion, with a combined circulation of 1,222,209.

(b) A full-page ad appeared on page 143 of the August 2002, edition of *Chatelaine* and on page 143 of its French language companion, with a combined circulation of 918,474.

(c) A full-page ad appeared on page 129 of the August 2002, edition of *Canadian Living* and on page 142 of *Coup de Ponce*, its French language companion, with a combined circulation of 720,206.

(d) A full-page ad appeared on page 96 of the July/ August 2002, edition of *Canadian Geographic* with a circulation of 229,130.

(e) A full-page ad appeared on page 77 of the July 1, 2002, edition of *McLean's* and on page 79 of *L'Actualite*, its French language companion, with a combined circulation of 691,866.

14.     To provide broad coverage throughout Canada, two national newspapers and 36 of the largest circulating local newspapers were selected as well as newspapers covering cities with Grace plants, warehouses, and/or sales offices. The names of the publications, dates that the Notice ran, and page number where the Notice appeared are attached as Exhibit 4. Where appropriate and noted, the Notice was published in French.

15.     On May 10, 2002, a press release was sent to over 2,000 newspapers, wire services, magazines, and broadcast news outlets through PRNewswire. The release is attached as Exhibit 5. A second version of the release, written specifically for Montana news outlets, was also sent over the wire on May 10, 2002. The Montana release is attached as Exhibit 6.

16.     The media program, using national consumer and business magazines, newspaper supplements, and national newspapers, delivers the following reach[2] and frequency[3] measurements[4]:

---

[2] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[3] Frequency is the estimated average number of times an audience is exposed to an advertising vehicle carrying the message.

[4] The media delivery does not include the reach of trade publications or newspapers outside the continental United States as they are not measured.

- The estimated reach in the United States of Executives, Managers and Administrators is 90.1% with an estimated frequency of 4.0 opportunities to see the Notice.
- The estimated reach in the United States of Adults 35+ is 83.1% with an estimated frequency of 3.3 opportunities to see the Notice.
- The estimated reach in Canada of Adults 35+ is 80.3% with an estimated frequency of 1.9 opportunities to see the Notice.

17.    In my opinion, the Bar Date Notice Program for Asbestos Property Damage Claims and Other Claims effectively reached a very substantial percentage of persons or entities that may have certain claims against Grace, provided them with several easily comprehensible opportunities to know about, and understand their rights. Therefore, in my opinion, the Bar Date Notice Program for Asbestos Property Damage Claims and Other Claims provided the best notice practicable under the circumstances of this case.

March 24, 2006

*Katherine Kinsella*

Katherine Kinsella

Signed and Sworn before me this 24th day of *March*, 2006.

*Debra Vaughan*

Notary Public

Debra L. Vaughan
Notary Public District of Columbia
My Commission Expires April 14, 2008

EXHIBIT 1

# If You Own or Operate a Commercial, Residential or Public Building Constructed With Asbestos-Containing Products or Have Other Claims Against W. R. Grace

## Your Claims Must Be Filed By March 31, 2003

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. The Bankruptcy Court has ordered that all individuals and entities with Asbestos Property Damage Claims or certain Other Claims against Grace must file these claims on or before March 31, 2003 ("Bar Date").

### Who is Affected by this Notice?

*Asbestos Property Damage Claimants*
Individuals and entities that own or manage commercial, public and high-rise residential buildings that have asbestos-containing products may be affected including schools, hotels, government buildings, theaters, airports, churches, and other public facilities.

Asbestos Property Damage Claims include, among other claims, the cost of removal, the diminution of property value or economic loss, etc., caused by asbestos in products manufactured by Grace or from vermiculite mined, milled, processed, or sold by Grace.

*Other Claimants*
Other Claimants include individuals and entities with claims other than Asbestos Personal Injury Claims. These include general unsecured trade claims, contract claims, environmental claims, and Medical Monitoring Claims which allege no current personal injury, but significant exposure to Grace asbestos or vermiculite products requiring the claimant to be examined medically or tested to detect possible future injury.

### What Types of Products are Involved?

*Grace Asbestos-Containing Products*
Grace produced and marketed vermiculite products containing added asbestos primarily to the commercial construction industry.

From 1959 to 1973, Grace marketed Mono-Kote 3 (MK-3), an asbestos-containing, wet, spray–applied fireproofing product used to provide fire protection for the enclosed steel structures of large buildings. Other Grace products included Zonolite Acoustical Plastic, and other acoustical plaster and texture products used primarily on interior ceilings and walls.

*Grace Vermiculite Products*
Grace mined, produced and marketed vermiculite products, some of which may have contained naturally occurring asbestos. The products were sold to the building construction, agricultural/horticultural and consumer markets. These products included Monokote Fireproofing, Zonolite Concrete Roof Decks and Zonolite Masonry Insulation.

### How do I file a Claim?

To preserve your claim, you must file the appropriate Proof of Claim Form with the Claims Agent so that it is received by March 31, 2003. Failure to file a Proof of Claim Form by the Bar Date may result in your claim not being considered for payment.

This is a Summary Notice only. For complete information including the Claims Bar Date Notice, Proof of Claim Forms, instructions for filing a claim, a list of Grace asbestos-containing products, and a list of Grace entities write to: Claims Agent, Re: W. R. Grace & Co. Bankruptcy, P. O. Box 1620, Faribault, MN 55021-1620, or call:

## 1-800-432-1909 or visit www.graceclaims.com

**EXHIBIT 2**

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| AK | Anchorage | Daily News | 84,275 | Parade Magazine |
| AK | Fairbanks | News-Miner | 21,329 | Parade Magazine |
| AK | Juneau | Empire | 8,639 | USA Weekend |
| AK | Kenai | Peninsula Clarion | 5,483 | USA Weekend |
| AL | Alexander City | Outlook | 4,700 | Parade Magazine |
| AL | Anniston | Star | 27,924 | Parade Magazine |
| AL | Birmingham | News, Post Herald | 191,944 | Parade Magazine |
| AL | Decatur | Daily | 27,950 | USA Weekend |
| AL | Dothan | Eagle | 36,620 | USA Weekend |
| AL | Florence | Times Daily | 34,267 | Parade Magazine |
| AL | Gadsen | Times | 26,889 | USA Weekend |
| AL | Huntsville | Times | 78,967 | Parade Magazine |
| AL | Jasper | Mountain Eagle | 11,974 | USA Weekend |
| AL | Mobile | Register | 118,895 | Parade Magazine |
| AL | Montgomery | Advertiser | 66,124 | USA Weekend |
| AL | Opelika | News | 14,068 | USA Weekend |
| AL | Selma | Times-Journal | 8,812 | USA Weekend |
| AL | Talladega | Daily Home | 10,700 | Parade Magazine |
| AL | Tuscaloosa | News | 40,123 | Parade Magazine |
| AR | Benton | Courier | 7,367 | USA Weekend |
| AR | Blytheville | Courier News | 3,772 | USA Weekend |
| AR | Conway | Log Cabin Democrat | 11,394 | USA Weekend |
| AR | El Dorado | News-Times | 16,420 | USA Weekend |
| AR | Fort Smith | Southwest Times Record | 46,300 | USA Weekend |
| AR | Harrison | Times | 10,292 | USA Weekend |
| AR | Hot Springs | Sentinel - Record | 19,206 | USA Weekend |
| AR | Jonesboro | Sun | 29,966 | USA Weekend |
| AR | Little Rock | Arkansas Democrat-Gazette | 289,673 | Parade Magazine |
| AR | Mountain Home | Baxter Bulletin | 11,042 | USA Weekend |
| AR | Paragould | Press | 5,842 | USA Weekend |
| AR | Pine Bluff | Commercial | 19,749 | USA Weekend |
| AR | Russellville | Courier | 12,909 | USA Weekend |
| AR | Searcy | Citizen | 6,220 | USA Weekend |
| AR | Springdale | Morning News of Northwest Arkansas | 36,354 | USA Weekend |
| AZ | Bullhead City | News | 9,330 | USA Weekend |
| AZ | Casa Grande | Dispatch | 9,579 | USA Weekend |
| AZ | Douglas | Dispatch | 2,850 | USA Weekend |
| AZ | Flagstaff | Arizona Daily Sun | 13,067 | Parade Magazine |
| AZ | Kingman | Miner | 8,245 | USA Weekend |
| AZ | Lake Havasu City | News-Herald | 12,059 | USA Weekend |
| AZ | Mesa | Tribune | 96,536 | Parade Magazine |
| AZ | Phoenix | Arizona Republic | 599,450 | USA Weekend |
| AZ | Prescott | Courier | 19,830 | USA Weekend |
| AZ | Sierra Vista | Herald | 11,155 | USA Weekend |
| AZ | Sun City | News-Sun | 19,340 | USA Weekend |
| AZ | Tucson | Citizen | 41,351 | USA Weekend |
| AZ | Tucson | Arizona Daily Star | 177,290 | Parade Magazine |
| AZ | Yuma | Daily Sun | 26,670 | Parade Magazine |
| CA | Auburn | Journal | 12,358 | USA Weekend |
| CA | Bakersfield | Californian | 84,218 | Parade Magazine |
| CA | Barstow | Desert Dispatch | 5,181 | USA Weekend |
| CA | Benicia | Herald | 4,328 | USA Weekend |
| CA | Chico | Enterprise-Record | 33,175 | USA Weekend |
| CA | Davis | Enterprise | 10,141 | USA Weekend |
| CA | El Centro | Imperial Valley Press | 16,602 | USA Weekend |
| CA | Eureka | Times - Standard | 20,728 | USA Weekend |
| CA | Fairfield | Republic | 22,225 | USA Weekend |
| CA | Freemont-Newark | Argus | 32,975 | USA Weekend |
| CA | Fresno | Bee | 194,551 | Parade Magazine |

