# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related Docket No. _____ |

### ORDER ENFORCING INJUNCTION ISSUED IN CONNECTION WITH THE FIRST AMENDED JOINT PLAN OF REORGANIZATION AND COMPELLING MIRACON TECHNOLOGIES, LLC TO DISMISS WITH PREJUDICE ITS LAWSUIT AGAINST W. R. GRACE & CO. – CONN.

This matter coming before the Court on the Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan Of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss, with Prejudice, its Lawsuit Against W. R. Grace & Co. – CONN. (the "Motion"), filed by the above-captioned Reorganized Debtor;[2] the Plan having been confirmed by this Court and the United States District Court for the District of Delaware and having become effective; the Court having reviewed the Motion and all other related pleadings; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Article 8 of the Plan and Section XII of the confirmation order, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2] All capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with the injunctions in the Plan and the confirmation orders, within ten days after entry of this Order, Miracon shall dismiss the Lawsuit against Grace – Conn. with prejudice

3. This Court shall retain jurisdiction over the Reorganized Debtors and Miracon with respect to any matters relating to or arising from the Motion or the implementation of this Order.


Dated: _____, 2015

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE