IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 15, 2015, AT 10:00 A.M. BEFORE
THE HONORABLE KEVIN J. CAREY

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., April 14, 2015

## CONTINUED MATTERS:

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed 7/20/09] (Docket No. 22553)

   Response Deadline: August 7, 2009

   Responses Received:

   a. Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

   Related Documents:

   a. Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

   Status: This matter is continued to the next omnibus hearing date.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**MATTERS FOR WHICH A CERTIFICATION OF COUNSEL HAS BEEN FILED:**

2. Motion for Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 2/27/15] (Docket No. 32511)

    Response Deadline: March 17, 2015, at 4:00 p.m.

    Responses Received:

    a.  Response to Motion for Order Implementing the Plan's Discharge of Petition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 3/18/15] (Docket No. 32532)

    Related Documents:

    a.  [Proposed] Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 2/27/15] (Docket No. 32511, Exhibit A)

    b.  Certificate of Counsel Concerning Motion for Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 3/20/15] (Docket No. 32533)

        (i.)  [Proposed] Order Implementing the Plan's Discharge of Prepetiton Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 3/20/15] (Docket No. 32533, Exhibit A)

    Status: This matter will go forward.

**CONTESTED MATTERS:**

3. Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief [Filed 3/5/14] (Docket No. 31812)

    Response Deadline: May 29, 2014, at 4:00 p.m.

    Responses Received:

    a.  Reorganized Debtors' Brief in Opposition to Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Class Certification [Filed: 5/29/14] (Docket No. 32233)

    Reply Deadline: February 4, 2015, at 4:00 p.m.

    Replies Received:

    a.  Anderson Memorial Hospital's Reply in Support of Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief [Filed 2/4/15] (Docket No. 32503)

2

Related Documents:

a.  [Signed] Amended Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification [Filed: 10/6/14] (Docket No. 32417)

b.  [Signed] Order Approving Stipulation to Adjourn Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification [Filed: 3/3/15] (Docket No. 32515)

Status: This matter will go forward.

Dated: April 13, 2015

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:199270.1 91100/001