IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies that:

1. Enclosed herewith is an order (the "Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

2. The Reorganized Debtors hereby request the Court to enter the Omnibus Hearing Order.

3. Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order has been given to (i) the office of the United States Trustee; (ii) counsel to the WRG Asbestos PI Trust; (iii) counsel to the Asbestos PI Future Claimants Representative; (iv) counsel to the Asbestos PD Future Claimants Representative; (v) counsel to the WRG Asbestos PD Trust (7A); (vi) Counsel for the WRG Asbestos PD Trust (7B); (vii) Counsel for the CDN

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:188170.6 91100/001

ZAI PD Claims Fund; and (viii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

Dated: April 13, 2015

KIRKLAND & ELLIS LLP
John Donley, P.C.
Adam C. Paul
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICE OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Reorganized Debtors*

DOCS_DE:188170.6 91100/001