IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |
| | **Re: Docket No. _____** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearings have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| April 15, 2015 | 10:00 a.m. Prevailing Eastern Time (Omnibus Hearing) |
| May 13, 2015[2] | 11:00 a.m. Prevailing Eastern Time (Omnibus Hearing) |
| June 9, 2015 | 10:00 a.m. Prevailing Eastern Time (Omnibus Hearing) |

---

[1]  The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").
[2]  Added hearing date.

DOCS_DE:188170.6 91100/001

IT IS HEREBY FURTHER ORDERED that these hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.