## EXHIBIT I

## The Prepetition Litigation

| Caption | Court | Plaintiffs | Co-Defendants |
|---|---|---|---|
| *Falco et al. v. W. R. Grace & Co., st al.* (the "Falco/Prete Litigation") | Circuit Court for Pinellas County, Florida (the "Florida State Court") | Frank Falco and Roberta J. Prete (the "Falco/Prete Plaintiffs") | Timothy L. Fisher and Thomas J. Mommaerts (the "Falco/Prete Co-Defendants") |

Collectively, all Claims held by the Falco/Prete Plaintiffs against one or more of the Reorganized Debtors that arise from or otherwise relate to the Falco/Prete Litigation are the "Prepetition Litigation Claims."