# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co., et al.
**CASE NO.** 01-01139-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 15, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Donley | Kirkland & Ellis | W. R. Grace & Co. |
| Theodore Freedman | Ferry Joseph PA | Anderson Memorial Hospital |
| Daniel A. Speight | Speights & Runyan | " |
| A. Gibson Solomons | " | " |
| David L. Rosendorf | Kozyak Tropin & Throckmorton PSZJ | " |
| JAMES O'NEILL | | WR Grace |
| LISA ESAYIAN | KIRKLAND & ELLIS | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

1st Revision 04/14/2015 03:25 PM

| Calendar Date: | 04/15/2015 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6859837 | Gabriella Cellarosi-Daniel | (202) 659-6000 | Eckert, Seamans, Cherin & Mellott, LL | Creditor, Maryland Casualty / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6859247 | J. Donald Corona | (409) 883-4394 | Dies & Hile LLP | Interested Party, PD Claimants / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6859210 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Interested Party, PD Claimants / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6858784 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6786625 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6860974 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6859615 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6861598 | Alexander Sanders, Jr. | 843-953-5755 | Alexander Sanders Jr. - In Pro Per/Pro | Interested Party, Alexander Sanders, Jr. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6854007 | Deborah Williamson | (210) 554-5275 | Cox Smith Matthews Incorporated | Trustee, Richard B Schiro / LISTEN ONLY |

Angel Orozco ext. 176

CourtConfCal2012