# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 4/17/2015 |
| Case: 01−01139−KJC | Form ID: ntcBK | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty　　M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　USTPREGION03.WL.ECF@USDOJ.GOV
aty　　Curtis A. Hehn　　chehn@pszyj.com
aty　　Daniel K. Hogan　　dkhogan@dkhogan.com
aty　　David W. Carickhoff　　dcarickhoff@archerlaw.com
aty　　James E. O'Neill　　jo'neill@pszjlaw.com
aty　　James E. O'Neill　　jo'neill@pszjlaw.com
aty　　Janet S. Baer　　jbaer@bhflaw.net
aty　　Jeffrey W. Gettleman　　jeffrey.gettleman@kirkland.com
aty　　Kathleen P. Makowski　　kmakowski@pszjlaw.com
aty　　Laura Davis Jones　　ljones@pszjlaw.com
aty　　Mark M. Billion　　markbillion@billionlaw.com
aty　　Meghan E.B. DeBard　　mdebard@coxsmith.com
aty　　Paul W. Turner　　pturner@carlilelawfirm.com
aty　　Richard L. Schepacarter　　richard.schepacarter@usdoj.gov
aty　　Timothy P. Cairns　　tcairns@pszjlaw.com
aty　　William D. Sullivan　　bsullivan@sha−llc.com
aty　　William D. Sullivan　　bsullivan@sha−llc.com

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　W.R. Grace & Co., et al.　　7500 Grace Drive　　Columbia, MD 21044
aty　　Bruce Grohsgal　　Pachulski, Stang, Ziehl, Young, Jones　　919 N. Market Street　　16th Floor　　Wilmington, DE 19801
aty　　Gregory M. Gordon　　Jones Day　　2727 North Harwood Street　　Dallas, TX 75201−1515
aty　　James E. O'Neill　　Pachulski Stang Ziehl & Jones LLP　　919 North Market Street, 17th Floor　　PO Box 8705　　Wilmington, DE 19899−8705
aty　　James E. O'Neill　　Pachulski Stang Ziehl & Jones LLP　　919 North Market Street, 17th Floor　　PO Box 8705　　Wilmington, DE 19899−8705
aty　　M. Dawes Cooke, Jr.　　Barnwell Whaley Paterson & Helms LLC　　288 Meeting St.　　Ste 200 (29401)　　Post Office Drawer H　　Charleston, SC 29402
aty　　Roger J. Higgins, P.C.　　The Law Offices of Roger Higgins LLC　　111 East Wacker Driver　　Suite 2800　　Chicago, IL 60601

TOTAL: 7