B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: W. R. Grace Asbestos Personal Injury Trust
on *(date)* April 15, 2015 .

☒ I served the subpoena by delivering a copy to the named person as follows: Personally serving Kathy Raduszewski, Secretary, Wilmington Trust Company, Rodney Square North, 1100 N. Market Street, Wilmington DE 19890, Agent in Charge
_____ on *(date)* April 16, 2015 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ 0.00 for travel and $ 58.00 for services, for a total of $ 58.00 .

I declare under penalty of perjury that this information is true and correct.

Date: April 16, 2015

*Server's signature*

Chris Lattmann, Process Server
*Printed name and title*

LawServe LLC, 123 South 22nd Street
Philadelphia PA  19103  800-796-4147
*Server's address*

Additional information concerning attempted service, etc.:

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

District of **Delaware**

In re **W. R. Grace & Co., et al.**
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff
v.
_____
Defendant

Case No. **01-01139-KJC**

Chapter **11**

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: **W. R. Grace Asbestos Personal Injury Trust**
*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: all documents, invoices, purchase orders, etc., in possession of the Trust regarding the Yellowstone County Courthouse, Billings, Montana, W. R. Grace & Company's presumed exposure site.

| PLACE To be prepared for inspection and copying at the place where the documents are regularly kept or at some other reasonable place, or legible copies to be delivered via mail to the party causing issuance of this subpoena. | DATE AND TIME 20 days from issuance |
|---|---|

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **4-7-2015**

CLERK OF COURT

*Violetta Blanco*
Signature of ~~Clerk or~~ Deputy Clerk

OR

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* **Lauren DuPuis**, who issues or requests this subpoena, are: Ben A. Snipes of Lewis, Slovak, Kovacich & Snipes, P.C. P. O. Box 2325, Great Falls, MT 59403 406-761-5595, Ben@lskIaw.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).