# EXHIBIT "B"

**SUMMARY OF CLAIMS DISPOSED OF DURING THE
PERIOD FROM FEBRUARY 3, 2014 (INCEPTION) THROUGH DECEMBER 31, 2014**

Since the Effective Date, all allowed claims have been paid. In the United States, 414 claims were paid a total of $151,318,591.00. In addition, $8,595,632.00 (Canadian) was transferred to the Canadian Claim representative.

No additional claims have been filed since the Effective Date of February 3, 2014.