## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al.[1], ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | **Objection Deadline: May 13, 2015 at 4:00 p.m.** |
| ) | **Hearing Date: June 9, 2015 at 10:00 a.m.** |
| ) | **(only if objections are filed)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on April 29, 2015, ZAI (Class 7B) Trustee Edward B. Cottingham, Jr. ("Mr. Cottingham"), by and through his undersigned counsel, filed the attached *Motion for Approval of Stipulation Extending Time to File Class 7B Annual Report* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by undersigned counsel for the Committee of on or before **May 13, 2015 at 4:00 p.m. prevailing Eastern time.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the Honorable Kevin J. Carey at the Bankruptcy Court, 5th Floor, Courtroom 5, on **June 9, 2015 at 10:00 a.m. prevailing Eastern time.**

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Date: April 29, 2015
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Counsel to Edward B. Cottingham, Jr., ZAI (Class 7B) Trustee*