IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | *Jointly Administered* |
| | ) | |

## CERTIFICATE OF SERVICE

    I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on April 29, 2015, I caused a copy of the *Notice of Filing of Annual Report and Claims Summary* to be served upon the attached service list via first-class and electronic mail.

    CAMPBELL & LEVINE, LLC

Dated: April 29, 2015

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
kdavis@camlev.com

{C0417421.1 }