IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 13, 2015, AT 11:00 A.M. BEFORE
THE HONORABLE KEVIN J. CAREY**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS
NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553)

   Response Deadline: August 7, 2009

   Responses Received:

   a. Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

   Related Documents:

   a. Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

<u>Status:</u> This matter is continued until June 9, 2015, at 10:00 a.m.

Dated: May 11, 2015

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors

2

DOCS_DE:199727.1 91100/001