IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Related Docket No. 32558, 32564 |

## ORDER APPROVING THE MOTION FOR APPROVAL OF STIPULATION EXTENDING TIME TO FILE CLASS 7B ANNUAL REPORT

AND NOW, upon consideration of the *Motion for Approval of Stipulation Extending Time to File Class 7B Annual Report* (the "Motion"); the Court having reviewed the Motion and Stipulation, attached hereto as Exhibit A; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**, the Motion is granted and the attached Stipulation is approved.

Dated: May 19, 2015
Wilmington, Delaware

Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

3