# **EXHIBIT B**

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2014

1. Number of Claims SUBMITTED- 1,298
   - Paid- 124         $361,973      average $2,914 per claim
   - Deficient- 57
   - Pending- 1,117
     - 863- Have not removed
     - 254- Waiting on more info
   - *Extraordinary- 5    $100,000    ($90,732, $2,929, $2,736, $2349, $1,254)

CLAIMS SUBMITTED BY STATE:

**Alphabetically**

| | | | | |
|---|---|---|---|---|
| AL-18 | ID-15 | MI-91 | NC-6 | TX-12 |
| AK-1 | IL-77 | MN-48 | ND-8 | UT-4 |
| AZ-8 | IN-22 | MS-7 | OH-56 | VT-9 |
| AR-6 | IA-20 | MO-29 | OK-7 | VA-9 |
| CA-38 | KS-6 | MT-58 | OR-20 | WA-62 |
| CO-23 | KY-5 | NE-26 | PA-87 | WV-5 |
| CT-34 | LA-5 | NH-15 | RI-3 | WI-63 |
| DE-3 | ME-13 | NJ-30 | SC-11 | WY-2 |
| FL-14 | MD-18 | NM-1 | SD-5 | Unknown- 64 |
| GA-4 | MA-150 | NY-73 | TN-7 | |

**Numerically**

| | | | | |
|---|---|---|---|---|
| MA-150 | MN-48 | AL-18 | AZ-8 | SD-5 |
| MI-91 | CA-38 | MD-18 | ND-8 | WV-5 |
| PA-87 | CT-34 | ID-15 | MS-7 | GA-4 |
| IL-77 | NJ-30 | NH-15 | OK-7 | UT-4 |
| NY-73 | MO-29 | FL-14 | TN-7 | DE-3 |
| Unknown- 64 | NE-26 | ME-13 | AR-6 | RI-3 |
| WI-63 | CO-23 | TX-12 | KS-6 | WY-2 |
| WA-62 | IN-22 | SC-11 | NC-6 | AK-1 |
| MT-58 | IA-20 | VT-9 | KY-5 | NM-1 |
| OH-56 | OR-20 | VA-9 | LA-5 | |

2. Product Identification for Paid Claims
   a. Sample, Declaration and Bag- 4
   b. Sample ONLY- 8
   c. Sample and Bag- 2
   d. Sample and Declaration- 29
   e. Declaration ONLY- 52
   f. Declaration and Bag- 15
   g. Other PID (Contractor Certification, Before & After Photos, Lab Reports)-14

---

* Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims."

In the Trustee's opinion, five claims merited Extraordinary Claim treatment. They are as follows:

Ralph and Donna Busch- $90,732

The Busch's story is well documented. In 1997 the Busch's (class plaintiffs) purchased a home with plans to do large-scale remodeling. Unbeknownst to them, the home contained large quantities of vermiculite throughout the attic and wall cavities. During renovation, large amounts of vermiculite spilled out into the living areas throughout the house. The remediation bids were upwards of $30,000, far more than the Busch's could afford. Consequently, the Busch's were stuck in the midst of remodeling and demolition and continuing to pay the mortgage on a house in which they could not live due to the asbestos contamination. Their homeowners insurance claim was denied, the mortgage company refused to assist in mitigating their losses. They were unable to sell the home. Finally, in May 2002 they sacrificed the home to foreclosure destroying a previously good credit rating and losing all equity during a phase of unprecedented real estate appreciation.

Estimated and documented economic losses as a result of the vermiculite contamination were approximately $138,000.

The remaining extraordinary claims were selected based on full and complete documentation as required by the TDP and inordinately high, but legitimate, abatement costs relative to most other claimants.

David Forrester- $2,736 + $4,125= $6,861

(Total abatement cost $20,792.13)

Susan Gudheim- $2,349 + $4,125 + $4,125= $10,599

(Total abatement cost $32,120)

Robert Smith- $2,929 + $4,125= $7,054

(Total abatement cost $21,375)

Bret Tracey- $1,254 + $4,125= $5,379

(Total abatement $14,800)