## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: Docket Nos. 31812, 31856, 31873, 32044, 32068, 32233, 32324, 32503, 32560 , 32570** |

## ORDER APPROVING STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION

Upon consideration of the Stipulation for Briefing Schedule and Hearing Date for

Anderson Memorial Hospital's ("AMH") Motion to Alter or Amend Order Denying Motion for

Class Certification attached hereto as Exhibit 1 (the "Stipulation") and after due deliberation and

sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.    The Stipulation and all of its terms are approved.

2.    As set forth in the Stipulation:

(a)    AMH shall submit its opening brief on the issue of class certification

within seventy-five (75) days of entry of this Order;

(b)    Reorganized Debtors shall submit their responsive brief within seventy-

five (75) days of filing of AMH's opening brief, and Reorganized Debtors' responsive brief shall

be no longer in number of words than AMH's opening brief;

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn. At the time of filing of AMH's Motion, there were 62 debtors. On March 19, 2014, Grace filed and the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Merged Subsidiaries. [Docket No. 31880] On September 16, 2014, Grace filed a motion closing the Chapter 11 cases of certain additional Grace subsidiaries, and on October 14, 2014, the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Grace subsidiaries. [Docket No. 32429] Accordingly, Grace and Grace-Conn. are the surviving Reorganized Debtors.

(c)    AMH shall submit its reply within thirty seven (37) days of filing of Reorganized Debtors' responsive brief, and AMH's reply shall be no longer in number of words than half the number of words of Reorganized Debtors' responsive brief;

(d)    To the extent necessary, the page limits in Local Rule 7007-2 may be exceeded; and

(e)    A hearing will be held on AMH's request for class certification on the first omnibus hearing date that is at least fifteen (15) business days after the completion of briefing or on such other date as may be agreed upon by the parties and the Court or ordered by the Court.

3.    The Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated:  June 8, 2015

The Honorable Kevin J. Carey,
United States Bankruptcy Court Judge

- 2 -