B 104
(Rev. 5/00)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER
(Court Use Only)

**PLAINTIFFS**
Continental Casualty Company and Transportation Insurance Company

**DEFENDANTS**
Jeremy B. Carr, et al.

ATTORNEYS (Firm Name, Address, and Telephone No.)
Scott D. Cousins
Bayard, P.A.
222 Delaware Ave., Ste. 900, Wilmington, DE 19899

ATTORNEYS (If Known)

**PARTY** (Check one box only)   X  1 U.S. PLAINTIFF     __ 2 U.S. DEFENDANT     __ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Declaratory Judgment

## NATURE OF SUIT
(Check the one most appropriate)

- __ 454 To Recover Money or Property
- __ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- __ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- __ 424 To object or to revoke a discharge 11 U.S.C. § 727

- __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- __ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- __ 434 To obtain an injunction or other equitable relief
- __ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

- X 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- __ 459 To determine a claim or cause of action removed to a bankruptcy court
- __ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check One Box Only)
X 1 Original Proceeding   __ 2 Removed Proceeding   __ 4 Reinstated or Reopened   __ 5 Transferred from Another Bankruptcy Court   __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**   NEAREST THOUSAND   OTHER RELIEF SOUGHT   JURY DEMAND

BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

NAME OF DEBTOR  W.R. Grace & Co., et al.   BANKRUPTCY CASE NO.  01-01139

DISTRICT IN WHICH CASE IS PENDING  Delaware   DIVISIONAL OFFICE   NAME OF JUDGE  KJC

RELATED ADVERSARY PROCEEDING (IF ANY)

PLAINTIFF  Ralph Hutt and Carl Orsborn   DEFENDANT  Maryland Casualty Company   ADVERSARY PROCEEDING NO.  14-50867

DISTRICT  Delaware   DIVISIONAL OFFICE   NAME OF JUDGE  KJC

FILING FEE (Check one box only.)   __ FEE ATTACHED   __ FEE NOT REQUIRED   __ FEE IS DEFERRED

DATE  6/8/2015   PRINT NAME  Scott D. Cousins   SIGNATURE OF ATTORNEY (OR PLAINTIFF)  /s/ Scott D. Cousins

**Local Form 109**