**CERTIFICATE OF SERVICE**

      I, Lisa L. Coggins, Esquire, hereby certify that on this 30th day of June, 2015, I caused one copy of the foregoing *Objection to Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice its Lawsuit Against W.R. Grace & Co.- Conn* to be served upon each of the parties listed on the attached service list in the manner indicated.

      Upon penalty of perjury I declare that the foregoing is true and correct.

                                                                     /s/  Lisa L. Coggins
                                                                    Lisa L. Coggins (No. 4234)

**SERVICE LIST**

*First Class Mail*
Gregory M. Gordon, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

*Hand Delivery*
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
Richard A. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite, 2207
Wilmington, DE 19801

*Hand Delivery*
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq..
Campbell & Levine, LLC
222 Delaware Avenue, Ste, 1620
Wilmington, DE 19801

*First Class Mail*
Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

*Hand Delivery*
John C. Phillips, Jr. Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*First Class Mail*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

*Hand Delivery*
Richard B. Schiro
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890-1625

*First Class Mail*
Deborah S. Williamson, Esq.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

*First Class Mail*
Edward B. Cottingham, Jr., Esq.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465

*First Class Mail*
M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms, LLC
288 Meeting St., Suite 200
P.O.  Drawer H
Charleston, SC 29402

*Hand Delivery*
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger Lesperance Inc.
286 Rue St-Paul Quest
Bureau 100
Montreal, Quebec, H2Y 2A3