## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF RESCHEDULED OMNIBUS HEARING
## BEFORE THE HONORABLE KEVIN J. CAREY

**PLEASE TAKE NOTICE** that all omnibus hearing matters[2] scheduled to be heard in the above-captioned case on July 22, 2015, at 1:00 p.m. have been rescheduled by the Court, for hearing on **July 30, 2015, at 1:00 p.m.**, (prevailing Eastern time), before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: July 17, 2015

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

---

[1]    The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2]    Please note that a pretrial conference in Adv. Pro. No. 14-50867 (KJC) has been rescheduled to August 19, 2015 at 2:30 P.M.

And

THE LAW OFFICES OF ROGER HIGGINS,
LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:200519.2 91100/001