UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                          Chapter 11

Case No. 01-01139 (KJC)

Debtor: W.R. Grace & Co., et. al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Craig A. Duewall, Esquire to represent Miracon Technologies, LLC in this action.

/s/ Lisa L. Coggins, Esquire (#4234)

Firm Name: Ferry Joseph, P.A.
Address: 824 Market St, Ste 1000, PO 1351
Wilmington, DE 19899
Phone: 302-575-1555
Email: lcoggins@ferryjoseph.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Craig A. Duewall, Esquire (#24025334)

Firm Name: Shannon Gracey Ratliff & Miller LLP, 301 Congress Ave, Ste1500
Address: Austin, TX 78701
Phone: 512-610-2716
Email: cduewall@shannongracey.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 23rd, 2015
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105