IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the below counsel hereby enters its appearance as counsel for Miracon Technologies, LLC ("Miracon") in the above captioned case pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"):

> Kasia Brozynski, Esq.
> Shannon, Gracey, Ratliff & Miller, LLP
> 420 Commerce St., Ste. 500
> Fort Worth, TX 76102
> kbrozynski@shannongracey.com
>
> and
>
> Craig A. Duewall, Esq.
> Shannon, Gracey, Ratliff & Miller, LLP
> 301 Congress Ave., Suite 1500
> Austin, Texas 78701
> cduewall@shannongracey.com

Dated:  July 23, 2015

                                    FERRY JOSEPH, P.A.

                                      /s/ Lisa L. Coggins
                                    Lisa L. Coggins, Esq. (No. 4234)
                                    824 Market Street, Suite 1000
                                    P.O. Box 1351
                                    Wilmington, Delaware 19899
                                    Tel: (302) 575-1555
                                    lcoggins@ferryjoseph.com
                                    *Local Counsel for Miracon Technologies, LLC*

                                    -and-

        Kasia Brozynski, Esq.
        Shannon, Gracey, Ratliff & Miller, LLP
        420 Commerce St., Ste. 500
        Fort Worth, Texas 76102
        Tel: (817) 877-8112
        kbrozynski@shannongracey.com
        *Counsel for Miracon Technologies, LLC*

        -and-

        Craig A. Duewall, Esq.
        Shannon, Gracey, Ratliff & Miller, LLP
        301 Congress Ave., Suite 1500
        Austin, Texas 78701
        Tel: (512) 610-2716
        cduewall@shannongracey.com
        *Counsel for Miracon Technologies, LLC*