## CERTIFICATE OF SERVICE

I, Lisa L. Coggins, Esquire, hereby certify that on this 23rd day of July, 2015, I caused one copy of the foregoing *Entry of Appearance* to be served upon each of the parties listed on the attached service list in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/  Lisa L. Coggins
Lisa L. Coggins (No. 4234)

**SERVICE LIST**

*First Class Mail*
Gregory M. Gordon, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

*Hand Delivery*
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
Richard A. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite, 2207
Wilmington, DE 19801

*Hand Delivery*
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq..
Campbell & Levine, LLC
222 Delaware Avenue, Ste, 1620
Wilmington, DE 19801

*First Class Mail*
Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

*First Class Mail*
John C. Phillips, Jr. Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*First Class Mail*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

*Hand Delivery*
Richard B. Schiro
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890-1625

*First Class Mail*
Deborah S. Williamson, Esq.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

*First Class Mail*
Edward B. Cottingham, Jr., Esq.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465

*First Class Mail*
M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms, LLC
288 Meeting St., Suite 200
P.O. Drawer H
Charleston, SC 29402

*First Class Mail*
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger Lesperance Inc.
286 Rue St-Paul Quest
Bureau 100
Montreal, Quebec, H2Y 2A3