IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 30, 2015, AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., July 29, 2015**

## CONTINUED MATTERS:

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553)

   Response Deadline: August 7, 2009

   Responses Received:

   a. Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

   Related Documents:

   a. Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

   Status: This matter is continued until August 19, 2015 at 2:30 p.m.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**MATTERS GOING FORWARD:**

2.  Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 4/9/15] (Docket No. 32540)

    Reply Deadline: July 27, 2015 at 4:00 p.m.

    Replies Received:

    a.  Reply in Support of Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 7/27/15] (Docket No. 32591)

    Response Deadline: April 27, 2015 at 11:00 a.m.

    Responses Received:

    a.  Objection to Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 6/30/15] (Docket No. 32578)

    Related Documents:

    a.  [Proposed] Order Enforcing Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and Compelling Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 4/9/15] (Docket No. 32540, Exhibit E)

    b.  Re-Notice of Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 4/28/15] (Docket No. 32556)

    c.  Re-Notice of Motion of Reorganized Debtor to (A) Enforce Injunction Issued in Connection with the First Amended Joint Plan of Reorganization and (B) Compel Miracon Technologies, LLC to Dismiss with Prejudice Its Lawsuit Against W. R. Grace & Co.-Conn. [Filed: 5/26/15] (Docket No. 32567)

DOCS_DE:200880.3 91100/001

Status: This matter will go forward.

Dated: July 28, 2015
Wilmington, Delaware.

Respectfully submitted,

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

- and –

JONES DAY
Gregory M. Gordon (TX 08435300)
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

- and –

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Counsel for the Reorganized Debtors

3

DOCS_DE:200880.3 91100/001