# SIGN-IN-SHEET

CASE NAME: W.R. Grace & Co., et al.
CASE NO.: 01-01139-KJC

COURTROOM LOCATION: 5
DATE: July 30, 2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gregory Gordon | Jones Day | Reorg'd Debtors |
| James O'Neill | PSZ+J | " |
| Lisa L Coggins | FJ | Miracon |
| Richard L. Schepacarter | USDOJ - OUST | UST |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 07/30/2015
Calendar Time: 01:00 PM ET

2nd Revision 07/30/2015 06:17 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7061819 | Kasia Brozynski | (817) 877-8112 | Shannon Gracey Ratliff & Miller, LLP | Creditor, Miracon Technologies, LLC / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7071648 | Gabriella Cellarosi-Daniel | (202) 659-6000 | Eckert, Seamans, Cherin & Mellott, LL | Creditor, Maryland Casualty / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7067534 | Craig A. Duewall | (512) 610-2716 | Shannon Gracey Ratliff & Miller | Creditor, Miracon Technology LLC / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7066797 | Ryan M. Hehner | (312) 862-2000 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co., et al / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7066658 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6853674 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7058396 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7070405 | Amanda Suzuki | (214) 969-4869 | Jones Day | Debtor, W.R. Grace & company / LISTEN ONLY |