1   UNITED STATES BANKRUPTCY COURT

2   DISTRICT OF DELAWARE

3

4   - - - - - - - - - - - - - -

    In re:                    )         Chapter 11

5                             )

    W.R. GRACE & CO., ET AL.,  )        Case No. 01-01139(KJC)

6                             )

        Reorganized Debtors.  )        (Jointly Administered)

7    - - - - - - - - - - - - - -

8

9

10                            United States Bankruptcy Court

11                            824 North Market Street

12                            Wilmington, Delaware

13

14                            July 30, 2015

15                            1:02 PM

16

17

18

19

20  B E F O R E :

21  HON KEVIN J. CAREY

22  U.S. BANKRUPTCY JUDGE

23

24

    ECR OPERATOR: AL LUGANO

25

1  HEARING re Debtors' Objection to the Proof of Claim Filed By

2  Norfolk Southern Railway Company [Filed: 7/20/9](Docket No.

3  22553)

4

5  HEARING re Motion of Reorganized Debtor to (A) Enforce

6  Injunction Issued in Connection with the First Amended Joint

7  Plan or Reorganization and (B) Compel Miracon Technologies,

8  LLC to Dismiss with Prejudice Its Lawsuit Against W. R.

9  Grace & Co.-Conn. [Filed: 4/9/15](Docket No. 32540)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Dawn South

1    A P P E A R A N C E S :

2    PACHULSKI STANG ZIEHL & JONES LLP

3         Attorney for the Reorganized Debtors

4         919 N. Market Street

5         17th Floor

6         Wilmington, DE 19899

7

8    BY:  JAMES E. O'NEILL, ESQ.

9

10   JONES DAY

11        Attorney for the Reorganized Debtors

12        2727 North Harwood Street

13        Dallas, TX 75201

14

15   BY:  GREGORY M. GORDON, ESQ.

16

17   FERRY, JOSEPH & PEARCE, P.A.

18        Attorney for Miracon Technology LLC

19        824 Market Street

20        Suite 1000

21        P.O. Box 1351

22        Wilmington, DE 19899

23

24   BY:  LISA L. COGGINS, ESQ.

25

1   SHANNON GRACEY RATLIFF & MILLER

2        Attorney for Miracon Technology LLC

3        301 Congress Avenue

4        Suite 1500

5        Austin, TX 78701

6

7   BY:  CRAIG A. DUEWALL, ESQ. (TELEPHONIC)

8

9   ALSO PRESENT TELEPHONICALLY:

10  GABRIELLA CELLAROSI-DANIEL

11  RYAN M. HEHNER

12  AMANDA SUZUKI

13

14

15

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2          THE CLERK:  All rise.  Be seated, please.

3          THE COURT:  Good afternoon, everyone.

4          MR. O'NEILL:  Good afternoon, Your Honor.  James

5   O'Neill, Pachulski Stang Ziehl & Jones appearing today on

6   behalf of the reorganized debtors, with my co-counsel,

7   Gregory Gordon, from the Jones Day firm.

8          Your Honor, we have one -- item number 1 on the

9   agenda is a continued matter.  Item number 2 is the motion

10  of the reorganized debtor to enforce injunction issued in

11  connection with the first amended joint plan of

12  reorganization and to compel Miracon Technologies to dismiss

13  with prejudice its lawsuit against W.R. Grace.

14          Mr. Gordon is going to be handling that matter,

15  and I'll turn the podium over to him.

16          THE COURT:  Thank you.

17          MR. GORDON:  Good afternoon, Your Honor.  Greg

18  Gordon, Jones Day, on behalf of the reorganized debtor.

19          THE COURT:  Let me ask preliminarily, has anything

20  changed since the time of the submission of the papers,

21  which I have reviewed?

22          MR. GORDON:  No, Your Honor.

23          THE COURT:  Let me ask that of the respondent.

24          MS. COGGINS:  Good afternoon, Your Honor.

25          MR. DUEWALL:  Your Honor, Craig Duewall with the

1   Shannon Gracey law firm in Austin, Texas, on behalf of

2   Mericon

3              And no, I don't believe anything has changed,

4   Judge.

5              THE COURT:  Why aren't you here, counsel?  If it's

6   your intention to argue this response why aren't you here?

7              MR. DUEWALL:  Has our local counsel made an

8   appearance today, Your Honor?

