# Notice Recipients

District/Off: 0311−1  User: Al  Date Created: 7/31/2015
Case: 01−01139−KJC  Form ID: ntcBK  Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty   M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
aty   Curtis A. Hehn   chehn@pszyj.com
aty   Daniel K. Hogan   dkhogan@dkhogan.com
aty   David W. Carickhoff   dcarickhoff@archerlaw.com
aty   Deborah D. Williamson   dwilliamson@dykema.com
aty   James E. O'Neill   jo'neill@pszjlaw.com
aty   James E. O'Neill   jo'neill@pszjlaw.com
aty   Janet S. Baer   jbaer@bhflaw.net
aty   Jeffrey W. Gettleman   jeffrey.gettleman@kirkland.com
aty   Kathleen P. Makowski   kmakowski@pszjlaw.com
aty   Laura Davis Jones   ljones@pszjlaw.com
aty   Mark M. Billion   markbillion@billionlaw.com
aty   Meghan E.B. DeBard   mdebard@coxsmith.com
aty   Paul W. Turner   pturner@carlilelawfirm.com
aty   Richard L. Schepacarter   richard.schepacarter@usdoj.gov
aty   Timothy P. Cairns   tcairns@pszjlaw.com
aty   William D. Sullivan   bsullivan@sha−llc.com
aty   William D. Sullivan   bsullivan@sha−llc.com

TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   W.R. Grace & Co., et al.   7500 Grace Drive   Columbia, MD 21044
aty   Bruce Grohsgal   Pachulski, Stang, Ziehl, Young, Jones   919 N. Market Street   16th Floor   Wilmington, DE 19801
aty   Gregory M. Gordon   Jones Day   2727 North Harwood Street   Dallas, TX 75201−1515
aty   James E. O'Neill   Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705
aty   James E. O'Neill   Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705
aty   M. Dawes Cooke, Jr.   Barnwell Whaley Paterson & Helms LLC   288 Meeting St.   Ste 200   (29401)   Post Office Drawer H   Charleston, SC 29402
aty   Roger J. Higgins, P.C.   The Law Offices of Roger Higgins LLC   111 East Wacker Driver   Suite 2800   Chicago, IL 60601

TOTAL: 7