IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W. R. GRACE & CO., et al.,[1] ) <br> ) <br> Reorganized Debtors. ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-01139 (KJC) <br><br> (Jointly Administered) <br><br> **Re: Docket No.: 32597** |
| Ralph Hutt and Carl Osborn, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Maryland Casualty Company, ) <br> ) <br> Defendant. ) | <br><br><br><br> Adv. Pro. No.: 14-50867 (KJC) |
| Continental Casualty Company and ) <br> Transportation Insurance Company ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Jeremy B. Carr, Julie L. Gifford, ) <br> Gloria G. Harris, Joyce I. Lundvall, ) <br> Edward D. Stefanatz, Fred O. Bache, ) <br> Jack L. Jensen, Melba C. Weston, ) <br> Ruby R. Hagner, Kerry L. Beasley, ) <br> William G. Corbett, Amanda K. Foss, ) <br> Tammy Sue Lang, William E. DeShazer, ) <br> Johnny G. Jellesed, Lorraine B. Sichting, ) <br> Martin H. Krebs, Kenneth B. Neubauer, ) <br> Brenda L. Vinson, Laurie A. Waller, ) <br> Shirline E. Almeida, Ignacio C. Almeida, ) <br> Thomas F. Erickson, Russell S. Barnes, ) <br> Sandra L. Barnes, Phyllis A. Haugen, ) <br> and Dennis L. Welch, ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br> Adv. Pro. No.: 15-50766 (KJC) |

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 19, 2015, AT <u>1:00 P.M.</u>[2] BEFORE <u>THE HONORABLE KEVIN J. CAREY</u>**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 p.m., August 18, 2015</u>**

## CONTINUED MATTERS:

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553)

   <u>Response Deadline:</u> August 7, 2009

   <u>Responses Received:</u>

   a. Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

   <u>Related Documents:</u>

   a. Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

   <u>Status:</u> This matter is continued until the next scheduled omnibus hearing date.

## UNCONTESTED MATTERS:

2. Consent Motion of Continental Casualty Company and Transportation Insurance Company for Leave to File Brief As *Amici Curiae* In Support of Defendant Maryland Casualty Company [Filed: 7/17/15] (Adv. Pro. No.: 14-50867, Docket No. 20]

   <u>Response Deadline:</u> August 7, 2015

   <u>Responses Received:</u> None as of the date this Notice of Agenda.

   <u>Related Documents:</u>

   a. Brief of Continental Casualty Company and Transportation Insurance Company as *Amici Curiae* In Support of Defendant Maryland Casualty Company [Filed: 7/17/15] (Adv. Pro. No.: 14-50867, Docket No. 20, Exhibit 1)

---

[2] The time of the hearing has been changed from 2:30 p.m. to 1:00 p.m. at the Court's request.

Status: This matter will go forward.

**PRE-TRIAL CONFERENCE:**

3. Adversary Complaint (*Ralph Hutt and Carl Osborn v. Maryland Casualty Company* [Filed: 10/21/14] (Adv. Pro. No.: 14-50867, Docket No. 1)

   Objection Deadline: November 24, 2014, at 4:00 p.m. *(extended until December 8, 2014 for the Defendant, Maryland Casualty Company)*

   Responses Received:

   a. Defendant Maryland Casualty Company's Answer to Adversary Complaint [Filed: 12/8/14] (Adv. Pro. No.: 14-50867, Docket No. 5)

   Related Documents:

   a. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 10/24/14] (Adv. Pro. No.: 14-50867, Docket No. 3)

   b. Stipulation to Extend Time to Respond to Adversary Complaint [Filed: 11/21/14] (Adv. Pro. No.: 14-50867, Docket No. 4)

   Status: A pretrial conference will go forward on this matter.

4. Adversary Complaint (*Continental Casualty Company and Transportation Insurance Company v. Jeremy B. Carr, Julie L. Gifford, Gloria G. Harris, Joyce I. Lundvall, Edward D. Stefanatz, Fred O. Bache, Jack L. Jensen, Melba C. Weston, Ruby R. Hagner, Kerry L. Beasley, William G. Corbett, Amanda K. Foss, Tammy Sue Lang, William E. DeShazer, Johnny G. Jellesed, Lorraine B. Sichting, Martin H. Krebs, Kenneth B. Neubauer, Brenda L. Vinson, Laurie A. Waller, Shirline E. Almeida, Ignacio C. Almeida, Thomas F. Erickson, Russell S. Barnes, Sandra L. Barnes, Phyllis A. Haugen, and Dennis L. Welch*) [Filed: 6/8/15] (Adv. Pro. No.: 15-50766, Docket No. 1)

   Objection Deadline: July 8, 2015, at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   a. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 6/8/15] (Adv. Pro. No.: 15-50766, Docket No. 2)

   b. Joint Status Report and Proposed Scheduling Order Pursuant to L.R. 7016-1(d) [Filed: 8/14/15] (Adv. Pro. No.: 15-50766, Docket No. 10)

3

<u>Status:</u>  A pretrial conference will go forward on this matter

Dated: August 18, 2015

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors