# Exhibit 9

**Del. Sec'y of State Certification, dated July 23, 2009**

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "SAMSON HYDROCARBONS COMPANY", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "SGH ENTERPRISES, INC.", THE TWENTY-THIRD DAY OF JULY, A.D. 2009, AT 4:22 O'CLOCK P.M.

0794036    8320

090723410

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7436413

DATE: 07-23-09