## EXHIBIT 17

**Wire Transfer to Locke Lord**

Voucher Approve Page     ☒ No Image invoice available     Page 1 of 1

 Voucher Routing System

## Routing

| Employee | Status | Start | End | Comments |
|---|---|---|---|---|
| Patti July | Keyed | 02/25/09 00:00 | 02/25/09 00:00 | |
| Teresa Bowdle | Approved | 02/25/09 00:00 | 02/25/09 00:00 | |

## Voucher

| | | | |
|---|---|---|---|
| Voucher Number: | 50A7GH | | |
| Vendor | LOCKE LORD BISSELL & LIDDELL L (099250) | | |
| Company #: | 0010 | Month End Date: | 02/28/09 |
| Invoice Number: | GRACEASSMT  No invoice image found! | Invoice Date: | 02/25/09 |
| Gross Amount: | $6,898.00 | Discount: | $0.00 |
| Debit Memo Totals: | n/a | Net Amount: | $6,898.00 |
| Keyed By: | Patti July | Keyed By Date: | 02/25/09 |
| Approved By: | Teresa Bowdle | Approved By Date: | 02/25/09 |
| Due Date: | 02/25/09 | Check Message: | Grace- Casmalia Disposal |

| Line | Account | Description | Amount | Explanation |
|---|---|---|---|---|
| 1 | 00000010.1010.070 | SRC-OPERATING-627121478 None/Unknown | ($6,898.00) | LOCKE LORD BISSELL & LIDD Cash Acct |
| 2 | 00000090.8120.040 | GRACE BANKRUPTCY REMEDIATION None/Unknown | $6,898.00 | LOCKE LORD BISSELL & LIDD GRACE-CASMALIA DISPOSAL S |

http://dorado/routing/vouchers/approve/Approve.aspx?m=v&voucherid=2202636     3/12/2014

SGH0003435