EXHIBIT 18

**Check Dated October 21, 2002**

Smiland & Khachigian

SGH0003490

Smiland & Khachigian
601 W. 5th Street
7th Floor
Los Angeles, CA 90071

October 10 , 2002

To: Parties to Named Insured Agreement re: Chubb Policy No. 3730-58-33 (Casmalia Disposal Site)

Re: Initial Funding for Named Insured Agreement
File: 2678-03

## INVOICE

Payment of initial payment under Named Insured Agreement

BALANCE DUE........................                    ................$1,000.00

Please remit payment to Smiland & Khachigian at the above address, payable to "Smiland & Khachigian Client Trust Fund." Our Federal Tax I.D. Number is 95-4470940. Payment is due on October 28, 2002.

*Saxon Hydrocarbons share of admin expense to be incurred under Named Insured Agt - Casmalia Superfund Site*

SGH0003491

| INITIALS | DATE | | DISBURSEMENT VOUCHER | | | |
|---|---|---|---|---|---|---|
| | | PREPARED | | | | |
| | | REVIEWED | ☐ COMPUTER CHECK ☐ WIRE TRANSFER | | | VOUCHER NUMBER |
| | | APPROVED | ☒ MANUAL CHECK ☐ CASHIER'S CHECK | ACCOUNTING MONTH END DATE | | |

(APPROVED SUPPORTING DOCUMENTS MUST BE SUBMITTED WITH DISBURSEMENT VOUCHER)

ISSUE CHECK FROM (COMPANY): Samson Hydrocarbons
PAYABLE TO: Smiland & Khachigian
(Complete name AND address is required) 601 W. 5th Street, 7th Floor
Los Angeles, CA 90071

CHARGE TO: _____
(COMPANY, TYPE OF EXPENSE)

COMPUTER CHECK STUB MESSAGE (25 CHARACTERS)

MANUAL CHECK STUB MESSAGE: Admin. Exp. under Named Insured Agt.-Casmalia Superfund Site

SPECIAL HANDLING INSTRUCTIONS: Return check to Jack Canon

R.I.H OR M ___ COMPANY # ___
VENDOR NUMBER: 235433
CHECK NUMBER: 1311-3
DUE DATE/CHECK NEEDED: 10/23/2002
CHECK/NET AMOUNT: $1,000.00

| INVOICE # | DATE | GROSS $ | DISC.$ | NET$ |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL | | $0.00 | $0.00 | $1,000.00 |

ACCOUNT DISTRIBUTION

| G/L ACCOUNT NUMBER | | | DOLLAR AMOUNT | EXPLANATION (35 CHARACTERS) | SECOND REF (4 CHARACTERS) |
|---|---|---|---|---|---|
| COST CENTER | MAJOR | MINOR | | | |
| | | | | | |
| | | | | Rec'd Accts/Payable OCT 24 2002 | |
| | | | | | |
| PAGE TOTAL | | | | | |
| VOUCHER TOTAL | | | | | |

DATE 10/11/02

REQUESTED BY - SIGNATURE    MANAGER APPROVAL

A/R-A/P-JIA
OCT 3 0 2002
Susan Stout

SGH0003492

| VENDER NUMBER | VENDER INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 000651 | | 10/23/02 | | | 1,000.00 |
| ON BEHALF OF SAMSON HYDROCARBONS - ADMIN EXPENSE UNDER NAMED INSURED AGT.-CASMALIA SUPERFUND SITE | | | | | |
| CHECK NUMBER 13113 | | | | | 1,000.00 |

SAMSON
TULSA, OKLAHOMA



SAMSON
SAMSON PLAZA
TWO WEST SECOND STREET
TULSA, OKLAHOMA 74103

PAY $1,000.00

DATE 10 21 02    ****$1,000.00

PAY TO THE ORDER OF
SMILAND & KHACHIGIAN
601 W 5TH STREET
7TH FLOOR
LOS ANGELES  CA 90071

VOID AFTER 180 DAYS

⌀00013113⌀ ⌀044115443⌀  627121478⌀

SGH0003493

| | | |
|---|---|---|
| SMILAND & KHACHIGIAN<br>601 W. 5TH ST, 7TH FLOOR<br>LOS ANGELES<br>CA 90071 | **ACCOUNTS PAYABLE<br>INVOICE VOUCHER** | 11/08/02<br>*VO501308 02A*<br>VOUCHER NUMBER: **501308** |

