# EXHIBIT 19

## Check Dated August 25, 2004

| | | |
|---|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY<br>P.O. BOX 7000<br>EL DORADO<br>AR 717317000 | **ACCOUNTS PAYABLE<br>INVOICE VOUCHER** | 9/09/04<br><br>*VO526047 048*<br>VOUCHER NUMBER: **526047** |

COMPANY # 0010      ACCOUNTING MONTH END DATE  08/31/2004

| | |
|---|---|
| VENDOR NUMBER   167071 0 | VENDOR NAME   MURPHY EXPLORATION & PROD. CO. |
| INVOICE NUMBER   EAST POPLR | INVOICE DATE   08/25/2004 |
| DUE DATE   08/25/2004 | STATUS   M |
| GROSS AMOUNT       4,059.38 | DISCOUNT           .00 |
| APPROVED BY   JGIBSON | BANK ACCT: 00000010.1010.070 |
| KEYED BY   PJULY | CHECK NUMBER: 014062 |
| KEYED DATE   09/09/2004 | |

CHECK STUB MESSAGE
(25 CHARACTERS)

## ACCOUNT DISTRIBUTION

| G/L ACCOUNT # | DESCRIPTIONS | DOLLAR AMOUNT DB/(CR) | EXPLANATION (25 CHARACTERS) | SECOND REFERENCE (6 CHAR.) |
|---|---|---|---|---|
| 00000010.0120.040<br>Dist: | GRACE BANKRUPTCY REMEDIATION<br>SAMSON HYDROCARBONS COMPANY | 4059.38 | EAST POPLAR EXPENSES<br>I/E DATE: 8/2004 | 526047 |
| | PAGE TOTAL: | 4059.38 | PAGE | 1 |
| | VOUCHER TOTAL: | 4059.38 | | |

| INITIALS | DATE | | DISBURSEMENT VOUCHER | | | |
|---|---|---|---|---|---|---|
| | | PREPARED | | | | VOUCHER NUMBER |
| | | REVIEWED | ☐ COMPUTER CHECK | ☐ WIRE TRANSFER | | |
| | | APPROVED | ☒ MANUAL CHECK | ☐ CASHIER'S CHECK | ACCOUNTING MONTH END DATE | |

(APPROVED SUPPORTING DOCUMENTS MUST BE SUBMITTED WITH DISBURSEMENT VOUCHER)

ISSUE CHECK FROM (COMPANY): Samson Hydrocarbons     CHARGE TO: Legal
(COMPANY, TYPE OF EXPENSE)

PAYABLE TO: Murphy Exploration & Production Company, c/o Mr. Sid Campbell

(Complete name AND address is required)
P.O. Box 61780
New Orleans, Louisiana 70161-1780

COMPUTER CHECK STUB MESSAGE (25 CHARACTERS)

MANUAL CHECK STUB MESSAGE: Reallocation: East Poplar Expenses, Poplar, Montana

SPECIAL HANDLING INSTRUCTIONS: Return to Neds Hilliard.

COMPANY #     VENDOR NUMBER: 167071     INVOICE DATE: NA

INVOICE NUMBER
CHECK NUMBER: 14062     STATUS     DUE DATE/CHECK NEEDED: 8/25/04     ☐ R,I,H OR M

GROSS AMOUNT     DISCOUNT     CHECK/NET AMOUNT: $4,059.38

ACCOUNT DISTRIBUTION

| G/L ACCOUNT NUMBER | | | DOLLAR AMOUNT | EXPLANATION (25 CHARACTERS) | SECOND REF 6 CHARACTERS |
|---|---|---|---|---|---|
| COST CENTER | MAJOR | MINOR | | | |
| | | | $4,059.38 | Reallocation of expenses associated with environmental work in the East Poplar Oil Field (Poplar, Montana). Samson obtained this liability through the bankruptcy of WR Grace. | |
| PAGE TOTAL | | | $4,059.38 | | |
| VOUCHER TOTAL | | | $4,059.38 | Doublecheck = 0 | |

Rec'd Accts/Payable
AUG 2 4 2004    A/R A/P JIA
AUG 3 . 2004
Susan Stout

Mark A. Dalton    DATE 8/23/2004    MANAGER APPROVAL
REQUESTED BY - SIGNATURE

Jennifer Gibson

**From:** Mark Dalton
**Sent:** Tuesday, August 24, 2004 11:13 AM
**To:** Jennifer Gibson
**Subject:** FW: Payment to Murphy

Here's the backup.

Mark S. Dalton
Samson Companies
Office Phone...(918) 591-1369
Cell Phone......(918) 671-5845
Pager............(888) 444-7163
FAX..............(918) 591-7369
email............mdalton@samson.com

-----Original Message-----
From: Mack, Elizabeth E. [mailto:emack@lockeliddell.com]
Sent: Monday, August 23, 2004 11:26 AM
To: Jack Canon; Mark Dalton
Subject: Payment to Murphy

Jack and Mark,

Pursuant to the terms of the Allocation Agreement, Samson Hydrocarbons needs to remit $4,059.38 to Murphy by Friday, August 27, for reallocation.

Hope all is well!

Best regards,

Elizabeth E. Mack | Partner | Locke Liddell & Sapp LLP | 2200 Ross Avenue, Suite 2200 | Dallas, Texas 75201-6776 | tel: 214.740.8598 | cell: 214.680.6990 | direct fax: 214.756.8598 | email: emack@lockeliddell.com

website: www.lockeliddell.com

LOCKE LIDDELL & SAPP LLP

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Liddell & Sapp LLP is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use, or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received this message in error, please immediately call us collect at 214.740.8000 and destroy the message. Thank you.

1

SGH0001832

| Vendor Number | Vendor Invoice No. | Invoice Date | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 000615 | | 00/00/00 | | | 4,059.38 |
| REALLOCATION: EAST POPLAR EXPENSES-POPLAR, MONTANA | | | | | |
| CHECK NUMBER 14062 | | | | | 4,059.38 |

**SAMSON**

Tulsa, Oklahoma

THE FACE OF THIS DOCUMENT HAS A TRICOLORED BACKGROUND NOT A WHITE BACKGROUND

SAMSON
SAMSON PLAZA
TWO WEST SECOND STREET
TULSA, OKLAHOMA 74103

BANK ONE, NA
Circleville, OH
56-1544/441

Check Date
08/25/04

Check Number
14062

U.S. Dollars
PAY EXACTLY
$*****4,059.38

Four Thousand Fifty Nine and 38/100 ****************************************

PAY TO THE ORDER OF

MURPHY EXPLORATION & PROD. CO
C/O MR. SID CAMPBELL
PO BOX 61780
NEW ORLEANS LA 70161-1780

VOID AFTER 180 DAYS

VOID

COPY

⑈00001406 2⑈ ⑆044115443⑆ 627121478⑈

