**EXHIBIT 20**

**Disbursement Voucher**

Hi Dezert Trucking

SGH0000985

| | | | | |
|---|---|---|---|---|
| HI DEZERT TRUCKING<br>P.O. BOX 1207<br>WOLF POINT<br>MT 59201 | | ACCOUNTS PAYABLE<br>INVOICE VOUCHER | | 1/10/03<br>*VO362976 031*<br>VOUCHER NUMBER: **362976** |

COMPANY # 0010                          ACCOUNTING MONTH END DATE   01/31/2003

VENDOR NUMBER   235753 0              VENDOR NAME   HI DEZERT TRUCKING
INVOICE NUMBER  1485,86&97            INVOICE DATE  11/19/2002
DUE DATE        12/23/2002            STATUS        M
GROSS AMOUNT    8,189.00              DISCOUNT      .00
APPROVED BY     DBELL                 BANK ACCT:    00000010.1010.070
KEYED BY        VSHELTON              CHECK NUMBER: 013178
KEYED DATE      01/10/2003

CHECK STUB MESSAGE
(25 CHARACTERS)

## ACCOUNT DISTRIBUTION

| G/L ACCOUNT # | DESCRIPTIONS | DOLLAR AMOUNT DB/(CR) | EXPLANATION (25 CHARACTERS) | SECOND REFERENCE (6 CHAR.) |
|---|---|---|---|---|
| 00000090.8120.040<br>Dist: | GRACE BANKRUPTCY REMEDIATION<br>SAMSON HYDROCARBONS COMPANY | 8189.00 | HUBER IN, 4<br>I/E DATE: 11/2002 | 362976 |
| | PAGE TOTAL: | 8189.00 | PAGE | 1 |
| | VOUCHER TOTAL: | 8189.00 | | |

SGH0000986

```
V419031                                          DATE - 1/10/03
                    DUPLICATE PAYMENT ANALYSIS   PAGE -    1

   VENDOR NUMBER    215731      HI DESERT TRUCKING

   INVOICE NUMBER:  3495.66697  INVOICE DATE:   20271219  GROSS AMOUNT:   4,169.68

VOUCHER  CO   DATE   INVOICE  DUE/PAID  GROSS AMOUNT  DISCOUNT   NET AMOUNT  # CHECK NO  MESSAGE
-------  --   -----  -------  --------  ------------  --------   ----------  ----------  -------

         ** NO DATA WAS FOUND FOR THE ABOVE INPUT. **
                                        ------------             ----------
                    TOTAL PAID
                    TOTAL OPEN
                    ** TOTAL
```

SGH0000987

VS

# DISBURSEMENT VOUCHER

| INITIALS | DATE |  |
|---|---|---|
| LB | 12-23-02 | PREPARED |
|  |  | REVIEWED |
|  |  | APPROVED |

☐ COMPUTER CHECK   ☐ WIRE TRANSFER

☒ MANUAL CHECK   ☐ CASHIER'S CHECK

VOUCHER NUMBER: 

ACCOUNTING MONTH END DATE: 12/31/02

(APPROVED SUPPORTING DOCUMENTS MUST BE SUBMITTED WITH DISBURSEMENT VOUCHER)

ISSUE CHECK FROM (COMPANY): SRC Operating
CHARGE TO: 10 (COMPANY, TYPE OF EXPENSE)

PAYABLE TO: Hi Dezert Trucking
(Complete name AND address is required) PO Box 1207
Wolf Point, MT 59201

RECEIVED JTB
DEC 31 2002

COMPUTER CHECK STUB MESSAGE (25 CHARACTERS): DB

MANUAL CHECK STUB MESSAGE: Invoices 1485, 1486, and 1497

SPECIAL HANDLING INSTRUCTIONS: *Please Fed X using attached packet

R,I,H OR M    COMPANY #
VENDOR NUMBER: 235783
CHECK NUMBER: 13178
DUE DATE/CHECK NEEDED: 12/23/2002
CHECK/NET AMOUNT: $8,189.00

| INVOICE # | DATE | GROSS $ | DISC.$ | NET$ |
|---|---|---|---|---|
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| TOTAL |  | $0.00 | $0.00 | $8,189.00 |

## ACCOUNT DISTRIBUTION

| G/L ACCOUNT NUMBER | | | DOLLAR AMOUNT | | EXPLANATION (25 CHARACTERS) | SECOND REF 6 CHARACTERS |
|---|---|---|---|---|---|---|
| COST CENTER | MAJOR | MINOR |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| PAGE TOTAL |  |  |  |  |  |  |
| VOUCHER TOTAL |  |  |  |  |  |  |

DATE: December 23, 2002    J Bennett 12/23/02
REQUESTED BY - SIGNATURE    MANAGER APPROVAL
                             B 12/25/02

SGH0000988