# EXHIBIT 21

## Documents Supporting Samson Name Change

3 0 1 7 2 8 0 0 6 3 - 1

FILED
In the Office of the
Secretary of State of Texas

SEP 2 0 1993

Corporations Section

## APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY

1. The name of the corporation as it currently appears on the records of the secretary of state of Texas is    Grace Petroleum Corporation

2. (If the corporation's name was previously unavailable and the corporation elected to use an assumed name in Texas, complete the following.) The assumed name of the corporation as it currently appears on the records of the secretary of state is

3. A certificate of authority was issued to the corporation on    November 2    19 73 .

4. The corporation name has been changed to    Samson Natural Gas Company
(Note: If the corporate name has not been changed, insert "no change.")

5. The name which it elects to use hereafter in the state of Texas is    n/a

6. It desires to pursue in Texas purposes other than, or in addition to, those authorized by its certificate of authority, as follows:
   no changes

7. It is authorized to pursue such purpose or purposes in the state or country under the laws of which it is organized.

8. It desires to change the statement(s) contained in item(s) number of the original or amended certificate of authority to read as follows:
   n/a

Samson Natural Gas Company
Name of Corporation

By _____

Its    Senior Vice President
(Authorized Officer)

D 0 1 7 2 8 0 0 6 9 7

*State of Delaware*

*Office of the Secretary of State*

PAGE 1

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "GRACE SUBSIDIARY CORPORATION", FILED A CERTIFICATE OF AGREEMENT OF MERGER, CHANGING ITS CORPORATE TITLE TO "CLEARY PETROLEUM CORPORATION", ON THE FIRST DAY OF NOVEMBER, A.D. 1973, AT 4 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "CLEARY PETROLEUM CORPORATION", FILED A CERTIFICATE OF MERGER, CHANGING ITS CORPORATE TITLE TO "GRACE PETROLEUM CORPORATION", ON THE THIRTY-FIRST DAY OF AUGUST, A.D. 1978, AT 10 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "GRACE PETROLEUM CORPORATION", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS CORPORATE TITLE TO "SAMSON NATURAL GAS COMPANY", ON THE TWENTY-SECOND DAY OF JANUARY, A.D. 1993, AT 11:43 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "SAMSON NATURAL GAS COMPANY", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS CORPORATE TITLE TO "SNG PRODUCTION COMPANY", ON THE TWENTY-FIRST DAY OF APRIL, A.D. 1993, AT 9 O'CLOCK A.M.

*William T. Quillen*
William T. Quillen, Secretary of State
*3951544*

931725105

AUTHENTICATION: 06/24/1993

DATE:

0 0 1 7 2 8 0 0 6 8 6

FILED
In the Office of the
Secretary of State of Texas

**APPLICATION FOR AMENDED**
**CERTIFICATE OF AUTHORITY**

SEP 2 0 1993

Corporations Section

1. The name of the corporation as it currently appears on the records of the secretary of state of Texas is Samson Natural Gas Company

2. (If the corporation's name was previously unavailable and the corporation elected to use an assumed name in Texas, complete the following.) The assumed name of the corporation as it currently appears on the records of the secretary of state is _____

3. A certificate of authority was issued to the corporation on November 2, 19 73.

4. The corporation name has been changed to SNG Production Company.
(Note: If the corporate name has not been changed, insert "no change.")

5. The name which it elects to use hereafter in the state of Texas is n/a

6. It desires to pursue in Texas purposes other than, or in addition to, those authorized by its certificate of authority, as follows:
no changes

7. It is authorized to pursue such purpose or purposes in the state or country under the laws of which it is organized.

8. It desires to change the statement(s) contained in item(s) number of the original or amended certificate of authority to read as follows:
n/a

SNG Production Company
Name of Corporation

By _____
Its   Senior Vice President
(Authorized Officer)

001938000607
PAGE 1

*State of Delaware*

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "SNG PRODUCTION COMPANY", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "SAMSON HYDROCARBONS COMPANY", THE TWENTY-NINTH DAY OF DECEMBER, A.D. 1994, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

Edward J. Freel, Secretary of State

0794036   8320

944260538

AUTHENTICATION: 7359380

DATE: 12-30-94

0 0 1 9 3 8 0 0 6

FILED
in the Office of the
Secretary of State of Texas

JAN 04 1995

Corporations Section

# APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY

1. The name of the corporation as it currently appears on the records of the Secretary of State of Texas is __SNG Production Company__

2. (If the corporation's name was previously unavailable and the corporation elected to use an assumed name in Texas, complete the following.) The assumed name of the corporation as it currently appears on the records of the Secretary of State is _____

3. A Certificate of Authority was issued to the corporation on __November 2__, 19__73__.

4. The corporation's name has been changed to __Samson Hydrocarbons Company__

   (Note: If the corporate name has not been changed, insert "no change.")

5. The name which it elects to use hereafter in the State of Texas is __n/a__

6. It desires to pursue in Texas purposes other than, or in addition to, those authorized by its Certificate of Authority, as follows:

   no change

7. It is authorized to pursue such purpose or purposes in the state or country under the laws of which it is incorporated.

8. It desires to change the statement(s) contained in item(s) number _____ of the original or amended certificate of authority to read as follows:

   no change

                                              Samson Hydrocarbons Company
                                              Name of corporation
                                              By _____
                                              Its __Senior Vice President__
                                                   (Authorized Officer)

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "SAMSON HYDROCARBONS COMPANY", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "SGH ENTERPRISES, INC.", THE TWENTY-THIRD DAY OF JULY, A.D. 2009, AT 4:22 O'CLOCK P.M.

0794036    8320

090723410

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7436413

DATE: 07-23-09