# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co., et al.  
**CASE NO.:** 01-01139-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** August 19, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Longosz | Eckert Seamans | Maryland Casualty |
| Jeffrey Wisler | Connolly Gallagher | " " |
| Dan Cohn | Martha Curling | Libby Claimants |
| Mike Busenkell | " | " |
| Michael Giannotto | Goodwin Procter | CNA/Continental Cas. Co |
| James O'Neill | PSZJ | Reorgd Debtors |
| Scott Cousins | Bayard | CNA Continental Cas Co. |
| Elizabeth Deluetzer | Ford Marrin | CNA-Continental Cas. Co |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: 08/19/2015
Calendar Time: 01:00 PM ET

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

*Amended Calendar 08/19/2015 08:25 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7105032 | Gabriella Cellarosi-Daniel | (202) 659-6600 | Eckert, Seamans, Cherin & Mellott, LLC | Creditor, Maryland Casualty / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7102868 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7105147 | Ryan M. Hehner | (312) 862-2000 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7103264 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7107509 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LIVE |