# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 8/20/2015 |
| Case: 01−01139−KJC | Form ID: ntcBK | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     M. Dawes Cooke, Jr.

    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Curtis A. Hehn     chehn@pszyj.com
aty     Daniel K. Hogan     dkhogan@dkhogan.com
aty     David W. Carickhoff     dcarickhoff@archerlaw.com
aty     Deborah D. Williamson     dwilliamson@dykema.com
aty     James E. O'Neill     jo'neill@pszjlaw.com
aty     James E. O'Neill     jo'neill@pszjlaw.com
aty     Janet S. Baer     jbaer@bhflaw.net
aty     Jeffrey W. Gettleman     jeffrey.gettleman@kirkland.com
aty     Kathleen P. Makowski     kmakowski@pszjlaw.com
aty     Laura Davis Jones     ljones@pszjlaw.com
aty     Mark M. Billion     markbillion@billionlaw.com
aty     Meghan E.B. DeBard     mdebard@coxsmith.com
aty     Paul W. Turner     pturner@carlilelawfirm.com
aty     Richard L. Schepacarter     richard.schepacarter@usdoj.gov
aty     Timothy P. Cairns     tcairns@pszjlaw.com
aty     William D. Sullivan     bsullivan@sha−llc.com
aty     William D. Sullivan     bsullivan@sha−llc.com

    TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044
aty     Bruce Grohsgal     Pachulski, Stang, Ziehl, Young, Jones     919 N. Market Street     16th Floor     Wilmington, DE 19801
aty     Gregory M. Gordon     Jones Day     2727 North Harwood Street     Dallas, TX 75201−1515
aty     James E. O'Neill     Pachulski Stang Ziehl & Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705
aty     James E. O'Neill     Pachulski Stang Ziehl & Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705
aty     M. Dawes Cooke, Jr.     Barnwell Whaley Paterson & Helms LLC     288 Meeting St.     Ste 200     (29401)     Post Office Drawer H     Charleston, SC 29402
aty     Roger J. Higgins, P.C.     The Law Offices of Roger Higgins LLC     111 East Wacker Driver     Suite 2800     Chicago, IL 60601

    TOTAL: 7