# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
  **EIN:** 65–0773649

**Chapter:** 11

*Case No*.: 01–01139–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 8/19/2015 was filed on 8/20/2015 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 9/10/2015 .

If a request for redaction is filed, the redacted transcript is due 9/21/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/18/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 8/20/15

(ntc)

```
                           United States Bankruptcy Court
                                District of Delaware
In re:                                                             Case No. 01-01139-KJC
W.R. Grace & Co., et al.                                           Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Brandon              Page 1 of 1              Date Rcvd: Aug 20, 2015
                              Form ID: ntcBK             Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2015.
db            +W.R. Grace & Co., et al.,    7500 Grace Drive,    Columbia, MD 21044-4029
aty           +Bruce Grohsgal,    Pachulski, Stang, Ziehl, Young, Jones,    919 N. Market Street,    16th Floor,
                Wilmington, DE 19801-3034
aty            Gregory M. Gordon,    Jones Day,    2727 North Harwood Street,    Dallas, TX 75201-1515
aty            James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Street, 17th Floor,
                PO Box 8705,    Wilmington, DE  19899-8705
aty           +M. Dawes Cooke, Jr.,    Barnwell Whaley Paterson & Helms LLC,    288 Meeting St.,
                Ste 200 (29401),    Post Office Drawer H,    Charleston, SC 29402-0197
aty           +Roger J. Higgins, P.C.,    The Law Offices of Roger Higgins LLC,    111 East Wacker Driver,
                Suite 2800,    Chicago, IL 60601-4277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            M. Dawes Cooke, Jr.
aty*           James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Street, 17th Floor,
                PO Box 8705,    Wilmington, DE  19899-8705
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```