## EXHIBIT A

## Form of Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (KJC) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) **Related to Docket No.** |

## ORDER GRANTING EXTENSION OF DEADLINE AND CONTINUANCE

Upon consideration of the *Motion by SGH Enterprises, Inc. Requesting: (I) an Extension of the Response Deadline Regarding Reorganized Debtors' Thirty Eighth Omnibus Objection to Claim, and (II) a Continuance of the Hearing With Respect Thereto* (the "Motion"); it appearing that the relief requested is fair and necessary and in the interests of justice, and; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:[1]

1.  The Motion is granted in its entirety.

2.  The deadline for SGH to respond to the Claim Objection is extended until October ____, 2015.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

PHIL1 4842773v.5

3. The initial hearing on the Claim Objection is continued until October \_\_\_\_, 2015 at _____, and such hearing shall remain only a status conference and scheduling hearing, and shall not include a hearing regarding allowance of the Claims.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

5. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: _____, 2015

                                                         Honorable Kevin J. Carey
                                                         United States Bankruptcy Judge