# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. Grace & Co., *et al.*,[1] | ) Case No. 01-01139 (KJC) |
| Debtors. | ) Jointly Administered |
|  | ) Related to DI No. 32610 |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 25th day of August 2015, I served a copy of the *Order Shortening Notice and Scheduling Telephonic Hearing on Motion by SGH Enterprises, Inc. Requesting: (I) An Extension of the Response Deadline Regarding Reorganized Debtors' Thirty Eighth Omnibus Objection to Claim, and (II) A Continuance of the Hearing with Respect Thereto* upon the parties listed on the attached Service List via facsimile.

                                       */s/ Domenic E. Pacitti*
                                       Domenic E. Pacitti, Esquire (DE Bar No. 3989)

---

[1] The Reorganized Debtors comprise W. R. Grace & Co, ("'Grace'") and W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace Energy Corporation ("GEC") is a former debtor, whose case was closed pursuant to this Court's Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirement to File a Final Report For Such Cases [Docket No. 32429], dated October 14, 2014].

**SERVICE LIST**

Office of the United States Trustee
Attn: Richard L. Schepecarter, Esquire
844 N. King Street
Wilmington, DE 19801
(Facsimile 302-573-6497)

Roger J. Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL. 60607
(Facsimile 312-577-0737)

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Facsimile 302-652-4400)

Michael Magzamen
Strook & Strook & Lavan
180 Maiden Lane
New York, NY 10038-4982
(Facsimile 212-806-6006)

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
(Facsimile 302-657-4901)

Scott L. Baena
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
(Facsimile 305-374-7593)

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Facsimile 302-575-1714)

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Facsimile 212-644-6755)

Marla Eskin
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(Facsimile 302-426-9947)

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(Facsimile 212-715-8000)

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397
(Facsimile 302-421-6813)

Richard H. Wyron
FrankelWyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037
(Facsimile 202-627-3002)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Facsimile 302-655-4210)

Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(Facsimile 302-888-0606)

Alan B. Rich
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270
(Facsimile 214-749-0325)