**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. Grace & Co., *et al.*, | ) ) ) | Case No. 01-01139 (KJC) |
| Debtors. | ) ) | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Morton R. Branzburg, Esquire to represent SGH Enterprises, Inc. in this action.

      KLEHR HARRISON HARVEY BRANZBURG LLP

      */s/ Domenic E. Pacitti*
      Domenic E. Pacitti (DE Bar No. 3989)
      919 Market Street, Suite 1000
      Wilmington, Delaware 19801
      Telephone:  (302) 426-1189
      Email:  dpacitti@klehr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and the Commonwealth of Pennsylvania and am admitted to practice before United States District Court for the Eastern District of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

      */s/ Morton R. Branzburg*
      Morton R. Branzburg, Esquire
      Klehr Harrison Harvey Branzburg LLP
      1835 Market Street
      Philadelphia, Pennsylvania 19103
      Telephone:  (215) 569-2700
      Email:  mbranzburg@klehr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

PHIL1 4840279v.1