**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. Grace & Co., *et al.*, | ) ) ) | Case No. 01-01139 (KJC) |
| Debtors. | ) ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Greg A. Lowry, Esquire to represent SGH Enterprises, Inc. in this action.

KLEHR HARRISON HARVEY BRANZBURG LLP

 */s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Email:  dpacitti@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State Texas and am admitted to practice before United States District Court for the Eastern District of Texas, Northern District of Texas, Southern District of Texas and Western District of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Greg A. Lowry*
Greg A. Lowry, Esquire
Locke Lord LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Email:  glowry@lockelord.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

PHIL1 4846019v.1