# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
#5

2nd Revision 08/26/2015 07:44 AM

| Calendar Date: | 08/26/2015 |
| --- | --- |
| Calendar Time: | 12:00 PM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7120027 | Morton R. Branzburg | (215) 569-3007 | Klehr Harrison Harvey Branzburg LLP | Creditor, SGH Enterprises, Inc. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7118653 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7118670 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7119608 | Gregory Lowry | (214) 740-8707 | Locke Lord LLP | Creditor, SGH Enterprises, Inc. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7119019 | James E. O'Neill | (302) 778-6407 | Pachulski Stang Ziehl & Jones | Debtor, WR Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7120026 | Domenic Pacitti | (302) 552-5511 | Klehr Harrison Harvey Branzburg LLP | Creditor, SGH Enterprises, Inc. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7118785 | Ross Spence | (713) 335-4832 | Snow Spence Green, LLP | Debtor, WR Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7119624 | David Swanson | (214) 740-8514 | Locke Lord LLP | Creditor, SGH Enterprises, Inc. / LIVE |