IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| W. R. GRACE & CO., et al.,[1] | ) 01-01139 (KJC) ) ) Jointly Administered ) ) Related to Docket Nos. 32600, 32601, 32603, ) 32608, 32609, 32610, 32611, 32612, 32614 & 32617 ) |

**ORDER APPROVING STIPULATION: (I) EXTENDING THE RESPONSE DEADLINE OF SGH ENTERPRISES, INC. REGARDING REORGANIZED DEBTORS' THIRTY EIGHTH OMNIBUS OBJECTION TO CLAIM, AND (II) ABATING INTEREST, AND (III) CONTINUING THE HEARING WITH RESPECT THERETO**

Upon consideration of the *Stipulation: (I) Extending The Response Deadline Of SGH Enterprises, Inc. Regarding Reorganized Debtors' Thirty Eighth Omnibus Objection To Claim, AND (II) Abating Interest, And (III) continuing the hearing With Respect Thereto* filed with the Court on August 26, 2015 [Docket No. 32617] (the "Stipulation") by and between the above captioned Reorganized Debtors (collectively, the "Reorganized Debtors") and SGH Enterprises, Inc. (f/k/a Samson Hydrocarbons, Inc.) ("SGH"), a copy of which is attached hereto as Exhibit 1, and the Certification of Counsel for SGH filed with the Court;

**IT IS HERBY ORDERED THAT** the Stipulation attached hereto as Exhibit 1, is approved.

Date: August 26, 2015

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace Energy Corporation was a Reorganized Debtors whose case has been closed.

PHIL1 4849184v.1