# EXHIBIT 1

Stipulation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Hearing Date: August 26, 2015 at 12:00 pm ET |
| ) | Objection Deadline: August 26, 2015 at 12:00 pm ET |
| ) | |
| ) | Related to Docket Nos. 32600, 32601, 32603, 32608, |
| ) | 32609, 32610, 32611, 32612, & 32614 |

**STIPULATION: (I) EXTENDING THE RESPONSE DEADLINE OF SGH ENTERPRISES, INC. REGARDING REORGANIZED DEBTORS' THIRTY EIGHTH OMNIBUS OBJECTION TO CLAIM, AND (II) ABATING INTEREST, AND (III) CONTINUING THE HEARING WITH RESPECT THERETO**

The above-captioned Reorganized Debtors and SGH Enterprises, Inc. (f/k/a Samson Hydrocarbons, Inc.) ("SGH"), through their respective undersigned counsel, hereby agree and stipulate as follows with respect to the response deadline and initial hearing date thereon for the "*Thirty- Eighth Omnibus Objection to Claims filed by SGH Enterprises, Inc. (Substantive and Non- Substantive Objection)*" [Docket No. 32600] (the "Objection") and the "*Declaration of Richard C. Finke in Support of the Thirty- Eighth Omnibus Objection to Claims filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)*" [Docket No. 32601] (collectively with the Objection, the "Claim Objection") filed by Reorganized Debtors on August 18, 2015:

1. The deadline for SGH to file and serve a response, answer or objection to the Claim Objection is extended through and including October 19, 2015.

2. The initial scheduling hearing with respect to the Claim Objection set for September 23, 2015, shall be continued until a mutually agreeable date after October 19, 2015.

---

[1] The Reorganized Debtors are W. R. Grace & Co. and W. R. Grace & Co.-Conn.

PHIL1 4849548v.1

3.   SGH will forego interest accruing pursuant to the Plan on the Allowed amount (if any) of a Claim allowed to SGH (if any) in the above-captioned chapter 11 cases that would otherwise accrue between September 4, 2015, and the date that SGH actually files its response to the Claim Objection.[2]

| | |
|---|---|
| Dated: August 26, 2015<br>Wilmington, Delaware | /s/ Domenic E. Pacitti |

Domenic E. Pacitti (DE Bar No. 3989)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193

- and -

Morton Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-3007
Facsimile:    (215) 568-6603


David L. Swanson
Gregory Lowry
   Texas Bar No. 12641360
LOCKE LORD, LLP
   2200 Ross Avenue, Suite 2200
   Dallas, Texas 75201-6776
   Telephone: (214) 740-8000
   Facsimile: (214) 740-8800

**CO- COUNSEL FOR SGH ENTERPRISES, INC. (F/K/A SAMSON HYDROCARBONS COMPANY)**

---

[2] Capitalized terms not defined in this stipulation shall have the meaning ascribed to them in the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (the "Plan").

2

/s/ *James E. O'Neill*
PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

-and-

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

**CO-COUNSEL FOR THE REORGANIZED DEBTORS**