# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No.: 01-1139 (JKF) |
| ) | **Chapter 11** |
| Debtors. ) | **Jointly Administered** |

## BRASFIELD & GORRIE, L.L.C.'S
## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE CLAIM [DOC NO. 32060]

Brasfield & Gorrie, L.L.C. ("B&G"), by its undersigned counsel, hereby withdraws its Request for Payment Administrative Claim [Doc. 32060] filed in the above-referenced bankruptcy case.

Dated: September 15, 2015

        Respectfully submitted,

        BRADLEY ARANT BOULT CUMMINGS LLP

        By: /s/ Jay R. Bender
            Jay R. Bender, Esq.
            Bradley Arant Boult Cummings LLP
            1819 5th Avenue North
            Birmingham, Alabama 35203
            Telephone: (205) 521-8000
            Facsimile: (205) 521-8800

        *Counsel for Brasfield & Gorrie, L.L.C.*

**CERTIFICATE OF SERVICE**

    I hereby certify on September 15, 2015 that I have caused a true and correct copy of the foregoing to be sent by electronic delivery to all parties consenting to service through the Court's CM/ECF system and that I have sent the foregoing via United States Mail, first-class postage prepaid, to the following:

  W.R. Grace & Co.
  7500 Grace Drive
  Columbia, MD  21044

  Kirkland & Ellis LLP
  Citigroup Center
  153 East 53rd Street
  New York, NY  10022
  Attn:
  David M. Bernick, P.C.
  Theodore L. Freeman

  Pachulski, Stang, Ziehl & Jones LLP
  919 North Market Street, 17th Floor
  P.O. Box 8705
  Wilmington, Delaware 19899-8705
  Attn:
  Laura David Jones
  James E. O'Neill

  Roger J. Higgins
  The Law Offices of Roger Higgins, LLC
  1 North Bishop Street
  Suite 14
  Chicago, IL  60607-1823

           /s/ Jay R. Bender
           Jay R. Bender

           Bradley Arant Boult Cummings LLP
           One Federal Place
           1819 Fifth Avenue North
           Birmingham, AL 35203-2119
           Telephone: (205) 521-8000
           Facsimile: (205) 521-8800
           E-mail: jbender@babc.com

1/3864862.1