IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 23, 2015, AT 2:00 P.M. BEFORE THE
HONORABLE KEVIN J. CAREY**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS
NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553)

    Response Deadline: August 7, 2009

    Responses Received:

    a. Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

    Related Documents:

    a. Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

    Status: This matter has been continued until November 24, 2015 at 1:00 p.m.

---

[1]  The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Dated: September 21, 2015

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors