# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )<br>)Chapter 11 |
| W. R. GRACE & CO., et al., | )<br>)Case No. 01-01139 (KJC)<br>)(Jointly Administered) |
| Reorganized Debtors. | )<br>)**Requested Hearing Date:  TBD**<br>)**Objection Deadline: TBD**<br>) |

**Related to Docket No. 32600**

---

## DECLARATION OF AMBER N. SLADOVNIK WITH RESPECT TO THE SGH ENTERPRISES, INC.'S RESPONSE TO THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY SGH ENTERPRISES, INC. (SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTION)

I, Amber N. Sladovnik, declare under penalty of perjury:

1.      I am employed as a litigation paralegal at Locke Lord LLP,  located at 2200 Ross, Suite 2200, Dallas, Texas 75201.

2.      On March 14, 2015, David Swanson, a partner with Locke Lord LLP, sent an email to Mr. Spence, co- counsel for W.R. Grace-Conn, containing an electronic FTP link.  The link contained bates-numbered documents with a range of SGH 000001 – 003911.  I assisted with the production of the documents and establishing the FTP link to Mr. Spence.  The documents available for inspection through the link include copies of various invoices of vendors who are described in SGH Enterprises, Inc.'s amended  2012 proof of claim, copies of vouchers related to various invoices, and copies of a GPC Stock Purchase Agreement dated December 30, 1992, a Settlement and Release Agreement dated March 31, 1994, a Second Settlement and Release Agreement dated November 30, 1998, and a Payment of Settlement, Joint Defense and



EXHIBIT

B

Confidentiality Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: October 16, 2015.

Amber Sladovnik

**Amber N. Sladovnik,**