## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 19th day of October 2015, I served a copy of the following pleading upon the parties listed on the attached Service List via U.S. First Class Mail or hand delivery where noted:

*SGH Enterprises, Inc.'s Response to Thirty Eighth Omnibus Objection to Claim Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)*

/s/ Domenic E. Pacitti
Domenic E. Pacitti, Esquire (DE Bar No. 3989)

---

[1] The Reorganized Debtors comprise W. R. Grace & Co, ("'Grace'") and W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace Energy Corporation ("GEC") is a former debtor, whose case was closed pursuant to this Court's Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirement to File a Final Report For Such Cases [Docket No. 32429], dated October 14, 2014].

PHIL1 4959471v.1

## SERVICE LIST

Office of the United States Trustee
Attn: Richard L. Schepecarter, Esquire
844 N. King Street
Wilmington, DE 19801
**(VIA HAND DELIVERY)**

Roger J. Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL. 60607

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
**(VIA HAND DELIVERY)**

Michael Magzamen
Strook & Strook & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
**(VIA HAND DELIVERY)**

Scott L. Baena
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
**(VIA HAND DELIVERY)**

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla Eskin
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
**(VIA HAND DELIVERY)**

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397
**(VIA HAND DELIVERY)**

Richard H. Wyron
FrankelWyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
**(VIA HAND DELIVERY)**

Alan B. Rich
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270