Don C. Fletcher, SBN 012140
dfletcher@lakeandcobb.com
**LAKE & COBB, P.L.C.**
1095 W. Rio Salado Pkwy., Ste. 206
Tempe, AZ 85281
602-523-3000 phone
602-523-3001 fax

*Attorneys for Westcor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R.GRACE & CO., et al.<br><br>Debtors. | Case No. 01-01139 (JFK)<br>Jointly Administered<br><br>**REQUEST FOR REMOVAL FROM CM/ECF MAILING LIST** |

PLEASE TAKE NOTICE that Don C. Fletcher, attorney for interested party Westcor, hereby requests to be removed from receiving CM/ECF electronic notices in the above-captioned matter at the following e-mail addresses: dfletcher@lakeandcobb.com and msheen@lakeandcobb.com.

RESPECTFULLY submitted this 30th day of October, 2015.

LAKE AND COBB, PLC

*/s/ Don C. Fletcher*

Don C. Fletcher
1095 W. Rio Salado Pkwy., Ste. 206
Tempe, AZ 85281
602-523-3000 phone
602-523-3001 fax
*Attorneys for Westcor*