IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| Ralph Hutt and Carl Osborn, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Pro. No.: 14-50867 (KJC) |
| | ) |
| Maryland Casualty Company, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Continental Casualty Company and Transportation Insurance Company | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Pro. No.: 15-50766 (KJC) |
| | ) |
| Jeremy B. Carr, Julie L. Gifford, Gloria G. Harris, Joyce I. Lundvall, Edward D. Stefanatz, Fred O. Bache, Jack L. Jensen, Melba C. Weston, Ruby R. Hagner, Kerry L. Beasley, William G. Corbett, Amanda K. Foss, Tammy Sue Lang, William E. DeShazer, Johnny G. Jellesed, Lorraine B. Sichting, Martin H. Krebs, Kenneth B. Neubauer, Brenda L. Vinson, Laurie A. Waller, Shirline E. Almeida, Ignacio C. Almeida, Thomas F. Erickson, Russell S. Barnes, Sandra L. Barnes, Phyllis A. Haugen, and Dennis L. Welch, | ) |
| | ) |
| Defendants. | ) |

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 24, 2015, AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., November 17, 2015**

## CONTINUED MATTERS:

1. Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553)

   Response Deadline: August 7, 2009

   Responses Received:

   a.  Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

   Related Documents:

   a.  Request for Status Hearing to Set Briefing Schedule for Summary Judgment Regarding Claim No. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 2/10/15] (Docket No. 32504)

   Status: The status hearing to set briefing schedule for summary judgment has been continued to the next omnibus hearing date.

## MATTERS GOING FORWARD:

2. Notice of Completion of Briefing Regarding Plaintiff's Motion for Summary Judgment [Filed: 10/23/15] (Adv. Pro. No.: 14-50867, Docket No. 31) filed by Ralph Hutt and Carl Osborn. A copy of the Notice of Completion is attached hereto as Exhibit A.

   Status: Oral argument with respect to this matter will be going forward.

3.     Notice of Completion of Briefing Regarding Defendants' Motion to Dismiss Adversary Proceeding [Filed: 11/4/15] (Adv. Pro. No.: 15-50766, Docket No. 26) filed by Jeremy B. Carr, *et al.*,. A copy of the Notice of Completion is attached hereto as <u>Exhibit B</u>.

   <u>Status:</u> Oral argument with respect to this matter will be going forward.

4.     Motion of the WRG Asbestos PI Trust for Leave to File Amicus Curiae Brief in Support of Continental Casualty Company and Transportation Insurance Company [Filed: 11/4/15] (Adv. Pro. No.: 15-50766, Docket No. 25)

   <u>Response Deadline:</u> November 18, 2015, at 4:00 p.m.

   <u>Responses Received:</u>

   a.     Defendants' Objection to Motion for Leave to File Amicus Curiae Brief [Filed: 11/17/15] (Adv. Pro. No.: 15-50766, Docket No. 27)

   <u>Replies Received:</u>

   a.     Response of the WRG Asbestos PI Trust to Defendants' Objection to Motion for Leave to File Amicus Curiae Brief [Filed: 11/20/15] (Adv. Pro. No.: 15-50766, Docket No. 28)

   <u>Related Documents:</u>

   a.     Brief of WRG Asbestos PI Trust as Amicus Curiae in Support of Continental Casualty Company and Transportation Insurance Company [Filed: 11/4/15] (Adv. Pro. No.: 15-50766, Docket No. 25, Exhibit A)

   b.     [Proposed] Order Granting Motion of the WRG Asbestos PI Trust for Leave to File Amicus Curiae Brief in Support of Continental Casualty Company and Transportation Insurance Company [Filed: 11/4/15] (Adv. Pro. No.: 15-50766, Docket No. 25, Exhibit B)

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u>  This matter will go forward.

Dated: November 20, 2015

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Reorganized Debtors