# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | CHAPTER 11 |
| W.R. GRACE & CO., *et al.*, | ) | CASE NO. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| RALPH HUTT and CARL ORSBORN, | ) | |
| | ) | ADVERSARY PROCEEDING |
| Plaintiffs, | ) | NO. 14-50867 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| MARYLAND CASUALTY COMPANY, | ) | |
| | ) | |

### NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, Ralph Hutt and Carl Osborn by and through its undersigned counsel, hereby notifies the Court that briefing has been completed on Plaintiff's *Motion for Summary Judgment* [D.I. 14]. The following relevant documents will be delivered to Chambers with this Notice of Completion of Briefing:

| Tab # | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 1 | 06/05/2015 | 14 | Plaintiff's Motion for Summary Judgment |
| 2 | 06/05/2015 | 15 | Opening Brief in Support of Plaintiff's Motion for Summary Judgment |
| 3 | 06/05/2015 | 16 | Plaintiff's Statement of Undisputed Facts |
| 4 | 06/05/2015 | 17 | Affidavit of Jon Heberling |

| | | | |
|---|---|---|---|
| 5 | 07/17/2015 | 20 | Motion for Leave to File Brief as Amici Curiae in Support of Defendant Maryland Casualty Company |
| 6 | 07/17/2015 | 21 | Defendant Maryland Casualty Company's Brief In Support Of Its Opposition To Plaintiffs Motion For Summary Judgment |
| 7 | 07/17/2015 | 22 | Appendix To Defendant Maryland Casualty Company's Brief In Support Of Its Opposition To Plaintiffs Motion For Summary Judgment |
| 8 | 07/17/2015 | 23 | Defendant's Counter-Statement of Material Facts in Dispute |
| 9 | 08/18/2015 | 27 | Plaintiffs' Reply Brief in Support of Motion for Summary Judgment |

Dated: October 23, 2015　　　　　　　Respectfully submitted,
Wilmington, DE

RALPH HUTT and CARL ORSBORN,

By their attorneys,

/s/ *Michael Busenkell*
Michael Busenkell, Esq. (DE 3933)
GELLERT SCALI BUSENKELL & BROWN LLC
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Telephone:　(302) 425-5800
Facsimile:　(302) 425-5814

Daniel C. Cohn, Esq.
Ryan M. MacDonald, Esq.
Keri L. Wintle, Esq.
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110
Telephone:　(617) 457-4000
Facsimile:　(617) 482-3868

Roger Sullivan, Esq.
Allan M. McGarvey, Esq.
John F. Lacey, Esq.
MCGARVEY, HEBERLING, SULLIVAN & LACEY, P.C.
345 First Avenue East
Kalispell, MT 59901
Telephone:　(406) 752-5566