# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br><br>(Jointly Administered) |
| CONTINENTAL CASUALTY COMPANY and TRANSPORTATION INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY B. CARR, JULIE L. GIFFORD, GLORIA G. HARRIS, JOYCE I. LUNDVALL, EDWARD D. STEFANATZ, FRED O. BACHE, JACK L. JENSEN, MELBA C. WESTON, RUBY R. HAGNER, KERRY L. BEASLEY, WILLIAM G. CORBETT, AMANDA K. FOSS, TAMMY SUE LANG, WILLIAM E. DeSHAZER, JOHNNY G. JELLESED, LORRAINE B. SICHTING, MARTIN H. KREBS, KENNETH B. NEUBAUER, BRENDA L. VINSON, LAURIE A. WALLER, SHIRLINE E. ALMEIDA, IGNACIO C. ALMEIDA, THOMAS F. ERICKSON, RUSSELL S. BARNES, SANDRA L. BARNES, PHYLLIS A. HAUGEN, and DENNIS L. WELCH,<br><br>Defendants. | Case No. 15-50766 (KJC)<br><br>Related Adv. D.I.'s: 8, 9, 15, 16, 18, 19, 20, 22 and 25 |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Rule 7007-4 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Plaintiffs Continental Casualty Company and Transportation Insurance Company (collectively, "CNA"), through

{BAY:02798625v2}

undersigned counsel, hereby provide notice of the completion of briefing regarding: (1) Motion of Defendants to Dismiss Adversary Proceeding [Adv. D.I. 8]; and (2) CNA's Motion for Summary Judgment [Adv. D.I. 15].

Copies of the following related pleadings were delivered to Chambers on this date:

1. *Motion of Defendants to Dismiss Adversary Proceeding* [Adv. D.I. 8], filed on August 7, 2015.

2. *Memorandum of Law in Support of Defendants' Motion to Dismiss Adversary Proceeding*, [Adv. D.I. 9], filed on August 7, 2015.

3. *Continental Casualty Company and Transportation Insurance Company's Motion for Summary Judgment;* [Adv. D.I. 15], filed on September 8, 2015.
   - *Brief of Continental Casualty Company and Transportation Insurance Company in Opposition to Defendants' Motion to Dismiss Adversary Proceeding and in Support of Motion for Summary Judgment* [Adv. D.I. 15], filed on September 8, 2015;
   - *Statement of Undisputed Material Facts of Continental Casualty Company and Transportation Insurance Company in Support of Motion for Summary Judgment* [Adv. D.I. 15], filed on September 8, 2015;
   - *Declaration of Daniel P. Caswell in Support of Continental Casualty Company and Transportation Insurance Company's Motion for Summary Judgment* (with Exhibits A, B & C) [Adv. D.I. 15], filed on September 8, 2015

4. *Brief of Continental Casualty Company and Transportation Insurance Company in Opposition to Defendants' Motion to Dismiss Adversary Proceeding and in Support of Motion for Summary Judgment* [Adv. D.I. 16], filed on September 8, 2015.

5. *Defendants' Opposition to CNA's Motion for Summary Judgment Combined With Reply Brief in Support of Defendants' Motion to Dismiss* [Adv. D.I. 18], filed on October 8, 2015.

6. *Appendix to Defendants' Opposition to CNA's Motion for Summary Judgment Combined With Reply Brief in Support of Defendants' Motion to Dismiss* [Adv. D.I. 19], filed on October 8, 2015.

7. *Defendants' Counter-Statement of Disputed Material Facts* [Adv. D.I. 20], filed on October 8, 2015.

8. *Reply Brief of Continental Casualty Company and Transportation Insurance Company in Support of Motion for Summary Judgment* [Adv. D.I. 22], filed on November 2, 2015.

9. *Motion of the WRG Asbestos PI Trust for Leave to File Amicus Curiae Brief in Support of Continental Casualty Company and Transportation Insurance Company* and Proposed Amicus Brief [Adv. D.I. 25], filed on November 4, 2015.

Dated: November 4, 2015
Wilmington, Delaware

**BAYARD, P.A.**

/s/ *Scott D. Cousins*
Scott D. Cousins (No. 3079)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com

-and-

**FORD MARRIN ESPOSITO WITMEYER GLESER, L.L.P.**
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294
emdecristofaro@FMEW.com

-and-

**GOODWIN PROCTER LLP**
Sarah Heaton Concannon (*pro hac vice*)
Daniel M. Glosband (*pro hac vice*)
Exchange Place
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
sconcannon@goodwinprocter.com
dglosband@goodwinprocter.com

-and-

**GOODWIN PROCTER LLP**
Michael S. Giannotto (*pro hac vice*)
Frederick C. Schafrick (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
mgiannotto@goodwinprocter.com
fschafrick@goodwinprocter.com

*Attorneys for Plaintiffs*