# SIGN-IN-SHEET

**CASE NAME:**   W.R. Grace & Co., et al  
**CASE NO.:**   01-1139-KJC

**COURTROOM LOCATION:** 5  
**DATE:** November 24, 2015

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bob Horkovich | Anderson Kill, P.C. | Proposed Amicus WRG Asbestos PI Trust |
| Jeffrey Wisler | Connolly Gallagher | Maryland Casualty |
| Edward Longosz | Eckert Seamans | " " |
| James O'Neill | PSZJ | Grace |
| Michael Giannotto | Goodwin Procter | CNA |
| Elizabeth DeCristofaro | Ford Marrin | CNA |
| Mark T. Hurford | Campbell + Levine | Amicus - W.R. Grace PI Trust |
| Dan Cohn | Murtha Cullina | Libby Claimants |
| Mike Busenkell | Gellert Scali Busenkell & Brown | " " |
| Scott Cousins | Bayard | CNA |
| | | |
| | | |

# Court Conference

Calendar Date: 11/24/2015
Calendar Time: 01:00 PM ET

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

*1st Revision 11/24/2015 06:23 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7284242 | Ryan M. Hehner | (312) 862-2000 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7285842 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7108119 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7287118 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 (15-50766) | Hearing | 7283189 | Richard Wyron | 202-367-9127 | Frankel Wyron LLP | Interested Party, Frankel Wyron LLP / LIVE |