IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Re: Docket Nos. 31812, 31856, 31873, 32044, 32068, 32233, 32324, 32503, 32560, 32570, 32571, 32607 |

## ORDER APPROVING SECOND AMENDED STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION

Upon consideration of the Second Amended Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's ("AMH") Motion to Alter or Amend Order Denying Motion for Class Certification attached hereto as Exhibit 1 (the "Second Amended Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Second Amended Stipulation and all of its terms are approved.

2. As set forth in the Stipulation:

    (a) Reorganized Debtors shall submit their responsive brief by January 13, 2016, and Reorganized Debtors' responsive brief shall be no longer in number of words than AMH's opening brief;

    (b) AMH shall submit its reply by March 11, 2016, and AMH's reply shall be no longer in number of words than half the number of words of Reorganized Debtors' responsive brief;

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn. At the time of filing of AMH's Motion, there were 62 debtors. On March 19, 2014, Grace filed and the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Merged Subsidiaries. [Docket No. 31880] On September 16, 2014, Grace filed a motion closing the Chapter 11 cases of certain additional Grace subsidiaries, and on October 14, 2014, the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Grace subsidiaries. [Docket No. 32429] Accordingly, Grace and Grace-Conn. are the surviving Reorganized Debtors.

DOCS_DE:203434.1 91100/001

(c) To the extent necessary, the page limits in Local Rule 7007-2 may be exceeded; and

(d) A hearing will be held on AMH's request for class certification on the first omnibus hearing date that is at least fifteen (15) business days after the completion of briefing or on such other date as may be agreed upon by the parties and the Court or ordered by the Court.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: November 25, 2015

_____
The Honorable Kevin J. Carey,
United States Bankruptcy Court Judge

DOCS_DE:203434.1 91100/001