# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re: Docket Nos. 31812, 31856, 31873, 32044, 32068, 32233, 32324, 32503, 32560, 32570, 32571, 32607 |

## SECOND AMENDED STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE FOR ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING MOTION FOR CLASS CERTIFICATION

On March 5, 2014, Anderson Memorial Hospital ("AMH") filed its *Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief* (the "Motion"). The Court having considered the Motion, the Objection filed by the Reorganized Debtors and the Reply filed by AMH, and having held a hearing on April 15, 2015;

And the Court having entered an Order Regarding Anderson Memorial Hospital's Discovery Request and directing the parties to submit a proposed scheduling order regarding the filing of briefs on the issue of class certification (5/5/15, Dkt. 32560);

And the Court having approved the proposed scheduling order submitted by the parties and an amended proposed scheduling order submitted by the parties (8/25/15, Dkt. 32607);

And the parties having agreed to a further amended proposed scheduling order;

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn. At the time of filing of AMH's Motion, there were 62 debtors. On March 19, 2014, Grace filed and the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Merged Subsidiaries. [Docket No. 31880] On September 16, 2014, Grace filed a motion closing the Chapter 11 cases of certain additional Grace subsidiaries, and on October 14, 2014, the Court entered a Final Decree which, *inter alia*, closed the Chapter 11 cases of certain Grace subsidiaries. [Docket No. 32429] Accordingly, Grace and Grace-Conn. are the surviving Reorganized Debtors.

Therefore, with respect to the Motion, IT IS HEREBY STIPULATED AND AGREED, by, between, and among the undersigned, the attorneys of record for Reorganized Debtors W. R. Grace & Co., et al. ("Grace") and AMH, subject to the approval of the Court, that:

1) Reorganized Debtors shall submit their responsive brief by January 13, 2016, and Reorganized Debtors' responsive brief shall be no longer in number of words than AMH's opening brief;

2) AMH shall submit its reply by March 11, 2016, and AMH's reply shall be no longer in number of words than half the number of words of Reorganized Debtors' responsive brief;

3) To the extent necessary, the page limits in Local Rule 7007-2 may be exceeded; and

4) A hearing will be held on AMH's request for class certification on the first omnibus hearing date that is at least fifteen (15) business days after the completion of briefing or on such other date as may be agreed upon by the parties and the Court or ordered by the Court.

Dated: November 24, 2015

FERRY JOSEPH, P.A.

*/s/ Theodore J. Tacconelli*
Theodore J. Tacconelli (No. 2678)
Ferry Joseph, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

and

Daniel A. Speights (SC Fed. ID No. 4252)
A. Gibson Solomons (SC Fed. ID No. 7769)
SPEIGHTS & RUNYAN
100 Oak Street East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

and

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Anderson Memorial Hospital*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

KIRKLAND & ELLIS LLP
John Donley, P.C.
Lisa Esayian
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Reorganized Debtors*