IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS**

1. October 14, 2015 W. R. Grace & Co. ("Grace") received the Class 7A Asbestos PD Claim (the "POC") asserted by Plum Creek Timber Co., Inc. ("Plum Creek") from the Asbestos PD Trust.

2. The Reorganized Debtors W. R. Grace & Co., et al. and Plum Creek entered into a Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims (the "Stipulation").

3. Attached hereto as Exhibit A is a copy of a proposed form of Order Approving Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims (the "Order"). A copy of the Stipulation is attached to the Order as Exhibit 1 thereto.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

DOCS_DE:204109.1 91100/001

4. By way of this certification, the Reorganized Debtors respectfully request that the Court enter the Order if acceptable to the Court, thereby approving the terms of the Stipulation.

5. Counsel for the parties are available, should the Court have any questions or concerns with the foregoing or the proposed Order.

Dated: December 22, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

KIRKLAND & ELLIS LLP
John Donley
Lisa Esayian
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

*Co-Counsel for the Reorganized Debtors*