# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

## ORDER APPROVING STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS

Upon consideration of the *Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims* attached hereto as Exhibit 1 (the "Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.     The Stipulation and all of its terms are approved.

2.     As set forth in the Stipulation:

(a)     Plum Creek shall submit its response to the Information Request by February 22, 2016;

(b)     The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 7, 2016; and

(c)     The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

---

[1]   The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

or in connection with the implementation, enforcement and interpretation of this Order.

Dated:  December __, 2015

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

DOCS_DE:203898.3 91100/001

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**STIPULATION BETWEEN W. R. GRACE & CO. AND
PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES
IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS**

WHEREAS, on October 14, 2015 W. R. Grace & Co. ("Grace") received the Class 7A Asbestos PD Claim (the "POC") asserted by Plum Creek Timber Co., Inc. ("Plum Creek") from the Asbestos PD Trust;

WHEREAS, in accordance Section II.B.1 of the Case Management Order for Class 7A Asbestos PD Claims (the "PD CMO"), which is Exhibit 25 to Grace's confirmed Plan or Reorganization,[2] within forty-five (45) days of receipt of the POC from the Asbestos PD Trust, Grace requested certain additional information from Plum Creek that it believed was necessary to evaluate whether to file an Asbestos PD Claim Discharge Motion pursuant to Section II.B.3 of the PD CMO (the "Information Request");

WHEREAS, in accordance with the PD CMO, Plum Creek must respond to the Information Request by January 8, 2016;

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

[2] Terms used but not defined herein have the meanings given to them in the PD CMO.

DOCS_DE:203898.3 91100/001

WHEREAS, in accordance with the PD CMO, upon receipt of such response from Plum Creek, Grace has forty-five (45) days in which it may elect to file an Asbestos PD Claim Discharge Motion; and

WHEREAS, the parties have agreed to extend certain deadlines in the PD CMO.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Grace and Plum Creek, subject to the approval of the Court, that:

1)    Plum Creek shall respond to the Information Request by February 22, 2016;

2)    The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 7, 2016; and

3)    The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

Dated: December 22, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

John Donley, P.C.
Lisa Esayian
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Reorganized Debtors*

POLSINELLI PC

*/s/ Christopher A. Ward*
Christopher A. Ward, Esquire
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Telephone: (302) 252-0922
Facsimile: (302) 252-0921

and

Benjamin Ellison, Esquire
CAIRNCROSS & HEMPELMANN
524 2nd Avenue, Suite 500
Seattle, WA  98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

*Counsel for Plum Creek Timber Co., Inc.*

- 2 -