IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | D.I. 32647 |
| | ) | |

**ORDER APPROVING STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS**

Upon consideration of the *Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims* attached hereto as Exhibit 1 (the "Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Stipulation and all of its terms are approved.

2. As set forth in the Stipulation:

    (a) Plum Creek shall submit its response to the Information Request by February 22, 2016;

    (b) The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 7, 2016; and

    (c) The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: December 23, 2015

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge