# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

### STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS

WHEREAS, on October 14, 2015 W. R. Grace & Co. ("Grace") received the Class 7A Asbestos PD Claim (the "POC") asserted by Plum Creek Timber Co., Inc. ("Plum Creek") from the Asbestos PD Trust;

WHEREAS, in accordance Section II.B.1 of the Case Management Order for Class 7A Asbestos PD Claims (the "PD CMO"), which is Exhibit 25 to Grace's confirmed Plan or Reorganization,[2] within forty-five (45) days of receipt of the POC from the Asbestos PD Trust, Grace requested certain additional information from Plum Creek that it believed was necessary to evaluate whether to file an Asbestos PD Claim Discharge Motion pursuant to Section II.B.3 of the PD CMO (the "Information Request");

WHEREAS, in accordance with the PD CMO, Plum Creek must respond to the Information Request by January 8, 2016;

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

[2] Terms used but not defined herein have the meanings given to them in the PD CMO.

WHEREAS, in accordance with the PD CMO, upon receipt of such response from Plum Creek, Grace has forty-five (45) days in which it may elect to file an Asbestos PD Claim Discharge Motion; and

WHEREAS, the parties have agreed to extend certain deadlines in the PD CMO.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Grace and Plum Creek, subject to the approval of the Court, that:

1) Plum Creek shall respond to the Information Request by February 22, 2016;

2) The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 7, 2016; and

3) The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

Dated: December 22, 2015

| PACHULSKI STANG ZIEHL & JONES LLP | POLSINELLI PC |
|---|---|
| /s/ James E. O'Neill | /s/ Christopher A. Ward |
| Laura Davis Jones (Bar No. 2436) | Christopher A. Ward, Esquire |
| James E. O'Neill (Bar No. 4042) | 222 Delaware Avenue, Suite 1101 |
| 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 | Telephone: (302) 252-0922 |
| Telephone: (302) 652-4100 | Facsimile: (302) 252-0921 |
| Facsimile: (302) 652-4400 | |
| and | and |
| John Donley, P.C. | Benjamin Ellison, Esquire |
| Lisa Esayian | CAIRNCROSS & HEMPELMANN |
| KIRKLAND & ELLIS LLP | 524 2nd Avenue, Suite 500 |
| 300 North LaSalle | Seattle, WA 98104 |
| Chicago, IL 60654 | Telephone: (206) 587-0700 |
| Telephone: (312) 862-2000 | Facsimile: (206) 587-2308 |
| Facsimile: (312) 862-2200 | |
| *Counsel for Reorganized Debtors* | *Counsel for Plum Creek Timber Co., Inc.* |