OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.    **Bank:** See attached

**Bankruptcy Number:** 01-01139    **Account Number:** See attached

**Date of Confirmation:** January 31, 2011    **Account Type:** See attached

**Reporting Period (month/year):** March 31, 2015

| Beginning Cash Balance: | $299,927,373 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $1,623,195,771 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $250,000 |
| Total of cash received: | $1,623,445,771 |

| Total of cash available: | $1,923,373,144 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $500,387,501 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,360,338,629 |
| Total Disbursements | $1,860,726,130 |

| Ending Cash Balance | $62,647,014 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/5/16
Date

Hudson La Force III / Chief Financial Officer
Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 297,894,969 | $ - | $ - | $ 1,240,909 | $ 790,995 | $ 500 | $ 299,927,373 |
| Total of cash received | $ 1,622,430,304 | $ - | $ - | $ 1,015,467 | $ - | $ - | $ 1,623,445,771 |
| Total Disbursements | $ 1,859,879,987 | $ - | $ - | $ 796,591 | $ 49,552 | $ - | $ 1,860,726,130 |
| Ending Cash Balance | $ 60,445,286 | $ - | $ - | $ 1,459,786 | $ 741,442 | $ 500 | $ 62,647,014 |

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2015**

| | Bank of America Lockbox 8188703107 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | Bank of America Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ (453,215) | $ 43,209,681 | $ 50,015,599 | $ - | $ 200,160 |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 681,740,162 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | 142,958 | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 9,129 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 304,418,787 | | 81,899,710 | |
| MISCELLANEOUS | | | | | |
| TOTAL RECEIPTS | 142,958 | 986,158,949 | 9,129 | 81,899,710 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | | | 81,899,710 | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 609,391,368 | | | 928 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | 367,414,623 | 50,024,728 | | |
| MISCELLANEOUS | | | | | |
| TOTAL DISBURSEMENTS | - | 976,805,990 | 50,024,728 | 81,899,710 | 928 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 142,958 | 9,352,959 | (50,015,599) | - | (928) |
| CASH - END OF QUARTER | $ (310,258) | $ 52,562,640 | $ - | $ - | $ 199,232 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

### W. R. Grace & Co. - Conn
### Schedule of Cash Receipts and Disbursements
### MOR-1
### March 2015

| | Bank of America Accts Payable 2079920005761 | Bank of America Accts payable 2079900005260 | Bank of America Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco Interam de Finanzas 007000107847 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 500 | $ 195,523 | $ 869,521 | $ - |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 254,348,099 | | - | 3,792,373 | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | 3,767,734 | - | - |
| TRANSFERS IN - NONFILING ENTITIES | 2,674,275 | 4,214,013 | | | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 119,589,994 | 165,905,217 | | | - | - | - |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL RECEIPTS | 122,264,269 | 170,119,230 | 254,348,099 | - | 3,767,734 | 3,792,373 | - |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | - | - | |
| PAYROLL TAXES | | | | | - | - | |
| TRADE PAYABLES - THIRD PARTIES | 120,570,488 | 167,980,155 | | | - | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 3,351,741 | 3,993,690 | - |
| TRANSFERS OUT - NONFILING ENTITIES | 1,693,781 | 2,139,075 | | | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 254,374,357 | | - | - | - |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL DISBURSEMENTS | 122,264,269 | 170,119,230 | 254,374,357 | - | 3,351,741 | 3,993,690 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | (26,258) | - | 415,993 | (201,317) | - |
| CASH - END OF QUARTER | $ - | $ - | $ (26,258) | $ 500 | $ 611,516 | $ 668,204 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2015**

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | HSBC Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 80,138 | $ 4,750 | $ 203,772,312 | $ 297,894,969 | $ - |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | 939,880,634 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | 142,958 | |
| TRANSFERS IN - THIRD PARTIES | | | | (72,148) | | | 3,704,715 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | 6,888,289 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | | 671,813,708 | |
| MISCELLANEOUS | | | | | | | - | |
| TOTAL RECEIPTS | - | - | | (72,148) | - | - | 1,622,430,304 | - |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | | | | | | | 81,899,710 | |
| PAYROLL TAXES | | | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | 288,550,642 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 616,737,727 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | 3,832,857 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | 671,813,708 | |
| MISCELLANEOUS | | | | | | 197,045,343 | 197,045,343 | |
| TOTAL DISBURSEMENTS | - | - | | - | - | 197,045,343 | 1,859,879,987 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | | (72,148) | - | (197,045,343) | (237,449,683) | - |
| CASH - END OF QUARTER | $ - | $ - | $ - | $ 7,990 | $ 4,750 | $ 6,726,969 | $ 60,445,286 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2015**

| | Citibank Operating Acct 300153011 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 1,240,909 | $ 1,240,909 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 597,245 | 597,245 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 418,222 | 418,222 | |
| TOTAL RECEIPTS | 1,015,467 | 1,015,467 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | 36,706 | 36,706 | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | 341,663 | 341,663 | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 418,222 | 418,222 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 796,591 | 796,591 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 218,876 | 218,876 | - |
| CASH - END OF QUARTER | $ 1,459,786 | $ 1,459,786 | $ - |

*Chart 1*

## Kootenai Development Company
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2015

| | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 790,995 | 790,995 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 49,552 | 49,552 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 49,552 | 49,552 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (49,552) | (49,552) | - |
| CASH - END OF QUARTER | $ 741,442 | $ 741,442 | $ - |

1 of 1

## Gloucester New Communities Company, Inc.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2015

|  | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| **RECEIPTS** | | | |
|  | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

**Inflows/outflows cash ($ Millions)**
**Q1 2015**

| Inflows | Actual |
|---|---:|
| Delayed Draw | 250,000,000 |
| | 250,000,000 √ |

| Outflows | |
|---|---:|
| Payment of Warrant | (490,000,000) |
| USD Term Loan Repayment | (1,750,000) |
| EUR Term Loan Repayment | (425,363) |
| Delayed Draw Loan Repayment | (625,000) |
| USD Term Loan Interest | (5,271,257) |
| EUR Term Loan Interest | (1,406,593) |
| Delayed Draw Loan Interest | (211,319) |
| Revolver Loan Interest | (321,870) |
| Financing Costs | (376,099) |
| | (500,387,501) √ |