
**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.          **Bank:** See attached

**Bankruptcy Number:** 01-01139               **Account Number:** See attached

**Date of Confirmation:** January 31, 2011     **Account Type:** See attached

**Reporting Period (month/year):** June 30, 2015

| Beginning Cash Balance: | $62,647,014 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $1,137,746,432 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,137,746,432 |

| Total of cash available: | $1,200,393,446 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $11,095,675 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,129,682,515 |
| Total Disbursements | $1,140,778,190 |

| Ending Cash Balance | $59,615,256 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/5/16         Hudson La Force III / Chief Financial Officer
Date           Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 60,445,286 | $ - | $ - | $ 1,459,786 | $ 741,442 | $ 500 | $ 62,647,014 |
| Total of cash received | $ 1,137,383,620 | $ - | $ - | $ 362,812 | $ - | $ - | $ 1,137,746,432 |
| Total Disbursements | $ 1,139,229,406 | $ - | $ - | $ 1,467,840 | $ 80,943 | $ - | $ 1,140,778,190 |
| Ending Cash Balance | $ 58,599,500 | $ - | $ - | $ 354,757 | $ 660,499 | $ 500 | $ 59,615,256 |

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2015**

| | Bank of America Lockbox 8188703107 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | Bank of America Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ (310,258) | $ 52,562,640 | $ - | $ - | $ 199,232 |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | (213,969) | 222,900,342 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 271,328,362 | | 76,588,301 | |
| MISCELLANEOUS | | | | | |
| TOTAL RECEIPTS | (213,969) | 494,228,704 | - | 76,588,301 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | | | 76,588,301 | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 131,548,096 | | | 934 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | 363,089,760 | | | |
| MISCELLANEOUS | | | | | |
| TOTAL DISBURSEMENTS | - | 494,637,856 | - | 76,588,301 | 934 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (213,969) | (409,152) | - | - | (934) |
| CASH - END OF QUARTER | $ (524,227) | $ 52,153,488 | $ - | $ - | $ 198,297 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>June 2015 | Bank of America Accts Payable 2079920005761 | Bank of America Accts payable 2079900005260 | Bank of America Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco Interam de Finanzas 007000107847 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ (26,258) | $ 500 | $ 611,516 | $ 668,204 | $ - |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 271,309,416 | | - | 2,845,580 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | 1,928,763 | - | - |
| TRANSFERS IN - NONFILING ENTITIES | 685,289 | 3,555,280 | | | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 118,863,787 | 167,592,469 | | | - | - | - |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL RECEIPTS | 119,549,076 | 171,147,749 | 271,309,416 | - | 1,928,763 | 2,845,580 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | | | - | - | |
| PAYROLL TAXES | | | | | - | - | |
| TRADE PAYABLES - THIRD PARTIES | 118,367,131 | 169,271,184 | | | - | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 2,136,666 | 2,872,464 | - |
| TRANSFERS OUT - NONFILING ENTITIES | 1,181,944 | 1,876,565 | | | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 271,283,159 | | - | - | - |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL DISBURSEMENTS | 119,549,076 | 171,147,749 | 271,283,159 | - | 2,136,666 | 2,872,464 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | 26,258 | - | (207,904) | (26,884) | - |
| CASH - END OF QUARTER | $ - | $ - | $ 0 | $ 500 | $ 403,613 | $ 641,320 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2015**

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | HSBC Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 7,990 | $ 4,750 | $ 6,726,969 | $ 60,445,286 | $ - |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | | | | | | 496,841,369 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | | | | | 1,928,763 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | | 4,240,569 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 634,372,919 | |
| MISCELLANEOUS | - | - | | | | | - | |
| TOTAL RECEIPTS | - | - | | - | - | - | 1,137,383,620 | - |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | - | - | | | | | 76,588,301 | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | - | | | | | 287,638,315 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | 7,990 | | | 136,566,151 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 3,058,509 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 634,372,919 | |
| MISCELLANEOUS | - | - | | | | 1,005,211 | 1,005,211 | |
| TOTAL DISBURSEMENTS | - | - | | 7,990 | - | 1,005,211 | 1,139,229,406 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | | (7,990) | - | (1,005,211) | (1,845,786) | - |
| CASH - END OF QUARTER | $ - | $ - | $ - | $ 0 | $ 4,750 | $ 5,721,758 | $ 58,599,500 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2015**

| | Citibank Operating Acct 300153011 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 1,459,786 | $ 1,459,786 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | (302,635) | (302,635) | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 665,446 | 665,446 | |
| TOTAL RECEIPTS | 362,812 | 362,812 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | 23,720 | 23,720 | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | 778,674 | 778,674 | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 665,446 | 665,446 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 1,467,840 | 1,467,840 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (1,105,029) | (1,105,029) | - |
| CASH - END OF QUARTER | $ 354,757 | $ 354,757 | $ - |

*Chart 1*

## Kootenai Development Company
## Schedule of Cash Receipts and Disbursements
## MOR-1
## June 2015

| | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 741,442 | 741,442 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 80,943 | 80,943 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 80,943 | 80,943 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (80,943) | (80,943) | - |
| CASH - END OF QUARTER | $ 660,499 | $ 660,499 | $ - |

1 of 1

*Chart 1*

## Gloucester New Communities Company, Inc.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## June 2015

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

**Inflows/outflows cash ($ Millions)**
**Q2 2015**

| Inflows | Actual |
|---|---:|
| Delayed Draw | - |
| | - |

| Outflows | |
|---|---:|
| USD Term Loan Repayment | (1,750,000) |
| EUR Term Loan Repayment | (406,838) |
| Delayed Draw Loan Repayment | (625,000) |
| USD Term Loan Interest | (4,863,255) |
| EUR Term Loan Interest | (1,230,011) |
| Delayed Draw Loan Interest | (1,765,855) |
| Revolver Loan Interest | (430,987) |
| Financing Costs | (23,729) |
| | (11,095,675) √ |