OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.        **Bank:** See attached

**Bankruptcy Number:** 01-01139            **Account Number:** See attached

**Date of Confirmation:** January 31, 2011   **Account Type:** See attached

**Reporting Period (month/year):** September 30, 2015

| Beginning Cash Balance: | $59,615,256 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $999,638,957 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $999,638,957 |

| Total of cash available: | $1,059,254,213 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $11,320,216 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $973,183,763 |

| Total Disbursements | $984,503,979 |
|---|---|

| Ending Cash Balance | $74,750,234 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/5/16
Date

Hudson La Force III / Chief Financial Officer
Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 58,599,500 | $ - | $ - | $ 354,757 | $ 660,499 | $ 500 | $ 59,615,256 |
| Total of cash received | $ 997,907,320 | $ - | $ - | $ 1,731,637 | $ - | $ - | $ 999,638,957 |
| Total Disbursements | $ 982,385,907 | $ - | $ - | $ 2,059,844 | $ 58,228 | $ - | $ 984,503,979 |
| Ending Cash Balance | $ 74,120,913 | $ - | $ - | $ 26,550 | $ 602,271 | $ 500 | $ 74,750,233 |

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2015 | Bank of America<br>Lockbox<br>8188703107 | Bank of America<br>Lockbox<br>8188203114 | Banc of America<br>Securities LLC<br>22330134 | Bank of America<br>Payroll<br>2079900016741 | First Union<br>Libby Medical<br>2079900065006 |
|---|---:|---:|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ (524,227) | $ 52,153,488 | $ - | $ - | $ 198,297 |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 464,737 | 177,433,509 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 268,859,429 | | 60,791,367 | |
| MISCELLANEOUS | | | | | |
| TOTAL RECEIPTS | 464,737 | 446,292,938 | - | 60,791,367 | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | | 60,791,367 | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 172,030,515 | | | 934 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | 264,713,113 | | | |
| MISCELLANEOUS | | | | | |
| TOTAL DISBURSEMENTS | - | 436,743,628 | - | 60,791,367 | 934 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 464,737 | 9,549,310 | - | - | (934) |
| CASH - END OF QUARTER | $ (59,490) | $ 61,702,798 | $ - | $ - | $ 197,363 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2015 | Bank of America Accts Payable 2079920005761 | Bank of America Accts payable 2079900005260 | Bank of America Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco Interam de Finanzas 007000107847 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 500 | $ 403,613 | $ 641,320 | $ - |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 268,874,422 | | - | 2,696,309 | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | 3,911,594 | | |
| TRANSFERS IN - NONFILING ENTITIES | 3,725,765 | 7,255,614 | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 30,899,983 | 172,994,591 | | | | | |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL RECEIPTS | 34,625,748 | 180,250,205 | 268,874,422 | - | 3,911,594 | 2,696,309 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | | | - | - | - |
| PAYROLL TAXES | | | | | - | - | - |
| TRADE PAYABLES - THIRD PARTIES | 34,625,748 | 172,869,250 | | | - | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 2,956,734 | 2,809,557 | - |
| TRANSFERS OUT - NONFILING ENTITIES | | 7,380,955 | | | - | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 268,832,257 | | - | - | |
| MISCELLANEOUS | | | | | - | - | |
| TOTAL DISBURSEMENTS | 34,625,748 | 180,250,205 | 268,832,257 | - | 2,956,734 | 2,809,557 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | 42,165 | - | 954,860 | (113,249) | - |
| CASH - END OF QUARTER | $ - | $ - | $ 42,165 | $ 500 | $ 1,358,473 | $ 528,072 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

2 of 3

## W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## September 2015

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | HSBC Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ - | $ 4,750 | $ 5,721,758 | $ 58,599,500 | $ - |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | | | | | | 449,468,977 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | | | | | | 3,911,594 | |
| TRANSFERS IN - NONFILING ENTITIES | - | | | | | | 10,981,379 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | | | | | | 533,545,370 | |
| MISCELLANEOUS | - | | | | | | - | |
| TOTAL RECEIPTS | - | - | | - | - | - | 997,907,320 | - |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | - | - | | | | | 60,791,367 | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | - | | | | | 207,494,998 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | | | | 177,797,740 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 7,380,955 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 533,545,370 | |
| MISCELLANEOUS | - | - | | | | (4,624,523) | (4,624,523) | |
| TOTAL DISBURSEMENTS | - | - | | - | - | (4,624,523) | 982,385,907 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | | - | - | 4,624,523 | 15,521,413 | - |
| CASH - END OF QUARTER | $ - | $ - | $ - | $ - | $ 4,750 | $ 10,346,281 | $ 74,120,913 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.


**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2015**

| | Citibank Operating Acct 300153011 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 354,757 | $ 354,757 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 646,006 | 646,006 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,085,630 | 1,085,630 | |
| TOTAL RECEIPTS | 1,731,637 | 1,731,637 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | 33,219 | 33,219 | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | 940,995 | 940,995 | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,085,630 | 1,085,630 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 2,059,844 | 2,059,844 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (328,207) | (328,207) | - |
| CASH - END OF QUARTER | $ 26,550 | $ 26,550 | $ - |

## Kootenai Development Company
## Schedule of Cash Receipts and Disbursements
## MOR-1
## September 2015

|  | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 660,499 | 660,499 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 58,228 | 58,228 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 58,228 | 58,228 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (58,228) | (58,228) | - |
| CASH - END OF QUARTER | $ 602,271 | $ 602,271 | $ - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2015**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

**Inflows/outflows cash ($ Millions)**
**Q3 2015**

| Inflows | Actual |
|---|---:|
| Delayed Draw | - |
| | - |

| Outflows | |
|---|---:|
| USD Term Loan Repayment | (1,750,000) |
| EUR Term Loan Repayment | (423,225) |
| Delayed Draw Loan Repayment | (625,000) |
| USD Term Loan Interest | (4,726,391) |
| EUR Term Loan Interest | (1,218,189) |
| Delayed Draw Loan Interest | (1,807,934) |
| Revolver Loan Interest | (321,870) |
| Financing Costs | (447,608) |
| | (11,320,216) ✓ |