IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: Docket Nos.: 32600, 32633 and 32619** |

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] SCHEDULING ORDER RE THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY SGH ENTERPRISES, INC. (SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTION)**

1. On August 18, 2015, W. R. Grace & Co. ("Grace") filed the Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection) (the "Objection") [Docket No. 32600].

2. On August 26, 2015, the parties entered in the Stipulation: (I) Extending the Response Deadline SGH Enterprises, Inc. Regarding Reorganized Debtors' Thirty-Eighth Omnibus Objection Claim, and (II) Abating Interest, and (III) Continuing the hearing with Respect Thereto (the "Stipulation") [Docket No. 32619].

3. On October 19, 2015, SGS Enterprises, Inc. ("SGH") filed the SGH Enterprises, Inc.'s Response to Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection) (the "SGH Response") [Docket No. 32633].

4. The Parties have conferred and agreed to the scheduling order attached hereto as Exhibit A (the "Proposed Scheduling Order").

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

It is hereby respectfully requested that the Proposed Scheduling Order be entered at the Court's earliest convenience.

Dated: March 14, 2065

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60601-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors