# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**ORDER APPROVING SECOND STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS**

Upon consideration of the *Second Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims* attached hereto as Exhibit 1 (the "Second Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Second Stipulation and all of its terms are approved.

2. As set forth in the Second Stipulation:

    (a)    The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 21, 2016;

    (b)    The deadline for Plum Creek to respond to the Asbestos PD Claim Discharge Motion (the "Response") is June 6, 2016; and

    (c)    The deadline for Grace to reply to Response is June 20, 2016.

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

2

      (d)    The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

    3.    The Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: April ___, 2016

                                              _____
                                              Honorable Kevin J. Carey
                                              United States Bankruptcy Judge

# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

## SECOND STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS

WHEREAS, on October 14, 2015 W. R. Grace & Co. ("Grace") received the Class 7A Asbestos PD Claim (the "POC") asserted by Plum Creek Timber Co., Inc. ("Plum Creek") from the Asbestos PD Trust;

WHEREAS, in accordance Section II.B.1 of the Case Management Order for Class 7A Asbestos PD Claims (the "PD CMO"), which is Exhibit 25 to Grace's confirmed Plan or Reorganization,[2] within forty-five (45) days of receipt of the POC from the Asbestos PD Trust, Grace requested certain additional information from Plum Creek that it believed was necessary to evaluate whether to file an Asbestos PD Claim Discharge Motion pursuant to Section II.B.3 of the PD CMO (the "Information Request");

WHEREAS, by agreement of the parties, Plum Creek responded to the Information Request on February 22, 2016;

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

[2] Terms used but not defined herein have the meanings given to them in the PD CMO.

LEGAL:15848-79:40669368.1:

- 2 -

WHEREAS, in accordance with the PD CMO, upon receipt of such response from Plum Creek, Grace has forty-five (45) days in which it may elect to file an Asbestos PD Claim Discharge Motion; and

WHEREAS, on December 22, 2015, the parties agreed on a stipulated scheduling order with respect to the Information Request and the Asbestos PD Claim Discharge Motion (the "First Stipulation");

WHEREAS, the First Stipulation was approved by the Court on December 23, 2015 [Docket No. 32648]; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Grace and Plum Creek, subject to the approval of the Court, that:

1) The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 21, 2016;

2) The deadline for Plum Creek to respond to the Asbestos PD Claim Discharge Motion (the "Response") is June 6, 2016; and

3) The deadline for Grace to reply to Response is June 20, 2016.

4) The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

Dated: April 1, 2016

| PACHULSKI STANG ZIEHL & JONES LLP | POLSINELLI PC |
|---|---|
| /s/ James E. O'Neill | /s/ Christopher A. Ward |
| Laura Davis Jones (Bar No. 2436) | Christopher A. Ward, Esquire |
| James E. O'Neill (Bar No. 4042) | 222 Delaware Avenue, Suite 1101 |
| 919 N. Market Street, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 | Telephone: (302) 252-0922 |
| Telephone: (302) 652-4100 | Facsimile: (302) 252-0921 |
| Facsimile: (302) 652-4400 | |
| and | and |

- 3 -

| | |
|---|---|
| John Donley, P.C.<br>Lisa Esayian<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel for Reorganized Debtors* | Benjamin Ellison, Esquire<br>CAIRNCROSS & HEMPELMANN<br>524 2nd Avenue, Suite 500<br>Seattle, WA 98104<br>Telephone: (206) 587-0700<br>Facsimile: (206) 587-2308<br><br>*Counsel for Plum Creek Timber Co., Inc.* |