IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | D.I. 32668 |

## ORDER APPROVING SECOND STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS

Upon consideration of the *Second Stipulation Between W. R. Grace & Co. and Plum Creek Timber Co., Inc. Extending Certain Deadlines in the Case Management Order for Class 7A Asbestos PD Claims* attached hereto as Exhibit 1 (the "Second Stipulation") and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Second Stipulation and all of its terms are approved.

2.  As set forth in the Second Stipulation:

    (a)  The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 21, 2016;

    (b)  The deadline for Plum Creek to respond to the Asbestos PD Claim Discharge Motion (the "Response") is June 6, 2016; and

    (c)  The deadline for Grace to reply to Response is June 20, 2016.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

(d) The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or in connection with the implementation, enforcement and interpretation of this Order.

Dated: April 6, 2016

Honorable Kevin J. Carey
United States Bankruptcy Judge