# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

## SECOND STIPULATION BETWEEN W. R. GRACE & CO. AND PLUM CREEK TIMBER CO., INC. EXTENDING CERTAIN DEADLINES IN THE CASE MANAGEMENT ORDER FOR CLASS 7A ASBESTOS PD CLAIMS

WHEREAS, on October 14, 2015 W. R. Grace & Co. ("Grace") received the Class 7A Asbestos PD Claim (the "POC") asserted by Plum Creek Timber Co., Inc. ("Plum Creek") from the Asbestos PD Trust;

WHEREAS, in accordance Section II.B.1 of the Case Management Order for Class 7A Asbestos PD Claims (the "PD CMO"), which is Exhibit 25 to Grace's confirmed Plan or Reorganization,[2] within forty-five (45) days of receipt of the POC from the Asbestos PD Trust, Grace requested certain additional information from Plum Creek that it believed was necessary to evaluate whether to file an Asbestos PD Claim Discharge Motion pursuant to Section II.B.3 of the PD CMO (the "Information Request");

WHEREAS, by agreement of the parties, Plum Creek responded to the Information Request on February 22, 2016;

---

[1]   The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

[2]   Terms used but not defined herein have the meanings given to them in the PD CMO.

WHEREAS, in accordance with the PD CMO, upon receipt of such response from Plum Creek, Grace has forty-five (45) days in which it may elect to file an Asbestos PD Claim Discharge Motion; and

WHEREAS, on December 22, 2015, the parties agreed on a stipulated scheduling order with respect to the Information Request and the Asbestos PD Claim Discharge Motion (the "First Stipulation");

WHEREAS, the First Stipulation was approved by the Court on December 23, 2015 [Docket No. 32648]; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Grace and Plum Creek, subject to the approval of the Court, that:

1)      The deadline for Grace to file an Asbestos PD Claim Discharge Motion is extended to April 21, 2016;

2)      The deadline for Plum Creek to respond to the Asbestos PD Claim Discharge Motion (the "Response") is June 6, 2016; and

3)      The deadline for Grace to reply to Response is June 20, 2016.

4)      The deadlines herein may be further extended only by agreement in writing between the parties which shall be subject to Court approval.

Dated: April 1, 2016

PACHULSKI STANG ZIEHL & JONES LLP          POLSINELLI PC

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
and

*/s/ Christopher A. Ward*
Christopher A. Ward, Esquire
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0922
Facsimile: (302) 252-0921

and

- 2 -

John Donley, P.C.
Lisa Esayian
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Reorganized Debtors*

Benjamin Ellison, Esquire
CAIRNCROSS & HEMPELMANN
524 2nd Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

*Counsel for Plum Creek Timber Co., Inc.*