## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Anderson Memorial Hospital's Reply To Grace's Response In Opposition To AMH's Motion To Alter Or Amend Order Denying Class Certification was made on April 11, 2016 upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801


**BY FIRST CLASS MAIL**

John Donley, P.C.
Lisa G. Esayian, Esq.
Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, Illinois 606054


Under penalty of perjury, I declare that the foregoing is true and correct.

    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)