# EXHIBIT A

**Form of Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | Chapter 11 |
| | ) | |
| **Reorganized Debtors.** | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 32648, 32669** |
| | ) | **Hearing Date:  TBD** |
| | ) | |

**ORDER APPROVING REORGANIZED DEBTORS' MOTION
FOR ENTRY OF AN ORDER DISCHARGING AND ENJOINING THE
PROSECUTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM**

This matter coming before the Court on the *Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co., L.P.'s Untimely Claim* (the "Motion")[1], which was filed in the above-captioned bankruptcy cases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having found that

---

[1]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Reorganized Debtors have complied with the provisions of the Class 7A CMO; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED** that the Motion is granted, Plum Creek Timber Co.'s ("Plum Creek") Late Claim is discharged, and Plum Creek is permanently enjoined from prosecuting its Late Claim.

**IT IS HEREBY FURTHER ORDERED** that Plum Creek's July 2010 *Motion to Allow Late Filing of Proofs of Claim* (Dkt. No. 25040) is denied with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

**IT IS HEREBY FURTHER ORDERED** that the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

**IT IS HEREBY FURTHER ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware

Dated: _____, 2016          _____
                                        Honorable Kevin J. Carey
                                        UNITED STATES BANKRUPTCY JUDGE