## EXHIBIT E

**3/28/03 Proof of Claim No. 9658
from The Parkers**

# WR Grace
Property Damage

Index Sheet

SR00000590 ■

| Claim Number: | 00009658 | Receive Date: | 03/28/2003 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

| Firm Number: | 00264 | Firm Name: | Lewis Huppert & Slovak PC |
|---|---|---|---|
| Attorney Number: | 00132 | Attorney Name: | Tom Lewis |

Zip Code: 59403

Cover Letter Location Number: SR00000590

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [x] Other Attachments | |

| Other | |
|---|---|
| | [ ] Non-Standard Form |
| | [ ] Amended |
| | [ ] Post-Deadline Postmark Date |

Box/Batch: WRPD0006/WRPD0023        Document Number: WRPD001126 ■

**009658-000001**

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`MELVIN GEORGE PARKER`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**     **F.E.I.N. (Business Claimants)**

[redacted]

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*          *MI*   *Last*

*First*          *MI*   *Last*

**GENDER:**  ☒ MALE      ☐ FEMALE

**Mailing Address:**

[redacted]

*Street Address*

`LIBBY`     City          `MT` *State* (Province)    `59923` *Zip Code* (Postal Code)

`USA`     *Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`LEWIS & SLOVAK PC`

**Name of Attorney:**

`TOM`          `L`  `LEWIS`
*First*          *MI*  *Last*

**Mailing Address:**

`725 THIRD AVENUE NORTH PO BOX 2325`
*Street Address*

`GREAT FALLS`     *City*          `MT` *State* (Province)    `59463` *Zip Code* (Postal Code)

**Telephone:**

`(406) 761-5595`
*Area Code*

REC'D MAR 2 8 2003

WR Grace      PD.6.23.1126
00009658
SR=590

9276101                    1011441

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address

   City: L I B B Y       State (Province): MT       Zip Code (Postal Code): 5 9 9 2 3

   Country: U S A

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes        ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes        ☐ No

4. When did you purchase the property?   1 2 - 1 7 - 1 9 9 3
   Month   Day   Year

5. What is the property used for (check all that apply)
   - ☒ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial    Specify:
   - ☐ Other    Specify:

6. How many floors does the property have? 

7. What is the approximate square footage of the property?   S E E   L I S T

8. When was the property built?
   - ☐ Before 1969
   - ☐ 1969 - 1973
   - ☒ After 1973

9. What is the structural support of the property?
   - ☒ Wood frame
   - ☒ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☒ Other    Specify:   METAL (GREENHOUSES)

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes        ☐ No

**9276102**                    1011441

009658-000003

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| 1 9 9 7 | Description | tunnels: renovated, wire & water installed |
| Year | | |

| 1 9 9 6 | Description | WEST SHED CLEANED OUT, Renovated |
| Year | | |

| 1 9 9 5 | Description | HOUSE/OFFICE BLDG. Renovated/CONSTRUCTED |
| Year | | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| 1 9 9 1 | Description | IAB CONVERTED INTO OFFICE |
| Year | | |

| | | Description | |
| Year | | |

| | | Description | |
| Year | | |

## B. Claim Category

12. For which category are you making a claim on the property?
    ☐ Category 1:  Allegation with respect to asbestos from a Grace product in the property
    ☒ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
    ☐ Monokote-3 fireproofing insulation
    ☐ Other    Specify: 

    (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
| Year | | | |    ☐ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | |
| Year | | | |    ☐ Don't know.

9276103                                    1011441

009658-000004

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes     ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

☐☐☐☐
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

☐☐☐☐
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☐ Yes     ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes     ☐ No

239276-2-3/3

9 2 7 6 1 0 4

1011441

009658-000005

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes      ☐ No      **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes      ☐ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☐ Yes      ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

009658-000006

**D.** **Category 2 Claim:** **Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations** ▪

32. What is the business address or location of the Grace operation which has led to your claim?

GRACE LIBBY OPERATIONS SCREENING PLANT
*Business Name*

5000 HIGHWAY 37 NORTH
*Street Address*

LIBBY
*City*

MT
*State (Province)*

59923
*Zip Code (Postal Code)*

USA
*Country*

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?

