# EXHIBIT L

**2002-2003 Newspaper articles from Plum Creek's files
(PTCT 431-436, 438)**

## 2003's

**Over $7,000**



:rado LS
ax Diesel
,822
\LE...



**Save Over $6,500**



**03 Chevy Tahoe LS**
4x4, Loaded
(#3593) MSRP $40,785
Pot 'O Gold SALE...


$34,235

## Owned Vehicles



Jrban
) Miles
,995
SALE...





**93 Jeep Wrangler**
4x4, 5 Speed, Hard Top
(#L3527A) was $9,995
Pot 'O Gold SALE...
$7,910



:nture Van
les
$17,999
SALE...



**97 GMC Sierra**
X-cab, 4x4, Diesel, Loaded
(#L3545B) was $18,499
Pot 'O Gold SALE...


$16,170





---

*Western News 3/7/03*

### Asbestos concerns

# EPA provides guidance to area timber managers

Following up on concerns about asbestos contamination, the Environmental Protection Agency is providing the U.S. Forest Service and Plum Creek Timber Co. with guidance on how to determine if it's safe to log timber stands near the former W.R. Grace vermiculite mine.

The Forest Service's 1.5 million board-foot timber sale in the area was part of a past year's target that was not met and has been postponed indefinitely. Beetle-killed trees planned for harvest have already been written off, but the remainder of the sale is green timber.

Plum Creek is also looking at harvesting beetle-killed timber in the Rainy Creek drainage. Company officials had hoped to get to the timber sometime in the coming year.

At a meeting last October, EPA representatives discussed concerns about contamination from asbestos that occurred as a contaminant in the vermiculite mined at the head of the drainage for more than 60 years. Records indicate that tons of asbestos were lost during mining operations, but EPA officials said they suspect that much of the fallout would have washed down into the Kootenai River by now.

The proposed timber sales are within a couple of miles of the mine site, but they are upwind and geologically separate from the vermiculite deposits that were mined until 1990.

"It's probably OK, but you can't just rely on a couple of samplings to make that call," said EPA Superfund project manager Jim Christiansen. "There's too much at stake and the stuff is just too nasty."

At last fall's meeting, Christiansen said he could provide information to allow the Forest Service and Plum Creek to make their own decisions on whether or not to move ahead with the timber sales. With efforts concentrating on residential cleanups, Christiansen's agency is not scheduled to conduct any significant work in the Rainy Creek area until 2004 at the earliest, depending on budgetary constraints.

In a recent document sent to USFS and Plum Creek officials, Christiansen outlined some recommended sampling and analytical approaches for determining the safety of logging in the Rainy Creek area. Christiansen had previously expressed concerns about the lack of methods for testing trees for contamination, but studies have indicated that a fairly simple procedure should yield acceptable results.

"We just burn the heck out of it," Christiansen said.

By subjecting samples to extreme high temperatures organic matter can be burned away, allowing testing for the presence of asbestos fibers, Christiansen said.

In addition to testing tree soil and air samples Christiansen is recommending sampling using personal air monitors attached to people engaged in simulated logging activities.

MICHAEL CRILL
1213 UTAH AVE
LIBBY MONT-
59923

12-16-02

To All Concerned:

I AM REQUESTING YOUR INVOLVEMENT TO STOP ANY AND ALL LOGGING OF THE RAINY CREEK DRAINAGE BECUZ THIS WHOLE AREA IS CONTAMINATED WITH TREMOLITE ASBESTOS. ANY ACTIVITY WILL CAUSE EXPOSURE WHICH WOULD BE CRIMINAL TO EVEN CONSIDER EXPOSING ANYONE TO ENOUGH ASBESTOS TO KILL THEM. Please, THIS MUST NOT BE ALLOWED FOR ALL REASONS THAT INVOLVE ASBESTOS EXPOSURE TO HUMAN LIFE, EQUIPMENT AND ENVIRONMENT. Please READ MY ARTICLE AND AGAIN, PLEASE STOP THIS EXPOSURE. ENOUGH INNOCENT PEOPLE HAVE ALREADY PAID A PRICE, FOR GENERATIONS TO COME. ENOUGH IS ENOUGH.

