**<u>EXHIBIT M</u>**

**2002, 2003 & 2004 Plum Creek's "Grace Risk Assessment"**
**(PTCT 402-430)**



Map of risk assessment area

# Grace Risk Assesment

**Portions of T31N R30W**

This area is the unaccessed portion Flathead Unit

| Unit | Acres | Volume | Risk Type |
|---|---|---|---|
| 1 | 119 | | Hi Contamination Risk |
| 2 | 32 | | Unaccessed area of concern |
| 3 | 831 | | Accessed political concern |
| 4 | 971 | | Moderate access problem |
| 5 | 542 | | Low risk Accessed |
| Total | 2,495 | | Total Plum Creek Acres |

Risk Assesment Area

Mine Area

Hi Contamination risk 119 Ac

Unaccessed area of concern 32 Ac.

Accessed Political concern 831 Ac

Moderate Access Problem 971 Ac

Low Risk Accessed 542 Ac

Owner Plum Creek

Owner US Forest

Owner W.R. GRACE &

**Helispot Location :**

H

Original Map Scale : 1: 84480

Map Type : Harvest

Prepared by : jwolcott

Plum Creek

Map Creation Date : 11/8/02

## Rockies Resource Unit #26

### MARGIN ANALYSIS

### WR Grace Risk Assessment

| Legal Description | | |
|---|---|---|
| Section | Township | Range |
| 3 | 31N | 30W |
| 9 | 31N | 30W |
| 19 | 31N | 30W |
| 28 | 31N | 30W |
| 29 | 31N | 30W |
| | | |
| | | |

| Assessment name | Entire area |
|---|---|
| Estimated VOLUME: | 6,224 |

| PREPARED BY: | MDR, DMF, JBW |
|---|---|
| DATE: | 2/26/2003 Revised with new transfer prices 2/10/2004 |

| | | Logging Cost | | Hauling Cost | | | mbf |
|---|---|---|---|---|---|---|---|
| | | $/Ton | $/mbf | $/Ton | $/mbf | | |
| Brand1 | Tractor | $20.16 | $145.46 | $11.01 | $79.48 | | 6,224 |

| | Total $/mbf |
|---|---|
| Logging Cost | $145.46 |
| Hauling Cost | $79.48 |
| Delivered Cost | $224.95 |

| T/mbf | 7.21 |
|---|---|

| SPECIES | CFO-SAW | | EVG-PLY | | EVG-SAW | | KSANKA | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | VOLUME | $/mbf | VOLUME | $/mbf | VOLUME | $/mbf | VOLUME | $/mbf | VOLUME | $/mbf |
| DF peelers | 0 | $0 | 2152 | $465 | 0 | $0 | 0 | $0 | 2152 | $465 |
| DF studs | 0 | $0 | 0 | $0 | 1894 | $410 | 0 | $0 | 1894 | $410 |
| WL peelers | 0 | $0 | 336 | $465 | 0 | $0 | 0 | $0 | 336 | $465 |
| WL studs | 0 | $0 | 0 | $0 | 505 | $410 | 0 | $0 | 505 | $410 |
| PP headrig | 272 | $500 | 0 | $0 | 0 | $0 | 0 | $0 | 272 | $500 |
| PP twinsaw | 333 | $375 | 0 | $0 | 0 | $0 | 0 | $0 | 333 | $375 |
| LP green | 0 | $0 | 0 | $0 | 150 | $410 | 0 | $0 | 150 | $410 |
| LP dead | 0 | $0 | 0 | $0 | 0 | $0 | 147 | $374 | 147 | $374 |
| WW peelers | 0 | $0 | 70 | $370 | 0 | $0 | 0 | $0 | 70 | $370 |
| WW studs | 0 | $0 | 0 | $0 | 365 | $410 | 0 | $0 | 365 | $410 |
| TOTAL | 605 | $431 | 2558 | $462 | 2914 | $410 | 147 | $374 | 6224 | $433 |
| TOTAL REVENUE | | $260,875 | | $1,182,620 | | $1,194,740 | | $54,957 | | $2,693,392 |

| | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| LOG | $138.25 | $83,638 | $142.65 | $364,896 | $149.05 | $434,333 | $153.08 | $22,502 | $145.46 | $905,370 |
| Q.C. | | | | | | | | | $0.00 | $0 |
| HAUL | $74.54 | $45,098 | $66.24 | $169,444 | $92.51 | $269,561 | $72.03 | $10,588 | $79.48 | $494,692 |
| STUMPAGE | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| Road Exp. | $3.51 | $2,122 | $2.84 | $7,259 | $1.87 | $5,435 | $1.25 | $184 | $2.41 | $15,000 |
| TOTAL | $216.29 | $130,858 | $211.73 | $541,600 | $243.42 | $709,330 | $226.36 | $33,275 | $227.36 | $1,415,062 |
| MARGIN | $214.90 | $130,017 | $250.67 | $641,220 | $166.58 | $485,410 | $147.50 | $21,683 | $205.39 | $1,278,330 |

i/3 of value is an un accessed piece

Risk Assessment of property near WR Grace.xls
Margin of risk assessment area

**Proposed Plum Creek Timberland Asbestos Sampling Approach**

1. Review a contour map of the area, together with available meteorological data on prevailing wind directions, and define at least two possible worst-case areas for initial sampling. These areas should include both a slope facing the prevailing wind in the direction of the source (mine), and the related slope opposite (backslope, or "over the hill"). This should ensure that sampling addresses both impaction-type deposition, and back-draft (snow drift-type) deposition.

2. Visually inspect the area for signs of asbestos deposits and then collect soil, humus and bark for analysis of asbestos by TEM using the "Superfund Method for the Determination of Releasable Asbestos in Soils and Bulk Materials (1995)"

3. **If the sample results indicate significant concentrations (a judgment call) of asbestos fibers, abort the investigation and allow time and erosion/deposition processes to work on the area surface.**

4. Alternatively, if the Phase I sample results are undetectable or negligible, identify a small logging crew and provide them with the following:
   - Explanation of what we're trying to accomplish
   - Waivers of liability for signature
   - Respiratory test fitting for half-face respirators
   - Chest X-rays at a local clinic or hospital as baseline
   - Respirator and Tyvek coveralls
   - Lots of money

5. Mobilize to the selected sites for Phase II, and begin logging each of the two slopes.

6. During logging activities, sample both personal breathing-zone air on two ground-based loggers and on one of the heavy equipment operators.

7. Analyze the samples for asbestos by OSHA's phase-contrast microscopy (PCM) method, and trans electron microscopy (TEM).

8. Reduce and report data.

**Note: Plum Creek should employ an environmental attorney to review this plan and recommend how much additional sampling (ex: two more days of "simulated" logging to include personnel sampling and/or ongoing personnel sampling during the long-term subcontracted logging operations.**

