## EXHIBIT P

**4/8/03 Plum Creek email
(PTCT 521)**

| | |
|---|---|
| From: | Jerry Wolcott |
| To: | Art Vail |
| Date: | 4/8/2003 4:06:20 PM |
| Subject: | Rainy creek testing strategy |

Art
Our plans for the Rainy ck area that has asbestos issues:

Dave will continue to work with his contact at the EPA to see if they can do the required testing. We know that they do not have funding this year, but our approach will be that it is the governments responsibility to do the testing and we expect them to include it in their budget for the coming fiscal year. If they will fund the tests it would be in our interests to have them do it even if it means waiting for a couple more years. If they refuse to fund the tests we will find out how much they would charge to do the work for us. I expect to have this information by the end of July.

If the EPA will not fund the testing and after we have determined their costs we will have them provide us with a minimal acceptable sample protocol and available test labs so that we can develop our own estimated cost of testing, allowing us to determine the most cost effective approach. At that time we will be able to make a reasonably accurate estimate of costs and time-frame. This will be completed by mid-August.

When we have the testing protocol and estimated costs we will then do a detailed risk analysis to determine if we want to pursue managing those lands, or writing that area off as unavailable. We plan to prepare that analysis with the help of Susanna Duke and Mitcheal Leu. This should be completed by October. Depending upon the results of the risk analysis, we will develop a plan for the area.

CC:        David Friedman;  Jerry Wolcott