**EXHIBIT Q**

**5/29/03 EPA/Plum Creek email
(PTCT 522)**

| | |
|---|---|
| From: | Mitchell Leu |
| To: | Art Vail; Tom Ray |
| Date: | 5/29/2003 3:41:45 PM |
| Subject: | Rainy Creek Asbestos Sampling |

On 5/29/03, Plum Creek met with Jim Christiansen, the EPA project manager for the Libby asbestos superfund site. Representing PC was Jerry Wolcott, Dave Friedman, and Mitchell Leu. The objective is to gain safe access to and harvest our timber in the vicinity of the vermiculite mine. Jim laid out a realistic sampling scenario that seemed very do-able and fairly low cost. He even offered to pay for a part of the analyses (asbestos in tree bark). The sampling would consist of our contractor going into a couple of " high risk" areas that we choose and sample soil and bark in a relatively small area. The obvious high risk area will be the 119 acres located in Section 28 adjacent to and down wind of the mine access road. No computer air dispersion modeling would be required on our part. Dirt samples would be tested for asbestos using a broad screening type test (~$60 per sample) with a select smaller group using a more refined test with an electron microscope (~$100+ per sample). Bark samples would be tested and paid for by EPA using an ash test. Assuming the tests come back all clean, we can then proceed with a small scale 1 day logging job where a logging contractor would harvest trees in a chosen area. The contractor would be fitted with respirators and personal air monitors. These monitor samples would then be analyzed to determine if soil disturbance would kick up any asbestos. If these come back clean, then EPA would buy off on our lands as being clean. I'm not sure, however, if we would ever get that in writing. Whoever we use for a sampling contractor will have to have the required 40 hour OSHA training for hazardous waste operations. Level C safety gear will need to be worn until initial sampling determines that there are safe levels of asbestos. Level C safety gear consists of a Tyvek suit (white plastic), rubber boots, particulate respirators, and rubber gloves. EPA will need to approve the sampling plan before work can begin. Jim offered that their contractor (Camp Dresser McGee) might be able to do the work for us. I have also been in touch with a firm in Missoula called Envirocon. Depending on hourly rates, CDM may be more cost effective since they are already in the know. I am guessing that all of the sampling and labor will be in the ballbark of $20 to $30k. We would, however, take each step one at a time and determine if we want to proceed after reviewing the previous step's data. Next steps -- I'll contact CDM to see if they would consider the sampling and how much they charge. I'll also be getting prices from Envirocon. We will try to use the same lab that EPA is currently using so the data will be consistent and acceptable by EPA.
Mitchell 406-892-6217 (Office)
406-261-2893 (Cell)
406-892-6150 (Fax)
Mitchell.Leu@plumcreek.com

CC:         David Friedman; Jerry Wolcott; Rob Olszewski; Susanna Duke