# EXHIBIT B

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2015

1. Number of Claims SUBMITTED- 1,285
   - Paid- 670     $2,110,292.02     average $3,149.69 per claim
   - Deficient- 1,131
   - Pending- 390
     - 278- Have not removed
     - 112- Waiting on more info
   - *Extraordinary- 3     $25,053.25     ($900.00; $1,897.50; $22,255.75)

CLAIMS SUBMITTED BY STATE:

**Alphabetically**

| | | | | |
|---|---|---|---|---|
| AL-3 | ID-3 | MN-25 | ND-4 | UT-3 |
| AK-2 | IL-80 | MS-1 | OH-31 | VT-25 |
| AZ-2 | IN-9 | MO-10 | OK-2 | VA-4 |
| AR-2 | IA-7 | MT-50 | OR-46 | WA-70 |
| CA-15 | KS-4 | NE-1 | PA-38 | WV-1 |
| CO-11 | KY-3 | NH-13 | RI-6 | WI-177 |
| CT-58 | ME-51 | NJ-17 | SC-2 | WY-3 |
| DE-1 | MD-14 | NM-1 | SD-6 | Unknown-17 |
| DC-6 | MA-306 | NY-72 | TN-1 | |
| GA-4 | MI-75 | NC-2 | TX-1 | |

**Numerically**

| | | | | |
|---|---|---|---|---|
| MA-306 | PA-38 | MO-10 | AL-3 | SC-2 |
| WI-177 | OH-31 | IN-9 | ID-3 | DE-1 |
| IL-80 | MN-25 | IA-7 | KY-3 | MS-1 |
| MI-75 | VT-25 | DC-6 | UT-3 | NE-1 |
| NY-72 | NJ-17 | RI-6 | WY-3 | NM-1 |
| WA-70 | Unknown-17 | SD-6 | AK-2 | TN-1 |
| CT-58 | CA-15 | GA-4 | AZ-2 | TX-1 |
| ME-51 | MD-14 | KS-4 | AR-2 | WV-1 |
| MT-50 | NH-13 | ND-4 | NC-2 | |
| OR-48 | CO-11 | VA-4 | OK-2 | |

2. Product Identification for Paid Claims
   a. Sample, Declaration and Bag-23
   b. Sample ONLY-362
   c. Sample and Bag-10
   d. Sample and Declaration- 45
   e. Declaration ONLY- 19
   f. Declaration and Bag- 75
   g. Bag ONLY- 10
   h. Other PID (Contractor Certification, Before & After Photos, Lab Reports, Original Receipt of Purchase)- 126

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims."

In the Trustee's opinion, three claims merited Extraordinary Claim treatment. They are as follows:

    Nicholas Fricchione- $990.00

    (Total abatement cost $1,800.00)

    Richard Morris- $1,897.50

    (Total abatement cost $3,450.00)

    Village of Fayetteville- $4,125.00 + $22,255.75= $26,380.75

    (Total abatement cost $47,965.00)

Both Mr. Fricchione and Mr. Morris made cash payments and therefore potentially lacked the sufficient proof of expense. Both files contain corroborating evidence and other factors that warranted approval for payment.

The Village of Fayetteville claim consisted of a large abatement job done at a senior center for the Village of Fayetteville, population 4,300. The center and a cottage on the property were used by the caretaker for the property and contained vermiculite in the attic and walls. The magnitude of the job was confirmed with the removal contractor as well as the company who performed the air monitoring. The job lasted approximately three weeks with air monitoring of $600 a day and $37,000 in removal costs for a total of $47,965. The documentation was complete and the claim was legitimate in all respects. The cost, however, was inordinately high relative to other claimants. They were awarded 55% of their entire claim amount. Thus, they received two checks, one for $4,125 and a second for $22,255.75.