# EXHIBIT C

## ZONOLITE ATTIC INSULATION TRUST
### Summary of Claims
### 2014-2015 Combined

1. Number of Claims SUBMITTED- 2,583
    Paid- 794        $2,472,265.02        average $3,113.68 per claim
    Deficient- 1,188
    Pending- 1,507
        1,141- Have not removed
        366- Waiting on more info

   *Extraordinary- 8    $125,053.25

   ($90,732; $2,929; $2,736; $2349; $1,254; $900.00; $1,897.50; $22,255.75)

CLAIMS SUBMITTED BY STATE:

**Alphabetically**

| | | | | |
|---|---|---|---|---|
| AL-21 | GA-8 | MA-456 | NY-145 | TN-8 |
| AK-3 | ID-18 | MI-166 | NC-8 | TX-13 |
| AZ-10 | IL-157 | MN-73 | ND-12 | UT-7 |
| AR-8 | IN-31 | MS-8 | OH-87 | VT-34 |
| CA-53 | IA-27 | MO-39 | OK-9 | VA-13 |
| CO-34 | KS-10 | MT-108 | OR-66 | WA-132 |
| CT-92 | KY-8 | NE-27 | PA-125 | WV-6 |
| DE-4 | LA-5 | NH-28 | RI-9 | WI-240 |
| DC-6 | ME-64 | NJ-47 | SC-13 | WY-5 |
| FL-14 | MD-32 | NM-2 | SD-11 | Unknown-81 |

**Numerically**

| | | | | |
|---|---|---|---|---|
| MA-456 | Unknown-81 | IN-31 | ND-12 | NC-8 |
| WI-240 | MN-73 | NH-28 | SD-11 | TN-8 |
| MI-166 | OR-66 | IA-27 | AZ-10 | UT-7 |
| IL-157 | ME-64 | NE-27 | KS-10 | DC-6 |
| NY-145 | CA-53 | AL-21 | OK-9 | WV-6 |
| WA-132 | NJ-47 | ID-18 | RI-9 | LA-5 |
| PA-125 | MO-39 | FL-14 | AR-8 | WY-5 |
| MT-108 | CO-34 | SC-13 | GA-8 | DE-4 |
| CT-92 | VT-34 | TX-13 | KY-8 | AK-3 |
| OH-87 | MD-32 | VA-13 | MS-8 | NM-2 |

2. Product Identification for Paid Claims
   a. Sample, Declaration and Bag-27
   b. Sample ONLY-370
   c. Sample and Bag-12
   d. Sample and Declaration- 74
   e. Declaration ONLY- 71
   f. Declaration and Bag- 90
   g. Bag ONLY- 10

    h. Other PID (Contractor Certification, Before & After Photos, Lab Reports, Original Receipt of Purchase)- 140

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims."

Since inception, the Trustees opinion, eight claims merited extraordinary treatment. They are as follows:

    Ralph and Donna Busch- $90,732

    David Forrester- $6,861

    Susan Gudheim- $10,599

    Robert Smith- $7,054

    Bret Tracey- $5,379

    Nicholas Fricchione- $990.00

    Richard Morris- $1,897.50

    Village of Fayetteville- $26,380.75