IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 |
| | ) | |
| Reorganized Debtors. | ) | **Re: Docket No: 32673** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 21st day of April, 2016, she caused a copy of the following document to be served upon the attached service lists in the manner indicated:

> **NOTICE OF REORGANIZED DEBTORS' MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM; AND**
>
> **REORGANIZED DEBTORS' MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM; WITH EXHIBITS A THORUGH Q.**

/s/ Patricia E Cuniff
Patricia E. Cuniff

SWORN TO AND SUBSCRIBED
before me this 25th day of April, 2016

_____
Notary Public
My Commission Expires:

MONICA ANGELA MOLITOR
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 17, 2016

---

[1] The Reorganized Debtors comprise of the following entities: W. R. Grace & Co. and W. R. Grace & Co.-Conn.

DOCS_DE:195994.3 91100/001

WR Grace – Plum Creek Motion to Enforce Discharge Service List
Case No. 01-1139
Document No. 206647
01 – Hand Delivery
01 – First Class Mail
02 – E-Mail


**Hand Delivery and E-Mail: <u>cward@polsinelli.com</u>**
(Counsel for Plum Creek Timber Co., Inc.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**First Class Mail and E-Mail: <u>bellison@cairncross.com</u>**
(Counsel for Plum Creek Timber Co., Inc.)
Benjamin Ellison, Esquire
Cairncross & Hempelmann
524 2nd Avenue, Suite 500
Seattle, WA 98104