# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § § § | Chapter 11 |
| **W.R. GRACE & CO.,** *et al.*, | § § | Case No. 01-01139 (KJC) |
| **Reorganized Debtors.** | § § | (Jointly Administered) |

### NOTICE OF FILING OF AUDITED ANNUAL REPORT AND CLAIM SUMMARY OF RICHARD B. SCHIRO, TRUSTEE FOR THE WRG ASBESTOS PROPERTY DAMAGE SETTLEMENT TRUST, CLASS 7A

Richard B. Schiro, the Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7A (the "Class 7A Trustee"), files the Audited Annual Report for the period from January 1, 2015 through December 31, 2015, which is attached hereto as Exhibit "A". A summary of the number and type of claims disposed of during the period covered by the Audited Annual Report (the "Claims Summary"), is attached hereto as Exhibit "B".

Pursuant to the provisions of the *First Amended WRG Asbestos Property Damage Settlement Trust Agreement*, the Trustee is providing copies of the Audited Annual Report and the Claims Summary to the Asbestos PD Future Claimants' Representative (the "PD FCR") and Reorganized Debtors.

4832-5912-0941.1
735369\000001

Dated:  April 27, 2016                    Respectfully submitted,

**DYKEMA COX SMITH**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395 (Fax)

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com

**ATTORNEYS FOR RICHARD B. SCHIRO, CLASS 7A TRUSTEE OF THE WRG ASBESTOS PD TRUST**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of April, 2016, the foregoing was filed with the Court and served via the Court's CM/ECF system to all of the parties registered to receive such notice, and via first class U.S. postal mail to:

**PD FCR:**

Alexander M. Sanders, Jr.
Asbestos PD Future Claimants' Representative
19 Water St.
Charleston, South Carolina 29401

**Counsel for PD FCR:**

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

2

**Reorganized Debtors:**

Richard Finke
Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Co-Counsel for Reorganized Debtors:**

Adam C. Paul
John Donley
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

The Law Offices of Roger Higgins, LLC
Roger J. Higgins
1 North Bishop Street, Suite 14
Chicago, IL 60607

Pachulski Stang Ziehl & Jones, LLP
Laura Davis Jones
James E. O'Neill
919 N. Market Street, 17th Floor
P.O. Box 8750
Wilmington, DE 19899-8705

**Class 7B Trustee**

Edward B. Cottingham, Jr.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC  29465

**Counsel for Class 7B Trustee**

M. Dawes Cooke
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H
Charleston, SC  29402

3

**Delaware Trustee**

Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890
Attention:  Corporate Trust Administration


                            <u>*/s/  Deborah D. Williamson*            </u>
                                Deborah D. Williamson