# Exhibit B
# Summary of Number and Type of Claims Disposed of During 2015

One claim was filed with the Trust in 2015. That claim is still being reviewed in accordance with the CMO.

There are no pending allowed claims against the Trust.

No claims have been disposed of during 2015.