IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 29, 2016, I caused a copy of the *Notice of Filing of Annual Report and Claims Summary* to be served upon the attached service list via first-class.

          CAMPBELL & LEVINE, LLC

Dated: April 29, 2016

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
mhurford@camlev.com

{C0486126.1 }