## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re docket no. 32600, 32619, 32633, 326663 & 32665** |
| | ) |

## STATUS REPORT REGARDING SCHEDULING ORDER RE THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY SGH ENTERPRISES, INC. (SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTION)

This Court's *Scheduling Order re Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)* [Docket no. 32665] (the "Scheduling Order"), entered on March 15, 2016, requires the parties file a status report every 45 days.[2] This is the first such status report.

1.    The Scheduling Order sets the 75th day following entry of the order, which is May 31, 2016, as the deadline by which the Parties may file one or more cross-motions for summary judgment (the "Summary Judgment Motions") as to issues relating to the allowance or disallowance of the SGH Claim that are ripe for summary judgment.

2.    The next status report will be due June 13, 2016.

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co. Conn. ("Grace-Conn.").

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Scheduling Order.

Dated:  April 29, 2016

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60601-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors


LOCKE LORD, LLP
David L. Swanson
Gregory Lowry
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

and

KLEHR HARRISON HARVEY BRANZBURG LLP

*Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Morton Branzburg
919 N. Market St., Ste. 1000
Wilmington, Delaware 19801
302-552-5511 (Direct)
302-426-9193 (Facsimile)

Co-Counsel for SGH Enterprises, Inc. (f/k/a Samson
Hydrocarbons Company)