# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Re: Docket Nos. 32188, 32384, \_\_\_\_\_

**ORDER GRANTING FINAL APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
COMMITTEE MEMBERS AND THEIR COUNSEL**

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, filed a final application (the "Final Application") for approval of reimbursement of expenses in the amount of $185,757.50 incurred by the PD Committee during the period of April 9, 2001 through June 30, 2008. The court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis; and it is hereby

---

[1] The Reorganized Debtors are: W. R. Grace & Co. and W. R. Grace & Co.-Conn.

DOCS_DE:206780.1 91100/001

FURTHER ORDERED that the terms and conditions of this order shall be immediately effective and enforceable upon its entry; and it is hereby.

FURTHER ORDERED that the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is hereby

FURTHER ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____          _____
                                        Honorable Kevin J. Carey
                                        United States Bankruptcy Judge