## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Hearing Date: June 15, 2016 at 1:00 p.m.** |
| | ) **Re: Docket Nos. 18221, 31812, 32233, 32503,** |
| | **32624, 32625, 32638, 32650 and 32671** |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that on March 5, 2014, Anderson Memorial Hospital filed a Motion to Alter or Amend Order Denying Motion For Class Certification and for related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **June 15, 2016 at 1:00 p.m. (ET)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.


Dated: May 11, 2016                                  FERRY JOSEPH, P.A.


                                                     /s/ Theodore J. Tacconelli
                                                     Theodore J. Tacconelli (No. 2678)
                                                     824 Market Street, Suite 1000
                                                     P.O. Box 1351
                                                     Wilmington, DE 19899
                                                     (302) 575-1555
                                                     Local Counsel for Anderson Memorial
                                                     Hospital

                                                            -and-

                                                     David L. Rosendorf, Esq.
                                                     KOZYAK TROPIN &
                                                     THROCKMORTON, P.A.
                                                     2525 Ponce de Leon, 9th Floor
                                                     Coral Gables, FL 33134
                                                     (305) 372-1800
                                                     Counsel for Anderson Memorial
                                                     Hospital

-and-

Daniel A. Speights, Esq.
A. Gibson Solomons, Esq.
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
(803) 943-4444
Counsel for Anderson Memorial
Hospital