## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Hearing was made on May 11, 2016 upon the following parties in the manner indicated on the attached service list:

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                    /s/ Theodore J. Tacconelli  
                                                    Theodore J. Tacconelli (No. 2678)

**W.R. GRACE & CO. 01-1139 (KJC) – SERVICE LIST**

*Hand Delivery*
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
Richard A. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite, 2207
Wilmington, DE 19801

*First Class Mail*
John C. Phillips, Jr. Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*First Class Mail*
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*Hand Delivery*
Richard B. Shiro
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890-1625

*Hand Delivery*
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq..
Campbell & Levine, LLC
222 Delaware Avenue, Ste, 1620
Wilmington, DE  19801

*Hand Delivery*
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson, LLC
901 N. Market Str, Suite 1300
Wilmington, DE 19801

*Hand Delivery*
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Ste, Suite 400
Wilmington, DE 19801

*Hand Delivery*
David M. Fournier, Esq.
James C. Carignan, Esq.
Pepper Hamilton, LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

*First Class Mail*
John Donley, Esq.
Adam Paul, Esq.
Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

*First Class Mail*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

*First Class Mail*
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
Roger Frankel
Frankel Wyron LLP
2101 L Street, N.W. Suite 800
Washington, DC 20037

*First Class Mail*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

*First Class Mail*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

*First Class Mail*
Deborah S. Williamson, Esq.
Cox Smith Matthews Inc.
112 East Pecan Street
Suite 1800
San Antonio, TX 78205

*First Class Mail*
Edward J. Westbrook, Esq.
Richardson, Patrick,
Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd.,
Bldg. A
Mt. Pleasant, SC 29464

*First Class Mail*
Edward B. Cottingham, Jr., Esq.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465

*First Class Mail*
M. Dawes Cooke, Jr., Esq.
Barnwell Whaley Patterson
& Helms, LLC
288 Meeting St.
Suite 200 (29401)
P.O.  Drawer H
Charleston, SC 29402

*First Class Mail*
B. Thomas Florence,
 Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW
Suite 700
Washington, DC 20036

*First Class Mail*
Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

*First Class Mail*
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue
21st Floor
New York, NY 10022-6000

*First Class Mail*
Ann McMillan, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.,
Suite 1100
Washington, DC 20005-5802

*First Class Mail*
Robert M. Horkovich, Esq.
Robert Y. Chung, Esq.
Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
James C. Melville, Esq.
Kaplan, Strangis, and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402

*First Class Mail*
Edward Steiner, Esq.
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

*First Class Mail*
Cairncross & Hempelmann, P.S.
John R. Rizzardi, Esq.
Jessica Tsao, Esq.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

*First Class Mail*
David E. Blabey, Jr., Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Greg A. Lowry, Esq.
Locke Lord., LLP
2200 Ross Avenue, ste. 2200
Dallas, Texas 75201

*First Class Mail*
Edward C. Toole, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

*First Class Mail*
Mark Hankin
Lou Hiban
Hankin Management Co.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
Michael R. Sew Hoy
Civil Division
U.S. Dept. Of Justice
1100 L. Street, N.W.
Room 10048
Washington D.C. 20005

*First Class Mail*
Scott W. Wert, Esq.
Roger Heath, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

*Foreign First Class Mail*
Yves Lauzon, Esq.
Michel Belanger, Esq,
Lauzon Belanger Lesperance Inc.
286 Rue St-Paul Ouest
Bureau 100
Montréal, Quebec
H2Y 2A3

*First Class Mail*
Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229

*First Class Mail*
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market St.
6th Floor
P.O. Box 951
Wilmington, DE 19801

*First Class Mail*
Kevin M. Andris, Esquire
Norfolk Southern Railway Co.
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

*First Class Mail*
Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge
& Rice, LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

*First Class Mail*
Christopher A. Ward, Esq.
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801

*First Class Mail*
Ari D. Kunofsky, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

*First Class Mail*
Orfelia M. Mayor, Esq.
Palm Beach County Tax
Collector Office
P.O. Box 3715
West Palm Beach, FL 33402