## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re: Re docket no. 32600, 32619, 32633, 32665** |
| | ) |

### CERTIFICATION OF COUNSEL REGARDING [PROPOSED] AMENDED SCHEDULING ORDER RE THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMSFILED BY SGH ENTERPRISES,INC. (SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTION)

1.      On March 15, 2016, the Court entered the *Scheduling Order re Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)* [Docket no. 32665] (the "Scheduling Order").[2]

2.      In relevant part, the Scheduling Order currently orders that parties are to file their cross-motions (if any) for summary judgment (the "Summary Judgment Motions") on or before the first business day on or after the 75th day after March 15, 2016, which is May 31, 2016.

3.      The Scheduling Order further orders that the non-moving party file its responses to the Summary Judgment Motions no later than thirty (30) days thereafter, which is June 30, 2016.

4.      The Scheduling Order orders that the moving party file its replies fifteen (15) days thereafter, which is July 15, 2016.

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in, [**as the case may be**], the [**additional documents**] or the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (the "Plan").

5.      Finally, the Scheduling Order sets the first business day on or after the 180th day after the deadline for filing replies, which is January 11, 2017 (the "Discovery Commencement Date"), to commence discovery, and thereafter sets certain other dates for the completion of discovery and post-discovery dispositive motions.

6.      The Reorganized Debtors and SGH Enterprises, Inc. ("SGH") are currently engaged in settlement negotiations regarding the claims filed by SGH (the "SGH Claims").  The Parties have conferred and have agreed that delaying the filing deadline for the Summary Judgment Motions by fifteen days, to June 15, 2016, and commensurately delaying the deadlines for filing responses and replies to July 15, 2016, and August 1, 2016 (the first business day fifteen days after the deadline for filing responses), respectively, would aid the parties in expeditiously resolving the SGH Claims.  The Parties further agree that the Discovery Commencement Date of January 11, 2017, shall remain unchanged.

**[remainder of page left intentionally blank]**

8.      The Reorganized Debtors therefore respectfully request the Court enter the amended scheduling order attached hereto as Exhibit A (the "Proposed Amended Scheduling Order").

Dated:  May 23, 2016                    THE LAW OFFICES OF ROGER HIGGINS, LLC
                                        Roger J. Higgins
                                        1 North Bishop Street
                                        Suite 14
                                        Chicago, IL 60607-1823
                                        (312) 666-0431

                                        and

                                        PACHULSKI STANG ZIEHL & JONES LLP

                                            /s/ James E. O'Neill
                                        Laura Davis Jones (Bar No. 2436)
                                        James E. O'Neill (Bar No. 4042)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705
                                        (302) 652-4100
                                        (302) 652-4400

                                        Co-Counsel for the Reorganized Debtors