IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re docket no. 32600, 32619, 32633, 32665, & 32687 |
| | ) | |

**AMENDED SCHEDULING ORDER RE THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY SGH ENTERPRISES, INC. (SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTION)**

Upon consideration of the *Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)*, dated August 18, 2015 [Docket no. 32600] (the "Objection) and *SGH Enterprises, Inc.'s Response to Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)*, dated October 19, 2015 [Docket no. 32633] (the "SGH Response"), it is hereby ORDERED that the *Scheduling Order re Thirty-Eighth Omnibus Objection to Claims Filed by SGH Enterprises, Inc. (Substantive and Non-Substantive Objection)* [Docket no. 32665] (the ""Scheduling Order) entered on March 15, 2016, is hereby modified as follows:[2]

1.  On or before June 15, 2016, The Reorganized Debtors and SGH Enterprises, Inc. ("SGH" or "Claimant," together with the Reorganized Debtors, the "Parties"), may file one or more cross-motions for summary judgment (the "Summary Judgment Motions") as to issues relating to the allowance or disallowance of the SGH Claim that are ripe for summary judgment.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co. Conn. ("Grace-Conn.").

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection or the SGH Response, as the case may be.

2. The non-moving party shall file a response no later than July 15, 2016.

3. Moving parties shall be entitled to file replies no later than August 1, 2016.

4. Discovery shall be stayed as to all matters until January 11, 2017 (the "<u>Discovery Commencement Date</u>"); *provided*, *however*, that discovery shall go forward only as to those matters not disposed of by a prior final order of summary judgment.

5. All other dates set forth in the Scheduling Order shall remain unchanged.

Dated: _May 23_, 2016

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge