IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | **Re: Docket No: 32188, 32384 and 32408** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER GRANTING FINAL APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS AND THEIR COUNSEL**

The undersigned hereby certifies the following:

1. On May 12, 2014, The Official Committee of Property Damage Claimants ("PD Commitee"), filed its *Final Application of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and Their Counsel* [Docket No. 32188] (the "Final Application).

2. The Final Application requested approval of $179,788.28[2] in expenses and $5,969.22 in Supplemental Expenses.

3. Pursuant to the *Notice of Application* objections to the relief requested in the Application were to be filed and served by June 2, 2014 at 4:00 p.m. The undersigned certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Reorganized Debtors are: W. R. Grace & Co. and W. R. Grace & Co.-Conn.
[2] Reflects reduction based on review and recommendations by Fee Auditor.

DOCS_DE:206772.2 91100/001

3. The form of order attached hereto as <u>Exhibit A</u> accurately sets forth the fees and expenses billed and incurred by the Fee Auditor from October 21, 2014 through May 12, 2016.[4] Itemized invoices supporting these fees and expenses are attached hereto as <u>Exhibit B</u>.

4. The Reorganized Debtors and the United States Trustee have reviewed the fees and expenses set forth in <u>Exhibit B</u> and have no objection to same.

5. Attached hereto as <u>Exhibit A</u> is a proposed *Order Approving Post-Effective Date Fees and Expenses of Warren H. Smith & Associates, P.C., as Fee Auditor, for the Period of October 21, 2014 through May 12, 2016* (the "Proposed Order").

6. The Reorganized Debtors and the United States Trustee have reviewed the Proposed Order, and it is acceptable to them.

---

[4] The Fee Auditor previously obtained approval from this Court of its post-Effective Date fees and expenses for the period of February 4, 2014 through October 20, 2014. *See* <u>Order Approving First Post-Effective Date Administrative Fee and Expense Request of Warren H. Smith & Associates, P.C., as Fee Auditor, for Allowance of Compensation and Reimbursement of Expenses</u> (Dkt. No. 32457), dated November 19, 2014.

Accordingly, the Debtor respectfully requests entry of the Proposed Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: May 25, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

WARREN H. SMITH & ASSOCIATES, P.C.
Warren H. Smith
5100 Eldorado Parkway, Suite 102-718
McKinney, Texas 75070

**FEE AUDITOR**