# Exhibit B

*(Invoices)*

### Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 06, 2014

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11751

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/21/2014 | BSR | receive, review, and respond to email from Warren Smith re WHSA first post-effective date fee request | 0.10 | 31.00 |
| | BSR | E-mail to reorganized debtors' counsel re WHSA 1st post-effective date fee request | 0.10 | 31.00 |
| | BSR | E-mails to Warren Smith and James Wehrmann re entry of final fee order (.1) and omnibus hearing schedule for 2014-15 (.1) | 0.20 | 62.00 |
| | JAW | receive and review e-mails from BSR re: First Post-Effective Date Fee Application of WHS&A's (0.3); make revisions to Fee Application (0.3); e-mails to/from WHS re: same (0.2); finalize, file and have served First Post Confirmation Fee Application of WHS&A (0.5); e-mail pdf of same to BSR (0.1) | 1.40 | 245.00 |
| 10/27/2014 | BSR | telephone conference with Jason Day re amounts approved for Kaye Scholer (.1); exchange multiple emails with John Rynkiewicz and Jason Day re same (.3); additional telephone conference with Jason Day re same (.2) | 0.60 | 186.00 |
| 10/30/2014 | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| | | **For professional services rendered** | **2.50** | **$586.00** |

Additional Charges :

| | | |
|---|---|---|
| 10/31/2014 | Third party copies & document prep/setup. | 331.67 |
| | **Total additional charges** | **$331.67** |

| | | |
|---|---|---|
| | **Total amount of this bill** | **$917.67** |

EXHIBIT B
Page 1 of 12

W.R. Grace & Co.                                                                                    Page    2

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Bobbi S. Ruhlander | 1.10 | 310.00 | $341.00 |
| James A. Wehrmann | 1.40 | 175.00 | $245.00 |

EXHIBIT B

Page 2 of 12

## Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 09, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11761

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 11/7/2014 JAW | E-mails to/from WHS re: 10-14 monthly statement (0.3); draft WHS&A 10-14 monthly statement for 10-21-14 to 10-31-14 (0.4); e-mail to BSR for review (0.1) | 0.80 | 140.00 |
| 11/10/2014 BSR | E-mail to Warren Smith re WHSA's October invoices (.2) and email to James Wehrmann re same (.1) | 0.30 | 93.00 |
| BSR | Receive and review WHSA's October 21-31 2014 monthly invoice | 0.10 | 31.00 |
| JAW | E-mail from BSR re: WHS&A 10-14 monthly statement (0.1); e-mails to/from WHS re: same (0.2); e-mail monthly statement to Richard Finke (0.1) | 0.40 | 70.00 |
| 11/11/2014 JAW | Review of docket for any objections filed to WHS&A First Post-Effective Fee Application (0.1); prepare CNO re: same (0.2); file same (0.2) | 0.50 | 87.50 |
| 11/13/2014 BSR | E-mail to James Wehrmann re hearing agenda for Nov. 20 hearing | 0.10 | 31.00 |
| 11/14/2014 JAW | Receive and review e-mail from BSR re: agenda for 11-20 Omnibus hearing (0.1); e-mails to/from P. Cuniff re: same (0.2); e-mail to BSR re: same (0.1) | 0.40 | 32.00 |
| 11/18/2014 JAW | Receive and review e-mail from P. Cuniff re: agenda for 11.20.14 omnibus hearing (0.1); save to cloud (0.1); e-mail agenda to BSR (0.1); arrange Court Call for BSR (0.2) | 0.50 | 40.00 |
| BSR | Receive and review amended hearing agenda (.1); exchange emails with Warren Smith re same (.1) | 0.20 | 62.00 |
| 11/19/2014 BSR | telephone conference with Warren Smith re Nov. 20 hearing (.1); email to Jamie O'Neill re signed fee order for WHSA's first post-effective date fee request (.1) | 0.20 | 62.00 |
| **For professional services rendered** | | **3.50** | **$648.50** |

W.R. Grace & Co.                                                                    Page    2

Additional Charges :

| | **Amount** |
|---|---|
| 11/30/2014 Copying cost | 0.80 |
| PACER Charges Oct 2014 | 64.90 |
| **Total additional charges** | **$65.70** |
| **Total amount of this bill** | **$714.20** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 0.90 | 310.00 | $279.00 |
| James A. Wehrmann | 1.70 | 175.00 | $297.50 |
| James A. Wehrmann | 0.90 | 80.00 | $72.00 |

