# **EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE, et al.<br><br>          Reorganized Debtors. | CHAPTER 11<br><br>NO. 01-01139<br>(Jointly Administered) |

## DECLARATION OF ROSEMARY DASZKIEWICZ

I, Rosemary Daszkiewicz, hereby declare and testify under penalty of perjury as follows:

1. I am a licensed attorney in the State of Washington employed by the Weyerhaeuser Company ("**Weyerhaeuser**"), which acquired Plum Creek Timber Company, Inc. ("**Plum Creek**") and its assets in a merger early in 2016.

2. Prior to Weyerhaeuser's acquisition of Plum Creek, I was employed by Plum Creek as Senior Director of its Law Department, and in connection with that employment, I acted as counsel to Plum Creek's wholly-owned subsidiary, Plum Creek Timberlands, L.P.

3. Plum Creek's subsidiary was historically the largest private landowner in Libby, Montana, owning approximately 30,000 acres in the vicinity of Libby, including 1,611 acres within or accessible using routes which crossed within 1 mile of the Libby vermiculite mine.

4. I previously authored a Declaration in support of Plum Creek's prior Motion to Allow Late-Filed Claim, dated June 28, 2010. The present Declaration supplements that prior Declaration.

5. In 1999, a logger who was harvesting timber on Plum Creek land near Libby in Operable Unit 3 (in the so-called "Rainy Cat" area), noticed something strange on the bark of trees and was concerned it might be asbestos.

6. On December 3, 1999, Plum Creek had 11 samples of the material assessed by a third-party laboratory, Energy Laboratories, Inc. ("EI") in Helena, Montana. Testing results are attached hereto as **Exhibit 1.** Apparently, EI used EPA Method/600/R-93/1 1 6 to analyze the samples.

7. The laboratory results were historically kept by Plum Creek in the ordinary course as business records, and although I was not employed by Plum Creek in 1999, I am familiar with these test results as business records of the Company. I have no reason to doubt their authenticity.

8. The testing results speak for themselves. EI concluded that the substance was not LA asbestos or vermiculite, but rather, benign cellulose, and in some cases, spider webs.

9. This is the only testing of trees or bark in the Libby, Montana area for asbestos I am aware of for almost a decade, until the EPA conducted its own testing.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED: June 3, 2016
Federal Way, Washington

Rosemary Daszkiewicz, Esq.
Director, Environmental Affairs and Policy
Weyerhaeuser Company
Federal Way, WA 98063-9777

# EXHIBIT 1



**ENERGY LABORATORIES, INC.**
2704 BILLINGS AVE. · HELENA, MT 59601 · P.O. BOX 5688 · HELENA, MT 59604
VOICE/FAX 406-442-0711 · E-MAIL debp@energylab.com

TO: Dana Jefferies
ADDRESS: Plum Creek Mfg. Inc.
PO Box 1990
Columbia, MT 59912

LAB NO.: 99-90269
DATE: December 8, 1999

## BULK ASBESTOS ANALYSIS
Rainy Cat
Submitted: 12/06/99
Analyzed: 12/6-7/99

| Lab No. | Sample Identification | Sample Description | Asbestos Identification and Estimated Quantity, % by Volume | Non-Asbestos Fibrous Materials and Estimated Quantity, % by Volume |
|---|---|---|---|---|
| 001-99-90269 | #1 | Tan bark w/moss & pine needles | None Detected | 1-5% Cellulose (spider web) |
| 002-99-90269 | #2 | Tan bark w/moss & pine needles | None Detected | 10-20% Cellulose (spider web) |
| 004-99-90269 | #3 | Tree branch | None Detected | 1-5% Cellulose |
| 005-99-90269 | #4 | Moss rocks | None Detected | <1% Cellulose |
| 006-99-90269 | #5 | Pine needles & animal droppings | None Detected | 1-5% Cellulose |
| 007-99-90269 | #6 | Moss covered bark | None Detected | 1-5% Cellulose |
| 008-99-90269 | #7 | Moss covered bark | None Detected | 10-20% Cellulose |

Detection Limit = 1%

Determination of Asbestos in Bulk Building Materials by EPA Method/600/R-93/116 July 1993.

Certified by: _____, CIH
Title: Laboratory Director   Date: December 8, 1999



**ENERGY LABORATORIES, INC.**
2704 BILLINGS AVE. · HELENA, MT 59601 · P.O. BOX 5688 · HELENA, MT 59604
VOICE/FAX 406-442-0711 · E-MAIL dabg@energylab.com

TO: Dana Jefferies
ADDRESS: Plum Creek Mfg. Inc.
PO Box 1990
Columbia, MT 59912

LAB NO.: 99-90269
DATE: December 8, 1999

## POINT COUNT ASBESTOS ANALYSIS
Rainy Cat
Submitted: 12/06/99
Analyzed: 12/6-7/99

| Lab No. | Sample Identification | Sample Description | Asbestos Identification and Estimated Quantity, % by Volume | Non-Asbestos Fibrous Materials and Estimated Quantity, % by Volume |
|---|---|---|---|---|
| 003-99-90269 | #2B | Soil, dry brown fibrous powder | None Detected | 40-50% Cellulose |
| 09-99-90269 | #8 | Soil | None Detected | 10-20% Cellulose |
| 010-99-90269 | #10 | Soil | None Detected | 1-5% Cellulose |
| 011-99-90269 | None given | Soil and moss rocks | None Detected | 1-5% Cellulose |

Detection Limit = 1%

Determination of Asbestos in Bulk Building Materials by EPA Method/600/R-93/116 July 1993.

Certified by: _Deborah A. Grimm_, CIH
Title: _Laboratory Director_   Date: _December 8, 1999_