**CERTIFICATE OF SERVICE**

I, Shanti M. Katona, Esq., of Polsinelli PC, hereby certify that on the 6th day of June, 2016, I caused to be served a copy of the **Objection of Plum Creek Timber Co. to the Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Claim** upon the parties listed below via first class mail.

| | |
|---|---|
| John Donley<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL 6065<br>*Counsel for the Reorganized Debtors* | Roger Higgins<br>The Law Offices of Roger Higgins<br>1 North Bishop Street, Suite 14<br>Chicago, IL 60607-1823<br>*Counsel for the Reorganized Debtors* |
| James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>*Counsel for the Reorganized Debtors* | Office of the United States Trustee<br>Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Marla Rosoff Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801<br>*Counsel for the WRG Asbestos PI Trust* | Philip E. Milch<br>Campbell & Levine, LLC<br>1700 Grant Building<br>Pittsburgh, PA 15219<br>*Counsel for the WRG Asbestos PI Trust* |
| John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Counsel for the Asbestos PI Future Claimants Representative* | R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE 19899<br>*Counsel for Asbestos PD Future Claimants Representative* |
| Alan B. Rich<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270<br>*Counsel for Asbestos PD Future Claimants Representative* | Richard B. Schiro<br>WRG Asbestos PD Trust<br>c/o Wilmington Trust<br>Attn: Corporate Trust Administration<br>1100 N. Market Street<br>Wilmington, DE 19890-1625 |

53306424.1

| | |
|---|---|
| Deborah D. Williamson<br>Cox Smith Matthews Incorporated<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>*Counsel for the WRG Asbestos PD Trust (7A)* | Edward B. Cottingham, Jr.<br>The Cottingham Law Firm<br>317 Wingo Way, Suite 303<br>PO Box 810<br>Mt. Pleasant, SC 29465<br>*Counsel for the WRG Asbestos PD Trust (7B)* |
| M. Dawes Cooke<br>Barnwell Whaley Patterson & Helms LLC<br>PO Drawer H<br>Charleston, SC 29402<br>*Counsel for the WRG Asbestos PD Trust (7B)* | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Yves Lauzon<br>Michel Belanger<br>Lauzon Belanger Lesperance Inc.<br>286 Saint-Paul West, Suite 100<br>Montreal (Quebec) H2Y 2A3 | |

                                                */s/ Shanti M. Katona*
                                                Shanti M. Katona (Del. Bar No. 5352)

53306424.1