IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 15, 2016, AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., June 14, 2016**

### HEARING REGARDING ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND ORDER DENYING CLASS CERTIFICATION

| Current Briefing Per 05/05/15 and 06/08/2015 Orders ||||
|---|---|---|---|
| Tab No. | Filed Date | Docket No. | Description |
| 1 | 09/08/2015 | 32624 | Anderson Memorial Hospital's Brief In Support Of Motion For Class Certification |
| 2 | 09/08/2015 | 32625 | Appendix In Further Support Of Anderson Memorial Hospital's Motion for Class Certification |
| 3 | 11/23/2015 | 32638 | Brief Of The Property Damage Future Claimants' Representative |

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:201923.2 91100/001

| Tab No. | Filed Date | Docket No. | Description |
|---|---|---|---|
| 4 | 01/13/2016 | 32650 | W. R. Grace's Response In Opposition To Anderson Memorial Hospital's Motion to Alter Or Amend Order Denying Class Certification |
| 5 | 04/11/2016 | 32671 | Anderson Memorial Hospital's Reply To Grace's Response In Opposition To AMH's Motion To Alter Or Amend Order Denying Class Certification |

| Original Briefing re: AMH's Motion ||||
|---|---|---|---|
| Tab No. | Filed Date | Docket No. | Description |
| 6 | 03/05/2014 | 31812 | Anderson Memorial Hospital's Motion To Alter Or Amend Order Denying Motion For Class Certification And For Entry Of Scheduling Order And Granting Related Relief |
| 7 | 05/29/2014 | 32233 | Reorganized Debtors' Brief In Opposition To Anderson Memorial Hospital's Motion To Alter Or Amend Order Denying Class Certification |
| 8 | 02/04/2015 | 32503 | Anderson Memorial Hospital's Reply In Support Of Motion To Alter Or Amend Order Denying Motion For Class Certification And For Entry Of Scheduling Order And Granting Related Relief |

| Additional Documents ||||
|---|---|---|---|
| Tab No. | Filed Date | Docket No. | Description |
| 9 | 05/11/2016 | 32686 | Notice of Hearing |

Status: A hearing on this matter will go forward.

Dated: June 13, 2016

KIRKLAND & ELLIS LLP
John Donley, P.C.
Lisa G. Esayian
Adam C. Paul
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors