# SIGN-IN-SHEET

CASE NAME: W.R. Grace & Co., et al.  
CASE NO.: 01-01139-KJC

COURTROOM LOCATION: 5  
DATE: June 15, 2016

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JOHN DONLEY | Kirkland & Ellis LLP | Reorg'd Debtors |
| JAMES E. O'NEILL | PSZJ | Reorg'd Debtors |
| Theodore Tacconelli | Ferry Joseph PA | Anderson Memorial Hospital |
| DON SPEIGHTS | Speights & Runyan | Anderson Memorial Hospital |
| Gibson Solomons | " " | " |
| David Rosendorf | Kozyak Tropin Throckmorton | " |
| Alex Sanders | | PD FCR |
| Alan B. Rich | Law Office of Alan B. Rich | counsel to PD FCR |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
#5

Calendar Date: 06/15/2016
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7666742 | Ryan M. Hehner | (312) 862-2000 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co., et al / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7666819 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7666213 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7666724 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7633799 | Richard B. Schiro | (214) 521-4994 | Law Office of Richard Schiro | Trustee, Richard B. Schiro / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7633778 | Deborah Williamson | (210) 554-5275 | Dykema Cox Smith | Trustee, Richard B. Schiro / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.