IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 20th day of June, 2016, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**REORGANIZED DEBTORS' REPLY IN SUPPORT OF MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

DOCS_DE:190898.37 91100/001

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**W. R. Grace**
**Motion to Enforce Special Service List**
Case No. 01-1139 (KJC)
Doc. No. 206664
01 – Hand Delivery
01 – Hand and Email Delivery
02 – First Class Mail
04 – First Class Mail and Email Delivery

**Hand Delivery**
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

**Hand and Email Delivery**
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

**First Class Mail**
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

**First Class Mail**
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 S. Seventh Street, Suite 5500
Minneapolis, MN 55402

**First Class Mail and Email Delivery**
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
alan@alanrichlaw.com

**First Class Mail and Email Delivery**
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
dwilliamson@dykema.com

**First Class Mail and Email Delivery**
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
pem@camlev.com

**First Class Mail and First Class Mail**
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202
esteiner@kmklaw.com

WR Grace – Plum Creek Motion to Enforce Discharge Service List
Case No. 01-1139
Document No. 206647
01 – Hand Delivery
01 – First Class Mail
02 – E-Mail


**Hand Delivery and E-Mail: cward@polsinelli.com**
(Counsel for Plum Creek Timber Co., Inc.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**First Class Mail and E-Mail: bellison@cairncross.com**
(Counsel for Plum Creek Timber Co., Inc.)
Benjamin Ellison, Esquire
Cairncross & Hempelmann
524 2nd Avenue, Suite 500
Seattle, WA 98104