# Notice Recipients

District/Off: 0311−1      User: Al      Date Created: 6/23/2016
Case: 01−01139−KJC      Form ID: ntcBK      Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      M. Dawes Cooke, Jr.

            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion03.ecf.wl@usdoj.gov |
| aty | Curtis A Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Deborah D. Williamson | dwilliamson@dykema.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Meghan E.B. DeBard | mdebard@coxsmith.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |

            TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace & Co., et al.      7500 Grace Drive      Columbia, MD 21044
aty      Bruce Grohsgal      Pachulski, Stang, Ziehl, Young, Jones      919 N. Market Street      16th Floor      Wilmington, DE 19801
aty      Gregory M. Gordon      Jones Day      2727 North Harwood Street      Dallas, TX 75201−1515
aty      James E. O'Neill      Pachulski Stang Ziehl & Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899−8705
aty      M. Dawes Cooke, Jr.      Barnwell Whaley Paterson & Helms LLC      288 Meeting St.      Ste 200 (29401)      Post Office Drawer H      Charleston, SC 29402
aty      Roger J. Higgins, P.C.      The Law Offices of Roger Higgins LLC      111 East Wacker Driver      Suite 2800      Chicago, IL 60601

            TOTAL: 6