IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | |
| ) | Re: Docket No. _____ |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing has been scheduled in the above-captioned matter:

**DATE**

July 21, 2016

**TIME**

2:30 p.m. Prevailing Eastern Time
(Omnibus Hearing)

IT IS HEREBY FURTHER ORDERED that this hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: June 29th, 2016
Wilmington, Delaware

DOCS_DE:188170.7 91100/001

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE