**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of John J. Calandra of McDermott Will & Emery LLP to represent Honeywell International Inc. in this action.

/s/ Justin Edelson
Justin Edelson (Del. Bar No. 5002)
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email: jedelson@polsinelli.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the Second Circuit Court of Appeals, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ John J. Calandra
John J. Calandra
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
Phone: (212) 547-5400
Fax:   (212) 547-5444
Email: jcalandra@mwe.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2016         _____
                                            United States Bankruptcy Judge