UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter **11**

Case No. **01**-**01139** (**KJC**)

Debtor: **W.R. GRACE & CO., ET AL.**

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Darren Azman of McDermott Will & Emery LLP** to represent **Honeywell International Inc.** in this action.

/s/ Justin K. Edelson

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801
Phone: 302-252-0920
Email: jedelson@polsinelli.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Darren Azman

Firm Name: McDermott Will & Emery LLP
Address: 340 Madison Avenue, New York, New York 10173
Phone: 212-547-5400
Email: dazman@mwe.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 7th, 2016
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105