**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Case No. 01-01139 (KJC)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Objection Deadline: July 26, 2016 at 4:00 p.m. ET**<br>**Hearing Date: August 15, 2016 at 2:30 p.m. ET**<br><br>**Docket No. 32718** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 30, 2016, Honeywell International Inc. ("Honeywell") filed its *Motion for Access to Rule 2019 Exhibits* (the "Motion") [Docket No. 32718] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed on or before **July 26, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel for Honeywell. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **August 15, 2016 at 2:30 p.m. (ET)** before the Honorable Kevin J. Carey at the Bankruptcy Court, 824 N. Market Street, 5th floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

53488300.1

Dated: July 12, 2016
      Wilmington, Delaware

                POLSINELLI PC

                */s/ Justin Edelson*
                Justin Edelson (Del. Bar No. 5002)
                222 Delaware Avenue, Suite 1101
                Wilmington, Delaware 19801
                Telephone: (302) 252-0920
                Facsimile: (302) 252-0921

                  -AND-

                MCDERMOTT WILL & EMERY LLP
                Peter John Sacripanti *(admitted pro hac vice)*
                John J. Calandra *(admitted pro hac vice)*
                Darren Azman *(admitted pro hac vice)*
                340 Madison Avenue
                New York, New York 10173-1922
                Telephone: (212) 547-5400
                Facsimile: (212) 547-5444

                *Counsel for Honeywell International Inc.*

53488300.1