IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. [1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

Objection Deadline: July 12, 2016, at 4:00 p.m.
Hearing Date: July 21, 2016, at 2:30 p.m.

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS'
FOURTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN
DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY
OBJECT TO CLAIMS [DOCKET NO. 32709]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Reorganized Debtors' Fourth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims* (the "Motion") filed on June 24, 2016. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than July 12, 2016 at 4:00 p.m.

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: July 14, 2016

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors