IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |

Objection Deadline: July 15, 2016, at 4:00 p.m.
Hearing Date: July 21, 2016, at 2:30 p.m.

# CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE THE STIPULATION AND SETTLEMENT AGREEMENT RESOLVING CLAIMS FILED BY SGH ENTERPRISES, INC. [DOCKET NO. 32716]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion to Approve the Stipulation and Settlement Agreement Resolving Claims Filed By SGH Enterprises, Inc.* (the "Motion") filed on June 29, 2016. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than July 15, 2016 at 4:00 p.m.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: July 18, 2016

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors