IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JULY 21, 2016, AT 2:30 P.M. BEFORE THE
HONORABLE KEVIN J. CAREY**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS
NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1. Reorganized Debtors' Fourth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 6/24/16] (Docket No. 32709)

    Response Deadline: July 12, 2016, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    a. [Proposed] Order Extending Plan Claims Objection Deadline Through July 31, 2017 [Filed: 6/24/16] (Docket No. 32709, Exhibit A)

    b. Certification of No Objection Regarding Reorganized Debtors' Fourth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 7/14/16] (Docket No. 32729)

    c. [Signed] Order Extending Plan Claims Objection Deadline Through July 31, 2017 [Filed: 7/15/16] (Docket No. 32730)

    Status: The Court has entered an order on this matter.

2. Motion to Approve the Stipulation and Settlement Agreement Resolving Claims Filed By SGH Enterprises, Inc. [Filed: 6/29/16] (Docket No. 32716)

    Response Deadline: July 15, 2016, at 4:00 p.m.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Related Documents:</u>

a.  [Proposed] Order Approving Stipulation and Settlement Agreement Between the Reorganized Debtors and SGH Enterprises, Inc. ("<u>SGH</u>"), Allowing Claim No. 18551 as an Allowed Claim and Disallowing All Remaining Claims Filed By SGH [Filed: 6/29/16] (Docket No. 32716, Exhibit A)

b.  Certification of No Objection Regarding Motion to Approve the Stipulation and Settlement Agreement Resolving Claims Filed By SGH Enterprises, Inc. [Filed: 7/18/16] (Docket No. 32732)

c.  [Signed] Order Approving Stipulation and Settlement Agreement Between the Reorganized Debtors and SGH Enterprises, Inc. ("<u>SGH</u>"), Allowing Claim No. 18551 as an Allowed Claim and Disallowing All Remaining Claims Filed By SGH [Filed: 7/19/16] (Docket No. 32734)

<u>Status:</u>  The Court has entered an order on this matter.

Dated: July 19, 2016

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors