**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No. 02-12687 (Rel. Dkt. No. 3751) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (Rel. Dkt. No. 10813) |
| Combustion Engineering, Inc. | Case No. 03-10495 (Rel. Dkt. No. 3502) |
| The Flintkote Company | Case No. 04-11300 (Rel. Dkt. No. 9338) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (Rel. Dkt. No. 10351) |
| Owens Corning | Case No. 00-3837 (Rel. Dkt. No. 21106) |
| US Mineral Products Company | Case No. 01-2471 (Rel. Dkt. No. 4094) |
| USG Corp. | Case No. 01-2094 (Rel. Dkt. No. 12711) |
| W.R. Grace & Co. | Case No. 01-1139 (Rel. Dkt. No. 32718) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

Thomas H. Kovach, hereby certifies that on this 26th day of July, 2016, that in addition to the notice and service provided through the Court's CM/ECF system, a true and correct copy of the foregoing OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO RULE 2019 EXHIBITS was served upon the following:

>Justin Edelson, Esq.
>POLSINELLI PC
>222 Delaware Avenue, Suite 1101
>Wilmington, Delaware 19801
>Telephone: (302) 252-0920
>
>Peter John Sacripanti, Esq.
>John J. Calandra, Esq.
>Darren Azman, Esq.
>MCDERMOTT WILL & EMERY LLP
>340 Madison Avenue
>New York, New York 10173-1922
>Telephone: (212) 547-5400
>
>*Attorneys for Honeywell International, Inc.*

James S. Yoder, Esq.
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899–0709
Telephone: 302.467.4524
Email: yoderj@whiteandwilliams.com

*Counsel to Ford Motor Company*

Dated: July 26, 2016  A. M. SACCULLO LEGAL, LLC

*/s/ Thomas H. Kovach*
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
kovach@saccullolegal.com

*Co-Counsel for the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee*