# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>                Debtors. | Case No. 02-12687 (Rel. Dkt. No. 3762)<br>Case No. 00-4471 (Rel. Dkt. No. 10824)<br>Case No. 03-10495 (Rel. Dkt. No. 3513)<br>Case No. 04-11300 (Rel. Dkt. No. 9346)<br>Case No. 02-10429 (Rel. Dkt. No. 10362)<br>Case No. 00-3837 (Rel. Dkt. No. 21119)<br>Case No. 01-2471 (Rel. Dkt. No. 4105)<br>Case No. 01-2094 (Rel. Dkt. No. 12722)<br>Case No. 01-1139 (Rel. Dkt. No. 32737) |

## CERTIFICATE OF SERVICE

Thomas H. Kovach, hereby certifies that on this 26th day of July, 2016, that in addition to the notice and service provided through the Court's CM/ECF system, a true and correct copy of the foregoing JOINDER OF CERTAIN TRUST ADVISORY COMMITTEES TO THE OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO RULE 2019 EXHIBITS was served upon the following:

Justin Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920

Peter John Sacripanti, Esq.
John J. Calandra, Esq.
Darren Azman, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
*Attorneys for Honeywell International, Inc.*

James S. Yoder, Esq.
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899–0709
Telephone: 302.467.4524
Email: yoderj@whiteandwilliams.com

*Counsel to Ford Motor Company*

Dated: July 26, 2016          A. M. SACCULLO LEGAL, LLC

*/s/ Thomas H. Kovach*
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
kovach@saccullolegal.com

*Co-Counsel for Certain TACs*