**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No. 02-12687 KG<br>(Re: Dkt. Nos. 3751, 3756, 3762) |
| Armstrong World Industries, Inc. | Case No. 00-4471 KG<br>(Re: Dkt. Nos. 10813, 10818, 10824) |
| Combustion Engineering, Inc. | Case No. 03-10495 MFW<br>(Re: Dkt. Nos. 3502, 3507, 3513) |
| The Flintkote Company | Case No. 04-11300 MFW<br>(Re: Dkt. Nos. 9338, 9339, 9346) |
| Kaiser Aluminum Corp. | Case No. 02-10429 KG<br>(Re: Dkt. Nos. 10351, 10356, 10362) |
| Owens Corning | Case No. 00-3837 KG<br>(Re: Dkt. Nos. 21106, 21112, 21119) |
| US Mineral Products Company | Case No. 01-2471 KG<br>(Re: Dkt. Nos. 4094, 4099, 4105) |
| USG Corp. | Case No. 01-2094 KG<br>(Re: Dkt. Nos. 12711, 12716, 12722) |
| W.R. Grace & Co.<br>            Debtors. | Case No. 01-1139 KJC<br>(Re: Dkt. No. 32718, 32724, 32737) |

**JOINDER OF MOTLEY RICE, LLC TO OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO <u>RULE 2019 EXHIBITS</u>**

TO THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, various claimants represented by Motley Rice, LLC, (hereinafter "Motley Rice claimants") and hereby file this Joinder to the OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO RULE 2019 EXHIBITS filed on July 26, 2016 [Docket No.32737] in response to Honeywell International, Inc.'s request for Access to Rule 2019 Statements and Exhibits which occurred on June 30, 2016 [Docket No. 32718], in the form of a motion, served on representing counsel on or after July 12, 2016 seeking access to statements and exhibits filed in these Chapter 11 cases consisting of documents pertaining to several thousand claimants with asbestos related injuries to an unknown number of law firms.

In support of their Response, Motley Rice claimants state as follows:

Motley Rice claimants hereby and herewith join in, adopt and incorporate by reference the response, the objections and the relief sought by the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's request to access Rule 2019 statements and exhibits.

### Reservation of Rights

Motley Rice, LLC reserves the right to amend, modify, or supplement this response this Motion. Motley Rice further reserves the right to respond to any objections to this Motion and to make other arguments in connection with the adjudication arising from the access sought here.

Dated: July 26, 2016

                                      Respectfully submitted,

By:   */s/ Daniel K. Hogan*
       Daniel K. Hogan (DE Bar No. 2814)
       **HOGAN♦McDANIEL**
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       dkhogan@dkhogan.com
       Telephone: (302) 656-7540
       Facsimile: (302) 656-7599

-and-

**MOTLEY RICE LLC**

JOSEPH F. RICE
SC Bar No. 4710
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9440
Email: jrice@motleyrice.com

-and-

JOHN A. BADEN, IV
SC Bar No. 70340
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9430
Email:  jbaden@motleyrice.com

3