# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No. 02-12687 (Rel. Dkt. No. 3751)<br>Case No. 00-4471 (Rel. Dkt. No. 10813)<br>Case No. 03-10495 (Rel. Dkt. No. 3502)<br>Case No. 04-11300 (Rel. Dkt. No. 9338)<br>Case No. 02-10429 (Rel. Dkt. No. 10351)<br>Case No. 00-3837 (Rel. Dkt. No. 21106)<br>Case No. 01-2471 (Rel. Dkt. No. 4094)<br>Case No. 01-2094 (Rel. Dkt. No. 12711)<br>Case No. 01-1139 (Rel. Dkt. No. 32718) |

**JOINDER OF THE FLINTKOTE FUTURE CLAIMANTS' REPRESENTATIVE IN THE OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO RULE 2019 EXHIBITS**

James J. McMonagle, the Future Claimants' Representative for The Flintkote Asbestos Trust, hereby joins in the *Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits*.

Dated: July 26, 2016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to James J. McMonagle

01:18958547.1