IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (Rel. Dkt. No. 3751) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (Rel. Dkt. No. 10813) |
| Combustion Engineering, Inc. | Case No. 03-10495 (Rel. Dkt. No. 3502) |
| The Flintkote Company | Case No. 04-11300 (Rel. Dkt. No. 9338) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (Rel. Dkt. No. 10351) |
| Owens Corning | Case No. 00-3837 (Rel. Dkt. No. 21106) |
| US Mineral Products Company | Case No. 01-2471 (Rel. Dkt. No. 4094) |
| USG Corp. | Case No. 01-2094 (Rel. Dkt. No. 12711) |
| W.R. Grace & Co. | Case No. 01-1139 (Rel. Dkt. No. 32718) |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                                         ) SS
NEW CASTLE COUNTY    )

      Lisa M. Eden, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Future Claimants' Representative, and that on July 26, 2016, she caused a copy of the foregoing joinder to be served as indicated upon the following parties:

Peter John Sacripanti, Esq.
John J. Calandra, Esq.
Darren Azman, Esq
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
psacripanti@mwe.com
jcalandra@mwe.com
dazman@mwe.com
*Electronic Mail and First Class Mail*
*(Counsel to Honeywell International, Inc.)*

Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
jedelson@polsinelli.com
*Electronic Mail and Hand Delivery*
*(Counsel to Honeywell International, Inc.)*

_____
Lisa M. Eden

SWORN TO AND SUBSCRIBED before me this 26 day of July, 2016.

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 22, 2017

_____
Notary Public
My Commission Expires: 7/22/17

01:18959596.1