# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>                Debtors. | Case No. 02-12687 (Rel. Dkt. No. 3751)<br>Case No. 00-4471 (Rel. Dkt. No. 10813)<br>Case No. 03-10495 (Rel. Dkt. No. 3502)<br>Case No. 04-11300 (Rel. Dkt. No. 9338)<br>Case No. 02-10429 (Rel. Dkt. No. 10351)<br>Case No. 00-3837 (Rel. Dkt. No. 21106)<br>Case No. 01-2471 (Rel. Dkt. No. 4094)<br>Case No. 01-2094 (Rel. Dkt. No. 12711)<br>Case No. 01-1139 (Rel. Dkt. No. 32718) |

**SIMMONS HANLY CONROY LLC'S JOINDER IN THE OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S <u>MOTION FOR ACCESS TO RULE 2019 EXHIBITS</u>**

Comes now SIMMONS HANLY CONROY LLC and respectfully submits this joinder in the Objection to Honeywell's Motion for Access to Rule 2019 Exhibits filed in nine Delaware bankruptcies and the related Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits.

Dated:  July 26, 2016

Respectfully submitted,

  /s/ *Edward J. Kosmowski*
Edward J. Kosmowski (DE ID 3849)
The Law Office of Edward J. Kosmowski, LLC
2 Mill Road, Suite 202
Wilmington, Delaware  19806
Telephone: (302) 351-9010
Facsimile:  (302) 635-1805

and

Matthew J. Petersen
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251