## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>                    Debtors. | <br><br>Case No. 02-12687 (Rel. Dkt. No. 3751)<br>Case No. 00-4471 (Rel. Dkt. No. 10813)<br>Case No. 03-10495 (Rel. Dkt. No. 3502)<br>Case No. 04-11300 (Rel. Dkt. No. 9338)<br>Case No. 02-10429 (Rel. Dkt. No. 10351)<br>Case No. 00-3837 (Rel. Dkt. No. 21106)<br>Case No. 01-2471 (Rel. Dkt. No. 4094)<br>Case No. 01-2094 (Rel. Dkt. No. 12711)<br>Case No. 01-1139 (Rel. Dkt. No. 32718) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Lisa M. Eden, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Future Claimants' Representative, and that on July 26, 2016, she caused a copy of the foregoing joinder to be served as indicated upon the following parties:

Peter John Sacripanti, Esq.
John J. Calandra, Esq.
Darren Azman, Esq
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
psacripanti@mwe.com
jcalandra@mwe.com
dazman@mwe.com
*Electronic Mail and First Class Mail*
*(Counsel to Honeywell International, Inc.)*

Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
jedelson@polsinelli.com
*Electronic Mail and Hand Delivery*
*(Counsel to Honeywell International, Inc.)*

Lisa M. Eden

SWORN TO AND SUBSCRIBED before me this 26 day of July, 2016.

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 22, 2017

Notary Public
My Commission Expires: 7/22/17

01:18959596.1