**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (KG) <br> **Re: D.I. 3751, 3756, 3762** |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) <br> **Re: D.I. 10813, 10818, 10824** |
| Combustion Engineering, Inc. | Case No. 03-10495 (MFW) <br> **Re: D.I. 3502, 3507, 3513** |
| The Flintkote Company | Case No. 04-11300 (MFW) <br> **Re: D.I. 9338, 9339, 9346** |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) <br> **Re: D.I. 10351, 10356, 10362** |
| Owens Corning | Case No. 00-3837 (KG) <br> **Re: D.I. 21106, 21112, 21119** |
| US Mineral Products Company | Case No. 01-2471 (KG) <br> **Re: D.I. 4094, 4099, 4105** |
| USG Corp. | Case No. 01-2094 (KG) <br> **Re: D.I. 12711, 12716, 12722** |
| W.R. Grace & Co. | Case No. 01-1139 (KJC) <br> **Re: D.I. 32718, 32724, 32737** |

**JOINDER OF WATERS KRAUS & PAUL TO THE OBJECTION OF**
**THE NORTH AMERICAN REFRACTORIES COMPANY**
**ASBESTOS PERSONAL INJURY SETTLEMENT TRUST**
**ADVISORY COMMITTEE TO HONEYWELL'S MOTION**
**FOR ACCESS TO RULE 2019 EXHIBITS**

Waters Kraus & Paul, on its own behalf (including without limitation its predecessors) and on behalf of certain of its clients (hereinafter "Waters Kraus"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to*

*Honeywell's Motion for Access to Rule 2019 Exhibits* filed on July 25, 2016 (the "Objection"). In support of the Joinder, and in opposition to *Honeywell International, Inc.'s Request for Access to Rule 2019 Statements and Exhibits*, which was filed on June 30, 2016, served on representing counsel on or after July 12, 2016, and seeks access to statements and exhibits filed in the above-captioned Chapter 11 cases consisting of documents pertaining to several thousand claimants with asbestos related injuries to an unknown number of law firms (the "Motion"), Waters Kraus respectfully state as follows:

Waters Kraus hereby and herewith join in, adopt and incorporate by reference the response, objections and relief sought by the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's request to access Rule 2019 statements and exhibits.

**Reservation of Rights**

Waters Kraus reserves the right to amend, modify, or supplement this Joinder. Waters Kraus further reserves the right to respond to any objections to the Motion and to make other arguments in connection with the adjudication arising from the access sought in the Motion.

Dated: Wilmington, Delaware
July 26, 2016

Respectfully submitted,

/s/ Davis Lee Wright
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
nramsey@mmwr.com
dwright@mmwr.com

-3-

-and-

Peter A. Kraus
Leslie MacLean
WATERS KRAUS & PAUL
3219 McKinney Avenue
Dallas, Texas  75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
kraus@waterskraus.com
lmaclean@waterskraus.com

*Counsel for Waters Kraus & Paul, on its Own Behalf (Including Without Limitation its Predecessors) and on Behalf of Certain of its Clients*