**CERTIFICATE OF SERVICE**

I, Davis Lee Wright, Esquire, hereby certify that on July 26, 2016, that in addition to the notice and service provided through the Court's CM/ECF system, I caused to be served a true and correct copy of the forgoing *Joinder of Waters Kraus & Paul to the Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits* on the following parties:

Justin Edelson, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920

Peter John Sacripanti, Esq.
John J. Calandra, Esq.
Darren Azman, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400

*Attorneys for Honeywell International, Inc.*

James S. Yoder, Esq.
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899–0709
Telephone: 302.467.4524
Email: yoderj@whiteandwilliams.com

*Counsel to Ford Motor Company*

                                                */s/ Davis Lee Wright*
                                                Davis Lee Wright (DE Bar No. 4324)