## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 KG<br>(Re: Dkt. Nos. 3751, 3756, 3762) |
| Armstrong World Industries, Inc. | Case No. 00-4471 KG<br>(Re: Dkt. Nos. 10813, 10818, 10824) |
| Combustion Engineering, Inc. | Case No. 03-10495 MFW<br>(Re: Dkt. Nos. 3502, 3507, 3513) |
| The Flintkote Company | Case No. 04-11300 MFW<br>(Re: Dkt. Nos. 9338, 9339, 9346) |
| Kaiser Aluminum Corp. | Case No. 02-10429 KG<br>(Re: Dkt. Nos. 10351, 10356, 10362) |
| Owens Corning | Case No. 00-3837 KG<br>(Re: Dkt. Nos. 21106, 21112, 21119) |
| US Mineral Products Company | Case No. 01-2471 KG<br>(Re: Dkt. Nos. 4094, 4099, 4105) |
| USG Corp. | Case No. 01-2094 KG<br>(Re: Dkt. Nos. 12711, 12716, 12722) |
| ♦W.R. Grace & Co. | Case No. 01-1139 KJC<br>(Re: Dkt. No. 32718, 32724, 32737) |
| Debtors. | |

### AFFIDAVIT OF MICHELLE D. RUST, PARALEGAL

STATE OF DELAWARE     :
                      :
NEW CASTLE COUNTY     :

I, Michelle D. Rust, certify that I am, and at all times during the service have been, an employee of Hogan♦McDaniel, not less than 18 years of age, and not a party to the matter concerning which service was made. I hereby further certify that on July 26, 2016, I caused to be served:

JOINDER OF MOTLEY RICE, LLC TO OBJECTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO HONEYWELL'S MOTION FOR ACCESS TO RULE 2019 EXHIBITS [Docket No. 32740 ]

Service was completed via first class mail upon the following parties:

Justin Edelson, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
*Counsel to Honeywell International, Inc.*

James S. Yoder, Esq.
White And Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899–0709

Peter John Sacripanti, Esq.
John J. Calandra, Esq.
Darren Azman, Esq.
Mcdermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922
*Counsel to Honeywell International, Inc.*

Richard L. Schepacarter, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Dated: July 27, 2016
Wilmington, Delaware

Michelle D. Rust
Michelle D. Rust

**SWORN AND SUBSCRIBED** before me this 27 day of July, 2016.

Kathie D. Vincenzo
Notary Public

KATHIE DIVINCENZO
MY COMMISSION
EXPIRES
AUG. 3, 2016
NOTARY PUBLIC
STATE OF DELAWARE