**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No. 02-12687 (KG)<br>Case No. 00-4471 (KG)<br>Case No. 03-10495 (MFW)<br>Case No. 04-11300 (MFW)<br>Case No. 02-10429 (KG)<br>Case No. 00-3837 (KG)<br>Case No. 01-2471 (KG)<br>Case No. 01-2094 (KG)<br>Case No. 01-1139 (KJC) |

## CERTIFICATE OF SERVICE

I, Christian J. Singewald, Esquire do hereby certify that on this 4th day of August, 2016, a copy of the foregoing Entry of Appearance was served upon all counsel of record via ECF.

**WHITE AND WILLIAMS LLP**

BY:   */s/ Christian J. Singewald*
        Christian J. Singewald  (#3542)
        824 N. Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE 19899-0709
        Phone: 302.467.4510
        Attorney for Ford Motor Company

17516765v.1