# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>       Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>       Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>       Debtor. | Case No. 03-10495 (MFW)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>       Debtors. | Case No. 04-11300 (MFW)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>       Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

53974551.1

| | |
|---|---|
| In re: <br><br> OWENS CORNING, *et al.*, <br><br> Debtors. | Case No. 00-03837 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> UNITED STATES MINERAL PRODUCTS COMPANY, <br><br> Debtor. | Case No. 01-02471 (KG) <br><br> Chapter 11 |
| In re: <br><br> USG CORPORATION, *et al.*, <br><br> Debtors. | Case No. 01-02094 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> W.R. GRACE & CO., *et al.*, <br><br> Debtors. | Case No. 01-01139 (KJC) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> RE: Docket No. 32749 |

**ORDER GRANTING *EX PARTE* MOTION OF HONEYWELL INTERNATIONAL INC. TO SHORTEN NOTICE ON MOTION TO STRIKE**

Upon consideration of the *Motion of Honeywell International Inc. to Shorten Notice* (the "Motion to Shorten") on the *Motion to Strike* (the "Motion to Strike"); and this Court having determined that the relief requested in the Motion to Shorten is appropriate; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

3

53974551.1

1. The Motion to Shorten is granted as set forth herein.

2. The Motion to Strike is hereby scheduled to be heard on ___Aug 15___, 2016 at __1:30 p__.m. (ET).

3. Objections, if any, to the Motion to Strike, must be filed and served by no later than August __10__, 2016 at __4__:00 p.m. (ET).

4. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August __4__, 2016
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE