## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No. 02-12687 (Rel. Dkt. No. 3751) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (Rel. Dkt. No. 10813) |
| Combustion Engineering, Inc. | Case No. 03-10495 (Rel. Dkt. No. 3502) |
| The Flintkote Company | Case No. 04-11300 (Rel. Dkt. No. 9338) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (Rel. Dkt. No. 10351) |
| Owens Corning | Case No. 00-3837 (Rel. Dkt. No. 21106) |
| US Mineral Products Company | Case No. 01-2471 (Rel. Dkt. No. 4094) |
| USG Corp. | Case No. 01-2094 (Rel. Dkt. No. 12711) |
| W.R. Grace & Co. | Case No. 01-1139 (Rel. Dkt. No. 32718) |
| Debtors. | |
| | **Requested Objection Deadline:** |
| | To be determined at ___:00 _.m. (Eastern) |
| | **Requested Hearing Date:** |
| | To be determined at ___:00 _.m. (Eastern) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee (the "**NARCO TAC**") has filed an Emergency Motion to Consolidate and Continue Hearings and to Appoint Rule 2019 Expert and Referee (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the NARCO TAC has filed a Motion seeking to shorten notice of the Motion, and has requested that responses to the Motion, if any, be required to be filed on *a date to be determined by the Court* (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the NARCO TAC's undersigned

counsel so as to be received on or before the Objection Deadline.  A supplemental Notice will be filed when the Objection Deadline has been determined by the Court.

PLEASE TAKE FURTHER NOTICE that the NARCO has also requested that the Court shorten notice of the Motion such that a hearing on the motion will be held *at the earliest convenience of the Court* at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A supplemental Notice will be filed when the hearing date has been determined by the Court.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 4, 2016                    **A.M. SACCULLO LEGAL, LLC**

                                         */s/ Thomas H. Kovach*
                                         Anthony M. Saccullo (No. 4141)
                                         Thomas H. Kovach (No. 3964)
                                         27 Crimson King Drive
                                         Bear, Delaware 19701
                                         Telephone: (302) 836-8877
                                         Facsimile: (302) 836-8787
                                         ams@saccullolegal.com
                                         kovach@saccullolegal.com

                                         -and-

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
600 Lexington Avenue, 21st Floor
New York, NY  10022
Telephone:  (212) 379-6000
Facsimile:  (212) 379-6001
E-mail: einselbuch@capdale.com

**CAPLIN & DRYSDALE, CHARTERED**
Ann C. McMillan, Esq.
Kevin C. Maclay, Esq.
James P. Wehner, Esq.
Todd E. Phillips, Esq.
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
E-mail: amcmillan@capdale.com;
kmaclay@capdale.com;
jwehner@capdale.com
tphillips@capdale.com


*Co-Counsel for the North American*
*Refractories Company Asbestos Personal*
*Injury Settlement Trust Advisory Committee*