**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| | |
| ACandS, Inc. | Case No. 02-12687 (Rel. Dkt. No. 3751) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (Rel. Dkt. No. 10813) |
| Combustion Engineering, Inc. | Case No. 03-10495 (Rel. Dkt. No. 3502) |
| The Flintkote Company | Case No. 04-11300 (Rel. Dkt. No. 9338) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (Rel. Dkt. No. 10351) |
| Owens Corning | Case No. 00-3837 (Rel. Dkt. No. 21106) |
| US Mineral Products Company | Case No. 01-2471 (Rel. Dkt. No. 4094) |
| USG Corp. | Case No. 01-2094 (Rel. Dkt. No. 12711) |
| W.R. Grace & Co. | Case No. 01-1139 (Rel. Dkt. No. 32718) |
| Debtors. | |

**ORDER GRANTING EMERGENCY MOTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO (1) CONSOLIDATE AND CONTINUE HEARINGS AND (2) APPOINT RULE 2019 EXPERT AND REFEREE**

Upon consideration of the Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee (the "**NARCO TAC**") to Consolidate and Continue Hearings and to Appoint Rule 2019 Expert and Referee (the "**Motion**"); and this Court having determined that the relief requested in the Motion is appropriate; and it appearing that notice of the Motion was sufficient under the circumstances; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The hearings currently scheduled between August 15 and August 19, 2016 on the Motions of Honeywell International Inc. for Access to Rule 2019 Exhibits (the

"**Honeywell Motions**")[1] and the related Joinders of Ford Motor Company (the "**Ford Joinders**")[2], as well as any hearings on Honeywell's Motion to Strike are hereby continued.

3. The proceedings on the Honeywell Motions in the nine (9) separate cases and Motion to Strike are hereby consolidated.

---

[1] Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re ACandS, Inc.*, No. 02-12687 (Bankr. D. Del. June 30, 2016) (D.I. 3751); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Armstrong World Indus., Inc.*, No. 00-04471 (Bankr. D. Del. June 30, 2016) (D.I. 10813); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Combustion Eng'g, Inc.*, No. 03-10495 (Bankr. D. Del. June 30, 2016) (D.I. 3502); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re The Flintkote Co.*, No. 04-11300 (Bankr. D. Del. June 30, 2016) (D.I. 9338); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Kaiser Aluminum Corp.*, No. 02-10429 (Bankr. D. Del. June 30, 2016) (D.I. 10351); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Owens Corning*, No. 00-03837 (Bankr. D. Del. June 30, 2016) (D.I. 21106), Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re U.S. Mineral Prods. Co.*, No. 01-02471 (Bankr. D. Del. June 30, 2016) (D.I. 4094); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re USG Corp.*, No. 01-02094 (Bankr. D. Del. June 30, 2016) (D.I. 12711); Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re W.R. Grace & Co.*, No. 01-01139 (Bankr. D. Del. June 30, 2016) (D.I. 32718).

[2] Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re ACandS, Inc.*, No. 02-12687 (Bankr. D. Del. July 5, 2016) (D.I. 3756); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Armstrong World Indus., Inc.*, No. 00-04471 (Bankr. D. Del. July 6, 2016), (D.I. 10818); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Combustion Eng'g, Inc.*, No. 03-10495 (Bankr. D. Del. July 6, 2016) (D.I. 3507); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re The Flintkote Co.*, No. 04-11300 (Bankr. D. Del. July 6, 2016) (D.I. 9339); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Kaiser Aluminum Corp.*, No. 02-10429 (Bankr. D. Del. July 6, 2016) (D.I. 10356); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re Owens Corning*, No. 00-03837 (Bankr. D. Del. July 6, 2016) (D.I. 21112); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re U.S. Mineral Prods. Co.*, No. 01-02471 (Bankr. D. Del. July 6, 2016) (D.I. 4099); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re USG Corp.*, No. 01-02094 (Bankr. D. Del July 6, 2016), (D.I. 12716); Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits, *In re W.R. Grace & Co.*, No. 01-01139 (Bankr. D. Del. July 6, 2016) (D.I. 32724).

4. Former United States Bankruptcy Judge Judith K. Fitzgerald is appointed as a Rule 2019 expert and referee to assist this Court in resolving the Honeywell Motions, and to provide a written recommendation as to the resolution. The Movant shall submit a proposed form of order regarding the terms of the appointment.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August ___, 2016
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE