**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>　　　　　Debtors. | <br><br>Case No. 02-12687 (Rel. Dkt. No. 3751)<br>Case No. 00-4471 (Rel. Dkt. No. 10813)<br>Case No. 03-10495 (Rel. Dkt. No. 3502)<br>Case No. 04-11300 (Rel. Dkt. No. 9338)<br>Case No. 02-10429 (Rel. Dkt. No. 10351)<br>Case No. 00-3837 (Rel. Dkt. No. 21106)<br>Case No. 01-2471 (Rel. Dkt. No. 4094)<br>Case No. 01-2094 (Rel. Dkt. No. 12711)<br>Case No. 01-1139 (Rel. Dkt. No. 32718) |

**ORDER GRANTING MOTION OF THE NORTH AMERICAN REFRACTORIES
COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY
COMMITTEE TO SHORTEN NOTICE ON MOTION TO CONSOLIDATE AND
CONTINUE**

Upon consideration of the Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee (the "**NARCO TAC**") to Shorten Notice on the NARCO TAC Motion to Consolidate and Continue Hearings and to Appoint Rule 2019 Expert and Referee (the "**Motion to Consolidate and Continue**"); and this Court having determined that the relief requested in the Motion is appropriate; and it appearing that notice of the Motion was sufficient under the circumstances; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is granted as set forth herein.

2. The Motion to Consolidate and Continue is hereby scheduled to be heard on _____, 2016 at \_\_:\_\_\_ \_M (ET), prior to the hearings on the Motions of Honeywell International Inc. for Access to Rule 2019 Exhibits, and to Strike.

-2-

-3-

3. Objections, if any, to the Motion to Consolidate and Continue, must be filed and served by no later than August ____, 2016 at ___:00 _M (ET).

4. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August ___, 2016
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE