**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | <br><br>Case No. 02-12687 (Rel. Dkt. No. 3776)<br>Case No. 00-4471 (Rel. Dkt. No. 10839)<br>Case No. 03-10495 (Rel. Dkt. No. 3527)<br>Case No. 04-11300 (Rel. Dkt. No. 9360)<br>Case No. 02-10429 (Rel. Dkt. No. 10376)<br>Case No. 00-3837 (Rel. Dkt. No. 21133)<br>Case No. 01-2471 (Rel. Dkt. No. 4119)<br>Case No. 01-2094 (Rel. Dkt. No. 12737)<br>Case No. 01-1139 (Rel. Dkt. No. 32752) |

**JOINDER OF CERTAIN TRUST ADVISORY COMMITTEES TO THE EMERGENCY MOTION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO (1) CONSOLIDATE AND CONTINUE HEARINGS AND (2) APPOINT RULE 2019 EXPERT AND REFEREE**

The ACandS, Inc. Asbestos Settlement Trust Advisory Committee, Armstrong World Industries, Inc. Asbestos Personal Injury Trust Advisory Committee, The Flintkote Company Asbestos Personal Injury Trust Advisory Committee, Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust Advisory Committee, Owens Corning/Fibreboard Asbestos Personal Injury Trust Advisory Committee, United States Gypsum Asbestos Personal Injury Trust Advisory Committee, United States Mineral Products Company Asbestos Personal Injury Trust Advisory Committee, and WRG Asbestos Personal Injury Trust Advisory Committee (collectively, "**Certain TACs**")[1] hereby join in the Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1)

---

[1] Each of the Certain TACs serves in a fiduciary capacity representing all holders of present asbestos personal injury claims for the respective 524(g) Trust.

Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee, dated August 4, 2016 (the "**Emergency Motion**"), filed in each of the nine above-captioned cases.

Dated: August 4, 2016    Respectfully submitted,

**A.M. SACCULLO LEGAL, LLC**

*/s/ Thomas H. Kovach*
Anthony M. Saccullo (No. 4141)
Thomas H. Kovach (No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
ams@saccullolegal.com
kovach@saccullolegal.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
600 Lexington Avenue, 21st Floor
New York, NY  10022
Telephone:  (212) 379-6000
Facsimile:  (212) 379-6001
E-mail: einselbuch@capdale.com

**CAPLIN & DRYSDALE, CHARTERED**
Ann C. McMillan, Esq.
Kevin C. Maclay, Esq.
Todd E. Phillips, Esq.
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
E-mail: amcmillan@capdale.com;
kmaclay@capdale.com;
tphillips@capdale.com

*Co-Counsel for Certain TACs*