# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139(KJC) |
| W.R. Grace & Co., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Re D.I. Nos. 32718, 32748 & 32752** |

## ORDER

WHEREAS:

1. Three separate hearings are scheduled between August 15 and August 19, 2016, on the Motions of Honeywell International Inc. For Access to Rule 2019 Exhibits (the "Motions") and the related Joinders of Ford Motor Company. Also pending are Motions to Strike filed by Honeywell International Inc. ("Honeywell").

2. The Motions were filed in nine separate bankruptcies before three judges. North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee ("NARCO TAC") has filed its motion to consolidate and continue the hearings on the Motions and to appoint a Rule 2019 Expert and Referee (the "Consolidation Motions"). NARCO TAC has requested that the Consolidation Motions be heard on an expedited basis and prior to the hearings on the Motions scheduled to be heard between August 15 and 19, 2016. Honeywell has filed its response to the Consolidation Motions.

3. The Court requires additional time to consider the Consolidation Motions and, if appropriate, to consolidate the cases before one judge.

IT IS THEREFORE ORDERED THAT:

The hearing on the Motions shall be continued to a date at the Court's early convenience. The August 15, 2016, hearing is adjourned and will be rescheduled.

Dated: August 8, 2016

_____
KEVIN J. CAREY, U.S.B.J.