## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ACANDS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 02-12687 (KG) |
| In re: <br><br> ARMSTRONG WORLD INDUSTRIES, INC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 00-04471(KG) <br> (Jointly Administered) |
| In re: <br><br> COMBUSTION ENGINEERING, INC., <br><br> Debtors. | Chapter 11 <br><br> Case No. 03-10495(MFW) |
| In re: <br><br> THE FLINTKOTE COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 04-11300 (MFW) <br> (Jointly Administered) |
| In re: <br><br> KAISER ALUMINUM CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 02-10429 (KG) <br> (Jointly Administered) |
| In re: <br><br> OWENS CORNING, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 00-03837 (KG) <br> (Jointly Administered) |
| In re: <br><br> UNITED STATES MINERAL PRODUCTS COMPANY, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-02471 (KG) |

| In re: | Chapter 11 |
|---|---|
| USG CORPORATION, *et al.*, | Case No. 01-02094(KG)<br>(Jointly Administered) |
| Debtors. | |
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (KJC)<br>(Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned cases.

On August 5, 2016, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A: and via hand delivery on the service list attached hereto as Exhibit B:

**OMNIBUS OBJECTION OF HONEYWELL INTERNATIONAL INC.
TO (I) EMERGENCY MOTION OF THE NORTH AMERICAN REFRACTORIES
COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY
COMMITTEE TO (1) CONSOLIDATE AND CONTINUE HEARINGS AND (2)
APPOINT RULE 2019 EXPERT AND REFEREE AND (II) MOTION OF THE NORTH
AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY
SETTLEMENT TRUST ADVISORY COMMITTEE TO SHORTEN NOTICE ON ITS
EMERGENCY MOTION OF THE NORTH AMERICAN REFRACTORIES COMPANY
ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY
COMMITTEE TO (1) CONSOLIDATE AND CONTINUE HEARINGS AND (2)
APPOINT RULE 2019 EXPERT AND REFEREE**

x /s/ Gene Matthews

**Gene Matthews**

Dated: August 8, 2016

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 8th day of August 2016, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

*[Notary seal: JASON RAY SPARKLIN, MY COMMISSION EXPIRES May 15, 2017, NOTARY PUBLIC, STATE OF DELAWARE]*

3

# EXHIBIT A

A.M. SACCULLO LEGAL, LLC
Anthony M. Saccullo
Thomas H. Kovach
27 Crimson King Drive
Bear, Delaware 19701

CAPLIN & DRYSDALE, CHARTERED
Ann C. McMillan  Kevin C. Maclay
Todd E. Phillips
One Thomas Circle, NW
Suite 1100
Washington, DC 20005

Daniel K. Hogan
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr.  Edwin J. Harron
Sharon M. Zieg
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Matthew J. Petersen
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

Peter A. Kraus
Leslie MacLean
WATERS KRAUS & PAUL
3219 McKinney Avenue
Dallas, Texas 75204

Morgan Lewis & Bockius
Rebecca L. Booth
1701 Market Street
Philadelphia, PA 19103

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
600 Lexington Avenue, 21st Floor
New York, NY 10022

JACOBS & CRUMPLAR, P.A.
Thomas Crumplar
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

MOTLEY RICE LLC
Joseph F. Rice
John A. Baden, IV
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Edward J. Kosmowski
The Law Office of Edward J. Kosmowski, LLC
2 Mill Road, Suite 202
Wilmington, Delaware 19806

Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801

Klehr Harrison Harvey Branzburg LLP
Joanne Bianco Wills
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801

Richards Layton & Finger
Deborah E. Spivack  Shannon Stacy Frazier
Jason M. Madron  Mark D. Collins
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Shivers Gosnay & Greatrex, LLC
George C. Greatrex, Jr.
1415 Route 70, East, Suite 210
Cherry Hill, NJ 08034

Smith Katzenstein & Furlow LLP
Etta Rena Wolfe
PO Box 410
Wilmington, Delaware 19899

Pachulski Stang Ziehl & Jones LLP
Curtis A. Hehn James E. O'Neill
Laura Davis Jones Kathleen P. Makowski
Scotta Edelen McFarland Michael Paul Migliore
Sandra G.M. Selzer
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801

Campbell & Levine, LLC
Mark T. Hurford
Marla Rosoff Eskin
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801

Cole Schotz P.C.
J. Kate Stickles Patrick J. Reilley
David R. Hurst Michael F. Bonkowski
Norman L. Pernick
500 Delaware Avenue, Suite 1410
Wilmington, Delaware

Saul Ewing LLP
Domenic E. Pacitti
Maria Aprile Sawczuk
Mark Minuti
1201 N. Market Street, #2300
Wilmington, Delaware 19801

Bifferato LLC
Ian Connor Bifferato
800 N. King Street
Wilmington, Delaware 19801

Richards Layton & Finger
Michael Joseph Merchant Daniel J. DeFranceschi
John Henry Knight Jason Madron
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Duane Morris, LLP
William K. Harrington
Michael R. Lastowski
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Paul Hastings Janofsky & Walker LLP
Jennifer Mo
75 East 55th Street
New York, NY 10022

McCarter & English LLP
William F. Taylor, Jr.
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801

Law Offices of Christopher E. Grell
Richard F. Rescho
360 22nd Street, Suite 320
Oakland, CA 94612

Skadden Arps Slate Meagher & Flom LLP
Mark S. Chehi
One Rodney Square
PO Box 636
Wilmington, Delaware 19899

Landis Rath & Cobb
Megan Nancy Harper
919 Market Street, Suite 600
Wilmington, Delaware 19801

Cooley LLP
J. Michael Kelly
101 California Street, 5th Floor
San Francisco, CA 94111

Duane Morris LLP
Michael R. Lastowski
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Sullivan Hazeltine Allinson LLC
William D. Sullivan
901 North Market Street, Suite 1300
Wilmington, Delaware 19801

Ashby & Geddes
Don A. Beskrone
Karen B. Skomorucha Owens
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801

Pepper Hamilton LLP
David B. Stratton
David M. Fournier
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801

The Rosner Law Group LLC
Frederick B. Rosner
Scott J. Leonhardt
824 Market Street, Suite 810
Wilmington, Delaware 19801

Loizide PA
Laurie S. Polleck
1225 King Street, 8th Floor
Wilmington, Delaware 19801

Roger J. Higgins
The Law Offices of Roger Higgins, LLC
1 N. Bishop St.
Suite 14
Chicago, IL 60607

The Carlile Law Firm
Paul W. Turner
400 S. Alamo
Marshall, Texas 75670

Jones Day
Gregory M. Gordon
2727 North Harwood Street
Dallas, Texas 75201

Kirkland & Ellis LLP
Jeffrey W. Gettleman
300 North LaSalle
Chicago, IL 60654

Archer & Greiner P.C.
David W. Carickhoff
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801

Billion Law
Mark M. Billion
922 New Road, 2nd Floor
Wilmington, Delaware 19805

Fox Rothschild LLP
Sheldon K. Rennie
919 Market Street, Suite 1300
Wilmington, Delaware 19801

Kelley & Ferraro, LLP
Thomas Michael Wilson
1300 East Ninth Street, Suite 1901
Cleveland, Ohio 44114

Law Office of Bruce L. Ahnfeldt
Bruce L. Ahnfeldt
PO Box 6078
Napa, CA 94581

# EXHIBIT B

Office of the United States Trustee
Richard L. Schepacarter
US Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801