# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No. 02-12687 (KG)<br>Case No. 00-4471 (KG)<br>Case No. 03-10495 (MFW)<br>Case No. 04-11300 (MFW)<br>Case No. 02-10429 (KG)<br>Case No. 00-3837 (KG)<br>Case No. 01-2471 (KG)<br>Case No. 01-2094 (KG)<br>Case No. 01-1139 (KJC) |

## CERTIFICATE OF SERVICE

I, Christian J. Singewald, being duly sworn according to law, depose and say that I am employed by White & Williams, LLP, which is counsel to Ford Motor Company, and on the 9th day of August, 2016, I caused a copy of the *MOTION FOR ADMISSION PRO HAC VICE OF K. ELIZABETH SIEG, ESQUIRE* to be electronically served via ECF upon all counsel of record in the above captioned bankruptcy case.

**WHITE AND WILLIAMS LLP**

*/s/Christian J. Singewald*
**CHRISTIAN J. SINGEWALD (#3542)**
**JAMES S. YODER (#2643)**
824 N. Market Street, Suite 902
Wilmington, DE 19801
Phone: (302) 467-4510
Facsimile: (302) 467-4547
singewaldc@whiteandwilliams.com
*Counsel for Ford Motor Company*

17534945v.1