IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACandS, Inc. | Case No. 02-12687 |
| Armstrong World Industries, Inc. | Case No. 00-4471 |
| Combustion Engineering, Inc. | Case No. 03-10495 |
| The Flintkote Company | Case No. 04-11300 |
| Kaiser Aluminum Corp. | Case No. 02-10429 |
| Owens Corning | Case No. 00-3837 |
| US Mineral Products Company | Case No. 01-2471 |
| USG Corp. | Case No. 01-2094 |
| W.R. Grace & Co. | Case No. 01-1139 |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                    ) SS
NEW CASTLE COUNTY    )

Shawn Maglio being duly sworn according to law, deposes and says that he is an employee of Parcels, Inc., and that on or before August 10, 2016, he caused a copy of the following document to be served by e-mail on the service list attached hereto as Exhibit A:

- **OPPOSITION OF THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE TO MOTION OF HONEYWELL INTERNATION INC. TO STRIKE OBJECTION**

_____
Shawn Maglio

SWORN TO AND SUBSCRIBED before me this 10th day of August, 2016.

_____
LILLY ELISE VAN DYK, NOTARY PUBLIC
MY COMMISSION EXPIRES
April 20, 2019
NOTARY PUBLIC STATE OF DELAWARE