**EXHIBIT A**

Owens Corning; **00-03837** (DI 21133) and Owens Corning; **00-03837** (DI 21134)

mbellew@saul.com

saulbankruptcy@saul.com

dgarroepstein@saul.com

jbodnar@monlaw.com

jbodnar7@juno.com

mbonkowski@coleschotz.com

bankruptcy@coleschotz.com

pratkowiak@coleschotz.com

kstahl@coleschotz.com

mark.chehi@skadden.com

debank@skadden.com

christopher.heaney@skadden.com

wendy.lamanna@skadden.com

ddaly@kjmsh.com

detweilerd@gtlaw.com

thomase@gtlaw.com

dhurst@coleschotz.com

kkarstetter@coleschotz.com

mminuti@saul.com

rwarren@saul.com

lmurley@saul.com

dpacitti@saul.com

jhampton@saul.com

npernick@coleschotz.com

preilley@coleschotz.com

rrescho2001@yahoo.com

jryan@saul.com

msawczuk@saul.com

kstickles@coleschotz.com

bankfilings@ycst.com

<mark>Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC, ET AL</mark>; **00-04471** (DI 10839) and <mark>Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC, ET AL</mark>; **00-04471** (DI 10840)

rbgroup@rlf.com

ann-jerominski-2390@ecf.pacerpro.com

madron@rlf.com

jwills@klehr.com

bankfilings@ycst.com

<mark>W.R. Grace & Co., et al.</mark>; **01-01139** (DI 32752)

jbaer@bhflaw.net

markbillion@billionlaw.com

mmb21167@fastpacer.us

tcairns@pszjlaw.com

dcarickhoff@archerlaw.com

de20@ecfcbis.com

chehn@pszyj.com

dkhogan@dkhogan.com

keharvey@dkhogan.com

gpalagruto@dkhogan.com

mrust@dkhogan.com

ljones@pszjlaw.com

efile1@pszyjw.com

kmakowski@pszjlaw.com

smcfarland@pszyj.com

jo'neill@pszjlaw.com

pturner@carlilelawfirm.com

<mark>USG Corporation and Warren H. Smith and Associates; **01-02094** (DI 12737)</mark>

defranceschi@rlf.com

RBGroup@rlf.com

ann-jerominski-2390@ecf.pacerpro.com

bankfilings@ycst.com

heath@rlf.com,

mlastowski@duanemorris.com

AutoDocketWILM@duanemorris.com

slenkiewicz@duanemorris.com

madron@rlf.com

wdsecfnotices@sha-llc.com

<mark>UNITED STATES MINERAL PRODUCTS COMPANY and UNITED STATES MINERAL PRODUCTS COMPANY D/B/A ISOLA; **01-02471** (DI 4119)</mark>

dbeskrone@ashby-geddes.com

wlbank@pepperlaw.com

pdougherty@mccarter.com

wfirth@regerlaw.com

jaffeh@pepperlaw.com

jaffeh@ecf.inforuptcy.com

mlastowski@duanemorris.com

AutoDocketWILM@duanemorris.com

slenkiewicz@duanemorris.com

kmayer@mccarter.com

nmcdonald@mdmlaw.com

lauriespolleck@aol.com

polleck@loizides.com

rosner@teamrosner.com

kskomorucha@ashby-geddes.com

strattond@pepperlaw.com

strattond@ecf.inforuptcy.com

wlbank@ecf.inforuptcy.com

smithda@pepperlaw.com

molitorm@pepperlaw.com

cmwinter@duanemorris.com

Kaiser Aluminum Corporation; **02-10429** (DI 10376)
Kaiser Aluminum Corporation; **02-10429** (DI 10377)

cbifferato@bifferato.com

mdunwody@tbf.legal

defranceschi@rlf.com

RBGroup@rlf.com

ann-jerominski-2390@ecf.pacerpro.com

madron@rlf.com

newmarch@rlf.com

bankfilings@ycst.com

rrescho2001@yahoo.com

ACandS, Inc and Warren H. Smith; **02-12687** (DI 3776)
ACandS, Inc and Warren H. Smith; **02-12687** (DI 3777)

cmclean@ahnfeldtlaw.com

ggreatrex@ssglawfirm.com

chehn@pszyj.com

ljones@pszjlaw.com

efile1@pszyjw.com

leonhardt@teamrosner.com

jo'neill@pszjlaw.com

efile1@pszyj.com

srennie@foxrothschild.com

dkemp@foxrothschild.com

rwerkheiser@pszjlaw.com

efile1@pszjlaw.com

twilson@kelley-ferraro.com


Combustion Engineering, Inc.; **03-10495** (DI 3527)
Combustion Engineering, Inc.; **03-10495** (DI 3528)

chehn@pszyj.com

dkhogan@dkhogan.com

keharvey@dkhogan.com

gpalagruto@dkhogan.com

mrust@dkhogan.com

ljones@pszjlaw.com

efile1@pszyjw.com

smcfarland@pszyj.com

jennifermo@paulhastings.com

jo'neill@pszjlaw.com


The Flintkote Company and The Flintkote Company and Flintkote Mines Limited; **04-11300** (DI 9360)
The Flintkote Company and The Flintkote Company and Flintkote Mines Limited; **04-11300** (DI 9361)

chehn@pszyj.com

mhurford@camlev.com

ljones@pszjlaw.com

efile1@pszyjw.com

kmakowski@pszjlaw.com

smcfarland@pszyj.com

jo'neill@pszjlaw.com

rrescho2001@yahoo.com

bankruptcydel@mccarter.com


Justin Edelson jedelson@polsinelli.com

Peter John Sacripanti

John J. Calandra

Darren Azman dazman@mwe.com

US Trustee richard.schepacarter@usdoj.gov

USTPRegion03.WL.ECF@USDOJ.GOV