# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ACandS, Inc. | ) | Case No. 02-12687(KG) |
| Armstrong World Industries, Inc. | ) | Case No. 00-4471(KG) |
| Kaiser Aluminum Corp. | ) | Case No. 02-10429(KG) |
| Owens Corning | ) | Case No. 00-3837(KG) |
| US Minerals Products Company | ) | Case No. 01-2471(KG) |
| USG Corp. | ) | Case No. 01-2094(KG) |
| W.R. Grace & Co. | ) | Case No. 01-1139(KJC) |
| Combustion Engineering, Inc. | ) | Case No. 03-10495(MFW) |
| The Flintkote Company | ) | Case No. 04-11300(MFW) |
| | ) | |
| _____Debtors._____ | ) | |

## ORDER OF REASSIGNMENT

WHEREAS:

A.  On June 30, 2016, Honeywell International Inc. filed a Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits (the "Motions") in each of the captioned cases. Ford Motor Company has filed joinders to the Motions.

B.  The cases in which the Motions were filed are assigned to three judges and the Motions were scheduled to be heard on different dates, which the Court continued by Orders, dated August 8, 2016.

C.  The Motions request the identical relief and are opposed by the North American Refractories Companies Asbestos Personal Injury Settlement Trust Advisory Committee, which has also requested that the Court appoint a Rule 2019 Expert and Referee.

D. The Court deems it advisable to assign the cases to a single judge for judicial economy, the convenience of parties and to avoid the risk of inconsistent results.

IT IS THEREFORE ORDERED that:

1. Case Nos. 01-1139 (W.R. Grace & Co.), 03-10495 (Combustion Engineering, Inc.) and 04-11300 (The Flintkote Company) are reassigned to Judge Kevin Gross.

2. The parties are directed to communicate with Judge Gross's Chambers to obtain a mutually convenient hearing date on the Motions.

Dated: August 16, 2016

_____
Brendan Linehan Shannon, Chief Judge