# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| W.R. GRACE & CO., *et al.* | Case No. 01-01139 (KG) |
| Debtors | (Jointly Administered) |
| | (Re: D.I. 32763) |

## CLARIFICATION TO ORDER OF REASSIGNMENT

**WHEREAS:**

A.  An Order of Resassignment, entered on August 16, 2016 (D.I. 32763), reassigned this chapter 11 case to the undersigned; and

B.  The following matters were under advisement before Judge Kevin Carey at the time of reassignment:

(i) in the main chapter 11 case, the Motion of Anderson Memorial Hospital to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief" (D.I. 31812); Anderson Memorial Hospital's Brief in Support of Motion for Class Certification (D.I. 32624) and the pleadings related thereto;

(ii) in the adversary proceeding *Continental Casualty Company v. Carr* (Adv. No. 15-50766), the Motion to Dismiss Adversary Proceeding (Adv. D.I. 8) and the Motion for Summary Judgment by Continental Casualty Company and Transportation Insurance Company (Adv. D. I. 15); and

(iii) in the adversary proceeding *Hutt v. Maryland Casualty Company* (Adv. No. 14-50867), the Plaintiff's Motion for Summary Judgment (Adv. D.I. 14)

(collectively, the "Retained Matters");

it is therefore **ORDERED** that the Retained Matters are not subject to the Order of Resassignment and shall remain with Judge Kevin Carey until disposition, at which time all subsequent matters remaining in the Retained Matters shall be administered by the undersigned.

BY THE COURT:

_____
KEVIN GROSS, U.S.B.J.

Dated: August 17, 2016

2