# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>      Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>      Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>      Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>      Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>      Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

54493991.2

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>       Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>       Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>       Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>       Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF TELEPHONIC SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that the Court has scheduled a telephonic conference (the "**Telephonic Conference**") to discuss scheduling of the following motions filed in the above-captioned cases:

1. *Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits*;

2. *Motion of Honeywell International Inc. to Strike Objection of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee*; and

54493991.2

3. *Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee*

**PLEASE TAKE FURTHER NOTICE** that the Telephonic Conference will be held before The Honorable Kevin Gross on **Tuesday, August 23, 2016 at 1:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to participate in the Telephonic Conference must make arrangements with CourtCall at 1-866-582-6878.

Dated:  August 19, 2016
Wilmington, Delaware

        POLSINELLI PC

        */s/ Justin K. Edelson*
        Justin K. Edelson (Del. Bar No. 5002)
        222 Delaware Avenue, Suite 1101
        Wilmington, Delaware 19801
        Telephone: (302) 252-0920
        Facsimile: (302) 252-0921

        -AND-

        MCDERMOTT WILL & EMERY LLP
        Peter John Sacripanti *(admitted pro hac vice)*
        John J. Calandra *(admitted pro hac vice)*
        Darren Azman *(admitted pro hac vice)*
        340 Madison Avenue
        New York, New York 10173-1922
        Telephone: (212) 547-5400
        Facsimile: (212) 547-5444

        *Attorneys for Honeywell International Inc.*

54493991.2