# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>               Debtors. | Case No. 02-12687 (KG)<br>Case No. 00-4471 (KG)<br>Case No. 03-10495 (MFW)<br>Case No. 04-11300 (MFW)<br>Case No. 02-10429 (KG)<br>Case No. 00-3837 (KG)<br>Case No. 01-2471 (KG)<br>Case No. 01-2094 (KG)<br>Case No. 01-1139 (KJC) |

## MOTION AND ORDER FOR *PRO HAC VICE* OF ELIZABETH SIEG, ESQUIRE

I, Christian J. Singewald, a member of the Delaware bar, pursuant to the United States Bankruptcy Court for the District of Delaware Rule 9010-1, and the attached certification, hereby move for the admission *pro hac vice* of K. Elizabeth Sieg of McGuireWoods LLP, to represent party in interest, Ford Motor Company, in this action.

    Respectfully submitted,

    **WHITE AND WILLIAMS LLP**

    */s/Christian J. Singewald*
    **CHRISTIAN J. SINGEWALD (#3542)**
    **JAMES S. YODER (#2643)**
    824 N. Market Street, Suite 902
    Wilmington, DE 19801
    Phone: (302) 467-4510
    Facsimile: (302) 467-4547
    singewaldc@whiteandwilliams.com
    *Counsel for Ford Motor Company*

Dated: August 9, 2016

17534945v.1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Virginia, Supreme Court of the United States, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. District Court for the Eastern District of Virginia, and U.S. Bankruptcy Court for the Eastern District of Virginia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

**McGUIREWOODS LLP**

*/s/k. Elizabeth Sieg*
**K. ELIZABETH SIEG (#77314)**
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2257
bsieg@mcguirewoods.com

## ORDER

The application for admission to practice in this action *pro hac vice* is GRANTED.

**Dated: August 23rd, 2016**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

17534945v.1