# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 02-12687 (KG) |
| | ) | |
| ACANDS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Ref. Docket No. 3786 |
| | | |
| In re: | ) | Case No. 00-04471 (KG) |
| | ) | |
| ARMSTRONG WORLD INDUSTRIES, INC., *et al.*, | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 10851 |
| | | |
| In re: | ) | Case No. 03-10495 (KG) |
| | ) | |
| COMBUSTION ENGINEERING, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Ref. Docket No. 3539 |
| | | |
| In re: | ) | Case No. 04-11300 (KG) |
| | ) | |
| THE FLINTKOTE COMPANY, *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 9371 |
| | | |
| In re: | ) | Case No. 02-10429 (KG) |
| | ) | |
| KAISER ALUMINUM CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket Nos. 10387 |

T:\Clients\Asarco\Affidavits\Telephonic Conf Notice_DI 3786 in 02-12687, 10851 in 00-04471, 3539 in 03-10495, 9371 in 04-11300, 10387 in 02-10429_AFF_8-19-16_SS.docx

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Case No. 00-03837 (KG) |
|  | ) |  |
| OWENS CORNING, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Ref. Docket Nos. 21144 |
|  | ) |  |
| In re: | ) | Case No. 01-02471 (KG) |
|  | ) |  |
| UNITED STATES MINERAL PRODUCTS COMPANY, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Ref. Docket Nos. 4129 |
|  | ) |  |
| In re: | ) | Case No. 01-02094 (KG) |
|  | ) |  |
| USG CORPORATION, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Ref. Docket Nos. 12749 |
|  | ) |  |
| In re: | ) | Case No. 01-01139 (KG) |
|  | ) |  |
| W.R. GRACE & CO., *et al.*,, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Jointly Administered |
|  | ) |  |
|  | ) | Ref. Docket Nos. 32765 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FOREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2016, I caused to be served the "Notice of Telephonic Scheduling Conference," dated August 19, 2016 [Docket No. 3786 in Main Case No. 02-12687, Docket No. 10851 in Case No. 00-04471, Docket No. 3539 in Case No. 03-10495, Docket No. 9371 in Case No. 04-11300, Docket No. 10387 in Case No. 02-10429, Docket No. 21144 in Case No. 00-03837, Docket No. 4129 in Case No. 01-02471, Docket No. 12749 in Case No. 01-02094, and Docket No. 32765 in Case No. 01-01139], by causing true and correct copies to be:

   i. delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
22nd day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| Name | Fax Number |
|---|---|
| Ed Kosmowski | 302-635-1805 |
| Leslie C. MacLean | 214-357-7252 |
| Anne E. Joynt | 716-849-0708 |
| David M. Layton | 202-416-6392 |
| Robert Jacobs | 302-656-5875 |
| Marla Rosoff | 302-656-5875 |
| M.R. Eskin | 302-656-5875 |
| Joseph Frank | 312-276-0035 |
| Daniel DeFranceschi | 302-651-7701 |
| Jason Madron | 302-651-7701 |
| Zachary I. Shapiro | 302-651-7701 |
| Gregory M. Gordon | 214-969-5100 |
| Amanda M. Suzuki | 214-969-5100 |
| Matthew J. Petersen | 618-259-2251 |

# EXHIBIT B

**Email**

dkhogan@dkhogan.com
tom@kovachfirm.com
jjmcmonagle@vorys.com
szieg@ycst.com
madron@rlf.com
ams@saccullolegal.com
kovach@saccullolegal.com
einselbuch@capdale.com
amcmillan@capdale.com
kmaclay@capdale.com
tphillips@capdale.com
jrice@motleyrice.com
jbaden@motleyrice.com
eharron@ycst.com
jpatton@ycst.com
nramsey@mmwr.com
dwright@mmwr.com
kraus@waterskraus.com
lmaclean@waterskraus.com
RDL@lipsitzponterio.com
jwehner@capdale.com
mbellew@saul.com
saulbankruptcy@saul.com
mminuti@saul.com
dpacitti@saul.com
jryan@saul.com
msawczuk@saul.com
rhiggins@rogerhigginslaw.com
ljones@pszjlaw.com
joneill@pszjlaw.com