# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ACANDS, INC |
| **Case Number:** | 02-12687-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 23, 2016 01:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

1) TELECONFERENCE - VARIOUS MATTERS
    **R / M #:**   3,786 / 0

2) **ADM: 00-04471-KG**
    TELECONFERENCE - VARIOUS MATTERS
    **R / M #:**   10,851 / 0

3) **ADM: 03-10495-KG**
    TELECONFERENCE
    **R / M #:**   3,539 / 0

4) **ADM: 04-11300-KG**
    TELECONFERENCE
    **R / M #:**   9,371 / 0

5) **ADM: 02-10429-KG**
    TELECONFERENCE
    **R / M #:**   10,387 / 0

6) **ADM: 00-03837-KG**
    TELECONFERENCE
    **R / M #:**   21,144 / 0

7) **ADM: 01-02471-KG**
    TELECONFERENCE
    **R / M #:**   4,129 / 0

8) **ADM: 01-02094-KG**
    TELECONFERENCE
    **R / M #:**   12,749 / 0

9) **ADM: 01-01139-KG**
    TELECONFERENCE
    **R / M #:**   32,765 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

# Minute Entry

**(continue)...    02-12687-KG**          **TUESDAY, AUGUST 23, 2016 01:00 PM**

## *Proceedings:*

TELEPHONIC HEARING HELD. AGENDA ITEMS:
#1 - 2019 Motion - Hearing date 10/14/16 @ 10:30 am
#2 - Judge Gross will decide this matter on the papers
#3 - Hearing date 10/14/16 @ 10:30 am
Judge Gross will write letter to Judge Fitzgerald;