# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 08/23/2016
Calendar Time: 01:00 PM ET

Amended Calendar 08/23/2016 09:58 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Owens Corning | 00-03837 | Hearing | 7797606 | Adam H. Isenberg | 215-972-8662 | Saul Ewing LLP | Debtor, Owens Corning / LIVE |
| | | Owens Corning | 00-03837 | Hearing | 7799161 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| | | Owens Corning | 00-03837 | Hearing | 7799997 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Law Office of Peter Angelos / LISTEN ONLY |
| | | Owens Corning | 00-03837 | Hearing | 7797589 | Mark Minuti | (302) 421-6840 | Saul Ewing LLP | Debtor, Owens Corning / LIVE |
| | | Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 00-04471 | Hearing | 7799153 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| | | Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 00-04471 | Hearing | 7797993 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Armstrong World Industries Inc. / LIVE |
| | | Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 00-04471 | Hearing | 7800034 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Law Office of Peter Angelos / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7799323 | Lisa Esayian | (312) 862-2226 | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7797288 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7799167 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |

Erika Orozco ext. 886

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case | Type | | | Conf # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | | 7800057 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | | 7797196 | James E. O'Neill | (302) 778-6407 | Pachulski Stang Ziehl & Jones | Debtor, W.R. Grace & Co., et al / LIVE |
| USG Corporation and Warren H. Smith and Associates | 01-02094 | Hearing | | 7799164 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| USG Corporation and Warren H. Smith and Associates | 01-02094 | Hearing | | 7800073 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| United States Mineral Products Company and United States Mineral Products Company d/b/a ISOLA | 01-02471 | Hearing | | 7799162 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| United States Mineral Products Company and United States Mineral Products Company d/b/a ISOLA | 01-02471 | Hearing | | 7800081 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| Kaiser Aluminum Corporation | 02-10429 | Hearing | | 7800731 | Gregory M. Gordon | (214) 220-3759 | Jones Day | Debtor, Kaiser Aluminum Corporation / LIVE |
| Kaiser Aluminum Corporation | 02-10429 | Hearing | | 7799159 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| Kaiser Aluminum Corporation | 02-10429 | Hearing | | 7800090 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | | 7799103 | Joseph Frank | (312) 276-1432 | Frank Gecker LLP | Interested Party, Trust Advisory Commity / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | | 7799141 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | | 7798061 | Ryan D. Ledebur | (716) 849-0701 ext. 253 | Lipsitz & Ponterio | Interested Party, Ryan D. Ledebur / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | | 7799249 | Kevin Maclay | (202) 862-7841 ext. 00 | Caplin & Drysdale | Interested Party, Narco Tac / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | | 7798023 | Leslie C MacLean | (214) 357-6244 | Waters & Kraus | Interested Party, Waters & Kraus / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7800097 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7796908 | Deirdre Pacheco | (732) 855-6189 | Wilentz Goldman & Spitzer, P.A. | Creditor, John Smith / LISTEN ONLY |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7802368 | Matt J. Petersen | (618) 259-6302 | Simmons Hanley Conroy - Illinois | Debtor, Bill Cawfield, et al. / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7797230 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, Natalie D. Ramsey / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7797373 | Davis L. Wright | (215) 772-1500 | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, Davis L. Wright / LIVE |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 7797277 | Darren Azman | 212-547-5615 | McDermott Will & Emery LLP | Creditor, Honeywell International, Inc. / LIVE |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 7797269 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Honeywell International, Inc. / LIVE |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 7799154 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 7800119 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 7796963 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Richard L. Schepacarter / LIVE |
| The Flintkote Company and The Flintkote Company and Flintkote Mines Limited | 04-11300 | Hearing | 7800199 | Christina M. Craige | 213-896-6065 | Sidley Austin LLP | Debtor, The Flintkote Company / LIVE |
| The Flintkote Company and The Flintkote Company and Flintkote Mines Limited | 04-11300 | Hearing | 7799311 | Edwin Harron | 302-571-6703 | Young, Conaway Stargatt & Taylor, LLP | Representing, Legal Representative for Future Claimants, and interest party / LIVE |
| The Flintkote Company and The Flintkote Company and Flintkote Mines Limited | 04-11300 | Hearing | 7799156 | Thomas H. Kovach | (302) 293-4841 | A.M. Saccullo Legal | Interested Party, NARCO TAC / LIVE |
| The Flintkote Comany and The Flintkote Company and Flintkote Mines Limited | 04-11300 | Hearing | 7800147 | Paul Matheny | 410-649-2014 | Law Office of Peter Angelos | Interested Party, Paul Matheny / LISTEN ONLY |