**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ACANDS, INC., <br><br>     Debtor. | Case No. 02-12687 (KG) <br><br> Chapter 11 <br><br> **Re: Docket No. 3751** |
| In re: <br><br> ARMSTRONG WORLD INDUSTRIES, INC., *et al.*, <br><br>     Debtors. | Case No. 00-04471 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> **Re: Docket No. 10813** |
| In re: <br><br> COMBUSTION ENGINEERING, INC., <br><br>     Debtor. | Case No. 03-10495 (KG) <br><br> Chapter 11 <br><br> **Re: Docket No. 3502** |
| In re: <br><br> THE FLINTKOTE COMPANY, *et al.*, <br><br>     Debtors. | Case No. 04-11300 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> **Re: Docket No. 9338** |
| In re: <br><br> KAISER ALUMINUM CORPORATION, *et al.*, <br><br>     Debtors. | Case No. 02-10429 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> **Re: Docket No. 10351** |

2

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>      Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 21106** |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>      Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 4094** |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>      Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 12711** |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>      Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 32718** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 30, 2016, Honeywell International Inc. ("Honeywell") filed its *Motion for Access to Rule 2019 Exhibits* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion were to be filed on or before July 26, 2016 at 4:00 p.m. (ET) (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 14, 2016 at 10:30 a.m. (ET)** before the Honorable Kevin Gross at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated:  August 31, 2016
        Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

MCDERMOTT WILL & EMERY LLP
Peter John Sacripanti *(admitted pro hac vice)*
John J. Calandra *(admitted pro hac vice)*
Darren Azman *(admitted pro hac vice)*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel for Honeywell International Inc.*