# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (KG) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | **Re: Docket Nos. 32772, 32771, 18821** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Anderson Memorial Hospital, a creditor, by and through its undersigned counsel, and pursuant to 28 U.S.C. §158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 8003-1, hereby appeals: (a) from the Order dated August 25, 2016 [Docket No. 32772] entered by the Honorable Kevin J. Carey and the Opinion related to the Order, entered August 25, 2016 [Docket No. 32771] denying Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Class Certification (attached together hereto as **Exhibit A**); and (b) from the Order dated May 29, 2008 [Docket No. 18821] entered by the Honorable Judith K. Fitzgerald and the Opinion related to the Order, entered May 29, 2008 [Docket No. 18821] Denying With Prejudice Motion of Anderson Memorial Hospital For Class Certification (attached together hereto as **Exhibit B**) in the above-captioned bankruptcy case.

The names of all parties to the Orders and Opinions appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| **REORGANIZED DEBTORS** | Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-4100<br><br>John Donley, Esq.<br>Adam Paul, Esq.<br>Lisa G. Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000 |
| **PROPERTY DAMAGE FUTURE CLAIMANTS' REPRESENTATIVE** | Alan B. Rich, Esquire<br>Attorney and Counselor<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>(214) 744-5100 |

| | |
|---|---|
| Dated: September 8, 2016 | FERRY JOSEPH, P.A.<br><br>/s/ Theodore J. Tacconelli<br>Theodore J. Tacconelli (No. 2678)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899<br>(302) 575-1555<br>Local Counsel for Anderson Memorial Hospital<br><br>-and-<br><br>David L. Rosendorf, Esq.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800<br>Counsel for Anderson Memorial Hospital<br><br>-and-<br><br>Daniel A. Speights, Esq.<br>A. Gibson Solomons, Esq.<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue East<br>P.O. Box 685<br>Hampton, SC 29924<br>(803) 943-4444<br>Counsel for Anderson Memorial Hospital |