**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Appeal was made on September 8, 2016 upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

John Donley, P.C.
Lisa G. Esayian, Esq.
Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, Illinois 60654

Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Under penalty of perjury, I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　 /s/ Theodore J. Tacconelli
　　　　　　　　　　　　　　　　　　　　Theodore J. Tacconelli (No. 2678)