# Notice Recipients

District/Off: 0311−1     User: SH     Date Created: 9/8/2016
Case: 01−01139−KG     Form ID: van440     Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Alan B. Rich | 1201 Main Street   Suite 1910   LB 201   Dallas, TX 75202 |
| aty | James E. O'Neill | Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |
| aty | Theodore J. Tacconelli | Ferry & Joseph PC   824 Market Street   Suite 904   Wilmington, DE 19899 |
| 2134566 | A.J. Seiler Inc.   James B. Seiler   7350 Sheed Rd   USPS indicates invalid address | |
| | David Rosendorf   KOZYAK TROPIN & THROCKMORTON, P.A.   2525 Ponce de Leon, 9th Floor   Coral Gables, FL 33134 | |
| | Daniel A. Speights, Esq   SPEIGHTS & RUNYAN   200 Jackson Avenue East   P.O. Box 685   Hampton, SC 29924 | |
| | A. Gibson Solomons, Esq.   SPEIGHTS & RUNYAN   200 Jackson Avenue East   P.O. Box 685   Hampton, SC 29924 | |
| | John Donley, Esq   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | |
| | Adam Paul, Esq.   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 | |

TOTAL: 11