# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1] ) | Case No. 01-01139 (KG) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Hearing Date: November 30, 2016 at 11:00 a.m. |
| | Re: Docket Nos.: 32673, 32697, 32704, 32705, 25040, 25154 and 929579 |

## NOTICE OF RESCHEDULED HEARING ON REORGANIZED DEBTORS' MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM

PLEASE TAKE NOTICE that the *Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim* (the "Motion") was previously scheduled to be heard on November 9, 2016 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the Court has cancelled the hearing scheduled for November 9, 2016 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. GROSS, AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801 ON **NOVEMBER 30, 2016 AT 11:00 A.M.** PREVAILING EASTERN TIME.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Dated: November 2, 2016

        KIRKLAND & ELLIS LLP
        John Donley, P.C.
        Lisa Esayian
        Bryan Vincent Uelk
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        and

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Reorganized Debtors