IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (MFW) |
| The Flintkote Company | Case No. 04-11300 (MFW) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KJC) |
| Debtors. | |

## NOTICE OF APPEAL

Ford Motor Company ("Ford"), by and through its undersigned counsel, hereby appeals to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from (i) the *Order* (the "Order")[1] and (ii) the *Opinion Re Motion of Honeywell International, Inc. for Access to Rule 2019 Exhibits* (the "Opinion"),[2] each entered by the Bankruptcy Court on November 8, 2016, copies of which are attached hereto as Exhibits A & B respectively, and (iii) all adverse orders rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order or the Opinion.

The names of all parties to the Order and Opinion appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] This Order was filed in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[2] This Opinion was filed in: Case No. 02-12687 at Docket No. 3809; Case No. 00-04471 at Docket No. 10875; Case No. 03-10495 at Docket No. 3561; Case No. 04-11300 at Docket No. 9397; Case No. 02-10429 at Docket No. 10414; Case No. 00-03837 at Docket No. 21172; Case No. 01-02471 at Docket No. 4158; Case No. 01-02094 at Docket No. 12773; and Case No. 01-01139 at Docket No. 32788

18093855v.1

1.  Movant-Appellant Ford is represented by:

    Christian J. Singewald
    WHITE AND WILLIAMS LLP
    824 Market Street, Suite 902
    P.O. Box 709
    Wilmington, Delaware 19899-0709
    Telephone: (302) 467-4524
    Facsimile: (302) 467-4554

    -AND-

    K. Elizabeth Sieg
    MCGUIREWOODS LLP
    800 East Canal Street
    Richmond, Virginia 23219
    Telephone: (804) 775-1000
    Facsimile: (804) 698-2255

2.  Movant-Appellant Honeywell International Inc. is represented by:

    Justin Edelson
    POLSINELLI PC
    222 Delaware Avenue, Suite 1101
    Wilmington, Delaware 19801
    Telephone: (302) 252-0920
    Facsimile: (302) 252-0921

    -AND-

    Peter John Sacripanti
    John J. Calandra
    Darren Azman
    MCDERMOTT WILL & EMERY LLP
    340 Madison Avenue
    New York, New York 10173
    Telephone: (212) 547-5400
    Facsimile: (212) 547-5444

3.  Appellees Reorganized Debtors W.R. Grace & Co., *et al.* are represented by:

    Laura Davis Jones
    James E. O'Neill
    PACHULSKI STANG ZIEHL & JONES LLP
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

-AND-

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone: (312) 836-4047

4. Appellees Reorganized Debtors Owens Corning, *et al.* are represented by:

Mark Minuti
Lucian Murley
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
Telephone: (302) 421-6898
Facsimile: (302) 421-5864

-AND-

Adam H. Isenberg
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 972-8662

5. Appellee The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee is represented by:

Anthony M. Saccullo
Thomas H. Kovach
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787

-AND-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

        Ann C. McMillan
Kevin C. Maclay
Todd E. Phillips
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

6. Appellee Jacobs & Crumplar, P.A. is represented by:

Thomas Crumplar
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Telephone: (302) 656-5445
Facsimile: (302) 656-5875

7.  Appellees the ACandS, Inc. Asbestos Settlement Trust Advisory Committee, the Armstrong World Industries, Inc. Asbestos Personal Injury Trust Advisory Committee, The Flintkote Company Asbestos Personal Injury Trust Advisory Committee, the Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust Advisory Committee, the Owens Corning/Fibreboard Asbestos Personal Injury Trust Advisory Committee, the United States Gypsum Asbestos Personal Injury Trust Advisory Committee, the United States Mineral Products Company Asbestos Personal Injury Trust Advisory Committee, and the WRG Asbestos Personal Injury Trust Advisory Committee are represented by:

