**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | |
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (MFW) |
| The Flintkote Company | Case No. 04-11300 (MFW) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KJC) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Christian J. Singewald, being duly sworn according to law, depose and say that I am employed by White and Williams, LLP, which is counsel to Ford Motor Company, and on the 22nd day of November, 2016, I caused a copy of the *NOTICE OF APPEAL* to be electronically served via ECF upon all counsel of record in the above captioned bankruptcy cases.

**WHITE AND WILLIAMS LLP**

*/s/Christian J. Singewald*
**CHRISTIAN J. SINGEWALD (#3542)**
824 N. Market Street, Suite 902
Wilmington, DE 19801
Phone: (302) 467-4510
Facsimile: (302) 467-4547
singewaldc@whiteandwilliams.com
*Counsel for Ford Motor Company*