**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

**PLEASE TAKE NOTICE** that William E. Chipman, Jr. of Chipman Brown Cicero & Cole, LLP hereby requests to be removed from the ECF service list for the above-captioned case.

Please remove as follows:

    Email: chipman@chipmanbrown.com
            bankruptcyservice@chipmanbrown.com

Dated: November 23, 2016
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:       chipman@chipmanbrown.com

*Counsel for Thumb Tool & Engr Company*