## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

**PLEASE TAKE NOTICE** that William E. Chipman, Jr. of Chipman Brown Cicero & Cole, LLP hereby requests to be removed from the ECF service list for the above-captioned case.

Please remove as follows:

Email: chipman@chipmanbrown.com
bankruptcyservice@chipmanbrown.com

Dated: November 23, 2016            **CHIPMAN BROWN CICERO & COLE, LLP**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　*/s/ William E. Chipman, Jr.*
　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　Facsimile:　(302) 295-0199
　　　　　　　　　　　　　　　Email:　　　chipman@chipmanbrown.com

　　　　　　　　　　　　　　　*Counsel for ExxonMobile*