# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 11/23/2016 |
| Case: 01−01139−KG | Form ID: van440 | Total: 31 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty    Christian J. Singewald    White and Williams LLP    824 N. Market Street    Suite 902    P.O. Box 709    Wilmington, DE 19899
aty    Daniel K. Hogan    Hogan McDaniel    1311 Delaware Ave    Wilmington, DE 19806
aty    Darren Azman    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173−1922
aty    Davis Lee Wright    Montgomery McCracken Walker & Rhoads LLP    1105 North Market Street    Suite 1500    Wilmington, DE 19801
aty    Edward J. Kosmowski    The Law Office of Edward J. Kosmowski    2 Mill Road    Suite 202    Wilmington, DE 19806
aty    Elihu Inselbuch    Caplin & Drysdale, Chartered    375 Park Avenue, 35th Floor    New York, NY 10152−3500
aty    James E. O'Neill    Pachulski Stang Ziehl & Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705
aty    James S. Yoder    White and Williams LLP    824 North Market Street, Suite 902    P.O. Box 709    Wilmington, DE 19899−0709
aty    John J. Calandra    McDermott Will & Emery LLP    340 Madison Avenue    NewYork, NY 10173−1922
aty    Justin K. Edelson    Polsinelli PC    222 Delaware Avenue    Suite 1101    Wilmington, DE 19801
aty    K Elizabeth Sieg    McGuireWoods LLP    Gateway Plaza    800 East Canal Street    Richmond, VA 23219−3916
aty    Laura Davis Jones    Pachulski Stang Ziehl & Jones LLP    919 North Market Street, 17th Floor    Wilmington, DE 19801
aty    Natalie D. Ramsey    Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801
aty    Peter John Sacripanti    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173−1922
aty    Richard L. Schepacarter    Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801
aty    Roger J. Higgins, P.C.    The Law Offices of Roger Higgins LLC    111 East Wacker Driver    Suite 2800    Chicago, IL 60601
aty    Thomas Carl Crumplar    Jacobs & Crumplar, P.A.    2 East 7th Street, P.O. Box 1271    Wilmington, DE 19899
aty    Thomas H. Kovach    A.M. Saccullo Legal    27 Crimson King Drive    Bear, DE 19701
       Saul Ewing LLP    1201 N. Market Street, Suite 2300    Wilmington, DE 19801
       Saul Ewing LLP    1500 Market Street, 38th Floor    Philadelphia, PA 19102
       Anthony Saccullo    27 Crimson Legal LLC    Bear, DE 19701
       Caplin & Drysdale Chartered    One Thomas Circle NW    Suite 1100    Washington, DC 20005
       Motley Rice LLC    28 Bridgeside Blvd    PO Box 1792    Mount Pleasant, SC 29465
       Young Conaway Stargatt Taylor LLP    1000 N. King St    Wilmington, DE 19801
       Matthew Peterson    One Court Street    Alton, IL 62002
       Waters Kraus & Paul    3219 McKinney Ave    Dallas, TX 75204
       Lipsitz & Ponterio LLC    135 Delaware Ave, 5th Floor    Buffalo, NY 14202
       David Layton    10 East Baltimore Street, Suite 1212    Baltimore, MD 21202
       FrankGecker LLP    325 N. LaSalle St., Suite 625    Chicago, IL 60654
       Richards Layton Finger PA    920 N. King St.    Wilmington, DE 19801
       Stephen Karotkin    767 Fifth Avenue    New York, NY 10153

TOTAL: 31