# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ACANDS, INC., <br><br>       Debtor. | Case No. 02-12687 (KG) <br><br> Chapter 11 <br><br> Re: Docket Nos. 3820, 3828, 3830 and 3831 |
| In re: <br><br> ARMSTRONG WORLD INDUSTRIES, INC., *et al.*, <br><br>       Debtors. | Case No. 00-04471 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> Re: Docket Nos. 10886, 10893, 10895 and 10896 |
| In re: <br><br> COMBUSTION ENGINEERING, INC., <br><br>       Debtor. | Case No. 03-10495 (KG) <br><br> Chapter 11 <br><br> Re: Docket Nos. 3573, 3581, 3583 and 3584 |
| In re: <br><br> THE FLINTKOTE COMPANY, *et al.*, <br><br>       Debtors. | Case No. 04-11300 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> Re: Docket Nos. 9409, 9417, 9419 and 9420 |
| In re: <br><br> KAISER ALUMINUM CORPORATION, *et al.*, <br><br>       Debtors. | Case No. 02-10429 (KG) <br><br> Chapter 11 <br><br> Jointly Administered <br><br> Re: Docket Nos. 10424, 10432, 10434 and 10435 |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>      Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Ref. Docket Nos. 21184, 21192 – 21194 |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>      Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 4168, 4176 – 4178 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>      Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 12784, 12791, 12793 and 12794 |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>      Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 929583, 929592, 929594 and 929595 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2016, I caused to be served the:

   a. "Motion of Honeywell International Inc. for Stay Pending Appeal," dated November 23, 2016 [Docket No. 3820 in Main Case No. 02-12687, Docket No. 10886 in Case No. 00-04471, Docket No. 3573 in Case No. 03-10495, Docket No. 9409 in Case No. 04-11300, Docket No. 10424 in Case No. 02-10429, Docket No. 21184 in Case No. 00-03837, Docket No. 4168 in Case No. 01-02471, Docket No. 12784 in Case No. 01-02094, and Docket No. 929583 in Case No. 01-01139],

   b. "Order Granting *Ex Parte* Motion of Honeywell International, Inc. to Shorten Notice of Hearing on Motion of Honeywell International, Inc. for Stay Pending Appeal," dated November 29, 2016 [Docket No. 3828 in Main Case No. 02-12687, Docket No. 10893 in Case No. 00-04471, Docket No. 3581 in Case No. 03-10495, Docket No. 9417 in Case No. 04-11300, Docket No. 10432 in Case No. 02-10429, Docket No. 21192 in Case No. 00-03837, Docket No. 4176 in Case No. 01-02471, Docket No. 12791 in Case No. 01-02094, and Docket No. 929592 in Case No. 01-01139],

   c. "Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Stay Pending Appeal," dated November 29, 2016 [Docket No. 3830 in Main Case No. 02-12687, Docket No. 10895 in Case No. 00-04471, Docket No. 3583 in Case No. 03-10495, Docket No. 9419 in Case No. 04-11300, Docket No. 10434 in Case No. 02-10429, Docket No. 21193 in Case No. 00-03837, Docket No. 4177 in Case No. 01-02471, Docket No. 12793 in Case No. 01-02094, and Docket No. 929595 in Case No. 01-01139],

   d. "Notice of Hearing," dated November 29, 2016 [Docket No. 3831 in Main Case No. 02-12687, Docket No. 10896 in Case No. 00-04471, Docket No. 3584 in Case No. 03-10495, Docket No. 9420 in Case No. 04-11300, Docket No. 10435 in Case No. 02-10429, Docket No. 21194 in Case No. 00-03837, Docket No. 4178 in Case No. 01-02471, Docket No. 12794 in Case No. 01-02094, and Docket No. 929583 in Case No. 01-01139],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

>*/s/ Forrest Kuffer*
> Forrest Kuffer

Sworn to before me this
1st day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

# HONEYWELL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAM H. ISENBERG | SAUL EWING LLP 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| ANN C. MCMILLAN | KEVIN C. MACLAY TODD E. PHILLIPS CAPLIN & DRYSDALE, CHARTERED ONE THOMAS CIRCLE, NW, SUITE 1100 WASHINGTON DC 20005 |
| ANTHONY M. SACCULLO | THOMAS H. KOVACH A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| CHRISTIAN J. SINGEWALD | JAMES S. YODER WHITE & WILLIAMS LLP 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| DANIEL K. HOGAN | HOGAN MCDANIEL 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| DAVID M. LAYTON | ASHCRAFT & GEREL, LLP 10 EAST BALTIMORE STREET, SUITE 1212 BALTIMORE MD 21202 |
| EDWARD J. KOSMOWSKI | THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC 2 MILL ROAD, SUITE 202 WILMINGTON DE 19806 |
| ELIHU INSELBUCH | CAPLIN & DRYSDALE, CHARTERED 600 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| JAMES L. PATTON, JR. | EDWIN J. HARRON SHARON M. ZIEG YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 NORTH KING STREET WILMINGTON DE 19801 |
| JOHN N. LIPSITZ | RYAN D. LEDEBUR LIPSITZ & PONTERIO, LLC 135 DELAWARE AVENUE, 5TH FLOOR BUFFALO NY 14202 |
| JOSEPH D. FRANK | REED HEILIGMAN FRANKGECKER, LLP 325 N. LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| JOSEPH F. RICE | JOHN A. BADEN, IV MOTLEY RICE, LLC 28 BRIDGESIDE BLVD. P.O. BOX 1792 MOUNT PLEASANT SC 29465 |
| K. ELIZABETH SIEG | MCGUIREWWOODS LLP 800 EAST CANAL STREET RICHMOND VA 23219 |
| LAURA DAVIS JONES | JAMES E. O'NEILL PACHULSKI STANG ZIEHL & JONES LLP 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899 |
| MARK D. COLLINS | JASON MADRON RICHARDS LAYTON & FINGER, PA 920 NORTH KING STREET WILMINGTON DE 19801 |
| MARK MINUTI | LUCIAN MURLEY SAUL EWING LLP 1201 NORTH MARKET STREET, SUITE 2300 WILMINGTON DE 19801 |
| MATTHEW J. PETERSON | SIMMONS HANLY CONROY, LLC ONE COURT STREET ALTON IL 62002 |
| NATALIE D. RAMSEY | DAVIS LEE WRIGHT MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP 1105 NORTH MARKET STREET, 15TH FLOOR WILMINGTON DE 19801 |
| PETER A. KRAUS | LESLIE MACLEAN WATERS KRAUS & PAUL 3219 MCKINNEY AVENUE DALLAS TX 75204 |
| RICHARD L. SCHEPACARTER | OFFICE OF THE U.S. TRUSTEE U.S. DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19801 |
| ROGER J. HIGGINS | THE LAW OFFICES OF ROGER HIGGINS 111 EAST WACKER DRIVE SUITE 2800 CHICAGO IL 60601 |
| STEPHEN KAROTKIN | WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| THOMAS CRUMPLAR | JACOBS & CRUMPLAR, P.A. 2 EAST 7TH STREET P.O. BOX 1271 WILMINGTON DE 19899 |

**Total Creditor count  23**