**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

| | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |

Debtors.

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER SCHEDULING HEARING DATE**

The undersigned hereby certifies that he has obtained from the Court the hearing

date set forth on the proposed order attached hereto as <u>Exhibit A</u>.

Dated: December 15, 2016
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to James J. McMonagle, the Future Claimants'
Representative for The Flintkote Asbestos Trust, and
Lawrence Fitzpatrick, the Future Claimants'
Representative for the North American Refractories
Company Asbestos Personal Injury Settlement Trust