**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| ACandS, Inc. | Case No. 02-12687 (KG) **(Ref. Docket No. _____)** |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) **(Ref. Docket No. _____)** |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) **(Ref. Docket No. _____)** |
| The Flintkote Company | Case No. 04-11300 (KG) **(Ref. Docket No. _____)** |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) **(Ref. Docket No. _____)** |
| Owens Corning | Case No. 00-3837 (KG) **(Ref. Docket No. _____)** |
| US Mineral Products Company | Case No. 01-2471 (KG) **(Ref. Docket No. _____)** |
| USG Corp. | Case No. 01-2094 (KG) **(Ref. Docket No. _____)** |
| W.R. Grace & Co. | Case No. 01-1139 (KG) **(Ref. Docket No. _____)** |
| Debtors. | |

**ORDER SCHEDULING HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court hereby schedules the following hearing date in the above-captioned cases:

**January 27, 2017, at 10:00 a.m. (ET)**