**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |
| Debtors. | **Objection Deadline: January 13, 2017, at 4:00 p.m. (ET)**<br>**Hearing Date: January 27, 2017, at 10:00 a.m. (ET)** |

**NOTICE OF JOINT MOTION OF THE NARCO TAC AND THE FCRS TO RECONSIDER, OR VACATE, CORRECTING ORDER**

**PLEASE TAKE NOTICE** that the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee (the "NARCO TAC"), James J. McMonagle, the Future Claimants' Representative for The Flintkote Asbestos Trust, and Lawrence Fitzpatrick, the Future Claimants' Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust (collectively, the "FCRs" and, together with the NARCO TAC, the "Movants"), have filed the attached *Joint Motion of the NARCO TAC and the FCRs to Reconsider, or Vacate, Correcting Order* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **January 13, 2017, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to the Movants so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JANUARY 27, 2017, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 15, 2016

*/s/ Thomas H. Kovach*
Anthony M. Saccullo
Thomas H. Kovach
A. M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
E-mail: ams@saccullolegal.com

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001
E-mail: einselbuch@capdale.com

Ann C. McMillan, Esq.
Kevin C. Maclay, Esq.
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
E-mail: amcmillan@capdale.com
kmaclay@capdale.com
tphillips@capdale.com

*Counsel to the NARCO TAC*

*/s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: jpatton@ycst.com
eharron@ycst.com
szieg@ycst.com

*Counsel to the FCRs*