# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No. 02-12687 (Rel. Dkt. Nos. 3751 & _____)<br>Case No. 00-4471 (Rel. Dkt. Nos. 10813 & _____)<br>Case No. 03-10495 (Rel. Dkt. Nos. 3502 & _____)<br>Case No. 04-11300 (Rel. Dkt. Nos. 9338 & _____)<br>Case No. 02-10429 (Rel. Dkt. Nos. 10351 & _____)<br>Case No. 00-3837 (Rel. Dkt. Nos. 21106 & _____)<br>Case No. 01-2471 (Rel. Dkt. Nos. 4094 & _____)<br>Case No. 01-2094 (Rel. Dkt. Nos. 12711 & _____)<br>Case No. 01-1139 (Rel. Dkt. Nos. 32718 & _____) |
|---|---|

## ORDER VACATING CORRECTING ORDER

Upon the motion (the "**Motion**")[1] of the North American Refractories Company Trust Advisory Committee (the "**NARCO TAC**"), James J. McMonagle, the Future Claimants' Representative for The Flintkote Asbestos Trust, and Lawrence Fitzpatrick, the Future Claimants' Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust (collectively, the "**FCRs**" and, together with the NARCO TAC, the "**Movants**"), for entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9023 and 9024, reconsidering, or vacating, the Correcting Order; and the Court finding that it has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012, that this is a core matter within the meaning of 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court finding due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

    1.    The Motion is GRANTED.

    2.    The Correcting Order is hereby vacated.

    3.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
       Wilmington, Delaware

                                              _____
                                              Kevin Gross
                                              United States Bankruptcy Judge