# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

| | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (KG) **(Ref. Docket No. 3857)** |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) **(Ref. Docket No. 10924)** |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) **(Ref. Docket No. 3610)** |
| The Flintkote Company | Case No. 04-11300 (KG) **(Ref. Docket No. 9447)** |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) **(Ref. Docket No. 10461)** |
| Owens Corning | Case No. 00-3837 (KG) **(Ref. Docket No. 21221)** |
| US Mineral Products Company | Case No. 01-2471 (KG) **(Ref. Docket No. 4205)** |
| USG Corp. | Case No. 01-2094 (KG) **(Ref. Docket No. 12820)** |
| W.R. Grace & Co. | Case No. 01-1139 (KG) **(Ref. Docket No. 32801)** |

Debtors.

## ORDER SCHEDULING HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court hereby schedules the following hearing date in the above-captioned cases:

**January 27, 2017, at 10:00 a.m. (ET)**

**Dated: December 16th, 2016**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE