```
```
Case 01-01139-AMC   Doc 32805   Filed 12/16/16   Page 1 of 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Casey S. Cathcart, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to James J. McMonagle, the Future Claimants' Representative for The Flintkote Asbestos Trust, and Lawrence Fitzpatrick, the Future Claimants' Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust, and that on December 16, 2016, she caused a copy of the *Order Scheduling Hearing Date* [Docket Nos. 3860, 10927, 3613, 9450, 10464, 21224, 4208, 12823, and 32804] to be served as indicated upon the parties identified on the attached service list.

_____
Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 16th day of December, 2016.

_____
Notary Public
My Commission Expires:

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 31, 2020

01:21323006.2

## SERVICE LIST

Via Hand Delivery

Christian J. Singewald
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19801

Laura Davis Jones
James E. O'Neill
PACHULSKI STANG
ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801

Mark D. Collins
Jason M. Madron
RICHARDS LAYTON & FINGER, PA
920 North King Street
Wilmington, Delaware 19801

Richard L. Schepacarter
Office of the U.S. Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

Justin Edelson
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Mark Minuti
Lucian Murley
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801

Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801

Via First Class Mail

Anthony M. Saccullo
Thomas H. Kovach
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701

Ann C. McMillan
Kevin C. Maclay
Todd E. Phillips
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW Suite 1100
Washington, DC 20005

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022

K. Elizabeth Sieg
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219

01:21323006.2

Peter John Sacripanti
John J. Calandra
Darren Azman
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173

Adam H. Isenberg
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102

Joseph F. Rice
John A. Baden, IV
MOTLEY RICE, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465

Matthew J. Peterson
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

John N. Lipsitz
Ryan D. Ledebur
LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202

Joseph D. Frank
Reed Heiligman
FRANK/GECKER, LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654

Daniel K. Hogan
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Thomas Crumplar
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Edward J. Kosmowski
THE LAW OFFICE OF
EDWARD J. KOSMOWSKI, LLC
2 Mill Road, Suite 202
Wilmington, Delaware 19806

Peter A. Kraus
Leslie MacLean
WATERS KRAUS & PAUL
3219 McKinney Avenue
Dallas, Texas 75204

David M. Layton
ASHCRAFT & GEREL, LLP
10 East Baltimore Street, Suite 1212
Baltimore, Maryland 21202

Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153