# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br><br>        Debtors. | Case No. 02-12687 (KG)<br><br>**Re: Docket Nos. 3810, 3814, 3816, 3839, 3841** |
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1078 (LPS)<br><br>BAP No. 16-59 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1099 (LPS)<br><br>BAP No. 16-68 |
| IN RE:<br><br>Armstrong World Industries, Inc.<br><br>        Debtors. | Case No. 00-4471 (KG)<br><br>**Re: Docket Nos. 10876, 10880, 10881, 10904, 10906** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br><br> Appellant, <br><br> v. <br><br> THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, <br><br> Appellee. | Case No. 16-1084 (LPS) <br><br> BAP No. 16-54 |
| FORD MOTOR COMPANY, <br><br> Appellant, <br><br> v. <br><br> THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, <br><br> Appellee. | Case No. 16-1100 (LPS) <br><br> BAP No. 16-63 |
| IN RE: <br><br> Combustion Engineering, Inc. <br><br> Debtors. | Case No. 03-10495 (KG) <br><br> **Re: Docket Nos. 3562, 3566, 3567, 3592, 3594** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1081 (LPS)<br><br>BAP No. 16-60 |
| FORD MOTOR COMPANY,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1101 (LPS)<br><br>BAP No. 16-69 |
| IN RE:<br><br>The Flintkote Company<br><br>   Debtors. | Case No. 04-11300 (KG)<br><br>**Re: Docket Nos. 9398, 9402, 9403, 9429, 9430** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1079 (LPS)<br><br>BAP No. 16-61 |
| FORD MOTOR COMPANY,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1102 (LPS)<br><br>BAP No. 16-70 |
| IN RE:<br><br>Kaiser Aluminum Corp.<br><br>   Debtors. | Case No. 02-10429 (KG)<br><br>**Re: Docket Nos. 10415, 10419, 10420, 10443, 10444** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1094 (LPS)<br><br>BAP No. 16-58 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>       Appellee. | Case No. 16-1103 (LPS)<br><br>BAP No. 16-67 |
| IN RE:<br><br>Owens Corning<br><br>        Debtors. | Case No. 00-3837 (KG)<br><br>**Re: Docket Nos. 21173, 21177, 21178, 21203, 21204** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1080 (LPS)<br><br>BAP No. 16-53 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>       Appellee. | Case No. 16-1104 (LPS)<br><br>BAP No. 16-62 |
| IN RE:<br><br>US Mineral Products Company<br><br>        Debtors. | Case No. 01-2471 (KG)<br><br>**Re: Docket Nos. 4159, 4163, 4164, 4187, 4188** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1093 (LPS)<br><br>BAP No. 16-57 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>       Appellee. | Case No. 16-1105 (LPS)<br><br>BAP No. 16-56 |
| IN RE:<br><br>USG Corp.<br><br>        Debtors. | Case No. 01-2094 (KG)<br><br>**Re: Docket Nos. 12774,12778, 12779, 12802, 12803** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1092 (LPS)<br><br>BAP No. 16-56 |
| FORD MOTOR COMPANY,<br><br>   Appellant,<br><br> v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>   Appellee. | Case No. 16-1106 (LPS)<br><br>BAP No. 16-65 |
| IN RE:<br><br>W.R. Grace & Co.<br><br>   Debtors. | Case No. 01-1139 (KG)<br><br>**Re: Docket Nos. 32788, 32793, 32794, 929605, 929606** |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br><br> Appellant, <br><br> v. <br><br> THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, <br><br> Appellee. | Case No. 16-1096 (LPS) <br><br> BAP No. 16-55 |
| FORD MOTOR COMPANY, <br><br> Appellant, <br><br> v. <br><br> THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, <br><br> Appellee. | Case No. 16-1098 (LPS) <br><br> BAP No. 16-64 |

