**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE:<br><br>ACandS, Inc.<br><br>        Debtors. | Case No. 02-12687 (KG)<br><br>**Re: Docket Nos. 3810, 3814, 3816, 3839, 3841** |
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1078 (LPS)<br><br>BAP No. 16-59 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1099 (LPS)<br><br>BAP No. 16-68 |
| IN RE:<br><br>Armstrong World Industries, Inc.<br><br>        Debtors. | Case No. 00-4471 (KG)<br><br>**Re: Docket Nos. 10876, 10880, 10881, 10904, 10906** |

01:21343013.1

HONEYWELL INTERNATIONAL INC.,

          Appellant,

   v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

          Appellee.

Case No. 16-1084 (LPS)

BAP No. 16-54

---

FORD MOTOR COMPANY,

          Appellant,

   v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

          Appellee.

Case No. 16-1100 (LPS)

BAP No. 16-63

---

IN RE:

Combustion Engineering, Inc.

          Debtors.

Case No. 03-10495 (KG)

**Re: Docket Nos. 3562, 3566, 3567, 3592, 3594**

HONEYWELL INTERNATIONAL INC.,

                Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

                Appellee.

Case No. 16-1081 (LPS)

BAP No. 16-60

FORD MOTOR COMPANY,

                Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

                Appellee.

Case No. 16-1101 (LPS)

BAP No. 16-69

IN RE:

The Flintkote Company

                Debtors.

Case No. 04-11300 (KG)

**Re: Docket Nos. 9398, 9402, 9403, 9429, 9430**

HONEYWELL INTERNATIONAL INC.,

          Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

          Appellee.

Case No. 16-1079 (LPS)

BAP No. 16-61

---

FORD MOTOR COMPANY,

          Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

          Appellee.

Case No. 16-1102 (LPS)

BAP No. 16-70

---

IN RE:

Kaiser Aluminum Corp.

          Debtors.

Case No. 02-10429 (KG)

**Re: Docket Nos. 10415, 10419, 10420, 10443, 10444**

HONEYWELL INTERNATIONAL INC.,

         Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

         Appellee.

Case No. 16-1094 (LPS)

BAP No. 16-58

FORD MOTOR COMPANY,

         Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

         Appellee.

Case No. 16-1103 (LPS)

BAP No. 16-67

IN RE:

Owens Corning

         Debtors.

Case No. 00-3837 (KG)

**Re: Docket Nos. 21173, 21177, 21178, 21203, 21204**

HONEYWELL INTERNATIONAL INC.,

        Appellant,

   v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

        Appellee.

Case No. 16-1080 (LPS)

BAP No. 16-53

---

FORD MOTOR COMPANY,

        Appellant,

   v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

        Appellee.

Case No. 16-1104 (LPS)

BAP No. 16-62

---

IN RE:

US Mineral Products Company

        Debtors.

Case No. 01-2471 (KG)

**Re: Docket Nos. 4159, 4163, 4164, 4187, 4188**

HONEYWELL INTERNATIONAL INC.,

        Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

        Appellee.

Case No. 16-1093 (LPS)

BAP No. 16-57

FORD MOTOR COMPANY,

        Appellant,

    v.

THE NORTH AMERICAN
REFRACTORIES COMPANY ASBESTOS
PERSONAL INJURY SETTLEMENT
TRUST ADVISORY COMMITTEE,

        Appellee.

Case No. 16-1105 (LPS)

BAP No. 16-56

IN RE:

USG Corp.

        Debtors.

Case No. 01-2094 (KG)

**Re: Docket Nos. 12774,12778, 12779, 12802, 12803**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., | Case No. 16-1092 (LPS) |
| Appellant, | BAP No. 16-56 |
| v. | |
| THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, | |
| Appellee. | |
| FORD MOTOR COMPANY, | Case No. 16-1106 (LPS) |
| Appellant, | BAP No. 16-65 |
| v. | |
| THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE, | |
| Appellee. | |
| IN RE: | Case No. 01-1139 (KG) |
| W.R. Grace & Co. | **Re: Docket Nos. 32788, 32793, 32794, 929605, 929606** |
| Debtors. | |

