IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC) |

FILED
2016 DEC 27  AM 10: 41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Benjamin A. Ellison, admitted pro hac vice counsel for Plum Creek Timber, requests that my name and email address (bellison@cairncross.com) be removed from the list of parties receiving ECF notification in the above-captioned case.

Dated: December 21, 2016.

>Respectfully submitted:
>
>CAIRNCROSS & HEMPELMANN, P.S.
>
>*s/ Benjamin A. Ellison*
>Benjamin A. Ellison, WSBA No. 48315
>E-mail: BEllison@cairncross.com
>524 Second Avenue, Suite 500
>Seattle, WA  98104-2323
>Telephone: (206) 587-0700
>Facsimile: (206) 587-2308
>
>*Counsel for Plum Creek Timber Co.*
>*(admitted pro hac vice)*

{03231247.DOCX;1 }