# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>　　　　Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 3832, 3833, 3835 and 3836 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>　　　　Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 10897, 10898, 10900 and 10901 |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>　　　　Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 3585, 3586, 3588 and 3589 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>　　　　Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 9422, 9423, 9425 and 9426 |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>　　　　Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 10436, 10437, 10439 and 10440 |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>　　　　　Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Ref. Docket Nos. 21195, 21196, 21198 and 21200 |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>　　　　　Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 4179, 4180, 4182 and 4184 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>　　　　　Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 12795, 12796, 12798 and 12799 |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 929597, 929598, 929600 and 929601 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

T:\Clients\Asarco\Affidavits\Agenda, Correcting Ord, Ord Granting Stay & Amd Agenda_DI 3832, 3833, 3835, 3836_AFF_12-2-16.docx

2. On December 2, 2016, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Hearing on December 5, 2016 at 2:00 P.M. (ET)," dated December 1, 2016 [Docket No. 3832 in Main Case No. 02-12687, Docket No. 10897 in Case No. 00-04471, Docket No. 3585 in Case No. 03-10495, Docket No. 9422 in Case No. 04-11300, Docket No. 10436 in Case No. 02-10429, Docket No. 21195 in Case No. 00-03837, Docket No. 4179 in Case No. 01-02471, Docket No. 12795 in Case No. 01-02094, and Docket No. 929597 in Case No. 01-01139],

   b. "Correcting Order," dated December 1, 2016 [Docket No. 3833 in Main Case No. 02-12687, Docket No. 10898 in Case No. 00-04471, Docket No. 3586 in Case No. 03-10495, Docket No. 9422 in Case No. 04-11300, Docket No. 10437 in Case No. 02-10429, Docket No. 21196 in Case No. 00-03837, Docket No. 4180 in Case No. 01-02471, Docket No. 12796 in Case No. 01-02094, and Docket No. 929598 in Case No. 01-01139],

   c. "Order Granting Motion of Honeywell International Inc. fore Stay Pending Appeal of the 2019 Order," dated December 1, 2016 [Docket No. 3835 in Main Case No. 02-12687, Docket No. 10900 in Case No. 00-04471, Docket No. 3588 in Case No. 03-10495, Docket No. 9425 in Case No. 04-11300, Docket No. 10439 in Case No. 02-10429, Docket No. 21198 in Case No. 00-03837, Docket No. 4182 in Case No. 01-02471, Docket No. 17298 in Case No. 01-02094, and Docket No. 929600 in Case No. 01-01139],

   d. "Notice of Amended Agenda of Matters Scheduled for Hearing on December 5, 2016 at 2:00 P.M. (ET) [*Cancelled*]," dated December 1, 2016 [Docket No. 3836 in Main Case No. 02-12687, Docket No. 10901 in Case No. 00-04471, Docket No. 3589 in Case No. 03-10495, Docket No. 9426 in Case No. 04-11300, Docket No. 10440 in Case No. 02-10429, Docket No. 21200 in Case No. 00-03837, Docket No. 4184 in Case No. 01-02471, Docket No. 12799 in Case No. 01-02094, and Docket No. 929601 in Case No. 01-01139],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Forrest Kuffer*
                                                          Forrest Kuffer

Sworn to before me this
13th day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAM H. ISENBERG | SAUL EWING LLP 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| ANN C. MCMILLAN | KEVIN C. MACLAY TODD E. PHILLIPS CAPLIN & DRYSDALE, CHARTERED ONE THOMAS CIRCLE, NW, SUITE 1100 WASHINGTON DC 20005 |
| ANTHONY M. SACCULLO | THOMAS H. KOVACH A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| CHRISTIAN J. SINGEWALD | JAMES S. YODER WHITE & WILLIAMS LLP 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| DANIEL K. HOGAN | HOGAN MCDANIEL 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| DAVID M. LAYTON | ASHCRAFT & GEREL, LLP 10 EAST BALTIMORE STREET, SUITE 1212 BALTIMORE MD 21202 |
| EDWARD J. KOSMOWSKI | THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC 2 MILL ROAD, SUITE 202 WILMINGTON DE 19806 |
| ELIHU INSELBUCH | CAPLIN & DRYSDALE, CHARTERED 600 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| JAMES L. PATTON, JR. | EDWIN J. HARRON SHARON M. ZIEG YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 NORTH KING STREET WILMINGTON DE 19801 |
| JOHN N. LIPSITZ | RYAN D. LEDEBUR LIPSITZ & PONTERIO, LLC 135 DELAWARE AVENUE, 5TH FLOOR BUFFALO NY 14202 |
| JOSEPH D. FRANK | REED HEILIGMAN FRANKGECKER, LLP 325 N. LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| JOSEPH F. RICE | JOHN A. BADEN, IV MOTLEY RICE, LLC 28 BRIDGESIDE BLVD. P.O. BOX 1792 MOUNT PLEASANT SC 29465 |
| K. ELIZABETH SIEG | MCGUIREWWOODS LLP 800 EAST CANAL STREET RICHMOND VA 23219 |
| LAURA DAVIS JONES | JAMES E. O'NEILL PACHULSKI STANG ZIEHL & JONES LLP 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899 |
| MARK D. COLLINS | JASON MADRON RICHARDS LAYTON & FINGER, PA 920 NORTH KING STREET WILMINGTON DE 19801 |
| MARK MINUTI | LUCIAN MURLEY SAUL EWING LLP 1201 NORTH MARKET STREET, SUITE 2300 WILMINGTON DE 19801 |
| MATTHEW J. PETERSON | SIMMONS HANLY CONROY, LLC ONE COURT STREET ALTON IL 62002 |
| NATALIE D. RAMSEY | DAVIS LEE WRIGHT MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP 1105 NORTH MARKET STREET, 15TH FLOOR WILMINGTON DE 19801 |
| PETER A. KRAUS | LESLIE MACLEAN WATERS KRAUS & PAUL 3219 MCKINNEY AVENUE DALLAS TX 75204 |
| RICHARD L. SCHEPACARTER | OFFICE OF THE U.S. TRUSTEE U.S. DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19801 |
| ROGER J. HIGGINS | THE LAW OFFICES OF ROGER HIGGINS 111 EAST WACKER DRIVE SUITE 2800 CHICAGO IL 60601 |
| STEPHEN KAROTKIN | WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| THOMAS CRUMPLAR | JACOBS & CRUMPLAR, P.A. 2 EAST 7TH STREET P.O. BOX 1271 WILMINGTON DE 19899 |

**Total Creditor count  23**