IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 9, 2017, AT 2:00 P.M. BEFORE THE
HONORABLE KEVIN GROSS**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTER:**

1. Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed By Norfolk Southern Railway Company [Filed: 10/13/16] (Docket No. 929575).

    Response Deadline: November 4, 2016, at 4:00 p.m. *(Extended until January 6, 2017 at 4:00 p.m. for Norfolk Southern Railway Company)*

    Responses Received: None.

    Related Documents:

    a. [Proposed] Order Granting Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 as to Claim No. 7021, Filed By Norfolk Southern Railway Company, and Allowing Claim No. 7021 in Part, and Disallowing the Claim in Part [Filed: 10/13/16] (Docket No. 929575, Exhibit A).

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Status: This matter has been continued to a date to be determined.

Dated: January 5, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors