# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. Grace & Co., *et al.*,[1] | ) Case No. 01-01139 (KJC) |
| Debtors. | ) Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Greg A. Lowry, Esquire, with the law offices of Locke Lord LLP located in Dallas, Texas, hereby withdraws his appearance on behalf of SGH Enterprises, Inc. in the above-captioned cases. Therefore, please remove Greg A. Lowry from all service lists in this case.

Dated: January 6, 2017
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti, Esq. (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Facsimile:  (302) 426-9193
Email: dpacitti@klehr.com

-and-

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

Counsel for SGH Enterprises, Inc.

---

[1] The Reorganized Debtors comprise W. R. Grace & Co, ("'Grace'") and W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace Energy Corporation ("GEC") is a former debtor, whose case was closed pursuant to this Court's Final Decree: (A) Closing Certain of the Chapter 11 Cases; (B) Removing Such Cases From the Joint Administration Order; and (C) Waiving the Requirement to File a Final Report For Such Cases [Docket No. 32429], dated October 14, 2014].