IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors.[1] | ) | |
| | ) | Re: Docket Nos. 32673, 32697, 32704, 32705, 32785, 32812 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE REORGANIZED DEBTORS TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S CLAIM**

1. On December 28, 2016, the Court issued its *Opinion Re Motion of the Reorganized Debtors to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Claim.* [Docket No. 32812] (the "Opinion"), which granted the Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim (the "Motion").[2] [Docket No. 32673]. The Opinion directed Grace to submit a form of order on notice to Plum Creek.

2. Attached hereto as Exhibit A is a copy of a proposed form of order, agreed to by the Reorganized Debtors and Plum Creek, granting the Motion (the "Order").

3. By way of this certification, the Reorganized Debtors respectfully request that the Court enter the Order if acceptable to the Court.

4. Counsel for the parties are available, should the Court have any questions or concerns with the foregoing or the proposed Order.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Dated: January 10, 2017

KIRKLAND & ELLIS LLP
John Donley
Lisa Esayian
Bryan Vincent Uelk
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

And

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Co-Counsel for the Reorganized Debtors