# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>　　　　　Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3858** |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>　　　　　Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10925** |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>　　　　　Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3611** |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>　　　　　Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 9448** |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>　　　　　Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10462** |

55742300.1

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>       Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 21222** |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>       Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 4206** |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>       Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 12821** |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>       Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 32802** |

**JOINT LIMITED RESPONSE OF FORD MOTOR COMPANY AND HONEYWELL INTERNATIONAL INC. TO JOINT MOTION OF THE NARCO TAC AND THE FCRS TO RECONSIDER, OR VACATE, CORRECTING ORDER**

Ford Motor Company ("Ford") and Honeywell International Inc. ("Honeywell"), by and through their undersigned counsel, hereby file this joint limited response to the *Motion to Reconsider, or Vacate, Correcting Order* ("Motion to Reconsider") filed by the NARCO TAC and the FCRs (each as defined in the Motion to Reconsider) on December 15, 2016, and in support thereof respectfully state as follows:

55742300.1

Before the Court *sua sponte* issued its correcting order on December 1, 2016 (the "Correcting Order"), the U.S. District Court for the District of Delaware obtained exclusive appellate jurisdiction over the Court's order dated November 8, 2016 (the "Original Order") as a result of the timely notices of appeal of both Ford and Honeywell that were filed on November 22, 2016. No other motions related to the Original Order were filed by any party. Therefore, the Notice of Appeal divested this Court of jurisdiction "over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also In re Whispering Pines Estates, Inc.*, 369 B.R. 752, 757 (B.A.P. 1st Cir. 2007).

To the extent the Court determines it has jurisdiction to vacate the Correcting Order, notwithstanding that the Correcting Order pertains to the same issues that are subject to exclusive appellate jurisdiction in connection with the appeals of the Original Order, and without waiving any of Ford's or Honeywell's rights, claims, and arguments with respect to either the Original Order or the Correcting Order (which both Ford and Honeywell have also appealed), Ford and Honeywell do not necessarily object to the vacating of the Correcting Order by a court of competent jurisdiction to do so. However, Ford and Honeywell do object to this Court providing any other relief or making any other modifications in regard to either the Original Order or the Correcting Order.

Dated: January 13, 2017
       Wilmington, Delaware

Respectfully submitted,

*/s/ Justin K. Edelson*
Justin Edelson (Del. Bar No. 5002)
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-and-

55742300.1

Peter John Sacripanti (admitted pro hac vice)
John J. Calandra (admitted pro hac vice)
Darren Azman (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Honeywell International Inc.*

    -AND-

*/s/ Christian J. Singewald*
Christian J. Singewald (Del. Bar No. 3542)
James S. Yoder (Del. Bar No. 2643)
WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4524
Facsimile: (302) 467-4554

    -AND-

K. Elizabeth Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

*Counsel for Ford Motor Company*