**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

| | |
|---|---|
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |

Debtors.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**TELEPHONIC HEARING ON JANUARY 27, 2017 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE A TELEPHONIC HEARING ONLY AND NO**
> **PERSONAL APPEARANCES ARE REQUIRED (INCLUDING**
> **DELAWARE COUNSEL). PARTIES WISHING TO PARTICIPATE IN THE**
> **TELEPHONIC HEARING MUST REGISTER THROUGH COURTCALL**
> **BY PHONE (866-582-6878) OR BY FACSIMILE (866-533-2946).**

**MATTER GOING FORWARD**

1.    Joint Motion of the NARCO TAC and the FCRs to Reconsider, or Vacate, Correcting
      Order [Docket Nos. 3858, 10925, 3611, 9448, 10462, 21222, 4206, 12821, and 32802;
      Filed 12/15/16]

      Response Deadline:          January 13, 2017 at 4:00 p.m. (ET)

      Responses Received:

      A.    Joint Limited Response of Ford Motor Company and Honeywell
            International Inc. [Docket Nos. 3867, 10934, 3620, 9457, 10471, 21231,
            4215, 12830, and 32820; Filed 1/13/17]

Related Documents:

B.      Order on Motion of Honeywell International Inc. for Access to Rule 2019
        Exhibits [Docket Nos. 3810, 10876, 3562, 9398, 10415, 21173, 4159,
        12774, and 32788; Filed 11/8/16]

C.      Correcting Order [Docket Nos. 3833, 10898, 3596, 9423, 10437, 21196,
        4180, 12796, and 929598; Filed 12/1/16]


Status: This matter will be going forward.

Dated: January 25, 2017              YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                      */s/ Sharon M. Zieg*
                                     James L. Patton, Jr. (No. 2202)
                                     Edwin J. Harron (No. 3396)
                                     Sharon M. Zieg (No. 4196)
                                     Rodney Square
                                     1000 North King Street
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel to James J. McMonagle, the Future Claimants'
                                     Representative for The Flintkote Asbestos Trust, and
                                     Lawrence Fitzpatrick, the Future Claimants'
                                     Representative for the North American Refractories
                                     Company Asbestos Personal Injury Settlement Trust

01:21469682.2