# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Lisa M. Eden, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to James J. McMonagle, the Future Claimants' Representative for The Flintkote Asbestos Trust, and Lawrence Fitzpatrick, the Future Claimants' Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust, and that on January 25, 2017, she caused a copy of the *Notice of Agenda of Matters Scheduled for Telephonic Hearing on January 27, 2017 at 10:00 a.m. (ET)* to be served via facsimile upon the parties identified on the attached service list.

_____
Lisa M. Eden

SWORN TO AND SUBSCRIBED before me this 25th day of January, 2017.

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 22, 2017

_____
Notary Public
My Commission Expires: 7/22/17

01:21323006.4

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 571-6600   Facsimile: (302) 571-1253

| FROM: | Lisa M. Eden, Paralegal | DATE: | January 25, 2017 |
|---|---|---|---|
| PHONE: | (302) 571-6746 | CLIENT MATTER: | 072342.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| RECIPIENT | COMPANY | FACSIMILE NO. |
|---|---|---|
| Christian J. Singewald | White and Williams LLP | 302.654.0245 |
| Justin Edelson | Polsinelli PC | 302.252.0921 |
| Laura Davis Jones<br>James E. O'Neill | Pachulski Stang Ziehl & Jones LLP | 302.652.4400 |
| Mark Minuti<br>Lucian Murley | Saul Ewing LLP | 302-421-6813 |
| Mark D. Collins<br>Jason M. Madron | Richards Layton & Finger, PA | 302.651.7701 |
| Natalie D. Ramsey<br>Davis Lee Wright | Montgomery, McCracken, Walker & Rhoads, LLP | 302-504-7820 |
| Richard L. Schepacarter | Office of the U.S. Trustee | 302-573-6497 |
| Anthony M. Saccullo<br>Thomas H. Kovach | A.M. Saccullo Legal, LLC | 302-836-8787 |
| Elihu Inselbuch | Caplin & Drysdale, Chartered | 212-379-6001 |
| Ann C. McMillan<br>Kevin C. Maclay<br>Todd E. Phillips | Caplin & Drysdale, Chartered | 202-429-3301 |
| K. Elizabeth Sieg | McGuireWoods LLP | 804 775 1061 |
| Peter John Sacripanti<br>John J. Calandra<br>Darren Azman | McDermott Will & Emery LLP | 212 547 5444 |
| Roger J. Higgins | The Law Offices of Roger Higgins | 312-577-0737 |
| Adam H. Isenberg | Saul Ewing LLP | 215-972-7725 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

01:21472031.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 571-6600    Facsimile: (302) 571-1253

| Thomas Crumplar | Jacobs & Crumplar, P.A. | 302-656-5875 |
| --- | --- | --- |
| Joseph F. Rice<br>John A. Baden, IV | Motley Rice, LLC | 843.216.9450 |
| Edward J. Kosmowski | The Law Office of Edward J. Kosmowski, LLC | 302.635.1805 |
| Matthew J. Peterson | Simmons Hanly Conroy, LLC | 618-259-2251 |
| Peter A. Kraus<br>Leslie MacLean | Waters Kraus & Paul | 214.357.7252 |
| John N. Lipsitz<br>Ryan D. Ledebur | Lipsitz & Ponterio, LLC | 716.849.0708 |
| David M. Layton | Ashcraft & Gerel, LLP | 410-547-1261 |
| Joseph D. Frank<br>Reed Heiligman | Frank/Gecker, LLP | 312-276-0035 |
| Stephen Karotkin | Weil, Gotshal & Manges LLP | 212-310-8007 |
| Daniel K. Hogan | Hogan McDaniel | 302-656-7599 |

Total number of pages including these pages: 4
If you have any problems with this transmission, please call (302) 571-6611.

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.*