# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|                      |                                              |
|---------------------:|----------------------------------------------|
| **Debtor:**          | OWENS CORNING                                |
| **Case Number:**     | 00-03837-KG        **Chapter:** 11           |
| **Date / Time / Room:** | FRIDAY, JANUARY 27, 2017 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS                                 |
| **Courtroom Clerk:** | SHERRY SCARUZZI                              |
| **Reporter / ECR:**  | GINGER MACE                                  |

## Matters:

1) Telephonic Hearing - Motion to Reconsider
   **R / M #:**   21,232 / 0

2) **ADM: 01-01139-KG**
   Motion to Reconsider
   **R / M #:**   32,822 / 0

3) **ADM: 00-04471-KG**
   Motion to Reconsider
   **R / M #:**   10,935 / 0

4) **ADM: 01-02094-KG**
   Motion to Reconsider
   **R / M #:**   12,831 / 0

5) **ADM: 01-02471-KG**
   Motion to Reconsider
   **R / M #:**   4,216 / 0

6) **ADM: 02-10429-KG**
   Motion to Reconsider
   **R / M #:**   10,472 / 0

7) **ADM: 02-12687-KG**
   Motion to Reconsider
   **R / M #:**   3,868 / 0

8) **ADM: 03-10495-KG**
   Motion to Reconsider
   **R / M #:**   3,621 / 0

9) **ADM: 04-11300-KG**
   Motion to Reconsider
   **R / M #:**   9,459 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

(continue)...    00-03837-KG            FRIDAY, JANUARY 27, 2017 10:00 AM

## *Proceedings:*

    HEARING HELD. AGENDA ITEMS:
  #1 - Judge will enter an order vacating correcting order