# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 01/27/2017

Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Owens Corning | 00-03837 | Hearing | 8108043 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |
| | | Owens Corning | 00-03837 | Hearing | 8110393 | Adam H. Isenberg | 215-972-8662 ext. | Saul Ewing LLP | Debtor, Owens Corning / LIVE |
| | | Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 00-04471 | Hearing | 8108060 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |
| | | Armstrong World Industries, Inc. and ARMSTRONG WORLD INDUSTRIES, INC., ET AL. | 00-04471 | Hearing | 8108062 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Armstrong World Industries Inc. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8108299 | Lisa Esayian | (312) 862-2226 ext. | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8034509 | Robert M. Horkovich | 212-278-1000 ext. | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8108268 | James E. O'Neill | (302) 778-6407 ext. | Pachulski Stang Ziehl & Jones | Debtor, W.R. Grace & Co., et al. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8108280 | Adam Paul | (312) 862-3120 ext. | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8105491 | Alan B. Rich | (214) 744-5100 ext. | Law Office of Alan B. Rich | Interested Party, Judge Alex Sanders, PD FCR / LISTEN ONLY |
| | | USG Corporation and Warren H. Smith and Associates | 01-02094 | Hearing | 8108069 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |

Raymond Reyes ext. 881

CourtConfCal2009

| Case | Case No. | Type | ID | Name | Phone | Firm | Party / Role |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-1139 | Hearing | 8108790 | Justin K. Edelson | (302) 252-0925 ext. | Polsinelli PC | Creditor, Honeywell International Inc. / LIVE |
| W.R. Grace & Co., et al. | 01-1139 | Hearing | 8108594 | Kevin Maclay | (202) 862-7841 ext. 00 | Caplin & Drysdale | Interested Party, Narco Tac / LIVE |
| Kaiser Aluminum Corporation | 02-10429 | Hearing | 8108078 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 8108093 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 8108841 | Anthony M. Sacullo | (302) 836-8877 ext. | AM Sacullo Legal | Movant, NARCO Pac / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 8107678 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard L. Schepacarter / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 8109441 | Sharon Zieg | 302-571-6655 ext. | Young, Conaway Stargatt & Taylor, LLP | Claimant, James McMonagle / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 (ALL) | Hearing | 8107602 | Beth Sieg | (804) 775-1137 ext. | McGuireWoods | Creditor, Ford Motor Company / LIVE |
| ACandS, Inc and Warren H. Smith | 02-12687 (ALL) | Hearing | 8108103 | Christian Singewald | (302) 467-4510 ext. | White and Williams LLP | Representing, Ford Motor Company / LIVE |
| Combustion Engineering, Inc. | 03-10495 | Hearing | 8108102 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |
| The Flintkote Company and The Flintkote Company and Flintkote Mines Limited | 04-11300 | Hearing | 8108111 | Darren Azman | 212-547-5615 ext. | McDermott Will & Emery LLP | Interested Party, Honeywell International / LIVE |