# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Owens Corning | ) | Case No. 00-3837(KG)   Re D.I. 21222 |
| Armstrong World Industries, Inc. | ) | Case No. 00-4471(KG)   Re D.I. 10225 |
| W.R. Grace & Co. | ) | Case No. 01-1139(KG)   Re D.I. 32802 |
| USG Corp. | ) | Case No. 01-2094(KG)   Re D.I. 12821 |
| US Minerals Products Company | ) | Case No. 01-2471(KG)   Re D.I. 4206 |
| Kaiser Aluminum Corp. | ) | Case No. 02-10429(KG) Re D.I. 10462 |
| ACandS, Inc. | ) | Case No. 02-12687(KG) Re D.I. 3858 |
| Combustion Engineering, Inc. | ) | Case No. 03-10495(KG) Re D.I. 364 |
| The Flintkote Company | ) | Case No. 04-11300(KG) Re D.I. 944 |
| | ) | |
| _____Debtors._____ | ) | |

## ORDER VACATING CORRECTING ORDER OF DECEMBER 1, 2016

On December 1, 2016, the Court entered a Correcting Order (the "Correcting Order") addressed to its Order of November 8, 2016 (the "November 8 Order"). At the time the Court issued the Correcting Order, the November 8 Order was on appeal to the District Court. The appeal divested the Court of jurisdiction. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Accordingly, the Court improperly entered the Correcting Order and upon the Motion of the North American Refractories Company Trust Advisory Committee, the Future Claimants' Representative for the Flintkote Asbestos Trust and the Future Claimants' Representatives for the North American Refractories Company Asbestos Personal Injury Settlement Trust, the Court hereby vacates the Correcting Order pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(6), made applicable to bankruptcy cases by Federal Rules of Bankruptcy Procedure 9023 and 9024, respectively.

SO ORDERED.

Dated: January 27, 2017

_____
KEVIN GROSS, U.S.B.J.