## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*, [1]<br><br>Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 01-01139 (KG)<br>) Jointly Administered<br>)<br>) **Hearing Date:   TBD**<br>) **Obj. Deadline:   February 20, 2017 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on January 27, 2017, the undersigned counsel filed *Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021* (the "Cross-Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned counsel on or before **February 20, 2017 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Kevin Gross at the Bankruptcy Court, 6th Floor, Courtroom 3, on **a date to be determined.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN**

---

[1]     The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

**ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER**

**NOTICE OR A HEARING.**

Dated: January 27, 2017
        Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Norfolk Southern Railway Company*