

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*[1], | ) ) ) | Case No. 01-01139 (KG) Jointly Administered |
| Reorganized Debtors. | ) ) ) | Re: D.I. 32826 |

### DECLARATION OF THOMAS WESLEY CONLEY IN SUPPORT OF NORFOLK SOUTHERN RAILWAY COMPANY'S (I) ANSWERING BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR PARTIAL ALLOWANCE AND PARTIAL DISALLOWANCE OF CLAIM NO. 7021 AND (II) OPENING BRIEF IN SUPPORT OF NORFOLK SOUTHERN'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, THOMAS WESLEY CONLEY, hereby declare as follows:

1.      I am over the age of 21, and I have personal knowledge of the matters stated in this declaration.

2.      In January 1998, I was a Locomotive Engineer for Norfolk Southern Railway Company ("Norfolk Southern"). I am presently retired.

3.      During my employment with Norfolk Southern, I worked the rail route that serviced the W.R. Grace & Co. ("Grace") facility in Natka, South Carolina (the "Grace Facility"). I worked that route on and off throughout my career with Norfolk Southern. The job was a "split job" that rotated between the Columbia and Charleston divisions of Norfolk Southern. It was considered a desirable job because it had fixed Monday to Friday hours and a set start time each day.

4.      Grace primarily used the Grace Facility to load kaolin into railcars for shipment to other destinations. Kaolin is a white clay substance that becomes extremely

---

[1]      The reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Speciality Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

slippery when wet. Indeed, rain makes the kaolin grease-like, which required rail workers to exercise extreme care when moving across the wet clay. I myself have slipped on wet kaolin a number of times throughout my career with Norfolk Southern.

5.      Each day, Norfolk Southern provided Grace with empty railcars to fill with kaolin. Once the railcars were filled, Norfolk Southern personnel would pick up the railcars, transport them to the switching station and switch them onto the main line for transport to their ultimate destination.

6.      At the Grace Facility, Grace would load railcars with Kaolin at two locations, depending on the grade of clay being loaded. Kaolin is usually shipped as a powder, as crushed clay or in a liquid slurry. The first location was out in the open, but it was only used when exposure to weather was not an issue. The second location was under a covered shed, and Grace used it for most of its loading needs, especially on rainy days. Both locations relied on a spout to load the kaolin into the railcars.

7.      Grace used a loading spout to pour kaolin into a covered hopper car. A hopper car is a railcar used for transporting bulk commodities, including kaolin. A predominant feature of a hopper car is that it has opening doors on the underside or sides of the railcar to facilitate unloading of the cargo. A covered hopper car is simply a hopper car with a roof to product the commodity from exposure to the weather.

8.      In filling the railcars, Grace routinely overfilled them, causing kaolin powder to cover the top and sides of the railcar. The powder also accumulated on crossover platforms, ladders and footholds. Basically, once the railcar was filled to capacity any excess kaolin would spill over and cover the entire railcar. Often, the layer of kaolin powder covering the rail car would be several inches thick, if not more.

2

9.      Norfolk Southern personnel routinely complained about the unsafe working conditions created by the presence of the clay on the railcars. Sometimes, Grace personnel would respond to these complaints by blowing off the excess kaolin with an air hose, but other times, they would refuse to do anything to remedy the problem. Either way, the Grace Facility had developed a reputation among Norfolk Southern personnel for habitually overfilling the railcars and creating some of the most unsafe working conditions along the entire line.

10.     On January 26, 1998, I reported for duty, along with train conductor, Lester Kirkland, and trainman, C.J. Sharpe. As usual, we proceeded to the Grace Facility to pick up the kaolin-filled railcars. It was raining that day, so the clay residue was wet and even more slippery than usual. After picking up the railcars from the Grace Facility, Mr. Kirkland was required to apply the brakes so that we could switch the railcars. Mr. Kirkland informed me shortly thereafter that he had injured his back after slipping on the kaolin residue that had accumulated on the railcars. I saw that the railcar was dangerously overfilled. Following the accident, Mr. Kirkland phoned his wife and asked her to bring a camera to the scene of the accident. Once she arrived, Mrs. Kirkland took photographs of the railcar to show the accumulation of kaolin on it.

11.     Subsequent to the accident, Mr. Kirkland filed a lawsuit against Norfolk Southern related to the injuries he sustained in the accident on January 26, 1998. I was called as a witness in that lawsuit and testified under oath during the trial.

3

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Thomas Wesley Conley

Dated: January 11, 2017