## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*[1], | ) Case No. 01-01139 (KG) |
| Reorganized Debtors. | ) Jointly Administered |
|  | ) Re: D.I. 32826 |

### DECLARATION OF CHRISTOPHER JOHN SHARPE IN SUPPORT OF NORFOLK SOUTHERN RAILWAY COMPANY'S (I) ANSWERING BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR PARTIAL ALLOWANCE AND PARTIAL DISALLOWANCE OF CLAIM NO. 7021 AND (II) OPENING BRIEF IN SUPPORT OF NORFOLK SOUTHERN'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, CHRISTOPHER JOHN SHARPE, hereby declare as follows:

1.     I am over the age of 21, and I have personal knowledge of the matters stated in this declaration.

2.     In January 1998, I was a Brakeman for Norfolk Southern Railway Company ("Norfolk Southern"). I am presently retired.

3.     During my employment with Norfolk Southern, I worked the rail route that serviced the W.R. Grace & Co. ("Grace") facility in Natka, South Carolina (the "Grace Facility").

4.     Grace primarily used the Grace Facility to load kaolin into railcars for shipment to other destinations. Kaolin is a white clay substance that becomes extremely slippery when wet, almost like grease. I myself have slipped on wet kaolin a number of times throughout my career with Norfolk Southern, and I recall countless times where other Norfolk Southern employees slipped on kaolin.

---

[1]     The reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Speciality Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

5.     At the Grace Facility, Grace would load railcars in a covered shed using a loading spout that poured the kaolin powder into covered hopper cars. Grace routinely overfilled the railcars, causing kaolin powder to cover them. Often, the layer of kaolin powder covering the railcar would be at least several inches thick, if not more. No one at Grace supervised the loading of the hopper cars, which generally led to their overfilling.

6.     Norfolk Southern personnel routinely complained about the unsafe working conditions created by the presence of the clay on the railcars. Personally, I never complained about the condition of the railcars because I was just a brakeman at the time but I was aware of the efforts that others had made to try to correct the situation. Nevertheless, it was widely known that Grace was the worst of our kaolin customers at overfilling railcars.

7.     On January 23, 1998, I reported for duty along with train conductor, Lester Kirkland and Locomotive Engineer J.B. McFarland. It was raining that day, and the rain continued throughout the entire shift. After picking up kaolin-filled railcars from the Grace Facility, we had to switch the railcars. Because of the rain, the kaolin that was covering the railcars was even more slick than usual, requiring us to be even more careful than usual. I was working the switch while Mr. Kirkland worked the brake. Because the quick release mechanism did not work, Mr. Kirkland climbed up on a railcar to loosen the brake by hand. In the process of working the brake, Mr. Kirkland slipped on the wet kaolin and fell to the ground (the "January 23 Accident"). I did not personally witness the January 23 Accident, but Mr. Kirkland did inform me shortly thereafter that he had fallen and he showed me the marks and discoloring on his back and he described to me

2

the pain that he was feeling in his hand and back. At the end of the shift he called the supervisors, who conducted an investigation into the accident.

8.     On January 26, 1998, I reported for duty, along with train conductor, Mr. Kirkland, and Locomotive Engineer Thomas Conley.  Despite his accident a few days earlier, Mr. Kirkland appeared to be and indicated that he was ready for work.  As usual, we proceeded to the Grace Facility to pick up the kaolin-filled railcars.  It was raining that morning, so the kaolin caked on the railcars continued to be extremely slippery. After picking up the railcars from the Grace Facility, I personally witnessed Mr. Kirkland once again slip and fall and injure his back on kaolin residue that had accumulated on the railcars (the "January 26 Accident").  As usual, Grace had dangerously overfilled the railcar on which Mr. Kirkland slipped. Following the January 26 Accident, I had to help Mr. Kirkland off the railcar due to his injuries.  Shortly thereafter, Mr. Kirkland phoned his wife and asked her to bring a camera to the scene of the accident.  When Mrs. Kirkland arrived, she took photographs of the railcar to show the accumulation of kaolin on it.

9.     Subsequent to the accident, Mr. Kirkland filed a lawsuit against Norfolk Southern related to the injuries he sustained in the accidents on January 23, 1998 and January 26, 1998.  I was called as a witness in that lawsuit and testified under oath during the trial.

PAC 1239150v.2

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Christopher John Sharpe

Dated: January 15, 2017

4