# EXHIBIT D

2883-228

THIS SUPPLEMENTAL AGREEMENT, made between

SOUTHERN RAILWAY COMPANY, a Virginia corporation, hereinafter called Railroad; and

W. R. GRACE & CO-CONN., a Connecticut corporation, (formerly W. R. Grace & Co.) hereinafter called Industry; and

W I T N E S S E T H: That

The parties hereto agree that, effective as of the 17th day of SEPTEMBER, 1990, the written agreement dated December 15, 1980, between Railroad and Industry concerning the operation and maintenance of an industrial track 1678 feet in length at NATKA, South Carolina as supplemented by agreement dated November 7, 1983 to provide for an additional track 477 feet in length, (hereinafter together referred to as "Agreement") is hereby modified in the following manner, but not otherwise, that is to say:

1. Railroad hereby grants unto Industry the right or license to construct, maintain and use an overhead loading structure with retractable loading spout, hereinafter called "Facility," across and over an industrial track of Industry; the location of said Facility being substantially as shown on print of Drawing No. AD-0102, dated June 14, 1990, annexed hereto and made a part hereof.

2. Industry will construct and maintain said Facility at all times during the life of said Agreement, at its sole cost and expense, in strict accord with plans and specifications (if any) shown and noted on said annexed print and such other specifications as may be reasonably prescribed by Railroad, and, moreover, in all respects in accordance with the requirements of Railroad; it being understood that the work of constructing and maintaining said Facility shall, at all times during its progress, be subject to the inspection and supervision, and upon its completion to the approval, of the duly authorized representative of Railroad.

3. Industry will maintain said Facility at all times during the life of said Agreement in such condition that said Facility or the use thereof by Industry shall not be or become an obstruction to, or interfere with, the safe and proper maintenance of said industrial track, or railroad operations upon said track, or endanger life or limb of employees of Railroad or other persons on or about said track.

4. Said Facility shall be maintained at the location indicated upon said annexed print, and shall not be relocated without the consent, in writing, of Railroad.

5. Industry proposes to construct, maintain and use said Facility with full cognizance of the risk of loss of life, personal injury or property loss or damage which may be caused by or result from railroad operations on said industrial track at the location of said Facility, or which may accrue from or by reason of the construction, installation, maintenance, presence or use of said Facility by Industry; and Industry covenants that said Facility shall be constructed, maintained and used solely at the risk of Industry, and that neither Railroad, nor any associated, controlled or affiliated corporation, shall assume any responsibility in the premises; Industry hereby specifically agreeing, notwithstanding any other provisions of said Agreement, to indemnify and save harmless Railroad, and any associated, controlled or affiliated corporation, from and against the consequences of any and all such loss, injury or damage, whether or not negligence of Railroad may have caused or contributed to such loss, injury or damage.

6. This agreement is supplemental to said Agreement and modifies the same as herein provided, but not otherwise, and said Agreement, as herein modified, shall continue in effect until terminated as therein provided.



IN WITNESS WHEREOF, the parties hereto have executed this supplemental agreement in duplicate, each part being an original, as of the 3rd day of OCTOBER, 1990.

In presence of:

SOUTHERN RAILWAY COMPANY,
By

[signature]
As to Railroad

[signature]
Vice President - Transportation

In presence of:

W. R. GRACE & CO.,
By

[signature]
As to Industry

[signature]
Emil Eichhorn
Executive Vice President

LHG:prj
2327c
33458
9-11-90

O/H LOADING P'FORM
WITH RETRAC. LOAD. SPOUT
℄ MAIN TRK.
23'
10'
10'
14'
4+85±
RAIL CAR LOADING P'FORM
"B-B"
NO SCALE
No. 1
1113+88
AB-
50'
℄ MAIN TRACK
TO AIKEN
PROPOSED PAVED DRAIN
℄ SWALE
(22-1)
PRO. 6" PIPE
℄ SWALE
℄ TRK. FOR W. R. GRACE
1+13
DN. OFM
(22-1)
V/S 22+28 = 0+00
P.S. TRACK TO W.R. GRACE & CO.
℄ DITCH
PRO. 12" PIPE
R/W LINE
EXI.
1+85
O/H LOAD. P'FORM
12'
WALKWAY GRATING
NOTE
℄ MAIN TRK.
1'-0"
1'-0"
1'-6"
4"
"A - A"
TYPICAL - NO SCALE

AIKEN COUNTY, SOUTH CAROLINA

SOUTHERN RAILWAY COMPANY

V/S 36b/6

AB-21

1113+88

R/W LINE

TO NORTH AIKEN

50'

FENCE

PRO. 6" PIPE

PRO. ASPHALT PAVING

PRO 12" PIPE

15+40 DIV. O&M

151' TO PS. IN M/T

EXISTING BUILDING

OTE: SED NEW DRAINAGE FEATURES ARE NOTED

SCALE: 1" = 50'

50 0 50

DO NOT SCALE THIS DRAWING FOR DIMENSIONS NOT GIVEN

| REV. | DATE | BY | REVISION DESCRIPTION |
|---|---|---|---|

SOUTHERN RAILWAY SYSTEM

CAROLINA DIVISION

OFFICE OF A.V.P. M.W.&S. ATLANTA, GA.

NATKA, SOUTH CAROLINA
TRACK SERVING
W.R. GRACE COMPANY

| DES. | FILE NO. | | DWG. NO. AD-0102 |
|---|---|---|---|
| DR. BRS | VAL.MAP 36b/6 | M.P. AB-21 | DATE 06/14/90 |