# EXHIBIT F

MAR 13 '01 10:36 FR PIEDMONT DIV SUPT    7 228 4279 TO 714787418822-216 P.29/31
(182612)

## PERSONAL INJURY REPORT

REPORT DATE: 1-23-98    TRANSPORTATION DEPARTMENT
REPORT TIME: (___ AM) or (2:40 PM)    Piedmont DIVISION

Train No. (if applicable): P22PO    Is this incident related to a Train or Crossing Accident? [ ] Yes [✓] No

TO: Supervisory Officer: MR. CHAPMAN    FROM: Injured Employee: C.E. KIRKLAND JR    Employee SS No.: 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

INCIDENT DATE: 1-23-98    INCIDENT TIME: (___ AM) or (1:40 PM)

LOCATION: Select one: Line of Road ✓   Terminal ___   Shop or Office Building ___   Off Railroad Property ___

INCIDENT CITY: WARRENVILLE    STATE: S.C.    MILEPOST: (if applicable) R 179.7

WEATHER: Select one: Clear ___ Cloudy ___ Rain ✓ Fog ___ Sleet ___ Snow ___ Does Not Apply ___ (Injury Occurred Indoor ___)

VISIBILITY: Select one: Dawn ___ Day ✓ Dusk ___ Dark ___ Indoors-Dark ___ Indoors-Dim ___ Indoors-Normal ___ Indoors-Other ___

TEMPERATURE: (58 PLUS) or (___ MINUS)

HEIGHT: 5 FT. 8 IN.   WEIGHT: 150 LBS.   OCCUPATION: Conductor

REST DAYS: Select all that apply: Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday ___ Saturday ✓ Sunday ✓ None ___

ASSIGNMENT: REGULAR ✓  RELIEF ___  EXTRA ___

ON DUTY: [✓] Yes [ ] No    HOURS ON DUTY AT TIME OF INCIDENT: 6' 45"

SAFETY ATTIRE WORN: Select all that apply: Head ___ Eye ✓ Hearing ✓ Respiratory ___ Foot ✓ Hand ✓ Other ___ None ___

WAS ANY TYPE OF EQUIPMENT INVOLVED? [✓] Yes [ ] No   STATIONARY ✓   MOVING ___

EQUIPMENT TYPE: Select one: Freight ✓ Passenger ___ Mixed ___ Work ___ Yard Switching ___ Light Locos ___ WW Equipment ___ None ___

INITIAL AND NUMBER: ___

WITNESS NAMES    ADDRESSES

DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME? [ ] Yes [✓] No

DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION: While releasing handbrake on covered hopper loaded with clay, slipped on clay on hopper and fell to ground.

L.E. Kirkland Jr.
SIGNATURE OF EMPLOYEE

Distribution: Original to Supervisory Officer
Photocopy to Injured Employee

205