# EXHIBIT H

## PERSONAL INJURY REPORT (182612)

REPORT DATE: 1-26-98

REPORT TIME: ( ___ AM) or ( 1:00 PM)

DEPARTMENT: Transportation

DIVISION: Piedmont

Train No. (If applicable): P2280

Is this incident related to a Train or Crossing Accident? [ ] Yes [✓] No

TO: Supervisory Officer: Trainmaster Mr. Chapman

FROM: Injured Employee: L.E. Kirkland

Employee No: 250-84

SS No.: 2831

INCIDENT DATE: 1-26-98

INCIDENT TIME: ( ___ AM) or ( 12:10 PM)

LOCATION: Line of Road ___  Terminal ✓  Shop or Office Building ___  Off Railroad Property ___

INCIDENT CITY: Aiken, S.C.    STATE: S.C.    MILEPOST: SA 57.3

WEATHER: Clear ✓  Cloudy ___ Rain ___ Fog ___ Sleet ___ Snow ___ Does Not Apply ___ (Injury Occurred Ind)

VISIBILITY: Dawn ___ Day ✓ Dusk ___ Dark ___ Indoors-Dark ___ Indoors-Dim ___ Indoors-Normal ___ Indoors-Other ___

TEMPERATURE: ( 45° PLUS) or ( ___ MINUS)

HEIGHT: 5 FT. 8 IN.   WEIGHT: 150 LBS.   OCCUPATION: Conductor

REST DAYS: Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday ___ Saturday ✓ Sunday ✓ None ___

ASSIGNMENT: REGULAR ✓  RELIEF ___  EXTRA ___

ON DUTY: [✓] Yes  [ ] No    HOURS ON DUTY AT TIME OF INCIDENT: 5'10"

SAFETY ATTIRE WORN: Head ___ Eye ✓ Hearing ✓ Respiratory ___ Foot ✓ Hand ✓ Other ___ None ___

WAS ANY TYPE OF EQUIPMENT INVOLVED? [✓] Yes  [ ] No    STATIONARY ✓    MOVING ___

EQUIPMENT TYPE: Freight ✓ Passenger ___ Mixed ___ Work ___ Yard Switching ___ Light Locos ___ M/W Equipment ___ None ___

INITIAL AND NUMBER: NS 245061

WITNESS NAMES:
C.J. Sharpe
T.W. Connelly

ADDRESSES:
2905 1224 Blackville Ct, Gaston, S.C.
3384 Calhoun St, Branchville S.C. 29432

DO YOU DESIRE MEDICAL ATTENTION AT THIS TIME? [✓] Yes  [ ] No

DESCRIBE WHAT HAPPENED - GIVE SPECIFIC, DETAILED INFORMATION: Pulled 7 loads from W.R. Grace Plant in Aiken, S.C. Brought all 7 loads which were covered in clay back to Aiken and ran around cars in house track to take to Warrenville S.C. to be set off. While applying handbrakes on cars Conductor slipped on NS 245061 and twisted or tore or pulled something in lower back. Brakeman C.J. Sharpe saw incident.



SIGNATURE OF EMPLOYEE: L.E. Kirkland Jr.

Distribution: Original to Supervisory Officer
Photocopy to Injured Employee

206