# EXHIBIT K

ELLSWORTH HALL, III
F. KENNEDY HALL
BENJAMIN M. GARLAND
J. PATRICK MEYER, JR.
J. STEVEN STEWART
JOHN BURTON WILKERSON, JR.
† DUNCAN D. WALKER, III
MARK E. TOTH
JOHN FLANDERS KENNEDY
TODD C. BROOKS
J. ELLSWORTH HALL, IV

LAW OFFICES
**HALL, BLOCH, GARLAND & MEYER, LLP**
1500 CHARTER MEDICAL BUILDING
577 MULBERRY STREET
P.O. BOX 5088

MACON, GEORGIA 31208-5088

TELEPHONE 912-745-1625
FACSIMILE 912-741-8822

J. E. HALL
(1876-1945)
CHARLES J. BLOCH
(1893-1974)
ELLSWORTH HALL, JR.
(1908-1984)

MIDTOWN OFFICE
2452 VINEVILLE AVENUE
MACON, GEORGIA 31204
FACSIMILE 912-741-3544

October 7, 1999

Lynne M. Durbin, Esq.
Division Counsel
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

**FILE COPY**

RE:   Lester F. Kirkland, Jr. vs. Norfolk Southern Railway Company
      State Court of Bibb County, C/A No. 45273

Dear Ms. Durbin:

This will acknowledge receipt of yours of September 29th in response to my letter to Plant Manager Fishel of September 15, 1999 concerning the Operating Agreement of December 15, 1980 between the railroad and W. R. Grace.

I do not believe that the indemnity obligation is limited as noted in your letter.

If the facts are as Plaintiff Kirkland testified in his deposition, and as outlined in my letter of September 15, 1999, the proximate cause of his injuries would have been the acts of the W. R. Grace & Company's employees that would have created "an obstruction to, or interference with, the safe and proper maintenance of said industrial track, or railroad operations upon said track..." and, hence covered by the Indemnity Agreement.

It is our intention to negotiate a settlement of this claim, if that is possible, and we would appreciate your assistance in evaluating Plaintiff's claim and again encourage your participation with us and assistance to us in this matter. Specifically, if the overloading of the car did not occur as Plaintiff has alleged, please supply us with evidence in this regard.

LAW OFFICES
## HALL, BLOCH, GARLAND & MEYER, LLP

Lynne M. Durbin, Esq.
October 7, 1999
Page Two

---

      Please be advised that it is our intention to seek indemnity from W. R. Grace & Company pursuant to the subject agreement.

                      Sincerely,

                      Hall, Bloch, Garland & Meyer

                      By:

                      Benjamin M. Garland

BMG/sj

cc:    M. S. Block
       R. A. Wells
       T. D. Barton
       J. D. Hollis
       **KIRKLL012398HR**