# EXHIBIT T

STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

LESTER E. KIRKLAND, JR.

      PLAINTIFF

VS.                                        CIVIL ACTION NO. 45273

NORFOLK SOUTHERN RAILWAY COMPANY

      DEFENDANT

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable William P. Adams, presiding, and the issues having been tried and the jury having rendered it's verdict;

IT IS ORDERED AND ADJUDGED that the Plaintiff, Lester E. Kirkland, Jr. recover of the Defendant, Norfolk Southern Railway Company.the sum of $1,924.500.00, with.interest thereon at the legal rate as provided by law and costs of this action

Dated at Macon, Bibb County, Georgia, this 21st day of March, 2001.

_____
JUDGE, STATE COURT OF BIBB COUNTY

_____
Plaintiff's Attorney

FILED IN OFFICE:
This 21st Day of March, 2001

_____
Deputy Clerk

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

LESTER E. KIRKLAND, JR., :
:
    Plaintiff, :
:
vs. : CIVIL ACTION NO. 45273
:
NORFOLK SOUTHERN RAILWAY :
COMPANY, :
:
    Defendant. :

---

JURY VERDICT

We, the jury, find for the:

( X )  Plaintiff in the amount of $ 1,924,500.00

OR

(   )  Defendant.

This 21st day of March, 2001.

FILED IN OFFICE
21st DAY OF March 2001
_____
Deputy Clerk

_____
Foreperson