# EXHIBIT U

# EXHIBIT U

MAR.20.2003  11:07AM  HBGM                                              NO.269   P.3

RECEIVED
STATE COURT OF
BIBB COUNTY GEORGIA

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA                           2001 JUL 11  AM 11:33

                                            _____
                                            CLERK STATE COURT

LESTER E. KIRKLAND, JR.,            :
                                    :
        Plaintiff,                  :
                                    :
vs.                                 :   CIVIL ACTION
                                    :   NO. 45273
NORFOLK SOUTHERN RAILWAY            :
COMPANY,                            :
                                    :
        Defendant.                  :

## PLAINTIFF'S SATISFACTION OF JUDGMENT AND DISMISSAL OF ACTION

The above styled matter having been settled by and between the parties, the Clerk is hereby authorized to mark "Satisfied of Record" the judgment entered in this case dated March 21, 2001 and to dismiss this action upon payment of costs by Defendant.

This 6th day of July, 2001.

                                    _____
                                    JAMES H. WETTERMARK
                                    Attorney for Plaintiff

Burge & Wettermark
2300 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203-3204