# EXHIBIT W

Obituaries

| PREV

### RESOURCES

- More Obituaries for Lester Kirkland
- Looking for an obituary for a different person with this name?

## Lester Eugene Kirkland Jr.

ˇ Obituary

Lester Eugene Kirkland, Jr., 54, husband of Karen Brady Farmer Kirkland, died Thursday, October 22, 2009.

Born in Richland County, he was the son of the late Lester "Gene" Kirkland, Sr. and June Morrell Sanders.

Mr. Kirkland was a retired conductor for Norfolk-Southern Railroad.

Surviving, in addition to his wife, are three stepdaughters, Megan Sloan and husband Adam, Katie Farmer and Emily Farmer, all of Greenville; a sister, Patsy "Pat" Garrison of Donalds; a brother, Sam Kirkland and wife, Karen, of Cross Hill; mother-in-law, Emily Brady; a sister-in-law, Celia Murphy and husband, Gary, of Piedmont; a brother-in-law, John Brady and wife, Teresa, of Greenville; a grandson, Landon Sloan; four nieces and nephews; two great-nieces; and two great-nephews that were very special.

The family would like to thank Dr. Joe Stephenson and the staff of Cancer Center of the Carolinas.

In lieu of flowers, memorials may be made to Cancer Charities Foundation, Research Department, 65 International Drive, Greenville, SC 29615.

Visitation will be held at Augusta Road Baptist Church on Sunday, October 25, 2009, at 2 p.m. The funeral service will follow at 3 p.m.

Condolences may be sent to the family by visiting www.thomasmcafee.com.

Thomas McAfee Funeral Home, Downtown





**MORE INFORMATION**

**Funeral Etiquette**
Expert Advice: What to do and when someone

Published in The Greenville News on Oct. 24, 2009

### RESOURCES

- Send Funeral Flowers
- Donate to Charity

### FIND ADVICE & SUPPORT

- Funeral Etiquette
- How to Write a Sympathy Note

< BACK TO TODAY'S OBITUARIES

