# EXHIBIT Y





























