IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) <br> ) Jointly Administered |
| Reorganized Debtors. | ) <br> ) **Re: Docket Nos. 32825 and 32826** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

I, R. Stephen McNeill, being duly sworn according to law, deposes and says that I am employed by the law firm of Potter Anderson & Corroon LLP, counsel to Norfolk Southern Railway Company in the above captioned matter, and that on January 27, 2017, I caused true and correct copies of the documents listed below to be served upon the attached service list *via* hand delivery for all local parties and *via* First Class U.S. Mail, postage pre-paid for all non-local parties:

- **Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021** *[Filed 1/27/17; Docket No. 32825]*; and

- **Norfolk Southern Railway Company's (I) Answering Brief in Opposition to Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Opening Brief in Support of Norfolk Southern's Cross-Motion for Summary Judgment** *[Filed 1/27/17; Docket No. 32826]*.

/s/ R. Stephen McNeill
R. Stephen McNeill (DE Bar No. 5210)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

PAC 1243184v.1

SWORN TO AND SUBSCRIBED before me this 27th day of January 2017.

_____
Notary Public

My Commission Expires: April 29, 2017

[Notary Seal: NOLLEY MICHEL RAINEY, MY COMMISSION EXPIRES April 29, 2017, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

John Donley, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL  60654

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Marla Rosaff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Alan B. Rich, Esquire
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H
Charleston, SC  29402

Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286, Rue St-Paul Ouest, Bureau 100
Montreal, Quebec, H2Y 2A3

Roger Higgins, Esquire
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

Office of the United States Trustee
Richard L. Schepacarter, Esquire
844 King Street, Suite 2207
Wilmington, DE  19801

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

R. Karl Hill, Esquire,
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

Richard B. Schiro
WRG Asbestos PD Trust, c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 N. Market Street
Wilmington, DE  19890-1625

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC  29465

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

PAC 1243184v.1