# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>           Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 3839, 3841, 3846 and 3847 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br>           Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 10904, 10906, 10911 and 10912 |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>           Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 3592, 3594, 3599 and 3600 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.,*<br><br>           Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 9429, 9430, 9436 and 9437 |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.,*<br><br>           Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 10443, 10444, 10450 and 10451 |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>　　　　Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Ref. Docket Nos. 21203, 21204, 21210 and 21211 |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>　　　　Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>Re: Docket Nos. 4187, 4188, 4194 and 4195 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>　　　　Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 12802, 12803, 12809 and 12810 |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Re: Docket Nos. 929605, 929606, 929612 and 929613 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2016, I caused to be served the:

   a. "Amended Notice of Appeal," *regarding Honeywell International Inc.,* dated December 6, 2016 [Docket No. 3839 in Main Case No. 02-12687, Docket No. 10904 in Case No. 00-04471, Docket No. 3592 in Case No. 03-10495, Docket No. 9429 in Case No. 04-11300, Docket No. 10443 in Case No. 02-10429, Docket No. 21203 in Case No. 00-03837, Docket No. 4187 in Case No. 01-02471, Docket No. 12802 in Case No. 01-02094, and Docket No. 929605 in Case No. 01-01139],

   b. "Amended Notice of Appeal," *regarding Ford Motor Company,* dated December 6, 2016 [Docket No. 3841 in Main Case No. 02-12687, Docket No. 10906 in Case No. 00-04471, Docket No. 3594 in Case No. 03-10495, Docket No. 9430 in Case No. 04-11300, Docket No. 10444 in Case No. 02-10429, Docket No. 21204 in Case No. 00-03837, Docket No. 4188 in Case No. 01-02471, Docket No. 12803 in Case No. 01-02094, and Docket No. 929606 in Case No. 01-01139],

   c. "Appellant Honeywell International Inc.'s Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal," dated December 6, 2016 [Docket No. 3846 in Main Case No. 02-12687, Docket No. 10911 in Case No. 00-04471, Docket No. 3599 in Case No. 03-10495, Docket No. 9436 in Case No. 04-11300, Docket No. 10450 in Case No. 02-10429, Docket No. 21210 in Case No. 00-03837, Docket No. 4194 in Case No. 01-02471, Docket No. 12809 in Case No. 01-02094, and Docket No. 929612 in Case No. 01-01139], and

   d. "Appellant Ford Motor Company's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal," dated December 6, 2016 [Docket No. 3847 in Main Case No. 02-12687, Docket No. 10912 in Case No. 00-04471, Docket No. 3600 in Case No. 03-10495, Docket No. 9437 in Case No. 04-11300, Docket No. 10451 in Case No. 02-10429, Docket No. 21211 in Case No. 00-03837, Docket No. 4195 in Case No. 01-02471, Docket No. 12810 in Case No. 01-02094, and Docket No. 929613 in Case No. 01-01139],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
12th day of January, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

T:\Clients\Asarco\Affidavits\Amd Ntcs of Appeal re Honeywell & Ford, Designations re Honeywell & Ford_DI 3839, 3841, 3846, 3847_AFF_12-6-16.docx

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADAM H. ISENBERG | SAUL EWING LLP 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| ANN C. MCMILLAN | KEVIN C. MACLAY TODD E. PHILLIPS CAPLIN & DRYSDALE, CHARTERED ONE THOMAS CIRCLE, NW, SUITE 1100 WASHINGTON DC 20005 |
| ANTHONY M. SACCULLO | THOMAS H. KOVACH A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| CHRISTIAN J. SINGEWALD | JAMES S. YODER WHITE & WILLIAMS LLP 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| DANIEL K. HOGAN | HOGAN MCDANIEL 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| DAVID M. LAYTON | ASHCRAFT & GEREL, LLP 10 EAST BALTIMORE STREET, SUITE 1212 BALTIMORE MD 21202 |
| EDWARD J. KOSMOWSKI | THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC 2 MILL ROAD, SUITE 202 WILMINGTON DE 19806 |
| ELIHU INSELBUCH | CAPLIN & DRYSDALE, CHARTERED 600 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| JAMES L. PATTON, JR. | EDWIN J. HARRON SHARON M. ZIEG YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 NORTH KING STREET WILMINGTON DE 19801 |
| JOHN N. LIPSITZ | RYAN D. LEDEBUR LIPSITZ & PONTERIO, LLC 135 DELAWARE AVENUE, 5TH FLOOR BUFFALO NY 14202 |
| JOSEPH D. FRANK | REED HEILIGMAN FRANKGECKER, LLP 325 N. LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| JOSEPH F. RICE | JOHN A. BADEN, IV MOTLEY RICE, LLC 28 BRIDGESIDE BLVD. P.O. BOX 1792 MOUNT PLEASANT SC 29465 |
| K. ELIZABETH SIEG | MCGUIREWWOODS LLP 800 EAST CANAL STREET RICHMOND VA 23219 |
| LAURA DAVIS JONES | JAMES E. O'NEILL PACHULSKI STANG ZIEHL & JONES LLP 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899 |
| MARK D. COLLINS | JASON MADRON RICHARDS LAYTON & FINGER, PA 920 NORTH KING STREET WILMINGTON DE 19801 |
| MARK MINUTI | LUCIAN MURLEY SAUL EWING LLP 1201 NORTH MARKET STREET, SUITE 2300 WILMINGTON DE 19801 |
| MATTHEW J. PETERSON | SIMMONS HANLY CONROY, LLC ONE COURT STREET ALTON IL 62002 |
| NATALIE D. RAMSEY | DAVIS LEE WRIGHT MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP 1105 NORTH MARKET STREET, 15TH FLOOR WILMINGTON DE 19801 |
| PETER A. KRAUS | LESLIE MACLEAN WATERS KRAUS & PAUL 3219 MCKINNEY AVENUE DALLAS TX 75204 |
| RICHARD L. SCHEPACARTER | OFFICE OF THE U.S. TRUSTEE U.S. DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19801 |
| ROGER J. HIGGINS | THE LAW OFFICES OF ROGER HIGGINS 111 EAST WACKER DRIVE SUITE 2800 CHICAGO IL 60601 |
| STEPHEN KAROTKIN | WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| THOMAS CRUMPLAR | JACOBS & CRUMPLAR, P.A. 2 EAST 7TH STREET P.O. BOX 1271 WILMINGTON DE 19899 |

**Total Creditor count  23**