IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

NOTICE OF WITHDRAWAL WITH PREJUDICE OF ADMINISTRATIVE EXPENSE CLAIM ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (DOCKET NO. 32134)

As of the date hereof, the Attorney General of the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), and through the undersigned attorneys, as set forth below, hereby withdraws with prejudice its protective *Administrative Expense Claim on Behalf of the United States Environmental Protection Agency* (Docket No. 32134), filed on May 5, 2014 ("Administrative Expense Claim").

On June 2, 2008, the Bankruptcy Court entered an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters (Docket No. 18847) (hereinafter "2008 Multi-Site Settlement Agreement"). The parties' rights and obligations under the 2008 Multi-Site Settlement Agreement remain unaffected by this withdrawal of the Administrative Expense Claim.

---

[1] The Reorganized Debtors comprise W. R Grace & Co. (t/k/a Grace Specialty Chemicals, Inc., or "Grace") and W.R. Grace & Co.-Conn. ("Grace-Conn.").

Dated: February 21, 2017

ELLEN MAHAN
Deputy Chief,
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ James D. Freeman*

JAMES D. FREEMAN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
999 18th Street
South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1489

CHARLES M. OBERLY, III
United States Attorney District of Delaware

ELLEN SLIGHTS
Assistant United States Attorney
Office of United States Attorney
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046