IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 8th day of March, 2017, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF MOTION TO STRIKE THE SHARPE AND CONLEY DECLARATIONS; AND**

**MOTION TO STRIKE THE SHARPE AND CONLEY DECLARATIONS.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 191999
02 – VIA EMAIL
14 – HAND DELIVERY
27 – FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

*VIA E-MAIL*
*(The Future Claimants' Representative)*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037
Email: rwyron@frankelwyron.com;
rfrankel@frankelwyron.com

*HAND DELIVERY*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

*HAND DELIVERY*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

*HAND DELIVERY*
*(Counsel to Representative Counsel to Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*HAND DELIVERY*
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

*HAND DELIVERY*
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

*HAND DELIVERY*
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Samson Hydrocarbons)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to BNSF Railway Company; Mark Hankin and Hanmar Associates MLP)
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Plum Creek Timberlands, L.P.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel for Norfolk Southern Railway Company)
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801

*HAND DELIVERY*
(Local Counsel for Miracon Technologies, LLC)
Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Ford Motor Company)
Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899

*FIRST CLASS MAIL*
(Co-Counsel to Reorganized Debtor)
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

*FIRST CLASS MAIL*
(Counsel to Reorganized Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 N. Bishop Street, Suite 14
Chicago, IL 60607-1823

*FIRST CLASS MAIL*
(Reorganized Debtor)
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044

**FIRST CLASS MAIL**
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**FIRST CLASS MAIL**
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

**FIRST CLASS MAIL**
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

**FIRST CLASS MAIL**
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464

**FIRST CLASS MAIL**
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

**FIRST CLASS MAIL**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401

**FIRST CLASS MAIL**
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

**FIRST CLASS MAIL**
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 S. Seventh Street, Suite 5500
Minneapolis, MN 55402

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

*FIRST CLASS MAIL*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121

*FIRST CLASS MAIL*
*(Counsel to the Official Committee of Equity Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*FIRST CLASS MAIL*
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

*FIRST CLASS MAIL*
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

*First Class Mail*
*(Counsel to Numerous Asbestos Claimants)*
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

*FIRST CLASS MAIL*
*(Counsel to Continental Casualty Company, Transportation Insurance Company, CAN ClaimPlus, Inc., as successor in interest to RSKCo Services, Inc. f/k/a Transcontinental Technical Services, Inc.)*
Jonathan W. Young, Esquire
Edwards Wildman Palmer LLP
225 W. Wacker Drive
Chicago, IL 60606-1229

*FIRST CLASS MAIL*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

*FIRST CLASS MAIL*
*(Counsel for the United States)*
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044

*FIRST CLASS MAIL*
*(Counsel for Norfolk Southern Railway Company)*
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

*FIRST CLASS MAIL*
*(Creditor)*
Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402

***FIRST CLASS MAIL***
*(Counsel for Miracon Technologies, LLC)*
Kasia Brozynski, Esquire
Shannon, Gracey, Ratliff & Miller, LLP
420 Commerce Street, Suite. 500
Fort Worth, TX 76102

***FOREIGN FIRST CLASS***
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec H2Y 2A3
CANADA