**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (KG) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| _____ | ) |
| | **Re: Docket No. _____** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing has been

scheduled in the above-captioned matter:


**DATE**                                    **TIME**

May 3, 2017                                 11:00 a.m. Prevailing Eastern Time
                                            (Omnibus Hearing)

IT IS HEREBY FURTHER ORDERED that this hearing shall take place at the

United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor,

Courtroom No. 3, Wilmington, Delaware 19801.