# Exhibit B

## Exit Interview

CRYOVAC Division
W. R. Grace & Co.
Duncan, South Carolina

Exit Interview

Name _Jimmie E Wright_    Department _Sales_
Position _Regional Mgr_
Employed: From _7/19/65_    To _3/31/96_

Reason for leaving _Retired after 30 years of dedicated service_

Comments _Outstanding employee! Grew Region 350 from $64M to over $200M in sales. Jim was a credit to Cryovac in every way_

_4/3/96_
Date

_W D Vander Ploeg_
Signature of Interviewer

FINAL RATING FORM
W. R. Grace & Co. - CRYOVAC Division

NAME  Jimmie E. Wright
POSITION  Regional Mgr.

Employed: From 7/14/65 To 3/31/96

Reason For Termination: ____ Resigned  ____ Discharged  ____ Other

Explain reason: Retired after 30 years of dedicated service to Cryovac

Rating

Attendance Record   ✓ Very Good   ___ Good   ___ Fair   ___ Unsatisfactory

Work Performance    ✓ Very Good   ___ Good   ___ Fair   ___ Unsatisfactory

General Rating

Indicate your opinion of the general value of this employee's service:

✓ Very Good   ___ Good   ___ Fair   ___ Unsatisfactory

Comments  Outstanding employee! Always positive -- a great people person!

_____  4/2/96
Signature of Supervisor           Date

f24IRCC1/t