## Exhibit D

**Cryovac Announcement**

# CRYOVAC ANNOUNCES

TO: ALL CRYOVAC BULLETIN BOARDS  
ALL FIELD SALES

DATE: MARCH 16, 1990

I am extremely pleased and proud to announce the promotion of Jim Wright to the position of Regional Manager for Region 350.

Under the leadership of Bill Brattebo, Region 350 has become our second largest region with sales in excess of $80 million.

Jim Wright and his people have made a significant contribution to the growth of Region 350 for many years. Jim is uniquely qualified to lead Region 350 into the 1990's. He is a 24 year Cryovac veteran who has been District Sales Manager for the past 18 years. During this time Jim has gained the respect of his people, our customers and his peers. Jim graduated from the Michigan State School of Packaging in 1958, and worked for Armour and Union Camp before coming to work for Cryovac in 1965 as a Product Applications Engineer in ADS. Jim became a laminate specialist in 1969 and was promoted to District Sales Manager in 1972.

Jim's credibility, his product knowledge and long time customer relationships will serve him well in his new leadership position.

Plese join me in welcoming Jim to his new position as he leads Region 350 into the future.

W. G. Vander Ploeg

C00781/1