<u>**EXHIBIT E**</u>

**3/31/96 Personnel Action Form**

| EMPLOYEE NAME | | EMPLOYEE I.D. | |
|---|---|---|---|
| WRIGHT, JIMMIE E | | 000000966 | **CRYOVAC** |
| ADMINISTRATIVE DEPARTMENT NUMBER/NAME | | ORGANIZATION I.D. | |
| 350 | | USC100 | **PERSONNEL ACTION FORM** |
| LOCATION | LAST ACTION(S) | EFFECTIVE DATE | |
| | 02 | 03/31/96 | DISTRIBUTION.   WHITE-PERSONNEL   YELLOW-DEPARTMENT |

ENTER THE EFFECTIVE DATE AND UP TO THREE PERSONNEL ACTIONS
FROM THE LIST AT RIGHT.

**A1** | EFFECTIVE DATE | ACTION1 | ACTION2 | ACTION3 |

| 01 - INITIAL EMPLOYMENT | 05 - SEPARATION | 09 - OTHER DATA CHANGE |
|---|---|---|
| 02 - LOA WITH PAY | 06 - JOB CLASS CHANGE | 10 - DATA CORRECTION |
| 03 - LOA WITHOUT PAY | 07 - JOB RECLASSIFICATION | |
| 04 - RETURN FROM LOA | 08 - TRANSFER BETWEEN DEPTS. | |

## PERSONAL INFORMATION

**F1** EMPLOYEE'S NAME (LAST NAME FOLLOWED BY A COMMA, FIRST NAME, MIDDLE INITIAL)
WRIGHT, JIMMIE E | NAME SUFFIX | DATE OF BIRTH 06/18/37

**F2** STREET ADDRESS
5916 SOUTH RT 31 | CITY CRYSTAL LAKE

**F3** STATE/PROVINCE IL | ZIP (POSTAL) CODE 60014 | HOME TELEPHONE (815)477-4717 AREA CODE | SEX M | MARST M | ETH W | DSAB | MILST

**F4** SOCIAL SECURITY NO (US) 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 | SOCIAL INSURANCE NO (CANADA) 0 | CITIZENSHIP | VISA TP | COUNTRY | EXP DATE 0/0 MO YR

**F5** HIRE DATE 10/13/69 | ADJUSTED HIRE DATE 05/10/66 | SENIORITY DATE | COMPANY MAIL POINT BUFFALO GROV | WORK TELEPHONE (708)520-4727 AREA CODE

**F6** EMERGENCY CONTACT'S NAME (FIRST NAME, LAST NAME) LAURA WRIGHT | CONTACT'S RELATIONSHIP WIFE | CONTACT'S TELEPHONE (708)658-2535 AREA CODE

## PAYROLL AND STATUS INFORMATION

**C1** | CYCLE M1 | R/T R | F/P F | EETYPE E | DISP 9 | STATUS P | STATUS EFFECTIVE DATE 03/31/96 | LOA REAS 07 | LOA RETURN DATE 07/15/97 | SEP REAS | ADMIN GROUP 350 | BUDGET DEPT 35000 | TMRPT T | SP INO

**C2** | PAY RATE | RATE CD P | NEXT REVIEW DATE 0/0/0 | LOA/TERMINATION INSTRUCTIONS PAY THRU 07/15/97

## JOB ASSIGNMENT AND JOB HISTORY INFORMATION   TITLE: REGIONAL SALES MANAGER

**1D** | JOB NO. 1 | JOB BEGIN DATE 05/01/90 | JOB END DATE 99/99/99 | POSITION NUMBER 00100 | JOB CLASS NUMBER 514700 | SHIFT 1 | GRCEN M | HO CNT 0

| PRIOR JOBS | BEGIN DATE | END DATE | ORG-ID | JOB TITLE | JOB CLASS | BUDGET DEPT |
|---|---|---|---|---|---|---|
| | 01/01/72 | 05/01/90 | USC100 | DISTRICT SALES MANAGER | 511600 | 35000 |
| | 10/13/69 | 10/01/72 | USC100 | LAMINATE SPECIALIST | | |
| | 01/01/65 | 01/01/69 | USC100 | APPLICATIONS DEV PKG ENG | | |

## EDUCATION INFORMATION

| | LEVEL | | DEGREE | YEAR | DEGREE MAJOR | INSTITUTION |
|---|---|---|---|---|---|---|
| **B1** | 10 | BACHELOR'S OR LOWER | BS | 58 | PKG TECHNOL | MICHIGAN ST U |
| **B2** | | MASTER'S | | | | |
| **B3** | | DOCTOR'S | | | | |

| COMPLETED BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| CHECKED BY | DATE | FINAL APPROVAL | DATE |

VERSION 212843