# EXHIBIT F

**Agreed Motion to Dismiss**

CAM/780123

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JIM WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 99 C 1255 |
| | ) Judge Blanche Manning |
| W.R. GRACE & CO.-CONN. and CRYOVAC DIVISION W.R. GRACE & CO.-CONN. n/k/a SEALED AIR. CORP., | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Now comes Defendant, Cryovac Division W.R. Grace & Co.-Conn. n/k/a Sealed Air Corporation incorrectly sued as Sealed Air Corp., by and through its attorneys, Michael J. Leech and Caroline A. Mondschean, and moves to dismiss by agreement with the plaintiff this defendant from this lawsuit, and in support thereof states as follows:

1. The plaintiff, Jim Wright, has agreed to dismiss without prejudice the defendant, Cryovac Division W.R. Grace & Co.-Conn. n/k/a Sealed Air Corporation incorrectly sued as Sealed Air Corp., from any and all causes of action that it brought or could have brought in this action.

WHEREFORE, the Defendant, Cryovac Division W.R. Grace & Co.-Conn. n/k/a Sealed Air Corporation incorrectly sued as Sealed Air Corp., respectfully requests the Court enter an order dismissing this defendant, without prejudice.

Respectfully Submitted,

By: _Caroline A. Mondschean_
Attorney for Defendant, Cryovac Division W.R. Grace
& Co.-Conn. n/k/a Sealed Air Corporation
incorrectly sued as Sealed Air Corp.

Michael J. Leech
Caroline A. Mondschean
HINSHAW & CULBERTSON
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601

469604-1 – DS1A

CAM/780123

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JIM WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 99 C 1255 |
| v. ) | |
| ) | Judge Blanche Manning |
| W.R. GRACE & CO.-CONN. and ) | |
| CRYOVAC DIVISION W.R. GRACE & ) | |
| CO.-CONN. n/k/a SEALED AIR. CORP., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Amy Wright                                Julie L. Gottschall
      Law Offices of Sikora & Wright, Ltd.      Katten Muchin & Zavis
      207 N. Main Street                        525 W. Monroe Street
      Suite 202                                 Suite 1600
      Crystal Lake, IL 60014                    Chicago, IL 60661

PLEASE TAKE NOTICE that on July 2, 1999, at 10:00 A.M., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Manning or any Judge sitting in her stead in Courtroom 2125, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present Motion to Dismiss, a copy of which is hereby served upon you.

_____
Caroline A. Mondschean

HINSHAW & CULBERTSON
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

454481-1 - DS1A

## PROOF OF SERVICE

I, Angela K. Gallichio, a non-attorney, certify that I served this notice by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 222 N. LaSalle, Chicago, Illinois by 5:00 p.m. on the ____ day of _JUNE_, 19__ with proper postage prepaid.

[x] Under penalties as provided by law pursuant to ILL.REV.STAT.CHAP 110-SEC 1-109 I certify that the statements set forth herein are true and correct.

_____
Angela K. Gallichio

2

454481-1 - DSIA