# EXHIBIT K

**Defendant's First Set of Interrogatories and Defendant's Request for Admission**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 99 C 1255 |
| ) | |
| W.R. GRACE & CO., ) | Judge Manning |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant, W.R. Grace & Co., requests that Plaintiff Jim Wright admit the following statements:

Statements

1. Jim Wright did not file a charge of discrimination with the Equal Employment Opportunity Commission or the Illinois Human Rights Commission alleging age discrimination against W.R. Grace & Co.

2. Jim Wright did not receive a Right to Sue letter from the Equal Employment Opportunity Commission covering his age discrimination claim against W.R. Grace & Co.

3. Jim Wright did not file his age discrimination claim against W.R. Grace & Co. within 90 days of receiving a Right to Sue letter from the Equal Employment Opportunity Commission.

Dated: November 4, 1999

                          W.R. GRACE & CO.

                          By: _____
                                One of Its Attorneys

Patrick J. Lamb
Julie L. Gottshall
Amy Moor Gaylord
Katten Muchin Zavis
525 West Monroe Street
Suite 1600
Chicago, Illinois 60661-3693
(312) 902-5200
Attorneys for Defendant

Doc #:CH02 (85011-00008) 1037795v1;11/4/1999/Time:8:13

b

## CERTIFICATE OF SERVICE

I, Julie L. Gottshall, being duly sworn, state that I caused copies of the foregoing Defendant's Requests for Admission, to be served by first class mail, postage prepaid, and depositing same in the United States mail at 525 West Monroe Street, Chicago, Illinois, on November 4, 1999 on the following:

>Amy C. Wright
>Sikora & Wright
>207 North Main Street
>Suite 202
>Crystal Lake, IL 60014

*Julie L. Gottshall*
Julie L. Gottshall

1038419