# EXHIBIT L

**Plaintiff's RFA Response**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM WRIGHT,<br>　　　　　Plaintiff,<br><br>v.<br><br>W.R. GRACE & CO.,<br>　　　　　Defendant. | No. 99C1255<br><br>Judge Manning |

PLAINTIFF'S RESPONSE TO DEFENDANT'S
REQUEST FOR ADMISSION

NOW COMES Plaintiff, Jim Wright, and in response to Defendant's Request for Admission, states as follows:

STATEMENTS

1. Jim Wright did not file a charge of discrimination with the Equal Employment Opportunity Commission or the Illinois Human Rights Commission alleging age discrimination against W.R. Grace & Co.

RESPONSE:
Plaintiff admits that he did not file a charge of discrimination with the Human Rights Commission; plaintiff further states that he attempted to file a charge of discrimination with the Equal Employment Opportunity Commission, but that the EEOC would not accept his charge for filing because of timeliness.

2. Jim Wright did not receive a Right to Sue letter from the Equal Employment Opportunity Commission covering his age discrimination claim against W.R. Grace & Co.

RESPONSE:
Plaintiff admits that Request to Admit #2 is true.

3. Jim Wright did not file his age discrimination claim against W.R. Grace & Co. within 90 days of receiving a Right to Sue letter from the Equal Employment Opportunity Commission.

RESPONSE:

Plaintiff is unable to respond to Request to Admit #3 because he never received a Right to Sue Letter.

_____
JIM WRIGHT
Dated: 12/8/99

Sikora & Wright, Ltd.
Amy C. Wright
Attorneys for Plaintiff
207 North Main Street, Suite 202
Crystal Lake, IL 60014
815-455-1095

## AFFIDAVIT

STATE OF COLORADO    }
                     } SS.
COUNTY OF GARFIELD   }

JIM WRIGHT, being first duly sworn, deposes and states that he has read the above and foregoing Answers to Defendant's Requests for Admission by him subscribed, and the same are true and correct to the best of his knowledge and belief.

_____
JIM WRIGHT

SUBSCRIBED AND SWORN to
before me this 8th day of
December, 1999.

_____
Notary Public
My commission expires 11-5-02