# Exhibit N

**J. Gotshall letter, dated February 24, 2000**

# Katten Muchin Zavis

| | | |
|---|---|---|
| Chicago | 525 West Monroe Street | Writer's Direct Numbers |
| Los Angeles | Suite 1600 | 312 902 5645 |
| New York | Chicago, IL 60661-3693 | 312 577 8827 (FAX) |
| Washington, DC | Tel 312 902 5200 | julie.gottshall |
| | Fax 312 902 1061 | @KMZ.com |
| | www.kmz.com | |

February 24, 2000

**VIA Facsimile and U.S. Mail**

Amy C. Wright
Sikora & Wright
207 North Main Street, Suite 202
Crystal Lake, IL 60014

Re:   Wright v. W.R. Grace & Co.

Dear Ms. Wright:

This letter will confirm your agreement to voluntarily dismiss Count I of your client's Complaint in the above-captioned case, which alleges age discrimination in violation of the Age Discrimination in Employment Act.

Based on your representation, Defendant will not file a motion for summary judgment and/or sanctions on Count I, nor will Defendant thoroughly question your client on that Count during his deposition on February 29. Of course, should you rescind your agreement to voluntarily dismiss Count I, Defendant reserves its right to reopen the deposition of your client and to file the motion for summary judgment and sanctions as set forth in Defendant's letter of February 8, 2000.

We request that you file the notice of dismissal prior to the status hearing on March 7, 2000. If you cannot do so, or if you disagree with anything as set forth above, please contact me at your earliest convenience. Thank you.

Very truly yours,

Julie L. Gottshall

Amy C. Wright
February 24, 2000
Page 2

bcc:  Rick Sentflaben
      Patrick J. Lamb

Doc #:CH02 (85011-00008) 1088482v1;2/24/2000/Time:14:48