### Exhibit O

### Mr. Wright's Civil Case Docket

ASHMAN,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:99-cv-01255

| | |
|---|---|
| Wright v. WR Grace & Co- Conn, et al | Date Filed: 02/25/1999 |
| Assigned to: Hon. Blanche M. Manning | Date Terminated: 04/17/2001 |
| Demand: $1,000,000 | Jury Demand: Plaintiff |
| Cause: 42:2000 Job Discrimination (Age) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jim Wright**     represented by    **Amy Wright**
Sikora & Wright Ltd.
207 North Main Suite 202
Crystal Lake, IL 60014
(815) 455-1095
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cryovac Division W.R. Grace & Co.-Conn.**     represented by    **Michael John Leech**
*TERMINATED: 07/15/1999*
Michael J. Leech, P.C.
101 North Wacker Drive
Suite 2010
Chicago, IL 60606
(312) 525-8123
Email: mleech@talk-sense.com
*TERMINATED: 07/15/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Mondschean**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: cmondschean@hinshawlaw.com
*TERMINATED: 07/15/1999*

**Defendant**

**W. R. Grace & Co.-Conn**     represented by

**Michael John Leech**
(See above for address)
*TERMINATED: 04/27/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Mondschean**
(See above for address)
*TERMINATED: 04/27/1999*

**Patricia Ann Holland**
Chicago Mercantile Exchange
Legal Department
30 South Wacker Drive
Chicago, IL 60606
(312) 648-5422
Email: patricia.holland@kattenlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick J. Lamb**
Valorem Law Group
35 East Wacker Drive
Suite 3000
Chicago, IL 60601
312-676-5462
Email: patrick.lamb@valoremlaw.com
*ATTORNEY TO BE NOTICED*

**Rena M. Honorow**
Marc D. Sherman & Associates, P.C.
3700 West Devon
Suite E
Lincolnwood, IL 60712
(847) 674-8756
Email: rena@mshermanlawoffice.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/1999 | 1 | COMPLAINT; jury demand - Civil cover sheet - Appearance of Amy Wright as attorney(s) for plaintiff ( Original and one copy of summons(es) issued.) (Documents: 1-1 through 1-3); (Exhibits) (fce) (Entered: 03/01/1999) |
| 02/25/1999 |  | RECEIPT regarding payment of filing fee paid; on 2/25/99 in the amount of $ 150.00, receipt # 1011. (fce) (Entered: 03/01/1999) |
| 03/02/1999 | 2 | APPLICATION for leave to appear pro hac vice by Any Wright for plaintiff; Order entered granting leave by Hon. Blanche M. Manning (lal) (Entered: 03/03/1999) |

