# EXHIBIT B

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

LESTER E. KIRKLAND, JR.,

    Plaintiff,

vs.

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Defendant.

CIVIL ACTION
NO. 45273

### ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT III OF PLAINTIFF'S COMPLAINT

Defendant Norfolk Southern Railway Company filed a Motion for Partial Summary Judgment as to Count III of Plaintiff's Complaint alleging a violation of the Safety Appliance Act on July 31, 2000. Defendant filed its Statement of Undisputed Material Facts and Brief in Support of its Motion. Plaintiff has not responded to Defendant's Motion, and the time within which a response would have been due, had one been intended, has now elapsed, so Defendant's Motion for Partial Summary Judgment is properly before the Court for consideration.

While Plaintiff's Complaint alleges an FELA violation, the facts of Plaintiff's allegations, as summarized in Defendant's Brief and Statement of Undisputed Facts, do not demonstrate a violation of the Safety Appliance Act. In accord with the decisions cited in Defendant's Brief, I find that while these facts may constitute an FELA violation, the presence of a foreign substance on the car is not an area covered by the Safety Appliance



Act. Therefore, Defendant's Motion for Partial Summary Judgment as to Count III of Plaintiff's Complaint is hereby granted and that Count is dismissed from the case.

IT IS SO ORDERED, this __16__ day of __October__, 2000.

_____
Judge, State Court of Bibb County

PREPARED AND PRESENTED BY:

Benjamin M. Garland
Attorney for Defendant
Hall, Bloch, Garland & Meyer
577 Mulberry Street, Ste. 1500
P. O. Box 5088
Macon, GA 31208-5088
(912) 745-1625