# EXHIBIT C



# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-09-03156

**DECEDENT'S NAME:** *LESTER EUGENE KIRKLAND JR*
**AKA's:** NA
**ARMED FORCES:** NO
**DATE OF BIRTH:** MAY 19, 1955
**TYPE OF PLACE OF DEATH:** HOSPICE FACILITY
**NAME AND ADDRESS OF PLACE OF DEATH:** MCCALL HOSPICE HOUSE OF GREENVILLE, SIMPSONVILLE, SC 29680
**PLACE OF DISPOSITION:** THOMAS MCAFEE CREMATION CENTER
**DISPOSITION LOCATION:** GREENVILLE, SOUTH CAROLINA
**METHOD OF DISPOSITION:** CREMATION
**DECEDENT'S RESIDENCE:** 1836 WEST GEORGIA ROAD, SIMPSONVILLE, GREENVILLE COUNTY, SC, 29680
**PLACE OF BIRTH:** SOUTH CAROLINA
**SURVIVING SPOUSE'S NAME:** KAREN BRADY
**FATHER'S NAME:** LESTER EUGENE KIRKLAND SR
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** JUNE MORRELL SANDERS
**INFORMANT'S NAME:** KAREN FARMER
**MAILING ADDRESS:** 6 WALKING COURT, GREENVILLE, SC, 29607
**FUNERAL HOME:** THOMAS MCAFEE FUNERAL HOME, 639 N. MAIN ST/PO BOX 527, GREENVILLE, SC, 29601
**FUNERAL DIRECTOR:** STEVEN K. HAWLEY
**EMBALMER'S NAME:** NOT EMBALMED
**ACTUAL OR PRESUMED DATE OF DEATH:** OCTOBER 22, 2009
**ACTUAL OR PRESUMED TIME OF DEATH:** 2323
**CAUSE OF DEATH - PART I:**
WIDELY METASTATIC ADENOCARCINOMA OF THE COLON

**SEX:** MALE
**SOCIAL SECURITY NUMBER:** 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
**AGE:** 54 YEARS
**COUNTY OF DEATH:** GREENVILLE

**MARITAL STATUS:** MARRIED

**RELATIONSHIP:** WIFE

**LICENSE NUMBER:** 1534
**LICENSE NUMBER:** ----
**MANNER OF DEATH:** NATURAL

**OTHER SIGNIFICANT CONDITIONS - PART II:**
HEPATIC ENCEPHALOPATHY

**CORONER CONTACTED?** NO      **AUTOPSY PERFORMED?** NO     **AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA          **TIME OF INJURY:** NA        **INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA

**CERTIFIER NAME AND TITLE:** DR. PATRICK C CAREY        **LICENSE NUMBER:** 28742
**CERTIFIER'S ADDRESS:** 1836 W GEORGIA ROAD, SIMPSONVILLE, SC, 29680
**DATE FILED:** OCTOBER 28, 2009
**DATE OF ISSUANCE:** MARCH 20, 2017
**SPECIAL INSTRUCTIONS:**
NA

SC05897539

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Catherine E. Heigel
Director and State Registrar

Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 07/31/2015

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE