## **CERTIFICATE OF SERVICE**

     I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 11th day of April 2017, I caused a true and correct copy of the foregoing **Norfolk Southern Railway Company's Reply Brief (I) in Support of Norfolk Southern's Cross-Motion for Summary Judgment and (II) in Response to the Reorganized Debtors' Motion to Strike the Sharpe and Conley Declarations** to be served upon the parties on the attached list via hand delivery for all local parties and via first class mail, postage pre-paid for all non-local parties.

     Under penalty of perjury, I declare the foregoing is true and correct.

                                              */s/ R. Stephen McNeill*
                                         R. Stephen McNeill (DE Bar No. 5210)

## SERVICE LIST

John Donley, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL  60654

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Roger Higgins, Esquire
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

Office of the United States Trustee
Richard L. Schepacarter, Esquire
844 King Street, Suite 2207
Wilmington, DE  19801

PAC 1250226v.1