# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*,[1] ) | Case No. 01-01139 (KG) |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | **Hearing Date: May 3, 2017 at 11:00 a.m.** |
| ) | **Objection Deadline: April 25, 2017 at 4:00 P.M.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 11, 2017, Norfolk Southern Railway Company ("Norfolk Southern"), filed the *Motion of Norfolk Southern Railway Company to Exceed Page Limitation for Reply Brief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing, filed with the Court, 824 North Market Street, Wilmington, DE 19801, and served upon, so as to actually be received by the undersigned counsel, on or before **April 25, 2017 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed in accordance with the above procedures, the Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Kevin Gross on **May 3, 2017 at 11:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington,

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

PAC 1250237v.1

Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at such hearing.

| | |
|---|---|
| Dated: April 11, 2017<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>David J. Baldwin (DE Bar No. 1010)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>*Counsel to Norfolk Southern Railway Company* |