# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) **Re: Docket No. _____** |

### ORDER GRANTING MOTION OF NORFOLK SOUTHERN RAILWAY COMPANY TO EXCEED PAGE LIMITATION FOR REPLY BRIEF

Upon consideration of the Motion of Norfolk Southern Railway Company ("Norfolk Southern") to Exceed Page Limitation for Reply Brief, and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Norfolk Southern is authorized to file a reply brief of up to eight (8) pages exclusive of the tables of contents and citations.

Dated: _____, 2017
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

PAC 1249897v.1