# CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 11th day of April 2017, I caused a true and correct copy of the foregoing **Motion of Norfolk Southern Railway Company to Exceed Page Limitation for Reply Brief** to be served upon the parties on the attached list via first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

R. Stephen McNeill (DE Bar No. 5210)

## SERVICE LIST

John Donley, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Marla Rosaff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Alan B. Rich, Esquire
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H
Charleston, SC 29402

Roger Higgins, Esquire
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

Office of the United States Trustee
Richard L. Schepacarter, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

R. Karl Hill, Esquire,
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Richard B. Schiro
WRG Asbestos PD Trust, c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 N. Market Street
Wilmington, DE 19890-1625

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286, Rue St-Paul Ouest, Bureau 100
Montreal, Quebec, H2Y 2A3

PAC 1249897v.1