# Exhibit B

## IRS Letter dated March 16, 2015



**IRS** Department of the Treasury
Internal Revenue Service
600 ARCH STREET
PHILADELPHIA, PA 19106-1611

Chapter and Case Number:
**11 01-01140-PJW**
Person to Contact:
**CATHERINE STASKIN**
Contact Telephone Number:
(267) 941-6322
Employee Fax Number:
(877) 477-9276
Employee Identification Number:
0212753

Date: March 16, 2015

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
824 MARKET ST., 3RD FLOOR
WILMINGTON, DE 19899

Debtor: W R GRACE & CO-CONN
Bankruptcy Filed April 2, 2001

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 12/6/2012 is no longer in force and effect. This claim is hereby withdrawn.

If you have any questions, our contact information is shown above. Thank you for your cooperation

/s/ JOHN LINDINGER
Insolvency Manager

cc: W R GRACE & CO-CONN

Letter 3931CG (11-2004)
Catalog Number 38952B

## IN RE: W.R. GRACE & CO., ET AL., CASE NO. 01-01139
### Register of Proofs of Claim Filed • Sorted by: Claimant Name

| Creditor Name / Address | Case Number / Case Name Status / SubStatus | Claim Number | Claim Date | Total *CUD | **Class |
|---|---|---|---|---|---|
| DENVER SQUARE ANACONDA BUILDING<br>C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685<br>HAMPTON, SC 29924<br><br>Counsel Mailing Address:<br>SPEIGHTS & RUNYAN,<br>SPEIGHTS, DANIEL A<br>200 JACKSON AVE<br>PO BOX 685<br>HAMPTON, SC 29924 | 01-01140<br>W.R. GRACE & CO.-CONN.<br><br>VOIDED | 18367 | 5/17/2005 | | |
| DENVER SQUARE ANACONDA BUILDING<br>C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685<br>HAMPTON, SC 29924<br><br>Counsel Mailing Address:<br>SPEIGHTS & RUNYAN,<br>SPEIGHTS, DANIEL A<br>200 JACKSON AVE<br>PO BOX 685<br>HAMPTON, SC 29924 | 01-01140<br>W.R. GRACE & CO.-CONN.<br><br>VOIDED | 17153 | 8/26/2005 | | |
| DENVER SQUARE ANACONDA BUILDING<br>C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685<br>HAMPTON, SC 29924<br><br>Counsel Mailing Address:<br>SPEIGHTS & RUNYAN,<br>SPEIGHTS, DANIEL A<br>200 JACKSON AVE<br>PO BOX 685<br>HAMPTON, SC 29924 | 01-01140<br>W.R. GRACE & CO.-CONN.<br><br>EXPUNGED<br>DktNo: 11080 Entered: 11/15/2005 | 11534 | 3/31/2003 | $0.00 | (U) |
| DEPARTMENT OF THE TREASURY - INTERNAL RE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 01-01191<br>MRA HOLDINGS CORP. | 18554 | 12/11/2012 | $196,111.84<br>$196,111.84 | (U)<br>(T) |
| DEPARTMENT OF THE TREASURY - INTERNAL RE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 01-01140<br>W.R. GRACE & CO.-CONN. | 18553 | 12/11/2012 | $11,356,686.82<br>$11,356,686.82 | (P)<br>(T) |
| DEPARTMENT OF THE TREASURY INTERNAL<br>31 HOPKINS PLAZA<br>ROOM 1150<br>BALTIMORE, MD 21201 | 01-01139<br>W.R. GRACE & CO.<br><br>EXPUNGED<br>DktNo: 8024 Entered: 2/28/2005 | 15445 | 6/25/2004 | $0.00 | (P) |
| DEPARTMENT OF THE TREASURY-INTERNAL REVE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01139<br>W.R. GRACE & CO.<br><br>EXPUNGED<br>DktNo: 6007 Entered: 7/19/2004 | 15360 | 12/11/2003 | $0.00 | (P) |
| DEPARTMENT OF THE TREASURY-INTERNAL REVE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 01-01198<br>CC PARTNERS<br><br>EXPUNGED<br>DktNo: 13513 Entered: | 15361 | 12/12/2003 | $0.00 | (P) |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed
** (A): Administrative  (P): Priority  (S): Secured  (U): Unsecured

*This claims register is continually subject to audit and update.*

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>W R GRACE & CO-CONN | Case Number:<br>01-01140-PJW | |

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Telephone number: 1-800-973-0424   email:       Creditor Number:

Name and address where payment should be sent (if different from above):
Internal Revenue Service
600 ARCH STREET
PHILADELPHIA, PA 19106-1611

Telephone Number: (267) 941-6322   email:

**COURT USE ONLY**

■ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: __08/28/2001__

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $11,356,686.82

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim:  Taxes
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
   See Attachment

3a. Debtor may have scheduled account as:
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate ___%  ☐ fixed  or  ☐ variable
(when case was filed)

Amount of arrearage and other charges, as of the time case filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured:        $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$11,356,686.82

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (4/13)                                                                        2

**7. Documents:** Attach are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "redacted".)

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: CATHERINE STASKIN
Title:      Bankruptcy Specialist
Company:    Internal Revenue Service

/s/ CATHERINE STASKIN                    12/06/2012
(Signature)                               (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
600 ARCH STREET
PHILADELPHIA, PA  19106-1611

Telephone number: (267) 941-6322          Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

In the Matter of:  W R GRACE & CO-CONN
7500 GRACE DRIVE
COLUMBIA, MD 21044-4009

Form 10 Attachment

| Case Number |
|---|
| 01-01140-PJW |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/02/2001 |

Amendment No. 3 to Proof of Claim dated 08/28/2001.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX3649 | CORP-INC | 12/31/1998 | 1 Pending Examination | $5,852,658.00 | $5,504,028.82 |

Total Amount of Unsecured Priority Claims: 



1 PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR'S TAX RETURN

Page 1 of 1