# Exhibit C

## IRS Transcript

490 Activity Summary - 65-0773649 W R GRACE & CO

FED - **-***3649 W R GRACE & CO    1120 Tax Period: 1998/12

| Run Method: IRS Default | Module Status: Open/(Open) |
|---|---|
| Interest To: 09/11/2014 | |
| GATT Method: Retain Character (New) | GATT Date: 01/01/1995 Amount: $10,000 |
| LCU Method: Default IRS | LCU Interest Date: LCU Interest is OFF |
| Underpay Net Start: All Dates Included | Overpay Net Start: All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 11/01/1999 | | 03/15/1999 | 150 Return Filed & Assessed Tax Liability | | 12,509,141.00 | 12,509,141.00 |
| 03/15/1999 | | | 620 Initial Installment Payment | | (17,000,000.00) | (4,490,859.00) |
| 12/11/2009 | | 03/15/1999 | 300 Additional Tax Assessment By Examinati | | 5,852,658.00 | 1,361,799.00 |
| 03/15/1999 | | | 670 Subsequent Payment | | (17,000,000.00) | (15,638,201.00) |
| 03/15/1999 | | | 672 Correction of 670 Processed in Error | | 17,000,000.00 | 1,361,799.00 |
| 10/01/1999 | 03/15/1999 | 10/01/1999 | 840 Manual Refund | (4,490,859.00) | 4,490,859.00 | 5,852,658.00 |
| 03/15/2001 | | | 706 Generated Overpayment Applied from An | | (13,321.00) | 5,839,337.00 |
| 03/15/2002 | | | 706 Generated Overpayment Applied from An | | (23,927.00) | 5,815,410.00 |
| 03/15/2003 | | | 706 Generated Overpayment Applied from An | | (16,841.00) | 5,798,569.00 |
| 03/15/2004 | | | 706 Generated Overpayment Applied from An | | (21,057.00) | 5,777,512.00 |
| 09/14/2005 | | | 706 Generated Overpayment Applied from An | | (202,838.20) | 5,574,673.80 |
| 01/04/2006 | | | 706 Generated Overpayment Applied from An | | (47,379.77) | 5,527,294.03 |
| 03/15/2006 | | | 706 Generated Overpayment Applied from An | | (19,705.00) | 5,507,589.03 |
| 03/15/2007 | | | 706 Generated Overpayment Applied from An | | (450,749.00) | 5,056,840.03 |
| 04/29/2007 | | | 706 Generated Overpayment Applied from An | | (89,564.25) | 4,967,275.78 |
| 09/10/2014 | | 03/15/2009 | 309 Abatement of Prior Tax Assessment by E | | (11,491,201.00) | (6,523,925.22) |
| 03/15/2011 | | | 706 Generated Overpayment Applied from An | | (394,881.00) | (6,918,806.22) |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 03/15/1999 | | 150 Return Filed & Assessed Tax Liability | 12,509,141.00 | | | |
| | | 300 Additional Tax Assessment By Examin | 5,852,658.00 | | | |
| | | 620 Initial Installment Payment | (17,000,000.00) | | | |
| | | 670 Subsequent Payment | (17,000,000.00) | | | |
| | | 672 Correction of 670 Processed in Error | 17,000,000.00 | | | 1,361,799.00 |
| 03/16/1999 | 10/01/1999 | Underpay | 1,361,799.00 | 0.044347770 | 60,392.75 | 1,422,191.75 |
| 10/01/1999 | | 840 Manual Refund | 4,490,859.00 | | | 5,913,050.75 |
| 10/02/1999 | 03/15/2001 | Underpay | 5,913,050.75 | 0.133931186 | 791,941.90 | 6,704,992.65 |
| 03/15/2001 | | 706 Generated Overpayment Applied from / | (13,321.00) | | | 6,691,671.65 |
| 03/16/2001 | 03/15/2002 | Underpay | 6,691,671.65 | 0.073941377 | 494,791.42 | 7,186,463.07 |
| 03/15/2002 | | 706 Generated Overpayment Applied from / | (23,927.00) | | | 7,162,536.07 |
| 03/16/2002 | 03/15/2003 | Underpay | 7,162,536.07 | 0.059681061 | 427,467.75 | 7,590,003.82 |
| 03/15/2003 | | 706 Generated Overpayment Applied from / | (16,841.00) | | | 7,573,162.82 |
| 03/16/2003 | 03/15/2004 | Underpay | 7,573,162.82 | 0.046589016 | 352,826.20 | 7,925,989.02 |
| 03/15/2004 | | 706 Generated Overpayment Applied from / | (21,057.00) | | | 7,904,932.02 |
| 03/16/2004 | 09/14/2005 | Underpay | 7,904,932.02 | 0.079587094 | 629,130.57 | 8,534,062.59 |
| 09/14/2005 | | 706 Generated Overpayment Applied from / | (202,838.20) | | | 8,331,224.39 |
| 09/15/2005 | 01/04/2006 | Underpay | 8,331,224.39 | 0.021261997 | 177,138.47 | 8,508,362.86 |
| 01/04/2006 | | 706 Generated Overpayment Applied from / | (47,379.77) | | | 8,460,983.09 |
| 01/05/2006 | 03/15/2006 | Underpay | 8,460,983.09 | 0.013513868 | 114,340.61 | 8,575,323.70 |
| 03/15/2006 | | 706 Generated Overpayment Applied from / | (19,705.00) | | | 8,555,618.70 |
| 03/16/2006 | 03/15/2007 | Underpay | 8,555,618.70 | 0.080107237 | 685,366.97 | 9,240,985.67 |
| 03/15/2007 | | 706 Generated Overpayment Applied from / | (450,749.00) | | | 8,790,236.67 |
| 03/16/2007 | 04/29/2007 | Underpay | 8,790,236.67 | 0.009910722 | 87,117.59 | 8,877,354.27 |
| 4/29/2007 | | 706 Generated Overpayment Applied from / | (89,564.25) | | | 8,787,790.02 |
| 04/30/2007 | 03/15/2009 | Underpay | 8,787,790.02 | 0.132033857 | 1,160,285.81 | 9,948,075.83 |
| 03/15/2009 | | 309 Abatement of Prior Tax Assessment by | (11,491,201.00) | | | (1,543,125.17) |

### 490 Activity Summary - 65-0773649 W R GRACE & CO
### FED - **-***3649 W R GRACE & CO    1120 Tax Period: 1998/12

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 03/16/2009 | 03/15/2011 | Overpay GATT | (1,543,125.17) | 0.028817798 | (44,469.47) | (1,587,594.64) |
| 03/15/2011 | | 706 Generated Overpayment Applied from z | (394,881.00) | | | (1,982,475.64) |
| 03/16/2011 | 09/11/2014 | Overpay GATT | (1,982,475.64) | 0.022733756 | (45,069.12) | (2,027,544.76) |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 4,980,800.05 | 4,980,800.05 | |
| Overpayment Interest | (89,538.59) | | (89,538.59) |
| Principal Balance | | | (1,938,006.17) |
| | 4,891,261.46 | 4,980,800.05 | (2,027,544.76) |