## EXHIBIT D

**Refund Calculation Using Plan Interest Rate of 4.19% to
Determine Deficiency Interest with Respect to 1998 Tax Deficiency**

```
INTEREST AND PENALTY DETAIL REPORT                         TaxInterest Version   2017.2
Taxpayer name...: WR Grace & Co                                                04-03-17
Taxpayer ID#....:                                                                Page 1
                                                                             Event Date
Events                                           Date         Amount         Balance (1)
---------------------------------------------------------------------------------------
Tax                                           03-15-99     5,852,658.00
Tax                                           03-15-99    12,509,141.00
Payment                                       03-15-99    <17,000,000>      1,361,799.00
IRS Check (-High Rate 4,490,859.00)           10-01-99     4,490,859.00     5,913,050.75
Payment                                       03-15-01       <13,321.00>    6,691,671.65
Payment                                       03-15-02       <23,927.00>    6,970,251.47
Payment                                       03-15-03       <16,841.00>    7,251,651.41
Payment                                       03-15-04       <21,057.00>    7,541,743.87
Payment                                       09-14-05      <202,838.20>    7,828,548.67
Payment                                       01-04-06       <47,379.77>    7,882,464.41
Payment                                       03-15-06       <19,705.00>    7,926,351.38
Payment                                       03-15-07      <450,749.00>    7,814,752.62
Payment                                       04-29-07       <89,564.25>    7,765,659.57
Payment                                       03-15-09   <11,491,201>      <3,089,317.42>
Payment                                       03-15-11      <394,881.00>   <3,573,225.75>
IRS Check (-High Rate 2,027,544.76)           09-11-14     2,027,544.76    <1,626,913.83>

Interest Computation Date                     09-11-14                     <1,626,913.83>
---------------------------------------------------------------------------------------
(1) Balance includes any interest and penalties accrued as of the Event Date


Interest Detail
---------------------------------------------------------------------------------------
Event               Date         Rate         Base              Interest        Balance
---------------------------------------------------------------------------------------
Tax                 03-15-99               5,852,658.00                       5,852,658.00
Tax                 03-15-99              12,509,141.00                      18,361,799.00
Payment             03-15-99             <17,000,000>                         1,361,799.00
Interest            03-31-99   7.00       1,361,799.00         4,184.69       1,365,983.69
Interest            06-30-99   8.00       1,365,983.69        27,515.30       1,393,498.99
Interest            09-30-99   8.00       1,393,498.99        28,381.12       1,421,880.11
Interest            10-01-99   8.00       1,421,880.11           311.64       1,422,191.75
IRS Check           10-01-99              4,490,859.00                        5,913,050.75
Interest            12-31-99   8.00       5,913,050.75       119,107.83       6,032,158.58
Interest            03-31-00   8.00       6,032,158.58       121,171.78       6,153,330.36
Interest            06-30-00   9.00       6,153,330.36       139,228.21       6,292,558.57
Interest            09-30-00   9.00       6,292,558.57       143,960.81       6,436,519.38
Interest            12-31-00   9.00       6,436,519.38       147,254.34       6,583,773.72
Interest            03-15-01   9.00       6,583,773.72       121,218.93       6,704,992.65
Payment             03-15-01                <13,321.00>                       6,691,671.65
Interest            03-31-01   9.00       6,691,671.65        26,448.90       6,718,120.55
Interest            04-02-01   8.00       6,718,120.55         2,945.25       6,721,065.80
Interest            03-15-02   4.19       6,721,065.80       273,112.67       6,994,178.47
Payment             03-15-02                <23,927.00>                       6,970,251.47
Interest            03-15-03   4.19       6,970,251.47       298,240.94       7,268,492.41
Payment             03-15-03                <16,841.00>                       7,251,651.41
Interest            03-15-04   4.19       7,251,651.41       311,149.46       7,562,800.87
```

```
INTEREST AND PENALTY DETAIL REPORT                      TaxInterest Version   2017.2
Taxpayer name...: WR Grace & Co                                              04-03-17
