<u>**EXHIBIT F**</u>

**IRS Team Manager E-Mail Correspondence dated January 23, 2017**

**From:**      Gulati Manmeet <Manmeet.Gulati@irs.gov>
**Sent:**      Monday, January 23, 2017 1:26 PM
**To:**        Kiley, Michael; Teichen, Don
**Subject:**   interest calculation

Hi Mike and Don,

This is the response from the people in the interest department.

I received a response from our counsel stating that we believe the correct amount of interest was charged and that no further refund is due the taxpayer.

There is not more I can do from my end. If you like you can always appeal this decision. Your POA will guide you.

Best regards,


Manmeet Gulati
Team Manager
LB&I:ECPA - Team 1364
7850 S.W. 6th Court
Plantation, FL 33324
TeL: 954-991-4179
efax: 1-855-745-5438
email: Manmeet.Gulati@irs.gov