IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | | **Re: Docket No. 32854** |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 12th day of April, 2017, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF MOTION FOR ENTRY OF AN ORDER ENFORCING PLAN AND CONFIRMATION ORDER AGAINST INTERNAL REVENUE SERVICE; AND**

**MOTION FOR ENTRY OF AN ORDER ENFORCING PLAN AND CONFIRMATION ORDER AGAINST INTERNAL REVENUE SERVICE.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

WR Grace Motion for IRS Refund Supplemental
Service List
Case No. 01-1139 (KG)
Document No. 213109
02 – First Class Mail

**First Class Mail**
Daniel J. Healy, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 227
Ben Franklin Station
Washington, DC  20044

**First Class Mail**
Lawrence C. Letkewicz, Esquire
Special Trial Attorney
Internal Revenue Service
200 W. Adams Street, Suire 2400
Chicago, IL  60606