IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 01-01139 (KG)<br>) Jointly Administered<br>)<br>) Re: Docket Nos. 32825, 32826, 32837, 32838 and<br>) 32851 |

### REQUEST FOR ORAL ARGUMENT REGARDING NORFOLK SOUTHERN RAILWAY COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT ALLOWING CLAIM NO. 7021

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Norfolk Southern Railway Company ("Norfolk Southern"), by and through its undersigned counsel, hereby requests oral argument on its *Cross-Motion for Summary Judgment Allowing Claim No. 7021* (the "Cross-Motion"). Norfolk Southern submits that oral argument will be beneficial to the Court and hereby requests that oral argument on the Cross-Motion be scheduled on an expedited basis at the Court's earliest possible convenience.

Dated: April 13, 2017
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Norfolk Southern Railway Company*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

PAC 1250429v.1