## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 13th day of April 2017, I caused a true and correct copy of the foregoing **Request for Oral Argument Regarding Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021** to be served upon the parties on the attached service list via first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

PAC 1250429v.1

## SERVICE LIST

John Donley, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Roger Higgins, Esquire
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

Office of the United States Trustee
Richard L. Schepacarter, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801

PAC 1250429v.1