# EXHIBIT B

**Stewart, Dawn S.**

---

| From: | Brown-Edwards, Theresa |
|---|---|
| Sent: | Thursday, January 17, 2008 10:41 AM |
| To: | 'Scott.Whittier@grace.com' |
| Cc: | Brown-Edwards, Theresa |
| Subject: | Grace Bankruptcy Case - Letter on behalf of Norfolk Southern Proof of Claim - 0007021 |
| Attachments: | WR_Grace.pdf |

Scott:

Please find the attached letter as a follow-up to our conversation today.

Best,

Terri

Potter
Anderson
& Corroon LLP

**Theresa V. Brown-Edwards**
Partner
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6142 Direct Dial
302 778 6142 Fax
tbrown-edwards@potteranderson.com
www.potteranderson.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.



# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Theresa V. Brown-Edwards**
Attorney at Law
tbrown-edwards@potteranderson.com
302 984-6142  Direct Phone
302 658-1192  Fax

January 17, 2008

**Via Electronic Mail**

Scott B. Whittier
Corporate Counsel
W.R. Grace & Co.-Conn.
7500 Grace Drive
Columbia, MD  21044

Re:   **Norfolk Southern Proof of Claim Number 0007021**

Dear Scott:

      It was a pleasure speaking with you this morning.  I look forward to receiving information from you in connection with the W.R. Grace plan distribution amounts.  Upon receipt of such information, Norfolk Southern will further evaluate your request for mediation of the above-referenced claim.  As promised, please find my email address and other contact information above.

      Please feel free to contact me with any further questions or comments that you might have.

Best regards,

Theresa V. Brown-Edwards

TVBE:dss
William H. Johnson

843132