## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 14th day of April 2017, I caused a true and correct copy of **Norfolk Southern Railway Company's Objection to Motion for an Order Barring the Kirkland Testimony in FELA Action as Hearsay Evidence** to be served upon the parties listed below in the manner indicated:

*Via First Class Mail, Postage Pre-Paid*
The Law Offices of Roger Higgins, LLC
Roger J. Higgins, Esq.
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

*Via First Class Mail, Postage Pre-Paid*
Kirkland & Ellis LLP
Adam C. Paul, Esq.
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654

*Via Hand Delivery*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

／s／ R. Stephen McNeill
R. Stephen McNeill (DE Bar No. 5210)