# EXHIBIT A

## R. Higgins 2012-13 E-Mail Correspondence

**Subject:** FW: W. R. Grace - Norfolk Southern Indemnification Claim
**Date:** Monday, January 7, 2013 at 8:49:51 AM Central Standard Time
**From:** Roger Higgins
**To:** Mayers, Etta R. (emayers@potteranderson.com), Baldwin, David J. (dbaldwin@potteranderson.com)
**Attachments:** image001.jpg, Stipulation of Facts - RJH Draft as of 12-12-12.docx, Stipulation of Facts - Exhibits - 12-12-12.pdf

Etta and David, I am following up on the draft stipulation I sent you last month, just before the holidays. Hopefully, you've had a chance to review it. I'd like to have call with you to discuss next steps in resolving this claim.

Many thanks. R

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277
office: (312) 836-4047
cell: (312) 480-1984
e-mail: rhiggins@rogerhigginslaw.com
**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Roger Higgins
**Sent:** Wednesday, December 12, 2012 4:44 PM
**To:** 'Mayers, Etta R.'
**Cc:** Baldwin, David J.
**Subject:** RE: W. R. Grace - Norfolk Southern Indemnification Claim

Etta and David, please find attached a revised draft stipulation and the referenced exhibits (all but the transcripts, which we both have, and which are too voluminous to e-mail).

I am generally in the office for the remainder of this week and next week.

I look forward to talking with you.

Regards. R

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277
office: (312) 836-4047
cell: (312) 480-1984
e-mail: rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Mayers, Etta R. [mailto:emayers@potteranderson.com]
**Sent:** Monday, November 05, 2012 1:52 PM
**To:** Roger Higgins
**Cc:** Baldwin, David J.
**Subject:** RE: W. R. Grace - Norfolk Southern Indemnification Claim

Roger,

I am following up on this to make sure that you received the documents I sent and to see where we are on the Stipulation of Facts in hopes of moving this forward.

Thanks and hope all is well,

Etta




**Etta R. Mayers**
Attorney at Law
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6202 Direct Dial
302 778 6202 Fax
emayers@potteranderson.com
www.potteranderson.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Mayers, Etta R.
**Sent:** Thursday, July 12, 2012 6:20 PM
**To:** 'Roger Higgins'
**Cc:** Baldwin, David J.
**Subject:** RE: W. R. Grace - Norfolk Southern Indemnification Claim

Roger,

I will try to compile this information for you but it may take me a little bit of time.

Thanks,

Etta

---



**Etta R. Mayers**
Attorney at Law
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6202 Direct Dial
302 778 6202 Fax
emayers@potteranderson.com
www.potteranderson.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Roger Higgins [mailto:RHiggins@rogerhigginslaw.com]
**Sent:** Thursday, July 12, 2012 5:31 PM
**To:** Mayers, Etta R.
**Cc:** Baldwin, David J.
**Subject:** RE: W. R. Grace - Norfolk Southern Indemnification Claim

Etta:

It would be very helpful if we both had identical sets of source documents.

Could you send me the following items:

- Complete set of trial transcripts. What I have seems to be fragmented and incomplete.
- A list of all trial exhibits, jury instructions, jury forms, etc., and any other documents or items that are in the trial record.
- Copies of all documents referenced in, or attached as exhibits to, your draft stipulation.

Many thanks.

Regards. R

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4277
office: (312) 836-4047
cell: (312) 480-1984
e-mail: rhiggins@rogerhigginslaw.com
www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

-----Original Message-----
From: Mayers, Etta R. [mailto:emayers@potteranderson.com]
Sent: Monday, July 09, 2012 3:41 PM
To: Roger Higgins
Cc: Baldwin, David J.
Subject: W. R. Grace - Norfolk Southern Indemnification Claim

Roger,
Since the parties initial discussions on W.R. Grace's objection to Norfolk Southern's indemnification claim were unsuccessful, in an effort to move this matter along we have attached a draft proposed stipulation of facts. The Stipulation is a draft only and remains subject to client review and comment, but we wanted to get it to you for your input and thoughts.

We are available to discuss at your convenience.

Thanks and hope you are well,
Etta

Etta R. Mayers
Attorney at Law
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6202 Direct Dial
302 778 6202 Fax
emayers@potteranderson.com
www.potteranderson.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.