## Exhibit B

**R. Higgins 2015 E-Mail Correspondence**

Saturday, April 22, 2017 at 9:53:53 AM Central Daylight Time

| | |
|---|---|
| **Subject:** | W. R. Grace - Norfolk Southern Claim |
| **Date:** | Thursday, March 26, 2015 at 8:46:21 AM Central Daylight Time |
| **From:** | Roger Higgins |
| **To:** | 'Mayers, Etta R.', David J. Baldwin - Potter Anderson & Corroon LLP (dbaldwin@potteranderson.com) |
| **Attachments:** | NS_Stip_RJH_3-25-15.docx, Comp_NS_Stip_3-25-15.pdf |

Etta and David,

Here is a revised draft of the proposed stipulation of facts.

Have you had the opportunity to discuss settlement with your client?

We have the hearing coming up on April 14. It would be very nice to get this wrapped up before then.

Regards. R


Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
office: (312) 666-0431
cell:   (312) 480-1984
e-mail: rhiggins@rogerhigginslaw.com
                                         www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.