# EXHIBIT B

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2016

1.  Number of Claims SUBMITTED- 1,697

        Paid- 1000        $3,364,011.83      average $3,364.01 per claim

        DENIED - 150

        Deficient- 88

        Pending- 459

            287 - Have not removed

            172 - Waiting on more info

        *Extraordinary- 5    $100,000.00   ($42,500; $42,500; $5,520; $4,755; $4,725)

CLAIMS SUBMITTED BY STATE:

**Alphabetically**

| | | | | |
|---|---|---|---|---|
| AK-3 | IL-107 | MT-72 | PA-61 | Unknown-3 |
| AZ-2 | IN-9 | NC-2 | RI-22 | |
| CA-12 | KS-4 | ND-2 | SC-3 | |
| CO-11 | KY-1 | NE-2 | SD-1 | |
| CT-79 | MA-391 | NH-27 | UT-3 | |
| DC-3 | MD-22 | NJ-38 | VA-9 | |
| DE-2 | ME-46 | NM-1 | VT-62 | |
| FL-1 | MI-114 | NY-73 | WA-85 | |
| IA-5 | MN-50 | OH-54 | WI-245 | |
| ID-9 | MO-14 | OR-45 | WY-2 | |

**Numerically**

| | | | | |
|---|---|---|---|---|
| MA-391 | OH-54 | CO-11 | AZ-2 | Unknown-3 |
| WI-245 | MN-50 | ID-9 | DE-2 | |
| MI-114 | ME-46 | IN-9 | NC-2 | |
| IL-107 | OR-45 | VA-9 | ND-2 | |
| WA-85 | NJ-38 | IA-5 | NE-2 | |
| CT-79 | NH-27 | KS-4 | WY-2 | |
| NY-73 | MD-22 | AK-3 | FL-1 | |
| MT-72 | RI-22 | DC-3 | KY-1 | |
| VT-62 | MO-14 | SC-3 | NM-1 | |
| PA-61 | CA-12 | UT-3 | SD-1 | |

2.  Product Identification for Paid Claims

        a.  Sample ONLY – 79%

        b.  Sample and Bag – 1%

        c.  Bag/Bag Photo – 18%

        d.  Other PID (Contractor Certification, Before & After Photos, Lab Reports, Original Receipt of Purchase) – 2%

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims."

In the Trustee's opinion three 2016 claims and two 2015 merited extraordinary treatment. Those claims were for the following amounts:

1. (2015) $4,725
2. (2015) $4,755
3. (2016) $5,520
4. (2016) $42,500
5. (2016) $42,500