# **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 26th day of April 2017, I caused a copy of the *Notice of Filing of Audited Annual Report and Claim Summary of Edward B. Cottingham, Jr., Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7B* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid.

Richard Finke
Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Adam C. Paul
John Donley
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

Roger J. Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL  60607

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, DE  19899-8705

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

Alexander M. Sanders, Jr.
Asbestos PD Future Claimants'
Representative
19 Water Street
Charleston, SC  29401

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

Richard B. Schiro
Corporate Trust Administrator
WRG Asbestos PD Trust
c/o Wilmington Trust Company
1100 North Market Street
Wilmington, DE  19890

Deborah D. Williamson
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX  78205

Edward J. Westbrook, Esq.
Richard Patrick Westbrook & Brickman
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC  29464

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201

<u>April 26, 2017</u>                                                         <u>*/s/ William D. Sullivan*</u>
Date                                                                                    William D. Sullivan