# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) Hearing Date: May 3, 2017 at 11:00 a.m. |
| | ) Objection Deadline: April 25, 2017 at 4:00 p.m. |
| | ) Re: Docket No. 32852 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 32852

The undersigned, counsel for Norfolk Southern Railway Company (the "Norfolk Southern") in the above-captioned chapter 11 cases, hereby certifies that:

1. On April 11, 2017, the **Motion of Norfolk Southern Railway Company to Exceed Page Limitation for Reply Brief** (the "Motion") [D.I. 32852] was filed with the Court.

2. Pursuant to the **Notice of Motion** (the "Notice") [Docket No. 32852] filed with the Court on April 11, 2017, objections, if any, to the Motion were required to have been filed with the Court and served no later than 4:00 p.m. on April 25, 2017 (the "Objection Deadline").

3. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

WHEREFORE, it is hereby respectfully requested that the form of order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 26, 2017
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to Norfolk Southern Railway Company*

IMPAC 5109958v.1