# EXHIBIT A

# WRG Asbestos PI Trust

Audited Special-Purpose Financial
Statements with Supplementary Information
Years Ended December 31, 2016 and 2015

The report accompanying these financial statements was issued by
BDO USA, LLP, a Delaware limited liability partnership and the U.S. member
of BDO International Limited, a UK company limited by guarantee.



# WRG Asbestos PI Trust

Audited Special-Purpose Financial
Statements with Supplementary Information
Years Ended December 31, 2016 and 2015

# WRG Asbestos PI Trust

## Contents

Independent Auditor's Report                                              1-2

**Special – Purpose Financial Statements**

    Special-Purpose Statements of Assets, Liabilities and Net Assets Available     3
    for the Payment of Claims

    Special-Purpose Statements of Changes in Net Assets Available     4
    for the Payment of Claims

    Special-Purpose Statements of Cash Flows                           5

    Notes to the Special-Purpose Financial Statements              6-15

**Supplementary Information**

    Independent Auditor's Report on Supplementary Information         16

    Supplementary Schedule of Operating Expenses                      17



Tel:  703-893-0600
Fax:  703-893-2766
**www.bdo.com**

8401 Greensboro Drive
Suite 800
McLean, VA 22102

**Independent Auditor's Report**

Trustees
WRG Asbestos PI Trust
Wilmington, Delaware

We have audited the accompanying special-purpose financial statements of the WRG Asbestos PI Trust (the Trust) (a statutory Trust created under the laws of the State of Delaware), which comprise the special-purpose statements of assets, liabilities, and net assets available for the payment of claims as of December 31, 2016 and 2015, and the related special-purpose statements of changes in net assets available for the payment of claims and the special-purpose statements of cash flows for the years then ended and the related notes to the special-purpose financial statements.

*Management's Responsibility for the Special-Purpose Financial Statements*

Management is responsible for the preparation and fair presentation of these special-purpose financial statements in accordance with the basis of accounting described in Note 2 to the special-purpose financial statements.  Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of special-purpose financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's Responsibility*

Our responsibility is to express an opinion on these special-purpose financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the special-purpose financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the special-purpose financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the special-purpose financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the special-purpose financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the special-purpose financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

*Opinion*

In our opinion, the special-purpose financial statements referred to above present fairly, in all material respects, the assets and liabilities of WRG Asbestos PI Trust as of December 31, 2016 and 2015, and the additions, deductions and cash flows for the years then ended, in accordance with the basis of accounting described in Note 2 to the special-purpose financial statements.

*Basis of Accounting*

We draw attention to Note 2 of the special-purpose financial statements, which describes the basis of accounting.  As described in Note 2, these special-purpose financial statements were prepared on a special-purpose basis of accounting which is a basis of accounting other than accounting principles generally accepted in the United States of America.  Our opinion is not modified with respect to this matter.  The special-purpose basis of accounting has been used in order to communicate the amount of net assets presently available to fund current and future claims.

*Restriction of Use*

Our report is intended solely for the information and use of the management of the Trust, the Trustees, the Future Claimants' Representative, the Trust Advisory Committee, the beneficiaries of the Trust, and the United States Bankruptcy Court for the District of Delaware and is not intended to be and should not be used by anyone other than these specified parties. This restriction is not intended to limit the distribution of this report which, upon filing with the United States Bankruptcy Court for the District of Delaware, is a matter of public record.

*BDO USA, LLP*

McLean, Virginia
April 18, 2017

# Special-Purpose Financial Statements

# WRG Asbestos PI Trust

## Special-Purpose Statements of Assets, Liabilities, and Net Assets Available for the Payment of Claims

| December 31, | 2016 | 2015 |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ 106,763,143 | $ 107,597,321 |
| Investments, at fair value | | |
| Bonds | 2,407,723,340 | 2,538,270,179 |
| Equity securities | 217,328,833 | 198,652,246 |
| International equity funds | 106,993,508 | 96,644,423 |
| Hedge funds | 138,181,068 | 134,683,281 |
| Interest receivable | 26,679,191 | 27,993,664 |
| Other assets | 15,153 | - |
| **Total assets** | 3,003,684,236 | 3,103,841,114 |
| **Liabilities** | | |
| Accrued expenses and accounts payable | 1,826,053 | 1,099,005 |
| Settled but unpaid claims | 6,840,467 | 8,409,094 |
| **Total liabilities** | 8,666,520 | 9,508,099 |
| **Net assets available for the payment of claims** | $ 2,995,017,716 | $ 3,094,333,015 |

