IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | Jointly Administered |

### **CERTIFICATE OF SERVICE**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on April 27, 2017, I caused a copy of the *Notice of Filing of Annual Report and Claims Summary* to be served upon the attached service list via first-class.

CAMPBELL & LEVINE, LLC

Dated: April 27, 2017

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
kdavis@camlev.com

{C0486126.1 }