IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KG) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |

Objection Deadline: March 24, 2017 at 4:00 p.m.
Hearing Date: May 3, 2017, at 11:00 a.m.

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REORGANIZED DEBTORS TO EXCEED THE PAGE LIMIT REQUIREMENT FOR OMNIBUS MEMORANDUM IN SUPPORT OF GRANTING THE REORGANIZED DEBTORS' SUMMARY JUDGMENT MOTION, DENYING NORFOLK SOUTHERN'S CROSS-MOTION AND DISALLOWING NORFOLK SOUTHERN'S INDEMNIFICATION CLAIM [DOCKET NO. 32840]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for Entry of an Order Authorizing the Reorganized Debtors to Exceed the Page Limit Requirement for Omnibus Memorandum in Support of Granting the Reorganized Debtors' Summary Judgment Motion, Denying Norfolk Southern's Cross-Motion and Disallowing Norfolk Southern's Indemnification Claim* [Docket No. 32840] (the "Motion") filed on March 13, 2017. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Motion for Entry of an Order Authorizing the Reorganized Debtors to Exceed the Page Limit Requirement for Omnibus Memorandum in Support of Granting the Reorganized Debtors' Summary Judgment*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:213245.1 91100/001

*Motion, Denying Norfolk Southern's Cross-Motion and Disallowing Norfolk Southern's Indemnification Claim* [Docket No. 32839] (the "Notice") filed on March 10, 2017, responses to the Motion were to be filed and served no later than March 24, 2017 at 4:00 p.m.

It is hereby respectfully requested that the Order attached hereto as <u>Exhibit A</u> be entered at the Court's earliest convenience.

Dated: April 27, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: 302-652-4100
Fax: 302-652-4400

Co-Counsel for the Reorganized Debtors