IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (KG) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David E. Grassmick of The Law Offices of Roger Higgins, LLC to represent the Reorganized Debtors in the above-captioned action.

Dated:  May 1, 2017

/s/ *James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Bos 8705
Wilmington, DE 19801-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bar of the State of Illinois and the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/15/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: May 1, 2017

*/s/ David E. Grassmick*
David E. Grassmick, Esquire
THE LAW OFFICES OF ROGER HIGGINS, LLC
1 N. Bishop Street, Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431
Email: dgrassmick@rogerhigginslaw.com