IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                                           )SS
COUNTY OF NEW CASTLE )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Reorganized Debtors, in the above-captioned action, and that on the 1st day of May, 2017, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* [DAVID E. GRASSMICK]**

_____
Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 1st day of May, 2017

_____
Notary Public
My Commission Expires: EXPIRES SEPT. 16, 2018

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 191999
14 – HAND DELIVERY
25 – FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

**HAND DELIVERY**
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

**HAND DELIVERY**
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**HAND DELIVERY**
*(Counsel to Representative Counsel to Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**HAND DELIVERY**
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

**HAND DELIVERY**
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

**HAND DELIVERY**
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to BNSF Railway Company; Mark Hankin and Hanmar Associates MLP)
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Plum Creek Timberlands, L.P.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel for Norfolk Southern Railway Company)
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801

*HAND DELIVERY*
(Local Counsel for Miracon Technologies, LLC)
Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Ford Motor Company)
Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 N. King Street, 8th Floor
Wilmington, DE 19899

*FIRST CLASS MAIL*
(Co-Counsel to Reorganized Debtor)
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

*FIRST CLASS MAIL*
(Counsel to Reorganized Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 N. Bishop Street, Suite 14
Chicago, IL 60607-1823

*FIRST CLASS MAIL*
(Reorganized Debtor)
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044

*FIRST CLASS MAIL*
(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)
Alan B. Rich, Esquire
Alan B. Rich Law Office
1401 Elm Street
Dallas, TX 75270

*FIRST CLASS MAIL*
(Trustee - Asbestos PD Trust (7A))
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

*FIRST CLASS MAIL*
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

*FIRST CLASS MAIL*
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC  29464

*FIRST CLASS MAIL*
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC  29464

*FIRST CLASS MAIL*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC  29401

*FIRST CLASS MAIL*
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC  20036

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802

*FIRST CLASS MAIL*
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 S. Seventh Street, Suite 5500
Minneapolis, MN  55402

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH  45202

*FIRST CLASS MAIL*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
2801 Alaskan Way, Suite 300
Seattle, WA  98121

**FIRST CLASS MAIL**
*(Counsel to the Official Committee of Equity Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**FIRST CLASS MAIL**
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

**FIRST CLASS MAIL**
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
*(Counsel to Numerous Asbestos Claimants)*
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

**FIRST CLASS MAIL**
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

**FIRST CLASS MAIL**
*(Counsel for the United States)*
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044

**FIRST CLASS MAIL**
*(Counsel for Norfolk Southern Railway Company)*
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

**FIRST CLASS MAIL**
*(Creditor)*
Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402

**FOREIGN FIRST CLASS**
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec H2Y 2A3
CANADA