# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | W.R. GRACE & CO., ET AL. |
| **Case Number:** | 01-01139-KG     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 03, 2017 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matter:

OMNIBUS HEARING;  Status conference re: Norfolk Southern vs. W. R. Grace;

**R / M #:**  32,868 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Resolved pending documentation, continued to 5/22/17 at 11:00 am
#2 - Order previously entered
#3 - Certification of No Objection - ORDER SIGNED
#4 - Court will decide on the Evidentiary issues