# SIGN-IN-SHEET

CASE NAME: W. R. Grace & Co.  
CASE NO.: 01-01139 (KG)  
COURTROOM LOCATION: 3  
DATE: 5/3/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roger Higgins | Roger Higgins Law | Reorg'd Grace |
| David Grassmick | " | " |
| James O'Neill | PSZJ | |
| David Baldwin | Potter Anderson & Corroon | Norfolk Southern |
| L. Stephen McNeill | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Calendar Date: 05/03/2017
Calendar Time: 11:00 AM ET

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8307135 | David Grassmick | (312) 666-0431 ext. | The Law Offices of Roger Higgins, LLC | Debtor, WR Grace & Co, et al. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8260534 | Robert M. Horkovich | 212-278-1000 ext. | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 8316249 | Adam Paul | (312) 862-3120 ext. | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LIVE |