## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | **Re: D.I. No. 929575, 32825** |

## ORDER RE REORGANIZED DEBTORS' AND NORFOLK SOUTHERN RAILWAY COMPANY'S CROSS-MOTIONS FOR SUMMARY JUDGMENT

WHEREAS:

A.    The Reorganized Debtors and Norfolk Southern Railway Company have cross-moved for summary judgment and have briefed the cross-motions.

B.    The Reorganized Debtors have filed evidentiary motions to strike declarations and bar the use of testimony taken in a trial (D.I. Nos. 32837 and 32845).

C.    The Court has determined that it will be necessary to address the evidentiary objections before addressing the cross-motions.

IT IS THEREFORE ORDERED that after consulting with one another, the attorneys for the parties shall call Chambers (Ms. Scaruzzi or Ms. Haney) either to waive oral argument on the evidentiary objections or to secure a hearing date. The Court will first rule on the evidentiary objections and will then schedule oral argument on the cross-motions for summary judgment.

Dated:  May 12, 2017

_____
KEVIN GROSS, U.S.B.J.