# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
 **EIN:** 65–0773649

**Chapter:** 11

*Case No*.: 01–01139–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 5/3/2017 was filed on 5/11/2017 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/1/2017 .

If a request for redaction is filed, the redacted transcript is due 6/12/2017 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/9/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 5/11/17

(ntc)

United States Bankruptcy Court
District of Delaware

In re:
W.R. Grace & Co., et al.
    Debtor

Case No. 01-01139-KG
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1    User: GingerM    Page 1 of 1    Date Rcvd: May 11, 2017
                      Form ID: ntcBK    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
db       +W.R. Grace & Co., et al.,   7500 Grace Drive,   Columbia, MD 21044-4029
aty     +Bruce Grohsgal,   Pachulski, Stang, Ziehl, Young, Jones,   919 N. Market Street,   16th Floor,   Wilmington, DE 19801-3034
aty     +David E Grassmick,   The Law Offices of Roger Higgins LLC,   1 N. Bishop Street, Suite 14,   Chicago, IL 60607-1816
aty      Gregory M. Gordon,   Jones Day,   2727 North Harwood Street,   Dallas, TX 75201-1515
aty      James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,   PO Box 8705,   Wilmington, DE 19899-8705
aty     +M. Dawes Cooke, Jr.,   Barnwell Whaley Paterson & Helms LLC,   288 Meeting St.,   Ste 200 (29401),   Post Office Drawer H,   Charleston, SC 29402-0197
aty     +Roger J. Higgins, P.C.,   The Law Offices of Roger Higgins LLC,   111 East Wacker Driver,   Suite 2800,   Chicago, IL 60601-4277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty       M. Dawes Cooke, Jr.
                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
NONE.                                                      TOTAL: 0