## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 22, 2017, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN GROSS

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

### THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**RESOLVED MATTER:**

1. Objection to Claim No. 603 by Jim Wright (Substantive) [Filed: 4/3/17] (Docket No. 32847).

    Response Deadline: April 23, 2017, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a. [Proposed] Order Disallowing Claim No. 603, Filed By Jim Wright [Filed: 4/3/17] (Docket No. 32847).

    b. Proposed Findings of Uncontested Fact in Support of the Reorganized Debtors' Objection to Claim No. 603 Filed By Jim Wright (Substantive) [Filed: 4/3/17] (Docket No. 32848).

    Status: This matter is resolved.

**CONTINUED MATTER:**

2. Motion For Entry of an Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854).

    Response Deadline: April 27, 2017, at 4:00 p.m. *(extended until May 11, 2017 for the United States)*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Responses Received:

a. United States' Opposition to Debtors' Motion to Enforce [Filed: 5/11/17] (Docket No. 32877).

Related Documents:

a. [Proposed] Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854, Exhibit A).

Status: The parties have agreed to continue this matter until July 14, 2017 at 11:00 a.m.

Dated: May 18, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors

2

DOCS_DE:213234.1 91100/001