IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KG) <br> ) (Jointly Administered) |
| Reorganized Debtors. | ) <br> ) <br> ) **Re: Docket No. 32847** <br> ) |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 603
BY JIM WRIGHT (SUBSTANTIVE)**

PLEASE TAKE NOTICE that the above-captioned reorganized debtors (the "Reorganized Debtors"), hereby withdraw, with prejudice, the *Objection to Claim No. 603 by Jim Wright (Substantive)* [Docket No. 32847].

Dated:  June 6, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors