# LOIZIDES, P.A.

*The Law Office of Christopher D. Loizides*

**Christopher D. Loizides**
*Admitted in DE, PA, NJ, NY and DC*

Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
*TEL: 302-654-0248*
*FAX: 302-654-0728*
www.loizides.com

*Direct Dial:*
302-691-0575
loizides@loizides.com

May 30, 2017

**VIA FIRST CLASS MAIL**

Office of the Clerk
United States Bankruptcy Court
  for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re:   In re: W. R. Grace & Co., et al., Case No. 01-01139 (KG)

Dear Sir/Madam:

Following up on a conversation with my legal assistant, Michele Mowbray, I am writing to request that Laurie Schenker Polleck be removed from the ECF/CMF notification list in the above-captioned bankruptcy case as counsel for Prudential Insurance Company of America, Churches of St. Joseph, St. Leo The Great, and St. Luke, Motley Rice LLC, Official Committee of Asbestos Personal Injury Claimants, PD Claimants, The Prudential Insurance Company of North America, PIC Realty Corporation and 745 Property Investments, American Legion, Fargo, ND, Al Foss, et al., and the State of Arizona.

As you may know, Ms. Polleck unexpectedly passed away several weeks ago. She had been affiliated with Loizides, P.A. as "Of Counsel." Her email address with Loizides, P.A. is polleck@loizides.com. We will be discontinuing that address shortly.

To be clear, Loizides, P.A. did not represent Prudential Insurance Company of America, Churches of St. Joseph, St. Leo The Great, and St. Luke, Motley Rice LLC, Official Committee of Asbestos Personal Injury Claimants, PD Claimants, The Prudential Insurance Company of North America, PIC Realty Corporation and 745 Property Investments, American Legion, Fargo, ND, Al Foss, et al., and the State of Arizona in this case. It is believed that this is a matter in which Ms. Polleck had entered her appearance while at another firm but remained on the ECF/CMF list for whatever reasons.

Please do not hesitate to contact us with any questions.

Respectfully,

Christopher D. Loizides

CDL:mkm

letter requesting removal from mailing list--w.R. Grace