IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 22, 2017, AT 2:00 P.M. BEFORE THE
<u>HONORABLE KEVIN GROSS</u>**

The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
<u>no later than 12:00 p.m., June 21, 2017</u>

**<u>MATTER GOING FORWARD</u>:**

1. Hearing on Evidentiary Matters Regarding Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed By Norfolk Southern Railway Company [Docket No. 929575] and Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021 [Docket No. 32825] and related matters.

   Related Document:

   a. Joint Notice of Completion of Briefing Regarding (I) The Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021 [Filed: 4/25/17] (Docket No. 32862)[2]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or <u>Grace</u>") and W. R. Grace & Co.-Conn. ("<u>Grace-Conn.</u>").

[2] Pleadings binder submitted by counsel for Norfolk Southern Railway Company.

DOCS_DE:213879.1 91100/001

| Date | Docket No. | Pleading | Tab |
|---|---|---|---|
| 10/13/16 | 929575 | [Reorganized Debtors'] Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed by Norfolk Southern Railway Company<br>• Memorandum in Support of the Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed by Norfolk Southern Railway<br>• Proposed Findings of Uncontested Facts in Support of the Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed by Norfolk Southern Railway | 1<br><br>A<br><br><br>B |
| 1/27/17 | 32825 | Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021 | 2 |
| 1/27/17 | 32826 | Norfolk Southern Railway Company's (I) Answering Brief in Opposition to Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Opening Brief in Support of Norfolk Southern's Cross-Motion for Summary Judgment | 3 |
| 1/27/17 | 32827 | Declaration of Thomas Wesley Conley in Support of Norfolk Southern Railway Company's (I) Answering Brief in Opposition to Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Opening Brief in Support of Norfolk Southern's Cross-Motion for Summary Judgment | 4 |
| 1/27/17 | 32828 | Declaration of Christopher John Sharpe in Support of Norfolk Southern Railway Company's (I) Answering Brief in Opposition to Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Opening Brief in Support of Norfolk Southern's Cross-Motion for Summary Judgment | 5 |

| Date | Docket No. | Pleading | Tab |
|---|---|---|---|
| 1/27/17 | 32829 | Declaration of R. Stephen McNeill in Support of Norfolk Southern Railway Company's (I) Answering Brief in Opposition to Reorganized Debtors' Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021 and (II) Opening Brief in Support of Norfolk Southern's Cross-Motion for Summary Judgment | 6 |
| 3/8/17 | 32837 | [Reorganized Debtors'] Motion to Strike the Sharpe and Conley Declarations | 7 |
| 3/8/17 | 32838 | [Reorganized Debtors'] Omnibus Memorandum in Support of Granting the Reorganized Debtors' Summary Judgment Motion, Denying Norfolk Southern's Cross-Motion and Disallowing Norfolk Southern's Indemnification Claim | 8 |
| 3/31/17 | 32845 | [Reorganized Debtors'] Motion for an Order Barring the Kirkland Testimony in FELA Action as Hearsay Evidence | 9 |
| 4/11/17 | 32851 | Norfolk Southern Railway Company's Reply Brief (I) in Support of Norfolk Southern's Cross-Motion and (II) in Response to the Reorganized Debtors' Motion to Strike the Sharpe and Conley Declarations | 10 |
| 4/13/17 | 32856 | Request for Oral Argument Regarding Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021 | 11 |
| 4/14/17 | 32857 | Norfolk Southern Railway Company's Objection to Motion for an Order Barring the Kirkland Testimony in FELA Action as Hearsay Evidence | 12 |
| 4/24/17 | 32860 | [Reorganized Debtors'] Reply on Grace's Motion for an Order Barring the Kirkland Testimony in FELA Action as Hearsay Evidence | 13 |

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:213879.1 91100/001

<u>Status:</u>  This matter will go forward on this matter.

Dated:  June 20, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors