# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | W.R. GRACE & CO., ET AL. |
| **Case Number:** | 01-01139-KG     **Chapter:**  11 |
| **Date / Time / Room:** | THURSDAY, JUNE 22, 2017 02:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Oral Argument / Evidentiary -  Norfolk Southern matter

**R / M #:**    32,893 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - Judge Gross will issue an Opinion