# SIGN-IN-SHEET

**CASE NAME:** W. R. Grace & Co.  
**CASE NO.:** 01-01139 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 6/22/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David T. Baldwin | Potter Anderson & Corroon | Norfolk Southern |
| L. Stephen Murrell | '' | '' |
| D. Ryan Slaugh | '' | '' |
| JAMES O'NEILL | PSZJ | GRACE |
| Roger Higgins | Roger Higgins + Assoc | '' |
| DAVID BLATESNICK | '' | '' |