# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 6/30/2017 |
| Case: 01−01139−KG | Form ID: ntcBK | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      USTPRegion03.WL.ECF@USDOJ.GOV
aty      Curtis A Hehn      chehn@pszyj.com
aty      Daniel K. Hogan      dkhogan@dkhogan.com
aty      David W. Carickhoff      dcarickhoff@archerlaw.com
aty      Deborah D. Williamson      dwilliamson@dykema.com
aty      James E. O'Neill      jo'neill@pszjlaw.com
aty      James E. O'Neill      jo'neill@pszjlaw.com
aty      Janet S. Baer      jbaer@bhflaw.net
aty      Kathleen P. Makowski      kmakowski@pszjlaw.com
aty      Laura Davis Jones      ljones@pszjlaw.com
aty      Mark M. Billion      markbillion@billionlaw.com
aty      Meghan E.B. DeBard      mdebard@coxsmith.com
aty      Paul W. Turner      pturner@carlilelawfirm.com
aty      Richard L. Schepacarter      richard.schepacarter@usdoj.gov
aty      Timothy P. Cairns      tcairns@pszjlaw.com
aty      William D. Sullivan      bsullivan@sha−llc.com
aty      William D. Sullivan      bsullivan@sha−llc.com

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace & Co., et al.      7500 Grace Drive      Columbia, MD 21044
aty      Bruce Grohsgal      Pachulski, Stang, Ziehl, Young, Jones      919 N. Market Street      16th Floor      Wilmington, DE 19801
aty      David E Grassmick      The Law Offices of Roger Higgins LLC      1 N. Bishop Street, Suite 14      Chicago, IL 60607
aty      Gregory M. Gordon      Jones Day      2727 North Harwood Street      Dallas, TX 75201−1515
aty      James E. O'Neill      Pachulski Stang Ziehl & Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899−8705
aty      M. Dawes Cooke, Jr.      Barnwell Whaley Paterson & Helms LLC      288 Meeting St.      Ste 200 (29401)      Post Office Drawer H      Charleston, SC 29402
aty      Roger J. Higgins, P.C.      The Law Offices of Roger Higgins LLC      111 East Wacker Driver      Suite 2800      Chicago, IL 60601

TOTAL: 7