# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (KG) |
| Debtors. | |

### REQUEST FOR REMOVAL FROM MASTER AND
### ECF SERVICE LISTS AND FROM ECF NOTIFICATIONS

**PLEASE TAKE NOTICE** that William E. Chipman, Jr., Esquire ("**Mr. Chipman**") of Chipman Brown Cicero & Cole, LLP[1] hereby requests to be removed from all service lists, including all electronic service lists and the ECF notification system for the above-captioned cases. Please remove as follows:

> William E. Chipman, Jr.
> **CHIPMAN BROWN CICERO & COLE, LLP**
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone:   (302) 295-0191
> Facsimile:   (302) 295-0199
> Email:       chipman@chipmanbrown.com
>              dero@chipmanbrown.com
>              mccloskey@chipmanbrown.com
>
>         and/or
>
> **CHIPMAN BROWN CICERO & COLE, LLP**
> 1007 North Orange Street, Suite 1110
> Wilmington, Delaware 19801

*[THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK. THE SIGNATURE WILL FOLLOW]*

---

[1] Mr. Chipman represented ExxonMobile Chemical Company in the above matter. On November 23, 2016, a Request for Removal from ECF Notifications was filed at Docket No. 32797.

Mr. Chipman was erroneously listed as representing W.R. Grace & Co., *et al.* The representation is listed as "terminated" on March 5, 2009.

Mr. Chipman was listed as representing Morgan Stanley Senior Funding, Inc. The representation is listed as "terminated" on March 5, 2009.

| | |
|---|---|
| Dated: July 10, 2017<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:   chipman@chipmanbrown.com |