**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JULY 14, 2017, AT 11:00 A.M. BEFORE THE
<u>HONORABLE KEVIN GROSS</u>**

**<u>THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO
MATTERS ARE SCHEDULED TO GO FORWARD.</u>**

**<u>CONTINUED MATTER:</u>**

1. Motion For Entry of an Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854).

   <u>Response Deadline:</u>  April 27, 2017, at 4:00 p.m. *(extended until May 11, 2017 for the United States)*

   <u>Responses Received:</u>

   a.  United States' Opposition to Debtors' Motion to Enforce [Filed: 5/11/17] (Docket No. 32877).

   <u>Reply Deadline:</u>  July 11, 2017, at 4:00 p.m.

   <u>Replies Received:</u>

   a.  Reply to United States' Opposition to Debtors' Motion to Enforce [Filed: 6/14/17] (Docket No. 32891).

   <u>Related Documents:</u>

   a.  [Proposed] Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854, Exhibit A).

---

[1]  The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or <u>Grace</u>") and W. R. Grace & Co.-Conn. ("<u>Grace-Conn.</u>").

Status:  This matter is continued until August 24, 2017 at 11:00 a.m.

|  |  |
|---|---|
| Dated:  July 12, 2017 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>1 North Bishop Street<br>Suite 14<br>Chicago, IL 60607-1823<br>Phone: (312) 666-0431<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Adam C. Paul<br>John Donley, P.C.<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Phone: (312) 862-2000<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Phone: (302) 652-4100<br>Fax: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |