## EXHIBIT A

*Form of Order*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., et al.,[1] <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 01-1139 (KG) |
| In re: <br><br> DAREX PURERTO RICO, INC. <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 01-1150 (KG) |

**ORDER REOPENING THE CHAPTER 11 CASE CAPTIONED *IN RE DAREX PUERTO RICO, INC.*, CASE NO. 01-01150, FOR PURPOSES OF FULLY ADMINISTERING CASE AND AMENDING SCHEDULE F**

Upon consideration of the Motion to Reopen Case Captioned in re Darex Puerto Rico, Inc., Case no. 01-01150, For Purposes of Fully Administering Case and Amending Schedule F (the "Motion) it appearing that the relief requested is in the best interests of the Reorganized Debtors, their estates, their creditors and other parties-in-interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and that this Court may enter an order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:[2]

1. The Motion is granted in its entirety.

2. The chapter 11 case captioned *in re Darex Puerto Rico, Inc.*, Case no. 01-01150 (the "Darex Chapter 11 Case"), is reopened for the purpose of the Reorganized Debtors amending Schedule F on the terms and conditions set forth in the Motion.

3. The Reorganized Debtors are authorized to take all actions that may be necessary to undertake to amend their Schedule F and to take all other necessary actions to fully administer the Darex Chapter 11 Case.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order and the administration of the Darex Chapter 11 Case.

6. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014, or otherwise.

Dated: _____, 2017

_____
Honorable Kevin Gross
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.