# EXHIBIT C

*Form of Notice to CRIM*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

**NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF
DAREX PUERTO RICO (CASE NO. 01-01150-KG)**

PLEASE TAKE NOTICE that Darex Puerto Rico, Inc. ("Darex"), has filed its *"Amendments to Schedule F – Creditors Holding Unsecured Nonpriority Claims"* (the "Amended Schedules") as originally filed on June 1, 2001. The Amended Schedules are attached hereto as Exhibit 1.

While every effort has been made to prepare complete and accurate amendments, errors may have occurred. The Reorganized Debtors reserve fully their right to amend the Amended Schedules and to challenge the amount and classification of each and every claim or item listed herein.

PLEASE TAKE FURTHER NOTICE that any party whose interests are affected by the Amended Schedules and who disagrees with the amount and/or classification of liability set forth in the Amended Schedules as outlined above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim by any such affected claimant (and no others) is 24 days from the date of this Notice, or August __, 2017.

*[signature page to follow]*

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace"), W. R. Grace & Co.-Conn. ("Grace-Conn.") and Darex Puerto Rico, Inc. ("Darex").

Dated: August __, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

# EXHIBIT 1

*Darex Schedule Amendment*