## EXHIBIT D

*Certificacion de Radicacion de Planilla Propiedad Mueble*
*(Certificate of Filing of Personal Property Tax Return)*

MODELO AS-54
Revisado marzo 2010





| PARA USO OFICIAL |
| --- |
| 09-14EM-002 |
| Núm. Certificación |

## CERTIFICACION DE RADICACION DE PLANILLA PROPIEDAD MUEBLE

Hacemos constar que **DAREX PUERTO RICO INC** con número de Seguro social personal o patronal **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** ha radicado la Planilla de Propiedad Mueble por los últimos **5** años o desde el año **1992**, fecha en que se comenzó el negocio.

Sin embargo, la información suministrada puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.

Esta certificación no será oficial sin el importe de $5.00 en estampillas emitidas por el CRIM.

Emitida hoy   21 de Marzo de 2014

Preparada por:

_____
Efrain Montesinos Garcia
Firma

AUDITOR CONT MUEBLE
Titulo

Aprobada por:

_____
Director (a) Ejecutivo (a) o su
Representante Autorizado