## <u>EXHIBIT E</u>

### *Statement of Account*



Estado Libre Asociado de Puerto Rico

Centro de Recaudación de Ingresos Municipales

Número de Certificación
**WE-201701200673**

CENTRO DE RECAUDACION
DE INGRESOS MUNICIPALES

# ESTADO DE CUENTA / STATEMENT OF ACCOUNT

Propietario/ Owner: **DAREX PUERTO RICO INC**

Fecha de interes / Interest Date: **20 de Enero de 2017**

# Catastro / Pin #: **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**

Municipio / Municipality: **PR**

| Localización de la Propiedad<br>Property Location | Dirección Postal<br>Postal Address |
|---|---|
| BO CANDELARIA CARR. #2 KM.20.5 | BO CANDELARIA CARR. #2 KM.20.5 |

| Año Fiscal<br>Fiscal Year | Fecha Notif<br>Bill Date | Principal | Descuento<br>Discount | Interes<br>Interest | Recargos<br>Surcharge | Penalidad<br>Penalty | Cantidad Adeudada<br>Amount Due |
|---|---|---|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GRAND TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Emitida / Issued: **20 de Enero de 2017**

Expira / Expires: **20 de Abril de 2017**

Firma / Signature





*La deuda con @ no está vencida.

**Esta certificación tiene que estar acompañada del recibo de pago de la misma. El número de certificación que aparece como " Cuenta"  en el recibo de pago debe ser el mismo.**

Nota aclaratoria: El cómputo de los intereses se calculan diariamente. Esta certificación tendrá una vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This Report will be valid for 3 months from the date of issue.