## EXHIBIT F

*Certificacion de Deuda por Todos los Conceptos*
*(Certificate of No Debt for All Concepts)*



PROPIETARIO / OWNER
DAREX PUERTO RICO INC

## CERTIFICACION DE DEUDA POR TODOS LOS CONCEPTOS

LAS SIGUIENTES PROPIEDADES FIGURAN EN NUESTRO SISTEMA COMPUTADORIZADO A NOMBRE DE DAREX PUERTO RICO INC CON NUMERO DE SEGURO SOCIAL PATRONAL: 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

| Numero de Catastro o Cuenta Personal | Localizacion de la Propiedad | Concepto | Deuda Total |
|---|---|---|---|
| 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 | CARR. #2 KM.20.5 BO CANDELARIA TOA BAJA 00951 | MUEBLE | 0.00 |
| | | Total: | 0.00 |

ESTA CERTIFICACION NO SERA OFICIAL SIN EL IMPORTE DE $2.50 EN ESTAMPILLAS EMITIDAS POR EL CRIM. ES VALIDA PARA GESTIONES DE COBROS.

PARA EL DETALLE DE LA DEUDA SE DEBERA EMITIR UNA CERTIFICACION DE DEUDA INDIVIDUAL POR CADA PROPIEDAD.

Fecha de Intereses: 13/07/2017 dd/mm/yyyy.