# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | **Re: Docket No. 32906** |
| In re: | Chapter 11 |
| DAREX PUERTO RICO, INC. | Case No. 01-1150 (KG) |
| Reorganized Debtors. | **Re: Docket No. 5** |

Hearing Date: August 24, 2017, at 11:00 a.m.
Objection Deadline: August 14, 2017 at 4:00 p.m.

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REOPEN CASE CAPTIONED *IN RE DAREX PUERTO RICO, INC.*, CASE NO. 01-01150 (KG), FOR PURPOSES OF FULLY ADMINISTERING CASE AND AMENDING SCHEDULE F

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion to Reopen Case Captioned In Re Darex Puerto Rico, Inc., Case No. 01-01150 (KG), for Purposes of Fully Administering Case and Amending Schedule F* (the "Motion") filed on July 31, 2017. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than August 14, 2017 at 4:00 p.m.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: August 15, 2017

KIRKLAND & ELLIS LLP
Adam Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors