IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.*,[1] | ) Case no. 01-01139 (KG) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Ref. Docket No. 929575, 32838** |
| | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.BANKR.P. 7056 FOR PARTIAL ALLOWANCE AND PARTIAL DISALLOWANCE OF CLAIM NO. 7021, FILED BY NORFOLK SOUTHERN RAILWAY COMPANY

Pursuant to an agreement with Norfolk Southern Railway Company ("Norfolk Southern"), the above captioned reorganized debtors (the "Reorganized Debtors") hereby withdraw the *Motion of the Reorganized Debtors for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed by Norfolk Southern Railway Company* [Docket No. 929575] filed on October 13, 2016 and related *Omnibus Memorandum in Support of Granting the Reorganized Debtors' Summary Judgement Motion, Denying Norfolk Southern's Cross-Motion and Disallowing Norfolk Southern's Indemnification Claim* [Docket No. 32838] filed on March 8, 2017.

Dated: August 17, 2017        KIRKLAND & ELLIS LLP
        Adam C. Paul
        John Donley, P.C.
        300 North LaSalle Street
        Chicago, IL 60654
        (312) 862-2000

        and

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431
and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400
Email: ljones@pszjlaw.com
         joneill@pszjlaw.com

Co-Counsel for the Reorganized Debtors