## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## AMENDMENT TO SCHEDULE "F" OF LIABILITIES
## FOR DAREX PUERTO RICO, INC. (CASE NO. 01-1150 (KG))

Darex Puerto Rico, Inc., hereby amends its *"Schedule F – Creditors Holding Unsecured Nonpriority Claims"* (the "Schedules") as originally filed on June 1, 2001.  The amendment is attached hereto as Exhibit 1 (the "Amendment").

While every effort has been made to prepare a complete and accurate Amendment, errors may have occurred.  The Reorganized Debtor reserves fully its right to amend the Schedules and to challenge the amount and classification of each and every claim or item listed herein.

Any party whose interests are affected by the Amendment and who disagrees with the amount and/or classification of liability set forth in the Amendment as outline above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim by any such affected claimant (and no others) is 21 days from the date of this Notice, or September 11, 2017.

Notice of this Amendment has been given to the Office of the United States Trustee and the party whose interests are affected by the Amendment.  The Reorganized Debtors submit that no further notice is required

***[signature page to follow]***

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace"), W. R. Grace & Co.-Conn. ("Grace-Conn.") and Darex Puerto Rico, Inc. ("Darex").

Dated:  August 21, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Telephone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors