## Exhibit 1

*Darex Schedule Amendment*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### AMENDMENT TO SCHEDULE "F" OF LIABILITIES
### FOR DAREX PUERTO RICO, INC. (CASE NO. 01-1150 (KG))

Darex Puerto Rico, Inc., hereby amends its *"Schedule F – Creditors Holding Unsecured Nonpriority Claims"* (the "Schedules") as originally filed on June 1, 2001. The amendment is attached hereto as Exhibit 1 (the "Amendment").

While every effort has been made to prepare a complete and accurate Amendment, errors may have occurred. The Reorganized Debtor reserves fully its right to amend the Schedules and to challenge the amount and classification of each and every claim or item listed herein.

Any party whose interests are affected by the Amendment and who disagrees with the amount and/or classification of liability set forth in the Amendment as outline above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim by any such affected claimant (and no others) is 21 days from the date of this Notice, or September 11, 2017.

Notice of this Amendment has been given to the Office of the United States Trustee and the party whose interests are affected by the Amendment. The Reorganized Debtors submit that no further notice is required

*[signature page to follow]*

---

[1]   The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace"), W. R. Grace & Co.-Conn. ("Grace-Conn.") and Darex Puerto Rico, Inc. ("Darex").

Dated:  August 21, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Telephone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors

## Exhibit 1

*Amendment to Schedule F of Liabilities for Darex Puerto Rico, Inc.*

In re  **DAREX PUERTO RICO, INC.**
_____  Case No. _____**01-01150**_____
Debtor                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No.  38095      s108145 <br> CRIM CENTRAL <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | TRADE PAYABLE <br> 1000072485 | | $0.00 |

Sheet no. 1 of 1      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total        $0.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF
### AMENDMENT TO SCHEDULES "F" OF LIABILITIES

1.    As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedule, and that it is true and correct to the best of my knowledge, information and belief.

*Richard C. Finke*

Richard C. Finke
Vice President and Associate General Counsel
W. R. Grace & Co.

---

[1]    The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").