# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |
| In re: | Chapter 11 |
| DAREX PURERTO RICO, INC. | Case No. 01-1150 (KG) |
| Reorganized Debtor. | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 21st day of August, 2017, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AMENDEMENTS TO SCHEDULES "F" OF LIABILITIES OF DAREX PUERTO RICO (CASE NO. 01-01150-KG).**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

DOCS_DE:190898.52 91100/001

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace CRIM Service List
Case No. 01-1139 (KJC)
Doc. No. 214641
01 – FOREIGN FIRST CLASS

**FOREIGN FIRST CLASS**
Centro de Recaudacion de
Ingresos Municipales
P.O. Box 195387
San Juan, PR
00919-5387