**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |
| In re: | Chapter 11 |
| DAREX PUERTO RICO, INC. | Case No. 01-1150 (KG) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 24, 2017, AT 1:00 P.M. BEFORE THE
HONORABLE KEVIN GROSS**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO
MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Motion For Entry of an Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854).

Response Deadline:  April 27, 2017, at 4:00 p.m. *(extended until May 11, 2017 for the United States)*

Responses Received:

a.    United States' Opposition to Debtors' Motion to Enforce [Filed: 5/11/17] (Docket No. 32877).

Reply Deadline:  July 11, 2017, at 4:00 p.m.

Replies Received:

a.    Reply to United States' Opposition to Debtors' Motion to Enforce [Filed: 6/14/17] (Docket No. 32891).

Related Documents:

a.    [Proposed] Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854, Exhibit A).

Status:  This matter is continued to the hearing set for September 18, 2017 at 2:30 p.m.

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**RESOLVED MATTERS:**

2.    Reorganized Debtors' Fifth Motion for an Order Extending the Chapter 11 Plan Deadline by Which the Reorganized Debtors May Object to Claims [Filed: 7/14/17] (Docket No. 32903).

Response Deadline:  August 2, 2017, at 4:00 p.m.

Responses Received:  None.

Related Documents:

a.    [Signed] Order Extending the Chapter 11 Plan Deadline by Which the Reorganized Debtors May Object to Claims [Filed: 8/2/17] (Docket No. 23909).

Status:  The Court has entered an order on this matter.

3.    Thirty-Ninth Omnibus Objection to Claims Filed By David and Michelle Archer (Substantive) [Filed: 7/17/17] (Docket No. 32904).

Response Deadline:  August 7, 2017 at 4:00 p.m.

Responses Received:  None.

Related Documents:

a.    [Signed] Order Disallowing Claims Filed By David and Michelle Archer (Substantive) [Filed: 8/10/17] (Docket No. 32913).

Status:  The Court has entered an order on this matter.

4.    Motion to Reopen Case Captioned *In Re Darex Puerto Rico, Inc.*, Case No. 01-01150 (KG), for Purposes of Fully Administering Case and Amending Schedule F [Filed: 7/31/17] (Case No. 01-01139, Docket No. 32906) (Case No. 01-01150, Docket No. 5).

Response Deadline:  August 14, 2017 at 4:00 p.m.

Responses Received:  None.

Related Documents:

a.    [Proposed] Order Reopening the Chapter 11 Case Captioned *In Re Darex Puerto Rico, Inc.*, Case No. 01-01150 (KG), for Purposes of Fully Administering Case and Amending Schedule F [Filed: 7/31/17] (Case No. 01-01139, Docket No. 32906, Exhibit A) (Case No. 01-01150, Docket No. 5, Exhibit A).

b.    Certification of No Objection Regarding Motion to Reopen Case Captioned *In Re Darex Puerto Rico, Inc.*, Case No. 01-01150 (KG), for Purposes of Fully Administering Case and Amending Schedule F [Filed: 8/15/17] (Case No. 01-01139, Docket No. 32916) (Case No. 01-01150, Docket No. 8).

c.    [Signed] Order Reopening the Chapter 11 Case Captioned *In Re Darex Puerto Rico, Inc.*, Case No. 01-01150 (KG), for Purposes of Fully Administering Case and Amending Schedule F [Filed: 8/16/17] (Case No. 01-01139, Docket No. 32917) (Case No. 01-01150, Docket No. 9).

Status:  The Court has entered an order on this matter.


Dated:  August 22, 2017                    THE LAW OFFICES OF ROGER HIGGINS, LLC
                                           Roger J. Higgins
                                           1 North Bishop Street
                                           Suite 14
                                           Chicago, IL 60607-1823
                                           Phone: (312) 666-0431

                                           and

                                           KIRKLAND & ELLIS LLP
                                           Adam C. Paul
                                           John Donley, P.C.
                                           300 North LaSalle Street
                                           Chicago, IL 60654
                                           Phone: (312) 862-2000

                                           and

                                           PACHULSKI STANG ZIEHL & JONES LLP

                                           */s/ James E. O'Neill*
                                           Laura Davis Jones (Bar No. 2436)
                                           James E. O'Neill (Bar No. 4042)
                                           919 North Market Street, 17th Floor
                                           PO Box 8705
                                           Wilmington, DE  19899-8705 (Courier 19801)
                                           Phone: (302) 652-4100
                                           Fax: (302) 652-4400

                                           Co-Counsel for the Reorganized Debtors

3