**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.    **Bank:** See attached

**Bankruptcy Number:** 01-01139    **Account Number:** See attached

**Date of Confirmation:** August 24, 2017    **Account Type:** See attached

**Reporting Period (month/year):** June 30, 2016

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 143,895,237 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 1,413,267,949 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 1,413,267,949 |
| Total of cash available: | $ | 1,557,163,186 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,479,562,614 |
| Total Disbursements | $1,479,562,614 |
| Ending Cash Balance | $77,600,572 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Aug 29 2017    **William C. Dockman, VP and Controller**
Date                   Name/Title

Debtor: _William Dockman_ (signature)

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Total |
|---|---|---|
| Beginning Cash Balance | $ 143,895,237 | $ 143,895,237 |
| Total of cash received | $ 1,413,267,949 | $ 1,413,267,949 |
| Total Disbursements | $ 1,479,562,614 | $ 1,479,562,614 |
| Ending Cash Balance | $ 77,600,572 | $ 77,600,572 |

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2016**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Wachovia Libby Medical 2079900065006 | Bank of America Accts Payable 3359481374 | Bank of America Accts payable 33594481355 |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 58,078,334 | $ - | $ 196,118 | $ - | $ (0) |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | 231,904,088 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 297,358,125 | 46,439,983 | | | 186,449,746 |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | - | - |
| **TOTAL RECEIPTS** | 529,262,214 | 46,439,983 | - | - | 186,449,746 |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | 46,439,983 | | | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | 1,105 | | 186,449,746 |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 310,145,766 | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 234,106,739 | | | | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | | - |
| **TOTAL DISBURSEMENTS** | 544,252,505 | 46,439,983 | 1,105 | - | 186,449,746 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (14,990,291) | - | (1,105) | - | - |
| **CASH - END OF QUARTER** | $ 43,088,043 | $ - | $ 195,013 | $ - | $ (0) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2016**

| | Bank of America Lockbox 8188903106 | First Union Petty Cash 2040000016900 | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 17,643 | $ 500 | $ 1,313,359 | $ 7,976,361 | $ 2,225,999 | $ 67,142 |
| **RECEIPTS** | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 246,386,676 | | | | - | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | 387,227,183 | 7,755,740 | 1,118,306 | 3,383,727 |
| TRANSFERS IN - NONFILING ENTITIES | | | 4,683,724 | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | - | - |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | - | 495,395 | 29,439 | 1,356 |
| **TOTAL RECEIPTS** | 246,386,676 | - | 391,910,907 | 8,251,134 | 1,147,745 | 3,385,083 |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | | | | | - | - |
| PAYROLL TAXES | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | 214,382 | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | - | | 387,438,174 | 12,165,445 | 2,815,428.17 | 3,273,894 |
| TRANSFERS OUT - NONFILING ENTITIES | | | - | | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 246,141,115 | | | - | - | - |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | 55,785 | - | - | |
| **TOTAL DISBURSEMENTS** | 246,355,497 | - | 387,493,959 | 12,165,445 | 2,815,428 | 3,273,894 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 31,179 | - | 4,416,949 | (3,914,311) | (1,667,683) | 111,188 |
| **CASH - END OF QUARTER** | $ 48,822 | $ 500 | $ 5,730,308 | $ 4,062,050 | $ 558,316 | $ 178,330 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
June 2016

| | PNC MM Account 5500332434 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 73,199,611 | $ - | $ 4,750 | $ 815,421 | $ 143,895,237 | $ - |
| **RECEIPTS** | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 246,386,676 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 24,117 | | | | 631,413,160 | |
| TRANSFERS IN - NONFILING ENTITIES | 10,345 | | | | 4,694,069 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 530,247,854 | |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | - | | | | - | |
| MISCELLANEOUS | - | | | | 526,190 | |
| TOTAL RECEIPTS | 34,461 | - | - | - | 1,413,267,949 | - |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | - | | | | 46,439,983 | |
| PAYROLL TAXES | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | - | | | 186,665,233 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | | - | | 715,838,707 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 50,000,000 | | | | 530,247,854 | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | - | - | | - | - | |
| MISCELLANEOUS | | | | 315,053 | 370,838 | |
| TOTAL DISBURSEMENTS | 50,000,000 | - | - | 315,053 | 1,479,562,614 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (49,965,539) | - | - | (315,053) | (66,294,665) | - |
| CASH - END OF QUARTER | $ 23,234,072 | $ - | $ 4,750 | $ 500,368 | $ 77,600,572 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.