**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.                   Bank:  See attached

Bankruptcy Number:  01-01139                          Account Number:  See attached

Date of Confirmation:  August 24, 2017              Account Type:  See attached

Reporting Period (month/year): September 30, 2016

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 77,600,572 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 850,481,686 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 850,481,686 |
| Total of cash available: | $ | 928,082,258 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $834,888,733 |
| Total Disbursements | $834,888,733 |
| Ending Cash Balance | $93,193,525 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Aug 28, 2017_                    William C. Dockman, VP and Controller
Date                                      Name/Title

Debtor:  _Will CDus_

Case Number:  01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Total |
|---|---|---|
| Beginning Cash Balance | $ 77,600,572 | $ 77,600,572 |
| Total of cash received | $ 850,481,686 | $ 850,481,686 |
| Total Disbursements | $ 834,888,733 | $ 834,888,733 |
| Ending Cash Balance | $ 93,193,525 | $ 93,193,525 |

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2016**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Wachovia Libby Medical 2079900065006 | Bank of America Accts Payable 3359481374 | Bank of America Accts payable 33594481366 |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $      43,088,043 | $            - | $      195,013 | $            - | $            - |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | 111,454,383 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 249,372,211 | 49,897,612 | | | 185,640,097 |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | - | - |
| **TOTAL RECEIPTS** | 360,826,593 | 49,897,612 | - | - | 185,640,097 |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | 49,897,612 | | | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | 1,474 | | 188,909,852 |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 93,971,003 | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 248,679,391 | | | | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | | - |
| **TOTAL DISBURSEMENTS** | 342,650,394 | 49,897,612 | 1,474 | - | 188,909,852 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 18,176,199 | - | (1,474) | - | (3,269,755) |
| **CASH - END OF QUARTER** | $      61,264,242 | $            - | $      193,540 | $            - | $      (3,269,755) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2016 | Bank of America Lockbox 8188903106 | First Union Petty Cash 2040000018900 | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 48,822 | $ 500 | $ 5,730,308 | $ 4,062,050 | $ 558,316 | $ 178,330 |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 236,283,036 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | 1,479,956 | 10,645,522 | 436,016 | - |
| TRANSFERS IN - NONFILING ENTITIES | | | 5,165,188 | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | - | | - | - |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | 55,535 | 41,319 | - | - |
| TOTAL RECEIPTS | 236,283,036 | - | 6,700,679 | 10,686,841 | 436,016 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | | | | | - |
| PAYROLL TAXES | | | | | | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | - | | 4,649,923 | 12,058,705 | 5,635.36 | 10,093 |
| TRANSFERS OUT - NONFILING ENTITIES | | | - | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 236,230,528 | | | - | - | - |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | 48,922 | | - | - | 6,972 | 1,356 |
| TOTAL DISBURSEMENTS | 236,279,451 | - | 4,649,923 | 12,058,705 | 12,607 | 11,449 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 3,585 | - | 2,050,756 | (1,371,865) | 423,409 | (11,449) |
| CASH - END OF QUARTER | $ 52,407 | $ 500 | $ 7,781,064 | $ 2,690,186 | $ 981,724 | $ 166,881 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn Schedule of Cash Receipts and Disbursements MOR-1 September 2016 | | | | | | |
|---|---|---|---|---|---|---|
| | PNC MM Account 5500332434 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
| | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ 23,234,072 | $ - | $ 4,750 | $ 500,368 | $ 77,600,572 | $ - |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 238,283,036 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 10,812 | | | | 124,026,686 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | 5,165,188 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 484,909,920 | |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | - | | | | | |
| MISCELLANEOUS | - | | | | 96,854 | |
| TOTAL RECEIPTS | 10,812 | - | - | - | 850,481,686 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | - | | | | 49,897,612 | |
| PAYROLL TAXES | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | | | | 188,911,326 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | | | | 110,695,359 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | | | 484,909,920 | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | - | | - | | |
| MISCELLANEOUS | | | | 417,266 | 474,517 | |
| TOTAL DISBURSEMENTS | - | - | - | 417,266 | 834,888,733 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 10,812 | - | - | (417,266) | 15,592,953 | - |
| CASH - END OF QUARTER | $ 23,244,884 | $ - | $ 4,750 | $ 83,102 | $ 93,193,525 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.