**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.    **Bank:** See attached

**Bankruptcy Number:** 01-01139    **Account Number:** See attached

**Date of Confirmation:** August 24, 2017    **Account Type:** See attached

**Reporting Period (month/year):** December 31, 2016

| Beginning Cash Balance: | $ | 93,193,525 |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $ 1,133,495,784 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $ 1,133,495,784 |
| Total of cash available: | $ 1,226,689,309 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,208,798,877 |
| Total Disbursements | $1,208,798,877 |
| Ending Cash Balance | $17,890,432 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Aug 28, 2017    William C. Dockman, VP and Controller
Date    Name/Title

Debtor: _William C. Dockman_ (signature)

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Total |
|---|---|---|
| Beginning Cash Balance | $ 93,193,525 | $ 93,193,525 |
| Total of cash received | $ 1,133,495,784 | $ 1,133,495,784 |
| Total Disbursements | $ 1,208,798,877 | $ 1,208,798,877 |
| Ending Cash Balance | $ 17,890,432 | $ 17,890,432 |

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2016**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Wachovia Libby Medical 2079900065006 | Bank of America Accts Payable 3359481374 | Bank of America Accts payable 33594481366 |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 61,264,242 | $ - | $ 193,540 | $ - | $ (3,269,755) |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | 199,846,011 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 262,955,523 | 49,395,529 | | | 186,904,586 |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | - | - |
| **TOTAL RECEIPTS** | 462,801,533 | 49,395,529 | - | - | 186,904,586 |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | 49,395,529 | | | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | 192,683,956 |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 261,468,731 | | 193,540 | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 239,652,102 | | | | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | | - |
| **TOTAL DISBURSEMENTS** | 501,120,833 | 49,395,529 | 193,540 | - | 192,683,956 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (38,319,300) | - | (193,540) | - | (5,779,370) |
| **CASH - END OF QUARTER** | $ 22,944,942 | $ - | $ - | $ - | $ (9,049,125) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>December 2016 | Bank of America<br>Lockbox<br>8188903105 | First Union<br>Petty Cash<br>2040000016900 | BoA<br>EUR Acct<br>13163705 | BoA<br>JPY Acct | Banco de Credito<br>Operating Acct<br>1931115122058 | Banco de Credito<br>Operating Acct<br>1931125963172 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 52,407 | $ 500 | $ 7,781,064 | $ 2,690,186 | $ 981,724 | $ 166,881 |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 269,873,658 | | | | - | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | 155,534,062 | 8,053,196 | 275,421 | 470,828 |
| TRANSFERS IN - NONFILING ENTITIES | | | - | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | - | | - | - |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | - | - | - | - |
| TOTAL RECEIPTS | 269,873,658 | - | 155,534,062 | 8,053,196 | 275,421 | 470,828 |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | | | | | - |
| PAYROLL TAXES | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 10,265,613 | | 161,678,047 | 8,853,543 | 496,987.21 | 624,852 |
| TRANSFERS OUT - NONFILING ENTITIES | | | - | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 259,603,536 | | | | - | - |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | 321,031 | 362,514 | 3,041 | - |
| TOTAL DISBURSEMENTS | 269,869,149 | - | 161,999,078 | 9,216,058 | 500,028 | 624,852 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 4,509 | - | (6,465,016) | (1,162,862) | (224,607) | (154,024) |
| CASH - END OF QUARTER | $ 56,917 | $ 500 | $ 1,316,048 | $ 1,527,324 | $ 757,117 | $ 12,857 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2016**

| | PNC MM Account 5500332434 | Cash In Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 23,244,884 | $ - | $ 4,750 | $ 83,102 | $ 93,193,525 | $ - |
| **RECEIPTS** | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 269,873,658 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | |
| TRANSFERS IN - THIRD PARTIES | - | 112,438 | | | 364,291,955 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 499,255,638 | |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | - | | | | - | |
| MISCELLANEOUS | - | | | 74,533 | 74,533 | |
| **TOTAL RECEIPTS** | - | 112,438 | - | 74,533 | 1,133,495,784 | - |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | - | | | | 49,395,529 | |
| PAYROLL TAXES | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | - | | | 192,683,956 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 23,195,855 | | - | | 466,777,168 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | | | 499,255,638 | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | - | | - | - | |
| MISCELLANEOUS | | | | - | 686,586 | |
| **TOTAL DISBURSEMENTS** | 23,195,855 | - | - | - | 1,208,798,877 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (23,195,855) | 112,438 | - | 74,533 | (75,303,093) | - |
| **CASH - END OF QUARTER** | $ 49,030 | $ 112,438 | $ 4,750 | $ 157,635 | $ 17,890,432 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.