OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.        **Bank:** See attached

**Bankruptcy Number:** 01-01139             **Account Number:** See attached

**Date of Confirmation:** August 24, 2017    **Account Type:** See attached

**Reporting Period (month/year):** June 30, 2017

| Beginning Cash Balance: | $ | 15,273,231 |

All receipts received by the debtor:

| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 937,993,421 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 937,993,421 |
| Total of cash available: | $ | 953,266,653 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $917,828,058 |
| Total Disbursements | $917,828,058 |
| Ending Cash Balance | $35,438,594 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Aug 28, 2017_  William C. Dockman, VP and Controller
Date             Name/Title

Debtor: _Will C___

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co. - Conn | Total |
|---|---|---|
| Beginning Cash Balance | $ 15,273,231 | $ 15,273,231 |
| Total of cash received | $ 937,993,421 | $ 937,993,421 |
| Total Disbursements | $ 917,828,058 | $ 917,828,058 |
| Ending Cash Balance | $ 35,438,594 | $ 35,438,594 |

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2017**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Wachovia Libby Medical 2079900065006 | Bank of America Accts Payable 3359481374 | Bank of America Accts payable 33594481366 |
|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 11,616,741 | $ - | $ - | $ - | $ (360,101) |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | |
| TRANSFERS IN - THIRD PARTIES | 135,332,326 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 262,153,054 | 48,659,902 | | | 200,264,645 |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | - | |
| **TOTAL RECEIPTS** | 397,485,380 | 48,659,902 | - | - | 200,264,645 |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | 48,659,902 | | | |
| PAYROLL TAXES | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | 202,361,703 |
| TRADE PAYABLES - INTERCOMPANY | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 125,482,802 | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 252,964,609 | | | | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | |
| MISCELLANEOUS | | | | | |
| **TOTAL DISBURSEMENTS** | 378,447,410 | 48,659,902 | - | - | 202,361,703 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 19,037,970 | - | - | - | (2,097,058) |
| **CASH - END OF QUARTER** | $ 30,654,710 | $ - | $ - | $ - | $ (2,457,159) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

# W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## June 2017

| | Bank of America Lockbox 8188903106 | First Union Petty Cash 2040000016900 | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $  - | $  500 | $  446,594 | $  2,785,307 | $  528,690 | $  257,679 |
| **RECEIPTS** | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 258,125,085 | | | | - | - |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | 15,336,809 | 6,880,351 | 151,568 | 191 |
| TRANSFERS IN - NONFILING ENTITIES | | | 10,363,472 | - | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | - | | - | - |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | 167,011 | - | - | - |
| **TOTAL RECEIPTS** | 258,125,085 | - | 25,867,292 | 6,880,351 | 151,568 | 191 |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | | | | | - | - |
| PAYROLL TAXES | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | 12,093 | 500 | 20,397,146 | 4,109,409 | 7,306.57 | 3,456 |
| TRANSFERS OUT - NONFILING ENTITIES | | | 5,181,736 | 1,903 | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 258,112,992 | | | | - | - |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | | | | | |
| MISCELLANEOUS | | | - | 54,771 | 2,433 | - |
| **TOTAL DISBURSEMENTS** | 258,125,085 | 500 | 25,578,882 | 4,166,083 | 9,739 | 3,456 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (500) | 288,410 | 2,714,267 | 141,829 | (3,265) |
| **CASH - END OF QUARTER** | $  - | $  0 | $  735,004 | $  5,499,575 | $  670,518 | $  254,414 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Case 01-01139-AMC    Doc 32931    Filed 08/29/17    Page 6 of 6

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2017**

| | PNC MM Account 5500332434 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 48,482 | $ - | $ 3,987 | $ (54,648) | $ 15,273,231 | $ - |
| **RECEIPTS** | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 258,125,085 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 24 | 474,199 | | | 158,175,468 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | 10,363,472 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | 511,077,601 | |
| TRANSFERS IN - SPIN-OFF OF GCP ON 2/3/16 | - | | | | - | |
| MISCELLANEOUS | - | | | 84,785 | 251,796 | |
| TOTAL RECEIPTS | 24 | 474,199 | - | 84,785 | 937,993,421 | - |
| **DISBURSEMENTS** | | | | | | |
| PAYROLL | - | | | | 48,659,902 | |
| PAYROLL TAXES | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 474,199 | | | 202,635,902 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 861 | | 237 | | 150,013,809 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | 5,183,639 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | | | 511,077,601 | |
| TRANSFERS OUT - SPIN-OFF OF GCP ON 2/3/16 | | - | | - | - | |
| MISCELLANEOUS | | | | - | 57,204 | |
| TOTAL DISBURSEMENTS | 861 | 474,199 | 237 | - | 917,828,058 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (837) | - | (237) | 84,785 | 20,165,363 | - |
| CASH - END OF QUARTER | $ 47,646 | $ - | $ 3,750 | $ 30,137 | $ 35,438,594 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

6 of 6