# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 01-01139 (KG)<br>) Jointly Administered<br>)<br>) **Re: Docket No. 32825** |

## NOTICE OF WITHDRAWAL OF NORFOLK SOUTHERN RAILWAY COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT ALLOWING CLAIM NO. 7021

**PLEASE TAKE NOTICE** that on January 27, 2017, Norfolk Southern Railway Company ("**Norfolk Southern**") filed *Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021* [D.I. 32825] (the "**Cross-Motion**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to an agreement with the above captioned reorganized debtors, Norfolk Southern hereby withdraws the Cross-Motion.

Dated: September 13, 2017
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to Norfolk Southern Railway Company*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

IMPAC 5375480v.1