**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, [1] | ) Case No. 01-01139 (KG) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 13th day of September 2017, I caused a true and correct copy of the foregoing **Notice of Withdrawal of Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021** to be served upon the parties on the attached list *via* first class mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

---

[1]     The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

## SERVICE LIST

John Donley, Esquire
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL  60654

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Roger Higgins, Esquire
The Law Offices of Roger Higgins
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

Office of the United States Trustee
Richard L. Schepacarter, Esquire
844 King Street, Suite 2207
Wilmington, DE  19801

IMPAC 5375480v.1