IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W. R. GRACE & CO., et al.,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 18, 2017, AT 2:30 P.M. BEFORE THE
HONORABLE KEVIN GROSS**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., September 15, 2017

## MATTER GOING FORWARD:

1. Motion For Entry of an Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854).

   Response Deadline: April 27, 2017, at 4:00 p.m. *(extended until May 11, 2017 for the United States)*

   Responses Received:

   a.  United States' Opposition to Debtors' Motion to Enforce [Filed: 5/11/17] (Docket No. 32877).

   Reply Deadline: July 11, 2017, at 4:00 p.m.

   Replies Received:

   a.  Reply to United States' Opposition to Debtors' Motion to Enforce [Filed: 6/14/17] (Docket No. 32891).

   Related Documents:

   a.  [Proposed] Order Enforcing Plan and Confirmation Order Against Internal Revenue Service [Filed: 4/12/17] (Docket No. 32854, Exhibit A).

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:215264.1 91100/001

<u>Status:</u>  This matter will go forward.

| | |
|---|---|
| Dated:  September 14, 2017 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>1 North Bishop Street<br>Suite 14<br>Chicago, IL 60607-1823<br>Phone: (312) 666-0431<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Adam C. Paul<br>John Donley, P.C.<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Phone: (312) 862-2000<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Phone: (302) 652-4100<br>Fax: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |