## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Pittsburgh Corning Corporation,<br>    Debtor(s) | Bankruptcy No. 00-22876-JKF<br>Chapter 11<br>**Related to Doc. No. 9260** |
| In re:<br>North American Refractories<br>Company, *et al*.<br>    Debtor(s) | Bankruptcy No. 02-20198-JKF<br>Chapter 11<br>**Related to Doc. No. 7835** |
| In re:<br>Mid-Valley, Inc., *et al.* and<br>DII Industries LLC<br>    Debtor(s) | Bankruptcy No. 03-35592-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 2839** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

In Re:

| | |
|---|---|
| Owens Corning, *et al.*,<br>    Debtor(s) | Bankruptcy No. 00-3837-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 21068** |
| W.R. Grace & Co., *et al.*<br>    Debtor(s) | Bankruptcy No. 01-1139-JKF<br>Chapter 11<br>**Related to Doc. No. 30404** |
| USG Corporation, *et al.*,<br>    Debtor(s) | Bankruptcy No. 01-2094-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 12682** |
| United States Mineral Products Company,<br>*et al.*<br>    Debtor(s) | Bankruptcy No. 01-2471-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3989** |
| Kaiser Aluminum Corporation, *et al.*<br>    Debtor(s) | Bankruptcy No. 02-10429-JKF<br>Chapter 11<br>**Related to Doc. No. 10275** |

| | |
|---|---|
| The Flintkote Company<br>Debtor(s) | Bankruptcy No. 04-11300-JKF<br>Chapter 11<br>**Related to Doc. No. 7436** |
| Armstrong World Industries, Inc., *et al.*<br>Debtor(s) | Bankruptcy No. 00-4471-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 10782** |
| ACandS, Inc., *et al.*<br>Debtor(s) | Bankruptcy No. 02-12687-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3721** |
| Combustion Engineering, Inc.<br>Debtor(s) | Bankruptcy No. 03-10495-JKF **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3476** |

## AFFIDAVIT OF JAMES P. WEHNER

James P. Wehner, being first duly sworn, deposes and says:

1. I am one of counsel for the Official Committee of Asbestos Personal Injury Claimants (the "ACC") in *In re Garlock Sealing Technologies LLC*, No. 10-31607 (Bankr. W.D.N.C.) (the "NCWB Proceeding"). I make this affidavit pursuant to the Order Establishing the Protocol for Production of 2019 Exhibits (the "2019 Protocol Order"), entered in the above-captioned cases. Capitalized terms not otherwise defined herein shall have the meaning assigned in the 2019 Protocol Order.

2. This affidavit is based on my personal knowledge, and my inquiries of employees of Caplin & Drysdale, and other agents, attorneys, and experts of the ACC.

3. In 2013, my law firm, Caplin & Drysdale, Chartered, received the 2019 Exhibits on behalf of the ACC.

4.  I attest that the ACC, and their employees, agents, attorneys, and experts, to the extent they had access to the 2019 Exhibits, used the 2019 Exhibits solely for the purpose of the NCWB Proceeding and, in particular, used the 2019 Exhibits solely in connection with the proceeding to estimate mesothelioma claims against Garlock (the "Estimation Proceeding"). Moreover, the 2019 Exhibits were never used in evidence in the Estimation Proceeding.

5.  I further attest that the ACC, and their employees, agents, attorneys, and experts did not share or distribute any of the 2019 Exhibits (in whole or in part) with any person or entity except as expressly authorized by an order of the Bankruptcy Court for the Western District of North Carolina ("NCWB"), the Bankruptcy Court for the District of Delaware ("DEB"), or the Bankruptcy Court for the Western District of Pennsylvania ("PAWB"). Because the 2019 Exhibits were not used in the Estimation Proceeding, the materials were never further distributed.

6.  I also attest that ACC, and their employees, agents, attorneys, and experts did not and will not publicly disclose the identity of any individual listed in any of the 2019 Exhibits except as was expressly authorized by an order of NCWB, DEB, or PAWB.

7.  I additionally attest that the ACC, and their employees, agents, attorneys, and experts, to the extent they received copies of 2019 Exhibits, have retrieved, collected, and permanently destroyed all copies of the 2019 Exhibit Production, including any and all subparts or subsets, regardless of whether any or all of the 2019 Exhibit data was merged with any other data.

This \_\_11\_\_ day of September, 2017.

James P. Wehner
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
(202) 862-5000
jwehner@capdale.com

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Sworn to and subscribed before me, this \_\_\_ day of September, 2017.

_____
Notary Public

My commission expires:

1/31/27 bat

(Official Seal)

**Beverly Ann Taylor**
**Notary Public, District of Columbia**
**My Commission Expires 1/31/2021**



4