IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 19, 2017, AT 11:00 A.M. BEFORE THE
HONORABLE KEVIN GROSS**

**The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).**

## MATTER GOING FORWARD:

1.  Motion For Entry of an Order Enforcing Plan and Confirmation Order Against Internal
    Revenue Service [Filed: 4/12/17] (Docket No. 32854).

    Response Deadline: April 27, 2017, at 4:00 p.m. *(extended until May 11, 2017 for the
    United States)*

    Responses Received:

    a.  United States' Opposition to Debtors' Motion to Enforce [Filed: 5/11/17] (Docket
        No. 32877).

    Reply Deadline: July 11, 2017, at 4:00 p.m.

    Replies Received:

    a.  Reply to United States' Opposition to Debtors' Motion to Enforce [Filed:
        6/14/17] (Docket No. 32891).

    Related Documents:

    a.  [Proposed] Order Enforcing Plan and Confirmation Order Against Internal
        Revenue Service [Filed: 4/12/17] (Docket No. 32854, Exhibit A).

---

[1]     The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or
"Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

<u>Status:</u>  This matter will go forward.

Dated:  September 18, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:215339.1 91100/001