IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 3rd day of October, 2017, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **LETTER DATED OCTOBER 3, 2017 TO THE HONORABLE KEVIN GROSS IN RESPONSE TO IRS LETTER REGARDING MOTION FOR ENTRY OF AN ORDER ENFORCING PLAN AND CONFIRMATION ORDER AGAINST INTERNAL REVENUE SERVICE.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

DOCS_DE:190898.56 91100/001

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace IRS Service List for 9/19/17 Agenda
Case No. 01-1139 (KJC)
Document No. 215340
01 – Email

**Email**
**wardlow.w.benson@usdoj.gov**
Ward W. Benson, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 227, Ben Franklin Station
Washington, DC  20044