## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 13, 2017, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN GROSS

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., October 12, 2017**

## STATUS HEARING:

1.    Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 7/20/09] (Docket No. 22553)

Related Documents:

a.    [Proposed] Order Disallowing and Expunging, in Part, the Proof of Claim Filed By Norfolk Southern Railway Company [Filed: 7/20/09] (Docket No. 22553, Exhibit 2)

b.    [Signed] Order Re Reorganized Debtors' and Norfolk Southern Railway Company's Cross-Motion for Summary Judgment [Filed: 5/12/17] (Docket No. 32878)

c.    Notice of Withdrawal of Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed By Norfolk Southern Railway Company [Filed: 8/17/17] (Docket No. 32918)

d.    Notice of Withdrawal of Norfolk Southern Railway Company's Cross-Motion for Summary Judgment Allowing Claim No. 7021 [Filed: 9/13/17] (Docket No. 32934)

e.    Notice of Status Hearing to Set Pre-Trial Schedule for Claim NO. 7021, Filed By Norfolk Southern Railway, and the Pending Objection Thereto [Filed: 10/4/17] (Docket No. 32944)

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

<u>Response Deadline:</u> September 4, 2009, at 4:00 p.m.

<u>Responses Received:</u>

a.    Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway [Filed: 8/26/09] (Docket No. 22975)

<u>Status:</u> A status hearing will go forward on this matter.  The Reorganized Debtors and Norfolk Southern have been discussing a scheduling order for this matter.  To date, the parties have not agreed on a scheduling order.  The Reorganized Debtors will update the Court on status of this matter and request the Court's guidance regarding the scheduling order.

Dated:  October 11, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors