# SIGN-IN-SHEET

**CASE NAME:** W. R. Grace & Co.
**CASE NO.:** 01-01139 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 10/13/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JAMES O'NEILL | PSZJ | Grace |
| Roger Higgins | Higgins Assoc | Grace |
| Sharon Baldwin | Potter Anderson & C | Norfolk Southern |
| Bryan Butler | " | " |