# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KJC) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

## REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF NOTIFICATIONS

Comes Domenic E. Pacitti and Morton R. Branzburg of the law firm of Klehr Harrison Harvey Branzburg LLP and hereby requests that they be removed from the Court's ECF notification list and master mailing list and that no further notices, pleadings or other documents be served upon them or their firm on behalf of SGH Enterprises, Inc. in the above-caption action.

Dated: October 17, 2017

Respectfully submitted,

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti, Esq. (DE Bar No. 3989)
Michael W. Yurkewicz, Esq. (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193

-and -

Morton Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-2700
Facsimile:    (215) 568-6603

---

[1] The Reorganized Debtors are W. R. Grace & Co. and W. R. Grace & Co.-Conn.

PHIL1 6550300v.1