# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/20/2017 |
| Case: 01−01139−KG | Form ID: ntcBK | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Curtis A Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Deborah D. Williamson | dwilliamson@dykema.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Meghan E.B. DeBard | mdebard@coxsmith.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace & Co., et al.      7500 Grace Drive      Columbia, MD 21044
aty      Bruce Grohsgal      Pachulski, Stang, Ziehl, Young, Jones      919 N. Market Street      16th Floor      Wilmington, DE 19801
aty      David E Grassmick      The Law Offices of Roger Higgins LLC      1 N. Bishop Street, Suite 14      Chicago, IL 60607
aty      Gregory M. Gordon      Jones Day      2727 North Harwood Street      Dallas, TX 75201−1515
aty      James E. O'Neill      Pachulski Stang Ziehl & Jones LLP      919 North Market Street, 17th Floor      PO Box 8705      Wilmington, DE 19899−8705
aty      M. Dawes Cooke, Jr.      Barnwell Whaley Paterson & Helms LLC      288 Meeting St.      Ste 200 (29401)      Post Office Drawer H      Charleston, SC 29402
aty      Roger J. Higgins, P.C.      The Law Offices of Roger Higgins LLC      111 East Wacker Driver      Suite 2800      Chicago, IL 60601

TOTAL: 7