# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KG) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No.: 32954 and 32955 |

## AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Reorganized Debtors, in the above-captioned action, and that on the 25th day of October, 2017, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**MEMORANDUM OPIONION [DOCKET NO. 32954]; AND**

**[SIGNED] ORDER ENFORCING PLAN AND CONFIRMATION ORDER AGAINST INTERNAL REVENUE SERVICE [DOCKET NO. 32955].**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before me this 25th day of October, 2017

Notary Public
My Commission Expires: 1/27/18

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 27, 2018

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:181336.80 91100/001

WR Grace Motion for IRS Refund Service
List
Case No. 01-1139 (KG)
Document No. 213106.2
01 – Hand Delivery
06 – First Class Mail


**Hand Delivery**
(United States Attorney)
Charles Oberly, Esquire
c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

**First Class Mail**
Department of the Treasury
Internal Revenue Service
31 Hopkins Place, Room 1150
Baltimore, MD 21201

**First Class Mail**
Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**First Class Mail**
Department of the Treasury
Internal Revenue Service
Attn:  Catherine Staskin
600 Arch Street
Philadelphia, PA 19106-1611

**First Class Mail**
Manmeet Gulati
Team Manager
LB&I/ECPA – Team 1364
7850 S.W. 6th Court
Plantation, FL  33324

**First Class Mail**
(United States Attorney General)
Jeff Sessions, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**First Class Mail**
Ward Benson
Trial Attorney, Tax Division
US Department of Justice
Ben Franklin Station
PO Box 227
Washington, DC  20044

DOCS_DE:213106.2 91100/001

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 191999V3
39 – FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS


*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

***FIRST CLASS MAIL***
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801

***FIRST CLASS MAIL***
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

***FIRST CLASS MAIL***
*(Counsel to Representative Counsel to Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

***FIRST CLASS MAIL***
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

***FIRST CLASS MAIL***
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE  19890-1625

***FIRST CLASS MAIL***
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

***FIRST CLASS MAIL***
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

***FIRST CLASS MAIL***
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

***FIRST CLASS MAIL***
*(Counsel to BNSF Railway Company; Mark Hankin and Hanmar Associates MLP)*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801

FIRST CLASS MAIL
(Counsel to the State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

FIRST CLASS MAIL
(Counsel to Plum Creek Timberlands, L.P.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

FIRST CLASS MAIL
(Counsel for Norfolk Southern Railway
Company)
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE  19801

FIRST CLASS MAIL
(Local Counsel for Miracon Technologies,
LLC)
Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE  19899

FIRST CLASS MAIL
(Counsel to Ford Motor Company)
Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 N. King Street, 8th Floor
Wilmington, DE  19899

FIRST CLASS MAIL
(Co-Counsel to Reorganized Debtor)
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

FIRST CLASS MAIL
(Counsel to Reorganized Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 N. Bishop Street, Suite 14
Chicago, IL  60607-1823

FIRST CLASS MAIL
(Reorganized Debtor)
W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044

FIRST CLASS MAIL
(Counsel to Hon. Alex. M. Sanders Jr.,
PDFCR)
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX  75214

FIRST CLASS MAIL
(Trustee - Asbestos PD Trust (7A))
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

FIRST CLASS MAIL
(Counsel for Asbestos PD Trust (7A))
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

*FIRST CLASS MAIL*
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
*(Counsel for Edward B. Cottingham, Jr.,
ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401

*FIRST CLASS MAIL*
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

*FIRST CLASS MAIL*
*(Special Insurance Coverage Counsel to the
Official Committee of Asbestos Personal
Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 S. Seventh Street, Suite 5500
Minneapolis, MN 55402

*FIRST CLASS MAIL*
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

*FIRST CLASS MAIL*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121

*FIRST CLASS MAIL*
*(Counsel to the Official Committee of Equity
Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*FIRST CLASS MAIL*
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

*FIRST CLASS MAIL*
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

*First Class Mail*
*(Counsel to Numerous Asbestos Claimants)*
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

*FIRST CLASS MAIL*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323

*FIRST CLASS MAIL*
*(Counsel for the United States)*
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC  20044

*FIRST CLASS MAIL*
*(Counsel for Norfolk Southern Railway Company)*
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA  23510-9242

*FIRST CLASS MAIL*
*(Creditor)*
Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL  33402

*FOREIGN FIRST CLASS*
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec  H2Y 2A3
CANADA