UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.*<br><br>Reorganized Debtors | CHAPTER 11<br>CASE NO. 01-01139 (KJC)<br>(Jointly Administered) |

### REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF NOTIFICATIONS

Frederick C. Schafrick of the law firm of Goodwin Procter LLP hereby requests that he be removed from the Court's ECF notification list and master mailing list, and that no further notices, pleadings, or other documents be served upon him in this matter. Other lawyers at Goodwin Procter should continue to be served as counsel for the CNA Companies.

Respectfully submitted,

October 25, 2017

/s/    Scott D. Cousins
BAYARD, P.A.
Scott D. Cousins (No. 3079)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 429-4261
Facsimile: (302) 658-6395
scousins@bayardlaw.com

-and-

GOODWIN PROCTER LLP
Frederick C. Schafrick (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
fschafrick@goodwinprocter.com

*Counsel for the CNA Companies*

ACTIVE/93195361.1