## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,[1]<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (KG) |
| In re:<br><br>DAREX PURERTO RICO, INC.<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1150 (KG) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 6, 2017, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN GROSS

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., November 3, 2017**

### THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**RESOLVED MATTER:**

1. Motion to Close the Chapter 11 Case Captioned in Re Darex Puerto Rico, Inc. Case No. 01-01150 [Filed: 10/04/17] [Case No. 01-1139, Docket No. 32942] (Case No. 01-1150, Docket No. 14)

    Related Documents:

    a. Certificate of No Objection Regarding Motion to Close the Chapter 11 Case Captioned *In Re Darex Puerto Rico, Inc. Case No. 01-01150* [Filed: 10/27/17] [Case No. 01-1139, Docket No. 59] (Case No. 01-1150, Docket No. 15)

    b. [Signed] Final Decree Closing the Chapter 11 Case Captioned *In Re Darex Puerto Rico, Inc. Case No. 01-01150* [Filed: 10/30/17] [Case No. 01-1139, Docket No. 32960] (Case No. 01-1150, Docket No. 16)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:215905.1 91100/001

Response Deadline: October 22, 2017, at 4:00 p.m.

Responses Received: None as of the date of this notice of agenda.

Status: The Court has entered an order on this matter.

Dated: November 1, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors