IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: Docket Nos.: 22553 and 22975** |

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER RE CLAIM NO. 7021, FILED BY NORFOLK SOUTHERN RAILWAY

1.      On July 20, 2009, the Reorganized Debtors (the "Reorganized Debtors") filed the *Objection to Proof of Claim Filed By Norfolk Southern Railway Company* (the "Claim Objection") [Docket No. 22553].

2.      On August 26, 2009, Norfolk Southern Railway ("Norfolk") filed the *Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed By Norfolk Southern Railway* (the "Response") [Docket No. 22975].

3.      On October 13, 2017, the Court held a status hearing on the Claim Objection Before the Honorable Kevin Gross (the "Status Hearing").

4.      The Reorganized Debtors and counsel for Norfolk (the "Parties") have consensually agreed upon a form of proposed scheduling order.

5.      Based on the rulings of the Court at the Status Hearing, the Parties hereby submit the proposed *Scheduling Order Re Claim No. 7021, Filed By Norfolk Southern Railway* (the "Scheduling Order"), attached hereto as Exhibit A.

---

[1]  The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) and W. R. Grace & Co.-Conn.

5.       Accordingly, the Reorganized Debtors respectfully request entry of the Scheduling Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: November 1, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors