**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (KG) |
| Debtors. | **Related Docket Nos. 5691, 32797, and 32899** |

**REQUEST FOR REMOVAL FROM MASTER AND
ECF SERVICE LISTS AND FROM ECF NOTIFICATIONS**

    **PLEASE TAKE NOTICE** that William E. Chipman, Jr., Esquire of Chipman Brown Cicero & Cole, LLP, counsel of record for ExxonMobil Chemical Company hereby requests to be removed from all service lists, including all electronic service lists and the ECF notification system for the above-captioned cases. Please remove as follows:

        William E. Chipman, Jr.
        **CHIPMAN BROWN CICERO & COLE, LLP**
        Hercules Plaza
        1313 North Market Street, Suite 5400
        Wilmington, Delaware 19801
        Telephone: (302) 295-0191
        Facsimile: (302) 295-0199
        Email: chipman@chipmanbrown.com
                dero@chipmanbrown.com
                mccloskey@chipmanbrown.com

Dated: November 2, 2017        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                      */s/ William E. Chipman, Jr.*
                              William E. Chipman, Jr. (No. 3818)
                              Hercules Plaza
                              1313 North Market Street, Suite 5400
                              Wilmington, Delaware 19801
                              Telephone: (302) 295-0191
                              Facsimile: (302) 295-0199
                              Email: chipman@chipmanbrown.com