IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Reorganized Debtors.** | ) | |
| | ) | **Re: Docket No. 32962** |

**DECLARATION OF SERVICE REGARDING:**

Docket No. 32962

NOTICE OF REORGANIZED DEBTORS' SIXTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

REORGANIZED DEBTORS' SIXTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

///

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn,")..

2.  On November 1, 2017, at the direction of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Reorganized Debtors in the above-captioned cases, I caused the above-referenced documents to be served on the Affected Parties Listed in Exhibit A.

3.  Such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Executed on the 2d day of November 2017 at Hawthorne, California.

*James H. Myers*

James H. Myers

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 9**

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 65966 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 65966 | MONTANA OFFICE OF ATTORNEY GENERAL, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), 215 N SANDERS ST, PO BOX 201401, HELENA, MT, 59620-1401 | US Mail (1st Class) |
| 65966 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 65966 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELLE A LEVITT ESQ, 175 WATER ST 15TH FLR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 65966 | NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA, 23510-9242 | US Mail (1st Class) |
| 65966 | POTTER ANDERSON & CORROON LLP, (RE: NORFOLK SOUTHERN RAILWAY COMPANY), DAVID J BALDWIN, ETTA R MAYERS, 1313 N MARKET STREET, 6TH FLOOR, PO BOX 951, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 65966 | SMOLKER, GARY S, C/O SMOLKER LAW FIRM, 16055 VENTURA BLVD STE 525, ENCINO, CA, 91436 | US Mail (1st Class) |
| 65966 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, C/O JANE AMDAHL, DEQ LEGAL UNIT, PO BOX 200901, HELENA, MT, 59620-0901 | US Mail (1st Class) |
| 65966 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 9**