IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 01-bk-01139 |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Judge Kevin Gross |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**UNITED STATES' NOTICE OF APPEAL**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE:

Notice is hereby given that the United States of America, on behalf of the Internal Revenue Service, a party in interest in the above-captioned case, appeals under 28 U.S.C. § 158(a) from the order of the Bankruptcy Judge entered in this bankruptcy case on October 23, 2017, docket item 32955, granting the debtors' motion to enforce the plan and confirmation order against the Internal Revenue Service.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| Debtors | Represented by | ADAM C. PAUL |
| | | JOHN DONLEY, P.C. |
| | | Kirkland and Ellis LLP |
| | | 300 North LaSalle Street |
| | | Chicago, IL 60654 |
| | | Tel: (312) 862-2000 |
| | | |
| | | and |

|  |  |  |
|---|---|---|
|  |  | ROGER J. HIGGINS<br>The Law Offices of Roger Higgins, LLC<br>1 North Bishop Street<br>Suite 14<br>Chicago, IL 60607-1823<br>Tel: (312) 666-0431<br><br>and<br><br>LAURA DAVIS JONES<br>JAMES E. O'NEILL<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>Tel: (302) 652-4100 |
| United States of America | Represented by | WARD W. BENSON<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-9642 |

DATE:  November 2, 2017

Respectfully submitted,

DAVID HUBBERT
Acting Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: wardlow.w.benson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEAL was filed with the clerk of the court on November 2, 2017, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ Ward W. Benson
WARD W. BENSON