# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 3rd day of November, 2017, a true and correct copy of the following was served on the parties on the Service list attached hereto as Exhibit A in the manner indicated.

**FIRST SET OF REQUESTS FOR INSPECTION IN THE CONTESTED MATTER RESOLVING NORFOLK SOUTHERN RAILWAY'S CLAIM NO. 7021;**

**FIRST SET OF REQUESTS FOR ADMISSION IN THE CONTESTED MATTER RESOLVING NORFOLK SOUTHERN RAILWAY'S CLAIM NO. 7021;**

**FIRST SET OF CONTENTION INTERROGATORIES IN THE CONTESTED MATTER RESOLVING NORFOLK SOUTHERN RAILWAY'S CLAIM NO. 7021; AND**

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

**FIRST SET OF PRODUCTION REQUESTS IN THE CONTESTED MATTER RESOLVING NORFOLK SOUTHERN RAILWAY'S CLAIM NO. 7021.**

Dated: November 3, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors