# EXHIBIT A

W. R. Grace Norfolk Southern Discovery
Service List
Case No. 01-1139 (KJC)
Doc. No. 215988
1 – Hand Delivery
1 – Overnight Delivery
3 – Email Delivery

**Hand Delivery and
Email: dbaldwin@potteranderson.com;
rmcneill@potteranderson.com;
rslaugh@potteranderson.com**
(Counsel for Norfolk Southern Railway Company)
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19801

**Overnight Delivery**
(Counsel for Norfolk Southern Railway Company)
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242