# Notice Recipients

| District/Off: 0311−1 | User: SH | Date Created: 11/6/2017 |
|---|---|---|
| Case: 01−01139−KG | Form ID: van440 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | James E. O'Neill | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor | P.O. Box 8705   Wilmington, DE 19899−8705 |
| aty | James E. O'Neill | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor | P.O. Box 8705   Wilmington, DE 19899−8705 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street, 17th Floor   Wilmington, DE 19801 | |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |
| aty | Roger J. Higgins, P.C. | The Law Offices of Roger Higgins LLC | 111 East Wacker Driver | Suite 2800   Chicago, IL 60601 |
| aty | Ward W. Benson | United States Department of Justice | Tax Division   P.O. Box 227 | Ben Franklin Station   Washington, DC 20044 |
| | Adam C. Paul | Kirkland and Ellis LLP | 300 North LaSalle Street | Chicago, IL 60654 |
| | John Donley | Kirkland and Ellis LLP | 300 Norht La Salle Street | Chicago, IL 60654 |

TOTAL: 8