OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.       Bank: See attached

Bankruptcy Number: 01-01139            Account Number: See attached

Date of Confirmation: November 7, 2017  Account Type: See attached

Reporting Period (month/year): September 30, 2017

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 35,438,595 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 913,848,704 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 913,848,704 |
| Total of cash available: | $ | 949,287,299 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $922,318,610 |
| Total Disbursements | $922,318,610 |
| Ending Cash Balance | $26,968,689 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/13/17        William C. Dockman, VP and Controller
Date            Name/Title

Debtor: *[signature]*

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

| | W. R. Grace & Co.-Conn | Total |
|---|---|---|
| Beginning Cash Balance | $ 35,438,595 | $ 35,438,595 |
| Total of cash received | $ 913,848,704 | $ 913,848,704 |
| Total Disbursements | $ 922,318,610 | $ 922,318,610 |
| Ending Cash Balance | $ 26,968,689 | $ 26,968,689 |

3 of 5

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MCR-1**
**September 2017**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Wachovia Libby Medical 2079900065006 | Bank of America Accts Payable 3359481374 | Bank of America Accts payable 33594481366 | Bank of America Lockbox 8186903106 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 30,654,710 | $ - | $ - | $ - | $ (2,457,159) | $ - |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | 259,769,163 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 110,224,492 | | | | | 59,698 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 263,506,459 | 47,597,323 | | | 198,112,441 | |
| MISCELLANEOUS | | | | | | |
| TOTAL RECEIPTS | 373,730,951 | 47,597,323 | - | - | 198,112,441 | 259,828,861 |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | 47,597,323 | | | | |
| PAYROLL TAXES | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | 200,884,836 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 129,885,283 | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 249,390,265 | | | | | 259,825,958 |
| MISCELLANEOUS | | | | | | |
| TOTAL DISBURSEMENTS | 379,275,548 | 47,597,323 | - | - | 200,884,836 | 259,825,958 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (5,544,597) | - | - | - | (2,772,395) | 2,903 |
| CASH - END OF QUARTER | $ 25,110,114 | $ - | $ - | $ - | $ (5,229,554) | $ 2,903 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2017**

| | First Union Petty Cash 2040000016900 | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 19311259631172 | PNC MM Account 5500332434 | Cash in Transit |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 0 | $ 735,004 | $ 5,499,575 | $ 670,518 | $ 254,414 | $ 47,646 | $ - |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | - | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | - | | |
| TRANSFERS IN - THIRD PARTIES | | - | 5,925,884 | 54,025 | | - | 277,177 |
| TRANSFERS IN - NONFILING ENTITIES | | 27,597,381 | 577,721 | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | - | - | | |
| MISCELLANEOUS | | 63,900 | - | - | - | - | |
| **TOTAL RECEIPTS** | - | 27,661,280 | 6,503,605 | 54,025 | - | - | 277,177 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | - | - | - | |
| PAYROLL TAXES | | | | - | - | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | - | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | - | - | |
| TRANSFERS OUT - THIRD PARTIES | - | 353,187 | 8,197,412 | 39,664.74 | 7,106 | 837 | |
| TRANSFERS OUT - NONFILING ENTITIES | | 26,095,814 | - | - | - | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | - | - | |
| MISCELLANEOUS | | - | 39,069 | 1,856 | - | | |
| **TOTAL DISBURSEMENTS** | - | 26,449,002 | 8,236,480 | 41,521 | 7,106 | 837 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | 1,212,278 | (1,732,876) | 12,505 | (7,106) | (837) | 277,177 |
| **CASH - END OF QUARTER** | $ 0 | $ 1,947,283 | $ 3,766,699 | $ 683,023 | $ 247,309 | $ 46,809 | $ 277,177 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2017 | Cash on Hand | Other | CURRENT MONTH ||
|---|---|---|---|---|
| | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ 3,750 | $ 30,137 | $ 35,438,595 | $ - |
| RECEIPTS | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 259,769,163 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 116,541,276 | |
| TRANSFERS IN - NONFILING ENTITIES | | | 28,175,102 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 509,216,223 | |
| MISCELLANEOUS | | 83,041 | 146,940 | |
| TOTAL RECEIPTS | - | 83,041 | 913,848,704 | - |
| DISBURSEMENTS | | | | |
| PAYROLL | | | 47,597,323 | |
| PAYROLL TAXES | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | 200,884,836 | |
| TRADE PAYABLES - INTERCOMPANY | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | | 138,483,490 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | 26,095,814 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 509,216,223 | |
| MISCELLANEOUS | | - | 40,925 | |
| TOTAL DISBURSEMENTS | - | - | 922,318,610 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | 83,041 | (8,469,906) | - |
| CASH - END OF QUARTER | $ 3,750 | $ 113,178 | $ 26,968,689 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.