IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 27, 2017, AT 11:00 A.M. BEFORE THE
<u>HONORABLE KEVIN GROSS</u>**

<u>THIS HEARING HAS BEEN CANCELLED BY THE COURT AS
NO MATTERS ARE SCHEDULED TO GO FORWARD.</u>

<u>MATTER FOR WHICH A CNO HAS BEEN FILED:</u>

1. Reorganized Debtors' Sixth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 11/1/17] (Docket No. 32962)

    <u>Related Documents:</u>

    a. [Proposed] Order Extending Plan Claims Objection Deadline Through November 30, 2018 [Filed: 11/1/17] (Docket No. 32962)

    b. Certification of No Objection Regarding Reorganized Debtors' Sixth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 11/17/17] (Docket No. 32981)

    <u>Response Deadline:</u> November 15, 2017, at 4:00 p.m.

    <u>Responses Received:</u> None.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:216358.2 91100/001

<u>Status:</u>  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

Dated:  November 17, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors