## **CERTIFICATE OF SERVICE**

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 21st day of November 2017, I caused a true and correct copy of the foregoing *Notice of Service of Discovery* to be served upon the parties listed below in the manner indicated:

***Via First Class Mail, Postage Pre-Paid***
The Law Offices of Roger Higgins, LLC
Roger J. Higgins, Esq.
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

***Via Hand Delivery***
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE  19801

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192