# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) <br> ) Jointly Administered |
| Reorganized Debtors. | ) <br> ) |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that on November 22, 2017, a true and correct copy of **Norfolk Southern Railway Company's Rule 26(a)(1) Initial Disclosures** was served upon the parties identified below in the manner indicated:

| *Via First Class Mail, Postage Pre-Paid* | *Via Hand Delivery* |
|---|---|
| The Law Offices of Roger Higgins, LLC <br> Roger J. Higgins, Esq. <br> 1 North Bishop Street, Suite 14 <br> Chicago, IL  60607-1823 | Pachulski Stang Ziehl & Jones LLP <br> Laura Davis Jones, Esq. <br> James E. O'Neill, Esq. <br> 919 North Market Street, 17th Floor <br> Wilmington, DE  19801 |

Dated:  November 22, 2017
        Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Counsel to Norfolk Southern Railway Company*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")