IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re: Docket No. 32983 |

**DECLARATION OF SERVICE REGARDING:**

Docket No. 32983   ORDER EXTEDING PLAN CLAIMS OBJECTION DEADLINE THROUGH NOVEMBER 30, 2018 [Re: Docket Nos. 32962 and 32981]

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

2. On November 22, 2017, at the direction of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Reorganized Debtors in the above-captioned cases, I caused the above-referenced document to be served on the Affected Parties Listed in Exhibit A.

3. Such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Executed on the 27th day of November 2017 at Hawthorne, California.

_____
Mabel Soto

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn,").

# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 9

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 66176 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 66176 | MONTANA OFFICE OF ATTORNEY GENERAL, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), 215 N SANDERS ST, PO BOX 201401, HELENA, MT, 59620-1401 | US Mail (1st Class) |
| 66176 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 66176 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELLE A LEVITT ESQ, 175 WATER ST 15TH FLR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 66176 | NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA, 23510-9242 | US Mail (1st Class) |
| 66176 | POTTER ANDERSON & CORROON LLP, (RE: NORFOLK SOUTHERN RAILWAY COMPANY), DAVID J BALDWIN, ETTA R MAYERS, 1313 N MARKET STREET, 6TH FLOOR, PO BOX 951, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 66176 | SMOLKER, GARY S, C/O SMOLKER LAW FIRM, 16055 VENTURA BLVD STE 525, ENCINO, CA, 91436 | US Mail (1st Class) |
| 66176 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, C/O JANE AMDAHL, DEQ LEGAL UNIT, PO BOX 200901, HELENA, MT, 59620-0901 | US Mail (1st Class) |
| 66176 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |

Subtotal for this group: 9