# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Appeal No.: 17-cv-1588-LPS |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 30th day of November, 2017, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**THE REORGANIZED DEBTORS' COUNTER-DESIGNATION OF THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES**

        */s/ James E. O'Neill*
        James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

WR Grace IRS Appeal Service List
Appeal No. 17-cv-1588 (LPS)
Document No. 216629.1
01 – Hand Delivery
06 – First Class Mail

**Hand Delivery**
(United States Attorney)
Charles Oberly, Esquire
c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

**First Class Mail**
Department of the Treasury
Internal Revenue Service
31 Hopkins Place, Room 1150
Baltimore, MD 21201

**First Class Mail**
Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**First Class Mail**
Department of the Treasury
Internal Revenue Service
Attn:  Catherine Staskin
600 Arch Street
Philadelphia, PA 19106-1611

**First Class Mail**
Manmeet Gulati
Team Manager
LB&I/ECPA – Team 1364
7850 S.W. 6th Court
Plantation, FL  33324

**First Class Mail**
(United States Attorney General)
Jeff Sessions, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**First Class Mail**
Ward Benson
Trial Attorney, Tax Division
US Department of Justice
Ben Franklin Station
PO Box 227
Washington, DC  20044