IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KG) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | |
| ) | |

**STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

Pursuant to the *Scheduling Order re Claim No. 7021, Filed by Norfolk Southern Railway*, entered on November 2, 2017 [Docket no. 32968] (the "Scheduling Order"), the above-captioned reorganized debtors (the "Reorganized Debtors") and claimant Norfolk Southern Railway Company ("Norfolk Southern") in the contested matter resolving claim no. 7021 (the "Contested Matter"), filed by Norfolk Southern (Norfolk Southern's "Claim," the proof of claim being the "Norfolk Southern POC"), stipulate as follows:

1. Pursuant to the Scheduling Order, Judith K. Fitzgerald, of the firm of Tucker Arensberg, P.C., shall be appointed as the mediator (the "Mediator") in this Contested Matter.

2. The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator.

**[remainder of this page is intentionally left blank]**

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Dated: December 6, 2017

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

*Co-Counsel for the Reorganized Debtors*

and

POTTER ANDERSON & CORROON LLP

*/s/ Daniel J. Baldwin*
_____
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for Norfolk Southern Railway*