# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that on December 21, 2017, true and correct copies of the documents listed below were served upon the parties identified in the manner indicated.

- **Norfolk Southern's Responses to Reorganized Debtors' First Set of Requests for Admission in the Contested Matter Resolving Norfolk Southern Railway's Claim No. 7021;**

- **Norfolk Southern's Responses to Reorganized Debtors' First Set of Production Requests in the Contested Matter Resolving Norfolk Southern Railway's Claim No. 7021;**

- **Norfolk Southern's Responses to Reorganized Debtors' First Set of Contention Interrogatories in the Contested Matter Resolving Norfolk Southern Railway's Claim No. 7021; and**

- **Norfolk Southern's Responses to Reorganized Debtors' First Set of Requests for Inspection in the Contested Matter Resolving Norfolk Southern Railway's Claim No. 7021.**

*Via First Class Mail, Postage Pre-Paid*
The Law Offices of Roger Higgins, LLC
Roger J. Higgins, Esq.
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

*Via Hand Delivery*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE  19801

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")

IMPAC 5592871v.1

| | |
|---|---|
| Dated:  December 21, 2017<br>　　　　 Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ D. Ryan Slaugh*　　　　　　　　　　<br>David J. Baldwin (DE Bar No. 1010)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>*Counsel to Norfolk Southern Railway Company* |