## **CERTIFICATE OF SERVICE**

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 21st day of December 2017, I caused a true and correct copy of the foregoing *Notice of Service of Discovery* to be served upon the parties listed below in the manner indicated:

| *Via First Class Mail, Postage Pre-Paid* | *Via Hand Delivery* |
|---|---|
| The Law Offices of Roger Higgins, LLC | Pachulski Stang Ziehl & Jones LLP |
| Roger J. Higgins, Esq. | Laura Davis Jones, Esq. |
| 1 North Bishop Street, Suite 14 | James E. O'Neill, Esq. |
| Chicago, IL  60607-1823 | 919 North Market Street, 17th Floor |
| | Wilmington, DE  19801 |

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192