# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-01139 (KG) |
| Reorganized Debtors. | ) Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that on January 12, 2018, a true and correct copy of **Norfolk Southern's Responses to Reorganized Debtors' Pre-Mediation Questions** was served upon the parties identified below in the manner indicated:

*Via First Class Mail, Postage Pre-Paid*
The Law Offices of Roger Higgins, LLC
Roger J. Higgins, Esq.
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

*Via Hand Delivery*
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801

Dated: January 12, 2018
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel to Norfolk Southern Railway Company*

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.")