IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT CONCERNING CONTESTED MATTER RE CLAIM NO. 7021, FILED BY NORFOLK SOUTHERN RAILWAY**

Pursuant to the *Scheduling Order re Claim No. 7021, Filed by Norfolk Southern Railway*, entered on November 2, 2017 [Docket no. 32968] (the "Scheduling Order"), the above-captioned reorganized debtors (the "Reorganized Debtors") and claimant Norfolk Southern Railway Company ("Norfolk Southern") in the contested matter resolving claim no. 7021 filed by Norfolk Southern (the "Contested Matter") file this joint status report as of the date hereof:

1.    Pursuant to the *Stipulation Regarding Appointment of Mediator* [Docket no. 32991], dated December 6, 2017, Judith K. Fitzgerald, of the firm of Tucker Arensberg, P.C., has been appointed as the mediator (the "Mediator") in this Contested Matter.  Mediation is scheduled for January 30, 2018.

2.    Pursuant to the Scheduling Order, fact discovery has commenced and is continuing.

**[remainder of this page is intentionally left blank]**

---

[1]    The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

Dated: January 26, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Reorganized Debtors*

and

POTTER ANDERSON & CORROON LLP

/s/ David J. Baldwin
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for Norfolk Southern Railway*