**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | Case No. 01-1139 (KG) |
| W.R. Grace & Co., et. al., | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 02/14/18 @4:00 p.m.** |
| Reorganized Debtors. | ) | **Hearing Date: 02/21/18 @2:00 p.m.** |

## CORRECTED NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 29, 2018, Maryland Casualty Company filed the attached *Motion to Enforce the Permanent Channeling Injunction and for Sanctions* ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for MCC on or before February 14, 2018 at 4:00 p.m. (EST).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on February 21, **2018** at 2:00 p.m. (EST) before The Honorable Kevin Gross, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: January 30, 2018

CONNOLLY GALLAGHER LLP

**/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (# 2795)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone:	(302) 757-7300
Facsimile:	(302) 658-0380

**ECKERT SEAMANS CHERIN
 & MELLOTT, LLC**
Edward J. Longosz, II
Mark A. Johnston
Kennedy C. Ramos
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile
elongosz@eckertseamans.com
mjohnston@eckertseamans.com
kramos@eckertseamans.com

*Attorneys for Maryland Casualty Company*

#05366991