## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of January, 2018, I caused a copy of the **Corrected Notice of Motion** to be served as indicated on the attached service list.

                                                          **/s/ Jeffrey C. Wisler**
                                                            Jeffrey C. Wisler (#2795)

#05367898