**VIA FIRST CLASS MAIL**
Laura Davis Jones, Esquire
James E. O' Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Richard L. Schepacarter
Office of the US Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
PO Box 68
Wilmington, DE 19899

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 N. King Street, 8th Floor
Wilmington, DE 19899

McGarvey, Heberling, Sullivan & Lacey  
Jon L. Heberling, Esquire  
John F. Lacey, Esquire  
Roger Sullivan, Esquire  
Allan M. McGarvey, Esquire  
345 First Avenue East  
Kalispell, MT 59901  

Murtha Cullina LLP  
Daniel C. Cohn, Esquire  
Ryan M. MacDonald, Esquire  
Keri L. Wintle, Esquire  
99 High Street  
Boston, MA 02110  

Richard B. Schiro,  
Corporate Trust Administration  
WRG Asbestos PD Trust  
c/o Wilmington Trust  
1100 N. Market Street  
Wilmington, DE 19890-1625  

John Donley, Esquire  
Adam Paul, Esquire  
Ryan Hehner, Esquire  
Kirkland & Ellis LLP  
300 N. LaSalle  
Chicago, IL 60654  

Roger J. Higgins, Esquire  
The Law Offices of Roger Higgins, LLC  
1 N. Bishop Street, Suite 14  
Chicago, IL 60607-1823  

W.R. Grace & Co.  
Attn: Mark Shelnitz  
7500 Grace Drive  
Columbia, MD 21044  

Alan B. Rich, Esquire  
Attorney and Counselor  
4244 Renaissance Tower  
1201 Elm Street  
Dallas, TX 75270  

Richard B. Schiro  
WRG Asbestos PD Trust  
2706 Fairmount Street  
Dallas, TX 75201-1958  

Deborah D. Williamson, Esquire  
Cox Smith Matthews Incorporated  
112 E. Pecan Street, Suite 1800  
San Antonio, TX 78205  

Edward J. Westbrook, Esquire  
Richardson, Patrick, Westbrook & Brickman, LLC  
1037 Chuck Dawley Boulevard, Building A  
Mt. Pleasant, SC 29464  

Edward B. Cottingham, Jr., Esquire  
The Cottingham Law Firm  
317 Wingo Way, Suite 303  
Mt. Pleasant, SC 29464  

M. Dawes Cooke, Esquire  
Barnwell Whaley Patterson & Helms LLC  
288 Meeting Street, Suite 200  
Charleston, SC 29401  

B. Thomas Florence  
Executive Director  
WRG Asbestos PI Trust  
c/o ARPC  
1220 19th Street NW, Suite 700  
Washington, DC 20036  

Philip E. Milch, Esquire  
Campbell & Levine, LLC  
1700 Grant Building  
Pittsburgh, PA 15219

| | |
|---|---|
| Elihu Hiselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022-6000 | Ann McMillan, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005-5802 |
| Robelt M. Horkovich, Esquire<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 | James C. Melville, Esquire<br>Kaplan, Strangis and Kaplan, P.A.<br>90 S. Seventh Street, Suite 5500<br>Minneapolis, MN 55402 |
| Edward E. Steiner, Esquire<br>Keating Muething & Klekamp PLL<br>One E. Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | John R. Knapp, Jr., Esquire<br>Miller Nash LLP<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121 |
| David E. Blabey, Jr., Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Edward C. Toole, Jr., Esquire<br>Pepper Hamilton LLP<br>300 Two Logan Square Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 |
| Michael R. Sew Hoy<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Scott W. Wert, Esquire<br>Roger Heath, Esquire<br>Foster & Sear, LLP<br>817 Greenview Drive<br>Grand Prairie, TX 75050 |
| John R. Rizzardi, Esquire<br>Jessica Tsao, Esquire<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323 | Charles M. Oberly, III, US Attorney<br>Kathryn Keneally, Asst. US Attorney<br>Ari D. Kunofsky, Trial Attorney<br>U. S. Department of Justice<br>Tax Division<br>PO Box 227<br>Washington, DC 20044 |
| Kevin M. Andris, Esquire<br>Norfolk Southern Railway Company<br>Law Dept.<br>Three Commercial Place<br>Norfolk, VA 23510-9242 | Orfelia M. Mayor, Esquire<br>Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402 |

Department of the Treasury Internal Revenue Service
31 Hopkins Place, Room 1150
Baltimore, MD 21201

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Department of the Treasury
Internal Revenue Service
Attn: Catherine Staskin
600 Arch Street
Philadelphia, PA 19106-1611

Manmeet Gulati
Team Manager
LB&I/ECPA - Team 1364
7850 S.W. 6th Court
Plantation, FL  33324

Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montreal, Quebec H2Y 2A3 CANADA