IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 01-01139 (KG) |
| W.R. GRACE & CO., *et al.* | ) | |
|     Reorganized Debtors | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

Re; DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY NORFOLK SOUTHERN RAILWAY COMPANY

## MEDIATOR'S CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE

1. I hereby certify that pursuant to an agreement of the parties, a Mediation Program Conference was held on January 30, 2018.

2. A settlement of this matter was reached. The parties will move to terminate the pending proceedings after the settlement agreement is documented, executed and fulfilled.

Respectfully submitted:

Dated:    January 31, 2018        /s/ Judith K. Fitzgerald
_____
Mediator Signature

Name:_Judith K. Fitzgerald

Address:_Tucker Arensberg, P.C.
Suite 1500, One PPG Place
Pittsburgh, PA  15222
jfitzgerald@tuckerlaw.com

Telephone: 412-566-1212

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>W.R. GRACE & CO., *et al.*<br>    Reorganized Debtors | ) Bankruptcy No. 01-01139 (KG)<br>)<br>)<br>)<br>)<br>) Chapter 11<br>  Jointly Administered |

Re: DEBTOR'S OBJECTION TO PROOF OF
CLAIM FILED BY NORFOLK SOUTHERN
RAILWAY COMPANY

**MEDIATOR'S CERTIFICATE OF SERVICE RE:
COMPLETION OF MEDIATION CONFERENCE**

      I hereby certify that I caused to be served on counsel to the parties the Mediator's Certificate of Completion of Mediation Conference via email as follows:

Reorganized Debtor:
Roger J. Higgins, Esq. at rhiggins@rogerhigginslaw.com
And James E. O'Neill, Esq. jo'neill@pszjlaw.com

Norfolk Southern Railway Company:
David Baldwin, Esq. at dbaldwin@potteranderson.com
And R. Stephen McNeill, Esq. at rmcneill@potteranderson.com
And D. Ryan Slaugh, Esq. at rslaugh@potteranderson.com

                      Respectfully submitted:

Dated:     January 31, 2018      /s/ Judith K. Fitzgerald
                                       Mediator Signature

                                       Name:_Judith K. Fitzgerald

                                       Address:_Tucker Arensberg, P.C.
                                       Suite 1500, One PPG Place
                                       Pittsburgh, PA  15222
                                       jfitzgerald@tuckerlaw.com

                                       Telephone: 412-566-1212