**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | Case No. 01-1139 (KG) |
| W.R. Grace & Co., et. al., | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 04/09/18 @4:00 p.m.** |
| Reorganized Debtors. | ) | **Hearing Date: 04/25/18 @10:00 a.m.** |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that the *Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions* [D.I. 32999] ("Motion") filed on January 29, 2018 and scheduled to be presented on February 21, 2018 at 2:00 p.m., will now be heard on **April 25, 2018 at 10:00 a.m.**, before The Honorable Kevin Gross, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **April 9, 2018 at 4:00 p.m.**

Dated: February 6, 2018         CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (# 2795)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone:    (302) 757-7300
Facsimile:     (302) 658-0380

and

**ECKERT SEAMANS CHERIN
 & MELLOTT, LLC**
Edward J. Longosz, II
Mark A. Johnston
Kennedy C. Ramos
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile
elongosz@eckertseamans.com
mjohnston@eckertseamans.com
kramos@eckertseamans.com

*Attorneys for Maryland Casualty Company*

#05369279