**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th day of February, 2018, I caused a copy of the **Re-Notice of Motion** to be served as indicated on the attached service list.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05369389