IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (KG) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 21, 2018, AT 2:00 P.M. BEFORE THE HONORABLE KEVIN GROSS

### THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**CONTINUED MATTER:**

1. Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 1/29/18] (Docket No. 32999).

    Related Documents:

    a. [Proposed] Order Granting Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 1/29/18] (Docket No. 32999).

    b. Corrected Notice of Motion [Filed: 1/30/18] (Docket No. 33001).

    c. Re-Notice of Motion [Filed: 2/6/18] (Docket No. 33003).

    Response Deadline: April 9, 2018, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:217953.1 91100/001

<u>Status:</u>  This matter has been continued until April 25, 2018, at 10:00 a.m.

Dated:  February 16, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors