## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.    **Bank:** See attached

**Bankruptcy Number:** 01-01139    **Account Number:** See attached

**Date of Confirmation:** March 1, 2018    **Account Type:** See attached

**Reporting Period (month/year):** December 31, 2017

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 26,968,689 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 1,053,579,936 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 1,053,579,936 |
| Total of cash available: | $ | 1,080,548,624 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,024,034,829 |
| Total Disbursements | $1,024,034,829 |
| Ending Cash Balance | $56,513,795 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

3/1/18    William C. Dockman, VP and Controller
Date       Name/Title

Debtor: _[signature]_

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. - Conn | W. R. Grace & Co. | Total |
|---|---|---|---|
| Beginning Cash Balance | $ 26,968,689 | $ - | $ 26,968,689 |
| Total of cash received | $ 1,037,062,409 | $ 16,517,527 | $ 1,053,579,936 |
| Total Disbursements | $ 1,007,517,303 | $ 16,517,527 | $ 1,024,034,829 |
| Ending Cash Balance | $ 56,513,795 | $ - | $ 56,513,795 |

Chart 1

## W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## December 2017

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Bank of America Accts payable 33594481366 | Bank of America Lockbox 8188903106 |
|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 25,110,114 | $ - | $ (5,229,554) | $ 2,903 |
| RECEIPTS | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 284,106,800 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | |
| TRANSFERS IN - THIRD PARTIES | 146,036,442 | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 287,597,403 | 49,751,731 | 219,759,638 | |
| MISCELLANEOUS | | | | |
| TOTAL RECEIPTS | 433,633,845 | 49,751,731 | 219,759,638 | 284,106,800 |
| DISBURSEMENTS | | | | |
| PAYROLL | | 49,751,731 | | |
| PAYROLL TAXES | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | 220,994,199 | |
| TRADE PAYABLES - INTERCOMPANY | | | | |
| TRANSFERS OUT - THIRD PARTIES | 124,920,844 | | | 15,962 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 273,015,030 | | | 284,093,741 |
| MISCELLANEOUS | | | | |
| TOTAL DISBURSEMENTS | 397,935,876 | 49,751,731 | 220,994,199 | 284,109,703 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 35,697,970 | - | (1,234,561) | (2,903) |
| CASH - END OF QUARTER | $ 60,808,084 | $ - | $ (6,464,115) | $ (0) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

## W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## December 2017

| | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125363172 | PNC MM Account 5500332434 |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 1,947,283 | $ 3,766,699 | $ 683,023 | $ 247,309 | $ 46,809 |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | - | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | - | - | |
| TRANSFERS IN - THIRD PARTIES | 25,805,674 | 10,647,907 | 26,945 | - | - |
| TRANSFERS IN - NONFILING ENTITIES | 7,343,783 | 1,255,400 | - | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | | | | |
| MISCELLANEOUS | 4,298,067 | 279,271 | 5,236 | - | |
| TOTAL RECEIPTS | 37,447,523 | 12,182,577 | 32,182 | - | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | - | - | - |
| PAYROLL TAXES | | | - | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | - | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | - | - | - |
| TRANSFERS OUT - THIRD PARTIES | 23,858,300 | 14,664,138 | 5,744 | 4,000 | 804 |
| TRANSFERS OUT - NONFILING ENTITIES | 15,536,506 | 379,127 | - | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | - | - | |
| MISCELLANEOUS | - | - | - | - | |
| TOTAL DISBURSEMENTS | 39,394,806 | 15,043,265 | 5,744 | 4,000 | 804 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (1,947,283) | (2,860,687) | 26,438 | (4,000) | (804) |
| CASH - END OF QUARTER | $ (0) | $ 906,011 | $ 709,461 | $ 243,309 | $ 46,005 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2017**

| | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 277,177 | $ 3,750 | $ 113,178 | $ 26,968,689 | $ - |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 284,106,800 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 138,026 | | | 182,654,994 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | 8,599,182 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 557,108,771 | |
| MISCELLANEOUS | | | 10,087 | 4,592,661 | |
| TOTAL RECEIPTS | 138,026 | - | 10,087 | 1,037,062,409 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | | | 49,751,731 | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | | | 220,994,199 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 277,177 | - | | 163,746,969 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | 15,915,633 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 557,108,771 | |
| MISCELLANEOUS | | | - | - | |
| TOTAL DISBURSEMENTS | 277,177 | - | - | 1,007,517,303 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (139,151) | - | 10,087 | 29,545,106 | - |
| CASH - END OF QUARTER | $ 138,026 | $ 3,750 | $ 123,265 | $ 56,513,795 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

## W R Grace & Co.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## December 2017

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 16,517,527 | 16,517,527 | |
| TOTAL RECEIPTS | 16,517,527 | 16,517,527 | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 16,517,527 | 16,517,527 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 16,517,527 | 16,517,527 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |