# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | **Re: Docket No. 33007** |
| In re: | Chapter 11 |
| W. R. GRACE & CO.-CONN. | Case No. 01-1140 (KG) |
| Reorganized Debtors. | **Re: Docket No. 30** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of March, 2018, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **NOTICE OF MOTION FOR A FINAL DECREE: (A) CLOSING THE GRACE-CONN. CHAPTER 11 CASE; (B) REMOVING THE GRACE-CONN. CASE FROM THE JOINT ADMINISTRATION ORDER; AND (C) WAIVING THE REQUIREMENT TO FILE A FINAL REPORT FOR THE GRACE-CONN. CASE; AND**
>
> **MOTION FOR A FINAL DECREE: (A) CLOSING THE GRACE-CONN. CHAPTER 11 CASE; (B) REMOVING THE GRACE-CONN. CASE FROM THE JOINT ADMINISTRATION ORDER; AND (C) WAIVING THE REQUIREMENT TO FILE A FINAL REPORT FOR THE GRACE-CONN. CASE.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace Anderson Memorial Email and First Class Mail Service List
Case No. 01-1139 (JKF)
Document No. 218343
03 – Email
04 – First Class Mail

**Email:** Ttacconelli@ferryjoseph.com
**First Class Mail**
(Counsel for Anderson Memorial Hospital)
Theodore J. Tacconelli, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899

**Email:** dlr@kttlaw.com
**First Class Mail**
(Counsel for Anderson Memorial Hospital)
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**Email:** dspeights@speightsrunyan.com
**First Class Mail**
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Speights & Runyan
100 Oak Street East
PO Box 685
Hampton, SC 29924

**First Class Mail**
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Speights & Runyan
2015 Boundary Street, Suite 239
Beaufort, SC 29902