IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139-KG |
| W.R. GRACE & CO., ) | |
| et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR TERMINATION OF CM/ECF FLLINGS

John Waters hereby withdraws his appearance on behalf of the Iowa Department of Revenue and requests that his name be removed from the list of attorneys scheduled to receive CM/ECF Notices of filings. I hereby certify that the Iowa Department of Revenue has no controversy pending before the Court and consents to my withdrawal.

        IOWA DEPARTMENT OF REVENUE

        By: /S/ John Waters – March 15, 2018
           JOHN WATERS
           Attorney At Law
           Iowa Department of Revenue
           Collections Section
           P.O. Box 10457
           Des Moines, Iowa 50306
           (515) 281-6427
           Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above document was electronically served on the 15th of March 2018, on all persons receiving notice through CM/ECF.

        /S/ John Waters – March 15, 2018
        JOHN WATERS