IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11 <br> ) <br> W. R. GRACE & CO., et al.,[1] ) Case No. 01-01139 (KG) <br> ) (Jointly Administered) <br> Reorganized Debtors. ) <br> ) <br> ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 7021 AND THE PRELIMINARY RESPONSE THERETO AND REQUEST FOR WITHDRAWAL OF TRIAL SCHEDULING ORDER**

The above-captioned reorganized debtors (the "Reorganized Debtors") and claimant Norfolk Southern Railway Company ("Norfolk Southern"), having entered into a *Stipulation Resolving Claim No. 7021, Filed by Norfolk Southern Railway Company*, hereby file this notice of withdrawal and request for order withdrawing the Court's *Scheduling Order re Claim No. 7021, Filed by Norfolk Southern Railway*, entered on November 2, 2017 [Docket no. 32968] (the "Scheduling Order").

1.  The Reorganized Debtors hereby withdraw their *Objection to the Proof of Claim Filed by Norfolk Southern Railway Company* [Docket no. 22553].

2.  Norfolk Southern hereby withdraws its *Preliminary Response of Norfolk Southern Railway to Debtors' Objection to the Proof of Claim Filed by Norfolk Southern Railway* [Docket no. 22975].

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DOCS_DE:218466.1 91100/001

3. The parties request the Court enter an order withdrawing the Scheduling Order as moot.

Dated: March 19, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Reorganized Debtors*

and

POTTER ANDERSON & CORROON LLP

/s/ *David J. Baldwin*
David J. Baldwin (DE Bar No. 1010)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Counsel for Norfolk Southern Railway Company*

DOCS_DE:218466.1 91100/001

2