IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Motions Seeking Access to 2019 Statements.

Civ. No. 16-1078-LPS

## ORDER

At Wilmington, this 27th day of March, 2018; for the reasons set forth in the accompanying Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's Opinion and Order, *In re Owens Corning*, 560 B.R. 229 (Bankr. D. Del. 2016), is AFFIRMED.

2. The Court's Opinion and Order shall be filed in all appeals that have been consolidated with the instant action.

3. The Clerk of Court is directed to CLOSE Civ. No. 16-1078-LPS as well as all separate actions that have been consolidated with the instant action.

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE