UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re                               )
                                    )    CHAPTER 11
W.R. GRACE & CO., *et al.*,         )    CASE NO. 01-01139 (KG)
                                    )    (Jointly Administered)
         Debtors.                   )
_____)
                                    )

## **ORDER**

Pursuant to the relief sought in the *Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with Respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions* and any and all responses thereto it is hereby ORDERED that Maryland Casualty Company is permitted to file a reply to the Motion to Enforce the Permanent Channeling Injunction and for Sanctions (D.I. 32999) by no later than April 23, 2018.

SO ORDERED this ____day of _____, 2018

_____
Honorable Kevin Gross
United States Bankruptcy Court Judge

#05384567v2