UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                       )
In re                                  )
                                       )    CHAPTER 11
W.R. GRACE & CO., *et al.*,            )    CASE NO. 01-01139 (KG)
                                       )    (Jointly Administered)
                Debtors.               )
_____)    D.I. _____

## **ORDER**

In consideration of the *Motion to Shorten Notice and for Expedited Consideration of the Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with Respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions* (the "Motion for Expedited Consideration") D.I. 33032it is hereby ORDERED that

1. The Motion for Expedited Consideration is granted.

2. Objections to the Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions shall be due no later than **April 19, 2018 at 4:00 p.m, prevailing Eastern Time.**

3. Objections to the Agreed Motion to Extend, if any, shall be heard at the hearing scheduled for **April 25, 2018 at 10:00 am, prevailing Eastern Time.**

SO ORDERED this _____ day of April, 2018

_____
Honorable Kevin Gross
United States Bankruptcy Judge

9155542v1