UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | CHAPTER 11 |
| W.R. GRACE & CO., *et al.*, | ) | CASE NO. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | D.I. 33022 and 33023 |

### ORDER

In consideration of the *Motion to Shorten Notice and for Expedited Consideration of the Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with Respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions* (the "Motion for Expedited Consideration") [D.I. 33023] it is hereby ORDERED that

1.    The Motion for Expedited Consideration is granted.

2.    Objections to the Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions shall be due no later than **April 19, 2018 at 4:00 p.m, prevailing Eastern Time.**

3.    Objections to the Agreed Motion to Extend, if any, shall be heard at the hearing scheduled for **April 25, 2018 at 10:00 am, prevailing Eastern Time.**

SO ORDERED this 18+h day of April, 2018



The Honorable Kevin Gross
United States Bankruptcy Judge

9155542v1