UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.*,<br><br>            Debtors. | CHAPTER 11<br>CASE NO. 01-01139 (KG)<br>(Jointly Administered)<br><br>**RE: D.I. 33022 & D.I. 33023** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                                  : SS:
NEW CASTLE COUNTY  :

    I, Richard C. Bennett, being duly sworn according to law, depose and say that I am employed by Gellert Scali Busenkell & Brown, LLC, counsel to Rose Roberts and Other Respondents and that on April 18, 2018, I caused to be served true and correct copies of the following document to be served <u>via US mail and Hand Delivery</u> on the parties on the attached service list.

- **Agreed Motion to Extend Maryland Casualty Companys Time to File Reply Papers with Respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions [D.I. 33022, Filed April 18, 2018].**

- **Motion to Shorten and for Expedited Consideration of the Agreed Motion to Extend Maryland Casualty Companys Time to File Reply Papers with Respect to its Motion to Enforce the Permanent Channeling Injunction and for Sanctions [D.I. 33023, Filed April 18, 2018].**

**[NOTARIAL SIGNATURE PAGE FOLLOWS]**

Dated: April 19, 2018

/s/ Richard Bennett
Richard Bennett, Paralegal
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801

Sworn to and subscribed before me
This 19th day of April, 2018

/s/ Amy D. Brown
Notary Public

Amy D. Brown
Attorney at Law
Notary Public pursuant to
29 Del.C. § 4323(a)(3)

**SERVICE LIST**

**Via Hand Delivery**
Jeffrey C. Wisler, Esq.
Connolly Gallagher
1000 N. West Street, Suite 1400
Wilmington, DE 19801

**Via First Class Mail**
Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Via First Class Mail**
Edward J. Longosz, II, Esq.
Mark A. Johnston, Esq.
Kennedy C. Ramos, Esq.
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006