# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (KG) |
| Reorganized Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2018, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN GROSS

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., April 24, 2018.**

## MATTERS GOING FORWARD:

1. Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 1/29/18] (Docket No. 32999).

   Related Documents:

   a. [Proposed] Order Granting Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 1/29/18] (Docket No. 32999).

   b. Corrected Notice of Motion [Filed: 1/30/18] (Docket No. 33001).

   c. Re-Notice of Motion [Filed: 2/6/18] (Docket No. 33003).

   Response Deadline: April 9, 2018, at 4:00 p.m.

   Responses Received:

   a. Opposition and Cross-Motion to Stay and/or Dismiss Maryland Casualty Company's Motion to Enforce Injunction [Filed: 4/17/18] (Docket No. 33021).

   Status: This matter will go forward. Maryland Casualty Company intends to file a reply to the Motion to Enforce the Permanent Channeling Injunction and for Sanctions (D.I. 32999) by no later than the close of business on April 23, 2018.

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:219090.1 91100/001

2. Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with Respect to Its Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 4/17/18] (Docket No. 33022).

Related Documents:

a. [Proposed] Order [Filed: 4/17/18] (Docket No. 33022).

b. Motion to Shorten Notice and for Expedited Consideration of the Agreed Motion to Extend Maryland Casualty Company's Time to File Reply Papers with Respect to Its Motion to Enforce the Permanent Channeling Injunction and for Sanctions [Filed: 4/17/18] (Docket No. 33023).

  i. [Signed] Order [Filed: 4/18/18] (Docket No. 33024).

c. Notice of Motion [Filed: TBD] (Docket No. TBD).

Response Deadline: April 19, 2018, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

Dated: April 23, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
Phone: (312) 666-0431

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors