## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of April, 2018, I caused a copy of **Maryland Casualty Company's Reply in Support of Motion to Enforce the Permanent Channeling Injunction and for Sanctions** to be served as indicated on the attached service list.

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05385663