**BY HAND DELIVERY**
Laura Davis Jones, Esquire
James E. O' Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Richard L. Schepacarter
Office of the US Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Ferry Joseph, P.A.  
824 Market Street, Suite 1000  
PO Box 1351  
Wilmington, DE 19899

Christian J. Singewald, Esquire  
James Yoder, Esquire  
White and Williams LLP  
600 N. King Street, 8th Floor  
Wilmington, DE 19899

**BY FEDERAL EXPRESS**  
McGarvey, Heberling, Sullivan & Lacey  
Jon L. Heberling, Esquire  
John F. Lacey, Esquire  
Roger Sullivan, Esquire  
Allan M. McGarvey, Esquire  
345 First Avenue East  
Kalispell, MT 59901

Murtha Cullina LLP  
Daniel C. Cohn, Esquire  
Ryan M. MacDonald, Esquire  
Keri L. Wintle, Esquire  
99 High Street  
Boston, MA 02110

**BY FIRST CLASS MAIL**  
John C. Phillips, Jr., Esquire  
Phillips, Goldman & Spence, P.A.  
1200 N. Broom Street  
Wilmington, DE 19806

Daniel K. Hogan, Esquire  
The Hogan Firm  
1311 Delaware Avenue  
Wilmington, DE 19806

Richard B. Schiro,  
Corporate Trust Administration  
WRG Asbestos PD Trust  
c/o Wilmington Trust  
1100 N. Market Street  
Wilmington, DE 19890-1625

John Donley, Esquire  
Adam Paul, Esquire  
Ryan Hehner, Esquire  
Kirkland & Ellis LLP  
300 N. LaSalle  
Chicago, IL 60654

Roger J. Higgins, Esquire  
The Law Offices of Roger Higgins, LLC  
1 N. Bishop Street, Suite 14  
Chicago, IL 60607-1823

W.R. Grace & Co.  
Attn: Mark Shelnitz  
7500 Grace Drive Columbia, MD  21044

Alan B. Rich, Esquire
Attorney and Counselor
7324 Gaston Avenue, Suite 124
Dallas, TX 75214-6190

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401

B. Thomas Florence
Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Elihu Iiselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

Robelt M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 S. Seventh Street, Suite 5500
Minneapolis, MN 55402

Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

John R. Knapp, Jr., Esquire
Miller Nash LLP
2801 Alaskan Way, Suite 300
Seattle, WA 98121

David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Michael R. Sew Hoy
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice
Tax Division
PO Box 227
Washington, DC 20044

Kevin M. Andris, Esquire
Norfolk Southern Railway Company
Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402

Department of the Treasury Internal Revenue Service
31 Hopkins Place, Room 1150
Baltimore, MD 21201

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Department of the Treasury
Internal Revenue Service
Attn: Catherine Staskin
600 Arch Street
Philadelphia, PA 19106-1611

Manmeet Gulati
Team Manager
LB&I/ECPA - Team 1364
7850 S.W. 6th Court
Plantation, FL  33324

**BY FOREIGN FIRST CLASS**
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montreal, Quebec H2Y 2A3 CANADA