**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | Case No. 01-1139 (KG) |
| W.R. Grace & Co., *et. al.*, | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | **Hearing Date: 04/30/18 @3:00 p.m.** |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that *Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanctions* [D.I. 32999] ("Motion") filed on January 29, 2018 and scheduled to be presented on April 25, 2018 at 10:00 a.m., will now be heard on **April 30, 2018 at 3:00 p.m.**, before The Honorable Kevin Gross, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware.

Dated: April 25, 2018

CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (# 2795)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone:   (302) 757-7300
Facsimile:   (302) 658-0380

and

**ECKERT SEAMANS CHERIN**
 **& MELLOTT, LLC**
Edward J. Longosz, II
Mark A. Johnston
Kennedy C. Ramos
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile
elongosz@eckertseamans.com
mjohnston@eckertseamans.com
kramos@eckertseamans.com

#05386363

*Attorneys for Maryland Casualty Company*