**BY HAND DELIVERY**
Laura Davis Jones, Esquire
James E. O' Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Richard L. Schepacarter
Office of the US Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

David J. Baldwin, Esquire
Etta R. Mayers, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 N. King Street, 8th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
McGarvey, Heberling, Sullivan & Lacey
Jon L. Heberling, Esquire
John F. Lacey, Esquire
Roger Sullivan, Esquire
Allan M. McGarvey, Esquire
345 First Avenue East
Kalispell, MT 59901

Murtha Cullina LLP
Daniel C. Cohn, Esquire
Ryan M. MacDonald, Esquire
Keri L. Wintle, Esquire
99 High Street
Boston, MA 02110

**BY FIRST CLASS MAIL**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Richard B. Schiro,
Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 N. Bishop Street, Suite 14
Chicago, IL 60607-1823

W.R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive Columbia, MD 21044

Alan B. Rich, Esquire
Attorney and Counselor
7324 Gaston Avenue, Suite 124
Dallas, TX 75214-6190

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401

B. Thomas Florence
Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Elihu Iiselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

| | |
|---|---|
| Robelt M. Horkovich, Esquire<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 | James C. Melville, Esquire<br>Kaplan, Strangis and Kaplan, P.A.<br>90 S. Seventh Street, Suite 5500<br>Minneapolis, MN 55402 |
| Edward E. Steiner, Esquire<br>Keating Muething & Klekamp PLL<br>One E. Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | John R. Knapp, Jr., Esquire<br>Miller Nash LLP<br>2801 Alaskan Way, Suite 300<br>Seattle, WA 98121 |
| David E. Blabey, Jr., Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Edward C. Toole, Jr., Esquire<br>Pepper Hamilton LLP<br>300 Two Logan Square Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 |
| Michael R. Sew Hoy<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Scott W. Wert, Esquire<br>Roger Heath, Esquire<br>Foster & Sear, LLP<br>817 Greenview Drive<br>Grand Prairie, TX 75050 |
| John R. Rizzardi, Esquire<br>Jessica Tsao, Esquire<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323 | Charles M. Oberly, III, US Attorney<br>Kathryn Keneally, Asst. US Attorney<br>Ari D. Kunofsky, Trial Attorney<br>U. S. Department of Justice<br>Tax Division<br>PO Box 227<br>Washington, DC 20044 |

Kevin M. Andris, Esquire
Norfolk Southern Railway Company
Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402

Department of the Treasury Internal Revenue Service
31 Hopkins Place, Room 1150
Baltimore, MD 21201

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Department of the Treasury
Internal Revenue Service
Attn: Catherine Staskin
600 Arch Street
Philadelphia, PA 19106-1611

Manmeet Gulati
Team Manager
LB&I/ECPA - Team 1364
7850 S.W. 6th Court
Plantation, FL 33324

**BY FOREIGN FIRST CLASS**
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montreal, Quebec H2Y 2A3 CANADA