IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 26th day of April, 2018, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2018, AT 3:00 P.M. BEFORE THE HONORABLE KEVIN GROSS**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

W. R. Grace NEW 2002 Service List (Fax)
Case No. 01-1139 (KJC)
Document No. 192396
11 – VIA EMAIL
01 – OVERNIGHT
29 – VIA FACSIMILE

(Counsel to Reorganized Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

**OVERNIGHT**
(Asbestos PD Trust (7A))
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

**VIA EMAIL**
(United States Trustee)
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: **Richard.Schepacarter@usdoj.gov**

**VIA EMAIL**
(Counsel to Reorganized Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823
Email: **rhiggins@rogerhigginslaw.com**

**VIA EMAIL**
(ZAI Trustee)
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464
Email: **ecottingham@zaitrust.com**

**VIA EMAIL**
(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: **rhorkovich@andersonkill.com**

**VIA EMAIL**
(Counsel to the State of Montana)
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: **kevin.mangan@wbd-us.com;
matthew.ward@wbd-us.com**

**VIA EMAIL**
(Counsel to Plum Creek Timberlands, L.P.)
John R. Rizzardi, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Email: **jrizzardi@cairncross.com**

**VIA EMAIL**
alan@alanrichlaw.com
(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)
Alan B. Rich, Esquire
Attorney and Counselor
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX 75214

**VIA EMAIL**
tom.florence@ankura.com
(Asbestos PI Trust)
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

**VIA EMAIL**
mhurford@camlev.com
meskin@camlev.com
(Counsel to Asbestos PI Trust)
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**VIA FACSIMILE**
(Co-Counsel for Roger Frankel FCR)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
**Fax No. 302-655-4210**

**VIA FACSIMILE**
(Counsel to Representative Counsel to Canadian ZAI Claimants)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
**Fax No. 302-656-7599**

**VIA FACSIMILE**
(Counsel to PD Future Claimant Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
**Fax No. 302-888-0606**

**VIA FACSIMILE**
(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE 19801
**Fax No. 302-428-8195**

**VIA FACSIMILE**
(Counsel to Samson Hydrocarbons)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Fax No. 302-656-2769**

**VIA FACSIMILE**
(Counsel to BNSF Railway Company; Mark Hankin and Hanmar Associates MLP)
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801
**Fax No. 302-421-8390**

**VIA FACSIMILE**
(Co-Counsel to Reorganized Debtor)
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
**Fax No. 312-862-2200**

**VIA FACSIMILE**
(Reorganized Debtor)
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044
**Fax No. 410-531-4545**

**VIA FACSIMILE**
(Counsel for Asbestos PD Trust (7A))
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205
**Fax No. 210-226-8395**

**VIA FACSIMILE**
(Counsel for ZAI Claimants)
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC  29464
**Fax No. 843-727-6688**

**VIA FACSIMILE**
(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC  29401
**Fax No. 843-577-7708**

**VIA FACSIMILE**
(Counsel to Asbestos PI Trust)
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
**Fax No. 412-261-5066**

**VIA FACSIMILE**
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000
**Fax No. 212-379-6001**

**VIA FACSIMILE**
(Counsel to Asbestos PI Committee)
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802
**Fax No. 202-429-3301**

**VIA FACSIMILE**
(Counsel to Asbestos PI Trust)
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN  55402
**Fax No. 612-375-1143**

**VIA FACSIMILE**
(Counsel to Asbestos PI Trust)
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
**Fax No. 513-579-6457**

**VIA FACSIMILE**
(Counsel to Plum Creek Timberlands, L.P.)
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352
**Fax No. 206-622-7485**

**VIA FACSIMILE**
(Counsel to the Official Committee of
Equity Security Holders)
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Fax No. 212-715-8000**

**VIA FACSIMILE**
(Counsel to BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
**Fax No. 215-981-4750**

**VIA FACSIMILE**
(Creditor)
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005
**Fax No. 202-514-9163**

**VIA FACSIMILE**
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec
H2Y 2A3
**Fax No. 514-844-7009**

**VIA FACSIMILE**
(Counsel to Numberous Asbestos Creditors)
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050
**Fax No. 817-633-5507**

**VIA FACSIMILE**
(Counsel to Plum Creek Timberlands, L.P.)
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Fax No. 302-252-0921**

**VIA FACSIMILE**
(Counsel for the United States)
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044
**Fax No. 202-514-6866**

**VIA FACSIMILE**
(Counsel for Norfolk Southern Railway
Company)
David J. Baldwin, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
**Fax No. 302-658-1192**

**VIA FACSIMILE**
(Counsel for Norfolk Southern Railway
Company)
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law
Dept.
Three Commercial Place
Norfolk, VA 23510-9242
**Fax No. 757-533-4943**

**VIA FACSIMILE**
(Creditor)
Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402
**Fax No. 561-355-1110**

**VIA FACSIMILE**
(Local Counsel for Miracon Technologies, LLC)
Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899
Tele: 302-575-1555
**Fax No. 302-575-1714**

**VIA FACSIMILE**
*(Counsel to Ford Motor Company)*
Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 North King St., 8th Floor
Wilmington, DE 19899
**Fax 302-467-4547**

WR Grace 4/30/18 Supplemental Email
Agenda Service List
Case No. 01-1139 (KG)
Document No. 219245
11 - Emails

**Email:**
jwisler@connollygallagher.com
(Counsel to Maryland Casualty Company,
n/k/a Zurich American Insurance Company,
successor by merger to Maryland Casualty
Company)
Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801

**Email:**
elongosz@eckertseamans.com
mjohnston@eckertseamans.com
kramos@eckertseamans.com
(Counsel to Maryland Casualty Company,
n/k/a Zurich American Insurance Company,
successor by merger to Maryland Casualty
Company)
Edward J. Longosz, II, Esquire
Mark A. Johnston, Esquire
Kennedy C. Ramos, Esquire
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW 12th Floor
Washington, DC 20006

**Email:**
mbusenkell@gsbblaw.com
(Counsel to Rose Roberts and other
Respondents)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

**Email:**
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com
ktorbeck@mcgarveylaw.com
(Counsel to Rose Roberts and other
Respondents)
Allen M. McGarvey, Esquire
Roger Sullivan, Esquire
John F. Lacey, Esquire
McGarvey, Heberling, Sullivan & Lacey,
P.C.
345 First Avenue East
Kalispell, MT 59901

**Email:**
dcohn@murthalaw.com
tgarg@murthalaw.com
(Counsel to Rose Roberts and other
Respondents)
Daniel C. Cohn, Esquire
Taruna Garg, Esquire
Murtha Cullina LLP
99 High Street
Boston, MA 02110