# EXHIBIT B

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2017

1. Number of Claims SUBMITTED- 2,581

   Paid- 1219 $4,190,588.16 average $3,437.73 per claim
   DENIED - 73
   Deficient- 192
   Pending-
      573 – Pending Abatement
      110 – Review in Progress
   Other - 414
   *Extraordinary- 20 $100,000.00

CLAIMS SUBMITTED BY STATE:

**Alphabetically**

| | | | | |
|---|---|---|---|---|
| AK- 5 | IA- 12 | MI- 198 | NV- 1 | TX- 1 |
| AL- 1 | ID- 16 | MN- 93 | NY- 117 | UT- 6 |
| AZ- 7 | IL- 144 | MO- 35 | OH- 73 | VA- 15 |
| CA- 19 | IN- 15 | MT- 83 | OK- 3 | VT- 93 |
| CO- 16 | KS- 3 | NC- 2 | OR- 70 | WA- 149 |
| CT- 136 | KY- 6 | ND- 7 | PA- 101 | WI- 317 |
| DC- 9 | LA- 1 | NE- 3 | RI- 41 | WV- 1 |
| DE- 2 | MA- 521 | NH- 47 | SC- 6 | Unknown- 58 |
| FL- 5 | MD- 30 | NJ- 64 | SD- 4 | |
| GA- 2 | ME- 49 | NM- 1 | TN- 3 | |

**Numerically**

| | | | | |
|---|---|---|---|---|
| MA-521 | MT- 83 | CA- 19 | SC- 6 | GA- 2 |
| WI- 317 | OH- 73 | CO- 16 | UT- 6 | NC- 2 |
| MI-198 | OR- 70 | ID- 16 | AK- 5 | AL- 1 |
| WA- 149 | NJ- 64 | IN- 15 | FL- 5 | LA- 1 |
| IL- 144 | Unknown- 58 | VA- 15 | SD- 4 | NM- 1 |
| CT- 136 | ME- 49 | IA- 12 | KS- 3 | NV- 1 |
| NY- 117 | NH- 47 | DC- 9 | NE- 3 | TX- 1 |
| PA- 101 | RI- 41 | AZ- 7 | OK- 3 | WV- 1 |
| MN- 93 | MO- 35 | ND- 7 | TN- 3 | |
| VT- 93 | MD- 30 | KY- 6 | DE- 2 | |

2. Product Identification for Paid Claims

   a. Sample ONLY – ~75%
   b. Sample plus Bag – ~5%
   c. Bag/Bag Photo – ~13%
   d. Other PID (Contractor Certification, Before & After Photos, Lab Reports, Original Receipt of Purchase) – ~7 %

*Pursuant to the ZAI PD Trust Distribution Procedures, “the ZAI Trustee may liquidate and pay up to five claims per year [per ZTAC agreement, now 20] that, in the ZAI Trustee’s discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims.” TDP § 5.4

In the Trustee's opinion twenty claims merited extraordinary treatment. They are as follows:

| ID | Initial Approved Amount | Approved AMT for Extraordinary | Initial Payment | Extraordinary Payments |
|---|---|---|---|---|
| 8547 | 53,628 | 53,628.00 | 4,125 | 10,986.59 |
| 7470 | 32,459 | 32,459.00 | 4,125 | 6,649.77 |
| 6514 | 31,950 | 31,950.00 | 4,125 | 6,545.49 |
| 7385 | 28,258 | 20,083.00 | 4,125 | 4,114.34 |
| 5750 | 27,300 | 27,300.00 | 4,125 | 5,592.86 |
| 7463 | 25,408 | 25,408.00 | 4,125 | 5,205.26 |
| 6231 | 23,811 | 23,811.00 | 4,125 | 4,878.08 |
| 7180 | 21,932 | 19,817.00 | 4,125 | 4,059.85 |
| 7867 | 21,700 | 17,955.00 | 4,125 | 3,678.38 |
| 8373 | 21,500 | 21,500.00 | 4,125 | 4,404.64 |
| 8301 | 20,882 | 20,882.00 | 4,125 | 4,278.03 |
| 5362 | 20,723 | 41,445.00 | 4,125 | 8,490.71 |
| 7850 | 20,100 | 20,100.00 | 4,125 | 4,117.82 |
| 5782 | 20,025 | 20,025.00 | 4,125 | 4,102.46 |
| 7594 | 19,400 | 19,400.00 | 4,125 | 3,974.42 |
| 7368 | 19,105 | 19,105.00 | 4,125 | 3,913.98 |
| 5767 | 18,885 | 18,885.00 | 4,125 | 3,868.91 |
| 6275 | 18,500 | 18,500.00 | 4,125 | 3,790.04 |
| 8231 | 18,019 | 18,019.00 | 4,125 | 3,691.50 |
| 5301 | 17,850 | 17,850.00 | 4,125 | 3,656.87 |