# SIGN-IN-SHEET

**CASE NAME:** W. R. GRACE & CO.  
**CASE NO.:** 01-01139 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 4/30/18

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Wisler | Connolly Gallagher | Maryland Casualty |
| Edward Longosz | Eckert Seamans | " |
| Kennedy Ramos | Eckert Seamans | " |
| Dan Cohn | Martha Cullina | Libby Claimants |
| Mike Rosenthal | Gilbert Scott Rosenthal & Beg | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 04/30/2018
Calendar Time: 03:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9044409 | Roger Higgins | (312) 666-0431 ext. | The Law Offices of Roger Higgins LLC | Debtor, W.R. Grace & Co., et al. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9044227 | Robert M. Horkovich | (212) 278-1322 ext. | Anderson Kill, P.C. | Debtor, WRG Asbestos PI Trust / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 1