# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 5/9/2018 |
| Case: 01−01139−KG | Form ID: ntcBK | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     M. Dawes Cooke, Jr.

                                                   TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Curtis A Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Deborah D. Williamson | dwilliamson@dykema.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Meghan E.B. DeBard | mdebard@coxsmith.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |

                                                   TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | W.R. Grace & Co., et al. | 7500 Grace Drive   Columbia, MD 21044 |
| aty | Bruce Grohsgal | Pachulski, Stang, Ziehl, Young, Jones   919 N. Market Street   16th Floor   Wilmington, DE 19801 |
| aty | David E Grassmick | The Law Offices of Roger Higgins LLC   1 N. Bishop Street, Suite 14   Chicago, IL 60607 |
| aty | Gregory M. Gordon | Jones Day   2727 North Harwood Street   Dallas, TX 75201−1515 |
| aty | James E. O'Neill | Pachulski Stang Ziehl & Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705 |
| aty | M. Dawes Cooke, Jr. | Barnwell Whaley Paterson & Helms LLC   288 Meeting St.   Ste 200 (29401)   Post Office Drawer H   Charleston, SC 29402 |
| aty | Roger J. Higgins, P.C. | The Law Offices of Roger Higgins LLC   111 East Wacker Driver   Suite 2800   Chicago, IL 60601 |

                                                   TOTAL: 7