## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.                    Bank: See attached

Bankruptcy Number: 01-01139                    Account Number: See attached

Date of Confirmation: April 26, 2018                    Account Type: See attached

Reporting Period (month/year): March 31, 2018

| Beginning Cash Balance: | $ | 56,513,795 |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 1,158,871,529 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 1,158,871,529 |
| Total of cash available: | $ | 1,215,385,324 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $1,154,325,448 |
| Total Disbursements | $1,154,325,448 |
| Ending Cash Balance | $61,059,876 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/27/18
Date

**William C. Dockman, VP and Controller**
Name/Title

Debtor: _William C. Dockman_

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | W. R. Grace & Co. | Total |
|---|---|---|---|
| Beginning Cash Balance | $ 56,513,795 | $ - | $ 56,513,795 |
| Total of cash received | $ 1,106,691,435 | $ 52,180,094 | $ 1,158,871,529 |
| Total Disbursements | $ 1,102,145,353 | $ 52,180,094 | $ 1,154,325,448 |
| Ending Cash Balance | $ 61,059,876 | $ - | $ 61,059,876 |

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2018**

| | Bank of America Lockbox 8188203114 | Bank of America Payroll 8188059891 | Bank of America Accts payable 33594481366 | Bank of America Lockbox 8188903106 |
|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $      60,808,064 | $                - | $      (6,464,115) | $               (0) |
| **RECEIPTS** | | | | |
| | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 291,894,067 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | |
| TRANSFERS IN - THIRD PARTIES | 124,598,334 | | | - |
| TRANSFERS IN - NONFILING ENTITIES | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 291,863,821 | 72,255,198 | 234,534,138 | |
| MISCELLANEOUS | | | | |
| | | | | |
| **TOTAL RECEIPTS** | 416,462,156 | 72,255,198 | 234,534,138 | 291,894,067 |
| **DISBURSEMENTS** | | | | |
| | | | | |
| PAYROLL | | 72,255,198 | | |
| PAYROLL TAXES | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | 230,958,832 | |
| TRADE PAYABLES - INTERCOMPANY | | | | |
| TRANSFERS OUT - THIRD PARTIES | 113,549,820 | | | 10,352 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 306,789,298 | | | 291,863,821 |
| MISCELLANEOUS | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | 420,339,118 | 72,255,198 | 230,958,832 | 291,874,173 |
| | | | | |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | (3,876,962) | - | 3,575,306 | 19,894 |
| | | | | |
| **CASH - END OF QUARTER** | $      56,931,122 | $                - | $      (2,888,809) | $          19,894 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2018**

| | BoA<br>EUR Acct<br>13163705 | BoA<br>JPY Acct | Banco de Credito<br>Operating Acct<br>1931115122058 | Banco de Credito<br>Operating Acct<br>1931125983172 | PNC<br>MM Account<br>5500332434 | BoA<br>CAD Account<br>32561020 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $      (0) | $   906,011 | $   709,461 | $   243,309 | $    46,005 | $          - |
| RECEIPTS | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | - | - | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | - | - | | |
| TRANSFERS IN - THIRD PARTIES | 46,820,518 | 11,167,298 | - | - | | |
| TRANSFERS IN - NONFILING ENTITIES | 18,755,133 | 34,704 | - | - | | 10,282,668 |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 3,193,182 | 906,011 | - | - | | |
| MISCELLANEOUS | 11,159 | 151,233 | 2,989 | - | | 35,546 |
| TOTAL RECEIPTS | 68,779,991 | 12,259,246 | 2,989 | - | - | 10,318,214 |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | | | | | | |
| PAYROLL TAXES | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | - | - | | |
| TRADE PAYABLES - INTERCOMPANY | | | - | - | | |
| TRANSFERS OUT - THIRD PARTIES | 12,603,068 | 5,829,731 | 163 | 112 | 744 | |
| TRANSFERS OUT - NONFILING ENTITIES | 52,971,930 | 971,557 | - | - | | 10,079,912 |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 3,193,220 | 906,011 | - | - | | |
| MISCELLANEOUS | - | - | - | - | | |
| TOTAL DISBURSEMENTS | 68,768,218 | 7,707,299 | 163 | 112 | 744 | 10,079,912 |
| | | | | | | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 11,773 | 4,551,948 | 2,826 | (112) | (744) | 238,302 |
| | | | | | | |
| CASH - END OF QUARTER | $   11,773 | $  5,457,959 | $  712,287 | $  243,197 | $   45,261 | $   238,302 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2018**

| | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $  138,026 | $  3,750 | $  123,265 | $  56,513,795 | $  - |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 291,894,067 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 185,435 | | | 182,771,585 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | 29,072,505 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 602,752,350 | |
| MISCELLANEOUS | | | | 200,928 | |
| TOTAL RECEIPTS | 185,435 | - | - | 1,106,691,435 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | 72,255,198 | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | | | 230,958,832 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 138,026 | - | | 132,132,015 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | 64,023,399 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 602,752,350 | |
| MISCELLANEOUS | | | 23,559 | 23,559 | |
| TOTAL DISBURSEMENTS | 138,026 | - | 23,559 | 1,102,145,353 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 47,409 | - | (23,559) | 4,546,081 | |
| CASH - END OF QUARTER | $  185,435 | $  3,750 | $  99,706 | $  61,059,876 | $ |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees.  Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

| W.R. Grace & Co.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2018 | Bank of America<br>Pass Through<br>1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $            - | $            - | $            - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| TRANSFERS IN - THIRD PARTIES | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 52,180,094 | 52,180,094 | |
| TOTAL RECEIPTS | 52,180,094 | 52,180,094 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 52,180,094 | 52,180,094 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 52,180,094 | 52,180,094 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $            - | $            - | $            - |