**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor,

Debtor's Name: W. R. Grace & Co.          Bank: See attached

Bankruptcy Number: 01-01139               Account Number: See attached

Date of Confirmation: July 25, 2018       Account Type: See attached

Reporting Period (month/year): June 30, 2018

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 52,972,757 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 52,972,757 |
| Total of cash available: | $ | 52,972,757 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 52,972,757 |
| Total Disbursements | $52,972,757 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_7/31/18_                    **William C. Dockman, VP and Controller**
Date                         Name/Title

Debtor: _W m C Do_

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. |
|---|---|
| **Beginning Cash Balance** | $                    - |
| **Total of cash received** | $        52,972,757 |
| **Total Disbursements** | $        52,972,757 |
| **Ending Cash Balance** | $                    - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2018**

| | Bank of America Pass Through 1291763726 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 52,972,757 | 52,972,757 | |
| TOTAL RECEIPTS | 52,972,757 | 52,972,757 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 52,972,757 | 52,972,757 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 52,972,757 | 52,972,757 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $ - | $ - | $ - |