## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KG) |
| | ) | (Jointly Administered) |
| _____Reorganized Debtors._____ | ) | |
| MARYLAND CASUALTY COMPANY, | ) | |
| n/k/a ZURICH AMERICAN | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| ROSE ROBERTS, | ) | |
| PERSONAL REPRESENTATIVE OF | ) | |
| THE ESTATE OF JAMES W. ROBERTS, | ) | |
| DECEASED | ) | |
| | ) | |
| _____Cross-Movant_____ | ) | **Re: D.I. No. 32999, 33021** |

## ORDER

On June 8, 2018, the Court issued an Order [D.I. 33042], withholding its ruling on the merits of the above captioned case until the Third Circuit Court of Appeals (the "Third Circuit") issued an opinion in *Continental Cas. v. Carr (In re W.R. Grace & Co.)*, No. 17-1208, 2018 WL 3849356, at *1 (3d Cir. Aug. 14, 2018) (the "Opinion"). On August 15, 2018, the Third Circuit issued its Opinion, affirming in part and vacating and remanding in part the *Continental* decision. Before the Court renders a decision consistent with the guidance of the Third Circuit, the Court invites Maryland Casualty Company and Rose Roberts, Personal Representative of the Estate of James W. Roberts, Deceased (collectively, the "Parties"), to submit letters addressing the affect the Opinion has on the instant matter. IT IS HEREBY ORDERED THAT:

On or before September 8, 2018, the Parties may submit letters not exceeding five (5) pages in length. Letters must have a minimum of size twelve (12) font, and margins must be one (1) inch on all sides.

Dated: August 15, 2018

KEVIN CROSS, U.S.B.J.