Case 01-01139-AMC    Doc 33050    Filed 08/27/18    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.* | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their appearances from the above-captioned case as counsel for Canadian ZAI Claimants and hereby requests removal from all service lists.

Date:  August 27, 2018

*/s/Daniel K. Hogan*
Daniel K. Hogan (#2814)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540 - Telephone
(302) 656-7599 - Facsimile
dkhogan@dkhogan.com

 --and--

LAUZON BÉLANGER, INC.
Yves Lauzon
Michel Bélanger
286, rue St-Paul Quest, Bureau 100 Montreal Quebec
Telephone: (514) 844-7403
ylauzon@lauzonbelanger.qc.ca
mbelanger@lauzonbelanger.qc.ca