IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.*, ) | Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | |
| Continental Casualty Company, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 15-50766 (KG) |
| ) | |
| Jeremy B. Carr, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| Barbara Hunt, personal Representative for ) | |
| the Estate of Robert J. Hunt, deceased and ) | |
| Sue C. O'Neill, ) | |
| ) | |
| Plaintiffs, ) | |
| ). | |
| v. ) | Adv. Pro. No. 18-50402 (KG) |
| ) | |
| Maryland Casualty Company, ) | |
| ) | |
| Defendant. ) | |

**ORDER REASSIGNING CONTESTED
MATTER AND ADVERSARY PROCEEDINGS**

IT IS HEREBY ORDERED this 14th day of September, 2018, that the following matters are reassigned from Judge Kevin Gross to Judge Kevin J. Carey:

1. *Continental Casualty Company v. Carr*, Adv. No. 15-50766;

2. *Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, deceased and Sue C. O'Neill v. Maryland Casualty Company*, Adv. No. 18-50402;

3. A contested matter arising in *In re W.R. Grace & Co., et al.*, Chapter 11 case No. 01-1139, in which Maryland Casualty Company seeks to enforce the channeling injunction against Rose Roberts, as Personal Representative of the Estate of James W. Roberts, deceased. D.I. 32999.

The reassignment is necessitated by a conflict of Judge Gross and the judicial economy of having one judge presiding over related matters.

Dated: September 14, 2018

_____
CHRISTOPHER S. SONTCHI, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT