IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: W.R. GRACE & CO., *et al.*, | : | Chapter 7 |
| | : | |
| Reorganized Debtors. | : | Bankr. Case No. 01-01139-KG |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellants, | : | Civ. No. 17-1588-LPS |
| v. | : | |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | |
| | : | |
| Appellees. | : | |

## ORDER

At Wilmington, this 17th day of September, 2018, for the reasons set forth in the accompanying Memorandum issued this same date;

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's decision, *In re W.R. Grace & Co.,* 2017 WL 4792187 (Bankr. D. Del. Oct. 23, 2017), is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 17-1588-LPS.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE