# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al., ) | Bankruptcy Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | Docket No. 32999 |
| ) | |
| Continental Casualty Company, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 15-50766 (KJC) |
| ) | |
| Jeremy B. Carr, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Barbara Hunt, Personal Representative ) | |
| for the Estate of Robert J. Hunt, deceased ) | |
| and Sue C. O'Neill, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 18-50402 (KJC) |
| ) | |
| Maryland Casualty Company, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF STATUS CONFERENCE ON OCTOBER 5, 2018 AT 1:30 P.M.

**PLEASE TAKE NOTICE** that a status conference regarding the matters recently reassigned to Judge Kevin J. Carey in the attached order will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **October 5, 2018 at 1:30 p.m.** prevailing Eastern time.

Dated: September 26, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors