## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )<br>) |
| W. R. GRACE & CO., et al., | ) Bankruptcy Case No. 01-01139 (KG) |
|       Reorganized Debtors. | )<br>)<br>) |
| Continental Casualty Company, et al., | )<br>) |
|       Plaintiffs, | )<br>) |
| v. | ) Adv. Pro. No. 15-50766 (KJC) |
| Jeremy B. Carr, et al., | )<br>) |
|       Defendants. | )<br>) |
| Barbara Hunt, Personal Representative<br>for the Estate of Robert J. Hunt, deceased<br>and Sue C. O'Neill, | )<br>)<br>) |
|       Plaintiffs, | )<br>) |
| v. | ) Adv. Pro. No. 18-50402 (KJC) |
| Maryland Casualty Company, | )<br>) |
|       Defendant. | )<br>) |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 3rd day of October, 2018, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 5, 2018, AT 1:30 P.M. BEFORE THE HONORABLE KEVIN J. CAREY**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

**WR Grace NEW 2002 Service List**
**(Overnights)**
Case No. 01-1139 (KJC)
Doc. No. 193167
01 – VIA EMAIL
14 – HAND DELIVERY
02– EXPRESS MAIL
22- OVERNIGHT DELIVERY
01 – FOREIGN OVERNIGHT

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705

*VIA EMAIL*
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL 60642
Email: rhiggins@rogerhigginslaw.com

*HAND DELIVERY*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*HAND DELIVERY*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*HAND DELIVERY*
*(Counsel to Representative Counsel to*
*Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*HAND DELIVERY*
*(Counsel to PD Future Claimant*
*Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

*HAND DELIVERY*
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust
Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE  19890-1625

*HAND DELIVERY*
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to BNSF Railway Company; Mark Hankin and Hanmar Associates MLP)*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to the State of Montana)*
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to Plum Creek Timberlands, L.P.)*
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for Norfolk Southern Railway Company)*
David J. Baldwin, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

**HAND DELIVERY**
*(Local Counsel for Miracon Technologies, LLC)*
Lisa L. Coggins, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

**HAND DELIVERY**
*(Counsel to Ford Motor Company)*
Christian J. Singewald, Esquire
James Yoder, Esquire
White and Williams LLP
600 North King St., 8th Floor
Wilmington, DE 19899

**EXPRESS MAIL**
*(Counsel for the United States)*
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044

**EXPRESS MAIL**
*(Creditor)*
Orfelia M. Mayor, Esquire
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402

**OVERNIGHT DELIVERY**
*(Co-Counsel to Reorganized Debtor)*
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

***OVERNIGHT DELIVERY***
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044

***OVERNIGHT DELIVERY***
*(Counsel to Hon. Alex. M. Sanders Jr.,*
*PDFCR)*
Alan B. Rich, Esquire
Attorney and Counselor
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX  75214

***OVERNIGHT DELIVERY***
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

***OVERNIGHT DELIVERY***
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

***OVERNIGHT DELIVERY***
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC  29464

***OVERNIGHT DELIVERY***
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC  29464

***OVERNIGHT DELIVERY***
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC  29401

***OVERNIGHT DELIVERY***
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC  20036

***OVERNIGHT DELIVERY***
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

***OVERNIGHT DELIVERY***
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

***OVERNIGHT DELIVERY***
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802

***OVERNIGHT DELIVERY***
*(Special Insurance Coverage Counsel to the*
*Official Committee of Asbestos Personal*
*Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*OVERNIGHT DELIVERY*
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402

*OVERNIGHT DELIVERY*
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

*OVERNIGHT DELIVERY*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

*OVERNIGHT DELIVERY*
*(Counsel to the Official Committee of Equity Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*OVERNIGHT DELIVERY*
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

*OVERNIGHT DELIVERY*
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005

*OVERNIGHT DELIVERY*
*(Counsel to Numberous Asbestos Creditors)*
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050

*OVERNIGHT DELIVERY*
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

*OVERNIGHT DELIVERY*
*(Counsel for Norfolk Southern Railway Company)*
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

*FOREIGN OVERNIGHT*
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec, H2Y 2A3
CANADA

Hunt/MCC Adversary Service List
Adv. Proc. Case No. 18-50402 (KJC)
Document No. 221209/2
03 – Hand Delivery
05 – Overnight Delivery

**Hand Delivery**
(Counsel to Barbara Hunt, Personal
Representative for the Estate of Robert J.
Hunt, Deceased & Sue C. O'Neill and
Jeremy B. Carr)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Maryland Casualty Company)
Jeffrey C. Wisler, Esquire
Connolly Gallagher
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Continental Casualty Company)
Scott D. Cousins, Esquire
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801

**Overnight Delivery**
(Counsel to Barbara Hunt, Personal
Representative for the Estate of Robert J.
Hunt, Deceased & Sue C. O'Neill)
Daniel C Cohn, Esquire
Taruna Garg, Esquire
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Overnight Delivery**
(Counsel to Continental Casualty Company)
Sarah Heaton Concannon, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2188

**Overnight Delivery**
(Counsel to Continental Casualty Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

**Overnight Delivery**
(Counsel to Continental Casualty Company)
Michael S. Giannotto, Esquire
Frederick C. Schafrick, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Overnight Delivery**
(Counsel to Continental Casualty Company)
Daniel M. Glosband, Esquire
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210