IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al., ) | Bankruptcy Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | Docket No. 32999 and 33057 |
| ) | |
| Continental Casualty Company, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 15-50766 (KJC) |
| ) | |
| Jeremy B. Carr, et al., ) | Re: Docket No. 52 |
| ) | |
| Defendants. ) | |
| ) | |
| Barbara Hunt, Personal Representative ) | |
| for the Estate of Robert J. Hunt, deceased ) | |
| and Sue C. O'Neill, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 18-50402 (KJC) |
| ) | |
| Maryland Casualty Company, ) | Re: Docket No. 12 |
| ) | |
| Defendant. ) | |

**NOTICE OF RESCHEDULED STATUS CONFERENCE FROM OCTOBER 5, 2018 AT 1:30 P.M. (EASTERN TIME) TO OCTOBER 15, 2018 AT 2:00 P.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the status conference previously scheduled for October 5, 2018 at 1:30 p.m. (Eastern time) has been rescheduled. All matters scheduled for the status conference on October 5, 2018 will be heard on **October 15, 2018 at 2:00 p.m. (Eastern time)**, before the Honorable Judge Kevin J. Carey will be held at the United States Bankruptcy

DOCS_DE:221205.1 91100/001

Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: October 4, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors