# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Bankruptcy Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | |
| Continental Casualty Company, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 15-50766 (KJC) |
| | ) | |
| Jeremy B. Carr, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, deceased and Sue C. O'Neill, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 18-50402 (KJC) |
| | ) | |
| Maryland Casualty Company, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of October, 2018, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2018, AT 2:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

Hunt/MCC Adversary Email Service List
Adv. Proc. Case No.  18-50402 (KJC)
Document No.  221387
10 - Email

**Email**
mbusenkell@gsbblaw.com
(Counsel to Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, Deceased & Sue C. O'Neill and Jeremy B. Carr)
Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, 3rd Floor
Wilmington, DE  19801

**Email**
jwisler@connollygallagher.com
(Counsel to Maryland Casualty Company)
Jeffrey C. Wisler, Esquire
Connolly Gallagher
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801

**Email**
scousins@bayardlaw.com
(Counsel to Continental Casualty Company)
Scott D. Cousins, Esquire
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801

**Email**
dcohn@murthalaw.com
tgarg@murthalaw.com
(Counsel to Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, Deceased & Sue C. O'Neill)
Daniel C Cohn, Esquire
Taruna Garg, Esquire
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Email**
sconcannon@goodwinlaw.com
(Counsel to Continental Casualty Company)
Sarah Heaton Concannon, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2188

**Email**
edecristofaro@fordmarrin.com
(Counsel to Continental Casualty Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

**Email**
mgiannotto@goodwinlaw.com
fschafrick@goodwinlaw.com
(Counsel to Continental Casualty Company)
Michael S. Giannotto, Esquire
Frederick C. Schafrick, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Email**
dglosband@goodwinlaw.com
(Counsel to Continental Casualty Company)
Daniel M. Glosband, Esquire
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210