## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of October, 2018, a copy of **Status Report** was served upon the following parties.

**BY CM/ECF AND EMAIL**
Michael G. Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE  19801
Email:  mbusenkell@gsbblaw.com

Scott Cousins, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
Email: scousins@bayardlaw.com

James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE  19801
Email: jo'neill@pszjlaw.com

Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA  02110
Email: dcohn@murthalaw.com

Michael Giannotto, Esq.
Goodwin
901 New York Avenue, NW
Washington, DC  20001
Email: mgiannotto@goodwinlaw.com

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05417920