## **CERTIFICATE OF SERVICE**

      I, Michael Busenkell, certify that on October 11, 2018, I caused a true and correct copy of the foregoing *Status Report* to be filed and served through the court's CM/ECF system upon those parties registered to receive such electronic notifications and also served via First Class Mail upon the parties listed on the attached Service List.

Dated: October 11, 2018                    */s/ Michael Busenkell*
                                                        Michael Busenkell (DE 3933)

| | |
|---|---|
| Roger J. Higgins<br>The Law Offices of Roger Higgins, LLC<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642 | Adam C. Paul<br>John Donley, P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| Laura Davis Jones<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 | Jeffrey C. Wisler<br>Connolly Gallagher LLP<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801 |
| Scott D. Cousins<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 | Sarah Heaton Concannon<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109-2188 |
| Elizabeth DeCristofaro<br>Ford Marrin Esposito Witmeyer & Gleser<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 | Michael S. Giannotto<br>Frederick C. Schafrick<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 |
| Daniel M. Glosband<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210 | Richard L. Schepacarter, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Edward J. Longosz, II, Esq.<br>Mark A. Johnston, Esq.<br>Kennedy C. Ramos, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>1717 Pennsylvania Avenue, NW, 12th Floor<br>Washington, DC 20006 | |