**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., <u>et</u> <u>al.</u>, ) | Bankruptcy Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | **Re: Docket No. 33060** |
| ) | |
| Continental Casualty Company, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 15-50766 (KJC) |
| ) | |
| Jeremy B. Carr, et al., ) | **Re: Docket No. 55** |
| ) | |
| Defendants. ) | |
| ) | |
| Barbara Hunt, Personal Representative ) | |
| for the Estate of Robert J. Hunt, deceased ) | |
| and Sue C. O'Neill, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 18-50402 (KJC) |
| ) | |
| Maryland Casualty Company, ) | **Re: Docket No. 15** |
| ) | |
| Defendant. ) | |

<u>**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 15, 2018, AT 2:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**</u>

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 p.m., October 12, 2018.</u>**

**STATUS CONFERENCE:**

1. Adversary Complaint Continental Casualty Company, et al., v. Jeremy B. Carr, et al. [Filed: 6/8/15] (Adv. Pro. No. 15-50766, Docket No. 1). [Remanded matter]

   **Related Documents:**

   a. **Status Report [Filed: 10/11/18] (Adv. Pro. No. 15-50766, Docket No. 54).**

---

[1] **Amended items are in bold.**

Status: A status conference will go forward on this adversary matter.

2. Adversary Complaint Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, deceased and Sue C. O'Neill v. Maryland Casualty Company [Filed: 4/18/18] (Adv. Pro. No. 18-50402, Docket No. 1). [Subject to Status Quo Order Adv. Docket No. 8]

   **Related Documents:**

   a.   **Status Report [Filed: 10/11/18] (Adv. Pro. No. 18-50402, Docket No. 14).**

   Status: A status conference will go forward on this adversary matter.

**RELATED MATTER:**

3. Maryland Casualty Company's Motion to Enforce the Permanent Channeling Injunction and for Sanction [Filed: 1/29/18] (Docket No. 32999). [Subject to Order at Docket No. 33042]

   **Related Documents:**

   a.   **Status Report [Filed: 10/11/18] (Docket No. 33061).**

   Status: A status conference will go forward on this matter.

Dated: October 11, 2018

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

2

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors