# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.  
**CASE NO:** 01-01139 -KJC  
**COURTROOM LOCATION:** 5  
**DATE:** October 15, 2018

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James O'Neill | BZJ | WR Grace |
| Michael Giannotto | Goodwin | CNA |
| Brian Burgess | Goodwin | CNA |
| Daniel Brogan | Bayard | CNA |
| Kelly Conlan | Connolly Gallagher | MCC |
| Mike Busenkel | Gellert Scali Busenkel & Brown | Libby Claimants |
| Dan Cohn | Murtha Cullina | " " |
| Kennedy Ramos | Eckert Seamans | MCC |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 10/15/2018
Calendar Time: 02:00 PM ET

Page #     Page 1 of 1

| Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9371337 | Brian Burgess | (202) 346-4124 ext. | Goodwin Procter LLP | Interested Party, Continental Casualty Company / LIVE |
| | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9371347 | Elizabeth DeCristofaro | (212) 269-4900 ext. | Ford Marrin Esposito Witmeyer & Gleser, LLP | Interested Party, Continental Casualty Company / LIVE |
| | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9371341 | Michael Giannotto | (202) 346-4124 ext. | Goodwin Procter LLP | Interested Party, Continental Casualty Company / LIVE |
| | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9354190 | Robert M. Horkovich | (212) 278-1322 ext. | Anderson Kill, P.C. | Debtor, WRG Asbestos PI Trust / LISTEN ONLY |
| | W.R. Grace & Co., et al. | 01-01139 | Hearing | 9370013 | Kennedy C. Ramos | (202) 659-6600 ext. | Eckert Seamans Cherin & Mellot, LLC | Creditor, Maryland Casualty Company / LIVE |
| | W.R. Grace & Co., et al. | 01-01139 (ALL) | Hearing | 9340786 | Roger Higgins | (312) 480-1984 ext. | The Law Offices of Roger Higgins LLC | Representing, Reorganized Debtors' Counsel / LIVE |