IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | |
| _____Reorganized Debtors._____ | ) | |
| Tracie Barnes, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **Contested Matter** |
| | ) | **Re D.I. 33065** |
| Maryland Casualty Company, | ) | |
| | ) | |
| _____Cross-Movant._____ | ) | |

## ORDER REASSIGNING CONTESTED MATTER

The captioned contested matter presents issues that are intertwined with cases the Court previously reassigned from Judge Kevin Gross to Judge Kevin J. Carey. *See* Order Reassigning Contested Matter and Adversary Proceedings, D.I. 33053. The reassigned adversary proceedings are: *Continental Casualty Company v. Carr*, Adv. No. 15-50766, and *Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, deceased and Sue C. O'Neill v. Maryland Casualty Company*, Adv. No. 18-50402. The reassigned contested matter arose in *In re W.R. Grace & Co., et al.*, Chapter 11 case No. 01-1139, in which Maryland Casualty Company seeks to enforce the channeling injunction against Rose Roberts, as Personal Representative of the Estate of James W. Roberts, deceased. D.I. 32999.

In the interests of judicial economy and decision-making consistency, the captioned contested matter is reassigned to Judge Kevin J. Carey.   SO ORDERED.

Dated: October 16, 2018

_____
CHRISTOPHER S. SONTCHI, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT