# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | Case No. 01-01139 (JKF) |
| | ) | **(Jointly Administered)** |
| **Reorganized Debtors.** | ) | |
| | ) | Re: Docket No. 33073 |

### DECLARATION OF SERVICE REGARDING:

Docket No. 33073 — NOTICE OF REORGANIZED DEBTORS SEVENTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAMS

REORGANIZED DEBTORS' SEVENTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

I, Martha E. Araki, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

2. On November 5, 2018, at the direction of Pachulski, Stang, Ziehl & Jones, LLP, co-counsel to the Reorganized Debtor in the above-captioned case, the above referenced document was served on the parties listed in Exhibit A via the mode of service indicated thereon:

Exhibit A    Address List regarding Docket No. 33073

---

[1] W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 6th day of November 2016 at Castaic, California.

*Martha E. Araki*

Martha E. Araki

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 6**

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68407 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 68407 | MONTANA OFFICE OF ATTORNEY GENERAL, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), 215 N SANDERS ST, PO BOX 201401, HELENA, MT, 59620-1401 | US Mail (1st Class) |
| 68407 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 68407 | SMOLKER, GARY S, C/O SMOLKER LAW FIRM, 16055 VENTURA BLVD STE 525, ENCINO, CA, 91436 | US Mail (1st Class) |
| 68407 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, C/O JANE AMDAHL, DEQ LEGAL UNIT, PO BOX 200901, HELENA, MT, 59620-0901 | US Mail (1st Class) |
| 68407 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 6**