IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., *et al.*,[1] <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 01-1139 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 28, 2018, AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN GROSS**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1. Reorganized Debtors' Seventh Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 11/5/18] (Docket No. 33073).

   Response Deadline: November 19, 2018, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Signed] Order Extending Plan Claims Objection Deadline Through November 29, 2019 [Filed: 11/26/18] (Docket No. 33076).

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:222006.2 91100/001

<u>Status:</u>  The Court has entered an order on this matter.  No hearing is necessary.

<table>
<tr><td>Dated:  November 26, 2018</td><td>THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Phone: (312) 480-1984<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Adam C. Paul<br>John Donley, P.C.<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Phone: (312) 862-2000<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Phone: (302) 652-4100<br>Fax: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors</td></tr>
</table>