IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |

### NOTICE OF REAPPOINTMENT OF CLASS 7A PD TRUST TRUSTEE

**WHEREAS** on the Effective Date, February 3, 2014, Richard B. Schiro became the initial Class 7A Trustee of the WRG Asbestos Property Damage Settlement Trust; and

**WHEREAS** under Section 4.2(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, the term of the initial trustee will expire on February 2, 2019; and

**WHEREAS** under Section 4.3(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands (the "PD FCR") is entitled to select the successor trustee to the initial trustee, which successor trustee may be the same person who serves as the initial trustee, and who shall serve a five-year term subject to the other terms and conditions of service under the WRG Asbestos Property Damage Settlement Trust Agreement; **NOW THEREFORE**

**PLEASE TAKE NOTICE** that the PD FCR, Judge Alexander M. Sanders, Jr., hereby appoints **RICHARD B. SCHIRO** to be the Class 7A Trustee of the WRG Asbestos Property Damage Settlement Trust, for a five-year term beginning February 3, 2019.

//

//

//

//

Respectfully Submitted,

/s/ Alan B. Rich
_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
7324 Gaston Avenue, Suite 124, LB 430
Dallas, Texas 75214
(214) 744-5100
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 10th day of January, 2019, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_/s/ Deborah D. Williamson_
Deborah D. Williamson