## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF REAPPOINTMENT OF CLASS 7B TRUSTEE

**WHEREAS** on the Effective Date, February 3, 2014, Edward B. Cottingham, Jr. was appointed the initial Class 7B Trustee of the WRG Asbestos Property Damage Settlement Trust pursuant to Section 4.1 of the WRG Asbestos Property Damage Settlement Trust Agreement; and

**WHEREAS** under Section 4.2(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, the term of the initial trustee will expire on February 3, 2019; and

**WHEREAS** under Section 4.3(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands (the "PD FCR") and the Zonolite Attic Insulation Trust Advisory Committee ("ZTAC") Members are entitled to select the successor trustee to the initial trustee, which successor trustee may be the same person who serves as the initial trustee, and who shall serve a five-year term subject to the other terms and conditions of service under the WRG Asbestos Property Damage Settlement Trust Agreement;

**NOW THEREFORE, PLEASE TAKE NOTICE** that (i) the PD FCR, Judge Alexander M. Sanders, Jr., and (ii) the ZTAC Committee Members, Judge Sanders (*ex officio*), Edward J. Westbrook, and Darrell W. Scott, hereby appoint **EDWARD B. COTTINGHAM, JR.** to be the Class 7B Trustee of the WRG Asbestos Property Damage Settlement Trust, for a five-year term beginning February 3, 2019.

Date: February 1, 2019
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for the Class 7B Trustee*