IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF REAPPOINTMENT OF
ZONOLITE ATTIC INSULATION TRUST ADVISORY COMMITTEE MEMBERS**

**WHEREAS** on the Effective Date, February 3, 2014, Edward J. Westbrook and Darrell W. Scott were appointed the initial members of the Zonolite Attic Insulation Trust Advisory Committee ("ZTAC") of the WRG Asbestos Property Damage Settlement Trust; and

**WHEREAS** under Section 5.3(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, the initial term of the ZTAC Members will expire on February 3, 2019; and

**WHEREAS** under Section 5.3(a) of the WRG Asbestos Property Damage Settlement Trust Agreement, ZTAC Members may agree to serve an additional term or terms or may appoint a successor to serve an additional term or terms, subject to the other terms and conditions of service under the WRG Asbestos Property Damage Settlement Trust Agreement;

**NOW THEREFORE, PLEASE TAKE NOTICE** that the ZTAC Members **EDWARD J. WESTBROOK** and **DARRELL W. SCOTT** hereby reappoint themselves as members of the Zonolite Attic Insulation Trust Advisory Committee, for a five-year term beginning February 3, 2019.

Date: February 1, 2019
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
*Attorneys for the Class 7B Trustee*