## **CERTIFICATE OF SERVICE**

  I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 1st day of February 2019, I caused copies of the within *Notice of Reappointment of Zonolite Attic Insulation Trust Advisory Committee Members* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid. All other parties who have signed up for electronic filing in this case will receive electronic notice via CM/ECF.

Richard B. Schiro
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 N. Market Street
Wilmington, DE  19890-1625

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

Hon. Alexander M. Sanders, Jr.
19 Water Street
Charleston, SC  29401

Alan B. Rich
Attorney and Counselor
1201 Elm Street, Suite 4244
Dallas, TX  75270

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8750
Wilmington, DE  19899-8705

Deborah D. Williamson
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

Wilmington Trust Company
Attn: Corporate Trust Administration
1100 N. Market Street
Wilmington, DE  19890

Richard Rinke
Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Adam C. Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

February 1, 2019                 */s/ William D. Sullivan*
Date                        William D. Sullivan