**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: D.I. 33080** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Docket No. 33080, the *Notice of Reappointment of Zonolite Attic Insulation Trust Advisory Committee Members* (the "Notice) is hereby withdrawn. A corrected version of the Notice appears at Docket No. 33081.

Date: February 1, 2019
　　　Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

*Attorneys for the Class 7B Trustee*