OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT
AMENDED

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.

Bank: See attached

Bankruptcy Number: 01-01139

Account Number: See attached

Date of Confirmation: AMENDED January 28, 2019

Account Type: See attached

Reporting Period (month/year): September 30, 2018

| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $ 10,750,804 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $ 10,750,804 |
| Total of cash available: | $ 10,750,804 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $ 10,750,804 |
| Total Disbursements | $10,750,804 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/30/19    William C. Dockman, VP and Controller
Date       Name/Title

Debtor: [signature]

Case Number: 01-01139

# Quarterly Summary Report

Chart 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2018**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 10,750,804 | 10,750,804 | |
| TOTAL RECEIPTS | 10,750,804 | 10,750,804 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 10,750,804 | 10,750,804 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 10,750,804 | 10,750,804 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |