**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.           Bank:  See attached

Bankruptcy Number:  01-01139                Account Number:  See attached

Date of Confirmation: January 21, 2018      Account Type:  See attached

Reporting Period (month/year): December 31, 2018

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 19,830,808 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,830,808 |
| Total of cash available: | $ | 19,830,808 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,830,808 |
| Total Disbursements | $19,830,808 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/23/19            William C. Dockman, VP and Controller
Date                Name/Title

Debtor:  _William C. Dockman_

Case Number: 01-01139

**Quarterly Summary Report**

*Chart 1*

| W.R. Grace & Co.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>December 2018 | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,830,808 | 19,830,808 | |
| TOTAL RECEIPTS | 19,830,808 | 19,830,808 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,830,808 | 19,830,808 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 19,830,808 | 19,830,808 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |