# **<u>EXHIBIT B</u>**

## ZONOLITE ATTIC INSULATION TRUST
### Summary of Claims
### 2018

1. Number of Claims SUBMITTED- 3,941

   Paid- 1,265        $4,352,401.03        average $3,440.63 per claim
   *Extraordinary- 20    $100,000.00

2. Product Identification for Paid Claims (Inception – 2018)
   a. Sample ONLY- appx. 76%
   b. Sample and Bag- appx. 5%
   c. Bag ONLY- appx. 15%
   d. Other- appx. 4%

CLAIMS SUBMITTED BY STATE (Alphabetical)

| | | | | | | |
|---|---|---|---|---|---|---|
| AK 2 | DE 4 | KY 14 | MS 21 | NV 4 | SD 1 | WV 4 |
| AL 18 | FL 44 | LA 7 | MT 76 | NY 143 | TN 12 | WY 1 |
| AR 9 | GA 18 | MA 750 | NC 23 | OH 84 | TX 42 | Unknown 444 |
| AZ 13 | IA 16 | MD 36 | ND 4 | OK 3 | UT 15 | |
| CA 138 | ID 10 | ME 61 | NE 2 | OR 56 | VA 22 | |
| CO 25 | IL 191 | MI 272 | NH 44 | PA 112 | VT 128 | |
| CT 152 | IN 33 | MN 166 | NJ 82 | RI 47 | WA 128 | |
| DC 6 | KS 12 | MO 45 | NM 2 | SC 20 | WI 379 | |

CLAIMS SUBMITTED BY STATE (Numerical)

| | | | | | | |
|---|---|---|---|---|---|---|
| MA 750 | CA 138 | OR 56 | CO 25 | UT 15 | DC 6 | NM 2 |
| Unknown 444 | VT 128 | RI 47 | NC 23 | KY 14 | DE 4 | SD 1 |
| WI 379 | WA 128 | MO 45 | VA 22 | AZ 13 | ND 4 | WY 1 |
| MI 272 | PA 112 | FL 44 | MS 21 | KS 12 | NV 4 | |
| IL 191 | OH 84 | NH 44 | SC 20 | TN 12 | WV 4 | |
| MN 166 | NJ 82 | TX 42 | AL 18 | ID 10 | OK 3 | |
| CT 152 | MT 76 | MD 36 | GA 18 | AR 9 | AK 2 | |
| NY 143 | ME 61 | IN 33 | IA 16 | LA 7 | NE 2 | |

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year [per ZTAC agreement, now 20] that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims." TDP § 5.4

1

In the Trustee's opinion twenty claims merited extraordinary treatment. They are as follows:

| ID | Initial Approved Amount | Approved AMT for Extraordinary | Initial Payment | Extraordinary Payment |
|---|---|---|---|---|
| 7668 | 36,300 | 36,300 | 4,125 | 8,578 |
| 5042 | 35,000 | 35,000 | 4,125 | 8,270 |
| 4298 | 24,307 | 24,307 | 4,125 | 5,744 |
| 7847 | 24,030 | 24,030 | 4,125 | 5,678 |
| 922 | 24,000 | 24,000 | 4,125 | 5,671 |
| 11812 | 23,600 | 23,600 | 4,125 | 5,577 |
| 9240 | 22,850 | 22,850 | 4,125 | 5,399 |
| 7563 | 20,665 | 20,665 | 4,125 | 4,883 |
| 9551 | 19,957 | 19,893 | 4,125 | 4,701 |
| 8902 | 20,155 | 19,763 | 4,125 | 4,670 |
| 9630 | 19,449 | 19,449 | 4,125 | 4,596 |
| 9998 | 18,475 | 18,475 | 4,125 | 4,366 |
| 8278 | 17,700 | 17,700 | 4,125 | 4,182 |
| 7637 | 17,500 | 17,500 | 4,125 | 4,135 |
| 9168 | 17,177 | 17,177 | 4,125 | 4,059 |
| 7215 | 16,900 | 16,900 | 4,125 | 3,993 |
| 4653 | 16,549 | 16,549 | 4,125 | 3,910 |
| 8743 | 16,397 | 16,397 | 4,125 | 3,875 |
| 6519 | 16,388 | 16,388 | 4,125 | 3,872 |
| 9646 | 16,255 | 16,255 | 4,125 | 3,841 |