# **EXHIBIT C**

**ZONOLITE ATTIC INSULATION TRUST**
**Summary of Compensation & Expenses**

**2018**

|      | ZTAC Committee | 7B Trustee     | Delaware Trust |
|------|---------------:|---------------:|---------------:|
| 2014 | $92,793        | $351,886       | $3,000         |
| 2015 | $91,273        | $460,670       | $1,500         |
| 2016 | $90,529        | $449,109       | $1,500         |
| 2017 | $93,491        | $437,497       | $1,500         |
| 2018 | $92,974        | *  $498,388    | $1,500         |

*Includes one time catch up payment for annual adjustment for change in cost of living per §4.5 of the Property Damage Trust Agreement