# EXHIBIT 1

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2017

1. Number of Claims SUBMITTED- 2,569

    Paid- 1,471        $5,011,212.92        average $3,406.67 per claim
    *Extraordinary- 20    $100,000.00

2. Product Identification for Paid Claims (Inception to 2017)
    a. Sample ONLY- appx. 75%
    b. Sample and Bag- appx. 3%
    c. Bag ONLY- appx. 15%
    d. Other- appx. 7%

Claims Submitted by State (Alphabetical)

| | | | | | |
|---|---|---|---|---|---|
| AK 5 | FL 5 | LA 1 | NC 2 | OH 73 | TX 1 |
| AL 1 | GA 2 | MA 519 | ND 7 | OK 3 | UT 6 |
| AZ 7 | IA 11 | MD 29 | NE 3 | OR 70 | VA 15 |
| CA 19 | ID 16 | ME 49 | NH 46 | PA 101 | VT 93 |
| CO 16 | IL 142 | MI 200 | NJ 64 | RI 41 | WA 149 |
| CT 135 | IN 15 | MN 93 | NM 1 | SC 3 | WI 313 |
| DC 9 | KS 3 | MO 36 | NV 1 | SD 4 | WV 1 |
| DE 2 | KY 6 | MT 81 | NY 117 | TN 3 | Unknown 50 |

Claims Submitted by State (Numerical)

| | | | | | |
|---|---|---|---|---|---|
| MA 519 | MN 93 | NH 46 | VA 15 | FL 5 | GA 2 |
| WI 313 | VT 93 | RI 41 | IA 11 | SD 4 | NC 2 |
| MI 200 | MT 81 | MO 36 | DC 9 | KS 3 | AL 1 |
| WA 149 | OH 73 | MD 29 | AZ 7 | NE 3 | LA 1 |
| IL 142 | OR 70 | CA 19 | ND 7 | OK 3 | NM 1 |
| CT 135 | NJ 64 | CO 16 | KY 6 | SC 3 | NV 1 |
| NY 117 | Unknown 50 | ID 16 | UT 6 | TN 3 | TX 1 |
| PA 101 | ME 49 | IN 15 | AK 5 | DE 2 | WV 1 |

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year [per ZTAC agreement, now 20] that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims." TDP § 5.4

1

In the Trustee's opinion twenty claims merited extraordinary treatment. They are as follows:

| ID | Initial Approved Amount | Approved AMT for Extraordinary | Initial Payment | Extraordinary Payment |
|---|---|---|---|---|
| 8547 | 53,628 | 53,628.00 | 4,125.00 | 10,986.58 |
| 7470 | 32,459 | 32,459.00 | 4,125.00 | 6,649.76 |
| 6514 | 31,950 | 31,950.00 | 4,125.00 | 6,545.48 |
| 7385 | 28,258 | 20,083.00 | 4,125.00 | 4,114.33 |
| 5750 | 27,300 | 27,300.00 | 4,125.00 | 5,592.85 |
| 7463 | 25,408 | 25,408.00 | 4,125.00 | 5,205.25 |
| 6231 | 23,811 | 23,811.00 | 4,125.00 | 4,878.07 |
| 7180 | 21,932 | 19,817.00 | 4,125.00 | 4,059.84 |
| 7867 | 21,700 | 17,955.00 | 4,125.00 | 3,678.38 |
| 8373 | 21,500 | 21,500.00 | 4,125.00 | 4,404.63 |
| 8301 | 20,882 | 20,882.00 | 4,125.00 | 4,278.02 |
| 5362 | 20,723 | 41,445.00 | 4,125.00 | 8,490.89 |
| 7850 | 20,100 | 20,100.00 | 4,125.00 | 4117.81 |
| 5782 | 20,025 | 20,025.00 | 4,125.00 | 4,102.45 |
| 7594 | 19,400 | 19,400.00 | 4,125.00 | 3,974.41 |
| 7368 | 19,105 | 19,105.00 | 4,125.00 | 3,913.97 |
| 5767 | 18,885 | 18,885.00 | 4,125.00 | 3,868.90 |
| 6275 | 18,500 | 18,500.00 | 4,125.00 | 3,790.03 |
| 8231 | 18,019 | 18,019.00 | 4,125.00 | 3,691.49 |
| 5301 | 17,850 | 17,850.00 | 4,125.00 | 3,656.87 |