| | |
|---|---|
| Russell Budd, Esquire<br>Baron & Budd, PC<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | John D. Cooney, Esquire<br>Cooney & Conway<br>120 N. LaSalle Street, 30th Floor<br>Chicago, IL 60602 |
| Joseph F. Rice, Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464 | Perry Weitz, Esquire<br>Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003 |
| Roger Frankel, Esquire<br>Futures Representative<br>c/o Frankel Wyron LLP<br>2101 L. Street, NW<br>Suite 800<br>Washington, D.C. 20037 | Frankel Wyron LLP<br>Attn: Richard Wyron<br>2101 L. Street, NW<br>Suite 800<br>Washington, D.C. 20037 |
| Steve Kazan, Esquire<br>Kazan, McClain, Satterley & Greenwood<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607-3858 | Ann C. McMillan<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.
<br>Washington, D.C. 20005 |

{C0359426.1 }

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

{C0359426.1 }