OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.        Bank: See attached

Bankruptcy Number: 01-01139             Account Number: See attached

Date of Confirmation: April 23, 2019    Account Type: See attached

Reporting Period (month/year): March 31, 2019

| | |
|---|---|
| Beginning Cash Balance: | $  - |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $ 31,595,942 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $ 31,595,942 |
| Total of cash available: | $ 31,595,942 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $ 31,595,942 |
| Total Disbursements | $31,595,942 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/24/2019        William C. Dockman, VP and Controller
Date             Name/Title

Debtor: _____

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 31,595,942 | $ 31,595,942 |
| **Total Disbursements** | $ 31,595,942 | $ 31,595,942 |
| **Ending Cash Balance** | $ - | $ - |