IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE:<br><br>ACandS, Inc.<br>Armstrong World Industries, Inc.<br>Combustion Engineering, Inc.<br>The Flintkote Company<br>Kaiser Aluminum Corp.<br>Owens Corning<br>US Mineral Products Company<br>USG Corp.<br>W.R. Grace & Co.<br><br>Debtors. | Case No. 02-12687 (Rel. Dkt. No. 3751)<br>Case No. 00-4471 (Rel. Dkt. No. 10813)<br>Case No. 03-10495 (Rel. Dkt. No. 3502)<br>Case No. 04-11300 (Rel. Dkt. No. 9338)<br>Case No. 02-10429 (Rel. Dkt. No. 10351)<br>Case No. 00-3837 (Rel. Dkt. No. 21106)<br>Case No. 01-2471 (Rel. Dkt. No. 4094)<br>Case No. 01-2094 (Rel. Dkt. No. 12711)<br>Case No. 01-1139 (Rel. Dkt. No. 32718) |
|---|---|

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Edward J. Kosmowski, Esq. and The Law Office of Edward J. Kosmowski, LLC hereby withdraws their appearance for Simmons Hanly Conroy LLC ("Simmons Hanly"), a party in interest in the above-captioned cases, and request that service upon them of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further request that they be removed from the electronic (CM/ECF) service list.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9010-2(b), the undersigned certifies that Simmons Hanly has no controversy pending before the Court and has consented to the withdrawal.

Dated: May 9, 2019          Law Office of Edward J. Kosmowski, LLC

 */s/ Edward J. Kosmowski*
Edward J. Kosmowski (No. 3849)
2 Mill Road, Suite 202
Wilmington, Delaware  19806
Telephone: (302) 351-9010
Facsimile: (302) 635-1805
Ed@KosmowskiLaw.com