# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

IN RE: W.R. GRACE & CO., CASE NO. 01-01139
CONTINENTAL CASUALTY CO. V. CARR, ADV. PRO. NO. 15-50766
HUNT V. MARYLAND CASUALTY CO., ADV. PRO. NO. 18-50402

## DESIGNATION OF A BANKRUPTCY JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

Pursuant to 28 U.S.C. § 155(a), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Ashely Chan of the United States Bankruptcy Court for the Eastern District of Pennsylvania to serve temporarily as a bankruptcy judge in the United States Bankruptcy Court for the District of Delaware for such a period as is necessary for the disposition of the above entitled matters.



s/ D. Brooks Smith
D. Brooks Smith, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: May 10, 2019