IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this** 13th day of May, 2019, **it is hereby ORDERED** that the above Chapter 11 case along with CONTINENTAL CASUALTY CO. V. CARR, ADV. PRO. NO. 15-50766 and HUNT V. MARYLAND CASUALTY CO., ADV. PRO. NO. 18-50402 are **TRANSFERRED** to the **Honorable Ashely Chan** of the United States Bankruptcy Court for the Eastern District of Pennsylvania for all further proceedings and dispositions.[1]

Christopher S. Sontchi
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.