## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of May, 2019, a copy of the **Reply Brief on Remand of Maryland Casualty Company and Opposition to Montana Plaintiffs' Motion to Certify Questions of Law to the Montana Supreme Court** was served upon the following parties.

**BY ECF AND FIRST CLASS MAIL**

Scott D. Cousins, Esq.
Evan T. Miller, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

Edward J. Longosz, II, Esq.
Mark A. Johnston, Esq.
Kennedy C. Ramos, Esq.
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC 20006

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer Gleser, LLC
Wall Street Plaza, 23rd Floor
New York, NY 10005

Daniel M. Glosband, Esq.
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

Michael S. Giannotto, Esq.
Brian T. Burgess, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

James O'Neill, Esq.
Pachulski Sang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

Michael Busenkell, Esq. (DE 3933)
Gellert Scali Busenkell & Brown LLC
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801

Daniel C. Cohn, Esq.
Taruna Garg, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Allan M. McGarvey, Esq.
McGarvey, Heberling, Sullivan & Lacey, P.C.
345 First Avenue East
Kalispell, MT 59901

                                                              */s/ Jeffrey C. Wisler*
                                                               Jeffrey C. Wisler (#2795)

05462795