**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*., | Case No. 01-01139 (AMC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, Michael R. Lastowski, Esquire of Duane Morris LLP, hereby withdraws his appearance as counsel for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases and requests that he be removed from any applicable service lists herein, including CM/ECF electronic notification.

Dated: May 21, 2019
      Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com

*Counsel for the Official Committee of Unsecured Creditors*

DM3\5775151.1