# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>W.R. Grace & Co., et al.<br>7500 Grace Drive<br>Columbia, MD 21044<br>**EIN:** 65–0773649 | **Chapter:** 11<br><br><br><br>**Case No.:** 01–01139–AMC |

## NOTICE OF RESCHEDULED HEARING

The hearing regarding originally scheduled for 7/17/2019 has been rescheduled to 8/26/19 at 01:00 PM in the United States Bankruptcy Court, .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

dated: 7/8/19

(VAN–407)