# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., *et al.,*<br><br>                      Debtors. | Chapter 11<br><br>Case No. 01-01139 (AMC)<br>(Jointly Administered) |
| Continental Casualty Company, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>Jeremy B. Carr, et al.,<br><br>             Defendants. | Adv. Proc. No. 15-50766 (AMC) |
| Barbara Hunt, Personal Representative for the Estate of Robert J. Hunt, deceased and Sue C. O'Neill,<br><br>             Plaintiffs,<br><br>      v.<br><br>Maryland Casualty Company,<br><br>             Defendant. | Adv. Proc. No. 18-50402 (AMC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 17, 2019 AT 10:00 A.M. (EASTERN)[1]**

**I.**     **ORAL ARGUMENT IN ADVERSARY PROCEEDING NO. 15-50766 (AMC)**

1. Continental Casualty Company and Transportation Insurance Company's Motion for Summary Judgment [Filing Date: 9/8/2015; Adv. D.I. 15]

   Related Documents:

---

[1] The hearing will be held before Judge Ashely Chan at the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Federal Courthouse, Courtroom #5, 2nd Floor, 900 Market Street, Philadelphia, PA.

A. Complaint [Filing Date: 6/8/2015; Adv. D.I. 1]

B. Motion of Defendants to Dismiss Adversary Proceeding [Filing Date: 8/7/2015; Adv. D.I. 8]

C. Memorandum of Law in Support of Defendants' Motion to Dismiss Adversary Proceeding [Filing Date: 8/7/2015; Adv. D.I. 9]

D. Notice of Filing of Brief of Continental Casualty Company and Transportation Insurance Company in Opposition  of Law in Opposition to Defendants' Motion to Dismiss Adversary Proceeding and in Support of Motion for Summary Judgment [Filing Date: 9/8/2015; Adv. D.I. 16]

E. Defendants' Opposition to CNA's Motion for Summary Judgment Combined With Reply Brief in Support of Defendants' Motion to Dismiss [Filing Date: 10/8/2015; Adv. D.I. 18]

F. Defendants' Counter-Statement of Disputed Material Facts [Filing Date: 10/8/2015; Adv. D.I. 20]

G. Reply Brief of Continental Casualty Company and Transportation Insurance Company in Support of Motion for Summary Judgment [Filing Date: 11/2/2015; Adv. D.I. 22]

H. Order [Filing Date: 10/17/2016; Adv. D.I. 35]

I. Judgment and Opinion of the United States Court of Appeals for the Third Circuit [Filing Date: 9/7/2018; Adv. D.I. 49]

J. Brief on Remand of Continental Casualty Company and Transportation Insurance Company in Further Support of Motion for Summary Judgment [Filing Date: 12/21/2018; Adv. D.I. 64]

K. Opening Brief on Remand of Maryland Casualty Company [Filing Date: 12/21/2018; Adv. D.I. 63]

L. Montana Plaintiffs' Initial Brief on Remand and Addressing Issues Concerning Maryland Casualty Company [Filing Date: 3/6/2019; Adv. D.I. 67]

M. Reply Brief on Remand of Continental Casualty Company and Transportation Insurance Company in Further Support of Motion for Summary Judgment [Filing Date: 5/20/2019; Adv. D.I. 78]

N. Reply Brief on Remand of Maryland Casualty Company and Opposition to Montana Plaintiffs' Motion to Certify Questions of Law to the Montana Supreme Court [Filing Date: 5/20/2019; Adv. D.I. 76]

Status: Oral argument is going forward.

2. Montana Plaintiffs' Motion to Certify Questions of Law to the Montana Supreme Court [Filing Date: 3/6/2019; Adv. D.I. 68]

Related Documents:

A. Response of Continental Casualty Company and Transportation Insurance Company to the Montana Plaintiffs' Motion to Certify Questions of Law to the Montana Supreme Court [Filing Date: 5/20/2019; Adv. D.I. 77]

B. Reply Brief on Remand of Maryland Casualty Company and Opposition to Montana Plaintiffs' Motion to Certify Questions of Law to the Montana Supreme Court [Filing Date: 5/20/2019; Adv. D.I. 76]

C. Montana Plaintiffs' Reply Brief in Support of Their Motion to Certify Questions of Law to the Montana Supreme Court [Filing Date: 6/19/2019; Adv. D.I. 81]

Status: Oral argument is going forward.

Dated: July 15, 2019
Wilmington, DE

BAYARD, P.A.

*/s/ Evan T. Miller*
Scott D. Cousins (No. 3079)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
scousins@bayardlaw.com
emiller@bayardlaw.com

FORD MARRIN ESPOSITO
  WITMEYER GLESER, LLP
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Tel: (212) 269-4900
Fax: (212) 344-4294
emdecristofaro@FMEW.com

GOODWIN PROCTER LLP
Michael S. Giannotto (*pro hac vice*)
Brian T. Burgess (*pro hac vice*)
901 New York Avenue, N.W.

Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
mgiannotto@goodwinprocter.com
bburgess@goodwinprocter.com

*Counsel for Continental Casualty Insurance Co. and Transportation Insurance Co.*