**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.　　　**Bank:** See attached

**Bankruptcy Number:** 01-01139　　　**Account Number:** See attached

**Date of Confirmation:** July 23, 2019　　　**Account Type:** See attached

**Reporting Period (month/year):** June 30, 2019

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 50,269,524 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 50,269,524 |
| Total of cash available: | $ | 50,269,524 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 50,269,524 |
| Total Disbursements | $50,269,524 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/25/19　　　William C. Dockman, VP and Controller
Date　　　Name/Title

Debtor: _WCD____

Case Number: 01-01139

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 50,269,524 | $ 50,269,524 |
| **Total Disbursements** | $ 50,269,524 | $ 50,269,524 |
| **Ending Cash Balance** | $ - | $ - |

*Chart 1*

| W.R. Grace & Co. Schedule of Cash Receipts and Disbursements MOR-1 June 2019 | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 50,269,524 | 50,269,524 | |
| TOTAL RECEIPTS | 50,269,524 | 50,269,524 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 50,269,524 | 50,269,524 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 50,269,524 | 50,269,524 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |