UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,1<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC)<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On July 22, 2019, at my direction and under my supervision, employees of Reliable caused to be served the following document by hand delivery on the service list attached hereto as Exhibit A and via first class mail on the service list attached hereto as Exhibit B:

| | |
|---|---|
| 07/22/2019  33102 | Response *and Reservation of Rights of the State of Montana to the Reorganized Debtor's Request For Partial Allowance And Partial Disallowance Of Claim By The Montana Dept. of Env. Quality ("MDEQ") For Environmental Remediation At Operable Unit 3 Of Libby Abestos Superfund Site (Substantive Objection)* (related document(s)33099) Filed by State of Montana Department of Environmental Quality (Mangan, Kevin) (Entered: 07/22/2019) |

x _____
Gene Matthews

Dated: July 30, 2019

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of July, 2019, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

[Notary Seal: Jacqueline Lately, My Commission Expires August 23, 2019, Notary Public, State of Delaware]

# EXHIBIT A

Laura Davis Jones
James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

Marla Eskin
Mark Hurford
Campbell & Levine LLC
222 Delaware Avenue
Suite 1620
Wilmington, DE 19801

Richard Schire
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Admiistration
1100 N. Market Street
Wilmington, DE 19801

Richard Schepacarter
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

R. Karl Hill
Seitz Van Ogtrop & Green PA
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801

# EXHIBIT B

M. Dawes Cooke
Barnweel Whaley Patterson & Helms LLC
PO Drawaer H
Charleston SC 29402

Edward B. Cottingham, Jr.
The Cottingham Law Firm
317 Wingo Way
Suite 303
PO Boc 810
Mt. Pleasant, SC 294651

Debrorah Williamson
Dykema Cox Smith
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Alan Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

John C. Phillips
Phillips Goldman McLaughlin & Hall PA
1200 North Broom Street
Wilmington, DE 19806

Daniel Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Yves Lauzon Michel Belanger
Lauzon Belanger Lesperance Inc.,
286 Rue St-Paul Ouest
Bureau 100
Montreal Quebec H26 2A3
CANADA

Philip Milch
Campbell & Levine LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Roger Higgins
The Law Offices of Roger Higgins
516 North Ogden Aven
Suite 136
Chicago, IL 60642

Adam C. Paul
John Donlye
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654