IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 31, 2019, AT 11:30 A.M. BEFORE THE HONORABLE ASHELY M. CHAN**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTER:**

1. The Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 6/7/19] (Docket No. 33099).

   Response Deadline: June 21, 2019, at 4:00 p.m. *(extended until July 23, 2019 at 4:00 p.m. for MDEQ)*

   Responses Received:

   a. Response and Reservation of Rights of the State of Montana to The Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 7/22/19] (Docket No. 33102).

   Related Documents:

   a. [Proposed] Order Partially Allowing and Partially Disallowing Claim No. 18496-1, Filed By the Montana Dept. of Env. Quality [Filed: 6/7/19] (Docket No. 33099, Exhibit A).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

Status: This matter, which had been continued to August 26, 2019, has been rescheduled for September 9, 2019 at 10:00 a.m.

Dated: July 30, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley, P.C.
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors