# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) Hearing Date: September 9, 2019, at 10:00 a.m. |
| | ) Related Docket nos.: 33099 & 33102 |

**APPENDIX OF EXHIBITS TO REPLY IN SUPPORT OF THE REORGANIZED DEBTOR'S CLAIM OBJECTION REQUESTING PARTIAL ALLOWANCE AND PARTIAL DISALLOWANCE OF MDEQ PREPETITION CLAIM (SUBSTANTIVE OBJECTION)**

Dated: August 26, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
(312) 666-0431

And

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtor

**[remainder of this page is intentionally left blank]**

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case no. 01-1139 is the sole remaining open chapter 11 case.

## Table of Contents

## TABLE OF CONTENTS

| Exhibit | Title |
|---|---|
| Exhibit 1 | January 31, 1972 Development Permit 00001 |
| Exhibit 2 | January 31, 1972 Operating Permit 00010 |
| Exhibit 3 | November 3, 1971 W.R. Grace Libby Montana Reclamation Plan (Approved January 27, 1972) |
| Exhibit 4 | May 15, 1986 Letter, Department Of State Lands To W.R. Grace |
| Exhibit 5 | October 1993 Article, The Pick & Shovel Montana Mining Association |
| Exhibit 6 | July 14, 1992 Montana Internal Memorandum re W.R. Grace Closure Plan Environmental Assessment |
| Exhibit 7 | Water Quality Data Report No. 2 (of 6) |
| Exhibit 8 | Water Quality Data Report No. 6 (of 6) |
| Exhibit 9 | August 31, 1994 Bond Release Finding, Montana Department of State Lands |
| Exhibit 10 | September 13, 1994 Montana Memo Re Recommendation For Partial Bond Release at W.R. Grace |
| Exhibit 11 | June 10, 1999 MDEQ Field Inspection Report |
| Exhibit 12 | April 3, 2019 KDID Operation Permit Approval |
| Exhibit 13 | Libby Figure 1 OU3 and KDC Boundaries (August 22, 2019) |
| Exhibit 14 | Remedial Investigation Report (Excluding Tables, Figures & Appendices) (November 2016) |
| Exhibit 15 | Non-Asbestos Human Health Risk Assessment (HHRA) (Excerpt) (January 2013) |

| **Exhibit** | **Title** |
|---|---|
| Exhibit 16 | Baseline Ecological Risk Assessment for Non-Asbestos Contaminants (Excerpt) (April 2013) |
| Exhibit 17 | Site-wide Baseline Ecological Risk Assessment for Asbestos (Excerpt) (December 2014) |
| Exhibit 18 | Site Wide Human Health Risk Assessment (HHRA) for Asbestos (Excerpt) (November 20, 2015) |
| Exhibit 19 | Libby Site-wide Human Health Risk Assessment (HHRA) Addendum for Asbestos (June 12, 2018) |