# EXHIBIT 1

January 31, 1972 Development Permit 00001

# State of Montana

**DEPARTMENT OF STATE LANDS**

Capitol Building
Helena, Montana 59601
Phone 406/449-2074

## DEVELOPMENT PERMIT

Pursuant to Chapter 252, Laws of Montana, 1971, requiring permits for the conduct of development, mining and related activities.

Permit No. __00001__

This permit when executed by the Commissioner of State Lands and the Operator shall authorize the permittee to conduct development work specified herein. All maps, plans and specifications submitted by the permittee shall become a part of this permit, if approved by the Commissioner of State Lands.

| Name and Address of Operator | Description of Development Area |
|---|---|
| Construction Products Division<br>W. R. Grace & Co.<br>P. O. Box 609<br>Libby, Montana 59923 | Vermiculite Mountain and Rainy Creek Drainage North East of Libby |

| Section | T | N/S | R | E/W | MPM | County |
|---|---|---|---|---|---|---|
| 10,14,15,<br>21,22,23,<br>26,27,28 | 31 | ☒ N ☐ S | 30 | ☐ E ☒ W | MPM | Lincoln |

**STATEMENT OF PROPOSED DEVELOPMENT METHODS:** drilling, trenching, etc. (all applicable activities set forth in the Rules and Regulations) and the location and description of primary support roads and facilities.

Development will be by clearing, excavation and grading for construction of an ore treatment mill with conveyors, transmission lines and water line in Section 22, settling ponds and tailings piles in Sections 10, 15, 21, 22, alteration of naturally flowing streams in Sections 10, 15, 21, 22, 27, 28, removal of overburden preparatory to open pit mining in Sections 22, 23, 26, placing waste from the mining operation and overburden removal in Sections 22, 27, 28. Construction of access roads and mine haulage ways will occur in Sections mentioned in conjunction with previously noted development.

**ESTIMATED ACREAGE TO BE DISTURBED IN NEXT 12 MONTHS:** 320
**ESTIMATED ACREAGE TO BE DISTURBED IN LIFE OF DEVELOPMENT:** 1200

**ESTIMATED RECLAMATION COST PER ACRE:**

**Permit Issued by** _Ed Schwinden_
**Commissioner of State Lands**

**Date** January 31, 1972

This permit is valid from **January 31**, 19__72__ to **January 30**, 19__73__.

| FEE RECEIVED: | PLAN APPROVED: | BOND FILED: |
|---|---|---|
| 22401 | January 27, 1972 | January 6, 1972 |

This permit may not be issued by the Commissioner of State Lands unless the following requirements are met:
1. The operator must:
   a. pay a fee of $25.00;
   b. submit a suitable map or vertical aerial photograph showing topographic, cultural, drainage features and the location of the development work;
   c. submit a proposed reclamation plan (See Rules and Regulations.)
2. The reclamation plan is subject to the approval of the Commissioner of State Lands.
3. Upon approval of the reclamation and development plan, the operator must file a performance bond for the acres to be disturbed during the next 12 months at an amount per acre specified by the Commissioner.

**STATE OF MONTANA**
**County of** Lincoln } ss. **AFFIDAVIT**

As evidenced by his signature below the appropriate statement (1 or 2), the operator states that:

1. any lands disturbed by him (it) during mineral exploration, mineral development, or mining activities in the state of Montana within two years prior to this date, but not prior to the date of promulgation of the Board's rules and regulations, is or is in the course of being reclaimed in accordance with the provisions of Chapter 252, Laws of Montana, 1971.

Signature _R. R. Oliveira_
Title _Mgr. Libby Operations_

2. he (it) with this permit form is submitting information as requested by the Department of State Lands; such information being sufficient to assure the Department of State Lands that any lands disturbed by exploration, development, or mining by applicant in the State of Montana during the two (2) years prior to the application for said permit but not prior to the date of promulgation of the Board's rules and regulations, will be restored in accordance with the provisions of Chapter 252, Laws of Montana, 1971.

Signature _R. R. Oliveira_
Title _Mgr. Libby Operations_

Subscribed and sworn to before me this __3rd__ day of __November__, 19__71__.

_Earl D. Kirk_
Notary Public for the State of Montana
Residing at _Libby, Mont._
My Commission expires _July 10, 1972_

Rec 11 (9/71)