# EXHIBIT 2

January 31, 1972 Operating Permit 00010

00010



# State of Montana
## DEPARTMENT OF STATE LANDS
Capitol Building
Helena, Montana 59601
Phone 406/449-2074

OPERATING PERMIT NO. _____

Pursuant to Chapter 252, Laws of Montana, 1971, requiring permits for the conduct of development, mining and related activities.

This permit when executed by the Commissioner of State Lands shall authorize the operator to commence mining activities as specified herein and on maps, plans, specifications and applications submitted by the operator, upon filing of a performance bond as specified by the Board.

| NAME AND ADDRESS OF OPERATOR | LEGAL DESCRIPTION OF MINE LOCATION |
|---|---|
| Construction Products Division<br>W. R. Grace & Co.<br>P. O. Box 609<br>Libby, Montana 59923 | 320 acres on Vermiculite Mountain and Rainy Creek Drainage NE of Libby, as indicated on maps submitted by the operator dated July 22, 1971, January 12, 1972 and January 26, 1972. |

| Section | T | R | County |
|---|---|---|---|
| 10, 14, 15, 21, 22, 23, 26, 27, 28 | 31 ☒N ☐S | 30 ☐E ☒W | Lincoln |

| MINERALS TO BE MINED | ACRES TO BE DISTURBED DURING NEXT 12 MONTHS | ACRES TO BE DISTURBED DURING LIFE OF OPERATION COVERED BY THIS PERMIT |
|---|---|---|
| Vermiculite | 320 | 1200 |

| INITIAL BOND LEVEL: (Per Acre) $100.00 | TOTAL INITIAL BOND LEVEL: $32,000.00 |
|---|---|

This permit authorizes the permittee to conduct mining activities as specified in:

1. The Application for Operating Permit Number __00003__ received by the Department on __November 4__, 19__71__.

2. The reclamation plan numbered __00010__ covering this mine or mine complex approved by the Commissioner of State Lands on __January 27,__ 19__72__.

This permit and its associated reclamation plan may be modified by the Board, upon proper application of the permittee, at any time during the term of the permit and for any of the following reasons:

1. To modify the requirements so they will not conflict with existing laws;
2. The previously adopted reclamation plan is impossible or impracticable to implement and maintain;
3. The operator and an authorized agent of the Department mutually agreed, in the field, to temporarily modify the reclamation plan, pending final approval by the Board.

This permit is approved and issued by:

_[signed]_
Commissioner of State Lands

January 31, 1972
Date

Within thirty (30) days after completion or abandonment of operations on an area under permit or within thirty (30) days after each anniversary date of the permit, whichever is earlier, or at such later date as may be provided by rules and regulations of the board and each year thereafter until reclamation is completed and approved, the permittee shall pay the annual fee of twenty-five dollars ($25) and shall file a report of activities completed during the preceding year on a form available from the Department.

Rec-13—(9/71)