# EXHIBIT 13

Libby Figure 1 OU3 and KDC Boundaries (August 22, 2019)



FIGURE 1

OU3 and KDC Boundaries

Libby Asbestos Superfund Site, OU3
W.R. Grace & Co.-Conn.