EXHIBIT 15

Non-Asbestos Human Health Risk Assessment (HHRA) (Excerpt)
(January 2013)

# Human Health Risk Assessment for Non-Asbestos Contaminants

# Operable Unit 3

# Libby Asbestos Superfund Site Libby, Montana

**January 2013**

**Prepared for, and with oversight by:**

U.S. Environmental Protection Agency
Region 8
1595 Wynkoop Street
Denver, Colorado 80202

**Prepared by:**

CDM Federal Programs Corporation
555 17th Street, Suite 1100
Denver, Colorado 80202

and

SRC, Inc.
999 18th Street, Suite 1150
Denver, Colorado 80202

## APPROVAL PAGE

**Human Health Risk Assessment for Non-Asbestos Contaminants
Operable Unit 3, Libby Asbestos Superfund Site, Libby, Montana**

**January 2013**

Approved by: _____          ___1/14/13___
Christina Progess                                      Date
EPA Region 8, Libby OU3, Remedial Project Manager

Approved by: _____          ___1/14/2013___
David Berry                                            Date
EPA Region 8, Human Health Risk Assessor

# Executive Summary

This document is a human health risk assessment (HHRA) for non-asbestos contaminants in Operable Unit 3 (OU3) of the Libby Asbestos Superfund Site in Libby, Montana. Risks from human exposures to asbestos at OU3 are evaluated in a separate report.

**Site Description**

Libby is a community in northwestern Montana that is located near a large open-pit vermiculite mine. OU3 includes the property in and around the former vermiculite mine and the geographic area surrounding the mine that may have been impacted by releases and transport of contaminants (including both asbestos and non-asbestos contaminants) from the mine. A preliminary study area boundary for OU3 is shown by the red line in **Figure ES-1**.

The terrain in OU3 is mainly mountainous with dense forests and steep slopes. The principal drainage for the site is Rainy Creek, which flows south and discharges into the Kootenai River.

**Land Use**

Kootenai Development Corporation (KDC), a subsidiary of W.R. Grace & Co., owns the mine and land surrounding the mine. The majority of the rest of the land in OU3 is managed by the U.S. Forest Service (USFS), although some parcels are owned by the State of Montana and Plum Creek Timberlands, LP for commercial logging. The area is used by humans for commercial and private logging, as well as hunting and other recreational activities. USFS employees also perform land management and firefighting activities in OU3.

**Basis for Concern**

Vermiculite from the mine at Libby is known to be contaminated with amphibole asbestos, referred to as Libby amphibole (LA). Historic mining, milling, and processing of vermiculite at the site are known to have caused releases of vermiculite and LA to the environment. Due primarily to a concern for risk of adverse effects in humans from inhalation exposure to LA, EPA listed the Libby Asbestos Superfund Site on the National Priorities List in October 2002.

Although LA is the primary concern at the Libby Asbestos Superfund site, other contaminants (mainly metals) present in the ore body may also have been released to the environment as a result of past mining and milling activities. In addition, other chemicals such as foaming agents, petroleum products, herbicides, pesticides, and polychlorinated biphenyls (PCBs) may have been used or released during mining and milling operations within OU3.

**Exposure Scenarios of Chief Concern**

Under current site conditions, a range of different human receptors may be exposed to contaminants in OU3, including:

- <u>Trespasser in the mined area</u> – This population includes older children and adults who trespass on the area of OU3 that has been disturbed by past mining activities. In this document, this is referred to as the "mined area." The types of activities performed may include hiking and all terrain vehicle (ATV) riding within the mined area. The exposure of chief concern is incidental ingestion of soil and mine waste materials while engaged in activities in the mined area, although inhalation exposures during ATV riding may also occur.

- <u>Recreational visitors along streams and ponds</u> – This receptor population includes adults and older children who hike, fish, wade/swim or explore streams and ponds in OU3 that may be impacted by site releases. Exposures of concern include incidental ingestion of sediment and surface water, and ingestion of fish caught from the stream.

