EXHIBIT 18

Site Wide Human Health Risk Assessment (HHRA) for Asbestos
(Excerpt) (November 20, 2015)

# Site-Wide
# Human Health
# Risk Assessment

## Libby Asbestos Superfund Site
## Libby, Montana



**November 2015**

## - FINAL-

# Site-Wide Human Health Risk Assessment
# Libby Asbestos Superfund Site
# Libby, Montana

**November 2015**

**Prepared for:**



U.S. Environmental Protection Agency, Region 8

**Prepared by:**



CDM Federal Programs Corporation

**Under a contract with:**



U.S. Army Corps of Engineers, Omaha District
Contract No. W9128F-11-D-0023
Task Order No.: 0007

**With technical input from:**
SRC, Inc.
Tetra Tech EM Inc.

# Site-Wide Human Health Risk Assessment
# Libby Asbestos Superfund Site,
# Libby, Montana

## FINAL – November 2015

Reviewed by: _David L. Berry_      Date: _11/20/2015_

David Berry, EPA Region 8
Libby Asbestos Superfund Site, Human Health Risk Assessor

Reviewed by: _(signature)_      Date: _11/20/2015_

Deborah McKean, EPA Region 8
Superfund Technical Assistance Unit Chief

Approved by: _Rebecca J. Thomas_      Date: _11/20/15_

Rebecca Thomas, EPA Region 8
Libby Asbestos Superfund Site, Remedial Project Manager Team Leader

Approved by: _Mary Darling_      Date: _11/20/15_

Mary Darling, USACE
Libby Asbestos Superfund Site, Project Manager

# EXECUTIVE SUMMARY

## Introduction

Libby is a community in northwestern Montana that is located near a former vermiculite mine (**Figure ES-1**). The vermiculite mine near Libby began limited operations in the 1920s and was operated on a larger scale by the W.R. Grace Company (Grace) from approximately 1963 to 1990. Vermiculite from the mine contains varying concentrations of amphibole asbestos, referred to as "Libby amphibole asbestos" or LA. Epidemiological studies revealed that workers at the mine had an increased risk of developing asbestos-related lung disease (McDonald *et al.* 1986a, 1986b, 2004; Amandus and Wheeler 1987; Amandus *et al.* 1987a,b; Whitehouse 2004; Sullivan 2007). Additionally, radiographic abnormalities were observed in 17.8 percent (%) of the general population of Libby, including former workers, family members of workers, and other residents of Libby and Troy, Montana (Peipins *et al.* 2003; Whitehouse *et al.* 2008; Antao *et al.* 2012; Larson *et al.* 2010, 2012a, 2012b).

In October 2002, the Libby Asbestos Superfund Site (Site) was listed on the U.S. Environmental Protection Agency (EPA) National Priorities List (NPL). The Site includes homes and businesses that may have become contaminated with LA as a result of the vermiculite mining and processing conducted in and around Libby, as well as other areas that may have been affected by mining-related releases of LA. In addition to vermiculite mining and processing activities, LA contamination also occurred as a consequence of use of LA-contaminated vermiculite as building insulation in residential and commercial buildings and as soil amendments (e.g., gardens and flowerbeds), use of LA-contaminated building materials (e.g., mortar, chinking), and other uses.

The purpose of this document is to quantify potential human health risks from exposures to LA at the Site under current and future conditions. This risk assessment differs from other "typical" Superfund risk assessments in that extensive interior and exterior removal actions have been conducted at the Site for more than 10 years, prior to the completion of the risk assessment, to allow for the timely removal of LA contamination while awaiting the necessary exposure and toxicity data needed complete a quantitative assessment of human health risk. Results of this risk assessment are intended to help Site managers determine if past removal actions have been sufficient to mitigate risk, if additional remedial actions are necessary to address risks, and if so, which exposure scenarios would need to be addressed in future remedial actions.

## Exposure Assessment

### Conceptual Site Model

Historical mining, milling, and processing operations, use of vermiculite in building materials, transport of mining-related materials, tailings, and waste, and runoff from the mine site are known to have released LA to the environment. People may be exposed to LA by two exposure routes: inhalation and ingestion. Of these two exposure routes, inhalation exposure of LA is considered to be of greatest concern.

Asbestos fibers in source materials are typically not inherently hazardous, unless the asbestos is released from the source material into air where it can be inhaled (EPA 2008a). Asbestos fibers may become airborne in a number of ways. This may include natural forces, such as wind blowing over a contaminated soil, or human activities that disturb contaminated sources, such as soil or indoor dust. **Figure ES-2** presents the conceptual site model (CSM) that depicts how LA in source media can be



transported in the environment to exposure media that humans may encounter at the Site. The two main types of exposure media are indoor air and outdoor air. **Table ES-1** summarizes the inhalation exposure scenarios and populations that will be evaluated in the human health risk assessment (HHRA).

## Exposure Parameters

The risk assessment evaluates potential inhalation exposures for several exposure populations, including residents, recreational visitors, teachers/students, and several types of workers (indoor workers, local tradespeople, outdoor workers). Exposure estimates in the risk assessment do not seek to evaluate exposures for specific individuals. Rather, risk estimates are calculated for representative members of the exposure population, calculating risks based on both members of the population with "typical" levels of exposure and members of the population with "high-end" exposures. These two exposure estimates are referred to as central tendency exposure (CTE) and reasonable maximum exposure (RME), respectively.

For each exposure scenario evaluated in the risk assessment, information on estimated exposure time (ET, in hours per day), exposure frequency (EF, in days per year), and exposure duration (ED, in years) is used to derive a lifetime time-weighting factor (TWF) as follows:

$$TWF = (ET/24 \cdot EF/365 \cdot ED/70)$$

The value of the TWF ranges from zero to one, and describes the average fraction of a lifetime during which the specific exposure scenario occurs.

## Exposure Point Concentrations

Predicting the LA levels in air based on measured LA levels in source media is extremely difficult. For this reason, EPA recommends an empiric approach for investigating asbestos-contaminated Superfund sites, where concentrations of asbestos in air from source disturbances are measured rather than predicted (EPA 2008a). This type of sampling is referred to as activity-based sampling (ABS).

To date, more than two dozen different ABS investigations have been conducted at the Site to evaluate potential exposures to LA from various disturbances of source media. These studies have included a wide range of activities, including, but not limited to, dusting and vacuuming inside residences, raking/mowing/digging in yard soil, riding all-terrain vehicles (ATVs), bicycling and driving on roads, and various worker activities. In total, more than 3,100 ABS air samples have been collected at the Site since 2001. In addition, more than 1,500 outdoor ambient air samples have been collected at the Site.

All ABS and ambient air samples have been analyzed by transmission electron microscopy (TEM). During the analysis, detailed information for each observed asbestos structure (e.g., asbestos type, structure type, length, width) is recorded. For the purposes of computing risk estimates, it is necessary to use the results from the TEM analysis to estimate what would have been detected had the sample been analyzed by phase contrast microscopy (PCM). This is because available toxicity information is based on workplace studies that used PCM as the primary method for analysis. For convenience, structures detected under TEM that meet the recording rules for PCM are referred to as PCM-equivalent (PCME) structures. TEM analysis results for air samples are expressed as PCME LA structures per cubic centimeter of air (s/cc).



In accordance with EPA asbestos risk assessment guidance (EPA 2008a), exposure point concentrations (EPCs) for each exposure scenario are calculated as the sample mean, evaluating non-detect samples at a concentration value of zero. In cases where air filters required the use of indirect preparation techniques prior to TEM analysis, the reported PCME LA air concentration was adjusted (decreased) by a factor of 2.5 to avoid potentially biasing calculated EPCs high due to the effect of indirect preparation.

# Toxicity Assessment

The adverse effects of asbestos exposure in humans have been the subject of a large number of studies and publications. Exposure to asbestos may induce several types of both non-cancer and cancer effects. A detailed summary of the cancer and non-cancer effects of asbestos is provided in the Agency for Toxic Substances and Disease Registry (ATSDR) *Toxicological Profile for Asbestos* (ATSDR 2001) and in EPA's *Airborne Asbestos Health Assessment Update* (EPA 1986). A detailed summary of effects related specifically to LA is provided in the *Toxicological Review for Libby Amphibole Asbestos* (EPA 2014c).

## Cancer Effects

Many epidemiological studies have reported increased mortality from cancer in workers exposed to asbestos, especially from lung cancer and mesothelioma (tumor of the thin membrane that covers and protects the internal organs of the body). In addition, a number of studies suggest asbestos exposure may increase risk of cancer of the larynx (commonly called the voice box) and ovarian cancer (IARC, 2012). Based on these findings, and supported by extensive data from animal studies, EPA has classified asbestos as a known human carcinogen.

Cancer risk from inhalation exposure is determined based on an inhalation unit risk (IUR) value, which is defined as the excess lifetime cancer risk estimated to result from continuous exposure to one asbestos fiber per cubic centimeter of air (1 f/cc). The LA-specific IUR, referred to as $IUR_{LA}$, is derived from a group of workers employed at the vermiculite mining and milling operation in and around Libby, referred to as the "Libby worker cohort". The $IUR_{LA}$ is 0.17 $(PCM\ f/cc)^{-1}$ (EPA 2014c).

## Non-Cancer Effects

Non-cancer effects from asbestos exposure include asbestosis (formation of scar tissue in the lung parenchyma) and several types of abnormalities in the pleura (the membrane surrounding the lungs), such as pleural effusions (excess fluid accumulation in the pleural space), pleural plaques (collagen deposits and calcification), and pleural thickening.

Non-cancer hazard from inhalation exposure is determined based on a reference concentration (RfC) value. The RfC is an estimate (with uncertainty spanning perhaps an order of magnitude) of a continuous inhalation exposure that is likely to be without an appreciable risk of deleterious effects in humans (including sensitive subgroups) during a lifetime (EPA 2009e). The LA-specific RfC, referred to as $RfC_{LA}$, is derived from a group of workers employed at the O.M. Scott Plant in Marysville, Ohio. This plant utilized vermiculite that originated from the mine in Libby from 1959 to 1980 in their lawn care products. Localized pleural thickening was selected as the critical effect endpoint for the derivation of the $RfC_{LA}$. The $RfC_{LA}$ is 0.00009 PCM f/cc (EPA 2014c).



# Risk Characterization

## Basic Equations

The basic equation used to estimate excess lifetime cancer risk from inhalation of LA is:

$$Risk = EPC \cdot TWF \cdot IUR_{LA}$$

*where:*

Risk =  Lifetime excess risk of developing cancer (lung cancer or mesothelioma) as a consequence of LA exposure.

EPC =  Exposure point concentration of LA in air (PCME LA s/cc). The EPC is an estimate of the long-term average concentration of LA in inhaled air for the specific activity being assessed.

TWF =  Time-weighting factor for the specific activity being assessed.

$IUR_{LA}$ = LA-specific inhalation unit risk $(0.17 \text{ PCM s/cc})^{-1}$

The basic equation used for characterizing non-cancer hazards from inhalation exposures to LA is as follows:

$$HQ = EPC \cdot TWF / RfC_{LA}$$

*where:*

HQ =  Hazard quotient for non-cancer effects from LA exposure

EPC =  Exposure point concentration of LA in air (PCME LA s/cc)

TWF =  Time-weighting factor

$RfC_{LA}$ =  LA-specific reference concentration (0.00009 PCM s/cc)

## Risk Interpretation

In general, EPA considers cumulative excess cancer risks[1] that are less than 1E-06 to be negligible, and risks greater than 1E-04 to be sufficiently large that some form of remedial action is desirable. Excess cancer risks that range between 1E-04 and 1E-06 are generally considered to be acceptable, although this is evaluated on a case-by-case basis, and EPA may determine that risks lower than 1E-04 are not sufficiently protective and warrant remedial action.

For non-cancer, if the cumulative HQ (referred to as the hazard index [HI]) is less than or equal to 1, then remedial action is generally not warranted. If the HI exceeds 1, there is some possibility that non-cancer effects may occur, although an HI greater than 1 does not indicate an effect will definitely occur. However, the larger the HI value, the more likely it is that an adverse effect may occur.

---

[1] Note that excess cancer risk can be expressed in several formats. A cancer risk expressed in a scientific notation format as 1E-06 is equivalent to 1 in 1,000,000 (one in a million) or 1x10⁻⁶. Similarly, a cancer risk of 1E-04 is equivalent to 1 in 10,000 (one in ten thousand) or 1x10⁻⁴.



# Scenario-Specific Risk Characterization

## Risks from Exposures to Ambient Air

In the past (circa 1970s), ambient air concentrations as high as 1.5 PCM f/cc were measured in downtown Libby when the mine was in operation. Beginning in 2006, there have been several long-term outdoor ambient air monitoring studies conducted in Libby, Troy, and at the mine site. These data show that average ambient air concentrations in the Libby community and in Troy are less than 0.00001 PCME LA s/cc under current conditions. Current ambient air concentrations at the Site are greatly improved relative to historical conditions and are consistent with asbestos levels that have been measured in ambient air in Eureka and Helena, Montana, as well as across the country (SRC, Inc. 2013a).

Data from the recent ambient air monitoring studies at the Site were used to calculate EPCs for use in evaluating potential exposures to LA in ambient air. All individuals at the Site have the potential to be exposed to LA in ambient air. However, for simplicity, risk estimates from exposures to ambient air were calculated for each exposure area based on the maximally-exposed receptor (e.g., residential exposure scenario in Libby). RME cancer risks are less than or equal to 1E-06 and non-cancer HQs are less than 0.1 for all Site exposure locations; CTE cancer risks and non-cancer HQs are even lower. These results indicate that exposures to LA in ambient air are not likely to be of concern to individuals at the Site and are not likely to contribute significantly to cumulative risks.

## Risks from Exposures During Soil/Duff Disturbances

### Overview

Potential exposures to LA during disturbances of soil/duff can occur for a wide range of receptor types and exposure scenarios. More than 80 different types of exposures during soil/duff disturbances were evaluated, encompassing multiple disturbance activities, exposure populations, exposure locations, and LA concentrations. In reviewing the risk estimates for exposures during soil/duff disturbance activities, there are a number of general conclusions that can be drawn:

- Estimated cancer risks and non-cancer HQs span more than four orders of magnitude depending upon the exposure scenario.

- For a given exposure scenario, non-cancer HQs can exceed 1 even when cancer risks are less than 1E-04, which indicates that non-cancer exposure is a more sensitive metric of potential concern. (For LA, a non-cancer HQ of 1 is approximately equivalent to a cancer risk of 1E-05.)

- There were only a few soil/duff disturbance exposure scenarios where risks from the exposure scenario alone had the potential to be above a level of concern based on RME, including residential and outdoor worker exposures during disturbances of yard soils with detected LA at properties in Libby and Troy, outdoor worker exposures during disturbances of subsurface soils with LA contamination at properties in Libby and Troy, and rockhound exposures in the disturbed area of the mine.

- Quantitative risks were not calculated for potential exposures to workers exposed to residual LA in subsurface soils in the former Screening Plant and Export Plant areas; however, these exposure scenarios could result in potentially unacceptable exposures and risks because LA concentrations greater than 1% are present in subsurface soil beneath the cover fill in some areas.



- Exposure to LA in outdoor air during yard soil disturbances has the potential to be an important exposure scenario. Even when only trace levels of LA are present in the soil, this exposure scenario, when considered alone, could yield non-cancer HQs greater than 1, depending upon the spatial extent of the LA in soil and the frequency and intensity that these soils are disturbed.

**Extrapolation to Properties without ABS**

As noted above, exposure to LA in outdoor air during yard soil disturbances has the potential to be an important exposure scenario. There are more than 5,000 residential/commercial properties in Libby and Troy. Because it is not feasible to evaluate risks by conducting outdoor ABS at every property, it is necessary to use the measured ABS data from the properties where ABS has been performed to draw risk conclusions about properties where ABS has not been performed. This is accomplished by assuming that properties without ABS data, but having the same LA soil level and similar disturbance activities, will have similar outdoor air concentrations as properties with ABS data.

**Table ES-2** presents estimated RME cancer risks and non-cancer HQs from exposures to LA during soil disturbances for a range of LA soil levels at residential properties in Libby and Troy. In interpreting these risk estimates, it is important to understand that these calculations are intended to represent a given LA soil concentration. However, a specified exposure area for a property may have varying LA soil concentrations with differing spatial extents. The evaluation of risk at a property is based on the average exposure across the entire exposure area. Thus, for exposure areas that encompass varying soil concentrations, it is necessary to derive a spatially-weighted average risk estimate for the entire exposure area. **Figure ES-3** presents a simplified example of this approach.

**Background LA Concentrations in Soil**

EPA has conducted several investigations at the Site to characterize LA in soil from areas that are thought to be representative of "background" conditions, meaning that the soils are not expected to be affected by anthropogenic releases from vermiculite mining and processing activities. LA structures have been consistently detected in background soils within the Kootenai Valley. However, potential exposures and risks from LA in background soil are likely to be low.

## Risks from Exposures to Indoor Air

There are a wide range of different activities that could occur inside buildings (residences, businesses, schools, etc.) at the Site that could result in exposures to LA. There have been several indoor ABS investigations to evaluate LA concentrations in air during various indoor disturbance scenarios, including indoor exposures inside residences, schools, and commercial and industrial buildings in Libby and Troy. In general, ABS air samples were collected under two representative conditions – active and passive behaviors. Active behaviors include indoor activities in which a person is moving about the building and potentially disturbing indoor sources; such activities have included walking from room to room, sitting down on upholstered chairs, sweeping, and vacuuming. Passive behaviors are minimally energetic actions, such as sitting and reading a book, watching television, and working at a desk, that will have low tendency to disturb any indoor source materials. In addition, air samples were also collected to evaluate potential exposures to local tradespeople (e.g., carpenter, electrician, plumber) from high intensity disturbances of vermiculite insulation (VI) or other asbestos-containing building materials.

With the exception of indoor exposures at properties under "pre-removal" conditions and during tradesperson activities (discussed below), estimated RME cancer risks were less than 1E-04 and non-cancer HQs were less than 1 for all indoor exposure scenarios.



Estimated RME non-cancer HQs were greater than 1 for both residential exposures and indoor worker exposures to LA inside "pre-removal" properties (these are properties where an interior removal has been deemed necessary, but a removal had not been completed at the time of the ABS). Activities associated with active disturbance behaviors contributed most to total exposures. Non-cancer HQs were less than 1 for properties where an interior removal has been completed ("post-removal") and for properties where an interior removal was deemed not to be necessary ("no removal required"). These results demonstrate that interior investigations and removals have been effective at identifying and mitigating sources of LA inside properties.

Exposures of local tradespeople to LA while working inside buildings have the potential to result in RME cancer risks greater than or equal to 1E-04 and non-cancer HQs greater than 1 for all the activities investigated, which included active disturbances of VI (e.g., wall demolition, attic detailing, cleaning living space areas with visible VI). These results indicate that local tradesperson exposures have the potential to be significant and result in risks above a level of concern if appropriate personal protective measures are not employed to mitigate exposures during active disturbances of indoor source materials. There is the potential for tradesperson exposures to occur, even for properties that have had an interior removal or where no interior removal has been deemed necessary, if source materials have been left in place (e.g., VI contained within walls).

## Risks from Exposures during Disturbances of Wood-Related Materials

Extensive data have been collected in the forested area near the mine site (CDM Smith 2015a) and in the forested area near the current Site NPL boundary (CDM Smith 2013g). These data show that LA structures are present on the outer bark surface of trees at the Site. If LA-containing trees or wood-related materials (e.g., woodchips, mulch) are disturbed, people may be exposed to LA that is released to air from the wood. If LA-containing trees are used as a source of firewood (e.g., in a residential woodstove), studies have shown that LA fibers can become concentrated in the resulting ash (Ward *et al.* 2009; EPA 2012c), which itself can become a source of potential LA exposure.

A number of ABS studies have been performed at the Site to provide measured data on LA concentrations in air during a variety of disturbances of wood-related materials, including ABS studies during residential wood harvesting activities, commercial logging activities, wood chipping activities, forest maintenance activities, woodchip/mulch disturbance activities, and woodstove ash disturbance activities. With the exception of activities related to commercial logging and the removal of ash from a woodstove (discussed below), estimated RME cancer risks were less than 1E-04 and non-cancer HQs were less than 1 for all wood-related exposure scenarios.

When commercial logging activities were conducted in an area located near the mine with higher concentrations of LA in tree bark and duff, estimated RME cancer risks for all commercial logging activities were less than 1E-04, but non-cancer HQs were greater than or equal to 1 during timber skidding and site restoration activities. However, when commercial logging activities were conducted in an area further from the mine, where concentrations of LA in tree bark and duff were lower, estimated RME cancer risks were less than 1E-04 and non-cancer HQs were less than 1 for all commercial logging activities.

Estimated RME non-cancer HQs for activities associated with the removal of ash from a woodstove differed depending on the source of the firewood that was burned. The estimated HQ was greater than 1 when firewood was collected from a location near the mine (where tree bark LA levels are highest), but HQs were less than 1 when firewood was collected from a location intermediate or far from the



mine. RME cancer risks from exposure to LA in woodstove ash were less than 1E-04 regardless of the wood source. These risk estimates demonstrate that exposures to LA in woodstove ash may be an important contributor to cumulative exposures, if the ash is derived from a wood source in close proximity to the mine.

## Risks from Exposures during Fire-Related Activities

ABS studies have been performed at the Site to provide measured data on LA concentrations in air during fire-related activities to provide information on potential exposures to fire fighters during an understory burn and to forest workers during a slash pile burn. Estimated RME cancer risks were less than 1E-04, but non-cancer HQs were greater than or equal to 1 for several fire-related exposure scenarios. The RME non-cancer HQs were greater than 1 during slash pile building activities and were greater than or equal to 1 during mop-up activities for the understory burn (when mop-up activities were conducted by hand) for both "wet" and "dry" mop-up scenarios. These risk estimates demonstrate that fire-related exposures have the potential to be significant near the mine if appropriate personal protective measures are not employed to mitigate exposures.

# Cumulative Risk Characterization

## Basic Approach

The calculation of cumulative risks is complicated by the fact that the exposure pattern of each individual at the Site may be unique. However, EPA does not typically perform risk calculations for specific individuals, but rather for generic classes of receptor populations with common exposure patterns. Thus, the goal of the cumulative risk assessment is to illustrate how risk depends on different types of disturbance activities, LA levels in the source media, and exposure locations.

Cumulative risk from asbestos is expressed as the sum of all the cancer risks or non-cancer HQs from various types of asbestos exposure scenarios. Exposure-specific TWF values for use in the cumulative assessment were selected by specifying the fraction of the lifetime spent engaging in each exposure scenario, taking care to ensure that the cumulative TWF is equal to 1.0. This approach is illustrated in **Figure ES-4**.

## Cumulative Risk Examples

There are essentially an infinite number of possible exposure scenario combinations that could be evaluated in the cumulative risk assessment for the Site. The choice of which combinations to evaluate is a matter of judgment. For the purposes of this risk assessment, several alternate cumulative exposure scenario combinations were evaluated, representing a wide range of potential cumulative risks. These examples help to identify which exposure scenarios that tend to have the largest contribution to cumulative risk.

**Figure ES-5** presents a graphical illustration of the cumulative assessment for one example receptor scenario. In this figure, the upper panel illustrates the fraction of time that each exposure scenario contributes to the total lifetime (i.e., a 70-year lifetime). The lower panel illustrates the contribution of each exposure scenario to the cumulative HI. The table below the figures provides a tabular presentation of the information shown in the two figures. (Note: This figure only presents cumulative HIs as the non-cancer endpoint appears to be the more sensitive metric of potential risk.)



In reviewing the cumulative exposure scenarios, several general observations can be made:

- Cumulative HI estimates were less than 1 when exposures occurred at properties and locations with lower levels of LA. However, cumulative HI estimates were greater than 1 when exposures occurred at properties and locations with higher levels of LA.

- Exposure scenarios that contributed the most time to the total lifetime exposure do not necessarily contribute most to the cumulative HI. In some cases, exposure scenarios that contribute little to the total lifetime exposure time can contribute significantly to the cumulative HI. For example, in **Figure ES-5**, exposures to LA in outdoor air during disturbances of yard soil (exposure scenario "D") contributes about 3% to the total lifetime exposure time, but about 14% to the cumulative HI.

- When cumulative exposure includes exposure scenarios that actively disturb LA-contaminated source materials (e.g., hiking along lower Rainy Creek near the mine, riding ATVs in the disturbed areas of the mine, disturbing yard soils with detected LA, performing timber skidding operations near the mine site, or disturbing VI during tradesperson activities), these pathways are important risk drivers for cumulative HI estimates.

- It is possible to reduce cumulative exposures and risks, without altering activity behavior patterns, by lowering LA levels in source media where disturbance activities are performed (e.g., removing yard soil with LA) (see **Figure ES-6**) and/or by changing the locations where the activities are performed (e.g., collecting firewood or performing logging in areas further from the mine site) (see **Figure ES-7**).

- As illustrated in **Figure ES-8**, it is not necessary to address every single exposure scenario to significantly lower cumulative risk. Addressing exposures for a small subset of the potential exposure scenarios, focusing on risk drivers, will have the greatest impact in lowering cumulative exposures and risks.

- It is possible for individual exposure scenario HQs to be less than 1, but the cumulative HI across all exposure scenarios to be greater than 1. Thus, risk managers should consider both cumulative risks and individual exposure scenario risks to identify potential risk drivers to guide decisions on future remedial levels and/or institutional controls.

## Uncertainty Assessment

As with all HHRAs, uncertainties exist due to limitations in the exposure and toxicity assessments and our ability to accurately determine cumulative exposure and risk from multiple sources over a lifetime. This risk assessment has used the best available science to evaluate potential human health exposures and risks from LA at the Site; however, there are number of sources of uncertainty that affect the risk estimates that must be considered when making risk management decisions. The most important of these uncertainties are listed below.

- Uncertainty in true long-term average LA concentrations in air

- Uncertainty in the EPC due to non-detects

- Uncertainty due to air filter preparation methods

- Uncertainty due to analytical methods



- Uncertainty due to field collection methods

- Uncertainty in human exposure patterns

- Uncertainty in toxicity values used in risk characterization

- Uncertainty in the cumulative risk estimates

Because of these uncertainties, the cancer risks and non-cancer HQs for individual exposure scenarios are uncertain, and consequently all estimates of cumulative cancer risks and non-cancer HI values presented in this HHRA are also uncertain, and should be considered to be approximate. Actual risks may be either higher or lower than estimated.



# EXECUTIVE SUMMARY TABLES AND FIGURES



**Figure ES-1**
Site Location Map
Libby Asbestos Superfund Site | Libby, MT



Figure ES-2. Conceptual Site Model for Human Inhalation Exposures
**Libby Asbestos Superfund Site**

**FIGURE ES-3**
**Example of Exposure Area Spatial-Weighting Approach**

**Panel A: Exposure Area Soil Concentrations**

Soil Sample #1:
**Non-detect**

Soil Sample #2:
**Trace (<0.2%)**

Soil Sample #3:
**1%**

**Panel B: Estimated HQs* for Each Subarea**

**Non-detect**
Soil Concentration HQ = 0.1

**Trace (<0.2%)**
Soil
Concentration
HQ = 2

**1%**
Soil
Concentration
HQ = 7

**Panel C: Estimated Average HQ for the Entire Exposure Area**

Exposure Area HQ =
(0.1 · 0.5) +
(2 · 0.25) +
(7 · 0.25)
**= 2**

*Based on Libby Yard Soil Disturbance Residential HQs (see **Table ES-2**)
HQ = hazard quotient

**FIGURE ES-4. ILLUSTRATION OF CUMULATIVE ASSESSMENT TWF APPROACH**



| | Exposure Scenario | TWF | % of total |
|---|---|---|---|
| A | Outdoor air under ambient conditions | 0.20 | 20% |
| B | Outdoor air while fishing along the Kootenai River | 0.03 | 3% |
| C | Indoor air at an OU4 property under active conditions | 0.15 | 15% |
| D | Indoor air at an OU4 property under passive conditions | 0.48 | 48% |
| E | Outdoor air at an OU4 property during yard work | 0.03 | 3% |
| F | Indoor air at the Central Maintenance Building in OU5 | 0.11 | 11% |
| | cumulative: | 1.00 | |

**Notes:**

% - percent

OU - Operable Unit

TWF - time-weighting factor

**FIGURE ES-5. CUMULATIVE ASSESSMENT FOR RECEPTOR EXAMPLE 1**

Panel A: Exposure Scenario Contribution to Cumulative TWF



Panel B: Exposure Scenario Contribution to Cumulative HI



|  | | TWF | | Risk Estimates | | |
|---|---|---|---|---|---|---|
| Exposure Scenario | | Value | % of total | Risk | HQ | % of total |
| A | Ambient air, OU4 | 0.15 | 15% | 2E-07 | 0.01 | 1% |
| B | Indoor air, OU4, post-removal, resident, passive | 0.30 | 30% | 2E-06 | 0.1 | 14% |
| C | Indoor air, OU4, post-removal, resident,active | 0.15 | 15% | 5E-06 | 0.3 | 43% |
| D | Outdoor air, yard soil, curb-to-curb | 0.034 | 3% | 2E-06 | 0.1 | 14% |
| E | Indoor air, OU4, no removal, worker, passive | 0.030 | 3% | 2E-07 | 0.01 | 1% |
| F | Indoor air, OU4, no removal, worker, active | 0.030 | 3% | 1E-06 | 0.07 | 10% |
| G | Outdoor air, OU4, Libby Middle, student | 0.00070 | 0.07% | 2E-07 | 0.02 | 3% |
| H | Outdoor air, OU4, Koot. Valley HS, student | 0.00021 | 0.02% | 0E+00 | 0 | 0% |
| I | Outdoor air, OU4, Libby Elem., student | 0.0035 | 0.4% | 1E-06 | 0.07 | 10% |
| J | Indoor air, OU4, student, Elem. School | 0.014 | 1% | 1E-07 | 0.009 | 1% |
| K | Outdoor air, OU7, Golf course, adult | 0.02 | 2% | 0E+00 | 0 | 0% |
| L | Outdoor air, OU4, biking, adult | 0.0016 | 0.2% | 0E+00 | 0 | 0% |
| M | Outdoor air, OU5, MotoX, participant | 0.0034 | 0.3% | 0E+00 | 0 | 0% |
| N | Outdoor air, OU4, LUA soil, ATV, A | 0.00036 | 0.04% | 7E-08 | 0.005 | 0.7% |
| O | Outdoor air, OU3, forest, hiking, far | 0.0036 | 0.4% | 1E-07 | 0.009 | 1% |
| P | Outdoor air, OU3, Kootenai, fishing | 0.0029 | 0.3% | 0E+00 | 0 | 0% |
| Q | Outdoor air, OU8, Driving in Libby | 0.0041 | 0.4% | 0E+00 | 0 | 0% |
| R | Offsite | 0.25 | 25% | 0E+00 | 0 | 0% |
| cumulative*: | | **1.000** | | **1E-05** | **0.7** | |

* All HQ and HI values are expressed to one significant figure; thus, the height of the bar may appear different from the HI value shown in the table.

