IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2019, AT 10:00 A.M. BEFORE THE HONORABLE ASHELY M. CHAN**

**The hearing will be held at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Federal Courthouse, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, PA 19107.**

**Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., September 6, 2019.**

**MATTER GOING FORWARD:**

1. The Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 6/7/19] (Docket No. 33099).

   Response Deadline: June 21, 2019, at 4:00 p.m. *(extended until July 23, 2019 at 4:00 p.m. for MDEQ)*

   Responses Received:

   a. Response and Reservation of Rights of the State of Montana to The Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 7/22/19] (Docket No. 33102).

   Reply Deadline: August 26, 2019 at 4:00 p.m.

   a. Reply in Support of the Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 8/26/19] (Docket No. 33110).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

[2] **Amended solely to reflect the correct courtroom number.**

DOCS_DE:225193.2 91100/001

 (i) Appendix of Exhibits to Reply in Support of The Reorganized Debtor's Request for Partial Allowance and Partial Disallowance of the Claim By the Montana Dept. of Env. Quality ("MDEQ") for Environmental Remediation at Operable Unit 3 of the Libby Asbestos Superfund Site (Substantive Objection) [Filed: 8/26/19] (Docket No. 33111).

Related Documents:

a. [Proposed] Order Partially Allowing and Partially Disallowing Claim No. 18496-1, Filed By the Montana Dept. of Env. Quality [Filed: 6/7/19] (Docket No. 33099, Exhibit A).

Status: This matter will go forward.

Dated: September 5, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors