IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 5th day of September, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2019, AT 10:00 A.M. BEFORE THE HONORABLE ASHELY M. CHAN**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

WR Grace MDEQ Claim Objection Service List
Case No. 01-1139 (KJC)
Doc. No. 224022
01 – Hand Delivery
07 – First Class Mail
02 - Email

*HAND DELIVERY AND EMAIL*
(Counsel for the Montana Department of Environmental Quality)
Kevin J. Mangan, Esquire
Ericka F. Johnson, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 198001
Kevin.Mangan@wbd-us.com

*FIRST CLASS MAIL AND EMAIL*
Jessica Wilkerson, Esquire
Attorney Specialist
Montana Dept. of Environmental Quality
1520 East Sixth Avenue
PO Box 200901
Helena, MT 59620-0901
Jessica.Wilkerson@mt.gov

*FIRST CLASS MAIL*
Steve Bullock, Governor
Office of the Governor of Montana
PO Box 200801
Helena, MT 59620-0801

*FIRST CLASS MAIL*
Tim Fox, Attorney General
Montana Office of the Attorney General
215 N Sanders Street
Helena, MT 59601

*FIRST CLASS MAIL*
Shaun McGrath, Director
Montana Dept. of Environmental Quality
PO Box 200901
Helena, MT 59620-0901

*FIRST CLASS MAIL*
Jon Morgan, Chief Remediation Counsel
Montana Dept. of Environmental Quality
PO Box 200901
Helena, MT 59620-0901

*FIRST CLASS MAIL*
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street, Floor 8
Denver, CO 80294-1961

*FIRST CLASS MAIL*
Andrea Madigan
Environmental Protection Agency
1595 Wynkoop Street
Denver, CO 80202-1129