IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | Related to Docket No. 33115, 33117 |

### [CORRECTED] CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 5th day of September, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2019, AT 10:00 A.M. BEFORE THE HONORABLE ASHELY M. CHAN (DOCKET NO. 33115),**

**SUPPLEMENTAL CERTIFICATE OF SERVICE (DOCKET NO. 33117).**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

DOCS_DE:190898.70 91100/001

WR Grace MDEQ Claim Objection Service List
Case No. 01-1139 (KJC)
Doc. No. 224022v2
04 – Email
01 – Hand Delivery
03 – Express Mail
04 – Overnight Delivery

*HAND DELIVERY AND EMAIL*
Francis A. Monaco, Jr.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email: fmonaco@gsbblaw.com**
**frank@monacomediation.com**

*EXPRESS MAIL AND EMAIL*
Steve Bullock, Governor
Office of the Governor of Montana
PO Box 200801
Helena, MT  59620-0801
**Email:  governor@mt.gov**

*EXPRESS MAIL*
Shaun McGrath, Director
Montana Dept. of Environmental Quality
P.O. Box 200901
Helena, MT  59620-0901

*EXPRESS MAIL*
Jon Morgan, Chief Remediation Counsel
Montana Dept. of Environmental Quality
P.O. Box 200901
Helena, MT  59620-0901

*OVERNIGHT DELIVERY AND EMAIL*
Jessica Wilkerson
Attorney Specialist
Montana Dept. of Environmental Quality
1520 East Sixth Avenue
Helena, MT  59620-0901
**Email: Jessica.Wilkerson@mt.gov**

*OVERNIGHT DELIVERY AND EMAIL*
Tim Fox, Attorney General
Montana Office of the Attorney General
215 N Sanders St.
Helena, MT  59601
**Email:  contactdoj@mt.gov**

*OVERNIGHT DELIVERY*
James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
1595 Wynkoop Street
Denver, CO  80202

*OVERNIGHT DELIVERY*
Andrea Madigan
U.S. Department of Justice
Environmental Protection Agency
1595 Wynkoop St.
Denver, CO  80202-1129