# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 01-01139 (AMC) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION
## OF JESSICA WILKERSON

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jessica Wilkerson, with The Montana Department of Environmental Quality, 1225 Cedar Street, Helena, MT 59601, in the above-captioned cases.

Dated:  September 5, 2019

*/s/ Kevin J. Mangan*
Kevin J. Mangan (Del. Bar No. 4471)
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  kevin.mangan@wbd-us.com

Counsel to Montana Department of
Environmental Quality

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

  Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Montana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 5, 2019  */s/ Jessica Wilkerson*
             Jessica Wilkerson
             DEQ Legal Counsel
             1225 Cendar Street
             Helena, MT 59601
             Telephone: (406) 444-6490
             E-mail: Jessica.wilkerson@mt.gov

             Counsel to Montana Department of
             Environmental Quality