## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>          Reorganized Debtor. | Chapter 11<br><br>Case No. 01-01139 (AMC) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION
## OF THAD ADKINS

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Thad Adkins, with the State of Montana, Department of Justice Natural Resource Damage Program, P.O. Box 201425, Helena, MT 59620-1425, in the above-captioned cases.

Dated: September 5, 2019

                                                      */s/ Kevin J. Mangan*
                                                      Kevin J. Mangan (Del. Bar No. 4471)
                                                      Womble Bond Dickinson (US) LLP
                                                      1313 North Market Street, Suite 1200
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 252-4320
                                                      Facsimile: (302) 252-4330
                                                      Email: kevin.mangan@wbd-us.com

                                                      Counsel to State of Montana

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

      Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Montana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  September 5, 2019     <u>/s/ Thad Adkins</u>
                                             Thad Adkins
                                             Assistant Attorney General
                                             Natural Resource Damage Program
                                             Montana Department of Justice
                                             P.O. Box 201425
                                             Helena, MT 59620
                                             Telephone:  (406) 444-0225
                                             E-mail: thad.adkins@mt.gov

                                             Counsel to Montana Department of Justice
                                             Natural Resource Damage Program