IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 01-01139 (AMC) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION
OF JESSICA WILKERSON**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jessica Wilkerson, with The Montana Department of Environmental Quality, 1225 Cedar Street, Helena, MT 59601, in the above-captioned cases.

Dated: September 5, 2019

                                                         /s/ Kevin J. Mangan
                                                         Kevin J. Mangan (Del. Bar No. 4471)
                                                         Womble Bond Dickinson (US) LLP
                                                         1313 North Market Street, Suite 1200
                                                         Wilmington, DE 19801
                                                         Telephone: (302) 252-4320
                                                         Facsimile: (302) 252-4330
                                                         Email: kevin.mangan@wbd-us.com

                                                         Counsel to Montana Department of
                                                         Environmental Quality

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: September 9, 2019

                                                         Ashely M. Chan
                                                         United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Montana, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  September 5, 2019        /s/ Jessica Wilkerson
Jessica Wilkerson
DEQ Legal Counsel
1225 Cendar Street
Helena, MT 59601
Telephone:  (406) 444-6490
E-mail: Jessica.wilkerson@mt.gov

Counsel to Montana Department of Environmental Quality

WBD (US) 47471201v1