## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) **Hearing Date: September 9, 2019, at 10:00 a.m.** |
| | ) **Related Docket nos.: 33099 & 33102** |
| | ) |

## STIPULATION AND AGREED ORDER RE MEDIATION OF CONTESTED MATTER RE CLAIM NO. 18496-1

The above-captioned reorganized debtor (the "Reorganized Debtor") and claimant Montana Department of Environmental Quality ("MDEQ") in the contested matter (the "Contested Matter") regarding claim no. 18496-1 filed by MDEQ, stipulate as follows:

1. In accordance with the terms of the attached stipulation, MDEQ shall file a detailed estimated amended proof of claim and the parties agree to pursue mediation in an attempt to expeditiously estimate and liquidate such claims.

2. Mediation shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator.

**[remainder of this page is intentionally left blank]**

---

[1]  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case no. 01-1139 is the sole remaining open chapter 11 case.

Dated:  September 9, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
(312) 666-0431

And

PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

*Co-Counsel for the Reorganized Debtor*

and

WOMBLE BOND DICKINSON (US) LLP

_____

Kevin J. Mangan (Del. Bar No. 3810)
Ericka F. Johnson (Del. Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

*Counsel for Montana Department of Environmental Quality*

**[remainder of this page is intentionally left blank]**

A.    SO ORDERED.

B.    This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: Sept. 9 , 2019

Honorable Ashely M. Chan
United States Bankruptcy Judge

**[remainder of this page is intentionally left blank]**

3

Stipulated Schedule for Submittal of
Montana Amended Proof of Claim and the Parties' Mediation Schedule

| Date | Event |
|---|---|
| August 30, 2019 | Phone Conference (completed) |
| September 5, 2019 | Phone Conference (completed) |
| September 9, 2019 | Bankruptcy Court enters mutually proposed scheduling order for mediation |
| September 16, 2019 | Parties file joint stipulation identifying mediator, or each party provides Court with two names of mediators acceptable to them |
| October 16, 2019 | Mediator provides the parties with requirements for confidential mediation statements |
| November 20, 2019 | Montana shares with Grace identification of claims and estimate of damages and method of calculation |
| November 27, 2019 | Montana files detailed amended proof of claim stating their claims, the basis for those claims, and the estimated amounts sought for each such claim |
| December 31, 2019 | Montana shares full expert report with Grace |
| January 31, 2020 | Grace response to Montana expert report |
| February 7, 2020 | Montana and Grace provide confidential submissions to mediator |
| Middle of February, 2020 (with specific dates in consultation with mediator) | First session of mediation for Montana to set out claims with experts present, then follow up session(s) to reconvene and attempt to resolve |
| February 28, 2020 (or alternate date specified by Court) | Status Hearing; mediator will provide report or certification of completion prior to status hearing |