# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) ) (Jointly Administered) |
| Reorganized Debtor. | ) ) Related Docket no.: 33124 ) |
| | ) |

## JOINT STIPULATION AND AGREED ORDER SELECTING MEDIATOR IN CONTESTED MATTER RE CLAIM NO. 18496-1

Pursuant to the *Stipulation and Agreed Order re Mediation of Contested Matter re Claim No. 18496-1* entered by the Court on September 9, 2019 [Docket no. 33124], the above-captioned reorganized debtor and claimant Montana Department of Environmental Quality stipulate to the selection of Judith K. Fitzgerald, of the firm of Tucker Arensberg, P.C. as mediator in this contested matter.

**[remainder of this page is intentionally left blank]**

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case no. 01-1139 is the sole remaining open chapter 11 case.

| | |
|---|---|
| Dated: September 16, 2019 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Ave.<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 666-0431<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>*Co-Counsel for the Reorganized Debtor*<br><br>and<br><br>WOMBLE BOND DICKINSON (US) LLP<br><br>*/s/ Ericka F. Johnson*<br>Kevin J. Mangan (Del. Bar No. 3810)<br>Ericka F. Johnson (Del. Bar No. 5024)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br><br>*Counsel for Montana Department of Environmental Quality* |

**[remainder of this page is intentionally left blank]**