A.    SO ORDRERED.

B.    The parties shall pursue mediation with the mediator identified in its Joint Stipulation and in accordance with the *Stipulation and Agreed Order re Mediation of Contested Matter re Claim No. 18496-1.*

C.    This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: _____, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

3