IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) Related Docket no.: 33124 |
| | ) |

## JOINT STIPULATION AND AGREED ORDER SELECTING MEDIATOR IN CONTESTED MATTER RE CLAIM NO. 18496-1

Pursuant to the *Stipulation and Agreed Order re Mediation of Contested Matter re Claim No. 18496-1* entered by the Court on September 9, 2019 [Docket no. 33124], the above-captioned reorganized debtor and claimant Montana Department of Environmental Quality stipulate to the selection of Judith K. Fitzgerald, of the firm of Tucker Arensberg, P.C. as mediator in this contested matter.

[remainder of this page is intentionally left blank]

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case no. 01-1139 is the sole remaining open chapter 11 case.

DATE 9-16-19
DOCKET # 33125

Dated: September 16, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Reorganized Debtor*

and

WOMBLE BOND DICKINSON (US) LLP

/s/ Ericka F. Johnson
Kevin J. Mangan (Del. Bar No. 3810)
Ericka F. Johnson (Del. Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

*Counsel for Montana Department of Environmental Quality*

**[remainder of this page is intentionally left blank]**

DOCS_DE:225400.1 91100/001

2

A. SO ORDRERED.

B. The parties shall pursue mediation with the mediator identified in its Joint Stipulation and in accordance with the *Stipulation and Agreed Order re Mediation of Contested Matter re Claim No. 18496-1*.

C. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: Sept. 17, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge