**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | **Re: Docket No. _____** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| November 14, 2019 | 2:00 p.m. Prevailing Eastern Time (Omnibus Hearing) |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Federal Courthouse, 900 Market Street, Second Floor, Courtroom 4, Philadelphia, PA 19017.