IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **W.R. GRACE & CO., et al.,**[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| **Reorganized Debtors.** | ) |
| | ) Re: Docket No. 33128 |

**DECLARATION OF SERVICE REGARDING:**

Docket No. 33128    NOTICE OF REORGANIZED DEBTORS EIGHTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAMS

REORGANIZED DEBTORS' EIGHTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

2. On October 21, 2019, at the direction of Pachulski, Stang, Ziehl & Jones, and the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, the above referenced documents were served on the parties listed in Exhibit A via the mode of service indicated thereon:

///

---

[1] The Reorganized Debtors comprise W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn,").

Exhibit A       Address List regarding Docket No. 33128

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 22nd day of October 2019 at Hawthorne, California.

_____

Mabel Soto

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 6**

### Exhibit - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70803 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 70803 | MONTANA OFFICE OF ATTORNEY GENERAL, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), 215 N SANDERS ST, PO BOX 201401, HELENA, MT, 59620-1401 | US Mail (1st Class) |
| 70803 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 70803 | SMOLKER, GARY S, C/O SMOLKER LAW FIRM, 16055 VENTURA BLVD STE 525, ENCINO, CA, 91436 | US Mail (1st Class) |
| 70803 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, C/O JANE AMDAHL, DEQ LEGAL UNIT, PO BOX 200901, HELENA, MT, 59620-0901 | US Mail (1st Class) |
| 70803 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA DEPT OF ENVIRONMENTAL Q), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 6**