IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) Hearing Date: November 14, 2019, at 2:00 p.m. |
| | ) Objection Deadline: November 7, 2019, at 4:00 p.m. |

## REORGANIZED DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE ELIMINATION OF THE EXISTING 2014 SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST

The above-captioned reorganized debtor (the "Reorganized Debtor") files this motion (the "Motion") for an order substantially in the form attached hereto as Exhibit A (the "Order") establishing a new service list (the "New Service List") for those parties who wish to continue to receive all notices, pleadings, orders, and other papers filed in the above-captioned cases pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(b) & (c).[2] The proposed parties for inclusion on the New Service List are set forth in Exhibit B.

In further support of this Motion, the Reorganized Debtors respectfully state as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to Plan Art. X and 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District*

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor, and Case no. 01-1139 is the sole remaining open chapter 11 case. As of the Effective Date, there were 62 reorganized debtors (the "Reorganized Debtors") with jointly administered chapter 11 cases. Since then, 61 of those cases have been closed, leaving only the Grace chapter 11 case. This Motion refers to the "Reorganized Debtor" and "Reorganized Debtors" as temporally appropriate.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (as it may be amended or supplemented, the "Plan").

*Court for the District of Delaware*, dated February 29, 2012.[3] This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

2. The predicates for this Motion are section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 9006 and Del. Bankr. L. R. 9006-2.

## BACKGROUND

3. On February 3, 2014, the Reorganized Debtors emerged from chapter 11. On March 7, 2014, the then-Reorganized Debtors filed a *Motion for an Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List* [Docket no. 31825], which established a post-emergence service list for those parties who wish to continue to receive all notices, pleadings, orders and other papers filed in their chapter 11 cases (the "2014 Service List"). The proposed form of order contained a list of parties who would be included in the proposed 2014 Service List, and required all other parties wishing to be included on the list to file new notices pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d). On March 31, 2014, the Court entered its *Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List* [Docket 31962], authorizing the creation and use of the 2014 Service List. Since then, 61 of the Reorganized Debtors' chapter 11 cases have been closed, and all but four of the non-asbestos Plan Claims have been resolved. Many of the parties on the 2014 Service List thus no longer have a role in the sole remaining chapter 11 case, and therefore do not need (or wish) to continue receiving routine notice of motions and other pleadings filed in the

---

[3] The Reorganized Debtor confirms its consent pursuant to Del. Bankr. L. R. 9013-1(f) to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

Grace chapter 11 case. The Reorganized Debtor submits that removing those parties from the 2014 Service List will substantially reduce the cost and burden of providing such routine service.

### RELIEF REQUESTED

4. By this Motion, the Reorganized Debtor respectfully requests the Court enter the Order substantially in the form attached hereto, (i) eliminating the 2014 Service List, and (ii) establishing the New Service List with the following categories of parties:

- Counsel for the Reorganized Debtor;
- The United States Trustee;
- Counsel for the WRG Asbestos PI Trust;
- Counsel for the Asbestos PI Future Claimants Representative;
- Counsel for the Asbestos PD Futures Claimants Representative;
- Counsel for the WRG Asbestos PD Trust (7A);
- Counsel for the WRG Asbestos PD Trust (7B); and
- Those parties who, on or after the date of entry of the Order, file new notices pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d), requesting inclusion on the New Service List.

Exhibit B to this Motion sets forth the names and addresses of the counsel for each of the foregoing parties, other than those who must file new notices to be included on the New Service List.

5. The Reorganized Debtor submits that providing parties on the 2014 Service List with the opportunity to have themselves placed on the New Service List by filing a new notice on or after the date of the Order for inclusion on the New Service List will ensure that no party requiring (or desiring) service misses the opportunity to receive such service. The Reorganized Debtor therefore proposes to give notice upon entry of the Court's Order substantially in the form of the notice attached as Exhibit 1 to the Order (the "Notice") to each party on the 2014 Service

List, giving them a period of thirty (30) days after entry of the Order to file a new notice pursuant to Del. Bankr. L. R. 2002-1(d) for inclusion on the New Service List.

6. During the thirty-day period, the 2014 Service List will continue to be used for service of pleadings, orders and other materials filed on the docket. At the end of that period, the New Service List will be used. Thereafter, parties will be added to the New Service List upon entry of a notice of appearance on the docket.

## No Previous Motion

7. No previous motion for the relief sought herein has been made to this or any other court.

## Notice

8. Notice of this Motion has been given to: (i) the Office of the United States Trustee; (ii) Counsel for the WRG Asbestos PI Trust; (iii) Counsel for the Asbestos PI Future Claimants Representative; (iv) Counsel for Asbestos PD Future Claimants Representative; (v) Counsel for the WRG Asbestos PD Trust (7A); (vi) Counsel for the WRG Asbestos PD Trust (7B); (vii) Counsel for the CDN ZAI PD Claims Fund; (viii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002; and (ix) all parties on the 2014 Service List. In light of the nature of the relief requested, the Reorganized Debtor submits that no further notice is required.

**[remainder of this page is intentionally left blank]**

WHEREFORE, the Reorganized Debtor requests the Court enter the Order, in substantially the form attached hereto as Exhibit A: (i) eliminating the 2014 Service List, (ii) establishing the New Service List, (iii) providing procedures by which parties may be placed on the New Service List, and (iv) granting such other relief as may be appropriate.

Dated: October 31, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 North Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors