OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.          **Bank:** See attached

**Bankruptcy Number:** 01-01139               **Account Number:** See attached

**Date of Confirmation:** October 22, 2019    **Account Type:** See attached

**Reporting Period (month/year):** September 30, 2019

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 19,222,985 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,222,985 |
| Total of cash available: | $ | 19,222,985 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,222,985 |
| Total Disbursements | $19,222,985 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/24/19          William C. Dockman, Senior VP and Chief Financial Officer
Date              Name/Title

Debtor: _Wm C D____

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,222,985 | $ 19,222,985 |
| **Total Disbursements** | $ 19,222,985 | $ 19,222,985 |
| **Ending Cash Balance** | $ - | $ - |

Chart 1

## W.R. Grace & Co.
## Schedule of Cash Receipts and Disbursements
### MOR-1
### September 2019

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,222,985 | 19,222,985 | |
| TOTAL RECEIPTS | 19,222,985 | 19,222,985 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,222,985 | 19,222,985 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 19,222,985 | 19,222,985 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |