IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | | **Re: Docket No. 33128** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTORS' EIGHTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Reorganized Debtors' Eighth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims* (the "Motion") filed on October 21, 2019. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than November 4, 2019 at 4:00 p.m.

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:194150.8 91100/001

It is hereby respectfully requested that the Order attached hereto as <u>Exhibit A</u> be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: November 6, 2019 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |

DOCS_DE:194150.8 91100/001