**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. [1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | | **Re: Docket No. 33130** |

**CERTIFICATION OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S
MOTION FOR AN ORDER AUTHORIZING THE ELIMINATION OF THE EXISTING
2014 SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Reorganized Debtor's Motion for an Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List* (the "Motion") filed on October 31, 2019. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than November 7, 2019 at 4:00 p.m.

---

[1]    The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

It is hereby respectfully requested that the Order attached hereto as <u>Exhibit A</u> be

entered at the Court's earliest convenience.

Dated: November 8, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

<u>*/s/ James E. O'Neill*</u>
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors