IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC)<br><br>Re: Docket No. 33136 |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2019, AT 2:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN**

**The hearing will be held at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Federal Courthouse, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, PA 19107.**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTER ARE SCHEUDLED TO GO FORWARD.**

**RESOLVED MATTER:**

1. Reorganized Debtors' Eighth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 10/21/19] (Docket No. 33128).

    Response Deadline: November 4, 2019, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a. [Signed] Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 11/8/19] (Docket No. 33134).

    Status: The Court has entered an order on this matter.

**MATTER FOR WHICH A CNO HAS BEEN FILED:**

2. Reorganized Debtors' Motion for an Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List [Filed: 10/31/19] (Docket No. 33130).

    Response Deadline: November 7, 2019, at 4:00 p.m.

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

[2] **Amended items are in bold.**

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List [Filed: 10/31/19] (Docket No. 33130, Exhibit A).

b. Certification of No Objection Regarding Reorganized Debtors' Motion for an Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List [Filed: 11/8/19] (Docket No. 33135).

**Status: The Court has indicated that an order will be entered on this matter. No hearing is necessary.**

Dated: November 12, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors