IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (AMC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Re docket no. 32130 |
| ) | Hearing Agenda item no. _____ |

## ORDER AUTHORIZING THE ELIMINATION OF THE EXISTING 2014 SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST

Upon consideration of the *Reorganized Debtor's Motion for an Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List* (the "Motion"), it appearing that the relief requested is in the best interests of the Reorganized Debtors, their estates, their creditors and other parties-in-interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to Plan Art. X, 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and that this Court may enter an order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:[2]

1.      The Motion is granted in its entirety.

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan or Motion, as the case may be.

DOCS_DE:226058.1 91100/001

2. As of thirty (30) days after the date that this Order is entered, the existing list of parties who have filed notices of appearance pursuant to Fed. R. Bankr. P. 2002 requesting service of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases (the "2014 Service List") shall no longer be used for such notice.

3. The Reorganized Debtors shall establish and maintain a new list of parties who shall receive notice of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases (the "New Service List"), and on and after the thirtieth day after entry of this Order, they shall serve notice of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases on the New Service List.

4. The New Service List shall comprise:

- Counsel for the Reorganized Debtors;
- The United States Trustee;
- Counsel for the WRG Asbestos PI Trust;
- Counsel for the Asbestos PI Future Claimants Representative;
- Counsel for the Asbestos PD Futures Claimants Representative;
- Counsel for the WRG Asbestos PD Trust (7A);
- Counsel for the WRG Asbestos PD Trust (7B); and
- Those parties who, on or after the date of entry of this Order, file new notices pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d), requesting inclusion on the New Service List.

5. The Reorganized Debtors shall serve notice substantially in the form attached hereto as Exhibit 1 on the 2014 Service List within two (2) business days of the date this Order was entered.

6. Parties wishing to be included on the New Service List must file on the docket on or after the date hereof a new notice of appearance and request for papers under Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d).

7. The Reorganized Debtors are authorized to take all actions that may be necessary to undertake the elimination of the 2014 Service List and the implementation of the New Service List.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of Fed. R. Bankr. P. 6004(a) and the local rules of the Court are satisfied by such notice.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order, the elimination of the 2014 Service List, and the creation of the New Service List, including but not limited to further revisions thereof.

**[remainder of this page is intentionally left blank]**

11. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062 or otherwise.

Dated: November 14, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge