IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (AMC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE
AND DOCUMENTS UNDER NEW SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear as counsel for BNSF Railway Company pursuant to Bankruptcy Rule 9010(b).

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002(i) and Del. Bankr. L. R. 2002-1(d), and the *Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List* [Doc. No. 33138], the undersigned request that they be added to the new service list and that copies of all pleadings, motions, notices, and other papers, filed or served in this case be served upon counsel at the following addresses:

Edward C. Toole, Jr., Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: toolee@pepperlaw.com

David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  fournierd@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

This Notice of Appearance and Request for Service of Notice and Documents Under New Service List shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

Dated:  November 15, 2019

PEPPER HAMILTON LLP


By:      /s/ David M. Fournier
David M. Fournier, Esq. (DE No. 2812)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:   (302) 421-8390
E-mail:  fournierd@pepperlaw.com

OF COUNSEL:
Edward C. Toole, Jr.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4594
Facsimile:  (215) 981-4750

*Counsel for BNSF Railway Company*

## CERTIFICATE OF SERVICE

I, David M. Fournier, do hereby certify that on November 15, 2019, I caused copies of the foregoing *Notice of Appearance and Request for Service of Notice and Documents Under New Service List* to be served by United States first class mail, postage pre-paid, upon the attached service list.

Dated:  November 15, 2019

PEPPER HAMILTON LLP

By:      /s/ David M. Fournier
David M. Fournier, Esq. (DE No. 2812)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  fournierd@pepperlaw.com

OF COUNSEL:
Edward C. Toole, Jr.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4594
Facsimile:  (215) 981-4750

*Counsel for BNSF Railway Company*

W.R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044
(Reorganized Debtor)

Richard L. Shepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave., Suite 136
Chicago, IL 60642
(Counsel for Reorganized Debtor)

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
(Counsel to PD Future Claimant
Representative)

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(Counsel for Edward B. Cottingham, Jr., ZAI
Trustee and the ZAI Claimants)

Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15129
(Counsel to Asbestos PI Trust)

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(Counsel for Reorganized Debtor)

John Donley, Esq.
Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
(Co-Counsel for Reorganized Debtor)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(Co-Counsel for Roger Frankel FCR)

Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(Counsel to Asbestos PI Trust)

Alan B. Rich, Esq.
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124, LB 430
Dallas, TX 75214
(Counsel to Hon. Alex M. Sanders Jr., PDFCR)

Richard B. Schiro, Esq.
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
(Trustee – Asbestos PD Trust (7A))

Deborah D. Williamson, Esq.
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
(Counsel for Asbestos PD Trust (7A))

M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
(Counsel for Edward B. Cottingham, Jr., ZAI
Trustee)

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(Counsel for ZAI Claimants)

#25072497 v3