IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**NOTICE OF THE ELIMINATION OF THE EXISTING 2014 SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST**

To:  All Parties on the Existing 2014 2002 Service List:

**PLEASE TAKE FURTHER NOTICE THAT**, on November 14, 2019, the Court in the above-captioned cases entered its *Order Authorizing the Elimination of the Existing 2014 Service List and the Creation of a New Service List* (the "Order") [Docket no. 33138].

**PLEASE TAKE FURTHER NOTICE THAT**, the Order eliminates the 2014 Service List, which comprises all parties who have filed notices of appearance in the above-captioned chapter 11 cases pursuant to Fed. R. Bankr. P. 2002, requesting service of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this *Notice of the Elimination of the Existing 2014 Service List and the Creation of a New Service List*, because you are on the 2014 Service List.

**PLEASE TAKE FURTHER NOTICE THAT**, on December 14, 2019 (the "Deadline"), which is thirty (30) days after the date of entry of the Order, parties on the 2014 Service List will no longer receive routine notice of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases. Only parties on the New Service List will receive such notice.

**PLEASE TAKE FURTHER NOTICE THAT**, if you wish to ***continue receiving notice of all pleadings, orders and other materials in the above-captioned cases pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1, you must appear on the New Service List***.

**PLEASE TAKE FURTHER NOTICE THAT**, the New Service List (the current draft of which is attached hereto) is comprised of:

- Counsel for the Reorganized Debtors;
- The United States Trustee;
- Counsel for the WRG Asbestos PI Trust;

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

- Counsel for the Asbestos PI Future Claimants Representative;

- Counsel for the Asbestos PD Futures Claimants Representative;

- Counsel for the WRG Asbestos PD Trust (7A);

- Counsel for the WRG Asbestos PD Trust (7B);

- Counsel for the CDN ZAI PD Claims Fund;

- Certain other parties that have already requested notice pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d); and

- Those parties who, on or after the date of entry of the Order, file new notices pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d), requesting inclusion on the New Service List.

**PLEASE TAKE FURTHER NOTICE THAT**, if you wish to be included on the New Service List, you must file on the docket on or after the date hereof a new entry of appearance and request for notice pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d).

**PLEASE TAKE FURTHER NOTICE THAT,** *IF YOU DO NOT FILE A NEW ENTRY OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO FED. R. BANKR. P. 2002 AND DEL. BANKR. L. R. 2002-1(D) PRIOR TO THE DEADLINE, YOU WILL NOT BE INCLUDED ON THE NEW SERVICE LIST, AND YOU WILL NOT BE SERVED MATERIALS THAT ARE FILED IN THE ABOVE-CAPTIONED CASES UNLESS THEY DIRECTLY AFFECT YOUR INTERESTS.*

PLEASE TAKE FURTHER NOTICE THAT, if you file new notice after the deadline, you will be included on the new service list as of the date of entry of such notice on the docket.

Dated: November 18, 2019

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors

# PROPOSED 2002 SERVICE LIST

W. R. Grace NEW 2002 (2019) Service List
Case No. 01-1139 (KJC)
Doc. No. 226065
17 – EMAIL


*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

***VIA EMAIL***
*(Counsel to Reorganized Debtor)*
John Donley, Esquire
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654
Email: john.donley@kirkland.com
          lisa.esayian@kirkland.com

***VIA EMAIL***
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL  60642
Email: rhiggins@rogerhigginslaw.com

***VIA EMAIL***
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
Email: mhurford@camlev.com;
          meskin@camlev.com

***VIA EMAIL***
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
Email: Rhorkovich@andersonkill.com

***VIA EMAIL***
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044
Email:  mark.shelnitz@grace.com

***VIA EMAIL***
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
PO Box 1709
Wilmington, DE  19899-1709
Email:  fournierd@pepperlaw.com

***VIA EMAIL***
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Email:  toolee@pepperlaw.com

***VIA EMAIL***
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
Email:  richard.schepacarter@usdoj.gov

**VIA EMAIL**
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Email: jcp@pgmhlaw.com

**VIA EMAIL**
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
Email: khill@svglaw.com

**VIA EMAIL**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

**VIA EMAIL**
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX 75214
**Email:** alan@alanrichlaw.com

**VIA EMAIL**
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro, Esquire
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
Email: rbschiro@schirolaw.com

**VIA EMAIL**
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Email: dwilliamson@dykema.com

**VIA EMAIL**
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464
Email: ewestbrook@rpwb.com

**VIA EMAIL**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
Email: mdc@barnwell-whaley.com

**VIA EMAIL**
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Email: pmilch@camlev.com