# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) **Related Docket no.: 33124** |

**AMENDMENT TO THE STIPULATION AND AGREED ORDER RE MEDIATION OF CONTESTED MATTER RE CLAIM NO. 18496-1**

The above-captioned reorganized debtor (the "Reorganized Debtor") and claimant State of Montana through the Department of Environmental Quality ("MDEQ") and Natural Resource Damage Program ("NRDP") in the contested matter regarding claim no. 18496-1 filed by MDEQ, agree and stipulate as follows:

1. The *Stipulation and Agreed Order re Mediation of Contested Matter re Claim no. 18496-1* (the "Mediation Scheduling Order") is amended to delete the following provision:

| Date | Event |
|---|---|
| November 27, 2019 | Montana files detailed amended proof of claim stating their claims, the basis for those claims, and the estimated amounts sought for each such claim |

2. The parties further agree that the following provision should be substituted:

    Montana shall file an amended proof of claim no later than 90 days after the mediator files the certificate of completion.

3. All other provisions of the Mediation Scheduling Order shall remain in effect as if fully set forth herein.

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

DOCS_DE:226372.1 91100/001

| | |
|---|---|
| Dated: November 22, 2019 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Ave.<br>Suite 136<br>Chicago, IL 60642<br>(312) 666-0431<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br>(302) 652-4400<br><br>*Co-Counsel for the Reorganized Debtor*<br><br>and<br><br>WOMBLE BOND DICKINSON (US) LLP<br><br>/s/ Kevin J. Mangan<br>Kevin J. Mangan (Del. Bar No. 3810)<br>Ericka F. Johnson (Del. Bar No. 5024)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br><br>*Counsel for Montana Department of Environmental Quality* |

a. SO ORDERED.

b. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: Nov. 25, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge