OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: __W. R. Grace & Co.__         Bank: __See attached__

Bankruptcy Number: __01-01139__              Account Number: __See attached__

Date of Confirmation: __January 16, 2020__   Account Type: __See attached__

Reporting Period (month/year): __December 31, 2019__

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $ 18,018,696 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $ 18,018,696 |
| Total of cash available: | $ 18,018,696 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $ 18,018,696 |
| Total Disbursements | $18,018,696 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__January 21, 2020__          __Michael J. Brown, VP and Controller__
Date                          Name/Title

Debtor: _[signature]_

Case Number: __01-01139__

# Quarterly Summary Report

Chart 1

|  | W. R. Grace & Co. | Total |
|---|---|---|
| Beginning Cash Balance | $ - | $ - |
| Total of cash received | $ 18,018,696 | $ 18,018,696 |
| Total Disbursements | $ 18,018,696 | $ 18,018,696 |
| Ending Cash Balance | $ - | $ - |

Chart 1

## W.R. Grace & Co.
### Schedule of Cash Receipts and Disbursements
### MOR-1
### December 2019

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $  - | $  - | $  - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 18,018,696 | 18,018,696 | |
| TOTAL RECEIPTS | 18,018,696 | 18,018,696 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 18,018,696 | 18,018,696 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 18,018,696 | 18,018,696 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $  - | $  - | $  - |