OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.          Bank:  See attached

Bankruptcy Number:  01-01139              Account Number:  See attached

Date of Confirmation: April 22, 2020      Account Type:  See attached

Reporting Period (month/year): March 31, 2020

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 60,454,616 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 60,454,616 |
| Total of cash available: | $ | 60,454,616 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 60,454,616 |
| Total Disbursements | $60,454,616 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 22, 2020          **Michael J. Brown, VP and Controller**
Date                    Name/Title


Debtor:_____ /s/ Michael J. Brown

Case Number:  01-01139

**Quarterly Summary Report**

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| Beginning Cash Balance | $ - | $ - |
| Total of cash received | $ 60,454,616 | $ 60,454,616 |
| Total Disbursements | $ 60,454,616 | $ 60,454,616 |
| Ending Cash Balance | $ - | $ - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2020**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 60,454,616 | 60,454,616 | |
| TOTAL RECEIPTS | 60,454,616 | 60,454,616 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 60,454,616 | 60,454,616 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 60,454,616 | 60,454,616 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |