IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 23rd day of April, 2020, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Post-Confirmation Report for the Period Ending March 31, 2020**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

DOCS_DE:190898.75 91100/001

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 226065
34 – Electronic Mail

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

*ELECTRONIC MAIL*
*(Counsel to Reorganized Debtor)*
John Donley, Esquire
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654
Email: john.donley@kirkland.com
        lisa.esayian@kirkland.com

*ELECTRONIC MAIL*
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL 60642
Email:  rhiggins@rogerhigginslaw.com

*ELECTRONIC MAIL*
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
Email: mhurford@camlev.com;
        meskin@camlev.com

*ELECTRONIC MAIL*
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
Email: Rhorkovich@andersonkill.com

*ELECTRONIC MAIL*
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044
Email:  mark.shelnitz@grace.com

*ELECTRONIC MAIL*
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
PO Box 1709
Wilmington, DE  19899-1709
Email:  fournierd@pepperlaw.com

*ELECTRONIC MAIL*
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Email:  toolee@pepperlaw.com

*ELECTRONIC MAIL*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
Email:  richard.schepacarter@usdoj.gov

*ELECTRONIC MAIL*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Email: jcp@pgmhlaw.com

*ELECTRONIC MAIL*
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
Email: khill@svglaw.com

*ELECTRONIC MAIL*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

*ELECTRONIC MAIL*
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX 75214
**Email:** alan@alanrichlaw.com

*ELECTRONIC MAIL*
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro, Esquire
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
Email: rbschiro@schirolaw.com

*ELECTRONIC MAIL*
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Email: dwilliamson@dykema.com

*ELECTRONIC MAIL*
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464
Email: ewestbrook@rpwb.com

*ELECTRONIC MAIL*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
Email: mdc@barnwell-whaley.com

*ELECTRONIC MAIL*
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Email: pmilch@camlev.com

*ELECTRONIC MAIL*
(Counsel for the Montana Department of Environmental Quality)
Kevin J. Mangan, Esquire
Ericka F. Johnson, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 198001
Email: Kevin.Mangan@wbd-us.com;
Erica.johnson@wbd-us.com

2

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
Theodore J. Tacconelli, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899
Email: ttacconelli@ferryjoseph.com

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Spieghts & Solomons, LLC
PO Box 685
Hampton, SC 29924
Email:
dspeights@speightsandsolomons.com
gsolomons@speightsandsolomons.com
smurdaugh@speightsandsolomons.com
rbowers@speightsandsolomons.com

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Email: dlr@kttlaw.com
JK@kttlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Scott D. Cousins, Esquire
Evan T. Miller, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: scousins@bayardlaw.com
emiller@bayardlaw.com
smacon@bayardlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Michael S. Giannotto, Esquire
Brian T. Burgess, Esquire
Goodwin Procter LLP
1900 N. Street NW
Washington, DC 20036
Email: mgiannotto@goodwinlaw.com
bburgess@goodwinlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005
Email: edecristofaro@fordmarrin.com