# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 29, 2020 I caused a copy of the *Notice of Filing of Annual Report and Claims Summary* to be served upon the parties below by electronic mail as shown:

Russell Budd, Esquire
Baron & Budd, PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-4281
Email:  rbudd@baronbudd.com

John D. Cooney, Esquire
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL  60602
Email:  jcooney@cooneyconway.com

Joseph F. Rice, Esquire
John A. Baden, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC  29464
Email:  jrice@motleyrice.com
Email:  jbaden@motleyrice.com

Perry Weitz, Esquire
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003-9536
Email:  pweitz@weitzlux.com

Steven Kazan, Esquire
Kazan, McClain Satterley & Greenwood
55 Harrison Street, Suite 400
Oakland, CA  94607
Email:  skazan@kazanlaw.com

Ann C. McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005-5802
Email:  amcmillan@capdale.com

Roger Frankel, Esquire
Richard Wyron, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037
Email: rfrankel@frankelwyron.com
Email: rwyron@frankelwyron.com

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Second Floor
Wilmington, DE  19801
Email: richard.schepacarter@usdoj.gov

{C1104570.1 }

| | |
|---|---|
| Lewis R. Sifford, Esquire<br>Sifford, Anderson & Company, P.C.<br>3838 Oak Lawn Avenue, Suite 510<br>Dallas, TX 75219<br>Email:  lsifford@sifford.com | Hon. Dean M. Trafelet (Ret.)<br>50 West Schiller<br>Chicago, IL  60610<br>Email:  dean@trafeletltd.com |

**CAMPBELL & LEVINE, LLC**

Dated: April 29, 2020

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
mhurford@camlev.com

{C1104570.1 }