## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF FILING OF AUDITED ANNUAL REPORT AND CLAIM SUMMARY OF EDWARD B. COTTINGHAM, JR., TRUSTEE FOR THE WRG ASBESTOS PROPERTY DAMAGE SETTLEMENT TRUST, CLASS 7B

Edward B. Cottingham, Jr., the Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7B (the "Class 7B Trust"), hereby submits the 2019 Class 7B Trust Annual Report, which consists of Audited Financial Statements and the Claims Summary for the Class 7B Trust for calendar year 2019.

Attached hereto as Exhibit "A" are the Audited Financial Statements for the Class 7B Trust. A summary of the number and type of Class 7B Trust claims disposed of in 2019 (the "Claims Summary"), is attached hereto as Exhibit "B." A summary of compensation and expenses for 2019 is attached hereto as Exhibit "C."

Pursuant to the provisions of the *First Amended WRG Asbestos Property Damage Settlement Trust Agreement*, the Trustee is providing copies of the Audited Financial Statements and the Claims Summary to the Asbestos PD Future Claimants' Representative (the "PD FCR") and the Reorganized Debtors.

Date: April 30, 2020
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Counsel to Edward B. Cottingham, Jr., ZAI (Class 7B) Trustee*