# Exhibit B

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
## 2019

1. Number of Claims SUBMITTED- 3,996

   A. Paid- 1,604       $5,593,520.03       average $3,487.23 per claim
   *Extraordinary- 20   $100,000.00

2. Product Identification for Paid Claims (Inception – 2019)
   a. Sample ONLY- appx. 76%
   b. Sample and Bag- appx. 5%
   c. Bag ONLY- appx. 11%
   d. Other- appx. 8%

CLAIMS SUBMITTED BY STATE (Alphabetical)

| State | # | State | # | State | # | State | # | State | # |
|---|---|---|---|---|---|---|---|---|---|
| AK | 5 | IA | 15 | MI | 214 | NM | 3 | TN | 5 |
| AL | 9 | ID | 12 | MN | 183 | NV | 4 | TX | 10 |
| AR | 3 | IL | 181 | MO | 48 | NY | 127 | UT | 20 |
| AZ | 4 | IN | 30 | MS | 5 | OH | 73 | VA | 13 |
| CA | 59 | KS | 4 | MT | 96 | OK | 5 | VT | 105 |
| CO | 22 | KY | 4 | NC | 9 | OR | 83 | WA | 202 |
| CT | 128 | LA | 6 | ND | 23 | PA | 127 | WI | 436 |
| DC | 9 | MA | 851 | NE | 10 | RI | 45 | WV | 1 |
| FL | 13 | MD | 32 | NH | 55 | SC | 6 | WY | 4 |
| GA | 12 | ME | 55 | NJ | 59 | SD | 6 | Unknown** | 565 |

CLAIMS SUBMITTED BY STATE (Numerical)

| State | # | State | # | State | # | State | # | State | # |
|---|---|---|---|---|---|---|---|---|---|
| MA | 851 | VT | 105 | MD | 32 | NE | 10 | OK | 5 |
| Unknown** | 565 | MT | 96 | IN | 30 | TX | 10 | TN | 5 |
| WI | 436 | OR | 83 | ND | 23 | AL | 9 | AZ | 4 |
| MI | 214 | OH | 73 | CO | 22 | DC | 9 | KS | 4 |
| WA | 202 | CA | 59 | UT | 20 | NC | 9 | KY | 4 |
| MN | 183 | NJ | 59 | IA | 15 | LA | 6 | NV | 4 |
| IL | 181 | ME | 55 | FL | 13 | SC | 6 | WY | 4 |
| CT | 128 | NH | 55 | VA | 13 | SD | 6 | AR | 3 |
| NY | 127 | MO | 48 | GA | 12 | AK | 5 | NM | 3 |
| PA | 127 | RI | 45 | ID | 12 | MS | 5 | WV | 1 |

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year [per ZTAC agreement, now 20] that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims." TDP § 5.4

**Claimants have not yet provided state information for claim property address

1

In the Trustee's opinion twenty claims merited extraordinary treatment.

| ID | Approved Removal AMT for Extraordinary | Initial Payment | Extraordinary Payment |
|---|---|---|---|
| 13984 | 31,744.00 | 4,203.37 | 7,586.65 |
| 1020 | 27,414.00 | 4,125.00 | 6,551.80 |
| 15710 | 24,500.00 | 4,203.37 | 5,855.37 |
| 15508 | 23,114.00 | 4,203.37 | 5,524.12 |
| 15364 | 22,500.00 | 4,203.37 | 5,377.38 |
| 5331 | 22,130.00 | 4,125.00 | 5,288.96 |
| 14946 | 20,450.00 | 4,203.37 | 4,887.44 |
| 4713 | 19,822.00 | 4,125.00 | 4,737.35 |
| 4140 | 19,780.00 | 4,125.00 | 4,727.32 |
| 14181 | 19,700.00 | 4,203.37 | 4,708.20 |
| 5219 | 19,400.00 | 4,125.00 | 4,636.50 |
| 16765 | 19,400.00 | 4,203.37 | 4,636.50 |
| 15804 | 19,387.80 | 4,203.37 | 4,633.58 |
| 13703 | 19,000.00 | 4,203.37 | 4,540.90 |
| 13847 | 18,990.00 | 4,203.37 | 4,538.51 |
| 11040 | 18,887.00 | 4,203.37 | 4,513.89 |
| 2353 | 18,876.00 | 4,125.00 | 4,511.26 |
| 16263 | 18,450.00 | 4,203.37 | 4,409.45 |
| 2740 | 18,002.50 | 4,125.00 | 4,302.50 |
| 12114 | 16,872.00 | 4,203.37 | 4,032.32 |