# Exhibit C

## ZONOLITE ATTIC INSULATION TRUST
### Summary of Compensation & Expenses

### 2019

|      | ZTAC Committee | 7b Trustee | Delaware Trustee |
|------|----------------|------------|------------------|
| 2014 | 92,793         | 351,886    | 3,000            |
| 2015 | 91,273         | 460,670    | 1,500            |
| 2016 | 90,529         | 450,109    | 1,500            |
| 2017 | 93,491         | 437,497    | 1,500            |
| 2018 | 92,974         | 498,388 *  | 1,500            |
| 2019 | 90,419         | 487,419    | 1,500            |

*Includes one time catch up payment for annual adjustment for change in cost of living per §4.5 of the Property Damage Trust Agreement