**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., *et al.*,[1] | Case No. 01-01139 (AMC) |
| Reorganized Debtor. | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that the law firm of Womble Bond Dickinson (US) LLP, on behalf of itself and all attorneys therein, hereby withdraws as counsel of record for the State of Montana and the Montana Department of Environmental Quality (collectively, "MDEQ") in the above-captioned case. It is respectfully requested that attorneys Kevin J. Mangan and Ericka F. Johnson of Womble Bond Dickinson (US) LLP be removed from all service lists in this case.

**PLEASE TAKE FURTHER NOTICE** that Thad Adkins, Assistant Attorney General for the State of Montana, Department of Justice Natural Resource Damage Program, and Jessica Wilkerson, Legal Counsel for MDEQ, hereby enter their appearance as co-counsel for the State of Montana with respect to the claim filed by MDEQ on behalf of the State of Montana in the above-captioned case pursuant to Rule 9010-1(e)(i) of the Delaware Bankruptcy Court Local Rules. It is respectfully requested that copies of all notices and pleadings filed in this case be served upon Thad Adkins and Jessica Wilkerson at the addresses and email addresses indicated below.

**RULE 9010-1(e)(i) CERTIFICATION**

Pursuant to Rule 9010-1(e)(i) of the Delaware Bankruptcy Court Local Rules, Thad Adkins and Jessica Wilkerson each certify that they are admitted to practice in the State of Montana

---

[1] W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

and in the Montana Federal District Court. Thad Adkins and Jessica Wilkerson are in good standing in all jurisdictions in which they are and have been admitted. Thad Adkins and Jessica Wilkerson agree that they will be bound by the District of Delaware Bankruptcy Court's local rules and submit themselves to the jurisdiction of this Court for disciplinary purposes. By signing below, the attorneys for the State of Montana certify that all information is true and correct.

Dated: June 12, 2020

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ *Kevin J. Mangan*
Kevin J. Mangan (Del. Bar No. 3810)
Ericka F. Johnson (Del. Bar No 5024)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 252-4320
Fax: (302) 252-4330
Email: kevin.mangan@wbd-us.com
ericka.johnson@wbd-us.com

*Withdrawing Counsel for State of Montana, Montana Department of Environmental Quality*

**STATE OF MONTANA**

By: /s/ *Thad Adkins*
Thad Adkins
Assistant Attorney General
Natural Resource Damages Program
Montana Department of Justice
P.O. Box 201425
Helena, MT 59620
Tel: (406) 444-0225
Email: thad.adkins@mt.gov

- and -

By: /s/ *Jessica Wilkerson*
Jessica Wilkerson
MDEQ Legal Counsel
1225 Cedar Street
Helena, MT 59601
Tel: (406) 444-6490
Email: jessica.wilkerson@mt.gov

*Co-Counsel for the State of Montana, Montana Department of Environmental Quality*