IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CHANGE IN CONTACT INFORMATION

The undersigned counsel gives notice of a change of contact information as follows.

Pepper Hamilton LLP has combined with Troutman Sanders LLP. The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020. While the office address, phone numbers and facsimile numbers for the undersigned Troutman Pepper attorneys have not changed, such attorneys' email addresses have changed as follows:

1. David M. Fournier: david.fournier@troutman.com.

2. Edward C. Toole, Jr.: edward.toole@troutman.com.

Dated: July 1, 2020

By:  /s/ David M. Fournier
David M. Fourier (DE No. 2812)
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone (302) 777-6500
Fax     (302) 421-8390


OF COUNSEL:
Edward C. Toole, Jr.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4594
*Counsel for BNSF Railway Company*

#25072497 v3

-2-

## CERTIFICATE OF SERVICE

I, David M. Fournier, do hereby certify that on July 1, 2020, I caused copies of the foregoing *Notice of Change in Contact Information* to be served by United States first class mail, postage pre-paid, or electronic mail upon the attached service list as indicated.

Dated: July 1, 2020

TROUTMAN PEPPER HAMILTON
SANDERS LLP


By:   /s/ David M. Fournier
David M. Fournier, Esq. (DE No. 2812)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com

OF COUNSEL:
Edward C. Toole, Jr.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4594
Facsimile: (215) 981-4750
E-mail: edward.toole@troutman.com

*Counsel for BNSF Railway Company*

#25072497 v3

*ELECTRONIC MAIL*
W.R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044
(Reorganized Debtor)
Mark.shelnitz@grace.com

*ELECTRONIC MAIL*
Richard L. Shepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801
Richard.schepacrter@usdoj.gov

*ELECTRONIC MAIL*
Robert M. Horkovich, Esq.
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020-1182
Rhorkovich@andersonkill.com

*ELECTRONIC MAIL*
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
mhurford@camlve.com
meskin@camlev.com
(Counsel to Asbestos PI Trust)

*ELECTRONIC MAIL*
Deborah D. Williamson, Esq.
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
dwilliamson@dykema.com
(Counsel for Asbestos PD Trust (7A))

*US FIRST CLASS MAIL*
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(Counsel for Reorganized Debtor)

*ELECTRONIC MAIL*
John Donley, Esq.
Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
John.donley@kirkland.com
Lisa.esayian@kirland.com
(Co-Counsel for Reorganized Debtor)

*ELECTRONIC MAIL*
Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave., Suite 136
Chicago, IL 60642
rhiggins@rogerhigginslaw.com
(Counsel for Reorganized Debtor)

*ELECTRONIC MAIL*
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgmhlaw.com
(Co-Counsel for Roger Frankel FCR)

*ELECTRONIC MAIL*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
khill@svglaw.com
(Counsel to PD Future Claimant Representative)

*ELECTRONIC MAIL*
Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
ewestbrook@rpwb.com
(Counsel for ZAI Claimants)

*ELECTRONIC MAIL*
M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
mdc@barnwell-whaley.com
(Counsel for Edward B. Cottingham, Jr., ZAI Trustee)

*ELECTRONIC MAIL*
Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15129
pmilch@camlev.com
(Counsel to Asbestos PI Trust)

*ELECTRONIC MAIL*
Kevin J. Mangan, Esq.
Ericka F. Johnson, Esq.
Womble Bond Dickinson (US), LP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Kevin.mangan@wbd-us.com
Erica.johnson@wbd-us.com
(Counsel for the Montana Department of Environmental Quality)

*ELECTRONIC MAIL*
Scott D. Cousins, Esq.
Evan T. Miller, Esq.
Sophie E. Macon, Esq.
Bayard, PA
600 N. King Street, Suite 400
Wilmington, DE 19801
scousins@bayardlaw.com
emiller@bayardlaw.com

*ELECTRONIC MAIL*
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
bsullivan@sha-llc.com
(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)

*ELECTRONIC MAIL*
Alan B. Rich, Esq.
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124, LB 430
Dallas, TX 75214
Alan@alanrichlaw.com
(Counsel to Hon. Alex M. Sanders Jr., PDFCR)

*ELECTRONIC MAIL*
Richard B. Schiro, Esq.
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
rbschiro@schirolaw.com
(Trustee – Asbestos PD Trust (7A))

*ELECTRONIC MAIL*
Theodore J. Tacconelli, Esq.
Ferry Joseph P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com
(Counsel for Anderson Memorial Hospital)

*ELECTRONIC MAIL*
Daniel A. Speights, Esq.
A. Gibson Solomons, Esq.
Speights & Solomons LLC
PO Box 685
Hampton, SC 29924
Dspeights @speightsandsolomons.com
Gsolomons@speightsandsolomons.com
Smurdaugh@speightsandsolomons.com

#25072497 v3

smacon@bayardlaw.com
(Counsel to Continental Casualty Company and Transportation Insurance Company)

***ELECTRONIC MAIL***
Michael S. Giannotto, Esq.
Brian T. Burgess, Esq.
Goodwin Procter LLP
1900 N. Street, N.W.
Washington, D.C. 20036
mgiannotto@goodwinlaw.com
bburgess@goodwinlaw.com
(Counsel to Continental Casualty Company and Transportation Insurance Company)

***ELECTRONIC MAIL***
Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
edecristofaro@fordmarrin.com
(Counsel to Continental Casualty Company and Transportation Insurance Company)

rbowers@speightsandsolomons.com
(Counsel for Anderson Memorial Hospital)

***ELECTRONIC MAIL***
John W. Kozyak, Esq.
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
dlr@kttlaw.com
jk@kttlaw.com
(Counsel for Anderson Memorial Hospital)

#25072497 v3