<u>EXHIBIT C-1</u>

**Superior Court Docket**

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BC173952

TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION VS GARY SMOKER

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 07/02/1997
**Case Type:** Declaratory Relief Only (General Jurisdiction)
**Status:** Removal to Federal Court 03/05/2002

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

A - C    D - G    H - H    I - P    R - T    V - W

ALLSTATE INSURANCE COMPANY - Defendant

AMICUS CURIAE UNITED POLICYHOLDERS - Defendant

ANDERSON KILL & OLICK - Attorney for Defendant/Respondent

ARNOLD LARRY MILLARD - Attorney for Plaintiff

BABBITS DENNIS A. - Cross-Defendant

BAILEY JOSEPH - Cross-Defendant in Pro Per

BAILEY JOSEPH - Attorney for Defendant/Respondent

BAILEY JOSEPH A. II - Cross-Complainant

BAILEY JOSEPH A. II - Cross-Defendant

BEACH PROCTER MCCARTHY & SLAUGHTER LLP - Attorney for Cross-Defendant

BOOTH MITCHEL & STRANGE LLP - Attorney for Cross-Defendant

BORTON PETRINI LLP - Attorney for Defendant & X-Deft

BUSSELL LETANTIA - Real Party in Interest

CALIFORNIA INSURANCE COMPANY - Cross-Defendant

CHARLSTON REVICH & CHAMBERLIN LLP - Attorney for Cross-Defendant

CIPRIANO VIRGINIA K. - Cross-Defendant

CIPRIANO VIRGINIA K. - Cross-Defendant in Pro Per

COREGIS GROUP INC. - Cross-Defendant

COREGIS INSURANCE COMPANY - Cross-Defendant

COSTELLO ALBERT - Cross-Defendant

COSTELLO ALBERT J. - Cross-Defendant

CUMMINS & WHITE LLP - Atty for Plaintiff and Cross-Deft

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  A - C  D - G  H - H  I - P  R - T  V - W

DAVISON GRACE - Cross-Defendant

DAVISON GRACE - Cross-Defendant

DAVISON GRACE - Cross-Defendant

DAVISON GRACE - Defendant

DAVISON GRACE - Cross-Defendant

DAVISON GRACE - Cross-Defendant

DEAN & ASSOCIATES - Former Attorney for Cross-Deft

DEAN & ASSOCIATES - Cross-Defendant

FARMERS GROUP INC. - Cross-Defendant

FARMERS INSURANCE GROUP OF COMPANIES - Cross-Defendant

FEDUORUK JOSEPH DR. - Defendant/Respondent

FONDA HILBERMAN & FRASER LLP - Attorney for Cross-Defendant

FREDERICKS MATTHEW - Cross-Defendant in Pro Per

FREDERICKS MATTHEW - Cross-Defendant

FREDERICKS MATTHEW JOHN - Cross-Defendant

FRONTIER PACIFIC INSURANCE COMPANY - Cross-Defendant

GEIBEL MICHAEL B. - Attorney for Cross-Defendant

GEIBEL MICHAEL BENJAMIN - Attorney for Cross-Complainant

GIBBS GIDEN LOCHER & TURNER LLP - Attorney for Cross-Defendant

GILBERT KELLEY CROWLEY & JENNETT - Attorney for Cross-Defendant

GILBERT THOM - Attorney for Cross-Defendant

GORDON & REES LLP - Attorney for Defendant/Respondent

GRAHAM ALICE M. - Attorney for Cross-Complainant

GREY DAVID M. LAW OFFICES OF - Atty for Deft and Cross-Complnt

GREY DAVID M. LAW OFFICES OF - Attorney for X-Deft/X-Comp

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  A - C  D - G  H - H  I - P  R - T  V - W

HILBERMAN JOE - Attorney for Cross-Complainant

HILBERMAN JOE - Attorney for Cross-Defendant

HOLLAND JAMES - Cross-Defendant in Pro Per

HOLLAND JAMES W. - Cross-Defendant

HOLLAND JAMES W. - Defendant

HOLLAND JAMES W. - Cross-Complainant

HOLLAND JULIE A. - Defendant

HOLLAND JULIE A. - Cross-Defendant

HOLLAND JULIE A. - Cross-Complainant

HOLLINS ANDREW STEWART - Attorney for Cross-Complainant

HOLLINS ARNOLD - Cross-Defendant in Pro Per

HOLLINS SCHECHTER FEINSTEIN & CONDAS - Former Attorney for Cross-Deft

HOME SAVING TERMITE CONTROL INC. - Cross-Defendant

HOME SAVINGS TERMITE CONTROL INC. - Cross-Defendant

HOME SAVINGS TERMITE CONTROL INC. - Cross-Defendant

HOME SAVINGS TERMITE CONTROL INC. - Cross-Defendant

HOME SAVINGS TERMITE CONTROL INC. - Cross-Defendant

HOME SAVINGS TERMITE CONTROL INC. - Cross-Defendant

HOROWITZ JEFFREY D. - Attorney for Deft/Respnt

HUGHES DAVID A. LAW OFFICES OF - Attorney for Cross-Defendant

HYDE JAMES R. - Cross-Defendant

HYDE JAMES R. - Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   A - C   D - G   H - H   I - P   R - T   V - W

INTERCHANGE EXCHANGE OF THE AUTOMOILE - Attorney for Deft/Respnt

IVORY GERALD W. - Cross-Defendant

IVORY GERALD W. - Cross-Defendant

JOHNSON & BECK - Attorney for Cross-Defendant

KAY CAROL D. - Cross-Defendant

KAY CAROL D. - Cross-Complainant

KAY CAROL D. - Cross-Defendant

KAY CAROL TRUSTEE - Cross-Defendant

KINCAID & ASSOCIATES - Attorney for Cross-Defendant

LEWIS BRISBOIS BISGAARD & SMITH LLP - Attorney for Cross-Defendant

LEWIS D'AMATO BRISBOIS & BISGAARD LLP - Attorney for Cross-Defendant

MICHAEL A. K. DAN ATTORNEY AT LAW - Attorney for Defendant/Respondent

MOORE WINTER SKEBBA & MCLENNAN LLP - Attorney for Cross-Defendant

MORRIS W. F. - Cross-Defendant

MORRIS W. F. - Cross-Defendant

MORRIS W.F. - Cross-Defendant

MURAWSKI & GREY - Attorney for X-Deft & X-Compl

NATIONWIDE INSURANCE COMPANY - Cross-Defendant

PACIFIC VILLA HOA - Cross-Defendant in Pro Per

PACIFIC VILLAS HOMEOWNERS ASSOCIATION - Defendant/X-Defend/X-Compl

PACIFIC VILLAS HOMEOWNERS' ASSOCIATION - Cross-Complainant

PACIFIC VILLAS HOMEOWNERS' ASSOCIATION - Cross-Defendant

PACIFIC VILLAS HOMEOWNERS' ASSOCIATION - Cross-Defendant

PACIFIC VILLAS HOMEOWNERS' ASSOCIATION - Cross-Defendant

PATTERSON RITNER LOCKWOOD - Attorney for Real Pty in Interest

POLLAK VIDA & FISHER LAW OFFICES OF - Attorney for Deft/Respnt

PRINDLE GOETZ BARNES & REINHOLTZ LLP - Former Atty for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    A - C    D - G    H - H    I - P    R - T    V - W

RELIANCE INSURANCE COMPANY - Cross-Defendant

RIDENOUR ROBERT - Attorney for Cross-Defendant

ROBBINS LANCE - Cross-Defendant

ROBBINS LANCE - Cross-Defendant in Pro Per

ROBBINS LANCE J. - Cross-Defendant

ROBIE & MATTHAI - Attorney for Cross-Defendant

SCHUBERT SALLY - Cross-Defendant in Pro Per

SLAUGHTER REAGAN & COLE LLP - Attorney for Cross-Defendant

SMOLKER ALICE - Defendant

SMOLKER ALICE - Cross-Defendant

SMOLKER ALICE - Cross-Complainant

SMOLKER ALICE - Defendant and Cross-Complainant

SMOLKER GARY - Defendant

SMOLKER GARY - Cross-Complainant

SMOLKER GARY - Defendant and Cross-Complainant

SMOLKER LAW FIRM - Atty for Defendant and Cross-Compl

STATE FARM FIRE AND CASUALTY CO - Cross-Defendant

THOMPSON RIKK - Cross-Defendant

THOMPSON RIKK - Cross-Defendant

THOMPSON RIKK - Cross-Defendant

THORNTON TAYLOR DOWNS BECKER TOLSON - Attorney for Cross-Defendant

TIG INSURANCE COMPANY - Plaintiff and Cross-Defendant

TIG INSURANCE COMPANY A CALIFORNIA CORPORATION - Plaintiff

TIG INSURANCE COMPANY OF TEXAS - Cross-Defendant

TRUCK INSURANCE EXCHANGE - Defendant/Respondent

TRUCK UNDERWRITERS ASSOCIATION - Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   A - C   D - G   H - H   I - P   R - T   V - W

VERDUN ANGELA - Defendant/Respondent

VERDUN ANGELA JORDAN - Cross-Defendant

W.R. GRACE & CO. - Cross-Defendant

W.R. GRACE & CO. - Cross-Defendant

W.R. GRACE & CO. - Cross-Defendant

W.R. GRACE & CO. - Cross-Defendant

W.R. GRACE & COMPANY - Cross-Defendant

W.R. GRACE & COMPANY - Defendant/Respondent

WALLER JOHN JAMES JR - Attorney for Cross-Complainant

WALTER FINESTONE & RICHTER LAW O/O - Atty for Deft and Cross-Complnt

WILLIAM E. DAVIS III ATTORNEY AT LA - Former Attorney for Cross-Deft

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   A - C   D - G   H - H   I - P   R - T   V - W


## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002   11/08/2001
09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000   04/04/2000
12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998   06/03/1998
04/22/1998   01/28/1998   12/09/1997

**05/04/2020** Appeal - Remittitur - Affirmed (B281406)
Filed by Clerk

**04/14/2020** Appellate Order Dismissing Appeal (NOA:05/02/18 B289828)
Filed by Clerk

**03/27/2020** Appeal - Remittitur - Affirmed (B287626)
Filed by Clerk

**03/27/2020** Acknowledgment of Satisfaction of Judgment
Filed by Home Savings Termite Control, Inc. (Cross-Defendant); W. F. Morris (Cross-Defendant)

**08/13/2019** Appeal Record Delivered (Appeal filed 5-2-19)
Filed by Clerk

**04/30/2019** Notice of Change of Address or Other Contact Information
Filed by GARY SMOLKER (Defendant)

**03/04/2019** Appeal - Clerk's Transcript Fee Paid (RESPONDENT PAID)

**02/19/2019** Appeal - Clerk's Transcript Fee Paid (Appellant)

**02/11/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal
Filed by Clerk

**12/18/2018** Appeal - Notice Court Reporter to Prepare Appeal Transcript (NOA 5/2/18)
Filed by Clerk

**12/03/2018** Notice of Rejection.
Filed by Clerk

**12/03/2018** Appeal Document (TURN DOWN LETTER;)
Filed by Clerk

**11/27/2018** Appeal - Ntc Designating Record of Appeal APP-003/010/103
Filed by GARY SMOLKER (Defendant)

**11/20/2018** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by GARY SMOLKER (Defendant)

**11/20/2018** Ntc Designating Record of Appeal APP-003/010/103
Filed by GARY SMOLKER (Defendant)

**11/14/2018** Appellate Order Granting Relief from Default (ORDER GRANTING RELIEF FROM DEFAULT FOR APPEAL
FILED 05/02/18.)
Filed by Clerk

**08/02/2018** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**05/29/2018** Notice (OF DEFAULT ON APPEAL )
Filed by Clerk

**05/03/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**05/02/2018** Notice of Appeal
Filed by Attorney for Deft/Respnt

**04/05/2018** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**03/09/2018** Notice of Entry of Judgment
Filed by Attorney for Defendant/Respondent

**03/05/2018** Judgment (amended juddgment of cross deft Home Saving Termite Control Inc and W.F. Morris )
Filed by Court

**03/05/2018** Notice of Designation of Record
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**02/26/2018** Designation of Record on Appeal
Filed by Plaintiff/Petitioner

**02/16/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**02/15/2018** Notice of Appeal
Filed by Appellant

**02/15/2018** Notice of Designation of Record
Filed by Appellant

**02/05/2018** Points and Authorities (AND DECLARATION OF GARY SMOLKER IN OPPOSITION TO (PROPOSED)
AMENDED JUDGMENT SUBMITTED BY CROSS-DEFENDANTS HOME SAVING TERMITE CONTROL, INC AND W.
F. MORRIS (TERMITE CONTROL))
Filed by Attorney for Cross-Complainant

**02/02/2018** Opposition Document (Cross-Defendant/Appellan Gary Smolker's Opposition January 25, 2018 Notice of
Ruling Submitted by Home Saving Termite Control, Inc. and W. F. Morris and to Amended Judgment)
Filed by Attorney for Cross-Defendant

**01/29/2018** Notice of Ruling (RE MOTION TO TAX COSTS CLAIMED BY CROSS-DEFENDANTS HOME SAVING
TERMITE CONTROL, INC. AND W.F. MORRIS )
Filed by Attorney for Cross-Defendant

**01/25/2018** Order (RE RULING )
Filed by Court

**01/25/2018** Stip & Order-use CSR (JULIE PARK CSR 13925 )
Filed by Atty for Defendant and Cross-Compl

**01/23/2018** Notice of Ruling (RE CROSS-COMPLAINANT'S MOTION TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**01/18/2018** Order (RE RULING )
Filed by Court

**01/18/2018** Ord-Appt Apprv Rptr as Rptr protem (MARCO NEILLY CSR 13564 )
Filed by Plaintiff & Plaintiff In Pro Per

**01/17/2018** Points and Authorities
Filed by Cross-Complainant in Pro Per

**01/17/2018** Declaration (Supplemental declaration of Gary Smolker in Reply to Termite Control's opposition to tax costs )
Filed by Cross-Complainant in Pro Per

**01/17/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**01/16/2018** Notice of Appeal
Filed by Attorney for Deft/Respnt

**01/12/2018** Miscellaneous-Other (erata interlineation/supplement to Memorandum of Points and Authorities )
Filed by Cross-Complainant in Pro Per

**01/12/2018** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**01/11/2018** Opposition Document (TO GARY SMOLKERS MTN TO TAX AND STRIKE )
Filed by Attorney for Cross-Defendant

**01/10/2018** Points and Authorities
Filed by Cross-Complainant in Pro Per

**01/04/2018** Opposition Document (to Smolker's motion to tax and strike costs claimed by Inter- insurance Exchange of
Southern California )
Filed by Attorney for Cross-Defendant

**12/28/2017** Notice (CORRECTION OF COREGIS NOTICE OF RULING DATED DECEMBER 20, 2017 )

Filed by Defendant & Defendant in Pro Per

**12/21/2017** Notice of Ruling (ON MOTION OF CROSS-COMPLAINANT GARY AMOLKER TO TAX AND STRIKE ALL COSTS CLAIMED BY CROSS-DEFENDANTS, COEREGIS GROUP, INC., COREGIS INSURANCE COMPANY AND CALIFORNIA INSURANCE CO.)
Filed by Attorney for Cross-Defendant

**12/20/2017** Notice of Motion (MOTION TO TAX AND STRIKE ALL COSTS CLAIMED BY HOME SAVING TERMITE CONTROL, INC. AND W.F. MORRIKS, SUPPORTING MEMO OF P/A; DECL OF GARY SMOLKER RES ID: 17129275512)
Filed by Attorney for Cross-Complainant

**12/20/2017** Ord-Appt Apprv Rptr as Rptr protem (VIENNA NGUYEN CSR 13137 )
Filed by Defendant & X-Defendant & Pro Per

**12/13/2017** Points and Authorities
Filed by Plaintiff & Plaintiff In Pro Per

**12/07/2017** Notice of Motion
Filed by Plaintiff & Plaintiff In Pro Per

**12/07/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**12/07/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**12/07/2017** Points and Authorities
Filed by Attorney for Cross-Defendant

**12/07/2017** Declaration
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**12/04/2017** Memorandum of Costs ($63149.76 )
Filed by Attorney for Cross-Defendant

**11/28/2017** Notice (OF ENTRY )
Filed by Attorney for Defendant/Respondent

**11/20/2017** Notice of Motion
Filed by Plaintiff & Plaintiff In Pro Per

**11/17/2017** Partial Judgment (not entire case) (JGMT DISMISSING CROSS-COMPL AGAINST CROSS-DEFTS HOME SAVING TERMITE CONTROL AND W.F. MORRIS )
Filed by Cross-Defendant

**11/17/2017** Order ((FILED BY XDEFTS HOME SAVING TERMITE CONTROL AND W.F. MORRIS) ORDER ON XDEFTS' MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL W/IN 2 YS OF MISTRIAL)
Filed by Cross-Defendant

**11/17/2017** Order (TO ATTACH 2002 INJUNCTION ORDER OF BANKRUPTCY COURT with Delaware BK Court's order granting modified preliminary injunction attached)
Filed by Court

**11/13/2017** Notice of Designation of Record
Filed by Appellant

**11/06/2017** Ntc to Atty re Notice of Appeal
Filed by Clerk

**11/03/2017** Notice of Appeal
Filed by Appellant

**11/02/2017** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**10/23/2017** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**10/19/2017** Memorandum of Costs ($1475.61 (INTERINSURANCE EXCHANGE ET AL) COSTS ENTERED 11/29/17
MEMO TO SCAN UNIT 11/29/17 )
Filed by Cross-Defendant

**10/17/2017** Judgment (JUDGMENT DISMISSING WITH PREJUDICE THE CROSS CLAIMS OF CROSS
COMPLAINANT GARY S SMOLKER AGAINST GROSS DEFENDANTS COREGIS GROUP INC COREGIS
INSURANCE COMPANY AND CALIFORNIA INSURANCE COMPANY)
Filed by Court

**10/12/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**10/04/2017** Notice (OF ENTRY )
Filed by Attorney for Cross-Defendant

**10/04/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**10/02/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/29/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**09/27/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/27/2017** Response
Filed by Attorney for Cross-Complainant

**09/27/2017** Order (RULING ON SUBMITTED MOTION TO DISMISS CROSS-COMPLAINT; )
Filed by Court

**09/27/2017** Order (GRANTING MOTION TO DISMISS; )
Filed by Attorney for Cross-Defendant

**09/27/2017** Judgment (JUDGMENT OF DISMISSAL OF CROSS- DEFENDANT INTERINSURANCE EXCHANGE OF
THE AUTOMOBILE CLUB OF SO. CAL. )
Filed by Attorney for Cross-Defendant

**09/25/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/25/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/25/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**09/22/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/22/2017** Ord-Appt Apprv Rptr as Rptr protem
Filed by Attorney for Plaintiff/Petitioner

**09/22/2017** Points and Authorities
Filed by Attorney for Defendant/Respondent

**09/21/2017** Notice
Filed by Attorney for Cross-Complainant

**09/21/2017** Declaration (OF MARK L. KINCAID RE: FINAL STATUS PREPARATION OF CROSS- DEFENDANTS HOME SAVINGS TERMITE CONTROL, INC. AND W.F. MORRIS )
Filed by Attorney for Cross-Defendant

**09/19/2017** Order (APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE )
Filed by Attorney for Defendant/Respondent

**09/19/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Attorney for Cross-Complainant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**09/18/2017** Miscellaneous-Other ("FSC DOCUMENTS" )
Filed by Attorney for Cross-Complainant

**09/12/2017** Supplement
Filed by Attorney for Cross-Defendant

**09/11/2017** Notice (of further cont )
Filed by Attorney for Cross-Defendant

**09/11/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/08/2017** Notice of Motion
Filed by Attorney for Cross-Complainant

**09/07/2017** Notice (of entry )
Filed by Attorney for Cross-Defendant

**09/06/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**09/05/2017** Notice
Filed by Attorney for Cross-Complainant

**09/05/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**08/31/2017** Notice
Filed by Attorney for Cross-Defendant

**08/30/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**08/29/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**08/28/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**08/28/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**08/28/2017** Declaration
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 27 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 25 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #23 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #29 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 21 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #22 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 28 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 12 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 18 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #7 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 4 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #3 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 24 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted no. 19 )
Filed by Attorney for Cross-Defendant

**08/25/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**08/25/2017** Notice
Filed by Attorney for Cross-Defendant

**08/25/2017** Order (ADVANCING HEARING ON CROSS- COMPLAINANT'S MOTION FOR PROTECTIVE ORDER
FROM 9/26/17, TO 9/8/17; )
Filed by Attorney for Cross-Defendant

**08/24/2017** Judgment (OF DISMISSAL; )
Filed by Attorney for Cross-Defendant

**08/22/2017** Request for Judicial Notice (SUPPLEMENTAL )
Filed by Attorney for Cross-Defendant

**08/22/2017** Response

**08/22/2017** Motion for an Order
Filed by Attorney for Cross-Complainant

**08/22/2017** Stip & Order-use CSR ( LEANDRA AMBER CSR # 12070 )
Filed by Clerk

**08/18/2017** Declaration
Filed by Attorney for Cross-Defendant

**08/18/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**08/18/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**08/17/2017** Substitution of Attorney (HOME SAVING TERMITE CONTROL )
Filed by Attorney for Defendant/Respondent

**08/17/2017** Substitution of Attorney (FOR W.F. MORRIS )
Filed by Attorney for Defendant/Respondent

**08/17/2017** Points and Authorities
Filed by Defendant and Cross-Complainant

**08/16/2017** Opposition Document
Filed by Attorney for Cross-Complainant

**08/15/2017** Response
Filed by Attorney for Cross-Defendant

**08/14/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**08/09/2017** Order ( CROSS DEFENDANT,TRUCK INSURA NCE EXCHANGE, MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN 5 YEARS OR ALTERNATIVELY FAI LURE TO BRING TRAIL WITHIN)
Filed by Court

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**08/08/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**07/27/2017** Receipt-Depository (Cross-Defendant Home Saving Termite Control, Inc.'s Payment of JURY FEES of $150.00 )
Filed by Attorney for Cross-Defendant

**07/25/2017** Partial Dismissal (with Prejudice) (as to xc (alice graham aka smolker) as to reliance insurance co. only )
Filed by Atty for Defendant and Cross-Compl

**07/11/2017** Declaration (OF ELISE D. KLEIN IN SUPPORT OF MOTION TO DISMISS CROSS-COMPLAINT OF GARY SMOLKER )
Filed by Attorney for Cross-Defendant

**07/11/2017** Request for Judicial Notice (IN SUPPORT OF MOTION TO DISMISS CROSS-COMPLAINT OF GARY SMOLKER )
Filed by Attorney for Cross-Defendant

**07/11/2017** Notice-Change-Firm Name / Address
Filed by Attorney for Cross-Defendant

**07/11/2017** Motion to Dismiss (FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS OR
ALTERNATIVELY FAILURE TO BRING ACTION TO TRIAL WITHIN TWO YEARS )
Filed by Attorney for Cross-Defendant

**07/07/2017** Statement of Facts (EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/
ADJUDICATION )
Filed by Attorney for Defendant/Respondent

**07/03/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**07/03/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**06/14/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**06/13/2017** Order (RULING ON DEF'S MOTION TO SET ASIDE DEFAULT )
Filed by Court

**06/13/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN CSR #13137 )
Filed by Court

**06/12/2017** Association of Attorney (for Cross-Defendants Home Saving Termite Control, Inc. and W. F. Morris )
Filed by Attorney for Cross-Defendant

**06/09/2017** Response
Filed by Atty for Defendant and Cross-Compl

**06/06/2017** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**06/06/2017** Response
Filed by Attorney for Cross-Defendant

**06/05/2017** Substitution of Attorney
Filed by Attorney for Plaintiff/Petitioner

**05/30/2017** Objection Document
Filed by Attorney for Cross-Defendant

**05/23/2017** Notice (of unavaliability 05-20-17 - 06-04-2017 )
Filed by Attorney for Defendant/Respondent

**05/23/2017** Points and Authorities (3RD )
Filed by Attorney for Defendant/Respondent

**05/23/2017** Notice of Ruling
Filed by Defendant & Defendant in Pro Per

**05/15/2017** Order (RULING ON MOTION TO DISMISS AND MOTION TO SET TRIAL; )
Filed by Court

**05/15/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**05/10/2017** Points and Authorities ("part two" )
Filed by Attorney for Defendant/Respondent

**05/09/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**05/04/2017** Points and Authorities
Filed by Attorney for Defendant/Respondent

**05/01/2017** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**04/26/2017** Stipulation and Order (TO ADVANCE HEARING ON CROSS- DEFENDANTS MOTION TO DISMISS; )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**04/19/2017** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**04/17/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**04/17/2017** Declaration
Filed by Attorney for Cross-Defendant

**04/17/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**04/06/2017** Motion (TO SET CASE FOR TRIAL )
Filed by Attorney for Defendant/Respondent

**03/24/2017** Notice of Designation of Record
Filed by Appellant

**03/20/2017** Ntc to Atty re Notice of Appeal
Filed by Clerk

**03/15/2017** Notice of Appeal
Filed by Attorney for Plaintiff/Appellant

**01/26/2017** Notice (ENTRY OF ORDER )
Filed by Attorney for Cross-Defendant

**01/26/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/17/2017** Order (fully reflected in the "Order on M otion to Dismiss for Failure to Bring Action to Trial W ithin Five Years as Required by Code of Civil Procedur e Section 583.310)
Filed by Attorney for Cross-Defendant

**01/17/2017** Stip & Order-use CSR (K.A. ROLDAN PRO TEMPORE, CSR# 13463 )
Filed by Court

**01/13/2017** Reply/Response
Filed by Attorney for Cross-Defendant

**01/10/2017** Opposition Document (SECOND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF GARY SMOLKER TO MOITON TO DISMISS )
Filed by Atty for Defendant and Cross-Compl

**12/30/2016** Declaration
Filed by Attorney for Cross-Defendant

**12/30/2016** Brief

Filed by Attorney for Cross-Defendant

**12/20/2016** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**12/13/2016** Opposition Document
Filed by Attorney for Cross-Defendant

**12/06/2016** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**02/20/2008** Request and Entry of Dismissal (WITH PREJUDICE; CROSS-COMPLAINT AS TO CROSS-DEFENDANT
TRUCK INSUR- ANCE EXCHANGE ONLY FILED 8/13/99 )
Filed by Attorney for Pltf/Petnr

**12/20/2007** Notice (OF TAKING COMPLAINT RESPONDENT MOTION AND APPLICATION OFF CALEN- DAR )
Filed by Atty for Deft and Cross-Complnt

**12/19/2007** Notice of Entry of Dismissal & P/S
Filed by Attorney for Deft/Respnt

**12/14/2007** Notice of Continuance
Filed by Atty for Deft and Cross-Complnt

**12/14/2007** Notice (OF ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT (FULL) )
Filed by Attorney for Deft/Respnt

**11/29/2007** Ex-Parte Application
Filed by Atty for Defendant and Cross-Compl

**11/21/2007** Notice (OF GARY SMOLKER'S UPDATE REGARDING PACIFIC VILLAS' ONGOING UNCONSCION ABLE
CONDUCT; NOTIFICATION OF MIS TAKE AND APOLOGY; )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**11/16/2007** Declaration (OF ERROL F\KAUFMAN )
Filed by Atty for Deft and Cross-Complnt

**11/16/2007** Notice of Motion (FOR ORDER REVOKING ORDER )
Filed by Atty for Deft and Cross-Complnt

**11/14/2007** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/08/2007** Notice (OF ACKNOLWDGEMENT OF SATISFACTION OF JUDGMENT (FULL) )
Filed by Attorney for Deft/Respnt

**11/05/2007** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**10/31/2007** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**10/31/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**10/30/2007** Reply/Response
Filed by Attorney for Cross-Defendant

**10/25/2007** Opposition Document
Filed by Atty for Deft and Cross-Complnt

**10/11/2007** Notice (OF SETTLEMENT OF GARY SMOLKER DISPUTE WITH ALLSTATE INSURANCE COMPANY AND WITHDRAWAL OF THAT PORTIONS OF THE MOTION )
Filed by Atty for Deft and Cross-Complnt

**10/11/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**10/09/2007** Motion to Strike (AND TAX COSTS )
Filed by Attorney for Cross-Defendant

**10/09/2007** Notice (OF SETTLEMENT OF GARY SMOLKER'S DISPUTE WITH ALLSTATE INSURANCE COMPANY AND WITHDRAWAL OF THAT PORTION OF THE MOTION(S) TO STRIKE COSTS SET TO BE HEARD ON 10/18/07; )
Filed by Atty for Defendant and Cross-Compl

**10/05/2007** Notice of Continuance
Filed by Clerk

**10/03/2007** Declaration (OF ANGIE M. BICKEL )
Filed by Attorney for Cross-Defendant

**10/03/2007** Opposition Document
Filed by Attorney for Cross-Defendant

**09/27/2007** Satisfaction of Judgment (IN FULL )
Filed by Attorney for Defendant/Respondent

**09/19/2007** Memorandum of Costs (BY GARY SMOLKER IN THE AMOUNT OF $2,605.82 FILED )
Filed by Cross-Complainant

**09/17/2007** Motion to Strike
Filed by Atty for Deft and Cross-Complnt

**09/17/2007** Notice of Continuance
Filed by Atty for Deft and Cross-Complnt

**09/17/2007** Notice (OF AGREEMENTS TO EXTEND TIME TO FILE MOTION TO SRIKE AND/OR TO TAX COSTS ON APPEAL )
Filed by Atty for Deft and Cross-Complnt

**08/29/2007** Memo of Costs on Appeal ($646.00 TO DEPT. 15 MOTION TO STRIKE COSTS ON APPEAL 10/17/07 NO COURT FILE 8/30/07 )
Filed by Attorney for Deft/Respnt

**08/28/2007** Memorandum of Costs (ON APPEAL FILED BY JAMES HOLLAND AND JULIE HOLLAND CLAIMS FROM GARY SMOLKER IN THE AMOUNT OF $731.63 FILED )
Filed by Defendant/Respondent

**08/22/2007** Motion to Strike (OR TAX )
Filed by Atty for Deft and Cross-Complnt

**08/17/2007** Memo of Costs on Appeal ($369.71 TO DEPT. 15 MOTION TO STRIKE COSTS ON APPEAL 10/18/07 NO COURT FILE 9/11/07 )
Filed by Attorney for Deft/Respnt

**08/15/2007** Remittitur (ORDER REMITTITUR ISSUED ON 8-9-07 S/T D-15 8-23-07 )
Filed by Clerk

**08/10/2007** Memo of Costs on Appeal ($997.77 SEND TO ARCHIVES 8-13-07 )
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**07/03/2007** Remittitur (DISMISSED REMITTITUR ISSUED ON 7-2-07 S/T D-15 7-5-07 )
Filed by Clerk

**06/15/2007** Notice (OF TAKING CROSS-COMPLAINAT/APPEL- LANT GARY SMOLKER'S MOTION TO STRIKE OR
TAX MEMORANDUM OF COSTS ON APPEAL OFF CALENDAR )
Filed by Atty for Deft and Cross-Complnt

**06/01/2007** Notice (OF WITHDRAWAL OF MEMO OF COSTS )
Filed by Atty for Deft and Cross-Complnt

**05/21/2007** Notice (OF WITHDRAWAL OF CROSS-DEFENDANT JOSEPH A, BAILEY, II'S PREMATURELY FILED
MEMO OF COSTS OF APPEAL )
Filed by Atty for Deft and Cross-Complnt

**05/16/2007** Notice (OF WITHDRAWAL OF DEFENDANTS JAMES HYDE AND ABLERT J. COSTELLO'S
PREMATURELY FILED MEMO OF COSTS )
Filed by Attorney for Deft/Respnt

**05/15/2007** Memo of Costs on Appeal ($369.71 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT
FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**05/07/2007** Memo of Costs on Appeal ($491.47 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT
FILE 5/17/07 )
Filed by Respondent

**04/27/2007** Memo of Costs on Appeal ($981.98 (AMENDED) TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07
NO COURT FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**04/23/2007** Memo of Costs on Appeal ($981.98 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT
FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**01/11/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**05/19/2006** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**04/24/2006** Remittitur (DISMISSED REMITTITUR ISSUED ON 4-19-06 S/T D-15 4-25-06 )
Filed by Clerk

**04/12/2006** Remittitur (ORDER TO DIMISS APPEAL REMITTITUR ISSUED ON 4-7-06 S/T D-15 4-13-06 )
Filed by Clerk

**03/02/2006** Request and Entry of Dismissal
Filed by Attorney for Cross-Complainant

**01/18/2006** Miscellaneous-Other (ntc of death of deft albert costello )
Filed by Attorney for Cross-Defendant

**04/16/2004** Notice (OF CHANGE OF FIRM NAME )
Filed by Cross-Defendant

**02/27/2003** Notice of Change of Address

Filed by Attorney for Cross-Defendant

**05/06/2002** Notice (of change of firm name )
Filed by Attorney for Cross-Defendant

**03/11/2002** Notice-Change-Firm Name / Address
Filed by Attorney for Cross-Defendant

**02/21/2002** Notice (TO REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE )
Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/18/2017  08/08/2017  04/19/2017  11/16/2007  07/03/2007  02/20/2002
  11/08/2001  09/25/2001  06/29/2001  04/06/2001  01/26/2001  11/20/2000  10/02/2000  08/30/2000  06/19/2000
  04/04/2000  12/17/1999  10/29/1999  09/14/1999  07/07/1999  04/12/1999  11/09/1998  09/01/1998  07/16/1998
  06/03/1998  04/22/1998  01/28/1998  12/09/1997

**02/20/2002** Notice (OF CONFIDENTAL SETTLMENT CONFER- ENCE STATEMENT OF INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA )
Filed by Cross-Defendant

**02/19/2002** Brief (CONFIDENTIAL STATUS CONFERENCE BRIEF OF RESPONDENTS ON APPEAL JAMES AND JULIE HOLLAND )
Filed by Attorney for X-Deft & X-Compl

**02/13/2002** Objection Document
Filed by Defendant and Cross-Complainant

**02/08/2002** Notice (OF RESTRAINING ORDER AND LIQUIDATION AS TO CROSS-DEFENDANT FORNTIER PACIFIC INSURANCE COMPANY )
Filed by Attorney for Cross-Complainant

**02/08/2002** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**02/05/2002** Proof of Service
Filed by Attorney for Cross-Defendant

**02/01/2002** Notice of Ruling
Filed by Cross-Defendant

**01/30/2002** Notice (OF EXHIBITS "A" AND "B" TO DECLAR- ATION OF HALEH R. JENKINS IN OPPOSITION TO OSC RE SANCTIONS )
Filed by Cross-Defendant

**01/28/2002** Declaration (GARY E. YARDUMIAN )
Filed by Cross-Defendant

**12/04/2001** Motion in Limine
Filed by Cross-Defendant

**12/03/2001** Notice (OF CORRECTED NOTICE OF RULING ON MOTION OF CAROL KAY TO STRIKE AND/ OR TAX COSTS )
Filed by Defendant and Cross-Complainant

**12/03/2001** Notice (of intention to offer videotaped )
Filed by Defendant and Cross-Complainant

**11/30/2001** Motion in Limine (TO EXCLUDE TESTIMONY )
Filed by Attorney for Cross-Defendant

**11/30/2001** Objection Document

Filed by Attorney for Cross-Defendant

**11/30/2001** Statement of Case
Filed by Attorney for Deft/Respnt

**11/30/2001** List of Witnesses
Filed by Attorney for Deft/Respnt

**11/30/2001** Memorandum - Other
Filed by Attorney for Deft/Respnt

**11/29/2001** Opposition Document
Filed by Cross-Defendant

**11/29/2001** Opposition Document (to motions in limine no. 10-15, 17-19 and 21-31 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/28/2001** Request for Dismissal (without prejudice; Cross-Complaint of Pacific Villas Homeowners Ass )
Filed by Atty for Deft and Cross-Complnt

**11/28/2001** Motion in Limine (#32 TO EXCLUDE INTRODUCTION OF OR TESTIMONY )
Filed by Cross-Defendant

**11/28/2001** Motion in Limine (#33 PRECLUDING INTORDUCTION OF EVIDENCE REGARDING ANY TESTIMONY )
Filed by Cross-Defendant

**11/28/2001** Declaration (OF GARY S. SMOLKER )
Filed by Defendant and Cross-Complainant

**11/28/2001** Motion in Limine (@1 TO PRECLUDE EVIDENCE OF PRIOR LITIGATION INVOLVING GARY SMOLKER )
Filed by Defendant and Cross-Complainant

**11/28/2001** Motion in Limine (TO PRECLUDE MENTION THAT SYLOID 244 HAS BEEN REGESITERED AS A PEST ICIDE UNDER THE TRADE NAME DRI-OUT INSETICIDE )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #1 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #2 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #3 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #4 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #5 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #7 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #8 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #9 )
Filed by Defendant and Cross-Complainant

**11/27/2001** Motion in Limine (TO PRECLUDE EVIDENCE OF PRIOR LITIGATION INVOLVING GARY SMOLKER;

DECLARATION OF ALICE GRAHAM )
Filed by Atty for Defendant and Cross-Compl

**11/27/2001** Proof of Service
Filed by Attorney for Cross-Defendant

**11/21/2001** Motion in Limine (#31 TO LIMIT DR. NACHMAN BRAUTBAR' S TESTIMONY )
Filed by Cross-Defendant

**11/21/2001** Ex-Parte Application (FOR ISSUANCE OF PROTECTIVE ORDER PREVENTING THE ORAL DEPOSITION
OF DR. JERRY BERKE )
Filed by Attorney for Cross-Defendant

**11/21/2001** Order (PROTECTIVE ORDER AGAINST RESUMPTION OF THE ORAL DEPOSITION OF DR. JERRY
BERKE ON NOVEMBER 26, 2001 )
Filed by Attorney for Cross-Defendant

**11/21/2001** Ex-Parte Application (FOR ISSUANCE OF PROTECTIVE ORDER PREVENTING THE ORAL DEPOSITION
OF JULIAN CONVEY )
Filed by Attorney for Cross-Defendant

**11/21/2001** Order (W.R.GRACE - PROTECTIVE ORDER AGAINST ANY RESUMPTION OF ORAL DEPOSITION OF
JULIAN CONVEY ON 11-26-01 )
Filed by Attorney for Cross-Defendant

**11/20/2001** Motion in Limine (#30 to exclude Robert J. Sacker from testifying as an expert wit- ness )
Filed by Cross-Defendant

**11/19/2001** Opposition Document (OF EXPARTE APPLICATION FOR ORDER OF DEPOSITION OF DR. THOMAS
MOORE )
Filed by Attorney for Objector

**11/15/2001** Notice (OF SUPPLEMENTAL AGENDA FOR STATUS CONFERENCE ON 11/16/01 )
Filed by Defendant and Cross-Complainant

**11/15/2001** Points and Authorities
Filed by Cross-Defendant

**11/14/2001** Opposition Document
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (TO EXCLUDE EXPERT TESTIMONY OF JOHN LAUSEVIC; )
Filed by Cross-Defendant

**11/14/2001** Request for Jury Instructions
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#28 precluding testimony of Ray Woodcock as an expert witness )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#27 to preclude reference to Angela Verdun's health condition ir complaint to the dept. of
pest- icide regulation )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#26 to trifurcate issues of med- ical causation and compensatory damages, et al )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#25 to preclude Dr. James Smith from referencing epidemiological studies )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#24 to exclude evidence of damages remediation and/or repair costs re: commom ares and
condo units not owned by the Smolkers )

Filed by Cross-Defendant

**11/14/2001** List of Exhibits
Filed by Cross-Defendant

**11/14/2001** List of Witnesses
Filed by Cross-Defendant

**11/14/2001** Statement of Case
Filed by Cross-Defendant

**11/13/2001** Notice (of agenda items and request that the curt signs orders already made )
Filed by Defendant and Cross-Complainant

**11/13/2001** Notice (of supplemental agenda item )
Filed by Defendant and Cross-Complainant

**11/13/2001** Opposition Document
Filed by Defendant and Cross-Complainant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    02/26/2018    12/04/2017    09/18/2017    08/08/2017    04/19/2017    11/16/2007    07/03/2007    02/20/2002
11/08/2001    09/25/2001    06/29/2001    04/06/2001    01/26/2001    11/20/2000    10/02/2000    08/30/2000    06/19/2000
04/04/2000    12/17/1999    10/29/1999    09/14/1999    07/07/1999    04/12/1999    11/09/1998    09/01/1998    07/16/1998
06/03/1998    04/22/1998    01/28/1998    12/09/1997

**11/08/2001** Opposition Document
Filed by Cross-Defendant

**11/08/2001** Declaration (OF WILLIAM M. HAKE )
Filed by Cross-Defendant

**11/07/2001** Motion for an Order
Filed by Atty for Defendant and Cross-Compl

**11/07/2001** Points and Authorities
Filed by Defendant and Cross-Complainant

**11/05/2001** Request and Entry of Dismissal (with prejudice; cro--complaint fil filed by Gary Smolker and Alice Smolker
against TIG Insurance Co. of Texas and Nationwide Insurance company only )
Filed by Cross-Complainant

**11/05/2001** Request and Entry of Dismissal (with prejudice; complaint only )
Filed by Attorney for Pltf/Petnr

**11/02/2001** Supplement (TO MOTION TO SEVER BY PACIFIC VILLAS )
Filed by Attorney for X-Deft/X-Comp

**11/02/2001** Opposition Document (HOME SAVINGS TERMITE CONTROL, INC. AND W.F. MORRIS' OPPOSITION TO
CROSS-DEFENDANT, GARY SMOLKER'S EX PARTE HEARING OF NOV. 2, 2001 )
Filed by Attorney for Cross-Defendant

**10/31/2001** Notice of Lodging
Filed by Defendant and Cross-Complainant

**10/30/2001** Motion for an Order
Filed by Atty for Defendant and Cross-Compl

**10/26/2001** Declaration (OF WAYNE MORRIS IN SUPPORT OF MOTIONS IN LIMINE SUBMITTED BY X-DEFT )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#23 TO PREVENT THE USE OF SYLOID 244 OR DRI-OUT AT TRIAL )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#22 TO PRECLUDE EVIDENCE THAT MATT FREDERICKS' STROKE WAS CAUSES BY ASG; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#21 PRECLUDING AND/OR LIMITING INTRODUCTION OF EVIDENCE REGARDING INVESTIGATIONS OR STATUTORY VIO. )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#19 )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#18 )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#17 TO EXCLUDE TESTIMONY OR ALLEGA TIONS THAT THE SMOLKERS' CHILDREN EXPERIENCED PHYSICAL OR EMOTIONAL INJURIES AS A RESULT OF ANY ACTS BY X-DEFTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#15 TO PRECLUDE REFERENCE TO DURS- BAN AND INJURIES ALLEDEDLY INCURR- ED AS A RESULT OF EXPOSURE TO DURS BAN; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#14 FOR AN ORDER PRECLUDING THE INTRODUCTION OF DOCUMENTARY AND/OR TESTIMONIAL EVIDENCE REGARDING THE ORDINARY CONSUMER EXPECTATIONS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#13 TO EXCLUDE TESTIMONY OR ALLEG- ATIONS THAT ALICE SMOLKER'S CANCER OR DIVERTICULITIS ARE ATTRUTITABLE TO X-DEFTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#12 TO EXCLUDE TESTIMONY OR EVID- ENCE REGARDING DAMAGES ALLEGEDLY INCURRED IN THIS MATTER ARISING FROM TIME SPENT )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#11 TO EXCLUDE TESTIMONY OF REFER- ENCE TO TERMITE OR REFERENCE TO TERMITE REINFESTATION; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#10 TO PRECLUDE A REFERENCE TO THE DPA, SPCB AND ARIGULTURAL COMM INSPECTION AT HOME SAVINGS ON 12/16/96; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#9 TO EXCLUDE EVIDENCE RE: ALLEGED VIOLATIONS OF FIFRA )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#8 TO EXCLUDE PETER J. NOVAK FROM TESTIFYING AT TRIAL, OR IN THE ALTERNATIVE, AN ORDER LIMITING PETER J. NOVAK'S TESTIMONY )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#7 TO PRECLUDE REFERENCE TO SHERRY KAUFMAN AND HER COMPLAINTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#5 TO PRECLUDE REFERENCE TO THE BANKRUPTCY OF W.R. GRACE & CO. )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#4 TO PRECLUDE REFERENCE TO A FEAR OF CANCER, LUNG DISEASE OR FIBROSIS; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#3 TO PRECLUDE ANY REFERENCE TO DRYROT OR TERMITE INFESTATION ON DECKS )

Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#2 TO PRECLUDE DR. NACHMAN BRAUT- BAR FROM REFERRING TO THE ERIN
BROCKOVICH CASE )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#1 TO EXCLUDE EVIDENCE CHALLENGING THE PROPRIETY OF HSTC'S
APPLICATIO USE OF SYLOID 244 OR DRI-OUT AT THE SMOLKERS )
Filed by Cross-Defendant

**10/25/2001** Supplemental Declaration (of Gary Smolker )
Filed by Defendant and Cross-Complainant

**10/25/2001** Reply/Response
Filed by Cross-Defendant

**10/22/2001** Opposition Document
Filed by Atty for Defendant and Cross-Compl

**10/19/2001** Motion for an Order
Filed by Attorney for Cross-Defendant

**10/19/2001** Motion to Compel
Filed by Attorney for Defendant/Respondent

**10/19/2001** Opposition Document
Filed by Cross-Defendant

**10/17/2001** Notice (of correction of errors memoran- dum )
Filed by Defendant and Cross-Complainant

**10/15/2001** Motion to Strike
Filed by Attorney for Cross-Defendant

**10/15/2001** Opposition Document (TO MOTION FOR PROTECTIVE ORDER RE KATHIE S. JONES DEPOSITION )
Filed by Atty for Defendant and Cross-Compl

**10/15/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**10/15/2001** Reply/Response
Filed by Defendant and Cross-Defendant

**10/11/2001** Memorandum - Other (of points and authorities in opposition to Dr. Bussell's motion for protective order; and
declaration )
Filed by Attorney for Cross-Defendant

**10/09/2001** Reply/Response (to opposition to motion to set expert witness fees' )
Filed by Attorney for Defendant/Respondent

**10/05/2001** Points and Authorities (IN OPPOSITION TO SMOLKERS' TO EXCLUDE EXERT WITNESS TESTIMONY
ALTERNATIVE, FOR A PROTECTIVE ORDER AND FOR PRODUCTION OF THINGS )
Filed by Attorney for Cross-Defendant

**10/05/2001** Points and Authorities (IN OPPOSITION TO SMOLKERS' MOTION TO SET EXPERT WITNESS FEES )
Filed by Attorney for Cross-Defendant

**10/05/2001** Notice of Motion (For Protective Order )
Filed by Attorney for Cross-Defendant

**10/05/2001** Memorandum - Other (of points and authroities in opposition to smolkers' motion to set expert witness fees; )
Filed by Cross-Defendant/Respondent

**10/02/2001** Notice of Ruling (ON LETANTIA BUSSELL M.D.'S EXPARTE APPLICATION; )

Filed by Attorney for Deft/Respnt

**10/02/2001** Objection Document
Filed by Attorney for Deft/Respnt

**10/02/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER OFF CALENDAR )
Filed by Attorney for Deft/Respnt

**10/02/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER OFF CALENDAR )
Filed by Independent Counsel

**10/01/2001** Notice of Motion (To exclude Expert Witness Testimony )
Filed by Atty for Defendant and Cross-Compl

**09/28/2001** Motion to Quash
Filed by Atty for Defendant and Cross-Compl

**09/28/2001** Miscellaneous-Other (Appendix Of Exhibits In Support Of Motion To Quash )
Filed by Atty for Defendant and Cross-Compl

**09/27/2001** Notice of Motion (To Sever Cross Complaint )
Filed by Attorney for X-Deft/X-Comp

**09/26/2001** Notice of Motion (To Set Expert Compensation )
Filed by Atty for Defendant and Cross-Compl

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP 02/26/2018 12/04/2017 09/18/2017 08/08/2017 04/19/2017 11/16/2007 07/03/2007 02/20/2002
11/08/2001 09/25/2001 06/29/2001 04/06/2001 01/26/2001 11/20/2000 10/02/2000 08/30/2000 06/19/2000
04/04/2000 12/17/1999 10/29/1999 09/14/1999 07/07/1999 04/12/1999 11/09/1998 09/01/1998 07/16/1998
06/03/1998 04/22/1998 01/28/1998 12/09/1997

**09/25/2001** Notice (of filing supplemental exhibit and declaration to be considered in support of motion for protectiv order
)
Filed by Attorney for Deft/Respnt

**09/24/2001** Notice of Lodging
Filed by Interested Party

**09/21/2001** Memorandum of Costs
Filed by Defendant

**09/21/2001** Notice of Motion (For Protective Order )
Filed by Attorney for Real Pty in Interest

**09/14/2001** Notice (OF STATUS CONFERENCE MEMORANDUM AND DECLARATION OF GARY SMOLKER )
Filed by Defendant and Cross-Complainant

**09/12/2001** Notice of Ruling
Filed by Cross-Defendant

**09/12/2001** Objection Document (to notice of ruling of Home Sav- ing Termite Control, Inc., )
Filed by Attorney for Deft/Respnt

**09/10/2001** Notice of Ruling
Filed by Attorney for Cross-Defendant

**08/31/2001** Order (HOME SAVING TERMITE CONTROL, INC. AND W.R. MORRIS - DIRECTING THE ISSUANCE OF
OUT OF STATE COMMISSION FOR DEPOSITIONS AND FOR PRODUCTION OF BUSINESS RECORDS)
Filed by Attorney for Cross-Defendant

**08/30/2001** Points and Authorities
Filed by Attorney for Cross-Defendant

**08/29/2001** Objection Document (OF NONPARTIES JUDITH SMOLKER )
Filed by Defendant and Cross-Complainant

**08/29/2001** Objection Document
Filed by Defendant and Cross-Complainant

**08/24/2001** Proof of Service
Filed by Cross-Defendant

**08/24/2001** Notice of Continuance
Filed by Cross-Defendant

**08/24/2001** Notice (OF ADVANCEMENT OF HEARINGS )
Filed by Cross-Defendant

**08/23/2001** Opposition Document (NON-PARTY WITNESS LETANTIA BUSSELL , M.D. )
Filed by Witness

**08/14/2001** Opposition Document
Filed by Cross-Defendant

**08/14/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**08/13/2001** Reply/Response
Filed by Defendant and Cross-Complainant

**08/10/2001** Notice of Ruling
Filed by Defendant and Cross-Complainant

**08/10/2001** Reply/Response
Filed by Cross-Defendant

**08/10/2001** Reply/Response (AND OBJS TO CROSS-COMPL SEPERATE STATEMENT OF DISPUTED FACTS )
Filed by Cross-Defendant

**08/07/2001** Notice (OF AUGUST 8, 2001 STATUS CONF MEMO )
Filed by Defendant and Cross-Complainant

**08/06/2001** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**08/03/2001** Miscellaneous-Other (APPENDIX OF CITED AUTHORITES )
Filed by Atty for Deft and Cross-Complnt

**08/02/2001** Declaration (Declaration of Alice Smolker )
Filed by Defendant and Cross-Complainant

**08/01/2001** Notice (OF APPENDIX OF EXHIBIT )
Filed by Defendant and Cross-Complainant

**08/01/2001** Notice (OF APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**07/27/2001** Objection Document
Filed by Defendant and Cross-Complainant

**07/27/2001** Notice (RESPONSE & OBJECTION )
Filed by Defendant and Cross-Complainant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998

06/03/1998    04/22/1998    01/28/1998    12/09/1997

**06/29/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**06/29/2001** Notice to Prepare Clerk Transcript
Filed by Defendant

**06/25/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**06/19/2001** Notice of Change of Address
Filed by Attorney for Defendant/Respondent

**06/13/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**06/11/2001** Notice of Appeal (NOTICE OF APPEAL ELECTION TO PROCEED UNDER TULE 5.1 CALIFORNIA RULES
OF COURT; NOTICE OF DESIGNATION OF REPORTER'S TRANSCRIPT )
Filed by Attorney for Cross-Defendant

**06/01/2001** Partial Dismissal(not entire case) (Without prejudice, Cross-complaint filed by Carol D. Kay on June 98. )
Filed by Cross-Complainant

**05/18/2001** Memo of Costs on Appeal
Filed by Defendant

**05/11/2001** Notice (OF LODGING OF THE PERTINENT PORTIONS OF THE CERTIFIED DEPO TRANSCRIPT OF DR.
LETAANTIA BUSSEL )
Filed by Cross-Defendant

**05/02/2001** Notice (OF REMOVAL OF CASE TO UNITED STATE BANKRUPTCY COURT THR THE CENTRAL
DISTRICT OF CALIFORNIA, LOS ANGE- LES )
Filed by Cross-Defendant

**05/01/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER SET FOR MAY 7, 2001 OFF CALENDAR )
Filed by Defendant and Cross-Complainant

**04/27/2001** Opposition Document
Filed by Cross-Defendant

**04/26/2001** Notice (OF CALIFORNIA RULSES OF COURT 335 STATEMENT IN SUPPORT OF CROSS DEFTS AND
MOTION TO COMPEL ANSWERS TO DEPO QUESTIONS )
Filed by Cross-Defendant

**04/26/2001** Motion to Compel
Filed by Cross-Defendant

**04/26/2001** Points and Authorities (IN SUPPORT OF HOME SAVING AND W.F. MORRIS' MOTION TO CONTINUE
TRIAL )
Filed by Attorney for Cross-Defendant

**04/25/2001** Partial Dismissal(not entire case) (Without prejudice, Cross-complaint filed by James and Julie Holland. )
Filed by Cross-Complainant

**04/23/2001** Ex-Parte Application (for an order directing the issuance of out of state commissions for depositions and for
the production of business/ for an order shortening time )
Filed by Attorney for Cross-Defendant

**04/23/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/23/2001** Notice to Prepare Clerk Transcript

Filed by Defendant

**04/19/2001** Notice of Ruling (CORRECTED )
Filed by Atty for Defendant and Cross-Compl

**04/18/2001** Notice of Motion (FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**04/18/2001** Reply/Response (TO OPPOSITION TO MOTION TO STRIKE OR TAX COST BILL )
Filed by Atty for Defendant and Cross-Compl

**04/17/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**04/17/2001** Objection Document
Filed by Defendant and Cross-Complainant

**04/17/2001** Ex-Parte Application (TO STAY THE INSTANT ACTION AS TO CROSS-DEFENDANT W.R. GRACE )
Filed by Attorney for Cross-Defendant

**04/13/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**04/13/2001** Reply/Response
Filed by Defendant and Cross-Complainant

**04/12/2001** Miscellaneous-Other (Cross-defendants, Home Saving Termite Control, Inc and Wayne Morris's separate statement of undisputed material facts )
Filed by Attorney for Cross-Defendant

**04/12/2001** Mtn for Summary Adjud of Issues (Cross-defendant, Home Saving Termite Control, Inc. and Wayne Morris' notice of motion and motion for summary adjudication )
Filed by Attorney for Cross-Defendant

**04/12/2001** Notice of Ruling
Filed by Attorney for Deft/Respnt

**04/12/2001** Opposition Document
Filed by Cross-Defendant

**04/12/2001** Notice of Appeal
Filed by Defendant

**04/11/2001** Remittitur (AFFIRMED. FILE OUT TO DEPT. 15. PLACE IN BIN RM.112 5/11/01. )
Filed by Clerk

**04/11/2001** Notice to Prepare Clerk Transcript
Filed by Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**04/06/2001** Notice of Ruling (ON HEARINGS ON APRIL 2, 2001 )
Filed by Attorney for Cross-Defendant

**04/06/2001** Memorandum - Other (OF P&A AND DEC. OF GARY SMOLKER IN OPPOSITION TO TERMITE CONTROL'S MTN FOR ORDER )
Filed by Attorney for Deft/Respnt

**04/06/2001** Opposition Document (TO X-COMPLAINANTS MTN FOR A PROTECTIVE ORDER; MEMORANDUM OF

P&A; DEC. OF GARY E. YARDUMIAN )
Filed by Attorney for Cross-Defendant

**04/06/2001** Declaration (OF R. WOODCOCK IN SUPPORT OF SMOLKER'S MOTION FOR PROTECTIVE ORDER
AND IN OPPOSITION TO TERMITE CONTROL'S MOTION FOR AN ORDER COMPELLING INSPECTION AND
TESTING OF THE SMOLKER'S RESIDENCE)
Filed by Atty for Defendant and Cross-Compl

**04/05/2001** Notice (OF AUTOMATIC BANKRUPTCY STAY; )
Filed by Attorney for Cross-Defendant

**04/05/2001** Ex-Parte Application (FOR AMENDMENT OF ORDER FOR BIFUR- CATION AND ORDER SETTING TRIAL
DATE; ;SUPPORTING DECLARATION OF GARY SMOLKER; MEMO OF P'S AND A'S )
Filed by Atty for Deft and Cross-Complnt

**04/04/2001** Reply/Response (AND CROSS-COMPLAINANT )
Filed by Cross-Defendant

**04/04/2001** Reply/Response (TO OPPOSITION )
Filed by Cross-Defendant

**04/03/2001** Objection Document
Filed by Defendant and Cross-Complainant

**04/02/2001** Motion for an Order (COMPELLING INSPECTION AND TESTING OF RESIDENCE AND REQUEST FOR
SANCTIONS )
Filed by Attorney for Cross-Defendant

**04/02/2001** Motion for an Order (FOR A PROTECTIVE ORDER TO PREVENT SMOLKERS' ABUSE OF DEPOSITIONS
)
Filed by Attorney for Cross-Defendant

**04/02/2001** Ex-Parte Application (OF HOME SAVING TERMITE CONTROL AND W.F. MORRIS FOR AN ORDER
COMPELLING INSPECTING AND TESTING OF RESIDENCE )
Filed by Attorney for Cross-Defendant

**04/02/2001** Ex-Parte Application (FOR ORDER RE SCHEDULING DEPOSITIONS )
Filed by Attorney for Cross-Complainant

**04/02/2001** Ex-Parte Application (OF W.R. GRACE & CO. AND DAVISON'S APPLICATION FOR PROTECTIVE ORDER
TO PREVENT SMOLKERS' ABUSE OF DISCOVERY RE OBJECTIONS TO TREATING PHYSICIANS' DEPOSITIONS )
Filed by Attorney for Cross-Defendant

**04/02/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/02/2001** Notice to Prepare Clerk Transcript
Filed by Defendant

**03/28/2001** Objection Document
Filed by Defendant and Cross-Complainant

**03/27/2001** Points and Authorities
Filed by Defendant and Cross-Complainant

**03/27/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**03/26/2001** Opposition Document (AND CROSS-COMPLAINANT )
Filed by Cross-Defendant

**03/23/2001** Opposition Document

Filed by Defendant and Cross-Complainant

**03/23/2001** Notice of Appeal
Filed by Defendant

**03/21/2001** Notice (OF APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**03/21/2001** Declaration (OF MARCELA FAJARDO )
Filed by Defendant and Cross-Complainant

**03/16/2001** Notice of Ruling (AND CROSS-COMPKAINANT )
Filed by Cross-Defendant

**03/15/2001** Notice of Motion
Filed by Attorney for Defendant/Respondent

**03/15/2001** Supplemental Declaration (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Reply/Response (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Notice (PROPOSED NOTICE OF APPENDIX OF EXHIBITS PART SEVEN SUBMITTED IN OPPOSITION
TO PACIFIC VILLAS' MOTIONS FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION )
Filed by Defendant and Cross-Complainant

**03/13/2001** Motion to Compel (PRODUCTION OF PSYCHIATRIC AND/OR PSYCHOLOGICAL RECORDS OF JUDITH
SMOLKER AND OF LEAH SMOLKER )
Filed by Attorney for Cross-Defendant

**03/02/2001** Motion for an Order (to recover attorney fees )
Filed by Attorney for X-Deft/X-Comp

**03/02/2001** Memo of Costs
Filed by Defendant

**02/27/2001** Objection (OBJECTION TO NOTICE OF RULING )
Filed by Cross-Defendant

**02/21/2001** Miscellaneous-Other (DEMAND FOR DELIVERY OF INDEPENDENT PHYSICAL EXAM REPORT )
Filed by Atty for Defendant and Cross-Compl

**02/21/2001** Notice of Ruling
Filed by Atty for Defendant and Cross-Compl

**02/20/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**02/05/2001** Summary Judgment
Filed by Attorney for Cross-Defendant

**02/01/2001** Request for Judicial Notice
Filed by Atty for Defendant and Cross-Compl

**01/31/2001** Notice of Continuance (OF MSJ )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**01/26/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**01/23/2001** Objection Document (TO JDGMT PREPARED BY PACIFIC VILLAS AND REQUEST FOR HEARING, ETC. )
Filed by Atty for Defendant and Cross-Compl

**01/23/2001** Notice of Trial (& FSC )
Filed by Attorney for Cross-Defendant

**01/23/2001** Opposition Document (TO SMOLKERS REQUEST FOR RULING ON WRITTEN OBJ. )
Filed by Attorney for Cross-Defendant

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF W.R. GRACE )
Filed by Atty for Deft and Cross-Complnt

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF HOME SAVINGS )
Filed by Atty for Deft and Cross-Complnt

**01/17/2001** Request (FOR RULING ON WRITTEN OBJECTIONS )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Miscellaneous-Other (APPENDIX OF EXHIBITS )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Miscellaneous-Other (APPENDIX OF CITED AUTHORITIES OUTSIDE THE COURTS'S JURDISDICTION )
Filed by Atty for Defendant and Cross-Compl

**01/12/2001** Memo of Costs
Filed by Defendant

**01/08/2001** Order (ON PVHOA'S MO FOR SUM JDGMT )
Filed by Attorney for Cross-Defendant

**01/05/2001** Notice of Lodging
Filed by Attorney for Cross-Defendant

**01/05/2001** Supplemental Declaration
Filed by Attorney for Cross-Defendant

**01/05/2001** Brief (supplemental brief in support of msj or ms-adj )
Filed by Attorney for Cross-Defendant

**01/04/2001** Summary Judgment (IN FAVOR OF RIKK THOMPSON ONLY )
Filed by Attorney for Cross-Defendant

**01/04/2001** Order ((2) )
Filed by Attorney for Cross-Defendant

**12/22/2000** Miscellaneous-Other (LIST OF DOCUMENTS FILED WHICH ARE APPLICABLE TO PACIFIC VILLAS' MOTIONS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/19/2000** Amended Answer (to fifth cross-complaint )
Filed by Attorney for Cross-Defendant

**12/19/2000** Objection Document (TO EVIDENCE )
Filed by Attorney for X-Deft/X-Comp

**12/18/2000** Reply/Response (TO OPP TO MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO THEIR CHILDREN'S INJURIES )
Filed by Attorney for Cross-Defendant

**12/18/2000** Reply to Motion (REPLY TO OPPOSITONS TO MOTIONS TO QUASH SUBPOENAS OF RECORDS OF DR. DALY AND DR. DELAFIELD (FRANZBLAU) AND RESPONSE TO OBJECTIONS TO DECLARATION OF ALICE M.

GRAHAM; )
Filed by Atty for Deft and Cross-Complnt

**12/14/2000** Remittitur (DISMISSED. TO RECORDS ON 12/18/00. )
Filed by Clerk

**12/13/2000** Miscellaneous-Other (Appendix of exhibits )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Miscellaneous-Other (Offer or proof and motion to reopen SAI )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Request (for permission to make record )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Objection Document
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (in opposition to SJM )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (re pacific villas SJM )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Points and Authorities (SUPP P&A'S, PART TWO, IN OPP TO SUM JDGMT MOTIONS, AND OBJECTION
TO 12-13-00 HRG DATE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Objection Document (TO OFFERED EVIDENCE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Ex-Parte Application (& DECL FOR ORDER POSTPONING HRGS AND PLEADING DUE DATES ON SUM
JDGMT MOS AND IN OPP THERETO, etc. *DENIED BY COURT* )
Filed by Atty for Defendant and Cross-Compl

**12/08/2000** Declaration (OF JULIAN CONVEY IN SUPPORT OF W.R. GRACE CO & GRACE DAVISON'S MSJ )
Filed by Attorney for Cross-Defendant

**12/07/2000** Objection Document (TO HRG DATE AND/OR BRIEFING SCHEDULE, ETC. )
Filed by Attorney for Defend/XDefen/XComp

**12/04/2000** Objection Document (TO HEARING DATE, REQUEST FOR MORE TIME TO RESPOND TO MOS & P&A'S,
ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/04/2000** Opposition Document (TO GRACE MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO
THEIR CHILDREN'S INJURIES, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Joinder (IN SUPP BRIEF RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT, ETC. )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF KARIM S. DAMJI, PH.D., IN SUPP OF SUPP BRIEF RE: MO FOR SUM JDGMT/SUM ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF BRIAN C. PORTER IN SUPP OF SUPP BRIEF IN SUPP OF MO FOR SUM JDGMT/SUM
ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Miscellaneous-Other (APPENDIX OF EXHIBITS SUBMITTED IN OPP TO MOS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Points and Authorities (SUPPLEMENTAL PART ONE IN OPP TO SUM JDGMT, ETC. )

Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Declaration (OF GARY SMOLKER RE: EXHIBITS 39-52 ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Brief-Supplemental (RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT/ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Notice of Lodging (OF FEDERAL AUTHORITIES CITED IN SUPP BRIEF RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT, ETC. )
Filed by Attorney for Cross-Defendant

**11/22/2000** Opposition Document (TO MO FOR SUM JDGMT & REQUEST FOR CONTINUANCE OF HEARING DATE, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/22/2000** Objection Document (TO NOVEMBER 22, 2000 HEARING DATE AND REQUEST FOR MORE TIME TO RESPOND TO PENDING MOS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/21/2000** Objection Document (WRITTEN OBJ. TO 9/28/00 DECL. OF ALICE GRAHAM )
Filed by Attorney for Cross-Defendant

**11/21/2000** Objection Document (WRITTEN OBJ. TO DECL. OF ALICE GRAHAM )
Filed by Attorney for Cross-Defendant

**11/21/2000** Opposition Document (TO MO. TO QUASH SUBPOENA FOR RECORDS OF DR. DALY )
Filed by Attorney for Cross-Defendant

**11/21/2000** Opposition Document (TO MO. TO QUASH SUBPOENA )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**11/20/2000** Notice of Filing (SIGNED SIGNATURE PAGES )
Filed by Attorney for Defendant & X-Deft

**11/16/2000** Response (TO W.R. GRACE & CO'S SEPARATE STMT OF DISPUTED AND UNDISPUTED MATERIAL FACTS )
Filed by Atty for Defendant and Cross-Compl

**11/16/2000** Objection Document (TO DECL. OFFERED IN OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Reply/Response (TO OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Objection Document (WRITTEN OBJ. TO EVIDENCE SUBMITTED IN OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Joinder (IN HOME SAVINGS' REPLY TO OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Joinder (IN HOME SAVINGS' REPLY TO RESPONSE TO SEPARATE STATEMENT OF DISPUTED & UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**11/15/2000** Response (TO THOMPSON'S SEPARATE STMT OF DISPUTED AND UNDISPUTED MATERIAL FACTS )

Filed by Atty for Defendant and Cross-Compl

**11/14/2000** Response (TO HOME SAVING TERMITE CONTROL'S SPEARATE STMT OF DISPUTED AND UNDISPUTED MATERIAL FACTS )
Filed by Atty for Defendant and Cross-Compl

**11/09/2000** Declaration (OF GARY SMOLKER RE: DEPOSITION TESTIMONY OF WAYNE FRANKLIN MORRIS SR., ETC. )
Filed by Defendant and Cross-Complainant

**11/09/2000** Declaration (OF ALICE M. GRAHAM RE DEPOSITION OF MIKE CUNNINGHAM )
Filed by Defendant and Cross-Complainant

**11/08/2000** Notice (OF APPENDIX ID EXHIBITS SUBMITTED IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICA- TION (PART ONE) )
Filed by Defendant and Cross-Complainant

**11/08/2000** Declaration (OF ALICE M. GRAHAM RE: DEPOSITION OF MIKE CUNNINGHAM )
Filed by Cross-Complainant in Pro Per

**11/08/2000** Notice (OF APPENDIX OF EXHIBITS SUBMITTED IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICA- TION (PART TWO) )
Filed by Defendant and Cross-Complainant

**11/07/2000** Declaration (OF ALICE SMOLKER IN SUPP OF OPP TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF JAMES S. SMITH, JR., PH.D. )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF RAY C. WOODCOCK, CIH )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF PETER J. NOVAK )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (TO JOINDER OF CROSS-DEFENDANT'S REQ FOR JUDICIAL NTC )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (APPENDIX OF CITED AUTHORITIES OUTSIDE THE COURT'S JURISDICTION CONTAINED IN OPP TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Notice of Lodging (ORIGINAL CORRECTED DEPOSITION TRANSCRIPTS OF DUANE LYNN SCHNABEL AND DAVID DUNCAN, ETC. )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF BRIAN PORTER RE LODGING OF DEPOS. TRANSCRIPTS )
Filed by Attorney for Cross-Defendant

**11/06/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/06/2000** Notice of Lodging (OF CERTIFIED ORIGINAL DEPOS. TRANSCRIPTS OF DR. BRUCE EDWARDS & DR. EUGENE FREED )
Filed by Attorney for Cross-Defendant

**11/02/2000** Request (TO LODGE ORIGINAL SIGNED CORRECTED DEPOSITION TRANSCRIPTS FOR COURT TO REVIEW IN CONNECTION WITH RULING ON PENDING MOS FOR SUM JDGT )

Filed by Cross-Complainant in Pro Per

**11/02/2000** Notice of Filing (ORIGINAL DECL. OF LYNNE DURBIN, IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**11/01/2000** Response (TO REPLY TO OPP TO MO FOR RECONSIDERATION )
Filed by Cross-Complainant in Pro Per

**10/30/2000** Reply/Response (TO OPPOS. TO MO. FOR RECONSIDERA- TION )
Filed by Attorney for Cross-Defendant

**10/25/2000** Miscellaneous-Other (separate statement of undisputed material facts )
Filed by Attorney for X-Deft/X-Comp

**10/25/2000** Motion for Summary Judgment (; alternatively for summ. adjud; memo of p&a; decl & exhibits )
Filed by Attorney for X-Deft/X-Comp

**10/24/2000** Opposition Document (To Mot for Reconsideration of Hearing Set by Court; )
Filed by Atty for Deft and Cross-Complnt

**10/23/2000** Motion for Summary Judgment
Filed by Attorney for X-Deft & X-Compl

**10/17/2000** Objection
Filed by Attorney for Cross-Defendant

**10/16/2000** Declaration (OF ROBERT N. RIDENOUR IN OPP TO MO TO QUASH SUBPOENA OF RECORDS OF DR. DALY )
Filed by Attorney for Cross-Defendant

**10/13/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT WAYNE MORRIS IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/13/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT COREY ARENTZ IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/12/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT DR. KARIM S. DAMJI IN SUPP OF MOS FOR S/J )
Filed by Attorney for Cross-Defendant

**10/12/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT RIKK THOMPSON IN SUPP OF DEFTS' MOS FOR S/J )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Motion (for reconsideration of the court's order advancing and vacating the hearing ... )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Filing (REVISED DECL. OF KARIM DAMJI, PHD. IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Filing (EXHIBITS TO DECL. OF BRIAN PORTER )
Filed by Attorney for Cross-Defendant

**10/10/2000** Notice of Ruling (on motions )
Filed by Attorney for X-Deft/X-Comp

**10/10/2000** Notice of Ruling (ON MO. FOR PROTECT. ORDER )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998

06/03/1998   04/22/1998   01/28/1998   12/09/1997

**10/02/2000** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**09/29/2000** Declaration (OF ROBERT RIDENOUR IN OPPOS. TO REQUEST TO CHANGE HEARING DATE ON PENDING MSJ'S )
Filed by Attorney for Cross-Defendant

**09/29/2000** Declaration (OF ROBERT RIDENOUR IN OPPOS. TO MO. TO QUASH )
Filed by Attorney for Cross-Defendant

**09/28/2000** Statement of Case
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Miscellaneous-Other (ERRATA )
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Miscellaneous-Other (WRITTEN DISCOVERY REFERRED TO IN MO. FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Joinder
Filed by Attorney for Cross-Defendant

**09/28/2000** Notice (OF ERRATA )
Filed by Attorney for Cross-Defendant

**09/27/2000** Declaration (OF ALICE GRAHAM IN SUPPORT OF OPPOS. TO MO. FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/27/2000** Memorandum - Other (& DECL. OF SMOLKER RE CHANGE OF HEARING DATE OF PENDING MSJ'S )
Filed by Atty for Deft and Cross-Complnt

**09/27/2000** Reply/Response (BRIEF IN SUPPORT OF PACIFIC VILLAS MOTION FOR SANCTIONS )
Filed by Attorney for Cross-Defendant

**09/26/2000** Opposition Document (TO MO. FOR PROTECT. ORDERS & PRECLUSION ORDER )
Filed by Attorney for Cross-Defendant

**09/26/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/25/2000** Request for Judicial Notice (& DECL. OF SMOLKER IN OPPOS. TO MO FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/25/2000** Declaration (OF GARY SMOLKER IN SUPPORT OF OPPOS. TO MO. FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/25/2000** Substitution of Attorney
Filed by Attorney for Defendant/Respondent

**09/25/2000** Motion to Quash
Filed by Atty for Defendant and Cross-Compl

**09/25/2000** Opposition Document (TO MOTION FOR PROTECTIVE ORDERS & PRECLUSION ORDER )
Filed by Attorney for Cross-Defendant

**09/25/2000** Opposition Document (TO SMOLKER'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROG'S, SET ONE )
Filed by Attorney for Cross-Defendant

**09/25/2000** Opposition Document (TO SMOLKER'S MOTION FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**09/25/2000** Notice (OF ADVANCEMENT OF HEARING )

Filed by Attorney for Cross-Defendant

**09/22/2000** Proof of Service (OF MSJ & SUPPORTING DOC'S ON SMOLKERS )
Filed by Attorney for Deft/Respnt

**09/22/2000** Motion in Limine (to exclude claims related to childrens' injuries, or for a protective order )
Filed by Attorney for Cross-Defendant

**09/21/2000** Declaration (OF GARY SMOLKER ON BEHALF OF X-CMPLTS IN OP TO EX PARTE APPL RE: MO IN LIMINE AND RE: REQ FOR PROT ORDER )
Filed by Attorney for Defendant/Respondent

**09/21/2000** Declaration (OF GARY SMOLKER ON BEHALF OF X-CMPLTS IN OPP TO EX PARTE APPL FOR ORDER STRIKING SMOLKERS' MO FOR PROT ORDERS & PRECLUSION ORDERS )
Filed by Attorney for Defendant/Respondent

**09/21/2000** Declaration (DECLARATION OF GARY SMOLKER SUBMITTED IN OPPOSITION TO PACIFIC VILLAS' EX PARTE APPLICATION )
Filed by Attorney for Cross-Complainant

**09/21/2000** Declaration (DECLARATION OF ROBERT N. RIDENOUR IN SUPPORT OF PACIFIC'S EX PARTE APPLICATION RE SMOLKER'S PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**09/21/2000** ExParte Application & Order (PVHOA'S EX PARTE APPLICATION TO STRIKE SMOLKERS' MOTION FOR PROTECTIVE ORDER; TO ADVANCE HEARINGS FOR MOTIONS AND FOR OTHER ORDERS )
Filed by Attorney for Cross-Defendant

**09/21/2000** ExParte Application & Order (CROSS DEFT W.R. GRACE & GRACE DAVIDSON'S APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION IN LIMINE TO EXCLUDE SMOLKER'S CLAIMS RELATED TO THEIR CHILDRENS' INJURIES, OR IN THE ALTERNATE)
Filed by Attorney for Cross-Defendant

**09/20/2000** Notice (OF FILING OF ORIGINAL SIGNATURE OF DECLARANT SCHEFFRAHN )
Filed by Attorney for Cross-Defendant

**09/20/2000** Declaration (DECLARATION OF GARY SMOLKER ON BEHALF OF CROSS-COMPLAINTANTS GARY AND ALICE SMOLKER IN OPPOSITION TO EX PARTE APPLICATION OF W.R. GRACE & CO. RE MOTION IN LIMINIE AND RE REQUEST FOR PROTECTIVE ORDER)
Filed by Attorney for Cross-Defendant

**09/20/2000** Declaration (DECLARATION OF GARY SMOLKER ON BEHALF OF CROSS-COMPLAINTANTS GARY AND ALICE SMOLKER IN OPPOSITION TO EX PARTE APPLICATION OF W.R. GRACE & CO. RE MOTION IN LIMINIE AND RE REQ FOR PROTECTV OR)
Filed by Attorney for Cross-Complainant

**09/18/2000** Notice of Motion (for protective orders and preclu- sion order )
Filed by Atty for Defendant and Cross-Compl

**09/18/2000** Miscellaneous-Other (FACTORS TO CONSIDER IN DEVELOPING A CASE MGMT DISC SCHEDULE ORDER )
Filed by Attorney for Defendant/Respondent

**09/18/2000** Miscellaneous-Other (PRACTICAL SUGGESTIONS RE THE CONFLICT BETWEEN THE RIGHT TO DISC AND A PRIVILEGED RIGHT )
Filed by Attorney for Defendant/Respondent

**09/15/2000** Motion to Compel
Filed by Atty for Defendant and Cross-Compl

**09/15/2000** Motion for an Order

Filed by Atty for Defendant and Cross-Compl

**09/14/2000** Miscellaneous-Other (PROPOSED DISC PLAN/SCHEDULE OF X-DEFTS HOME SAVING, W.R. GRACE, & GRACE DAVISON )
Filed by Attorney for Cross-Defendant

**09/14/2000** Response (OF X-DEFT HOME SAVING TO REQ FOR STIP RE: DAMAGE CLAIMS RELATED TO LEAH AND JUDY SMOLKER'S MEDICAL CARE/PSYCHOLOGICAL CARE & TREATMT )
Filed by Attorney for Cross-Defendant

**09/13/2000** Declaration (OF LYNNE DURBIN IN SUPP OF MO FOR S/J )
Filed by Attorney for Cross-Defendant

**09/11/2000** Statement of Facts (UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**09/11/2000** Declaration (OF KARIM S. DAMJI, PHD. IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Request for Judicial Notice (OF EVIDENCE IN SUPPORT OF IT'S MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Joinder (IN HOME SAVINGS' MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Proof of Service (RE DOC'S RE MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Declaration (OF LYNNE DURBIN, IN SUPPORT OF MSJ/MS-ADJ. )
Filed by Attorney for Cross-Defendant

**09/11/2000** Ex-Parte Application (TO IMPOSE DISCOVERY SANCTIONS OR ADVANCED HEARING )
Filed by Attorney for Cross-Defendant

**09/08/2000** Motion for Sanctions
Filed by Attorney for Cross-Defendant

**09/08/2000** Joinder (CROSS-DEFENDANT, HOME SAVING TERMITE CONTROL, INC. AND WAYNE MORRIS' JOINDER OF CROSS-DEFENDANT W.R. GRACE CO.'S MOTION FOR SUMMARY JUDGMENT )
Filed by Attorney for Cross-Defendant

**09/08/2000** Notice (OF LODGMENT OF FEDERAL AUTHORITIES CITED IN CROSS-DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJ.)
Filed by Attorney for Cross-Defendant

**09/08/2000** Notice (OF LODGMENT OF DECLARATIONS AND EXHIBITS OFFERED IN SUPPORT OF CROSS-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION )
Filed by Attorney for Cross-Defendant

**09/08/2000** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**09/08/2000** Statement of Facts (CROSS-DEFENDANTS, HOME SAVING TERMITE CONTROL, INC. AND WAYNE MORRIS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**09/08/2000** Declaration (OF RIKK THOMPSON )
Filed by Attorney for Cross-Defendant

**09/08/2000** Statement of Facts (CROSS-DEFENDANT, RIKK THOMPSON'S, SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS )

Filed by Attorney for Cross-Defendant

**09/08/2000** Motion for Summary Judgment
Filed by Attorney for Cross-Defendant

**09/08/2000** Declaration (OF LESLIE BOTNICK MD. RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Deft and Cross-Complnt

**09/07/2000** Declaration (OF LESLIE BOTNICK, M.D., RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Declaration (OF JAMES S. SMITH, JR., PH.D. )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Declaration (OF GARY SMOLKER IN 0PP TO MO TO CONT TRIAL DATE )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Opposition Document (TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A'S EXCEEDING PAGE
LIMIT )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Declaration (OF MARILOU TERPENNING, MD. SUBMITTED IN OPPOS. TO MO. TO CONTINUE TRIAL
DATE )
Filed by Atty for Deft and Cross-Complnt

**09/07/2000** Supplement (TO MOTION TO CONTINUE TRIAL )
Filed by Attorney for Cross-Defendant

**09/07/2000** Ex-Parte Application (for an order granting leave to exceed 20 pages. )
Filed by Attorney for Cross-Defendant

**09/07/2000** Order (granting ex parte application )
Filed by Court

**09/06/2000** Opposition Document (TO EX-PARTE APPLIC. FORLEAVE TO FILE MEMO OF P/A'S EXCEEDING PAGE
LIMIT )
Filed by Atty for Deft and Cross-Complnt

**09/06/2000** Opposition Document (OPP TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A EXCEEDING PAGE
LIMIT )
Filed by Attorney for Cross-Complainant

**09/06/2000** Reply/Response (TO DFNDNTS & X-CMPLNTNTS' OPP TO X-DFNDNTS' MOTION TO COMPEL
PSYCHIATRIC & PSYCHOLOGICAL RECORDS )
Filed by Attorney for Cross-Defendant

**09/06/2000** Reply/Response
Filed by Attorney for Cross-Defendant

**09/06/2000** Declaration (OF GLENN A. GORLITSKY, M.D., RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Defendant and Cross-Compl

**09/06/2000** Declaration (OF ALICE GRAHM SMOLKER RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Defendant and Cross-Compl

**09/05/2000** Opposition Document (TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A'S )
Filed by Attorney for Defendant/Respondent

**09/05/2000** Order (GRANTING DEFENDANT LEAVE OF COURT TO EXCEED PAGE LENGTH LIMITATION FOR MO
FOR S/J )
Filed by Attorney for Cross-Defendant

**09/05/2000** Ex-Parte Application (OF W.R. GRACE & CO. AND GRACE DAVISON TO EXCEED PAGE LENGTH LIMIT

FOR ITS MO FOR S/J )
Filed by Attorney for Cross-Defendant

**09/01/2000** Joinder (in the Motion to continue Trial by the Pacific Villas Homeowners Association; Points and Authorities; Delcaration of Gary E Yardumian )
Filed by Attorney for Cross-Defendant

**08/31/2000** Notice of Ruling (ON EX PARTE APPLICATION FOR ORDERS CONCERNING COMPLETION OF DEPO OF EVENOR A. MASIS )
Filed by Atty for Defendant and Cross-Compl

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**08/30/2000** Declaration (OF GARY S. SMOLKER IN OPPOSITION TO EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE )
Filed by Atty for Defendant and Cross-Compl

**08/30/2000** Ex-Parte Application (TO CONTINUE TRIAL OR ADVANCE HEARING ON TRIAL CONTINUANCE )
Filed by Attorney for Deft/X-Deft/X-Comp

**08/30/2000** Ex-Parte Application (FOR ORDER COMPELLING THE COMPLETION OF DEPO OF MASIS.. )
Filed by Attorney for Deft/Respnt

**08/29/2000** Declaration (OF GARY SMOLKER & MEMO OF P/A'S IN OPPOS. TO MO. TO COMPEL PROD. OF DOC'S )
Filed by Atty for Deft and Cross-Complnt

**08/25/2000** Motion for Continuance
Filed by Attorney for Defendant/Respondent

**08/22/2000** Opposition Document (MEMO IN OPP TO EX PARTE APPL FOR PROTECTIVE ORDER, ETC. )
Filed by Attorney for Defendant/Respondent

**08/16/2000** Objection (to notice of ruling )
Filed by Attorney for Cross-Defendant

**08/09/2000** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**08/08/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**08/07/2000** Objection Document (OBJ TO PROPOSED ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES AND TO MINUTE ORDER OF 7/31/00 DENYING MOTION TO COMPEL, ETC. )
Filed by Attorney for Defendant/Respondent

**08/04/2000** Objection Document (OBJ TO PROPOSED ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES AND TO MINUTE ORDER OF 7-31-00 DENYING MOTION TO COMPEL, ETC. )
Filed by Attorney for Defendant/Respondent

**08/03/2000** Order (ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES )
Filed by Attorney for Cross-Defendant

**07/27/2000** Declaration (OF WAYNE MORRIS )
Filed by Attorney for Cross-Defendant

**07/27/2000** Miscellaneous-Other (RESULT OF MEET & CONFER OF 7/26/00 RE REQUEST FOR PROD. OF DOCS )
Filed by Atty for Deft and Cross-Complnt

**07/27/2000** Miscellaneous-Other (MEDICAL STATUS OF ALICE SMOLKER )
Filed by Atty for Deft and Cross-Complnt

**07/27/2000** Miscellaneous-Other (LIST OF INTERROGATORIES AS TO WHICH THERE IS NO AGREEMENT )
Filed by Cross-Complainant in Pro Per

**07/27/2000** Status Conference Questionnaire (STATUS CONF MEMO REGARDING STATUS OF PENDING
DISCOVERY )
Filed by Cross-Complainant in Pro Per

**07/25/2000** Answer (TO TERMITE CONTROLS' REPLY TO OPPOS. TO MO. FOR ORDER TO COMPEL RESP. )
Filed by Atty for Deft and Cross-Complnt

**07/25/2000** Reply/Response (TO SMOLKER'S OPPOS. TO MO. TO COMPEL )
Filed by Attorney for Cross-Defendant

**07/24/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**07/20/2000** Request (& STATEMENT IN OPPOS. TO MO. TO COMPEL RESP. TO REQUESTS FOR PROD. OF DOC'S
)
Filed by Atty for Deft and Cross-Complnt

**07/07/2000** Opposition Document (TO MO. TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROG'S SET 2 )
Filed by Attorney for Cross-Defendant

**07/06/2000** Notice of Status Conference filed (And Ruling. )
Filed by Atty for Deft and Cross-Complnt

**06/28/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**06/28/2000** Objection Document (TO PROPOSED RULINGS & ORDER ON MOTION FOR PROTECT. ORDER )
Filed by Attorney for Cross-Defendant

**06/26/2000** Notice of Ruling
Filed by Attorney for X-Deft/X-Comp

**06/22/2000** Notice of Motion (OR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/22/2000** Notice of Ruling (NTC OF RULING & NTC OF HEARING )
Filed by Attorney for Cross-Defendant

**06/22/2000** Ex-Parte Application (DEFTS & X-CMPLNTS SMOLKERS' NTC OF MO AND MOTION FOR PROTECTIVE
ORDER (HEARD EX PARTE PER CT ORDER OF 6/21/00) )
Filed by Atty for Deft and Cross-Complnt

**06/22/2000** Declaration (SUPP DECL OF ROBERT N. RIDENOUR IN OPP TO REQ FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/21/2000** Points and Authorities (SMOLKERS' MEMO OF P&A'S IN OPP TO EX PARTE MO )
Filed by Atty for Defendant and Cross-Compl

**06/21/2000** Joinder (JOINDER OF X-DEFTS HOME SAVING TERMITE, W.F. MORRIS & RIKK THOMPSON IN X-DEFT
GRACE'S EX PARTE APPL )
Filed by Attorney for Cross-Defendant

**06/21/2000** Motion for an Order (GRACES' MO FOR PROTECTIVE ORDER & FOR SANCTIONS )
Filed by Attorney for Cross-Defendant

**06/21/2000** Ex-Parte Application (X-DEFTS W.R. GRACE & GRACE DAVISON EX PARTE APPL FOR ORDER
SHORTENING TIME AND FOR SANCTIONS. )

Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**06/19/2000** Miscellaneous-Other (CALIF. RULE OF COURT RULE 335 STATEMENT (PART II) WITH RESPECT TO MOTION TO COMPEL )
Filed by Attorney for Deft/Respnt

**06/19/2000** Points and Authorities (IN OPPOSITION TO PACIFIC VILLAS HOMEOWNERS' ASSOCIATIONS' TWO MOTIONS TO COMPEL ANSWERS TO INTERROGATORIES AND FOR SANCTION; )
Filed by Atty for Deft and Cross-Complnt

**06/12/2000** Proof of Service (BY FAX ON BRIEF ON RIGHT TO PRIVACY )
Filed by Atty for Deft and Cross-Complnt

**06/12/2000** Brief (ON RIGHT TO PRIVACY )
Filed by Atty for Deft and Cross-Complnt

**06/12/2000** Declaration (OF ROBERT RIDENOUR IN REPLY TO OPPOS. TO MO. TO COMPEL DEPO. )
Filed by Attorney for Cross-Defendant

**06/12/2000** Declaration (OF ROBERT RODENOUR IN REPLY TO OPPOS. TO MO. FOR PROTECT. ORD. )
Filed by Attorney for Cross-Defendant

**06/12/2000** Reply/Response (SUPPLEMENTAL REPLY BRIEF TO MO. TO COMPEL DEPO. )
Filed by Attorney for Cross-Defendant

**06/09/2000** Answer (TO TERMITE CONTROL'S REPLY TO OPPOS. TO MO. TO CONTINUE DEPO )
Filed by Atty for Deft and Cross-Complnt

**06/09/2000** Miscellaneous-Other (CA. RULE OF COURT RULE 335 STATEMENT (PART 1) W/ RESPECT TO MOTION TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**06/08/2000** Brief (X-DEFT'S BRIEF IN SUPP OF MO FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/08/2000** Reply/Response (REPLY OF X-DEFTS TO OPP TO MO TO COMPEL FURTHER DEPOSITION )
Filed by Attorney for Cross-Defendant

**06/07/2000** Motion for an Order (to compel further responses to Gary Smolker's special interroga- tory set no. two propounded to x- defendant )
Filed by Atty for Defendant and Cross-Compl

**06/06/2000** Notice of Change of Address
Filed by Attorney for Defendant/Respondent

**06/06/2000** Notice of Ruling (RE DEPO OF GARY SMOLKER )
Filed by Atty for Deft and Cross-Complnt

**06/06/2000** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**06/05/2000** Motion to Compel (answers to form interrogatories )
Filed by Attorney for X-Deft/X-Comp

**06/05/2000** Motion to Compel (answers to special interrogatories )
Filed by Attorney for X-Deft/X-Comp

**06/05/2000** Proof of Service (BY MAIL OF GARY SMOLKER'S OPPOS. TO MO. FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/05/2000** Declaration (OF GARY SMOLKER & P/A'S IN OPPOS. TO MO. TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**06/05/2000** Reply/Response (TO MOTION FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/02/2000** Points and Authorities (& DECL. RE INSPECTION OF CONDO UNITS IN OPPOS. TO MO. FOR PROTEC. ORDER )
Filed by Atty for Deft and Cross-Complnt

**05/23/2000** Joinder (in motion to compel the continued deposition of Gary Smolker and declaration fo Robert N. Ridenour )
Filed by Attorney for Cross-Defendant

**05/19/2000** Motion to Compel (THE CONTINUED DEPOSITION OF GARY SMOLKER AND DECLARATION OF DAVID M. GREY; )
Filed by Attorney for X-Deft & X-Compl

**05/19/2000** Motion for an Order (FOR PROTECTIVE ORDER BY PVHOA )
Filed by Attorney for X-Deft & X-Compl

**05/08/2000** Notice of Ruling
Filed by Cross-Defendant

**05/04/2000** Objection Document (TO NTC. OF DEPO )
Filed by Atty for Deft and Cross-Complnt

**04/27/2000** Reply/Response (TO OPPOS. TO JOINDER IN MO. TO COMPEL SMOLKER'S DEPO )
Filed by Attorney for Cross-Defendant

**04/26/2000** Reply to Motion (REPLY TO OPP FILED TO MO FOR CASE MGMT PROTECTIVE ORDERS; DECL )
Filed by Attorney for Defendant/Respondent

**04/26/2000** Reply/Response (REPLY TO GARY SMOLKER'S OPP TO MO TO COMPEL DEPO OF X-CMPLNT )
Filed by Attorney for Cross-Defendant

**04/26/2000** Motion to Compel
Filed by Atty for Deft and Cross-Complnt

**04/21/2000** Opposition Document (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER TO EXTEND; ETC. )
Filed by Attorney for Cross-Defendant

**04/21/2000** Reply/Response (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER TO EXTEND; ETC. )
Filed by Attorney for Cross-Defendant

**04/21/2000** Points and Authorities (& DECL. IN OPPOS. TO MO. TO COMPEL DEPO OF GARY SMOLKER )
Filed by Atty for Deft and Cross-Complnt

**04/21/2000** Opposition Document (TO SMOLKER'S MOTION FOR CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**04/19/2000** Opposition Document (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER EXTENDING TIME LIMITATIONS ON DISCOVERY )
Filed by Attorney for Deft/Respnt

**04/17/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**04/14/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**04/10/2000** Miscellaneous-Other (ARGUMENT OF SMOLKER'S & DECL. OF GARY SMOLKER IN OPPOS. TO
EX-PARTE APPLIC. )
Filed by Atty for Deft and Cross-Complnt

**04/10/2000** Opposition Document (ARGUMENT OF CROSS-COMPLAINANTS AND DECL IN OPP TO EX PARTE APPL
FOR ORDER GRANTING MORE TIME TO RESPOND )
Filed by Attorney for Cross-Complainant

**04/10/2000** Order (ORDER EXTENDING TIME FOR SERVICE OF RESPONSE TO INTERROGATORIES )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE
TO INTERROGATORIES, ETC. (X-DEFTHOME SAVING TERMITE CONTROL )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE
TO INTERROGATORIES, ETC. (X-DEFT RIKK THOMPSON) )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE
TO INTERROGATORIES, ETC. (X-DEFT WAYNE MORRIS) )
Filed by Attorney for Cross-Defendant

**04/05/2000** Notice of Filing (proof of service )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    02/26/2018    12/04/2017    09/18/2017    08/08/2017    04/19/2017    11/16/2007    07/03/2007    02/20/2002
11/08/2001    09/25/2001    06/29/2001    04/06/2001    01/26/2001    11/20/2000    10/02/2000    08/30/2000    06/19/2000
04/04/2000    12/17/1999    10/29/1999    09/14/1999    07/07/1999    04/12/1999    11/09/1998    09/01/1998    07/16/1998
06/03/1998    04/22/1998    01/28/1998    12/09/1997

**04/04/2000** Motion to Compel
Filed by Attorney for Cross-Defendant

**04/04/2000** Joinder (NTC OF JOINDER & JOINDER OF X-DEFT W.R. GRACE & CO. AND GRACE DAVISON IN EX
PARTE APPL, ETC. )
Filed by Attorney for Cross-Defendant

**04/04/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER COMPELLING DEPO OF GARY SMOLKER; ALT FOR
ORDER SHORTENING TIME FOR MOTION, ETC. (DENIED 4/4/00)_)
Filed by Attorney for Cross-Defendant

**04/03/2000** Notice of Motion (& MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Points and Authorities (IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration (OF ALICE SMOLKER IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration (OF GARY SMOLKER IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Miscellaneous-Other (ARGUMENT OF SMOLKER'S & DECL. IN OPPOS. TO EX-PARTE APPLIC. FOR
COURT TO ISSUE AN ORDER TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Supporting Docs/ P's & A's
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Motion for an Order
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Opposition Document (ARGUMENT OF CROSS-DEFTS AND DECL IN OPP TO EX PARTE APPL, ETC. )
Filed by Attorney for Defendant/Respondent

**04/03/2000** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/03/2000** Notice to Prepare Clerk Transcript
Filed by Defendant

**03/28/2000** Ntc to Atty re Notice of Appeal
Filed by Clerk

**03/23/2000** Notice of Change of Address
Filed by Attorney for Plaintiff/Petitioner

**03/23/2000** Notice of Appeal
Filed by Defendant

**03/15/2000** Clarification Reptr's Transcript
Filed by Defendant

**02/07/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/25/2000** Order of Dismissal
Filed by Atty for Defendant and Cross-Compl

**01/24/2000** Substitution of Attorney (OF ANGELA VERDUN IN PRO PER, IN PLACE OF WILLIAM E. DAVIS III )
Filed by Attorney for Cross-Defendant

**01/24/2000** Substitution of Attorney (OF GERALD IVORY IN PRO PER, IN PLACE OF WILLIAM E. DAVIS III )
Filed by Attorney for Cross-Defendant

**01/21/2000** Notice of Association of Attorneys
Filed by Attorney for Defendant/Respondent

**01/20/2000** Notice of Ruling (RE OSC RE DISM. OF CROSS-COMPLAINT OF JAMES & JULIE HOLLAND )
Filed by Attorney for Cross-Defendant

**01/20/2000** Notice to Prepare Clerk Transcript
Filed by Respondent

**01/19/2000** Objection Document (TO PROPOSED ORDER RE DISMISSAL OF VERDUN & IVORY )
Filed by Atty for Deft and Cross-Complnt

**01/19/2000** Notice to Prepare Clerk Transcript
Filed by Defendant

**01/18/2000** Brief (RE COURT APPT. OF DISCOVERY REFEREE &/OR TECH. ADVISOR & SUGGESTIONS & RECOMMENDATIONS ON HOW TO IMPLEMENT JUST & RATIONAL PRINCIPLES OF CASE MANAGEMENT )
Filed by Atty for Deft and Cross-Complnt

**01/12/2000** Notice (OF JOINDER IN HOME SAVINGS TERMITE CONTROL'S BRIEF )
Filed by Attorney for Cross-Defendant

**01/10/2000** Brief (RE ALLOCATION OF COSTS FOR COURT APPOINTED DISCOVERY REFEREE &/OR EXPERT )

Filed by Attorney for Cross-Defendant

**01/10/2000** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**01/10/2000** Brief (ADVISORY BRIEF TO COURT RE: FEES OF DESIGNATED EXPERT & DISCOVERY REFEREE
PHASE 1 )
Filed by Attorney for Cross-Defendant

**01/10/2000** Ntc to Prepare Reporters Transcrpt (AND CLERKS TRANSCRIPT )
Filed by Defendant

**01/05/2000** Declaration (OF MICHAEL B. GEIBEL RE OSC RE DISM. )
Filed by Attorney for Cross-Defendant

**01/05/2000** Order (for bifurcation )
Filed by Attorney for X-Deft/X-Comp

**01/04/2000** Notice (OF W/DRAWAL OF MEMO. OF COSTS )
Filed by Attorney for Cross-Defendant

**01/04/2000** Opposition Document (COMMENTS ON & OPPOS. TO PROPOSED ORDER FOR BIFURC. )
Filed by Atty for Deft and Cross-Complnt

**01/04/2000** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**01/04/2000** Ntc to Atty re Notice of Appeal
Filed by Clerk

**01/04/2000** Partial Dismissal(not entire case) (Without Prej., Cross-Complaint filed by:James and Julie Hollard all parties
except as to carol kaye )
Filed by Attorney for Deft/Respnt

**12/30/1999** Notice of Appeal
Filed by Defendant

**12/22/1999** Declaration (OF ROBERT HOFFMAN IN OPPOS. TO MO. TO TAX COSTS RE COST BILL )
Filed by Attorney for Cross-Defendant

**12/22/1999** Opposition Document (OF ALLSTATE TO MO. TO STRIKE COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Declaration (OF ALANNAH SINGER IN SUPPORT OF ALLSTATE'S OPPOS. TO MO. TO STRIKE COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Reply/Response (OF STATE FARM TO NTC. FO CHALLENGE OF COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Points and Authorities (OF CAROL KAY IN OPPOS. TO MO. TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Opposition Document (OF LANCE ROBBINS TO MO. TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**12/21/1999** Opposition Document (TO MO. TO STRIKE OR TAX COSTS OF JAMES HOLLAND )
Filed by Attorney for Cross-Defendant

**12/20/1999** Notice of Continuance (OF HEARING ON CASE MANAGEMENT ORD. )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**12/17/1999** Notice
Filed by Atty for Deft and Cross-Complnt

**12/16/1999** Notice of Hearing (OF OSC RE DISM. )
Filed by Attorney for Cross-Defendant

**12/16/1999** Notice of Continuance (OF HEARING ON CASE MANAGEMENT ORD. )
Filed by Atty for Deft and Cross-Complnt

**12/15/1999** Notice of Lodging (PROPOSED CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**12/15/1999** Notice of Ruling
Filed by Attorney for Cross-Defendant

**12/15/1999** Miscellaneous-Other (PROPOSED CASE MANAGEMENT ORDER )
Filed by Atty for Deft and Cross-Complnt

**12/15/1999** Miscellaneous-Other (PROPOSED CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**12/13/1999** Notice (OF CHALLENGE OF COSTS, & OF MEMO OF COSTS )
Filed by Atty for Deft and Cross-Complnt

**12/10/1999** Points and Authorities (IN OPPOS TO MO. TO STRIKE OR TAX COSTS OF THE SMOLKER'S )
Filed by Attorney for Cross-Defendant

**12/09/1999** Proof of Service (Answer to plaintiff's 5th amended complaint See service list )
Filed by Attorney for Deft/Respnt

**12/09/1999** Notice of Ruling
Filed by Attorney for Deft/Respnt

**12/08/1999** Notice (NOTICE OF TRIAL DATE, FSC DATE )
Filed by Attorney for Pltf/Petnr

**12/07/1999** Notice of Ruling
Filed by Attorney for Cross-Defendant

**12/06/1999** Points and Authorities (IN OPPOS. TO HOME SAVING'S MO. TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**12/01/1999** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**11/29/1999** Memo of Costs
Filed by Defendant

**11/29/1999** Memo of Costs
Filed by Cross-Defendant

**11/29/1999** Notice of Motion
Filed by Atty for Deft and Cross-Complnt

**11/29/1999** Statement of Case (S/C STATEMENT )
Filed by Attorney for Deft/Respnt

**11/29/1999** Status Conference Questionnaire
Filed by Attorney for Cross-Defendant

**11/24/1999** Answer (to 5th amended cross-complaint )
Filed by Attorney for Cross-Defendant

**11/24/1999** Memo of Costs
Filed by Defendant

**11/24/1999** Memo of Costs
Filed by Cross-Defendant

**11/24/1999** Answer to Amended Complaint (Fifth )
Filed by Attorney for Deft/Respnt

**11/24/1999** Answer to Cross-Complaint (Fifth Amended )
Filed by Attorney for X-Deft/X-Comp

**11/24/1999** Request for Dismissal (DISMISSAL OF CROSS-COMPLAINT FILED BY JOSEPH A. BAILEY, II ONLY WITHOUT PREJUDICE )
Filed by Attorney for Cross-Defendant

**11/24/1999** Order of Dismissal (DISMISSAL OF CROSS-DEFENDANTS VIRGINIA K. CIPRIANO, JOSEPH A. BAILEY,II, LANCE J. ROBBINS, JAMES AND JULIE HOLLAND AND MATTHEW J FREDRICKS )
Filed by Attorney for Cross-Defendant

**11/24/1999** Order of Dismissal (DISMISSAL OF CROSS-DEFENDANT FRONTIER PACIFIC INSURANCE COMPANY )
Filed by Attorney for Cross-Defendant

**11/24/1999** Response (TO (PROPOSED) AGENDA FOR STATUS CONFERENCE )
Filed by Attorney for Deft/Respnt

**11/23/1999** Memo of Costs
Filed by Cross-Defendant

**11/23/1999** Answer to Unverified Cross-Compl (fifth amended cross complaint )
Filed by Attorney for Cross-Defendant

**11/23/1999** Answer to Cross-Complaint (;Fifth Amended )
Filed by Attorney for Cross-Defendant

**11/19/1999** Notice of Entry of Judgment (AND/OR DISMISSAL )
Filed by Atty for Defendant and Cross-Compl

**11/19/1999** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**11/19/1999** Miscellaneous-Other (PROPOSED AGENDA FOR S/C )
Filed by Atty for Deft and Cross-Complnt

**11/19/1999** Notice (TO HOME SAVINGS TERMITE CONTROL & GRACE DAVISON, THAT COURT HAS LIFTED DISCOVERY STATY )
Filed by Atty for Deft and Cross-Complnt

**11/19/1999** Memo of Costs (FOR CROSS-DEFENDANTS LANCE J. ROBBINS )
Filed by Plaintiff and Cross-Defendant

**11/18/1999** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**11/17/1999** Notice of Ruling (ON EX-PARTE APPLIC. )
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Declaration (OF SVC. BY FAX OF LETTER BRIEF OF 10/25/ & EXHIBITS ATTACHED THERETO ON JUDGE FRUIN )
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Notice
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**11/15/1999** Notice of Hearing (OF S/C & TSC )
Filed by Atty for Plaintiff and Cross-Deft

**11/12/1999** Memo of Costs
Filed by Defendant

**11/12/1999** Notice (OF ENTRY OF ORDER OF DISMISSAL )
Filed by Attorney for Cross-Defendant

**11/09/1999** Notice of Entry of Judgment
Filed by Clerk

**11/08/1999** Order of Dismissal (SUSTAINING DEMU. OF CROSS-DEFT. DR. HOSEPH FEDORUK AND DISMISSING
CROSS-DEFT. JOSEPH FEDORUK )
Filed by Attorney for Cross-Defendant

**11/08/1999** Order of Dismissal (SUSTAINING CROSS-DEFT. CAROL D. KAY, TRUSTEE, CAROL D. KAY REVOCAB LE
TRUST DEMURRER TO 7TH CA, CROSS-DEFTS. CUMMINS AND WHITE, LARRY ARNOLD, AND LAURA
MCPHERSON )
Filed by Attorney for Defendant & X-Deft

**11/08/1999** Order of Dismissal (SUSTAINING CROSS-DEFT. ALBERT COSTELLO AND CROSS-DEFT. JAMES
HYDE'S DEMURRERS TO 7TH AND 8TH CAUSES OF ACTIN WITHOUT LEAVE TO AMEND )
Filed by Attorney for Cross-Defendant

**11/08/1999** Order of Dismissal (OF CROSS-DEFTS. DENNIS BABBITS AND DEAN AND ASSOCIATES FOLLOWING
SUSTAINING OF DEMURRERS WITHOUT LEAVE TO AMEND WITH PREJUDICE )
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**10/29/1999** ExParte Application & Order (FOR COURT TO ACCEPT ATTACHED PHOTOS & CERTIFICATION OF
ALICE SMOLKER IN OPPOS. TO DEM. OF FRONTIER PACIFIC INS. TO 5TH AMD. CROSS-COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/29/1999** Proof of Service (OF LETTER BRIEF )
Filed by Atty for Deft and Cross-Complnt

**10/25/1999** Supplement (MEMO IN SUPPORT OF DEM. OF JOSEPH BAILEY, II TO 5TH AMD. CROSS- COMPLAINT )
Filed by Attorney for Cross-Defendant

**10/20/1999** Reply/Response (OF ALLSTATE INS. CO. IN SUPPORT OF DEM. TO 5TH AMD. COMPL. )
Filed by Attorney for Cross-Defendant

**10/20/1999** Notice (OF JOINDER OF ALLSTATE INS. CO. IN STATE FARM'S REPLY TO OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Cross-Defendant

**10/20/1999** Notice of Ruling
Filed by Attorney for Deft/Respnt

**10/15/1999** Notice of Change of Hearing/Trial
Filed by Attorney for Cross-Defendant

**10/14/1999** Opposition Document (TO ALLSTATE INS. CO'S DEM. TO 5TH AMD. CROSS-COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/14/1999** Opposition Document (TO ALLSTATE INS. CO'S JOINDER IN STATE FARM'S MO. TO STRIKE PORTION
OF 5TH AMD. COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/13/1999** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**10/12/1999** Reply/Response (TO OPPO TO MOTION )
Filed by Atty for Deft and Cross-Complnt

**10/12/1999** Reply/Response (TO OPPOS. TO MO. FOR COURT TO SIGN & ENTER ORDER'S OF DISM. )
Filed by Atty for Deft and Cross-Complnt

**10/08/1999** Proof of Service (OF EX-PARTE APPL. OF 9/15/99 )
Filed by Atty for Deft and Cross-Complnt

**10/07/1999** Opposition Document
Filed by Attorney for Deft/Respnt

**10/06/1999** Notice of Ruling (RE DENIAL OF EX-PARTE APPLIC. )
Filed by Attorney for Cross-Defendant

**10/06/1999** Joinder (TO OPPOSITION )
Filed by Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE MO. TO STRIKE 5TH AMD. COMPL. BY TRUCK INSURANCE EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE MO. TO STRIKE 5TH AMD. COMPL. BY FARMERS INS. GROUP OF CO.,
FARMERS GROUP, INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE DEM. TO 5TH AMD. COMPL. BY FARMERS INSURANCE GROUP OF CO.,
FARMERS GROUP, INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE DEM. TO 5TH. AMD. COMPL BY TRUCK INSURANCE EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (ST FARM'S REPLY TO CROSS- COMPLAINANTS' OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Deft/Respnt

**10/01/1999** Reply/Response (TO OPPOS. TO DEM. BY STATE FARM FIRE & CASUALTY CO )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (OF STATE FARM TO OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Deft/Respnt

**10/01/1999** Reply/Response (TO OPPOS. TO DEM. TO 5HD AMD. CROSS-COMPL. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (TO OPPOS. TO MO. TO STRIKE FROM 5TH AMD. CROSS-COMPL. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE DEM. TO 5TH AMD. CROSS-COMPL. BY FARMERS INS. GROUP OF CO.,
FARMERS GROUP INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE DEM. TO 5TH AMD. CROSS-COMPL. BY TRUCK INS. EXCHNG. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. CROSS-COMPL. BY FARMERS INS. GROUP OF COMPANIES, FARMERS GROUP INC. AND TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. CROSS-COMPL. BY TRUCK INS. EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Notice (OF JOINDER OF STATE FARM FIRE & CASUALTY CO. IN OPPOS. TO EX-PARTE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE DEM. TO 5TH AMD. X-COMPL. BY FARMERS INS. GROUP OF COMPANIES, FARMERS GRP. & TRUCK UNDERWRITERS ASSOC. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. X-COMPL. BY TRUCK INS. EXCH )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. X-COMPL. BY FARMERS INS. GRP. OF COMPANIES, FARMERS GROUP, INC. AND TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE DEM. TO 5TH AMD. X-COMPL. BY TRUCK INS. EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response
Filed by Attorney for Cross-Defendant

**09/30/1999** Notice of Reassignment and Order (to the Hon. Richard Fruin dept. 15 )
Filed by Atty for Plaintiff and Cross-Deft

**09/30/1999** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**09/29/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**09/29/1999** Notice to Prepare Clerk Transcript
Filed by Defendant

**09/29/1999** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**09/28/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**09/24/1999** Opposition Document (TO JOINDER OF JOSEPH BAILEY IN MO. TO STRIKE )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF W.R. GRAGE & CO. AND GRACE DAVISON )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF ROBBINS )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO TO STRIKE OF ST. FARM FIRE & CASUALTY CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF COREGIS GROUP INC, COREGIS INS. CO., & CALIFORNIA INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF HOLLAND )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF TRUCK INS. EXCHANGE )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF FARMERS INS. GROUP OF CO., FARMERS GROUP, INC
& TRUCK UNDERWRITERS ASSOC. )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF PACIFIC VILLAS HOMEOWNERS ASSOC. )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice (OF P/S )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF JOSEPH BAILEY II )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF FREDERICKS & CIPRIANO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF JAMES & JULIE HOLLAND )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF ROBBINS )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF RELIANCE INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF FRONTIER PACIFIC INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE PUNITIVE DAMAGE ALLEG. OF FREDERICKS & CIPRIANO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice of Continuance (OF MOTION TO STRIKE )
Filed by Attorney for Cross-Defendant

**09/24/1999** Opposition Document (TO DEM. )
Filed by Atty for Deft and Cross-Complnt

**09/21/1999** Ntc to Atty re Notice of Appeal
Filed by Clerk

**09/20/1999** Notice of Appeal
Filed by Attorney for Cross-Complainant

**09/17/1999** Notice of Ruling (on Smolker's ex parte application )
Filed by Attorney for Cross-Defendant

**09/17/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**09/17/1999** Joinder
Filed by Attorney for Deft/Respnt

**09/15/1999** Ex-Parte Application (GARY SMOLKER & ALICE SMOLKER'S APPLICATION FOR COURT ORDER STAY-
ING ALL PROCEEDINGS IN THE TRIAL COURT UNTIL THE COURT OF APPEALS RULES ON 8-10-98 APPEAL )
Filed by Attorney for Deft/X-Deft/X-Comp

**09/15/1999** Opposition Document
Filed by Attorney for Deft/X-Deft/X-Comp

**09/15/1999** Opposition Document

Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**09/14/1999** Ex-Parte Application

Filed by Attorney for Defend/XDefen/XComp

**09/14/1999** Opposition Document (HOLLANDS' OPPO TO SMOLKER EX PARTE )

Filed by Cross-Defendant/Cross-Complainant

**09/14/1999** Reply/Response (TO EX PARTE )

Filed by Cross-Defendant

**09/14/1999** Ex-Parte Application

Filed by Attorney for Cross-Complainant

**09/13/1999** Answer to Cross-Complaint

Filed by Attorney for Cross-Defendant

**09/08/1999** Notice of Reassignment and Order

Filed by Clerk

**09/03/1999** Association of Attorney (Amended )

Filed by Attorney for Cross-Defendant

**09/03/1999** Objection Document (OF CAROL KAY TO SMOLKERS' PROPOSED ORDER SUSTAINING DEM. TO 1ST AND. CROSS-COMPL. W/OUT LV. TO AMEND )

Filed by Attorney for Cross-Defendant

**09/01/1999** Points and Authorities

Filed by Attorney for Deft/Respnt

**09/01/1999** Notice

Filed by Attorney for Deft/Respnt

**09/01/1999** Defendant's Demurrer

Filed by Attorney for Deft/Respnt

**09/01/1999** Request for Judicial Notice

Filed by Attorney for Deft/Respnt

**09/01/1999** Notice of Hearing

Filed by Attorney for Deft/Respnt

**09/01/1999** Demurrer

Filed by Attorney for Deft/Respnt

**09/01/1999** Notice of Motion

Filed by Attorney for Deft/Respnt

**09/01/1999** Motion to Strike

Filed by Attorney for Deft/Respnt

**09/01/1999** Answer to Cross-Complaint (Fifth Amended )

Filed by Atty for Plaintiff and Cross-Deft

**09/01/1999** Objection Document

Filed by Attorney for Cross-Defendant

**08/31/1999** Demurrer
Filed by Attorney for Deft/Respnt

**08/31/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**08/31/1999** Points and Authorities
Filed by Attorney for Deft/Respnt

**08/31/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**08/31/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**08/31/1999** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**08/31/1999** Association of Attorney
Filed by Attorney for Cross-Defendant

**08/27/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**08/27/1999** Answer to Cross-Complaint (Fifth Amended )
Filed by Attorney for Cross-Defendant

**08/24/1999** Miscellaneous-Other (Special Appearance by State Farm Fire and Casualty Company )
Filed by Attorney for Cross-Defendant

**08/19/1999** Notice (-CORRECTION OF ERRATA IN FIFTH AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**08/13/1999** Amended Cross-Complaint (5th )
Filed by Attorney for Deft/Respnt

**08/04/1999** Objection Document (AND CORRECTIONS TO NOTICE OF RULING DATED JULY 30, 1999 )
Filed by Atty for Deft and Cross-Complnt

**08/04/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**07/30/1999** Opposition Document (TO DEMURRER )
Filed by Attorney for Pltf/Petnr

**07/30/1999** Notice of Ruling
Filed by Cross-Defendant

**07/29/1999** Notice of Ruling (ON EX PARTE APPLIC )
Filed by Atty for Deft and Cross-Complnt

**07/28/1999** Notice-Change-Firm Name / Address
Filed by Attorney for Deft/Respnt

**07/28/1999** Opposition Document (TO EX PARTE APPLIC )
Filed by Cross-Defendant

**07/28/1999** Opposition Document (TO MOTION TO STRIKE; )
Filed by Atty for Deft and Cross-Complnt

**07/28/1999** Opposition Document (TO DEMURRER TO FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Atty for Deft and Cross-Complnt

**07/28/1999** Ex-parte Request for Order (Smolkers )

Filed by Attorney for Deft/X-Deft/X-Comp

**07/23/1999** Motion for an Order
Filed by Attorney for Deft/Respnt

**07/23/1999** Miscellaneous-Other
Filed by Attorney for Deft/Respnt

**07/23/1999** Miscellaneous-Other (amended tentative ruling )
Filed by Court

**07/22/1999** Proof of Service (of reply to cross-complainats' opposition to demurrer )
Filed by Attorney for Cross-Defendant

**07/21/1999** Reply/Response (to oppo to demurrer (interinsurance exch) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (in support of joinder (bailey II) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (to smolkers' oppo to motion (holland) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (to smolker' oppo to demurrer (tig) )
Filed by Atty for Plaintiff and Cross-Deft

**07/21/1999** Reply/Response (in support of motion to strike (coregis) )
Filed by Cross-Defendant

**07/21/1999** Request (FOR JUDICIAL NOTICE; )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**07/16/1999** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE AND IN OPPO TO CROSS-DEFENDANTS
PACIFIC VILLAS JOINDER DATED 7-6 )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Points and Authorities (IN OPPO TO MOTION AND JOINDER DATED JULY 6, 1999 )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Points and Authorities (IN OPPO TO MOTIONS TO STRIKE )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Opposition Document (AND TO REQEUST PLEADINGS STRICKEN )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Opposition Document (TO DEMURRER TO FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Declaration (OF GARY SMOLKER DATED 7-13-99 )
Filed by Attorney for Deft/Respnt

**07/13/1999** Notice (OF STATUS OF APPEAL )
Filed by Atty for Deft and Cross-Complnt

**07/08/1999** Joinder
Filed by Attorney for Deft/Respnt

**07/08/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**07/08/1999** Notice of Motion

Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**07/07/1999** Notice of Change of Address
Filed by Attorney for Deft/Respnt

**07/07/1999** Notice-Change-Firm Name / Address
Filed by Attorney for Deft/Respnt

**07/07/1999** Notice of Motion
Filed by Attorney for Deft/X-Deft/X-Comp

**06/30/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/28/1999** Ord (DCA) Dismissing Appeal
Filed by Clerk

**06/28/1999** Demurrer
Filed by Attorney for Deft/Respnt

**06/24/1999** Stipulation (to set aside default )
Filed by Attorney for Cross-Defendant

**06/23/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/23/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/22/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/21/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/21/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/21/1999** Declaration
Filed by Attorney for Deft/Respnt

**06/21/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**06/16/1999** Notice
Filed by Attorney for Deft/Respnt

**06/15/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**06/15/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/14/1999** Request (FOR PRIOR PLEADINGS AND DISCOVERY; )
Filed by Cross-Defendant

**06/03/1999** Proof of Service (summons, 4th amended cross- complaint. Party srvd: Tig Insurance Company )
Filed by Atty for Deft and Cross-Complnt

**06/03/1999** Proof of Service (summons, 4th amended cross- complaint. Party srvd: Tig Insurance Company of Texas )
Filed by Atty for Deft and Cross-Complnt

**06/03/1999** Proof of Service (summons, 4th amended cross comptl Party srvd: Interinsurance Exchang of the Automobile
Club )
Filed by Atty for Deft and Cross-Complnt

**06/03/1999** Proof of Service (summons, 4th amended cross comptl Party srvd: State Farm Fire and Casualty )
Filed by Atty for Deft and Cross-Complnt

**06/03/1999** Proof of Service (summons, 4th amended cross complaint. Party srvd: Alstate Insurance Company )
Filed by Atty for Deft and Cross-Complnt

**06/03/1999** Proof of Service (summons, 4th amended cross complaint. Pary srvd: Nationwide Insurance Company )
Filed by Atty for Deft and Cross-Complnt

**05/18/1999** Summons Issued
Filed by Atty for Deft and Cross-Complnt

**05/18/1999** Amended Cross-Complaint (Fourth )
Filed by Atty for Deft and Cross-Complnt

**05/17/1999** Answer to First Amended Complaint (Unverified )
Filed by Atty for Deft and Cross-Complnt

**05/17/1999** Notice of Ruling
Filed by Atty for Defendant and Cross-Compl

**05/06/1999** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**04/30/1999** First Amended Complaint
Filed by Attorney for Pltf/Petnr

**04/29/1999** Points and Authorities (IN REPLY TO COREGI'S OPPO TO MO. )
Filed by Atty for Deft and Cross-Complnt

**04/29/1999** Joinder (W.R. GRACE & COMPANY, ETC.'S TO THE HOME SAVINGS TERMITE CONTROL'S OPPO )
Filed by Cross-Defendant

**04/29/1999** Joinder (CAROL D. KAY ETC.'S JOINDER TO OPPO OF HOME SAVINGS TERMITE CONT. )
Filed by Cross-Defendant

**04/28/1999** Opposition Document (COREGIS' OPP TO SMOLKERS' MOTION FOR LEAVE TO SERVE )
Filed by Cross-Defendant

**04/28/1999** Opposition Document (TIG'S OPP. TO SMOLKERS' DEMURRER )
Filed by Atty for Plaintiff and Cross-Deft

**04/28/1999** Points and Authorities (IN REPLY TO HOME SAVING'S OPPO TO MOTION )
Filed by Atty for Deft and Cross-Complnt

**04/27/1999** Opposition Document (OF HOME SAVING TERMITE CONTROL TO MOTION FOR ORDER RELIEVING )
Filed by Cross-Defendant

**04/15/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**04/13/1999** Miscellaneous-Other (COUNTER NOTICE OF RULING; )
Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    02/26/2018    12/04/2017    09/18/2017    08/08/2017    04/19/2017    11/16/2007    07/03/2007    02/20/2002
11/08/2001    09/25/2001    06/29/2001    04/06/2001    01/26/2001    11/20/2000    10/02/2000    08/30/2000    06/19/2000

04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**04/12/1999** Motion for an Order
Filed by Attorney for Deft/Respnt

**04/07/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**03/26/1999** Ex-Parte Application (FOR ORDER RELIEVING THE SMOLKERS FROM THE REQUIREMENT OF
SERVING A COPY OF WRITTEN DISCOVERY; )
Filed by Atty for Deft and Cross-Complnt

**03/26/1999** Opposition Document (BY COREGIS INS. CO. ETC. TO EX- PARTE )
Filed by Cross-Defendant

**03/24/1999** Notice (OF STATUS OF APPEALS )
Filed by Atty for Deft and Cross-Complnt

**03/22/1999** Reply/Response (TO DEFENDANTS' OPPO TO MOTION FOR LEAVE TO AMEND; )
Filed by Attorney for Pltf/Petnr

**03/19/1999** Points and Authorities (N OPPO TO MOTION TO FILE FIRST AMENDED COMPL )
Filed by Atty for Deft and Cross-Complnt

**03/19/1999** Miscellaneous-Other (APPENDIX OF EXHIBITS REFERRED TO IN MEMO OF PNA IN OPPO TO MOTION
)
Filed by Atty for Deft and Cross-Complnt

**03/11/1999** Motion for Leave
Filed by Attorney for Pltf/Petnr

**01/21/1999** Notice of Continuance
Filed by Defendant and Cross-Complainant

**01/20/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**01/14/1999** Notice (of status of appeals )
Filed by Attorney for Deft/Respnt

**01/14/1999** Ex-parte Request for Order
Filed by Attorney for Deft/Respnt

**01/05/1999** Objection Document (TO PROPOSED ORDER SUSTAINING )
Filed by Defendant and Cross-Complainant

**01/05/1999** Objection Document (to proposed order sustaining demurrer of cross-deft. Joseph Fedoruk )
Filed by Atty for Deft and Cross-Complnt

**12/21/1998** Notice of Ruling (COUNTER NOTICE )
Filed by Cross-Defendant

**12/17/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**12/03/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**11/25/1998** Ex-parte Request for Order
Filed by Defendant and Cross-Complainant

**11/20/1998** Declaration (SMOLKERS' DEC. RE 11-20-98, OSC )
Filed by Cross-Defendant

**11/19/1998** Declaration (OF GARY S. SMOLKER RE. OSC )
Filed by Defendant and Cross-Complainant

**11/18/1998** Points and Authorities (SMOLKERS', IN REPLY TO OPPO TO MOTION FOR LEAVE TO FILE FOURTH
AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/18/1998** Reply/Response (BY SMOLKERS TO OPPO TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

**11/18/1998** Points and Authorities (BY CAROL D. KAY IN REPLY TO OPPO OF SMOLKERS' )
Filed by Cross-Defendant

**11/18/1998** Reply/Response (TO SMOLKER OPPO TO MOTION TO COMPE )
Filed by Cross-Defendant/Cross-Complainant

**11/18/1998** Reply/Response (TO SMOLKERS' OPPO TO MOTION FOR SERVERANCE; )
Filed by Plaintiff

**11/13/1998** Points and Authorities (SMOLKERS' MEMO OF PNA IN OPPO TO MOTION FOR SEVERANCE )
Filed by Defendant and Cross-Complainant

**11/13/1998** Points and Authorities (in oppo to motions by james and julie holland to compel response to demand for id. )
Filed by Cross-Complainant

**11/13/1998** Opposition Document (smolkers' oppo to motion of cross- defendant carol kay for order compelling verified
answers to form interrogatories; )
Filed by Cross-Defendant

**11/13/1998** Request (for judicial notice )
Filed by Cross-Defendant

**11/13/1998** Points and Authorities (by carol kay in oppo to smolkers' motion for protective order; )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (home saving termite control, inc. w.f. morris and rikk thompson's oppo to motion for
protective order )
Filed by Defendant

**11/13/1998** Opposition Document (home saving termite control inc. w.f.morris and rikk thompson's oppo to motion for
leave to amend )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (to smolkers' motin for leave to file fourth amended cross-comp )
Filed by Plaintiff

**11/13/1998** Opposition Document (by truck insurance exchange, farmers insurance, etc., to motion for protective order )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (truck insurance exchange, farmers insurance group of companies, far- mers...oppo to
motion for leave )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (of sara m. thorpe in oppo to mo. for protective order; )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (coregis' oppo to motion for leave )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (coregis group, coregis insurance's oppo to motion for protective order )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (w.r. grace & co. oppo to motion 4 leave to amend )

Filed by Cross-Defendant

**11/13/1998** Points and Authorities (IN OIPPO TO MOTION FOR LEAVE )
Filed by Cross-Defendant

**11/12/1998** Points and Authorities (IN OPPO TO MOTION FOR PROTECTIVE ORDER; )
Filed by Cross-Defendant/Cross-Complainant

**11/12/1998** Joinder (JOSEPH A. BAILEY, II'S JOINDER IN HOLLAND'S OPPO TO CROSS-COMPLAINAN MOTION FOR LEAVE TO FILE FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/12/1998** Proof of Service (OF SUMMONS ON SECOND AMENDED CROSS COMPLAINT, SECOND AMENDED CROSS- COMPLAINT, SUMMONS ON THIRD AMENDE CROSS-COMPLAINT, NOTICE OF RULING )
Filed by Defendant and Cross-Complainant

**11/12/1998** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**11/12/1998** Notice to Prepare Clerk Transcript
Filed by Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    02/26/2018    12/04/2017    09/18/2017    08/08/2017    04/19/2017    11/16/2007    07/03/2007    02/20/2002    11/08/2001    09/25/2001    06/29/2001    04/06/2001    01/26/2001    11/20/2000    10/02/2000    08/30/2000    06/19/2000    04/04/2000    12/17/1999    10/29/1999    09/14/1999    07/07/1999    04/12/1999    11/09/1998    09/01/1998    07/16/1998    06/03/1998    04/22/1998    01/28/1998    12/09/1997

**11/09/1998** Reply/Response (TRUCK INSURANCE EXCHANGE'S REPLY IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**11/09/1998** Reply/Response (FARMERS INSURANCE GROUP, ETC., REPLY IN SUPPORT OF DEMURRER TO THIRD AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/09/1998** Reply/Response (TIG'S REPLY TO OPPO TO DEMURRER & MOTION TO STRIKE )
Filed by Plaintiff and Cross-Defendant

**11/09/1998** Points and Authorities (HOLLAND OPPO TO CROSS-COMPLAINANTS MOTION FOR LEAVE; )
Filed by Cross-Defendant/Cross-Complainant

**11/09/1998** Points and Authorities (HOLLANDS' PNA IN REPLY TO OPPO TO DEMURRER AND MOTION TO STRIKE; )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (TO SMOLKERS' OPPO TO DEMURRER )
Filed by Cross-Defendant

**11/05/1998** Ntc to Atty re Notice of Appeal
Filed by Clerk

**11/04/1998** Notice of Appeal
Filed by Defendant

**11/03/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**11/02/1998** Notice of Motion
Filed by Attorney for Pltf/Petnr

**11/02/1998** Motion for Leave
Filed by Atty for Deft and Cross-Complnt

**11/02/1998** Points and Authorities (IN OPPO TO DEMURRERS AND MOTIONS TO STRIKE; )
Filed by Plaintiff and Cross-Defendant

**10/30/1998** Motion for an Order
Filed by Atty for Deft and Cross-Complnt

**10/30/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**10/28/1998** Notice (NOTICE OF RULING RE SMOLKER'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING ON CROSS-DEFENDANTS HOLLANDS' MOTION TO COMPEL RESPONSE TO SPECIAL INTERROGATORY)
Filed by Atty for Deft and Cross-Complnt

**10/22/1998** Opposition Document
Filed by Cross-Defendant

**10/22/1998** Ex-parte Request for Order
Filed by Defendant and Cross-Complainant

**10/20/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**10/16/1998** Request (REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**10/16/1998** Notice (NOTICE OF HEARING ON DEMURRER AND DEMURRER TO THIRD AMENDED CROSS-COMPLAINT OF GARY AND ALIE SMOLKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF)
Filed by Attorney for Cross-Defendant

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE MATTERS FROM PLAINTIFF'S THIRD AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF )
Filed by Attorney for Cross-Defendant

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE DEFECTIVE THIRD AMENDED CROSS-COMPLAINT IN ITS ENTIRETY AS TO CROSS-DEFENDANTS COREGIS GROUP, INC., )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice (NOTICE OF HEARING ON DEMURRERS; DEMURRERS OF CROSS-DEFENDANTS COREGIS GROUP, INC., )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice (TIG INSURANCE COMPANY'S NOTICE OF DEMURRER AND DEMURRER TO SMOLKERS' THIRD AMENDED CROSS-COMPLAINT )
Filed by Attorney for Pltf/Petnr

**10/16/1998** Notice of Motion (TIG INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIM FOR UNITIVE DAMAGES FROM SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Plaintiff and Cross-Deft

**10/16/1998** Notice (TIG INSURANCE COMPANY'S NOTICE OF JOINDER IN THE MOTION TO STRIKE AND MOTION TO DISMISS SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Plaintiff and Cross-Deft

**10/16/1998** Notice (NOTICE AND DEMURRER TO THIRD AMENDED CROSS-COMPLAINANT; MEMORANDUM OF

POINTS AND AUTHORITIES; )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION TO STRIKE PORTIONS OF THIRD AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Order to Show Cause (NOTICE OF DEMURRER AND DEMURRER TO THE THIRD AMENDED CROSS-COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF CROSS-COMPLAINANTS THIRD AMENDED CROSS-COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Motion to Strike (MOTION TO STRIKE BY RELIANCE INSURANCE COMPANY )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Request (RELIANCE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION TO STRIKE BY RELIANCE INSURANCE COMPANY )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice (PACIFIC VILLAS HOMEOWNERS ASSOCIATION'S NOTICE OF DEMURRER AND DEMURRER TO SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Points and Authorities
Filed by Attorney for Cross-Defendant

**10/16/1998** Demurrer
Filed by Attorney for Cross-Defendant

**10/16/1998** Motion for an Order
Filed by Attorney for Cross-Defendant

**10/15/1998** Notice (NOTICE OF JOSEPH A. BAILEY, ITS JOINDER IN THE MOITON TO STRIKE THE THIRD AMENDED CROSS- COMPLAINT OF GARY AND ALICE SMOLKER )
Filed by Attorney for Cross-Defendant

**10/15/1998** Notice (NOTICE OF JOSEPH A. BAILEY, IT'S JOINDER IN THE DEMURRER FILED BY CROSS-DEFENDANTS JAMES AND JULIE HOLLAND TO THE THIRD AMENDED CROSS-COMPLAINT OF GARY AND ALICE SMOLKER)
Filed by Attorney for Cross-Defendant

**10/14/1998** Request for Judicial Notice
Filed by Atty for Deft and Cross-Complnt

**10/14/1998** Motion to Strike
Filed by Atty for Deft and Cross-Complnt

**10/14/1998** Demurrer
Filed by Atty for Deft and Cross-Complnt

**10/13/1998** Notice of Motion (PACIFIC VILLAS HOMEONERS ASSOCIATION'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**10/07/1998** Notice of Motion (*AND MO TO COMPEL RESPONSES TO SPECIAL INTERROGS )
Filed by Atty for Defendant and Cross-Compl

**10/07/1998** Notice of Motion (*AND MO TO COMPEL RESPONSES )

Filed by Atty for Defendant and Cross-Compl

**10/05/1998** Notice of Ruling
Filed by Defendant

**09/25/1998** Summons Issued
Filed by Atty for Deft and Cross-Complnt

**09/25/1998** Answer to Third Amended Complaint
Filed by Atty for Deft and Cross-Complnt

**09/25/1998** Notice (OF FILING THIRD AMENDED CROSS-COMP )
Filed by Defendant and Cross-Complainant

**09/17/1998** Notice (of appearance )
Filed by Attorney for Cross-Defendant

**09/14/1998** Notice of Ruling (RE DEMURRERS )
Filed by Cross-Defendant

**09/10/1998** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**09/10/1998** Notice of Ruling (ON DEMURRER )
Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**09/01/1998** Miscellaneous-Other ("RECENT SUPREME COURT DECISION" )
Filed by Defendant and Cross-Complainant

**08/31/1998** Objection Document (TO RESPONSE AND EXHIBIT FILED BY SMOLKER )
Filed by Cross-Defendant

**08/31/1998** Notice of Continuance (OF TRUCK'S DEMURRER AND MOTION )
Filed by Cross-Defendant

**08/31/1998** Notice of Continuance (OF FARMERS INS. GROUP'S DEMURRER AND MOTION TO STRIKE; )
Filed by Cross-Defendant

**08/28/1998** Notice of Continuance (OF DEMURRERS )
Filed by Defendant and Cross-Complainant

**08/27/1998** Reply/Response (TO REPLY BRIEFS OF PVHOA, BAILEY, )
Filed by Defendant and Cross-Complainant

**08/27/1998** Proof of Service (NOTICE OF PROOF OF SERVICE; )
Filed by Defendant and Cross-Complainant

**08/25/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**08/25/1998** Request (TO STRIKE IMPROPER AND UNTIMELY SURREPLY AND EXHIBITS FILED BY SMOLKER; )
Filed by Cross-Defendant

**08/25/1998** Notice to Prepare Clerk Transcript
Filed by Cross-Defendant

**08/24/1998** Reply/Response (W. R. GRACES'S REPLY IN TO SMOLKER OPPO TO MOTION )
Filed by Defendant and Cross-Complainant

**08/24/1998** Reply/Response (W. R. GRACE & CO. REPLY IN SUPPORT OF DEMURRER )
Filed by Defendant and Cross-Complainant

**08/24/1998** Reply/Response (SMOLKERS' REPLIES TO TRUCK; )
Filed by Defendant and Cross-Complainant

**08/24/1998** Reply/Response (BAILEY'S REPLY IN SUPPORT OF THE DEMURRERS OF HOLLAND AND PACIFIC; )
Filed by Cross-Defendant

**08/21/1998** Proof of Service
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TRUCK INSURANCE'S REPLY IN SUPPORT OF MOTION TO STRIKE; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TRUCK INSURANCE'S REPLY IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (OF FARMERS INSURANCE GROUP OF CO. FARMERS GROUP, IN AND TRUCK
UNDER- WRITERS ASSOC. IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (OF PACIFIC VILLAS TO OPPO TO DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN REPLY TO OPPO OF GARY AND ALICE SMOLKER TO THE DEMURRER OF
CROSS- DEFENDANT; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TO SMOLKER MEMORANDUM OF PNA; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF DEMURRERS TO SECOND AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE PURPORTED CLAIMS IN THE SECOND
AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**08/20/1998** Notice to Prepare Clerk Transcript
Filed by Respondent

**08/20/1998** Proof of Service
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRERS OF W.R. GRACE & CO. ETC. )
Filed by Defendant and Cross-Complainant

**08/19/1998** Opposition Document (TO DEMURRER )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF PACIFIC VILLAS HOMEOWNERS' ASSOCIATION; )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF JAMES AND JULIE HOLLAND )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF JOSEPH A. BAILEY, II )
Filed by Defendant and Cross-Complainant

**08/19/1998** Opposition Document (TO MOTION TO STRIKE )

Filed by Defendant and Cross-Complainant

**08/14/1998** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**08/14/1998** Notice to Prepare Clerk Transcript
Filed by Defendant

**08/13/1998** Ntc to Atty re Notice of Appeal
Filed by Commissioner

**08/13/1998** Answer to Cross-Complaint (amended )
Filed by Attorney for Cross-Defendant

**08/11/1998** Proof of Service (AMENDED RE: DEMURRER AND MOTION TO STRIKE )
Filed by Cross-Defendant

**08/10/1998** Notice of Appeal
Filed by Defendant

**08/07/1998** Request (REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (DEMURRER OF JAMES AND JULIE HOLLAND )
Filed by Attorney for Cross-Defendant

**08/07/1998** Motion to Strike (motion to strike portions of Second Amended Cross-Complaint of Gary and Alice Smolker )
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (demurrer to cross-complaints of Gary Smolker and Alice Smolker Second Amended Cross-Complaint )
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (demurrers of cross defendants- Coregis Group, Inc., Coregis Insurance Company and California Insurance to Second Amended Cross Complaint )
Filed by Attorney for Cross-Defendant

**08/07/1998** Motion to Strike (motion to strike claims in second amended cross complaint for punitive damages and attorney fees and allegations against dismissed cross-defendants Dean & Assoc. and Dennis A. Babbits)
Filed by Attorney for Cross-Defendant

**08/07/1998** Joinder (joinder in demurrer filed by cross defendants James and Julie Holland and Pacific Homeowners' Assoc. to 7th COA of Second Amended Cross- Complaint of Gary and Alice Smolker)
Filed by Attorney for Cross-Defendant

**08/07/1998** Miscellaneous-Other
Filed by Attorney for Cross-Defendant

**08/07/1998** Motion to Strike (TRUCKS MOTION )
Filed by Cross-Defendant

**08/07/1998** Demurrer (FARMERS INS. GROUP, FARMERS GROUP AND TRUCK )
Filed by Cross-Defendant

**08/07/1998** Demurrer (BY TRUCK INS. X; )
Filed by Cross-Defendant

**08/07/1998** Motion to Strike (BY FARMERS INS., FARMERS GROUP AND TRUCK; )
Filed by Cross-Defendant

**08/07/1998** Proof of Service
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE (BY TRUCK INS.) )

Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF DEMURRER BY (X-D, FARMERS INS., FARMERS GROUP, AND TRUCK) )
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE (BY FARMERS INS., GROUP OF CO. FARMERS GROUP AND TRUCK) )
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORR OF DEMURRER (BY TRUCK INS.X) )
Filed by Cross-Defendant

**08/07/1998** Answer to Cross-Complaint (Second Amended )
Filed by Attorney for Cross-Defendant

**08/07/1998** Answer to Second Amended Complaint (-Cross )
Filed by Attorney for Pltf/Petnr

**08/05/1998** Association of Attorney (HOLLINS, SCHECHTER & FEINSTEIN HEREBY ASSOCIATES THE LAW OFFICE OF MURAWSKI & GREY 2049 CENTURY PARK EAST, SUITE 900 LOS ANGELES, CA 90067 (310)551-6939)
Filed by Attorney for X-Deft/X-Comp

**08/03/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**08/03/1998** Order (ORDER FOR COMPENSATORY SANCTIONS AGAINST X-COMPLAINT; )
Filed by Clerk

**08/03/1998** Order
Filed by Attorney for Cross-Defendant

**07/29/1998** Reply/Response
Filed by Attorney for Cross-Defendant

**07/29/1998** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**07/27/1998** Points and Authorities (IN OPPO TO MOTION FOR SANCTIONS & REQUEST FOR SANCTIONS; )
Filed by Defendant and Cross-Complainant

**07/21/1998** Notice of Ruling (Corrected )
Filed by Atty for Deft and Cross-Complnt

**07/20/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
  11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
  04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
  06/03/1998   04/22/1998   01/28/1998   12/09/1997

**07/16/1998** Notice of Ruling (Corrected )
Filed by Atty for Deft and Cross-Complnt

**07/16/1998** Notice of Ruling (AMENDED )
Filed by Cross-Defendant

**07/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**07/14/1998** Notice of Motion (TO DISMISS FOR FAILURE TO TIMLEY FILE SECOND AMENDED CROSS-

COMPLAINT )
Filed by Cross-Defendant

**07/14/1998** Answer to Cross-Complaint (of Joseph A. Bailey, II )
Filed by Attorney for Cross-Defendant

**07/14/1998** Answer to Cross-Complaint (of Pacific Villas Homeowners' Association )
Filed by Attorney for Cross-Defendant

**07/14/1998** Answer to Cross-Complaint (Carol D. Kay )
Filed by Attorney for Cross-Defendant

**07/13/1998** Notice of Ruling
Filed by Cross-Defendant

**07/13/1998** Notice of Ruling
Filed by Plaintiff and Cross-Defendant

**07/13/1998** Points and Authorities (IN OPPO TO MOTION FOR DISMISSAL )
Filed by Defendant and Cross-Complainant

**07/13/1998** Second Amended Cross Complaint
Filed by Defendant and Cross-Complainant

**07/10/1998** Motion for an Order (FOR DISMISSAL )
Filed by Defendant and Cross-Complainant

**07/10/1998** Reply/Response (TO OPPO TO MOTION TO QUASH )
Filed by Defendant and Cross-Complainant

**07/10/1998** Order
Filed by Attorney for Cross-Defendant

**07/10/1998** Declaration
Filed by Atty for Deft and Cross-Complnt

**07/10/1998** Ex-parte Request for Order
Filed by Attorney for Cross-Defendant

**07/08/1998** Ex-parte Request for Order (COREGIS GROUP, COREGIS INSURANCE GROUP, CALIFORNIA INS. CO.,
DENNIS BABBITS AND DEAN AND ASSOCIATES )
Filed by Attorney for Cross-Defendant

**07/07/1998** Opposition Document (TO MOTION TO QUASH SUBPOENAS )
Filed by Cross-Defendant

**07/02/1998** Cross-Complaint (of Pacific Villas Homeowners' Association for: 1. Equitable Indemnity; 2. Comparative
Indemnity; 3. Total Indemnity; 4. Declaratory Relief; 5. Strict Liability; 6. Implied Warranty of Fitness; 7. Negligence; 8.
Nuisance; and 9. Breach of Contract)
Filed by Pacific Villas Homeowners' Association (Cross-Complainant)

**07/02/1998** Cross-complaint
Filed by Attorney for X-Deft & X-Compl

**07/02/1998** Answer to First Amended Cross-Comp (Unverified. )
Filed by Attorney for Cross-Defendant

**07/02/1998** Declaration (SUPPLEMENTAL DECLARATION OF ALICE M. GRAHAM IN SUPPORT OF MOTION TO
QUASH )
Filed by Defendant and Cross-Complainant

**06/30/1998** Objection Document (TO NOTICE OF RULING OF JUNE 25, 1998 )
Filed by Defendant and Cross-Complainant

**06/30/1998** Objection Document (TO ORDER OF DISMISSAL OF TWELFTH CAUSE OF ACTION AS TO FRONTIER )
Filed by Defendant and Cross-Complainant

**06/29/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**06/29/1998** Notice of Ruling (on Ex Parte Application )
Filed by Atty for Deft and Cross-Complnt

**06/29/1998** Notice of Ruling (RE DEMURRERS )
Filed by Cross-Defendant

**06/26/1998** Opposition Document (TO PROPOSED ORDER OF DISMISSAL FOLLOWING SUSTAINING OF DEMURRER )
Filed by Defendant and Cross-Complainant

**06/25/1998** Notice of Ruling (RE DEMURRER OF FRONTIER; )
Filed by Cross-Defendant

**06/23/1998** Notice of Ruling (re demurrers )
Filed by Attorney for Cross-Defendant

**06/23/1998** Ex-parte Request for Order
Filed by Cross-Complainant in Pro Per

**06/22/1998** Notice of Ruling
Filed by Cross-Defendant

**06/19/1998** Cross-Complaint (of Carol D. Kay (Total Equitable Indemnity, Implied Express Indemnity, Express Indemnity, Comparative Indemnity, Comparative Indemnity, Declaratory Relief, Equitable Apportionment of Fault, Contribution))
Filed by Carol D. Kay (Cross-Complainant)

**06/19/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**06/19/1998** Cross-complaint
Filed by Attorney for Cross-Defendant

**06/19/1998** Reply/Response (TO OPPO TO MOTION TO COMPEL )
Filed by Cross-Defendant

**06/19/1998** Notice of Ruling
Filed by Cross-Defendant

**06/17/1998** Notice of Ruling (re demurrers )
Filed by Atty for Plaintiff and Cross-Deft

**06/17/1998** Notice (OF REMITTITUR )
Filed by Cross-Defendant

**06/16/1998** Motion to Quash (SUBPOENAS OF PRIVATE RECORDS; )
Filed by Defendant

**06/16/1998** Points and Authorities (AND DECLARATION IN OPPO TO MOTION )
Filed by Defendant and Cross-Complainant

**06/16/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

**06/11/1998** Cross-Complaint (of Joseph A. Bailey, II, for Indemnification, Contribution and Comparative Fault)
Filed by Joseph A. Bailey, II (Cross-Complainant)

**06/11/1998** Cross-complaint (CROSS-COMPLAINT OF JOSEPH A. BAILEY , II ,FOR INDEMNIFICATION, )
Filed by Atty for Plaintiff and Cross-Deft

**06/11/1998** Answer (OF CROSS-DEFENDANT JOSEPH A. BAILEY,II TO CROSS-COMPLAINANTS GARY SMOLKER'S AND ALICE SMOLKER'S FIRST AMENDED CROSS-COMPLAINT FOR DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**06/10/1998** Remittitur (**PETITION GRANTED BY ORDER** )
Filed by Reviewing Court

**06/10/1998** Reply/Response (TO SUPPLEMENTAL OPPO TO DEMURRER )
Filed by Cross-Defendant

**06/10/1998** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**06/09/1998** Joinder (JOINDER OF CROSS-DEFENDANT, CAROL D. KAY, IN OPPO TO MOTION FOR PRO- TECTIVE ORDER )
Filed by Cross-Defendant

**06/05/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER AND REQUEST FOR SANCTIONS; )
Filed by Cross-Defendant

**06/05/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**06/03/1998** Notice of Ruling (NOTICE OF RULING AND OF COURT ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/03/1998** Supplement
Filed by Defendant and Cross-Complainant

**06/01/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**05/29/1998** Stipulation and Order
Filed by Attorney for Pltf/Petnr

**05/27/1998** Points and Authorities (IN OPPO TO DEMURRER AND MOTION TO STRIKE OF CAROL KAY; )
Filed by Defendant and Cross-Complainant

**05/27/1998** Declaration (OF MONTE H. MACHIT SUBMITTED IN OPPO TO REQUEST FOR INDIGENT STAT; )
Filed by Cross-Defendant

**05/27/1998** Notice of Continuance (OF DEMURRER )
Filed by Defendant and Cross-Complainant

**05/26/1998** Amended Proof of Service (BY FAX RE: REPLY OF CUMMINS & WHITE, LLP, LARRY M. ARNOLD AND LAURA N. MACPHERSON TO CROSS COMPLAINTS' OPPOSITION TO DEMURRER )
Filed by Attorney for Pltf/Petnr

**05/26/1998** Points and Authorities (IN OPPO TO DEMURRER )
Filed by Defendant and Cross-Complainant

**05/26/1998** Points and Authorities (IN REPLY TO HOME SAVING, ETC. TO OPPO TO MOTION TO QUASH; )
Filed by Defendant and Cross-Complainant

**05/22/1998** Reply/Response (TO CROSS-COMPLAINANTS' OPPO TO DEMURRERS )
Filed by Plaintiff

**05/22/1998** Reply/Response (IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**05/22/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE; )
Filed by Cross-Defendant

**05/22/1998** Request (FOR JUDICIAL NOTICE IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**05/22/1998** Supplemental Proof of Service
Filed by Cross-Defendant

**05/22/1998** Reply/Response (IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**05/21/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**05/21/1998** Opposition Document (TO MOTION TO QUASH )
Filed by Cross-Defendant

**05/21/1998** Opposition Document
Filed by Cross-Defendant

**05/21/1998** Reply/Response (TO X-COMPS' OPPO TO DEMURRER )
Filed by Cross-Defendant

**05/20/1998** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**05/15/1998** Miscellaneous-Other (CALIFORNIA RULE OF COURT 335 STATEMENT )
Filed by Attorney for Cross-Defendant

**05/15/1998** Notice of Motion (NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING FURTHER RESPON-
SES TO CROSS-DEFENDANT'S DEMAND FOR PRODUCTION OF DOCUMENTS AND OTHER TANGIBLE THINGS )
Filed by Attorney for Cross-Defendant

**05/15/1998** Objection Document (TO DECLARATIONS OF BRYAN SMITH )
Filed by Defendant

**05/15/1998** Notice (OF CORRECTIONS )
Filed by Defendant

**05/15/1998** Supplement (OPPO TO HOME SAVING, MORRIS, AND THOMPSON'S DEMURER & MO. TO STRIKE )
Filed by Defendant and Cross-Complainant

**05/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**05/14/1998** Objection Document (TO NOTICE OF RULING "COUNTER NTC" )
Filed by Cross-Defendant

**05/14/1998** Notice (OF ERRATA )
Filed by Cross-Defendant

**05/14/1998** Notice of Continuance
Filed by Cross-Defendant

**05/14/1998** Points and Authorities (IN OPPO TO DEMURER AND MOTION TO X )
Filed by Defendant and Cross-Complainant

**05/13/1998** Notice (NOTICE OF DEMURRER AND DEMURRER TO THE FIRST AMENDED CROSS- COMPLAINT
FOR DAMAGES ON BEHALF W.R. GRACE AND CO.;GRACE DAVIDSON; ALBERT COSTELLO AND JAMES R,
HYDE; )

Filed by Attorney for Cross-Defendant

**05/13/1998** Miscellaneous-Other (DENURRER TO THE FIRST AMENDED CORSS-COMPLAINT OF GARY AND ALICE SMOLKER BY DEFENDANT W.R. GRACE AND CO.; GRACE DIVISION ALBERT COSTELLO AND JAMES R. HYDE; )
Filed by Attorney for Cross-Defendant

**05/13/1998** Notice of Motion (MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED CROSS-COMPLAINT ; MEMORANDUM OF POINTS AND AUTHORITIES ; PROPOSED ORDER )
Filed by Attorney for Cross-Defendant

**05/13/1998** Request (REQUEST TO TAKE JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**05/13/1998** Declaration (OF ALICE SMOLKER RE INABILITY TO PAY DISCOVERY REF. FEES; )
Filed by Plaintiff and Cross-Defendant

**05/13/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. OF GARY SMOLKER DATED MAY 12-1998 )
Filed by Plaintiff and Cross-Defendant

**05/13/1998** Declaration (OF GARY SMOLKER REGARDING IN- ABILITY TO PAY DISCOVERY REF. FEES )
Filed by Defendant and Cross-Complainant

**05/11/1998** 1N11's Ntc of Hrng on Demurrer (AND DEMURRER TO GARY SMOLKER AND ALICE SMOLKER'S 1ST AMENDED X-COMP.; )
Filed by Attorney for Cross-Defendant

**05/11/1998** Notice of Continuance
Filed by Cross-Defendant

**05/08/1998** Miscellaneous-Other (COUNTER NOTICE OF RULING )
Filed by Defendant and Cross-Complainant

**05/07/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**05/06/1998** Opposition Document (TO MOTION TO COMPEL FURTHER RESP. TO FORM & SPECIAL INTERROGS; )
Filed by Defendant and Cross-Complainant

**05/06/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. OF GARY S. SMOLKER; )
Filed by Defendant and Cross-Complainant

**05/06/1998** Opposition Document (TO MOTION TO QUASH SUBPOENAS & PROTECTIVE ORDER; )
Filed by Cross-Defendant

**05/05/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**05/05/1998** Ex-Parte Application
Filed by Defendant and Cross-Complainant

**05/05/1998** Opposition Document (DECLARATION OF SARA M. THORPE IN OPPO TO EX-PARTE )
Filed by Cross-Defendant

**05/05/1998** Opposition Document (COREGIS' OPPO TO EX-PARTE )
Filed by Cross-Defendant

**05/05/1998** Opposition Document (HOME SAVING'S OPPO TO EX-PARTE )
Filed by Cross-Defendant

**04/30/1998** Notice of Hearing (On Demurrer & Demurrer By Cross- Defendant Dr. Joseph Fedoruk To Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/28/1998** Demurrer (AMENDED DEMURRER BY TRUCK UNDER- WRITERS )

Filed by Cross-Defendant

**04/28/1998** Points and Authorities (TRUCK UNDERWRITERS' AUTHORITIES IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**04/28/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. )
Filed by Defendant and Cross-Complainant

**04/28/1998** Request (FOR SANCTIONS; DEC. OF GARY SMOLKE )
Filed by Plaintiff and Cross-Defendant

**04/27/1998** Demurrer (TO FIRST AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; (PROPOSED) ORDER )
Filed by Attorney for Cross-Defendant

**04/27/1998** Motion to Strike (PORTIONS OF FIRST AMENDED CROSS- COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; (PROPOSED) ORDER )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Hearing (On Demurrers; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Motion (& Motion Of Cross-Def.'s Coregis Group, Inc., etc. To Strike Claims In Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Motion (& Motion Of Cross-Def.'s Dennis A. Babbits & Dean & Associates To Stike Claims In Cross-Complaint; Etc )
Filed by Attorney for Cross-Defendant

**04/23/1998** Declaration (Of Robert D. Hoffman Re Refusal Of Cross-Complainants To Stipulate To Filing Of A Second Amended Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Amended Proof of Service (ON NOTICE OF HEARING ON DEMURRER )
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**04/22/1998** Default Entered (ON FIRST AMENDED COMPLAINT. )
Filed by Attorney for Cross-Complainant

**04/22/1998** Declaration of Diligence
Filed by Attorney for Cross-Complainant

**04/21/1998** Notice of Ruling (on ex parte application for court order to modify or vacate court order made on April 13, 1998 )
Filed by Atty for Deft and Cross-Complnt

**04/21/1998** Notice of Hearing (On Demurrer & Demurrer Of Cross- Def., Carol Kay, Trustee Of The Carol D. Kay Revocable 1989 Trust, Etc. )
Filed by Attorney for Cross-Defendant

**04/21/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**04/21/1998** Notice of Status Conference filed
Filed by Plaintiff

**04/17/1998** Cross-Complaint (of James Holland and Julie Holland for Indemnification, Contribution and Comparative Fault)
Filed by Julie A. Holland (Cross-Complainant); James W. Holland (Cross-Complainant)

**04/17/1998** Cross-complaint
Filed by Attorney for Cross-Defendant

**04/17/1998** Answer to First Amended Cross-Comp
Filed by Attorney for Cross-Defendant

**04/17/1998** Notice of Hearing (on Demurrer and Demurrer by Cummin & White, PPP, Larry M. Arnold and Laura N. Macpherson to the First Amended Cross-Complaint, Etc. )
Filed by Attorney for Pltf/Petnr

**04/16/1998** Notice of Ruling (re application for an emergency protective order prohibiting cross complainants from destroying evidence; etc. )
Filed by Atty for Deft and Cross-Complnt

**04/16/1998** Supplemental Declaration (MEMORANDUM OF PNA TO X-COMPL; )
Filed by Cross-Defendant

**04/16/1998** Notice (OF RESETTING AMENDED MOTIONS; )
Filed by Defendant and Cross-Complainant

**04/15/1998** Notice of Ruling (on ex parte application )
Filed by Attorney for Cross-Defendant

**04/15/1998** Notice of Ruling (regarding 3-10-98 stay of proceedings )
Filed by Attorney for Cross-Defendant

**04/07/1998** Motion for an Order (COMPELLING FURTHER RESPONSES )
Filed by Attorney for Cross-Defendant

**03/25/1998** Notice
Filed by Cross-Defendant

**03/18/1998** Notice
Filed by Cross-Defendant

**03/10/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**03/02/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**03/02/1998** Notice of Hearing (on demurrer, April 7, 1998 9:00am Dept 51 )
Filed by Attorney for Cross-Defendant

**02/27/1998** Opposition Document
Filed by Attorney for Cross-Defendant

**02/27/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**02/26/1998** Motion for an Order (Compelling Further Responses; Etc. )
Filed by Attorney for Cross-Defendant

**02/19/1998** Reply/Response (REPLY IN SUPPORT OF DEMURRER BY CROSS-DEFENDANTS TRUCK )
Filed by Atty for Deft and Cross-Complnt

**02/18/1998** Points and Authorities (Supplemental Memorandum of points and authorities in support of motion to quash subpoenas and/or for protective order limiting deposition subpoenas of private records)
Filed by Atty for Deft and Cross-Complnt

**02/18/1998** Points and Authorities (in opposition to demurrer and motion to strike )
Filed by Atty for Deft and Cross-Complnt

**02/17/1998** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**02/17/1998** Request (for the court to take judicial notice )
Filed by Atty for Deft and Cross-Complnt

**02/13/1998** Points and Authorities (IN OPP TO DR. FEDORUK'S DEMURRER )
Filed by Atty for Deft and Cross-Complnt

**02/10/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**02/10/1998** Demurrer
Filed by Attorney for Cross-Defendant

**02/05/1998** Notice (NOTICE OF RULING RE DEMURRERS )
Filed by Former Attorney for Pltf/Petn

**02/05/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**02/03/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/29/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/29/1998** Reply/Response (of cross defendants Coregis Group Inc., Coregis Insurance Company in support of demurrers to first amended complaint )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (of cross defendants Dennis A. Babbits and Dean & Associates in support of demurrers to first amended cross complaint )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (in support of motion to strike purported claims in the first amended cross complaint for punitive damages and attorneys fees )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response ( to first amended complaint )
Filed by Attorney for Cross-Defendant

**01/29/1998** Objection Document (to reply to brief of Amicus Curiae Untied policyholders in support o f defendants and cross complainant s Gary and Alice Smolker )
Filed by Attorney for Pltf/Petnr

**01/29/1998** Reply/Response (to cross-complainants' opposition to demurrers )
Filed by Attorney for Pltf/Petnr

**01/29/1998** Notice (Amended notice of demurrer )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/18/2017  08/08/2017  04/19/2017  11/16/2007  07/03/2007  02/20/2002
11/08/2001  09/25/2001  06/29/2001  04/06/2001  01/26/2001  11/20/2000  10/02/2000  08/30/2000  06/19/2000
04/04/2000  12/17/1999  10/29/1999  09/14/1999  07/07/1999  04/12/1999  11/09/1998  09/01/1998  07/16/1998
06/03/1998  04/22/1998  01/28/1998  12/09/1997

**01/28/1998** Notice, Association of Counsel (FOLLOWING ATTORNEYS ARE HERBY ASSOCIATED AS

CO-COUNSELFOR CROSS DEFENDANT, RIK THOMPSON, WITH THE LAW FIRM OF DEAN & ASSOCAITES:
PRINDLE, DECKER & AMARO )
Filed by Attorney for Cross-Defendant

**01/28/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**01/28/1998** Demurrer
Filed by Attorney for Cross-Defendant

**01/28/1998** Points and Authorities (in opposition to demurrers by Cummins & White LLP and Larry M. Arnold )
Filed by Atty for Deft and Cross-Complnt

**01/28/1998** Brief (of Amicus Curiae United Policy holders in support of defendants & cross complainants, Gary Smolker
and Alice Smolker )
Filed by Attorney for Deft/Respnt

**01/27/1998** Answer to First Amended Cross-Comp
Filed by Cross-Defendant in Pro Per

**01/23/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/22/1998** Demurrer
Filed by Attorney for Cross-Defendant

**01/20/1998** Joinder (to the notice of motion...etc. )
Filed by Attorney for Cross-Defendant

**01/20/1998** Joinder (to the notice of demurrer...etc. )
Filed by Cross-Defendant

**01/16/1998** Amendment to Complaint (Roe 82 to be Julie A. Holland )
Filed by Atty for Defendant and Cross-Compl

**01/16/1998** Amendment to Complaint (Roe 81 to be James W. Holland )
Filed by Atty for Defendant and Cross-Compl

**01/15/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**01/15/1998** Defendant's Demurrer
Filed by Attorney for Cross-Defendant

**01/15/1998** Notice (of resetting of deposition of Home Savings Termite Control, Inc to January 26, 1998 by court order
and notice of rulings )
Filed by Atty for Deft and Cross-Complnt

**01/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**01/14/1998** Notice (of order staying deposition pending hearing on protective order )
Filed by Attorney for Cross-Defendant

**01/13/1998** Proof of Service
Filed by Attorney for Cross-Defendant

**01/12/1998** Demurrer (NOTICE OF HEARING ON DEMURRER AND DEMURRER BY SRODD-DEFT DR JOSEPH
FEDORUK TO CROSS-COMP. OF GARY SMOLKER, ET AL; MEMO OF PS & AS; )
Filed by Attorney for Cross-Defendant

**01/12/1998** Amended Proof of Service (of errata re continuance of demurrer and motion to strike to February 23, 1998 )
Filed by Attorney for Cross-Defendant

**01/12/1998** Points and Authorities (and declaration of Gary Smolker in opposition to Home Savings Termite Control, Inc.'s motion for protective order to postpone deposition of the PMK of Home Savings termite control Inc.)
Filed by Atty for Deft and Cross-Complnt

**01/12/1998** Points and Authorities (and declaration of Gary Smolker contesting the propriety of W.R. Grace & Company's peremptory challenge of Judge Feffer dated Jan 9, 1998 and objecting to the peremptory challenge)
Filed by Atty for Deft and Cross-Complnt

**01/12/1998** Application-Miscellaneous (Ex parte application for order extending time to respond to form interrogatories, special interr- gatories and requests for admissio n served on cross complainants Gary Smolker & Alice Smolker etc.)
Filed by Atty for Deft and Cross-Complnt

**01/09/1998** Notice (of errata re: demurrer to the first amended cross-complaint for damages and motion to strike portions of the first amended cross complaint )
Filed by Attorney for Cross-Defendant

**01/09/1998** Amended Proof of Service (Re: Notice of demurrer and demurrer to the first amended cross complaint for damages )
Filed by Attorney for Cross-Defendant

**01/09/1998** Declaration of Service (by personal delivery )
Filed by Attorney for Cross-Defendant

**01/08/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/07/1998** Ex-Parte Application (FOR ORDER STAYING DEPO )
Filed by Attorney for Cross-Defendant

**01/07/1998** Notice (FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**01/07/1998** Notice (of deposition of cross defendant Home Savings Termite Control,Inc. and of materials to be produced at deposition by Home Savings Termite Control, Inc. )
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Points and Authorities (and declaration of Gary Smolker in opposition to ex parte application for order to stay the taking of the deposition scheduled to take place on January 12, 1998 )
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Exhibit (referred to in Gary Smolker's declaration dated January 6, 1998 filed in opposition to ex parte application for stay order re deposition scheduled to take place on Jan. 12, 1997)
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Ntc and Acknowledgement of Receipt
Filed by Attorney for Deft/Respnt

**01/07/1998** Proof of Service (OF NOTICE OF REASSIGNMENT TO DEP. 51 UNDER CODE OF CIVIL PROCEDURE SECTION 170.6 )
Filed by Attorney for Pltf/Petnr

**01/07/1998** Proof of Service (OF NOTICE OF TRANSFER TO DEP. 1 FOR REASSIGNMENT UNDER CODE OF CIVIL PROCEDURE SECTION 170.6 PEREMPTORY CHALLANGE )
Filed by Attorney for Pltf/Petnr

**01/07/1998** Notice (of errata )
Filed by Attorney for Cross-Defendant

**01/07/1998** Notice (of amended motion for protective order restricting discovery of Home Savings Termite Control, Inc. supporting declaration of Gary E. Yardumian; Declaration of Wayne Morris;Etc.)
Filed by Attorney for Cross-Defendant

**01/07/1998** Declaration (of Wayne Morris in support of defendant, Home Savings Termite Control, Inc.'s amended motion for protective order restricting discovery of Home Savings Termite Control, Inc.)
Filed by Attorney for Cross-Defendant

**01/06/1998** Notice, Association of Counsel (HEREBY ASSOCIATES AS CO-COUNSEL FOR CROSS-DEFENDANT, HOME SAVINGS TERMITE CONTROL, INC. WITH THE LAW FIRM OF DEAN & ASSOCIATES )
Filed by Attorney for Cross-Defendant

**01/06/1998** Status Conference Questionnaire
Filed by Attorney for Cross-Defendant

**01/05/1998** Request (To Take Judicial Notice )
Filed by Attorney for Cross-Defendant

**01/05/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**01/05/1998** Demurrer
Filed by Attorney for Cross-Defendant

**01/05/1998** Pltf's Ntc of Hrng on Demurrer
Filed by Attorney for Pltf/Petnr

**12/30/1997** Demurrer
Filed by Attorney for Cross-Defendant

**12/22/1997** Demurrer (memo of P&A in support of demurrer )
Filed by Attorney for Cross-Defendant

**12/22/1997** Demurrer (by cross-defts )
Filed by Attorney for Cross-Defendant

**12/22/1997** Answer to Amended Complaint (first )
Filed by Attorney for Deft/Respnt

**12/19/1997** Declaration (DECLARATION OF ROBERT H. SANDS IN SUPPORT OF RELIANCE INS. CO'S MOTION FOR S/A; )
Filed by Attorney for Deft/Respnt

**12/19/1997** Declaration (DECLARATION OF GARY JUDD INSUPPORT OF RELIANCE INSURANCE CO'S MOTION FOR S/A; )
Filed by Attorney for Deft/Respnt

**12/19/1997** Mtn for Summary Adjud of Issues (NOTICE OF MOTION AND MOTION OF RELIANCE INSURANCE CO. FOR S/A )
Filed by Attorney for Deft/Respnt

**12/19/1997** Demurrer (NOTICE OF HEARING ON DEMURRER AND DEMURRER BY CUMMINS & WHITE LLP TO THE FIRST AMENDED CROSS-COMP OF GARY SMOLKER AND ALICE SMOLKER MEMO OF PS & AS IN SUPPORT THEREOF )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Affidavit of Prejudice--Peremptory (Peremptory Challenge CCP 170.6 by Plaintiff TIG Insurance against Judge Frances Rothschild - granted )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Proof of Service (PROOF OF SERVICE OF COURT MINUTE ORDER RE RECUSAL OF JUDGE LICHTMAN ON ALL PARTIES )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Notice (NOTICE OF STATUS CONFERENCE )
Filed by Attorney for Pltf/Petnr

**12/17/1997** Motion to Strike
Filed by Attorney for Cross-Defendant

**12/17/1997** Demurrer
Filed by Attorney for Cross-Defendant

**12/17/1997** Summons Filed
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (FIRST AMENDED SUMMONS Party served: W.R. GRACE & CO. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (AMENDED CROSS-COMPLAINT Party served: Virginia K. Cipriano )
Filed by Attorney for Cross-Complainant

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED CROSS COMPLAINT Party served: LAURA N. MACPHERSON )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: KAY, CAROL D. TRUSTEE, )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: FREDERICKS, MATHEW JOHN )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: ROBBINS, LANCE J. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: VERDUN, ANGELA )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: IVORY, GERALD W. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: JOSEPH A. BAILEY, II )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT; The reason: NO SUCH ADDRESS COULD BE LOCATED NO SUCH ADDRESS Party served: PACIFIC VILLAS HOMEOWNERS ASSN.)
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON FIRST AMENDED CROSS- COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT Party served: JOSEPH FEDORUK

)
Filed by Attorney for Deft/Respnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT Party served: LARRY M. ARHOLD
)
Filed by Attorney for Deft/Respnt

**12/12/1997** Motion to Strike
Filed by Attorney for Cross-Defendant

**12/12/1997** Demurrer
Filed by Attorney for Cross-Defendant

**12/12/1997** Notice of Ruling
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**12/09/1997** Answer to Cross-Complaint (first amended )
Filed by Attorney for Pltf/Petnr

**12/08/1997** Answer to Cross-Complaint (First amended )
Filed by Attorney for Cross-Defendant

**12/08/1997** Notice of Status Conference filed
Filed by Clerk

**11/20/1997** Proof of Service (party served Farmers Group Inc. )
Filed by Attorney for Deft/Respnt

**11/20/1997** Proof of Service
Filed by Attorney for Deft/Respnt

**11/20/1997** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**11/19/1997** Status Conference Questionnaire
Filed by Attorney for Pltf/Petnr

**11/13/1997** Demand for Jury Trial
Filed by Atty for Deft and Cross-Complnt

**11/13/1997** Answer to Complaint (GARY AND ALICE SMOLKER'S ANSWER TO UNVERIFIED COMPL. )
Filed by Atty for Deft and Cross-Complnt

**11/04/1997** Summons Issued
Filed by Atty for Deft and Cross-Complnt

**11/04/1997** Amended Cross-Complaint (First amended )
Filed by Atty for Deft and Cross-Complnt

**10/14/1997** Notice of Ruling
Filed by Attorney for Pltf/Petnr

**10/10/1997** Cross-Complaint (for Damages for: 1. Fraudulent Concealment; 2. Negligence; 3. Strict Liability; 4. Willful
Misconduct; and 5. Action for Abatement of Dangerous Condition)
Filed by GARY SMOLKER (Cross-Complainant); Alice Smolker (Cross-Complainant)

**10/10/1997** Summons Issued

Filed by Attorney for Deft/Respnt

**10/10/1997** Cross-complaint
Filed by Attorney for Deft/Respnt

**10/07/1997** Reply/Response (TO PLFF TIG INS. CO. OPP; )
Filed by Attorney for Deft/Respnt

**10/01/1997** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**09/12/1997** Motion to Quash
Filed by Attorney for Deft/Respnt

**09/08/1997** Notice of Continuance (OF S/C )
Filed by Attorney for Pltf/Petnr

**08/28/1997** Motion to Quash
Filed by Attorney for Deft/Respnt

**08/28/1997** Ex-parte Request for Order (FOR ORDER QUASING NOTICE OF STATUS CONFERENCE )
Filed by Defendant

**08/27/1997** Notice (NOTICE OF ORDER )
Filed by Attorney for Deft/Respnt

**08/27/1997** Status Conference Questionnaire
Filed by Attorney for Pltf/Petnr

**08/22/1997** Notice of Status Conference filed
Filed by Attorney for Pltf/Petnr

**08/11/1997** Notice of Status Conference filed
Filed by Clerk

**07/02/1997** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**07/02/1997** Summons (on Complaint)
Filed by Clerk

**07/02/1997** Civil Case Cover Sheet
Filed by TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION (Plaintiff)

**07/02/1997** Complaint
Filed by TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION (Plaintiff)

**07/02/1997** Complaint

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

12/20/2016    12/03/2001    08/29/2001    01/25/2001    09/11/2000    01/11/2000    09/15/1999    07/13/1998    08/06/1997

**01/25/2018** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS (AND STRIKE ALL COSTS) - **Granted in Part**

**01/18/2018** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion - **Granted in Part**

**12/20/2017** at 08:32 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS - **Denied**

**11/17/2017** in Department 15, Richard Fruin, Presiding
Further Proceedings - **Court makes order**

**10/17/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**10/11/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Off Calendar**

**10/02/2017** at 09:30 am in Department 15, Richard Fruin, Presiding
Court Trial - Short Cause - **Off Calendar**

**09/29/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (J/T - 10/2/17;) - **Completed**

**09/27/2017** in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**09/26/2017** at 08:34 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Advanced to a Previous Date**

**09/22/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (J/T - 10/2/17;) - **Proceeding continued**

**09/19/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Completed**

**08/29/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION-DISMISS - **Continued by Court**

**08/25/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**08/24/2017** in Department 15, Richard Fruin, Presiding
Judgment signed and filed - **Completed**

**08/22/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Held-Continued**

**08/09/2017** in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**06/13/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (MOTION TO DISMISS;) - **Completed**

**05/15/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (TO SET CASE FOR TRIAL) - **Granted**

**01/17/2017** at 08:31 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss ((CONTINUED FROM 12/20/16);) - **Granted**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998
08/06/1997

**12/20/2016** at 08:31 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Granted**

**12/21/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion Hearing (AND APPLICATION FOR COURT ORDERREVOKING ORDER;) - **Off Calendar**

**11/29/2007** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Completed**

**11/07/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS - **Granted**

**10/23/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (2) MOTIONS.RESET FROM OCTOBER 18, 2007)) - **Completed**

**10/17/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (OR TAX MEMORANDUM OF COSTS) - **Continued by Defendant**

**06/18/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (OR TAX MEMORANDUM OF COSTS ONAPPEAL;) - **Off Calendar**

**03/05/2002** at 03:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**02/22/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference (VOLUNTARY; TRIAL SETTING CONF.C/F 1-30-02) - **Proceedings Stayed**

**01/30/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Order to Show Cause Re Sanctions (FOR FAILURE TO APPEAR 1/14/02 andCONF RE EFFECT OF INJUCTION
ORDER) - **OSC Discharged**

**01/18/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Matter continued**

**01/16/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Matter continued**

**01/14/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Court makes order**

**12/21/2001** at 10:00 am in Department 15, Richard Fruin, Presiding
Settlement Conference - **Continued by Court**

**12/11/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Mistrial**

**12/10/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/07/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/06/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/05/2001** at 09:00 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/04/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998   08/06/1997

**12/03/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Jury Sworn**

**11/30/2001** at 10:00 am in Department 15, Richard Fruin, Presiding
Motion Hearing (RE: MOTIONS IN LIMINE) - **Court makes order**

**11/21/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (1) FOR SANCTIONS FOR DISOBEDIENCEOF PRIOR COURT ORDER; 2) FORISSUANCE OF
PROTECTIVE ORDERPREVENTING ORAL DEPO OF DR. BERKE3) ISSUANCE OF PROTECTIVE
ORDERPREVENTING ORAL DEPO OF DR. CONVEY) - **Granted in Part**

**11/20/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike - **Granted**

**11/20/2001** at 04:00 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/16/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference - **Court makes order**

**11/13/2001** at 03:30 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/09/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

**11/06/2001** at 02:30 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Status Conference - **Matter continued**

**11/01/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Case Taken Under Submission**

**10/29/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion Hearing (TO SEVER) - **Court makes order**

**10/26/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**10/22/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Off Calendar**

**10/19/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**10/16/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Denied**

**09/28/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

**09/21/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

**09/14/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**09/04/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Granted in Part**

**08/31/2001** at 02:00 pm in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment - **Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998
 08/06/1997

**08/29/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication ((CONTINUED FROM AUGUST 22, 2001).FINAL STATUS CONFERENCE) - **Matter continued**

**08/22/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication - **Continued by Court**

**08/15/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment - **Matter continued**

**08/08/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause (RE: STATUS OF W.R. GRACE BANKRUPTCY AND PENDING MOTIONS(C/F JULY 30, 2001)) - **Court makes order**

**07/30/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **OSC held and continued**

**07/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **Matter continued**

**06/20/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **Matter continued**

**05/21/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Off Calendar**

**05/11/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication - **Off Calendar**

**05/11/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Order to Show Cause (RE STATUS OF W.R. GRACE &COMPANY'S BANKRUPTCY AND PENDINGMOTIONS) - **Matter continued**

**05/07/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (FOR PROTECTIVE ORDER) - **Off Calendar**

**05/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**04/26/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion Hearing - **Granted**

**04/23/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (for an order directing theissuance of out of statecommissions for depositions) - **Denied**

**04/23/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike - **Court makes order**

**04/19/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION-PROTECTIVE ORDER - **Matter continued**

**04/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (BY W.R. GRACE & CO. TO STAYTHE INSTANT ACTION, OR IN THEALTERNATIVE FOR AN ORDER SHORTEN-ING TIME TO HEAR THE APPLICATIONTO STAY THE INSTANT ACTION) - **Denied**

**04/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding

MOTION-PROTECTIVE ORDER - **Matter continued**

**04/10/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Matter continued**

**04/09/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (to Recover Attorney Fees) - **Matter continued**

**04/03/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Matter continued**

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (FOR AN ORDER COMPELLING INSPECTIONAND TESTING OF RESIDENCE) - **Matter continued**

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (BY CROSS-COMPLAINANT FOR ORDER RESCHEDULING DEPOSITIONS TO ENABLECROSS-COMPLAINANTS TO ATTENDDEPOSITIONS) - **Denied**

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (FOR A PROTECTIVE ORDER) - **Matter continued**

**02/07/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((2) 2 Joinders (c/f 1/25/01)) - **Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998
08/06/1997

**01/25/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((2); Joinders; (c/f 12/13/00)) - **Continued by Court**

**01/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Nunc Pro Tunc Order - **Court makes order**

**01/16/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Trial Date Set**

**01/08/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Granted**

**12/22/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (& to Quash &/or limit Productionof Medical Records (c/f 12/13/00)& Discovery motions c/f 12/13/00) - **Submitted**

**12/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (as to certain causes of action(c/f 12/13/00)) - **Denied**

**12/13/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Prod. of Psych. records;Mo. in Limine to exclude claims& Motions c/f 11/22/00 & 12/6/00) - **Continued by Court**

**12/07/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**12/06/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (or AdjudicationADV. 11/22/00 & C/T 12/13/00) - **Matter continued**

**12/05/2000** at 01:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**11/22/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((3) Joinders (2); c/f 10/6/00) - **Continued by Court**

**11/06/2000** at 09:30 am in Department 15, Richard Fruin, Presiding

Jury Trial (VAC. 9/11/00, TO BE RE-SET AT ALATER DATE) - **Vacated**

**11/03/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Reconsideration (of Court's Order) - **Granted**

**10/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (Jury Trial 11/6/00VAC. 9/11/00, TO BE RE-SET AT ALATER DATE) - **Vacated**

**10/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Quash (Subpoena or Limit ProductionTO BE RESET FOLLING DETERMINATIONOF MSJ'S ON 11/22/00) -
**Off Calendar**

**10/16/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (in Limine to Exclude ClaimsADV. 10/3/00 & VAC. TO BE HELDAT FSC) - **Vacated**

**10/06/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((3) JoindersADV. 10/3/00 & C/T 11/22/00) - **Matter continued**

**10/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Sanctions (ADV. 9/21/00 & RE-SET FOR 10/3/00) - **Advanced to a Previous Date**

**09/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Submitted**

**09/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Continue Trial (& Discovery Cut-OffADV. TO BE HELD 9/11/00) - **Advanced to a Previous Date**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998
08/06/1997

**09/11/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (production of records; Motion toContinue Trial) - **Submitted**

**09/07/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted**

**09/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted**

**08/30/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted in Part**

**08/23/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Denied**

**07/31/2000** at 09:00 am in Department 15, Richard Fruin, Presiding
Jury Trial (ADV. 5/1/00 & C/T 11/6/00) - **Matter continued**

**07/31/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Denied**

**07/28/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel ((c/f 7/18/00 & 7/27/00) S/C) - **Granted**

**07/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Responses (2)ADV. 7/18/00 & C/T 7/28/00) - **Matter continued**

**07/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (Jury Trial 7/31/00ADV. 5/1/00 & C/T 10/27/00) - **Matter continued**

**07/18/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Further Responses & Mo. c/f 7/13) - **Continued by Court**

**07/13/2000** at 01:15 pm in Department 15, Richard Fruin, Presiding

Motion to Compel (& S/C (c/f 7/3/00)) - **Continued by Court**

**07/03/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order (cont. from 6/27/00) - **Continued by Court**

**06/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**06/22/2000** at 03:30 pm in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted in Part**

**06/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**06/13/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (THE CONTINUED DEPO OF GARY SMOLKERMO. FOR PROTECTIVE ORDER; JOINDERS) -
**Granted**

**05/26/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order (limiting number of SpecialInterrog's;ADV & VAC. 5/1/00) - **Vacated**

**05/01/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (for Case Management Orders;to Compel Deposition) - **Granted in Part**

**01/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**01/25/2000** in Department 15, Richard Fruin, Presiding
Non-Appearance (Case Review) - **Completed**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998
 08/06/1997

**01/11/2000** at 08:31 am in Department 15, Richard Fruin, Presiding
OSC RE Dismissal (re Cross-Compl. of James & JulieHolland) - **Completed**

**01/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike (or Tax Costs; Bifurcation Hearing) - **Granted in Part**

**12/28/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike (or Tax CostsC/T 1/5/00, ON COURT'S OWN MOTION,DUE TO COURT BEING DARK) - **Off Calendar**

**12/21/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Other (5-6-04/DO NOT USE) (re: Case Management Order) - **Completed**

**12/20/1999** at 09:30 am in Department 15, Richard Fruin, Presiding
Other (5-6-04/DO NOT USE) (on Case Management OrderC/T 12/21/99 PER DEFT'S REQUEST) - **Off Calendar**

**12/10/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**12/10/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (c/f 11/19/99) - **Granted**

**12/03/1999** at 08:31 am in Department 15, Richard Fruin, Presiding
Status Conference (TSC) - **Completed**

**12/03/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**11/19/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Answers to Interrog's.ADV. TO 11/12/99 & C/T 12/10/99) - **Matter continued**

**11/12/1999** at 08:30 am in Department 15, Richard Fruin, Presiding

Exparte proceeding - **Granted in Part**

**11/09/1999** in Department 85, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**11/08/1999** at 09:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**11/04/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Demurrer sustained without leave**

**10/29/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

**10/26/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Hearing on Demurrer (C/F 10/22/99) - **Submitted**

**10/18/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Submitted**

**10/15/1999** at 08:30 am in Department 85, Dzintra Janavs, Presiding
Other (5-6-04/DO NOT USE) (FOR COURT ORDER TO SIGN PROPOSEDORDERS OF DISMISSAL OF PARTIESWHOSE DEMURRERS WERE SUSTAINEDWITHOUT LEAVE TO AMEND AS TO ALLCAUSES OF ACTION ASSERTED AGAINSTTHEM) - **Off Calendar**

**10/14/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Hearing on Demurrer (*ADVANCED AND CONTINUED PER MINUTE ORDER DATED 1013/99) - **Advanced to a Previous Date**

**10/13/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**10/01/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

**09/21/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP 12/20/2016 12/03/2001 08/29/2001 01/25/2001 09/11/2000 01/11/2000 09/15/1999 07/13/1998 08/06/1997

**09/15/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Completed**

**09/14/1999** at 08:30 am in Department 85, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**09/13/1999** in Department 15, Richard Fruin, Presiding
Order Re: Reassignment of Case - **Completed**

**08/24/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for an Order (COMPELLING FURTHER RESPONSES TOCROSS-DEFENDANT SPECIAL INTERROGS.) - **Vacated**

**08/02/1999** at 09:00 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (to to fourth amended cross-com-plaint by cross-defts. TIG andNationwide Insurance) - **Demurrer overruled**

**07/28/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Granted in Part**

**07/23/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding

Hearing on Demurrer (CONTINUED FROM 3-26-99;) - **Demurrer sustained with leave**

**05/05/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for an Order (RELIEVING THE SMOLKERS FROM THEREQUIREMENT OF SERVING;) - **Demurrer overruled**

**03/26/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (joinders, and motion to amendfourth amended cross-complainant) - **Matter continued**

**01/20/1999** in Department 15, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**01/14/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**12/04/1998** at 02:30 pm in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Motion Denied**

**11/25/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**11/20/1998** at 02:00 pm in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (to third amended cross-complaintand OSC failure to timely servecross-deft. Verdun and failureto enter default of cross-deft.Ivory) - **Matter continued**

**10/22/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**09/04/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer - **Demurrer sustained with leave**

**08/27/1998** in Department 15, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**08/03/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for Sanctions - **Granted**

**07/21/1998** in Department 15, Dzintra Janavs, Presiding
Nunc Pro Tunc Order - **Completed**

**07/14/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Quash (SUPOENA OF PRIVATE RECORDS;) - **Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/20/2016   12/03/2001   08/29/2001   01/25/2001   09/11/2000   01/11/2000   09/15/1999   07/13/1998   08/06/1997

**07/13/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion Hearing - **Denied**

**07/08/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**06/23/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Granted in Part**

**06/12/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer - **Demurrer sustained with leave**

**05/29/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion Hearing - **Granted in Part**

**05/13/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Granted in Part**

**05/05/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding

Motion to Compel - **Granted**

**04/13/1998** at 08:30 am in Department 17, Richard Kalustian, Presiding
Exparte proceeding - **Completed**

**04/07/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Hearing on Demurrer - **Off Calendar**

**03/31/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Motion to Quash - **Off Calendar**

**03/17/1998** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**02/19/1998** at 08:30 am in Department 28, FRANCES ROTHSCHILD, Presiding
Hearing on Demurrer - **Off Calendar**

**01/12/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Affidavit of Prejudice - **Granted**

**01/12/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Exparte proceeding - **Granted**

**01/07/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Exparte proceeding - **Granted**

**12/30/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**12/19/1997** at 08:30 am in Department 28, FRANCES ROTHSCHILD, Presiding
Affidavit of Prejudice - **Granted**

**12/08/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**11/26/1997** at 08:30 am in Department 49, Peter D. Lichtman, Presiding
Status Conference - **Completed**

**10/09/1997** at 08:30 am in Department 49, Peter D. Lichtman, Presiding
Status Conference (& A MO. TO QUASH) - **Motion Denied**

**08/28/1997** at 08:45 am in Department 49, Peter D. Lichtman, Presiding
Exparte proceeding (APPLICATION FOR ORDER QUASHINGSTATUS CONFERENCE) - **Completed**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    12/20/2016    12/03/2001    08/29/2001    01/25/2001    09/11/2000    01/11/2000    09/15/1999    07/13/1998
   08/06/1997

**08/06/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**07/25/1997** at 08:30 am in Department 35, Alexander Williams, III, Presiding
Affidavit of Prejudice - **Granted**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP    12/20/2016    12/03/2001    08/29/2001    01/25/2001    09/11/2000    01/11/2000    09/15/1999    07/13/1998
   08/06/1997

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

## Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

02/26/2018  12/04/2017  09/21/2017  08/14/2017  05/01/2017  12/14/2007  08/29/2007  03/02/2006  12/21/2001
11/08/2001  10/01/2001  08/10/2001  05/07/2001  03/28/2001  01/17/2001  11/21/2000  10/13/2000  09/08/2000
07/25/2000  06/06/2000  03/23/2000  12/17/1999  11/08/1999  09/21/1999  07/22/1999  04/30/1999  12/03/1998
10/13/1998  08/10/1998  06/22/1998  05/11/1998  03/10/1998  01/13/1998  10/10/1997

**05/04/2020** Appeal - Remittitur - Affirmed (B281406)
Filed by Clerk

**04/14/2020** Appellate Order Dismissing Appeal (NOA:05/02/18 B289828)
Filed by Clerk

**03/27/2020** Acknowledgment of Satisfaction of Judgment
Filed by Home Savings Termite Control, Inc. (Cross-Defendant); W. F. Morris (Cross-Defendant)

**03/27/2020** Appeal - Remittitur - Affirmed (B287626)
Filed by Clerk

**08/13/2019** Appeal Record Delivered (Appeal filed 5-2-19)
Filed by Clerk

**04/30/2019** Notice of Change of Address or Other Contact Information
Filed by GARY SMOLKER (Defendant)

**03/04/2019** Appeal - Clerk's Transcript Fee Paid (RESPONDENT PAID)

**02/19/2019** Appeal - Clerk's Transcript Fee Paid (Appellant)

**02/11/2019** Appeal - Notice of Fees Due for Clerk's Transcript on Appeal
Filed by Clerk

**12/18/2018** Appeal - Notice Court Reporter to Prepare Appeal Transcript (NOA 5/2/18)
Filed by Clerk

**12/03/2018** Appeal Document (TURN DOWN LETTER;)
Filed by Clerk

**12/03/2018** Notice of Rejection.
Filed by Clerk

**11/27/2018** Appeal - Ntc Designating Record of Appeal APP-003/010/103
Filed by GARY SMOLKER (Defendant)

**11/20/2018** Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by GARY SMOLKER (Defendant)

**11/20/2018** Ntc Designating Record of Appeal APP-003/010/103
Filed by GARY SMOLKER (Defendant)

**11/14/2018** Appellate Order Granting Relief from Default (ORDER GRANTING RELIEF FROM DEFAULT FOR APPEAL
FILED 05/02/18.)
Filed by Clerk

**08/02/2018** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**05/29/2018** Notice (OF DEFAULT ON APPEAL )
Filed by Clerk

**05/03/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**05/02/2018** Notice of Appeal
Filed by Attorney for Deft/Respnt

**04/05/2018** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**03/09/2018** Notice of Entry of Judgment
Filed by Attorney for Defendant/Respondent

**03/05/2018** Notice of Designation of Record
Filed by Attorney for Cross-Defendant

**03/05/2018** Judgment (amended juddgment of cross deft Home Saving Termite Control Inc and W.F. Morris )
Filed by Court

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**02/26/2018** Designation of Record on Appeal
Filed by Plaintiff/Petitioner

**02/16/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**02/15/2018** Notice of Designation of Record
Filed by Appellant

**02/15/2018** Notice of Appeal
Filed by Appellant

**02/05/2018** Points and Authorities (AND DECLARATION OF GARY SMOLKER IN OPPOSITION TO (PROPOSED) AMENDED JUDGMENT SUBMITTED BY CROSS-DEFENDANTS HOME SAVING TERMITE CONTROL, INC AND W. F. MORRIS (TERMITE CONTROL))
Filed by Attorney for Cross-Complainant

**02/02/2018** Opposition Document (Cross-Defendant/Appellan Gary Smolker's Opposition January 25, 2018 Notice of Ruling Submitted by Home Saving Termite Control, Inc. and W. F. Morris and to Amended Judgment)
Filed by Attorney for Cross-Defendant

**01/29/2018** Notice of Ruling (RE MOTION TO TAX COSTS CLAIMED BY CROSS-DEFENDANTS HOME SAVING TERMITE CONTROL, INC. AND W.F. MORRIS )
Filed by Attorney for Cross-Defendant

**01/25/2018** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS (AND STRIKE ALL COSTS) - **Granted in Part**

**01/25/2018** Stip & Order-use CSR (JULIE PARK CSR 13925 )
Filed by Atty for Defendant and Cross-Compl

**01/25/2018** Order (RE RULING )
Filed by Court

**01/23/2018** Notice of Ruling (RE CROSS-COMPLAINANT'S MOTION TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**01/18/2018** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion - **Granted in Part**

**01/18/2018** Ord-Appt Apprv Rptr as Rptr protem (MARCO NEILLY CSR 13564 )

Filed by Plaintiff & Plaintiff In Pro Per

**01/18/2018** Order (RE RULING )
Filed by Court

**01/17/2018** Declaration (Supplemental declaration of Gary Smolker in Reply to Termite Control's opposition to tax costs )
Filed by Cross-Complainant in Pro Per

**01/17/2018** Ntc to Atty re Notice of Appeal
Filed by Clerk

**01/17/2018** Points and Authorities
Filed by Cross-Complainant in Pro Per

**01/16/2018** Notice of Appeal
Filed by Attorney for Deft/Respnt

**01/12/2018** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**01/12/2018** Miscellaneous-Other (erata interlineation/supplement to Memorandum of Points and Authorities )
Filed by Cross-Complainant in Pro Per

**01/11/2018** Opposition Document (TO GARY SMOLKERS MTN TO TAX AND STRIKE )
Filed by Attorney for Cross-Defendant

**01/10/2018** Points and Authorities
Filed by Cross-Complainant in Pro Per

**01/04/2018** Opposition Document (to Smolker's motion to tax and strike costs claimed by Inter- insurance Exchange of Southern California )
Filed by Attorney for Cross-Defendant

**12/28/2017** Notice (CORRECTION OF COREGIS NOTICE OF RULING DATED DECEMBER 20, 2017 )
Filed by Defendant & Defendant in Pro Per

**12/21/2017** Notice of Ruling (ON MOTION OF CROSS-COMPLAINANT GARY AMOLKER TO TAX AND STRIKE ALL COSTS CLAIMED BY CROSS-DEFENDANTS, COEREGIS GROUP, INC., COREGIS INSURANCE COMPANY AND CALIFORNIA INSURANCE CO.)
Filed by Attorney for Cross-Defendant

**12/20/2017** at 08:32 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS - **Denied**

**12/20/2017** Notice of Motion (MOTION TO TAX AND STRIKE ALL COSTS CLAIMED BY HOME SAVING TERMITE CONTROL, INC. AND W.F. MORRIKS, SUPPORTING MEMO OF P/A; DECL OF GARY SMOLKER RES ID: 17129275512)
Filed by Attorney for Cross-Complainant

**12/20/2017** Ord-Appt Apprv Rptr as Rptr protem (VIENNA NGUYEN CSR 13137 )
Filed by Defendant & X-Defendant & Pro Per

**12/13/2017** Points and Authorities
Filed by Plaintiff & Plaintiff In Pro Per

**12/07/2017** Notice of Motion
Filed by Plaintiff & Plaintiff In Pro Per

**12/07/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**12/07/2017** Points and Authorities
Filed by Attorney for Cross-Defendant

**12/07/2017** Declaration
Filed by Attorney for Cross-Defendant

**12/07/2017** Opposition Document
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/21/2017  08/14/2017  05/01/2017  12/14/2007  08/29/2007  03/02/2006
12/21/2001  11/08/2001  10/01/2001  08/10/2001  05/07/2001  03/28/2001  01/17/2001  11/21/2000  10/13/2000
09/08/2000  07/25/2000  06/06/2000  03/23/2000  12/17/1999  11/08/1999  09/21/1999  07/22/1999  04/30/1999
12/03/1998  10/13/1998  08/10/1998  06/22/1998  05/11/1998  03/10/1998  01/13/1998  10/10/1997

**12/04/2017** Memorandum of Costs ($63149.76 )
Filed by Attorney for Cross-Defendant

**11/28/2017** Notice (OF ENTRY )
Filed by Attorney for Defendant/Respondent

**11/20/2017** Notice of Motion
Filed by Plaintiff & Plaintiff In Pro Per

**11/17/2017** in Department 15, Richard Fruin, Presiding
Further Proceedings - **Court makes order**

**11/17/2017** Order (TO ATTACH 2002 INJUNCTION ORDER OF BANKRUPTCY COURT with Delaware BK Court's order granting modified preliminary injunction attached)
Filed by Court

**11/17/2017** Order ((FILED BY XDEFTS HOME SAVING TERMITE CONTROL AND W.F. MORRIS) ORDER ON XDEFTS' MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL W/IN 2 YS OF MISTRIAL)
Filed by Cross-Defendant

**11/17/2017** Partial Judgment (not entire case) (JGMT DISMISSING CROSS-COMPL AGAINST CROSS-DEFTS HOME SAVING TERMITE CONTROL AND W.F. MORRIS )
Filed by Cross-Defendant

**11/13/2017** Notice of Designation of Record
Filed by Appellant

**11/06/2017** Ntc to Atty re Notice of Appeal
Filed by Clerk

**11/03/2017** Notice of Appeal
Filed by Appellant

**11/02/2017** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**10/23/2017** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**10/19/2017** Memorandum of Costs ($1475.61 (INTERINSURANCE EXCHANGE ET AL) COSTS ENTERED 11/29/17 MEMO TO SCAN UNIT 11/29/17 )
Filed by Cross-Defendant

**10/17/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**10/17/2017** Judgment (JUDGMENT DISMISSING WITH PREJUDICE THE CROSS CLAIMS OF CROSS COMPLAINANT GARY S SMOLKER AGAINST GROSS DEFENDANTS COREGIS GROUP INC COREGIS INSURANCE COMPANY AND CALIFORNIA INSURANCE COMPANY)
Filed by Court

**10/12/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**10/11/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Off Calendar**

**10/04/2017** Notice (OF ENTRY )
Filed by Attorney for Cross-Defendant

**10/04/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**10/02/2017** at 09:30 am in Department 15, Richard Fruin, Presiding
Court Trial - Short Cause - **Off Calendar**

**10/02/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/29/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (J/T - 10/2/17;) - **Completed**

**09/29/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**09/27/2017** in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**09/27/2017** Order (GRANTING MOTION TO DISMISS; )
Filed by Attorney for Cross-Defendant

**09/27/2017** Order (RULING ON SUBMITTED MOTION TO DISMISS CROSS-COMPLAINT; )
Filed by Court

**09/27/2017** Response
Filed by Attorney for Cross-Complainant

**09/27/2017** Judgment (JUDGMENT OF DISMISSAL OF CROSS- DEFENDANT INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SO. CAL. )
Filed by Attorney for Cross-Defendant

**09/27/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/26/2017** at 08:34 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Advanced to a Previous Date**

**09/25/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/25/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/25/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**09/22/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (J/T - 10/2/17;) - **Proceeding continued**

**09/22/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/22/2017** Ord-Appt Apprv Rptr as Rptr protem
Filed by Attorney for Plaintiff/Petitioner

**09/22/2017** Points and Authorities

Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**09/21/2017** Declaration (OF MARK L. KINCAID RE: FINAL STATUS PREPARATION OF CROSS- DEFENDANTS HOME
SAVINGS TERMITE CONTROL, INC. AND W.F. MORRIS )
Filed by Attorney for Cross-Defendant

**09/21/2017** Notice
Filed by Attorney for Cross-Complainant

**09/19/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Completed**

**09/19/2017** Order (APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE )
Filed by Attorney for Defendant/Respondent

**09/19/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Attorney for Cross-Complainant

**09/18/2017** Miscellaneous-Other ("FSC DOCUMENTS" )
Filed by Attorney for Cross-Complainant

**09/12/2017** Supplement
Filed by Attorney for Cross-Defendant

**09/11/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**09/11/2017** Notice (of further cont )
Filed by Attorney for Cross-Defendant

**09/08/2017** Notice of Motion
Filed by Attorney for Cross-Complainant

**09/07/2017** Notice (of entry )
Filed by Attorney for Cross-Defendant

**09/06/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**09/05/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**09/05/2017** Notice
Filed by Attorney for Cross-Complainant

**08/31/2017** Notice
Filed by Attorney for Cross-Defendant

**08/30/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**08/29/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION-DISMISS - **Continued by Court**

**08/29/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**08/28/2017** Motion in Limine (resubmitted no. 19 )

Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 24 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #3 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 4 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #7 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 18 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 12 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 28 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #22 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 21 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #29 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted #23 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 25 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Motion in Limine (resubmitted # 27 )
Filed by Attorney for Cross-Defendant

**08/28/2017** Declaration
Filed by Attorney for Cross-Defendant

**08/28/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**08/28/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**08/25/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**08/25/2017** Notice of Continuance
Filed by Attorney for Cross-Defendant

**08/25/2017** Order (ADVANCING HEARING ON CROSS- COMPLAINANT'S MOTION FOR PROTECTIVE ORDER
FROM 9/26/17, TO 9/8/17; )
Filed by Attorney for Cross-Defendant

**08/25/2017** Notice
Filed by Attorney for Cross-Defendant

**08/24/2017** in Department 15, Richard Fruin, Presiding

Judgment signed and filed - **Completed**

**08/24/2017** Judgment (OF DISMISSAL; )
Filed by Attorney for Cross-Defendant

**08/22/2017** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Held-Continued**

**08/22/2017** Stip & Order-use CSR ( LEANDRA AMBER CSR # 12070 )
Filed by Clerk

**08/22/2017** Request for Judicial Notice (SUPPLEMENTAL )
Filed by Attorney for Cross-Defendant

**08/22/2017** Response
Filed by Attorney for Cross-Defendant

**08/22/2017** Motion for an Order
Filed by Attorney for Cross-Complainant

**08/18/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**08/18/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**08/18/2017** Declaration
Filed by Attorney for Cross-Defendant

**08/17/2017** Points and Authorities
Filed by Defendant and Cross-Complainant

**08/17/2017** Substitution of Attorney (HOME SAVING TERMITE CONTROL )
Filed by Attorney for Defendant/Respondent

**08/17/2017** Substitution of Attorney (FOR W.F. MORRIS )
Filed by Attorney for Defendant/Respondent

**08/16/2017** Opposition Document
Filed by Attorney for Cross-Complainant

**08/15/2017** Response
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**08/14/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**08/09/2017** in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**08/09/2017** Order ( CROSS DEFENDANT,TRUCK INSURA NCE EXCHANGE, MOTION TO DISMISS FOR FAILURE
TO BRING ACTION TO TRIAL WITHIN 5 YEARS OR ALTERNATIVELY FAI LURE TO BRING TRAIL WITHIN)
Filed by Court

**08/08/2017** Points and Authorities
Filed by Attorney for Cross-Complainant

**07/27/2017** Receipt-Depository (Cross-Defendant Home Saving Termite Control, Inc.'s Payment of JURY FEES of

$150.00 )
Filed by Attorney for Cross-Defendant

**07/25/2017** Partial Dismissal (with Prejudice) (as to xc (alice graham aka smolker) as to reliance insurance co. only )
Filed by Atty for Defendant and Cross-Compl

**07/11/2017** Notice-Change-Firm Name / Address
Filed by Attorney for Cross-Defendant

**07/11/2017** Declaration (OF ELISE D. KLEIN IN SUPPORT OF MOTION TO DISMISS CROSS-COMPLAINT OF GARY SMOLKER )
Filed by Attorney for Cross-Defendant

**07/11/2017** Request for Judicial Notice (IN SUPPORT OF MOTION TO DISMISS CROSS-COMPLAINT OF GARY SMOLKER )
Filed by Attorney for Cross-Defendant

**07/11/2017** Motion to Dismiss (FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS OR ALTERNATIVELY FAILURE TO BRING ACTION TO TRIAL WITHIN TWO YEARS )
Filed by Attorney for Cross-Defendant

**07/07/2017** Statement of Facts (EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION )
Filed by Attorney for Defendant/Respondent

**07/03/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**07/03/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**06/14/2017** Points and Authorities (supplemental )
Filed by Attorney for Cross-Defendant

**06/13/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (MOTION TO DISMISS;) - **Completed**

**06/13/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN CSR #13137 )
Filed by Court

**06/13/2017** Order (RULING ON DEF'S MOTION TO SET ASIDE DEFAULT )
Filed by Court

**06/12/2017** Association of Attorney (for Cross-Defendants Home Saving Termite Control, Inc. and W. F. Morris )
Filed by Attorney for Cross-Defendant

**06/09/2017** Response
Filed by Atty for Defendant and Cross-Compl

**06/06/2017** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**06/06/2017** Response
Filed by Attorney for Cross-Defendant

**06/05/2017** Substitution of Attorney
Filed by Attorney for Plaintiff/Petitioner

**05/30/2017** Objection Document
Filed by Attorney for Cross-Defendant

**05/23/2017** Notice (of unavaliability 05-20-17 - 06-04-2017 )
Filed by Attorney for Defendant/Respondent

**05/23/2017** Notice of Ruling
Filed by Defendant & Defendant in Pro Per

**05/23/2017** Points and Authorities (3RD )
Filed by Attorney for Defendant/Respondent

**05/15/2017** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (TO SET CASE FOR TRIAL) - **Granted**

**05/15/2017** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**05/15/2017** Order (RULING ON MOTION TO DISMISS AND MOTION TO SET TRIAL; )
Filed by Court

**05/10/2017** Points and Authorities ("part two" )
Filed by Attorney for Defendant/Respondent

**05/09/2017** Opposition Document
Filed by Attorney for Cross-Defendant

**05/04/2017** Points and Authorities
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**05/01/2017** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**04/26/2017** Stipulation and Order (TO ADVANCE HEARING ON CROSS- DEFENDANTS MOTION TO DISMISS; )
Filed by Attorney for Cross-Defendant

**04/19/2017** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**04/17/2017** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**04/17/2017** Notice of Motion
Filed by Attorney for Cross-Defendant

**04/17/2017** Declaration
Filed by Attorney for Cross-Defendant

**04/06/2017** Motion (TO SET CASE FOR TRIAL )
Filed by Attorney for Defendant/Respondent

**03/24/2017** Notice of Designation of Record
Filed by Appellant

**03/20/2017** Ntc to Atty re Notice of Appeal
Filed by Clerk

**03/15/2017** Notice of Appeal
Filed by Attorney for Plaintiff/Appellant

**01/26/2017** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/26/2017** Notice (ENTRY OF ORDER )

Filed by Attorney for Cross-Defendant

**01/17/2017** at 08:31 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss ((CONTINUED FROM 12/20/16);) - **Granted**

**01/17/2017** Stip & Order-use CSR (K.A. ROLDAN PRO TEMPORE, CSR# 13463 )
Filed by Court

**01/17/2017** Order (fully reflected in the "Order on M otion to Dismiss for Failure to Bring Action to Trial W ithin Five Years as Required by Code of Civil Procedur e Section 583.310)
Filed by Attorney for Cross-Defendant

**01/13/2017** Reply/Response
Filed by Attorney for Cross-Defendant

**01/10/2017** Opposition Document (SECOND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF GARY SMOLKER TO MOITON TO DISMISS )
Filed by Atty for Defendant and Cross-Compl

**12/30/2016** Brief
Filed by Attorney for Cross-Defendant

**12/30/2016** Declaration
Filed by Attorney for Cross-Defendant

**12/20/2016** at 08:31 am in Department 15, Richard Fruin, Presiding
Motion to Dismiss - **Granted**

**12/20/2016** Ord-Appt Apprv Rptr as Rptr protem (V. NGUYEN PRO TEMPORE, CSR# 13137 )
Filed by Court

**12/13/2016** Opposition Document
Filed by Attorney for Cross-Defendant

**12/06/2016** Points and Authorities
Filed by Atty for Deft and Cross-ComplInt

**02/20/2008** Request and Entry of Dismissal (WITH PREJUDICE; CROSS-COMPLAINT AS TO CROSS-DEFENDANT TRUCK INSUR- ANCE EXCHANGE ONLY FILED 8/13/99 )
Filed by Attorney for Pltf/Petnr

**12/21/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion Hearing (AND APPLICATION FOR COURT ORDERREVOKING ORDER;) - **Off Calendar**

**12/20/2007** Notice (OF TAKING COMPLAINT RESPONDENT MOTION AND APPLICATION OFF CALEN- DAR )
Filed by Atty for Deft and Cross-ComplInt

**12/19/2007** Notice of Entry of Dismissal & P/S
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**12/14/2007** Notice of Continuance
Filed by Atty for Deft and Cross-ComplInt

**12/14/2007** Notice (OF ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT (FULL) )
Filed by Attorney for Deft/Respnt

**11/29/2007** at 08:30 am in Department 15, Richard Fruin, Presiding

Exparte proceeding - **Completed**

**11/29/2007** Ex-Parte Application
Filed by Atty for Defendant and Cross-Compl

**11/21/2007** Notice (OF GARY SMOLKER'S UPDATE REGARDING PACIFIC VILLAS' ONGOING UNCONSCION ABLE
CONDUCT; NOTIFICATION OF MIS TAKE AND APOLOGY; )
Filed by Atty for Deft and Cross-Complnt

**11/16/2007** Notice of Motion (FOR ORDER REVOKING ORDER )
Filed by Atty for Deft and Cross-Complnt

**11/16/2007** Declaration (OF ERROL F\KAUFMAN )
Filed by Atty for Deft and Cross-Complnt

**11/14/2007** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/08/2007** Notice (OF ACKNOLWDGEMENT OF SATISFACTION OF JUDGMENT (FULL) )
Filed by Attorney for Deft/Respnt

**11/07/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
MOTION - TAX COSTS - **Granted**

**11/05/2007** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**10/31/2007** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**10/31/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**10/30/2007** Reply/Response
Filed by Attorney for Cross-Defendant

**10/25/2007** Opposition Document
Filed by Atty for Deft and Cross-Complnt

**10/23/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (2) MOTIONS.RESET FROM OCTOBER 18, 2007)) - **Completed**

**10/17/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (OR TAX MEMORANDUM OF COSTS) - **Continued by Defendant**

**10/11/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**10/11/2007** Notice (OF SETTLEMENT OF GARY SMOLKER DISPUTE WITH ALLSTATE INSURANCE COMPANY AND
WITHDRAWAL OF THAT PORTIONS OF THE MOTION )
Filed by Atty for Deft and Cross-Complnt

**10/09/2007** Motion to Strike (AND TAX COSTS )
Filed by Attorney for Cross-Defendant

**10/09/2007** Notice (OF SETTLEMENT OF GARY SMOLKER'S DISPUTE WITH ALLSTATE INSURANCE COMPANY
AND WITHDRAWAL OF THAT PORTION OF THE MOTION(S) TO STRIKE COSTS SET TO BE HEARD ON 10/18/07; )
Filed by Atty for Defendant and Cross-Compl

**10/05/2007** Notice of Continuance
Filed by Clerk

**10/03/2007** Declaration (OF ANGIE M. BICKEL )
Filed by Attorney for Cross-Defendant

**10/03/2007** Opposition Document
Filed by Attorney for Cross-Defendant

**09/27/2007** Satisfaction of Judgment (IN FULL )
Filed by Attorney for Defendant/Respondent

**09/19/2007** Memorandum of Costs (BY GARY SMOLKER IN THE AMOUNT OF $2,605.82 FILED )
Filed by Cross-Complainant

**09/17/2007** Notice (OF AGREEMENTS TO EXTEND TIME TO FILE MOTION TO SRIKE AND/OR TO TAX COSTS ON APPEAL )
Filed by Atty for Deft and Cross-Complnt

**09/17/2007** Motion to Strike
Filed by Atty for Deft and Cross-Complnt

**09/17/2007** Notice of Continuance
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/21/2017  08/14/2017  05/01/2017  12/14/2007  08/29/2007  03/02/2006
12/21/2001  11/08/2001  10/01/2001  08/10/2001  05/07/2001  03/28/2001  01/17/2001  11/21/2000  10/13/2000
09/08/2000  07/25/2000  06/06/2000  03/23/2000  12/17/1999  11/08/1999  09/21/1999  07/22/1999  04/30/1999
12/03/1998  10/13/1998  08/10/1998  06/22/1998  05/11/1998  03/10/1998  01/13/1998  10/10/1997

**08/29/2007** Memo of Costs on Appeal ($646.00 TO DEPT. 15 MOTION TO STRIKE COSTS ON APPEAL 10/17/07 NO COURT FILE 8/30/07 )
Filed by Attorney for Deft/Respnt

**08/28/2007** Memorandum of Costs (ON APPEAL FILED BY JAMES HOLLAND AND JULIE HOLLAND CLAIMS FROM GARY SMOLKER IN THE AMOUNT OF $731.63 FILED )
Filed by Defendant/Respondent

**08/22/2007** Motion to Strike (OR TAX )
Filed by Atty for Deft and Cross-Complnt

**08/17/2007** Memo of Costs on Appeal ($369.71 TO DEPT. 15 MOTION TO STRIKE COSTS ON APPEAL 10/18/07 NO COURT FILE 9/11/07 )
Filed by Attorney for Deft/Respnt

**08/15/2007** Remittitur (ORDER REMITTITUR ISSUED ON 8-9-07 S/T D-15 8-23-07 )
Filed by Clerk

**08/10/2007** Memo of Costs on Appeal ($997.77 SEND TO ARCHIVES 8-13-07 )
Filed by Attorney for Deft/Respnt

**07/03/2007** Remittitur (DISMISSED REMITTITUR ISSUED ON 7-2-07 S/T D-15 7-5-07 )
Filed by Clerk

**06/18/2007** at 08:35 am in Department 15, Richard Fruin, Presiding
Motion to Strike (OR TAX MEMORADUM OF COSTS ONAPPEAL;) - **Off Calendar**

**06/15/2007** Notice (OF TAKING CROSS-COMPLAINAT/APPEL- LANT GARY SMOLKER'S MOTION TO STRIKE OR TAX MEMORANDUM OF COSTS ON APPEAL OFF CALENDAR )
Filed by Atty for Deft and Cross-Complnt

**06/01/2007** Notice (OF WITHDRAWAL OF MEMO OF COSTS )
Filed by Atty for Deft and Cross-Complnt

**05/21/2007** Notice (OF WITHDRAWAL OF CROSS-DEFENDANT JOSEPH A, BAILEY, II'S PREMATURELY FILED MEMO OF COSTS OF APPEAL )
Filed by Atty for Deft and Cross-Complnt

**05/16/2007** Notice (OF WITHDRAWAL OF DEFENDANTS JAMES HYDE AND ABLERT J. COSTELLO'S PREMATURELY FILED MEMO OF COSTS )
Filed by Attorney for Deft/Respnt

**05/15/2007** Memo of Costs on Appeal ($369.71 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**05/07/2007** Memo of Costs on Appeal ($491.47 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT FILE 5/17/07 )
Filed by Respondent

**04/27/2007** Memo of Costs on Appeal ($981.98 (AMENDED) TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**04/23/2007** Memo of Costs on Appeal ($981.98 TO DEPT. 15 MOTION TO STRIKE/TAX COSTS 6/18/07 NO COURT FILE 5/17/07 )
Filed by Attorney for Deft/Respnt

**01/11/2007** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**05/19/2006** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**04/24/2006** Remittitur (DISMISSED REMITTITUR ISSUED ON 4-19-06 S/T D-15 4-25-06 )
Filed by Clerk

**04/12/2006** Remittitur (ORDER TO DIMISS APPEAL REMITTITUR ISSUED ON 4-7-06 S/T D-15 4-13-06 )
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**03/02/2006** Request and Entry of Dismissal
Filed by Attorney for Cross-Complainant

**01/18/2006** Miscellaneous-Other (ntc of death of deft albert costello )
Filed by Attorney for Cross-Defendant

**04/16/2004** Notice (OF CHANGE OF FIRM NAME )
Filed by Cross-Defendant

**02/27/2003** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**05/06/2002** Notice (of change of firm name )
Filed by Attorney for Cross-Defendant

**03/11/2002** Notice-Change-Firm Name / Address
Filed by Attorney for Cross-Defendant

**03/05/2002** at 03:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**02/22/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference (VOLUNTARY; TRIAL SETTING CONF.C/F 1-30-02) - **Proceedings Stayed**

**02/21/2002** Notice (TO REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE )

Filed by Cross-Defendant

**02/20/2002** Notice (OF CONFIDENTIAL SETTLMENT CONFER- ENCE STATEMENT OF INTERINSURANCE
EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA )
Filed by Cross-Defendant

**02/19/2002** Brief (CONFIDENTIAL STATUS CONFERENCE BRIEF OF RESPONDENTS ON APPEAL JAMES AND
JULIE HOLLAND )
Filed by Attorney for X-Deft & X-Compl

**02/13/2002** Objection Document
Filed by Defendant and Cross-Complainant

**02/08/2002** Notice (OF RESTRAINING ORDER AND LIQUIDATION AS TO CROSS-DEFENDANT FORNTIER PACIFIC
INSURANCE COMPANY )
Filed by Attorney for Cross-Complainant

**02/08/2002** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**02/05/2002** Proof of Service
Filed by Attorney for Cross-Defendant

**02/01/2002** Notice of Ruling
Filed by Cross-Defendant

**01/30/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Order to Show Cause Re Sanctions (FOR FAILURE TO APPEAR 1/14/02 andCONF RE EFFECT OF INJUCTION
ORDER) - **OSC Discharged**

**01/30/2002** Notice (OF EXHIBITS "A" AND "B" TO DECLAR- ATION OF HALEH R. JENKINS IN OPPOSITION TO OSC
RE SANCTIONS )
Filed by Cross-Defendant

**01/28/2002** Declaration (GARY E. YARDUMIAN )
Filed by Cross-Defendant

**01/18/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Matter continued**

**01/16/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Matter continued**

**01/14/2002** at 01:30 pm in Department 15, Richard Fruin, Presiding
Settlement Conference - **Court makes order**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**12/21/2001** at 10:00 am in Department 15, Richard Fruin, Presiding
Settlement Conference - **Continued by Court**

**12/11/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Mistrial**

**12/10/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/07/2001** at 09:30 am in Department 15, Richard Fruin, Presiding

Jury Trial - **Trial continued**

**12/06/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/05/2001** at 09:00 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/04/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Trial continued**

**12/04/2001** Motion in Limine
Filed by Cross-Defendant

**12/03/2001** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial - **Jury Sworn**

**12/03/2001** Notice (of intention to offer videotaped )
Filed by Defendant and Cross-Complainant

**12/03/2001** Notice (OF CORRECTED NOTICE OF RULING ON MOTION OF CAROL KAY TO STRIKE AND/ OR TAX
COSTS )
Filed by Defendant and Cross-Complainant

**11/30/2001** at 10:00 am in Department 15, Richard Fruin, Presiding
Motion Hearing (RE: MOTIONS IN LIMINE) - **Court makes order**

**11/30/2001** List of Witnesses
Filed by Attorney for Deft/Respnt

**11/30/2001** Motion in Limine (TO EXCLUDE TESTIMONY )
Filed by Attorney for Cross-Defendant

**11/30/2001** Memorandum - Other
Filed by Attorney for Deft/Respnt

**11/30/2001** Statement of Case
Filed by Attorney for Deft/Respnt

**11/30/2001** Objection Document
Filed by Attorney for Cross-Defendant

**11/29/2001** Opposition Document (to motions in limine no. 10-15, 17-19 and 21-31 )
Filed by Defendant and Cross-Complainant

**11/29/2001** Opposition Document
Filed by Cross-Defendant

**11/28/2001** Declaration (OF GARY S. SMOLKER )
Filed by Defendant and Cross-Complainant

**11/28/2001** Motion in Limine (#33 PRECLUDING INTORDUCTION OF EVIDENCE REGARDING ANY TESTIMONY )
Filed by Cross-Defendant

**11/28/2001** Motion in Limine (#32 TO EXCLUDE INTRODUCTION OF OR TESTIMONY )
Filed by Cross-Defendant

**11/28/2001** Request for Dismissal (without prejudice; Cross-Complaint of Pacific Villas Homeowners Ass )
Filed by Atty for Deft and Cross-Complnt

**11/28/2001** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/28/2001** Opposition Document (TO MIL #9 )

Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #8 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #7 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #5 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #4 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #3 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #2 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Opposition Document (TO MIL #1 )
Filed by Defendant and Cross-Complainant

**11/28/2001** Motion in Limine (TO PRECLUDE MENTION THAT SYLOID 244 HAS BEEN REGESITERED AS A PEST
ICIDE UNDER THE TRADE NAME DRI-OUT INSETICIDE )
Filed by Defendant and Cross-Complainant

**11/28/2001** Motion in Limine (@1 TO PRECLUDE EVIDENCE OF PRIOR LITIGATION INVOLVING GARY SMOLKER )
Filed by Defendant and Cross-Complainant

**11/27/2001** Proof of Service
Filed by Attorney for Cross-Defendant

**11/27/2001** Motion in Limine (TO PRECLUDE EVIDENCE OF PRIOR LITIGATION INVOLVING GARY SMOLKER;
DECLARATION OF ALICE GRAHAM )
Filed by Atty for Defendant and Cross-Compl

**11/21/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (1) FOR SANCTIONS FOR DISOBEDIENCEOF PRIOR COURT ORDER; 2) FORISSUANCE OF
PROTECTIVE ORDERPREVENTING ORAL DEPO OF DR. BERKE3) ISSUANCE OF PROTECTIVE
ORDERPREVENTING ORAL DEPO OF DR. CONVEY) - **Granted in Part**

**11/21/2001** Ex-Parte Application (FOR ISSUANCE OF PROTECTIVE ORDER PREVENTING THE ORAL DEPOSITION
OF JULIAN CONVEY )
Filed by Attorney for Cross-Defendant

**11/21/2001** Order (PROTECTIVE ORDER AGAINST RESUMPTION OF THE ORAL DEPOSITION OF DR. JERRY
BERKE ON NOVEMBER 26, 2001 )
Filed by Attorney for Cross-Defendant

**11/21/2001** Order (W.R.GRACE - PROTECTIVE ORDER AGAINST ANY RESUMPTION OF ORAL DEPOSITION OF
JULIAN CONVEY ON 11-26-01 )
Filed by Attorney for Cross-Defendant

**11/21/2001** Motion in Limine (#31 TO LIMIT DR. NACHMAN BRAUTBAR' S TESTIMONY )
Filed by Cross-Defendant

**11/21/2001** Ex-Parte Application (FOR ISSUANCE OF PROTECTIVE ORDER PREVENTING THE ORAL DEPOSITION
OF DR. JERRY BERKE )
Filed by Attorney for Cross-Defendant

**11/20/2001** at 08:30 am in Department 15, Richard Fruin, Presiding

Motion to Strike - **Granted**

**11/20/2001** at 04:00 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/20/2001** Motion in Limine (#30 to exclude Robert J. Sacker from testifying as an expert wit- ness )
Filed by Cross-Defendant

**11/19/2001** Opposition Document (OF EXPARTE APPLICATION FOR ORDER OF DEPOSITION OF DR. THOMAS MOORE )
Filed by Attorney for Objector

**11/16/2001** at 08:30 pm in Department 15, Richard Fruin, Presiding
Final Status Conference - **Court makes order**

**11/15/2001** Notice (OF SUPPLEMENTAL AGENDA FOR STATUS CONFERENCE ON 11/16/01 )
Filed by Defendant and Cross-Complainant

**11/15/2001** Points and Authorities
Filed by Cross-Defendant

**11/14/2001** Opposition Document
Filed by Cross-Defendant

**11/14/2001** Request for Jury Instructions
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#28 precluding testimony of Ray Woodcock as an expert witness )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#27 to preclude reference to Angela Verdun's health condition ir complaint to the dept. of pest- icide regulation )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#26 to trifurcate issues of med- ical causation and compensatory damages, et al )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#25 to preclude Dr. James Smith from referencing epidemiological studies )
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (#24 to exclude evidence of damages remediation and/or repair costs re: commom ares and condo units not owned by the Smolkers )
Filed by Cross-Defendant

**11/14/2001** List of Exhibits
Filed by Cross-Defendant

**11/14/2001** List of Witnesses
Filed by Cross-Defendant

**11/14/2001** Statement of Case
Filed by Cross-Defendant

**11/14/2001** Motion in Limine (TO EXCLUDE EXPERT TESTIMONY OF JOHN LAUSEVIC; )
Filed by Cross-Defendant

**11/13/2001** at 03:30 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/13/2001** Notice (of agenda items and request that the curt signs orders already made )
Filed by Defendant and Cross-Complainant

**11/13/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**11/13/2001** Notice (of supplemental agenda item )
Filed by Defendant and Cross-Complainant

**11/09/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**11/08/2001** Opposition Document
Filed by Cross-Defendant

**11/08/2001** Declaration (OF WILLIAM M. HAKE )
Filed by Cross-Defendant

**11/07/2001** Motion for an Order
Filed by Atty for Defendant and Cross-Compl

**11/07/2001** Points and Authorities
Filed by Defendant and Cross-Complainant

**11/06/2001** at 02:30 pm in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Completed**

**11/05/2001** Request and Entry of Dismissal (with prejudice; cro--complaint fil filed by Gary Smolker and Alice Smolker
against TIG Insurance Co. of Texas and Nationwide Insurance company only )
Filed by Cross-Complainant

**11/05/2001** Request and Entry of Dismissal (with prejudice; complaint only )
Filed by Attorney for Pltf/Petnr

**11/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Status Conference - **Matter continued**

**11/02/2001** Opposition Document (HOME SAVINGS TERMITE CONTROL, INC. AND W.F. MORRIS' OPPOSITION TO
CROSS-DEFENDANT, GARY SMOLKER'S EX PARTE HEARING OF NOV. 2, 2001 )
Filed by Attorney for Cross-Defendant

**11/02/2001** Supplement (TO MOTION TO SEVER BY PACIFIC VILLAS )
Filed by Attorney for X-Deft/X-Comp

**11/01/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Case Taken Under Submission**

**10/31/2001** Notice of Lodging
Filed by Defendant and Cross-Complainant

**10/30/2001** Motion for an Order
Filed by Atty for Defendant and Cross-Compl

**10/29/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion Hearing (TO SEVER) - **Court makes order**

**10/26/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**10/26/2001** Motion in Limine (#13 TO EXCLUDE TESTIMONY OR ALLEG- ATIONS THAT ALICE SMOLKER'S
CANCER OR DIVERTICULITIS ARE ATTRUTITABLE TO X-DEFTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#14 FOR AN ORDER PRECLUDING THE INTRODUCTION OF DOCUMENTARY AND/OR TESTIMONIAL EVIDENCE REGARDING THE ORDINARY CONSUMER EXPECTATIONS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#15 TO PRECLUDE REFERENCE TO DURS- BAN AND INJURIES ALLEDEDLY INCURR- ED AS A RESULT OF EXPOSURE TO DURS BAN; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#17 TO EXCLUDE TESTIMONY OR ALLEGA TIONS THAT THE SMOLKERS' CHILDREN EXPERIENCED PHYSICAL OR EMOTIONAL INJURIES AS A RESULT OF ANY ACTS BY X-DEFTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#18 )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#19 )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#21 PRECLUDING AND/OR LIMITING INTRODUCTION OF EVIDENCE REGARDING INVESTIGATIONS OR STATUTORY VIO. )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#22 TO PRECLUDE EVIDENCE THAT MATT FREDERICKS' STROKE WAS CAUSES BY ASG; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#23 TO PREVENT THE USE OF SYLOID 244 OR DRI-OUT AT TRIAL )
Filed by Cross-Defendant

**10/26/2001** Declaration (OF WAYNE MORRIS IN SUPPORT OF MOTIONS IN LIMINE SUBMITTED BY X-DEFT )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#12 TO EXCLUDE TESTIMONY OR EVID- ENCE REGARDING DAMAGES ALLEGEDLY INCURRED IN THIS MATTER ARISING FROM TIME SPENT )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#11 TO EXCLUDE TESTIMONY OF REFER- ENCE TO TERMITE OR REFERENCE TO TERMITE REINFESTATION; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#10 TO PRECLUDE A REFERENCE TO THE DPA, SPCB AND ARIGULTURAL COMM INSPECTION AT HOME SAVINGS ON 12/16/96; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#8 TO EXCLUDE PETER J. NOVAK FROM TESTIFYING AT TRIAL, OR IN THE ALTERNATIVE, AN ORDER LIMITING PETER J. NOVAK'S TESTIMONY )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#9 TO EXCLUDE EVIDENCE RE: ALLEGED VIOLATIONS OF FIFRA )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#7 TO PRECLUDE REFERENCE TO SHERRY KAUFMAN AND HER COMPLAINTS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#5 TO PRECLUDE REFERENCE TO THE BANKRUPTCY OF W.R. GRACE & CO. )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#4 TO PRECLUDE REFERENCE TO A FEAR OF CANCER, LUNG DISEASE OR FIBROSIS; )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#3 TO PRECLUDE ANY REFERENCE TO DRYROT OR TERMITE INFESTATION ON

DECKS )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#2 TO PRECLUDE DR. NACHMAN BRAUT- BAR FROM REFERRING TO THE ERIN
BROCKOVICH CASE )
Filed by Cross-Defendant

**10/26/2001** Motion in Limine (#1 TO EXCLUDE EVIDENCE CHALLENGING THE PROPRIETY OF HSTC'S
APPLICATIO USE OF SYLOID 244 OR DRI-OUT AT THE SMOLKERS )
Filed by Cross-Defendant

**10/25/2001** Reply/Response
Filed by Cross-Defendant

**10/25/2001** Supplemental Declaration (of Gary Smolker )
Filed by Defendant and Cross-Complainant

**10/22/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Off Calendar**

**10/22/2001** Opposition Document
Filed by Atty for Defendant and Cross-Compl

**10/19/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**10/19/2001** Motion for an Order
Filed by Attorney for Cross-Defendant

**10/19/2001** Motion to Compel
Filed by Attorney for Defendant/Respondent

**10/19/2001** Opposition Document
Filed by Cross-Defendant

**10/17/2001** Notice (of correction of errors memoran- dum )
Filed by Defendant and Cross-Complainant

**10/16/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order - **Denied**

**10/15/2001** Reply/Response
Filed by Defendant and Cross-Defendant

**10/15/2001** Motion to Strike
Filed by Attorney for Cross-Defendant

**10/15/2001** Opposition Document (TO MOTION FOR PROTECTIVE ORDER RE KATHIE S. JONES DEPOSITION )
Filed by Atty for Defendant and Cross-Compl

**10/15/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**10/11/2001** Memorandum - Other (of points and authorities in opposition to Dr. Bussell's motion for protective order; and
declaration )
Filed by Attorney for Cross-Defendant

**10/09/2001** Reply/Response (to opposition to motion to set expert witness fees' )
Filed by Attorney for Defendant/Respondent

**10/05/2001** Memorandum - Other (of points and authroities in opposition to smolkers' motion to set expert witness fees; )
Filed by Cross-Defendant/Respondent

**10/05/2001** Notice of Motion (For Protective Order )

Filed by Attorney for Cross-Defendant

**10/05/2001** Points and Authorities (IN OPPOSITION TO SMOLKERS' MOTION TO SET EXPERT WITNESS FEES )
Filed by Attorney for Cross-Defendant

**10/05/2001** Points and Authorities (IN OPPOSITION TO SMOLKERS' TO EXCLUDE EXERT WITNESS TESTIMONY
ALTERNATIVE, FOR A PROTECTIVE ORDER AND FOR PRODUCTION OF THINGS )
Filed by Attorney for Cross-Defendant

**10/02/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER OFF CALENDAR )
Filed by Independent Counsel

**10/02/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER OFF CALENDAR )
Filed by Attorney for Deft/Respnt

**10/02/2001** Notice of Ruling (ON LETANTIA BUSSELL M.D.'S EXPARTE APPLICATION; )
Filed by Attorney for Deft/Respnt

**10/02/2001** Objection Document
Filed by Attorney for Deft/Respnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**10/01/2001** Notice of Motion (To exclude Expert Witness Testimony )
Filed by Atty for Defendant and Cross-Compl

**09/28/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

**09/28/2001** Motion to Quash
Filed by Atty for Defendant and Cross-Compl

**09/28/2001** Miscellaneous-Other (Appendix Of Exhibits In Support Of Motion To Quash )
Filed by Atty for Defendant and Cross-Compl

**09/27/2001** Notice of Motion (To Sever Cross Complaint )
Filed by Attorney for X-Deft/X-Comp

**09/26/2001** Notice of Motion (To Set Expert Compensation )
Filed by Atty for Defendant and Cross-Compl

**09/25/2001** Notice (of filing supplemental exhibit and declaration to be considered in support of motion for protectiv order
)
Filed by Attorney for Deft/Respnt

**09/24/2001** Notice of Lodging
Filed by Interested Party

**09/21/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Court makes order**

**09/21/2001** Memorandum of Costs
Filed by Defendant

**09/21/2001** Notice of Motion (For Protective Order )
Filed by Attorney for Real Pty in Interest

**09/14/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Status Conference - **Off Calendar**

**09/14/2001** Notice (OF STATUS CONFERENCE MEMORANDUM AND DECLARATION OF GARY SMOLKER )
Filed by Defendant and Cross-Complainant

**09/12/2001** Objection Document (to notice of ruling of Home Sav- ing Termite Control, Inc., )
Filed by Attorney for Deft/Respnt

**09/12/2001** Notice of Ruling
Filed by Cross-Defendant

**09/10/2001** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/04/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Granted in Part**

**08/31/2001** at 02:00 pm in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment - **Denied**

**08/31/2001** Order (HOME SAVING TERMITE CONTROL, INC. AND W.R. MORRIS - DIRECTING THE ISSUANCE OF
OUT OF STATE COMMISSION FOR DEPOSITIONS AND FOR PRODUCTION OF BUSINESS RECORDS)
Filed by Attorney for Cross-Defendant

**08/30/2001** Points and Authorities
Filed by Attorney for Cross-Defendant

**08/29/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication ((CONTINUED FROM AUGUST 22, 2001).FINAL STATUS CONFERENCE) - **Matter
continued**

**08/29/2001** Objection Document (OF NONPARTIES JUDITH SMOLKER )
Filed by Defendant and Cross-Complainant

**08/29/2001** Objection Document
Filed by Defendant and Cross-Complainant

**08/24/2001** Proof of Service
Filed by Cross-Defendant

**08/24/2001** Notice of Continuance
Filed by Cross-Defendant

**08/24/2001** Notice (OF ADVANCEMENT OF HEARINGS )
Filed by Cross-Defendant

**08/23/2001** Opposition Document (NON-PARTY WITNESS LETANTIA BUSSELL , M.D. )
Filed by Witness

**08/22/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication - **Continued by Court**

**08/15/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment - **Matter continued**

**08/14/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**08/14/2001** Opposition Document
Filed by Cross-Defendant

**08/13/2001** Reply/Response
Filed by Defendant and Cross-Complainant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006

12/21/2001  11/08/2001  10/01/2001  08/10/2001  05/07/2001  03/28/2001  01/17/2001  11/21/2000  10/13/2000
09/08/2000  07/25/2000  06/06/2000  03/23/2000  12/17/1999  11/08/1999  09/21/1999  07/22/1999  04/30/1999
12/03/1998  10/13/1998  08/10/1998  06/22/1998  05/11/1998  03/10/1998  01/13/1998  10/10/1997

**08/10/2001** Reply/Response
Filed by Cross-Defendant

**08/10/2001** Notice of Ruling
Filed by Defendant and Cross-Complainant

**08/10/2001** Reply/Response (AND OBJS TO CROSS-COMPL SEPERATE STATEMENT OF DISPUTED FACTS )
Filed by Cross-Defendant

**08/08/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause (RE: STATUS OF W.R. GRACE BANKRUPTCY AND PENDING MOTIONS(C/F JULY 30, 2001)) -
**Court makes order**

**08/07/2001** Notice (OF AUGUST 8, 2001 STATUS CONF MEMO )
Filed by Defendant and Cross-Complainant

**08/06/2001** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**08/03/2001** Miscellaneous-Other (APPENDIX OF CITED AUTHORITES )
Filed by Atty for Deft and Cross-Complnt

**08/02/2001** Declaration (Declaration of Alice Smolker )
Filed by Defendant and Cross-Complainant

**08/01/2001** Notice (OF APPENDIX OF EXHIBIT )
Filed by Defendant and Cross-Complainant

**08/01/2001** Notice (OF APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**07/30/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **OSC held and continued**

**07/27/2001** Notice (RESPONSE & OBJECTION )
Filed by Defendant and Cross-Complainant

**07/27/2001** Objection Document
Filed by Defendant and Cross-Complainant

**07/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **Matter continued**

**06/29/2001** Notice to Prepare Clerk Transcript
Filed by Defendant

**06/29/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**06/25/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**06/20/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Order to Show Cause - **Matter continued**

**06/19/2001** Notice of Change of Address
Filed by Attorney for Defendant/Respondent

**06/13/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**06/11/2001** Notice of Appeal (NOTICE OF APPEAL ELECTION TO PROCEED UNDER TULE 5.1 CALIFORNIA RULES OF COURT; NOTICE OF DESIGNATION OF REPORTER'S TRANSCRIPT )
Filed by Attorney for Cross-Defendant

**06/01/2001** Partial Dismissal(not entire case) (Without prejudice, Cross-complaint filed by Carol D. Kay on June 98. )
Filed by Cross-Complainant

**05/21/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Off Calendar**

**05/18/2001** Memo of Costs on Appeal
Filed by Defendant

**05/11/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Adjudication - **Off Calendar**

**05/11/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Order to Show Cause (RE STATUS OF W.R. GRACE &COMPANY'S BANKRUPTCY AND PENDINGMOTIONS) - **Matter continued**

**05/11/2001** Notice (OF LODGING OF THE PERTINENT PORTIONS OF THE CERTIFIED DEPO TRANSCRIPT OF DR. LETAANTIA BUSSEL )
Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**05/07/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (FOR PROTECTIVE ORDER) - **Off Calendar**

**05/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**05/02/2001** Notice (OF REMOVAL OF CASE TO UNITED STATE BANKRUPTCY COURT THR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGE- LES )
Filed by Cross-Defendant

**05/01/2001** Notice (OF TAKING MOTION FOR PROTECTIVE ORDER SET FOR MAY 7, 2001 OFF CALENDAR )
Filed by Defendant and Cross-Complainant

**04/27/2001** Opposition Document
Filed by Cross-Defendant

**04/26/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion Hearing - **Granted**

**04/26/2001** Motion to Compel
Filed by Cross-Defendant

**04/26/2001** Points and Authorities (IN SUPPORT OF HOME SAVING AND W.F. MORRIS' MOTION TO CONTINUE TRIAL )
Filed by Attorney for Cross-Defendant

**04/26/2001** Notice (OF CALIFORNIA RULSES OF COURT 335 STATEMENT IN SUPPORT OF CROSS DEFTS AND MOTION TO COMPEL ANSWERS TO DEPO QUESTIONS )
Filed by Cross-Defendant

**04/25/2001** Partial Dismissal(not entire case) (Without prejudice, Cross-complaint filed by James and Julie Holland. )
Filed by Cross-Complainant

**04/23/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (for an order directing theissuance of out of statecommissions for depositions) - **Denied**

**04/23/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike - **Court makes order**

**04/23/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/23/2001** Notice to Prepare Clerk Transcript
Filed by Defendant

**04/23/2001** Ex-Parte Application (for an order directing the issuance of out of state commissions for depositions and for
the production of business/ for an order shortening time )
Filed by Attorney for Cross-Defendant

**04/19/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION-PROTECTIVE ORDER - **Matter continued**

**04/19/2001** Notice of Ruling (CORRECTED )
Filed by Atty for Defendant and Cross-Compl

**04/18/2001** Notice of Motion (FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**04/18/2001** Reply/Response (TO OPPOSITION TO MOTION TO STRIKE OR TAX COST BILL )
Filed by Atty for Defendant and Cross-Compl

**04/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (BY W.R. GRACE & CO. TO STAYTHE INSTANT ACTION, OR IN THEALTERNATIVE FOR AN ORDER
SHORTEN-ING TIME TO HEAR THE APPLICATIONTO STAY THE INSTANT ACTION) - **Denied**

**04/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
MOTION-PROTECTIVE ORDER - **Matter continued**

**04/17/2001** Objection Document
Filed by Defendant and Cross-Complainant

**04/17/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**04/17/2001** Ex-Parte Application (TO STAY THE INSTANT ACTION AS TO CROSS-DEFENDANT W.R. GRACE )
Filed by Attorney for Cross-Defendant

**04/13/2001** Reply/Response
Filed by Defendant and Cross-Complainant

**04/13/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**04/12/2001** Opposition Document
Filed by Cross-Defendant

**04/12/2001** Notice of Ruling
Filed by Attorney for Deft/Respnt

**04/12/2001** Miscellaneous-Other (Cross-defendants, Home Saving Termite Control, Inc and Wayne Morris's separate
statement of undisputed material facts )
Filed by Attorney for Cross-Defendant

**04/12/2001** Notice of Appeal
Filed by Defendant

**04/12/2001** Mtn for Summary Adjud of Issues (Cross-defendant, Home Saving Termite Control, Inc. and Wayne Morris'

notice of motion and motion for summary adjudication )
Filed by Attorney for Cross-Defendant

**04/11/2001** Notice to Prepare Clerk Transcript
Filed by Respondent

**04/11/2001** Remittitur (AFFIRMED. FILE OUT TO DEPT. 15. PLACE IN BIN RM.112 5/11/01. )
Filed by Clerk

**04/10/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel - **Matter continued**

**04/09/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (to Recover Attorney Fees) - **Matter continued**

**04/06/2001** Declaration (OF R. WOODCOCK IN SUPPORT OF SMOLKER'S MOTION FOR PROTECTIVE ORDER
AND IN OPPOSITION TO TERMITE CONTROL'S MOTION FOR AN ORDER COMPELLING INSPECTION AND
TESTING OF THE SMOLKER'S RESIDENCE)
Filed by Atty for Defendant and Cross-Compl

**04/06/2001** Opposition Document (TO X-COMPLAINANTS MTN FOR A PROTECTIVE ORDER; MEMORANDUM OF
P&A; DEC. OF GARY E. YARDUMIAN )
Filed by Attorney for Cross-Defendant

**04/06/2001** Memorandum - Other (OF P&A AND DEC. OF GARY SMOLKER IN OPPOSITION TO TERMITE
CONTROL'S MTN FOR ORDER )
Filed by Attorney for Deft/Respnt

**04/06/2001** Notice of Ruling (ON HEARINGS ON APRIL 2, 2001 )
Filed by Attorney for Cross-Defendant

**04/05/2001** Ex-Parte Application (FOR AMENDMENT OF ORDER FOR BIFUR- CATION AND ORDER SETTING TRIAL
DATE; ;SUPPORTING DECLARATION OF GARY SMOLKER; MEMO OF P'S AND A'S )
Filed by Atty for Deft and Cross-Complnt

**04/05/2001** Notice (OF AUTOMATIC BANKRUPTCY STAY; )
Filed by Attorney for Cross-Defendant

**04/04/2001** Reply/Response (TO OPPOSITION )
Filed by Cross-Defendant

**04/04/2001** Reply/Response (AND CROSS-COMPLAINANT )
Filed by Cross-Defendant

**04/03/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Matter continued**

**04/03/2001** Objection Document
Filed by Defendant and Cross-Complainant

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (BY CROSS-COMPLAINANT FOR ORDER RESCHEDULING DEPOSITIONS TO ENABLECROSS-
COMPLAINANTS TO ATTENDDEPOSITIONS) - **Denied**

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (FOR AN ORDER COMPELLING INSPECTIONAND TESTING OF RESIDENCE) - **Matter continued**

**04/02/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion (FOR A PROTECTIVE ORDER) - **Matter continued**

**04/02/2001** Notice to Prepare Clerk Transcript
Filed by Defendant

**04/02/2001** Motion for an Order (COMPELLING INSPECTION AND TESTING OF RESIDENCE AND REQUEST FOR SANCTIONS )
Filed by Attorney for Cross-Defendant

**04/02/2001** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/02/2001** Ex-Parte Application (OF W.R. GRACE & CO. AND DAVISON'S APPLICATION FOR PROTECTIVE ORDER TO PREVENT SMOLKERS' ABUSE OF DISCOVERY RE OBJECTIONS TO TREATING PHYSICIANS' DEPOSITIONS )
Filed by Attorney for Cross-Defendant

**04/02/2001** Ex-Parte Application (FOR ORDER RE SCHEDULING DEPOSITIONS )
Filed by Attorney for Cross-Complainant

**04/02/2001** Motion for an Order (FOR A PROTECTIVE ORDER TO PREVENT SMOLKERS' ABUSE OF DEPOSITIONS )
Filed by Attorney for Cross-Defendant

**04/02/2001** Ex-Parte Application (OF HOME SAVING TERMITE CONTROL AND W.F. MORRIS FOR AN ORDER COMPELLING INSPECTING AND TESTING OF RESIDENCE )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**03/28/2001** Objection Document
Filed by Defendant and Cross-Complainant

**03/27/2001** Points and Authorities
Filed by Defendant and Cross-Complainant

**03/27/2001** Ntc to Atty re Notice of Appeal
Filed by Clerk

**03/26/2001** Opposition Document (AND CROSS-COMPLAINANT )
Filed by Cross-Defendant

**03/23/2001** Opposition Document
Filed by Defendant and Cross-Complainant

**03/23/2001** Notice of Appeal
Filed by Defendant

**03/21/2001** Declaration (OF MARCELA FAJARDO )
Filed by Defendant and Cross-Complainant

**03/21/2001** Notice (OF APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**03/16/2001** Notice of Ruling (AND CROSS-COMPKAINANT )
Filed by Cross-Defendant

**03/15/2001** Supplemental Declaration (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Reply/Response (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Notice (PROPOSED NOTICE OF APPENDIX OF EXHIBITS PART SEVEN SUBMITTED IN OPPOSITION

TO PACIFIC VILLAS' MOTIONS FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION )
Filed by Defendant and Cross-Complainant

**03/15/2001** Notice of Motion
Filed by Attorney for Defendant/Respondent

**03/13/2001** Motion to Compel (PRODUCTION OF PSYCHIATRIC AND/OR PSYCHOLOGICAL RECORDS OF JUDITH
SMOLKER AND OF LEAH SMOLKER )
Filed by Attorney for Cross-Defendant

**03/02/2001** Memo of Costs
Filed by Defendant

**03/02/2001** Motion for an Order (to recover attorney fees )
Filed by Attorney for X-Deft/X-Comp

**02/27/2001** Objection (OBJECTION TO NOTICE OF RULING )
Filed by Cross-Defendant

**02/21/2001** Notice of Ruling
Filed by Atty for Defendant and Cross-Compl

**02/21/2001** Miscellaneous-Other (DEMAND FOR DELIVERY OF INDEPENDENT PHYSICAL EXAM REPORT )
Filed by Atty for Defendant and Cross-Compl

**02/20/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**02/07/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((2) 2 Joinders (c/f 1/25/01)) - **Denied**

**02/05/2001** Summary Judgment
Filed by Attorney for Cross-Defendant

**02/01/2001** Request for Judicial Notice
Filed by Atty for Defendant and Cross-Compl

**01/31/2001** Notice of Continuance (OF MSJ )
Filed by Attorney for Cross-Defendant

**01/26/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**01/25/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((2); Joinders; (c/f 12/13/00)) - **Continued by Court**

**01/23/2001** Notice of Trial (& FSC )
Filed by Attorney for Cross-Defendant

**01/23/2001** Opposition Document (TO SMOLKERS REQUEST FOR RULING ON WRITTEN OBJ. )
Filed by Attorney for Cross-Defendant

**01/23/2001** Objection Document (TO JDGMT PREPARED BY PACIFIC VILLAS AND REQUEST FOR HEARING, ETC. )
Filed by Atty for Defendant and Cross-Compl

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF W.R. GRACE )
Filed by Atty for Deft and Cross-Complnt

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF HOME SAVINGS )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006

12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000

09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999

12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**01/17/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Nunc Pro Tunc Order - **Court makes order**

**01/17/2001** Miscellaneous-Other (APPENDIX OF CITED AUTHORITIES OUTSIDE THE COURTS'S JURDISDICTION )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Miscellaneous-Other (APPENDIX OF EXHIBITS )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Request (FOR RULING ON WRITTEN OBJECTIONS )
Filed by Atty for Defendant and Cross-Compl

**01/16/2001** at 01:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Trial Date Set**

**01/12/2001** Memo of Costs
Filed by Defendant

**01/08/2001** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Granted**

**01/08/2001** Order (ON PVHOA'S MO FOR SUM JDGMT )
Filed by Attorney for Cross-Defendant

**01/05/2001** Notice of Lodging
Filed by Attorney for Cross-Defendant

**01/05/2001** Supplemental Declaration
Filed by Attorney for Cross-Defendant

**01/05/2001** Brief (supplemental brief in support of msj or ms-adj )
Filed by Attorney for Cross-Defendant

**01/04/2001** Order ((2) )
Filed by Attorney for Cross-Defendant

**01/04/2001** Summary Judgment (IN FAVOR OF RIKK THOMPSON ONLY )
Filed by Attorney for Cross-Defendant

**12/22/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (& to Quash &/or limit Productionof Medical Records (c/f 12/13/00)& Discovery motions c/f 12/13/00) - **Submitted**

**12/22/2000** Miscellaneous-Other (LIST OF DOCUMENTS FILED WHICH ARE APPLICABLE TO PACIFIC VILLAS' MOTIONS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (as to certain causes of action(c/f 12/13/00)) - **Denied**

**12/19/2000** Amended Answer (to fifth cross-complaint )
Filed by Attorney for Cross-Defendant

**12/19/2000** Objection Document (TO EVIDENCE )
Filed by Attorney for X-Deft/X-Comp

**12/18/2000** Reply/Response (TO OPP TO MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO THEIR CHILDREN'S INJURIES )
Filed by Attorney for Cross-Defendant

**12/18/2000** Reply to Motion (REPLY TO OPPOSITONS TO MOTIONS TO QUASH SUBPOENAS OF RECORDS OF

DR. DALY AND DR. DELAFIELD (FRANZBLAU) AND RESPONSE TO OBJECTIONS TO DECLARATION OF ALICE M. GRAHAM; )
Filed by Atty for Deft and Cross-Complnt

**12/14/2000** Remittitur (DISMISSED. TO RECORDS ON 12/18/00. )
Filed by Clerk

**12/13/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Prod. of Psych. records;Mo. in Limine to exclude claims& Motions c/f 11/22/00 & 12/6/00) - **Continued by Court**

**12/13/2000** Miscellaneous-Other (Appendix of exhibits )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Miscellaneous-Other (Offer or proof and motion to reopen SAI )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Objection Document
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Request (for permission to make record )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (re pacific villas SJM )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (in opposition to SJM )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Points and Authorities (SUPP P&A'S, PART TWO, IN OPP TO SUM JDGMT MOTIONS, AND OBJECTION TO 12-13-00 HRG DATE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Objection Document (TO OFFERED EVIDENCE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Ex-Parte Application (& DECL FOR ORDER POSTPONING HRGS AND PLEADING DUE DATES ON SUM JDGMT MOS AND IN OPP THERETO, etc. *DENIED BY COURT* )
Filed by Atty for Defendant and Cross-Compl

**12/08/2000** Declaration (OF JULIAN CONVEY IN SUPPORT OF W.R. GRACE CO & GRACE DAVISON'S MSJ )
Filed by Attorney for Cross-Defendant

**12/07/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**12/07/2000** Objection Document (TO HRG DATE AND/OR BRIEFING SCHEDULE, ETC. )
Filed by Attorney for Defend/XDefen/XComp

**12/06/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment (or AdjudicationADV. 11/22/00 & C/T 12/13/00) - **Matter continued**

**12/05/2000** at 01:30 pm in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**12/04/2000** Opposition Document (TO GRACE MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO THEIR CHILDREN'S INJURIES, ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/04/2000** Objection Document (TO HEARING DATE, REQUEST FOR MORE TIME TO RESPOND TO MOS & P&A'S, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Declaration (OF KARIM S. DAMJI, PH.D., IN SUPP OF SUPP BRIEF RE: MO FOR SUM JDGMT/SUM ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF BRIAN C. PORTER IN SUPP OF SUPP BRIEF IN SUPP OF MO FOR SUM JDGMT/SUM ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Joinder (IN SUPP BRIEF RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT, ETC. )
Filed by Attorney for Cross-Defendant

**11/30/2000** Notice of Lodging (OF FEDERAL AUTHORITIES CITED IN SUPP BRIEF RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT, ETC. )
Filed by Attorney for Cross-Defendant

**11/30/2000** Brief-Supplemental (RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT/ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF GARY SMOLKER RE: EXHIBITS 39-52 ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Points and Authorities (SUPPLEMENTAL PART ONE IN OPP TO SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Miscellaneous-Other (APPENDIX OF EXHIBITS SUBMITTED IN OPP TO MOS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/22/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((3) Joinders (2); c/f 10/6/00) - **Continued by Court**

**11/22/2000** Objection Document (TO NOVEMBER 22, 2000 HEARING DATE AND REQUEST FOR MORE TIME TO RESPOND TO PENDING MOS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/22/2000** Opposition Document (TO MO FOR SUM JDGMT & REQUEST FOR CONTINUANCE OF HEARING DATE, ETC. )
Filed by Atty for Defendant and Cross-Compl

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/26/2018   12/04/2017   09/21/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**11/21/2000** Opposition Document (TO MO. TO QUASH SUBPOENA )
Filed by Attorney for Cross-Defendant

**11/21/2000** Opposition Document (TO MO. TO QUASH SUBPOENA FOR RECORDS OF DR. DALY )
Filed by Attorney for Cross-Defendant

**11/21/2000** Objection Document (WRITTEN OBJ. TO DECL. OF ALICE GRAHAM )
Filed by Attorney for Cross-Defendant

**11/21/2000** Objection Document (WRITTEN OBJ. TO 9/28/00 DECL. OF ALICE GRAHAM )
Filed by Attorney for Cross-Defendant

**11/20/2000** Notice of Filing (SIGNED SIGNATURE PAGES )
Filed by Attorney for Defendant & X-Deft

**11/16/2000** Joinder (IN HOME SAVINGS' REPLY TO RESPONSE TO SEPARATE STATEMENT OF DISPUTED & UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**11/16/2000** Response (TO W.R. GRACE & CO'S SEPARATE STMT OF DISPUTED AND UNDISPUTED MATERIAL

FACTS )
Filed by Atty for Defendant and Cross-Compl

**11/16/2000** Objection Document (TO DECL. OFFERED IN OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Reply/Response (TO OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Objection Document (WRITTEN OBJ. TO EVIDENCE SUBMITTED IN OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/16/2000** Joinder (IN HOME SAVINGS' REPLY TO OPPOS. TO MSJ )
Filed by Attorney for Cross-Defendant

**11/15/2000** Response (TO THOMPSON'S SEPARATE STMT OF DISPUTED AND UNDISPUTED MATERIAL FACTS )
Filed by Atty for Defendant and Cross-Compl

**11/14/2000** Response (TO HOME SAVING TERMITE CONTROL'S SPEARATE STMT OF DISPUTED AND
UNDISPUTED MATERIAL FACTS )
Filed by Atty for Defendant and Cross-Compl

**11/09/2000** Declaration (OF GARY SMOLKER RE: DEPOSITION TESTIMONY OF WAYNE FRANKLIN MORRIS SR.,
ETC. )
Filed by Defendant and Cross-Complainant

**11/09/2000** Declaration (OF ALICE M. GRAHAM RE DEPOSITION OF MIKE CUNNINGHAM )
Filed by Defendant and Cross-Complainant

**11/08/2000** Notice (OF APPENDIX OF EXHIBITS SUBMITTED IN OPPOSITION TO MOTIONS FOR SUMMARY
JUDGMENT/SUMMARY ADJUDICA- TION (PART TWO) )
Filed by Defendant and Cross-Complainant

**11/08/2000** Declaration (OF ALICE M. GRAHAM RE: DEPOSITION OF MIKE CUNNINGHAM )
Filed by Cross-Complainant in Pro Per

**11/08/2000** Notice (OF APPENDIX ID EXHIBITS SUBMITTED IN OPPOSITION TO MOTIONS FOR SUMMARY
JUDGMENT/SUMMARY ADJUDICA- TION (PART ONE) )
Filed by Defendant and Cross-Complainant

**11/07/2000** Declaration (OF ALICE SMOLKER IN SUPP OF OPP TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** at 09:30 am in Department 15, Richard Fruin, Presiding
Jury Trial (VAC. 9/11/00, TO BE RE-SET AT ALATER DATE) - **Vacated**

**11/06/2000** Declaration (OF BRIAN PORTER RE LODGING OF DEPOS. TRANSCRIPTS )
Filed by Attorney for Cross-Defendant

**11/06/2000** Notice of Lodging (ORIGINAL CORRECTED DEPOSITION TRANSCRIPTS OF DUANE LYNN SCHNABEL
AND DAVID DUNCAN, ETC. )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (APPENDIX OF CITED AUTHORITIES OUTSIDE THE COURT'S JURISDICTION
CONTAINED IN OPP TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (TO JOINDER OF CROSS-DEFENDANT'S REQ FOR JUDICIAL NTC )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Opposition Document (TO MOS FOR SUM JDGMT )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF PETER J. NOVAK )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF RAY C. WOODCOCK, CIH )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Declaration (OF JAMES S. SMITH, JR., PH.D. )
Filed by Cross-Complainant in Pro Per

**11/06/2000** Notice of Lodging (OF CERTIFIED ORIGINAL DEPOS. TRANSCRIPTS OF DR. BRUCE EDWARDS & DR. EUGENE FREED )
Filed by Attorney for Cross-Defendant

**11/06/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**11/03/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Reconsideration (of Court's Order) - **Granted**

**11/02/2000** Notice of Filing (ORIGINAL DECL. OF LYNNE DURBIN, IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**11/02/2000** Request (TO LODGE ORIGINAL SIGNED CORRECTED DEPOSITION TRANSCRIPTS FOR COURT TO REVIEW IN CONNECTION WITH RULING ON PENDING MOS FOR SUM JDGT )
Filed by Cross-Complainant in Pro Per

**11/01/2000** Response (TO REPLY TO OPP TO MO FOR RECONSIDERATION )
Filed by Cross-Complainant in Pro Per

**10/30/2000** Reply/Response (TO OPPOS. TO MO. FOR RECONSIDERA- TION )
Filed by Attorney for Cross-Defendant

**10/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (Jury Trial 11/6/00VAC. 9/11/00, TO BE RE-SET AT ALATER DATE) - **Vacated**

**10/25/2000** Motion for Summary Judgment (; alternatively for summ. adjud; memo of p&a; decl & exhibits )
Filed by Attorney for X-Deft/X-Comp

**10/25/2000** Miscellaneous-Other (separate statement of undisputed material facts )
Filed by Attorney for X-Deft/X-Comp

**10/24/2000** Opposition Document (To Mot for Reconsideration of Hearing Set by Court; )
Filed by Atty for Deft and Cross-Complnt

**10/23/2000** Motion for Summary Judgment
Filed by Attorney for X-Deft & X-Compl

**10/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Quash (Subpoena or Limit ProductionTO BE RESET FOLLING DETERMINATIONOF MSJ'S ON 11/22/00) - **Off Calendar**

**10/17/2000** Objection
Filed by Attorney for Cross-Defendant

**10/16/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (in Limine to Exclude ClaimsADV. 10/3/00 & VAC. TO BE HELDAT FSC) - **Vacated**

**10/16/2000** Declaration (OF ROBERT N. RIDENOUR IN OPP TO MO TO QUASH SUBPOENA OF RECORDS OF DR. DALY )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/21/2017  08/14/2017  05/01/2017  12/14/2007  08/29/2007  03/02/2006

12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**10/13/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT WAYNE MORRIS IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/13/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT COREY ARENTZ IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/12/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT DR. KARIM S. DAMJI IN SUPP OF MOS
FOR S/J )
Filed by Attorney for Cross-Defendant

**10/12/2000** Notice of Filing (OF ORIGINAL SIGNATURE OF DECLARANT RIKK THOMPSON IN SUPP OF DEFTS'
MOS FOR S/J )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Filing (EXHIBITS TO DECL. OF BRIAN PORTER )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Motion (for reconsideration of the court's order advancing and vacating the hearing ... )
Filed by Attorney for Cross-Defendant

**10/11/2000** Notice of Filing (REVISED DECL. OF KARIM DAMJI, PHD. IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**10/10/2000** Notice of Ruling (on motions )
Filed by Attorney for X-Deft/X-Comp

**10/10/2000** Notice of Ruling (ON MO. FOR PROTECT. ORDER )
Filed by Atty for Deft and Cross-Complnt

**10/06/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Summary Judgment ((3) JoindersADV. 10/3/00 & C/T 11/22/00) - **Matter continued**

**10/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Sanctions (ADV. 9/21/00 & RE-SET FOR 10/3/00) - **Advanced to a Previous Date**

**10/02/2000** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**09/29/2000** Declaration (OF ROBERT RIDENOUR IN OPPOS. TO REQUEST TO CHANGE HEARING DATE ON
PENDING MSJ'S )
Filed by Attorney for Cross-Defendant

**09/29/2000** Declaration (OF ROBERT RIDENOUR IN OPPOS. TO MO. TO QUASH )
Filed by Attorney for Cross-Defendant

**09/28/2000** Notice (OF ERRATA )
Filed by Attorney for Cross-Defendant

**09/28/2000** Statement of Case
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Miscellaneous-Other (ERRATA )
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Miscellaneous-Other (WRITTEN DISCOVERY REFERRED TO IN MO. FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**09/28/2000** Joinder
Filed by Attorney for Cross-Defendant

**09/27/2000** Reply/Response (BRIEF IN SUPPORT OF PACIFIC VILLAS MOTION FOR SANCTIONS )
Filed by Attorney for Cross-Defendant

**09/27/2000** Declaration (OF ALICE GRAHAM IN SUPPORT OF OPPOS. TO MO. FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/27/2000** Memorandum - Other (& DECL. OF SMOLKER RE CHANGE OF HEARING DATE OF PENDING MSJ'S )
Filed by Atty for Deft and Cross-Complnt

**09/26/2000** Opposition Document (TO MO. FOR PROTECT. ORDERS & PRECLUSION ORDER )
Filed by Attorney for Cross-Defendant

**09/26/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**09/25/2000** Opposition Document (TO SMOLKER'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL
INTERROG'S, SET ONE )
Filed by Attorney for Cross-Defendant

**09/25/2000** Motion to Quash
Filed by Atty for Defendant and Cross-Compl

**09/25/2000** Notice (OF ADVANCEMENT OF HEARING )
Filed by Attorney for Cross-Defendant

**09/25/2000** Request for Judicial Notice (& DECL. OF SMOLKER IN OPPOS. TO MO FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/25/2000** Opposition Document (TO MOTION FOR PROTECTIVE ORDERS & PRECLUSION ORDER )
Filed by Attorney for Cross-Defendant

**09/25/2000** Opposition Document (TO SMOLKER'S MOTION FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**09/25/2000** Substitution of Attorney
Filed by Attorney for Defendant/Respondent

**09/25/2000** Declaration (OF GARY SMOLKER IN SUPPORT OF OPPOS. TO MO. FOR SANCTIONS )
Filed by Atty for Deft and Cross-Complnt

**09/22/2000** Proof of Service (OF MSJ & SUPPORTING DOC'S ON SMOLKERS )
Filed by Attorney for Deft/Respnt

**09/22/2000** Motion in Limine (to exclude claims related to childrens' injuries, or for a protective order )
Filed by Attorney for Cross-Defendant

**09/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Submitted**

**09/21/2000** Declaration (DECLARATION OF ROBERT N. RIDENOUR IN SUPPORT OF PACIFIC'S EX PARTE
APPLICATION RE SMOLKER'S PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**09/21/2000** Declaration (OF GARY SMOLKER ON BEHALF OF X-CMPLTS IN OPP TO EX PARTE APPL FOR ORDER
STRIKING SMOLKERS' MO FOR PROT ORDERS & PRECLUSION ORDERS )
Filed by Attorney for Defendant/Respondent

**09/21/2000** Declaration (OF GARY SMOLKER ON BEHALF OF X-CMPLTS IN OP TO EX PARTE APPL RE: MO IN
LIMINE AND RE: REQ FOR PROT ORDER )
Filed by Attorney for Defendant/Respondent

**09/21/2000** Declaration (DECLARATION OF GARY SMOLKER SUBMITTED IN OPPOSITION TO PACIFIC VILLAS' EX
PARTE APPLICATION )

Filed by Attorney for Cross-Complainant

**09/21/2000** ExParte Application & Order (CROSS DEFT W.R. GRACE & GRACE DAVIDSON'S APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION IN LIMINE TO EXCLUDE SMOLKER'S CLAIMS RELATED TO THEIR CHILDRENS' INJURIES, OR IN THE ALTERNATE)
Filed by Attorney for Cross-Defendant

**09/21/2000** ExParte Application & Order (PVHOA'S EX PARTE APPLICATION TO STRIKE SMOLKERS' MOTION FOR PROTECTIVE ORDER; TO ADVANCE HEARINGS FOR MOTIONS AND FOR OTHER ORDERS )
Filed by Attorney for Cross-Defendant

**09/20/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Continue Trial (& Discovery Cut-OffADV. TO BE HELD 9/11/00) - **Advanced to a Previous Date**

**09/20/2000** Declaration (DECLARATION OF GARY SMOLKER ON BEHALF OF CROSS-COMPLAINANTS GARY AND ALICE SMOLKER IN OPPOSITION TO EX PARTE APPLICATION OF W.R. GRACE & CO. RE MOTION IN LIMINIE AND RE REQ FOR PROTECTV OR)
Filed by Attorney for Cross-Complainant

**09/20/2000** Notice (OF FILING OF ORIGINAL SIGNATURE OF DECLARANT SCHEFFRAHN )
Filed by Attorney for Cross-Defendant

**09/20/2000** Declaration (DECLARATION OF GARY SMOLKER ON BEHALF OF CROSS-COMPLAINANTS GARY AND ALICE SMOLKER IN OPPOSITION TO EX PARTE APPLICATION OF W.R. GRACE & CO. RE MOTION IN LIMINIE AND RE REQUEST FOR PROTECTIVE ORDER)
Filed by Attorney for Cross-Defendant

**09/18/2000** Notice of Motion (for protective orders and preclu- sion order )
Filed by Atty for Defendant and Cross-Compl

**09/18/2000** Miscellaneous-Other (PRACTICAL SUGGESTIONS RE THE CONFLICT BETWEEN THE RIGHT TO DISC AND A PRIVILEGED RIGHT )
Filed by Attorney for Defendant/Respondent

**09/18/2000** Miscellaneous-Other (FACTORS TO CONSIDER IN DEVELOPING A CASE MGMT DISC SCHEDULE ORDER )
Filed by Attorney for Defendant/Respondent

**09/15/2000** Motion to Compel
Filed by Atty for Defendant and Cross-Compl

**09/15/2000** Motion for an Order
Filed by Atty for Defendant and Cross-Compl

**09/14/2000** Response (OF X-DEFT HOME SAVING TO REQ FOR STIP RE: DAMAGE CLAIMS RELATED TO LEAH AND JUDY SMOLKER'S MEDICAL CARE/PSYCHOLOGICAL CARE & TREATMT )
Filed by Attorney for Cross-Defendant

**09/14/2000** Miscellaneous-Other (PROPOSED DISC PLAN/SCHEDULE OF X-DEFTS HOME SAVING, W.R. GRACE, & GRACE DAVISON )
Filed by Attorney for Cross-Defendant

**09/13/2000** Declaration (OF LYNNE DURBIN IN SUPP OF MO FOR S/J )
Filed by Attorney for Cross-Defendant

**09/11/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (production of records; Motion toContinue Trial) - **Submitted**

**09/11/2000** Ex-Parte Application (TO IMPOSE DISCOVERY SANCTIONS OR ADVANCED HEARING )
Filed by Attorney for Cross-Defendant

**09/11/2000** Declaration (OF LYNNE DURBIN, IN SUPPORT OF MSJ/MS-ADJ. )

Filed by Attorney for Cross-Defendant

**09/11/2000** Proof of Service (RE DOC'S RE MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Joinder (IN HOME SAVINGS' MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Request for Judicial Notice (OF EVIDENCE IN SUPPORT OF IT'S MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Declaration (OF KARIM S. DAMJI, PHD. IN SUPPORT OF MSJ )
Filed by Attorney for Cross-Defendant

**09/11/2000** Statement of Facts (UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**09/08/2000** Motion for Summary Judgment
Filed by Attorney for Cross-Defendant

**09/08/2000** Statement of Facts (CROSS-DEFENDANT, RIKK THOMPSON'S, SEPARATE STATEMENT OF
UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**09/08/2000** Motion for Sanctions
Filed by Attorney for Cross-Defendant

**09/08/2000** Notice (OF LODGMENT OF FEDERAL AUTHORITIES CITED IN CROSS-DEFENDANTS' MEMORANDUM
OF POINTS AND AUTHORITIES SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR
ALTERNATIVELY SUMMARY ADJ.)
Filed by Attorney for Cross-Defendant

**09/08/2000** Joinder (CROSS-DEFENDANT, HOME SAVING TERMITE CONTROL, INC. AND WAYNE MORRIS'
JOINDER OF CROSS-DEFENDANT W.R. GRACE CO.'S MOTION FOR SUMMARY JUDGMENT )
Filed by Attorney for Cross-Defendant

**09/08/2000** Declaration (OF RIKK THOMPSON )
Filed by Attorney for Cross-Defendant

**09/08/2000** Notice (OF LODGMENT OF DECLARATIONS AND EXHIBITS OFFERED IN SUPPORT OF CROSS-
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION )
Filed by Attorney for Cross-Defendant

**09/08/2000** Declaration (OF LESLIE BOTNICK MD. RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Deft and Cross-Complnt

**09/08/2000** Statement of Facts (CROSS-DEFENDANTS, HOME SAVING TERMITE CONTROL, INC. AND WAYNE
MORRIS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS )
Filed by Attorney for Cross-Defendant

**09/08/2000** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**09/07/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted**

**09/07/2000** Declaration (OF JAMES S. SMITH, JR., PH.D. )

Filed by Attorney for Defendant/Respondent

**09/07/2000** Declaration (OF GARY SMOLKER IN 0PP TO MO TO CONT TRIAL DATE )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Opposition Document (TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A'S EXCEEDING PAGE LIMIT )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Supplement (TO MOTION TO CONTINUE TRIAL )
Filed by Attorney for Cross-Defendant

**09/07/2000** Ex-Parte Application (for an order granting leave to exceed 20 pages. )
Filed by Attorney for Cross-Defendant

**09/07/2000** Order (granting ex parte application )
Filed by Court

**09/07/2000** Declaration (OF LESLIE BOTNICK, M.D., RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Attorney for Defendant/Respondent

**09/07/2000** Declaration (OF MARILOU TERPENNING, MD. SUBMITTED IN OPPOS. TO MO. TO CONTINUE TRIAL DATE )
Filed by Atty for Deft and Cross-Complnt

**09/06/2000** Reply/Response
Filed by Attorney for Cross-Defendant

**09/06/2000** Opposition Document (OPP TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A EXCEEDING PAGE LIMIT )
Filed by Attorney for Cross-Complainant

**09/06/2000** Opposition Document (TO EX-PARTE APPLIC. FORLEAVE TO FILE MEMO OF P/A'S EXCEEDING PAGE LIMIT )
Filed by Atty for Deft and Cross-Complnt

**09/06/2000** Declaration (OF ALICE GRAHM SMOLKER RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Defendant and Cross-Compl

**09/06/2000** Declaration (OF GLENN A. GORLITSKY, M.D., RE THREAT TO ALICE SMOLKER'S HEALTH )
Filed by Atty for Defendant and Cross-Compl

**09/06/2000** Reply/Response (TO DFNDNTS & X-CMPLNTNTS' OPP TO X-DFNDNTS' MOTION TO COMPEL PSYCHIATRIC & PSYCHOLOGICAL RECORDS )
Filed by Attorney for Cross-Defendant

**09/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted**

**09/05/2000** Opposition Document (TO EX PARTE APPL FOR LEAVE TO FILE MEMO OF P&A'S )
Filed by Attorney for Defendant/Respondent

**09/05/2000** Ex-Parte Application (OF W.R. GRACE & CO. AND GRACE DAVISON TO EXCEED PAGE LENGTH LIMIT FOR ITS MO FOR S/J )
Filed by Attorney for Cross-Defendant

**09/05/2000** Order (GRANTING DEFENDANT LEAVE OF COURT TO EXCEED PAGE LENGTH LIMITATION FOR MO FOR S/J )
Filed by Attorney for Cross-Defendant

**09/01/2000** Joinder (in the Motion to continue Trial by the Pacific Villas Homeowners Association; Points and Authorities; Delcaration of Gary E Yardumian )

Filed by Attorney for Cross-Defendant

**08/31/2000** Notice of Ruling (ON EX PARTE APPLICATION FOR ORDERS CONCERNING COMPLETION OF DEPO OF EVENOR A. MASIS )
Filed by Atty for Defendant and Cross-Compl

**08/30/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Granted in Part**

**08/30/2000** Declaration (OF GARY S. SMOLKER IN OPPOSITION TO EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE )
Filed by Atty for Defendant and Cross-Compl

**08/30/2000** Ex-Parte Application (TO CONTINUE TRIAL OR ADVANCE HEARING ON TRIAL CONTINUANCE )
Filed by Attorney for Deft/X-Deft/X-Comp

**08/30/2000** Ex-Parte Application (FOR ORDER COMPELLING THE COMPLETION OF DEPO OF MASIS.. )
Filed by Attorney for Deft/Respnt

**08/29/2000** Declaration (OF GARY SMOLKER & MEMO OF P/A'S IN OPPOS. TO MO. TO COMPEL PROD. OF DOC'S )
Filed by Atty for Deft and Cross-Complnt

**08/25/2000** Motion for Continuance
Filed by Attorney for Defendant/Respondent

**08/23/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ex Parte Motion - **Denied**

**08/22/2000** Opposition Document (MEMO IN OPP TO EX PARTE APPL FOR PROTECTIVE ORDER, ETC. )
Filed by Attorney for Defendant/Respondent

**08/16/2000** Objection (to notice of ruling )
Filed by Attorney for Cross-Defendant

**08/09/2000** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**08/08/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**08/07/2000** Objection Document (OBJ TO PROPOSED ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES AND TO MINUTE ORDER OF 7/31/00 DENYING MOTION TO COMPEL, ETC. )
Filed by Attorney for Defendant/Respondent

**08/04/2000** Objection Document (OBJ TO PROPOSED ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES AND TO MINUTE ORDER OF 7-31-00 DENYING MOTION TO COMPEL, ETC. )
Filed by Attorney for Defendant/Respondent

**08/03/2000** Order (ORDER COMPELLING SMOLKERS TO ANSWER INTERROGATORIES )
Filed by Attorney for Cross-Defendant

**07/31/2000** at 09:00 am in Department 15, Richard Fruin, Presiding
Jury Trial (ADV. 5/1/00 & C/T 11/6/00) - **Matter continued**

**07/31/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Denied**

**07/28/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel ((c/f 7/18/00 & 7/27/00) S/C) - **Granted**

**07/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Responses (2)ADV. 7/18/00 & C/T 7/28/00) - **Matter continued**

**07/27/2000** Miscellaneous-Other (LIST OF INTERROGATORIES AS TO WHICH THERE IS NO AGREEMENT )
Filed by Cross-Complainant in Pro Per

**07/27/2000** Declaration (OF WAYNE MORRIS )
Filed by Attorney for Cross-Defendant

**07/27/2000** Miscellaneous-Other (RESULT OF MEET & CONFER OF 7/26/00 RE REQUEST FOR PROD. OF DOCS )
Filed by Atty for Deft and Cross-Complnt

**07/27/2000** Status Conference Questionnaire (STATUS CONF MEMO REGARDING STATUS OF PENDING DISCOVERY )
Filed by Cross-Complainant in Pro Per

**07/27/2000** Miscellaneous-Other (MEDICAL STATUS OF ALICE SMOLKER )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  02/26/2018  12/04/2017  09/21/2017  08/14/2017  05/01/2017  12/14/2007  08/29/2007  03/02/2006
12/21/2001  11/08/2001  10/01/2001  08/10/2001  05/07/2001  03/28/2001  01/17/2001  11/21/2000  10/13/2000
09/08/2000  07/25/2000  06/06/2000  03/23/2000  12/17/1999  11/08/1999  09/21/1999  07/22/1999  04/30/1999
12/03/1998  10/13/1998  08/10/1998  06/22/1998  05/11/1998  03/10/1998  01/13/1998  10/10/1997

**07/25/2000** Answer (TO TERMITE CONTROLS' REPLY TO OPPOS. TO MO. FOR ORDER TO COMPEL RESP. )
Filed by Atty for Deft and Cross-Complnt

**07/25/2000** Reply/Response (TO SMOLKER'S OPPOS. TO MO. TO COMPEL )
Filed by Attorney for Cross-Defendant

**07/24/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**07/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Final Status Conference (Jury Trial 7/31/00ADV. 5/1/00 & C/T 10/27/00) - **Matter continued**

**07/20/2000** Request (& STATEMENT IN OPPOS. TO MO. TO COMPEL RESP. TO REQUESTS FOR PROD. OF DOC'S )
Filed by Atty for Deft and Cross-Complnt

**07/18/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Further Responses & Mo. c/f 7/13) - **Continued by Court**

**07/13/2000** at 01:15 pm in Department 15, Richard Fruin, Presiding
Motion to Compel (& S/C (c/f 7/3/00)) - **Continued by Court**

**07/07/2000** Opposition Document (TO MO. TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROG'S SET 2 )
Filed by Attorney for Cross-Defendant

**07/06/2000** Notice of Status Conference filed (And Ruling. )
Filed by Atty for Deft and Cross-Complnt

**07/03/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order (cont. from 6/27/00) - **Continued by Court**

**06/28/2000** Objection Document (TO PROPOSED RULINGS & ORDER ON MOTION FOR PROTECT. ORDER )
Filed by Attorney for Cross-Defendant

**06/28/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**06/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**06/26/2000** Notice of Ruling

Filed by Attorney for X-Deft/X-Comp

**06/22/2000** at 03:30 pm in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted in Part**

**06/22/2000** Notice of Ruling (NTC OF RULING & NTC OF HEARING )
Filed by Attorney for Cross-Defendant

**06/22/2000** Ex-Parte Application (DEFTS & X-CMPLNTS SMOLKERS' NTC OF MO AND MOTION FOR PROTECTIVE ORDER (HEARD EX PARTE PER CT ORDER OF 6/21/00) )
Filed by Atty for Deft and Cross-Complnt

**06/22/2000** Declaration (SUPP DECL OF ROBERT N. RIDENOUR IN OPP TO REQ FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/22/2000** Notice of Motion (OR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/21/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**06/21/2000** Points and Authorities (SMOLKERS' MEMO OF P&A'S IN OPP TO EX PARTE MO )
Filed by Atty for Defendant and Cross-Compl

**06/21/2000** Joinder (JOINDER OF X-DEFTS HOME SAVING TERMITE, W.F. MORRIS & RIKK THOMPSON IN X-DEFT GRACE'S EX PARTE APPL )
Filed by Attorney for Cross-Defendant

**06/21/2000** Motion for an Order (GRACES' MO FOR PROTECTIVE ORDER & FOR SANCTIONS )
Filed by Attorney for Cross-Defendant

**06/21/2000** Ex-Parte Application (X-DEFTS W.R. GRACE & GRACE DAVISON EX PARTE APPL FOR ORDER SHORTENING TIME AND FOR SANCTIONS. )
Filed by Attorney for Cross-Defendant

**06/19/2000** Miscellaneous-Other (CALIF. RULE OF COURT RULE 335 STATEMENT (PART II) WITH RESPECT TO MOTION TO COMPEL )
Filed by Attorney for Deft/Respnt

**06/19/2000** Points and Authorities (IN OPPOSITION TO PACIFIC VILLAS HOMEOWNERS' ASSOCIATIONS' TWO MOTIONS TO COMPEL ANSWERS TO INTERROGATORIES AND FOR SANCTION; )
Filed by Atty for Deft and Cross-Complnt

**06/13/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (THE CONTINUED DEPO OF GARY SMOLKERMO. FOR PROTECTIVE ORDER; JOINDERS) - **Granted**

**06/12/2000** Declaration (OF ROBERT RODENOUR IN REPLY TO OPPOS. TO MO. FOR PROTECT. ORD. )
Filed by Attorney for Cross-Defendant

**06/12/2000** Proof of Service (BY FAX ON BRIEF ON RIGHT TO PRIVACY )
Filed by Atty for Deft and Cross-Complnt

**06/12/2000** Brief (ON RIGHT TO PRIVACY )
Filed by Atty for Deft and Cross-Complnt

**06/12/2000** Declaration (OF ROBERT RIDENOUR IN REPLY TO OPPOS. TO MO. TO COMPEL DEPO. )
Filed by Attorney for Cross-Defendant

**06/12/2000** Reply/Response (SUPPLEMENTAL REPLY BRIEF TO MO. TO COMPEL DEPO. )
Filed by Attorney for Cross-Defendant

**06/09/2000** Miscellaneous-Other (CA. RULE OF COURT RULE 335 STATEMENT (PART 1) W/ RESPECT TO MOTION

TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**06/09/2000** Answer (TO TERMITE CONTROL'S REPLY TO OPPOS. TO MO. TO CONTINUE DEPO )
Filed by Atty for Deft and Cross-Complnt

**06/08/2000** Reply/Response (REPLY OF X-DEFTS TO OPP TO MO TO COMPEL FURTHER DEPOSITION )
Filed by Attorney for Cross-Defendant

**06/08/2000** Brief (X-DEFT'S BRIEF IN SUPP OF MO FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/07/2000** Motion for an Order (to compel further responses to Gary Smolker's special interroga- tory set no. two propounded to x- defendant )
Filed by Atty for Defendant and Cross-Compl

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**06/06/2000** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**06/06/2000** Notice of Change of Address
Filed by Attorney for Defendant/Respondent

**06/06/2000** Notice of Ruling (RE DEPO OF GARY SMOLKER )
Filed by Atty for Deft and Cross-Complnt

**06/05/2000** Reply/Response (TO MOTION FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**06/05/2000** Proof of Service (BY MAIL OF GARY SMOLKER'S OPPOS. TO MO. FOR PROTECTIVE ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/05/2000** Motion to Compel (answers to form interrogatories )
Filed by Attorney for X-Deft/X-Comp

**06/05/2000** Motion to Compel (answers to special interrogatories )
Filed by Attorney for X-Deft/X-Comp

**06/05/2000** Declaration (OF GARY SMOLKER & P/A'S IN OPPOS. TO MO. TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**06/02/2000** Points and Authorities (& DECL. RE INSPECTION OF CONDO UNITS IN OPPOS. TO MO. FOR PROTEC. ORDER )
Filed by Atty for Deft and Cross-Complnt

**05/26/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion for Protective Order (limiting number of SpecialInterrog's;ADV & VAC. 5/1/00) - **Vacated**

**05/23/2000** Joinder (in motion to compel the continued deposition of Gary Smolker and declaration fo Robert N. Ridenour )
Filed by Attorney for Cross-Defendant

**05/19/2000** Motion for an Order (FOR PROTECTIVE ORDER BY PVHOA )
Filed by Attorney for X-Deft & X-Compl

**05/19/2000** Motion to Compel (THE CONTINUED DEPOSITION OF GARY SMOLKER AND DECLARATION OF DAVID M. GREY; )

Filed by Attorney for X-Deft & X-Compl

**05/08/2000** Notice of Ruling
Filed by Cross-Defendant

**05/04/2000** Objection Document (TO NTC. OF DEPO )
Filed by Atty for Deft and Cross-Complnt

**05/01/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion (for Case Management Orders;to Compel Deposition) - **Granted in Part**

**04/27/2000** Reply/Response (TO OPPOS. TO JOINDER IN MO. TO COMPEL SMOLKER'S DEPO )
Filed by Attorney for Cross-Defendant

**04/26/2000** Reply to Motion (REPLY TO OPP FILED TO MO FOR CASE MGMT PROTECTIVE ORDERS; DECL )
Filed by Attorney for Defendant/Respondent

**04/26/2000** Reply/Response (REPLY TO GARY SMOLKER'S OPP TO MO TO COMPEL DEPO OF X-CMPLNT )
Filed by Attorney for Cross-Defendant

**04/26/2000** Motion to Compel
Filed by Atty for Deft and Cross-Complnt

**04/21/2000** Opposition Document (TO SMOLKER'S MOTION FOR CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**04/21/2000** Opposition Document (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER TO EXTEND; ETC. )
Filed by Attorney for Cross-Defendant

**04/21/2000** Reply/Response (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER TO EXTEND; ETC. )
Filed by Attorney for Cross-Defendant

**04/21/2000** Points and Authorities (& DECL. IN OPPOS. TO MO. TO COMPEL DEPO OF GARY SMOLKER )
Filed by Atty for Deft and Cross-Complnt

**04/19/2000** Opposition Document (TO MO. FOR CASE MANAGEMENT ORDERS; NEW TRIAL DATE; ORDER EXTENDING TIME LIMITATIONS ON DISCOVERY )
Filed by Attorney for Deft/Respnt

**04/17/2000** Motion for an Order
Filed by Attorney for Cross-Defendant

**04/14/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**04/10/2000** Miscellaneous-Other (ARGUMENT OF SMOLKER'S & DECL. OF GARY SMOLKER IN OPPOS. TO EX-PARTE APPLIC. )
Filed by Atty for Deft and Cross-Complnt

**04/10/2000** Order (ORDER EXTENDING TIME FOR SERVICE OF RESPONSE TO INTERROGATORIES )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE TO INTERROGATORIES, ETC. (X-DEFT WAYNE MORRIS) )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE TO INTERROGATORIES, ETC. (X-DEFT RIKK THOMPSON) )
Filed by Attorney for Cross-Defendant

**04/10/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER EXTENDING TIME FOR SERVICE OF RESPONSE

TO INTERROGATORIES, ETC. (X-DEFTHOME SAVING TERMITE CONTROL )
Filed by Attorney for Cross-Defendant

**04/10/2000** Opposition Document (ARGUMENT OF CROSS-COMPLAINANTS AND DECL IN OPP TO EX PARTE APPL
FOR ORDER GRANTING MORE TIME TO RESPOND )
Filed by Attorney for Cross-Complainant

**04/05/2000** Notice of Filing (proof of service )
Filed by Attorney for Cross-Defendant

**04/04/2000** Joinder (NTC OF JOINDER & JOINDER OF X-DEFT W.R. GRACE & CO. AND GRACE DAVISON IN EX
PARTE APPL, ETC. )
Filed by Attorney for Cross-Defendant

**04/04/2000** Ex-Parte Application (EX PARTE APPL FOR ORDER COMPELLING DEPO OF GARY SMOLKER; ALT FOR
ORDER SHORTENING TIME FOR MOTION, ETC. (DENIED 4/4/00)_)
Filed by Attorney for Cross-Defendant

**04/04/2000** Motion to Compel
Filed by Attorney for Cross-Defendant

**04/03/2000** Points and Authorities (IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Notice of Motion (& MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Motion for an Order
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration (OF ALICE SMOLKER IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**04/03/2000** Notice to Prepare Clerk Transcript
Filed by Defendant

**04/03/2000** Miscellaneous-Other (ARGUMENT OF SMOLKER'S & DECL. IN OPPOS. TO EX-PARTE APPLIC. FOR
COURT TO ISSUE AN ORDER TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Declaration (OF GARY SMOLKER IN SUPPORT OF MO. FOR CASE MANAGEMENT ORDERS )
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Supporting Docs/ P's & A's
Filed by Atty for Deft and Cross-Complnt

**04/03/2000** Opposition Document (ARGUMENT OF CROSS-DEFTS AND DECL IN OPP TO EX PARTE APPL, ETC. )
Filed by Attorney for Defendant/Respondent

**03/28/2000** Ntc to Atty re Notice of Appeal
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999

12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**03/23/2000** Notice of Appeal
Filed by Defendant

**03/23/2000** Notice of Change of Address
Filed by Attorney for Plaintiff/Petitioner

**03/15/2000** Clarification Reptr's Transcript
Filed by Defendant

**02/07/2000** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/27/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**01/25/2000** in Department 15, Richard Fruin, Presiding
Non-Appearance (Case Review) - **Completed**

**01/25/2000** Order of Dismissal
Filed by Atty for Defendant and Cross-Compl

**01/24/2000** Substitution of Attorney (OF ANGELA VERDUN IN PRO PER, IN PLACE OF WILLIAM E. DAVIS III )
Filed by Attorney for Cross-Defendant

**01/24/2000** Substitution of Attorney (OF GERALD IVORY IN PRO PER, IN PLACE OF WILLIAM E. DAVIS III )
Filed by Attorney for Cross-Defendant

**01/21/2000** Notice of Association of Attorneys
Filed by Attorney for Defendant/Respondent

**01/20/2000** Notice to Prepare Clerk Transcript
Filed by Respondent

**01/20/2000** Notice of Ruling (RE OSC RE DISM. OF CROSS-COMPLAINT OF JAMES & JULIE HOLLAND )
Filed by Attorney for Cross-Defendant

**01/19/2000** Objection Document (TO PROPOSED ORDER RE DISMISSAL OF VERDUN & IVORY )
Filed by Atty for Deft and Cross-Complnt

**01/19/2000** Notice to Prepare Clerk Transcript
Filed by Defendant

**01/18/2000** Brief (RE COURT APPT. OF DISCOVERY REFEREE &/OR TECH. ADVISOR & SUGGESTIONS &
RECOMMENDATIONS ON HOW TO IMPLEMENT JUST & RATIONAL PRINCIPLES OF CASE MANAGEMENT )
Filed by Atty for Deft and Cross-Complnt

**01/12/2000** Notice (OF JOINDER IN HOME SAVINGS TERMITE CONTROL'S BRIEF )
Filed by Attorney for Cross-Defendant

**01/11/2000** at 08:31 am in Department 15, Richard Fruin, Presiding
OSC RE Dismissal (re Cross-Compl. of James & JulieHolland) - **Completed**

**01/10/2000** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**01/10/2000** Ntc to Prepare Reporters Transcrpt (AND CLERKS TRANSCRIPT )
Filed by Defendant

**01/10/2000** Brief (ADVISORY BRIEF TO COURT RE: FEES OF DESIGNATED EXPERT & DISCOVERY REFEREE
PHASE 1 )
Filed by Attorney for Cross-Defendant

**01/10/2000** Brief (RE ALLOCATION OF COSTS FOR COURT APPOINTED DISCOVERY REFEREE &/OR EXPERT )

Filed by Attorney for Cross-Defendant

**01/05/2000** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike (or Tax Costs; Bifurcation Hearing) - **Granted in Part**

**01/05/2000** Order (for bifurcation )
Filed by Attorney for X-Deft/X-Comp

**01/05/2000** Declaration (OF MICHAEL B. GEIBEL RE OSC RE DISM. )
Filed by Attorney for Cross-Defendant

**01/04/2000** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**01/04/2000** Partial Dismissal(not entire case) (Without Prej., Cross-Complaint filed by:James and Julie Hollard all parties
except as to carol kaye )
Filed by Attorney for Deft/Respnt

**01/04/2000** Ntc to Atty re Notice of Appeal
Filed by Clerk

**01/04/2000** Opposition Document (COMMENTS ON & OPPOS. TO PROPOSED ORDER FOR BIFURC. )
Filed by Atty for Deft and Cross-Complnt

**01/04/2000** Notice (OF W/DRAWAL OF MEMO. OF COSTS )
Filed by Attorney for Cross-Defendant

**12/30/1999** Notice of Appeal
Filed by Defendant

**12/28/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Strike (or Tax CostsC/T 1/5/00, ON COURT'S OWN MOTION,DUE TO COURT BEING DARK) - **Off Calendar**

**12/22/1999** Declaration (OF ALANNAH SINGER IN SUPPORT OF ALLSTATE'S OPPOS. TO MO. TO STRIKE COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Reply/Response (OF STATE FARM TO NTC. FO CHALLENGE OF COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Opposition Document (OF LANCE ROBBINS TO MO. TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Opposition Document (OF ALLSTATE TO MO. TO STRIKE COSTS )
Filed by Attorney for Cross-Defendant

**12/22/1999** Declaration (OF ROBERT HOFFMAN IN OPPOS. TO MO. TO TAX COSTS RE COST BILL )
Filed by Attorney for Cross-Defendant

**12/22/1999** Request for Judicial Notice
Filed by Attorney for Cross-Defendant

**12/22/1999** Points and Authorities (OF CAROL KAY IN OPPOS. TO MO. TO TAX COSTS )
Filed by Attorney for Cross-Defendant

**12/21/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Other (5-6-04/DO NOT USE) (re: Case Management Order) - **Completed**

**12/21/1999** Opposition Document (TO MO. TO STRIKE OR TAX COSTS OF JAMES HOLLAND )
Filed by Attorney for Cross-Defendant

**12/20/1999** at 09:30 am in Department 15, Richard Fruin, Presiding
Other (5-6-04/DO NOT USE) (on Case Management OrderC/T 12/21/99 PER DEFT'S REQUEST) - **Off Calendar**

**12/20/1999** Notice of Continuance (OF HEARING ON CASE MANAGEMENT ORD. )

Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**12/17/1999** Notice
Filed by Atty for Deft and Cross-Complnt

**12/16/1999** Notice of Hearing (OF OSC RE DISM. )
Filed by Attorney for Cross-Defendant

**12/16/1999** Notice of Continuance (OF HEARING ON CASE MANAGEMENT ORD. )
Filed by Atty for Deft and Cross-Complnt

**12/15/1999** Notice of Lodging (PROPOSED CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**12/15/1999** Miscellaneous-Other (PROPOSED CASE MANAGEMENT ORDER )
Filed by Atty for Deft and Cross-Complnt

**12/15/1999** Miscellaneous-Other (PROPOSED CASE MANAGEMENT ORDER )
Filed by Attorney for Cross-Defendant

**12/15/1999** Notice of Ruling
Filed by Attorney for Cross-Defendant

**12/13/1999** Notice (OF CHALLENGE OF COSTS, & OF MEMO OF COSTS )
Filed by Atty for Deft and Cross-Complnt

**12/10/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (c/f 11/19/99) - **Granted**

**12/10/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**12/10/1999** Points and Authorities (IN OPPOS TO MO. TO STRIKE OR TAX COSTS OF THE SMOLKER'S )
Filed by Attorney for Cross-Defendant

**12/09/1999** Proof of Service (Answer to plaintiff's 5th amended complaint See service list )
Filed by Attorney for Deft/Respnt

**12/09/1999** Notice of Ruling
Filed by Attorney for Deft/Respnt

**12/08/1999** Notice (NOTICE OF TRIAL DATE, FSC DATE )
Filed by Attorney for Pltf/Petnr

**12/07/1999** Notice of Ruling
Filed by Attorney for Cross-Defendant

**12/06/1999** Points and Authorities (IN OPPOS. TO HOME SAVING'S MO. TO COMPEL )
Filed by Atty for Deft and Cross-Complnt

**12/03/1999** at 08:31 am in Department 15, Richard Fruin, Presiding
Status Conference (TSC) - **Completed**

**12/03/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted**

**12/01/1999** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**11/29/1999** Memo of Costs
Filed by Defendant

**11/29/1999** Memo of Costs
Filed by Cross-Defendant

**11/29/1999** Statement of Case (S/C STATEMENT )
Filed by Attorney for Deft/Respnt

**11/29/1999** Status Conference Questionnaire
Filed by Attorney for Cross-Defendant

**11/29/1999** Notice of Motion
Filed by Atty for Deft and Cross-Complnt

**11/24/1999** Answer (to 5th amended cross-complaint )
Filed by Attorney for Cross-Defendant

**11/24/1999** Memo of Costs
Filed by Defendant

**11/24/1999** Memo of Costs
Filed by Cross-Defendant

**11/24/1999** Answer to Amended Complaint (Fifth )
Filed by Attorney for Deft/Respnt

**11/24/1999** Answer to Cross-Complaint (Fifth Amended )
Filed by Attorney for X-Deft/X-Comp

**11/24/1999** Order of Dismissal (DISMISSAL OF CROSS-DEFENDANT FRONTIER PACIFIC INSURANCE COMPANY )
Filed by Attorney for Cross-Defendant

**11/24/1999** Response (TO (PROPOSED) AGENDA FOR STATUS CONFERENCE )
Filed by Attorney for Deft/Respnt

**11/24/1999** Order of Dismissal (DISMISSAL OF CROSS-DEFENDANTS VIRGINIA K. CIPRIANO, JOSEPH A. BAILEY,II, LANCE J. ROBBINS, JAMES AND JULIE HOLLAND AND MATTHEW J FREDRICKS )
Filed by Attorney for Cross-Defendant

**11/24/1999** Request for Dismissal (DISMISSAL OF CROSS-COMPLAINT FILED BY JOSEPH A. BAILEY, II ONLY WITHOUT PREJUDICE )
Filed by Attorney for Cross-Defendant

**11/23/1999** Answer to Cross-Complaint (;Fifth Amended )
Filed by Attorney for Cross-Defendant

**11/23/1999** Answer to Unverified Cross-Compl (fifth amended cross complaint )
Filed by Attorney for Cross-Defendant

**11/23/1999** Memo of Costs
Filed by Cross-Defendant

**11/19/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Motion to Compel (Answers to Interrog's.ADV. TO 11/12/99 & C/T 12/10/99) - **Matter continued**

**11/19/1999** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**11/19/1999** Notice (TO HOME SAVINGS TERMITE CONTROL & GRACE DAVISON, THAT COURT HAS LIFTED DISCOVERY STATY )
Filed by Atty for Deft and Cross-Complnt

**11/19/1999** Notice of Entry of Judgment (AND/OR DISMISSAL )

Filed by Atty for Defendant and Cross-Compl

**11/19/1999** Miscellaneous-Other (PROPOSED AGENDA FOR S/C )
Filed by Atty for Deft and Cross-Complnt

**11/19/1999** Memo of Costs (FOR CROSS-DEFENDANTS LANCE J. ROBBINS )
Filed by Plaintiff and Cross-Defendant

**11/18/1999** Notice of Change of Address
Filed by Attorney for Cross-Defendant

**11/17/1999** Notice
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Notice of Ruling (ON EX-PARTE APPLIC. )
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Declaration (OF SVC. BY FAX OF LETTER BRIEF OF 10/25/ & EXHIBITS ATTACHED THERETO ON
JUDGE FRUIN )
Filed by Atty for Deft and Cross-Complnt

**11/17/1999** Memorandum of Costs
Filed by Attorney for Cross-Defendant

**11/15/1999** Notice of Hearing (OF S/C & TSC )
Filed by Atty for Plaintiff and Cross-Deft

**11/12/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Granted in Part**

**11/12/1999** Memo of Costs
Filed by Defendant

**11/12/1999** Notice (OF ENTRY OF ORDER OF DISMISSAL )
Filed by Attorney for Cross-Defendant

**11/09/1999** in Department 85, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**11/09/1999** Notice of Entry of Judgment
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**11/08/1999** at 09:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Court makes order**

**11/08/1999** Order of Dismissal (SUSTAINING CROSS-DEFT. CAROL D. KAY, TRUSTEE, CAROL D. KAY REVOCAB LE
TRUST DEMURRER TO 7TH CA, CROSS-DEFTS. CUMMINS AND WHITE, LARRY ARNOLD, AND LAURA
MCPHERSON )
Filed by Attorney for Defendant & X-Deft

**11/08/1999** Order of Dismissal (SUSTAINING CROSS-DEFT. ALBERT COSTELLO AND CROSS-DEFT. JAMES
HYDE'S DEMURRERS TO 7TH AND 8TH CAUSES OF ACTIN WITHOUT LEAVE TO AMEND )
Filed by Attorney for Cross-Defendant

**11/08/1999** Order of Dismissal (OF CROSS-DEFTS. DENNIS BABBITS AND DEAN AND ASSOCIATES FOLLOWING
SUSTAINING OF DEMURRERS WITHOUT LEAVE TO AMEND WITH PREJUDICE )

Filed by Attorney for Deft/Respnt

**11/08/1999** Order of Dismissal (SUSTAINING DEMU. OF CROSS-DEFT. DR. HOSEPH FEDORUK AND DISMISSING
CROSS-DEFT. JOSEPH FEDORUK )
Filed by Attorney for Cross-Defendant

**11/04/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Ruling on Submitted Matter - **Demurrer sustained without leave**

**10/29/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

**10/29/1999** ExParte Application & Order (FOR COURT TO ACCEPT ATTACHED PHOTOS & CERTIFICATION OF
ALICE SMOLKER IN OPPOS. TO DEM. OF FRONTIER PACIFIC INS. TO 5TH AMD. CROSS-COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/29/1999** Proof of Service (OF LETTER BRIEF )
Filed by Atty for Deft and Cross-Complnt

**10/26/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Hearing on Demurrer (C/F 10/22/99) - **Submitted**

**10/25/1999** Supplement (MEMO IN SUPPORT OF DEM. OF JOSEPH BAILEY, II TO 5TH AMD. CROSS- COMPLAINT )
Filed by Attorney for Cross-Defendant

**10/20/1999** Notice of Ruling
Filed by Attorney for Deft/Respnt

**10/20/1999** Reply/Response (OF ALLSTATE INS. CO. IN SUPPORT OF DEM. TO 5TH AMD. COMPL. )
Filed by Attorney for Cross-Defendant

**10/20/1999** Notice (OF JOINDER OF ALLSTATE INS. CO. IN STATE FARM'S REPLY TO OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Cross-Defendant

**10/18/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Submitted**

**10/15/1999** at 08:30 am in Department 85, Dzintra Janavs, Presiding
Other (5-6-04/DO NOT USE) (FOR COURT ORDER TO SIGN PROPOSEDORDERS OF DISMISSAL OF
PARTIESWHOSE DEMURRERS WERE SUSTAINEDWITHOUT LEAVE TO AMEND AS TO ALLCAUSES OF ACTION
ASSERTED AGAINSTTHEM) - **Off Calendar**

**10/15/1999** Notice of Change of Hearing/Trial
Filed by Attorney for Cross-Defendant

**10/14/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Hearing on Demurrer (*ADVANCED AND CONTINUED PER MINUTE ORDER DATED 1013/99) - **Advanced to a
Previous Date**

**10/14/1999** Opposition Document (TO ALLSTATE INS. CO'S DEM. TO 5TH AMD. CROSS-COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/14/1999** Opposition Document (TO ALLSTATE INS. CO'S JOINDER IN STATE FARM'S MO. TO STRIKE PORTION
OF 5TH AMD. COMPL )
Filed by Atty for Deft and Cross-Complnt

**10/13/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Court Order - **Completed**

**10/13/1999** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**10/12/1999** Reply/Response (TO OPPO TO MOTION )

Filed by Atty for Deft and Cross-Complnt

**10/12/1999** Reply/Response (TO OPPOS. TO MO. FOR COURT TO SIGN & ENTER ORDER'S OF DISM. )
Filed by Atty for Deft and Cross-Complnt

**10/08/1999** Proof of Service (OF EX-PARTE APPL. OF 9/15/99 )
Filed by Atty for Deft and Cross-Complnt

**10/07/1999** Opposition Document
Filed by Attorney for Deft/Respnt

**10/06/1999** Joinder (TO OPPOSITION )
Filed by Cross-Defendant

**10/06/1999** Notice of Ruling (RE DENIAL OF EX-PARTE APPLIC. )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE MO. TO STRIKE 5TH AMD. COMPL. BY TRUCK INSURANCE EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE DEM. TO 5TH. AMD. COMPL BY TRUCK INSURANCE EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE DEM. TO 5TH AMD. COMPL. BY FARMERS INSURANCE GROUP OF CO.,
FARMERS GROUP, INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (BRIEF RE MO. TO STRIKE 5TH AMD. COMPL. BY FARMERS INS. GROUP OF CO.,
FARMERS GROUP, INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/04/1999** Reply/Response (ST FARM'S REPLY TO CROSS- COMPLAINANTS' OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Deft/Respnt

**10/01/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

**10/01/1999** Reply/Response (TO OPPOS. TO DEM. TO 5HD AMD. CROSS-COMPL. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. X-COMPL. BY TRUCK INS. EXCH )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE DEM. TO 5TH AMD. X-COMPL. BY FARMERS INS. GROUP OF
COMPANIES, FARMERS GRP. & TRUCK UNDERWRITERS ASSOC. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (TO OPPOS. TO MO. TO STRIKE FROM 5TH AMD. CROSS-COMPL. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Notice (OF JOINDER OF STATE FARM FIRE & CASUALTY CO. IN OPPOS. TO EX-PARTE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (TO OPPOS. TO DEM. BY STATE FARM FIRE & CASUALTY CO )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (OF STATE FARM TO OPPOS. TO MO. TO STRIKE )
Filed by Attorney for Deft/Respnt

**10/01/1999** Brief (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. CROSS-COMPL. BY TRUCK INS. EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. CROSS-COMPL. BY FARMERS INS. GROUP OF
COMPANIES, FARMERS GROUP INC. AND TRUCK UNDERWRITERS ASSOC )

Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE DEM. TO 5TH AMD. CROSS-COMPL. BY TRUCK INS. EXCHNG. )
Filed by Attorney for Cross-Defendant

**10/01/1999** Brief (REPLY BRIEF RE DEM. TO 5TH AMD. CROSS-COMPL. BY FARMERS INS. GROUP OF CO.,
FARMERS GROUP INC. & TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE DEM. TO 5TH AMD. X-COMPL. BY TRUCK INS. EXCHANGE )
Filed by Attorney for Cross-Defendant

**10/01/1999** Reply/Response (REPLY BRIEF RE MO. TO STRIKE 5TH AMD. X-COMPL. BY FARMERS INS. GRP. OF
COMPANIES, FARMERS GROUP, INC. AND TRUCK UNDERWRITERS ASSOC )
Filed by Attorney for Cross-Defendant

**09/30/1999** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**09/30/1999** Notice of Reassignment and Order (to the Hon. Richard Fruin dept. 15 )
Filed by Atty for Plaintiff and Cross-Deft

**09/29/1999** Notice to Prepare Clerk Transcript
Filed by Defendant

**09/29/1999** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**09/29/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**09/28/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO JOINDER OF JOSEPH BAILEY IN MO. TO STRIKE )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF W.R. GRAGE & CO. AND GRACE DAVISON )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF ROBBINS )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO TO STRIKE OF ST. FARM FIRE & CASUALTY CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF COREGIS GROUP INC, COREGIS INS. CO., &
CALIFORNIA INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF HOLLAND )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice (OF P/S )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF PACIFIC VILLAS HOMEOWNERS ASSOC. )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF JOSEPH BAILEY II )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**09/24/1999** Opposition Document (TO DEM. )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Notice of Continuance (OF MOTION TO STRIKE )
Filed by Attorney for Cross-Defendant

**09/24/1999** Opposition Document (TO MO. TO STRIKE PUNITIVE DAMAGE ALLEG. OF FREDERICKS & CIPRIANO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF FRONTIER PACIFIC INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF FARMERS INS. GROUP OF CO., FARMERS GROUP, INC
& TRUCK UNDERWRITERS ASSOC. )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO MO. TO STRIKE OF TRUCK INS. EXCHANGE )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF RELIANCE INS. CO )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF ROBBINS )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF JAMES & JULIE HOLLAND )
Filed by Atty for Deft and Cross-Complnt

**09/24/1999** Opposition Document (TO DEM. OF FREDERICKS & CIPRIANO )
Filed by Atty for Deft and Cross-Complnt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**09/21/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Denied**

**09/21/1999** Ntc to Atty re Notice of Appeal
Filed by Clerk

**09/20/1999** Notice of Appeal
Filed by Attorney for Cross-Complainant

**09/17/1999** Joinder
Filed by Attorney for Deft/Respnt

**09/17/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**09/17/1999** Notice of Ruling (on Smolker's ex parte application )
Filed by Attorney for Cross-Defendant

**09/15/1999** at 08:30 am in Department 15, Richard Fruin, Presiding
Exparte proceeding - **Completed**

**09/15/1999** Opposition Document
Filed by Attorney for Cross-Defendant

**09/15/1999** Ex-Parte Application (GARY SMOLKER & ALICE SMOLKER'S APPLICATION FOR COURT ORDER STAY-
ING ALL PROCEEDINGS IN THE TRIAL COURT UNTIL THE COURT OF APPEALS RULES ON 8-10-98 APPEAL )
Filed by Attorney for Deft/X-Deft/X-Comp

**09/15/1999** Opposition Document
Filed by Attorney for Deft/X-Deft/X-Comp

**09/14/1999** at 08:30 am in Department 85, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**09/14/1999** Opposition Document (HOLLANDS' OPPO TO SMOLKER EX PARTE )
Filed by Cross-Defendant/Cross-Complainant

**09/14/1999** Reply/Response (TO EX PARTE )
Filed by Cross-Defendant

**09/14/1999** Ex-Parte Application
Filed by Attorney for Cross-Complainant

**09/14/1999** Ex-Parte Application
Filed by Attorney for Defend/XDefen/XComp

**09/13/1999** in Department 15, Richard Fruin, Presiding
Order Re: Reassignment of Case - **Completed**

**09/13/1999** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**09/08/1999** Notice of Reassignment and Order
Filed by Clerk

**09/03/1999** Objection Document (OF CAROL KAY TO SMOLKERS' PROPOSED ORDER SUSTAINING DEM. TO 1ST
AND. CROSS-COMPL. W/OUT LV. TO AMEND )
Filed by Attorney for Cross-Defendant

**09/03/1999** Association of Attorney (Amended )
Filed by Attorney for Cross-Defendant

**09/01/1999** Answer to Cross-Complaint (Fifth Amended )
Filed by Atty for Plaintiff and Cross-Deft

**09/01/1999** Objection Document
Filed by Attorney for Cross-Defendant

**09/01/1999** Points and Authorities
Filed by Attorney for Deft/Respnt

**09/01/1999** Notice
Filed by Attorney for Deft/Respnt

**09/01/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**09/01/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**09/01/1999** Notice of Hearing
Filed by Attorney for Deft/Respnt

**09/01/1999** Demurrer
Filed by Attorney for Deft/Respnt

**09/01/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**09/01/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**08/31/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**08/31/1999** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**08/31/1999** Demurrer
Filed by Attorney for Deft/Respnt

**08/31/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**08/31/1999** Points and Authorities
Filed by Attorney for Deft/Respnt

**08/31/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**08/31/1999** Association of Attorney
Filed by Attorney for Cross-Defendant

**08/27/1999** Answer to Cross-Complaint (Fifth Amended )
Filed by Attorney for Cross-Defendant

**08/27/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**08/24/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for an Order (COMPELLING FURTHER RESPONSES TOCROSS-DEFENDANT SPECIAL INTERROGS.) - **Vacated**

**08/24/1999** Miscellaneous-Other (Special Appearance by State Farm Fire and Casualty Company )
Filed by Attorney for Cross-Defendant

**08/19/1999** Notice (-CORRECTION OF ERRATA IN FIFTH AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**08/13/1999** Amended Cross-Complaint (5th )
Filed by Attorney for Deft/Respnt

**08/04/1999** Objection Document (AND CORRECTIONS TO NOTICE OF RULING DATED JULY 30, 1999 )
Filed by Atty for Deft and Cross-Complnt

**08/04/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**08/02/1999** at 09:00 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (to to fourth amended cross-com-plaint by cross-defts. TIG andNationwide Insurance) - **Demurrer overruled**

**07/30/1999** Notice of Ruling
Filed by Cross-Defendant

**07/30/1999** Opposition Document (TO DEMURRER )
Filed by Attorney for Pltf/Petnr

**07/29/1999** Notice of Ruling (ON EX PARTE APPLIC )
Filed by Atty for Deft and Cross-Complnt

**07/28/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Granted in Part**

**07/28/1999** Notice-Change-Firm Name / Address
Filed by Attorney for Deft/Respnt

**07/28/1999** Ex-parte Request for Order (Smolkers )
Filed by Attorney for Deft/X-Deft/X-Comp

**07/28/1999** Opposition Document (TO EX PARTE APPLIC )
Filed by Cross-Defendant

**07/28/1999** Opposition Document (TO MOTION TO STRIKE; )
Filed by Atty for Deft and Cross-Complnt

**07/28/1999** Opposition Document (TO DEMURRER TO FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Atty for Deft and Cross-Complnt

**07/23/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (CONTINUED FROM 3-26-99;) - **Demurrer sustained with leave**

**07/23/1999** Motion for an Order
Filed by Attorney for Deft/Respnt

**07/23/1999** Miscellaneous-Other
Filed by Attorney for Deft/Respnt

**07/23/1999** Miscellaneous-Other (amended tentative ruling )
Filed by Court

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**07/22/1999** Proof of Service (of reply to cross-complainats' opposition to demurrer )
Filed by Attorney for Cross-Defendant

**07/21/1999** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**07/21/1999** Request (FOR JUDICIAL NOTICE; )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (in support of motion to strike (coregis) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (to smolker' oppo to demurrer (tig) )
Filed by Atty for Plaintiff and Cross-Deft

**07/21/1999** Reply/Response (to smolkers' oppo to motion (holland) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (in support of joinder (bailey II) )
Filed by Cross-Defendant

**07/21/1999** Reply/Response (to oppo to demurrer (interinsurance exch) )
Filed by Cross-Defendant

**07/16/1999** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE AND IN OPPO TO CROSS-DEFENDANTS
PACIFIC VILLAS JOINDER DATED 7-6 )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Opposition Document (TO DEMURRER TO FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Points and Authorities (IN OPPO TO MOTIONS TO STRIKE )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Points and Authorities (IN OPPO TO MOTION AND JOINDER DATED JULY 6, 1999 )
Filed by Atty for Deft and Cross-Complnt

**07/16/1999** Declaration (OF GARY SMOLKER DATED 7-13-99 )
Filed by Attorney for Deft/Respnt

**07/16/1999** Opposition Document (AND TO REQEUST PLEADINGS STRICKEN )
Filed by Atty for Deft and Cross-Complnt

**07/13/1999** Notice (OF STATUS OF APPEAL )
Filed by Atty for Deft and Cross-Complnt

**07/08/1999** Joinder
Filed by Attorney for Deft/Respnt

**07/08/1999** Motion to Strike
Filed by Attorney for Deft/Respnt

**07/08/1999** Notice of Motion
Filed by Attorney for Pltf/Petnr

**07/07/1999** Notice of Motion
Filed by Attorney for Deft/X-Deft/X-Comp

**07/07/1999** Notice of Change of Address
Filed by Attorney for Deft/Respnt

**07/07/1999** Notice-Change-Firm Name / Address
Filed by Attorney for Deft/Respnt

**06/30/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/28/1999** Ord (DCA) Dismissing Appeal
Filed by Clerk

**06/28/1999** Demurrer
Filed by Attorney for Deft/Respnt

**06/24/1999** Stipulation (to set aside default )
Filed by Attorney for Cross-Defendant

**06/23/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/23/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/22/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/21/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/21/1999** Joinder
Filed by Attorney for Deft/Respnt

**06/21/1999** Declaration
Filed by Attorney for Deft/Respnt

**06/21/1999** Motion to Strike

Filed by Attorney for Deft/Respnt

**06/16/1999** Notice
Filed by Attorney for Deft/Respnt

**06/15/1999** Notice of Motion
Filed by Attorney for Deft/Respnt

**06/15/1999** Request for Judicial Notice
Filed by Attorney for Deft/Respnt

**06/14/1999** Request (FOR PRIOR PLEADINGS AND DISCOVERY; )
Filed by Cross-Defendant

**06/03/1999** Proof of Service (summons, 4th amended cross complaint. Pary srvd: Nationwide Insurance Company )
Filed by Atty for Deft and Cross-ComplInt

**06/03/1999** Proof of Service (summons, 4th amended cross comptl Party srvd: Interinsurance Exchang of the Automobile Club )
Filed by Atty for Deft and Cross-ComplInt

**06/03/1999** Proof of Service (summons, 4th amended cross comptl Party srvd: State Farm Fire and Casualty )
Filed by Atty for Deft and Cross-ComplInt

**06/03/1999** Proof of Service (summons, 4th amended cross complaint. Party srvd: Alstate Insurance Company )
Filed by Atty for Deft and Cross-ComplInt

**06/03/1999** Proof of Service (summons, 4th amended cross- complaint. Party srvd: Tig Insurance Company )
Filed by Atty for Deft and Cross-ComplInt

**06/03/1999** Proof of Service (summons, 4th amended cross- complaint. Party srvd: Tig Insurance Company of Texas )
Filed by Atty for Deft and Cross-ComplInt

**05/18/1999** Summons Issued
Filed by Atty for Deft and Cross-ComplInt

**05/18/1999** Amended Cross-Complaint (Fourth )
Filed by Atty for Deft and Cross-ComplInt

**05/17/1999** Notice of Ruling
Filed by Atty for Defendant and Cross-Compl

**05/17/1999** Answer to First Amended Complaint (Unverified )
Filed by Atty for Deft and Cross-ComplInt

**05/06/1999** Substitution of Attorney
Filed by Attorney for Cross-Defendant

**05/05/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for an Order (RELIEVING THE SMOLKERS FROM THEREQUIREMENT OF SERVING;) - **Demurrer overruled**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**04/30/1999** First Amended Complaint
Filed by Attorney for Pltf/Petnr

**04/29/1999** Points and Authorities (IN REPLY TO COREGI'S OPPO TO MO. )
Filed by Atty for Deft and Cross-ComplInt

**04/29/1999** Joinder (W.R. GRACE & COMPANY, ETC.'S TO THE HOME SAVINGS TERMITE CONTROL'S OPPO )

Filed by Cross-Defendant

**04/29/1999** Joinder (CAROL D. KAY ETC.'S JOINDER TO OPPO OF HOME SAVINGS TERMITE CONT. )
Filed by Cross-Defendant

**04/28/1999** Points and Authorities (IN REPLY TO HOME SAVING'S OPPO TO MOTION )
Filed by Atty for Deft and Cross-Complnt

**04/28/1999** Opposition Document (COREGIS' OPP TO SMOLKERS' MOTION FOR LEAVE TO SERVE )
Filed by Cross-Defendant

**04/28/1999** Opposition Document (TIG'S OPP. TO SMOLKERS' DEMURRER )
Filed by Atty for Plaintiff and Cross-Deft

**04/27/1999** Opposition Document (OF HOME SAVING TERMITE CONTROL TO MOTION FOR ORDER RELIEVING )
Filed by Cross-Defendant

**04/15/1999** Defendant's Demurrer
Filed by Attorney for Deft/Respnt

**04/13/1999** Miscellaneous-Other (COUNTER NOTICE OF RULING; )
Filed by Cross-Defendant

**04/12/1999** Motion for an Order
Filed by Attorney for Deft/Respnt

**04/07/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**03/26/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (joinders, and motion to amendfourth amended cross-complainant) - **Matter continued**

**03/26/1999** Opposition Document (BY COREGIS INS. CO. ETC. TO EX- PARTE )
Filed by Cross-Defendant

**03/26/1999** Ex-Parte Application (FOR ORDER RELIEVING THE SMOLKERS FROM THE REQUIREMENT OF
SERVING A COPY OF WRITTEN DISCOVERY; )
Filed by Atty for Deft and Cross-Complnt

**03/24/1999** Notice (OF STATUS OF APPEALS )
Filed by Atty for Deft and Cross-Complnt

**03/22/1999** Reply/Response (TO DEFENDANTS' OPPO TO MOTION FOR LEAVE TO AMEND; )
Filed by Attorney for Pltf/Petnr

**03/19/1999** Miscellaneous-Other (APPENDIX OF EXHIBITS REFERRED TO IN MEMO OF PNA IN OPPO TO MOTION
)
Filed by Atty for Deft and Cross-Complnt

**03/19/1999** Points and Authorities (N OPPO TO MOTION TO FILE FIRST AMENDED COMPL )
Filed by Atty for Deft and Cross-Complnt

**03/11/1999** Motion for Leave
Filed by Attorney for Pltf/Petnr

**01/21/1999** Notice of Continuance
Filed by Defendant and Cross-Complainant

**01/20/1999** in Department 15, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**01/20/1999** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**01/14/1999** at 08:30 am in Department 15, Dzintra Janavs, Presiding

Exparte proceeding - **Denied**

**01/14/1999** Ex-parte Request for Order
Filed by Attorney for Deft/Respnt

**01/14/1999** Notice (of status of appeals )
Filed by Attorney for Deft/Respnt

**01/05/1999** Objection Document (to proposed order sustaining demurrer of cross-deft. Joseph Fedoruk )
Filed by Atty for Deft and Cross-Complnt

**01/05/1999** Objection Document (TO PROPOSED ORDER SUSTAINING )
Filed by Defendant and Cross-Complainant

**12/21/1998** Notice of Ruling (COUNTER NOTICE )
Filed by Cross-Defendant

**12/17/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**12/04/1998** at 02:30 pm in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Motion Denied**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**12/03/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**11/25/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**11/25/1998** Ex-parte Request for Order
Filed by Defendant and Cross-Complainant

**11/20/1998** at 02:00 pm in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer (to third amended cross-complaintand OSC failure to timely servecross-deft. Verdun and failureto
enter default of cross-deft.Ivory) - **Matter continued**

**11/20/1998** Declaration (SMOLKERS' DEC. RE 11-20-98, OSC )
Filed by Cross-Defendant

**11/19/1998** Declaration (OF GARY S. SMOLKER RE. OSC )
Filed by Defendant and Cross-Complainant

**11/18/1998** Points and Authorities (SMOLKERS', IN REPLY TO OPPO TO MOTION FOR LEAVE TO FILE FOURTH
AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/18/1998** Points and Authorities (BY CAROL D. KAY IN REPLY TO OPPO OF SMOLKERS' )
Filed by Cross-Defendant

**11/18/1998** Reply/Response (TO SMOLKER OPPO TO MOTION TO COMPE )
Filed by Cross-Defendant/Cross-Complainant

**11/18/1998** Reply/Response (TO SMOLKERS' OPPO TO MOTION FOR SERVERANCE; )
Filed by Plaintiff

**11/18/1998** Reply/Response (BY SMOLKERS TO OPPO TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

**11/13/1998** Points and Authorities (SMOLKERS' MEMO OF PNA IN OPPO TO MOTION FOR SEVERANCE )
Filed by Defendant and Cross-Complainant

**11/13/1998** Points and Authorities (in oppo to motions by james and julie holland to compel response to demand for id. )
Filed by Cross-Complainant

**11/13/1998** Opposition Document (smolkers' oppo to motion of cross- defendant carol kay for order compelling verified
answers to form interrogatories; )
Filed by Cross-Defendant

**11/13/1998** Request (for judicial notice )
Filed by Cross-Defendant

**11/13/1998** Points and Authorities (by carol kay in oppo to smolkers' motion for protective order; )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (home saving termite control, inc. w.f. morris and rikk thompson's oppo to motion for
protective order )
Filed by Defendant

**11/13/1998** Opposition Document (home saving termite control inc. w.f.morris and rikk thompson's oppo to motion for
leave to amend )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (to smolkers' motin for leave to file fourth amended cross-comp )
Filed by Plaintiff

**11/13/1998** Opposition Document (by truck insurance exchange, farmers insurance, etc., to motion for protective order )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (truck insurance exchange, farmers insurance group of companies, far- mers...oppo to
motion for leave )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (of sara m. thorpe in oppo to mo. for protective order; )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (coregis' oppo to motion for leave )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (coregis group, coregis insurance's oppo to motion for protective order )
Filed by Cross-Defendant

**11/13/1998** Opposition Document (w.r. grace & co. oppo to motion 4 leave to amend )
Filed by Cross-Defendant

**11/13/1998** Points and Authorities (IN OIPPO TO MOTION FOR LEAVE )
Filed by Cross-Defendant

**11/12/1998** Notice to Prepare Clerk Transcript
Filed by Defendant

**11/12/1998** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**11/12/1998** Points and Authorities (IN OPPO TO MOTION FOR PROTECTIVE ORDER; )
Filed by Cross-Defendant/Cross-Complainant

**11/12/1998** Proof of Service (OF SUMMONS ON SECOND AMENDED CROSS COMPLAINT, SECOND AMENDED
CROSS- COMPLAINT, SUMMONS ON THIRD AMENDE CROSS-COMPLAINT, NOTICE OF RULING )
Filed by Defendant and Cross-Complainant

**11/12/1998** Joinder (JOSEPH A. BAILEY, II'S JOINDER IN HOLLAND'S OPPO TO CROSS-COMPLAINAN MOTION

FOR LEAVE TO FILE FOURTH AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/09/1998** Points and Authorities (HOLLANDS' PNA IN REPLY TO OPPO TO DEMURRER AND MOTION TO STRIKE;
)
Filed by Cross-Defendant

**11/09/1998** Reply/Response (TIG'S REPLY TO OPPO TO DEMURRER & MOTION TO STRIKE )
Filed by Plaintiff and Cross-Defendant

**11/09/1998** Points and Authorities (HOLLAND OPPO TO CROSS-COMPLAINANTS MOTION FOR LEAVE; )
Filed by Cross-Defendant/Cross-Complainant

**11/09/1998** Reply/Response (TRUCK INSURANCE EXCHANGE'S REPLY IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**11/09/1998** Reply/Response (FARMERS INSURANCE GROUP, ETC., REPLY IN SUPPORT OF DEMURRER TO
THIRD AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (TO SMOLKERS' OPPO TO DEMURRER )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**11/06/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE )
Filed by Cross-Defendant

**11/05/1998** Ntc to Atty re Notice of Appeal
Filed by Clerk

**11/04/1998** Notice of Appeal
Filed by Defendant

**11/03/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**11/02/1998** Points and Authorities (IN OPPO TO DEMURRERS AND MOTIONS TO STRIKE; )
Filed by Plaintiff and Cross-Defendant

**11/02/1998** Notice of Motion
Filed by Attorney for Pltf/Petnr

**11/02/1998** Motion for Leave
Filed by Atty for Deft and Cross-Complnt

**10/30/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**10/30/1998** Motion for an Order
Filed by Atty for Deft and Cross-Complnt

**10/28/1998** Notice (NOTICE OF RULING RE SMOLKER'S EX PARTE APPLICATION FOR AN ORDER CONTINUING
THE HEARING ON CROSS-DEFENDANTS HOLLANDS' MOTION TO COMPEL RESPONSE TO SPECIAL
INTERROGATORY)
Filed by Atty for Deft and Cross-Complnt

**10/22/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**10/22/1998** Opposition Document
Filed by Cross-Defendant

**10/22/1998** Ex-parte Request for Order
Filed by Defendant and Cross-Complainant

**10/20/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**10/16/1998** Order to Show Cause (NOTICE OF DEMURRER AND DEMURRER TO THE THIRD AMENDED CROSS-COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION TO STRIKE PORTIONS OF THIRD AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice (NOTICE AND DEMURRER TO THIRD AMENDED CROSS-COMPLAINANT; MEMORANDUM OF POINTS AND AUTHORITIES; )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice (TIG INSURANCE COMPANY'S NOTICE OF JOINDER IN THE MOTION TO STRIKE AND MOTION TO DISMISS SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Plaintiff and Cross-Deft

**10/16/1998** Notice of Motion (TIG INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO STRIKE CLAIM FOR UNITIVE DAMAGES FROM SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Plaintiff and Cross-Deft

**10/16/1998** Notice (TIG INSURANCE COMPANY'S NOTICE OF DEMURRER AND DEMURRER TO SMOLKERS' THIRD AMENDED CROSS-COMPLAINT )
Filed by Attorney for Pltf/Petnr

**10/16/1998** Notice (NOTICE OF HEARING ON DEMURRERS; DEMURRERS OF CROSS-DEFENDANTS COREGIS GROUP, INC., )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE DEFECTIVE THIRD AMENDED CROSS-COMPLAINT IN ITS ENTIRETY AS TO CROSS-DEFENDANTS COREGIS GROUP, INC., )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE MATTERS FROM PLAINTIFF'S THIRD AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF )
Filed by Attorney for Cross-Defendant

**10/16/1998** Notice (NOTICE OF HEARING ON DEMURRER AND DEMURRER TO THIRD AMENDED CROSS-COMPLAINT OF GARY AND ALIE SMOLKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF)
Filed by Attorney for Cross-Defendant

**10/16/1998** Request (REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**10/16/1998** Notice of Motion (NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF CROSS-COMPLAINANTS THIRD AMENDED CROSS-COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Motion to Strike (MOTION TO STRIKE BY RELIANCE INSURANCE COMPANY )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Request (RELIANCE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE )
Filed by Atty for Deft and Cross-Complnt

**10/16/1998** Notice of Motion (NOTICE OF MOTION TO STRIKE BY RELIANCE INSURANCE COMPANY )

Filed by Atty for Deft and Cross-ComplInt

**10/16/1998** Notice (PACIFIC VILLAS HOMEOWNERS ASSOCIATION'S NOTICE OF DEMURRER AND DEMURRER TO SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-ComplInt

**10/16/1998** Motion for an Order
Filed by Attorney for Cross-Defendant

**10/16/1998** Demurrer
Filed by Attorney for Cross-Defendant

**10/16/1998** Points and Authorities
Filed by Attorney for Cross-Defendant

**10/15/1998** Notice (NOTICE OF JOSEPH A. BAILEY, ITS JOINDER IN THE MOITON TO STRIKE THE THIRD AMENDED CROSS- COMPLAINT OF GARY AND ALICE SMOLKER )
Filed by Attorney for Cross-Defendant

**10/15/1998** Notice (NOTICE OF JOSEPH A. BAILEY, IT'S JOINDER IN THE DEMURRER FILED BY CROSS-DEFENDANTS JAMES AND JULIE HOLLAND TO THE THIRD AMENDED CROSS-COMPLAINT OF GARY AND ALICE SMOLKER)
Filed by Attorney for Cross-Defendant

**10/14/1998** Demurrer
Filed by Atty for Deft and Cross-ComplInt

**10/14/1998** Motion to Strike
Filed by Atty for Deft and Cross-ComplInt

**10/14/1998** Request for Judicial Notice
Filed by Atty for Deft and Cross-ComplInt

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**10/13/1998** Notice of Motion (PACIFIC VILLAS HOMEONERS ASSOCIATION'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF SMOLKER'S THIRD AMENDED CROSS-COMPLAINT )
Filed by Atty for Deft and Cross-ComplInt

**10/07/1998** Notice of Motion (*AND MO TO COMPEL RESPONSES )
Filed by Atty for Defendant and Cross-Compl

**10/07/1998** Notice of Motion (*AND MO TO COMPEL RESPONSES TO SPECIAL INTERROGS )
Filed by Atty for Defendant and Cross-Compl

**10/05/1998** Notice of Ruling
Filed by Defendant

**09/25/1998** Summons Issued
Filed by Atty for Deft and Cross-ComplInt

**09/25/1998** Answer to Third Amended Complaint
Filed by Atty for Deft and Cross-ComplInt

**09/25/1998** Notice (OF FILING THIRD AMENDED CROSS-COMP )
Filed by Defendant and Cross-Complainant

**09/17/1998** Notice (of appearance )

Filed by Attorney for Cross-Defendant

**09/14/1998** Notice of Ruling (RE DEMURRERS )
Filed by Cross-Defendant

**09/10/1998** Ntc to Reptr/Mon to Prep Transcrpt
Filed by Clerk

**09/10/1998** Notice of Ruling (ON DEMURRER )
Filed by Cross-Defendant

**09/04/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer - **Demurrer sustained with leave**

**09/01/1998** Miscellaneous-Other ("RECENT SUPREME COURT DECISION" )
Filed by Defendant and Cross-Complainant

**08/31/1998** Objection Document (TO RESPONSE AND EXHIBIT FILED BY SMOLKER )
Filed by Cross-Defendant

**08/31/1998** Notice of Continuance (OF TRUCK'S DEMURRER AND MOTION )
Filed by Cross-Defendant

**08/31/1998** Notice of Continuance (OF FARMERS INS. GROUP'S DEMURRER AND MOTION TO STRIKE; )
Filed by Cross-Defendant

**08/28/1998** Notice of Continuance (OF DEMURRERS )
Filed by Defendant and Cross-Complainant

**08/27/1998** in Department 15, Dzintra Janavs, Presiding
Non-Appearance (Case Review) - **Completed**

**08/27/1998** Proof of Service (NOTICE OF PROOF OF SERVICE; )
Filed by Defendant and Cross-Complainant

**08/27/1998** Reply/Response (TO REPLY BRIEFS OF PVHOA, BAILEY, )
Filed by Defendant and Cross-Complainant

**08/25/1998** Request (TO STRIKE IMPROPER AND UNTIMELY SURREPLY AND EXHIBITS FILED BY SMOLKER; )
Filed by Cross-Defendant

**08/25/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**08/25/1998** Notice to Prepare Clerk Transcript
Filed by Cross-Defendant

**08/24/1998** Reply/Response (SMOLKERS' REPLIES TO TRUCK; )
Filed by Defendant and Cross-Complainant

**08/24/1998** Reply/Response (BAILEY'S REPLY IN SUPPORT OF THE DEMURRERS OF HOLLAND AND PACIFIC; )
Filed by Cross-Defendant

**08/24/1998** Reply/Response (W. R. GRACE & CO. REPLY IN SUPPORT OF DEMURRER )
Filed by Defendant and Cross-Complainant

**08/24/1998** Reply/Response (W. R. GRACES'S REPLY IN TO SMOLKER OPPO TO MOTION )
Filed by Defendant and Cross-Complainant

**08/21/1998** Proof of Service
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TRUCK INSURANCE'S REPLY IN SUPPORT OF MOTION TO STRIKE; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TRUCK INSURANCE'S REPLY IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (OF FARMERS INSURANCE GROUP OF CO. FARMERS GROUP, IN AND TRUCK
UNDER- WRITERS ASSOC. IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (OF PACIFIC VILLAS TO OPPO TO DEMURRER )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN REPLY TO OPPO OF GARY AND ALICE SMOLKER TO THE DEMURRER OF
CROSS- DEFENDANT; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (TO SMOLKER MEMORANDUM OF PNA; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF DEMURRERS TO SECOND AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**08/21/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE PURPORTED CLAIMS IN THE SECOND
AMENDED CROSS-COMPLAINT; )
Filed by Cross-Defendant

**08/20/1998** Proof of Service
Filed by Defendant and Cross-Complainant

**08/20/1998** Notice to Prepare Clerk Transcript
Filed by Respondent

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRERS OF W.R. GRACE & CO. ETC. )
Filed by Defendant and Cross-Complainant

**08/19/1998** Opposition Document (TO DEMURRER )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF PACIFIC VILLAS HOMEOWNERS' ASSOCIATION; )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF JAMES AND JULIE HOLLAND )
Filed by Defendant and Cross-Complainant

**08/19/1998** Opposition Document (TO MOTION TO STRIKE )
Filed by Defendant and Cross-Complainant

**08/19/1998** Points and Authorities (IN OPPO TO DEMURRER OF JOSEPH A. BAILEY, II )
Filed by Defendant and Cross-Complainant

**08/14/1998** Notice to Prepare Clerk Transcript
Filed by Defendant

**08/14/1998** Ntc to Prepare Reporters Transcrpt
Filed by Defendant

**08/13/1998** Ntc to Atty re Notice of Appeal
Filed by Commissioner

**08/13/1998** Answer to Cross-Complaint (amended )
Filed by Attorney for Cross-Defendant

**08/11/1998** Proof of Service (AMENDED RE: DEMURRER AND MOTION TO STRIKE )

Filed by Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP 02/26/2018 12/04/2017 09/21/2017 08/14/2017 05/01/2017 12/14/2007 08/29/2007 03/02/2006
12/21/2001 11/08/2001 10/01/2001 08/10/2001 05/07/2001 03/28/2001 01/17/2001 11/21/2000 10/13/2000
09/08/2000 07/25/2000 06/06/2000 03/23/2000 12/17/1999 11/08/1999 09/21/1999 07/22/1999 04/30/1999
12/03/1998 10/13/1998 08/10/1998 06/22/1998 05/11/1998 03/10/1998 01/13/1998 10/10/1997

**08/10/1998** Notice of Appeal
Filed by Defendant

**08/07/1998** Demurrer (BY TRUCK INS. X; )
Filed by Cross-Defendant

**08/07/1998** Demurrer (FARMERS INS. GROUP, FARMERS GROUP AND TRUCK )
Filed by Cross-Defendant

**08/07/1998** Motion to Strike (TRUCKS MOTION )
Filed by Cross-Defendant

**08/07/1998** Miscellaneous-Other
Filed by Attorney for Cross-Defendant

**08/07/1998** Joinder (joinder in demurrer filed by cross defendants James and Julie Holland and Pacific Homeowners'
Assoc. to 7th COA of Second Amended Cross- Complaint of Gary and Alice Smolker)
Filed by Attorney for Cross-Defendant

**08/07/1998** Motion to Strike (motion to strike claims in second amended cross complaint for punitive damages and
attorney fees and allegations against dismissed cross-defendants Dean & Assoc. and Dennis A. Babbits)
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (demurrers of cross defendants- Coregis Group, Inc., Coregis Insurance Company and California
Insurance to Second Amended Cross Complaint )
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (demurrer to cross-complaints of Gary Smolker and Alice Smolker Second Amended Cross-
Complaint )
Filed by Attorney for Cross-Defendant

**08/07/1998** Motion to Strike (motion to strike portions of Second Amended Cross-Complaint of Gary and Alice Smolker )
Filed by Attorney for Cross-Defendant

**08/07/1998** Demurrer (DEMURRER OF JAMES AND JULIE HOLLAND )
Filed by Attorney for Cross-Defendant

**08/07/1998** Request (REQUEST FOR JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORR OF DEMURRER (BY TRUCK INS.X) )
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE (BY FARMERS INS., GROUP OF CO.
FARMERS GROUP AND TRUCK) )
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF DEMURRER BY (X-D, FARMERS INS., FARMERS GROUP, AND
TRUCK) )
Filed by Cross-Defendant

**08/07/1998** Points and Authorities (IN SUPPORT OF MOTION TO STRIKE (BY TRUCK INS.) )
Filed by Cross-Defendant

**08/07/1998** Proof of Service

Filed by Cross-Defendant

**08/07/1998** Motion to Strike (BY FARMERS INS., FARMERS GROUP AND TRUCK; )
Filed by Cross-Defendant

**08/07/1998** Answer to Cross-Complaint (Second Amended )
Filed by Attorney for Cross-Defendant

**08/07/1998** Answer to Second Amended Complaint (-Cross )
Filed by Attorney for Pltf/Petnr

**08/05/1998** Association of Attorney (HOLLINS, SCHECHTER & FEINSTEIN HEREBY ASSOCIATES THE LAW OFFICE OF MURAWSKI & GREY 2049 CENTURY PARK EAST, SUITE 900 LOS ANGELES, CA 90067 (310)551-6939)
Filed by Attorney for X-Deft/X-Comp

**08/03/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion for Sanctions - **Granted**

**08/03/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**08/03/1998** Order
Filed by Attorney for Cross-Defendant

**08/03/1998** Order (ORDER FOR COMPENSATORY SANCTIONS AGAINST X-COMPLAINT; )
Filed by Clerk

**07/29/1998** Reply/Response
Filed by Attorney for Cross-Defendant

**07/29/1998** Reply/Response
Filed by Atty for Deft and Cross-Complnt

**07/27/1998** Points and Authorities (IN OPPO TO MOTION FOR SANCTIONS & REQUEST FOR SANCTIONS; )
Filed by Defendant and Cross-Complainant

**07/21/1998** in Department 15, Dzintra Janavs, Presiding
Nunc Pro Tunc Order - **Completed**

**07/21/1998** Notice of Ruling (Corrected )
Filed by Atty for Deft and Cross-Complnt

**07/20/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**07/16/1998** Notice of Ruling (Corrected )
Filed by Atty for Deft and Cross-Complnt

**07/16/1998** Notice of Ruling (AMENDED )
Filed by Cross-Defendant

**07/14/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Quash (SUPOENA OF PRIVATE RECORDS;) - **Denied**

**07/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**07/14/1998** Answer to Cross-Complaint (of Joseph A. Bailey, II )
Filed by Attorney for Cross-Defendant

**07/14/1998** Answer to Cross-Complaint (of Pacific Villas Homeowners' Association )
Filed by Attorney for Cross-Defendant

**07/14/1998** Answer to Cross-Complaint (Carol D. Kay )

Filed by Attorney for Cross-Defendant

**07/14/1998** Notice of Motion (TO DISMISS FOR FAILURE TO TIMLEY FILE SECOND AMENDED CROSS-COMPLAINT )
Filed by Cross-Defendant

**07/13/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion Hearing - **Denied**

**07/13/1998** Notice of Ruling
Filed by Plaintiff and Cross-Defendant

**07/13/1998** Notice of Ruling
Filed by Cross-Defendant

**07/13/1998** Points and Authorities (IN OPPO TO MOTION FOR DISMISSAL )
Filed by Defendant and Cross-Complainant

**07/13/1998** Second Amended Cross Complaint
Filed by Defendant and Cross-Complainant

**07/10/1998** Motion for an Order (FOR DISMISSAL )
Filed by Defendant and Cross-Complainant

**07/10/1998** Declaration
Filed by Atty for Deft and Cross-Complnt

**07/10/1998** Ex-parte Request for Order
Filed by Attorney for Cross-Defendant

**07/10/1998** Reply/Response (TO OPPO TO MOTION TO QUASH )
Filed by Defendant and Cross-Complainant

**07/10/1998** Order
Filed by Attorney for Cross-Defendant

**07/08/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Exparte proceeding - **Denied**

**07/08/1998** Ex-parte Request for Order (COREGIS GROUP, COREGIS INSURANCE GROUP, CALIFORNIA INS. CO., DENNIS BABBITS AND DEAN AND ASSOCIATES )
Filed by Attorney for Cross-Defendant

**07/07/1998** Opposition Document (TO MOTION TO QUASH SUBPOENAS )
Filed by Cross-Defendant

**07/02/1998** Cross-Complaint (of Pacific Villas Homeowners' Association for: 1. Equitable Indemnity; 2. Comparative Indemnity; 3. Total Indemnity; 4. Declaratory Relief; 5. Strict Liability; 6. Implied Warranty of Fitness; 7. Negligence; 8. Nuisance; and 9. Breach of Contract)
Filed by Pacific Villas Homeowners' Association (Cross-Complainant)

**07/02/1998** Answer to First Amended Cross-Comp (Unverified. )
Filed by Attorney for Cross-Defendant

**07/02/1998** Cross-complaint
Filed by Attorney for X-Deft & X-Compl

**07/02/1998** Declaration (SUPPLEMENTAL DECLARATION OF ALICE M. GRAHAM IN SUPPORT OF MOTION TO QUASH )
Filed by Defendant and Cross-Complainant

**06/30/1998** Objection Document (TO NOTICE OF RULING OF JUNE 25, 1998 )
Filed by Defendant and Cross-Complainant

**06/30/1998** Objection Document (TO ORDER OF DISMISSAL OF TWELFTH CAUSE OF ACTION AS TO FRONTIER )
Filed by Defendant and Cross-Complainant

**06/29/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**06/29/1998** Notice of Ruling (on Ex Parte Application )
Filed by Atty for Deft and Cross-Complnt

**06/29/1998** Notice of Ruling (RE DEMURRERS )
Filed by Cross-Defendant

**06/26/1998** Opposition Document (TO PROPOSED ORDER OF DISMISSAL FOLLOWING SUSTAINING OF
DEMURRER )
Filed by Defendant and Cross-Complainant

**06/25/1998** Notice of Ruling (RE DEMURRER OF FRONTIER; )
Filed by Cross-Defendant

**06/23/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Granted in Part**

**06/23/1998** Ex-parte Request for Order
Filed by Cross-Complainant in Pro Per

**06/23/1998** Notice of Ruling (re demurrers )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**06/22/1998** Notice of Ruling
Filed by Cross-Defendant

**06/19/1998** Reply/Response (TO OPPO TO MOTION TO COMPEL )
Filed by Cross-Defendant

**06/19/1998** Notice of Ruling
Filed by Cross-Defendant

**06/19/1998** Cross-Complaint (of Carol D. Kay (Total Equitable Indemnity, Implied Express Indemnity, Express Indemnity,
Comparative Indemnity, Comparative Indemnity, Declaratory Relief, Equitable Apportionment of Fault, Contribution))
Filed by Carol D. Kay (Cross-Complainant)

**06/19/1998** Cross-complaint
Filed by Attorney for Cross-Defendant

**06/19/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**06/17/1998** Notice (OF REMITTITUR )
Filed by Cross-Defendant

**06/17/1998** Notice of Ruling (re demurrers )
Filed by Atty for Plaintiff and Cross-Deft

**06/16/1998** Motion to Quash (SUBPOENAS OF PRIVATE RECORDS; )
Filed by Defendant

**06/16/1998** Points and Authorities (AND DECLARATION IN OPPO TO MOTION )

Filed by Defendant and Cross-Complainant

**06/16/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

**06/12/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Hearing on Demurrer - **Demurrer sustained with leave**

**06/11/1998** Cross-Complaint (of Joseph A. Bailey, II, for Indemnification, Contribution and Comparative Fault)
Filed by Joseph A. Bailey, II (Cross-Complainant)

**06/11/1998** Cross-complaint (CROSS-COMPLAINT OF JOSEPH A. BAILEY , II ,FOR INDEMNIFICATION, )
Filed by Atty for Plaintiff and Cross-Deft

**06/11/1998** Answer (OF CROSS-DEFENDANT JOSEPH A. BAILEY,II TO CROSS-COMPLAINANTS GARY
SMOLKER'S AND ALICE SMOLKER'S FIRST AMENDED CROSS-COMPLAINT FOR DAMAGES )
Filed by Atty for Deft and Cross-Complnt

**06/10/1998** Remittitur (**PETITION GRANTED BY ORDER** )
Filed by Reviewing Court

**06/10/1998** Reply/Response (TO SUPPLEMENTAL OPPO TO DEMURRER )
Filed by Cross-Defendant

**06/10/1998** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**06/09/1998** Joinder (JOINDER OF CROSS-DEFENDANT, CAROL D. KAY, IN OPPO TO MOTION FOR PRO- TECTIVE
ORDER )
Filed by Cross-Defendant

**06/05/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER AND REQUEST FOR SANCTIONS; )
Filed by Cross-Defendant

**06/05/1998** Opposition Document (TO MOTION FOR PROTECTIVE ORDER )
Filed by Cross-Defendant

**06/03/1998** Notice of Ruling (NOTICE OF RULING AND OF COURT ORDER )
Filed by Atty for Deft and Cross-Complnt

**06/03/1998** Supplement
Filed by Defendant and Cross-Complainant

**06/01/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**05/29/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion Hearing - **Granted in Part**

**05/29/1998** Stipulation and Order
Filed by Attorney for Pltf/Petnr

**05/27/1998** Notice of Continuance (OF DEMURRER )
Filed by Defendant and Cross-Complainant

**05/27/1998** Declaration (OF MONTE H. MACHIT SUBMITTED IN OPPO TO REQUEST FOR INDIGENT STAT; )
Filed by Cross-Defendant

**05/27/1998** Points and Authorities (IN OPPO TO DEMURRER AND MOTION TO STRIKE OF CAROL KAY; )
Filed by Defendant and Cross-Complainant

**05/26/1998** Points and Authorities (IN REPLY TO HOME SAVING, ETC. TO OPPO TO MOTION TO QUASH; )
Filed by Defendant and Cross-Complainant

**05/26/1998** Amended Proof of Service (BY FAX RE: REPLY OF CUMMINS & WHITE, LLP, LARRY M. ARNOLD AND

LAURA N. MACPHERSON TO CROSS COMPLAINTS' OPPOSITION TO DEMURRER )
Filed by Attorney for Pltf/Petnr

**05/26/1998** Points and Authorities (IN OPPO TO DEMURRER )
Filed by Defendant and Cross-Complainant

**05/22/1998** Reply/Response (IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**05/22/1998** Request (FOR JUDICIAL NOTICE IN SUPPORT OF DEMURRERS )
Filed by Cross-Defendant

**05/22/1998** Reply/Response (TO CROSS-COMPLAINANTS' OPPO TO DEMURRERS )
Filed by Plaintiff

**05/22/1998** Supplemental Proof of Service
Filed by Cross-Defendant

**05/22/1998** Reply/Response (IN SUPPORT OF MOTION TO STRIKE; )
Filed by Cross-Defendant

**05/22/1998** Reply/Response (IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**05/21/1998** Answer to Cross-Complaint
Filed by Attorney for Cross-Defendant

**05/21/1998** Opposition Document (TO MOTION TO QUASH )
Filed by Cross-Defendant

**05/21/1998** Opposition Document
Filed by Cross-Defendant

**05/21/1998** Reply/Response (TO X-COMPS' OPPO TO DEMURRER )
Filed by Cross-Defendant

**05/20/1998** Reply/Response (TO OPPO TO MOTION TO STRIKE; )
Filed by Cross-Defendant

**05/15/1998** Objection Document (TO DECLARATIONS OF BRYAN SMITH )
Filed by Defendant

**05/15/1998** Miscellaneous-Other (CALIFORNIA RULE OF COURT 335 STATEMENT )
Filed by Attorney for Cross-Defendant

**05/15/1998** Supplement (OPPO TO HOME SAVING, MORRIS, AND THOMPSON'S DEMURER & MO. TO STRIKE )
Filed by Defendant and Cross-Complainant

**05/15/1998** Notice (OF CORRECTIONS )
Filed by Defendant

**05/15/1998** Notice of Motion (NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING FURTHER RESPON-SES TO CROSS-DEFENDANT'S DEMAND FOR PRODUCTION OF DOCUMENTS AND OTHER TANGIBLE THINGS )
Filed by Attorney for Cross-Defendant

**05/14/1998** Notice of Continuance
Filed by Cross-Defendant

**05/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**05/14/1998** Points and Authorities (IN OPPO TO DEMURER AND MOTION TO X )
Filed by Defendant and Cross-Complainant

**05/14/1998** Notice (OF ERRATA )

Filed by Cross-Defendant

**05/14/1998** Objection Document (TO NOTICE OF RULING "COUNTER NTC" )
Filed by Cross-Defendant

**05/13/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding
Motion to Compel - **Granted in Part**

**05/13/1998** Notice (NOTICE OF DEMURRER AND DEMURRER TO THE FIRST AMENDED CROSS- COMPLAINT FOR DAMAGES ON BEHALF W.R. GRACE AND CO.;GRACE DAVIDSON; ALBERT COSTELLO AND JAMES R, HYDE; )
Filed by Attorney for Cross-Defendant

**05/13/1998** Notice of Motion (MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED CROSS-COMPLAINT ; MEMORANDUM OF POINTS AND AUTHORITIES ; PROPOSED ORDER )
Filed by Attorney for Cross-Defendant

**05/13/1998** Request (REQUEST TO TAKE JUDICIAL NOTICE )
Filed by Attorney for Cross-Defendant

**05/13/1998** Declaration (OF ALICE SMOLKER RE INABILITY TO PAY DISCOVERY REF. FEES; )
Filed by Plaintiff and Cross-Defendant

**05/13/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. OF GARY SMOLKER DATED MAY 12-1998 )
Filed by Plaintiff and Cross-Defendant

**05/13/1998** Declaration (OF GARY SMOLKER REGARDING IN- ABILITY TO PAY DISCOVERY REF. FEES )
Filed by Defendant and Cross-Complainant

**05/13/1998** Miscellaneous-Other (DENURRER TO THE FIRST AMENDED CORSS-COMPLAINT OF GARY AND ALICE SMOLKER BY DEFENDANT W.R. GRACE AND CO.; GRACE DIVISION ALBERT COSTELLO AND JAMES R. HYDE; )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**05/11/1998** Notice of Continuance
Filed by Cross-Defendant

**05/11/1998** 1N11's Ntc of Hrng on Demurrer (AND DEMURRER TO GARY SMOLKER AND ALICE SMOLKER'S 1ST AMENDED X-COMP.; )
Filed by Attorney for Cross-Defendant

**05/08/1998** Miscellaneous-Other (COUNTER NOTICE OF RULING )
Filed by Defendant and Cross-Complainant

**05/07/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**05/06/1998** Opposition Document (TO MOTION TO COMPEL FURTHER RESP. TO FORM & SPECIAL INTERROGS; )
Filed by Defendant and Cross-Complainant

**05/06/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. OF GARY S. SMOLKER; )
Filed by Defendant and Cross-Complainant

**05/06/1998** Opposition Document (TO MOTION TO QUASH SUBPOENAS & PROTECTIVE ORDER; )
Filed by Cross-Defendant

**05/05/1998** at 08:30 am in Department 15, Dzintra Janavs, Presiding

Motion to Compel - **Granted**

**05/05/1998** Ex-Parte Application
Filed by Defendant and Cross-Complainant

**05/05/1998** Opposition Document (HOME SAVING'S OPPO TO EX-PARTE )
Filed by Cross-Defendant

**05/05/1998** Opposition Document (COREGIS' OPPO TO EX-PARTE )
Filed by Cross-Defendant

**05/05/1998** Opposition Document (DECLARATION OF SARA M. THORPE IN OPPO TO EX-PARTE )
Filed by Cross-Defendant

**05/05/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**04/30/1998** Notice of Hearing (On Demurrer & Demurrer By Cross- Defendant Dr. Joseph Fedoruk To Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/28/1998** Points and Authorities (TRUCK UNDERWRITERS' AUTHORITIES IN SUPPORT OF DEMURRER )
Filed by Cross-Defendant

**04/28/1998** Miscellaneous-Other (APPENDIX OF EXHIBITS TO DEC. )
Filed by Defendant and Cross-Complainant

**04/28/1998** Demurrer (AMENDED DEMURRER BY TRUCK UNDER- WRITERS )
Filed by Cross-Defendant

**04/28/1998** Request (FOR SANCTIONS; DEC. OF GARY SMOLKE )
Filed by Plaintiff and Cross-Defendant

**04/27/1998** Motion to Strike (PORTIONS OF FIRST AMENDED CROSS- COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; (PROPOSED) ORDER )
Filed by Attorney for Cross-Defendant

**04/27/1998** Demurrer (TO FIRST AMENDED CROSS-COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; (PROPOSED) ORDER )
Filed by Attorney for Cross-Defendant

**04/23/1998** Declaration (Of Robert D. Hoffman Re Refusal Of Cross-Complainants To Stipulate To Filing Of A Second Amended Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Motion (& Motion Of Cross-Def.'s Dennis A. Babbits & Dean & Associates To Stike Claims In Cross-Complaint; Etc )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Motion (& Motion Of Cross-Def.'s Coregis Group, Inc., etc. To Strike Claims In Cross-Complaint; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Notice of Hearing (On Demurrers; Etc. )
Filed by Attorney for Cross-Defendant

**04/23/1998** Amended Proof of Service (ON NOTICE OF HEARING ON DEMURRER )
Filed by Attorney for Pltf/Petnr

**04/22/1998** Declaration of Diligence
Filed by Attorney for Cross-Complainant

**04/22/1998** Default Entered (ON FIRST AMENDED COMPLAINT. )

Filed by Attorney for Cross-Complainant

**04/21/1998** Notice of Status Conference filed
Filed by Plaintiff

**04/21/1998** Notice of Ruling (on ex parte application for court order to modify or vacate court order made on April 13, 1998 )
Filed by Atty for Deft and Cross-Complnt

**04/21/1998** Notice of Hearing (On Demurrer & Demurrer Of Cross- Def., Carol Kay, Trustee Of The Carol D. Kay Revocable 1989 Trust, Etc. )
Filed by Attorney for Cross-Defendant

**04/21/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**04/17/1998** Cross-complaint
Filed by Attorney for Cross-Defendant

**04/17/1998** Answer to First Amended Cross-Comp
Filed by Attorney for Cross-Defendant

**04/17/1998** Notice of Hearing (on Demurrer and Demurrer by Cummin & White, PPP, Larry M. Arnold and Laura N. Macpherson to the First Amended Cross-Complaint, Etc. )
Filed by Attorney for Pltf/Petnr

**04/17/1998** Cross-Complaint (of James Holland and Julie Holland for Indemnification, Contribution and Comparative Fault)
Filed by Julie A. Holland (Cross-Complainant); James W. Holland (Cross-Complainant)

**04/16/1998** Notice (OF RESETTING AMENDED MOTIONS; )
Filed by Defendant and Cross-Complainant

**04/16/1998** Supplemental Declaration (MEMORANDUM OF PNA TO X-COMPL; )
Filed by Cross-Defendant

**04/16/1998** Notice of Ruling (re application for an emergency protective order prohibiting cross complainants from destroying evidence; etc. )
Filed by Atty for Deft and Cross-Complnt

**04/15/1998** Notice of Ruling (regarding 3-10-98 stay of proceedings )
Filed by Attorney for Cross-Defendant

**04/15/1998** Notice of Ruling (on ex parte application )
Filed by Attorney for Cross-Defendant

**04/13/1998** at 08:30 am in Department 17, Richard Kalustian, Presiding
Exparte proceeding - **Completed**

**04/07/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Hearing on Demurrer - **Off Calendar**

**04/07/1998** Motion for an Order (COMPELLING FURTHER RESPONSES )
Filed by Attorney for Cross-Defendant

**03/31/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Motion to Quash - **Off Calendar**

**03/25/1998** Notice
Filed by Cross-Defendant

**03/18/1998** Notice
Filed by Cross-Defendant

**03/17/1998** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**03/10/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**03/02/1998** Notice of Hearing (on demurrer, April 7, 1998 9:00am Dept 51 )
Filed by Attorney for Cross-Defendant

**03/02/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**02/27/1998** Opposition Document
Filed by Attorney for Cross-Defendant

**02/27/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**02/26/1998** Motion for an Order (Compelling Further Responses; Etc. )
Filed by Attorney for Cross-Defendant

**02/19/1998** at 08:30 am in Department 28, FRANCES ROTHSCHILD, Presiding
Hearing on Demurrer - **Off Calendar**

**02/19/1998** Reply/Response (REPLY IN SUPPORT OF DEMURRER BY CROSS-DEFENDANTS TRUCK )
Filed by Atty for Deft and Cross-Complnt

**02/18/1998** Points and Authorities (in opposition to demurrer and motion to strike )
Filed by Atty for Deft and Cross-Complnt

**02/18/1998** Points and Authorities (Supplemental Memorandum of points and authorities in support of motion to quash
subpoenas and/or for protective order limiting deposition subpoenas of private records)
Filed by Atty for Deft and Cross-Complnt

**02/17/1998** Points and Authorities
Filed by Atty for Deft and Cross-Complnt

**02/17/1998** Request (for the court to take judicial notice )
Filed by Atty for Deft and Cross-Complnt

**02/13/1998** Points and Authorities (IN OPP TO DR. FEDORUK'S DEMURRER )
Filed by Atty for Deft and Cross-Complnt

**02/10/1998** Demurrer
Filed by Attorney for Cross-Defendant

**02/10/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**02/05/1998** Motion to Quash
Filed by Atty for Deft and Cross-Complnt

**02/05/1998** Notice (NOTICE OF RULING RE DEMURRERS )
Filed by Former Attorney for Pltf/Petn

**02/03/1998** Notice of Ruling
Filed by Attorney for Cross-Defendant

**01/29/1998** Notice (Amended notice of demurrer )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (to cross-complainants' opposition to demurrers )
Filed by Attorney for Pltf/Petnr

**01/29/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/29/1998** Objection Document (to reply to brief of Amicus Curiae Untied policyholders in support o f defendants and cross complainant s Gary and Alice Smolker )
Filed by Attorney for Pltf/Petnr

**01/29/1998** Reply/Response ( to first amended complaint )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (in support of motion to strike purported claims in the first amended cross complaint for punitive damages and attorneys fees )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (of cross defendants Dennis A. Babbits and Dean & Associates in support of demurrers to first amended cross complaint )
Filed by Attorney for Cross-Defendant

**01/29/1998** Reply/Response (of cross defendants Coregis Group Inc., Coregis Insurance Company in support of demurrers to first amended complaint )
Filed by Attorney for Cross-Defendant

**01/28/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**01/28/1998** Points and Authorities (in opposition to demurrers by Cummins & White LLP and Larry M. Arnold )
Filed by Atty for Deft and Cross-Complnt

**01/28/1998** Notice, Association of Counsel (FOLLOWING ATTORNEYS ARE HERBY ASSOCIATED AS CO-COUNSELFOR CROSS DEFENDANT, RIK THOMPSON, WITH THE LAW FIRM OF DEAN & ASSOCAITES: PRINDLE, DECKER & AMARO )
Filed by Attorney for Cross-Defendant

**01/28/1998** Demurrer
Filed by Attorney for Cross-Defendant

**01/28/1998** Brief (of Amicus Curiae United Policy holders in support of defendants & cross complainants, Gary Smolker and Alice Smolker )
Filed by Attorney for Deft/Respnt

**01/27/1998** Answer to First Amended Cross-Comp
Filed by Cross-Defendant in Pro Per

**01/23/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/22/1998** Demurrer
Filed by Attorney for Cross-Defendant

**01/20/1998** Joinder (to the notice of motion...etc. )
Filed by Attorney for Cross-Defendant

**01/20/1998** Joinder (to the notice of demurrer...etc. )
Filed by Cross-Defendant

**01/16/1998** Amendment to Complaint (Roe 81 to be James W. Holland )

Filed by Atty for Defendant and Cross-Compl

**01/16/1998** Amendment to Complaint (Roe 82 to be Julie A. Holland )
Filed by Atty for Defendant and Cross-Compl

**01/15/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**01/15/1998** Defendant's Demurrer
Filed by Attorney for Cross-Defendant

**01/15/1998** Notice (of resetting of deposition of Home Savings Termite Control, Inc to January 26, 1998 by court order and notice of rulings )
Filed by Atty for Deft and Cross-Complnt

**01/14/1998** Notice of Ruling
Filed by Atty for Deft and Cross-Complnt

**01/14/1998** Notice (of order staying deposition pending hearing on protective order )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**01/13/1998** Proof of Service
Filed by Attorney for Cross-Defendant

**01/12/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Affidavit of Prejudice - **Granted**

**01/12/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Exparte proceeding - **Granted**

**01/12/1998** Points and Authorities (and declaration of Gary Smolker in opposition to Home Savings Termite Control, Inc.'s motion for protective order to postpone deposition of the PMK of Home Savings termite control Inc.)
Filed by Atty for Deft and Cross-Complnt

**01/12/1998** Amended Proof of Service (of errata re continuance of demurrer and motion to strike to February 23, 1998 )
Filed by Attorney for Cross-Defendant

**01/12/1998** Demurrer (NOTICE OF HEARING ON DEMURRER AND DEMURRER BY SRODD-DEFT DR JOSEPH FEDORUK TO CROSS-COMP. OF GARY SMOLKER, ET AL; MEMO OF PS & AS; )
Filed by Attorney for Cross-Defendant

**01/12/1998** Points and Authorities (and declaration of Gary Smolker contesting the propriety of W.R. Grace & Company's peremptory challenge of Judge Feffer dated Jan 9, 1998 and objecting to the peremptory challenge)
Filed by Atty for Deft and Cross-Complnt

**01/12/1998** Application-Miscellaneous (Ex parte application for order extending time to respond to form interrogatories, special interr- gatories and requests for admissio n served on cross complainants Gary Smolker & Alice Smolker etc.)
Filed by Atty for Deft and Cross-Complnt

**01/09/1998** Notice (of errata re: demurrer to the first amended cross-complaint for damages and motion to strike portions of the first amended cross complaint )
Filed by Attorney for Cross-Defendant

**01/09/1998** Amended Proof of Service (Re: Notice of demurrer and demurrer to the first amended cross complaint for damages )
Filed by Attorney for Cross-Defendant

**01/09/1998** Declaration of Service (by personal delivery )
Filed by Attorney for Cross-Defendant

**01/08/1998** Substitution of Attorney
Filed by Former Attorney for Cross-Deft

**01/07/1998** at 09:00 am in Department 51, Irving Feffer, Presiding
Exparte proceeding - **Granted**

**01/07/1998** Ex-Parte Application (FOR ORDER STAYING DEPO )
Filed by Attorney for Cross-Defendant

**01/07/1998** Notice (FOR PROTECTIVE ORDER )
Filed by Attorney for Cross-Defendant

**01/07/1998** Proof of Service (OF NOTICE OF TRANSFER TO DEP. 1 FOR REASSIGNMENT UNDER CODE OF CIVIL
PROCEDURE SECTION 170.6 PEREMPTORY CHALLANGE )
Filed by Attorney for Pltf/Petnr

**01/07/1998** Notice (of errata )
Filed by Attorney for Cross-Defendant

**01/07/1998** Notice (of amended motion for protective order restricting discovery of Home Savings Termite Control, Inc.
supporting declaration of Gary E. Yardumian; Declaration of Wayne Morris;Etc.)
Filed by Attorney for Cross-Defendant

**01/07/1998** Declaration (of Wayne Morris in support of defendant, Home Savings Termite Control, Inc.'s amended motion
for protective order restricting discovery of Home Savings Termite Control, Inc.)
Filed by Attorney for Cross-Defendant

**01/07/1998** Proof of Service (OF NOTICE OF REASSIGNMENT TO DEP. 51 UNDER CODE OF CIVIL PROCEDURE
SECTION 170.6 )
Filed by Attorney for Pltf/Petnr

**01/07/1998** Notice (of deposition of cross defendant Home Savings Termite Control,Inc. and of materials to be produced
at deposition by Home Savings Termite Control, Inc. )
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Points and Authorities (and declaration of Gary Smolker in opposition to ex parte application for order to stay
the taking of the deposition scheduled to take place on January 12, 1998 )
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Exhibit (referred to in Gary Smolker's declaration dated January 6, 1998 filed in opposition to ex parte
application for stay order re deposition scheduled to take place on Jan. 12, 1997)
Filed by Atty for Deft and Cross-Complnt

**01/07/1998** Ntc and Acknowledgement of Receipt
Filed by Attorney for Deft/Respnt

**01/06/1998** Status Conference Questionnaire
Filed by Attorney for Cross-Defendant

**01/06/1998** Notice, Association of Counsel (HEREBY ASSOCIATES AS CO-COUNSEL FOR CROSS-DEFENDANT,
HOME SAVINGS TERMITE CONTROL, INC. WITH THE LAW FIRM OF DEAN & ASSOCIATES )
Filed by Attorney for Cross-Defendant

**01/05/1998** Request (To Take Judicial Notice )
Filed by Attorney for Cross-Defendant

**01/05/1998** Pltf's Ntc of Hrng on Demurrer
Filed by Attorney for Pltf/Petnr

**01/05/1998** Demurrer

Filed by Attorney for Cross-Defendant

**01/05/1998** Motion to Strike
Filed by Attorney for Cross-Defendant

**12/30/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**12/30/1997** Demurrer
Filed by Attorney for Cross-Defendant

**12/22/1997** Demurrer (memo of P&A in support of demurrer )
Filed by Attorney for Cross-Defendant

**12/22/1997** Demurrer (by cross-defts )
Filed by Attorney for Cross-Defendant

**12/22/1997** Answer to Amended Complaint (first )
Filed by Attorney for Deft/Respnt

**12/19/1997** at 08:30 am in Department 28, FRANCES ROTHSCHILD, Presiding
Affidavit of Prejudice - **Granted**

**12/19/1997** Affidavit of Prejudice--Peremptory (Peremptory Challenge CCP 170.6 by Plaintiff TIG Insurance against
Judge Frances Rothschild - granted )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Demurrer (NOTICE OF HEARING ON DEMURRER AND DEMURRER BY CUMMINS & WHITE LLP TO
THE FIRST AMENDED CROSS-COMP OF GARY SMOLKER AND ALICE SMOLKER MEMO OF PS & AS IN
SUPPORT THEREOF )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Notice (NOTICE OF STATUS CONFERENCE )
Filed by Attorney for Pltf/Petnr

**12/19/1997** Declaration (DECLARATION OF ROBERT H. SANDS IN SUPPORT OF RELIANCE INS. CO'S MOTION
FOR S/A; )
Filed by Attorney for Deft/Respnt

**12/19/1997** Declaration (DECLARATION OF GARY JUDD INSUPPORT OF RELIANCE INSURANCE CO'S MOTION
FOR S/A; )
Filed by Attorney for Deft/Respnt

**12/19/1997** Mtn for Summary Adjud of Issues (NOTICE OF MOTION AND MOTION OF RELIANCE INSURANCE CO.
FOR S/A )
Filed by Attorney for Deft/Respnt

**12/19/1997** Proof of Service (PROOF OF SERVICE OF COURT MINUTE ORDER RE RECUSAL OF JUDGE
LICHTMAN ON ALL PARTIES )
Filed by Attorney for Pltf/Petnr

**12/17/1997** Motion to Strike
Filed by Attorney for Cross-Defendant

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: ROBBINS,
LANCE J. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: FREDERICKS,
MATHEW JOHN )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: KAY, CAROL D.

TRUSTEE, )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Summons Filed
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (FIRST AMENDED SUMMONS Party served: W.R. GRACE & CO. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (AMENDED CROSS-COMPLAINT Party served: Virginia K. Cipriano )
Filed by Attorney for Cross-Complainant

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Demurrer
Filed by Attorney for Cross-Defendant

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED CROSS COMPLAINT Party served: LAURA N. MACPHERSON )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: VERDUN, ANGELA )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: IVORY, GERALD W. )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT Party served: JOSEPH A. BAILEY, II )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT Party served: LARRY M. ARHOLD )
Filed by Attorney for Deft/Respnt

**12/17/1997** Proof of Service (SUMMONS ON 1ST AMENDED CROSS- COMPLAINT Party served: JOSEPH FEDORUK )
Filed by Attorney for Deft/Respnt

**12/17/1997** Proof of Service (SUMMONS ON FIRST AMENDED CROSS- COMPLAINT )
Filed by Atty for Deft and Cross-Complnt

**12/17/1997** Notice of Non-Service - Other (SUMMONS ON 1ST AMENDED COMPLAINT; The reason: NO SUCH ADDRESS COULD BE LOCATED NO SUCH ADDRESS Party served: PACIFIC VILLAS HOMEOWNERS ASSN.)
Filed by Atty for Deft and Cross-Complnt

**12/12/1997** Notice of Ruling
Filed by Attorney for Pltf/Petnr

**12/12/1997** Demurrer

Filed by Attorney for Cross-Defendant

**12/12/1997** Motion to Strike
Filed by Attorney for Cross-Defendant

**12/09/1997** Answer to Cross-Complaint (first amended )
Filed by Attorney for Pltf/Petnr

**12/08/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**12/08/1997** Notice of Status Conference filed
Filed by Clerk

**12/08/1997** Answer to Cross-Complaint (First amended )
Filed by Attorney for Cross-Defendant

**11/26/1997** at 08:30 am in Department 49, Peter D. Lichtman, Presiding
Status Conference - **Completed**

**11/20/1997** Proof of Service (party served Farmers Group Inc. )
Filed by Attorney for Deft/Respnt

**11/20/1997** Proof of Service
Filed by Attorney for Deft/Respnt

**11/20/1997** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**11/19/1997** Status Conference Questionnaire
Filed by Attorney for Pltf/Petnr

**11/13/1997** Demand for Jury Trial
Filed by Atty for Deft and Cross-Complnt

**11/13/1997** Answer to Complaint (GARY AND ALICE SMOLKER'S ANSWER TO UNVERIFIED COMPL. )
Filed by Atty for Deft and Cross-Complnt

**11/04/1997** Amended Cross-Complaint (First amended )
Filed by Atty for Deft and Cross-Complnt

**11/04/1997** Summons Issued
Filed by Atty for Deft and Cross-Complnt

**10/14/1997** Notice of Ruling
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997

**10/10/1997** Cross-Complaint (for Damages for: 1. Fraudulent Concealment; 2. Negligence; 3. Strict Liability; 4. Willful
Misconduct; and 5. Action for Abatement of Dangerous Condition)
Filed by GARY SMOLKER (Cross-Complainant); Alice Smolker (Cross-Complainant)

**10/10/1997** Summons Issued
Filed by Attorney for Deft/Respnt

**10/10/1997** Cross-complaint
Filed by Attorney for Deft/Respnt

**10/09/1997** at 08:30 am in Department 49, Peter D. Lichtman, Presiding

Status Conference (& A MO. TO QUASH) - **Motion Denied**

**10/07/1997** Reply/Response (TO PLFF TIG INS. CO. OPP; )
Filed by Attorney for Deft/Respnt

**10/01/1997** Status Conference Questionnaire
Filed by Attorney for Deft/Respnt

**09/12/1997** Motion to Quash
Filed by Attorney for Deft/Respnt

**09/08/1997** Notice of Continuance (OF S/C )
Filed by Attorney for Pltf/Petnr

**08/28/1997** at 08:45 am in Department 49, Peter D. Lichtman, Presiding
Exparte proceeding (APPLICATION FOR ORDER QUASHINGSTATUS CONFERENCE) - **Completed**

**08/28/1997** Ex-parte Request for Order (FOR ORDER QUASING NOTICE OF STATUS CONFERENCE )
Filed by Defendant

**08/28/1997** Motion to Quash
Filed by Attorney for Deft/Respnt

**08/27/1997** Status Conference Questionnaire
Filed by Attorney for Pltf/Petnr

**08/27/1997** Notice (NOTICE OF ORDER )
Filed by Attorney for Deft/Respnt

**08/22/1997** Notice of Status Conference filed
Filed by Attorney for Pltf/Petnr

**08/11/1997** Notice of Status Conference filed
Filed by Clerk

**08/06/1997** in Department 1, Victor E. Chavez, Presiding
Order Re: Reassignment of Case - **Completed**

**07/25/1997** at 08:30 am in Department 35, Alexander Williams, III, Presiding
Affidavit of Prejudice - **Granted**

**07/02/1997** Summons (on Complaint)
Filed by Clerk

**07/02/1997** Civil Case Cover Sheet
Filed by TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION (Plaintiff)

**07/02/1997** Complaint
Filed by TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION (Plaintiff)

**07/02/1997** Complaint

**07/02/1997** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/21/2017   08/14/2017   05/01/2017   12/14/2007   08/29/2007   03/02/2006
12/21/2001   11/08/2001   10/01/2001   08/10/2001   05/07/2001   03/28/2001   01/17/2001   11/21/2000   10/13/2000
09/08/2000   07/25/2000   06/06/2000   03/23/2000   12/17/1999   11/08/1999   09/21/1999   07/22/1999   04/30/1999
12/03/1998   10/13/1998   08/10/1998   06/22/1998   05/11/1998   03/10/1998   01/13/1998   10/10/1997