EXHIBIT C-7

**Grace Cross-Complaint Dismissal Order**

Rosemarie S. Lewis, Esq. SBN: 158891
Jeffrey Z. Liu, Esq. SBN: 276849
BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
Los Angeles, California 90017
Tel: (213) 624-2869
Fax: (213) 489-3930
rlewis@bortonpetrini.com
jliu@bortonpetrini.com

Attorneys for Cross-Defendants W.R. GRACE & COMPANY and GRACE DAVISON

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 26 2017

Sherri R. Carter, Executive Officer/Clerk
By Raul Sanchez, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TIG INSURANCE COMPANY, A California corporation,<br><br>Plaintiff,<br>v.<br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br>GARY SMOLKER,<br><br>Cross-Complainant,<br>v<br>HOME SAVINGS TERMITE CONTROL, INC., et al,,<br><br>Cross-Defendants | Case No. BC173952<br>*Transferred to the Honorable Judge Richard Fruin Department 15*<br><br>**NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360**<br><br>RESERVATION NO.: 161115174315<br><br>Date: January 17, 2017<br>Time: 8:30 A.M.<br>Place: Department 15 |

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 17, 2017 the Honorable Richard Fruin executed the Order granting Cross-Defendants W.R. GRACE & CO. and GRACE DAVIDSON'S Motion to Dismiss for Failure to Bring Action to Trial within Five Years as Required by Code of Civil Procedure §583.310, §583.360. A true and correct copy of said Order is attached hereto and

1

h:\003418\045
809\pleadings
re mtn to
dismiss\notice
of entry of

NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360

1  incorporated herein by this reference.

2  Dated:  January 26, 2017                           BORTON PETRINI, LLP

By _____
ROSEMARIE S. LEWIS, JEFFREY Z. LIU
Attorneys for Cross-Defendant W.R. GRACE
& COMPANY and GRACE DAVISON.

2

h:\003418\045809\pleadings re mtn to dismiss\notice of entry of

NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS
AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 17 2017

Sherri R. Carter, Executive Officer/Clerk
By E. Garcia, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TIG INSURANCE COMPANY, A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GARY SMOLKER,<br><br>Cross-Complainant,<br><br>v<br><br>HOME SAVINGS TERMITE CONTROL, INC., et al,,<br><br>Cross-Defendants | Case No. BC173952<br>*Transferred to the Honorable Judge Richard Fruin Department 15*<br><br>[PROPOSED] ORDER MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360<br><br>RESERVATION NO.: 161115174315<br><br><br>Date: December 20, 2016<br>Time: 8:30 A.M.<br>Place: Department 15 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Motion to Dismiss for Failure to Bring Action to Trial Within Five Years filed on behalf of W.R. GRACE & CO. and Grace Davidson [Provin Davidson] came on regularly for hearing on December 20, 2016 at 8:30 a.m. in Department 15 of the above-entitled Court, the Honorable Richard Fruin, judge presiding. Briefs were submitted and oral argument ensued.

12

NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360; MEMORANDUM OF POINTS AND AUTHORITIES: DECLARATION OF JEFFREY Z. LIU; [PROPOSED] ORDER

1  FOR GOOD CAUSE APPEARING the COURT grants W.R. GRACE & CO. and Grace Davidson's motion to dismiss and dismisses this case with prejudice *as to them*.

3  IT IS SO ORDERED.

4  DATED: Jan. 17, 2017

   _Richard Fruin_
   Richard Fruin
   JUDGE OF THE SUPERIOR COURT

13

NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360; MEMORANDUM OF POINTS AND AUTHORITIES: DECLARATION OF JEFFREY Z. LIU; [PROPOSED] ORDER

PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 626 Wilshire Blvd., Suite 975, Los Angeles, California 90017; my email address is bgonzales@bortonpetrini.com; eloaiza@bortonpetrini.com.

      On **January 26, 2017**, I served the foregoing document described as **NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360** on the other parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as indicated in the attached service list.

\_\_\_\_\_    **BY PERSONAL DELIVERY BY ACE MESSENGER & ATTORNEY SERVICE, INC.:** I caused the aforementioned documents to be picked up from my office at the above referenced business address by an authorized courier or driver authorized by the courier service to receive documents for delivery to the person(s)/office(s) indicated above.

**XXXX**    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_    **BY GOLDEN STATE OVERNIGHT COURIER SERVICE:** The aforementioned documents were picked up from my office at the above referenced business address by an authorized courier or driver authorized by the courier service to receive documents, in an envelope or package designated by the courier service with delivery fees provided for addressed to the person(s)/office(s) on whom it is to be served.

\_\_\_\_\_    **BY FAX:** I caused each document to be delivered by electronic facsimile to the offices listed above. The facsimile machine I used complied with California Rules of Court, Rule 2.003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e).

\_\_\_\_\_    **BY EMAIL or ELECTRONIC TRANSMISSION:** I caused the aforementioned documents to be sent to the person or persons at the email address indicated above during normal business hours. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **January 26, 2017**, at Los Angeles, California.

| B. Gonzales | *[signature]* |
|---|---|
| Type or Print Name | Signature |

3

NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360

h:\003418\045809\pleadings re mtn to dismiss\notice of entry of

| | |
|---|---|
| Gary S. Smolker, Esq.<br>LAW OFFICES OF GARY S. SMOLKER<br>16055 Ventura Boulevard Suite 525<br>Encino, CA 91436-2609 | PHONE: (818) 788-7290<br>FAX: (818) 990-9888<br>E-MAIL: gsmolker@aol.com<br>**(Gary S. Smolker, In Pro Per)** |
| Sara Thorpe, Esq.<br>GORDON & REES<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | BUS: (415) 986-5900<br>FAX: (415) 986-8054<br>**(Truck Underwriters Association; Farmers Group, Inc; Farmers Insurance Group of Companies)** |
| Michael M. Pollak, Esq.<br>POLLAK, VIDA & FISHER<br>11150 W Olympic Blvd # 980<br>Los Angeles, CA 90064 | BUS: (310) 551-3400<br>FAX: (310) 551-1036<br>**(Allstate Insurance Co.)** |
| PRINDLE, DECKER & AMARO<br>310 Golden Shore, 4th Floor<br>P.O. Box 22711<br>Long Beach, CA 90801-5511 | BUS: (562) 436-3946<br>FAX: (562) 495-0564<br>**(Home Savings Termite Control; Wayne Morris)** |
| Jeffrey A. Charleston, Esq.<br>Robert D. Hoffman, Esq.<br>CHARLESTON, REVICH & WOLLITZ LLP<br>1925 Century Park E #1250<br>Los Angeles, CA 90067 | BUS: (310) 551-7040<br>FAX: (310) 203-9321<br>**(Dennis A. Babbit; Coregis Group, Inc.; Coregis Insurance Co.; Dean & Associates; California Insurance Company)** |
| David L. Hughes, Esq.<br>Stacie Brandt, Esq.<br>BOOTH, MITCHEL & STRANGE LLP<br>701 South Parker Street Suite 6500<br>Orange, CA 928868 | BUS: (714) 480-8500<br>FAX: (714) 480-8533<br>**(Reliance Insurance Company)** |
| Richard B. Wolf, Esq.<br>LEWIS, D'AMATO, BRISBOIS & BISGAARD<br>633 West 5th Street Suite 4000<br>Los Angeles, CA 90071 | BUS: (213) 250-1800<br>FAX: (213) 250-7900<br>**(Inter-Insurance Exchange of Automobile Club)** |

Rev. 1/26/17

NOTICE OF ENTRY OF ORDER TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360