## Exhibit C-8

**Termite Control Cross-Complaint Dismissal Order**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 09/29/17 | DEPT. 15 |
| HONORABLE RICHARD FRUIN      JUDGE | E. GARCIA     DEPUTY CLERK |
| HONORABLE #1                  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR V. NGUYEN |
| H. AVALOS, C.A.    Deputy Sheriff | PRO TEMPORE, CSR# 13137    Reporter |

8:30 am   BC173952

TIG INSURANCE COMPANY
VS
GARY SMOLKER ET AL

170.6 - Rothschild 12-19-97
Recusal - Lichtman 11-26-97

Plaintiff Counsel   GARY SMOLKER (X)

Defendant Counsel   MARK KINCAID (X)

**NATURE OF PROCEEDINGS:**

FINAL STATUS CONFERENCE;

MOTION FOR PROTECTIVE ORDER RE: 9/11/17 - 9/15/17 DEPOSITIONS WITH PRODUCTION OF DOCUMENTS.

The Order Appointing Court Approved Reporter as Official Reporter Pro Tempore is signed and filed this date.

Matter is called for hearing.

The Court having reviewed the case file, and having referred to the ruling issued by this Court on 9/27/17, now hears further arguments from both sides.

After arguments, the Court dismisses the last two remaining defendants in this case, Home Savings Termite Control and WF Morris. As a result, this case is concluded and all future dates as to the said Defendants is placed off calendar.

Notice waived.

Page   1 of   1   DEPT. 15

**MINUTES ENTERED**
09/29/17
**COUNTY CLERK**