## Exhibit C-9

**Grace Cal. App. Docket**

# Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

2nd Appellate District

Change court

*Court data last updated: 06/04/2020 10:48 AM*

## Docket (Register of Actions)

**Smolker v. W. R. Grace & Co. et al.**
Division 7
**Case Number B281406**

| Date | Description | Notes |
|---|---|---|
| 03/21/2017 | Notice of appeal lodged/received. | Filed by Gary Smolker on 3/15/17 |
| 03/24/2017 | Filing fee. | Check #6551 $775 |
| 04/04/2017 | Civil case information statement filed. | Plaintiff and Appellant: Gary Smolker<br>Attorney: Gary S. Smolker |
| 08/01/2017 | Record on appeal filed. | C-2 (452 Pages) R-1 |
| 09/11/2017 | Requested - extension of time | Appellant's opening brief. Requested for 11/09/2017 By 59 Day(s) |
| 09/11/2017 | Granted - extension of time. | Appellant's opening brief. Due on 11/09/2017 By 59 Day(s) |
| 11/08/2017 | Requested - extension of time | Appellant's opening brief. Requested for 02/09/2018 By 92 Day(s) |
| 11/08/2017 | Granted - extension of time. | Appellant's opening brief. Due on 01/05/2018 By 57 Day(s)<br><br>No further extensions of time will be granted. |

| Date | Action | Details |
|---|---|---|
| 12/29/2017 | Requested - extension of time | Appellant's opening brief. Requested for 02/15/2018 By 41 Day(s) |
| 01/03/2018 | Denied - extension of time. | |
| 01/10/2018 | Appellant notified re failure to timely file opening brief. | AOB was due on or before 1/5/18; |
| 01/25/2018 | Appellant's opening brief. | Plaintiff and Appellant: Gary Smolker<br>Attorney: Gary S. Smolker |
| 02/26/2018 | Respondent's brief. | Cross-defendant and Respondent: W. R. Grace & Co.<br>Attorney: Rosemarie S. Lewis<br>Cross-defendant and Respondent: Grace Davidson<br>Attorney: Rosemarie S. Lewis |
| 03/19/2018 | Appellant's reply brief. | Plaintiff and Appellant: Gary Smolker<br>Attorney: Gary S. Smolker |
| 03/19/2018 | Case fully briefed. | |
| 03/19/2018 | Notice sent to parties re: case fully briefed. | |
| 03/20/2018 | Filed document entitled: | respondent's notice of unavailability: 5/16 - 5/21/18 and 5/24 - 6/7/18; |
| 04/06/2018 | Order filed. | Appellant has three pending appeals arising out of LASC Case No. BC173952. Briefing is complete in this case, B281406, but not in B286138 (Truck Insurance Exchange v. Smolker) and B287626 (Smolker v. Home Savings Termite Control Inc.) Appellant has asserted in this case that the same issues arise in all three cases. Accordingly, the cases will be considered together, at such time as briefing is complete in all cases. |
| 04/30/2018 | Application filed to: | respondents application to shorten time for oral argument and for further relief (from the court's 4/6/18 order) |
| 05/02/2018 | Order filed. | The court has read and considered respondents' April 30, 2018 application to shorten the time for oral argument and for further relief from the April 6, 2018 order. IT IS HEREBY ORDERED that respondents' application is denied. |

| Date | Event | Description |
|---|---|---|
| 10/23/2019 | Motion filed. | Appellant's motion to consolidate appeal cases for oral argument and for order ordering respondent's attorneys to pay appellant for detriment caused to appellant |
| 10/23/2019 | Exhibits filed in support of: | Appellant's October 23, 2019 motion to consolidate appeals ~ 2 volumes |
| 10/23/2019 | Received: | Appellant proposed order re October 23, 2019 motion |
| 11/05/2019 | Order filed. | The court has read and considered appellant's October 23, 2019 motion to consolidate appeals and for order ordering attorney Rosemarie S. Lewis et al. to pay appellant for detriment caused to appellant. No opposition thereto was filed. Good cause appearing therefor, IT IS HEREBY ORDERED that the motion is denied in its entirety. |
| 12/10/2019 | Calendar notice sent electronically. Calendar date: | January 10, 2020 at 1:30 p.m. |
| 12/19/2019 | Request for oral argument filed by: | Rosemarie S. Lewis for respondent. (213)624-2869 |
| 12/23/2019 | Motion filed. | Appellant's request for rescheduling oral argument |
| 12/23/2019 | Received: | Appellant's proposed order re motion to continue oral argument |
| 12/24/2019 | Order filed. | The court has read and considered appellant Gary Smolker's December 20, 2019 request to continue oral argument. Good cause appearing therefor, IT IS HEREBY ORDERED that appellant's request for continuance is denied. |
| 01/02/2020 | Request filed to: | Appellant's request for more time for oral argument on January 10, 2020 in accordance with CRC 8.25 (c). |
| 01/02/2020 | Request filed to: | Appellant's request to submit additional briefing documents "as is" or as an attachment to supplemental brief in accordance with CRC 8.200 (a)(4). |
| 01/02/2020 | Received letter from: | Gary S. Smolker, appellant in pro per. Re: CRC 8.254 regarding new authority. |

