## Exhibit C-11

**Cal. App. Ct. Costs Denial Order**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| GARY SMOLKER, | B281406 |
|---|---|
| Plaintiff and Appellant, | (Super. Ct. No. BC173952)<br>Los Angeles County |
| v. | |
| W. R. GRACE & CO. et al., | |
| Cross-defendants and Respondents. | |

**COURT OF APPEAL – SECOND DIST.**
**FILED**
Nov 05, 2019
DANIEL P. POTTER, Clerk
muribe         Deputy Clerk

The court has read and considered appellant's October 23, 2019 motion to consolidate appeals and for order ordering attorney Rosemarie S. Lewis et al. to pay appellant for detriment caused to appellant. No opposition thereto was filed. Good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is denied in its entirety.

*Perluss*

Presiding Justice