## Exhibit C-16

### Cal. S. Ct. Docket

# Appellate Courts Case Information



## Supreme Court

Change court

*Court data last updated: 06/04/2020 11:48 AM*

## Docket (Register of Actions)

**SMOLKER v. W.R. GRACE & CO.**
**Division SF**
**Case Number S261006**

| Date | Description | Notes |
|---|---|---|
| 03/03/2020 | Petition for review filed | Plaintiff and Appellant: Gary Smolker<br>Pro Per ** Pursuant to CRC 8.25(b) ** |
| 03/03/2020 | Record requested | Court of Appeal record has been imported and is available in electronic format. |
| 03/03/2020 | Received: | Filing fee of $710 for petition for review. |
| 03/03/2020 | Letter sent to: | Gary Smolker, Plaintiff and Appellant in Pro Per, in regards to case numbers B286138 and B287626. |
| 03/06/2020 | Received Court of Appeal record | One doghouse. |
| 04/29/2020 | Petition for review denied | |
| 04/30/2020 | Returned record | 1 doghouse |

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy

© 2020 Judicial Council of California