IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies that:

1. Enclosed herewith is an order (the "Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

2. The Reorganized Debtors hereby request the Court to enter the Omnibus Hearing Order.

3. Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order has been given to (i) the office of the United States Trustee; (ii) counsel to the WRG Asbestos PI Trust; (iii) counsel to the Asbestos PI Future Claimants Representative; (iv) counsel to the Asbestos PD Future Claimants Representative; (v) counsel to the WRG Asbestos PD Trust (7A); (vi) Counsel for the WRG Asbestos PD Trust (7B); (vii) Counsel for the CDN

---

[1]   The Reorganized Debtors is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

ZAI PD Claims Fund; and (viii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

| | |
|---|---|
| Dated: August 3, 2020 | THE LAW OFFICE OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>*Co-Counsel for the Reorganized Debtors* |