## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re: Docket No. 33154 |
| | ) |
| | ) Status Conference: September 2, 2020, at 2:00 p.m. |

### NOTICE OF TELEPHONIC STATUS CONFERENCE REGARDING MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR DISALLOWANCE OF CLAIM NO. 392, FILED BY GARY S. SMOLKER, AND RELATED CLAIMS, NOS. 382 AND 4070, FILED BY HOME SAVINGS TERMITE CONTROL, INC., AND WAYNE MORRIS, RESPECTIVELY

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the

District of Delaware (the "Court") scheduled a telephonic status conference on **September 2,**

**2020 at 2:00 p.m. (Eastern time)** regarding the relief requested in the *Motion for Summary*

*Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary*

*S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control,*

*Inc., and Wayne Morris, Respectively* (the "Motion") [Docket No. 33154].

*[Remainder of Page Intentionally Left Blank]*

---

[1]    W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case No. 01-1139 is the sole remaining open chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the

Status Conference should dial into 1-877-873-8017 (Toll-Free) and use Passcode 3027681#.

Dated: September 1, 2020      THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 North Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors