# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re: Docket Nos. 33154 and 33158 |
| | ) |

## NOTICE OF RESCHEDULED TELEPHONIC STATUS CONFERENCE
## SCHEDULED FOR SEPTEMBER 2, 2020 AT 2:00 P.M.

**PLEASE TAKE NOTICE** that the telephonic status conference scheduled for September 2, 2020, at 2:00 p.m. before the Honorable Ashely M. Chan regarding the *Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively* (the "Motion") [Docket No. 33154] has been rescheduled by the Court, for **September 17, 2020, at 2:00 p.m.**, (prevailing Eastern time).

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case No. 01-1139 is the sole remaining open chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Status Conference should dial into 1-877-873-8017 (Toll-Free) and use Passcode 3027681#.

Dated: September 2, 2020

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 North Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors