**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON SEPTEMBER 22, 2020, AT 2:00 P.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTER:**

1.  Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20] (Docket No. 33154).

    Response Deadline:  August 17, 2020, at 4:00 p.m. *(extended to December 16, 2020, at 4:00 p.m.)*

    Responses Received:

    a.  Gary S. Smolker's Objections and Response to W. R. Grace & Co.'s Motion for Summary Judgement [Filed: 8/18/20] (Docket No. 33157).

    Reply Deadline:  January 6, 2021, at 4:00 p.m.

    Related Documents:

    a.  [Proposed] Order Disallowing Claim No. 392 and 4070, Filed By Home Saving Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20] (Docket No. 33154, Exhibit A).

---

[1]  The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

Status: This matter is continued until January 21, 2021 at 1:00 p.m. The Reorganized Debtor will submit a scheduling order for this matter.

Dated:  September 18, 2020

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Phone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors

DOCS_DE:230743.2 91100/001