**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | CASE NO. 01-01139-amc |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE OF NOTICES AND PLEADINGS**

Polsinelli PC files this *Notice of Withdrawal of Appearance and Request for Removal from Service of Notices and Pleadings* as counsel for Plum Creek Timber Co. ("PCT").

Pursuant to Rule 2002 of the Bankruptcy Rules, Polsinelli requests that each of its attorneys listed below be removed from all service lists, including CM/ECF notices in the captioned cause.

| | |
|---|---|
| Christopher A. Ward | Shanti M. Katona |
| Polsinelli PC | Polsinelli PC |
| 222 Delaware Avenue, Suite 1101 | 222 Delaware Avenue, Suite 1101 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 252-0924 | Phone: (302) 252-0924 |
| Email/ECF: cward@polsinelli.com | Email/ECF: skatona@polsinelli.com |

Respectfully submitted,

POLSINELLI PC

By: */s/ Christopher A. Ward*
  Christopher A. Ward (DE Bar No. 3877)
  Shanti M. Katona (DE Bar No. 5352)
  222 Delaware Avenue, Suite 1101
  Wilmington, DE 19801
  Phone: (302) 252-0924
  Email/ECF: cward@polsinelli.com
  skatona@polsinelli.com

COUNSEL FOR PLUM CREEK TIMBER CO.

2544056.1