IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 21st day of October, 2020, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF REORGANIZED DEBTORS' NINTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS; AND**

**REORGANIZED DEBTORS' NINTH MOTION FOR AN ORDER EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED DEBTORS MAY OBJECT TO CLAIMS.**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 226065
33– Electronic Mail

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

***ELECTRONIC MAIL***
*(Counsel to Reorganized Debtor)*
John Donley, Esquire
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Email: john.donley@kirkland.com
lisa.esayian@kirkland.com

***ELECTRONIC MAIL***
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL 60642
Email: rhiggins@rogerhigginslaw.com

***ELECTRONIC MAIL***
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Email: mhurford@camlev.com;
meskin@camlev.com

***ELECTRONIC MAIL***
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: Rhorkovich@andersonkill.com

***ELECTRONIC MAIL***
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044
Email: mark.shelnitz@grace.com

***ELECTRONIC MAIL***
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
PO Box 1709
Wilmington, DE 19899-1709
Email: david.fournier@troutman.com

***ELECTRONIC MAIL***
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Email: edward.toole@troutman.com

***ELECTRONIC MAIL***
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

*ELECTRONIC MAIL*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Email: jcp@pgmhlaw.com

*ELECTRONIC MAIL*
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
Email: khill@svglaw.com

*ELECTRONIC MAIL*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

*ELECTRONIC MAIL*
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX 75214
**Email:** alan@alanrichlaw.com

*ELECTRONIC MAIL*
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro, Esquire
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
Email: rbschiro@schirolaw.com

*ELECTRONIC MAIL*
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Email: dwilliamson@dykema.com

*ELECTRONIC MAIL*
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464
Email: ewestbrook@rpwb.com

*ELECTRONIC MAIL*
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
Email: mdc@barnwell-whaley.com

*ELECTRONIC MAIL*
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Email: pmilch@camlev.com

*ELECTRONIC MAIL*
Thad Adkins, Assistant AGl
Natural Resource Damages Program
Montana Department of Justice
P.O. Box 201425
Ilelena, MT 59620
Email: thad.adkins@mt.gov

*ELECTRONIC MAIL*
Jessica Wilkerson, Esquire
MDEQ Legal Counsel
1225 Cedar Street
Helena, MT 59601
Email: jessica.wilkerson@mt.gov

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
Theodore J. Tacconelli, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899
Email: ttacconelli@ferryjoseph.com

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Spieghts & Solomons, LLC
PO Box 685
Hampton, SC 29924
Email:
dspeights@speightsandsolomons.com
gsolomons@speightsandsolomons.com
smurdaugh@speightsandsolomons.com
rbowers@speightsandsolomons.com

*ELECTRONIC MAIL*
(Counsel for Anderson Memorial Hospital)
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Email: dlr@kttlaw.com
JK@kttlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Evan T. Miller, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: emiller@bayardlaw.com
smacon@bayardlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Michael S. Giannotto, Esquire
Brian T. Burgess, Esquire
Goodwin Procter LLP
1900 N. Street NW
Washington, DC 20036
Email: mgiannotto@goodwinlaw.com
bburgess@goodwinlaw.com

*ELECTRONIC MAIL*
*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005
Email: edecristofaro@fordmarrin.com