**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.                **Bank:** See attached

**Bankruptcy Number:** 01-01139                     **Account Number:** See attached

**Date of Confirmation:** October 22, 2020           **Account Type:** See attached

**Reporting Period (month/year):** September 30, 2020

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 19,856,604 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,856,604 |
| Total of cash available: | $ | 19,856,604 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,856,604 |
| Total Disbursements | $19,856,604 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

27 October 2020    Michael J. Brown, VP and Controller
Date               Name/Title

Debtor: _[signature] Michael J. Brown_

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,856,604 | $ 19,856,604 |
| **Total Disbursements** | $ 19,856,604 | $ 19,856,604 |
| **Ending Cash Balance** | $ - | $ - |

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2020**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,856,604 | 19,856,604 | |
| TOTAL RECEIPTS | 19,856,604 | 19,856,604 | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,856,604 | 19,856,604 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 19,856,604 | 19,856,604 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |