# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON NOVEMBER 18, 2020, AT 12:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1. Reorganized Debtor's Ninth Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtor May Object to Claims [Filed: 10/21/20] (Docket No. 33165).

   Response Deadline: November 4, 2020, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Signed] Order Extending Plan Claims Objection Deadline Through November 30, 2021 [Filed: 10/21/20] (Docket No. 33168).

   Status: The Court has entered an order on this matter. No hearing is necessary.

| | |
|---|---|
| Dated: November 16, 2020 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Phone: (312) 480-1984 |

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:231678.1 91100/001

2

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Phone: (302) 652-4100
Fax: (302) 652-4400

Co-Counsel for the Reorganized Debtors