**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF TELEPHONIC STATUS HEARING ON JANUARY 8, 2021, AT 10:00 A.M**
**BEFORE THE HONORABLE ASHLEY M. CHAN**

Autry Earl Barney has filed a Letter Motion on 12/3/2020 at Docket No. 33170.  A telephonic status hearing regarding this Letter Motion is scheduled for 1/8/21 at 10:00 AM.  Parties wishing to participate in the Status Conference should dial into 1-877-873-8017 (Toll-Free) and use Passcode 3027681#.

*Una O'Boyle*

Dated: 12/16/20                                                                 Una O'Boyle, Clerk of Court

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: BonnieA | Date Created: 12/16/2020 |
| Case: 01−55555 | Form ID: van401a | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15298899    123

TOTAL: 1