# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 12/16/2020 |
| Case: 01−01139−AMC | Form ID: pdfgen | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      W.R. Grace & Co., et al.      7500 Grace Drive      Columbia, MD 21044
         Autry Earl Barney      517 Cherry Ave.      Jackson, AL 36545

TOTAL: 2