IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, James E. O'Neill, hereby certify that on the 16th day of December, 2020, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER APPROVING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR DISALLOWANCE OF CLAIM NO. 392, FILED BY GARY S. SMOLKER, AND RELATED CLAIMS NOS. 382 AND 4070, FILED BY HOME SAVINGS TERMITE CONTROL, INC., AND WAYNE MORRIS, RESPECTIVELY**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1]  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "<u>Grace</u>") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

WR Grace & Co., et al. Service List for the
Smolker Motion for Summary Judgment
Case No. 01-1139 (AMC)
Document No. 230046
03 – First Class Mail
02 – Email

**FIRST CLASS MAIL AND EMAIL**
Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA  91436-2609
**Email:  GSmolker@aol.com**

**FIRST CLASS MAIL AND EMAIL**
(Counsel to Home Savings Termite control,
Inc.; Wayne Morris)
Mark Kincaid, Esq.
Kincaid Law
26 Alhaja Way
Hot Springs Village, AR  71909
**Email:  mkincaid@mkincaidlaw.com**

**FIRST CLASS MAIL**
(Counsel for Rick Thompson; Home
Savings Termite Control Inc.; Wayne
Morris)
Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
P.O. Box 22711
Long Beach, CA  90801-5511