**EXHIBIT 2**

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| CA | Grass Valley | Union | 16,304 | USA Weekend |
| CA | Hanford | Sentinel | 12,938 | USA Weekend |
| CA | Hayward | Review | 39,182 | USA Weekend |
| CA | Lakeport | Lake County Record Bee | 7,680 | USA Weekend |
| CA | Lodi | News Sentinel | 16,869 | USA Weekend |
| CA | Lompoc | Record | 8,369 | USA Weekend |
| CA | Long Beach | Press Telegram | 110,033 | Parade Magazine |
| CA | Los Angeles | Daily News | 200,419 | USA Weekend |
| CA | Los Angeles | Times | 1,391,343 | Parade Magazine |
| CA | Madera | Tribune | 5,700 | USA Weekend |
| CA | Marin County | Independent Journal | 40,071 | USA Weekend |
| CA | Marysville | Appeal - Democrat | 22,217 | USA Weekend |
| CA | Merced | Sun-Star | 17,818 | USA Weekend |
| CA | Modesto | Bee | 91,805 | Parade Magazine |
| CA | Monterey | County Herald | 36,945 | Parade Magazine |
| CA | Napa | Napa Valley Register | 19,339 | USA Weekend |
| CA | Oakland | Oakland Tribune | 64,415 | USA Weekend |
| CA | Oceanside | North County Times | 93,703 | Parade Magazine |
| CA | Ontario | Bulletin | 75,143 | USA Weekend |
| CA | Palm Springs | The Desert Sun | 61,063 | USA Weekend |
| CA | Palmdale | Antelope Valley Press | 30,690 | USA Weekend |
| CA | Pasadena | Star-News | 38,843 | USA Weekend |
| CA | Pleasanton | Tri Valley Herald | 42,292 | USA Weekend |
| CA | Porterville | Recorder | 11,302 | USA Weekend |
| CA | Red Bluff | News | 7,039 | USA Weekend |
| CA | Redding | Record Searchlight | 38,631 | Parade Magazine |
| CA | Redlands | Redlands Daily Facts | 7,116 | USA Weekend |
| CA | Riverside | Press-Enterprise | 178,631 | Parade Magazine |
| CA | Sacramento | Bee | 351,999 | Parade Magazine |
| CA | Sacramento | Bee | 296,482 | USA Weekend |
| CA | Salinas | Californian | 19,047 | USA Weekend |
| CA | San Bernardino | Sun | 83,752 | USA Weekend |
| CA | San Diego | Union-Tribune | 444,649 | Parade Magazine |
| CA | San Francisco | Examiner Chronicle | 540,074 | Parade Magazine |
| CA | San Francisco | Examiner Chronicle | 540,074 | USA Weekend |
| CA | San Gabriel | Valley Tribune | 53,492 | USA Weekend |
| CA | San Jose | Mercury News | 317,799 | Parade Magazine |
| CA | San Luis Obispo | Telegram - Tribune | 43,213 | Parade Magazine |
| CA | San Mateo | County Times | 37,587 | USA Weekend |
| CA | Santa Ana | Orange County Register | 410,207 | Parade Magazine |
| CA | Santa Barbara | News-Press | 47,902 | USA Weekend |
| CA | Santa Cruz | County Sentinel | 29,073 | USA Weekend |
| CA | Santa Maria | Times | 20,122 | USA Weekend |
| CA | Santa Rosa | Press Democrat | 99,196 | USA Weekend |
| CA | Stockton | Record | 72,473 | Parade Magazine |
| CA | Torrance | Daily Breeze | 79,458 | Parade Magazine |
| CA | Torrance | Daily Breeze | 82,755 | USA Weekend |
| CA | Tulare | Advance Register | 8,236 | USA Weekend |
| CA | Turlock | Journal | 5,890 | USA Weekend |
| CA | Ukiah | Journal | 7,779 | USA Weekend |
| CA | Vallejo | Times-Herald | 22,178 | USA Weekend |
| CA | Ventura County | Star † | 108,906 | Parade Magazine |
| CA | Victorville | Press | 38,848 | USA Weekend |
| CA | Visalia | Times Delta | 28,320 | USA Weekend |
| CA | Walnut Creek | Contra Costa Times | 196,818 | Parade Magazine |
| CA | Watsonville | Register-Pajaronian | 7,435 | USA Weekend |
| CA | Whittier | News | 17,818 | USA Weekend |
| CA | Woodland | Democrat | 10,038 | USA Weekend |
| CO | Boulder | Sunday Camera | 42,666 | Parade Magazine |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| CO | Colorado Springs | Gazette-Telegraph | 117,911 | Parade Magazine |
| CO | Denver | Post & Rocky Mountain News | 801,315 | Parade Magazine |
| CO | Denver | Post & Rocky Mountain News | 970,000 | USA Weekend |
| CO | Durango | Herald | 8,436 | USA Weekend |
| CO | Fort Collins | Coloradoan | 35,303 | USA Weekend |
| CO | Glenwood Springs | Western Slope Sunday | 7,712 | Parade Magazine |
| CO | Grand Junction | Sentinel | 33,803 | Parade Magazine |
| CO | Greeley | Tribune | 24,597 | USA Weekend |
| CO | Montrose | Press | 6,693 | USA Weekend |
| CO | Pueblo | Chieftan | 54,085 | Parade Magazine |
| CT | Bridgeport | Connecticut Post | 88,510 | USA Weekend |
| CT | Danbury | News-Times | 39,024 | Parade Magazine |
| CT | Greenwich | Time | 13,751 | Parade Magazine |
| CT | Hartford | Courant | 293,221 | Parade Magazine |
| CT | Manchester | Journal Inquirer | 44,242 | USA Weekend |
| CT | Meriden | Record-Journal | 26,903 | USA Weekend |
| CT | New Britain | Herald | 34,198 | USA Weekend |
| CT | New Haven | Register | 100,438 | USA Weekend |
| CT | New London | Day | 45,422 | Parade Magazine |
| CT | Norwalk | Hour | 15,576 | USA Weekend |
| CT | Norwich | Bulletin | 33,460 | USA Weekend |
| CT | Stamford | Advocate | 35,004 | Parade Magazine |
| CT | Torrington | Register-Citizen | 10,379 | USA Weekend |
| CT | Waterbury | Republican-American | 68,653 | Parade Magazine |
| DC | Washington | Post | 1,070,809 | Parade Magazine |
| DC | Washington | Times | 84,562 | USA Weekend |
| DE | Dover | Delaware State News | 29,336 | Parade Magazine |
| DE | Wilmington | News Journal | 142,858 | USA Weekend |
| FL | Boca Raton | News | 14,840 | USA Weekend |
| FL | Bradenton | Herald | 56,930 | USA Weekend |
| FL | Brooksville | Hernando Today | 7,843 | USA Weekend |
| FL | Charlotte Harbor | Sun-Herald | 41,417 | USA Weekend |
| FL | Crystal River | Citrus County Chronicle | 29,101 | USA Weekend |
| FL | Daytona Beach | News-Journal | 124,536 | USA Weekend |
| FL | Fort Lauderdale | South Florida Sun-Sentinel | 381,838 | USA Weekend |
| FL | Fort Myers | News-Press | 119,247 | USA Weekend |
| FL | Fort Pierce/Port St. Lucie | Tribune | 29,456 | Parade Magazine |
| FL | Fort Walton Beach | Northwest Florida News | 49,530 | Parade Magazine |
| FL | Gainesville | Sun | 58,238 | Parade Magazine |
| FL | Jacksonville | Times-Union | 234,237 | USA Weekend |
| FL | Lakeland | Ledger | 92,527 | Parade Magazine |
| FL | Leesburg | Commercial | 32,038 | USA Weekend |
| FL | Marianna | Jackson County Floridan | 6,576 | USA Weekend |
| FL | Melbourne | Today | 113,721 | USA Weekend |
| FL | Miami | El Nuevo Herald | 57,274 | Parade Magazine |
| FL | Miami | Herald | 440,391 | Parade Magazine |
| FL | Naples | News | 77,198 | Parade Magazine |
| FL | Ocala | Star-Banner | 55,234 | Parade Magazine |
| FL | Orlando | Sentinel | 382,439 | Parade Magazine |
| FL | Panama City | News-Herald | 38,162 | USA Weekend |
| FL | Pensacola | News Jounal | 81,612 | USA Weekend |
| FL | Sarasota | Herald-Tribune | 145,625 | Parade Magazine |
| FL | Sebring | Highlands Today | 18,073 | USA Weekend |
| FL | St. Augustine | Record | 16,384 | USA Weekend |
| FL | St. Petersburg | Times | 431,832 | Parade Magazine |
| FL | Stuart | News | 48,311 | Parade Magazine |
| FL | Tallahassee | Democrat | 66,199 | Parade Magazine |
| FL | Tampa | Tribune | 307,737 | Parade Magazine |
| FL | Vero Beach | Press-Journal | 39,046 | Parade Magazine |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| FL | West Palm Beach | Post | 227,171 | Parade Magazine |
| FL | Winter Haven | News-Chief | 11,169 | USA Weekend |
| GA | Albany | Herald | 31,613 | USA Weekend |
| GA | Americus | Times-Recorder | 7,350 | USA Weekend |
| GA | Athens | Banner Herald and News | 33,253 | USA Weekend |
| GA | Atlanta | Journal-Constitution | 651,684 | Parade Magazine |
| GA | Augusta | Chronicle | 97,488 | USA Weekend |
| GA | Brunswick | News | 16,167 | USA Weekend |
| GA | Canton | Cherokee Tribune | 7,450 | USA Weekend |
| GA | Carrollton | Times-Georgian | 9,858 | USA Weekend |
| GA | Cartersville | Tribune-News | 9,286 | USA Weekend |
| GA | Columbus | Ledger-Enquirer | 64,637 | Parade Magazine |
| GA | Conyers | Rockdale Citizen | 11,325 | USA Weekend |
| GA | Cordele | Dispatch | 5,246 | USA Weekend |
| GA | Dalton | Citizen-News | 12,344 | USA Weekend |
| GA | Douglasville | County Sentinel | 4,421 | USA Weekend |
| GA | Dublin | Courier-Herald | 11,056 | USA Weekend |
| GA | Gainesville | Times | 26,693 | USA Weekend |
| GA | Griffin | News | 12,276 | USA Weekend |
| GA | Jonesboro | News & Herald | 4,876 | USA Weekend |
| GA | La Grange | News | 9,813 | USA Weekend |
| GA | Lawrenceville | Gwinnett Daily Post | 62,746 | USA Weekend |
| GA | Macon | Telegraph | 89,824 | Parade Magazine |
| GA | Marietta | Journal | 19,234 | USA Weekend |
| GA | Milledgeville | Union-Recorder | 8,456 | USA Weekend |
| GA | Moultrie | Observer | 7,000 | USA Weekend |
| GA | Newnan | Times - Herald | 9,450 | USA Weekend |
| GA | Rome | News-Tribune | 19,529 | USA Weekend |
| GA | Savannah | News & Press | 75,960 | USA Weekend |
| GA | Statesboro | Herald | 6,150 | USA Weekend |
| GA | Thomasville | Times-Enterprise | 9,397 | USA Weekend |
| GA | Tifton | Gazette | 8,250 | USA Weekend |
| GA | Valdosta | Times | 20,617 | USA Weekend |
| GA | Warner Robins | Sun | 8,405 | USA Weekend |
| HI | Hilo | Tribune-Herald | 22,724 | USA Weekend |
| HI | Honolulu | Advertiser & Star-Bulletin | 64,344 | Parade Magazine |
| HI | Honolulu | Star-Bulletin | 188,956 | USA Weekend |
| HI | Kailua-Kona | West Hawaii Today | 15,098 | USA Weekend |
| HI | Lihue | Garden Island | 9,360 | USA Weekend |
| HI | Wailuku | Maui News | 25,090 | Parade Magazine |
| IA | Ames | Tribune | 10,206 | Parade Magazine |
| IA | Burlington | Hawk Eye | 21,336 | Parade Magazine |
| IA | Cedar Rapids | Gazette | 80,229 | Parade Magazine |
| IA | Clinton | Herald | 12,917 | USA Weekend |
| IA | Council Bluffs | Nonpareil | 21,430 | USA Weekend |
| IA | Davenport-Bettendorf | Quad City Times | 71,063 | Parade Magazine |
| IA | Des Moines | Register | 235,211 | USA Weekend |
| IA | Dubuque-East Dubuque | Telegraph-Herald | 34,086 | USA Weekend |
| IA | Fort Dodge - Webster City | Messenger & Freeman-Journal | 20,808 | Parade Magazine |
| IA | Iowa City | Press-Citizen | 17,981 | USA Weekend |
| IA | Marshalltown | Times-Republican | 10,375 | Parade Magazine |
| IA | Mason City | Globe-Gazette | 22,825 | Parade Magazine |
| IA | Sioux City | Journal | 45,198 | USA Weekend |
| IA | Waterloo | Courier | 51,938 | Parade Magazine |
| ID | Boise | Idaho Statesman | 88,755 | USA Weekend |
| ID | Coeur d'Alene | Press | 16,453 | USA Weekend |
| ID | Idaho Falls | Post-Register | 25,386 | Parade Magazine |
| ID | Lewiston | Tribune | 25,060 | Parade Magazine |
| ID | Nampa-Caldwell | Idaho Press Tribune | 19,499 | Parade Magazine |