9              THE COURT:  Yes, she's present in the courtroom.

10             MR. DUEWALL:  And she's able to argue it as well,

11  but she asked me yesterday afternoon if there were any

12  questions that the Court might have that I be available to

13  answer those.

14             THE COURT:  Okay.  Thank you.

15             MR. DUEWALL:  Thank you, Judge.

16             THE COURT:  All right.  So in the unending search

17  for solutions by the Court to try to figure out how best to

18  approach any individual dispute I'll try something that I

19  haven't done before.

20             It's clear to me from a review of the papers that

21  it's completely unclear and unsupported that the complaint

22  can be read only to apply to post-effective date conduct

23  I'll call it.  And I take it from the papers that the

24  respondent here at this point is saying we're only -- our

25  claim only -- and the lawsuit relates only to post-effective

1    date things.  Am I correct about that?

2                MS. COGGINS:  Your Honor, Lisa Coggins.

3                MR. DUEWALL:  That's correct, Your Honor.

4                THE COURT:  Okay.  If that's the case I will tell

5    you it is not at all clear from the complaint that that's

6    the case, and so the motion that's been filed here I think

7    is entirely appropriate, but I'll make the respondent one

8    offer.

9                If you're willing now before argument -- and this

10   is not a ruling, it's a question -- if you're willing now to

11   dismiss the debtor entity from the complaint the matter will

12   end here as far as the Court's concerned, and if you want a

13   moment to talk about it among yourselves or with your client

14   I will give you that time now.  If you don't want to time

15   tell me and we'll simply move forward with argument and I

16   will make a ruling.  Tell me what you'd like to do.

17               MR. DUEWALL:  How much time can we have, Your

18   Honor?  Can we have a few minutes?

19               THE COURT:  Sure.  I'm here for the afternoon.

20               MR. DUEWALL:  If we could take ten minutes, Your

21   Honor, I would appreciate that.

22               THE COURT:  Here's what we'll do.  I'll take a

23   recess, it's now 1:06 our time, I'll recess until 1:30,

24   we'll reconvene, and the parties will let me know where you

25   stand and whether we go forward.

1              Are there any questions before we take a break?

2              All right.  Stand in recess.

3              MR. DUEWALL:  No, Your Honor.

4         (Recessed at 1:07 p.m.; reconvened at 1:37 p.m.)

5              THE CLERK:  All rise.  Be seated, please.

6              MS. COGGINS:  Well, Your Honor, Lisa Coggins,

7    Ferry Joseph, on behalf of Mericon Technologies.

8              After discussion with my co-counsel it has been

9    determined that we would agree to dismiss the debtor from

10   the complaint.  We would ask that this dismissal be without

11   prejudice to, if necessary, an amended complaint later to

12   specify strictly post-effective date conduct.  But at this

13   juncture we would certainly be willing to dismiss is

14   complaint.

15             THE COURT:  All right.  I think the -- thank you.

16   I think the request that the dismissal be without prejudice

17   is not an unreasonable one since in theory there could

18   technically be post-effective date claims that they might

19   bring, with the debtors of course full ability to dispute

20   that should it happen.

21             I'll hear from the debtor.

22             MR. GORDON:  Greg Gordon again, Your Honor, on

23   behalf of the debtor.

24             You know, I guess candidly this probably

25   technically moots our motion; however, we do have a concern

1   that we're going to end up filing the exact same papers and

2   we're going to be -- here before Your Honor shortly with the

3   exact same issue if they chose to amend, because you know,

4   based on our review of the authorities and based on they

5   said, although admittedly unclear, it seems to us they're

6   going to be arguing some sort of claim that straddles the

7   period, and we think, you know, based on the authorities

8   we've cited that's going to be still a pretty effective date

9   claim that should be discharged.

10          But, you know, I understand that it essentially

11  eliminates the issue for today, and perhaps it'll give us an

12  opportunity in the meantime I suppose to confer and maybe we

13  can avoid a further dispute.

14          THE COURT:  Yeah.  And of course if you're back

15  here I wouldn't expect to approach the matter the same way.

16          Okay.  Will counsel confer and submit a form of

17  order that embodies this resolution?

18          MR. GORDON:  Yes, Your Honor.

19          THE COURT:  All right.  Are there any questions?

20          MR. GORDON:  No, Your Honor.

21          MS. COGGINS:  No, Your Honor.

22          THE COURT:  Is there anything else we need to talk

23  about today?