COMPANY # 0010    ACCOUNTING MONTH END DATE  10/31/2002

VENDOR NUMBER   235433 A           VENDOR NAME  SMILAND & KHACHIGIAN
INVOICE NUMBER  SCASMALIAS         INVOICE DATE  10/21/2002
DUE DATE        10/21/2002         STATUS  M
GROSS AMOUNT    1,000.00           DISCOUNT          .00
APPROVED BY     TBOWDLE            BANK ACCT: 00000010.1010.070
  11/11/02
KEYED BY        SSTOUT             CHECK NUMBER: 013113
KEYED DATE      11/08/2002

CHECK STUB MESSAGE
(25 CHARACTERS)

## ACCOUNT DISTRIBUTION

| G/L ACCOUNT # | DESCRIPTIONS | DOLLAR AMOUNT DB/(CR) | EXPLANATION (25 CHARACTERS) | SECOND REFERENCE (6 CHAR.) |
|---|---|---|---|---|
| 00000090.7810.010 | LEGAL<br>SAMSON HYDROCARBONS COMPANY | 1000.00 | ADMIN EXP-CASMALIA<br>I/E DATE: 10/2002 | 501308 |
| | PAGE TOTAL: | 1000.00 | PAGE  1 | |
| | VOUCHER TOTAL: | 1000.00 | | |

SGH0003494

| INITIALS | DATE | |
|---|---|---|
| | | PREPARED |
| | | REVIEWED |
| | | APPROVED |

**DISBURSEMENT VOUCHER**

☐ COMPUTER CHECK ☐ WIRE TRANSFER

☒ MANUAL CHECK ☐ CASHIER'S CHECK

VOUCHER NUMBER

ACCOUNTING MONTH END DATE

(APPROVED SUPPORTING DOCUMENTS MUST BE SUBMITTED WITH DISBURSEMENT VOUCHER)

ISSUE CHECK FROM (COMPANY): Samson Hydrocarbons

PAYABLE TO: Smiland & Khachigian

(Complete name AND address is required) 601 W. 5th Street, 7th Floor

Los Angeles, CA 90071

CHARGE TO: _____ (COMPANY, TYPE OF EXPENSE)

COMPUTER CHECK STUB MESSAGE (25 CHARACTERS)

MANUAL CHECK STUB MESSAGE  Admin. Exp. under Named Insured Agt.-Casmalia Superfund Site

SPECIAL HANDLING INSTRUCTIONS  Return check to Jack Canon

R,I,H OR M   COMPANY #

VENDOR NUMBER  235433

CHECK NUMBER  1313

DUE DATE/CHECK NEEDED  10/23/2002

CHECK/NET AMOUNT  $1,000.00

| INVOICE # | DATE | GROSS $ | DISC. $ | NET $ |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL | | $0.00 | $0.00 | $1,000.00 |

**ACCOUNT DISTRIBUTION**

| G/L ACCOUNT NUMBER | | | DOLLAR AMOUNT | EXPLANATION (25 CHARACTERS) | SECOND REF 5 CHARACTERS |
|---|---|---|---|---|---|
| COST CENTER | MAJOR | MINOR | | | |
| | | | | | |
| | | | | | |
| | | | | Rec'd Accts/Payable OCT 24 2002 | |
| | | | | | |
| | | | | | |
| PAGE TOTAL | | | | | |
| VOUCHER TOTAL | | | | | |

REQUESTED BY - SIGNATURE   DATE 10/11/02   MANAGER APPROVAL

A/R-A/P-JIA

OCT 3 0 2002

Susan Stout

Smiland & Khachigian<br>
601 W. 5th Street<br>
7th Floor<br>
Los Angeles, CA 90071

October 10, 2002

To: Parties to Named Insured Agreement re: Chubb Policy No. 3730-58-33 (Casmalia Disposal Site)

Re: Initial Funding for Named Insured Agreement
File: 2678-03

### INVOICE

Payment of initial payment under Named Insured Agreement

        BALANCE DUE........................ ...................$1,000.00

Please remit payment to Smiland & Khachigian at the above address, payable to "Smiland & Khachigian Client Trust Fund." Our Federal Tax I.D. Number is 95-4470940. Payment is due on October 28, 2002.

*[Handwritten note:]* Sanson Hydrocarbons share of admin appears to be incurred under Named Insured Agt - Casmalia Superfund Site

SGH0003496

| VENDER NUMBER | VENDER INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 000651 | | 10/23/02 | | | 1,000.00 |
| ON BEHALF OF SAMSON HYDROCARBONS - ADMIN EXPENSE UNDER NAMED INSURED AGT.-CASMALIA SUPERFUND SITE | | | | | |
| CHECK NUMBER 13113 | | | | | 1,000.00 |

SAMSON
TULSA, OKLAHOMA



SGH0003497