☒ Yes    ☐ No ▪

34. If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| MELVIN G PARKER | |
| **Date of Birth** ▮▮▮▮▮ | **Date of Birth** ☐☐ - ☐☐ - ☐☐☐☐ |
| *Month  Day  Year* | *Month  Day  Year* |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| FOREST LAND ADMIN (PT) | |
| **Dates Worked at Operation** | **Dates Worked at Operation** |
| From: 1997  To: 1999 | From: ☐☐☐☐  To: ☐☐☐☐ |
| *Year  Year* | *Year  Year* |
| **Name of Individual Working at Grace Operation** | **Name of Individual Working at Grace Operation** |
| | |
| **Date of Birth** ☐☐ - ☐☐ - ☐☐☐☐ | **Date of Birth** ☐☐ - ☐☐ - ☐☐☐☐ |
| *Month  Day  Year* | *Month  Day  Year* |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| | |
| **Dates Worked at Operation** | **Dates Worked at Operation** |
| From: ☐☐☐☐  To: ☐☐☐☐ | From: ☐☐☐☐  To: ☐☐☐☐ |
| *Year  Year* | *Year  Year* |

35. When did you first know of the presence of asbestos on your property?   1999
*Year* ▪

36. How did you first learn of the presence of asbestos on your property?

> VIA EPA INSPECTION

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

> SEE ATTACHED SUMMARY of DOCUMENTS. IN ADDITION EPA INFORMATION CENTER WOULD HAVE A FILE.

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☐ Yes    ☒ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

009658-000008

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
| 2 0 0 0 | EPA REMOVAL OF SOIL, BUILDINGS, PERSONAL |
| 2 0 0 1 | PROPERTY, BUSINESS INVENTORY, HOME, LANDSCAPING |
| | |

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☒ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☒ Yes    ☐ No

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
| 1 9 9 9 | THROUGH PRESENT: EPA TESTING: AIR & SOIL SAMPLING |
| | AND TESTING IN RAINEY CREEK |
| | |

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes    ☒ No

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes    ☐ No    ☒ Not Applicable, have not sold the property

9276108                    1011441

009658-000009

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a.  Caption  MELVIN & LERAH PARKER v. GRACE (CONN), GRACE (DELAWARE) ET. AL

b.  Court where suit **originally filed:** CASCADE / MT          Docket No.: ADV00-669
    *County/State*

c.  Date filed: 8 - 2 - 2000
    *Month*  *Day*  *Year*

a.  Caption  MELVIN & LERAH PARKER v. STATE OF MONTANA, DEQ, DPHHS, DLI et Al.

b.  Court where suit **originally filed:** CASCADE / MT          Docket No.: CDV01 174
    *County/State*

c.  Date filed: 12 - 14 - 2001
    *Month*  *Day*  *Year*

a.  Caption

b.  Court where suit **originally filed:**          Docket No.:
    *County/State*

c.  Date filed: ☐ - ☐ - ☐
    *Month*  *Day*  *Year*

(Attach additional pages if necessary.)

009658-000010

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

    a. Description of claim: _____

    b. Date submitted: [ ] [ ] - [ ] [ ] - [ ] [ ] [ ] [ ]  ■
       *Month    Day    Year*

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
                *Name of Entity*

    ---

    a. Description of claim: _____

    b. Date submitted: [ ] [ ] - [ ] [ ] - [ ] [ ] [ ] [ ]
       *Month    Day    Year*                              ■

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
                *Name of Entity*

    ---

    a. Description of claim: _____

    b. Date submitted: [ ] [ ] - [ ] [ ] - [ ] [ ] [ ] [ ]
       *Month    Day    Year*

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
                *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  TOM L. LEWIS, ATTORNEY FOR CLAIMANT

[0][3] - [2][6] - [2][0][0][3]
*Month    Day    Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Copyright ® 2002 NCS Pearson, Inc.  All rights reserved.

1011441⌟

009658-000011

ATTACHMENT TO PROPERTY DAMAGE PROOF OF CLAIM FORM

7.
Raintree Nursery Square Footage:

21.2 acres land (21.2 x 43,560)          923,472

List of Buildings (in square feet):

| | |
|---|---|
| Shade House | 2,070 |
| Fruit Stand | 992 |
| Greenhouse | 2,520 |
| 4 greenhouses | 20,650 |
| Longshed | 39,200 |
| Office building (1975) | 816 |
| House (1994) | 1,592 |
| Concrete Tunnels (850' x 5 tunnels) | 4,250 |
| West Shed | 4,050 |
| Reishi Lab | 320 |
| Extraction lab | 400 |

009658-000012

ATTACHMENT TO PROPERTY DAMAGE PROOF OF CLAIM FORM

37.