Please RESPOND ASAP TO MY REQUEST AND I DO HOPE YOU CAN DO SOMETHING, TO HELP...

THANK YOU FOR YOUR TIME & CONCERN

Sincerely & Caring

Michael Crill

Cc: Gov. Judy MARTZ — OSHA
Sen. MAX BAUCUS — NIEHS
Sen. Conrad Burns — NIOSH
Rep. Dennis Rehberg — NCEH
Lincoln County Commissioners — PLUM CREEK
Libby City Council — ATSDR
Lincoln County Health Dept. — EPA CHRISTINE WHITMAN
A.G. MIKE McGRATH — EPA MARIANNE HORINKO
Lt. Gov. KARL Ohs — V.P. CHENEY
U.S. FOREST SERVICE — PRES. BUSH
Fish Wildlife & Parks
Environmental Quality
Lincoln County Attorney
EPA LIBBY
EPA REGION VIII

Plum Creek
Flathead Unit — Libby Office
Received
DEC 27 2002

PTCT_00432

## Concern for children begs asking several questions

EDITOR's NOTE: *The following letter was taken from a statement read at the Sept. 27, 2001 Community Advisory Group meeting.*

To the Editor:

It's because I care about the young, I care about my children and all children, why I'm writing this. The following questions are in need of priority, if such a contamination exists:

1. Am I justified to be concerned about an unborn baby being exposed to asbestos through the exposure to the mother?

2. Am I justified to be concerned when I see a mother pushing her baby stroller and a truck drives by creating visible dust?

3. Am I justified to be concerned knowing the size of a baby's lungs and knowing small levels of tremolite asbestos fibers inhaled is more than enough to cause damage?

4. Am I justified to be concerned enough to ask are our children being exposed to asbestos today?

We all know now that the workers brought the asbestos home on their clothes and in their motor vehicles. Just living here in Libby, exposure to asbestos was a known fact. We played in it. We ate it. And our sports fields and schools were contaminated from the day the asbestos was brought from the mine and dumped on our playgrounds. For many years, maybe even today, contamination of tremolite asbestos was a reality.

Am I justified to be concerned when you have a contaminated site that for many years, five days a week, you had hundreds of thousands of children and adults who played football, baseball, track, who ran and rolled, and played and wrestled in the contamination. After contaminating their clothes, they ran into the schools, rode the bus home and brought the asbestos home to contaminate the home and family members unknowingly and unprotected. Just as the mine workers brought it home.

My question is when this asbestos travels air borne up to 30 miles and tests show no asbestos found 20- to 50-feet from a contaminated site, and nothing found in the schools, am I justified to be concerned because it's about the children, it's about protecting them the way we should have been protected, instead of being exposed and sentenced to die from it.

It's the children we must protect if our children and their children are to live and breathe an asbestos-free life.

I ask of all of you who have young, and if they are in danger of exposure to tremolite asbestos in Libby and all places contaminated, that you all must be justified in being concerned for the children, our children and human life.

I demand a criminal FBI investigation to hold those responsible, who allowed this to happen, lawfully accountable to me, my children and their children.

I know I've tried. I will forever be concerned until my last living, justifiable breath. This we owe to the children of tomorrow.

Michael Cri[ll]

## If state isn't responsible to people of Montana, then who is?

EDITOR'S NOTE: *The following letter was sent to Gov. Judy Martz, Attorney General Mike McGrath, U.S. Sen. Max Baucus, U.S. Sen. Conrad Burns and Rep. Dennis Rehberg.*

To the Editor:

I am writing to you to address a court ruling by Helena Judge Jeffrey Sherlock stating that the state has no responsibility to the citizens of Montana to inform them or warn them or protect them, from something that will kill them. (This is in regards to Mr. Sherlock's dismissal of asbestos claims against the state of Montana.