**Libby Plum Creek Timberlands Asbestos Sampling Estimate**

| Task: | Provider | Assumptions | | Cost |
|---|---|---|---|---|
| **1) Review site layout, obtain meteorological data (prevailing wind directions), & identify worst-case areas** | | | | |
| labor | Envirocon | 8 hours | $ | 520 |
| | | | **Total:** $ | **520** |
| **2) Area walk-through (reconnaissance), sample soil humus, & bark, have samples analyzed by TEM** | | | | |
| Travel roundtrip | Envirocon | 656 mi @ $0.40/mi (Missoula and Helena) | $ | 262 |
| Accomodations & Per Diems | | 2 persons 2 night, 3 days. Motel rooms 50 ea., Per Diems $25/person/day | $ | 350 |
| reconnaissance | | 8 hours, 2 persons | $ | 920 |
| Collect/Process Samples | | 10 hours, 2 persons | $ | 1,150 |
| Analyze samples | JMS Envt. | 10 soil, 10 humus, 10 bark samples, analyzed for Superfund TEM asbestos | $ | 4,500 |
| | | | **Total:** $ | **7,182** |
| **3) Review Data, Compile & Convey to Client w/ Recommendations. Discuss Options** | | | | |
| Review, compile & convey w/ recommends | Envirocon | 10 hours | $ | 650 |
| Discuss Options | Envirocon | 2 hour | $ | 130 |
| | | | **Total:** $ | **780** |
| **4) Educate & Equip logging crew (& remobilize to Libby)** | | | | |
| Travel roundtrip | Envirocon | 656 mi @ $0.40/mi (Missoula and Helena) | $ | 262 |
| Accomodations & Per Diems | | 2 persons 3 nights, 4 days. Motel rooms 50 ea., Per Diems $25/person/day | $ | 525 |
| Asbestos Training and Orientation | Envirocon | 4 Hours | $ | 260 |
| ? Waivers of liability? | | | | |
| Chest X-ray, read asbestos, pulmonary function test, & review of records | Clinic/Hospital | $240 each person, 5 persons | $ | 1,200 |
| respirator fit testing | Envirocon | 2 hours, 2 persons (doesn't include Loggers' time) | $ | 240 |
| respirator & Tyvec coveralls | Envirocon | 7 respirators, 14 Tyvek | $ | 490 |
| | | | **Total:** $ | **2,715** |
| **5 & 6) Mobilize, log for ~8 hours @ each site, & collect air samples** | | | | |
| sampling pumps & media | Envirocon | 16 pumps (2 spares), 11 TEM and 15 PCM cassettes (each site) | $ | 1,000 |
| Orchestrate & sample | Envirocon | 2 persons for a total of 10 hours each day (20 hours each) | $ | 2,400 |
| | | | **Total:** $ | **3,400** |
| **7) Analyze air samples** | | | | |
| analysis | JMS Envt. | 11 TEM and 15 PCM cassettes each site (includes QC samples) | $ | 4,050 |
| | | | **Total:** $ | **4,050** |
| **8) Reduce & Report Data** | | | | |
| Review, compile & convey w/ recommends | Envirocon | 12 hours | $ | 780 |
| Discuss Options | Envirocon | 1 hour | $ | 65 |
| | | | **Total:** $ | **845** |

**Grand Total:  $ 19,492**

Please Note:
TEM air samples require a minimum of 8 hours sampling with portable pumps to obtain the necessary air volume required for laboratory analysis.  One full day's sampling will be required for each logging site.
A water truck should be present on site to provide for heavy equipment decontamination prior to leaving the logging area (by Plum Ck?).
Air sampling may also be required on active sections of road which may contain asbestos contamination from prior mining operations.
The preliminary sampling and monitoring performed as defined in this initial study should not be interpreted as a clearance to establish logging operations in the area.  Additional sampling and monitoring would be required to establish a legally defensable study for logging within the defined areas and on access roads to and from the site.



Map s 3,9 and 28

Sec 3,9,28

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
| Sec3,9,28 | 982 | 2399 mbf | | | mech/line | |

Harvest_Boundary

Evaluation areas

Owner - Plum Creek

Owner - STATE

Owner - US Forest

Owner - W.R. GRACE &

**Helispot Location :**

H

Original Map Scale : 84480
Map Type : Harvest
Prepared by : dfriedma

**Plum Creek**

Map Creation Date :   11/8/02

# Rockies Resource Unit #26
## HBU MARGIN ANALYSIS

Assessment name  Section 3, 9 and 28
Estimated VOLUME:  2,399

PREPARED BY:  Dave Friedman
DATE:  2/26/2003 Revised with new transfer prices 2/10/2004

PTCT_00407

### Legal Description

| Section | Township | Range |
|---------|----------|-------|
| 3 | 31N | 30W |
| 9 | 31N | 30W |
| 28 | 31N | 30W |
| | | |
| | | |
| | | |

| | | Logging Cost | | Hauling Cost | | | |
|---|---|---|---|---|---|---|---|
| | | S/Ton | S/mbf | S/Ton | S/mbf | | mbf |
| Brand1 | | $22.00 | $161.33 | $12.79 | $93.77 | | 2,399 |

| | Total S/mbf |
|---|---|
| Logging Cost | $161.33 |
| Hauling Cost | $88.06 |
| Delivered Cost | $249.39 |