**Warren H. Smith & Associates, P.C.**
5100 Eldorado Pkwy.
Suite 102-718
McKinney, TX 75070
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 11, 2015

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11830

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 12/8/2014 JAW | Draft WHS&A Nov 2014 monthly statement (0.3) | 0.30 | 52.50 |
| 12/9/2014 BSR | Receive and review WHSA Nov. 2014 monthly invoice | 0.10 | 31.00 |
| JAW | E-mail to BSR forwarding WHS&A Nov 2014 monthly statement for review (0.1); e-mail from BSR re: same (0.1); e-mail to WHS for review (0.1) | 0.30 | 52.50 |
| 12/10/2014 JAW | E-mail to Richard Finke forwarding WHS&A Nov 2014 (0.1) | 0.10 | 17.50 |
| 1/8/2015 JAW | Begin preparing WHS&A December 2014 monthly statement (0.2) | 0.20 | 35.00 |
| 1/12/2015 JAW | Receive and review e-mail from BSR re: WHS&A December 2014 monthly statement (0.1); e-mail to WHS for review (0.1); e-mail from WHS re: same (0.1) | 0.30 | 52.50 |
| 2/3/2015 JAW | Draft WHS&A January 2015 monthly statement (0.2) | 0.20 | 35.00 |
| 2/6/2015 JAW | Draft WHS&A Jan 2015 monthly statement (0.1); e-mail to BSR for review (0.1) | 0.20 | 35.00 |
| 2/9/2015 JAW | Receive and review e-mail from BSR re: WHS&A Jan 2015 monthly statement (0.1); e-mail to WHS for review (0.1) | 0.20 | 35.00 |
| 5/11/2015 BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| 6/2/2015 BSR | Left detailed telephone voicemail for Jay Sakalo of Bilzin Sumberg, following up on PD Committee's final expense application | 0.10 | 31.00 |
| 7/5/2015 BSR | Draft notice of change of address of WHSA | 0.50 | 45.00 |
| 7/6/2015 BSR | Prepare for filing and file with court WHSA's notice of change of address (.5); email same to parties (.1) | 0.60 | 54.00 |

W.R. Grace & Co.                                                                    Page    2

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **3.20** | **$507.00** |
| Additional Charges : | | |
| 12/31/2014 PACER Charges Nov 2014 | | 14.70 |
| Copying cost | | 0.20 |
| 2/28/2015 PACER Charges Jan 2015 | | 3.70 |
| 5/31/2015 PACER Charges for Jan. and Apr. 2015 | | 7.60 |
| 6/30/2015 PACER Charges for May 2015 | | 1.60 |
| 7/7/2015 Postage | | 39.20 |
| Third party copies & document prep/setup. | | 24.05 |
| **Total additional charges** | | **$91.05** |
| **Total amount of this bill** | | **$598.05** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 0.30 | 310.00 | $93.00 |
| Bobbi S. Ruhlander | 1.10 | 90.00 | $99.00 |
| James A. Wehrmann | 1.80 | 175.00 | $315.00 |

EXHIBIT B

Page 6 of 12

## Warren H. Smith & Associates, P.C.

5100 Eldorado Pkwy.
Suite 102-718
McKinney, TX  75070
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 09, 2015

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11835

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 8/12/2015 BSR | E-mail to Jay Sakalo re PD Committee final fee application | 0.10 | 31.00 |
| 8/28/2015 BSR | Telephone conference with Warren Smith re PD Committee final report; left detailed message for Jamie O'Neill re same | 0.10 | 31.00 |
| | **For professional services rendered** | **0.20** | **$62.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 0.20 | 310.00 | $62.00 |