    Anthony M. Saccullo
    Thomas H. Kovach
    A.M. SACCULLO LEGAL, LLC
    27 Crimson King Drive
    Bear, Delaware 19701
    Telephone: (302) 836-8877

        -AND-

    Elihu Inselbuch
    CAPLIN & DRYSDALE, CHARTERED
    600 Lexington Avenue, 21st Floor
    New York, New York 10022
    Telephone: (212) 379-6000
    Facsimile: (212) 379-6001

    Ann C. McMillan
    Kevin C. Maclay
    Todd E. Phillips
    CAPLIN & DRYSDALE, CHARTERED
    One Thomas Circle, NW
    Suite 1100
    Washington, DC 20005
    Telephone: (202) 862-5000
    Facsimile: (202) 429-3301

8.  Appellee Motley Rice, LLC is represented by:

    Daniel K. Hogan
    HOGAN MCDANIEL
    1311 Delaware Avenue
    Wilmington, Delaware 19806
    Telephone: (302) 656-7540
    Facsimile: (302) 656-7599

        -AND-

Joseph F. Rice
John A. Baden, IV
MOTLEY RICE, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9440

9. Appellee James J. McMonagle, the Future Claimants' Representative for the Flintkote Asbestos Trust, is represented by:

James L. Patton, Jr.
Edwin J. Harron
Sharon M. Zieg
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

10. Appellee Simmons Hanly Conroy LLC is represented by:

Edward J. Kosmowski
THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC
2 Mill Road, Suite 202
Wilmington, Delaware 19806
Telephone: (302) 351-9010
Facsimile: (302) 635-1805

-AND-

Matthew J. Peterson
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

11. Appellee Lawrence Fitzpatrick, the Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust, is represented by:

James L. Patton, Jr.
Edwin J. Harron
Sharon M. Zieg
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street

      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

12. Appellee Waters Kraus & Paul is represented by:

      Natalie D. Ramsey
      Davis Lee Wright
      MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
      1105 North Market Street, 15th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 504-7800
      Facsimile: (302) 504-7820

      -AND-

      Peter A. Kraus
      Leslie MacLean
      WATERS KRAUS & PAUL
      3219 McKinney Avenue
      Dallas, Texas 75204
      Telephone: (214) 357-6244
      Facsimile: (214) 357-7252

13. Appellee Lipsitz & Ponterio LLC is represented by:

      Natalie D. Ramsey
      Davis Lee Wright
      MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
      1105 North Market Street, 15th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 504-7800
      Facsimile: (302) 504-7820

      -AND-

      John N. Lipsitz
      Ryan D. Ledebur
      LIPSITZ & PONTERIO, LLC
      135 Delaware Avenue, 5th Floor
      Buffalo, New York 14202
      Telephone: (716) 849-0701
      Facsimile: (716) 849-0708

14. Appellees unidentified claimants represented by Ashcraft & Gerel, LLP are represented by:

  David M. Layton
Ashcraft & Gerel, LLP
10 East Baltimore Street, Suite 1212
Baltimore, Maryland 21202
Telephone: (410) 539-1122
Facsimile: (410) 547-1261

15. Appellee the Trust Advisory Committee of the Combustion Engineering 524(g) Asbestos PI Trust is represented by:

  Joseph D. Frank
Reed Heiligman
FRANKGECKER, LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035

16. Appellees Reorganized Debtors Armstrong World Industries, Inc., *et al.* are represented by:

  Mark D. Collins
Jason Madron
RICHARDS LAYTON & FINGER, PA
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

  -AND-

  Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

17. The Office of the United States Trustee is represented by:

  Richard L. Schepacarter
Office of the U.S. Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

18093855v.1

Dated: November 22, 2016
       Wilmington, Delaware

FORD MOTOR COMPANY

*s/Christian J. Singewald*
Christian J. Singewald (Del. Bar No. 3542)
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4524
Facsimile: (302) 467-4554

  -AND-

K. Elizabeth Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

*Counsel for Ford Motor Company*