**CROSS-APPELLANT AND APPELLEE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE'S STATEMENT OF ISSUES TO BE PRESENTED ON CROSS-APPEAL AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL**

The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee ("**NARCO TAC**"), by and through its undersigned counsel, hereby submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), its statement of issues to be presented on the cross-appeal and designation of additional items to be included on the record on appeal and cross-appeal with respect to (i) the *Order* (the

"**Order**")¹ and (ii) the *Opinion re Motion of Honeywell International, Inc. for Access to Rule 2019 Exhibits* (the "**Opinion**"),² each entered by the Bankruptcy Court on November 8, 2016, and (iii) all adverse orders rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order or the Opinion.

### ISSUES TO BE PRESENTED ON CROSS-APPEAL

The NARCO TAC states the following issues on cross-appeal:

1. Did the Bankruptcy Court err in allowing Honeywell and Ford access to the Rule 2019 Exhibits, which contain sensitive and personally-identifying information of individuals?

2. Did the Bankruptcy Court err in determining that Honeywell and Ford had a purpose for accessing the Rule 2019 Exhibits that was not improper?

---

¹ The Order was filed in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

² The Opinion was filed in: Case No. 02-12687 at Docket No. 3809; Case No. 00-04471 at Docket No. 10875; Case No. 03-10495 at Docket No. 3561; Case No. 04-11300 at Docket No. 9397; Case No. 02-10429 at Docket No. 10414; Case No. 00-03837 at Docket No. 21172; Case No. 01-02471 at Docket No. 4158; Case No. 01-02094 at Docket No. 12773; and Case No. 01-01139 at Docket No. 32787.

**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL**

The NARCO TAC designates the following items to be included in the record on appeal and cross-appeal, consisting of entries on the dockets in the above-captioned cases relevant to the issues on appeal and cross-appeal.

### Relevant Items from *In re ACandS, Inc.*, No. 02-12687

| D.I. | Date Filed | Description |
|---|---|---|
| 3720 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 3722 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |
| 3731 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 3745 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 3842 | 12/6/2016 | Cross Appeal |
| 3844 | 12/6/2016 | Cross Appeal |
| 3858 | 12/15/2016 | Motion for Reconsideration |

### Relevant Items from *In re Armstrong World Industries, Inc.*, No. 00-04471

| D.I. | Date Filed | Description |
|---|---|---|
| 10781 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 10783 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |
| 10792 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 10907 | 12/6/2016 | Cross Appeal |
| 10909 | 12/6/2016 | Cross Appeal |
| 10925 | 12/15/2016 | Motion for Reconsideration |

### Relevant Items from *In re Combustion Engineering, Inc.*, No. 03-10495

| D.I. | Date Filed | Description |
|---|---|---|
| 3475 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 3477 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing |

| D.I. | Date Filed | Description |
|---|---|---|
| | | Technologies LLC Access to 2019 Exhibits |
| 3486 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 3499 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 3587 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order |
| 3595 | 12/6/2016 | Cross Appeal |
| 3597 | 12/6/2016 | Cross Appeal |
| 3611 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re The Flintkote Company*, No. 04-11300**

| D.I. | Date Filed | Description |
|---|---|---|
| 7416 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 7509 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 8294 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 9347 | 7/26/2016 | Response in Opposition to Honeywell International Inc. and Ford Motor Company's Motion For Access to Rule 2019 Exhibits Filed by Jacobs & Crumplar, P.A. |
| 9424 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order |
| 9432 | 12/6/2016 | Cross Appeal |
| 9434 | 12/6/2016 | Cross Appeal |
| 9448 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re Kaiser Aluminum Corporation*, No. 02-10429**

| D.I. | Date Filed | Description |
|---|---|---|
| 10306 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 10332 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 10438 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order Filed by Honeywell International, Inc. |
| 10446 | 12/6/2016 | Cross Appeal |
| 10448 | 12/6/2016 | Cross Appeal |
| 10462 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re Owens Corning*, No. 00-03837**