01:21343013.1

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN<br>REFRACTORIES COMPANY ASBESTOS<br>PERSONAL INJURY SETTLEMENT<br>TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1096 (LPS)<br><br>BAP No. 16-55 |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN<br>REFRACTORIES COMPANY ASBESTOS<br>PERSONAL INJURY SETTLEMENT<br>TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Case No. 16-1098 (LPS)<br><br>BAP No. 16-64 |

**CROSS-APPELLANT AND APPELLEE LAWRENCE FITZPATRICK,
FUTURE CLAIMANTS' REPRESENTATIVE OF THE NORTH AMERICAN
REFRACTORIES COMPANY TRUST'S STATEMENT OF ISSUES TO BE
PRESENTED ON CROSS-APPEAL AND DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL**

Lawrence Fitzpatrick, the Future Claimants' Representative for the North American

Refractories Company Asbestos Personal Injury Settlement Trust (the "**NARCO FCR**"), by and

through his undersigned counsel, hereby submits, pursuant to Rule 8009 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), his statement of issues to be presented on the

cross-appeal and designation of additional items to be included on the record on appeal and

cross-appeal with respect to the (i) the *Order* (the "**Order**")[1]; (ii) the *Opinion re Motion of Honeywell International, Inc. for Access to Rule 2019 Exhibits* (the "**Opinion**"),[2] each entered by the Bankruptcy Court on November 8, 2016, and (iii) all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order or the Opinion.

## ISSUES TO BE PRESENTED ON CROSS-APPEAL

The NARCO FCR states the following issues on cross-appeal:

1.  Did the Bankruptcy Court err in allowing Honeywell and Ford access to the Rule 2019 Exhibits, which contain sensitive and personally-identifying information of individuals?

2.  Did the Bankruptcy Court err in determining that Honeywell and Ford had a purpose for accessing the Rule 2019 Exhibits that was not improper?

---

[1]     The Order was filed in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[2]     The Opinion was filed in: Case No. 02-12687 at Docket No. 3809; Case No. 00-04471 at Docket No. 10875; Case No. 03-10495 at Docket No. 3561; Case No. 04-11300 at Docket No. 9397; Case No. 02-10429 at Docket No. 10414; Case No. 00-03837 at Docket No. 21172; Case No. 01-02471 at Docket No. 4158; Case No. 01-02094 at Docket No. 12773; and Case No. 01-01139 at Docket No. 32787.

01:21343013.1

## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL

The NARCO FCR designates the following items to be included in the record on appeal

and cross-appeal, consisting of entries on the dockets in the above-captioned cases relevant to the

issues on appeal and cross-appeal.

### Relevant Items from *In re ACandS, Inc.*, No. 02-12687

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 1463 | 08/27/2004 | Order Staying Order of August 25, 2004, Requiring Filing of 2019 Statements |
| 3700 | 10/12/2011 | Notice of Appeal (BAP 11-87) |
| 3721 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

### Relevant Items from *In re Armstrong World Industries, Inc.*, No. 00-04471

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 10757 | 10/07/2011 | Memorandum Opinion in Regards to the Three Motions Filed by Garlock Sealing Technologies, Inc. |
| 10782 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

### Relevant Items from *In re Combustion Engineering, Inc.*, No. 03-10495

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 3476 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

Relevant Items from *In re The Flintkote Company,* No. 04-11300

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 359 | 11/01/2004 | Notice of Appeal of Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| 957 | 07/15/2005 | Supplement to Revised Order Requiring Filing of Statements |

### Relevant Items from *In re Owens Corning*, No. 00-03837

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 21068 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

### Relevant Items from *In re United States Mineral Products Company*, No. 01-02471

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 3989 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

### Relevant Items from *In re USG Corporation*, No. 01-02094

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 12682 | 03/18/2013 | Corrected Opinion Regarding Appeal of Bankruptcy Orders |

### Relevant Items from *In re W.R. Grace & Co.*, No. 01-01139

| D.I. | Date Filed | Description |
|------|-----------|-------------|
| 32793 | 11/22/2016 | Notice of Appeal (BAP 16-55) |
| 32794 | 11/22/2016 | Notice of Appeal (BAP 16-64) |

Dated: December 20, 2016          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the NARCO FCR*