| | | |
|---|---|---|
| 03/29/1999 | 3 | ATTORNEY APPEARANCE for defendant by Michael John Leech, Caroline A. Mondschean. (vmj) (Entered: 04/02/1999) |
| 04/22/1999 | 4 | AGREED MOTION by defendant WR Grace & Co-Conn for leave to substitute counsel for defendant W. R. Grace & Co.-Conn. and to file appearance instanter by Patrick J. Lamb, Julie L. Gottschall, and Patricia A. Holland of Katten Muchin & Zavis ; Notice (jmp) (Entered: 05/20/1999) |
| 04/27/1999 | 5 | MINUTE ORDER of 4/27/99 by Hon. Martin C. Ashman : Motion for leave to substitute counsel for defendant W. R. Grace & Co.-Conn. granted [4-1] Attorney Caroline A. Mondschean and attorney Michael John Leech for WR Grace & Co-Conn are granted leave to withdraw their appearance and leave is granted to appear and substitute attorneys Patrick J. Lamb, Julie L. Gottschall and Patricia Ann Holland, of Katten Muchin & Zavis [4-2], instanter is granted [4-3]. Telephoned notice (jmp) (Entered: 05/20/1999) |
| 04/27/1999 | 6 | MOTION by defendant WR Grace & Co-Conn to extend time to answer or otherwise plead to plaintiff's complaint ; Notice (jmp) (Entered: 05/20/1999) |
| 04/28/1999 | 8 | MOTION by Cryovac Div WR Grace, WR Grace & Co-Conn for enlargement of time to answer or otherwise plead to plaintiff's complaint ; Notice (jmp) (Entered: 06/02/1999) |
| 04/30/1999 | 7 | MINUTE ORDER of 4/30/99 by Hon. Blanche M. Manning : Motion to extend time to answer or otherwise plead to plaintiff's complaint by 06/03/99 is granted [6-1]. Telephoned notice (jmp) (Entered: 05/20/1999) |
| 05/07/1999 | 9 | MINUTE ORDER of 5/7/99 by Hon. Blanche M. Manning : Motion for enlargement of time to answer or otherwise plead to plaintiff's complaint by 06/03/99 is granted [8-1]. Telephoned notice (jmp) (Entered: 06/02/1999) |
| 05/11/1999 | | SCHEDULE set on 5/11/99 by Hon. Blanche M. Manning : Status hearing set to 11:00 7/16/99 . Mailed notice (fce) (Entered: 05/11/1999) |
| 06/04/1999 | 10 | MOTION by Cryovac Div WR Grace, WR Grace & Co-Conn for leave to file motion to dismiss plaintiff's complaint ; Notice (jmp) (Entered: 06/25/1999) |
| 06/09/1999 | | SCHEDULE set on 6/9/99 by Hon. Blanche M. Manning : Noticed motion set for 10:00 6/11/99 No notice (fce) (Entered: 06/09/1999) |
| 06/11/1999 | 11 | MINUTE ORDER of 6/11/99 by Hon. Blanche M. Manning : Motion for leave to file motion to dismiss plaintiff's complaint granted [10-1]. Defendant shall serve motion for summary judgment and supporting memroandum by 06/25/99. The response shall be served by 07/02/99. The reply shall be served by 07/09/99. The fully-briefed motion shall be filed by 07/12/99. Mailed notice (jmp) (Entered: 06/25/1999) |
| 06/24/1999 | 15 | MOTION by Cryovac Div WR Grace and WR Grace & Co-Conn to dismiss plaintiff's complaint ; (jmp) (Entered: 07/14/1999) |
| 06/25/1999 | 12 | ANSWER and affirmative defenses by WR Grace & Co-Conn to plaintiff's complaint [1-1]; Notice (jmp) (Entered: 06/28/1999) |
| 06/25/1999 | 13 | MOTION by defendant WR Grace & Co-Conn to dismiss counts II - V of plaintiff's complaint (Attachments); Notice (jmp) (Entered: 06/28/1999) |