Taxpayer ID#....:                                                              Page 2
Interest Detail
--------------------------------------------------------------------------------------
Event                Date       Rate       Base            Interest           Balance
--------------------------------------------------------------------------------------
Payment            03-15-04             <21,057.00>                       7,541,743.87
Interest           09-14-05    4.19   7,541,743.87        489,643.00      8,031,386.87
Payment            09-14-05            <202,838.20>                       7,828,548.67
Interest           01-04-06    4.19   7,828,548.67        101,295.51      7,929,844.18
Payment            01-04-06             <47,379.77>                       7,882,464.41
Interest           03-15-06    4.19   7,882,464.41         63,591.97      7,946,056.38
Payment            03-15-06             <19,705.00>                       7,926,351.38
Interest           03-15-07    4.19   7,926,351.38        339,150.24      8,265,501.62
Payment            03-15-07            <450,749.00>                       7,814,752.62
Interest           04-29-07    4.19   7,814,752.62         40,471.20      7,855,223.82
Payment            04-29-07             <89,564.25>                       7,765,659.57
Interest           03-15-09    4.19   7,765,659.57        636,224.01      8,401,883.58
Payment            03-15-09            <11,491,201>                      <3,089,317.42>

GATT Starts 03-15-09       Refund on start date.: <3,089,317.42>

GATT Rate          03-31-09    2.50  <3,089,317.42>       <3,387.29>     <3,092,704.71>
GATT Rate          06-30-09    1.50  <3,092,704.71>      <11,587.28>     <3,104,291.99>
GATT Rate          09-30-09    1.50  <3,104,291.99>      <11,758.75>     <3,116,050.74>
GATT Rate          12-31-09    1.50  <3,116,050.74>      <11,803.29>     <3,127,854.03>
GATT Rate          03-31-10    1.50  <3,127,854.03>      <11,589.96>     <3,139,443.99>
GATT Rate          06-30-10    1.50  <3,139,443.99>      <11,762.40>     <3,151,206.39>
GATT Rate          09-30-10    1.50  <3,151,206.39>      <11,936.46>     <3,163,142.85>
GATT Rate          12-31-10    1.50  <3,163,142.85>      <11,981.67>     <3,175,124.52>
GATT Rate          03-15-11    0.50  <3,175,124.52>       <3,220.23>     <3,178,344.75>
Payment            03-15-11            <394,881.00>                      <3,573,225.75>
GATT Rate          03-31-11    0.50  <3,573,225.75>         <783.25>     <3,574,009.00>
GATT Rate          06-30-11    1.50  <3,574,009.00>      <13,390.56>     <3,587,399.56>
GATT Rate          09-30-11    1.50  <3,587,399.56>      <13,588.71>     <3,600,988.27>
GATT Rate          12-31-11    0.50  <3,600,988.27>       <4,541.06>     <3,605,529.33>
GATT Rate          03-31-12    0.50  <3,605,529.33>       <4,485.04>     <3,610,014.37>
GATT Rate          06-30-12    0.50  <3,610,014.37>       <4,490.62>     <3,614,504.99>
GATT Rate          09-30-12    0.50  <3,614,504.99>       <4,545.65>     <3,619,050.64>
GATT Rate          12-31-12    0.50  <3,619,050.64>       <4,551.36>     <3,623,602.00>
GATT Rate          03-31-13    0.50  <3,623,602.00>       <4,470.18>     <3,628,072.18>
GATT Rate          06-30-13    0.50  <3,628,072.18>       <4,525.45>     <3,632,597.63>
GATT Rate          09-30-13    0.50  <3,632,597.63>       <4,580.92>     <3,637,178.55>
GATT Rate          12-31-13    0.50  <3,637,178.55>       <4,586.70>     <3,641,765.25>
GATT Rate          03-31-14    0.50  <3,641,765.25>       <4,492.59>     <3,646,257.84>
GATT Rate          06-30-14    0.50  <3,646,257.84>       <4,548.14>     <3,650,805.98>
GATT Rate          09-11-14    0.50  <3,650,805.98>       <3,652.61>     <3,654,458.59>
IRS Check          09-11-14           2,027,544.76                       <1,626,913.83>
```

```
INTEREST AND PENALTY DETAIL REPORT                 TaxInterest Version  2017.2
Taxpayer name...: WR Grace & Co                                       04-03-17
Taxpayer ID#....:                                                       Page 3
--------------------------- Summary as of 09-11-14 ---------------------------
                      Amount        Payments         Deposits         Balance
Tax or IRS Check  24,880,202.76  <26,336,856>            0.00   <1,456,653.66>
Interest           3,434,607.80  <3,434,607.80>          0.00             0.00
GATT rate interest  <170,260.17>          0.00           0.00     <170,260.17>
-----------------------------------------------------------------------------
Totals            28,144,550.39  <29,771,464>            0.00   <1,626,913.83>
=============================================================================

Prepared using: FEDERAL-W     IRS Interest Rates
Table end date: 03-31-17      USER Table
```