*See accompanying notes to the special-purpose financial statements.*

3

# WRG Asbestos PI Trust

## Special-Purpose Statements of Changes in Net Assets Available for the Payment of Claims

| *Years Ended December 31,* | 2016 | 2015 |
|---|---|---|
| **Additions** | | |
| Insurance recoveries | $ 62,842,978 | $ 41,424,909 |
| Interest and dividend income | 53,160,566 | 49,215,955 |
| Federal income tax refund | 7,275,510 | - |
| Net (depreciation) appreciation in fair value of investment securities | (27,640,143) | 10,085,031 |
| Net change in fair value of international equity funds | 10,349,085 | (1,171,403) |
| Net change in fair value of hedge funds | 3,497,787 | (7,947,697) |
| **Total additions** | 109,485,783 | 91,606,795 |
| **Deductions** | | |
| Federal income tax expense | 420,000 | 2,135,472 |
| Personal injury claims expense | 191,964,944 | 359,533,804 |
| Operating expenses | 10,762,181 | 10,002,602 |
| Claims processing expenses | 5,653,957 | 5,605,661 |
| **Total deductions** | 208,801,082 | 377,277,539 |
| Decrease in net assets available for the payment of claims | (99,315,299) | (285,670,744) |
| **Net assets available for the payment of claims** | | |
| Beginning of the year | 3,094,333,015 | 3,380,003,759 |
| End of the year | $ 2,995,017,716 | $ 3,094,333,015 |

*See accompanying notes to the special-purpose financial statements.*

4

# WRG Asbestos PI Trust

## Special-Purpose Statements of Cash Flows

| Years Ended December 31, | 2016 | 2015 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Decrease in net assets available for the payment of claims | $ (99,315,299) | $ (285,670,744) |
| Adjustments to reconcile decrease in net assets available for the payment of claims to net cash used in operating activities: | | |
| Net depreciation (appreciation) in fair value of investment securities | 27,640,143 | (10,085,031) |
| Net change in fair value of international equity funds | (10,349,085) | 1,171,403 |
| Net change in fair value of hedge funds | (3,497,787) | 7,947,697 |
| Amortization of premiums on bonds, net | 55,149,905 | 42,488,365 |
| Changes in operating assets and liabilities | | |
| Interest receivable | 1,314,473 | (12,936,535) |
| Accrued expenses and accounts payable | 727,048 | (1,132,390) |
| Settled but unpaid claims | (1,568,627) | 5,462,483 |
| Other assets | (15,153) | - |
| Federal taxes payable | - | (19,600,000) |
| Total adjustments | 69,400,917 | 13,315,992 |
| **Net cash used in operating activities** | (29,914,382) | (272,354,752) |
| **Cash flows from investing activities:** | | |
| Sales and maturities of bonds | 1,004,514,205 | 732,564,305 |
| Purchases of bonds | (965,962,621) | (1,554,639,420) |
| Sales of equity securities | 35,891,874 | 540,111,571 |
| Purchases of equity securities | (45,363,254) | (55,190,892) |
| Purchases of investments in international equity funds | - | (10,000,000) |
| Purchases of investments in hedge funds | - | (69,000,000) |
| **Net cash provided by (used in) investing activities** | 29,080,204 | (416,154,436) |
| Net decrease in cash and cash equivalents | (834,178) | (688,509,188) |
| Cash and cash equivalents at the beginning of the year | 107,597,321 | 796,106,509 |
| **Cash and cash equivalents at the end of the year** | $ 106,763,143 | $ 107,597,321 |