- <u>Recreational visitors in the forested area</u> – This receptor population includes older children and adults who engage in activities in OU3, such as camping, hiking, dirt bike riding, ATV riding, hunting, etc. The exposure of chief concern is incidental ingestion of soil while engaged in recreational activities in the forest, although inhalation exposures during ATV riding may also occur.

- <u>Wood cutters and USFS workers in the forested area</u> – This receptor population includes adult area residents who engage in harvesting wood for personal use, adult workers who are employed in commercial logging operations in OU3, and USFS workers who perform forest maintenance and firefighting activities in the forested area of OU3. As above, the exposure of chief concern is incidental ingestion of soil in the forest.

At present, there are no groundwater wells in OU3 that are used for drinking. However, use of groundwater for drinking water by recreational visitors or workers might occur in the future, so this pathway is also of potential concern.

OU3 does not include residential exposure scenarios. This is because any properties geographically within OU3 that are currently residential will be evaluated as part of OU4. Based on currently available information, future residential development is not reasonably anticipated in other areas of OU3.

**Chemicals of Potential Concern**

EPA has performed several rounds of sampling and analysis to characterize the levels of non-asbestos contaminants in environmental media in OU3, including soils and mine wastes in the mined area, surface water and sediment in OU3 streams and ponds, and groundwater from existing wells in the area. Because non-asbestos data

were not available for forest soils near the mine site, data from the mined area were used as a conservative surrogate for this medium.

The data were used to identify non-asbestos chemicals of potential concern (COPCs) by comparing the maximum detected concentration for each chemical in each environmental medium to an appropriate risk-based concentration (RBC). If the maximum value exceeded the RBC, the chemical was retained as a COPC for that medium. Otherwise, the chemical was excluded as a COPC for that medium.

Implementation of this selection process lead to the identification of the following COPCs:

| Medium | Non-Asbestos COPCs |
|---|---|
| Surface water | manganese, fluoride, benzene |
| Sediment | arsenic, cobalt, iron, manganese, thallium |
| Groundwater | iron, manganese |
| Fish | *no COPCs identified* |
| Soil (a) | Ingestion: arsenic, cobalt, thallium, benzo(a)pyrene<br>Inhalation: aluminum, arsenic, barium, cobalt, manganese,  nickel |

(a)   Based on mine waste and soils in the mined area

**Exposure Assessment**

The following exposure scenarios were evaluated quantitatively:

- Incidental ingestion of surface water and sediment from site ponds and streams by recreational visitors

- Incidental ingestion of soil and mine waste materials in the mined area by trespassers

- Incidental ingestion of soil in the forested areas surrounding the mine by recreational visitors (hikers), wood cutters, and USFS personnel

- Inhalation of airborne particulates derived from soil and mine waste materials in the mined area and soil in the forest areas during ATV riding

- Hypothetical future ingestion of groundwater from wells in OU3 by recreational visitors

Because no COPCs were identified for ingestion of fish, this pathway was not evaluated further.

Exposure was quantified using the standard equations recommended by EPA for use at Superfund sites. Exposure parameters were based on EPA default guidelines, or were based on professional judgment. For the purposes of this risk assessment, focus

*Human Health Risk Assessment for Non-Asbestos Contaminants – Libby, OU3*
*Executive Summary*

was placed on characterizing reasonable maximum exposure (RME), which is representative of the high-end of the range of exposures which may be possible. Exposure point concentrations were calculated from the data using EPA's ProUCL application to derive upper confidence limits (UCLs) on the mean concentration.