**Notes:**

| | | |
|---|---|---|
| % - percent | HI - hazard index | MotoX - motorcross |
| < - less than | HQ - hazard quotient | OU - Operable Unit |
| ATV - all-terrain vehicle | LUA - limited use area | TWF - time-weighting factor |

**FIGURE ES-6. ILLUSTRATION OF CUMULATIVE HI FOR DIFFERENT YARD SOIL CONCENTRATIONS**
*Libby Asbestos Superfund Site*



\* All HQ and HI values are expressed to one significant figure; thus, the height of the bar may appear different from the HI value shown.

**Notes:**

% - percent

ATV - all-terrain vehicle

HI - hazard index

HQ - hazard quotient

LUA - limited use area

MotoX - motorcross

OU - Operable Unit

PLM - polarized light microscopy

**FIGURE ES-7. ILLUSTRATION OF CUMULATIVE HI FOR DIFFERENT ACTIVITY LOCATIONS** *Libby Asbestos Superfund Site*

**Panel A: Woodstove Firewood Source**



[a] Near mine: firewood collected approximately one mile downwind of the mine site
[b] Far from mine: firewood collected approximately 10 miles south of Libby and outside the current NPL boundary

**Panel B: Commercial Logging Area**



[a] Near mine: Logging activities performed within 1 mile of the mine
[b] Intermed. from mine: Logging activities performed about 4 miles from the mine

\* All HQ and HI values are expressed to one significant figure; thus, the height of the bar may appear different from the HI value shown.

**Notes:**
ATV - all-terrain vehicle
HI - hazard index
HQ - hazard quotient
NPL - National Priorities List
OU - Operable Unit

**FIGURE ES-8. ILLUSTRATION OF CUMULATIVE HI CHANGE WHEN ADDRESSING MAIN RISK DRIVERS**
*Libby Asbestos Superfund Site*



[a] Change hiking location from along Rainy Creek to along the Kootenai River

[b] Use appropriate personal protective equipment and employ dust mitigation measures during tradesperson

* All HQ and HI values are expressed to one significant figure; thus, the height of the bar may appear different from the HI value shown.

**Notes:**
HI - hazard index
HQ - hazard quotient
OU - Operable Unit
PPE - personal protective equipment

**TABLE ES-1**
**Conceptual Site Model, Exposure Scenarios and Populations**
*Libby Asbestos Superfund Site*

| Exposure Media | Exposure Locations | Operable Unit | Disturbance Description | Resident | Recreational Visitor | Teachers/students | Indoor Worker | Tradesperson | Outdoor Worker |
|---|---|---|---|---|---|---|---|---|---|
| Outdoor air, ambient conditions | Outdoor | All | --- | ● | ● | ● | ● | ● | ● |
| Outdoor air, during soil/duff disturbance activities | Parks | OU1, OU4, OU7 | lawn/park maintenance | | | | | | ● |
| | | | park use | | ● | | | | |
| | Road ROW | OU2, OU8 | mowing/brush-hogging | | | | | | ● |
| | Kootenai River | OU2, OU3 | hiking on trails/paths | | ● | | | | |
| | | | fishing/boating | | ● | | | | |
| | Mine Site, Rainy Creek | OU3 | hiking, ATV riding, rockhound | | ● | | | | |
| | Forested Areas | OU3, OU4 | hiking | | ● | | | | |
| | | | building campfires | | ● | | | | |
| | | | ATV riding | | ● | | | | |
| | | | USFS forest maintenance | | | | | | ● |
| | | | cutting firelines | | | | | | ● |
| | Residential/Commercial Properties | OU2, OU4, OU7 | yard work | ● | | | | | ● |
| | | | gardening | ● | | | | | ● |
| | | | playing on driveways | ● | | | | | |
| | | | ATV riding in LUAs | ● | | | | | |
| | Schools | OU4, OU7 | outdoor maintenance | | | | | | ● |
| | | | playing on playgrounds | | | ● | | | |
| | Bike Trails/Paths | OU4, OU5, OU7 | riding bicycles | | ● | | | | |
| | Roads | OU3, OU8 | driving cars | ● | ● | ● | ● | ● | ● |
| | Motocross Track | OU5 | motocross participant/spectator | | ● | | | | |
| | Industrial Properties | OU5 | site maintenance | | | | | | ● |
| | Railyard/Railroad Corridors | OU6 | RR maintenance | | | | | | ● |
| Outdoor air, during tree bark disturbance activities | Forested Areas | OU3, OU4 | local wood harvesting | ● | | | | | |
| | | | commercial logging | | | | | | ● |
| | | | campfire burning | | ● | | | | |
| | | | wildfire, prescribed burns | ● | ● | ● | ● | ● | ● |
| | Landfills | OU4, OU7 | woodchipping | | | | | | ● |
| Outdoor air, during woodchip/mulch disturbance activities | Residential/Commercial Properties | OU2, OU4, OU7 | gardening/landscaping | ● | | | | | |
| | Woodchip Piles | OU5 | pile maintenance | | | | | | ● |
| Outdoor air, during ash disturbance activities | Forested Areas | OU3, OU4 | after wildfire, prescribed burns | | | | | | ● |
| | | | after campfires | | ● | | | | |
| Indoor air, passive conditions | Residential/Commercial Properties | OU4, OU7 | --- | ● | | | ● | | |
| | Industrial Properties | OU5 | --- | | | | ● | | |
| | Schools | OU4, OU7 | --- | | | ● | | | |
| Indoor air, during VI disturbance activities | Residential/Commercial Properties | OU4, OU7 | attic use, routine property maintenance | ● | | | | ● | |
| | | | construction/demolition | ● | | | | ● | |
| Indoor air, during indoor dust disturbance activities | Residential/Commercial Properties | OU4, OU7 | cleaning (sweeping, dusting, vacuuming) | ● | | | | | |
| | Commercial/Industrial Buildings | OU1, OU5 | general | | | | | ● | |
| | Schools | OU4, OU7 | general | | | ● | | | |
| Indoor air, during woodstove ash disturbance activities | Residential/Commercial Properties | OU4, OU7 | woodstove ash removal | ● | | | | | |

[a] Note that a given individual may be a member of several exposure populations. For example, an individual may live in OU7, work in OU4, and recreate in OU3. In this example, aspects of the exposure scenarios for a resident, indoor worker, and recreational visitor would apply to the individual. The cumulative assessment addresses cumulative exposures that span multiple exposure scenarios.

**Notes:**

ATV - all-terrain vehicle       USFS - United States Forest Service
LUAs - limited-use areas        VI - vermiculite insulation
OU - operable unit              RR - railroad
ROW - right-of-way

**TABLE ES-2**
**Estimated Risks from Residential Exposures to LA During Soil Disturbance Activities**
*Libby Asbestos Superfund Site*

| Location | Expsoure Scenario & Soil Concentration | | Yard ABS Script Intensity | EPC Mean Air Conc. (PCME LA s/cc)[+] | RME Exposure Parameters | | | | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | | |
| Libby (OU4) | **Yards (Mowing, Raking, Digging)** | | | | | | | | | |
| | Non-detect | high intensity | | 0.0040 | 0.3 | 60 | 52 | 0.0015 | 1E-06 | 0.07 |
| | | typical intensity | | 0.00011 | 6.3 | 60 | 52 | 0.032 | 6E-07 | 0.04 |
| | | **TOTAL** | | | | | | | 2E-06 | 0.1 |
| | Trace (<0.2%) | high intensity | | 0.061 | 0.3 | 60 | 52 | 0.0015 | 2E-05 | 1 |
| | | typical intensity | | 0.0024 | 6.3 | 60 | 52 | 0.032 | 1E-05 | 0.9 |
| | | **TOTAL** | | | | | | | 3E-05 | 2 |
| | ≥ 0.2% | high intensity | | 0.21 | 0.3 | 60 | 52 | 0.0015 | 5E-05 | 4 |
| | | typical intensity | | 0.0080 | 6.3 | 60 | 52 | 0.032 | 4E-05 | 3 |
| | | **TOTAL** | | | | | | | 1E-04 | 7 |
| | **Gardens (Rototilling)** | | | | | | | | | |
| | Trace (<0.2%) | | --- | 0.039 | 2 | 2 | 52 | 0.00034 | 2E-06 | 0.1 |
| | **Gardens (Digging)** | | | | | | | | | |
| | Non-detect | | --- | 0.00020 | 3.3 | 40 | 52 | 0.011 | 4E-07 | 0.03 |
| | Trace (<0.2%) | | --- | 0.00066 | 3.3 | 40 | 52 | 0.011 | 1E-06 | 0.08 |
| | ≥ 0.2% | | --- | 0 | 3.3 | 40 | 52 | 0.011 | 0E+00 | 0 |
| | **Driveway (Playing & Digging)** | | | | | | | | | |
| | Non-detect | | --- | 0 | 2 | 225 | 15 | 0.011 | 0E+00 | 0 |
| | Trace (<0.2%) | | --- | 0.0057 | 2 | 225 | 15 | 0.011 | 1E-05 | 0.7 |
| | ≥ 0.2% | | --- | 0.0050 | 2 | 225 | 15 | 0.011 | 9E-06 | 0.6 |
| | **LUAs (ATV-riding)** | | | | | | | | | |
| | Non-detect | | --- | 0.0012 | 2 | 20 | 52 | 0.0034 | 7E-07 | 0.05 |
| | Trace (<0.2%) | | --- | 0.0014 | 2 | 20 | 52 | 0.0034 | 8E-07 | 0.05 |
| Troy (OU7) | **Yards (Mowing, Raking, Digging)** | | | | | | | | | |
| | Non-detect | | typical intensity | 0.000062 | 6.6 | 60 | 52 | 0.034 | 4E-07 | 0.02 |
| | Trace (<0.2%) | | typical intensity | 0 | 6.6 | 60 | 52 | 0.034 | 0E+00 | 0 |
| | **Residential, Outdoor Gardens (Digging & Rototilling)[++]** | | | | | | | | | |
| | Non-detect | | --- | 0.000023 | 5.3 | 42 | 52 | 0.019 | 7E-08 | 0.005 |
| | Trace (<0.2%) | | --- | 0 | 5.3 | 42 | 52 | 0.019 | 0E+00 | 0 |
| | **Residential, Outdoor Driveway (Playing & Digging)** | | | | | | | | | |
| | Non-detect | | --- | 0.000079 | 2 | 225 | 15 | 0.011 | 1E-07 | 0.01 |
| | Trace (<0.2%) | | --- | 0.000085 | 2 | 225 | 15 | 0.011 | 2E-07 | 0.01 |

[+] Concentrations have been adjusted to account for filter preparation method (see Section 2.3.4).
[++] Exposure time and frequency have been summed because the EPC is based on a combination of the activities.

**Notes:**

ABS - activity-based sampling
ATV - all- terrain vehicle
Conc. - concentration
CTE - central tendency exposure
ED - exposure duration
EF - exposure frequency
EPC - exposure point concentration
ET - exposure time
HQ - hazard quotient

LA - Libby amphibole asbestos
LUA - limited use areas
PCME - phase contrast microscopy - equivalent
RME - reasonable maximum exposure
s/cc - structures per cubic centimeter
TWF - time-weighting factor
% - percent
< - less than

# Section 1

# Introduction

The report presents the Site-wide human health risk assessment (HHRA) for the Libby Asbestos Superfund Site (Site) in Libby, Montana. This risk assessment uses available data to estimate the health risks to people who may breathe asbestos in air, either now or in the future, at the Site. The methods used to evaluate human health risks from asbestos are in basic accordance with U.S. Environmental Protection Agency (EPA) guidelines for evaluating risks at Superfund sites (EPA 1989), including guidance, the *Framework for Investigating Asbestos-Contaminated Superfund Sites (Asbestos Framework)* (EPA 2008a), that has been specifically developed to support evaluations of exposure and risk from asbestos.

## 1.1 Site Background

Libby is a community in northwestern Montana that is located near a former vermiculite mine (**Figure 1-1**). Vermiculite is a naturally-occurring silicate mineral that exhibits a sheet-like structure similar to mica (**Figure 1-2**). When heated, water molecules between the sheets change to vapor and cause the vermiculite to expand like popcorn into a light porous material (**Figure 1-2**). This process of expanding vermiculite is termed "exfoliation" or "popping." Both unexpanded and expanded vermiculite have a range of commercial applications, the most common of which include packing material, attic and wall insulation, various garden and agricultural products, and various cement and building products.

The vermiculite mine near Libby began limited operations in the 1920s and was operated on a larger scale by the W.R. Grace Company (Grace) from approximately 1963 to 1990. Operations at the mine included mining and milling of the vermiculite ore. After milling, concentrated ore was transported down Rainy Creek Road by truck to a screening facility (known today as the former Screening Plant) adjacent to Montana Highway 37, near the confluence of Rainy Creek and the Kootenai River (**Figure 1-3**). Here the ore was size-sorted and transported by rail or truck to processing facilities in Libby and nationwide. At the processing plants, the ore was exfoliated by rapid heating and exported to market by rail or truck.

Historic maps show the location of a processing plant at the edge of the former Stimson Lumber Mill, near present day Libby City Hall. This older processing plant was taken off-line and demolished sometime in the early 1950s. Another processing plant (known today as the former Export Plant) was located near downtown Libby, near the intersection of the Kootenai River and Montana Highway 37 (**Figure 1-3**). Expansion operations at the Export Plant ceased sometime prior to 1981, although site buildings were still used to bag and export milled ore until 1990.

During mine operations, invoices indicate shipment of nearly 10 billion pounds of vermiculite from Libby to processing centers and other locations. Most of this was shipped and used within the United States and was often sold under the brand name Zonolite (**Figure 1-2**). Vermiculite material was used in a variety of commercial products that were marketed and sold to the general public. Before the mine closed in 1990, Libby produced approximately 80 percent (%) of the world's supply of vermiculite.



While the mine was in operation, the milling process released airborne particulates into the atmosphere (**Figure 1-4**). In addition, waste products and off-specification materials were made available to the general public. Further, vermiculite products were used in numerous private residences, businesses, and public buildings across the Site. Vermiculite insulation (VI), both commercially purchased and/or obtained otherwise, was used frequently in Libby buildings. In the course of various Site investigations, EPA has encountered vermiculite used as an additive in mortar, plaster, and concrete; as insulation in attic and walls; in soils at depth around septic tanks, tree roots, underground pipe trenches, building foundations; and in surface soils in gardens, yards, driveways, and play areas (EPA 2014a).

## 1.2 Basis for Concern

Vermiculite from the mine near Libby contains varying concentrations of asbestos. Asbestos is the generic name for a group of naturally-occurring magnesium silicate minerals that crystallize in long thin fibers. The basic chemical unit of asbestos is $[SiO_4]^{-4}$. This basic unit consists of four oxygen atoms at the apices of a regular tetrahedron surrounding and coordinated with one silicon ion $(Si^{+4})$ at the center. The silicate tetrahedra can bond to one another through the oxygen atoms, leading to a variety of crystal structures. Based on crystal structure, asbestos minerals are usually divided into two groups: serpentine and amphibole. The only asbestos mineral in the serpentine group is chrysotile. There are several minerals in the amphibole group that occur in the asbestiform habit, including actinolite, tremolite, winchite, richterite, amosite (cummingtonite/grunerite), anthophyllite, and crocidolite (riebeckite). EPA's Toxic Substances Control Act identifies six types of regulated asbestiform varieties of asbestos: chrysotile, crocidolite, amosite, anthophyllite, tremolite, and actinolite.

The vermiculite deposit near Libby contains a distinct form of naturally-occurring amphibole asbestos that is comprised of a range of mineral types and morphologies (see **Figure 1-2**). In the spring of 2000, the U.S. Geological Survey (USGS) performed electron probe micro-analysis and x-ray diffraction analysis of 30 samples collected from asbestos veins at the mine (Meeker *et al.* 2003). The results indicated that there were several mineral varieties of amphibole asbestos present, including (in order of decreasing abundance) winchite, richerite, and tremolite, with lower levels of magnesio-riebeckite, edenite, and magnesio-arfvedsonite. Although Meeker *et al.* (2003) did not report the presence of actinolite, the authors note that, depending on the valence state of iron and data reduction methods utilized by other analytical laboratories, some minerals may also be classified as actinolite. The mixture of asbestos present at the Site is referred to as Libby amphibole asbestos or LA[2].

Historical mining, milling, and processing operations, as well as bulk transfer of mining-related materials, tailings, and waste to locations throughout the Kootenai Valley, are known to have resulted in releases of LA to the environment. Epidemiological studies revealed that workers at the mine had an increased risk of developing asbestos-related lung disease (McDonald *et al.* 1986a, 1986b, 2004; Amandus and Wheeler 1987; Amandus *et al.* 1987a,b; Whitehouse 2004; Sullivan 2007). Additionally, radiographic abnormalities were observed in 17.8% of the general population of Libby, including former workers, family members of workers, and other residents of Libby and Troy, Montana (Peipins *et al.* 2003; Whitehouse *et al.* 2008; Antao *et al.* 2012; Larson *et al.* 2010, 2012a, 2012b). Although the

---

[2] The *Toxicological Review for Libby Amphibole Asbestos* (EPA 2014c) uses the acronym LAA.



mine ceased operations in 1990, historical or continuing releases of LA from mine-related materials could be serving as a source of ongoing exposure and risk to individuals at the Site.

The Site includes homes and businesses that may have become contaminated with LA as a result of the vermiculite mining and processing conducted in and around Libby, as well as other areas that may have been affected by mining-related releases of LA. In addition to vermiculite mining and processing activities, LA contamination also occurred as a consequence of use of LA-contaminated vermiculite as building insulation in residential and commercial buildings and as soil amendments (e.g., gardens and flowerbeds), use of LA-contaminated building materials (e.g., mortar, chinking), and other uses.

## 1.3 Regulatory History

In November 1999, EPA responded to requests from the State of Montana, Lincoln County Health Board to investigate the potential exposure to asbestos related to the former mine operations and vermiculite processing. The initial investigation revealed that there were a large number of cases of asbestos-related diseases centered around Libby and that significant amounts of asbestos-contaminated vermiculite still remained in and around Libby (EPA 2000a).

Under Section 104 of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), EPA has the authority to complete both removal and remedial actions. Initial actions taken under removal authority began at the former processing areas (Screening Plant and Export Plant) in May 2000 (EPA 2000a). As additional areas requiring removal were identified, such as Rainy Creek Road, residential/commercial properties in Libby, and schools in Libby, the initial Site action memorandum has been amended (EPA 2002a; 2006a, b; 2008b; 2009a, b). Nearly all removal activities performed at the Site since 2000 have been conducted using removal action authority to facilitate the timely removal of LA-contaminated materials. Remedial actions have been completed at the former processing areas; EPA is in the process of evaluating what remedial actions are necessary outside of the former processing areas to address potential LA exposures.

In October 2002, the Libby Site was listed on the National Priorities List (NPL), making it eligible to receive additional federal funds for investigation and removals. In 2009, for the first time in the history of the federal government, EPA and the Department of Human Health Services declared a Public Health Emergency in Libby to provide federal health care assistance for victims of asbestos-related disease.

## 1.4 Site Operable Units

For long-term management purposes, the Site has been divided into eight operable units (OUs):

- **OU1, Former Export Plant** - This OU is defined geographically by the parcel of land that included the former Export Plant and the Highway 37 embankments, and is situated on the south side of the Kootenai River, just north of the downtown area of the City of Libby. The property is bound by the Kootenai River on the north, the Burlington Northern and Santa Fe (BNSF) railroad thoroughfare on the south, and residential properties on the east and west.

- **OU2, Former Screening Plant** - This OU includes areas impacted by contamination released from the former Screening Plant. These areas include the former Screening Plant, the Flyway property, the Highway 37 right-of-way (ROW) adjacent to the former Screening Plant and/or Rainy Creek Road, and privately-owned properties. The Kootenai Bluff Subdivision area (the



former Grace railroad loading station area), located directly across the Kootenai River from the former screening plant, was removed from OU2 and is now part of OU4.

- **OU3, Mine** – This OU is defined as the property in and around the Zonolite Mine owned by Grace or Grace-owned subsidiaries (excluding OU2) and any area (including any structure, soil, air, water, sediment, or receptor) impacted by the release and subsequent migration of hazardous substances and/or pollutants or contaminants from such property, including, but not limited to, the mine property, the Kootenai River and sediments therein, Rainy Creek, Rainy Creek Road and areas in which tree bark is contaminated with such hazardous substances and/or pollutants and contaminants.

- **OU4, Libby Residential/Commercial Areas** - OU4 is defined as residential, commercial, industrial (not associated with Grace mining operations), and public properties, including schools and parks, in and around the City of Libby, or those properties that have received material from Grace.

- **OU5, Former Stimson Lumber Mill** - This OU is defined geographically by the parcel of land that included the former Stimson Lumber Company. OU5 is bounded by the high bank of Libby Creek to the east, the Kootenai River to the north, and properties within OU4 to the south and west. This OU is currently occupied by various vacant structures/buildings as well as multiple operating businesses (e.g., lumber processing, log storage, excavation contractor). Within the OU5 boundary is the Libby Groundwater Superfund Site, which is not associated with the Libby Asbestos Superfund Site.

- **OU6, BNSF Railroad** - This OU is owned and operated by the BNSF railroad, and is defined geographically by the BNSF property boundaries from the eastern boundary of OU4 to the western boundary of OU7 and extent of contamination associated with the Libby and Troy rail yards.

- **OU7, Town of Troy** – This OU includes all residential, commercial, and public properties in and around the Town of Troy, located 20 miles west of downtown Libby.

- **OU8, Roadways** – This OU is comprised of the United States and Montana State Highways and ROWs within the OU4 and OU7 boundaries.

**Figure 1-5** provides a map of the boundaries for each OU. Official boundaries have been established in the records of decision (RODs) for OU1 and OU2 (EPA 2010a, b). Official boundaries for the other OUs (OU3-OU8) will not be determined until the OU-specific RODs are published (the boundaries shown in the figure are "study boundaries" that will be finalized once the OU-specific RODs are published).

## 1.5 Document Purpose

This document estimates potential risks to people from exposure to LA at the Site. Because people may be exposed by multiple exposure scenarios, often across multiple OUs, potential exposures and risks are evaluated on a Site-wide basis, to provide a representation of potential cumulative exposures. Results of this risk assessment are intended to help inform Site managers and the public about the magnitude of potential risks attributable to LA and to guide the selection of final remedial actions for the Site.



This risk assessment differs from other "typical" Superfund risk assessments. Typically, a risk assessment is conducted as part of a remedial investigation (RI) and evaluates the potential exposures associated with the environmental contamination to determine if any action is warranted to mitigate risk. However, extensive interior and exterior removal actions have been conducted at the Site for more than 10 years, prior to the completion of the risk assessment, to allow for the timely removal of LA contamination while awaiting the necessary exposure and toxicity data needed complete a quantitative assessment of human health risk. Therefore, the purpose of this Site-wide risk assessment is to help risk managers determine if past removal actions have been sufficient to mitigate risk, if additional remedial actions are necessary to address risks, and if so, which exposure scenarios would need to be addressed in future remedial actions.

This risk assessment does not seek to quantify potential risks for specific individuals, but evaluates exposures for various receptor populations under numerous exposure scenarios. This document is intended only to assess potential risks; discussions and recommendations on how to manage potential risks are provided in the Site feasibility study (FS). The selection of Site remedial action levels, which will guide future remediation efforts, will be provided in the RODs[3].

## 1.6 Document Organization

In addition to this introduction, this document is organized as follows:

- **Section 2 –** This section presents the exposure assessment. This section presents a conceptual model of site contamination, identifies the human exposure scenarios of potential concern, and describes the approach for measuring human exposures to asbestos and calculating quantitative exposure estimates.

- **Section 3 –** This section presents the toxicity assessment. This section summarizes the cancer and non-cancer health effects associated with asbestos exposure and identifies the toxicity values that will be used to estimate cancer risk and non-cancer hazard.

- **Section 4 –** This section summarizes the risk characterization approach that will be used to quantify cancer risks and non-cancer hazards to humans exposed to LA at the Site.

- **Section 5 –** This section presents the quantitative estimates of cancer risk and non-cancer hazard to humans exposed to LA in outdoor ambient air at the Site.

- **Section 6 –** This section presents the quantitative estimates of cancer risk and non-cancer hazard to humans exposed to LA in outdoor air during soil/duff disturbance activities.

- **Section 7 –** This section presents the quantitative estimates of cancer risk and non-cancer hazard to humans exposed to LA during disturbances of wood-related materials (e.g., tree bark, mulch, wood chips, woodstove ash generated from firewood).

- **Section 8 –** This section presents the quantitative estimates of cancer risk and non-cancer hazard to humans exposed to LA in indoor air at the Site.

---

[3] The RODs are already complete for OU1 and OU2. The FS report for OU3 will be prepared separately from the other OUs (i.e., OU4-OU8). Likewise, two separate RODs, one for OU3 and one for OU4-OU8, will be issued.



- **Section 9 –** This section presents a cumulative risk assessment. This section describes the approach used to quantify cumulative exposures and summarizes estimates of cancer risk and non-cancer hazard across multiple exposure scenarios.

- **Section 10 –** This section presents the uncertainty assessment, and discusses the sources of uncertainty in the risk estimates for human receptors.

- **Section 11 –** This section presents the overall risk assessment conclusions.

- **Section 12 –** This section provides full citations for all EPA guidance documents, reports, analytical methods, Site-related documents, and scientific publications referenced in this HHRA.

All referenced tables, figures, and appendices are provided at the end of this document.



# Section 2

# Exposure Assessment

Exposure is the process by which receptors come into contact with contaminants in the environment. This section summarizes the exposure media, exposure scenarios, and human populations of potential concern at the Site. This section also describes how LA exposures were quantified and the derivation of the exposure point concentrations (EPCs) used in the risk characterization.

People may be exposed to LA by two exposure routes: inhalation and ingestion. Of these two exposure routes, inhalation exposure of LA is considered to be of greatest concern. To the extent that ingestion exposures may occur at this Site (e.g., ingestion of LA in drinking water or food), the added risk from ingestion is expected to be negligible compared to the risk from inhalation. As such, this exposure assessment and subsequent risk calculations focus only on inhalation pathways of exposure. **Appendix A** provides additional information regarding potential risks from LA ingestion exposures.

## 2.1 Conceptual Site Model

**Figure 2-1** presents the conceptual site model (CSM) that depicts how LA in source media can be transported in the environment to exposure media that humans may encounter at the Site. **Table 2-1** summarizes the inhalation exposure scenarios and populations that will be evaluated in the HHRA. The main elements of the CSM are discussed below.

### 2.1.1 Source Media and Transport Mechanisms

As discussed above, vermiculite from the mine contains varying concentrations of LA. Historical mining, milling, and processing operations, use of vermiculite in building materials, transport of mining-related materials, tailings, and waste, and runoff from the mine site are known to have released LA to the environment (see **Figure 2-1**).

There have been numerous studies conducted at the Site which demonstrate that LA has been detected in a variety of source media, including indoor dust, VI in walls and attics, soil, tree bark and duff[4] in the forested areas, various wood products (e.g., wood chips, mulch), ash resulting from wood burning, surface water, and sediment. Detailed information on the levels of LA in source media at the Site are summarized in the OU-specific RI reports and data summary reports (EPA 2009c, d, 2014a; CDM Federal Programs Corporation [CDM Smith] 2015a; HDR Engineering, Inc. [HDR] 2013a, b; Kennedy/Jenks Consultants 2014; Tetra Tech EM Inc. [Tetra Tech] 2010, 2012a, 2013, 2014; MWH Americas, Inc. 2014).