| | | |
|---|---|---|
| 01/03/2020 | Order filed. | The court has read and considered appellant's January 2, 2020 request to file a supplemental brief and additional documents. Good cause appearing therefor, IT IS HEREBY ORDERED that appellant's request is denied. |
| 01/03/2020 | Order filed. | On April 6, 2018, this Court issued the following order : "Appellant has three pending appeals arising out of LASC Case No. BC173952. Briefing is complete in this case, B281406, but not in B286138 (Truck Insurance Exchange v. Smolker) and B287626 (Smolker v. Home Savings Termite Control, Inc.). Appellant has asserted in this case that the same issues arise in all three cases. Accordingly, the cases will be considered together, at such time as briefing is complete in all cases. " The Court is of the tentative view that the trial court did not err in granting the motions to dismiss. The only issue to be addressed at oral argument is the procedural issue arising from the dismissals; the merits of the case are not at issue at this time, and the Court will not entertain argument pertaining to those isues. Consistent with the April 6, 2018 order, each side shall have a maximum of 30 minutes of argument time in this matter. Respondents shall advise the Court prior to argument how they intend to divide their time, and appellant shall advise whether he wishes to reserve any portion of his time for rebuttal. |
| 01/08/2020 | Received: | Request for copy of oral argument scheduled for 1/10/20 |
| 01/10/2020 | Cause argued and submitted. | |
| 01/14/2020 | Received: | Request for copy of oral argument audio recording from Rosemarie S. Lewis |
| 01/14/2020 | Received: | Request for copy of oral argument audio recording by appellant Gary Smolker. |
| 01/22/2020 | Opinion filed. | (Signed Unpublished) The judgments are affirmed. Respondents shall recover their costs on appeal. [Z-P-F] |
| 02/10/2020 | Application filed to: | Appellant Smolker's application seeking relief to file late petition for rehearing |
| 02/10/2020 | Application filed to: | Appellant Smolker's second application seeking relief to file late petition for rehearing |
| 02/10/2020 | Received: | Appellant Smolker's belated petition for rehearing |

| Date | Event | Description |
|---|---|---|
| 02/10/2020 | Rehearing petition filed. | Appellant Smolker |
| 02/13/2020 | Order denying rehearing petition filed. | |
| 02/20/2020 | Received: | Appeallant's second petition for rehearing of decisions. |
| 02/21/2020 | Order filed. | Appellant Smolker's February 20, 2020 request to file a late, second petition for rehearing is denied (Cal. Rules of Court, rule 8.268(b)(1)(A)). |
| 02/21/2020 | Request filed to: | Appellant Smolker's request relieving appellant for failure to file a timely a petition for rehearing |
| 02/21/2020 | Order filed. | Appellant Smolker's February 21, 2020 request seeking leave to file a late second petition for rehearing, submitted shortly before the close of business on the final day of this court's jurisdiction in this matter, is denied (Cal. Rules of Court, rule 8.268(b)(1)(A)). |
| 03/04/2020 | Record transmitted to Supreme Court. | 1x2" |
| 03/04/2020 | Record transmitted to Supreme Court electronically. | Briefs |
| 04/29/2020 | Petition for review denied in Supreme Court. | The petition for review is denied. |
| 05/04/2020 | Remittitur issued. | |
| 05/04/2020 | Case complete. | |
| 04/30/2020 | Record returned from Supreme Court. | 1x2" |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy

© 2020 Judicial Council of California