EXHIBIT 2

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| ID | Pocatello | Idaho State Journal | 18,552 | Parade Magazine |
| ID | Twin Falls | Times-News | 23,799 | Parade Magazine |
| IL | Alton-East Alton-Wood River | Telegraph | 29,010 | USA Weekend |
| IL | Aurora | Beacon News | 26,269 | USA Weekend |
| IL | Belleville | News-Democrat | 63,407 | Parade Magazine |
| IL | Benton | News | 3,599 | USA Weekend |
| IL | Bloomington | Pantagraph | 51,767 | Parade Magazine |
| IL | Carbondale | Southern Illinoisan | 36,042 | Parade Magazine |
| IL | Centralia-Central City-Wamac | Sentinel | 14,815 | Parade Magazine |
| IL | Champaign | News-Gazette | 49,180 | Parade Magazine |
| IL | Chicago | Daily Herald | 146,927 | USA Weekend |
| IL | Chicago | Southtown | 58,678 | USA Weekend |
| IL | Chicago | Sun-Times | 380,716 | USA Weekend |
| IL | Chicago | Tribune | 1,001,662 | Parade Magazine |
| IL | Crystal Lake | Northwest Herald | 35,880 | USA Weekend |
| IL | Danville | Commercial News | 19,629 | USA Weekend |
| IL | De Kalb | Chronicle | 10,199 | USA Weekend |
| IL | Decatur | Herald and Review | 41,052 | Parade Magazine |
| IL | Dixon | Telegraph | 9,595 | USA Weekend |
| IL | DuQuoin | Call | 3,443 | USA Weekend |
| IL | Eldorado | Journal | 1,250 | USA Weekend |
| IL | Elgin | Courier News | 16,121 | USA Weekend |
| IL | Freeport | Journal-Standard | 15,600 | Parade Magazine |
| IL | Galesburg | Register Mail | 14,734 | USA Weekend |
| IL | Harrisburg | Register | 5,276 | USA Weekend |
| IL | Jacksonville | Journal-Courier | 14,732 | USA Weekend |
| IL | Joliet | Herald News | 42,902 | USA Weekend |
| IL | Kankakee | Journal | 32,083 | USA Weekend |
| IL | La Salle | News-Tribune | 19,139 | USA Weekend |
| IL | Macomb | Journal | 8,100 | USA Weekend |
| IL | Marion | Republican | 3,797 | USA Weekend |
| IL | Moline | Dispatch | 32,266 | USA Weekend |
| IL | Mount Vernon | Register News | 9,222 | USA Weekend |
| IL | Peoria | Journal-Star | 91,582 | Parade Magazine |
| IL | Pontiac | Leader | 4,253 | USA Weekend |
| IL | Quincy | Herald-Whig | 27,430 | Parade Magazine |
| IL | Rock Island | Argus | 14,449 | USA Weekend |
| IL | Rockford | Register Star | 69,890 | USA Weekend |
| IL | Springfield | State Journal-Register | 68,047 | Parade Magazine |
| IL | Sterling-Rock Falls | Gazette & Sauk Valley Sunday | 22,369 | USA Weekend |
| IL | Waukegan | News Sun | 25,851 | USA Weekend |
| IL | West Frankfort | American | 3,250 | USA Weekend |
| IN | Anderson | Herald Bulletin | 29,242 | Parade Magazine |
| IN | Auburn | Star | 7,696 | USA Weekend |
| IN | Bloomington-Bedford | Herald-Times | 46,581 | Parade Magazine |
| IN | Bluffton | News Banner | 5,176 | USA Weekend |
| IN | Columbia City | Post & Mail | 4,800 | USA Weekend |
| IN | Columbus | Republic | 21,912 | USA Weekend |
| IN | Crawfordsville | Journal Review | 10,084 | USA Weekend |
| IN | Decatur | Democrat | 5,430 | USA Weekend |
| IN | Elkhart | Truth | 27,123 | USA Weekend |
| IN | Evansville | Courier | 100,429 | Parade Magazine |
| IN | Fort Wayne | Journal-Gazette | 127,818 | Parade Magazine |
| IN | Fort Wayne | News Sentinel | 46,999 | USA Weekend |
| IN | Frankfort | The Times | 6,751 | USA Weekend |
| IN | Franklin | Journal | 17,981 | USA Weekend |
| IN | Gary | Post Tribune | 65,521 | USA Weekend |
| IN | Greencastle | Banner Graphic | 5,580 | USA Weekend |
| IN | Greenfield | Reporter | 9,792 | USA Weekend |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| IN | Indianapolis | Star | 365,546 | USA Weekend |
| IN | Kendallville | News Sun | 6,990 | USA Weekend |
| IN | Kokomo | Tribune | 24,268 | Parade Magazine |
| IN | Lafayette-West Lafayette | Journal and Courier | 37,138 | USA Weekend |
| IN | Lake County | The Times | 95,610 | Parade Magazine |
| IN | Logansport | Pharos-Tribune | 11,530 | Parade Magazine |
| IN | Marion | Chronicle-Tribune | 20,224 | USA Weekend |
| IN | Michigan City | News-Dispatch | 13,802 | USA Weekend |
| IN | Monticello | Herald Journal | 5,243 | USA Weekend |
| IN | Muncie | Star Press | 35,933 | USA Weekend |
| IN | New Albany | Tribune & Ledger-Tribune | 8,398 | Parade Magazine |
| IN | New Castle | Courier-Times | 10,059 | USA Weekend |
| IN | Noblesville | Ledger | 9,721 | USA Weekend |
| IN | Peru | Tribune | 12,095 | USA Weekend |
| IN | Richmond | Palladium-Item | 22,708 | USA Weekend |
| IN | Seymour | Tribune | 10,492 | USA Weekend |
| IN | Shelbyville | News | 10,555 | USA Weekend |
| IN | South Bend | Tribune | 100,778 | Parade Magazine |
| IN | Terre Haute | Tribune-Star | 38,813 | Parade Magazine |
| IN | Vincennes | Sun-Commercial | 14,010 | USA Weekend |
| IN | Wabash | Plain Dealer | 6,262 | USA Weekend |
| IN | Warsaw | Times-Union | 11,650 | USA Weekend |
| KS | Arkansas City | Traveler | 4,886 | USA Weekend |
| KS | Dodge City | Globe | 7,756 | USA Weekend |
| KS | Garden City | Telegram | 10,198 | USA Weekend |
| KS | Great Bend | Tribune | 7,196 | Parade Magazine |
| KS | Hays | Daily News | 13,170 | USA Weekend |
| KS | Hutchinson | News | 40,541 | USA Weekend |
| KS | Kansas City | Kansan | 10,206 | USA Weekend |
| KS | Lawrence | Journal-World | 19,663 | USA Weekend |
| KS | Leavenworth | Times | 7,230 | USA Weekend |
| KS | Manhattan | The Manhattan Mecury | 11,724 | Parade Magazine |
| KS | Newton | Kansan | 7,874 | USA Weekend |
| KS | Olathe | Daily News | 6,450 | USA Weekend |
| KS | Pittsburg | Morning Sun | 10,500 | USA Weekend |
| KS | Salina | Journal | 32,436 | USA Weekend |
| KS | Topeka | Capital-Journal | 65,020 | USA Weekend |
| KS | Wichita | Eagle | 152,474 | Parade Magazine |
| KS | Winfield | Courier | 5,445 | USA Weekend |
| KY | Ashland | Sunday Independent | 23,106 | Parade Magazine |
| KY | Bowling Green | News | 26,737 | Parade Magazine |
| KY | Elizabethtown | News-Enterprise | 19,103 | Parade Magazine |
| KY | Glasgow | Glasgow Daily Times | 9,690 | Parade Magazine |
| KY | Henderson | Gleaner | 10,949 | USA Weekend |
| KY | Hopkinsville | Kentucky New Era | 11,710 | USA Weekend |
| KY | Lexington | Herald-Leader | 149,614 | Parade Magazine |
| KY | Louisville | Courier-Journal | 289,349 | USA Weekend |
| KY | Madisonville | Messenger | 8,831 | USA Weekend |
| KY | Owensboro | Messenger-Inquirer | 33,650 | Parade Magazine |
| KY | Paducah | Sun | 30,336 | USA Weekend |
| KY | Richmond | Register | 7,741 | USA Weekend |
| KY | Somerset | Commonwealth Journal | 8,900 | Parade Magazine |
| LA | Alexandria | Town Talk | 39,434 | USA Weekend |
| LA | Baton Rouge | Advocate | 124,848 | Parade Magazine |
| LA | Bogalusa | News | 6,005 | USA Weekend |
| LA | Hammond | Star | 14,325 | USA Weekend |
| LA | Houma | Daily Courier | 20,296 | Parade Magazine |
| LA | Lafayette | Advertiser | 51,259 | USA Weekend |
| LA | Lake Charles | American Press | 42,700 | Parade Magazine |