24          MR. O'NEILL:  No, Your Honor.

25          THE COURT:  All right.  Thank you very much, I

Page 10

1    appreciate the efforts you've made to come to this

2    resolution.  Court will stand adjourned.

3              MR. GORDON:  Thank you.

4              MS. COGGINS:  Thank you, Your Honor.

5         (Whereupon these proceedings were concluded at 1:39 PM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3                          RULINGS

4                                                        PAGE

5    Motion of Reorganized Debtor to (A) Enforce

6    Injunction Issued in Connection with the First

7    Amended Joint Plan or Reorganization and (B) Compel

8    Miracon Technologies, LLC to Dismiss with Prejudice

9    Its Lawsuit Against W. R. Grace & Co.-Conn.

10   [Filed: 4/9/15](Docket No. 32540)                   9

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5    Dawn South

6    _____

7    Dawn South

8    AAERT Certified Electronic Transcriber CET**D-408

9

10

11

12    Date:  July 31, 2015

13

14

15

16

17

18

19

20

21

22    Veritext Legal Solutions

23    330 Old Country Road

24    Suite 300

25    Mineola, NY 11501

Digitally signed by Dawn South
DN: cn=Dawn South, o=Veritext, ou,
email=digital@veritext.com, c=US
Date: 2015.07.31 13:51:40 -04'00'

**&**

**&**   1:5 2:9 3:2,17 4:1
5:5 11:9

**0**

**01-01139**   1:5

**1**

**1**   5:8
**1000**   3:20
**11**   1:4
**11501**   12:25
**1351**   3:21
**1500**   4:4
**17th**   3:5
**19899**   3:6,22
**1:02**   1:15
**1:06**   7:23
**1:07**   8:4
**1:30**   7:23
**1:37**   8:4
**1:39**   10:5

**2**

**2**   5:9
**2015**   1:14 12:12
**22553**   2:3
**2727**   3:12

**3**

**30**   1:14
**300**   12:24
**301**   4:3
**31**   12:12
**32540**   2:9 11:10
**330**   12:23

**4**

**4/9/15**   2:9 11:10
**408**   12:8

**7**

**7/20/9**   2:2
**75201**   3:13
**78701**   4:5

**8**

**824**   1:11 3:19

**9**

**9**   11:10
**919**   3:4

**a**

**aaert**   12:8
**ability**   8:19
**able**   6:10
**accurate**   12:4
**adjourned**   10:2
**administered**   1:6
**admittedly**   9:5
**afternoon**   5:3,4,17
5:24 6:11 7:19
**agenda**   5:9
**agree**   8:9
**al**   1:5,24
**amanda**   4:12
**amend**   9:3
**amended**   2:6 5:11
8:11 11:7
**answer**   6:13
**appearance**   6:8
**appearing**   5:5
**apply**   6:22
**appreciate**   7:21
10:1
**approach**   6:18 9:15
**appropriate**   7:7
**argue**   6:6,10
**arguing**   9:6
**argument**   7:9,15
**asked**   6:11
**attorney**   3:3,11,18
4:2
**austin**   4:5 6:1
**authorities**   9:4,7
**available**   6:12
**avenue**   4:3
**avoid**   9:13

**b**

**b**   1:20 2:7 11:7
**back**   9:14
**bankruptcy**   1:1,10
1:22
**based**   9:4,4,7

**behalf**   5:6,18 6:1
8:7,23
**believe**   6:3
**best**   6:17
**box**   3:21
**break**   8:1
**bring**   8:19

**c**

**c**   3:1 5:1 12:1,1
**call**   6:23
**candidly**   8:24
**carey**   1:21
**case**   1:5 7:4,6
**cellarosi**   4:10
**certainly**   8:13
**certified**   12:8
**certify**   12:3
**cet**   12:8
**changed**   5:20 6:3
**chapter**   1:4
**chose**   9:3
**cited**   9:8
**claim**   2:1 6:25 9:6,9
**claims**   8:18
**clear**   6:20 7:5
**clerk**   5:2 8:5
**client**   7:13
**coggins**   3:24 5:24
7:2,2 8:6,6 9:21
10:4
**come**   10:1
**company**   2:2
**compel**   2:7 5:12
11:7
**complaint**   6:21 7:5
7:11 8:10,11,14
**completely**   6:21
**concern**   8:25
**concerned**   7:12
**concluded**   10:5
**conduct**   6:22 8:12
**confer**   9:12,16
**congress**   4:3
**conn**   2:9 11:9
**connection**   2:6 5:11
11:6