<u>Summary of Documents In Addition to Attached Document Description List:</u>
[Documents provided in response to discovery requests by W.R. Grace]

Pages 304-321:  Remediation Photograph Photocopies, and Site Control Zones Diagram by Marcor Remediation

Pages 322-358:  Reishi Information; 4/19/00 Summary of business values for Raintree Nursery; Purchase documents/deeds re: Raintree Nursery

Pages 1063-1179:  Glacier Bank Documents (Loan); Raintree Bank Statements

Pages 1185-1221:  Additional documents:  page from Great Falls City Directory, phone records 4/87; busines cards; stationary, checks, etc.; storage agreement; newspaper articles, letters to editor, notes.

Parkers v. W. R. Grace

## DESCRIPTION OF DOCUMENTS PROVIDED TO DEFENDANT

| PAGES | DESCRIPTION |
|-------|-------------|
| 1 | Photo of grandchildren |
| 2 | Photo of dust on ledge |
| 3 | Photo of Sunrise services on Easter Sunday |
| 4 | Photos of piles of vermiculite (four photos) |
| 5 | Photo of cleaning trailer from long shed |
| 6 | Photo of dust storm from Rainy Road |
| 7 | Photo of another dust storm from Rainy Road |
| 8 | Photos of piles of vermiculite |
| 9 | Photo of flowering greenhouse |
| 10 | Photo of Raintree Nursery downtown in bloom |
| 11 | Photo of Raintree Nursery downtown |
| 12 | Photo of herb bed |
| 13 | Photo of seedlings |
| 14 | Photo of Raintree in bloom |
| 15 | Photo of greenhouses in bloom |
| 16 | Photo of home in better days |
| 17 | Photo of screening plant 1993 and Raintree Nursery, spring 2000 |
| 18 | Photo of screening plant in operation |
| 19 | Photos of Mushrooms in tunnels (four photos) |
| 20 | Photo of Lerah's grandchild in tunnel |
| 21 | Organic Certificate |
| 22-24 | Grace proposal to sell 1993 |
| 25 | Lerah's statement |

009658-000014

| PAGES | DESCRIPTION |
|---|---|
| 26-36 | Mel's proposals to purchase entire 2,500 acres |
| 37-38 | Letter of intent Grace and Parkers |
| 39-40 | Mel's response to April 1, 2000 settlement negotiations |
| 41-44 | 4/19/00 Grace offer |
| 45 | Photo from air, asbestos contamination |
| 46-52 | 2/16/00 M. Simonich testimony |
| 53-62 | 2/16/00 Bill Yellowtail to U.S. Senate |
| 63-76 | DEQ time line |
| 77-82 | 5/23/00 P. Paronard; emergency response team |
| 83-205 | 5/30/00 Dodson Order re: order to removal of hazard<br><br>Attachment 1: Request for a time critical removal action P. Paronard to Max Dodson pp. 99-118.<br><br>Summary of asbestos measures.  pp. 119-131.<br><br>5/17/00 Chris Weis, toxicologist risk assessment.  pp. 132-145.<br><br>5/17/00 Health consultation screening plant; T. Walker; review S. Moore. pp. 146-153.<br><br>Aubrey Miller, medical coordinator to Max Dodson; Reg. Administration EPA.  pp. 154-155.<br><br>Requirements for removal action.  pp. 156-173<br><br>Attachment 2: Schedule of removal work.  pp. 174-205. |
| 206 | Four photos of long shed vermiculite contamination; remainder of shrubbery; mushroom bucket, summer, 2000. |
| 207 | Four photos of vermiculite rocks; seedlings, summer, 2000. |
| 208 | Four photos of Mel and boxes; long shed, summer, 2000. |
| 209 | Four photos of long shed; vermiculite dumping in river, summer, 2000. |

009658-000015

| PAGES | DESCRIPTION |
|---|---|
| 210 | Four photos of dust on windowsills; Raintree office; mine sight to Raintree, summer, 2000. |
| 211 | Four photos of Raintree; oiled Rainy Creek Road; view from river; vermiculite rock, summer, 2000. |
| 212 | Photo of vermiculite rock stored at downtown nursery, summer, 2000. |
| 213 | Four photos of mushrooms, summer, 2000 |
| 214-228 | Plaintiff's exhibit list, Swennes v. Grace |
| 229-251 | Defendant's exhibit list, Swennes v. Grace |
| 252-303 | Tax returns 1993-1999 |
|  |  |
|  |  |

009658-000016

EPA REGION 08

## Access Agreement

Name and Address of Property:       Mel & Lerah Parker

Libby, Montana 59923

    I consent to officers, employees, contractors, and authorized representatives of the U.S. Environmental Protection Agency (EPA) and/or the Montana Department of Environmental Quality (MDEQ) entering and having continued access to our property to conduct the clean up and removal of asbestos and other hazardous substances from the property. These activities will generally include, but are not limited to:

A.    The cleaning and/or demolition and subsequent removal of all buildings and other structures on the property.

B.    The excavation and removal of contaminated soils from the property.

C.    Backfilling and regrading of the property.

D.    The use of water within the scope of the existing water rights for the withdrawal from Rainy Creek, the Kootenai River, and on-site wells.