If state government is not responsible to "we the people" and allows corporate murderers to kill "we the people" knowingly and does nothing to inform, warn or protect its people, then "we the people" of Montana and this country have a government just as guilty as the corporate murderers, for killing us.

What I want to request of you, as an elected government official, by the people of Montana, I request you to answer the following:

1) If state is not responsible to the people of Montana, who is?

2) Do you agree or disagree with Mr. Sherlock's ruling? Explain why.

3) What should we people do to inform, warn and protect each other?

4) Do you think the militia of Montana needs formed to protect the people of Montana?

Please respond to my requests in a timely manner and I shall await your reply. Thank you for your time and concern in this matter.

Michael Cri[ll]

## Logging Rainy Creek area should be reconsidered

To the Editor:

In regards to logging Rainy Creek drainage.

Don't!

There are times when I truly can't understand how ignorant and criminal people can be, especially when it is a known fact that something should not be done. Tremolite asbestos kills you.

To even consider such an exposure leaves me to wonder "who's head is up who's what," let alone to allow such an exposure by those, whose responsibility it is to inform, warn and protect its public from something that will kill them.

And don't even tell me you "public servants," aren't responsible to me and the citizens of Libby, let me remind you all, you are. It's because you are, is why I'm writing for which I will hold you all accountable if Rainy Creek drainage is logged.

It was wrong and criminal for KDC to log Rainy Creek. Everyone who did, got exposed and that alone was criminal, unless all those truck drivers, skidders, sawyers, crew trucks – everyone who went up and down and logged Rainy Creek agreed to be exposed to enough tremolite asbestos to kill them.

Doesn't anyone give a crap? Well, I do and to expose anyone else to the amount of asbestos (I don't care what you do to protect yourself) that exists at this site is criminal. Not to mention contaminating all that has been cleaned up so far costing millions at the Parker property and our community.

Let's not forget, this deadly dust travels airborne up to 30 miles.

Why is this even an issue? Haven't we learned enough in the last three years about tremolite asbestos exposure, contamination and death. I take this issue very seriously and I shall have no problem proving how wrong and criminal it is, to log Rainy Creek drainage.

Think about this, please.

Michael Cri[ll]

## Clean-up is creating more health hazards

Editor:

I'd like to know whose bright idea it was to allow the Girls Scouts sweep the sidewalks in our asbestos-contaminated town?

I understand the Chamber of Commerce is responsible for organizing this task, but one has to wonder: Was it a show to use the Girl Scouts to create dust in order to show there's no danger of exposure to asbestos, and that good ol' Libby is safe and clean?

Did any of you who organized this good deed by the Girl Scouts ever consider the threat or possibility of exposure to asbestos from the dust created when sweeping?

I can assure you, there was exposure to asbestos in the dust created and those Girls Scouts were exposed to asbestos.

I would like the EPA to test the air, dust on Main Street [sic] and when proven I am right, inform the public and Girl Scouts not to sweep the sidewalks or do anything that would create dust exposure.

Sincerely and still breathing,
Michael Crill, Libby

## Perhaps "wind" exacerbates the problem

Editor:

Fear is a darkroom where negatives are developed.

So now we have yet another asbestos "expert" in the person of Michael Crill [letter to editor, May 8, 2002]. He "assures" us that the Libby cleanup effort has possibly doomed our sidewalk-sweeping Girl Scouts to exposure due to the dangerous dust in our "asbestos-contaminated town."

To eliminate at least two major sources of the dreaded dust and to help clean and "clear" the air, may I suggest that first, we prohibit any and all vehicle traffic in, around and through Libby, including ATVs and motorcycles. Next, let's make a concentrated effort to stop the wind, especially those annoying gusts that really stir things up.

And those who want to be absolutely, 100 percent safe should be encouraged to not inhale when in town or passing through.

Now, all naysayers take note: This asbestos paranoia must stop, period! Our beautiful community has been bad-mouthed long enough. Do something constructive, think positive and move on... or move out!