| T/mbf | 7.33 |
|---|---|

| SPECIES | CFO-SAW VOLUME | S/mbf | EVG-PLY VOLUME | S/mbf | EVG-SAW VOLUME | S/mbf | KSANKA VOLUME | S/mbf | TOTAL VOLUME | S/mbf |
|---|---|---|---|---|---|---|---|---|---|---|
| DF peelers | 0 | $0 | 550 | $490 | 0 | $0 | 0 | $0 | 550 | $490 |
| DF studs | 0 | $0 | 0 | $0 | 825 | $430 | 0 | $0 | 825 | $430 |
| WL peelers | 0 | $0 | 157 | $490 | 0 | $0 | 0 | $0 | 157 | $490 |
| WL studs | 0 | $0 | 0 | $0 | 235 | $430 | 0 | $0 | 235 | $430 |
| PP headrig | 64 | $500 | 0 | $0 | 0 | $0 | 0 | $0 | 64 | $500 |
| PP twinsaw | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | #DIV/0! |
| LP green | 0 | $0 | 0 | $0 | 150 | $390 | 0 | $0 | 150 | $390 |
| LP dead | 0 | $0 | 0 | $0 | 0 | $0 | 100 | $374 | 100 | $374 |
| WW peelers | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | #DIV/0! |
| WW studs | 0 | $0 | 0 | $0 | 318 | $375 | 0 | $0 | 318 | $375 |
| TOTAL | 64 | $500 | 707 | $490 | 1528 | $415 | 100 | $374 | 2399 | $437 |
| TOTAL REVENUE | | $32,000 | | $346,430 | | $633,550 | | $37,386 | | $1,049,366 |

| | S/mbf | COST | S/mbf | COST | S/mbf | COST | S/mbf | COST | S/mbf | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| LOG | $161.33 | $10,325 | $161.33 | $114,059 | $161.33 | $246,510 | $161.33 | $16,133 | $161.33 | $387,027 |
| Q.C. | | | | | | | | | $0.00 | $0 |
| HAUL | $71.43 | $4,571 | $78.18 | $55,274 | $103.22 | $157,716 | $73.96 | $7,396 | $93.77 | $224,958 |
| STUMPAGE | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| Road Exp. | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| TOTAL | $232.76 | $14,896 | $239.51 | $169,333 | $264.55 | $404,226 | $235.29 | $23,529 | $255.10 | $611,985 |
| MARGIN | $267.24 | $17,104 | $250.49 | $177,097 | $150.08 | $229,324 | $138.57 | $13,857 | $182.32 | $437,381 |



Map S19 and 29

**Secs. 19,29 T31N R30W**

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
| One | 804 | 3825 | ITS | C2 | Mechanical | Good growth of understory, remove all the trees that are 12" DBH and greater. Protect understory as much as possible. |

| | | | |
|---|---|---|---|
| Roads - Highway | | BcC | Contour_Numbers |
| Roads - Gravel Road | | | Contour_40FT |
| Hydrology - Intermittent | | | Contour_200FT |
| Hydrology - Perennial | | | Harvest_Boundary |
| Hydrology - River | | | |

**Helispot Location :**

[H]

Original Map Scale : 1: 25344
Map Type :   Harvest
Prepared by :  mricheal

**Plum Creek**

Map Creation Date :          2/26/03

Risk Assessment of property near WR Grace.xls

2/9/2004

PTCT_00408

# Rockies Resource Unit #26
## MARGIN ANALYSIS

**Legal Description**

| Section | Township | Range |
|---|---|---|
| 19 | 31N | 30W |
| 29 | 31N | 30W |
| | | |
| | | |
| | | |
| | | |

PTCT_00409

Assessment name    Section 19 and 29
Estimated VOLUME:    3,825

PREPARED BY:    Mitch Richeal
DATE:    2/26/2003 Revised with new transfer prices 2/10/2004

|  | | Logging Cost | | Hauling Cost | | | mbf |
|---|---|---|---|---|---|---|---|
|  | | $/Ton | $/mbf | $/Ton | $/mbf | | |
| Brand1 | Tractor | $19.00 | $135.51 | $9.89 | $70.52 | | 3,825 |

| | Total $/mbf |
|---|---|
| Logging Cost | $135.51 |
| Hauling Cost | $70.36 |
| Delivered Cost | $205.88 |