EXHIBIT B

# Warren H. Smith & Associates, P.C.

5100 Eldorado Pkwy.
Suite 102-718
McKinney, TX  75070
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 07, 2016

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11847

### Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 12/9/2015 BSR | E-mail to Patti Cuniff at Pachulski re status of PD Committee final fee application | 0.20 | 62.00 |
| 12/18/2015 BSR | Review file and email Jay Sakalo, Jamie O'Neill, and Richard Finke concerning PD Committee final fee application | 0.20 | 62.00 |
| 2/8/2016 BSR | Follow-up email to Jay Sakalo at Bilzin Sumberg re status of PD Committee's position on final fee application | 0.10 | 31.00 |
| 2/25/2016 BSR | Left detailed telephone voicemail for Jay Sakalo re PD Committee Final Fee Application | 0.10 | 31.00 |
| BSR | Left detailed telephone voicemail for Richard Finke re PD Committee final fee application | 0.10 | 31.00 |
| BSR | Left detailed telephone voicemail for Jamie O'Neill re PD Committee final fee application | 0.10 | 31.00 |
| BSR | telephone conference with Warren Smith re status of PD Committee final fee application (.1); email to Warren Smith re same (.1) | 0.20 | 62.00 |
| 2/26/2016 BSR | receive, review, and respond to email from Jamie O'Neill re PD Committee final fee application | 0.20 | 62.00 |
| 2/29/2016 BSR | telephone conference with Roger Higgins re PD Committee final fee application (.1); email to Roger Higgins re same (.1); email to Warren Smith re same (.1) | 0.30 | 93.00 |
| **For professional services rendered** | | **1.50** | **$465.00** |

EXHIBIT B

W.R. Grace & Co.                                                                                          Page      2

Additional Charges :

|  | **Amount** |
|---|---|
| 2/29/2016 PACER Charges for Feb. 2016 | 5.10 |
| **Total additional charges** | **$5.10** |
| **Total amount of this bill** | **$470.10** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 1.50 | 310.00 | $465.00 |

## Warren H. Smith & Associates, P.C.

5100 Eldorado Pkwy.
Suite 102-718
McKinney, TX  75070
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 10, 2016

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11857

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 3/4/2016 WHS | E-mail to Jay Sakalo re PD committee | 0.10 | 33.50 |
| 3/22/2016 BSR | E-mail exchange with Roger Higgins following up on PD Committee final application | 0.10 | 31.00 |
| 4/5/2016 BSR | telephone conference with Jay Sakalo and Roger Higgins re PD Committee final fee application (.2); compile and email to Roger Higgins the PD Committee applications and report at issue (.6); telephone conference with Warren Smith re certification of counsel (.2); email to Jay Sakalo and Roger Higgins re certification of counsel (.2) | 1.20 | 372.00 |
| 4/22/2016 BSR | Receive and review email from Warren Smith re status of PD Committee Final Fee Application resolution (.1); follow up with Roger Higgins re same (.1) | 0.20 | 62.00 |
| 4/26/2016 BSR | Receive, review and forward to Warren Smith email from Roger Higgins re status of PD Committee Final Fee Application resolution | 0.10 | 31.00 |
| **For professional services rendered** | | **1.70** | **$529.50** |
| Additional Charges : | | | |
| 4/30/2016 PACER Charges for April 2016 | | | 18.20 |
| **Total additional charges** | | | **$18.20** |
| **Total amount of this bill** | | | **$547.70** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Warren H Smith | 0.10 | 335.00 | $33.50 |

EXHIBIT B

W.R. Grace & Co.                                                                    Page    2

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Bobbi S. Ruhlander | 1.60 | 310.00 | $496.00 |

## Warren H. Smith & Associates, P.C.

5100 Eldorado Pkwy.
Suite 102-718
McKinney, TX 75070
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 17, 2016

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #11859

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 5/4/2016 BSR | Review of draft certification of counsel and proposed fee order prepared by debtor's counsel concerning PD Committee final fee application (.2); exchange emails with Warren Smith re same (.1); review revisions made by Warren Smith and make additional corrections (.2); email same to debtor's counsel (.1) | 0.60 | 186.00 |
| 5/9/2016 WHS | Receive and review order re PD committee | 0.10 | 33.50 |
| BSR | Receive and review final fee order for PD Committee | 0.10 | 31.00 |
| 5/12/2016 BSR | Review requirements in confirmation order for approval of fee auditor's post-effective date fees and expenses (.5); conference with Warren Smith re same (.1); compile information on fees and expenses billed since last post-confirmation application (.5); email to Roger Higgins and Jamie O'Neill re process for approval of post-effective date fees and expenses (.3) | 1.40 | 434.00 |
| **For professional services rendered** | | **2.20** | **$684.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Warren H Smith | 0.10 | 335.00 | $33.50 |
| Bobbi S. Ruhlander | 2.10 | 310.00 | $651.00 |