| D.I. | Date Filed | Description |
|---|---|---|
| 21067 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 21069 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |
| 21078 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 21096 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 21197 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order Filed by Honeywell International, Inc. |
| 21206 | 12/6/2016 | Cross Appeal |
| 21208 | 12/6/2016 | Cross Appeal |
| 21222 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re USG Corporation*, No. 01-02094**

| D.I. | Date Filed | Description |
|---|---|---|
| 12680 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 12683 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |
| 12692 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 12707 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 12797 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order Filed by Honeywell International, Inc. |
| 12805 | 12/6/2016 | Cross Appeal |
| 12807 | 12/6/2016 | Cross Appeal |
| 12821 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re United States Mineral Products Company*, No. 01-02471**

| D.I. | Date Filed | Description |
|---|---|---|
| 3988 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 3990 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |

| D.I. | Date Filed | Description |
|---|---|---|
| 3999 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 4023 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 4181 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order |
| 4190 | 12/6/2016 | Cross Appeal |
| 4192 | 12/6/2016 | Cross Appeal |
| 4206 | 12/15/2016 | Motion for Reconsideration |

**Relevant Items from *In re W.R. Grace & Co.*, No. 01-01139**

| D.I. | Date Filed | Description |
|---|---|---|
| 29454 | 8/14/2012 | Order (MODIFIED) Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| 30366 | 3/6/2013 | (COPY FROM DISTRICT COURT) Opinion Regarding Appeal of Bankruptcy Orders and Order of the Bankruptcy Court in the nine asbestos-related cases are REVERSED; the Judicial Notice Motion is GRANTED |
| 30379 | 3/7/2013 | Order Requiring Clerk to Retain 2019 Statements and Exhibits |
| 30404 | 3/18/2013 | (COPY FROM DISTRICT COURT) CORRECTED OPINION re appeal of Bankruptcy Orders |
| 30416 | 3/20/2013 | (COPY FROM DISTRICT COURT) Order Implementing Opinion and Order Reversing Bankruptcy Court Orders and Granting Garlock Sealing Technologies LLC Access to 2019 Exhibits |
| 30510 | 4/12/2013 | Affidavit of Karl Schieneman in Connection with Proposed Appointment as Special Master Pursuant to the Order Establishing Protocol for Production of 2019 Exhibits |
| 32258 | 6/25/2014 | Affidavit re E-Discovery Special Master Filed by Karl Schieneman |
| 929599 | 12/1/2016 | Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order |
| 929608 | 12/6/2016 | Cross Appeal |
| 929610 | 12/6/2016 | Cross Appeal |
| 320802 | 12/15/2016 | Motion for Reconsideration |

| | |
|---|---|
| Dated:  December 19, 2016 | **A.M. SACCULLO LEGAL, LLC** |
| | |
| | */s/ Thomas H. Kovach* |
| | Anthony M. Saccullo (DE I.D. #4141) |
| | Thomas H. Kovach (DE I.D. #3964) |
| | A.M. SACCULLO LEGAL, LLC |
| | 27 Crimson King Drive |
| | Bear, Delaware 19701 |
| | Telephone: (302) 836-8877 |
| | |
| | -AND- |
| | |
| | Elihu Inselbuch |
| | CAPLIN & DRYSDALE, CHARTERED |
| | 600 Lexington Avenue, 21st Floor |
| | New York, New York 10022 |
| | Telephone: (212) 379-6000 |
| | Facsimile: (212) 379-6001 |
| | |
| | Ann C. McMillan |
| | Kevin C. Maclay |
| | Todd E. Phillips |
| | CAPLIN & DRYSDALE, CHARTERED |
| | One Thomas Circle, NW Suite 1100 |
| | Washington, DC 20005 |
| | Telephone: (202) 862-5000 |
| | Facsimile: (202) 429-3301 |
| | |
| | *Counsel for The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee* |