| | | |
|---|---|---|
| 06/30/1999 | | SCHEDULE set on 6/30/99 by Hon. Blanche M. Manning : Noticed motion set for 10:00 7/2/99 No notice (fce) (Entered: 06/30/1999) |
| 06/30/1999 | 14 | ATTORNEY APPEARANCE for WR Grace & Co-Conn by Rena M. Honorow (jmp) (Entered: 07/01/1999) |
| 07/02/1999 | 16 | MINUTE ORDER of 7/2/99 by Hon. Blanche M. Manning : Motion to dismiss plaintiff's complaint [15-1] and motion to dismiss counts II - V of plaintiff's complaint is granted [13-1]. terminating case Mailed notice (jmp) (Entered: 07/14/1999) |
| 07/15/1999 | 17 | MINUTE ORDER of 7/15/99 by Hon. Blanche M. Manning : The court hereby amends the order of 06/11/99 to reflect that the response to the motion for summary judgment shall be served by 07/20/99. The reply shall be served by 08/03/99. The court hereby amends the order of 07/02/99 to reflet that the defendant Cryovac Division is hereby dismissed, nunc pro tunc, as of 07/02/99. The Clerk of the Court is hereby ordered to reopen this case. reopening the case Mailed notice (jmp) (Entered: 07/16/1999) |
| 07/16/1999 | 18 | MINUTE ORDER of 7/16/99 by Hon. Blanche M. Manning : Status hearing held and continued to 11:00 a.m. on 09/10/99. Leave is granted to extend the time by which to serve the response to the motion for sumary judgment to 08/09/99. The reply shall be served no later than 08/16/99. The court orders a 26 (f) conference with discovery plan to be filed by 08/30/99. Mailed notice (jmp) (Entered: 07/22/1999) |
| 08/03/1999 | 19 | MOTION by Jim Wright for an extension of time to file response to defendants motion to dismiss ; Notice (jmp) (Entered: 08/11/1999) |
| 08/06/1999 | 20 | MINUTE ORDER of 8/6/99 by Hon. Blanche M. Manning : Plaintiff's motion for an extension of time to file response to defendants motion to dismiss is granted [19-1] to 08/20/99. Reply by 09/03/99. this extension is final. No further extensions will be allowed. Mailed notice (jmp) (Entered: 08/11/1999) |
| 08/09/1999 | 21 | AGREED MOTION by WR Grace & Co-Conn for extension of time to reply to defendant's motion to dismiss ; Notice (jmp) (Entered: 08/16/1999) |
| 08/13/1999 | 22 | MINUTE ORDER of 8/13/99 by Hon. Blanche M. Manning : Defendant's agreed motion for extension of time to 09/17/99 to reply to plaintiff's response to defendant's motion to dismiss counts II-V of plaintiff's complaint is granted [21-1]. Mailed notice (jmp) (Entered: 08/16/1999) |
| 09/01/1999 | 23 | RESPONSE by plaintiff to defendant's motion to dismiss; Notice (jmp) (Entered: 09/07/1999) |
| 09/10/1999 | | SCHEDULE set on 9/10/99 by Hon. Blanche M. Manning : Status hearing reset to 11:00 10/22/99 . Mailed notice (rth) (Entered: 09/13/1999) |
| 09/17/1999 | 24 | REPLY MEMORANDUM by Jim Wright to in support of motion to dismiss counts II-V of plaintiff's complaint; Notice (jmp) (Entered: 09/21/1999) |
| 10/22/1999 | | SCHEDULE set on 10/22/99 by Hon. Blanche M. Manning : Status hearing held. Parties to initiate discovery and file a discovery plan by 11/5/99. Ruling on motion to dismiss by 1/14/00 by mail. Mailed notice (rth) (Entered: 10/22/1999) |

| 11/03/1999 | 25 | JOINT PROPOSED discovery plan by Jim Wright and WR Grace & Co-Conn; Notice (jmp) (Entered: 11/04/1999) |
| --- | --- | --- |
| 02/15/2000 |  | SCHEDULE set on 2/15/00 by Hon. Blanche M. Manning : Status hearing set to 11:00 3/17/00 . Mailed notice (rth) (Entered: 02/15/2000) |
| 03/17/2000 | 26 | MINUTE ORDER of 3/17/00 by Hon. Blanche M. Manning : Status hearing held and continued to 10:00 a.m. on 05/05/00. Plaintiff voluntarily dismisses counts 1 and 4 of the complaint. Ruling on defendant's motion to dismiss by 05/05/00. Ruling by mail. Depositions stayed pending ruling. Mailed notice (jmp) (Entered: 03/21/2000) |
| 05/05/2000 |  | SCHEDULE set on 5/5/00 by Hon. Blanche M. Manning : Status hearing held. Ruling on defendant's motion to dismiss by mail by 5/19/00. New dates, if necessary, will be set forth in the ruling. Mailed notice (rth) (Entered: 05/05/2000) |
| 02/07/2001 | 27 | REQUEST by plaintiff for a decision on defendant's motion to dismiss (Attachment); Notice. (vmj) (Entered: 02/13/2001) |
| 02/13/2001 | 28 | MINUTE ORDER of 2/13/01 by Hon. Blanche M. Manning: Plaintiff's request for a decision is granted [27-1]. Mailed notice (vmj) (Entered: 02/13/2001) |
| 04/11/2001 | 29 | SUGGESTION of bankruptcy (Attachments) by defendant; Notice. (vmj) (Entered: 04/12/2001) |
| 04/17/2001 | 30 | MINUTE ORDER of 4/17/01 by Hon. Blanche M. Manning: The defendant having filed for bankruptcy, this case is hereby dismissed. All pending motions are stricken without prejudice. terminating case Mailed notice (vmj) (Entered: 04/17/2001) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/09/2016 10:19:40 | | | |
| PACER Login: | Skaddenlas1:2629576:0 | Client Code: | 007490/5 |
| Description: | Docket Report | Search Criteria: | 1:99-cv-01255 |
| Billable Pages: | 4 | Cost: | 0.40 |