*See accompanying notes to the special-purpose financial statements.*

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

### 1. Description of the Trust

On April 2, 2001, W.R. Grace & Co. (WRG) and 61 of its United States subsidiaries and affiliates including W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Romeo International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace NH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company (collectively, the Debtors) voluntarily filed petitions for reorganization under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the Bankruptcy Court). On January 31, 2011, the Bankruptcy Court entered an order (the Confirmation Order) confirming the modified joint plan of reorganization (the Confirmed Plan) proposed and filed by the Debtors and supported by the Asbestos Personal Injury Committee, the Legal Representative representing the interests of future asbestos bodily injury claimants, and the Creditors Committee. On January 30, 2012, the United States District Court for the District of Delaware adopted, issued and affirmed the Confirmation Order. The Confirmation Order has become final and cannot be appealed. The Confirmed Plan became effective on February 3, 2014 (the Effective Date or the Effective Date of the Plan of Reorganization).

The essential elements of the Confirmed Plan include, among other things: the creation of the WRG Asbestos PI Trust (the Trust) to assume all liabilities and obligations for all Asbestos PI Claims (as defined in the Confirmed Plan) (Asbestos PI Trust Claims) and to use the Trust assets and income to pay the holders of all Asbestos PI Trust Claims in accordance with the Trust Agreement and the Trust Distribution Procedures (TDP) in such a way that such holders of Asbestos PI Trust Claims are treated fairly, equitably and reasonably in light of the limited assets available to satisfy such claims, and to otherwise comply in all respects with the requirements of a trust set forth in section 524(g)(2)(B) of the Bankruptcy Code.

The Trustees are responsible for supervising and administering the Trust and the use of the Trust's assets and income to pay the holders of all Asbestos PI Trust Claims in accordance with the terms of and the purposes set forth in the Trust Agreement and the TDP.

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

### 2. Summary of Significant Accounting Policies

*Basis of presentation*

The Trust's special-purpose financial statements are prepared using special-purpose accounting methods adopted by the Trust, which differ from accounting principles generally accepted in the United States of America (GAAP).  The special-purpose accounting methods were adopted in order to communicate to the beneficiaries of the Trust the net assets available for the payment of claims and the related operating expenses of the Trust.  Since the accompanying special-purpose financial statements are not based upon GAAP, the accounting treatment by other parties for these same transactions may differ as to timing and amount.  The special-purpose accounting methods include the following:

•       Assets are generally recorded when they are received by the Trust and are available for the payment of asbestos claims.

•       Future fixed liabilities under contractual obligations and other agreements entered into by the Trust are recorded as deductions from net assets available for the payment of claims in the same period that such contractual obligations or agreements are signed.  Under GAAP, liabilities and contractual obligations are recorded over the period that is benefited by the underlying contract or agreement.

•       The full amounts of claims are expensed in the period in which the confirmed claims are settled.  A settled claim is a claim that has been allowed by the Trust and accepted by the claimant, with an approved release.  Under GAAP, a liability would be recorded for an estimate of the amount to be paid for claims that have been incurred but not yet reported, and for those claims that have been submitted but not yet approved for payment by the Trust.

•       Payments for services to be received over an extended period in the future are expensed as paid because these amounts are no longer available for the payment of claims.  Under GAAP, an asset would be recorded and amortized over the period in which the related benefits are received.

•       Payments for property and equipment are expensed as incurred.  Under GAAP, payments for property and equipment are capitalized and depreciated over the useful lives of the assets.  To date, the Trust has incurred no expense related to purchases of property and equipment.

•       Income tax expense is estimated and recorded as incurred in the period in which certain income and expense items affect current federal income taxes payable.  Under GAAP, the provision for income taxes is recorded based upon income reported for special-purpose financial statement purposes, and federal and state income taxes both currently payable and changes in deferred taxes due to differences between financial reporting and tax bases of assets and liabilities.  Under GAAP, deferred taxes include a provision for taxes attributable to changes in unrealized gains and losses on investments.