**Toxicity Assessment**

All toxicity values used to characterize risk were selected in accordance with EPA established hierarchy, preferring values that are listed in EPA's Integrated Risk Information System (IRIS), which is an electronic database containing human health toxicity values for various chemicals. If values were not available from IRIS, then the next preference was to seek Provisional Peer Reviewed Toxicity Values for Superfund (PPRTVs) developed by EPA's Superfund Health Risk Technical Support Center. If PPRTVs were not available, toxicity values were obtained from other sources, such as the Agency for Toxic Substances and Disease Registry (ATSDR) minimal risk levels (MRLs), California EPA Toxicity Criteria Database, and EPA Health Effects Assessment Summary Tables (HEAST).

**Risk Characterization**

Non-cancer and cancer risks were computed from the exposure estimates and the toxicity values in accordance with standard EPA equations.

In brief, non-cancer risk is expressed as a Hazard Quotient (HQ), which is the ratio of the estimated dose to a safe dose. When exposure occurs to more than one chemical or more than one medium, HQ values are summed to yield a Hazard Index (HI). Values less than or equal to 1 indicate that non-cancer risk is not of concern, while values above 1 indicate that non-cancer risks may be of concern.

Cancer risk is expressed as a probability that cancer will occur as a result of the site-related exposure[1]. Values less than 1E-06 are considered so small as to be negligible, while values above 1E-04 are considered to be sufficiently high that a response action is generally warranted. Risks between 1E-04 and 1E-06 are usually considered acceptable, but this is evaluated on a case-by-case basis.

**Results**

**Table ES-1** summarizes total risks to recreational visitors summed across all exposure media and COPCs. As shown, non-cancer HIs are below a level of concern (less than 1) and cancer risks are usually below the lower end of EPA's risk range (less than 1E-06), both within and across exposure scenarios. Risks to wood cutters and USFS personnel from forest soil exposures are lower than values shown for the recreational

---

[1] Note that excess cancer risk can be expressed in several formats. A cancer risk expressed in a scientific notation format as 1E-06 is equivalent to 1 in 1,000,000 or $10^{-6}$. Similarly, a cancer risk of 1E-04 is equivalent to 1 in 10,000 or $10^{-4}$. For the purposes of this document, all cancer risks are presented in a scientific notation format (i.e., 1E-06).

visitor. Based on these results, it is concluded that human health risks from exposure to non-asbestos COPCs at the OU3 are likely to be below a level of concern.

**Uncertainty Assessment**

Confidence in quantitative estimates of risks to humans from environmental contamination may be limited by uncertainty regarding a number of key data items, including concentration levels in the environment, the true level of human contact with contaminated media, and the true dose-response curves for non-cancer and cancer effects in humans. In some cases, the uncertainties may tend to result in an underestimation of risk, but the magnitude of the underestimation is generally believed to be small. Most uncertainties are addressed by making assumptions or estimates that are intentionally conservative, and that are more likely to overestimate than underestimate risks. In this case, because both cancer and non-cancer risk estimates are low, there is no significant doubt in the conclusion that non-asbestos chemicals are of low concern to humans in OU3.

# Section 9
# Conclusions

In this assessment, risks were evaluated for the following scenarios for OU3:

o   Trespassers to the mined area exposed by incidental ingestion to non-asbestos contaminants in soil and mine waste

o   Recreational visitors exposed by incidental ingestion to non-asbestos contaminants in sediment and surface water along lower Rainy Creek

o   Recreational visitors exposed by incidental ingestion to non-asbestos contaminants in forest soil

o   Trespassers and recreational visitors exposed by inhalation to non-asbestos contaminants in air during ATV riding in the mined area and surrounding forest

o   Risks to hypothetical future recreational visitors from ingestion (as drinking water) of non-asbestos contaminants in groundwater in OU3

Risk calculations were based on exposure parameters selected to represent RME conditions. The estimated non-cancer risks were below a level of concern (all HI values less than 1) for all chemicals and all media, both alone and in combination. Likewise, estimated cancer risks were within EPA's acceptable risk range (all values less than 1E-05) for all chemicals and all media. These results indicate that exposure to non-asbestos contaminants in OU3 is not likely to be of significant human health concern.