As noted previously, when the mine was in operation, the milling process released airborne particulates into the atmosphere (see **Figure 1-4**). Once released to the air, dust particles and LA fibers were dispersed in the air and eventually settled out onto the ground and other surfaces at the Site. However, depositional estimates indicate that, outside of OU3, the impact of airborne deposition on resulting LA levels in soil is likely to be negligible (CDM Smith 2015b). Within OU3, the impact of

---

[4] Duff consists of the un-decomposed twigs, needles, and other vegetation and the layer of partially- to fully-decomposed litter that occurs on top of the mineral soil in forested areas.



historical mine releases is evident from inspection of the spatial patterns of LA in tree bark and duff in the forested areas. **Figure 2-2** illustrates measured LA levels in tree bark (Panel A) and duff (Panel B) as a function of distance from the mine. As shown, LA levels tend to be highest closest to the mine (within about 2-4 miles).

Historically, waste products and off-specification materials were made available to the general public (e.g., for use as soil amendments in gardens, driveway base, and as fill material in yards). Vermiculite insulation (VI), both commercially purchased and/or obtained otherwise, was used frequently in Site buildings. The placement of LA-containing materials is likely to be the most important mechanism of LA transport outside of OU3.

LA has been detected in surface waters at the Site, including several creeks within the Rainy Creek watershed in OU3, in other Site tributaries to the Kootenai River, and in the Kootenai River. It is possible that, if these waters are used as irrigation sources, fibers in the water could increase the LA contamination in the soil. However, screening level estimates on the impact of a long-term water irrigation scenario indicate the increase in LA soil concentrations are likely to be small (well below the detection limit of traditional soil asbestos analysis methods) (CDM Smith 2013a).

## 2.1.1 Exposure Media

Asbestos fibers in source materials are typically not inherently hazardous, unless the asbestos is released from the source material into air where it can be inhaled (EPA 2008a). Asbestos fibers may become airborne in a number of ways. This may include natural forces, such as wind blowing over a contaminated soil, or human activities that disturb contaminated sources, such as soil or indoor dust. The two main types of exposure media are indoor air and outdoor air.

For indoor air, exposures are stratified based on the nature of the disturbance – under "passive" (ambient) conditions and under "active" disturbances of various source media that may be encountered in an indoor setting (i.e., VI, surficial dust, woodstove ash). Similarly, for outdoor air, exposures are stratified based on the nature of the disturbance – under ambient conditions and under active disturbances of various source media that may be encountered in an outdoor setting (i.e., soil/duff, tree bark, woodchips/mulch).

As illustrated in **Figure 2-1**, there are nine general types of exposure media that will be evaluated in the risk characterization when assessing inhalation exposures:

Outdoor air

- Outdoor air, under ambient conditions

- Outdoor air, during soil/duff disturbance activities

- Outdoor air, during tree bark disturbance activities

- Outdoor air, during woodchip/mulch disturbance activities

- Outdoor air, during ash disturbance activities



Indoor air

- Indoor air, under passive conditions

- Indoor air, during VI disturbance activities

- Indoor air, during dust disturbance activities

- Indoor air, during woodstove ash disturbance activities

## 2.1.2 Exposure Scenarios and Populations

The amount of LA in air, and hence the amount inhaled, will vary depending on the level of LA in the exposure medium, which can vary from location to location, and the intensity and duration of the disturbing force. Because of this, it is convenient to stratify inhalation exposure scenarios according to the disturbance activity and the location where the disturbance activity occurs. **Table 2-1** summarizes the exposure locations and general types of disturbances that may occur for each of the eight exposure media identified in **Figure 2-1**. It is recognized that not every possible disturbance activity is included in **Table 2-1**. The list of disturbance activities included is intended to be representative of the types of activities that are expected to occur more frequently and/or that have a higher potential for LA release. As shown, exposures to outdoor air under soil/duff disturbances are the most complex because the types of activities that may disturb soil/duff are so varied, ranging from playing on playgrounds and driveways, to hiking in the forest, to mowing lawn areas in parks.

**Table 2-1** identifies several potential exposure populations that are evaluated quantitatively in the risk assessment, including residents, recreational visitors, teachers/students, and several types of workers. The types of exposures that are expected for each population are discussed below.

- **Residents** – By definition, residential exposures are expected to occur at residential properties located in OU4 and OU7. Expected residential exposure scenarios include both indoor and outdoor exposures to source materials at the residence (e.g., indoor dust, VI, soil, woodstove ash). Residents may also be exposed while engaging in local wood harvesting in the forested areas of the Site or while driving on roads and alleys in Libby and Troy.

- **Recreational visitors** – The primary types of exposure for a recreational visitor are related to outdoor exposure scenarios under a wide variety of activities that may disturb soil, duff, and tree bark. These recreational activities may include, but are not limited to, use of local parks, riding bicycles along trails and paths, hiking, camping, and riding all-terrain vehicles (ATVs) in the forested areas and at the mine site, fishing and boating along creeks and rivers, and riding motorcycles at the local motocross (MotoX) track (in OU5).

- **Teachers/students** – Teacher and student exposures are expected to occur at schools located in OU4 and OU7 and include both indoor and outdoor exposure scenarios. Indoor exposures would occur inside school classrooms and in common areas (e.g., hallways, cafeteria, gymnasium), while outdoor exposures are mainly related to exposures while playing on playgrounds and athletic fields.

For workers, several different types of workers are delineated based on the types of exposure scenarios that may be encountered while engaging in day-to-day occupational activities:



- **Indoor worker** – Examples of indoor workers include office administrative assistants, shop keepers, and restaurant staff. Exposures are expected to occur mainly inside buildings located in OU1, OU4, OU5, and OU7. The primary types of exposures expected for these workers are related to indoor exposure scenarios, during both passive conditions and under active disturbances of indoor dust.

- **Tradesperson** – Local tradespeople are a special type of indoor worker that are evaluated separately due to the increased frequency of potential exposures to VI or other asbestos-containing building materials. Examples of tradesperson exposures include an electrician accessing attics or crawlspaces for re-wiring, a plumber cutting holes in walls/ceilings, a carpet layer removing and installing new flooring, and a general contractor performing remodeling. The types of exposures expected for a tradesperson are related to indoor exposure scenarios, under active disturbances of VI or other asbestos-containing building materials during occupational activities. Although exposures may also occur during passive conditions, these are likely to be minor compared to active disturbance scenarios described above.

- **Outdoor worker** – The types of exposures expected for an outdoor worker are related to exposure scenarios under a wide variety of activities that may disturb soil/duff, tree bark, and woodchips/mulch at the Site. These occupational activities may include, but are not limited to, Montana Department of Transportation (MDT) workers performing mowing/brush-clearing along highway ROWs, maintenance workers mowing/weed-trimming at parks and schools, BNSF workers performing railroad maintenance, U.S. Forest Service (USFS) employees conducting forest maintenance activities, fire fighters responding to wildfires, local landfill workers chipping accumulated wood waste, and commercial loggers in the forested areas near the Site.

All exposure populations are assumed to have exposures to outdoor ambient air and outdoor air[5] while driving cars on Site roads. In the event of a wildfire, all exposure populations are assumed to have exposures to smoke in outdoor air derived from wildfires that may occur in forested areas at the Site.

Note that a given individual may be a member of several exposure populations. For example, an individual may live in Troy (OU7), work at a business in Libby (OU4), and recreate in the forest near the mine (OU3). In this example, aspects of the exposure scenarios for a resident, indoor worker, and recreational visitor would apply to the individual. The cumulative assessment addresses exposures that span multiple exposure scenarios (see Section 9).

## 2.2 Exposure Parameters

For every exposure scenario of potential concern, it is expected that there will be differences between different individuals in the level of exposure at a specific location due to differences in exposure time, exposure frequency, and exposure duration. Thus, there is normally a wide range of average daily exposures between different individuals of an exposed population. Because of this, all exposure calculations must specify what part of the exposure range is being estimated. Typically, attention is focused on exposures that are "average" or are otherwise near the central portion of the range, and on exposures that are near the upper end of the range (e.g., the 95th percentile). These two exposure

---

[5] For the purposes of the risk assessment, air inside vehicles is evaluated as outdoor air that may be influenced by disturbances of soil (e.g., airborne roadway dust).



estimates are referred to as central tendency exposure (CTE) and reasonable maximum exposure (RME), respectively. Both CTE and RME receptors will be evaluated in the HHRA.

When selecting CTE parameters, the exposure parameters for a specific exposure scenario (i.e., exposure time, exposure frequency, exposure duration) are usually based on mean or median values, such that the CTE represents the "typical" or "average" exposure. When selecting RME parameters, the exposure parameters are selected such that the combination of the exposure parameters results in a "reasonable maximum" estimate of the daily exposure (EPA 1989).

EPA has collected a wide variety of data to establish default exposure parameter values for use in HHRAs (EPA 1989, 1991a, 1993a, 1996, 2014b), and EPA's *Exposure Factors Handbooks* (EPA 2008c, 2011) provide information on activity-specific exposure patterns. Established default values were utilized in this HHRA when available. However, as appropriate, exposure parameters were adjusted to be Site-specific. For example, the default residential RME exposure frequency is 350 days per year (EPA 1991a), but for the purposes of evaluating exposures during soil disturbances, this default value was adjusted to reflect Site conditions and account for days when releases due to soil disturbance activities were unlikely, either due to snow cover or high soil moisture content (from November through March). Site-specific surveys have been conducted for several exposure scenarios (see **Appendix H**). Various groups and stakeholders have provided input on the selection of exposure parameters for selected receptor populations (e.g., Libby school administrators provided information on student, teacher, and maintenance worker exposures, the USFS provided input on forest-related exposure scenarios). If default or Site-specific values were not available, professional judgment was used in selecting appropriate exposure parameter values.

It is important to note that the selected exposure parameter values do not take into consideration any use restrictions or institutional controls. For example, under current conditions, access to the mine is restricted to prevent potential exposures from LA in soil and mine waste materials within this area. In accordance with EPA's *Risk Assessment Guidance for Superfund* (EPA 1989), the baseline risk assessment is to be performed under an assumption of 'no action', meaning in the absence of any actions to control or mitigate these releases. Thus, exposure parameters have been selected based on an assumption there are no access restrictions in any of the potential exposure areas.

The selected exposure parameters for each exposure scenario evaluated in this risk assessment are discussed and presented in each risk characterization section (Section 5 through Section 9).

# 2.3 Exposure Point Concentrations

## 2.3.1 Approach for Determining Exposure Concentrations

Previous investigations conducted at the Site have demonstrated that LA is present in a variety of environmental media. However, the detection of LA in a source medium, such as soil, tree bark, or indoor dust, does not necessarily indicate that human exposures to LA released to air during disturbances of these media would result in unacceptable exposures or risks. The amount of LA that could be released to air and inhaled will vary depending upon a number of factors, including the level of LA in the source medium, the nature, intensity, and duration of the disturbance activity, meteorological conditions (e.g., relative humidity, wind direction, and speed), and conditions of the source medium (e.g., soil moisture content, vegetation coverage). Because of this, predicting the LA levels in air based on measured LA levels in source media is extremely difficult. For this reason, EPA recommends an empiric approach for investigating asbestos-contaminated Superfund sites, where concentrations of asbestos in air from source disturbances are measured rather than predicted (EPA



2008a). This type of sampling is referred to as activity-based sampling (ABS) and involves the collection of air samples under representative source-disturbance conditions that can be used to calculate inhalation exposures and potential risks (EPA 2008a). This sampling methodology is similar to the exposure assessment methods used by the National Institute of Occupational Safety and Health (NIOSH) to monitor worker exposures.

It is not possible to perform an ABS study to evaluate every possible type of source-disturbance activity that could be performed at every location on the Site. Therefore, Site ABS investigations have focused on characterizing those activities that are representative of typical activities that may be performed by various receptor populations that disturb source media. To date, more than two dozen different ABS investigations have been conducted at the Site to evaluate potential exposures to LA from disturbances of source media. These studies have included a wide range of activities in every OU, including, but not limited to, dusting and vacuuming inside residences in OU4 and OU7, raking/mowing/digging in yard soil in OU4 and OU7, hiking and riding ATVs in OU3 and OU4, trespassing at the mine in OU3, commercial logging operations in OU3, biking in OU4 and OU5, performing railroad maintenance activities in OU6, during fire-related activities in OU3, and performing brush-clearing activities along roads in OU8.

**Table 2-2** summarizes the ABS investigations that have been conducted at the Site which provide measured data on LA concentrations in ABS air that will be utilized in this HHRA. As shown, more than 3,100 ABS air samples have been collected at the Site since 2001. These ABS investigations have evaluated LA levels in air during disturbances of a variety of source media, including outdoor soil/duff (Panel A), various wood-related media (i.e., bark, mulch, wood chips, ash resulting from wood burning) (Panel B), and indoor sources (e.g., dust and VI) (Panel C). **Figure 2-2** provides example photographs of some of the types of ABS activities that have been conducted at the Site. The results of each investigation are discussed further in Section 5 through Section 8.

## 2.3.2 Methods for Measuring and Reporting Air Concentrations

Asbestos data reduction and interpretation methods differ from traditional chemistry methods. Understanding the differences in asbestos data reduction and interpretation methods is key to the proper use of asbestos data for site characterization and risk assessment. **Appendix B** provides a detailed discussion of basic concepts for asbestos sampling, analysis, and data reduction, including an overview of asbestos sampling and analysis methods, Poisson statistics, how to characterize uncertainty for individual samples, how samples are ranked as detect or non-detect, the differences between the analytical sensitivity and the detection limit, how to calculate the mean across multiple samples (i.e., treatment of non-detects), and issues associated with estimating the uncertainty bounds around the mean.

### 2.3.2.1 Overview of Sampling and Analysis Methods

Experience at the Site and at other asbestos sites has demonstrated that personal air samples (i.e., samples that collect air in the breathing zone of a person) tend to provide a better estimate of human exposures to LA in air than samples collected by a stationary monitor (EPA 2007a), especially if the person is engaged in an activity that disturbs an asbestos source. Thus, most of the ABS exposure estimates used in this risk assessment are based on personal air samples collected during simulated disturbance activities. These personal ABS air samples are collected by drawing a known volume of air through a filter that is located in the breathing zone of the individual performing the disturbance activity (see **Figure 2-2**) and determining the number of LA structures that become deposited on the filter surface.



In the past, the most common technique for analyzing asbestos on air filters was phase contrast microscopy (PCM). In this technique, the filter is examined in accordance with NIOSH Method 7400, Issue 2 (NIOSH 1994) and all structures that have a length greater than (>) 5 micrometers (μm) and an aspect ratio (the ratio of length to width) of 3:1 or greater are counted as "PCM fibers". The limit of resolution of PCM is about 0.25 μm (NIOSH 1994), so structures thinner than this are generally not observable.

A key limitation of PCM is that structure discrimination is based only on size and shape. Because of this, it is not possible to distinguish between asbestos and non-asbestos structures. For this reason, EPA (2008a) recommends the analysis of air samples by transmission electron microscopy (TEM). This method can operate at a higher magnification and is able to detect structures much smaller than can be seen by PCM. In addition, TEM instruments are fitted with accessory detectors that allow each structure to be classified according to asbestos mineral type, meaning that structures can be characterized as either chrysotile or amphibole, and further by amphibole asbestos type (e.g., actinolite, tremolite, crocidolite, amosite).

## 2.3.2.2 Results Reporting

At the Site, all ABS and ambient air samples have been analyzed by TEM using International Organization of Standardization (ISO) 10312:1995(E) (ISO 1995) counting and recording rules, as modified by Site-specific laboratory modification requirements[6]. During the analysis, detailed information for each observed asbestos structure (e.g., asbestos type, structure type, length, width) is manually recorded on a laboratory bench sheet. Once the analysis is complete, the total number of countable asbestos structures is determined. The concentration of asbestos in air in a given sample is given by:

$$C_{air} \quad = \quad N \cdot S$$

*where:*

$C_{air}$     =     Concentration of asbestos in air (s/cc)

$N$     =     Number of asbestos structures observed in the sample (s)

$S$     =     Achieved analytical sensitivity (per cubic centimeter of air, $cc^{-1}$)

For air, the achieved analytical sensitivity is calculated as:

$$S = \frac{EFA}{GO \cdot Ago \cdot V \cdot 1000 \cdot F}$$

*where:*

$S$     =     Achieved analytical sensitivity ($cc^{-1}$)

$EFA$     =     Effective area of the filter (square millimeters [$mm^2$])

$GO$     =     Number of grid openings examined

---

[6] The Libby-specific TEM ISO 10312 laboratory modifications are maintained on the *Libby Lab* eRoom and are available upon request.

Ago    =    Area of a grid opening ($mm^2$)

V    =    Volume of air passed through the filter (liters [L])

1000    =    Conversion factor (cc/L)

F    =    F-factor, or fraction of primary filter deposited on secondary filter (if an indirect preparation is necessary; F = 1 for direct preparation)

There is no "preset" lower limit of analytical sensitivity for TEM. The achieved analytical sensitivity will depend upon the number of grid openings examined, and can be improved (i.e., lowered) by examining additional grid openings. Each of the air sampling investigations conducted at the Site have established investigation-specific target analytical sensitivity requirements based on the receptor and exposure scenario being evaluated.

If the sample has been analyzed more than once (e.g., a subsequent supplemental TEM analysis was performed to improve the achieved analytical sensitivity), the "pooled" concentration, which is inclusive of all analyses, is calculated as follows:

$$C_{air, pooled} = \sum N_i / \sum (1/S_i)$$

*where:*

$C_{air, pooled}$    =    Pooled concentration of asbestos in air across analyses (s/cc)

$N_i$    =    Number of asbestos structures observed in analysis 'i' (s)

$S_i$    =    Achieved analytical sensitivity for analysis 'i' ($cc^{-1}$)

### 2.3.2.3 Definition of PCME

For the purposes of estimating potential human health risks, the concentration of asbestos in air must be expressed in units of PCM fibers. This is because the risk models for estimation of risks from inhalation exposure to LA (EPA 2014c) are based on exposures expressed as PCM f/cc. Estimates of concentration used in this report are based on PCM-equivalent (PCME) structures observed during the TEM analysis. As noted above, in the PCM method (NIOSH 1994), a structure is counted as a PCM fiber if it has a length longer than 5 μm and an aspect ratio greater than or equal to (≥) 3:1. Although there is no thickness rule specified in the PCM method, particles thinner than about 0.25 μm are not usually detectable by PCM (see **Appendix C**). Hence, the TEM counting rules for PCME structures are: length > 5 μm, width ≥ 0.25 μm, and aspect ratio ≥ 3:1. Note that the upper width cut-off of 3 μm specified by EPA (2008a) has not been used, because structures wider than 3 μm are counted by the NIOSH PCM method (NIOSH 1994). This basis of this width criterion change is discussed in more detail in **Appendix C**.

**Figure 2-3** graphically illustrates the concept of PCME. This figure summarizes the recorded dimensions of all LA structures observed during TEM analyses[7] of air samples collected at the Site. Only those structures within the area shaded in green of the figure meet PCME counting rules. As illustrated, about 35% of all LA structures observed in air samples rank as PCME.

---

[7] Restricted to analyses performed under high magnification (20,000x) using TEM ISO 10312 (ISO 1995) recording rules.

CDM
Smith
Libby_Site-wide HHRA_11-16-15.docx

In this risk assessment, all air concentrations are reported as PCME LA s/cc. Although TEM analyses may have occasionally observed and recorded other amphibole asbestos types (e.g., anthophyllite) and/or chrysotile structures, exposures and risks are calculated for LA only, as this is the type of asbestos that is expected to be Site-related.

### 2.3.3 Approach for Calculating Exposure Point Concentrations

An exposure point (also referred to as an exposure unit or exposure area) is an area where exposure and risk are to be evaluated. It is assumed that random exposure occurs over the entire exposure area; thus, the risk is related to the mean concentration across the entire exposure area (EPA 1992). An EPC is an estimate of the average concentration of LA in air at the exposure area.

Ideally, the EPC used in the risk calculations for each exposure location would be the true average concentration within the exposure area, averaged across the exposure duration. However, the true average concentration at a location can only be approximated from a finite set of measurements, and the observed sample mean might be either higher or lower than the true mean.

To minimize the chances of underestimating the true level of exposure and risk, EPA generally recommends that risk calculations be based on the 95% upper confidence limit (95UCL) of the sample mean (EPA 1992). However, as discussed in **Appendix B**, there is no EPA-approved method for calculating the 95UCL for asbestos datasets[8]. Thus, in accordance with EPA guidance (EPA 2008a), risk calculations presented in the risk characterization utilize the sample mean. The sample mean is an unbiased estimate of the true concentration, but the true concentration may be either higher or lower. The potential magnitude of the difference between the sample mean and the true mean cannot presently be quantified. The uncertainty assessment (Section 10) provides additional information on the uncertainty that arises from use of the sample mean.

Note that, when computing the arithmetic mean of a set of air samples, all samples with a count of zero asbestos structures (non-detects) are evaluated using a concentration value of zero (EPA 2008a). This is important, because assigning any value greater than zero to such samples may tend to bias the sample mean high (EPA 1999, 2008a). This concept is demonstrated in **Appendix B**.

In some cases, all air samples within a dataset were non-detect. In these instances, the mean air concentration (i.e., a concentration of zero) was used as the EPC in the risk calculations. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples are non-detect.

### 2.3.4 Adjustment for Indirect Preparation Methods

Collected air filters are examined at the laboratory prior to analysis to determine if the filter can be prepared directly or if an indirect preparation is necessary. Indirect preparation is required if there is uneven loading, if the filter is considered overloaded (particulate coverage of greater than 25% on the filter), or if there is loose material in the cowl of the air cassette. If an air filter can be prepared directly, the filter is prepared for analysis by TEM in basic accordance with the filter preparation methods provided in International Organization of Standardization (ISO) 10312 (ISO 1995).

If an indirect preparation is required, the filter is prepared (usually with ashing) in accordance with the indirect filter preparation procedures in the Site-specific standard operating procedure (SOP)

---

[8]  The equations and functions in ProUCL (EPA 2010c) are not designed for asbestos datasets and application of ProUCL to asbestos datasets is not recommended (EPA 2008a).



EPA-LIBBY-08. If no loose material is present within the cassette, the indirect preparation procedure in the SOP EPA-LIBBY-08 is similar to ISO 13794 (ISO 1999), except that the total solution volume is increased from 40 milliliters (mL) to 100 mL (to allow for the preparation of a series of indirect filters with different volumes) and to retain a portion of the original filter for archive. If loose debris is present within the cassette, the indirect preparation procedure in the SOP EPA-LIBBY-08 is similar to American Society for Testing and Materials (ASTM) D-5755 (ASTM 2009), with the addition of an ashing of the entire primary filter. In brief, loose debris is washed from inside the cassette and applied to a new filter, and the ashed residue from the original filter and the filter that collected the wash are suspended in water and sonicated. An aliquot of this water is applied to a second filter, which is then used to prepare a set of TEM grids. Reported air concentrations for indirectly prepared samples incorporate a dilution factor, or F-factor (see Section 2.3.2.2 for the air concentration equation).

For chrysotile asbestos, indirect preparation often tends to substantially increase structure counts due to dispersion of bundles and clusters (Hwang and Wang 1983; Health Effects Institute-Asbestos Research [HEI-AR] 1991; Breysse 1991). For amphibole asbestos, the effects of indirect preparation are generally much smaller (Bishop *et al.* 1978; Sahle and Laszlo 1996; Harris 2009). Site-specific studies on the effect of indirect preparation on reported LA air concentrations show that indirect preparation usually increased reported PCME LA air concentrations, but the concentrations were within a factor of about 2-4 compared to direct preparation (Goldade and O'Brien 2014). The relative insensitivity of PCME LA air concentration estimates to indirect preparation methods is likely due to the fact that, unlike chrysotile, complex LA structures (e.g., bundles, clusters) that might be subject to dispersal during an indirect preparation are not common in Libby air samples (EPA 2010g).

Because the PCM data used to derive toxicity factors for inhalation exposure to LA (EPA 2014c) are based on filters that were prepared directly for analysis in accordance with PCM methods, and to avoid potentially biasing calculated EPCs high due to the effect of indirect preparation, the reported PCME LA concentration for any air sample that was prepared using indirect preparation was adjusted as follows:

$$C_{adj} \quad = \quad C_{indirect} / AF_{indirect}$$

*where:*

$C_{adj}$      =      Air concentration, adjusted for indirect preparation (PCME LA s/cc)

$C_{indirect}$ =      Reported air concentration for an indirectly prepared filter (PCME LA s/cc)

$AF_{indirect}$ =    Indirect preparation adjustment factor

**Appendix D** provides detailed results for two more recent studies, conducted since the study presented in Goldade and O'Brien (2014), which provide additional data on the effect of indirect preparation on reported PCME LA air concentrations for ABS air samples collected at the Site. As demonstrated in **Appendix D**, the average ratio of PCME LA air concentrations for filters prepared using indirect preparation methods to those prepared directly was about 2.5, which is consistent with the range reported by Goldade and O'Brien (2014). Thus, an indirect preparation adjustment factor (AF) of 2.5 was used when calculating EPCs.

**Appendix E** provides more information on the frequency of indirect preparation for each of the datasets used in the risk assessment.



## 2.3.5 Calculated Exposure Point Concentration Values

As noted previously, there have been numerous investigations conducted at the Site to evaluate potential exposures to LA from various exposure scenarios. These investigations have included ambient air monitoring programs and a variety of indoor and outdoor ABS studies to evaluate LA releases during disturbances of source materials (see **Table 2-2**).

The applicable datasets and calculated EPCs for each exposure scenario evaluated in this risk assessment are discussed and presented in Section 5 through Section 8. **Appendix F** provides the detailed analytical results for all samples that were used in this HHRA. **Appendix E** provides a data quality assessment of the datasets that were used to calculate exposures and risks.



# Section 6

# Risks from Exposures During Soil/Duff Disturbances

To date, there have been about 20 different outdoor ABS investigations conducted at the Site to evaluate potential exposures to LA from disturbances of soil/duff. **Table 2-2** (Panel A) summarizes the types of outdoor ABS investigations that have been conducted during soil/duff disturbances for each OU. For most exposure areas, the source medium is soil; however, in forested areas the source medium is likely a mixture of soil and duff materials and in the disturbed area of the mine it is a mixture of soil and mine waste materials.

As shown in **Table 2-1**, there is the potential for exposures to LA during disturbances of soil in every OU for a wide range of receptor types and exposure scenarios. Because the exposure scenarios differ by location, each location is evaluated separately, as follows:

- Section 6.1 – Residential and Commercial Properties in OU4 and OU7

- Section 6.2 – Schools and Parks in OU4 and OU7

- Section 6.3 – Trails and Bike Paths in OU4 and OU7

- Section 6.4 – OU1

- Section 6.5 – OU2

- Section 6.6 – OU3

- Section 6.7 – OU5

- Section 6.8 – OU6

- Section 6.9 – OU8

Section 6.10 presents an evaluation of LA concentrations in "background" soil and summarizes potential exposures and risks associated with disturbances of background soil. Section 6.11 summarizes the overall conclusions regarding potential risks from exposures to LA during soil disturbances.

Each of the following sections discuss the exposure populations of interest and present the selected RME and CTE exposure parameters values and calculated TWFs for each exposure scenario. Each section identifies the basis of the selected exposure parameters and notes if any Site-specific adjustments were applied. It is important to note that the exposure parameters and resulting TWFs are selected for the purposes of evaluating potential risks from each individual exposure scenario (i.e., the cumulative assessment may utilize different TWFs).

## 6.1 Residential and Commercial Properties in OU4 and OU7

### 6.1.1 Exposure Populations and Parameters

There are several populations who may be exposed to LA in air during outdoor soil disturbances at residential and commercial properties in OU4 and OU7. The primary receptor population of interest is



residents. Because residential exposures may differ as a function of location within a property (i.e., the amount of time in spent in yards is expected to be different than time spent in a garden), exposure parameters were specified separately for each of four exposure locations – yards, gardens/flowerbeds, driveways, and limited-use areas (LUAs). LUAs are portions of the property that are used on a more limited basis, such as pastures and mowed fields.

A second receptor population of interest is outdoor workers, such as local landscapers and lawncare maintenance workers. These individuals have the potential to perform soil disturbance activities on a more frequent basis than residents. As such, exposures to LA in air during outdoor soil disturbances at residential and commercial properties in OU4 and OU7 were evaluated separately for residents and outdoor workers.

For commercial properties, it is anticipated that exposures to LA in air during outdoor soil disturbances will be primarily associated with outdoor worker activities. However, because it is possible that future land use could transition from commercial to residential (and vice versa), commercial properties were not assessed separately from residential properties.

**Table 6-1** (Panel A) presents the selected RME and CTE exposure parameters values and calculated TWFs for disturbances of surface soils at OU4/OU7 properties by exposure location.

## 6.1.2 Investigation Summary

The following subsections briefly summarize the outdoor ABS investigations that have been performed at residential and commercial properties in OU4 and OU7 to evaluate potential exposures to LA during soil disturbances in yards, gardens/flowerbeds, driveways, and LUAs.

### 6.1.2.1 Yards

There have been several different outdoor ABS investigations conducted in OU4 and OU7 to evaluate potential exposures to LA during disturbances of soils in yards. Although there have been some differences in the study designs from investigation to investigation, the basic study designs for yards have been generally similar. In general, the outdoor ABS studies of yards have evaluated three different soil disturbance activities – mowing, raking, and digging (see **Figure 2-2** for example photographs of these ABS activities). ABS activities were performed by EPA or DEQ contractors in accordance with specified ABS "scripts". The ABS script specifies how the sampling team conducts the ABS activity (i.e., what disturbance activities to perform, where they should be performed, how to conduct the activity, and for how long each activity should be performed). ABS air samples were collected using personal air monitors (i.e., the air sampling cassette was worn by the individual performing the disturbance activity). Unless specified otherwise below, co-located 30-point soil composite samples were collected for each ABS area at the time of the ABS activity to provide data on the LA concentrations in the soil being disturbed. In addition, estimates of visible vermiculite (VV) were determined at the time of the soil sampling. Yards selected for outdoor ABS evaluation included a range of soil LA concentrations, and included both yards where soil removals had and had not been performed.