**EXHIBIT 2**

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| LA | Monroe | News-Star | 41,519 | USA Weekend |
| LA | New Iberia | Iberian | 15,103 | USA Weekend |
| LA | New Orleans | Times-Picayune | 290,941 | Parade Magazine |
| LA | Opelousas | World | 12,570 | USA Weekend |
| LA | Ruston | Leader | 6,200 | Parade Magazine |
| LA | Shreveport | Times | 84,148 | USA Weekend |
| MA | Attleboro | Sun-Chronicle | 21,585 | USA Weekend |
| MA | Boston | Globe | 710,266 | Parade Magazine |
| MA | Boston | Herald | 164,661 | USA Weekend |
| MA | Brockton | Enterprise | 49,347 | USA Weekend |
| MA | Cape Cod | Sunday Cape Cod Times | 54,942 | Parade Magazine |
| MA | Fall River | Herald News | 27,663 | USA Weekend |
| MA | Fitchburg | Sentinel-Enterprise | 17,593 | USA Weekend |
| MA | Framingham | Metro-West Daily | 45,481 | USA Weekend |
| MA | Gloucester | Times | 11,470 | USA Weekend |
| MA | Greenfield | Recorder | 14,261 | USA Weekend |
| MA | Lawrence | Eagle-Tribune | 55,169 | USA Weekend |
| MA | Lowell | Sun | 55,817 | USA Weekend |
| MA | New Bedford | Standard-Times | 40,629 | Parade Magazine |
| MA | Newburyport | News | 13,934 | USA Weekend |
| MA | North Adams | Transcript | 9,050 | USA Weekend |
| MA | Northampton | Daily Hampshire Gazette | 20,007 | USA Weekend |
| MA | Pittsfield | Berkshire Eagle/Transcript | 35,572 | USA Weekend |
| MA | Quincy | Patriot Ledger | 82,134 | USA Weekend |
| MA | Salem | News | 34,413 | USA Weekend |
| MA | Springfield | Sunday Republican | 136,135 | Parade Magazine |
| MA | Taunton | Gazette | 13,013 | USA Weekend |
| MA | Worcester | Sunday Telegram | 126,301 | Parade Magazine |
| MD | Annapolis | Capital | 49,416 | USA Weekend |
| MD | Baltimore | Sun | 465,338 | Parade Magazine |
| MD | Cumberland | Times-News | 32,750 | USA Weekend |
| MD | Easton | Star-Democrat | 17,411 | USA Weekend |
| MD | Frederick | News & Post | 41,920 | USA Weekend |
| MD | Hagerstown | Herald/Mail | 39,312 | Parade Magazine |
| MD | Lanham | Prince George's Journal | 28,681 | USA Weekend |
| MD | Rockville | Montgomery Journal | 30,184 | USA Weekend |
| MD | Salisbury | Times | 31,263 | USA Weekend |
| MD | Westminster | Carroll County Times | 24,142 | USA Weekend |
| ME | Augusta | Kennebec Journal | 14,108 | USA Weekend |
| ME | Bangor | News | 74,835 | USA Weekend |
| ME | Biddeford | Journal Tribune | 10,827 | USA Weekend |
| ME | Lewiston-Auburn | Sun-Journal & Sunday | 36,673 | USA Weekend |
| ME | Portland | Telegram | 115,313 | Parade Magazine |
| ME | Waterville | Sentinel | 18,434 | USA Weekend |
| MI | Adrian | Telegram | 16,357 | USA Weekend |
| MI | Alpena | News | 11,069 | USA Weekend |
| MI | Ann Arbor | News | 71,560 | Parade Magazine |
| MI | Bad Axe | Huron Tribune | 7,841 | USA Weekend |
| MI | Battle Creek | Enquirer | 25,885 | USA Weekend |
| MI | Bay City | Times | 47,201 | Parade Magazine |
| MI | Benton Harbor-St. Joseph | Herald-Palladium | 30,065 | USA Weekend |
| MI | Cadillac | News | 9,752 | USA Weekend |
| MI | Detroit | Free Press, News | 738,248 | USA Weekend |
| MI | Escanaba | Press | 10,735 | USA Weekend |
| MI | Flint | Journal | 106,892 | Parade Magazine |
| MI | Grand Rapids | Press | 190,928 | Parade Magazine |
| MI | Greenville | News | 8,613 | USA Weekend |
| MI | Hillsdale | News | 8,100 | USA Weekend |
| MI | Holland | Sentinel | 18,340 | USA Weekend |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MI | Houghton | Mining Gazette | 10,597 | USA Weekend |
| MI | Iron Mountain | News | 9,911 | USA Weekend |
| MI | Jackson | Citizen Patriot | 40,528 | Parade Magazine |
| MI | Kalamazoo | Gazette | 74,183 | Parade Magazine |
| MI | Lansing | State Journal | 90,812 | USA Weekend |
| MI | Marquette | Mining Journal | 18,449 | Parade Magazine |
| MI | Midland | News & Huron Tribune | 18,065 | USA Weekend |
| MI | Monroe | News | 25,212 | Parade Magazine |
| MI | Mount Clemens | Macomb Daily | 77,035 | USA Weekend |
| MI | Mount Pleasant - Alma | Sun | 12,725 | USA Weekend |
| MI | Muskegon | Chronicle | 51,666 | Parade Magazine |
| MI | Owosso | Argus Press | 11,325 | USA Weekend |
| MI | Petoskey | News-Review | 10,559 | USA Weekend |
| MI | Pontiac | The Oakland Press | 92,992 | Parade Magazine |
| MI | Port Huron | Times-Herald | 30,476 | USA Weekend |
| MI | Royal Oak | Tribune | 18,761 | Parade Magazine |
| MI | Saginaw | News | 59,555 | Parade Magazine |
| MI | Sault Ste. Marie | News | 8,200 | USA Weekend |
| MI | Traverse City | Record-Eagle | 38,000 | Parade Magazine |
| MN | Albert Lea | Tribune | 7,500 | Parade Magazine |
| MN | Austin | Herald | 6,937 | Parade Magazine |
| MN | Bemidji | Pioneer | 10,614 | Parade Magazine |
| MN | Brainerd | Dispatch | 17,176 | USA Weekend |
| MN | Duluth | News-Tribune | 69,918 | USA Weekend |
| MN | Faribault | News | 7,200 | Parade Magazine |
| MN | Fergus Falls | Journal | 8,685 | USA Weekend |
| MN | Hibbing | Tribune | 6,747 | USA Weekend |
| MN | Mankato - N. Mankato | Free Press | 25,059 | Parade Magazine |
| MN | Minneapolis | Star Tribune | 668,560 | USA Weekend |
| MN | New Ulm | Journal | 9,559 | Parade Magazine |
| MN | Owatonna | People's Press | 7,223 | Parade Magazine |
| MN | Rochester | Post-Bulletin | 46,148 | USA Weekend |
| MN | St. Cloud | Times | 37,848 | USA Weekend |
| MN | St. Paul | Pioneer Press | 255,067 | Parade Magazine |
| MN | Virginia | Mesabi News | 12,777 | USA Weekend |
| MN | Winona | News | 12,512 | Parade Magazine |
| MO | Cape Girardeau | Southeast Missourian | 25,833 | USA Weekend |
| MO | Columbia | Tribune | 19,466 | USA Weekend |
| MO | Columbia | Missourian | 4,900 | Parade Magazine |
| MO | Dexter | Statesman | 3,656 | USA Weekend |
| MO | Hannibal | Courier-Post | 8,641 | USA Weekend |
| MO | Independence-Blue Springs | Examiner | 15,145 | USA Weekend |
| MO | Jefferson City | News & Tribune | 24,253 | Parade Magazine |
| MO | Joplin | Globe | 39,793 | Parade Magazine |
| MO | Kansas City | Star | 387,311 | Parade Magazine |
| MO | Kennet | Democrat | 3,316 | USA Weekend |
| MO | Park Hills | Daily Journal | 8,548 | USA Weekend |
| MO | Poplar Bluff | American Republic | 14,083 | USA Weekend |
| MO | Sedalia | Democrat | 12,425 | USA Weekend |
| MO | Sikeston | Standard-Democrat | 9,624 | USA Weekend |
| MO | Springfield | News-Leader | 93,155 | USA Weekend |
| MO | St. Joseph | News-Press | 43,277 | Parade Magazine |
| MO | St. Louis | Post-Dispatch | 483,628 | Parade Magazine |
| MS | Biloxi | Sun Herald | 56,643 | Parade Magazine |
| MS | Brookhaven | Leader | 7,171 | Parade Magazine |
| MS | Columbus | Commercial Dispatch | 15,000 | Parade Magazine |
| MS | Corinth | Corinthian | 6,547 | USA Weekend |
| MS | Greenville | Delta Democrat-Times | 12,796 | USA Weekend |
| MS | Greenwood | Commonwealth | 8,259 | Parade Magazine |

EXHIBIT 2

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| MS | Hattiesburg | American | 27,166 | USA Weekend |
| MS | Jackson | Clarion-Ledger | 118,235 | USA Weekend |
| MS | Laurel | Leader-Call | 7,470 | Parade Magazine |
| MS | McComb | Enterprise-Journal | 12,512 | Parade Magazine |
| MS | Meridian | Star | 17,701 | USA Weekend |
| MS | Natchez | Democrat | 10,366 | USA Weekend |
| MS | Pascagoula | Mississippi Press | 20,828 | Parade Magazine |
| MS | Picayune | Picayune Item | 7,400 | Parade Magazine |
| MS | Tupelo | Northeast Mississippi Journal | 35,492 | Parade Magazine |
| MS | Vicksburg | Post | 14,693 | Parade Magazine |
| MT | Billings | Gazette | 51,190 | Parade Magazine |
| MT | Bozeman | Chronicle | 15,886 | Parade Magazine |
| MT | Butte-Anaconda | Montana Standard | 14,535 | Parade Magazine |
| MT | Great Falls | Tribune | 38,481 | USA Weekend |
| MT | Helena | Independent-Record | 13,736 | Parade Magazine |
| MT | Kalispell | Daily Inter Lake | 16,010 | Parade Magazine |
| MT | Missoula | Missoulian | 35,628 | Parade Magazine |
| NC | Asheboro | Courier-Tribune | 17,167 | USA Weekend |
| NC | Asheville | Citizen Times | 68,751 | USA Weekend |
| NC | Burlington | Times-News | 28,823 | USA Weekend |
| NC | Charlotte | Observer | 294,605 | Parade Magazine |
| NC | Durham | Herald-Sun | 57,698 | USA Weekend |
| NC | Eden | News | 3,827 | USA Weekend |
| NC | Elizabeth City | Daily Advance | 11,910 | Parade Magazine |
| NC | Fayetteville | Observer-Times | 74,512 | Parade Magazine |
| NC | Forest City | Courier | 9,850 | USA Weekend |
| NC | Gastonia | Gaston Gazette | 35,963 | USA Weekend |
| NC | Goldsboro | News-Argus | 24,244 | USA Weekend |
| NC | Greensboro | News & Record | 112,775 | Parade Magazine |
| NC | Greenville | Reflector | 23,367 | Parade Magazine |
| NC | Henderson | Daily Dispatch | 9,478 | USA Weekend |
| NC | Hendersonville | Times-News | 19,927 | Parade Magazine |
| NC | Hickory | Record | 21,531 | USA Weekend |
| NC | High Point | Enterprise | 31,132 | USA Weekend |
| NC | Jacksonville | News | 22,903 | USA Weekend |
| NC | Kannapolis | Independent Tribune | 22,841 | USA Weekend |
| NC | Kinston | Free Press | 13,886 | USA Weekend |
| NC | Lenoir | News-Topic | 10,105 | USA Weekend |
| NC | Lumberton | Robesonian | 13,060 | USA Weekend |
| NC | Monroe | Enquirer-Journal | 11,540 | USA Weekend |
| NC | Morganton | News-Herald | 12,010 | USA Weekend |
| NC | Mount Airy | News | 10,285 | USA Weekend |
| NC | New Bern | Sun-Journal | 16,238 | USA Weekend |
| NC | Raleigh | News and Observer | 210,037 | Parade Magazine |
| NC | Reidsville | Review | 6,044 | USA Weekend |
| NC | Roanoke Rapids | Herald | 12,796 | USA Weekend |
| NC | Rocky Mount | Telegram | 16,494 | Parade Magazine |
| NC | Salisbury | Post | 25,874 | USA Weekend |
| NC | Sanford | Herald | 10,899 | USA Weekend |
| NC | Shelby | Star | 15,299 | USA Weekend |
| NC | Statesville | Record & Landmark | 15,416 | USA Weekend |
| NC | Washington | News | 9,901 | USA Weekend |
| NC | Wilmington | Star, Star-News | 62,862 | Parade Magazine |
| NC | Wilson | Times | 16,915 | USA Weekend |
| NC | Winston-Salem | Journal | 98,210 | Parade Magazine |
| ND | Bismarck | Tribune | 29,932 | Parade Magazine |
| ND | Dickinson | Press | 7,662 | Parade Magazine |
| ND | Fargo | Forum | 63,067 | Parade Magazine |
| ND | Grand Forks | Herald | 34,275 | USA Weekend |