**continued**   5:9
**correct**   7:1,3
**counsel**   5:6 6:5,7
8:8 9:16
**country**   12:23
**course**   8:19 9:14
**court**   1:1,10 5:3,16
5:19,23 6:5,9,12,14
6:16,17 7:4,19,22
8:15 9:14,19,22,25
10:2
**court's**   7:12
**courtroom**   6:9
**craig**   4:7 5:25

**d**

**d**   5:1 11:1 12:8
**dallas**   3:13
**daniel**   4:10
**date**   6:22 7:1 8:12
8:18 9:8 12:12
**dawn**   2:25 12:3,7
**day**   3:10 5:7,18
**de**   3:6,22
**debtor**   2:5 5:10,18
7:11 8:9,21,23 11:5
**debtors**   1:6 2:1 3:3
3:11 5:6 8:19
**delaware**   1:2,12
**determined**   8:9
**discharged**   9:9
**discussion**   8:8
**dismiss**   2:8 5:12
7:11 8:9,13 11:8
**dismissal**   8:10,16
**dispute**   6:18 8:19
9:13
**district**   1:2
**docket**   2:2,9 11:10
**duewall**   4:7 5:25,25
6:7,10,15 7:3,17,20
8:3

**e**

**e**   1:20,20 3:1,1,8 5:1
5:1 11:1 12:1
**ecr**   1:24

**effective** 6:22,25
8:12,18 9:8
**efforts** 10:1
**electronic** 12:8
**eliminates** 9:11
**embodies** 9:17
**enforce** 2:5 5:10
11:5
**entirely** 7:7
**entity** 7:11
**esq** 3:8,15,24 4:7
**essentially** 9:10
**et** 1:5
**exact** 9:1,3
**expect** 9:15

**f**

**f** 1:20 12:1
**far** 7:12
**ferry** 3:17 8:7
**figure** 6:17
**filed** 2:1,2,9 7:6
11:10
**filing** 9:1
**firm** 5:7 6:1
**first** 2:6 5:11 11:6
**floor** 3:5
**foregoing** 12:3
**form** 9:16
**forward** 7:15,25
**full** 8:19
**further** 9:13

**g**

**g** 5:1
**gabriella** 4:10
**give** 7:14 9:11
**go** 7:25
**going** 5:14 9:1,2,6,8
**good** 5:3,4,17,24
**gordon** 3:15 5:7,14
5:17,18,22 8:22,22
9:18,20 10:3
**grace** 1:5 2:9 5:13
11:9
**gracey** 4:1 6:1
**greg** 5:17 8:22

**gregory** 3:15 5:7
**guess** 8:24

**h**

**handling** 5:14
**happen** 8:20
**harwood** 3:12
**hear** 8:21
**hearing** 2:1,5
**hehner** 4:11
**hon** 1:21
**honor** 5:4,8,17,22
5:24,25 6:8 7:2,3,18
7:21 8:3,6,22 9:2,18
9:20,21,24 10:4

**i**

**individual** 6:18
**injunction** 2:6 5:10
11:6
**intention** 6:6
**issue** 9:3,11
**issued** 2:6 5:10 11:6
**it'll** 9:11
**item** 5:8,9

**j**

**j** 1:21
**james** 3:8 5:4
**joint** 2:6 5:11 11:7
**jointly** 1:6
**jones** 3:2,10 5:5,7
5:18
**joseph** 3:17 8:7
**judge** 1:22 6:4,15
**july** 1:14 12:12
**juncture** 8:13

**k**

**kevin** 1:21
**kjc** 1:5
**know** 7:24 8:24 9:3
9:7,10

**l**

**l** 3:24
**law** 6:1
**lawsuit** 2:8 5:13
6:25 11:9

**legal** 12:22
**lisa** 3:24 7:2 8:6
**llc** 2:8 3:18 4:2 11:8
**llp** 3:2
**local** 6:7
**lugano** 1:24

**m**

**m** 3:15 4:11
**market** 1:11 3:4,19
**matter** 5:9,14 7:11
9:15
**mericon** 6:2 8:7
**miller** 4:1
**mineola** 12:25
**minutes** 7:18,20
**miracon** 2:7 3:18
4:2 5:12 11:8
**moment** 7:13
**moots** 8:25
**motion** 2:5 5:9 7:6
8:25 11:5
**move** 7:15