E.    Collection of various soil, water, dust, and air samples.

F.    The conduct of other miscellaneous response actions as may arise from unknown conditions during the clean-up (e.g.- the discovery of an underground tank).

G.    Re-vegetation and other restoration activities.

    I realize that these actions by EPA and MDEQ are undertaken pursuant to their response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation, and Liability Act as amended (aka Superfund), 42 U.S.C. 9601 et. seq.

    This written permission is given voluntarily with the knowledge of our right to refuse and without threats or promises of any kind.

5-21-2000
DATE

Sarah Parker Mel Parker
SIGNATURE

May-2 2/2000

009658-000017



Figure 4. Libby, Montana Screening Plant Asbestos Levels In Soil (by PLM)

009658-000018

## DATA SHEET EXPLANATION

The following points may help you better understand the data you have received. EPA staff will be happy to discuss any additional questions or concerns with you.

### Table 1.  Indoor Air Samples

**Sample location** - This column describes where the sample was collected.

**Fiber Length** - This column shows the different sizes of asbestos fibers EPA measured.  A micron (um) is a microscopic measurement (25,400 um are in 1 inch).  Fibers with a length to width ratio of 5:1 (5 um long, 1 um wide) are believed to cause the most damage.  "Other" means that the fiber size was not of the length and width of concern.

**Asbestos concentration in cubic centimeters** - This is a measure of the number of asbestos fibers in a known volume of air.  Cubic centimeters (cc) is the most commonly used unit for volume. Each time you breath you inhale about 1000 cc air.  EPA pulled approximately 4000 liters (4,000,000 cc) of air through the filter.  The filter is divided into 37,000 grid openings and EPA counts a subset of those grid openings.

**Tremolite-Actinolite** - These are asbestos fibers that are associated with the vermiculite ore mined in Libby.

**Chrysotile** - These are asbestos fibers that are associated with heating duct insulation, floor tiles and ceiling tiles.  This type of asbestos is not associated with the Libby mine.

**Original** - The sample results that were reported to you at the end of January 2000.  These results show the concentration of fibers based on a count of fibers from 10 grid openings out of about 37,000 grid openings.

**Recount** - The sample results that were reported to you the week of March 6, 2000.  These sample results show the concentration of fibers based on a count of fibers from 30 grid openings out of about 37,000 grid openings.

**Level of Immediate Concern** - Estimating the concentration of asbestos fibers in air that is of immediate health concern is a difficult process, and no sharp boundary between "safe" and "not safe" can be identified.  However, based on the best available information, if the concentration of fibers longer than 10 um is above about 0.0003 fibers/cc, there is a basis for immediate concern over increased risk of cancer.  Likewise, for fibers that are 5-10 um in length, if the concentration is higher than about 0.0200 fibers/cc, it is believed that there is a basis for immediate concern. There may also be risk at lower concentrations, but these are not judged to be of immediate concern.