Charlotte Woods, Libby

## Not sound advice to say something is safe without testing

To the Editor:

Before I respond to Charlotte Wood's letter, first I'd like to ask forgiveness for "assuming" the Chamber of Commerce was responsible for all the dust raising by our Girl Scouts, when found out later, it was someone else. My concerns remain the same, regardless of who organized it.

I am not one who is against any beautification of Libby, I am proud of "my" town, also. But the truth about all that's happened here, the truth about tremolite asbestos exposure and death, I suggest instead of creating dust by sweeping, hose down with water instead, when our children are used.

Ignorance is a human choice where truth and responsibilities are ignored.

Yes, Charlotte Woods, I truly am another tremolite asbestos "expert." I'm an "expert" in exposure, I'm an "expert" in contamination. I'm an "expert" in understanding sickness and suffering, gasping for air and suffocation till death but I'm not quite an "expert" in death itself, but I shall learn soon enough.

And when it comes to being an expert of common sense in dealing and understanding tremolite asbestos, that when you have 70 years of millions of pounds of tremolite dust, dumped on Libby, that it's everywhere and exposure is present every day if you breathe here, that until it is cleaned up, the health and safety of our children will remain my utmost concern.

Heck, this is the least I can do for the children, to care enough to speak out to warn all of us that we can't "sugar coat" this contamination of Libby of a deadly dust, tremolite asbestos, that kills us. I know this is hard to swallow but breathing it, is the issue here.

As far as being positive, I can't think of a better way than to warn people; so they are protected and knowledgeable to do what they feel is right to protect themselves and family from exposure.

Why is this such a terrible thing to do, to tell the truth. To except this is one thing, to deal with it is another, what to do is, the hardest thing because, where do you begin? If I could wiggle my nose and make things right, turn back time with the knowledge and concerns I have right now, Libby and generations of human beings would of never been exposed to tremolite asbestos.

But here I am today, defending myself and my expertise because the truth is the truth and my common sense tells me, inside, everyday, I must, say something.

"And ending this, Ms. Woods, I did get some relief from your letter, it was good to read that you too are close to an "expert" yourself by understanding what it would take to be 100 percent dust free. OK, if we could just do all those things, hopefully some day, my kids, kids won't ever breathe tremolite asbestos. I damn sure know my kids today won't create dust to create exposure by sweeping whatever and if you don't mind Ms. Woods, I perfur to not move, I plan on being spread all over Howard Lake and I wouldn't miss that for anything in this world.

It's not sound advice for the EPA to "assume" something is safe without testing, specially when dust is being created in Libby.

Michael Crill

gency earlier this year.
 The EPA had called the Wednesday special meeting following considerable discussion at the Thursday night

gency along with his request to clean Zonolite insulation from homes and commercial buildings.
 Marianne Horinko, head of the

Superfund sites he has worked.
 Les Skramstad said he thought the

See **Declaration** on Page 6

## ors



'aul Peronard introduces NewYork City EPA officials to Brad Black, director for the Center for

# :leanup looks to Libby

## cials study methodology on health, safety, cleanup

ER MORRIS
News Publisher
on Agency officials responsible for ding cleanup surrounding "zero" site toured Libby

s, a toxicologist and the EPA's ator for the New York area extent of the asbestos problem s being done.
 Center towers collapsed following Sept. 11, 2001, clouds of lower sections of th chrysotile and tremolite, amples but are farther down high levels of fiberglass , the EPA's on-site coordinator

in Libby.
 "There's a lot less information on what that means," Peronard said. And it's difficult telling the difference between fiberglass and asbestos fibers, he said.
 Also, asbestos amphibole from Libby has been found in the dust.
 The steel structural beams in the World Trade Centers were believed to be covered with Monokote, a W.R. Grace product sprayed on the steel structure as fire proofing.
 According to a July 2001 New York Times article, from 1970 until the late 1980's, Grace deceptively advertised the spray as "asbestos-free" even though it contained trace amounts of tremolite asbestos. The pre-1970's Monokote was

See **WTC cleanup** on Page 6

## Rainy Creek logging

# Risks worry Plum Creek and USFS

**By BRENT SHRUM**
Western News Reporter

Crews contracted by the Environmental Protection Agency are scheduled to start paving Rainy Creek Road next week, but agency officials remain unsure of the health risks associated with planned logging operations in the area.