| T/mbf | 7.13 |
|---|---|

| SPECIES | CFO-SAW VOLUME | $/mbf | EVG-PLY VOLUME | $/mbf | EVG-SAW VOLUME | $/mbf | KSANKA VOLUME | $/mbf | TOTAL VOLUME | $/mbf |
|---|---|---|---|---|---|---|---|---|---|---|
| DF peelers | 0 | $0 | 1602 | $490 | 0 | $0 | 0 | $0 | 1602 | $490 |
| DF studs | 0 | $0 | 0 | $0 | 1069 | $430 | 0 | $0 | 1069 | $430 |
| WL peelers | 0 | $0 | 179 | $490 | 0 | $0 | 0 | $0 | 179 | $490 |
| WL studs | 0 | $0 | 0 | $0 | 270 | $430 | 0 | $0 | 270 | $430 |
| PP headrig | 208 | $500 | 0 | $0 | 0 | $0 | 0 | $0 | 208 | $500 |
| PP twinsaw | 333 | $345 | 0 | $0 | 0 | $0 | 0 | $0 | 333 | $345 |
| LP green | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | #DIV/0! |
| LP dead | 0 | $0 | 0 | $0 | 0 | $0 | 47 | $374 | 47 | $374 |
| WW peelers | 0 | $0 | 70 | $370 | 0 | $0 | 0 | $0 | 70 | $370 |
| WW studs | 0 | $0 | 0 | $0 | 47 | $375 | 0 | $0 | 47 | $375 |
| TOTAL | 541 | $405 | 1851 | $485 | 1386 | $428 | 47 | $374 | 3825 | $452 |
| TOTAL REVENUE | | $218,885 | | $898,590 | | $593,395 | | $17,571 | | $1,728,441 |

| | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| LOG | $135.51 | $73,313 | $135.51 | $250,837 | $135.51 | $187,823 | $135.51 | $6,369 | $135.51 | $518,342 |
| Q.C. | | | | | | | | | $0.00 | $0 |
| HAUL | $74.91 | $40,527 | $61.68 | $114,170 | $80.70 | $111,845 | $67.91 | $3,192 | $70.52 | $269,735 |
| STUMPAGE | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| Road Exp. | $3.92 | $2,122 | $3.92 | $7,259 | $3.92 | $5,435 | $3.92 | $184 | $3.92 | $15,000 |
| TOTAL | $214.35 | $115,962 | $201.12 | $372,266 | $220.13 | $305,104 | $207.35 | $9,745 | $209.95 | $803,077 |
| MARGIN | $190.25 | $102,923 | $284.35 | $526,324 | $208.00 | $288,291 | $166.51 | $7,826 | $241.93 | $925,364 |

Risk Assessment of property near WR Grace.xls
Margin S 19 and 29

$20,000 to $30,000 to begin
initial testing for Sec. 28

$100,000 for testing

2 to 3 months lead time on testing

Not signed for Asbestos
parcels are gated.

Champion lands ?

28   Champion   - St. Regis
33
29
19
17

PTCT_00410



Map

# Grace Risk Assesment
## Portions of T31N R30W

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
|      |       |        |          |     |                |                              |

Legend:
- Risk Assesment Area
- Mine Area
- Hi Contamination risk
- Unaccessed area of concern
- Moderate Access Problem
- Accessed Political concern
- Low Risk Accessed
- Owner  Plum Creek
- Owner  US Forest
- Owner  W.R. GRACE &

Helispot Location :

H

Original Map Scale : 1: 84480
Map Type :    Harvest
Prepared by : jwolcott

**PlumCreek**

Map Creation Date :         11/8/02

RiskAssessmentofpropertynearWRGrace.xls

11/18/02

PTCT_00411

Map                                                                                           Flathead Unit

▄ This area is the unaccessed portion





Grace Risk Assesment
Portions of T31N R30W

Map of risk assessment area

This area is the unaccessed portion

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
|      |       |        |          |     |                |                              |

Helispot Location :

Original Map Scale 1: 84480
Map Type :   Harvest
Prepared by : jwolcott

PlumCreek

Map Creation Date :          11/8/02

Risk Assesment Area

Mine Area

Hi Contamination risk

Unaccessed area of concern

Moderate Access Problem

Accessed Political concern

Low Risk Accessed

Owner  Plum Creek

Owner  US Forest

Owner  W.R. GRACE &



Photo of risk assessment area

# Grace Risk Assesment
## Portions of T31N R30W

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
|      |       |        |          |     |                |                              |