•       Asbestos insurance recoveries are not recorded until the funds are received from the insurance carriers.  These recoveries come from various insurance settlements, which were obtained by WRG and related entities including Debtors and other affiliates and assigned to the Trust.  The insurance policies cover, among other things, products and general liability claims.  Future recoveries under such settlements have been assigned to the Trust pursuant to the

## WRG Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

Confirmed Plan.  Under GAAP, asbestos insurance recoveries are recorded upon settlement and assurance of collectability.

•       Under GAAP, for financial statement disclosure purposes all investments would be categorized based on the priority of inputs used to measure fair value. Under GAAP, inputs used in measuring fair value are categorized into three levels.  Level 1 includes inputs that are based upon quoted prices for identical instruments traded in active markets.  Level 2 includes inputs that are based upon quoted prices for similar instruments in active markets, quoted prices for identical or similar investments in markets that are not active, or models based on valuation techniques for which all significant assumptions are observable in the market or can be corroborated by observable market data for substantially the full term of the investment.  Level 3 includes inputs that are generally unobservable and typically reflect management's estimates of assumptions that market participants would use in pricing the asset or liability.  The fair values are therefore determined using model-based techniques that include option pricing models, discounted cash flow models, and similar techniques.  The accompanying special-purpose financial statements do not categorize all investments into these levels.

*Use of estimates*

The preparation of special-purpose financial statements in conformity with the special-purpose accounting methods described above requires the Trust to make estimates and assumptions that affect the reported amounts of certain assets and liabilities and the disclosures of contingent assets and liabilities at the date of the special-purpose financial statements, as well as the reported amounts of additions and deductions to the net assets available for the payment of claims during the reporting period.  Actual results could differ from those estimates and such differences could have a material effect on the net assets available for the payment of claims.

*Cash equivalents*

The Trust considers all highly liquid instruments with original maturities of three months or less to be cash equivalents.

*Investments*

Investment securities are stated at fair market value.  Fair market value for investment securities, other than hedge funds, are based on quoted market prices for identical or similar instruments traded in active markets as of the date of the special-purpose financial statements.  The fair market value for hedge funds is based on the Trust's proportionate share of each funds' net assets, as reported as of the date of the special-purpose financial statements. The net appreciation or depreciation in fair market value of investments in the accompanying special-purpose statements of changes in net assets available for the payment of claims consists of realized gains or losses on sales of investments and the changes in unrealized gains or losses on investments held.  Investment income is recognized when earned.  All interest and dividend income, net of investment expenses, are included in interest and dividend income in the accompanying special-purpose statements of changes in net assets available for the payment of claims.  Gains and losses on sales of investment securities are determined using the average cost method.

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

*Accrued expenses and accounts payable*

Accrued expenses and accounts payable consist of accruals and outstanding invoices associated with managing and operating the Trust.

*Operating expenses*

Operating expenses of the Trust are paid from the net assets available for the payment of claims when invoices are received.

*Claims processing expenses*

Claims processing expenses are paid from net assets available for the payment of claims when invoices are received.

*Income taxes*

The Trust is classified as a Qualified Settlement Fund pursuant to the Internal Revenue Code and Regulations thereunder (the Code). As a result, the Trust is subject to federal income taxation based on modified gross income, as defined by the Code. In the opinion of the Trustees and advisors, the Trust is not subject to state income taxes and, therefore, the special-purpose financial statements do not include any provision or liability for state income taxes.

Income tax expense is estimated and includes amounts payable or receivable under current federal income taxes.

The Trust records income tax expense (or benefit) associated with amounts payable (or receivable) under current federal income taxes, and does not record a provision for (or benefit from) deferred taxes. Accordingly, there is no provision for deferred taxes associated with changes in cumulative unrealized gains and losses on investments (see Note 5). The income taxes associated with gains on investments will be recorded in the Trust's special-purpose financial statements when the net gains are realized (i.e. the securities are sold) and the taxes become currently payable.