There have been four different yard ABS investigations conducted in OU4 and one yard ABS investigation in OU7. Each of these studies is described briefly below.

In the summer of 2005, outdoor ABS was conducted during disturbances of yard soils as part of the *OU4 Supplemental RI Quality Assurance and Project Plan* (referred to as the SQAPP) (EPA 2005b). Outdoor ABS samples were collected during digging, raking, and mowing. A total of 18 ABS areas were



selected to represent yards with soil LA concentrations ranging from non-detect to greater than 1%. Co-located soil composite samples were collected at the time of the ABS; however, the sample sampling methodology employed at the time differed from current sampling protocols in that the sample was usually only a 4-point or 10-point composite (current protocol is to collect 30-point composites). Detailed results of the OU4 SQAPP outdoor ABS investigation are summarized in EPA (2007a). Because the SQAPP soil collection methodology differed from current protocols and subsequent outdoor ABS programs, outdoor ABS data from the SQAPP were not included in this risk assessment.

The largest outdoor ABS program in OU4 occurred from 2007-2008 (EPA 2007d). This sampling investigation performed outdoor ABS during disturbances of yard soils at 75 properties. Similar to the SQAPP investigation, outdoor ABS samples were collected during digging (simulating a child playing in an area of bare dirt with a bucket and shovel), raking, and mowing. Two rounds of outdoor ABS were conducted at each ABS area to span a range of soil moisture and meteorological conditions. The first sampling event was performed in the summer of 2007 (July to August) and the second sampling event was performed in the spring of 2008 (April to June). During each ABS sampling event, soil disturbance activities were performed over a 6-hour time interval, divided into three sub-periods of two hours each (one for each disturbance scenario). One ABS air sample was collected for each disturbance scenario for each sampling event. Detailed results of the 2007-2008 OU4 outdoor ABS investigation are summarized in EPA (2010d). In addition, CDM Smith (2013c, d) summarizes the results of a subsequent soil re-analysis effort for this investigation.

In 2010, EPA conducted another outdoor ABS investigation during yard soil disturbances in OU4 (CDM Smith 2010b). Unlike previous investigations, the digging scenario was modified to simulate a sprinkler maintenance activity (i.e., digging a hole using a long shovel and trowel). The mowing and raking scenarios were performed on a yard-wide basis, to reduce the amount of localized stress in one area that occurred during the 2007-2008 ABS study, and the ABS duration was reduced to one hour (20 minutes per disturbance scenario). In addition, unlike the previous investigations, a single ABS air sample was collected during each sampling event, representing a composite across all three soil disturbance scenarios (mowing, raking, and digging). A total of ten properties were selected for evaluation; three sampling events were conducted at each property in the summer of 2010, with events spaced about one month apart. ABS air samples were originally analyzed in 2010; a subset of the samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2013. Detailed results of the 2010 OU4 outdoor ABS investigation (including the supplemental analyses) are summarized in CDM Smith (2014a).

In 2011, EPA conducted several residential ABS studies in OU4 to evaluate potential exposures from the disturbance of yard soils. These residential ABS investigations consisted of three different yard sampling scenarios. The specific objectives and study designs of each sampling scenario are described in the governing SAP, *2011 Residential Activity-Based Sampling SAP* (CDM Smith 2011b). In brief, the first scenario evaluated potential differences in ABS LA air concentrations as a function of the raking, mowing, and digging disturbance intensity (see Section 6.1.4.1.1 for a detailed discussion of differences in ABS script intensity), the second scenario evaluated potential differences in measured ABS LA air concentrations at a given property across sampling years, and the third scenario evaluated potential differences in measured ABS LA air concentrations during mowing activities pre- and post-irrigation. Multiple sampling events were conducted at each selected property in the summer of 2011. Detailed results of the 2011 OU4 outdoor ABS investigation are summarized in CDM Smith (2014b).



For OU7, DEQ conducted an outdoor ABS investigation during yard soil disturbances in 2011 (Tetra Tech 2011). This ABS study was conducted using an ABS script equivalent to the raking, mowing, digging script used in the 2010 OU4 outdoor ABS investigation (see above). A total of 20 properties were selected for evaluation; ten properties to represent yards where a soil removal had been completed and ten properties to represent yards where no soil removal was deemed necessary (based on a property assessment and removal status at the time of the ABS). Two sampling events were conducted at each property, one in the spring and one in the summer of 2011. Detailed results of the OU7 outdoor ABS investigation are summarized in Tetra Tech (2013).

### 6.1.2.2 Gardens and Flowerbeds

There have been two outdoor ABS investigations conducted in OU4 gardens and flowerbeds and one outdoor ABS investigation in OU7 gardens. Each of these studies is described briefly below.

In 2001, a small-scale outdoor ABS study was performed at one residential property in OU4 to evaluate potential exposures when garden soil was actively disturbed by rototilling. This scenario was chosen because vermiculite is known to have been added to a number of gardens in Libby, and because rototilling is a realistic and aggressive garden soil-disturbance scenario. A single garden, where previously collected soil samples showed trace levels of LA, was selected for evaluation. Two personal air monitoring samples were collected while rototilling the garden soil – one for the individual performing the rototilling and one for the rototiller assistant. Results of the rototilling ABS are summarized in EPA (2005b).

A larger outdoor ABS investigation of potential exposures during soil disturbances in gardens and flowerbeds OU4 was conducted in the summer of 2010 (CDM Smith 2010b). As part of this investigation, ABS was performed to simulate an adult gardening (i.e., digging in the soil with trowel and hands) to disturb the soil to a depth of 12 inches at six discrete locations distributed across the garden. A total of 20 residential properties were selected for evaluation; ten properties with VV noted in the garden/flowerbed (i.e., a soil removal was deemed necessary but had not yet been performed at the time of the ABS) and ten properties where no VV was observed (i.e., no soil removal was deemed necessary). Three sampling events were conducted at each property in the summer of 2010, with events spaced about one month apart. For each sampling event, a composite soil sample was collected to be representative of the entire garden/flowerbed ABS area. ABS air samples were originally analyzed in 2010; a subset of the samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2013. Detailed results of the 2010 OU4 garden/flowerbed ABS investigation (including the supplemental analyses) are summarized in CDM Smith (2014a).

For OU7, an outdoor ABS investigation of potential exposures during soil disturbances in gardens was conducted in 2011 (Tetra Tech 2011). As part of this investigation, a composite ABS sample was collected that was representative of an adult gardening (i.e., digging in the soil with trowel and hands) at nine discrete locations distributed across the garden and performing rototilling of the entire garden. A total of 20 residential properties were selected evaluation; ten properties where a garden removal had been completed and ten properties where a garden removal was not deemed necessary (based on a property assessment). Two sampling events were conducted at each property, one in the spring and one in the summer of 2011. For each sampling event, a composite soil sample was collected to be representative of the entire garden. Detailed results of the OU7 garden ABS investigation are summarized in Tetra Tech (2013).



### 6.1.2.3 Driveways

Two outdoor ABS investigations have been performed to evaluate potential exposures to LA during disturbances of unpaved driveways, one investigation was performed in OU4 in 2010 (CDM Smith 2010b) and one investigation was performed in OU7 in 2012 (Tetra Tech 2011). In both investigations, an (adult) EPA or DEQ contractor simulated a child playing on an unpaved driveway; the playing activities included both digging and biking activities. The child digging activity was conducted with the contractor sitting on the ground while digging or scraping the top surface of the driveway, pushing soil/rock to the side, and then replacing it at six discrete locations evenly distributed across the entire driveway. For the child biking activity, the contractor rode a small non-motorized tricycle with minimal ground clearance across the driveway in straight lines covering the entire area of the driveway (see **Figure 2-2** for an example photograph of this ABS activity).

For the OU4 investigation, a total of 20 residential properties were selected for evaluation; ten properties with VV noted in the driveway (i.e., a soil removal was deemed necessary, but had not yet been performed at the time of the ABS) and ten properties where no VV was observed (i.e., no soil removal was deemed necessary). Three sampling events were conducted at each property in the summer of 2010, with events spaced about one month apart. For each sampling event, a composite soil sample was collected to be representative of the entire driveway. Detailed results of the 2010 OU4 driveway ABS investigation are summarized in CDM Smith (2014a).

For the OU7 investigation, a total of 20 residential properties were selected evaluation; ten properties where a driveway removal had been completed and ten properties where a driveway removal was not deemed necessary (based on a property assessment). Two sampling events were conducted at each property, one in the spring and one in the summer of 2011. For each sampling event, a composite soil sample was collected to be representative of the entire driveway. Detailed results of the OU7 driveway ABS investigation are summarized in Tetra Tech (2013).

### 6.1.2.4 Limited-Use Areas

As described above, most outdoor ABS efforts conducted at properties in OU4 and OU7 have focused on common-use areas (CUAs), such as the yard, and specific-use areas (SUAs), such as gardens, flowerbeds, and driveways. However, outdoor ABS studies have also been conducted in portions of the property that are used on a more limited basis (i.e., LUAs). In the summer of 2011, an outdoor ABS investigation was performed in OU4 to evaluate potential exposures to LA during soil disturbances in LUAs (CDM Smith 2012b).

Several types of soil-disturbance activities could be performed in LUAs, such as mowing, haying (i.e., cutting/bailing hay), horseback riding, and ATV riding. For the purposes of the LUA outdoor ABS investigation, ATV riding was selected for evaluation because this exposure scenario is likely to occur on a more frequent basis than other activities, is likely to generate more airborne dust, and is an activity that likely applies to more individuals in the community than other exposure scenarios.

A total of ten LUAs were selected for evaluation from seven residential properties in OU4, spanning a range of LA concentrations in soil (non-detect and trace). A total of three sampling events were performed at each LUA in the summer of 2011. During each sampling event, two EPA contractors rode an ATV across the LUA for one hour (see **Figure 2-2** for an example photograph of this ABS activity). For the first 30 minutes, riders engaged in activities that were representative of riding in a single-file line (i.e., one rider leading, one rider following), with the leader/follower switching positions after 15 minutes. For the last 30 minutes, riders rode separately and covered as much of the LUA as possible. During each sampling event, a soil sample was collected to be representative of the entire LUA.



Detailed results of the OU4 LUA ABS investigation are summarized in CDM Smith (2014b).

## 6.1.3 Role of Soil Data in Evaluating Risks

There are more than 5,000 residential/commercial properties in OU4 and more than 1,000 residential/commercial properties in OU7. To date, EPA and DEQ have performed outdoor ABS at about 200 properties in OU4 and OU7. Because it is not feasible to evaluate risks by conducting outdoor ABS at every property, it is necessary to use the measured ABS data from the properties where ABS has been performed to draw risk conclusions about properties where ABS has not been performed. For outdoor ABS associated with disturbances of soil (e.g., residential disturbances of yard soil), this is accomplished by assuming that LA concentrations in ABS air will be similar for locations with similar levels of LA in soil and similar disturbance activities. An inherent assumption of this approach is that the many random variables that influence release of LA from yard soil to air will tend to average out over time, and that it is soil LA concentration alone that is the key determinant of the long-term average concentration in outdoor ABS air.

Soil samples collected at the Site are analyzed for LA using polarized light microscopy (PLM). Prior to analysis, each soil sample is dried and sieved through a ¼-inch screen. Particles retained on the screen (if any) are referred to as the coarse fraction. Particles passing through the screen are referred to as the fine fraction, and this fraction is ground by passing it through a plate grinder. The resulting material is referred to as the fine ground fraction. The coarse fraction (if any) is examined using stereomicroscopy, and any particles of asbestos (as confirmed by PLM) are removed and weighed to provide a mass fraction of the LA content in accordance with Site-specific SOP SRC-LIBBY-01 (referred to as PLM-Grav). Only a limited number of soils collected as part of the outdoor ABS sampling programs had a coarse fraction; and most of these coarse fractions were reported as non-detect for LA when analyzed by PLM-Grav. Because of this, soil results utilized in the risk assessment focus only on the PLM results for the fine ground fraction.

An aliquot of the fine ground fraction is analyzed using the Site-specific visual area estimation PLM method, as detailed in SOP SRC-LIBBY-03 (referred to as PLM-VE). PLM-VE is a semi-quantitative method that utilizes Site-specific LA reference materials to allow assignment of fine ground samples into one of four concentration "bins", as follows:

- *Bin A (ND):* non-detect

- *Bin B1 (Trace):* detected at levels lower than the 0.2% (by mass) LA reference material

- *Bin B2 (<1%):* detected at levels lower than the 1% (by mass) LA reference material but greater than or equal to the 0.2% LA reference material

- *Bin C:* LA detected at levels greater than or equal to the 1% LA reference material; estimated soil concentrations are reported to the nearest whole percent

As noted above, for the 2007-2008 yard ABS investigation (see Section 6.1.2.1), a subset of the collected soil samples were subsequently reanalyzed by PLM-VE by a different analytical laboratory (CDM Smith 2013c, d). The higher of the two reported laboratory results is used to represent the LA soil concentration for these samples. In addition, as part of the general quality control (QC) program for the Site, some soil samples are randomly selected for reanalysis (e.g., preparation duplicates, laboratory duplicates, inter-laboratory analyses). In cases where multiple analyses are available for a soil sample, the highest result is used to represent the soil concentration.



## 6.1.4 Calculation of EPCs

### 6.1.4.1 Yards

#### 6.1.4.1.1 Accounting for Differences in Yard ABS Script Intensity

The outdoor ABS studies conducted for OU4 yards have utilized ABS scripts with varying intensities of soil disturbance. The 2007-2008 OU4 outdoor ABS investigation (see Section 6.1.2.1) utilized ABS scripts that are ranked as "high intensity" scripts. Under the "high intensity" yard script, mowing, raking, and digging disturbance activities were performed on a sub-area of the yard for approximately two hours per activity (i.e., two hours raking, two hours mowing, two hours digging). Often, this resulted in the sub-area being mowed/raked multiple times over the course of the sampling activity duration. As a result, grass was typically worn down and bare patches of soil were often observed by the end of the sampling period, which may have resulted in elevated LA releases during sampling.

The 2010 and 2011 OU4 outdoor ABS investigations and the OU7 outdoor ABS investigation (see Section 6.1.2.1) mainly[10] utilized ABS scripts that are ranked as "typical intensity" scripts. Under the "typical intensity" yard script, ABS was conducted on a yard-wide basis, the sampling duration per disturbance scenario was reduced (i.e., 20 minutes versus two hours per scenario), and the mowing/raking activities were more representative of expected behaviors (i.e., one pass over the yard), thus reducing the amount of localized stress in one area.

Because it is expected that individuals at a property may disturb soil under different intensities over time, use of only the high intensity ABS results, may tend to bias long-term exposure estimates high. Likewise, use of only the typical intensity ABS results, may tend to bias long-term exposure estimates low. Thus, to account for differences in disturbance intensity in long-term exposure estimates, the risk calculations utilized both types of ABS results, but weighted exposures based on the script intensity as follows:

$$\text{Risk} = (EPC_{high} \cdot TWF_{high} \cdot IUR_{LA}) + (EPC_{typical} \cdot TWF_{typical} \cdot IUR_{LA})$$

$$HQ = (EPC_{high} \cdot TWF_{high} / RfC_{LA}) + (EPC_{typical} \cdot TWF_{typical} / RfC_{LA})$$

*where:*

| | | |
|---|---|---|
| $EPC_{high}$ | = | Exposure point concentration, outdoor ABS during yard disturbances under high intensity ABS script (PCME LA s/cc) |
| $EPC_{typical}$ | = | Exposure point concentration, outdoor ABS during yard disturbances under typical intensity ABS script (PCME LA s/cc) |
| $TWF_{high}$ | = | Time-weighting factor for yard soil disturbances under high intensity disturbance activities (unitless) |
| $TWF_{typical}$ | = | Time-weighting factor for yard soil disturbances under typical intensity disturbance activities (unitless) |

---

[10] Scenario 1 of the 2011 outdoor ABS program included sample collection during both "high intensity" and "typical intensity".



For the purposes of this risk assessment, it was assumed that 5% of the total yard disturbance time is spent performing high intensity disturbance activities:

$$TWF_{high} = TWF_{total} \cdot 0.05$$

$$TWF_{typical} = TWF_{total} \cdot 0.95$$

The uncertainty assessment (see Section 10.1.6) provides additional information on how risk estimates would change if the time spent performing high intensity disturbance activities were higher than assumed.

### 6.1.4.1.2 Accounting for Differences in Yard ABS Activities

ABS scripts for the evaluation of yard soil disturbances have typically included three different disturbance activities – raking, mowing, and digging. These three activities are considered realistic examples of soil disturbance activities that may occur in yards. For outdoor exposures during soil disturbance activities, the EPC was calculated as the average ABS air concentration, combining across activities (mowing, raking, digging) and across time (spring and summer). This is because the goal is to estimate the long-term average concentrations over many years of various types of outdoor yard soil disturbance activities.

### 6.1.4.1.3 Stratification by Soil Concentration

As noted above, because it is not feasible to perform outdoor ABS at every property, it is necessary to use data on LA in soil to extrapolate to properties without ABS. In this regard, EPCs were calculated by grouping the outdoor ABS air samples using the co-located yard soil LA concentration, as determined based on the results of the PLM-VE analysis.

**Table 6-2** (Panel A) presents the calculated EPCs associated with disturbances of yard soil at properties in OU4 and OU7. As seen, the majority of outdoor ABS air samples during yard soil disturbances have been collected from properties where the soil concentration is Bin A or Bin B1. Although the 2010 ABS program sought to identify and evaluate properties with higher soil concentrations, because soil removal efforts have targeted properties with higher soil concentrations, there are limited or no data for Bin B2 and Bin C soil concentrations under the typical intensity ABS script. Therefore, for the purposes of the risk assessment, these two soil concentration bins were combined (Bin B2/C).

## 6.1.4.2 Gardens

For gardens, two different types of soil disturbance activities have been performed – an aggressive ABS scenario (rototilling) and a more typical activity scenario (digging with a trowel or shovel). Because potential LA releases are likely to be much higher during rototilling, and because rototilling is an activity that is likely to occur less frequently than typical gardening activities, when possible, EPCs for these two garden ABS scenarios were calculated separately.

Because it is necessary to extrapolate the garden ABS results to properties without ABS, EPCs were calculated by grouping the outdoor ABS air samples using the co-located garden soil LA concentration. The same soil concentration categories described for yards (see Section 6.1.4.1.3) are used for gardens. **Table 6-2** (Panel B) presents the calculated EPCs associated with disturbances of garden soil at properties in OU4 and OU7.



Libby_Site-wide HHRA_11-16-15.docx

**6.1.4.3 Driveways and Limited-Use Areas**

For driveways and LUAs, the ABS scripts did not differ from investigation to investigation; thus, there was no need to stratify EPCs by script activity or intensity. However, it was necessary to calculate EPCs separately for each LA soil concentration bin to extrapolate ABS results to properties where ABS activities have not been performed. The same soil concentration categories described for yards (see Section 6.1.3.1.3) were used for driveways and LUAs. **Table 6-2** presents the calculated EPCs associated with disturbances of driveway soil (Panel C) and LUA soil (Panel D) at properties in OU4 and OU7.

## 6.1.5 Risk Estimates

**6.1.5.1 Yards**

**Table 6-3** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbances at residential and commercial properties in OU4 and OU7. **Table 6-3a** presents risks for residential exposures and **Table 6-3b** presents risks for outdoor worker exposures. For both tables, Panel A presents risks based on RME and Panel B presents risks based on CTE.

<u>OU4</u>

For residential exposures (**Table 6-3a**) to LA during yard soil disturbances in OU4, although estimated RME cancer risks are less than or equal to 1E-04 for all soil concentration categories, RME non-cancer HQs are greater than 1 when LA is detected in yard soils (i.e., both for Bin B1 and Bin B2/C soil concentrations). High intensity and typical intensity disturbances each account for approximately half of the total HQ. The RME HQ is 0.1 based on Bin A soil concentrations (non-detect for LA). Estimated CTE cancer risks are less than 1E-05 and non-cancer HQs are less than 1 for all soil concentration categories.

For outdoor worker exposures (**Table 6-3b**) to LA during yard soil disturbances in OU4, RME and CTE cancer risks are less than or equal to 1E-04, but RME non-cancer HQs are greater than 1 when LA is detected in yard soils. The CTE HQ is also greater than 1 for Bin B2/C soil concentrations. The estimated RME and CTE non-cancer HQs are less than 1 based on Bin A soil concentrations.

It is important to note that an HQ greater than 1 does not necessarily mean that adverse non-cancer effects will occur. As noted previously, there is a margin of safety built into the RfC through the application of an UF (EPA 2014d). However, the probability of an adverse effect tends increase as the HQ increases. The contribution of OU4 yard soil disturbance exposure scenarios to cumulative risk is discussed in Section 9.

<u>OU7</u>

For OU7, estimated RME and CTE cancer risks are less than 1E-06 and non-cancer HQs are less than 0.1 for exposures to LA during yard soil disturbances for both receptors. However, the OU7 ABS data have two important limitations. First, the ABS activities performed are only representative of typical intensity disturbances, no data were collected under high intensity disturbances. As shown for OU4, high intensity disturbances account for approximately half of the total HQ. Thus, OU7 risk estimates are likely biased low. Second, nearly all of the ABS data were collected in yards where no LA was detected (Bin A); only one ABS air sample was collected from a yard with Bin B1 (trace) soil concentrations and no samples were collected in yards with Bin B2/C soil concentrations (see **Table 6-2**). Therefore, these data may not be representative of potential exposures when LA is detected in



yard soil. In this regard, the risk estimates from OU4 can be used to infer potential risks for properties in OU7.

### 6.1.5.2 Gardens, Driveways, Limited-Use Areas

For residential exposures (**Table 6-3a**), estimated RME and CTE cancer risks are less than or equal to 1E-05 and non-cancer HQs are less than 1 during soil disturbances in gardens, driveways, and LUAs for all soil concentration categories. For outdoor worker exposures (**Table 6-3b**), with the exception of the garden rototilling scenario, estimated RME and CTE cancer risks are less than 1E-06 and non-cancer HQs are less than 0.1 for all soil concentration categories. Outdoor worker exposures while rototilling in gardens with trace (Bin B1) concentrations of LA resulted in an estimated RME non-cancer HQ of 4; both the RME and CTE cancer risks are less than 1E-04 and CTE HQ is less than 1. The contribution of garden, driveway, and LUA soil disturbance exposure scenarios to cumulative risk is discussed in Section 9.

The majority of ABS air samples collected from gardens, driveways, and LUAs are representative of soil concentrations with lower levels of LA (Bin A or Bin B1). It is expected that exposures and risks would be higher when soil concentrations are Bin B2/C, but the available data are too limited to provide reliable information on the magnitude of the potential increase in exposure.

## 6.1.6 Extrapolation to Properties Without ABS

### 6.1.6.1 Determining Exposure Area-wide Risk Estimates

In interpreting these risk estimates, it is important to understand that these calculations are intended to represent a given LA soil concentration. However, a specified exposure area for a property may have varying LA soil concentrations, ranging from Bin A to Bin C by PLM-VE, with differing spatial extents. As discussed in Section 2.3.3, the evaluation of risk is based on the average exposure across the entire exposure area. Thus, for exposure areas that encompass varying LA soil concentrations, it is necessary to derive a spatially-weighted average risk estimate for the entire exposure area. **Figure 6-1** presents a simplified example of this approach. As shown in this example, soil concentration information is available from three subareas within the exposure area (Panel A). These soil concentration data are translated into a corresponding non-cancer HQ value (based on the OU4 yard soil residential RME HQ estimates presented in **Table 6-3a**) – i.e., the Bin A soil concentration is assigned an HQ value of 0.1, the Bin B1 soil concentration is assigned an HQ value of 2, and the Bin C concentration is assigned an HQ value of 7 (Panel B). Therefore, in this example, exposure area-wide average HQ is calculated by weighting each area appropriately (based on its spatial contribution to the total exposure area), yielding an exposure area-wide HQ of 2 (Panel C). This same approach can be used to derive exposure area-wide estimates of cancer risk.

### 6.1.6.2 Overview of Soil Concentrations Remaining at Properties

Since 2000, EPA has completed exterior soil removals at more than 1,600 properties in OU4 and 40 properties in OU7 as part of the emergency response removals. Soil removal efforts have sought to address "worst first", meaning that properties with the highest levels of contamination were prioritized first for removal. The "triggers" that have been used to determine the need for soil removal differ by use area (i.e., triggers for yards differ from the triggers for gardens) and have changed over time. A summary of the soil removal triggers is provided in the *Libby Asbestos Site Residential/Commercial Cleanup Action Level and Clearance Criteria Technical Memorandum* (EPA 2003a) and two subsequent memorandum amendments (*Amendment A* – CDM Smith 2011c; *Amendment B* – CDM Smith 2014c).



In general, at the time of this risk assessment, properties in OU4 and OU7 can be classified into four basic categories:

1. Properties where soil removals have already been completed.

2. Properties where soil removal has not been deemed necessary based on an evaluation of property-specific conditions relative to the current soil removal triggers.

3. Properties where soil removal is deemed necessary, but has not been performed (this includes properties that are currently in the removal queue and properties where the owner has refused or deferred removal efforts).

4. Properties where no soil information is available (e.g., owner has refused property access and no evaluation of property-specific conditions has been performed).

Prior to 2014, the primary soil removal triggers were the presence of VV in SUAs, such as gardens, flowerbeds, and driveways, and/or LA levels ≥1% (Bin C) in CUAs, such as yards. Once EPA removal contractors were at a property, soil removal efforts would consist of excavating all soils in these areas with detected LA (i.e., Bin B1, Bin B2, and Bin C conditions would be removed and replaced with topsoil fill materials) up to a depth of about 12-18 inches.

**Table 6-4** summarizes the expected surface soil concentrations at properties in OU4 and OU7 where soil removals have and have not been completed. As shown, for properties where a soil removal has been completed (Category #1), surface soils that remain "post-removal" should be[11] a mixture of Bin A (non-detect for LA) and topsoil fill materials (which are also non-detect for LA). As shown in **Table 6-3**, LA exposures due to disturbances of Bin A soils in yards, gardens, flowerbeds, and driveways yield estimated RME cancer risks less than 1E-04 and non-cancer HQs less than 1.

For properties where no soil removal had been deemed necessary prior to 2014 (Category #2), soil concentrations could be as high as Bin B2 across the total exposure area (Bin C concentrations would have triggered a soil removal). As discussed above, properties where yard soil concentrations are Bin B1 or Bin B2 have the potential to result in RME non-cancer HQs greater than 1 (see **Table 6-3**), depending upon their spatial extent. Therefore, there may be properties in OU4 and OU7 where soil removal actions have not yet been completed that have the potential to result in elevated LA exposures if soils are disturbed. Beginning in 2014, the soil removal triggers were modified to conduct soil removals at properties with Bin B1 (depending upon their spatial extent) and Bin B2 (regardless of spatial extent) soil concentrations. Specifics on these modified soil triggers are presented in *Amendment B* (CDM Smith 2014c). Bin B1 (trace) surface soils are allowed to remain in place in SUAs and CUAs, provided that their spatial extent is less than 25% of the total exposure area. This decision was based on the finding that, if 75% or more of the total exposures area is Bin A and the remainder is Bin B1, the estimated area-wide RME non-cancer HQ (see Section 6.1.6.1) will be about 0.6.

For properties where soil removal is deemed necessary, but has not been performed (Category #3), the potential exposures and risks from soil disturbance activities will depend upon the nature and extent of the LA concentrations in soil present at the property. However, it is possible that Bin C concentrations may be present. As illustrated in **Figure 6-1**, properties where yard soil concentrations

---

[11] On occasion, subsequent soil sampling efforts at "post-removal" properties have identified LA detections.



are Bin C have the potential to result in area-wide RME non-cancer HQs greater than 1, even if their spatial extent is small.

For properties where no soil information is available (Category #4), potential exposures and risks from soil disturbance activities cannot be determined.

### 6.1.6.3 Uncertainties in Extrapolating Using Soil Data

There are several challenges in extrapolating ABS results to properties without ABS using soil data, especially when using historical soil data.

First, soil sampling methodologies have changed over time. As noted above, most of the soil samples collected as part of outdoor ABS investigations are 30-point composite samples, which encompass the extent of the ABS area. Prior to 2007, soil samples collected at the Site were usually collected as five-point composite samples. Thus, there is expected to be more variability in these historical soil samples relative to the 30-point composites. In addition, the number of soil samples collected at each property varied, depending upon the types of use areas identified (e.g., yards, driveways) and the size of the use area, and sampling efforts tended to focus on more frequently used areas. Any extrapolation of ABS results based on historical soil samples should consider these data limitations.