**EXHIBIT 2**

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| ND | Minot | News | 23,651 | Parade Magazine |
| ND | Wahpeton | News | 4,286 | USA Weekend |
| NE | Beatrice | Sun | 8,281 | USA Weekend |
| NE | Columbus | Telegram | 11,047 | USA Weekend |
| NE | Fremont | Tribune | 9,690 | USA Weekend |
| NE | Grand Island | Independent | 25,873 | USA Weekend |
| NE | Lincoln | Journal Star | 83,684 | USA Weekend |
| NE | North Platte | Telegraph | 14,159 | Parade Magazine |
| NE | Omaha | World-Herald | 268,336 | Parade Magazine |
| NE | Scottsbluff | Star-Herald | 16,539 | Parade Magazine |
| NE | York | York News-Times | 5,100 | USA Weekend |
| NH | Concord | Monitor | 22,528 | USA Weekend |
| NH | Dover | Foster's Democrat | 24,648 | USA Weekend |
| NH | Keene | Sentinel | 13,472 | USA Weekend |
| NH | Lebanon-Hanover | Valley News | 17,487 | USA Weekend |
| NH | Manchester | Sunday News | 82,474 | Parade Magazine |
| NH | Nashua | Telegraph | 32,529 | USA Weekend |
| NH | Portsmouth | Herald | 20,424 | Parade Magazine |
| NJ | Atlantic City | Press | 92,025 | USA Weekend |
| NJ | Bergen, Passaic | Record & Herald News | 229,809 | Parade Magazine |
| NJ | Bridgewater | Courier-News | 40,293 | USA Weekend |
| NJ | Camden-Cherry Hill | Courier-Post | 98,840 | USA Weekend |
| NJ | East Brunswick | Home News &Tribune | 74,166 | USA Weekend |
| NJ | Jersey City | Jersey Journal | 47,105 | USA Weekend |
| NJ | Morristown | Morris Record | 45,009 | USA Weekend |
| NJ | Neptune | Asbury Park Press | 220,040 | USA Weekend |
| NJ | Newark | Star-Ledger | 606,462 | Parade Magazine |
| NJ | Newton | New Jersey Herald | 22,963 | USA Weekend |
| NJ | Salem | Today's Sunbeam | 9,577 | Parade Magazine |
| NJ | Tom's River | Ocean County Observer | 9,018 | USA Weekend |
| NJ | Trenton | Times | 84,201 | Parade Magazine |
| NJ | Trenton | Trentonian | 40,121 | USA Weekend |
| NJ | Willingboro | Burlington County Times | 44,338 | Parade Magazine |
| NJ | Woodbury | Gloucester County Times | 27,134 | Parade Magazine |
| NM | Alamogordo | News | 8,347 | Parade Magazine |
| NM | Albuquerque | Journal & Tribune | 107,591 | USA Weekend |
| NM | Carlsbad | Current-Argus | 8,401 | USA Weekend |
| NM | Clovis | News Journal | 9,274 | Parade Magazine |
| NM | Farmington | Times | 19,148 | USA Weekend |
| NM | Gallup | Independent | 16,280 | USA Weekend |
| NM | Hobbs | News-Sun | 10,610 | Parade Magazine |
| NM | Las Cruces | Sun-News | 25,363 | USA Weekend |
| NM | Portales | News-Tribune | 2,864 | Parade Magazine |
| NM | Roswell | Record | 14,143 | USA Weekend |
| NM | Santa Fe | New Mexican | 26,316 | Parade Magazine |
| NV | Carson City | Nevada Appeal | 15,090 | Parade Magazine |
| NV | Las Vegas | Review-Journal & Sun | 223,183 | Parade Magazine |
| NV | Las Vegas | Review-Journal & Sun | 223,161 | USA Weekend |
| NV | Reno | Gazette-Journal | 84,175 | USA Weekend |
| NV | Sparks | Tribune | 6,125 | Parade Magazine |
| NY | Albany | Times Union | 146,867 | Parade Magazine |
| NY | Auburn | Citizen | 13,979 | Parade Magazine |
| NY | Binghamton | Press & Sun-Bulletin | 75,009 | USA Weekend |
| NY | Buffalo | News | 307,825 | Parade Magazine |
| NY | Canandaigua | Messenger | 14,192 | Parade Magazine |
| NY | Corning | Leader | 13,615 | Parade Magazine |
| NY | Dunkirk | Observer | 11,951 | USA Weekend |
| NY | Elmira | Star-Gazette | 40,866 | USA Weekend |
| NY | Geneva | Finger Lakes Times | 20,028 | Parade Magazine |

EXHIBIT 2

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NY | Glens Falls | Post-Star | 35,189 | USA Weekend |
| NY | Ithaca | Journal | 22,613 | USA Weekend |
| NY | Jamestown | Post-Journal & Observer | 21,536 | USA Weekend |
| NY | Kingston | Freeman | 21,295 | USA Weekend |
| NY | Long Island | Newsday | 663,220 | Parade Magazine |
| NY | Middletown | Times Herald - Record | 93,743 | Parade Magazine |
| NY | New York City | Daily News | 821,080 | USA Weekend |
| NY | Niagara Falls | Gazette | 48,558 | USA Weekend |
| NY | Olean | Times Herald | 17,441 | USA Weekend |
| NY | Oneonta | Daily Star | 18,973 | Parade Magazine |
| NY | Oswego | Palladium-Times | 9,377 | USA Weekend |
| NY | Plattsburgh | Press-Republican | 21,739 | Parade Magazine |
| NY | Poughkeepsie | Journal | 51,847 | USA Weekend |
| NY | Rochester | Democrat & Chronicle | 239,822 | USA Weekend |
| NY | Saratoga Springs | Saratogian | 12,192 | USA Weekend |
| NY | Schenectady | Gazette Newspapers | 54,909 | USA Weekend |
| NY | Staten Island | Staten Island Advance | 87,177 | Parade Magazine |
| NY | Syracuse | Herald-American | 181,707 | Parade Magazine |
| NY | Troy | Record | 22,474 | USA Weekend |
| NY | Utica | Observer-Dispatch | 55,522 | USA Weekend |
| NY | Watertown | Times - Telegram & Sentinel | 37,711 | USA Weekend |
| NY | White Plains | Journal News | 174,602 | USA Weekend |
| OH | Akron | Beacon Journal | 193,641 | Parade Magazine |
| OH | Ashtabula | Sunday Paper | 21,445 | USA Weekend |
| OH | Athens | Messenger | 14,085 | USA Weekend |
| OH | Beavercreek | News Current | 2,800 | USA Weekend |
| OH | Bryan | Times | 10,823 | USA Weekend |
| OH | Bucyrus | Telegraph-Forum | 7,104 | USA Weekend |
| OH | Cambridge | Jeffersonian | 12,905 | Parade Magazine |
| OH | Canton | Repository | 80,526 | USA Weekend |
| OH | Chillicothe | Gazette | 17,192 | USA Weekend |
| OH | Cincinnati | Enquirer & Post | 309,555 | USA Weekend |
| OH | Circleville | Herald | 8,575 | USA Weekend |
| OH | Cleveland | Plain Dealer | 480,878 | Parade Magazine |
| OH | Columbus | Dispatch | 279,883 | USA Weekend |
| OH | Coshocton | Tribune | 7,898 | USA Weekend |
| OH | Dayton | Daily News | 200,635 | Parade Magazine |
| OH | Defiance | Crescent News | 17,972 | USA Weekend |
| OH | East Liverpool - Salem | Review | 9,844 | Parade Magazine |
| OH | Elyria | Chronicle-Telegram | 29,018 | Parade Magazine |
| OH | Fairborn | Daily Herald | 3,300 | USA Weekend |
| OH | Findlay | Courier | 22,776 | USA Weekend |
| OH | Fostoria | Review Times | 3,713 | USA Weekend |
| OH | Fremont | News-Messenger | 14,140 | USA Weekend |
| OH | Gallipolis | Times-Sentinel | 10,918 | USA Weekend |
| OH | Greenville | Advocate | 7,064 | USA Weekend |
| OH | Hamilton | Journal-News | 24,621 | Parade Magazine |
| OH | Hillsboro | Times-Gazette | 4,700 | USA Weekend |
| OH | Ironton | Tribune | 7,363 | USA Weekend |
| OH | Kent-Ravenna | Record-Courier | 19,263 | USA Weekend |
| OH | Lancaster | Eagle-Gazette | 15,737 | USA Weekend |
| OH | Lima | News | 43,899 | USA Weekend |
| OH | Lisbon | Morning Journal | 13,332 | USA Weekend |
| OH | Lorain | Journal | 37,420 | USA Weekend |
| OH | Mansfield | News Journal | 34,618 | USA Weekend |
| OH | Marietta | Times | 12,073 | USA Weekend |
| OH | Marion | Star | 15,552 | USA Weekend |
| OH | Martins Ferry | Times Leader | 12,073 | USA Weekend |
| OH | Massillon | Independent | 14,788 | USA Weekend |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| OH | Middletown | Journal | 23,233 | Parade Magazine |
| OH | New Philadelphia | Times Reporter | 24,504 | Parade Magazine |
| OH | Newark | Advocate | 22,520 | USA Weekend |
| OH | Norwalk | Reflector | 9,439 | USA Weekend |
| OH | Piqua | Call | 5,971 | USA Weekend |
| OH | Port Clinton | News Herald | 5,659 | USA Weekend |
| OH | Portsmouth | Daily Times | 15,129 | Parade Magazine |
| OH | Salem | News | 6,762 | Parade Magazine |
| OH | Sandusky | Register | 26,586 | USA Weekend |
| OH | Sidney | Daily News | 13,642 | USA Weekend |
| OH | Springfield | Springfield News Sun | 39,088 | Parade Magazine |
| OH | Steubenville | Herald-Star | 22,846 | USA Weekend |
| OH | Tiffin | Advertiser-Tribune | 11,487 | USA Weekend |
| OH | Toledo | Blade | 189,611 | Parade Magazine |
| OH | Troy | Miami Valley Sunday News | 11,914 | USA Weekend |
| OH | Warren | Tribune Chronicle | 39,220 | USA Weekend |
| OH | Washington Courthouse | Record-Herald | 5,309 | USA Weekend |
| OH | Willoughby | News-Herald | 58,807 | USA Weekend |
| OH | Wilmington | News-Journal | 6,851 | USA Weekend |
| OH | Wooster | Record | 23,381 | USA Weekend |
| OH | Xenia | Gazette | 7,336 | USA Weekend |
| OH | Youngstown | Vindicator | 103,714 | Parade Magazine |
| OH | Zanesville | Times Recorder | 22,112 | USA Weekend |
| OK | Ardmore | Armoreite | 12,826 | USA Weekend |
| OK | Bartlesville | Examiner Enterprise | 13,438 | USA Weekend |
| OK | Enid | News & Eagle | 21,406 | USA Weekend |
| OK | Lawton | Constitution | 24,036 | USA Weekend |
| OK | McAlester | News-Capital & Democrat | 11,379 | USA Weekend |
| OK | Muskogee | Phoenix & Times-Democrat | 19,571 | USA Weekend |
| OK | Norman | Transcript | 17,246 | USA Weekend |
| OK | Oklahoma City | Oklahoman | 299,514 | Parade Magazine |
| OK | Shawnee | News-Star | 11,634 | USA Weekend |
| OK | Stillwater | News Press | 9,677 | USA Weekend |
| OK | Tulsa | World | 206,801 | USA Weekend |
| OR | Albany/Corvallis | Mid-Valley Sunday | 31,163 | USA Weekend |
| OR | Bend | Bulletin | 28,147 | Parade Magazine |
| OR | Coos Bay-North Bend | World | 15,356 | USA Weekend |
| OR | Eugene | Register-Guard | 78,315 | Parade Magazine |
| OR | Klamath Falls | Herald & News | 17,651 | Parade Magazine |
| OR | Medford | Mail Tribune | 31,398 | Parade Magazine |
| OR | Ontario | Argus Observer | 8,292 | Parade Magazine |
| OR | Pendleton | East Oregonian | 11,989 | Parade Magazine |
| OR | Portland | Oregonian | 434,368 | Parade Magazine |
| OR | Roseburg | News-Review | 19,699 | Parade Magazine |
| OR | Salem | Statesman-Journal | 66,128 | USA Weekend |
| PA | Allentown | Call | 170,012 | Parade Magazine |
| PA | Altoona | Mirror | 38,932 | USA Weekend |
| PA | Beaver-Rochester-Aliquippa-Ambridge | Beaver County Times | 49,679 | USA Weekend |
| PA | Bloomsburg-Berwick | Press-Enterprise | 20,433 | USA Weekend |
| PA | Bradford | Era | 11,473 | USA Weekend |
| PA | Butler | Eagle | 30,456 | USA Weekend |
| PA | Carlisle | Sentinel | 15,613 | USA Weekend |
| PA | Chambersburg | Public Opinion | 19,932 | USA Weekend |
| PA | Chester | Delaware County Times | 45,134 | USA Weekend |
| PA | Clearfield-Curwensville | Progress | 13,226 | USA Weekend |
| PA | Doylestown | The Intelligencer Record | 53,871 | Parade Magazine |
| PA | DuBois | Tri-County Sunday | 15,218 | Parade Magazine |
| PA | Easton/Bethlehem | Express-Times | 49,401 | USA Weekend |
| PA | Erie | Weekender & Times-News | 88,008 | Parade Magazine |