**n**

**n** 3:1,4 5:1 11:1
12:1
**necessary** 8:11
**need** 9:22
**norfolk** 2:2
**north** 1:11 3:12
**number** 5:8,9
**ny** 12:25

**o**

**o** 1:20 5:1 12:1
**o'neill** 3:8 5:4,5
9:24
**objection** 2:1
**offer** 7:8
**okay** 6:14 7:4 9:16
**old** 12:23
**operator** 1:24
**opportunity** 9:12
**order** 9:17

**p**

**p** 3:1,1 5:1

**p.a.** 3:17
**p.m.** 8:4,4
**p.o.** 3:21
**pachulski** 3:2 5:5
**page** 11:4
**papers** 5:20 6:20,23
9:1
**parties** 7:24
**pearce** 3:17
**period** 9:7
**plan** 2:7 5:11 11:7
**please** 5:2 8:5
**pm** 1:15 10:5
**podium** 5:15
**point** 6:24
**post** 6:22,25 8:12,18
**prejudice** 2:8 5:13
8:11,16 11:8
**preliminarily** 5:19
**present** 4:9 6:9
**pretty** 9:8
**probably** 8:24
**proceedings** 10:5
12:4
**proof** 2:1

**q**

**question** 7:10
**questions** 6:12 8:1
9:19

**r**

**r** 1:20 2:8 3:1 5:1
11:9 12:1
**railway** 2:2
**ratliff** 4:1
**read** 6:22
**recess** 7:23,23 8:2
**recessed** 8:4
**reconvene** 7:24
**reconvened** 8:4
**record** 12:4
**relates** 6:25
**reorganization** 2:7
5:12 11:7
**reorganized** 1:6 2:5
3:3,11 5:6,10,18
11:5

**request**  8:16
**resolution**  9:17 10:2
**respondent**  5:23
  6:24 7:7
**response**  6:6
**review**  6:20 9:4
**reviewed**  5:21
**right**  6:16 8:2,15
  9:19,25
**rise**  5:2 8:5
**road**  12:23
**ruling**  7:10,16
**rulings**  11:3
**ryan**  4:11

**s**

**s**  3:1 5:1
**saying**  6:24
**search**  6:16
**seated**  5:2 8:5
**shannon**  4:1 6:1
**shortly**  9:2
**simply**  7:15
**solutions**  6:17
  12:22
**sort**  9:6
**south**  2:25 12:3,7
**southern**  2:2
**specify**  8:12
**stand**  7:25 8:2 10:2
**stang**  3:2 5:5
**states**  1:1,10
**straddles**  9:6
**street**  1:11 3:4,12
  3:19
**strictly**  8:12
**submission**  5:20
**submit**  9:16
**suite**  3:20 4:4 12:24
**suppose**  9:12
**sure**  7:19
**suzuki**  4:12

**t**

**t**  12:1,1
**take**  6:23 7:20,22
  8:1

**talk**  7:13 9:22
**technically**  8:18,25
**technologies**  2:7
  5:12 8:7 11:8
**technology**  3:18 4:2
**telephonic**  4:7
**telephonically**  4:9
**tell**  7:4,15,16
**ten**  7:20
**texas**  6:1
**thank**  5:16 6:14,15
  8:15 9:25 10:3,4
**theory**  8:17
**things**  7:1
**think**  7:6 8:15,16
  9:7
**time**  5:20 7:14,14
  7:17,23
**today**  5:5 6:8 9:11
  9:23
**transcribed**  2:25
**transcriber**  12:8
**transcript**  12:3
**true**  12:4
**try**  6:17,18
**turn**  5:15
**tx**  3:13 4:5

**u**

**u.s.**  1:22
**unclear**  6:21 9:5
**understand**  9:10
**unending**  6:16
**united**  1:1,10
**unreasonable**  8:17
**unsupported**  6:21

**v**

**veritext**  12:22

**w**

**w**  2:8 11:9
**w.r.**  1:5 5:13
**want**  7:12,14
**way**  9:15
**we've**  9:8
**willing**  7:9,10 8:13
**wilmington**  1:12
  3:6,22

**x**

**x**  11:1

**y**

**yeah**  9:14
**yesterday**  6:11

**z**

**ziehl**  3:2 5:5