009658-000019

## SUMMARY OF ASBESTOS MEASUREMENTS FOR
### Loading Facility

### Table 1:  Indoor Air Sampling Results for Loading Facility

| Sample Location | Fiber Length (microns) | Tremolite/Actinolite Series | | Chrysotile | | Other Amphiboles | | Level of Immediate Concern |
|---|---|---|---|---|---|---|---|---|
| | | Original | Recount | Original | Recount | Original | Recount | |
| Covered Workshop | <5 | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | -- |
| | 5 - 10 | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | 0.0200 |
| | >10 | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | Not Detected | 0.0003 |
| | Other | 0.00185 | 0.00062 | Not Detected | Not Detected | Not Detected | Not Detected | -- |
| Living Room | <5 | 0.00278 | 0.00123 | Not Detected | Not Detected | 0.00278 | Not Detected | -- |
| | 5 - 10 | 0.00093 | 0.00062 | Not Detected | 0.00031 | 0.00093 | Not Detected | 0.0200 |
| | >10 | Not Detected | 0.00062 | Not Detected | Not Detected | Not Detected | Not Detected | 0.0003 |
| | Other | 0.00463 | 0.00250 | Not Detected | 0.00031 | Not Detected | Not Detected | -- |
| Office | <5 | 0.00185 | 0.00062 | Not Detected | Not Detected | Not Detected | Not Detected | -- |
| | 5 - 10 | 0.00093 | 0.00093 | Not Detected | Not Detected | Not Detected | Not Detected | 0.0200 |
| | >10 | Not Detected | 0.00031 | Not Detected | Not Detected | Not Detected | Not Detected | 0.0003 |
| | Other | 0.00278 | 0.00093 | Not Detected | Not Detected | Not Detected | Not Detected | -- |
| Mushroom Tunnel | <5 | Not Detected | Not Detected | 0.00463 | 0.00154 | Not Detected | Not Detected | -- |
| | 5 - 10 | 0.00093 | 0.00031 | Not Detected | Not Detected | Not Detected | Not Detected | 0.0200 |
| | >10 | 0.00093 | 0.00093 | Not Detected | Not Detected | Not Detected | Not Detected | 0.0003 |
| | Other | 0.00093 | 0.00031 | 0.00093 | 0.00031 | Not Detected | Not Detected | -- |

### Table 3:  Soil and Bulk Insulation Sampling Results for Loading Facility

| Sample Location | Material | Asbestos Concentration (%) | |
|---|---|---|---|
| | | Tremolite/Actinolite Series | Chrysotile |
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |

009658-000020

## SUMMARY OF ASBESTOS MEASUREMENTS FOR
### Loading Facility

| | | | |
|---|---|---|---|
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil/bedding | Soil | 1% | Not Detected |
| fill/bedding | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |
| fill/topsoil | Soil | 1% | Not Detected |
| fill/topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |
| sediment | Soil | Not Detected | Not Detected |
| fill | Soil | 2% | Not Detected |
| vermiculite pile; height of pile 8'; likely all vermiculite | Soil | 2% | Not Detected |
| 1" frozen; vermiculite pile | Soil | 1% | Not Detected |
| 1" frozen; vermiculite over surface; asphalt at 3" | Soil | Trace (< 1%) | Not Detected |
| vermiculite piles; depth of piles 6-12" | Soil | 2% | Not Detected |
| vermiculite spread on slab; depth >6" | Soil | 4% | Not Detected |
| vermiculite spread on road; asphalt at 3" to 6" | Soil | 2% | Not Detected |
| vermiculite pile >18" deep | Soil | 2% | Not Detected |
| vermiculite pile | Soil | Trace (< 1%) | Not Detected |
| pile of vermiculite >24" deep | Soil | Trace (< 1%) | Not Detected |
| mixed vermiculite and soil to 24" | Soil | 1% | Not Detected |
| pile of mixed vermiculite and soil | Soil | Trace (< 1%) | Not Detected |
| fill | Soil | 2% | Not Detected |
| fill | Soil | 1 | Not Detected |

## SUMMARY OF ASBESTOS MEASUREMENTS FOR
## Loading Facility

| | | | |
|---|---|---|---|
| bedding soil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 1% | Not Detected |
| bedding soil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| bedding soil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 2% | Not Detected |
| topsoil | Soil | 2% | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| fill | Soil | 1% | Not Detected |
| fill | Soil | Trace (< 1%) | Not Detected |
| soil and vermiculite mix | Soil | 2% | Not Detected |
| fill | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 2% | Not Detected |
| subsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| fill | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |

# SUMMARY OF ASBESTOS MEASUREMENTS FOR
## Loading Facility

| | | | |
|---|---|---|---|
| fill | Soil | 1% | Not Detected |
| fill | Soil | Trace (< 1%) | Not Detected |
| fill | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 1% | Not Detected |
| topsoil | Soil | 1% | Not Detected |
| fill | Soil | Not Detected | Not Detected |
| topsoil | Soil | 2% | Not Detected |
| bedding soil | Soil | Not Detected | Not Detected |
| bedding soil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| bedding soil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 2% | Not Detected |
| fill | Soil | 3% | Not Detected |
| fill | Soil | 1% | Not Detected |
| topsoil | Soil | 1% | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| bedding | Soil | Not Detected | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |

009658-000023

## SUMMARY OF ASBESTOS MEASUREMENTS FOR
### Loading Facility

| topsoil | Soil | Trace (< 1%) | Not Detected |
|---------|------|--------------|--------------|
| topsoil | Soil | Not Detected | Not Detected |
| topsoil | Soil | Trace (< 1%) | Not Detected |
| topsoil | Soil | 1% | Not Detected |
| topsoil | Soil | Not Detected | Not Detected |

009658-000024