The U.S. Forest Service, the state and Plum Creek are all planning timber sales in the Rainy Creek area

■ **USFS moves forward with task force timber proposal**
See Page 4

near W.R. Grace's former vermiculite mine. Recent health screenings have revealed asbestos-related disease among loggers who worked in the area when the mine was in operation, but questions remain about the risks posed 12 years after the mine closed.

"If you're looking for a clean bill of health, for EPA to come in and say it's OK for people to be working here and chopping up trees and spending a lot of time, even if I find the money I can't answer that in the short term," local Superfund project manager Jim Christiansen, said during a meeting held Wednesday by the Lincoln County Commissioners.

While the proposed timber sales are within a couple of miles of the mine site, they are upwind and geologically separate from the asbestos-contaminated vermiculite deposits that were mined from the 1920s until 1990. Grace records indicate that tons of asbestos were lost during mining operations, but EPA on-scene coordinator Paul Peronard said he suspects the "fallout" would probably have

See **Rainy Creek** on Page 4

d Campaign

Splendid fall

do local economy, above and beyond our regular timber sale program."

The overall goal is to lessen the long-term potential for wildfires that could threaten lives and property, Castaneda said. This threat became real to several communities in Lincoln County in 1994 and throughout Montana in 2000. This past summer, many more communities in Arizona, Colorado, California, and Oregon suffered serious damage from the unnatural fuel buildup in and near commercial timber sales and stewardship contracts to remove excess trees that have value as lumber products.

"This has two benefits," Castaneda said. "One, it is a common-sense way to reduce the burden to taxpayers to pay for high priority fuel reduction work on federal lands, and two, it provides wood products for U.S. consumers."

Commercial-sized trees that may need to be removed are estimated to total up to 5-10 million board feet.

The first two are the Yaak and Treasure Interface stewardship projects.

The Forest Service administration in the Washington, D.C., office has also approved the project as one of six pilot cases nationwide to improve efficiency of the environmental review process under the National Environmental Policy Act.

"The Forest Service, from the national level down to the local forest and districts, is committed to helping Lincoln County," Castaneda said.

will use a diverse cross-section of local citizens and organizations to participate and help develop project details.

The area to be studied on the Kootenai National Forest encompasses about 160,500 acres around the communities of Eureka, Rexford, Fortine, Trego, West Kootenai, and Libby. Other portions of the forest are being addressed in current planning or were already treated in fuels reduction projects over the past few years.

## Rainy Creek

Continued from Page 1

washed down into the Kootenai River by now.

"I think that," he said. "I certainly don't know that."

No one knows if asbestos sticks to trees, or even how to test for it, Peronard said.

"It's just a problem that we put off in terms of priority," he said.

Residential cleanups have been given a higher priority than work near the mine site, where no one lives, Christiansen said. Nothing has been budgeted for the current or upcoming fiscal year for work in the Rainy Creek area, he said.

"I'm not even sure I'll get everything I want for the residential stuff," he said.

Peronard said he recognizes the need to harvest timber in the area for fire suppression if nothing else.

"Somebody's going to have to log up there at some point in time," he said.

Christiansen said he can provide information to allow the Forest Service, Plum Creek and the state to make their own decisions on whether or not to move ahead with the timber sales. He offered to provide cost estimates on a range of options ranging "from bare bones to Cadillac." Bare bones could include a recommendation based on geology, prevailing winds and basic soil sampling. The "Cadillac" version would be more extensive and could include having people in protective gear simulate logging activities while collecting air samples.