Risk Assesment Area

Hi Contamination risk

Mine Area

Unaccessed area of concern

Moderate Access Problem

Accessed Political concern

Low Risk Accessed

Owner  Plum Creek

Owner  US Forest

Helispot Location :

H

Original Map Scale : 1:  84480
Map Type :    Harvest
Prepared by :  jwolcott

**Plum Creek**

Map Creation Date :        11/8/02

Risk Assessment of property near WR Grace.xls

2/26/03



Map S19 and 29

**Secs. 19,29 T31N R30W**

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
| One | 804 | 3825 | ITS | C2 | Mechanical | Good growth of understory, remove all the trees that are 12" DBH and greater. Protect understory as much as possible. |

| | | | |
|---|---|---|---|
| Roads - Highway | | BcC | Contour Numbers |
| Roads - Gravel Road | | | Contour 40FT |
| Hydrology - Intermittent | | | Contour 200FT |
| Hydrology - Perennial | | | Harvest Boundary |
| Hydrology - River | | | |

**Helispot Location :**

[H]

Original Map Scale : 1: 25344
Map Type :    Harvest
Prepared by : mricheal

**Plum Creek**

Map Creation Date :        2/26/03

Risk Assessment of property near WR Grace.xls

2/26/03



Maps 3,9 and 28

Sec 3,9,28

Flathead Unit

| Unit | Acres | Volume | Cut Type | SMZ | Harvest Method | Harvest & Slash Prescription |
|------|-------|--------|----------|-----|----------------|------------------------------|
| Sec3,9,28 | 982 | 2399 mbf | | | mech/line | |

Harvest_Boundary

Evaluation areas

Owner - Plum Creek

Owner - STATE

Owner - US Forest

Owner - W.R. GRACE &

**Helispot Location :**

H

Original Map Scale : 84480
Map Type :   Harvest
Prepared by : dfriedma

**Plum Creek**

Map Creation Date :      11/8/02

# Rockies Resource Unit #26

## MARGIN ANALYSIS

### WR Grace Risk Assessment

| Legal Description | | |
|---|---|---|
| Section | Township | Range |
| 3 | 31N | 30W |
| 9 | 31N | 30W |
| 19 | 31N | 30W |
| 28 | 31N | 30W |
| 29 | 31N | 30W |
| | | |
| | | |

PTCT_00418

Assessment name    Entire area
Estimated VOLUME:    6,224

PREPARED BY:    MDR, DMF, JBW
DATE:    2/26/03

| | | Logging Cost | | Hauling Cost | | | |
|---|---|---|---|---|---|---|---|
| | | $/Ton | $/mbf | $/Ton | $/mbf | | mbf |
| Brand1 | Tractor | $20.16 | $145.46 | $10.69 | $77.19 | | 6,224 |

| | Total $/mbf |
|---|---|
| Logging Cost | $145.46 |
| Hauling Cost | $77.19 |
| Delivered Cost | $222.65 |

| T/mbf | 7.21 |
|---|---|

| SPECIES | CFO-SAW VOLUME | $/mbf | EVG-PLY VOLUME | $/mbf | EVG-SAW VOLUME | $/mbf | KSANKA VOLUME | $/mbf | TOTAL VOLUME | $/mbf |
|---|---|---|---|---|---|---|---|---|---|---|
| DF peelers | 0 | $0 | 2152 | $465 | 0 | $0 | 0 | $0 | 2152 | $465 |
| DF studs | 0 | $0 | 0 | $0 | 1894 | $410 | 0 | $0 | 1894 | $410 |
| WL peelers | 0 | $0 | 336 | $465 | 0 | $0 | 0 | $0 | 336 | $465 |
| WL studs | 0 | $0 | 0 | $0 | 505 | $410 | 0 | $0 | 505 | $410 |
| PP headrig | 272 | $500 | 0 | $0 | 0 | $0 | 0 | $0 | 272 | $500 |
| PP twinsaw | 333 | $375 | 0 | $0 | 0 | $0 | 0 | $0 | 333 | $375 |
| LP green | 0 | $0 | 0 | $0 | 150 | $410 | 0 | $0 | 150 | $410 |
| LP dead | 0 | $0 | 0 | $0 | 0 | $0 | 147 | $374 | 147 | $374 |
| WW peelers | 0 | $0 | 70 | $370 | 0 | $0 | 0 | $0 | 70 | $370 |
| WW studs | 0 | $0 | 0 | $0 | 365 | $410 | 0 | $0 | 365 | $410 |
| TOTAL | 605 | $423 | 2558 | $461 | 2914 | $410 | 147 | $374 | 6224 | $432 |
| TOTAL REVENUE | | $255,951 | | $1,180,280 | | $1,194,740 | | $54,957 | | $2,685,928 |

| | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST | $/mbf | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| LOG | $138.25 | $83,638 | $142.65 | $364,896 | $149.05 | $434,333 | $153.08 | $22,502 | $145.46 | $905,370 |
| Q.C. | | | | | | | | | $0.00 | $0 |
| HAUL | $74.54 | $45,098 | $66.24 | $169,444 | $92.51 | $269,561 | $72.03 | $10,588 | $79.48 | $494,692 |
| STUMPAGE | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| Road Exp. | $3.51 | $2,122 | $2.84 | $7,259 | $1.87 | $5,435 | $1.25 | $184 | $2.41 | $15,000 |
| TOTAL | $216.29 | $130,858 | $211.73 | $541,600 | $243.42 | $709,330 | $226.36 | $33,275 | $227.36 | $1,415,062 |
| MARGIN | $206.76 | $125,092 | $249.68 | $638,680 | $166.58 | $485,410 | $147.50 | $21,683 | $204.19 | $1,270,866 |

Risk Assessment of property near WR Grace.xls
Margin of risk assessment area



T33NR30W
T33NR29W
T33NR28W
T32NR31W
T32NR30W
T32NR29W
T32NR28W
T31NR31W
T31NR30W
T31NR29W
T31NR28W
T30NR31W
T30NR30W
T29NR31W
T29NR30W
T29NR29W
Lake Koocanusa
W.R. GRACE & CO
KESSLER PVT
Stevens
Legend
Tree Bark Sampling Sites
Tree Bark Sampling Transects
Highways
Scale In Miles
0 0.5 1 2 3 4
GIS Services/JWW Nov. 17,2008
PTCT_00420

Legend

● Tree Bark Sampling Sites
— Tree Bark Sampling Transects
— Highways

Lake Koocanusa

Scale In Miles

0  0.5  1    2      3      4

PTC1 0042I



**Legend**

☐ Proposed Boundary

☐ Included Parcels (30,662 acres)

☐ Other PC Ownership

● Tree Bark Sampling Sites

— Tree Bark Sampling Transects

━━ US Highway

━━ State Highway

━━ Other Roads

Scale In Miles

0  0.5  1    2    3    4

GIS Services/JWW  March 12, 2009



Legend

13 = 8,320 = 10,210
3 : 1.520

☐ = 640 acres

☐ Proposed Boundary

▨ Included Parcels (30,662 acres)

☐ Other PC Ownership

● Tree Bark Sampling Sites

— Tree Bark Sampling Transects

━━ US Highway

━━ State Highway

━━ Other Roads

Scale In Miles
0  0.5  1    2    3    4











Legend

- ⬚ EPA OU3
- ▨ PC Ownership in EPA OU3 (2,639 acres)
- ▨ Other PC Ownership
- ● Tree Bark Sampling Sites
- — Tree Bark Sampling Transects
- — US Highway
- — State Highway

Scale In Miles
0  0.5  1      2      3



Libby, MT

✕ Libby Asbestos Mine

▢ 4 mile radius

▢ 5,290 ac

▨ PC Ownership

▨ Federal Land

▨ State Land

N

PTCT_00429

Libby, MT

| | | | |
|---|---|---|---|
| ✕ | Libby Asbestos Mine | | PC Ownership |
| | 1 mi buffer | | Federal Land |
| ▨ | 767 ac w/in 1 mi | | State Land |

T31N-R30W

T31

N

0    1    2 Miles

GIS Services - RD/INR - Mine 9, 2015
PTCT  00430