*Risks and uncertainties*

The Trust's assets that are exposed to credit risk consist primarily of cash and cash equivalents and investments in equity securities, municipal bonds, and hedge funds. Cash and cash equivalents are maintained at financial institutions and, at times, balances may exceed federally insured limits. The Trust has never experienced any losses related to these balances. Amounts on deposit in excess of federally insured limits at December 31, 2016 approximate $106 million.

The Trust invests in a professionally managed portfolio that contains common shares of publicly traded companies, U.S. and Canadian government obligations, money market funds, and hedge funds. Such investments are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investments securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the Trust's account balance and the amounts reported in the special-purpose statements of assets, liabilities and net assets available for the payment of claims.

## WRG Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

*Reclassifications*

Certain amounts presented in the 2015 special-purpose financial statements have been reclassified to conform to the 2016 presentation. These reclassifications have no effect on the previously recorded decrease in net assets available for the payment of claims.

**3. Related Parties**

On February 28, 2014, the Trust became a member in the Delaware Claims Processing Facility (DCPF), a limited liability company, under an agreement with five other Qualified Settlement Funds. The purpose of the DCPF is to operate a claims processing facility. At inception, the Trust contributed $100 in capital to this entity. Effective February 28, 2014, this entity began processing all of the Trust's Asbestos Claims.

The Trust paid expenses related to the operation of this entity of $5,653,957 and $5,605,661 for the years ended December 31, 2016 and 2015, respectively. Expenses charged to the Trust related to the operation of this entity include start-up costs, direct labor expense, other direct expenses, and an allocation of common costs.

**4. Investment Securities**

Investments in bonds and equity securities consist of the following at December 31:

| Description | | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2016 | | | |
| Bonds | $ | 2,428,020,982 | $ | 9,510,260 | $ | (29,807,902) | $ | 2,407,723,340 |
| Equity securities | | 186,162,717 | | 35,784,684 | | (4,618,568) | | 217,328,833 |
| | $ | 2,614,183,699 | $ | 45,294,944 | $ | (34,426,470) | $ | 2,625,052,173 |
| | | | | | 2015 | | | |
| Bonds | $ | 2,520,863,874 | $ | 28,374,529 | $ | (10,968,224) | $ | 2,538,270,179 |
| Equity securities | | 190,870,787 | | 20,430,013 | | (12,648,554) | | 198,652,246 |
| | $ | 2,711,734,661 | $ | 48,804,542 | $ | (23,616,778) | $ | 2,736,922,425 |

Net (depreciation) appreciation in the fair value of investment securities of amounts $(27,640,143) and $10,085,031 for the years ended December 31, 2016 and 2015, respectively, consists of the net change in unrealized gains (losses) and net realized gains (losses) from investment sales.

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

*Net unrealized gains and losses*

The net change in unrealized gains (losses) from market appreciation (depreciation) is comprised of the following investments securities for the years ended December 31, 2016 and 2015:

|  | 2016 | 2015 |
|---|---|---|
| Bonds | $ (37,703,947) | $ 19,127,187 |
| Equity securities | 23,384,657 | 1,739,172 |
|  | $ (14,319,290) | $ 20,866,359 |

*Realized gains and losses*

Net realized gains (losses) from investment sales consist of the following for the years ended December 31, 2016 and 2015:

|  | 2016 | 2015 |
|---|---|---|
| Bonds | $ 858,597 | $ 2,043,066 |
| Equity securities | (14,179,450) | (12,824,394) |
|  | $ (13,320,853) | $(10,781,328) |

*Summary of changes in investments in international equity funds*

The table below sets forth a summary of changes in the fair value of the Trust's investment in international equity funds for the years ended December 31, 2016 and 2015:

|  | 2016 | 2015 |
|---|---|---|
| Balance, beginning of year | $ 96,644,423 | $ 87,815,826 |
| Purchases | - | 10,000,000 |
| Net change in fair value | 10,349,085 | (1,171,403) |
| Balance, end of year | $ 106,993,508 | $ 96,644,423 |