Second, unlike traditional chemistry methods, where analytical results are based on the output of a laboratory instrument, the PLM-VE method is inherently subjective. In this method, the PLM analyst utilizes visual estimation techniques (e.g., standard area projections, photographs, drawings, or trained experience) to estimate the asbestos content of the soil. Results are reported semi-quantitatively for levels below 1%, based on visual comparisons to LA-specific reference materials. Results of inter-laboratory assessments for the PLM-VE method show that there are differences between the analytical laboratories in results reporting (CB&I Federal Services, LLC [CB&I] 2012, 2014; CDM Smith 2012c, 2014d). In particular, EPA's Environmental Services Assistance Team, Region 8 (ESATR8) laboratory has demonstrated proficiency in detecting the presence of "trace" levels of LA (Bin B1) in soil compared to other (non-ESATR8) PLM laboratories (CDM Smith 2014d). Because the majority of the soil samples that were used to group the ABS air data into soil concentration categories were analyzed by the ESATR8 laboratory, it may not be appropriate to extrapolate ABS results based on soil concentrations estimated by non-ESATR8 laboratories.

In summary, extrapolation of outdoor ABS data to properties without ABS using soil data is most appropriate when the soil samples have been collected using a 30-point composite sampling methodology and when PLM-VE results are based on analyses performed by the ESATR8 laboratory. Uncertainties associated with between-laboratory variability and changes in soil sampling methodology are discussed further in Sections 10.1.4 and 10.1.5, respectively.

## 6.1.7 Risks from Contaminated Subsurface Soil

As noted above, during soil removal efforts conducted at properties in OU4 and OU7, soils with detected LA are removed and replaced with topsoil fill materials. However, at some properties, contamination was still present at the maximum soil removal excavation depth[12]. In the event that digging occurs in areas where subsurface soil contamination was left in place at depths greater than the extent of the topsoil fill material, such as a resident digging a deep hole to plant a tree or an outdoor worker digging a new sewer line, it is possible that individuals may be exposed to LA-

---

[12] In cases where 1% or greater was left behind, the excavation depth was increased to 36 inches (i.e., there should be about 3 feet of topsoil fill material covering the subsurface contamination).



contaminated subsurface soils. It is expected that these exposures would occur less frequently than exposures to surface soils, but may have the potential to result in higher exposures because the subsurface materials being disturbed could have higher LA concentrations.

**Table 6-1** (Panel B) presents the selected RME and CTE exposure parameters values and calculated TWFs for disturbances of subsurface soils at OU4/OU7 properties. For the resident, it is assumed that all subsurface soil exposures occur at their residence. However, for the outdoor worker it is likely that they may be exposed to subsurface soils across multiple residential/commercial properties with varying levels of subsurface contamination. For the purposes of these risk calculations, it is assumed that 65% of their subsurface soil exposure is to Bin A (non-detect) concentrations, 15% of their subsurface exposure is to Bin B1 (trace) concentrations, and 20% of their subsurface exposure is to Bin B2/C concentrations. This is based on the observation that, of the more than 1,600 properties in OU4 where an outdoor soil removal effort has been completed, the confirmation soil samples (taken from the bottom of the excavation area) showed about 65% were non-detect for LA, about 34% had LA concentrations reported as <1%[13] at the bottom of the excavation area, and less than 2% had LA concentrations of 1% or greater at the bottom of the excavation area (EPA 2014a).

There are no ABS air data that are specific to subsurface soil disturbance scenarios in OU4/OU7. However, a subset of the ABS air samples from the yard soil disturbance activities (see Section 6.1.2.1) included a digging disturbance scenario (simulating a child playing in an area of bare dirt). While it is expected that this type of digging scenario is likely to be biased high, as it is representative of a high intensity disturbance condition, it is used in these calculations to provide screening level risk estimates for potential exposures from disturbances of subsurface soil for each soil concentration category (i.e., Bin A, Bin B1, Bin B2/C).

**Table 6-5** presents estimated cancer risks and non-cancer HQs from exposures to LA during subsurface soil disturbances at residential and commercial properties in OU4 and OU7. Panel A presents risks based on RME and Panel B presents risks based on CTE. As shown, when this exposure scenario is considered alone, estimated RME cancer risks are less than 1E-04 and non-cancer HQs are less than or equal to 1 during subsurface soil disturbances for all soil concentration categories for residents. However, for the outdoor worker, RME cancer risks approach 1E-04 and non-cancer HQs are greater than 1, primarily due to digging in areas where concentrations are Bin B2/C. These results show that this exposure scenario alone has the potential to approach or exceed EPA's acceptable risk limits. However, it is important to recall that these are screening level estimates that have the potential to be biased high. The contribution of subsurface soil disturbance exposure scenarios to cumulative risk is discussed in Section 9.

Note that these subsurface soil risk estimates apply only to exposures during the digging activity itself. If contaminated subsurface soils that are unearthed during these digging activities are not managed properly and surface soils become re-contaminated as a result, it is possible that unacceptable exposures and risks could result, depending upon the type of subsurface contamination encountered and the spatial extent that it is spread at the surface (see **Table 6-3**).

---

[13] Confirmation soil samples are analyzed by PLM using NIOSH 9002, which does not stratify concentrations below 1% into Bin B1 or Bin B2, simply reporting results as "<1%". It is assumed that half of all results reported by NIOSH 9002 as <1% would have been ranked as Bin B1 and half as Bin B2.



# 6.2 Schools and Parks in OU4 and OU7

## 6.2.1 Exposure Populations and Parameters

For schools, the receptor populations of interest for evaluating exposures during soil disturbances include students and outdoor maintenance workers. Because the student population differs by the type of school (i.e., younger children attend elementary school, older children attend high school), student exposure parameters were determined separately by school. Because different worker maintenance activities are likely performed at different frequencies for different schools, exposures were evaluated separately by school for mowing/edging school lawns, power-sweeping sidewalks, and general maintenance activities on school grounds (e.g., digging and raking).

For parks, the primary receptor population of interest is recreational visitors. The type of recreational visitor evaluated (children, adults) depends upon the anticipated park use. For example, playgrounds were assumed to be used primarily by younger children, whereas the ball fields and golf courses were assumed to be primarily used by older children and adults. For golf courses, exposures were also evaluated for outdoor workers that perform course maintenance activities, such as mowing, aerating turf, and raking bunkers.

**Table 6-6** presents the selected exposure parameters values and calculated TWFs for disturbances of soils at schools and parks in OU4 and OU7. For OU4 schools, the exposure parameters are based on information provided by school administrators. Because the basis (RME/CTE) of the exposure parameters provided by school administrators was not specified and because there is not likely to be substantial variability in the student exposures for a given school, only one set of exposure parameters were determined (i.e., RME and CTE values were not selected).

In reviewing these exposure parameters, it is acknowledged that several of the exposure durations are less than 10 years (e.g., childhood exposures at daycare, high school sporting activities). Typically, these types of shorter exposure duration scenarios are not evaluated individually because the exposure duration is less than the basis of the toxicity values, which are intended to apply to a lifetime exposure scenario. However, this risk assessment calculates exposure and risk for all exposure scenarios, regardless of exposure duration, to demonstrate the pathway-specific contribution to lifetime exposures to inform decision-making.

## 6.2.2 Investigation Summary

In June and July 2005, outdoor ABS samples were collected at the Cabinet View Country Club Golf Course while course workers performed various maintenance activities (e.g., mowing, aeration, raking bunkers) on the course fairways, greens, and tees. A total of seven personal air monitoring samples were collected. Detailed results from the outdoor ABS at the golf course are presented in EPA (2007a).

In June 2008, outdoor ABS was performed at each of five school buildings in Libby (EPA 2009g). Outdoor activity scenarios for students and maintenance staff were selected based on interviews with school administrators. For students, this included playing sports (e.g., soccer, baseball) in designated sports areas, playing on playground equipment (e.g., swing sets), and walking/running over various ground materials (i.e., grass, sand). For outdoor maintenance workers, this included digging and raking on school grounds, manual sweeping of blacktop play areas and sidewalks, power sweeping parking lots, and mowing and edging school lawns (see **Figure 2-2** for example photographs of these ABS activities). At each school, the administrators identified outdoor areas that were most commonly used by students or maintenance staff for typical outdoor behaviors. In general, one to three distinct areas used for play or sports activities were selected at each school for conducting student scenarios,



while maintenance worker scenarios took place across the school grounds. The power sweeping scenario was performed in the parking lots at two schools (Libby Administration Building and Libby High School). Detailed results from the outdoor ABS at the OU4 schools are presented in (EPA 2010e). A subset of the outdoor ABS air samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2010; these supplemental analyses were included in EPC calculations.

In 2011, DEQ conducted outdoor ABS to evaluate potential exposures during soil disturbance activities at playgrounds and ball fields at parks and schools in Troy (Tetra Tech 2011). At Morrison Elementary School and the Roosevelt Park playground, the types of ABS activities evaluated included playing on playground equipment, such as swing sets, merry-go-rounds, jungle-gyms, and see-saws, and digging in sand boxes. At the Roosevelt Park ball fields and the Timber Beast Disk Golf Course, ABS activities included playing baseball, football, soccer, and/or Frisbee® golf. **Figure 2-2** provides example photographs of these ABS activities. Two sampling events were conducted at each school/park, one in the spring and one in the summer of 2011. Detailed results from the outdoor ABS schools and parks in OU7 are presented in Tetra Tech (2013).

## 6.2.3 Calculation of EPCs

**Table 6-7** presents summary statistics of the measured outdoor ABS air concentrations for each type of soil disturbance activity for each school, park, and golf course in OU4 and OU7. Because potential exposure durations and conditions differ by location, EPCs were calculated separately by location. A cumulative evaluation of potential exposures across multiple schools (e.g., exposure for a receptor that attends Libby schools beginning in elementary school through high school), is presented in Section 9.

## 6.2.4 Risk Estimates

**Table 6-8** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbances at each school, park, and golf course in OU4 and OU7. These results indicate that, when these exposure scenarios are considered alone, estimated cancer risks are less than 1E-05 and non-cancer HQs are less than or equal to 0.1 for all exposure scenarios. The contribution of these exposure scenarios to cumulative risk is discussed in Section 9.

# 6.3 Trails/Bike Paths in OU4 and OU7

## 6.3.1 Exposure Populations and Parameters

Recreational visitors are the receptor population of interest for the purposes of evaluating potential exposures to LA while riding bicycles on trails, bike paths, and along roads in OU4 and OU7. Two scenarios were evaluated: riding a bike (assumed to be older children and adults) and riding in a trailer attached to a bike (young children). Because exposure concentrations could differ between riders and children in bicycle trailers, exposures were determined separately for each scenario.

**Table 6-9** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils while bicycling in OU4 and OU7.

## 6.3.2 Investigation Summary

Two different ABS investigations have been conducted at the Site to evaluate potential exposures while riding bicycles on trails, bike paths, and along roads. In the summer of 2010, an investigation was performed by EPA to evaluate exposures in OU4 (CDM Smith 2010b). In the summer of 2011, an analogous investigation was performed by DEQ to evaluate exposures in OU7 (Tetra Tech 2011).



For both investigations, the biking activity was conducted with two EPA or DEQ contractors riding non-motorized, two-wheeled bicycles equipped for use on non-paved roads. In addition, a bicycle trailer, built to transport a 50-pound child, was affixed to the back of one (OU4) or both (OU7) of the bicycles for the entire event and an air monitor was mounted inside the trailer. Two types of ABS air samples were collected as part of this scenario – adult rider samples and trailer samples. The two riders traveled in single file along the path (which included both paved and unpaved trails, roads, and alleys), with the riders alternating positions (leading and trailing) throughout the sampling event, and the trailing riders trying to ride in the dust cloud of the rider in front (as much as was safe and practical) (see **Figure 2-2** for an example photograph of this ABS activity). During these events, the bicycle riders varied their speed between 3 and 15 miles per hour (mph), with a target average speed of 8 mph, adjusted as appropriate to meet path conditions.

For OU4, because it is expected that some riders will tend to favor the use of trails/paths in smaller subareas of Libby rather than riding at random across the entire city, the ABS investigation was conducted in three different sectors (see **Figure 6-2**). A total of ten one-hour sampling events were conducted in each of the three sectors. ABS air samples were originally analyzed in 2010; a subset of the samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2013. Detailed results of the OU4 bicycling ABS investigation (including the supplemental analyses) are summarized in CDM Smith (2014a).

For OU7, a total of ten one-hour sampling events were conducted, with each sampling event performed across the entire town of Troy (see **Figure 6-3**). Results of the OU7 bicycling ABS investigation are summarized in Tetra Tech (2013).

### 6.3.3 Calculation of EPCs

**Table 6-10** (Panel A) presents summary statistics for outdoor ABS air associated with disturbances of soil while riding bicycles in OU4 (stratified by sector) and OU7. As seen, all ABS air samples collected in OU4 were non-detect regardless of sector; therefore, risk estimates were not calculated separately by sector for OU4. Because the bicycle riding ABS scenarios were conducted in such a way that they are representative of the frequently used bike paths and trails in OU4 and OU7, there was no need to extrapolate ABS air results to un-sampled locations using soil data. Thus, it was not necessary to calculate EPCs stratified by soil concentration. However, because path conditions could differ between OU4 and OU7, EPCs were calculated separately for OU4 and OU7. EPCs were also calculated separately for each exposure location (i.e., rider and trailer).

### 6.3.4 Risk Estimates

**Table 6-10** presents estimated cancer risks and non-cancer HQs from exposures to LA while bicycling on trails, bike paths, and along roads in OU4 and OU7 based on RME (Panel B) and CTE (Panel C). These results indicate that, when these exposure scenarios are considered alone, estimated RME and CTE risks are less than 1E-06 and non-cancer HQs are much less than 0.1 for all bicycling exposure scenarios. The contribution of these exposure scenarios to cumulative risk is discussed in Section 9.

## 6.4 Exposures in OU1

OU1 includes areas affected by contamination released from the former Export Plant. The former Export Plant is situated on the south side of the Kootenai River, just north of the downtown area of the City of Libby, Montana (see **Figure 1-5**). OU1 covers roughly 17 acres and is divided into three areas (Area 1, Area 2, and Area 3) (see **Figure 6-4**). Area 1, the former Export Plant area, has been converted to a landscaped park with paved access and parking, with the exception of an area used by



David S. Thompson Search and Rescue. Area 2, the former Riverside Park, has been combined with Area 1 to create the Riverfront Park serving a variety of recreational visitors. The main features of the park include two boat ramps, a pavilion with surrounding lawn areas and picnic tables. Area 3, the embankments, consists of undeveloped land owned and maintained by MDT. MDT currently performs only periodic maintenance of these embankments as needed (e.g., application of herbicides, replacement of guardrails, and maintenance of roadside light posts).

Numerous investigations and removal activities have occurred at OU1. Details of investigation and remediation activities conducted at the OU1 are provided in the *OU1 RI* (EPA 2009c), the *OU1 Record of Decision* (ROD) (EPA 2010a), and the *OU1 Remedial Action Report* (CDM Smith 2013e). Remedial actions at OU1 are complete and included removal (excavation and disposal) and containment (with soil covers) of asbestos-containing source materials. There are no areas within OU1 with LA-contaminated soils remaining at the surface. However, because buried residual vermiculite and contaminated subsurface soil remains at OU1, institutional controls (ICs) are in place which restrict subsurface disturbance activities (e.g., construction activities that involve soil excavation or earthwork) to mitigate potential future exposures from contamination left at depth.

## 6.4.1 Exposure Population and Parameters

There are two potential receptor populations that may be exposed to LA during soil disturbance activities at Riverfront Park in OU1 – recreational visitors and outdoor workers (park maintenance worker). While search and rescue volunteers/workers may use facilities in OU1, it is assumed that exposures will primarily occur inside the David S. Thompson Search and Rescue building (see Section 7.4 for an evaluation of indoor worker exposures).

Visitors to the park may engage in a variety of activities, such as picnicking in the pavilion and recreating on the lawn areas. Park maintenance workers are responsible for maintaining the lawn areas and landscaping of the Riverfront Park. Different areas of the park require different types of lawn maintenance equipment. Because exposure conditions and exposure duration could differ depending upon the maintenance activity being performed, exposure parameters were determined separately for each of two activities – mowing and weed-trimming.

**Table 6-11** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils in OU1 by park maintenance workers and recreational visitors.

## 6.4.2 Investigation Summary

In 2013, outdoor ABS was conducted to determine possible exposures to City workers that maintain the park during disturbances of soil (CDM Smith 2013f). Because the construction of the remedial action at the former Export Plant (OU1) has been completed, the purpose of the 2013 outdoor ABS investigation was to collect data to support a post-construction risk assessment of the effectiveness of the remedy.

As noted above, the ABS activities focused on outdoor worker exposure scenarios because workers are expected to have greater exposure potential than recreational visitors (i.e., the types of activities performed by park maintenance workers would tend to result in more frequent and higher intensity soil disturbances than the types of activities performed by recreational visitors). Two types of outdoor maintenance scenarios were evaluated at the park – mowing and weed trimming. For the mowing ABS



scenario, EPA contractors mowed the grass in Riverfront Park using walk-behind mowers[14]. For the lawn edging/weed trimming ABS scenario, EPA contractors operated a weed edger/trimmer (i.e., weed whacker). A total of three sampling events were conducted in the summer of 2013. Detailed results for the OU1 post-construction ABS investigation are presented in the *Post-Construction Human Health Risk Assessment* (CDM Smith 2015c) for OU1.

### 6.4.3 Calculation of EPCs

**Table 6-12** (Panel A) presents summary statistics for outdoor ABS air associated with disturbances of soil at OU1. Because the ABS scenarios were conducted in such a way that they are representative of the full extent of maintained park areas in OU1, there was no need to extrapolate ABS air results to un-sampled locations using soil data. Thus, it was not necessary to calculate EPCs stratified by soil concentration. EPCs were calculated separately for each type of maintenance activity.

The EPC estimated for the mowing scenario was used as a surrogate EPC to evaluate the recreational visitor exposure scenario. As noted above, the mowing scenario is considered a conservative estimate of potential exposures for park visitors who may engage in soil disturbance activities at OU1.

### 6.4.4 Risk Estimates

**Table 6-12** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbance activities in OU1 based on RME (Panel B) and CTE (Panel C). These results indicate that, when these exposure scenarios are considered alone, estimated RME and CTE cancer risks are less than 1E-06 and non-cancer HQs are less than 0.1 for both worker exposure scenarios and the recreational visitor scenario based on post-construction conditions. The contribution of these exposure scenarios to cumulative risk is discussed in Section 9.

However, if future excavation or construction activities occur in areas of OU1 where residual contamination remains at depth, a number of potential exposure scenarios might become complete due to subsurface soil contamination. Disturbances of residual LA contamination in subsurface soils in OU1 have the potential to result in unacceptable exposures and risks.

## 6.5 Exposures in OU2

OU2 includes areas that were affected by contamination released from the former Grace Screening Plant. Subareas within OU2 include the former Screening Plant (Subarea 1), the Flyway (Subarea 2), a privately-owned property (Subarea 3), and the Rainy Creek Road frontages (Subarea 4) (see **Figure 6-5**). EPA has taken extensive actions to remove the mine-related waste materials and contaminated soils at OU2. Details of investigation and remediation activities conducted at each OU2 subarea are provided in the *OU2 RI* (EPA 2009d), the *OU2 ROD* (EPA 2010b), and the *OU2 Remedial Action Report* (EPA 2012a). Exposure to the contamination was largely mitigated by removal of surface soils and the placement of an extensive cap during removal activities prior to the OU2 ROD, with the exception of two isolated locations within the Flyway (Subarea 2), which were subsequently remediated in 2010. Residual contamination remains at varying depths over a considerable portion of OU2. Because buried residual vermiculite and contaminated subsurface soil remains at OU2, ICs are (or will be) in place

---

[14] It is recognized that this type of equipment may differ from the commercial riding mowers used by City workers, but due to a lack of available equipment, this alternate mowing scenario was used. Using a walk-behind mower is considered a more conservative soil disturbance activity than a riding mower.



that will protect the remedy and limit soil excavations to mitigate potential future exposures from contamination left at depth.

## 6.5.1 Exposure Populations and Parameters

In OU2 areas that have been remediated, and where surface soil is either capped or backfilled with clean soil, there are no complete exposure scenarios to LA at present. However, there are several areas within the Flyway where soils have not been remediated. There are two receptor populations that may be exposed to LA during soil disturbance activities in the Flyway – visitors that recreate or trespass (either intentionally or inadvertently) along the Kootenai River and MDT outdoor workers that maintain the ROW along Highway 37.

**Table 6-13** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils in the Flyway area of OU2.

## 6.5.2 Investigation Summary

Because the construction of the remedial action at the former Screening Plant (OU2) has been completed, the purpose of the 2012 outdoor ABS investigation was to collect data to support a post-construction risk assessment of the effectiveness of the remedy. Because Subarea 1 (former Screening Plant), Subarea 3, and Subarea 4 (Rainy Creek Road frontages) are all privately-owned, and the owners opted not to participate in post-construction sampling activities, the focus of the post-construction ABS investigation was on Subarea 2 (Flyway) in areas that had not been remediated, and thus have the maximum potential for exposure (i.e., "worst case").

Two ABS scenarios representative of soil disturbance activities that may take place in the Flyway were evaluated as part of the OU2 outdoor ABS investigation (CDM Smith 2012d). Scenario 1 was conducted to determine possible exposures to MDT workers that mow the ROW on the west side of Highway 37 (**Figure 6-5**). The ROW has approximately 1,500 feet of road frontage. Scenario 2 was conducted to evaluate possible exposures to individuals that recreate (e.g., hike) or otherwise trespass along river frontage in the Flyway adjacent to the Kootenai River (**Figure 6-5**). The river frontage within the Flyway is approximately 2,100 feet.

For the mowing ABS scenario, EPA contractors mowed the grass along the ROW using walk-behind mowers[15]. A total of three mowing ABS events were performed in late August/early September 2012 separated in time by one week.

For the recreational/trespass ABS scenario, two EPA contractors hiked along the river frontage stopping at obvious areas of river access when encountered, switching positions (leading/following) every five minutes as they hiked. A total of three 30-minute hiking ABS events were performed sequentially on the morning of August 21, 2012, with each ABS event taking place along different paths/routes, traversing both above and below the high water mark along the river frontage. Detailed results for the OU2 post-construction ABS investigation are presented in the *Post-Construction Human Health Risk Assessment* (CDM Smith 2015d) for OU2.

---

[15] It is recognized that this type of equipment may differ from the commercial riding mowers used by MDT workers, but using a walk-behind mower is considered a more conservative soil disturbance activity than a riding mower due to the greater potential of generating dust in the breathing zone.



### 6.5.3 Calculation of EPCs

**Table 6-14** (Panel A) presents summary statistics for outdoor ABS air associated with disturbances of soil in the Flyway in OU2. Because the ABS scenarios were conducted in such a way that they are representative of the full extent of the potential exposure area, there was no need to extrapolate ABS air results to un-sampled locations using soil data. Thus, it was not necessary to calculate EPCs stratified by soil concentration. However, because exposure conditions could differ by disturbance scenario (mowing versus hiking), EPCs were calculated separately for each type of activity. As seen, all ABS air samples were non-detect.

### 6.5.4 Risk Estimates

**Table 6-14** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbance activities in OU2 based on RME (Panel B) and CTE (Panel C). As shown, because EPCs were zero, the resulting cancer risks and non-cancer HQs are also zero for all exposure scenarios in OU2 based on post-construction conditions. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples are non-detect.

However, if future excavation or construction activities occur in areas of OU2 where residual contamination remains at depth, a number of potential exposure scenarios might become complete due to subsurface soil contamination. Disturbances of residual LA contamination in subsurface soils in OU2 have the potential to result in unacceptable exposures and risks.

## 6.6 Exposures in OU3

OU3 includes the property in and around the former vermiculite mine and the geographic area surrounding the mine that has been impacted by releases and subsequent migration of contaminants from the mine, including several ponds, Rainy Creek, Carney Creek, Fleetwood Creek, and the Kootenai River (see **Figure 1-5**). Rainy Creek Road is also included in OU3. Most of the land in OU3 is forested and characterized by steep and rugged terrain. Much of the land surrounding the mine is managed by the USFS, although some parcels are owned by the State of Montana and are managed by the Department of Natural Resources and Conservation.

### 6.6.1 Exposure Populations and Parameters

A range of different human receptor populations may be exposed to LA during soil/duff disturbances in OU3, including:

- Trespassers or "rockhounds" in the mined area – This population includes individuals who trespass on Grace's property in the area that has been disturbed by past mining activities.

- Recreational visitors in the forested area – This population includes individuals who engage in activities, such as camping, hiking, dirt bike riding, ATV riding, hunting, etc.

- Recreational visitors along rivers, streams, and ponds – This population includes individuals who hike, fish, wade/swim, or explore site drainages. In the absence of access restrictions, this might include the streams and ponds along Fleetwood Creek, Carney Creek, and Rainy Creek, as well portions of the Kootenai River that may be impacted by site releases.

- USFS firefighters in the forested area – This population includes employees of the USFS who provide ground-based response to forest fires that occur within OU3. Research has shown that



firefighter activities, such as fire line construction, have the potential to result in exposures to LA when these activities are conducted in the forest near the mine (Hart *et al.* 2009).

Note that there are other potential receptor populations of interest for OU3, including local wood harvesters, USFS forest maintenance workers, and commercial loggers; however, because exposures for these populations are primarily associated with disturbances of wood-related materials, these receptor populations are evaluated in Section 8. (Exposures to ground-based USFS firefighters are evaluated in this section, as this type of exposure scenario is mainly associated with soil/duff disturbance activities. Section 8.1.7 provides additional information on potential firefighter exposures to LA during and after fires.)

**Table 6-15** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soil/duff in OU3.

## 6.6.2 Investigation Summary

Outdoor ABS air samples have been collected at OU3 as part of several sampling investigations to evaluate a variety of soil/duff disturbance scenarios. Two ABS investigations (referred to as the Phase III and Phase IV, Part A studies) were conducted to evaluate potential exposures in the forested area surrounding the mine area and along Rainy Creek. A third ABS investigation was conducted (as part of the Phase V, Part A study) to evaluate potential exposures at one of the sand bars located in the Kootenai River near the confluence with Rainy Creek. In 2014, an ABS investigation was conducted in the forested areas along the NPL boundary to characterize the potential nature and extent of LA contamination in the forest to inform decisions on the OU3 boundary. In addition, in 2015, an ABS investigation was conducted to evaluate potential exposures to mine trespassers.

Unless noted otherwise below, a comprehensive summary of the study design and results for all investigations conducted in OU3 is provided in the *OU3 Data Summary Report* (CDM Smith 2015a). Each of these outdoor ABS investigations is described briefly below.

### 6.6.2.1 Phase III (2009)

The Phase III sampling program for OU3 (EPA 2009h) focused on the collection of ABS data to evaluate LA exposures to recreational visitors in the forested area while riding an ATV in the forest, walking or hiking in the forest, gathering firewood, clearing a fire pit area, and building/burning a campfire.

A total of 11 ABS areas were selected for evaluation (see **Figure 6-6**). These areas tended to be predominately in the downwind direction (north-northeast of the mine), and were selected based primarily on a consideration of the large-scale spatial variability of measured LA levels in forest soil, duff, and tree bark. For each ABS area, two Grace contractors performed the scripted recreational ABS activities. During the ATV riding scenario, riders rode in a single-file line (i.e., one rider leading, one rider following), with the leader/follower switching positions after half of the sampling time had elapsed. One set of ABS samples was submitted for analysis, the other set was archived. ABS events were conducted at each ABS area approximately every 10 days, starting at the end of August through the beginning of November 2009. **Figure 6-6** illustrates the actual locations where ABS activities were performed during each sampling event; ATV riding routes are shown in red, walking/hiking routes are shown in orange, and wood gathering/fire pit activities are shown in blue.



### 6.6.2.2 Phase IV, Part A (2010)

The Phase IV, Part A sampling program for OU3 (EPA 2010f) included the collection of ABS data to evaluate LA exposures to individuals driving on roads in OU3, recreational visitors hiking along Rainy Creek near the mine, and USFS firefighters while cutting fire lines in the forested area in OU3. The Phase IV, Part A sampling program also included several ABS activities related to residential wood harvesting and USFS workers; however, these data are evaluated in Section 8 as these exposures are mainly associated with wood-related disturbances. The ABS scripts for each exposure scenario related to soil/duff disturbances are described below.

*Hiking.* This ABS activity evaluated recreational visitor exposures while hiking along lower Rainy Creek between Highway 37 and the Grace property line (see the "ABS-LRC Study Area" in **Figure 6-7**). During each sampling event, two Grace contractors walked up and down the banks of the creek for approximately one mile (round trip), disturbing bushes and other vegetation as needed to advance along the creek. Personnel switched positions (leader/follower) after half of the sampling time had elapsed (i.e., after 30 minutes). A total of five sampling events were conducted in August 2010.

*Driving.* This ABS activity evaluated potential exposures to individuals while driving on roads in OU3. During each sampling event, two Grace contractors (one driver, one passenger) rode in a pickup truck with the windows open along both Rainy Creek Road and unpaved service roads to three designated wood harvesting areas in the forest within OU3 (ABS-02, ABS-07, and ABS-06'[16]; see large red dots in **Figure 6-7**). A total of five sampling events were conducted in each ABS area between July and August 2010.

*Firefighting.* This ABS activity simulated exposures to USFS firefighters while cutting fire lines in the forested area near OU3. The script included two types of activities – a) cutting fire lines by hand using a Pulaski tool (see blue dots in **Figure 6-7**), and b) cutting fire lines using heavy equipment (e.g., a bulldozer or tractor plow) (see black dots in **Figure 6-7**). During each sampling event, two Grace contractors performed the scripted activities in each of three ABS areas in the forest within OU3 (ABS-02, ABS-07, and ABS-06'[16]; see **Figure 6-7**). A total of five sampling events were conducted in each ABS area between July and August 2010.