Kinsella Communications, Ltd
Exhibit 2
Page 12

**EXHIBIT 2**

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| PA | Greensburg | Tribune Review | 187,754 | USA Weekend |
| PA | Hanover | Evening Sun | 21,107 | USA Weekend |
| PA | Harrisburg | Patriot-News | 154,095 | Parade Magazine |
| PA | Hazleton | Standard-Speaker | 22,002 | USA Weekend |
| PA | Indiana | Gazette | 15,207 | USA Weekend |
| PA | Johnstown | Tribune-Democrat | 49,024 | Parade Magazine |
| PA | Lancaster | Sunday News | 103,296 | Parade Magazine |
| PA | Lansdale | Reporter | 18,874 | USA Weekend |
| PA | Lebanon | News | 21,338 | USA Weekend |
| PA | Levittown | Bucks County Courier Times | 74,710 | Parade Magazine |
| PA | Lewistown | Sentinel | 12,965 | USA Weekend |
| PA | McKeesport-Duquesne-Clairton | News | 21,929 | USA Weekend |
| PA | Meadville | Tribune | 15,449 | USA Weekend |
| PA | New Castle | News | 18,603 | USA Weekend |
| PA | New Kensington-Tarentum | Valley News Dispatch | 31,267 | USA Weekend |
| PA | Norristown | Times-Herald | 16,926 | USA Weekend |
| PA | Philadelphia | Inquirer | 762,194 | Parade Magazine |
| PA | Phoenixville | Phoenix | 3,616 | USA Weekend |
| PA | Pittsburgh | Post Gazette | 413,350 | Parade Magazine |
| PA | Pottstown | Mercury | 25,959 | USA Weekend |
| PA | Pottsville | Republican & Herald | 32,257 | USA Weekend |
| PA | Reading | Eagle-Times | 95,882 | Parade Magazine |
| PA | Scranton | Times & Tribune | 75,682 | Parade Magazine |
| PA | Sharon-Farrell- Sharpful | Herald | 22,805 | USA Weekend |
| PA | Somerset | American | 13,860 | USA Weekend |
| PA | State College- Bellefonte | Centre Daily Times | 32,479 | Parade Magazine |
| PA | Stroudsburg- East Stroudsburg | Pocono Record | 26,023 | Parade Magazine |
| PA | Sunbury | Item | 27,167 | Parade Magazine |
| PA | Towanda | Review | 9,967 | Parade Magazine |
| PA | Uniontown | Herald-Standard | 31,032 | Parade Magazine |
| PA | Warren | Times Observer | 11,574 | USA Weekend |
| PA | Washington | Observer-Reporter | 39,619 | USA Weekend |
| PA | West Chester | Local News | 30,178 | USA Weekend |
| PA | Wilkes-Barre | Citizens' Voice | 29,437 | USA Weekend |
| PA | Wilkes-Barre | Times Leader | 66,604 | Parade Magazine |
| PA | Williamsport | Sun-Gazette | 37,363 | Parade Magazine |
| PA | York | Sunday News | 93,738 | USA Weekend |
| RI | Newport | News | 12,680 | USA Weekend |
| RI | Pawtucket-Central Falls | Times | 13,555 | USA Weekend |
| RI | Providence | Journal-Bulletin | 229,271 | Parade Magazine |
| RI | West Warwick | Kent County Times | 4,124 | USA Weekend |
| RI | Westerly | Sun | 10,868 | USA Weekend |
| RI | Woonsocket | Call | 15,358 | USA Weekend |
| SC | Aiken | Standard | 14,643 | USA Weekend |
| SC | Anderson | Independent-Mail | 45,572 | Parade Magazine |
| SC | Beaufort | Gazette | 11,153 | Parade Magazine |
| SC | Beaufort | Gazette | 11,153 | USA Weekend |
| SC | Charleston | Post, Courier | 115,790 | Parade Magazine |
| SC | Columbia | State | 156,930 | Parade Magazine |
| SC | Florence | News | 34,720 | USA Weekend |
| SC | Greenville | News | 133,409 | USA Weekend |
| SC | Greenwood | Index-Journal | 16,172 | Parade Magazine |
| SC | Hilton Head Island | Island Packet | 15,318 | Parade Magazine |
| SC | Hilton Head Island | Island Packet | 16,880 | USA Weekend |
| SC | Myrtle Beach | Sun News | 58,782 | Parade Magazine |
| SC | Rock Hill | Herald | 33,484 | USA Weekend |
| SC | Spartanburg | Herald-Journal | 61,894 | Parade Magazine |
| SC | Sumter | Item | 21,359 | Parade Magazine |
| SD | Aberdeen | American News | 16,093 | USA Weekend |

EXHIBIT 2

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| SD | Huron | Plainsman | 7,717 | Parade Magazine |
| SD | Rapid City | Journal | 33,355 | Parade Magazine |
| SD | Sioux Falls | Argus Leader | 74,886 | USA Weekend |
| SD | Yankton | Press & Dakotan | 8,128 | USA Weekend |
| TN | Athens | Post-Athenian | 12,162 | USA Weekend |
| TN | Chattanooga | Free Press Times | 101,257 | Parade Magazine |
| TN | Clarksville | Leaf-Chronicle | 25,644 | USA Weekend |
| TN | Cleveland | Banner | 16,400 | USA Weekend |
| TN | Columbia | Herald | 13,385 | USA Weekend |
| TN | Cookeville | Herald-Citizen | 13,768 | Parade Magazine |
| TN | Dyersburg | Star Gazette | 6,160 | USA Weekend |
| TN | Jackson | Sun | 42,242 | USA Weekend |
| TN | Johnson City | Johnson City Press | 34,413 | Parade Magazine |
| TN | Kingsport | Times-News | 46,860 | USA Weekend |
| TN | Knoxville | News-Sentinel | 159,109 | Parade Magazine |
| TN | Maryville-Alcoa | Times | 21,049 | USA Weekend |
| TN | Memphis | Commercial Appeal | 236,153 | Parade Magazine |
| TN | Morristown | Citizen Tribune | 24,879 | USA Weekend |
| TN | Murfreesboro | News-Journal | 17,979 | Parade Magazine |
| TN | Nashville | Tennessean-Leaf Chronicle-Banner | 260,992 | USA Weekend |
| TN | Newport | Plain Talk | 7,150 | Parade Magazine |
| TN | Oak Ridge | Oak Ridger | 10,200 | USA Weekend |
| TN | Sevierville | Mountain Press | 7,861 | USA Weekend |
| TX | Abilene | Reporter-News | 44,038 | Parade Magazine |
| TX | Amarillo | Globe-Times & News-Globe | 67,648 | USA Weekend |
| TX | Athens | Review | 6,600 | USA Weekend |
| TX | Austin | American-Statesman | 244,738 | Parade Magazine |
| TX | Baytown | Sun | 10,684 | USA Weekend |
| TX | Beaumont | Enterprise | 65,403 | Parade Magazine |
| TX | Brownsville-Harlingen-McAllen | Brownsville Herald | 18,536 | Parade Magazine |
| TX | Brownwood | Bulletin | 7,625 | Parade Magazine |
| TX | Bryan-College Station | Eagle | 28,675 | USA Weekend |
| TX | Clute | Brazosport Facts | 17,766 | USA Weekend |
| TX | Conroe | Courier | 12,269 | USA Weekend |
| TX | Corpus Christi | Caller-Times | 82,590 | Parade Magazine |
| TX | Corsicana-Mexia | Sun & News | 7,662 | USA Weekend |
| TX | Dallas | Morning News | 782,748 | Parade Magazine |
| TX | Del Rio | News-Herald | 5,550 | Parade Magazine |
| TX | Denison | Daily Post | 6,000 | Parade Magazine |
| TX | Denton | Record-Chronicle | 18,866 | USA Weekend |
| TX | El Paso | Times & Herald Post | 95,241 | USA Weekend |
| TX | Fort Worth | Fort Worth Star-Telegram | 334,104 | Parade Magazine |
| TX | Galveston-Texas City | County News | 24,528 | USA Weekend |
| TX | Greenville | Herald-Banner | 9,822 | USA Weekend |
| TX | Harlingen | Valley Morning Star | 30,098 | Parade Magazine |
| TX | Houston | Chronicle | 737,626 | Parade Magazine |
| TX | Kerrville | Times | 10,584 | Parade Magazine |
| TX | Kilgore | News Herald | 3,905 | Parade Magazine |
| TX | Killeen | Herald | 23,967 | USA Weekend |
| TX | Laredo | Times | 23,706 | USA Weekend |
| TX | Longview | News-Journal | 37,683 | Parade Magazine |
| TX | Lubbock | Avalanche-Journal | 65,711 | USA Weekend |
| TX | Lufkin | News | 16,793 | Parade Magazine |
| TX | Marshall | News Messenger | 7,470 | Parade Magazine |
| TX | McAllen | The Monitor | 55,115 | Parade Magazine |
| TX | Midland | Reporter-Telegram | 24,029 | USA Weekend |
| TX | Nacogdoches | Daily Sentinel | 11,012 | Parade Magazine |
| TX | Odessa | American | 29,822 | Parade Magazine |
| TX | Orange | Leader | 8,882 | USA Weekend |