"There's uncertainties with every approach we come up with," he said.

If the EPA has to find funding for the work, nothing will happen before next spring at the earliest, Christiansen said.

The Forest Service's 1.5 million board foot timber sale was part of a past year's target that was not met and has been postponed indefinitely, said Tom Maffei of the Kootenai National Forest supervisor's office. Beetle-killed trees planned for harvest have already been written off, he said, but the remainder of the sale is green timber.

"At this point it's not even on the front burner," Maffei said. "It's on the back burner. We don't have anything to replace it. We're not going to replace it. We're just going to continue on with our program."

Plum Creek forester Dave Friedman said his company's beetle-killed timber in the Rainy Creek drainage is deteriorating rapidly and losing its value. Plum Creek wouldn't be doing anything in the area before next spring, but next fall may be nearing the end of the window of opportunity, he said.

Regardless, Plum Creek won't log the area if doing so endangers the health of loggers or mill workers, Friedman said.

"None of us want to put anybody at risk," he said. "That's the bottom line."

Forest Service district ranger Malcolm Edwards said his agency would like to sell the timber at Rainy Creek, but not if there is an unreasonable risk to the public. He said he would like to see the EPA concur that there isn't an unreasonable risk before the sale proceeds.

"Not a guarantee but a concurrence," he said. "If that's not reasonable to procure, I'm not prepared to recommend that we sell it."



*Thank You*

We would like to express a special thank you to everyone who helped us get through the loss of our mother. Thanks for all the cards, flowers, food and most of all, thanks for the prayers.

*From the family of Jan Thom*



PTCT_00436

# Asbestos concerns delay timber sale near old mine

By BRENT SHRUM
Special to the Inter Lake

LIBBY — A Forest Service timber sale near W.R. Grace's defunct vermiculite mine remains on hold pending Environmental Protection Agency action to determine potential risks posed by asbestos contamination.

The 1.5 million-board-foot sale at Tub Gulch has been prepared and marked and could have been sold two years ago, but the Forest Service is waiting for a "clean bill of health" from the EPA, said Frank Votapka of the Kootenai National Forest supervisor's office.

The details of the contract for the sale will depend on restrictions that may be placed by the EPA, he said.

"It was not our intention to put up a sale that would bring some of that contamination down into Libby," Votapka said.

In a telephone conference Wednesday with EPA on-scene coordinator Paul Peronard, Lincoln County Commissioner Rita Windom expressed concerns that the Rainy Creek Road has not been paved yet. The road provides access to the area and will remain closed until EPA contractors pave it to eliminate the problem of asbestos contamination.

In addition to the Forest Service sale, the state is looking to harvest 1 million board feet of timber in the area within the next two years, and Plum Creek is planning a 1.5 million-board-foot harvest that is almost ready to go, Windom said.

"They have a lot of bug kill, and they get that out it's going to be wasted completely."

Operating on a limited budget, the EPA has placed more emphasis on residential cleanups in Libby than on its work in the Rainy Creek area, Peronard said. The agency will need to find money in the budget for additional sampling in the area before the timber sales can proceed.

"I understand that perspective, but it's a high priority for this community to get some logs to the mill," Windom told Peronard.

Based on a study of the geology in the area, Peronard said he believes the asbestos contamination is contained within the ridgeline around Vermiculite Mountain and down the Rainy Creek drainage and probably won't be a problem in the areas proposed for harvest.

Only on-the-ground sampling activities will be able to confirm that theory, however.

The Forest Service has given the EPA specific information on the areas where the sales have been planned and has asked for an investigation, Votapka said.

"Maybe with that they could get back to us and say, 'This unit is OK, this unit is not OK,'" he said.

Votapka acknowledged that the time available for paving the road this fall is running out.

"If you pave in November in Montana you're pushing the envelope," he said.

The county commissioners have scheduled a meeting Wednesday with representatives of the EPA, Forest Service and other involved parties to discuss the issue fur-

PTCT_00438