## WRG Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

*Summary of changes in investments in hedge funds*

The table below sets forth a summary of changes in the fair value of the Trust's investments in hedge funds for the years ended December 31, 2016 and 2015:

|  | 2016 | 2015 |
|---|---|---|
| Balance, beginning of year | $ 134,683,281 | $ 73,630,978 |
| Purchases | - | 69,000,000 |
| Net change in fair value | 3,497,787 | (7,947,697) |
| Balance, end of year | $ 138,181,068 | $ 134,683,281 |

The major categories of the Trust's investment in hedge fund and international equities investments, including general information related to each category, are as follows:

| | Fair Value | | Redemption Frequency (if Currently Eligible) | First/Next Redemption | Notice Period (days) | Gate |
|---|---|---|---|---|---|---|
| | 2016 | 2015 | | | | |
| **(a)** | | | | | | |
| Multi-strategy fund | $ 22,574,737 | $ 21,677,922 | Annually | September 29, 2017 | 45 | 0% |
| Multi-strategy fund | 15,401,981 | 16,212,569 | Annually | September 30, 2017 | 44 | 25% |
| Multi-strategy fund | 10,866,671 | 10,036,372 | Every 2 Years | September 30, 2018 | 90 | 0% |
| Multi-strategy fund | 15,975,446 | 14,452,101 | Quarterly | March 31, 2017 | 67 | 0% |
| | 64,818,835 | 62,378,964 | | | | |
| **(b)** | | | | | | |
| Long/short fund | 17,945,468 | 16,855,786 | Quarterly | June 30, 2017 | 95 | 0% |
| Long/short fund | 11,993,977 | 11,321,202 | Semi Annually | June 30, 2017 | 90 | 20% |
| Long/short fund | 8,871,226 | 8,957,284 | Quarterly | March 31, 2017 | 60 | 0% |
| Long/short fund | 9,812,747 | 9,890,763 | Quarterly | March 31, 2017 | 65 | 0% |
| Long/short fund | 7,794,754 | 8,208,159 | Not eligible | June 30, 2017 | 45 | 0% |
| Long/short fund | 9,194,689 | 8,696,537 | Annually | May 31, 2017 | 65 | 25% |
| Long/short fund | 7,749,372 | 8,374,586 | Not eligible | June 30, 2018 | 75 | 0% |
| | 73,362,233 | 72,304,317 | | | | |
| | $138,181,068 | $134,683,281 | | | | |
| **(c)** | | | | | | |
| International equity | $ 33,344,640 | $ 32,552,867 | Monthly | January 31, 2017 | 30 | 3% |
| International equity | 46,802,219 | 38,818,818 | Monthly | January 2, 2017 | 6 | None |
| International equity | 26,846,649 | 25,272,738 | Semi Monthly | January 15, 2017 | None | 5% |
| | $106,993,508 | $ 96,644,423 | | | | |

## WRG Asbestos PI Trust

### Notes to the Special-Purpose Financial Statements

(a)     Hedge funds within this category use a variety of strategies to diversify risks and reduce volatility.  These strategies include seeking capital appreciation through event-driven investments that seek to exploit situations in which announced or anticipated events create inefficiencies in the pricing of securities, investing in securities of issuers experiencing financial distress, investing in event-driven and risk arbitrage securities, and purchasing long and selling short in publicly-traded securities and loans.   Other strategies of funds in this category include investing in U.S. and non-U.S companies' debt and equity securities, investing in event-driven situations involving litigation, regulatory or legislative changes, and global investments focused on investments with capital structure changes, spin-offs, recapitalizations, liquidations, and reorganization among other events.  The fair value of the hedge fund investments in this category was estimated based on the Trust's proportionate share of each fund's net assets, as reported on the respective funds' financial statements for the years ended, December 31, 2016 and 2015.

(b)     Hedge funds in this category employ long and short trading strategies in various markets.   More specifically, these long/short strategies include preservation and growth of capital over the long-term through investments in U.S. and international public equities of consumer related companies, and equities and equity-related securities of companies in the Western European markets.  The fair value of the hedge fund investments in this category was estimated based on the Trust's proportionate share of each fund's net assets, as reported on the respective funds' financial statements for the years ended December 31, 2016 and 2015.