### 6.6.2.3 Phase V, Part A (2012)

The Phase V, Part A sampling program for OU3 (CDM Smith 2012e) focused on the collection of ABS data to evaluate exposures to LA by recreational visitors along the Kootenai River. The ABS was conducted on a sand bar in the Kootenai River immediately downstream of Rainy Creek. The ABS script was designed to simulate activities that are representative of actions that might be performed by local river guides and recreational visitors on the sand bar. The script was performed by two Grace contractors and included landing a boat on the sand bar, walking around and simulating an individual fishing along the edges of the sand bar, and departing by boat. ABS air samples were collected on the sandbar on the afternoon of September 19, 2012, during low-flow conditions within the Kootenai River.

### 6.6.2.4 Nature & Extent in the Forest (2014)

As noted above, an ABS investigation was conducted in the forested areas along the NPL boundary in 2014 to characterize the nature and extent of LA contamination in the forest to inform decisions on

---

[16] Although the Phase IV, Part A study design was to perform ABS activities in area ABS-10, the location of the activities was modified at the time of collection to be located about 1 mile further downwind, closer to the Phase III ABS-06 area. Thus, to avoid potential confusion, the location of this area is referred to as ABS-06'.



the OU3 boundary (CDM Smith 2014e). This ABS investigation simulated exposures to USFS firefighters while cutting fire lines by hand using a Pulaski tool. During each sampling event, two ABS personnel (EPA contractors) performed the scripted activities in each of ten ABS areas in the forested areas along the NPL boundary (see **Figure 6-8**). A total of three sampling events were conducted in each ABS area in September 2014. Results of the *2014 Nature and Extent ABS* study in the forest are summarized in CDM Smith (2014f).

### 6.6.2.5 Mine Trespasser (2015)

In September 2015, an ABS investigation was conducted at the mine to evaluate potential exposures to mine trespassers. This ABS investigation evaluated three different exposure scenarios: an on-road ATV riding scenario on unpaved roads and trails, an off-road ATV riding scenario on the disturbed area of the mine, and a rockhound scenario on the disturbed area of the mine. During the ATV riding scenario, riders rode in a single-file line (i.e., one rider leading, one rider following), with the leader/follower switching positions after half of the sampling time had elapsed. During the rockhound scenario, individuals traversed across the disturbed area of the former mine looking for interesting rock and mineral specimens by examining outcrops, rock faces, and waste rock piles and collecting rock specimens in a bag. **Figure 6-9** illustrates the ATV riding routes and mine areas that were included in this investigation. A total of three ABS events were performed. For each ABS event, two Grace contractors performed the scripted trespasser ABS activities. Results of the *Trespasser ABS* study are summarized in CDM Smith (2015e).

## 6.6.3 Calculation of EPCs

Previous investigations conducted at the Site have demonstrated that LA concentrations in soil and duff in the forest areas surrounding the mine tend to be highest near the mine site and decrease as a function of distance from the mine (CDM Smith 2015a, 2013g). Because of the complex nature of the source materials in these forested areas, the difficulty in characterizing the LA concentrations in these source media, and the difficulty in establishing a reliable quantitative relationship between LA levels in source materials and ABS air, EPCs were not calculated based on source media LA concentration. Rather, EPCs were calculated as a function of distance from the mined area, and grouped into four exposure datasets – near the mine (within 2 miles of the mined area[17]), intermediate from the mine (about 2-6 miles from the mined area), far from the mine (greater than 6 miles from the mined area), and along the NPL boundary (includes all locations evaluated in the *2014 Nature and Extent in the Forest* study described in Section 6.6.2.4). Outdoor ABS data from each ABS area within each designation were grouped together for the purposes of calculating EPCs.

For OU3 ABS studies conducted outside of the forested areas (i.e., along Rainy Creek or at the mined area), EPCs were calculated as the mean ABS air concentrations across the entire ABS area.

**Table 6-16** presents summary statistics for outdoor ABS air associated with disturbances of soil at OU3.

## 6.6.4 Risk Estimates

**Table 6-17** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil/duff disturbance activities in OU3 based on RME (Panel A) and CTE (Panel B). These results indicate that, when these exposure scenarios are considered alone, with one exception, estimated RME and CTE cancer risks are less than 1E-04 and non-cancer HQs are less than 1 for all recreational and

---

[17] As estimated from the approximate center point of the mined area.



USFS firefighter exposure scenarios. For rockhounds in the disturbed area of the mine, the RME non-cancer HQ is 2, but the CTE non-cancer HQ is less than 1 and cancer risks for both RME and CTE are less than 1E-04. These results show that this exposure scenario alone has the potential to exceed a non-cancer HQ of 1. The contribution of each OU3 soil disturbance exposure scenario to the cumulative risk is discussed in Section 9.

### 6.6.4.1 Extrapolation to Areas Without ABS

The OU3 Study Area encompasses approximately 32,000 acres of forest; as such, it is not feasible to evaluate risks by conducting ABS throughout this entire area. Thus, it is necessary to use the ABS data from the areas that have been investigated to draw risk conclusions about areas that have not been studied by ABS. The approach taken for OU3 to quantify exposures was to collect ABS samples in the predominantly downwind direction from the mine (i.e., to the northeast) and to assume that the risks calculated at these locations are equal to or greater than the risks at equal distances from the mine in the crosswind and upwind directions (see Section 10.1.3 for additional discussion of the potential uncertainties of this assumption). For example, any risk conclusions drawn for the 'forest, near the mine' EPC grouping are assumed to apply to all other areas within this distance range (i.e., within 2 miles of the mine), including areas crosswind and upwind. Therefore, the EPC grouping locations effectively represent a series of concentric circles centered on the mine.

### 6.6.4.2 Calculation of Area-Specific and Area-Weighted Risks

**Appendix G.1** summarizes potential exposures and risks in OU3 on an ABS area-specific basis. These calculations illustrate how exposures and risks vary on a smaller scale than the EPC groupings provided in **Table 6-16**.

The calculations presented in **Table 6-16** assume the entire exposure time is spent within the EPC grouping location (e.g., within 2 miles of the mined area, within 2-6 miles of the mined area, greater than 6 miles from the mined area). However, it is likely long-term receptor exposures could encompass multiple EPC grouping locations. For example, over the span of multiple years, an ATV rider could ride in forested areas near, intermediate, and far from the mine. In this scenario, the total exposure and risk estimates would need to provide an area-weighted estimate, adjusted based upon the frequency of each areas use. For the purposes of these calculations, the exposure frequency for each EPC grouping location in the forested areas was determined based on relative areal extent (i.e., acreage of the concentric circle) as well as the estimated access potential (i.e., what proportion of the area was in proximity to forest service roads and trails). The total exposure frequency is the same as presented in **Table 6-16**, but is split across multiple exposure locations. **Appendix G.2** illustrates the area-weighted risks from exposures to LA during soil/duff disturbance activities in forested areas within OU3 based on RME. As shown, estimated total RME cancer risks are less than 1E-04 and non-cancer HQs are less than 1 for all area-weighted forest exposure scenarios.

**Appendix G.2** also illustrates the area-weighted exposures and risks from exposures to LA while ATV riding in the mined area. For the purposes of these calculations, ATV riding time is assumed to be split equally across the three on-road routes and the off-road riding area. As shown, estimated total RME cancer risks are less than 1E-05 and non-cancer HQs are less than 1 for this area-weighted exposure scenario. However, it is notable that the majority (88%) of the exposure for this scenario is contributed by on-road Route C and the off-road riding within the disturbed area (see **Figure 6-9**).



## 6.7 Exposures in OU5

OU5 includes the former Stimson Lumber Mill and all properties owned by Kootenai Business Park Industrial District (KBPID) (see **Figure 6-9**). Historically, there have been many lumber processing facilities located throughout OU5, but the majority of lumber production activities ceased in 2003 when Stimson Lumber Company sold the property to the Lincoln County Port Authority and ownership was subsequently transferred to KBPID. The majority of OU5 is un-vegetated. Several wood chip and waste bark piles from historical lumber processing activities were left onsite. OU5 is currently being redeveloped for a variety of uses, both recreational and commercial/industrial.

OU5 contains an area that has been developed as a MotoX park for dirt-biking and a recreational path along Libby Creek that is popular for hiking and bicycle riding (see **Figure 6-10**). A walking path and fishing pond were also recently constructed in the northeast corner of OU5 near Libby Creek. Currently, there is no residential land use in OU5, but residential neighborhoods surround OU5 to the west and northwest.

The *OU5 RI* (HDR 2013a) summarizes the various removal efforts that have been conducted and the post-removal soil concentrations that remain. In brief, these efforts have included both removals of vermiculite and asbestos-containing materials from inside buildings as well as outdoor soil. Typically, soil removals were focused on specific areas near buildings or in locations where re-development efforts were occurring. The majority of surface soil samples collected at OU5 were non-detect for LA (PLM-VE Bin A). When LA was detected in soil, concentrations were usually trace (PLM-VE Bin B1), but some locations have LA concentrations up to 1%. Varying levels of VV have been noted across OU5. The highest LA soil concentrations and VV levels are associated with an area that was a former tree nursery, where raw vermiculite product was added as a growth medium and fill material.

### 6.7.1 Exposure Populations and Parameters

There are two main types of receptor populations of interest for the purposes of evaluating exposures to LA during soil disturbances in OU5 – recreational visitors and outdoor workers.

Recreational visitors include individuals that hike or bicycle on the recreational path along Libby Creek and individuals that use the MotoX Park. It is assumed that exposures to hikers and bicyclists on the recreational path are likely to be similar; thus, only one type of recreational receptor is evaluated for this exposure scenario. Because potential exposures concentrations could differ between adult bicycle riders and children in trailers attached to the back of the bicycle, exposures are determined separately for each scenario.

There are two types of individuals that are likely to use the MotoX Park – riders and spectators. Information on exposure parameters for riders at the MotoX Park was obtained from six volunteers who participated in the MotoX Park ABS investigation (EPA 2008e). **Appendix H** presents the results of the MotoX Park survey. Risk estimates for participants at the MotoX Park are based on the exposure parameters derived from the volunteer responses.

As noted above, OU5 may be re-developed for a variety of commercial and/or industrial uses (future residential use is not expected). Thus, exposure parameters for outdoor workers were based on a default industrial worker scenario. However, default exposure values were adjusted to focus on the exposure interval when soil disturbances are occurring (i.e., a worker may be outdoors 8 hours/day, but it is unlikely that they would be disturbing soil over this entire time interval). It was assumed that outdoor workers would engage in soil disturbance activities for about one-half the work day (i.e., 4 hours/day).



**Table 6-18** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils in OU5.

## 6.7.2 Investigation Summary

Three different outdoor ABS investigations were conducted at OU5 in September/October of 2008 to evaluate potential exposures to LA during soil disturbance activities. Each of the outdoor ABS investigations is described briefly below.

### 6.7.2.1 Recreational Visitors

In September of 2008, two outdoor ABS studies were performed to evaluate potential exposures to recreational visitors in OU5 from soil disturbance activities.

The first study was conducted at the MotoX Park (see **Figure 6-11**) to evaluate potential exposures to motorcycle riders and spectators during park use (EPA 2008e). Soil samples collected at the MotoX Park show a mixture of PLM-VE Bin A (non-detect) and Bin B1 (trace) conditions at the track. During each of two sampling events, two types of air monitoring samples were collected: 1) personal air monitors were mounted to the handle bars of the motorcycles for several volunteer riders (see **Figure 2-2** for an example photograph of this ABS activity), and 2) five stationary air monitors were placed around the perimeter of the track to characterize potential exposures to spectators.

The second study was conducted to evaluate potential exposures to bicycle riders on the recreational path adjacent to Libby Creek (see **Figure 6-11**) (EPA 2008f). On four separate days, three EPA contractors wore personal air monitors while bicycling along the entirety of the path. Sampling was conducted separately for the paved and unpaved portions of the path. On the paved path[18], an air monitor was also mounted in a trailer attachment to one of the bicycles to characterize potential exposures to a young child.

### 6.7.2.2 Outdoor Workers

As part of the OU5 outdoor worker ABS investigation, sampling was conducted at eight ABS areas in September/October of 2008 (EPA 2008g). Each ABS area was approximately 1-1.5 acres in size. These eight ABS areas were selected based on previously reported VV conditions to represent the range of expected soil contamination conditions at the OU5 site, with Area 1 representing the low end of the soil range and Area 8 (the former tree nursery) representing the high end of the range (see **Figure 6-11**). During each of three separate sampling events, two workers wore personal air monitors while performing an outdoor ABS script to simulate soil disturbance activities at each ABS area. The outdoor worker ABS script included a 120-minute scenario split equally into raking activities and bobcat operation activities. At the time of each sampling event at each ABS area, 30 grab samples and one 30-point composite soil sample were collected[19]. During the soil sample collection, the field team recorded information on VV for each sampling point (i.e., 30 grab sampling points and 30 composite sampling points).

---

[18] Samples from the trailer were not collected from the unpaved portion of the path because the unpaved portion of the path was steep and narrow in sections, and not safe for pulling a trailer.

[19] Due to the high frequency of non-detect soil results, PLM-VE analyses were only performed for a subset of soil samples collected as part of the ABS investigation; 451 of 744 soil samples (61%) were analyzed, the remainder were archived.



### 6.7.3 Calculation of EPCs

#### 6.7.3.1 Recreational Visitors

Because the MotoX and bicycle riding ABS scenarios were conducted in such a way that they are representative of the full extent of the MotoX track and bike path in OU5, there was no need to extrapolate ABS air results to un-sampled locations using soil data. Thus, it was not necessary to calculate EPCs stratified by soil concentration. For the bicycling scenario, EPCs were calculated separately for adult riders and trailers. **Table 6-19** (Panel A) presents the calculated EPCs associated with disturbances of soil at the MotoX Park and while riding bicycles in OU5.

#### 6.7.3.2 Outdoor Workers

As described above, there were eight ABS areas selected for evaluation based on previously reported LA soil concentrations and VV conditions to represent the range of expected soil contamination conditions at OU5 (see **Figure 6-11**). For the purposes of estimating risks, EPCs were calculated separately for each ABS area to illustrate the potential range of exposure conditions. **Table 6-19** (Panel A) presents the calculated EPCs associated with disturbances of soil during worker activities in OU5 for each ABS area.

### 6.7.4 Risk Estimates

**Table 6-19** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbance activities in OU5 based on RME (Panel B) and CTE (Panel C). As shown, these results indicated that, when the recreational visitor exposure scenarios are considered alone, estimated RME and CTE cancer risks are less than 1E-06 and non-cancer HQs are less than 0.1 for all scenarios, including while riding bicycles along bike path, while riding motorcycles at the MotoX Park, and while observing riders at the MotoX Park.

For exposures to outdoor workers, when this exposure scenario is considered alone, estimated RME cancer risks are less than 1E-04 and non-cancer HQs are less than or equal to 1 for all ABS areas (Area 5 had an HQ of 1). Estimated CTE cancer risks are less than or equal to 1E-05 and non-cancer HQs are less than 1 for all ABS areas.

The contribution of the OU5 soil disturbance exposure scenarios to cumulative risk is discussed in Section 9.

### 6.7.5 Extrapolation to Areas Without Outdoor Worker ABS

The OU5 Site encompasses about 400 acres. Because it is not feasible to evaluate outdoor worker risks by conducting ABS sampling on every acre, it was necessary to use the ABS data from the eight ABS areas that have been investigated to draw risk conclusions about areas that have not been studied by ABS. This was done by assessing the degree to which soil results from other areas are similar to the soil results for areas with ABS data.

**Figure 6-11** illustrates the LA soil concentrations at OU5 based on PLM-VE results. A four-color scheme is used to indicate the data: green = Bin A (non-detect), yellow = Bin B1 (trace), orange = Bin B2 (<1%), red = Bin C (≥1%). In this figure, individual grab samples (primarily collected within the outdoor worker ABS areas) are shown as triangles, and composite samples are shown as circles plotted at the mid-point[20] of the sample collection area. The OU5 outdoor worker ABS specifically targeted ABS areas

---

[20]  Composite samples are representative of a larger area beyond the plotted point presented in this figure.



to encompass the full range of expected levels of LA soil contamination at OU5. As shown, LA soil concentrations outside of the ABS areas are similar to or lower than concentrations inside the ABS areas. These data support the conclusion that outdoor worker exposures and risks across OU5 from soil disturbances are likely to be similar to, or lower than, exposures and risks calculated for the ABS areas.

# 6.8 Exposures in OU6

## 6.8.1 Exposure Populations and Parameters

OU6 is owned by the BNSF railroad and is defined geographically by the BNSF property boundaries from the eastern boundary of OU4 to the western boundary of OU7, including the Libby and Troy rail yards. Thus, the primary receptor population of interest for OU6 is BNSF railroad workers who may be exposed to LA during soil disturbances along the railroad tracks as a consequence of regular rail maintenance activities. In addition, local on-lookers or pedestrian trespassers may also be exposed during these maintenance activities.

The ambient air evaluation (Section 5) addressed potential exposures of individuals that reside near railroad tracks, as two of the ambient air monitoring stations were intentionally placed near rail lines in OU6 (see **Figure 5-1**).

**Table 6-20** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils in OU6.

## 6.8.2 Investigation Summary

BNSF performed outdoor ABS in September 2008 (EMR Inc. 2010a, b) to measure the concentration of LA released into air during railroad maintenance activities along the OU6 rail corridor. This ABS study was designed to evaluate potential exposures to BNSF workers and the general public. The worker scenario simulated two types of railroad workers: a general laborer performing duties on the track as part of larger group of workers and workers operating machinery with an open air cab. Two types of public exposure scenarios were planned: on-lookers and pedestrian trespassers; however, due to manpower limitations when the ABS was conducted, the two scenarios were essentially the same.

ABS was conducted by BNSF contractors at seven locations along a 30 mile stretch of rail line in OU6, from mile post (MP) 1312 to MP 1341 (see **Figure 6-12**) in areas of planned rail maintenance activities. These ABS samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2013. Detailed results of the BNSF ABS investigation for OU6 (including the supplemental analyses) are presented in CDM Smith (2014g) and Kennedy/Jenks Consultants (2014).

The outdoor ABS samples collected in 2008 were determined to be representative of exposure conditions that are reasonably expected to be present in OU6 at the time of the study (2008) and under present conditions. This conclusion is based on the fact that, in general, removal actions within OU6 were completed prior to 2008. As such, the 2008 outdoor ABS air samples are likely to be representative of conditions that could reasonably be encountered by current and future workers and the general public within OU6.

## 6.8.3 Calculation of EPCs

**Table 6-21** (Panel A) presents summary statistics of the OU6 outdoor ABS investigation results. As seen, all ABS air samples were non-detect. The mean air concentration (i.e., a concentration of zero) was used as the EPC in the risk calculations.



### 6.8.4 Risk Estimates

**Table 6-21** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbance activities in OU6 based on RME (Panel B) and CTE (Panel C). As shown, because EPCs were zero, the resulting cancer risks and non-cancer HQs are also zero for all exposure scenarios. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples are non-detect.

Although ABS data are not available for all 40 miles of the rail line at the Site, it is considered likely that the ABS data that are available are representative of conditions along most of the line. Barring any train car derailments (the historical documentation that has been reviewed does not indicate any such events), outside of the train car loading area (which has already been addressed by prior soil removal actions), there is no reason to expect that contamination levels are spatially dependent as a function of distance along the rail line (i.e., if spillage were occurring due to railcar jostling, contamination at mile A should be similar to mile B). Based on this conceptual model of contamination, the risk estimates are likely to be applicable to the entire rail line within OU6.

## 6.9 Exposures in OU8

### 6.9.1 Exposure Populations and Parameters

OU8 includes roads and ROWs[21] within Libby and Troy. Individuals that drive on highways, roads (paved and unpaved), and alleys in Libby and Troy have the potential to be exposed to LA while driving. As noted previously, for the purposes of the risk assessment, air inside vehicles is evaluated as outdoor air that may be influenced by disturbances of soil (e.g., airborne roadway dust). The two primary populations of interest that have the potential to be exposed to LA during soil disturbances in the ROW include outdoor workers that maintain the ROW (e.g., mowing or brush-clearing) and individuals that walk, bike, or ride ATVs along the ROW.

**Table 6-22** presents the selected RME and CTE exposure parameter values and calculated TWFs for disturbances of soils in OU8.

### 6.9.2 Investigation Summary

#### 6.9.2.1 While Driving on Roads in Libby and Troy

Two different ABS investigations have been conducted to evaluate potential exposures while driving on roads at the Site. In 2010, an investigation was performed by EPA to evaluate exposures in Libby (CDM Smith 2010b). In 2011, an analogous investigation was performed by DEQ to evaluate exposures in Troy (Tetra Tech 2011).

For both investigations, the driving activity was conducted by an EPA or DEQ contractor driving a full size automobile (car or truck). Both paved roads and unpaved roads/alleys were traveled, with travel evenly distributed throughout the OU. The contractor maintained a reasonable speed during the activity, following all posted speed limits. During sample collection, the two front windows of the vehicle were fully open, and the two back windows were open approximately 1 inch. All samples were collected from the right shoulder of the contractor. The specific driving routes were documented utilizing a portable global positioning system (GPS) unit to record the route.

---

[21] Excludes the ROW along Highway 37 in OU2.



In Libby, a total of 20 two-hour driving events were conducted in the summer of 2010. Because it was not possible to travel every road within OU4 during each sampling event, each event covered areas missed in previous events such that the sum of all 20 events comprehensively covered most of the roads in Libby. **Figure 6-13** provides a map of the roads that were traveled during the driving ABS events in Libby. ABS air samples were originally analyzed in 2010; a subset of the samples underwent a supplemental TEM analysis to improve the achieved analytical sensitivity in 2013. Detailed results of the Libby driving ABS investigation (including the supplemental analyses) are summarized in CDM Smith (2014a).

In Troy, a total of 10 one-hour driving events were conducted in the summer of 2011. Each event included driving once along most of the roads in Troy and multiple times along more commonly-traveled roads. **Figure 6-14** provides a map of the roads that were traveled during the driving ABS events in Troy. Detailed results of the Troy driving ABS investigation are summarized in Tetra Tech (2013).

#### 6.9.2.2 Along Road Right-of-Ways

In 2010 and 2011, EPA performed outdoor ABS studies to measure levels of LA in air under a variety of soil disturbance activities that could occur in OU8 ROWs (TechLaw, Inc. 2010). Specifically, outdoor ABS data were collected while ATV riding, mowing, and brush-clearing in the ROW along a segment of Highway 37 (see **Figure 6-15**). Outdoor ABS data were also collected while rotomilling (i.e., road resurfacing) along Highway 37 between Highway 2 and East 2nd Street. ABS locations were selected based on VV field observations and PLM-VE soil results, intentionally selecting locations with higher levels of LA, in proximity to the town of Libby, and actual areas of expected exposure activities. Detailed results of the OU8 ROW ABS investigation are summarized in the *OU8 RI* (HDR 2013b).

## 6.9.3 Calculation of EPCs

Because the driving ABS scenarios were conducted in such a way that they are representative of most roads and alleys in Libby and Troy, there was no need to extrapolate ABS air to un-sampled locations based on soil concentration. However, because road conditions may differ between Libby and Troy, EPCs were calculated separately for each city. EPCs for each city were calculated as the average air concentration across all sampling events.

For the ROW outdoor ABS studies, because each type of disturbance activity could result in different releases and because the exposure populations could differ by activity type, EPCs were calculated separately by disturbance activity (i.e., separate EPCs were calculated for ATV riding, brush-clearing, mowing, and rotomilling).

**Table 6-23** (Panel A) presents the calculated EPCs associated with disturbances of soil while driving on roads in Libby and Troy and in the OU8 ROWs.

## 6.9.4 Risk Estimates

**Table 6-23** presents estimated cancer risks and non-cancer HQs from exposures to LA during soil disturbance activities along roadways and while driving based on RME (Panel B) and CTE (Panel C). As shown, these results indicate that, when these exposure scenarios are considered alone, estimated RME and CTE cancer risks are less than or equal to 1E-05 and non-cancer HQs are less than 1 for all exposure scenarios. The contribution of the OU8 soil disturbance exposure scenarios to cumulative risk is discussed in Section 9.



For the ROW outdoor ABS studies (ATV riding/brush-clearing/mowing), because ABS was only conducted on smaller segments of the ROWs in OU8, it was necessary to extrapolate ABS results to ROW segments that had not been sampled using ABS. This was achieved by assessing the degree to which soil results from un-sampled areas were similar to the soil results for the ABS areas. Because the segments selected for ABS were selected to be representative of the highest soil concentrations (see **Figure 6-15**), measured ABS concentrations are likely to represent "worst case" exposure conditions. Thus, it is expected that potential risks along the ROW in segments that were not evaluated as part of the ABS study are likely to be lower than those presented in **Table 6-23**.

# 6.10 Evaluation of Background LA Levels in Soil

EPA has performed extensive outdoor ABS investigations at the Site, seeking to characterize airborne levels of LA that occur in association with soil disturbance activities. In some cases, these studies have detected LA fibers in ABS air samples collected in locations where the soil is not expected to have mine-related contamination (EPA 2010d; CDM Smith 2014b). This raises the possibility that there is some "non-zero" level of LA in soils of the Kootenai Valley that is not attributable to anthropogenic releases from vermiculite mining and processing activities. Under Section 104(a)(3)(A) of CERCLA, EPA cannot clean up soils to a concentration lower than background; therefore, it is important for risk managers to understand the nature and magnitude of these naturally-occurring levels (EPA 2002b).

EPA has conducted several investigations at the Site to characterize LA in soil from areas that are thought to be representative of "background" conditions. The term "background" is used to refer to soils that are not expected to be affected by anthropogenic releases from vermiculite mining and processing activities. A detailed discussion and evaluation of the investigations that have been performed to characterize background levels of LA in soil is presented in the *Background Soil Summary Report* (CDM Smith 2014h).

## 6.10.1 LA Concentrations in Background Soil

In most of the background soil investigations, soil concentrations of LA were measured by TEM following preparation of the soil using a fluidized bed asbestos segregator (FBAS). FBAS is a technique for evaluating low level asbestos concentrations in soil. Following FBAS preparation, TEM soil analyses are able to achieve detection limits less than 0.005% by mass (Januch *et al.* 2013), which is approximately 100-times lower than the detection limits that are reliably achieved using other analytical methods (e.g., PLM).

The results of these background soil characterization studies show that LA structures have been consistently detected in background soils within the Kootenai Valley that are not thought to be affected by anthropogenic releases from vermiculite mining and processing activities. While background soil concentrations are variable (see **Figure 6-16**), in general, the average total LA concentration is about 5E+05 structures per gram of soil (s/g), which is estimated to be approximately 0.014% LA by mass (CDM Smith 2014h). This concentration is well below the reliable detection limit of traditional analytical methods for soil used at the Site (i.e., PLM-VE).

## 6.10.2 Outdoor Air Concentrations During Background Soil Disturbances

As discussed previously, the detection of LA in background soil does not necessarily indicate that human exposures to LA released to air during disturbances of background soil would result in unacceptable exposures or risks. Thus, several ABS studies were performed to measure LA concentrations in air during disturbances of background soils. In most of the background soil investigations, a digging ABS scenario was performed using soils collected and composited in a five-



gallon container; hence, this ABS scenario is referred to as the "bucket of dirt" digging scenario. The five-gallon container was brought to a specified location where the ABS soil digging scenario was conducted. The digging activity was performed using a hand trowel, simulating a child digging and playing in the dirt (see **Figure 6-17**).

The results of the "bucket of dirt" digging ABS studies are summarized in **Table 6-24** (Panel A) and presented graphically in **Figure 6-18**. As indicated, measured LA concentrations in ABS air tend to be highly variable but concentrations released from background soils from Libby and Troy are generally similar and somewhat higher than concentrations for topsoil borrow sources within the Kootenai Valley.

The "bucket of dirt" digging ABS scenario is likely to represent the high-end of potential exposures and may not be a realistic estimate of exposures that could occur under authentic soil disturbance activities, such as raking, mowing, and digging activities in residential yards. In order to provide data on potential LA exposures from background soil under less vigorous disturbance scenarios that are more likely to be representative of scenarios that apply to residents, EPA conducted an outdoor ABS investigation at residential properties in OU4 where a "curb-to-curb" soil removal had occurred (i.e., the entire yard had been removed and replaced with topsoil fill material) (CDM Smith 2014b). A total of 11 residential properties were evaluated as part of the curb-to-curb outdoor ABS investigation. Three sampling events[22] were conducted at each property in the summer of 2011. For each sampling event, a single ABS air sample was collected from each property, representing a composite of three yard soil disturbance activities – mowing, raking, and digging. The mowing portion of the composite represented a one-pass mowing of the entire yard. The raking portion of the composite represented a one-pass raking of the entire yard. The digging portion of the composite simulated a sprinkler maintenance activity at each of two to six locations (i.e., digging a hole with a long shovel and trowel). **Table 6-24** (Panel A) summarizes the results of the curb-to-curb outdoor ABS study. These data are presented graphically in **Figure 6-18**.

### 6.10.3 Risk Estimates

**Table 6-24** (Panel B) presents estimated RME cancer risks and non-cancer HQs for exposures to LA in outdoor ABS air for the "bucket of dirt" digging ABS scenarios and at curb-to-curb properties (i.e., during soil disturbances), assuming exposure parameters for residential yard soil disturbances (see **Table 6-1**). As shown, estimated RME and CTE cancer risks are less than 1E-05 and non-cancer HQs are less than 1 for all ABS datasets. For the curb-to-curb properties, the estimated RME cancer risk is 2E-06 and non-cancer HQ is 0.1. These estimated risks are the same those calculated for residential yards where the soil concentrations are non-detect by PLM-VE (Bin A) (see **Table 6-3a**). These results demonstrate that a portion of the total exposure from soil disturbances at the Site may be attributable to background levels of LA in soil.