EXHIBIT 2

## Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| TX | Paris | News | 12,250 | Parade Magazine |
| TX | Plainview | Herald | 7,012 | USA Weekend |
| TX | Plano | Star Courier | 19,325 | USA Weekend |
| TX | Port Arthur | News | 18,441 | USA Weekend |
| TX | San Angelo | Standard-Times | 34,899 | Parade Magazine |
| TX | San Antonio | Express-News | 362,352 | Parade Magazine |
| TX | Sherman | Herald Democrat | 24,829 | USA Weekend |
| TX | Temple | Daily Telegram | 25,392 | Parade Magazine |
| TX | Texarkana | Gazette | 35,052 | USA Weekend |
| TX | Texas City | Sun | 6,327 | USA Weekend |
| TX | Victoria | Advocate | 40,025 | Parade Magazine |
| TX | Waco | Tribune-Herald | 51,519 | Parade Magazine |
| TX | Wichita Falls | Times Record News | 40,141 | Parade Magazine |
| UT | Logan | Herald Journal | 14,683 | Parade Magazine |
| UT | Ogden | Standard-Examiner | 68,167 | USA Weekend |
| UT | Provo | Herald | 31,726 | USA Weekend |
| UT | Salt Lake City | Tribune & Deseret News | 231,035 | Parade Magazine |
| UT | St. George | Spectrum | 22,879 | USA Weekend |
| VA | Alexandria | Journal | 5,792 | USA Weekend |
| VA | Arlington | Journal | 8,462 | USA Weekend |
| VA | Bristol | Herald Courier | 43,294 | USA Weekend |
| VA | Charlottesville | Progress | 34,592 | USA Weekend |
| VA | Culpepper | Star-Exponent | 7,209 | USA Weekend |
| VA | Danville | Register & Bee | 25,560 | USA Weekend |
| VA | Fairfax | Journal | 52,358 | USA Weekend |
| VA | Fredericksburg | Free Lance-Star | 46,214 | USA Weekend |
| VA | Lynchburgh | News & Advance | 43,940 | USA Weekend |
| VA | Martinsville | Bulletin | 20,097 | Parade Magazine |
| VA | Newport News- Hampton | Press | 115,461 | Parade Magazine |
| VA | Norfolk | Virginian-Pilot | 231,845 | Parade Magazine |
| VA | Petersburg | Progress-Index | 18,200 | Parade Magazine |
| VA | Richmond | Times-Dispatch | 230,299 | Parade Magazine |
| VA | Roanoke | Times | 115,472 | Parade Magazine |
| VA | Staunton | News Leader | 21,355 | USA Weekend |
| VA | Suffolk | News-Herald | 5,630 | USA Weekend |
| VA | Waynesboro | News-Virginian | 8,107 | USA Weekend |
| VA | Winchester | Star | 25,184 | USA Weekend |
| VA | Woodbridge | Potomac News | 20,723 | USA Weekend |
| VT | Barre-Montpelier | Times-Argus | 12,260 | Parade Magazine |
| VT | Bennington | Banner | 7,927 | USA Weekend |
| VT | Brattleboro | Reformer | 12,212 | USA Weekend |
| VT | Burlington | Free Press | 60,265 | USA Weekend |
| VT | Rutland | Herald | 22,217 | Parade Magazine |
| WA | Aberdeen | World | 15,335 | USA Weekend |
| WA | Bellevue | Eastside Journal | 26,740 | USA Weekend |
| WA | Bellingham | Herald | 31,478 | USA Weekend |
| WA | Bremerton | Sun | 37,517 | USA Weekend |
| WA | Everett | Herald | 61,433 | USA Weekend |
| WA | Kent-Renton-Auburn | South County Journal | 23,692 | USA Weekend |
| WA | Longview | Daily News | 21,790 | Parade Magazine |
| WA | Mt. Vernon | Skagit Valley Herald | 19,853 | USA Weekend |
| WA | Olympia | Olympian | 44,670 | USA Weekend |
| WA | Pasco-Kennewick-Richland | Tri-City Herald | 44,584 | Parade Magazine |
| WA | Port Angeles | Peninsula News | 17,388 | USA Weekend |
| WA | Seattle | Times/Post-Intelligencer | 482,978 | Parade Magazine |
| WA | Spokane | Spokesman-Review | 135,111 | Parade Magazine |
| WA | Tacoma | News Tribune | 145,957 | USA Weekend |
| WA | Vancouver | Columbian | 63,270 | USA Weekend |
| WA | Walla Walla | Union Bulletin | 15,642 | USA Weekend |

EXHIBIT 2

### Newspapers in Parade and USA Weekend Magazine Networks

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| WA | Wenatchee | World | 27,319 | USA Weekend |
| WA | Yakima | Herald-Republic | 40,735 | Parade Magazine |
| WI | Appleton-Neenah- Menasha | Post-Crescent | 72,976 | USA Weekend |
| WI | Beaver Dam | Citizen | 12,442 | USA Weekend |
| WI | Eau Claire | Leader-Telegram | 33,871 | USA Weekend |
| WI | Fond du Lac | Reporter | 19,982 | USA Weekend |
| WI | Green Bay | Press-Gazette | 64,924 | USA Weekend |
| WI | Janesville | Gazette | 27,447 | USA Weekend |
| WI | Kenosha | News | 28,363 | Parade Magazine |
| WI | La Crosse | Tribune | 40,058 | Parade Magazine |
| WI | Madison | Wisconsin State Journal | 155,823 | Parade Magazine |
| WI | Manitowic-Two Rivers | Herald Times Reporter | 17,475 | USA Weekend |
| WI | Milwaukee | Journal Sentinel | 443,411 | Parade Magazine |
| WI | Monroe | Times | 5,295 | USA Weekend |
| WI | Oshkosh | Northwestern | 27,006 | USA Weekend |
| WI | Racine | Journal Times | 29,773 | Parade Magazine |
| WI | Rhinelander | News | 5,115 | USA Weekend |
| WI | Sheboygan | Press | 28,678 | USA Weekend |
| WI | Stevens Point | Journal | 43,461 | USA Weekend |
| WI | Superior-Ashland | Telegram & Press | 9,000 | USA Weekend |
| WI | Watertown | Times | 9,517 | USA Weekend |
| WI | Waukesha | Freeman | 16,282 | USA Weekend |
| WI | Wausau-Merill | Herald | 29,932 | USA Weekend |
| WI | West Bend | News | 9,889 | USA Weekend |
| WV | Beckley | Register/Herald | 31,611 | USA Weekend |
| WV | Bluefield | Telegraph | 23,013 | USA Weekend |
| WV | Charleston | Gazette Mail | 93,729 | Parade Magazine |
| WV | Charleston | Mail | 38,152 | USA Weekend |
| WV | Clarksburg | Exponent Telegram | 20,037 | Parade Magazine |
| WV | Elkins | Inter-Mountain | 10,605 | USA Weekend |
| WV | Fairmont | Times West Virginian | 13,231 | Parade Magazine |
| WV | Huntington | Herald-Dispatch | 41,041 | USA Weekend |
| WV | Martinsburg | Journal | 20,755 | Parade Magazine |
| WV | Morgantown | The Dominion Post | 24,307 | Parade Magazine |
| WV | Parkersburg | News, Sentinel | 34,522 | Parade Magazine |
| WV | Point Pleasant/Gallipolis | Times-Sentinel/Register | 4,656 | USA Weekend |
| WV | Wheeling | Intelligencer/News Register | 42,970 | Parade Magazine |
| WV | Williamson | News | 8,245 | Parade Magazine |
| WY | Casper | Star-Tribune | 33,954 | Parade Magazine |
| WY | Laramie | Boomerang | 5,724 | USA Weekend |
| WY | Rock Springs | Rocket-Miner | 7,323 | USA Weekend |
| | **TOTAL** | | **59,520,450** | |

† Ventura County Star  (CA) consists of the following three newspapers: Simi Valley Enterprise, Thousand Oaks News-Chronicle, and the Ventura Star-Free Press.

**EXHIBIT 3**           In Re: W. R. Grace Co., et al
                              Trade Magazines

| PUBLICATION | ISSUE DATE | ON-SALE DATE | PAGE NUMBER |
|---|---|---|---|
| A H A News | June 3, 2002 | June 3, 2002 | 2 |
| Airports | June 4, 2002 | June 3, 2002 | 9 |
| American School & University | July 2002 | July 15, 2002 | 51 |
| American School Board Journal | July 2002 | June 15, 2002 | 33 |
| BOMA | July/August 2002 | August 6, 2002 | 16 |
| Box Office | August 2002 | July 5, 2002 | 23 |
| Building Operating Management | July 2002 | July 5, 2002 | 83 |
| Buildings | July 2002 | July 9, 2002 | 80 |
| Business Officer | July 2002 | July 5, 2002 | 32 |
| Chronicle of Higher Education | June 7, 2002 | June 7, 2002 | A33 |
| Church Business | July 2002 | June 14, 2002 | 49 |
| College Planning & Management | July 2002 | July 17, 2002 | 19 |
| Commercial Property News | June 16, 2002 | June 16, 2002 | 25 |
| Commerical Investment Real Estate | July/August 2002 | June 20, 2002 | 3 |
| County News | June 3, 2002 | June 3, 2002 | 3 |
| Facilities Manager | July/August 2002 | August 1, 2002 | 23 |
| Facility Management Journal | July/August 2002 | July 8, 2002 | 51 |
| Facility Manager | July/August 2002 | August 1, 2002 | 49 |
| FacilityCare | July/August 2002 | August 1, 2002 | 17 |
| Governing | July 2002 | June 28, 2002 | 59 |
| Government Executive | June 15, 2002 | June 12, 2002 | 85 |
| Health Facilities Management | August 2002 | August 5, 2002 | 21 |
| Hotel and Motel Management | June 3, 2002 | May 29, 2002 | 42 |
| Journal of Property Management | July/August 2002 | July 1, 2002 | 45 |
| Lodging | June 2002 | June 1, 2002 | 20 |
| Maintenance Solutions | July 2002 | July 16, 2002 | 19 |
| Modern Healthcare | June 17, 2002 | June 17, 2002 | 59 |
| National Real Estate Investor | July 2002 | July 1, 2002 | 23 |
| Nation's Cities Weekly | June 24, 2002 | June 24, 2002 | 5 |
| School Board News | July 2, 2002 | July 1, 2002 | 4 |
| Shopping Centers Today | July 2002 | July 1, 2002 | 52 |
| State Government News | June/July | June 10, 2002 | 39 |
| The School Administrator | August 2002 | July 25, 2002 | 39 |
| University Business | July/August, 2002 | July 5, 2002 | 18 |
| Your Church | July/August 2002 | June 21, 2002 | N/A |

EXHIBIT 4                    **In Re: W. R. Grace Co., et al**
                              **Canadian Newspapers**

| PUBLICATION | ISSUE DATE | PAGE NUMBER |
|---|---|---|
| Calgary Herald | June 14, 2002 | A6 |
| Calgary Sun | June 16, 2002 | 10 |
| Charlottetown Guardian | June 15, 2002 | C7 |
| Edmonton Journal | June 14, 2002 | A4 |
| Edmonton Sun | June 16, 2002 | 31 |
| Fredericton Gleaner | June 14, 2002 | A4 |
| Halifax Chronicle Herald/Mail Star | June 15, 2002 | E8 |
| Halifax Daily News | June 16, 2002 | A21 |
| Hamilton Spectator | June 15, 2002 | D10 |
| Kingston Whig Standard | June 15, 2002 | B17 |
| Kitchener Waterloo Record | June 15, 2002 | A21 |
| Le Journal de Montreal | June 15, 2002 | 44 |
| Le Journal de Quebec | June 15, 2002 | 120 |
| London Free Press | June 15, 2002 | A4 |
| Moncton Times Transcript | June 15, 2002 | A10 |
| Montreal Gazette | June 15, 2002 | A19 |
| Montreal LaPresse (French) | June 15, 2002 | E2 |
| National Post  (National edition) | June 15, 2002 | A13 |
| Ottawa - Le Driot (French) | June 15, 2002 | 32 |
| Ottawa Citizen | June 15, 2002 | A7 |
| Ottawa Sun | June 16, 2002 | 10 |
| Prince George Citizen | June 14, 2002 | A7 |
| Quebec - Le Soleil (French) | June 15, 2002 | A31 |
| Regina Leader Post | June 15, 2002 | A11 |
| Saint John Telegraph Journal | June 15, 2002 | A11 |
| Saskatoon Star Phoenix | June 15, 2002 | A11 |
| St. Catharines Standard | June 15, 2002 | A5 |
| St. John's Telegram | June 15, 2002 | C8 |
| The Globe & Mail (National) | June 15, 2002 | A9 |
| Thunder Bay Chronicle Journal | June 15, 2002 | A5 |
| Toronto Star | June 15, 2002 | A14 |
| Toronto Sun | June 16, 2002 | 36 |
| Vancouver Province | June 16, 2002 | A44 |
| Vancouver Sun | June 15, 2002 | B5 |
| Victoria Times Colonist | June 14, 2002 | A10 |
| Windsor Star | June 15, 2002 | B11 |
| Winnipeg Free Press | June 15, 2002 | A4 |
| Winnipeg Sun | June 16, 2002 | M5 |