(c)     The international equity funds within this category invest primarily in equity securities.  The objective of these funds is to achieve maximum total return by investing primarily in equity securities of non-U.S. domiciled issuers by selecting long term portfolio securities on the basis of research and fundamental analysis, and seeking to take opportunistic advantage of market inefficiencies by trading securities with a shorter horizon, to afford participants an opportunity to obtain long-term growth primarily from a diverse portfolio of global equity securities, and to achieve an attractive long-term rate of return and to outperform the MSCI World (Net) Index over a full market cycle by investing primarily in equity securities listed on global stock exchanges.

## 5.  Income Taxes

During the years ended December 31, 2016 and 2015, the Trust paid income taxes totaling approximately $420,000 and $21,600,000, respectively. During the years ended December 31, 2016 and 2015, the Trust was refunded income taxes totaling approximately $7,275,510 and $0, respectively.  The net of these amounts have been recorded as income tax refund and income tax expense, respectively, in the accompanying special-purpose statements of changes in net assets available for the payment of claims.

As of December 31, 2016, the Trust has a net operating loss carryforward and a net capital loss carryforward totaling approximately $10,600,000 and $27,600,000, respectively, available to offset future taxable income/gains. As disclosed in Note 2 to the special-purpose financial statements, the Trust does not record a provision for (or benefit from) deferred taxes. Accordingly, there is no provision for deferred taxes associated with net operating loss carry forwards, net capital loss carryforwards, or cumulative unrealized gains and losses on investments.

## 6.  Insurance Recoveries

During the years ended December 31, 2016 and 2015, the Trust received insurance recoveries from insurers in the amount of $62,842,978 and $41,424,909, respectively.   Under the terms of settlement agreements with certain insurance companies, the Trust may be entitled to future insurances recoveries.   In accordance with the Trust's accounting policies, such insurance recoveries are recorded as an addition to net assets available for the payment of claims when the funds are received from the insurance companies.

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

### 7.  Contingent Liabilities

The Plan Documents (as defined in the Confirmed Plan) subject the Trust to certain reimbursement and indemnification obligations that may result in future claims against the Trust. The probability of such claims cannot be reasonably determined.  Accordingly, no associated liability has been recorded in the accompanying special-purpose financial statements. Such claims, if any, are not expected to be material.  The Trust has obtained insurance for purposes of supporting its obligation to indemnify the Trustees.

### 8.  Liability for Asbestos Claims

The settled but unpaid claims liability at December 31, 2016 and 2015 consists of personal injury claims that were settled and approved for payment by the Trust, but were unpaid as of December 31, 2016 and 2015, respectively.  These amounts have been included in settled but unpaid claims in the accompanying special-purpose statements of assets, liabilities and net assets available for the payment of claims and in personal injury claims settled expense in the accompanying special-purpose statements of changes in net assets available for the payment of claims for the years ended December 31, 2016 and 2015.

The ultimate number of Asbestos PI Trust Claims to be filed and the liability for all such claims are uncertain at this time. The net assets available for the payment of claims at December 31, 2016 and 2015 represent funding available for all Asbestos Personal Injury Trust Claims for which no fixed liability has yet been established. The net assets available for the payment of claims at December 31, 2016 and 2015 may or may not be sufficient to meet all future obligations of the Trust.

### 9.  Trust Liability Insurance

The Trust purchased liability insurance requiring premiums of $458,441 and $580,459 during the years ended December 31, 2016 and 2015, respectively. The current policy term is from February 3, 2016 to February 3, 2017. The Trust's accounting policy is to expense in the current period any amounts that will not be available to pay future Asbestos PI Trust Claims or expenses of the Trust. Accordingly, $458,441 and $580,459 was recorded as a deduction in net assets available for the payment of claims during the years ended December 31, 2016 and 2015, respectively.