# 6.11 Overall Risk Conclusions

In reviewing the risk calculation tables for exposures during soil disturbance activities, there are a number of general conclusions that can be drawn:

- Estimated cancer risks and non-cancer HQs span more than four orders of magnitude depending upon the exposure scenario.

---

[22] At one property, the resident agreed to participate in only one sampling event.



- For a given exposure scenario, non-cancer HQs can exceed 1 even when cancer risks are less than 1E-04, which indicates that non-cancer exposure is a more sensitive metric of potential concern. For example, exposures for a rockhound in the disturbed area of the mine yielded an estimated excess cancer risk of 4E-05 and a non-cancer HQ of 2 (based on RME) (see **Table 6-17**). (For LA, a non-cancer HQ of 1 is approximately equivalent to a cancer risk of 1E-05.)

- More than 80 different types of exposure scenarios during soil disturbances were evaluated, encompassing a wide range of disturbance activities, OUs, exposure locations, and soil concentrations. With one exception (outdoor worker exposures during yard soil disturbances with Bin B2/C concentrations), there were no individual soil disturbance exposure scenarios where CTE cancer risks exceeded 1E-04 or non-cancer HQs exceeded 1. However, there were four individual soil disturbance exposure scenarios where RME cancer risks exceeded 1E-04 and/or non-cancer HQs exceeded 1, including:

  o  Residential exposures during disturbances of yard soils with detected LA at properties in OU4 and OU7 (see **Table 6-3a**)

  o  Outdoor worker exposures during disturbances of yard soils with detected LA at residential and commercial properties in OU4 and OU7 (see **Table 6-3b**)

  o  Outdoor worker exposures during disturbances of subsurface soils with residual LA contamination at residential and commercial properties in OU4 and OU7 (see **Table 6-5**)

  o  Rockhound exposures in the disturbed area of the mine in OU3 (see **Table 6-17**)

- Quantitative risks were not calculated for potential exposures to workers exposed to residual LA in subsurface soils in OU1 and OU2; however, these exposure scenarios could result in potentially unacceptable exposures and risks because LA concentrations greater than 1% are present in subsurface soil beneath the cover fill in some areas.

- Exposure to LA in outdoor air during yard soil disturbances has the potential to be an important exposure scenario. Even when only trace levels of LA are present in the soil (i.e., PLM-VE Bin B1), this exposure scenario, when considered alone, could yield RME non-cancer HQs greater than 1, depending upon the spatial extent of the LA in soil and the frequency and intensity that these soils are disturbed.

- LA structures have been consistently detected in background soils within the Kootenai Valley that are not thought to be affected by anthropogenic releases from vermiculite mining and processing activities. ABS activities conducted on these background soils demonstrate LA can be released to air; however, estimated risks from background soil exposures appear to be low (i.e., cancer risk less than 1E-05 and non-cancer HQ less than 1).

- Estimated exposures and risks during yard soil disturbances when LA is not detected in soil (i.e., PLM-VE Bin A) are similar to those calculated for background soils.

There are several soil disturbance exposure scenarios where the ABS dataset was all non-detect (i.e., EPCs and estimated risks are zero) or the number of samples with detected PCME LA structures was limited. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples were non-detect or where the LA detection frequency was low.



# Section 8

# Risks from Exposures During Disturbances of Wood-Related Materials

Extensive data on LA levels on the bark surface of trees have been collected in the forested area near the mine (CDM Smith 2015a) and in the forested area near the current NPL boundary for the Site (CDM Smith 2013g). These data show that LA fibers are present on the outer bark surface of trees at the Site. Tree bark surface loading values of LA tend to be highest on trees closest to the mine (within about 3-4 miles), but LA was also detected on trees located even 13 miles from the mine (CDM Smith 2013g). LA has also been detected in other wood-related materials, including wood waste piles at Lincoln County landfills (Tetra Tech 2012c) and in woodchip/waste bark piles located in OU5 (CDM Smith 2007b,c).

If LA-containing trees or wood-related materials are disturbed, such as during wood harvesting activities or during gardening activities in landscaped areas covered by woodchips or mulch, people may become exposed to LA that is released to air from the wood. If LA-containing trees are used as a source of firewood (e.g., in a residential woodstove), studies have shown that LA fibers can become concentrated in the resulting ash (CDM Smith 2013k; Ward *et al.* 2009), which itself can become a source of potential LA exposure. Additionally, in the event of a wildfire, it is possible that LA may also be released to outdoor air when trees are burned in the fire. The various wood-related exposure media, exposure scenarios, and exposure populations are illustrated in **Figure 2-1** and **Table 2-1**.

There have been several ABS investigations to evaluate LA concentrations in air during various wood-related disturbance scenarios. **Table 2-2** (Panel B) summarizes the types of wood-related ABS investigations that have been conducted. As shown, these studies provide measured data on LA concentrations in air during a variety of wood-related disturbance exposure scenarios. The studies that have been performed for each exposure scenario are summarized briefly below. The following sections summarize the exposure scenarios by which receptors may be exposed to LA during disturbances of wood-related materials, identify the exposure populations for each scenario, present the selected RME and CTE exposure parameter values and calculated TWFs for each scenario. These sections also summarize the results of studies performed at the Site to evaluate wood-related exposures, describe how these data are used to calculate exposures, and present estimated cancer risks and non-cancer HQs for each exposure scenario.

## 8.1 Exposure Scenarios

### 8.1.1 Residential Wood Harvesting

#### 8.1.1.1 Exposure Populations and Parameters

Local area residents may harvest/collect firewood from forested areas within the NPL boundary for use in residential fireplaces and woodstoves. Residential wood harvesting activities may include sawing, hauling, and stacking wood for personal use. During these activities, residents may be exposed to LA when fibers are released to air from the surface of the tree bark. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential exposures during residential wood harvesting activities.



### 8.1.1.2 Investigation Summary

Outdoor ABS was conducted in the summer of 2010 at three locations in the forested area downwind (northeast) of the mine site (EPA 2010f). The three ABS areas (ABS-06′[24], ABS-07, ABS-02) were selected to represent locations at increasing distance from the mine site (i.e., approximately 2 miles [near], 4 miles [intermediate], and 8 miles [far] from the mine site) (see small red dots in **Figure 6-7**). The ABS activities included felling trees with a chainsaw, de-limbing and cutting felled trees to length, and stacking harvested wood. Activities were performed by Grace's contractors in accordance with an EPA-developed SAP (EPA 2010f). A total of five sampling events were conducted in each ABS area between July and August 2010. Detailed results from this ABS study are presented in CDM Smith (2015a). **Table 8-2** (Panel A) presents summary statistics of the wood harvesting results for each ABS area. The mean air concentration for each ABS area was used as the EPC in the risk calculations.

## 8.1.2 Commercial Logging

### 8.1.2.1 Exposure Populations and Parameters

Workers who are employed in commercial logging operations may harvest wood from forested areas within the NPL boundary. Logging operations may include a variety of activities performed manually or by machinery, including felling, skidding, de-limbing, sawing, stacking, and milling timber. During these activities, workers may be exposed to LA when fibers are released to air from the surface of the tree bark. Additionally, commercial logging workers may also be exposed to LA due to soil/duff disturbances (e.g., while dragging logs across the ground or during site restoration activities). Because potential exposures likely differ depending upon the type of logging activity, and different workers may perform different jobs at a logging parcel, exposures are evaluated separately by job type. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential exposures during commercial logging activities.

### 8.1.2.2 Investigation Summaries

In September of 2012, ABS was conducted to evaluate the potential exposures to outdoor workers during commercial logging activities near the mine in OU3 (EPA 2012b). The selected tree harvesting area was located approximately one mile downwind (northeast) of the mine site in a location where higher concentrations of LA had been reported in tree bark and duff in earlier studies (see **Figure 8-1**). The ABS activities included hand-felling of trees with a chainsaw, "hooking and skidding" felled trees to a central landing area, mechanical de-limbing and cutting of timber, and site restoration of the landing area using a bulldozer. In addition, it also included a wood chipping scenario to simulate potential exposures during timber milling activities. Detailed results from the 2012 commercial logging ABS study are presented in SRC, Inc. (2013b).

In September of 2014, a second commercial logging ABS investigation (CDM Smith 2014i) was conducted in an area at a further distance from the mine, located approximately 4 miles downwind (northeast) of the mine site (see **Figure 8-1**). The ABS activities included the same types of commercial logging activities evaluated in 2012. Detailed results from the 2014 commercial logging ABS study are presented in CDM Smith (2015g).

---

[24] Although the Phase IV, Part A study design was to perform ABS activities in area ABS-10, the location of the activities was modified at the time of collection to be located about 1 mile further downwind, closer to the Phase III ABS-06 area. Thus, to avoid potential confusion, the location of this area is referred to as ABS-06′.

**Table 8-2** (Panel B) presents summary statistics of the commercial logging results for each type of logging activity for both the 2012 and 2014 investigations. The mean air concentration for each activity was used as the EPC in the risk calculations.

### 8.1.3 Wood Chipping

#### 8.1.3.1 Exposure Populations and Parameters

Because local agencies have discouraged the burning of wood waste materials, wood waste generated from area residences and businesses has accumulated at the Lincoln County landfills. To reduce the volume of these wood waste piles, materials are regularly chipped. Because LA has been detected in the wood waste piles at both Lincoln County landfills (Tetra Tech 2012c), outdoor workers that perform these wood-chipping operations have the potential to be exposed to LA. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential outdoor worker exposures during wood-chipping activities.

#### 8.1.3.2 Investigation Summary

There have been two ABS studies conducted that provide information on potential exposures during wood-chipping activities. As discussed above (see Section 8.1.2), wood-chipping activities were conducted as part of the OU3 commercial logging study to simulate exposures during the milling process.

In addition, ABS was also performed in April of 2013 during wood-chipping of the wood waste pile at the Lincoln County landfill in Troy (OU7) (CDM Smith 2013l). This wood waste pile included both "raw" wood materials (e.g., large tree limbs, smaller branches and twigs, tree stumps) and manufactured wood materials (e.g., wood pallets, lumber, plywood). The ABS program included the collection of multiple personal air samples for the laborer operating the wood chipper, as well as the collection of stationary air samples for monitors located at varying distances downwind of the chipping activity. **Table 8-2** (Panel C) presents summary statistics of the wood-chipping results from the landfill. As shown, all ABS air samples collected as part of this sampling program were non-detect for PCME LA (mean achieved analytical sensitivity of 0.002 cc$^{-1}$). The mean air concentration (i.e., a concentration of zero) was used as the EPC in the risk calculations. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples were non-detect.

### 8.1.4 Forest Maintenance

#### 8.1.4.1 Exposure Populations and Parameters

Outside of the Libby and Troy communities, most of the land within the current NPL boundary consists of forest, much of which is managed and maintained by USFS. USFS land management workers have the potential to be exposed to LA during forest maintenance activities. These activities may include tree stand examination and surveying, thinning vegetation and trimming trees, measuring trees, maintenance of roads and trails, etc. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential exposures during forest maintenance activities.

#### 8.1.4.2 Investigation Summary

In the summer of 2010, ABS was performed at three locations in the forested area downwind (northeast) of the mine site (EPA 2010f). The three ABS areas were co-located with the areas evaluated in the residential wood harvesting ABS study (see Section 8.1.1), and selected to represent locations at increasing distance from the mine site (see pink, orange, and green dots in **Figure 6-7**).



The ABS activities evaluated in this study were designed to simulate the types of activities routinely performed as part of the USFS land management worker responsibilities, including maintenance of roads and trails, thinning of trees and vegetation, and surveying trees. Activities were performed by Grace's contractors in accordance with an EPA-developed SAP (EPA 2010f). A total of five sampling events were conducted in each ABS area between July and August 2010. Detailed results from this ABS study are presented in CDM Smith (2015a). **Table 8-2** (Panel D) presents summary statistics of the USFS forest maintenance results for each ABS area. The mean air concentration for each ABS area is used as the EPC in the risk calculations. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples are non-detect.

## 8.1.5 Wood Chip/Mulch Disturbances

### 8.1.5.1 Exposure Populations and Parameters

Several woodchip and waste bark piles were left at OU5 from historical lumber processing activities. As noted above, sampling and analysis of these piles has shown LA is present in these wood materials. Woodchips from these piles have been sold and given away for use as landscaping mulch in gardens, flowerbeds, playgrounds, etc. There are two populations that were selected for the purposes of evaluating potential exposures to LA during woodchip/mulch disturbance activities – outdoor workers that disturb the piles in OU5 during occupational activities and residents that disturb woodchip/mulch landscaping materials. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential exposures during woodchip/mulch disturbance activities.

### 8.1.5.2 Investigation Summary

In October of 2007, test pit excavations were performed at the woodchip and waste bark piles in OU5 to investigate whether disturbances of these piles was of potential concern to outdoor workers (CDM Smith 2007b). Excavations consisted of digging a pit into the side of the pile with an excavator (i.e., back hoe). Personal ABS air samples were collected for the excavator operator and the sampling personnel during the waste bark and woodchip pile test pit excavations.

In August of 2011, ABS was conducted to provide data on LA concentrations in air during woodchip disturbances, simulating activities that might be performed by a gardener (CDM Smith 2012b). During this ABS study, woodchips were collected from each of the two piles in OU5 and these materials were used to conduct ABS. The ABS activities included digging in the woodchips, using both a long shovel and a trowel, and raking the woodchips. Three sampling events were performed for each of five sets of collected woodchip materials.

**Table 8-2** (Panel E) presents summary statistics of results for each woodchip disturbance investigation. All ABS air samples collected as part of these two sampling programs were non-detect for PCME LA. The mean air concentration (i.e., a concentration of zero) was used as the EPC in the risk calculations. The uncertainty assessment (Section 10) provides additional information on risk estimates for datasets where all samples are non-detect.

## 8.1.6 Ash Disturbances

### 8.1.6.1 Exposure Populations and Parameters

Trial burn experiments in woodstoves (Ward *et al.* 2009) and in test burn chambers (EPA 2012c) indicate that the majority of LA structures are retained in the ash when wood and duff materials are burned. Because the LA becomes concentrated in ash, this has the potential to be an important source media for LA exposures. If LA-containing firewood is burned in a residential woodstove, residents may



be exposed to LA that is released to air from the resulting ash during removal of ash from the woodstove. **Table 8-1** presents the selected RME and CTE exposure parameter values and calculated TWFs for evaluating potential exposures during woodstove ash disturbance activities.

### 8.1.6.2 Investigation Summary

In 2012, EPA conducted an ABS study to measure LA concentrations in air during woodstove ash-removal activities (CDM Smith 2012f). For this study, firewood was collected from dead trees at three locations at varying distances from the mine site (see **Figure 8-2**) – near the mine (approximately one mile downwind of the mine site), near Flower Creek (approximately 2 miles south of Libby and 9 miles upwind of the mine), and near Bear Creek (approximately 10 miles south of Libby and outside the current NPL boundary). The firewood collected from each location was burned in a woodstove (tree bark was not removed prior to burning). The resulting ash was removed from the woodstove using a long-handled metal shovel and placed into a metal ash bucket (similar to what might be done by a resident). Detailed results from this ABS study are presented in CDM Smith (2013k). **Table 8-2** (Panel F) presents summary statistics of the measured ABS air concentrations for each firewood collection location. The mean air concentration for each location was used as the EPC in the risk calculations.

## 8.1.7 Fires

### 8.1.7.1 Exposure Populations and Parameters

A fire that occurs in an area of the forest where the trees and duff contain LA could result in the release of LA fibers into air, which has the potential to expose people to LA in areas near and downwind of the fire. There are several types of fires that could occur at the Site, including slash pile burns (e.g., when slash from logging or forest maintenance activities is consolidated into piles and burned), prescribed burns (e.g., when USFS forest workers perform understory burns to reduce fuel loads as part of wildfire mitigation practices), and authentic wildfires (e.g., fires that occur due to lightning strikes).

There are three populations of interest for the purposes of evaluating LA exposures during fires –USFS forest workers, responding firefighters, and local residents. Depending upon the size of the fire and location, there may be both ground-based and air-based responding firefighters. Because potential exposures likely differ for each, firefighter exposures are evaluated separately for ground-based and air-based responders. (Recall that exposures to ground-based USFS firefighters while simulating fireline cutting were evaluated in Section 6.6, as this type of exposure scenario is mainly associated with soil/duff disturbance activities [see **Table 6-17**].) Exposures during slash pile burns and understory burns are also evaluated separately because the nature of the LA releases and frequency of occurrence may differ for each type of burn. **Table 8-3** presents the selected RME and CTE exposure parameters values and calculated TWFs for evaluating potential exposures during fire-related activities.

### 8.1.7.2 Investigation Summary

#### 8.1.7.2.1 Slash Pile and Understory Burns

In April 2015, two investigations were conducted in OU3 to provide information on potential exposures during fire-related activities, namely during the burning of slash piles (EPA 2015h) and during an understory burn (EPA 2015i). These two activities were selected because they are representative of the types of activities that might be performed by USFS forest workers and fire fighters as part of forest maintenance activities. Both investigations were conducted in an area located approximately one mile downwind (northeast) of the mine site in a location where higher



concentrations of LA had been reported in tree bark and duff in earlier studies (this was the same location evaluated as part of the 2012 commercial logging investigation; see **Figure 8-1**).

During the slash pile burn, a slash pile, fuel break, and fire line were created, using heavy equipment (an excavator), and the resulting slash pile was burned. During the burn, ABS air samples were collected for two individuals monitoring the fire as well as from several perimeter air monitors placed around the fire approximately 50, 100, and 200 feet away from the edge of the fire line. After the slash pile was burned, the heavy equipment entered the burn area to address any remaining "hot spots" throughout burn area and simulate "mop-up" activities (i.e., mixing, stirring, and digging up the mineral soil using the bucket of the excavator). Two types of mop-up activities were performed, including include a "dry" mop-up scenario (i.e., where no water is applied during the mop-up activity) and a "wet" mop-up scenario (i.e., where water is applied during the mop-up activity).

During the understory burn, a 0.1-acre understory burn was conducted in basic accordance with the *Prescribed Fire Guidelines* established by the Montana Department of Natural Resources and Conservation (MDNRC 2007). Activities were performed by Grace's contractors in accordance with the EPA-developed QAPP (EPA 2015i). Similar to the slash pile burn, ABS air samples were collected for two individuals monitoring the fire as well as from several perimeter air monitors placed around the fire approximately 50, 100, and 200 feet away from the edge of the fire line. After the flames had been extinguished, two individuals entered the burn area to perform mop-up activities using hand tools (e.g., a Pulaski axe to mix, stir, and dig up the mineral soil) under both dry and wet mop-up conditions.

Results of the two ABS burn studies are summarized in CDM Smith (2015e).

**Table 8-4** (Panel A and B, respectively) presents summary statistics of the measured air concentrations for each sample type collected during the slash pile burn and the understory burn. The mean air concentration for each sample type was used as the EPC in the risk calculations. For the purposes of estimating potential exposures to nearby residents, it was assumed that air concentrations in the community were equal to those measured at the perimeter monitor located 200 feet from the fire (a highly conservative assumption).

### 8.1.7.2.2 Souse Gulch Wildfire

In the event of an authentic wildfire that is in or near the current NPL boundary, there are sampling plans in place at the Site (EPA 2013a; CDM Smith 2013m) to collect opportunistic air samples, both at stationary monitors throughout the Libby community and near the wildfire (to evaluate exposures to firefighters). To date, air samples have only been collected during one wildfire event.

In late July 2013, a small (1.5 acre) wildfire occurred in the Souse Gulch day-use recreation area on Lake Koocanusa behind Libby Dam (approximately 2.5 miles southeast from the mine). During this fire, air samples were collected to provide data on LA exposures of responding firefighters (both to the ground crews and the aircraft support pilot) and downwind LA concentrations in air during the fire. **Table 8-4** (Panel C) presents summary statistics of the measured air concentrations for each sample type collected. The mean air concentration for each sample type was used as the EPC in the risk calculations.

## 8.2 Risk Estimates

### 8.2.1 Risks from Wood-Related Disturbances

**Table 8-5** presents the estimated cancer risks and non-cancer HQs for exposures to LA during disturbances of wood-related materials based on RME (Panel A) and CTE (Panel B). These results



indicate that, when these exposure scenarios are considered alone, RME and CTE cancer risks are less than 1E-04 and non-cancer HQs are less than 1 for most exposure scenarios. Non-cancer HQs for commercial logging activities and woodstove ash disturbance activities are greater than 1 based on RME when these activities are performed near the mine (about one mile from the mine). The following subsections provide further discussion of the estimated risks from commercial logging and woodstove ash disturbance activities. The contribution of these exposure scenarios to cumulative risk is discussed in Section 9.

### 8.2.1.1 Risks from Commercial Logging

When commercial logging activities were conducted near the mine (about one mile from the mine in an area with high concentrations of LA in bark and duff), non-cancer HQs based on RME are greater than 1 for skidding/hooking activities and site restoration activities (see **Table 8-5**). However, estimated RME and CTE cancer risks are less than 1E-05 and non-cancer HQs are less than 1 when commercial logging activities were performed in 2014 further from the mine (about four miles from the mine in an area where bark and duff LA levels were lower).

In reviewing the commercial logging ABS results near the mine, there are several general observations. First, LA concentrations in air during tree-felling tended to be lower than other logging activities and similar to measured ABS air concentrations during residential wood harvesting (see Panel A of **Table 8-2**). Second, air concentrations during hooking/skidding and site restoration activities, which included both disturbances of wood as well as soil and duff materials, tended to be about an order of magnitude higher than during felling activities, which was primarily a bark disturbance scenario (i.e., limited soil/duff disturbances). These data suggest that disturbances of soil/duff may be more important sources of LA exposure to commercial logging workers than tree bark.

### 8.2.1.2 Risks from Woodstove Ash Disturbances

Non-cancer HQs associated with the removal of ash from a woodstove differed depending on the source of the firewood that was burned (see **Table 8-5**). If firewood was collected from a location near the mine (about one mile from the mine where tree bark LA levels are highest), the RME HQ for LA exposures during ash removal activities is 2. However, if firewood was collected from locations far from the mine (2-10 miles south of Libby), RME HQs are less than 0.1. There are no ABS air data that provide information on potential exposures if firewood is collected at locations intermediate from the mine (i.e., between 2-4 miles from the mine in the downwind direction) (see **Figure 2-2**).

These risk estimates demonstrate that ash may be an important source medium, if the ash is derived from a wood source in close proximity to the mine. The LA present in the ash is likely to be derived from fibers on the outer bark surface; however, there are no data that provide information on differences in LA content of outer bark and "inner" wood. There are also no data on potential LA exposures from ash disturbances when the source firewood has had the outer bark removed prior to burning.

Although risk estimates were calculated for one type of ash disturbance scenario, there are several other potential ash disturbance scenarios for which measured ABS air data are not available, including residential exposures to ash in outdoor fire pits or recreational visitor exposures to ash from campfires. There are also no ABS air data that provide information on potential residential exposures if LA-containing ash is disposed in gardens or flowerbeds.



## 8.2.2 Risks from Fire-Related Activities

**Table 8-6** presents the estimated cancer risks and non-cancer HQs for exposures to LA during fire-related activities based on RME (Panel A) and CTE (Panel B). These results indicate that, when these exposure scenarios are considered alone, RME and CTE cancer risks are less than 1E-04, but non-cancer HQs are greater than or equal to 1 for several exposure scenarios related to the slash pile and understory burns. The RME non-cancer HQ is 2 during slash pile building activities and the RME non-cancer HQ ranged from 1 to 5 during mop-up activities for the understory burn (when mop-up activities were conducted by hand), depending upon whether the mop-up was conducted under wet or dry conditions, respectively. These risks indicate that USFS worker and fire fighter exposures have the potential to be significant if appropriate personal protective measures are not employed to mitigate exposures while conducting activities near the mine (i.e., within about one mile of the mine).

As noted in Section 8.1.6, burn tests show that the majority of LA structures are retained in the ash when wood and duff materials are burned. Following the slash pile and understory burns, ash samples were collected from the burn areas. Total LA concentrations of about 1,000 million structures per gram of ash (Ms/g) were measured in these burn areas, which supports the conclusion that ash can be an important source medium for LA exposures within burn areas after the fire has been extinguished (CDM Smith 2015e).

There are only limited ABS air data that provide information on potential exposures from fire-related activities in areas further from the mine. As shown in **Table 8-6**, RME cancer risks are less than or equal to 1E-06 and non-cancer HQs are less than 0.1 during an authentic wildfire response (Souse Gulch fire). As noted above, this small wildfire occurred approximately 2.5 miles southeast from the mine and demonstrates that exposures during fire-related activities depend upon proximity to the mine (i.e., fire-related exposures activities further from the mine have much lower risks, presumably because LA concentrations in source fuels are lower).

**Table 8-6** also demonstrates that residential exposures in and around Libby from smoke generated by fires in OU3, both during simulated burns and during an authentic wildfire, result in RME non-cancer HQs less than 0.1. However, available data are only representative of small-scale, low-intensity fires; it is possible LA releases during larger, higher-intensity fires could be greater.

## 8.2.2 Calculation of Area-Weighted Risks

As described previously in Section 6.6.4, it is not feasible to evaluate risks by conducting ABS in the forest at every location within OU3. Most ABS investigations for OU3 were conducted in locations downwind from the mine (i.e., to the northeast); it is assumed that the risks in locations that are crosswind and upwind from the mine are equal to or lower than those calculated in **Tables 8-5 and 8-6** (see Section 10.1.3 for additional discussion on the uncertainties of this assumption).

The wood-related risk estimates presented in **Table 8-5** assume the entire exposure time is spent within the EPC grouping location (e.g., near, intermediate, far from the mine). However, it is likely long-term receptor exposures could encompass multiple EPC grouping locations. Therefore, exposure and risk estimates were also calculated to provide an area-weighted estimate, adjusted based upon the frequency of each areas use. For the purposes of these calculations, the exposure frequency for each EPC grouping location in the forested areas was determined based on areal extent (i.e., acreage of the concentric circle) as well as the area accessibility (i.e., what proportion of the area is in proximity to forest service roads and trails). The total exposure frequency is the same as presented in **Table 8-5**, but is split across multiple exposure locations.



**Appendix G.3** illustrates the area-weighted exposures and risks from exposures to LA during wood-related disturbance activities in forested areas within OU3 based on RME. As shown, with one exception, during hooking/skidding activities during commercial logging, RME cancer risks are less than or equal to 1E-06 and non-cancer HQs are less than 1 based on the area-weighted risk estimates. For exposures during hooking/skidding activities, even when risks are calculated using area-weighting, the non-cancer HQ is 2; nearly all (99%) of the total LA exposure for this scenario is due to activities conducted within one mile of the mine.