EXHIBIT 5

# FOR IMMEDIATE RELEASE

# Court Orders Asbestos Property Damage Claims and Other Claims to be Filed in the W.R. Grace Bankruptcy

### - Except Asbestos Personal Injury Claims and
### - Zonolite Attic Insulation Claims

**Columbia, MD - May 10, 2002** – The United States Bankruptcy Court for the District of Delaware has set a Bar Date for certain claims to be filed in the W.R. Grace Bankruptcy. W.R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") filed for protection under Chapter 11 of the U.S. Bankruptcy Code on April 2, 2001. To preserve a claim against Grace all individuals and entities with Asbestos Property Damage Claims or certain Other Claims, including trade and Medical Monitoring Claims, must file these claims on or before March 31, 2003. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims, or Zonolite Attic Insulation Claims. These Claims will be subject to a separate claims submission process and should not be filed at this time.

**Asbestos Property Damage Claims** are claims for the cost of removal, diminution of property value, or economic loss, etc., caused by asbestos in products manufactured by Grace or from vermiculite mined, milled, processed, or sold by Grace. Grace produced and marketed vermiculite products containing added asbestos for use primarily in commercial, public and high-rise residential buildings. From 1959 to 1973, Grace marketed Mono-Kote 3 (MK-3), an asbestos-containing, wet, spray-applied fireproofing product used to provide fire protection for the enclosed steel structures of large buildings. Other Grace products included Zonolite Acoustical Plastic and other acoustical plasters and texture products used primarily on interior ceilings and walls.

Grace mined, produced and marketed vermiculite products, some of which may have contained naturally occurring asbestos. The products were sold to the building construction,

EXHIBIT 5

agricultural/horticultural and consumer markets.    These products included Monokote Fireproofing, Zonolite Concrete Roof Decks and Zonolite Masonry Insulation.

**Other Claims** are claims against W. R. Grace other than Asbestos Personal Injury Claims. These include general unsecured trade claims, contract claims, environmental claims, and Medical Monitoring Claims, which allege no current personal injury, but significant exposure to Grace asbestos or vermiculite products requiring the Claimant to be medically examined or tested to detect possible future injury.

For complete information, including a Claims Bar Date Notice, Proof of Claim Forms and instructions for filing a claim, call 1-800-432-1909, visit www.graceclaims.com, or write to Claims Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault, MN 55021-1620.

**Grace Debtors include:** W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

###

**EXHIBIT 6**

# FOR IMMEDIATE RELEASE

# Court Sets Date by which Asbestos Property Damage Claims and Medical Monitoring Claims Must Be Filed in the W.R. Grace Bankruptcy

## Current and Former Residents of Libby, Montana Affected

**Columbia, MD - May 10, 2002** – The United States Bankruptcy Court for the District of Delaware has set a Bar Date for the filing of Asbestos Property Damage Claims and Medical Monitoring Claims to be filed in the W.R. Grace Bankruptcy. W.R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") filed for protection under Chapter 11 of the U.S. Bankruptcy Code on April 2, 2001. To preserve a claim against Grace all individuals and entities with Asbestos Property Damage Claims, Medical Monitoring Claims, and Other Claims must file these claims on or before March 31, 2003. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims, or Zonolite Attic Insulation Claims. These Claims will be subject to a separate claims submission process and should not be filed at this time.

Individuals who currently live or previously lived in proximity to Grace's Libby, Montana mine may have Asbestos Property Damage Claims and/or Medical Monitoring Claims. Entities with property in proximity to the Libby mine may have Asbestos Property Damage Claims.

*Asbestos Property Damage Claimants*

Asbestos Property Damage Claims include, among other claims, the cost of removal, the diminution of property value or economic loss, etc., caused by asbestos in products manufactured by Grace or from vermiculite mined, milled, or processed by Grace.

**EXHIBIT 6**

*Medical Monitoring Claimants*

Medical Monitoring Claimants are individuals who may have had significant exposure to Grace vermiculite or asbestos products but do not have diagnosed asbestos personal injuries.  Because of exposure to vermiculite, which may contain naturally occurring asbestos, Medical Monitoring Claimants may require medical examination or testing to detect possible future injury.

For complete information, including a Claims Bar Date Notice, Proof of Claim Forms and instructions for filing a claim, call 1-800-432-1909, visit www.graceclaims.com, or write to Claims Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault, MN  55061-1620.

###

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel

for the Debtors, in the above-captioned action, and that on the 5th day of April 2006 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**AFFIDAVIT OF KATHERINE KINSELLA.**

Dated: April 5, 2006

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 5th day of April, 2006

*Vanessa A. Preston*
Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public – State of Delaware
My Comm. Expires March 21, 2008

9

-2-

DOCS_DE:107664.94

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 22588
037 - Hand Delivery
001 – Foreign First Class Mail
219 - First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
)
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*Hand Delivery*
(Counsel to Official Committee of Unsecured
Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*Hand Delivery*
(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

*Hand Delivery*
)
Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*Hand Delivery*
(Counsel to Mark Hankin and HanMar Associates,
Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

*Hand Delivery*
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

*Hand Delivery*
)
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
Fl 12
Wilmington, DE  19801

*Hand Delivery*
(Counsel to American Premier Underwriters, Inc.)
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226

*Hand Delivery*
(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Hand Delivery*
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE  19801

*Hand Delivery*
)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

*Hand Delivery*
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

*Hand Delivery*
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to American Employers Insurance Co, Employers Commercial
Union n/k/a OneBeacon A (Counsel to American Employers Insurance
Co, Employers Commercial Union n/k/a OneBeacon America Insurance
Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

*Hand Delivery*
(Counsel to U.S. Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmingotn, DE  19801

*Hand Delivery*
(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

*Hand Delivery*
(Counsel to CAN Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

*Foreign First Class Mail*
(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Buchanan Ingersoll PC
P.O. Box 8791
Wilmington, DE  19899-8791

*First Class Mail*
(Counsel to Gamma Holding, NV)
David E. Wilks, Esquire
Buchanan Ingersoll PC
P.O. Box 8791
Wilmington, DE  19899-8791

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
)
Patrick L. Hughes, Esquire
12202 Midland Walk
Austin, TX  78727

*First Class Mail*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*
)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*
)
Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

*First Class Mail*
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

*First Class Mail*
(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

*First Class Mail*
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*
)
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*
)
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
)
The Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS  39158-6005

*First Class Mail*
)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

*First Class Mail*
)
Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

*First Class Mail*
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*
)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

*First Class Mail*
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

*First Class Mail*
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

*First Class Mail*
)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

*First Class Mail*
)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of Unsecured
Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and Weatherford
International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
)
Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

*First Class Mail*
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

*First Class Mail*
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

*First Class Mail*
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

*First Class Mail*
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

*First Class Mail*
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson,
LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*
(Counsel to Dow Chemical Company, Hampshire
Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

*First Class Mail*
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA  70112-1033

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA  02116-5021

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX 77002-6418

*First Class Mail*
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Counsel to Fireman's Fund Insurance Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

*First Class Mail*
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger PC
2620 P Street, NW
Washington, DC 20007-3062

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
)
Alan H. Katz, Esquire
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

*First Class Mail*
)
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, TX 75201

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

*First Class Mail*
)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

*First Class Mail*
)
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Attorney General of PA(Commonwealth of PA, Dept.
of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12ᵗʰ Street, 3ʳᵈ Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher,
S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA  19103

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31ˢᵗ Floor
Los Angeles,CA  90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*
)
Ralph R. Mabey
Mabey Murray LC
1000 Kearns Building
136 South Main Street
Salt Lake City, UT  84101-1685

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY  14202

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

*First Class Mail*
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating Partnership LP
and Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*
)
DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

*First Class Mail*
(Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel to The Burlington Northern and Santa Fe
Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc. and
Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

*First Class Mail*
(Counsel to State of New York, Dept. of Taxation and
Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

*First Class Mail*
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

*First Class Mail*
)
Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

*First Class Mail*
)
Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

*First Class Mail*
(Counsel to James Grau, Anna Grau and Harry Grau &
Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville
ISD, Cameron County, Hildalgo County, Orange
Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*First Class Mail*
(Counsel to Carrollton-Farmers Branch Independent
School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

*First Class Mail*
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston, MA 02109-1706

*First Class Mail*
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA 92108-3419

*First Class Mail*
)
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

*First Class Mail*
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

*First Class Mail*
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

*First Class Mail*
)
John Preefer, Esquire
John Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

*First Class Mail*
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

*Overnight Delivery*
(Counsel to David Austern, the Future Claimants'
Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W., Suite 200
Washington, DC  20007-5135

*First Class Mail*
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

*First Class Mail*
(Counsel to Keri Evans, on behalf of herself and all
others similarly situated as Plaintiff in ERISA litigation,
Civil Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

*First Class Mail*
(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

*First Class Mail*
(Counsel to Ancel Abadic and 410 additional
claimants)
The Murray Law Firm
Attn: Julie A. Ardoin, Esquire
909 Poydras Street, Suite 2550
New Orleans, LA  70112

*First Class Mail*
(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

*First Class Mail*
(Counsel to Citicorp Del-Lease, Inc. d/b/a Citicorp
Dealer Finance)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
211 Benigno Boulevard, Suite 201
Bellmawr, NJ  08031

*First Class Mail*
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

*First Class Mail*
(Counsel to The Van Cott, Bagley, Cornwall &
McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

*First Class Mail*
(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill
Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena,
Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of
Washington and Port of Seattle)
Joseph F. Rice, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC  29465

*First Class Mail*
(Counsel to American Employers Insurance Co, Employers Commercial Union n/k/a OneBeacon A (Counsel to
American Employers Insurance Co, Employers Commercial Union n/k/a OneBeacon America Insurance Co and
Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

*First Class Mail*
(Counsel to U.S. Fire Insurance Company)
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

*First Class Mail*
(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's
London and Certain London Market Companies)
Mary K. Warren, Esquire
Brenda D. DiLuigi, Esquire
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY  10105

*First Class Mail*
(Transfer Agent)
DK Acquisition Partners
Attn:  Michael J. Leffell
885 Third Ave., Ste 3300
New York, NY  10022

*First Class Mail*
(Transfer Agent)
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY  10001

*First Class Mail*
(Transfer Agent)
Portia Partners LLC
One Sound Shore Dr., Ste. 100
Greenwich CT  06830

*First Class Mail*
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

*First Class Mail*
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

*First Class Mail*
(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

*First Class Mail*
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

*First Class Mail*
(Counsel to all clients of the Robles law firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

*First Class Mail*
(Counsel to PacifiCorp)
Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111