# WRG Asbestos PI Trust

## Notes to the Special-Purpose Financial Statements

### 10. Trustees, Trust Advisory Committee, and Future Claimants Representative

Fees and expenses of the Trustees, trustees' advisory committee, and future claimants' representative for the years ended December 31, 2016 and 2015 were as follows:

| | 2016 | | | |
| | Fees | Retainer | Expenses | Total |
|---|---|---|---|---|
| Trustees | $ 426,174 | $ 181,679 | $ 33,319 | $ 641,172 |
| Future Claimants' Representative | 142,502 | - | 1,959 | 144,461 |
| Future Claimants' Representative Counsel | 131,775 | - | 1,100 | 132,875 |
| Trust Advisory Committee | 1,565 | - | 836 | 2,401 |
| Trust Advisory Committee Counsel | 88,147 | - | 3,402 | 91,549 |
| Delaware Claims Processing Facility Board of Managers | 55,754 | - | - | 55,754 |
| | $ 845,917 | $ 181,679 | $ 40,616 | $ 1,068,212 |

| | 2015 | | | |
| | Fees | Retainer | Expenses | Total |
|---|---|---|---|---|
| Trustees | $ 491,771 | $ 180,000 | $ 52,013 | $ 723,784 |
| Future Claimants' Representative | 103,580 | - | 1,928 | 105,508 |
| Future Claimants' Representative Counsel | 112,088 | - | 1,363 | 113,451 |
| Trust Advisory Committee | 7,000 | - | 4,005 | 11,005 |
| Trust Advisory Committee Counsel | 113,051 | - | 5,034 | 118,085 |
| Delaware Claims Processing Facility Board of Managers | 36,625 | - | - | 36,625 |
| | $ 864,115 | $ 180,000 | $ 64,343 | $ 1,108,458 |

The above amounts are included in operating expenses in the special-purpose statements of changes in net assets available for the payment of claims for the years ended December 31, 2016 and 2015.

### 11. Subsequent Events

The Trust has evaluated its December 31, 2016 special-purpose financial statements for subsequent events through April 18, 2017 the date the special-purpose financial statements were available to be issued. The Trust is not aware of any subsequent events which would require recognition or disclosure in the special-purpose financial statements.

# WRG Asbestos PI Trust

## Supplementary Information
For the Years Ended December 31, 2016 and 2015



Tel:  703-893-0600
Fax:  703-893-2766
www.bdo.com

8401 Greensboro Drive
Suite 800
McLean, VA 22102

**Independent Auditor's Report on Supplementary Information**

Trustees
WRG Asbestos PI Trust
Wilmington, Delaware

Our audit of the special-purpose financial statements included in the preceding section of this report was conducted for the purpose of forming an opinion on those special-purpose statements as a whole.  The supplementary information presented in the following section of this report is presented for purposes of additional analysis and is not a required part of the special-purpose financial statements.  Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the special-purpose financial statements.  The information has been subjected to the auditing procedures applied in the audit of the special-purpose financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the special-purpose financial statements or to the special-purpose financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America.  In our opinion, the information is fairly stated in all material respects in relation to the special-purpose financial statements as a whole.

*BDO USA, LLP*

April 18, 2017

# WR Grace Asbestos PI Trust

## Supplementary Schedule of Operating Expenses

| Years ended December 31, | 2016 | 2015 |
|---|---:|---:|
| Investment advisory and management fees | $  4,585,993 | $  4,125,069 |
| Professional fees | 1,801,938 | 1,234,071 |
| Legal fees | 1,902,332 | 1,812,491 |
| Trustee fees, retainer, and expenses | 641,172 | 723,784 |
| Trust liability insurance | 458,441 | 580,459 |
| Future claimants' representative fees and expenses | 147,461 | 207,323 |
| Future claimants' representative counsel fees and expenses | 132,875 | 113,451 |
| TAC counsel fees and expenses | 91,549 | 118,085 |
| Accounting fees | 754,995 | 952,980 |
| Administrative fees | 109,938 | 66,963 |
| Delaware Claims Processing Facility Board of Managers | 55,754 | 36,625 |
| Miscellaneous operating expenses | 77,332 | 20,296 |
| TAC fees and expenses | 2,401 | 11,005 |
| **Total operating expenses** | $  10,762,181 | $  10,002,602 |