**SITE-WIDE HUMAN HEALTH RISK ASSESSMENT**
*Libby Asbestos Superfund Site*

# TABLES

**TABLE 6-14**

**ABS Air Summary Statistics and Estimated Risks from Exposures to LA During Disturbances of Soils in OU2**

*Libby Asbestos Superfund Site*

**Panel A: Summary Statistics for ABS Air**

| Operable Unit | Exposure Scenario | N Samples | N Samples with Detected PCME LA | PCME LA Air Conc. (s/cc)[+] Mean | PCME LA Air Conc. (s/cc)[+] Maximum | Mean Sensitivity (cc$^{-1}$) |
|---|---|---|---|---|---|---|
| OU2 | Mowing Hwy 37 ROW | 3 | 0 | 0 | All ND | 0.018 |
| | Hiking along Kootenai River | 6 | 0 | 0 | All ND | 0.0048 |

**Panel B: Risk Estimates Based on RME Exposure Parameters**

| Receptor | Exposure Scenario | EPC Mean Air Conc. (PCME LA s/cc)[+] | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|
| Outdoor Worker | Mowing Hwy 37 ROW | 0 | 1 | 5 | 15 | 0.00012 | 0E+00 | 0 |
| Recreational Visitor | Hiking along Kootenai River | 0 | 2 | 10 | 52 | 0.0017 | 0E+00 | 0 |

**Panel C: Risk Estimates Based on CTE Exposure Parameters**

| Receptor | Exposure Scenario | EPC Mean Air Conc. (PCME LA s/cc)[+] | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|
| Outdoor Worker | Mowing Hwy 37 ROW | 0 | 1 | 5 | 7 | 0.000057 | 0E+00 | 0 |
| Recreational Visitor | Hiking along Kootenai River | 0 | 1 | 5 | 22 | 0.00018 | 0E+00 | 0 |

[+] Concentrations have been adjusted to account for filter preparation method (see Section 2.3.4)

**Notes:**

ABS - activity-based sampling
cc$^{-1}$ - per cubic centimeter
Conc. - concentration
CTE - central tendency exposure
ED - exposure duration
EF - exposure frequency
EPC - exposure point concentration
ET - exposure time
HQ - hazard quotient

LA - Libby amphibole asbestos
N - number
ND - non-detect
OU - operable unit
PCME - phase contrast microscopy - equivalent
RME - reasonable maximum exposure
ROW - right-of-way
s/cc - structures per cubic centimeter
TWF - time-weighting factor

**TABLE 6-15**
**Exposure Parameters for Outdoor Air During Soil/Duff Disturbance Activities in OU3**
*Libby Asbestos Superfund Site*

| Exposure Media | Receptor Type | Exposure Location | Exposure Scenario | Parameter Type | Exposure Time [ET] | | Exposure Frequency [EF] | | Exposure Duration [ED] | | Time-weighting Factor [TWF]** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Value (hours/day) | Source/Note | Value (days/year) | Source/Note | Value (years) | Source/Note | |
| Outdoor Air During Soil/Duff Disturbance Activities | Recreational Visitor | Forested Area | Hiking | RME | 8 | [1] | 50 | [1] b.1 | 52 | [3] c.1 | 0.034 |
| | | | | CTE | 4 | a.1 | 25 | b.2 | 22 | [3] c.1 | 0.0036 |
| | | | ATV Riding | RME | 4 | [2] | 50 | [1] b.1 | 52 | [3] c.1 | 0.017 |
| | | | | CTE | 2 | a.1 | 25 | b.2 | 22 | [3] c.1 | 0.0018 |
| | | | Camping (campfire building/burning) | RME | 2 | [2] | 50 | [1] b.1 | 52 | [3] c.1 | 0.0085 |
| | | | | CTE | 1 | a.1 | 25 | b.2 | 22 | [3] c.1 | 0.00090 |
| | | Along Rainy Creek | Hiking | RME | 3.6 | a.2 | 20 | [1] b.3 | 52 | [3] c.1 | 0.0061 |
| | | | | CTE | 3.6 | a.2 | 10 | b.2 | 22 | [3] c.1 | 0.0013 |
| | | OU3 Roads | Driving | RME | 3 | [2] | 50 | [1] b.1 | 52 | [3] c.1 | 0.013 |
| | | | | CTE | 1.5 | a.1 | 25 | b.2 | 22 | [3] c.1 | 0.0013 |
| | | Along Kootenai River | Fishing/boating | RME | 8 | [2] | 60 | [2] | 52 | [3] c.1 | 0.041 |
| | | | | CTE | 4 | a.1 | 20 | [2] | 22 | [3] c.1 | 0.0029 |
| | USFS Firefighter | Forested Area | Cutting firelines | RME | 10 | [2] | 14 | [2] | 10 | [2] | 0.0023 |
| | | | | CTE | 5 | a.1 | 7 | b.2 | 5 | [2] | 0.00029 |
| | Trespasser | Mined Area | ATV Riding | RME | 4 | [1] | 10 | [1] | 52 | [3] c.1 | 0.0034 |
| | | | | CTE | 2 | a.1 | 5 | b.2 | 22 | [3] c.1 | 0.00036 |
| | | | Rockhound | RME | 6 | [1] | 3 | [1] | 52 | [3] c.1 | 0.0015 |
| | | | | CTE | 3 | a.1 | 1.5 | b.2 | 22 | [3] c.1 | 0.00016 |

** TWF calculated as ET/24 · EF/365 · ED/70

<u>Source Citations:</u>
[1] Professional judgment using site-specific considerations. Recreational scenarios assume that residents are most likely participants and assumptions reflect this.
[2] Personal communication with United States Forest Service (USFS); email dated 6/24/14.
[3] ATSDR. 2001. *Year 2000 Medical testing of Individuals Potentially Exposed to Asbestos-form Minerals Associated with Vermiculite in Libby, Montana.* A Report to the Community. August 23, 2001.
[4] EPA. 1989. *Risk Assessment Guidance for Superfund (RAGS). Volume I. Human Health Evaluation Manual (Part A).* U.S. Environmental Protection Agency, Office of Emergency and Remedial Response. EPA/540/1-89/002. December 1989.

<u>Source Notes:</u>
**a) Exposure Time [ET]**
a.1 Hours/day for CTE is assumed to be 1/2 RME value.
a.2 The OU3 Phase IV, Part A Rainy Creek hiking ABS was conducted for 1 hour and encompassed about 1 mile (round trip) of Rainy Creek. The full length of the creek to the mine is approximately 1.8 miles one way (3.6 round trip). Thus, it is assumed that it would take approximately 3.6 hours to travel the full distance round trip.

**b) Exposure Frequency [EF]**
b.1 Assumes hiking occurs in the forest every weekend for RME from spring to late fall (April through early October) considering days when releases due to soil disturbance activities were unlikely either due to snow cover or high soil moisture content (25 weeks for 2 days/week for RME).
b.2 Days/year for CTE assumed to be 1/2 RME value.
b.3 Assumes hiking occurs along Rainy Creek about once per week for RME from late spring to fall (May through September) considering days when releases due to soil disturbance activities were unlikely either due to snow cover or high soil moisture content (20 weeks for 1 day/week for RME).

**c) Exposure Duration [ED]**
c.1 Assumes that residents are the most likely recreational users of this area. ATSDR (2001) provides site-specific data on the number of years individuals reside in Libby. The raw data from this study were used to derive the median and 95th percentile for use at CTE and RME exposure duration values, respectively. Statistics were provided by Ted Larson (ATSDR) via email on 10/14/15. The 95th percentile was selected in accordance with EPA RAGS, Part A guidance (EPA 1989) which states, "[i]f statistical data are available, use the 95th percentile value for [RME] exposure time".

<u>Notes:</u>
ATSDR - Agency for Toxic Substances and Disease Registry
ATV - all-terrain vehicle
CTE - central tendency exposure
ED - exposure duration
EF - exposure frequency
EPA - Environmental Protection Agency
ET - exposure time
OU - operable unit
RME - reasonable maximum exposure
SAP/QAPP - sampling and analysis plan/quality assurance project plan
TWF - time-weighting factor
USFS - United States Forest Service

**TABLE 6-16**
**ABS Air Summary Statistics For Disturbances of Soils in OU3**
*Libby Asbestos Superfund Site*

| Receptor Type | Exposure Scenario | Exposure Area* | N Samples | N Samples with Detected PCME LA | PCME LA Air Conc. (s/cc)[+] | | Mean Sensitivity (cc$^{-1}$) |
|---|---|---|---|---|---|---|---|
| | | | | | Mean | Maximum | |
| Recreational Visitor | Hiking | Rainy Creek | 10 | 7 | 0.0093 | 0.046 | 0.0039 |
| | | Forest, near | 12 | 1 | 0.00050 | 0.0060 | 0.0042 |
| | | Forest, intermed. | 37 | 3 | 0.00065 | 0.012 | 0.0054 |
| | | Forest, far | 26 | 1 | 0.00023 | 0.0060 | 0.0052 |
| | ATV Riding | Forest, near | 13 | 2 | 0.0014 | 0.012 | 0.0060 |
| | | Forest, intermed. | 36 | 2 | 0.00050 | 0.012 | 0.0060 |
| | | Forest, far | 27 | 1 | 0.00022 | 0.0060 | 0.0060 |
| | Campfire building/burning | Forest, near | 10 | 2 | 0.0024 | 0.012 | 0.0060 |
| | | Forest, intermed. | 40 | 12 | 0.0022 | 0.012 | 0.0060 |
| | | Forest, far | 26 | 2 | 0.00046 | 0.0060 | 0.0060 |
| | Driving | Forest, near | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 20 | 1 | 0.00013 | 0.0027 | 0.025 |
| | | Forest, far | 10 | 0 | 0 | All ND | 0.024 |
| | Fishing/boating | Kootenai River | 2 | 0 | 0 | All ND | 0.00031 |
| Outdoor Worker (Firefighter) | Cutting firelines by hand | Forest, near | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 20 | 8 | 0.007 | 0.038 | 0.0088 |
| | | Forest, far | 10 | 6 | 0.0045 | 0.013 | 0.0084 |
| | | Forest, NPL boundary | 60 | 7 | 0.00017 | 0.0023 | 0.0010 |
| | Cutting firelines with heavy machinery | Forest, near | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 20 | 10 | 0.0025 | 0.012 | 0.0080 |
| | | Forest, far | 10 | 2 | 0.0016 | 0.014 | 0.011 |
| Mine Trespasser | ATV Riding | Mine | 42 | 27 | 0.014 | 0.066 | 0.0060 |
| | Rockhound | Mine | 18 | 18 | 0.14 | 0.32 | 0.0063 |

[+] Concentrations have been adjusted to account for filter preparation method (see Section 2.3.4)

--- = No ABS air samples have been collected within two miles from the mine for this scenario

*Distances from the mine are defined as follows:
  Forest, near: within two miles from the mine
  Forest, intermed.: between two and six miles from the mine.
  Forest, far: greater than or equal to six miles from the mine
  Forest, NPL boundary: locations along the NPL boundary evaluated in the nature & extent forest study (see Section 6.6.2.4)

**Notes:**
ABS - activity-based sampling
ATV - all-terrain vehicle
cc$^{-1}$ - per cubic centimeter
Conc. - concentration
LA - Libby amphibole asbestos
N - number
ND - non-detect
NPL - National Priority List
OU - operable unit
PCME - phase contrast microscopy - equivalent
s/cc - structures per cubic centimeter

**TABLE 6-17**
**Estimated Risks from Exposures to LA During Disturbances of Soils in OU3**
*Libby Asbestos Superfund Site*

**Panel A: Risk Estimates Based on RME Exposure Parameters**

| Receptor Type | Exposure Scenario | Exposure Area* | EPC Mean Air Conc. (PCME LA s/cc)* | ET (hours/day) | EF (days/year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|
| Recreational Visitor | Hiking | Rainy Creek | 0.0093 | 3.6 | 20 | 52 | 0.006 | 1E-05 | 0.6 |
| | | Forest, near | 0.00050 | 8 | 50 | 52 | 0.034 | 3E-06 | 0.2 |
| | | Forest, intermed. | 0.00065 | 8 | 50 | 52 | 0.034 | 4E-06 | 0.2 |
| | | Forest, far | 0.00023 | 8 | 50 | 52 | 0.034 | 1E-06 | 0.09 |
| | ATV-riding | Forest, near | 0.0014 | 4 | 50 | 52 | 0.017 | 4E-06 | 0.3 |
| | | Forest, intermed. | 0.00050 | 4 | 50 | 52 | 0.017 | 1E-06 | 0.09 |
| | | Forest, far | 0.00022 | 4 | 50 | 52 | 0.017 | 6E-07 | 0.04 |
| | Campfire building/burning | Forest, near | 0.0024 | 2 | 50 | 52 | 0.0085 | 3E-06 | 0.2 |
| | | Forest, intermed. | 0.0022 | 2 | 50 | 52 | 0.0085 | 3E-06 | 0.2 |
| | | Forest, far | 0.00046 | 2 | 50 | 52 | 0.0085 | 7E-07 | 0.04 |
| | Driving | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.00013 | 3 | 50 | 52 | 0.013 | 3E-07 | 0.02 |
| | | Forest, far | 0 | 3 | 50 | 52 | 0.013 | 0E+00 | 0 |
| | Fishing/boating | Kootenai River | 0 | 8 | 60 | 52 | 0.041 | 0E+00 | 0 |
| Outdoor Worker (Firefighter) | Cutting firelines by hand | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.0069 | 10 | 14 | 10 | 0.0023 | 3E-06 | 0.2 |
| | | Forest, far | 0.0045 | 10 | 14 | 10 | 0.0023 | 2E-06 | 0.1 |
| | | Forest, NPL boundary | 0.00017 | 10 | 14 | 10 | 0.0023 | 7E-08 | 0.004 |
| | Cutting firelines with heavy machinery | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.0025 | 10 | 14 | 10 | 0.0023 | 1E-06 | 0.06 |
| | | Forest, far | 0.0016 | 10 | 14 | 10 | 0.0023 | 6E-07 | 0.04 |
| Mine Trespasser | ATV-riding | Mine (on/off-road) | 0.014 | 4 | 10 | 52 | 0.0034 | 8E-06 | 0.5 |
| | Rockhound | Disturbed area | 0.14 | 6 | 3 | 52 | 0.0015 | 4E-05 | 2 |

**Panel B: Risk Estimates Based on CTE Exposure Parameters**

| Receptor Type | Exposure Scenario | Exposure Area* | EPC Mean Air Conc. (PCME LA s/cc) | ET (hours/day) | EF (days/year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|
| Recreational Visitor | Hiking | Rainy Creek | 0.0093 | 3 | 10 | 22 | 0.0011 | 2E-06 | 0.1 |
| | | Forest, near | 0.00050 | 4 | 25 | 22 | 0.0036 | 3E-07 | 0.02 |
| | | Forest, intermed. | 0.00065 | 4 | 25 | 22 | 0.0036 | 4E-07 | 0.03 |
| | | Forest, far | 0.00023 | 4 | 25 | 22 | 0.0036 | 1E-07 | 0.009 |
| | ATV-riding | Forest, near | 0.0014 | 2 | 25 | 22 | 0.0018 | 4E-07 | 0.03 |
| | | Forest, intermed. | 0.00050 | 2 | 25 | 22 | 0.0018 | 2E-07 | 0.01 |
| | | Forest, far | 0.00022 | 2 | 25 | 22 | 0.0018 | 7E-08 | 0.004 |
| | Campfire building/burning | Forest, near | 0.0024 | 1 | 25 | 22 | 0.0009 | 4E-07 | 0.02 |
| | | Forest, intermed. | 0.0022 | 1 | 25 | 22 | 0.0009 | 3E-07 | 0.02 |
| | | Forest, far | 0.00046 | 1 | 25 | 22 | 0.0009 | 7E-08 | 0.005 |
| | Driving | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.00013 | 1.5 | 25 | 22 | 0.0013 | 3E-08 | 0.002 |
| | | Forest, far | 0 | 1.5 | 25 | 22 | 0.0013 | 0E+00 | 0 |
| | Fishing/boating | Kootenai River | 0 | 4 | 20 | 22 | 0.0029 | 0E+00 | 0 |
| Outdoor Worker (Firefighter) | Cutting firelines by hand | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.007 | 5 | 7 | 5 | 0.00029 | 3E-07 | 0.02 |
| | | Forest, far | 0.0045 | 5 | 7 | 5 | 0.00029 | 2E-07 | 0.01 |
| | | Forest, NPL boundary | 0.00017 | 5 | 7 | 5 | 0.00029 | 8E-09 | 0.0006 |
| | Cutting firelines with heavy machinery | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | Forest, intermed. | 0.0025 | 5 | 7 | 5 | 0.00029 | 1E-07 | 0.008 |
| | | Forest, far | 0.0016 | 5 | 7 | 5 | 0.00029 | 8E-08 | 0.005 |
| Mine Trespasser | ATV-riding | Mine (on/off-road) | 0.014 | 2 | 5 | 22 | 0.0004 | 9E-07 | 0.06 |
| | Rockhound | Disturbed area | 0.14 | 3 | 1.5 | 22 | 0.0002 | 4E-06 | 0.3 |

* Concentrations have been adjusted to account for filter preparation method (see Section 2.3.4)
--- = No ABS air samples have been collected within two miles from the mine for this scenario

*Distances from the mine are defined as follows:
  Forest, near: within two miles from the mine
  Forest, intermed.: between two and six miles from the mine
  Forest, far: greater than or equal to six miles from the mine
  Forest, NPL boundary: locations along the NPL boundary evaluated in the nature & extent forest study (see Section 6.6.2.4)

**Notes:**

| | | |
|---|---|---|
| ATV - all terrain vehicle | EPC - exposure point concentration | OU - operable unit |
| Conc. - concentration | ET - exposure time | PCME - phase contrast microscopy - equivalent |
| CTE - central tendency exposure | HQ - hazard quotient | RME - reasonable maximum exposure |
| ED - exposure duration | LA - Libby amphibole asbestos | s/cc - structures per cubic centimeter |
| EF - exposure frequency | NPL - National Priorities List | TWF - time-weighting factor |

**TABLE 8-5**
**Estimated Risks from Exposure to LA During Disturbances of Wood-Related Materials**
*Libby Asbestos Superfund Site*

**Panel A: Risk Estimates Based on RME Exposure Parameters**

| Exposure Media | Receptor Population | Exposure/Disturbance Description* | Wood Source | EPC Mean Air Conc. (PCME LA s/cc)* | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|---|
| Outdoor air, during bark disturbances | Resident | Wood harvesting (Felling trees, de-limbing, cutting, stacking firewood) | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | | Forest, intermed. | 0.0011 | 10 | 15 | 40 | 0.0098 | 2E-06 | 0.1 |
| | | | Forest, far | 0.00014 | 10 | 15 | 40 | 0.0098 | 2E-07 | 0.01 |
| | Outdoor Worker (commercial logger) | Hand-felling trees | ~1 mile from mine | 0.0034 | 8 | 24 | 6 | 0.0019 | 1E-06 | 0.07 |
| | | Hooking/skidding, processing timber | ~1 mile from mine | 0.105 | 10 | 24 | 12 | 0.0047 | 8E-05 | 5 |
| | | Mechanical Processing | ~1 mile from mine | 0.002 | 10 | 24 | 12 | 0.0047 | 1E-06 | 0.08 |
| | | Site restoration | ~1 mile from mine | 0.032 | 10 | 24 | 12 | 0.0047 | 3E-05 | 2 |
| | | Simulated milling (chipping) | ~1 mile from mine | 0.0068 | 10 | 24 | 12 | 0.0047 | 5E-06 | 0.4 |
| | | Hand Felling | ~4 miles from mine | 0.0022 | 8 | 24 | 6 | 0.0019 | 7E-07 | 0.05 |
| | | Skidding/Hooking | ~4 miles from mine | 0.00065 | 10 | 24 | 12 | 0.0047 | 5E-07 | 0.03 |
| | | Mechanical Processing | ~4 miles from mine | 0 | 10 | 24 | 12 | 0.0047 | 0E+00 | 0 |
| | | Cutting slabs (pre-milling) | ~4 miles from mine | 0 | 10 | 24 | 12 | 0.0047 | 0E+00 | 0 |
| | | Simulated milling (chipping) | ~4 miles from mine | 0 | 10 | 24 | 12 | 0.0047 | 0E+00 | 0 |
| | | Site Restoration | ~4 miles from mine | 0.0040 | 10 | 24 | 12 | 0.0047 | 3E-06 | 0.2 |
| | Outdoor Worker (at landfill) | Chipping wood waste piles | various | 0 | 4 | 135 | 25 | 0.022 | 0E+00 | 0 |
| | Outdoor Worker (USFS worker) | Forest management (Road maintenance, tree thinning, forest surveying) | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | | Forest, intermed. | 0.00032 | 8 | 30 | 10 | 0.0039 | 2E-07 | 0.01 |
| | | | Forest, far | 0.00020 | 8 | 30 | 10 | 0.0039 | 1E-07 | 0.009 |
| Outdoor air, during woodchip/ mulch disturbances | Outdoor Worker (at OU5) | Woodchip/waste bark pile disturbances | various | 0 | 4 | 135 | 25 | 0.022 | 0E+00 | 0 |
| | Resident | Woodchip/mulch disturbances during gardening | various | 0 | 2 | 40 | 52 | 0.0068 | 0E+00 | 0 |
| Indoor Air, during wood-derived ash disturbances | Resident | Emptying woodstove ash after burning firewood | ~1 mile from mine | 0.14 | 0.25 | 48 | 52 | 0.00102 | 2E-05 | 2 |
| | | | Flower Creek | 0.0074 | 0.25 | 48 | 52 | 0.00102 | 1E-06 | 0.08 |
| | | | Bear Breek | 0.0029 | 0.25 | 48 | 52 | 0.00102 | 5E-07 | 0.03 |

Page 1 of 2

**TABLE 8-5**
**Estimated Risks from Exposure to LA During Disturbances of Wood-Related Materials**
*Libby Asbestos Superfund Site*

Panel B: Risk Estimates Based on CTE Exposure Parameters

| Exposure Media | Receptor Population | Exposure/Disturbance Description | Wood Source | EPC Mean Air Conc. (PCME LA s/cc)[*] | ET (hours/day) | EF (days/year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|---|
| Outdoor air, during bark disturbances | Resident | Wood harvesting (Felling trees, de-limbing, cutting, stacking firewood) | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | | Forest, intermed. | 0.0011 | 5 | 5 | 20 | 0.00082 | 1E-07 | 0.01 |
| | | | Forest, far | 0.00014 | 5 | 5 | 20 | 0.00082 | 2E-08 | 0.001 |
| | Outdoor Worker (commercial logger) | Hand-felling trees | ~1 mile from mine | 0.0034 | 8 | 8 | 6 | 0.00063 | 4E-07 | 0.02 |
| | | Hooking/skidding, processing timber | ~1 mile from mine | 0.105 | 8 | 8 | 12 | 0.0013 | 2E-05 | 1 |
| | | Mechanical Processing | ~1 mile from mine | 0.002 | 8 | 8 | 12 | 0.0013 | 3E-07 | 0.02 |
| | | Site restoration | ~1 mile from mine | 0.032 | 8 | 8 | 12 | 0.0013 | 7E-06 | 0.4 |
| | | Simulated milling (chipping) | ~1 mile from mine | 0.0068 | 8 | 8 | 12 | 0.0013 | 1E-06 | 0.1 |
| | | Hand Felling | ~4 miles from mine | 0.0022 | 8 | 8 | 6 | 0.0006 | 2E-07 | 0.02 |
| | | Skidding/Hooking | ~4 miles from mine | 0.00065 | 8 | 8 | 12 | 0.0013 | 1E-07 | 0.009 |
| | | Mechanical Processing | ~4 miles from mine | 0 | 8 | 8 | 12 | 0.0013 | 0E+00 | 0 |
| | | Cutting slabs (pre-milling) | ~4 miles from mine | 0 | 8 | 8 | 12 | 0.0013 | 0E+00 | 0 |
| | | Simulated milling (chipping) | ~4 miles from mine | 0 | 8 | 8 | 12 | 0.0013 | 0E+00 | 0 |
| | | Site Restoration | ~4 miles from mine | 0.0040 | 8 | 8 | 12 | 0.0013 | 8E-07 | 0.06 |
| | Outdoor Worker (at landfill) | Chipping wood waste piles | various | 0 | 4 | 90 | 25 | 0.015 | 0E+00 | 0 |
| | Outdoor Worker (USFS worker) | Forest management (Road maintenance, tree thinning, forest surveying) | Forest, near | --- | --- | --- | --- | --- | --- | --- |
| | | | Forest, intermed. | 0.00032 | 4 | 15 | 5 | 0.00049 | 3E-08 | 0.002 |
| | | | Forest, far | 0.00020 | 4 | 15 | 5 | 0.00049 | 2E-08 | 0.001 |
| Outdoor air, during woodchip/mulch disturbances | Outdoor Worker (at OU5) | Woodchip/waste bark pile disturbances | various | 0 | 4 | 135 | 7 | 0.0062 | 0E+00 | 0 |
| | Resident | Woodchip/mulch disturbances during gardening | various | 0 | 1 | 20 | 22 | 0.00072 | 0E+00 | 0 |
| Outdoor Air, during wood-derived ash disturbances | Resident | Emptying woodstove ash after burning firewood | ~1 mile from mine | 0.14 | 0.25 | 24 | 22 | 0.00022 | 5E-06 | 0.3 |
| | | | Flower Creek | 0.0074 | 0.25 | 24 | 22 | 0.00022 | 3E-07 | 0.02 |
| | | | Bear Breek | 0.0029 | 0.25 | 24 | 22 | 0.00022 | 1E-07 | 0.007 |

[*] Concentrations have been adjusted to account for preparation method (see Section 2.3.4)
--- = No ABS air samples have been collected within two miles from the mine for this scenario

*Distances from the mine are defined as follows:
 Forest, near: within two miles from the mine
 Forest, intermed.: between two and six miles from the mine.
 Forest, far: greater than or equal to six miles from the mine.
 Flower Creek: approximately six miles from the mine
 Bear Breek: approximately 10 miles from the mine

**Notes:**

| | |
|---|---|
| Conc. - concentration | LA - Libby amphibole asbestos |
| CTE - central tendency exposure | OU - operable unit |
| ED - exposure duration | PCME - phase contrast microscopy - equivalent |
| EF - exposure frequency | RME - reasonable maximum exposure |
| EPC - exposure point concentration | s/cc - structures per cubic centimeter |
| ET - exposure time | TWF - time-weighting factor |
| HQ - hazard quotient | USFS - United States Forest Service |

**TABLE 8-6**
**Estimated Risks from Exposure to LA During Fire-Related Activities**
*Libby Asbestos Superfund Site*

**Panel A: Risk Estimates Based on RME Exposure Parameters**

| Exposure Media | Receptor Population | Exposure/Disturbance Description | Wood Source | EPC Mean Air Conc. (PCME LA s/cc)* | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|---|
| Outdoor air, during simulated burning activities | Outdoor Worker (firefighter during understory burn) | During burn (personal air) | ~1 mile from mine | 0.078 | 3 | 7 | 25 | 0.00086 | 1E-05 | 0.7 |
| | | During dry mop-up | ~1 mile from mine | 0.75 | 2 | 7 | 25 | 0.00057 | 7E-05 | 5 |
| | | During wet mop-up | ~1 mile from mine | 0.18 | 2 | 7 | 25 | 0.00057 | 2E-05 | 1 |
| | Resident (during understory burn) | During burn (200-ft monitor) | ~1 mile from mine | 0.00052 | 24 | 8 | 52 | 0.016 | 1E-06 | 0.09 |
| | Outdoor Worker (USFS worker during slashpile burn) | Building slashpile | ~1 mile from mine | 0.12 | 8 | 10 | 10 | 0.0013 | 3E-05 | 2 |
| | | During burn (personal air) | ~1 mile from mine | 0.011 | 4 | 10 | 10 | 0.00065 | 1E-06 | 0.08 |
| | | During dry mop-up | ~1 mile from mine | 0.13 | 2 | 10 | 10 | 0.00033 | 7E-06 | 0.5 |
| | | During wet mop-up | ~1 mile from mine | 0.068 | 2 | 10 | 10 | 0.00033 | 4E-06 | 0.2 |
| | Resident (during slashpile burn) | During burn (200-ft monitor) | ~1 mile from mine | 0.00047 | 24 | 8 | 52 | 0.016 | 1E-06 | 0.09 |
| Outdoor air, during authetic wildfire | Resident | Downwind stations during wildfire | Souse Gulch | 0 | 24 | 8 | 52 | 0.016 | 0E+00 | 0 |
| | Outdoor Worker (firefighter) | Ground-based firefighter activities | Souse Gulch | 0.00031 | 15 | 39 | 25 | 0.024 | 1E-06 | 0.08 |
| | | Air-based wildfire suppression** | Souse Gulch | 0 | 15 | 39 | 25 | 0.024 | 0E+00 | 0 |

**Panel B: Risk Estimates Based on CTE Exposure Parameters**

| Exposure Media | Receptor Population | Exposure/Disturbance Description | Wood Source | EPC Mean Air Conc. (PCME LA s/cc)* | ET (hours/ day) | EF (days/ year) | ED (years) | TWF | Cancer Risk | Non-cancer HQ |
|---|---|---|---|---|---|---|---|---|---|---|
| Outdoor air, during burning activities | Outdoor Worker (firefighter during understory burn) | During burn (personal air) | ~1 mile from mine | 0.078 | 3 | 2 | 25 | 0.00024 | 3E-06 | 0.2 |
| | | During dry mop-up | ~1 mile from mine | 0.75 | 2 | 2 | 25 | 0.00016 | 2E-05 | 1 |
| | | During wet mop-up | ~1 mile from mine | 0.18 | 2 | 2 | 25 | 0.00016 | 5E-06 | 0.3 |
| | Resident (during understory burn) | During burn (200-ft monitor) | ~1 mile from mine | 0.00052 | 24 | 3 | 22 | 0.0026 | 2E-07 | 0.01 |
| | Outdoor Worker (USFS worker during slashpile burn) | Building slashpile | ~1 mile from mine | 0.12 | 8 | 5 | 5 | 0.00033 | 7E-06 | 0.4 |
| | | During burn (personal air) | ~1 mile from mine | 0.011 | 4 | 5 | 5 | 0.00016 | 3E-07 | 0.02 |
| | | During dry mop-up | ~1 mile from mine | 0.13 | 2 | 5 | 5 | 0.000082 | 2E-06 | 0.1 |
| | | During wet mop-up | ~1 mile from mine | 0.068 | 2 | 5 | 5 | 0.000082 | 9E-07 | 0.06 |
| | Resident (during slashpile burn) | During burn (200-ft monitor) | ~1 mile from mine | 0.00047 | 24 | 3 | 25 | 0.0029 | 2E-07 | 0.02 |
| Outdoor air, during authetic wildfire | Resident | Downwind stations during wildfire | Souse Gulch | 0 | 24 | 3 | 22 | 0.0026 | 0E+00 | 0 |
| | Outdoor Worker (firefighter) | Ground-based firefighter activities | Souse Gulch | 0.00031 | 8 | 8 | 25 | 0.0026 | 1E-07 | 0.009 |
| | | Air-based wildfire suppression** | Souse Gulch | 0 | 8 | 8 | 25 | 0.0026 | 0E+00 | 0 |

* Concentrations have been adjusted to account for preparation method (see Section 2.3.4)
**Monitor was placed in the cockpit of the responding helicopter

**Notes:**

| | |
|---|---|
| Conc. - concentration | LA - Libby amphibole asbestos |
| CTE - central tendency exposure | OU - operable unit |
| ED - exposure duration | PCME - phase contrast microscopy - equivalent |
| EF - exposure frequency | RME - reasonable maximum exposure |
| EPC - exposure point concentration | s/cc - structures per cubic centimeter |
| ET - exposure time | TWF - time-weighting factor |
| HQ - hazard quotient | USFS - United States Forest Service |