**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF TELEPHONIC STATUS HEARING ON JANUARY 8, 2021, AT 10:00 A.M
BEFORE THE HONORABLE ASHLEY M. CHAN**

Autry Earl Barney has filed a Letter Motion on 12/3/2020 at Docket No. 33170.  A telephonic status hearing regarding this Letter Motion is scheduled for 1/8/21 at 10:00 AM.  Parties wishing to participate in the Status Conference should dial into 1-877-873-8017 (Toll-Free) and use Passcode 3027681#.

*Una O'Boyle*

Dated: 12/16/20

Una O'Boyle, Clerk of Court

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: BonnieA | Date Created: 12/16/2020 |
| Case: 01−55555 | Form ID: van401a | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15298899     123

                                                                                    TOTAL: 1

United States Bankruptcy Court
District of Delaware

In re:                                                      Case No. 01-01139-AMC
W.R. Grace & Co., et al.                                    Chapter 11
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0311-1                    User: Brandon                    Page 1 of 77
Date Rcvd: Dec 16, 2020                 Form ID: pdfgen                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID           Recipient Name and Address**
db               +   W.R. Grace & Co., et al., 7500 Grace Drive, Columbia, MD 21044-4029
                 +   Autry Earl Barney, 517 Cherry Ave., Jackson, AL 36545-3607

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Adam G. Landis | on behalf of Interested Party Anchorage Advisors LLC; Avenue Capital Group; Bass Companies; Caspian Capital Advisors, LLC; Catalyst Investment Management Co., LLC; Citigroup Special Situations; Intermarket Corp.; JD Capital Manag landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Campbell-Cherry-Harrison-Davis-Dove PC; Robins, Cloud, Greenwood & Lubel; and The Eaves Law Firm landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Aileen F. Maguire | on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com |
| Aileen F. Maguire | on behalf of Attorney Campbell & Levine LLC cl@del.camlev.com |
| Aileen F. Maguire | |

District/off: 0311-1                      User: Brandon                      Page 2 of 77
Date Rcvd: Dec 16, 2020                   Form ID: pdfgen                    Total Noticed: 2

on behalf of Creditor Committee Caplin & Drysdale  Chartered cl@del.camlev.com

Aileen F. Maguire

on behalf of Plaintiff Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com

Aileen F. Maguire

on behalf of Attorney Caplin & Drysdale  Chartered cl@del.camlev.com

Aileen F. Maguire

on behalf of Creditor Committee Campbell & Levine  LLC cl@del.camlev.com

Aileen F. Maguire

on behalf of Consultant Legal Analysis Systems  Inc. cl@del.camlev.com

Aileen F. Maguire

on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com

Aileen F. Maguire

on behalf of Financial Advisor L. Tersigni Consulting  P.C. cl@del.camlev.com

Alan B. Rich

on behalf of Other Prof. Alexander M. Sanders  Jr. ecf@alanrichlaw.com

Alan B. Rich

on behalf of Interested Party LeBlanc & Waddell  LLC ecf@alanrichlaw.com

Alan B. Rich

on behalf of Interested Party Asbestos Claimants ecf@alanrichlaw.com

Alan B. Rich

on behalf of Attorney LeBlanc & Waddell  LLP ecf@alanrichlaw.com

Alan B. Rich

on behalf of Attorney Baron & Budd  P.C. ecf@alanrichlaw.com

Alan B. Rich

on behalf of Interested Party Baron & Budd  P.C., and Silber Pearlman, LLP ecf@alanrichlaw.com

Alan B. Rich

on behalf of Attorney Alan B. Rich ecf@alanrichlaw.com

Alexander J. Mueller

on behalf of Interested Party Certain London Market Insurance Companies alexander.mueller@mendes.com

Allison E. Reardon

on behalf of Creditor Delaware Division of Revenue bankruptcy@state.de.us

Alwyn H. Luckey

on behalf of Interested Party Kirkland & Ellis kelly@alwynluckey.com

Alwyn H. Luckey

on behalf of Interested Party Luckey & Mullins  LLC's Personal Injury Claimants kelly@alwynluckey.com

Amanda Winfree Herrmann

on behalf of Interested Party Macerich Freson Limited Partners aherrmann@ashby-geddes.com

Amanda Winfree Herrmann

on behalf of Interested Party BDM Construction Company  Inc. aherrmann@ashby-geddes.com

Amanda Winfree Herrmann

on behalf of Creditor Macerich Fresno Limited Partnership aherrmann@ashby-geddes.com

Amy D. Brown

on behalf of Respondent Rose Roberts and Other Respondents abrown@gsbblaw.com

Amy Pritchard Williams

on behalf of Interested Party Charlotte Transit Center Inc awilliams@kennedycovington.com

Ann Harper

on behalf of Attorney Baron & Budd  P.C. aharper@baronbudd.com, bburns@baronbudd.com

Anne Marie P. Kelley

on behalf of Creditor Dow Chemical Company akelley@dilworthlaw.com

Anne Marie P. Kelley

on behalf of Attorney Dilworth Paxson LLP akelley@dilworthlaw.com

Annie E. Catmull

on behalf of Interested Party Occidental Permian  Ltd. acatmull@hwallp.com

Anthony Sakalarios

on behalf of Interested Party Morris  Sakalarios & Blackwell, PLLC, Attorney for the Plaintiffs jreeves@morris-sakalarios.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 3 of 77
Total Noticed: 2

Anthony Sakalarios

on behalf of Attorney Anthony Sakalarios jreeves@morris-sakalarios.com

Anthony M. Saccullo

on behalf of Creditor The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee ams@saccullolegal.com

Ari David Kunofsky

on behalf of Creditor United States of America ari.d.kunofsky@usdoj.gov  eastern.taxcivil@usdoj.gov

Barbara H. Stratton

on behalf of Creditor CSX Transportation Inc. districtcourt@barbstratton.com jmaddock@mcguirewoods.com;Brian.Koenig@KoleyJessen.com

Barbara Lee Caldwell

on behalf of Interested Party Maricopa County  AZ blc@caldwellazlaw.com

Barry D Kleban

on behalf of Creditor AON Consulting bkleban@mdmc-law.com

Barry M. Klayman

on behalf of Creditor Federal Insurance Company bklayman@cozen.com  barry-klayman-5584@ecf.pacerpro.com

Benjamin P. Shein

on behalf of Interested Party Asbestos Claimants bshein@sheinlaw.com

Bernard George Conaway

on behalf of Creditor Donald and Judith Webber bgc@conaway-legal.com

Bernard George Conaway

on behalf of Creditor Carlton and Ellen Rand bgc@conaway-legal.com

Bernard George Conaway

on behalf of Creditor The Lanier Law Firm Asbestos Claimants bgc@conaway-legal.com

Bernard George Conaway

on behalf of Respondent SimmonsCooper LLC Claimants bgc@conaway-legal.com

Bernard George Conaway

on behalf of Interested Party The Lanier Law Firm bgc@conaway-legal.com

Bonnie Glantz Fatell

on behalf of Defendant R.J. Reynolds Tobacco Company fatell@blankrome.com moody@ecf.inforuptcy.com;moody@blankrome.com

Brad Q. Rogers

on behalf of Creditor Pension Benefit Guaranty Corporation ("PBGC") rogers.brad@pbgc.gov  efile@pbgc.gov

Brett D. Fallon

on behalf of Interested Party CMGI  Inc. brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brett D. Fallon

on behalf of Creditor Caterpillar Financial Services Corporation brett.fallon@faegredrinker.com  tracey.little@faegredrinker.com

Brett D. Fallon

on behalf of Defendant CMGI  Inc. brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brett D. Fallon

on behalf of Creditor Garlock Sealing Technologies  LLC brett.fallon@faegredrinker.com, tracey.little@faegredrinker.com

Brian Salwowski

on behalf of Creditor Indiana Department of Revenue bsalwowski@atg.state.in.us

Brian David Huben

on behalf of Creditor Allegheny Center Associates hubenb@ballardspahr.com carolod@ballardspahr.com;branchd@ballardspahr.com

Brian Lucian Kasprzak

on behalf of Interested Party Everest Reinsurance Company bkasprzak@moodklaw.com  mike@lscd.com

Brian Lucian Kasprzak

on behalf of Interested Party McKinley Insurance Company /fk/a Gilbraltar Insurance Company bkasprzak@moodklaw.com mike@lscd.com

Brian T. Burgess

on behalf of Plaintiff Continental Casualty Company bburgess@goodwinlaw.com

Brian T. Burgess

on behalf of Plaintiff Transportation Insurance Company bburgess@goodwinlaw.com

Brian T. Burgess

on behalf of Interested Party Continental Casualty Company bburgess@goodwinlaw.com

District/off: 0311-1                                                    User: Brandon                                                    Page 4 of 77
Date Rcvd: Dec 16, 2020                                           Form ID: pdfgen                                                  Total Noticed: 2

Brian T. Burgess

on behalf of Interested Party Transportation Insurance Company bburgess@goodwinlaw.com

Bruce D. Levin

on behalf of Creditor Spaulding & Slye Construction LP bdlesq@hotmail.com

Cara L. Santosuosso

on behalf of Interested Party Labor's Union 310 csantosuosso@rotatori.com

Carmella P. Keener

on behalf of Creditor CNA Financial Corporation and Its Subsidiaries ckeener@rmgglaw.com

Carol A. Iancu

on behalf of Creditor Massachusetts Department of Environmental Protection carol.iancu@ago.state.ma.us

Carolina Acevedo

on behalf of Interested Party Eileen McCabe carolina.acevedo@mendes.com  anna.newsom@mendes.com

Cathy Jo Burdette

on behalf of Interested Party Department of Justice cathy.burdette@usdoj.gov

Chad A. Fights

on behalf of Interested Party National Medical Care  Inc. chad.fights@alston.com

Charles E. Gibson, III

on behalf of Attorney Gibson Law Firm charles@cegibsonlawfirm.com

Charles J. Brown, III

on behalf of Creditor Steeler  Inc. cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Appellant Mechanic's Lien Claimants cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Attorney Elzufon Austin Reardon Tarlov & Mondell  P.A. cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Other Prof. Lukins & Annis  P.S. cbrown@gsbblaw.com

Charles Stein Siegel

on behalf of Interested Party Asbestos Plaintiffs (Claimants) siegel@waterskraus.com

Christian J. Singewald

on behalf of Interested Party Ford Motor Company singewaldc@whiteandwilliams.com  debankruptcy@whiteandwilliams.com

Christina C. Skubic

on behalf of Attorney Brayton Purcell cskubic@braytonlaw.com

Christina C. Skubic

on behalf of Interested Party Brayton Purcell cskubic@braytonlaw.com

Christina M. Thompson

on behalf of Creditor City of Charleston  South Carolina cthompson@connollygallagher.com

Christopher Dean Loizides

on behalf of Creditor Byars Machine Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Gulf Atlantic Properties  Inc., FL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sutton Plaza Office Building  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Equitable Building  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Washington Trust Financial Center (Main Branch) f.k.a. Washington Trust Building  WA
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Ross Sheppard  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oxford - Edmonton - Centre - 10025-102 Avenue  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Glenbrook ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kaiser Permanente Medical Center f.k.a. Santa Teresa County Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Corporate Place  IA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor D. H. Holmes Company  Ltd., SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wellington Hall Nursing Home Care Center (f.k.a. Wellington Nursing Home)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Washington Township Health Care District f.k.a. Washington Hospital  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears/Roebuck loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Health Care - Mt. St. Joseph  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Molecular Dielectric  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jersey Shore Convalescent Center (a.k.a. Medi Center)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jefferson Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Shopping Center  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Bank  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mary Black Memorial Hospital f.k.a. Mary Black Hospital  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor O & Y - Tower C Place de Ville ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor British Columbia Institute - SW5  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Williams Centre Management Office (Williams HQ Company Building) (f.k.a. Williams Center)  OK ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company - Bay 1634/Ottawa  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Withrow Avenue Junior  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Bell Stone  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Children's Hospital  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools-QueenAlexandra  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party State of Connecticut loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Palmetto Health Hospital - Richland f.k.a. Richland County Hospital  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 555 Olympus  LLC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Francis Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hyatt Regency Dallas  TX loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Ancaster High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Strathcona  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Presidential Towers Condominium f.k.a. Americana  MD loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Southpark Shopping Center c/o Management Offices  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - JA Fife  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Braemar Gardens  985 Adair Avenue, Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor J.T. Robertson - Southern Coating & Chemical  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-City Analyst/Police Museum  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Allegheny Center No.1  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Telephone Building ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Parkdale  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Earl K. Long Medical Center (f.k.a. Earl K. Long Charity Hospital)  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ardwick Ardmore Industrial Center (Dart Drug Inc.)  MD ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton-Idylwyde Health Clinic  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Woodcroft  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - James Fowler High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Citizens General Hospital  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Avalon East School Board - Holy Heart of Mary School  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kennedy Health System (a.k.a. John F. Kennedy Hospital)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Riley Park Pool  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Southwyck Shopping Center - Montgomery Ward  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Briar Hill Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Banc One f.k.a. Valley National Bank ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nob Hill Apartments  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The Harlingen Housing Authority loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Perini Corporation loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bakerview Apartments  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises Inc. - Cathedral City Sales Center ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Dodge County Hospital  GA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Queen Elizabeth  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Hampton Apartments  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Metal Litho U.S. Can Company (a.k.a. BMAT Trenton Medal Decorating)(f.k.a. Metal-Litho International) NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Whitney Manor f.k.a. Capital Street Apartment  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jensen Salsrer Lab Addition  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor 100 Wall Street  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Fairmount  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority - MSA General Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Convention Hall for City of Shreveport  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Williams Centre Management Office (Williams HQ Company Buildings) ( f.k.a. Williams Center)  OK loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ashland Chemical Company  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Virtua Health - West Jersey Hospital Voorhees f.k.a. West Jersey Hospital  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Weirton Lumber Company f.k.a. Stewart F. Anderson  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises  Inc., Kauai, Hawaii Sales Center ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Y.W.C.A. of the Hartford Region  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Olian Nursing Home loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - 7 Oaks Mall  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Certain Asbestos Property Damage Claimants represented by the law firm of Speights & Runyan loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Ladysmith  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Tennessee Bank f/k/a National Bank Building loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kaiser Permanente Medical Center  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor The State - Whitehall Company f.k.a. Rudin Building  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Tennessee Bank  Current Name: Court-Thomas Computer Center (Bldg. 2) (National Bank Building, TN), TN loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Keystone Building c/o Spaulding & Slye Colliers Real Estate (f.k.a. Spaulding Building)  MA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Banner Good Samaritan Medical Center f.k.a. Good Samaritan Hospital  AZ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Creighton University Medical Center (f.k.a. St. Joseph Hospital)  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor British Columbia Institute - SW3  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools-Princeton  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Marpole Oak C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Plaza - Tenent - Briggs Weber Securities  Inc. f.k.a. First National Bank of Tampa
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oregon Auto  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Indiana Convention Center and RCA Dome (f.k.a. Civic Center)  IN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Telus - Len Werry Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton - Chauncey Hall ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor NC Federal Savings & Loan (f.k.a Northwestern Bank Building)  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company - Bay 1144/Calgary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor American Can Company  IN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Villa St. Charles  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Masonic Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Regency # 2  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bethesda Rehabilitation Hospital  MN loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Century City Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., Midland, Texas ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Advocate Illinois Masonic Medical Center f.k.a. Illinois Masonic Hospital  IL ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Harry C. Levy Gardens- Housing Authority of the City of Las Vegas  NV loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mt. Diablo Medical Center f.k.a. Mt. Diablo Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Chapin Lumber Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Health Care Corp. of St. Johns's (HCCSJ)-St. Clares Mercy Hospital Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor C.L. Cannon & Sons  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - City of Edmonton - Prince of Wales Armoury  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Justice Building f.k.a. Office Tower Building - South Albany Mall ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor McGraw-Hill Publishing Company  Mo ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Sherwood High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Senior Citizens Village  CA loizides@loizides.com

Christopher Dean Loizides

District/off: 0311-1

Date Rcvd: Dec 16, 2020

User: Brandon

Form ID: pdfgen

Page 9 of 77

Total Noticed: 2

on behalf of Creditor Ford Manhattan Building loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Keller Building f.k.a. Albert Keller Memorial Hospital  MO loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Donnan  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - King Edward  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor ISPCO Inc. - Rolling Mill Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Belgravia  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Wildwood Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shell Canada Products - Shellburn Maintenance Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wichita Airport Authority (a.k.a Wichita Municipal Airport)  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Louise de Marillac Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eugene Mini Mall  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Downtown Lincoln  Nebraska YMCA Branch f.k.a YMCA, NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Duffie Paint Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sycamore Shoals Hospital (f.k.a Carter County Hospital Addition)  TN loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sioux Valley Hospitals & Health System - USD Medical Center f.k.a. Sioux Valley Hospital  SD ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Pacific Gas & Electric Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Associated Commercial Mortgage  Inc., f.k.a. Kellogg Citizens Bank, WI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor McKenzie Willamette Medical Center f.k.a. McKenzie Hospital  OR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor York University - #2  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Luke's Hospital loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Health Care - St. Paul's Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Sunalta  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Virginia Hospital Center f.k.a. Arlington Hospital Claim 2-2  VA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fulton County Health Center loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Des Moines Savings  IA loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Philip Neri Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor West Chester Memorial (f.k.a. Grassland Hospital)  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Belmont Telephone  OR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Banc One f.k.a. Valley National Bank  AZ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Delta  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sunbury Housing Authority - Chestnut Tower f.k.a. Sunbury Hi-Rise  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Labatts - 435 Ridout  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority-Sherbrooke Center  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith-Bayview Elementary loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Regents of the University of California loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Vincent's Hospital  AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Brady Bordman Contractor  c/o Dwight Contractors, CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools_Newton  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Stella Maris (Cafeteria) Building  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Woodlands  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Westgate Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - Bramalea City Centre  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Bellevue  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mid - Michigan Health Center (f.k.a. Midland Hospital)  MI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cobre Valley Community Hospital f.k.a. Gila County Hospital  AZ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Huntington Beach Hospital f.k.a. Huntington Beach Medical Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Gundersen Lutheran Medical Center f.k.a. Lacrosse Lutheran Hospital Addition  WI loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Buchanan  Cananda ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nebraska Methodist Hospital f.k.a. Methodist Hospital  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Board of Higher Education  State of Oregon loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Far-Mar Company  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Robbins Towers c/o Hallwood Real Estate  MI loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Marine Midland Bank (Utica  NY), NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Elks Lodge & Golf Club (f.k.a. Elks County Club) loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Roanoke Civic Center loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Chicago Historical Society Buildings  IL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Northwoodcare Inc.-Northwood Manor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Key Foods  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Hardisty  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor National Bank of Commerce  MS ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mount Sinai Hospital #1 - (101st . Street between Madison & 5th Avenue)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Joseph's Hill Infirmary Nursing Home (2 Buildings)  Mo loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Goodwill - Community Learning Center f.k.a. First National Bank Building  WA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority - Fellburn Care Center  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor C.B. Askins Construction Co.  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Luke's Baptist Hospital (f.k.a. St. Luke's Hospital)  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Lord Shaughnessy High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ohio Vally Medical Center (Education Bldg.) f.k.a. Ohio Valley General Hospital - New Administration Building  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Henry Ford Wyandotte Hospital (f.k.a. Wyandotte General Hospital)  MI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of America (f.k.a. NCNB Building)  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Raymond Roman Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor 333 East Onondaga Street  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Mount Carmel Academy of New Orleans  Louisiana loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bell Canada - Nexacor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Gant Shirt Co.  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor York University - #4  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Melville Scott Junior High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hunts Point Industrial Park  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Raritan River Center  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Former Lumber  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Northampton Nursing Home  Inc., MA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises Inc. - Shreveport  LA (Main Bldg) ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tender Elder Care f.k.a. House for the Elderly  WI ecf.admin@loizides.com

Christopher Dean Loizides

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 12 of 77
Total Noticed: 2

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., Downey/Lakewood Building, California ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Clifford R. Keough Plumbing Heating & Air (f.k.a. L & ET Co.  Inc.) ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs. 69, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson Bay Company-Bay 1120/Winnepeg  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Daycare Center  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Allentown Truck Sales (f.k.a. Mack Truck Office Building)  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Health Care Corp. of St. John's (HCCSJ) - Health Science Centre  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Killarney Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coliseum Motor Inn  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The Coleman Housing Authority loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Children's Hospital  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Alta Bates Summit Medical Center f.k.a. Alta Bates Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Roebuck Company  NC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Daylin Manor loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Principal Global Investors (f.k.a. Bankers Life Building)  NH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Avalon East School Board-Hazelwood Elementary School  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Rita Roman Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor C.L. Duffie Painting Inc.  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises  Inc., Ukiah, California Sales Center ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Omaha City Auditorium Complex  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bayshore Community Hospital  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Crocker Plaza Company - Once Post Street (1st Bldg. Claim) / McKesson Corporation (2nd Bldg. Claim) / West Coast Estates (3rd Bldg. Claim)  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Elisabeth Severance Prentiss Center (Skilled Nursing Care) (f.k.a. Severance Medical Building)  OH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Regency Square  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Colonel Macleod ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Maricopa County  AZ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Francis Hospital  SC ecf.admin@loizides.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 13 of 77
Total Noticed: 2

Christopher Dean Loizides
on behalf of Creditor St. Joseph's Hospital/St. Joseph's Intercommunity Hospital ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Temple Adath Yesyran  NY ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Folger Building  CA ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor First Tennessee Bank  Current Name: Main Bank Building (Bldg. 3) f.k.a. Hamilton National Bank (National Bank Building, TN), TN ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor St. Mary's Regional Medical Center (f.k.a. St. Mary's Hospital)  NV loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor St. Mary's Medical Center f.k.a. Mary's Hospital ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Permanent Federal Bank (f.k.a. Permanent Savings and Loan Building)  IN ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Eden Medical Center f.k.a. Eden Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Toronto District School Board-Old Administration  Canada loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor Boston Regional Medical Center (f.k.a. New England Memorial Hospital)  MA loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor LaSalle Parish School Board loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor W.F. Hinchey Construction  PA loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor Southern Ontario Properties  Canada ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor New Hanover Regional Medical Center f.k.a. New Hanover Memorial Hospital loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor Abbeville General Hospital f.k.a. Abbeville Hospital  LA loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor Hamilton School District-Glendale  Canada ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Vancouver Board of Parks & Recreation-Hastings C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Oxford - Edmonton City Centre East  Canada ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Security Pacific National Bank  CA ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor West Farm Bureau Life Building  CO ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor St. Joseph Hospital  MI ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor City of Vancouver-Public Safety Building  Canada loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor The California State University System ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Continental Telephone Company  MO ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Fenestra Division of Marmon Group  Inc, f.k.a. Fenestra Inc. Door Products Division, PA loizides@loizides.com

Christopher Dean Loizides
on behalf of Creditor Cla-Cliff Nursing & RehabilitationCenter f.k.a. Catholic Hospital  AR ecf.admin@loizides.com

Christopher Dean Loizides
on behalf of Creditor Carleton University - Edmonton Public Schools - Bennett  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Downey Community Hospital f.k.a. Brookshire Medical Center  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Killarney C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - 55 City Centre Drive  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor York University - #8  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saskatchewan Property Management Corporation - Saskatchewan Legislative Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Glendale ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Highlands  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Thorncliffe Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - William Aberhart  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Strathearn  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party California State University System loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Southwestern Bell Telephone  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Indiana Bell Telephone Bldg. Addition loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Causeway Office Building # 2  LA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Duke Power Company  NC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kings Mountain Hospital  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Francis of Assisi Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Principal Global Investors f.k.a. Bankers Life Building  IA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shell Canada Products - Shellburn Terminal Office Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments-Silver Manor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - M.E. Lazerte  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mission Towers (a.k.a. Foxridge Towers Office Building f.k.a Foxridge Office Building)  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor King David Manor f.k.a. Kings David Hotel loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor THC - Orange County Inc.  d/b/a Kindred Hospital - San Francisco Bay f.k.a. Columbia San Leandro Memorial Hospital, CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Joseph Health Center (f.k.a. Warren General Hospital)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Friendship Manor  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor New York Telephone Building c/o Underground Communications ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of New England - Westbrook College Campus (*Bldg. 1-5) f.k.a. Webber Hospital  ME loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Southern New England Telephone Co.  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ohio Valley Medical Center (Admin. Bldg.) f.k.a. Ohio Valley General Hospital - New Administration Building  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Aids Center of Queens County (f.k.a. Office Building)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Dies & Hile Claimants loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Tennessee Bank f/k/a Hamilton National Bank loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kong Chow Benovolent Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Virtua West Jersey Hospital Marlton f.k.a. Garden State Hospital  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party City of Tucson  AZ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oxford - Edmonton Centre - TD Tower  10088 - 102 Avenue, Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Joseph Community Center (f.k.a. St. Joseph's Hospital)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wellmont - Hawkins County Memorial Hospital f.k.a Rogersville Hospital - Learning Resource Center  TN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jamestown Mall  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Civic Center & Board Chambers  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Meridian Building  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Memphis Plaza  TN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Brainard Management (f.k.a. Shelter-Brainard Office)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Woodman Junior High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Kingsland Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Glenora  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mercy American River Hospital f.k.a. American River Hospital  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blue Cross/Blue Shield  CO loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cherry Creek Shopping Center - Safeway Store  CO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Indian Springs Marketplace-Community Room and Expo Center (f.k.a Macy's Indian Springs Shopping Center)  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fort Smith Convention Center f.k.a. Forth Smith Civic Auditorium  AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Mary Magdalene Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises Inc. - Amarillo  TX ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Kerrisdale C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor American National Bank & Trust  Company f.k.a. Piedmont Trust Bank, VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - McQueen  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Arlington Resort Hotel & Spa f.k.a. Arlington Hotel  AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Scott Park  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party City of Phoenix  Arizona loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - Town and Country  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Huntington Hills Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Security Pacific Bank Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Methodist Towers Apartments  Inc. f.k.a. Methodist Towers, PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Bonnie Doon  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor United Banking & Trust Company Building (f.k.a. Louis Galie Central National Bank Job)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Villa Monaco  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bonitz Insulating Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Bridgeland Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Columbia Four Rivers Medical Center f.k.a. Medical Center Hospital  AL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saginaw Civic Center  MI loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Sir James Lougheed  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Union Bank & Trust  SD ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor D.L.P.S.T. Office Building  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton - ERD Ambulance Station ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Computer Offfice Building  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Henry Wise Wood  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party State of Arizona loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., Niles Division Office, Illinois ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor York University - #6  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bell Telephone Building  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Argyll  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Britannia  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor North Pacific Plaza Building c/o Mayfield Management Company  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Crocker Plaza  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Real Estate Investment Trust-Devonian  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Board of Higher Education loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Home for the Aged  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton - Davies Transit Garage ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Renfrew C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Emmanuel Home (f.k.a Augustana Lutheran Home)  MN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of Western Massachusetts (f.k.a. Harper Trust)  MA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Beech-Nut Company loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wells Fargo Bank  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Haysboro  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Milton William School  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Liberty Supermarket ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Deer Park  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Centrecrest Home - Nursing Facilities Addition  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Cook County  Illinois loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor World Airways Aircraft Maintenance Facility ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ferguson-Florissant Reorganized School District (f.k.a. Francisan Sisters of Our Lady of Perpetual Help)  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Glen Brae  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Brandi Law Firm loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Titusville Area Hospital f.k.a. Titusville Hospital/Farrell Hospital  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor South Jersey Hospital (f.k.a. Bridgeton Hospital)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Kingsley Manor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Medi-Center Building  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Guilford Mills  Inc. (f.k.a. Oak Ridge Textiles), NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Woodbank  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Nickle Junior High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The City of Amarillo  Texas loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Certain Asbestos Property Damage Claimants represented by Speights & Runyan and the Brandi Law Firm loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs. 213, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Trustmark National Bank f.k.a. First National Building loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Kerrisdale Library  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Pardee Memorial Hospital f.k.a. Margaret Pardee Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oakwood Shopping Center - Holmes Department Store  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor R & G Paint Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor PNC Bank f.k.a. Pittsburgh National Bank  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Altadore Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tonawanda City Police f.k.a. Tonawanda Police Job loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises  Inc., Colorado Springs Sales Center, Colorado ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears & Roebuck loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Board of Regents for the University of California ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Smithfield United Church f.k.a. Methodist Center  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Sir Winston Churchill  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - City of Edmonton - Jasper Place Arena  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Speights & Runyan Claimants loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Embarcadero Center # 3  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lamb  Young, Jones Office Building, SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wells Fargo Bank f.k.a. Marquette National Bank loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Metcalf Plaza c/o East Hill Family Medical Center  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saint Vincent Health Center f.k.a. St. Vincents Hospital (Claim 1-2)  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Columbia Plastering Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Stewart Place ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wellmont Lonesome Pine Hospital f.k.a. Big Stone General Hospital  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Commercial Building (1830-1836 W.5th St.)  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tulsa Performing Arts Center (f.k.a. Performing Arts Center)  OK loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - 350 Sparks Street  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Causeway Office Building #1  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton - ERD Station 12 ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company - Bay 1164/Calgary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shelby County Division of Health Services f.k.a. Shelby County Health Care Center  TN
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wood County Bank  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor General Electric Corporation Headquarters  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Saskatchewan - Lutheran Seminary  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Berkeley Manor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fox Chapel Golf Club f.k.a. Fox Chapel Country Club  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Baptist Health Medical Center - Little Rock f.k.a. Arkansas Baptist Medical Center  AK
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mary Washington Hospital - Self Care Unit  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Manor Oak Two/(2nd Building) 1001 Brinton Road  Pittsburgh, PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Attorney LOIZIDES & ASSOCIATES loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Atlantic Shopping Centres - Cogswell Tower  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mountain States Telephone  CO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Belfast Elementary ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Southwood  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Prince Charles  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Bank ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Great West Life-Great West Life Insurance Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bell Telephone Building  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of Immaculate Conception Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Braemar Gardens  995 Adair Avenue, Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Continental Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mercedes Benz of Seagate (f.k.a.Mercedes Benz)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - North Edmonton  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Lord Beaverbrook High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Union Bank of California f.k.a. Bank of Tokyo  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Armstrong County Memorial Hospital (f.k.a. Armstrong County Hospital)  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Sir John A. MacDonald  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 1199 SEIU f.k.a. 310 West 43rd Street Building  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Camelot Club  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., Dothan, Alabama ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Union Bank of California Center (Main Office Building) f.k.a. Bank of California  WA
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor San Joaquin General Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 10 Hanover Square Building c/o The Whitkoff Group  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Long Distance Switching Center  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Victoria  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party State of Arkansas loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Myrtle Beach Lumber Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Board of Regents of the University of California loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Stanley Park Pavilion Restaurant  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sparks Regional Medical Center f.k.a. Sparks Memorial Hospital  AR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Folger Building # 2 a.k.a. Folger Building Addition  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Spruce Avenue  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Education Centre  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ballard-Rice Prestress  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Southern Oregon University loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Plaza Building  NY loizides@loizides.com

Christopher Dean Loizides

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 21 of 77
Total Noticed: 2

on behalf of Creditor Panda Prints f.k.a. Lehigh Tile/Marble Warehouse  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Dale Wood  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Health Care - Holy Family Hospital  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Embarcadero Center #1  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - John Barsby Secondary School  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Glen Oaks Club Inc.  Clubhouse f.k.a Glen Oak Country Club, NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Health Center  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Office & Service Center - United Fuel & Gas Co.  WV loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Major League Shopping Center  MN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Joan of Arc Church  LaPlace, Louisiana loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Sir Wilfrid Laurier  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Crown Plaza Hotel f.k.a. Sheraton Hotel  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Canadian Claimants represented by Speights & Runyan loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Time Life Building (f.k.a. Esso Building)  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Sir John A. MacDonald  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Friendly Home Nursing Care & Rehabilitation f.k.a. Deaf Hard of Hearing & Speech Impaired loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Central Library  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Natural Distillers (f.k.a. Geauga Community Hospital)  OH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears & Grant Building loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor National Distillers Chemical Company  TN loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Homeplace of Mondovi Hospital f/k/a Buffalo Memorial Hospital loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lafayette General Medical Center f.k.a. Lafayette General Hospital  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Dominic Roman Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cayuga County Office Building f.k.a. Cayuga Company Office Building  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Johnson City Mall (The Mall at Johnson City) f.k.a. Britts Store - Miracle Mall ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Centinental Center (f.k.a. Ohio Bell Telephone Company)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shell Canada Products - Shellburn Laboratory Office Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Telus - William Farrel Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Doctor's Building (Access Medical)  IL ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority - Surrey Memorial  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs, 317, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Princess Anne  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Albany Avenue Branch Library f.k.a. Albany Avenue Library  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Security National Bank  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jameson Memorial Hospital  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Pauline Johnson  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Diamond Building (f.k.a. Superior Square Building)  OH loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The County of El Paso  Texas loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Embarcadero Center # 4  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jefferson Davis Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jenny Edmundson Hospital  IA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor William Osler Health Centre  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor CSAA Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Santa Teresa Medical Office Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cosmat Center  DC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority - Burnaby Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Sunset C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Mt. Pleasant C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Imperial Premium Finance (f.k.a Imperial Office Building)  LA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lincoln Heritage Insurance Company (f.k.a. Lincoln Income Life Insurance Company)  KY
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Apartments for the Elderly  VA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor IBM Metro Employees FCU f.k.a. Manufacturers Hanover Trust loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68-Nanaimo-Ladysmith - Seaview loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Landmark Resort Hotel f.k.a. Landmark Motel  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor L. Roy Owen Plastering Co.  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Continental Hotel  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Children's Hospital of Pittsburgh of UPMC Health System (DeSoto Wing Only) loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools-Prince Rupert  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver - Maritime Museum  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Guelph  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Grant Village Apartments (f.k.a. Grant Village)  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Roebuck  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Commercial Building (1420 Howe Street)  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor MGM Grand Hotel & Casino  NV loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Holiday Inn North Hills f.k.a. Sheraton North Motor Inn  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Brother Martin High School loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor IBM Building  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 1150 Lombard Street Apartments f.k.a. Russian Hill Twin Towers  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises Inc. - Laredo  TX (Main Warehouse) ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of Oklahoma Mortgage  OK ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oakwood Hospital & Medical Center  MI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Investments - 444 St. Mary's Street  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Knob Hill Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Caddo Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Children's Institute f.k.a. Crippled Children's Home  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor J.E. Grambling Building Supply  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Liberty Mutual Insurance Building  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Lakeview School  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Cedar Jr. Secondary School (renamed North Cedar Intermediate) loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor KARK-TV  Inc. & Morris Multimedia, Inc.-East Building(Channel 4) f.k.a. First National Bank, AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sask Power Corp.  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Alaska Medical Center f.k.a. Providence Hospital  AK ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cigna - Cigna Financial Services f.k.a. United Bank  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Harrah's Lake Tahoe (f.k.a. Harrah's Resort - Hotel Complex)  NV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Juvenile Temporary Detention Center (f.k.a Audie Home)  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sherwin Williams Paint Store  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sacred Heart Medical Center (f.k.a. Sacred Heart Hospital)  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Elliot Hospital  NH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor York University - # 6  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District- Westview  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St.Joseph Hospital  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party City of Houston  TX loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Memorial Hospital f.k.a. York Hospital  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Main Place Mall  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wells Fargo Center H.Q. (f.k.a. First National Bank Tower)  OR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Office Building - c/o Law Office of Ira S. Newman  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Duluth Entertainment Convention Center (f.k.a. Civic Center Auditorium)  MN loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor G.E. Company Manufacturing Plant f.k.a. General Electric Company - Addition (Phase-V)  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lady of Lourdes Regional Medical Center (f.k.a. Lady of Lourdes Hospital)  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Draymore Manufacturing Co.  NC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor State of Michigan Plaza f.k.a. Executive Plaza loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Barton  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor One Penn Plaza  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Francis Hospital  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Roebuck  FL ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Braemar Gardens  1000 Brunette Avenue, Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Saskatchewan - Health Sciences Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor 110 Plaza  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Uihlein Mercy Center (f.k.a. Sisters of Mercy)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Martin Paint & Supply Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Roden Junior  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Bank of Arizona ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party BNC Forum  LP loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fisk Building and Investments (f.k.a. Obeco Building) LA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Elizabeth General Medical Center (f.k.a. Elizabeth General Hospital)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Perth Avenue Junior  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Parkallen  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of Asheville loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor U.S. National Bank (Historic)  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wells Fargo Building f.k.a. 550 California Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Pierre Laclede Center No. 1 & 2 f.k.a. Pierce Laclede Building(s)  MO loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kindred Hospital Boston North Shore Cancer Center (f.k.a. J.B. Thomas Hospital)  MA
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Rutherford  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Steele Heights  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Allegheny Center No.2  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Transamerica f.k.a. Occidental Life Insurance Company  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor California Pacific Bank f.k.a. Southern Pacific Bank  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor New York Telephone Company (f.k.a. Bell Telephone Company)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 3 Hanover Plaza  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Pacific Heights Apartments  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ramada Development  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Encino-Tarzana Regional Medical Center f.k.a. Tarzana Medical Center  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wesley Medical Center (a.k.a. Wesley Hospital Addition)  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Greenville  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Westdale  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Luke's Hospital Job  IA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 22 Cortland Street Building  NY ecf.admin@loizides.com

Christopher Dean Loizides

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 26 of 77
Total Noticed: 2

on behalf of Creditor Worcester Center  MA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nebraska Skilled Nursing and Rehabilitation f.k.a. Medicenters of America  NE loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver - Parkade (should be Parkdale)  loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Baptist Lutheran Memorial Hospital (f.k.a. Baptist Memorial Hospital)  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carolina Drywall Ins. Co.  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Oakwood Collegiate Institute  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St.John's Home for the Aged/ St.Johns Home Nursing Home  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs. 82, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Saskatchewan - Arts Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Village Country Club West (f.k.a. Carolina Country Club)  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Highland  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., N. Texas Division HDQ Dallas, Texas - Lemmon Avenue Facility loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Holy Cross Hospital f.k.a. Holy Cross Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Monarch Park  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - 285 Indian Road Crescent  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Londonderry  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Methodist Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - King Edward Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shell Canada - Oakville Research  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises  Inc., Santa Maria Sales Center, California ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ingersol-Rand Co  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District Nanaimo-Ladysmith-Nanaimo District Senior Secondary loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Federal Savings & Loan  SC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Philadelphia Electric Company c/o & Represented by Shein Law Center  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Morguard Real Estate Investment - UK Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party County of Orange  Texas loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Ellerslie Junior High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs. 211, NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party School District 68 Nanaimo-Ladysmith loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Winterburn  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Cambrian Heights  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Eastman Kodak  Bldgs. 9, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Telus - Plaza South Tower  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Susque-View Home & Health Center f.k.a. Long Term Nursing Facility  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sinai - Grace Hospital (f.k.a. Mt. Carmel Mercy Hospital)  MI loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor FIrst Community Bancshares  Inc., f.k.a. Flat Top National Bank, WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor E.H. Coon Company  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Telus - Grande Prairie Toll  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - McOdorum Library ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Glenmeadows  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blue Cross Building  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Texarkana City Hall f.k.a. Arkansas City Hall  AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation - West End C.C.  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor ISPCO Inc. - ERW Mill Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Union Mutual Life Insurance  ME ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saint Vincent Health Center (f.k.a. St. Vincents Hospital & Addition) (CLAIM 2-2)  PA
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Queen Alexandria  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lehman Township Municipal Building f.k.a. Unity House - Administration Building  PA
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of America (f.k.a. Raleigh Savings and Loan)  NC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cedarbrook Fountain Hill Nursing Home (f.k.a. Fountain Hill Nursing Home)  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Bloor College  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fisherman's Warf Parking Garage  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Gary Manor loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Silver Sands Motel f.k.a. Siver Sands Hotel  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nevada Security Bank (f.k.a. Security National Bank)  NV loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Cardinal Heights  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Peoples Plaza  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Joan of Arc Catholic Church  New Orleans, Louisiana loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Humberside College  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District-Grange Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - RT Alderman  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City Hall f.k.a. San Antonio Office Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver - Planetarium loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Embarcadero Center #2  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Benefit Trust  IL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears  Roebuck & Co., MD ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Forest Heights  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Central Concrete & Plaster Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Colonel Sanders ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blossom Health Care Center f.k.a. Rochester Nursing Home ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Douglas Park C.C.  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nugent Import Motors  IL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Sherwood Heights  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Rosscarrock Elementary  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carolina Medical Center - Mercy f.k.a. Mercy Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Sir Allan McNabb  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Airport 17 Office Building (f.k.a. Teterboro Office Building)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nebraska Savings & Loan  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shamokin City - Housing Authority (Harold E. Thomas) f.k.a. Shamokin High Rise Building  PA
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Labatts - 451 Ridout  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Corry Memorial Hospital  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sentara Williamsburg Community Hospital f.k.a. Williamsburg Community Hospital  VA
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Acadia Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Chilton Publishing House  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Marin General Hospital - Medical Records Addition  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Chase River Elementry loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Rutherford  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Health Care - St. Vincent's Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bell Telephone Addition  CO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Bank  MA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor New Grease Building  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Allegheny Center Associates loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Branton Junior High ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Merchant's National Bank  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Woodlawn Commons f.k.a. Rubury Apartments ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kaiser Permanente - Sunnyside Medical Center (f.k.a. Kaiser Hospital)  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lafayette Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Westin Harbour Castle  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation - Trout Lake C.C.  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Village Fair Mall (f.k.a. Village Fair Shopping)  MS ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver - Fraser Academy  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Rockrose f.k.a. 127 John Street Realty ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Woodbridge Center (Sterns Department Store) (f.k.a. Woodbridge Shopping Center)  NJ
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Schuyler Hospital  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Old National City Bank (f.k.a. National City Bank)  IN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor John Muir Medical Center f.k.a. John Muir Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hospital Corp. of America ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Coca-Cola Enterprises Inc. - Houston  Texas Bissonnet Facility ecf.admin@loizides.com

Christopher Dean Loizides

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 30 of 77
Total Noticed: 2

on behalf of Creditor Deaconess Hospital  MN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Queen Elizabeth Playhouse  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Western Union Centralized Telephone - Bureau #3  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Homeplace of Mondovi Hospital & American Lutheran Home (2 bldgs.) f.k.a. Buffalo Memorial Hospital  WI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Santa Rosa Memorial Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Ritchie  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tri-City Hospital ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lakeside Memorial Hospital  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Colonel Irvine ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Arlington International Racecourse  f.k.a. Arlington Heights Racetrack - Main Tract Grandstands, IL ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - ElmLea Junior School  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor East Baton Rouge Parish School Board  Louisiana loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears & Roebuck - Morristown Mall loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Denechaud And Denechaud LLP loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Edmonton - Clarke Stadium ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Providence Athelstan Club  AL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company - Zellers 347 loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Woodstream Farms Apartments f.k.a. Ohara Apartment  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - McNally  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Palos Community Hospital f.k.a. Palos Hospital  IL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Allendale  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 99 Founders Plaza  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Baptist Memorial Hospital  TN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saint Mary's Healthcare Services f.k.a. St. Mary's Medical Center  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Oneida County Office Building c/o Oneida County Department of Law  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor C.N.A. Plaza Headquarters f.k.a. (C.N.A. Building)  IL ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Del Monte Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shaker Heights Police Department Station  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Muzzy;s Day Square Florist (f.k.a Day Square Building) MA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Duane Arnold Energy Center  IA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cabrini Medical Tower f.k.a. Cabrini Hospital  WA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Asbestos Property Damage Claimants represented by Dies & Hile  LLP loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Southwestern Bell f.k.a. Bell Telephone Building  AR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Tennessee Bank (Bldg 1) f.k.a. National Bank Building (National Bank Building  TN) ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Louisiana National Bank Building  LA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Van-Smith Building Materials  SC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - L.Y. Cairns  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Quantas Office Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor The State- Whitehall Company f.k.a. Rudin Building  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Roebuck Building loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bambergers  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Central Terminal Distribution Center f.k.a. Central Warehouse Distribution Company  AR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Woodhaven Mall - Babies-R-Us (Tenant) f.k.a. Woodhaven Mall - Woolco Department Store  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lake Erie College of Osteopathic Medicine f.k.a General Telephone @ Electric Data Center  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kleine Department Store - Gert Shopping Center  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jordan Hospital  Inc, MA loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The Brandi Law Firm loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bank of the James Building f.k.a. Fidelity National Bank  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Willis-Knighton Hospital Clinic  LA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tower Apartment Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears & Roebuck  Westland Shopping Center loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Herald-Standard Newspaper f.k.a. Uniontown Newspaper Building  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company-Bay 1631/Ottawa  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mountain City Medical Center (f.k.a. Mountain City Hospital Addition)  TN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - DS MacKenzie  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor British Columbia Institute - SW1  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cornell Arms Apartments  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Vancouver Board of Parks & Recreation-Rupert Park Pitch & Putt Fieldhouse  Canada
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Holiday Inn f.k.a. New Holiday Motor Inn loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Harry Ainlay  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hyatt Regency San Francisco f.k.a. Embarcadero Bart Center  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Cheryl Manor loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority - Ridge Meadows Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-City Hall  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Lafourche Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Wegman Store loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor J.C. Penny Building - Kleine Department Store  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Health Montgomery Memorial Hospital f.k.a. Montgomery Memorial Hospital  NC
loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor KARK-TV  Inc. & Morris Multimedia, Inc.-West Annex (Channel4) f.k.a. First Natianal Bank, AR
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Fraser Health Authority-Royal Colombian Hospital  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor China Basin Landing f.k.a. 4th & Berry China Basin  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ryerson University-Howard Kerr Building  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor BB & T Branch Offices f.k.a. City National Bank  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Toronto  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City Auditorium Job  MS ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carr H. & Sons  Inc., (Interior Contractors) f.k.a. H. Carr Company, RI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Springfield Journal (f.k.a. Springfield News)  MA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor National Bank Building  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blue Cross Blue Shield Building  KS loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Wellington  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Virginia Hospital Center f.k.a. Arlington Hospital Claim 1-2  VA loizides@loizides.com

District/off: 0311-1                    User: Brandon                                      Page 33 of 77
Date Rcvd: Dec 16, 2020                 Form ID: pdfgen                                    Total Noticed: 2

Christopher Dean Loizides

on behalf of Creditor Salinas Valley Memorial Hospital  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cromer & Sullivan Construction Co.  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ramada Inn Executive Center (f.k.a Ramada Inn)  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Franklin First Federal Credit Union (f.k.a. Franklin County Trust Bank)  MA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Glidden Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party 600 Building Ltd. loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Virginia Bank & Trust Company f.k.a. First National Bank  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Avalon  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Eastern Oregon University loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Langevin Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Beutows Office Building No. 2 c/o The American Academy of Acupuncture & Oriental Medicine ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Covil Insulation Company - Berea Industrial Park  SC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Y.W.C.A. of Greater Des Moines f.k.a. Y.M.C.A. Building  IA loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Francis Xavier Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor University of Saskatchewan - Physics Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor The Record  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Anthony's Regional Hospital & Nursing Home f.k.a. St. Anthony's Hospital & Hospital in Carroll  IA, IA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kings Daughter Hospital  MS ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Banc One (f.k.a. Indiana National Bank)  IN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Alexander's Department Store  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Shell Canada Products - Shellburn Locker Building  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Saskatchewan Property Managment Corporation-Royal Saskatchewan Musuem  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mobil Oil (f.k.a. Standard Oil Building)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Gateway II (f.k.a. Gateway Building #2)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor 1900 Avenue of the Stars Office Building  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Mount Royal  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Mount Hope  Canada ecf.admin@loizides.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 34 of 77
Total Noticed: 2

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education-Senator Patrick Burns  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jackson Heights High Rise for the Elderly f.k.a. Lackawanna County High Rise for the Elderly  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Delwood  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - City of Edmonton - ERD Station 13  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Central Plaza  OR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Sherbrooke  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Eastglen  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Great Western Bank f.k.a. Northwestern National  SD ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools-Montrose  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Independence Regional Health Center (f.k.a. Independence Sanitarium)  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board - Dewson Street  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Greenview  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Mill Creek  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Regency Court  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Largo Properties - CB Richard Ellis (Tenant - Suite #2)  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Embarcadero PG&E  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Pius X Roman Catholic Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Northwoodcare Inc.-Northwood Tower  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor American National Bank &Trust Co  VA loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Speights & Runyan loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Vancouver-Cambie Yards  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public School - Lauderdale  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Crown Plaza Hotel f.k.a Sheraton Hotel  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - HA Gray  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Western Canada High  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Robinson Center Auditorium  AR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Meadview Medical Center f.k.a. Meadville Hospital  PA ecf.admin@loizides.com

Christopher Dean Loizides

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 35 of 77
Total Noticed: 2

on behalf of Creditor Calgary Board of Education - Rosemount Elementary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Central Roofing & Supply Company  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Connecticut Light & Power Co. - Northeast Utilities  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor John V. McIntire Plaster f.k.a. McIntire Company  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Long Island Jewish Hospital (a.k.a. North Shore - LIJ Health System)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Pacific Freeholds Partnership a/k/a 100 Pine Street loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cleveland Museum of Art (4 Joined Buildings)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Augusta Civic Center (f.k.a. Cultural Building)  ME ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor AAA Distributing Office  OR ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Tonko - Telus Plaza  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First National Bank of Franklin County  MA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Seneca Development f.k.a. Seneca Building ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blue Cross Building  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Mount Pleasant  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sears Job  NC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calgary Board of Education - Capital Hill  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor White Motors  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor UPMC Shadyside - Hillman Cancer Center f.k.a. Shadyside Hospital  PA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor City of Albany (f.k.a. A.M.F. Headquarters) (See City Court of Albany BLDG.)  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Toronto District School Board-Western Tech  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - Garneau  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Avonmore  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Natchitoches Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Crestwood  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor National Starch & Chemical Company f.k.a. I.C.I. Of America Building  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Kanawha Valley Building f.k.a. Charleston National Bank Plaza  WV ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Respondent St. Mary's Academy of the Holy Family loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hotel Captain Cook - Tower #2 loizides@loizides.com

District/off: 0311-1                          User: Brandon                                Page 36 of 77
Date Rcvd: Dec 16, 2020                      Form ID: pdfgen                              Total Noticed: 2

Christopher Dean Loizides

on behalf of Creditor Pee Dee Builders Supply  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Medical Office Building  MO ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party The Sabine River Authority loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Trumbull Memorial Hospital (Forum Health) (f.k.a. Trumbull County Memorial Hospital)  OH
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party EPEC Realty  Inc. loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor F.F. Thompson Continuing Care Center  f.k.a. Thompson Nursing Home, NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Edmonton Public Schools - Delton  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carleton University - Coca-Cola Enterprises  Inc., Goodland Sales Center, Kansas ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Stockton-San Joaquin County Public Library f.k.a. Stockton City Library  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ohio Savings Plaza Buildings f.k.a.  Penton Plaza & Investment Tower Job, OH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Regency Lake and Tennis Club (f.k.a. Regency - South Lake)  NE loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor La Quinta Inn f.k.a. Carolina Motor Inn/Columbia Motor Inn  SC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Gateway Mall Shopping Center & Sears Store Building  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cottages - Jr. Village  DC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cagle Office Building c/o Martin Cannon  Esquire, NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Dies & Hile  LLP loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Mary's Medical Center f.k.a. St. Mary's Hospital  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Jefferson Pilot Financial Insurance Company (f.k.a. Guarantee Mutual Life Office Building)  NE
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hyatt Regency San Francisco  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor McLeister & Goldman ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor TransAmerica Life Insurance Company f.k.a. National Old Line Insurance Company  AR
ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor NCR Corporation (f.k.a. NCR Distribution Center)  OH loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Nine Story Office Building  IN ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor John J. Riley & Sons  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Appletree Bay Medical Center (VA Outreach Clinic) f.k.a. Medical Center  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Rehabilitation & Diagnostic Center  CT ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party City of Vancouver loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Rhode Island Hospital  RI ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor R.U. Wilson Building  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Great Plains Insurance Company  WY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor First Security Bank f.k.a. Batesville Security Bank loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor New Britain General Hospital  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cherry Hill Mall (f.k.a. Cherry Hill Plaza)  NJ ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor W.G.N. loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party State of Oklahoma loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Housing for Elderly (Roger St. Lawrant)  CT loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Shelley Court loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Ohio Building (f.k.a. Ohio Edison Office Building)  OH ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Edmonton Public Schools - McKernan  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Blue Cross Building  NC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor School District 68 Nanaimo-Ladysmith - Cilaire Elementary  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Doubletree Hotel (f.k.a. Hilton Hotel)  NE ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Builders Wholesale  Inc., SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party City of Eugene  OR loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor United Way International Headquarters f.k.a. United Way Building  VA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Cadillac Fairview Mall - Fairmall Leasehold Inc. ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Merchant's National Bank of Bangor (f.k.a. Merchant's National Bank) ME loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Sherman Building Twin Towers  CA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor I.B.M.  NY ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carotex Industrial Supply  SC ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Calcasieu Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Scottish Rite Cathedral  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Louisiana Claimants loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hudson's Bay Company - Zellers 435/Calgary  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Roman Catholic Church Archdiocese of New Orleans loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Mercy Hospital  CA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Bristol Investments - Parkview Manor  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall  IL loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Westmoreland Regional Hospital f.k.a. Westmoreland Hospital  PA loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor A&S Building  NY loizides@loizides.com

Christopher Dean Loizides

on behalf of Respondent Congregation of St. Francis Xavier Cabrini Church loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Certain Asbestos Property Damage Claimants represented by Speights & Runyan and Motley Rice LLC loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor St. Martin Parish School Board loizides@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Oregon Health & Science University loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor McMaster University - Medical Center  Canada loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Plauche Office Building  LA ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Interested Party Louisiana Property Damage Claimants loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Livingston Mall - Bambergers  NJ loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Hamilton School District - Ryerson  Canada ecf.admin@loizides.com

Christopher Dean Loizides

on behalf of Creditor Graziano Building  PA loizides@loizides.com

Christopher J. Kayser

on behalf of Creditor United States Internal Revenue Service christopher.j.kayser@usdoj.gov  Eastern.Taxcivil@usdoj.gov

Christopher M. Parks

on behalf of Interested Party Chris Parks & Associates cparks@chrisparkslaw.com

Christopher Martin Winter

on behalf of Interested Party National Medical Care  Inc. cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Creditor Official Committee of Unsecured Creditors cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Defendant Fresenius Medical Care Holdings  Inc. cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Interested Party Fresenius Medical Care Holdings  Inc. cmwinter@duanemorris.com

Christopher P. Duffy

on behalf of Interested Party Coady Law Firm duffy@coadylaw.com

Christopher Page Simon

on behalf of Interested Party DII Industries  LLC Asbestos PI Trust csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher R. Momjian

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov

Cindy Jo Kiblinger

on behalf of Interested Party Humpherys Firm mshamblin@jfhumphreys.com  rhyde@jfhumphreys.com

Cindy Jo Kiblinger

on behalf of Creditor Ernest Walter Abbott  et. al. mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com

Cindy Jo Kiblinger

on behalf of Interested Party F Humphrey James F. & Associates  LC, mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com

Cole Richins

on behalf of Creditor Wachovia Bank National Association colerichins@mvalaw.com

Cole Richins

on behalf of Creditor Wells Fargo Bank  N.A. colerichins@mvalaw.com

Curtis A Hehn

on behalf of Debtor W.R. Grace & Co.  et al. curtishehn@comcast.net

Daniel B. Butz

on behalf of Interested Party The Scotts Company dbutz@mnat.com
glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com

Daniel B. Butz

on behalf of Creditor Fresenius Medical Care Holdings  Inc. and National Medical Care, Inc. dbutz@mnat.com,
glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com

Daniel C Cohn

on behalf of Plaintiff Sue C. O'Neill dcohn@murthalaw.com  lmulvehill@murthalaw.com

Daniel C Cohn

on behalf of Plaintiff Ralph Hutt dcohn@murthalaw.com  lmulvehill@murthalaw.com

Daniel C Cohn

on behalf of Plaintiff Carl Osborn dcohn@murthalaw.com  lmulvehill@murthalaw.com

Daniel C Cohn

on behalf of Plaintiff Barbara Hunt dcohn@murthalaw.com  lmulvehill@murthalaw.com

Daniel J. Healy

on behalf of Creditor United States Internal Revenue Service daniel.j.healy@usdoj.gov  eastern.taxcivil@usdoj.gov

Daniel K. Hogan

on behalf of Creditor Motley Rice LLC dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney The Law Office of Peter G. Angelos dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Ryan A. Foster and Associates  PLLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Hossley * Embry  L.L.P. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Claimants dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Hissey*Kientz  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Foster & Sear L.L.P. dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Campbell  Cherry, Harrison, Davis & Dove, P.C. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Sieben  Polk, LaVerdiere & Dusich, P.A. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Stutzman Bromberg Esserman & Plifka  A Professional Corporation, For Certain Law Firms
Representing Personal Injury Claimants dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Heard Robins Cloud & Lubel L.L.P. and The Eaves Law Firm dkhogan@dkhogan.com
gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Silber Pearlman  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Law Offices of Peter G. Angelos; Baron & Budd; Brayton Purcell; Hissey Kientz; Lipman Law Firm; Reaud
Morgan & Quinn; Thornton & Naumes; Waters & Kraus; and Williams Kherkher Hart & Boundas dkhogan@dkhogan.com
gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Hobin  Shingler & Simon, LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Shrader & Williamson LLP dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Morris  Sakalarios & Blackwell, PLLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Williams Bailey Law Firm  L.L.P. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Law Offices of Peter G. Angelos  P.C. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Baron & Budd  P.C. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Creditor Reaud  Morgan & Quinn, Inc. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Chris Parks & Associates dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Various Law Firms Representing Asbestos PI Claimants dkhogan@dkhogan.com gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Wilentz  Goldman & Spitzer, P.A. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party LeBlanc & Waddell  LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Brent Coon & Associates dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Reaud  Morgan & Quinn, LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Cascino Vaughan Law Offices dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party David Lipman  P.A. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Brayton Purcell dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Weitz & Luxenberg dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party SimmonsCooper  LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Williams Kherkher Hart & Boundas  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney LeBlanc & Waddell  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Robert Pierce & Associates dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Baldwin & Baldwin dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party O'Quinn Laminack & Pirtle dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Provost & Umphrey  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Motley Rice Claimants dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party George & Sipes dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Interested Party Baron & Budd  P.C., and Silber Pearlman, LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Hissey  Kientz & Herron PLLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Debtor W.R. Grace & Co.  et al. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan
on behalf of Attorney Brayton Purcell dkhogan@dkhogan.com  gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Heard  Robins, Cloud, Lubel & Greenwood LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Certain Law Firms Represented By Stutzman  Bromberg, Esserman & Plifka dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Creditor Environmental Litigation Group  P.C. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Interested Party Asbestos PI Claimants Represented by Thornton & Naumes  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel K. Hogan

on behalf of Attorney Thornton & Naumes  LLP dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Daniel M. Glosband

on behalf of Plaintiff Continental Casualty Company dglosband@goodwinprocter.com

Daniel M. Glosband

on behalf of Plaintiff Transportation Insurance Company dglosband@goodwinprocter.com

Darrell W. Scott

on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs scottgroup@mac.com  ssimatos@mac.com

Darren Azman

on behalf of Interested Party Honeywell International  Inc. dazman@mwe.com

David E. Blabey, Jr.

on behalf of Other Prof. Official Committee of Equity Security Holders dblabey@kramerlevin.com corporate-reorg-1449@ecf.pacerpro.com

David E. Klein

on behalf of Creditor Official Committee of Equity Holders dklein@kramerlevin.com

David Earl Flowers

on behalf of Interested Party State of Minnesota david.flowers@state.mn.us

David G. Aelvoet

on behalf of Creditor City of El Paso davida@publicans.com

David G. Aelvoet

on behalf of Attorney Linebarger Goggan Blair & Sampson  LLP davida@publicans.com

David J. Baldwin

on behalf of Interested Party Norfolk Southern Railway dbaldwin@bergerharris.com

David L. Finger

on behalf of Other Prof. Lukins & Annis  P.S. dfinger@delawgroup.com

David L. Finger

on behalf of Creditor Roberta J. Prete dfinger@delawgroup.com

David L. Rosendorf

on behalf of Creditor Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L. Swanson

on behalf of Interested Party SGH Enterprises  Inc. dswanson@lockelord.com

David M. Fournier

on behalf of Interested Party BNSF Railway Company david.fournier@troutman.com wlbank@troutman.com;monica.molitor@troutman.com

David M. Fournier

on behalf of Other Prof. Lukins & Annis  P.S. David.Fournier@troutman.com, wlbank@troutman.com,David.A.Smith@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Creditor UniFirst Corporation David.Fournier@troutman.com wlbank@troutman.com,David.A.Smith@troutman.com,Monica.Molitor@troutman.com,Peggianne.Hardin@troutman.com

David M. Fournier

on behalf of Attorney Troutman Pepper Hamilton Sanders LLP david.fournier@troutman.com wlbank@troutman.com;monica.molitor@troutman.com

David P. Primack

on behalf of Creditor Columbia Insurance Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party OneBeacon America Insurance Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

District/off: 0311-1                                     User: Brandon                                     Page 42 of 77
Date Rcvd: Dec 16, 2020                                  Form ID: pdfgen                                  Total Noticed: 2

on behalf of Interested Party Government Employees Insurance Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party Seaton Insurance Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party Government Employees Insurance Co. and Columbia Insurance Company f/k/a Republic Insurance Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor American Employers Insurance Company  Employers Commercial Union n/k/a OneBeacon America Insurance Company and Unigard Insurance Company dprimack@mdmc-law.com, scarney@mdmc-law.com

David P. Primack

on behalf of Attorney Drinker Biddle & Reath LLP dprimack@mdmc-law.com  scarney@mdmc-law.com

David P. Primack

on behalf of Interested Party Republic Insurance Company n/k/a Starr Indemnity & Liability Company dprimack@mdmc-law.com  scarney@mdmc-law.com

David R. Hurst

on behalf of Defendant Sealed Air Corporation and Cryovac  Inc. dhurst@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David R. Hurst

on behalf of Defendant Sealed Air Corporation dhurst@mwe.com dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David R. Hurst

on behalf of Defendant Cryovac  Inc. dhurst@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com

David Ryan Slaugh

on behalf of Interested Party Norfolk Southern Railway rslaugh@potteranderson.com bankruptcy@potteranderson.com;nrainey@potteranderson.com

David S. Leinwand

on behalf of Creditor Avenue TC Fund  LP dleinwand@amroc.com

David S. Rosenbloom

on behalf of Defendant Fresenius U.S.A.  Inc. drosenbloom@mwe.com

David S. Rosenbloom

on behalf of Defendant National Medical Care  Inc. drosenbloom@mwe.com

David W. Carickhoff

on behalf of Defendant W.R. GRACE & CO. dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Claims Agent BMC Group  Inc. dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Debtor W.R. Grace & Co.  et al. dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Plaintiff W.R. Grace & Co. -CONN dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Latham & Watkins LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Interested Party W.R. GRACE & CO.  et al., dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Wallace King Domike & Branson PLLC dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Steptoe & Johnson LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Other Prof. Protiviti Inc. dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Interested Party Kirkland & Ellis LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Attorney WoodCock Washburn LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Other Prof. Blackstone Group L.P. dcarickhoff@archerlaw.com  DE20@ecfcbis.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 43 of 77
Total Noticed: 2

David W. Carickhoff

on behalf of Attorney KIRKLAND & ELLIS dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Other Prof. Carella  Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Casner & Edwards LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Financial Advisor Deloitte & Touche LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Debtor W.R. Grace & Co. -CONN dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel PITNEY HARDIN LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Other Prof. Protivity Inc. dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Attorney Pachulski Stang Ziehl & Jones  LLP dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Woodcock Washburn LLP dcarickhoff@archerlaw.com  DE20@ecfcbis.com

David W. Carickhoff

on behalf of Plaintiff W. R. GRACE & CO.  ET AL dcarickhoff@archerlaw.com, DE20@ecfcbis.com

David W. Carickhoff

on behalf of Spec. Counsel Nelson Mullins Riley & Scarborough  L.L.P. dcarickhoff@archerlaw.com, DE20@ecfcbis.com

Davis Lee Wright

on behalf of Interested Party Lipsitz & Ponterio  LLC dwright@rc.com, idensmore@rc.com

Davis Lee Wright

on behalf of Attorney WATERS & KRAUS  LLP dwright@rc.com, idensmore@rc.com

Deborah D. Williamson

on behalf of Other Prof. Richard B Schiro dwilliamson@dykema.com  maraiza@dykema.com;drushing@dykema.com

Derrick A. Dyer

on behalf of Interested Party Ronald Thornburg dyerda@dilworthlaw.com

Douglas D. Herrmann

on behalf of Interested Party Sealed Air Corporation wlbank@troutman.com Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Edward C. Toole, Jr.

on behalf of Interested Party BNSF Railway Company edward.toole@troutman.com

Edward B. Rosenthal

on behalf of Interested Party CNA Companies erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal

on behalf of Interested Party Continental Casualty Company erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward B. Rosenthal

on behalf of Interested Party Transportation Insurance Company and their American insurance affiliates erosenthal@rmgglaw.com  jmeekins@rmgglaw.com

Edward J. Westbrook

on behalf of Interested Party ZAI Claimants ewestbrook@rpwb.com

Edward J. Westbrook

on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs ewestbrook@rpwb.com

Edward O. Moody

on behalf of Interested Party Asbestos Plaintiffs (Claimants) crystalf@sbcglobal.net  jpeachey@sbcglobal.net

Edward O. Moody

on behalf of Interested Party Edward O. Moody  P.A. crystalf@sbcglobal.net, jpeachey@sbcglobal.net

Eileen McCabe

Michelle.spatz@mendes.com

Elaine Z. Cole

on behalf of Interested Party New York State Department Of Taxation & Finance elaine_cole@tax.state.ny.us

Elaine Z. Cole

on behalf of Creditor New York State Department of Taxation and Finance elaine_cole@tax.state.ny.us

Elihu Ezekiel Allinson, III
  on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs ZAllinson@SHA-LLC.com
  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III
  on behalf of Interested Party ZAI Claimants ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elio Battista, Jr.
  on behalf of Interested Party American Premier Underwriters  Inc. ebattista@pgslegal.com, dvaneiken@pgslegal.com

Elio Battista, Jr.
  on behalf of Defendant R.J. Reynolds Tobacco Company ebattista@pgslegal.com  dvaneiken@pgslegal.com

Elio Battista, Jr.
  on behalf of Interested Party CHL Administration  Inc. ebattista@pgslegal.com, dvaneiken@pgslegal.com

Elizabeth D. Power
  on behalf of Creditor Certain Underwriters at Lloyds  London and Certain London Market Companies bankr@zuckerman.com

Elizabeth V. Heller
  on behalf of Interested Party Jan Hunter elizabeth@ghalaw.com  jens@ghalaw.com

Elizabeth V. Heller
  on behalf of Interested Party Goldenberg  Miller, Heller & Antognoli, P.C. elizabeth@ghalaw.com, jens@ghalaw.com

Ellen Slights
  on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov

Epiq Corporate Restructuring, LLC
  nmrodriguez@epiqsystems.com

Eric B. Abramson
  on behalf of Interested Party Asbestos Claimants eabramson@serlinglaw.com

Eric J. Monzo
  on behalf of Other Prof. Holme Roberts & Owen LLP emonzo@morrisjames.com
  wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
  on behalf of Creditor Garlock Sealing Technologies  LLC emonzo@morrisjames.com,
  wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Erin Edwards
  on behalf of Interested Party Celotex Asbestos Settlement Trust bankfilings@ycst.com

Etta Ren Wolfe
  on behalf of Interested Party Norfolk Southern Railway ewolfe@potteranderson.com  bankruptcy@potteranderson.com

Etta Rena Wolfe
  on behalf of 3rd Pty Defendant Reaud  Morgan & Quinn, Inc. erw@skfdelaware.com

Etta Rena Wolfe
  on behalf of 3rd Pty Defendant Environmental Litigation Group  P.C. erw@skfdelaware.com

Evan T. Miller
  on behalf of Interested Party Continental Casualty Company emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Evan T. Miller
  on behalf of Interested Party Continental Casualty Insurance Co. and Transportation Insurance Co. emiller@bayardlaw.com
  kmccloskey@bayardlaw.com

Evan T. Miller
  on behalf of Plaintiff Transportation Insurance Company emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Evan T. Miller
  on behalf of Interested Party Transportation Insurance Company emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Evan T. Miller
  on behalf of Plaintiff Continental Casualty Company emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Evelyn J. Meltzer
  on behalf of Creditor BNSF Railway Company Evelyn.Meltzer@troutman.com
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer
  on behalf of Interested Party BNSF Railway Company Evelyn.Meltzer@troutman.com
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer
  on behalf of Interested Party BNSF Railway Corporation Evelyn.Meltzer@troutman.com
  wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Francis A. Monaco, Jr.

on behalf of Attorney Monzack and Monaco  PA fmonaco@gsbblaw.com, frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Interested Party Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Creditor Marshalls of MA  Inc. fmonaco@gsbblaw.com, frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Creditor The State of Montana Department of Environmental Quality  Department of Public Health and Human Services and Risk Management and Tort Defense Divison fmonaco@gsbblaw.com, frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Interested Party Keri Evans fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Creditor State of Montana Department of Environmental Quality fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Interested Party State of Montana fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Francis A. Monaco, Jr.

on behalf of Creditor Wachovia Bank National Association fmonaco@gsbblaw.com  frankmonacojr@gmail.com

Frederick Brian Rosner

on behalf of Interested Party Motley Rice LLC rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Port of Seattle  North Satellite Building rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  WSU Dana Hall, Bldg. #0056 rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  WSU Daggy Hall, Bldg. #0803 rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party General Insurance Company of America rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Catholic Diocese of Little Rock rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party American Legion  Fargo, ND, Al Foss, et al rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor American Legion rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Fargo Housing and Redevelopment Authority  Lashkowitz High Rise rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor CHP Associates Inc. rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  Edmunds Community College, 20212 68th Ave. W. rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  WSU Beasely Performing Arts Coliseum rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Port of Seattle  South Satellite Building rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor The Prudential Insurance Company of North America  PIC Realty Corporation and 745 Property Investments rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  WSU Kruegel McAllister Central, Stadium Way rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party State of Washington  WSU McCoy Hall, Bldg. #0044 rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor State of Washington  WSU Johnson Hall & Annex rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Church of St. Leo The Great rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Church of St. Joseph rosner@teamrosner.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 46 of 77
Total Noticed: 2

Frederick Brian Rosner

on behalf of Creditor State of Washington  General Administration Building - Capitol Complex rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Honeywell International  Inc. rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor The Prudential Insurance Company of America rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor City of Barnesville rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor First United Methodist Church rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Port of Seattle  Main Terminal Building rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor The Church of St. Helena of Minneapolis rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor PD Claimants rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Church of St. Luke rosner@teamrosner.com

Garvan F. McDaniel

on behalf of Interested Party United States Fire Insurance Company gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Other Prof. Royal & SunAlliance gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party Arrowood Indemnity Company f/k/a Royal Indemnity Company gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party The St. Paul Companies  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party Royal Indemnity Company gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party Main Plaza  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party US Fire Insurance Company gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Interested Party TIG Insurance Company gfmcdaniel@dkhogan.com  gdurstein@dkhogan.com

Gary Don Parish

on behalf of Interested Party Asbestos Plaintiffs (Claimants) gdplaw@sbcglobal.net  parronfirm@sbcglobal.net

George C. Greatrex, Jr.

on behalf of Interested Party Asbestos Claimants ggreatrex@ssglawfirm.com

George J. Marcus

on behalf of Creditor Audrey Benford bankruptcy@mcm-law.com

George J. Marcus

on behalf of Creditor J.P. Bolduc bankruptcy@mcm-law.com

Gregory W. Werkheiser

on behalf of Creditor Garlock Sealing Technologies  LLC gwerkheiser@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Heather L. Donald

on behalf of Creditor State Of Michigan  Department Of Treasury donaldh@michigan.gov

Helen Elizabeth Weller

on behalf of Interested Party County of Dallas dallas.bankruptcy@lgbs.com Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Henry Jon Jaffe

on behalf of Interested Party BNSF Railway Company Henry.Jaffe@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Ian Connor Bifferato

on behalf of Interested Party US Fire Insurance Company cbifferato@tbf.legal  mstewart@tbf.legal

Ian Connor Bifferato

on behalf of Creditor Royal Insurance Company cbifferato@tbf.legal  mstewart@tbf.legal

Ian Connor Bifferato

on behalf of Interested Party Royal Indemnity Company cbifferato@tbf.legal  mstewart@tbf.legal

Ian Connor Bifferato

on behalf of Other Prof. Royal & SunAlliance cbifferato@tbf.legal  mstewart@tbf.legal

Ira M. Levee

on behalf of Creditor ERISA Plaintiffs ilevee@lowenstein.com  krosen@lowenstein.com

J. Kate Stickles

on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants kstickles@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Jacob A. Brown

on behalf of Creditor SPCP Group  LLC jacob.brown@akerman.com,
jennifer.meehan@akerman.com;matthew.drawdy@akerman.com

Jacob A. Brown

on behalf of Interested Party SPCP Group  LLC jacob.brown@akerman.com,
jennifer.meehan@akerman.com;matthew.drawdy@akerman.com

James C. Carignan

on behalf of Interested Party BNSF Railway Company carignaj@pepperlaw.com
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Interested Party Mark Hankin carignaj@pepperlaw.com
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Interested Party Hanmar Associates MLP carignaj@pepperlaw.com
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Interested Party Longacre Master Fund  LTD. carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Interested Party Longacre Capital Partners (QP)  L.P. carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Creditor Longacre Master Fund  Ltd. carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Interested Party Hankin  Mark carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James C. Carignan

on behalf of Creditor HanMar Associates  M.L.P. carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James D. Newbold

on behalf of Creditor Illinois Department of Revenue James.Newbold@illinois.gov

James Donald Freeman

on behalf of Creditor United States of America james.freeman2@usdoj.gov  stephanie.taylor@usdoj.gov

James E O'Neill

on behalf of Attorney KIRKLAND & ELLIS joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Plaintiff Ralph Hutt joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Steptoe & Johnson LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Law office of Roger Higgins joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Baker Donelson Bearman Caldwell & Berkowitz  P.C. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party W.R. GRACE & CO.  et al., joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party Forman Perry Watkins Krutz & Tardy LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Deloitte Tax LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney The Law Offices of Janet S. Baer  P.C. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Foley Hoag LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Pachulski Stang Ziehl Young Jones & Weintraub LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Latham & Watkins LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Law Offices of Roger J. Higgins  LLC joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Plaintiff W. R. GRACE & CO.  et al. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Debtor W.R. GRACE & CO.-CONN joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney WoodCock Washburn LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Casner & Edwards LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Beveridge & Diamond  P.C. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Financial Advisor Blackstone Group L.P. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Plaintiff W. R. GRACE & CO.  ET AL joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Kirkland & Ellis LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Debtor W.R. Grace & Co.  et al. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party W.R. Grace & Co. Reorganized Debtors joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. Protiviti Inc. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Appellant W.R. Grace & Co.  et al. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. BMC Group  Inc. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Debtor DAREX PUERTO RICO  INC. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Plaintiff W.R. Grace & Co. -CONN joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Woodcock Washburn LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Attorney Pachulski Stang Ziehl & Jones  LLP joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Financial Advisor Blackstone Advisory Partners L.P. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Spec. Counsel Day Pitney LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Spec. Counsel Nelson Mullins Riley & Scarborough  L.L.P. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Debtor W.R. Grace & Co  et al. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill
on behalf of Debtor WR Grace & Co. et al. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Debtor W.R. GRACE & CO. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Interested Party Kirkland & Ellis LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Other Prof. Perkins Coie LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Spec. Counsel Ogilvy Renault LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Interested Party Grant Thornton LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Financial Advisor Protiviti Inc. joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill
on behalf of Claims Agent BMC Group  Inc. joneill@pszjlaw.com, efile1@pszjlaw.com

James E. Wimberley
on behalf of Interested Party Plaintiffs Listed in Exhibit A jwimberley@mc-law.net

James M. Lawniczak
on behalf of Creditor DAP PRODUCTS INC. jlawniczak@calfee.com

James S. Carr
on behalf of Interested Party State of Montana KDWBankruptcyDepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Creditor State of Montana Department of Environmental Quality KDWBankruptcyDepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com

James S. Yoder
on behalf of Interested Party Allstate Insurance Company  as Successor in Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company yoderj@whiteandwilliams.com

James S. Yoder
on behalf of Interested Party Ford Motor Company yoderj@whiteandwilliams.com

Janet M. Weiss
on behalf of Creditor Snack  Inc. EHaitz@gibsondunn.com

Janet S. Baer
on behalf of Debtor W.R. Grace & Co.  et al. jbaer@bhflaw.net

Jason M. Madron
on behalf of Creditor Bank of America  N.A. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jay R. Bender
on behalf of Creditor Brasfield & Gorrie  L.L.C. jbender@bradley.com, jbailey@bradley.com

Jeff J. Friedman
on behalf of Interested Party Katten Muchin Zavis Rosenman jeff.friedman@kattanlaw.com  nyc.bknotices@kattenlaw.com

Jeffrey C. Wisler
on behalf of Defendant Maryland Casualty Company jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Interested Party Maryland Casualty Company  Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor Continental Casualty Company jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor Zurich Insurance Company and Zurich International (Bermuda) Ltd. jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor Maryland Casualty Company jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Interested Party Maryland Casualty Company jwisler@connollygallagher.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 50 of 77
Total Noticed: 2

Jeffrey P. Wasserman
　　　　on behalf of Interested Party Neurocrete Products  Inc. dkerrick@cskdelaw.com

Jeffrey R. Waxman
　　　　on behalf of Interested Party Official Committee of Unsecured Creditors of Armstrong World Industries  Inc., et al.
　　　　jwaxman@morrisjames.com,
　　　　wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
　　　　on behalf of Creditor Garlock Sealing Technologies  LLC jwaxman@morrisjames.com,
　　　　wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
　　　　on behalf of Creditor Federal Insurance Company jwaxman@morrisjames.com
　　　　wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey S. Mutnick
　　　　on behalf of Interested Party Jeffrey Mutnick lsloggett@mutnicklaw.com

Jeffrey T. Wegner
　　　　on behalf of Interested Party Gelco Corporation d/b/a GE Capital Fleet Services jeffrey.wegner@kutakrock.com
　　　　marybeth.brukner@kutakrock.com

Jena LeBlanc Duncan
　　　　on behalf of Interested Party LeBlanc & Waddell  LLC jduncan@leblancwaddell.com

Jennifer Lee Scoliard
　　　　on behalf of Creditor Unofficial Committee jscoliard@msn.com

Jennifer Lee Scoliard
　　　　on behalf of Interested Party D.K. Acquisition Partners  L.P., Fernwood Associates, L.P. and Deutsche Bank Trust Company
　　　　Americas jscoliard@msn.com

Jennifer Seitz Taylor
　　　　on behalf of Interested Party American Legion  Fargo, ND, Al Foss, et al jtaylor@jshllp-de.com, mrust@jshllp-de.com

Jerel L. Ellington
　　　　on behalf of Creditor United States of America jerry.l.ellington@usdoj.gov  james.bezio@usdoj.gov;stephanie.taylor@usdoj.gov

Jessica Tsao
　　　　on behalf of Creditor Plum Creek Timberlands jtsao@cairncross.com  drees@cairncross.com;ecfbankruptcy@cairncross.com

Jessica Wilkerson
　　　　on behalf of Creditor Montana Department of Enviromental Quality jessica.wilkerson@mt.gov

Jessica Wilkerson
　　　　on behalf of Creditor State of Montana Department of Environmental Quality jessica.wilkerson@mt.gov

Joanne Bianco Wills
　　　　on behalf of Other Prof. Willkie Farr & Gallagher jwills@klehr.com

Joanne Bianco Wills
　　　　on behalf of Other Prof. Klehr Harrison Harvey Branzburg & Ellers LLP jwills@klehr.com

Joanne Bianco Wills
　　　　on behalf of Interested Party D.K. Acquisition Partners  L.P., Fernwood Associates, L.P. and Deutsche Bank Trust Company
　　　　Americas jwills@klehr.com

Joanne Bianco Wills
　　　　on behalf of Creditor Unofficial Committee jwills@klehr.com

Joel L. Perrell Jr.
　　　　on behalf of Interested Party Niro  Inc. jperrell@milesstockbridge.com

Joel L. Perrell Jr.
　　　　on behalf of Creditor Niro  Inc. jperrell@milesstockbridge.com

John C. Phillips, Jr
　　　　on behalf of Financial Advisor Tre Angeli LLC tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr
　　　　on behalf of Other Prof. Swidler Berlin Shereff & Friedman  LLP tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr
　　　　on behalf of Creditor Phillips  Goldman & Spence, P.A. tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr
　　　　on behalf of Other Prof. Roger Frankel tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr
　　　　on behalf of Other Prof. CIBC World Markets Corp. tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Other Prof. Piper Jaffray & Co. tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Financial Advisor Lincoln Partners Advisors LLC tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Consultant Towers Perrin Tillinghast tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Other Prof. Phillips  Goldman & Spence, P.A. tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Other Prof. Towers Watson tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Other Prof. David Austern tlb@pgslaw.com;SAA@pgslaw.com

John C. Phillips, Jr

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP tlb@pgslaw.com;SAA@pgslaw.com

John D. Demmy

on behalf of Creditor Kent Holding  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Interested Party Allianz S.p.A. f/k/a Riunione john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy

on behalf of Creditor Allianz S.p.A.  f/k/a Riunione Adriatica Di Sicurta john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Creditor Riunione Adriatica di Sicurta john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy

on behalf of Creditor First Union Commercial Corporation john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy

on behalf of Interested Party Allianz SE  f/k/a Allianz Aktiengesellschaft john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy

on behalf of Interested Party Fireman's Fund Insurance Company john.demmy@saul.com  robyn.warren@saul.com

John Henry Schanne, II

on behalf of Interested Party Longacre Capital Partners (QP)  L.P. schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John Henry Schanne, II

on behalf of Interested Party Longacre Master Fund  LTD. schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John Henry Schanne, II

on behalf of Interested Party BNSF Railway Company schannej@pepperlaw.com
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John Henry Schanne, II

on behalf of Creditor Longacre Master Fund  Ltd. schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John Henry Schanne, II

on behalf of Creditor CIM Urban REIT 211 Main St. (SF)  LP, as assignee of CIM REIT Acquisition, LLC
schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepper
law.com;hardinp@pepperlaw.com

John I. Kittel

on behalf of Interested Party Asbestos Claimants jkittel@mazur-kittel.com  tfiema@mazur-kittel.com

John J. Winter

on behalf of Creditor PPG Industries jwinter@chartwelllaw.com  amcclinton@chartwelllaw.com

John R. Weaver, Jr.

on behalf of Attorney Cascino Vaughan Law Offices jrweaverlaw@verizon.net
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Interested Party Lipsitz & Ponterio  LLC jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor Citicorp Del-Lease  Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John T. Carroll, III
>           on behalf of Creditor Federal Insurance Company jcarroll@cozen.com
>           jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Jonathan A. Karon
>           on behalf of Interested Party Asbestos Claimants aflanders@pollackandflanders.com

Jonathan David Berger
>           on behalf of Interested Party Asbestos Claimants jdberger@bm.net

Jonathan Holmes Alden
>           on behalf of Interested Party Florida Department of Environmnetal Protection jonathan.alden@dep.state.fl.us
>           Anne.Willis@dep.state.fl.us;DEP.Defense@dep.state.fl.us

Jonathan L. Parshall
>           on behalf of Creditor London Market Insurer jonp@msllaw.com

Jonathan W. Young
>           on behalf of Interested Party Transportation Insurance Company jonathan.young@lockelord.com
>           trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com

Jonathan W. Young
>           on behalf of Interested Party Continental Casualty Company jonathan.young@lockelord.com
>           trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com

Jonathan W. Young
>           on behalf of Interested Party CNA ClaimPlus  Inc. jonathan.young@lockelord.com,
>           trb-sdny-ecf-dkt@edwardswildman.com,kimberly.gerhardt@lockelord.com,ChicagoDocket@lockelord.com

Joseph Grey
>           on behalf of Creditor American Real Estate Holdings  Limited Partnership jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey
>           on behalf of Plaintiff American Real Estate Holdings  Limited Partnership jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph D. Carona, Jr.
>           on behalf of Interested Party Joseph Donald Carona dcarjr@aol.com

Joseph D. Frank
>           on behalf of Interested Party Heard Robins Cloud & Lubel L.L.P. and The Eaves Law Firm jfrank@fgllp.com
>           mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com

Joseph D. Frank
>           on behalf of Attorney Campbell  Cherry, Harrison, Davis & Dove, P.C. jfrank@fgllp.com,
>           mmatlock@fgllp.com;csmith@fgllp.com;csucic@fgllp.com

Joseph K. Koury
>           on behalf of Interested Party Royal Indemnity Company jkk@bgde.com  jmr@bgde.com;jjh@bgde.com

Joseph K. Koury
>           on behalf of Interested Party US Fire Insurance Company jkk@bgde.com  jmr@bgde.com;jjh@bgde.com

Joseph N. Argentina, Jr.
>           on behalf of Interested Party Government Employees Insurance Co. and Columbia Insurance Company f/k/a Republic Insurance
>           Company joseph.argentina@faegredrinker.com  rokeysha.ramos@faegredrinker.com

Joseph N. Argentina, Jr.
>           on behalf of Interested Party Seaton Insurance Company joseph.argentina@faegredrinker.com
>           rokeysha.ramos@faegredrinker.com

Joseph N. Argentina, Jr.
>           on behalf of Interested Party OneBeacon America Insurance Company joseph.argentina@faegredrinker.com
>           rokeysha.ramos@faegredrinker.com

Joseph T. Kremer
>           on behalf of Interested Party Lipsitz  Green, Fahringer Roll, Salisbury & Cambria, LLP jkremer@lglaw.com, eking@lglaw.com

Joseph T. Kremer
>           on behalf of Interested Party Lipsitz Green Scime Cambria LLp jkremer@lglaw.com  eking@lglaw.com

Joseph Walter Lind
>           on behalf of Other Prof. Sierra Asset Management  LLC jlind@sierrafunds.com

Judith Fitzgerald
>           judge_judith_fitzgerald@yahoo.com  jrusnack@tuckerlaw.com

Judith Fitzgerald
>           on behalf of Other Prof. Judith Fitzgerald judge_judith_fitzgerald@yahoo.com  jrusnack@tuckerlaw.com

Judy D. Thompson
>           on behalf of Interested Party PQ CORPORATION jdthompson@poynerspruill.com

Julie A. Ardoin

on behalf of Interested Party The Murray Law Firm dlawless@ardoinlawfirm.com

Julie A. Ardoin

on behalf of Attorney Julie A. Ardoin dlawless@ardoinlawfirm.com

Julie A. Ardoin

on behalf of Interested Party Ancel Abadie et. al. dlawless@ardoinlawfirm.com

Justin K. Edelson

on behalf of Interested Party Honeywell International  Inc. jedelson@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson

on behalf of Creditor Honeywell International  Inc. jedelson@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Karen Marie Kronenberg

on behalf of Interested Party Asbestos Claimants kkronenberg@nixlawfirm.com

Karen Marie Kronenberg

on behalf of Interested Party Nix Patterson & Roach  LLP kkronenberg@nixlawfirm.com

Kathleen Campbell Davis

on behalf of Consultant Legal Analysis Systems  Inc. kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Edward O. Moody  P.A. kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party WRG Asbestos PI Trust kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Contrada & Associates kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Creditor Kaeske Law Firm kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Dies  Dies & Henderson kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Charter Oak Financial Consultants  LLC kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Attorney Anderson  Kill, & Olick, P.C. kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Lipsitz & Ponterio  LLC kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Creditor Committee Caplin & Drysdale  Chartered kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Attorney Campbell & Levine  LLC kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Financial Advisor L. Tersigni Consulting  P.C. kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Creditor Committee Campbell & Levine  LLC kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Attorney Caplin & Drysdale  Chartered kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party Chris Parks & Associates kdavis@camlev.com

Kathleen Campbell Davis

on behalf of Interested Party George R. Covert kdavis@camlev.com

Kathleen M. Miller

on behalf of Creditor Allen Plaintiffs kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Kaneb Pipe Line Operating Partnership  L.P. and Support Terminal Services, Inc. kmiller@skjlaw.com,
llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Elliott International  L.P. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Reaud  Morgan & Quinn, Inc. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Support Terminal Services  Inc kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor ROADWAY EXPRESS  INC. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Edwards Judgment Claimants kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Valeron Strength Films kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor Environmental Litigation Group  P.C. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of 3rd Pty Defendant Reaud  Morgan & Quinn, Inc. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Creditor PricewaterhouseCoopers LLP kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of Debtor Robert H. Locke kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller

on behalf of 3rd Pty Defendant Environmental Litigation Group  P.C. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Foley Hoag LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Plaintiff W. R. GRACE & CO.  ET AL kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Other Prof. Protiviti Inc. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Interested Party Fragomen  Del Rey, Bernsen & Loewy, LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Deloitte Tax LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Financial Advisor Blackstone Advisory Partners L.P. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Debtor W.R. Grace & Co.  et al. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Norton Rose Canada LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Attorney Law office of Roger Higgins kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Baker Donelson Bearman Caldwell & Berkowitz  P.C. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Casner & Edwards LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Attorney Beveridge & Diamond  P.C. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Norton Rose OR LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Steptoe & Johnson LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Interested Party W.R. GRACE & CO.  et al., kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Day Pitney LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Debtor W.R. GRACE & CO. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Attorney Kirkland & Ellis LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Spec. Counsel Woodcock Washburn LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Interested Party Grant Thornton LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Attorney Pachulski Stang Ziehl & Jones  LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Other Prof. BMC Group  Inc. kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Interested Party KayeScholer LLP kmakowski@pszjlaw.com

Kathleen P. Makowski

on behalf of Defendant W.R. Grace & Co.  et al. kmakowski@pszjlaw.com

Kathryn D. Sallie

on behalf of Interested Party Ad Hoc Committee of Equity Security Holders bankserve@bayardlaw.com  ksallie@bayardlaw.com

Kathy Byrne

on behalf of Interested Party Cooney and Conway kbyrne@cooneyconway.com

Kathy Byrne

on behalf of Interested Party Cooney & Conway kbyrne@cooneyconway.com

Kay Diebel Brock

on behalf of Creditor Texas Comptroller Of Public Accounts bkecf@co.travis.tx.us

Kelly M. Conlan

on behalf of Creditor Maryland Casualty Company kconlan@connollygallagher.com

Kelly M. Conlan

on behalf of Creditor Zurich Insurance Company and Zurich International (Bermuda) Ltd. kconlan@connollygallagher.com

Kerri K. Mumford

on behalf of Interested Party Libby Claimants mumford@lrclaw.com
dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford

on behalf of Creditor Carol Gerard; Alfred Pennock  et al.; and Billie Schull, et al. mumford@lrclaw.com,
dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford

on behalf of Interested Party Anchorage Advisors  LLC; Avenue Capital Group; Bass Companies; Caspian Capital Advisors, LLC;
Catalyst Investment Management Co., LLC; Citigroup Special Situations; Intermarket Corp.; JD Capital Manag
mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford

on behalf of Interested Party Bank Debt Holders [(i) Anchorage Advisors  LLC; (ii) Avenue Capital Group; (iii) Bass Companies;
(iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special
mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford

on behalf of Interested Party Administrative Agent [(a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement
dated as of May 14  1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agre
mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford

on behalf of Defendant Carol Gerard  et al. mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kevin J. Mangan

on behalf of Creditor Honeywell International  Inc. kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party State of Montana kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada
kevin.mangan@wbd-us.com  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party General Electric Capital Corporation kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kevin J. Mangan

on behalf of Interested Party City of Cambridge  Massachusetts kevin.mangan@wbd-us.com,

Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Kimberly Ellen Connolly Lawson

on behalf of Creditor Reed Smith LLP klawson@reedsmith.com bankruptcy-2628@ecf.pacerpro.com

Kirk A. Patrick, III

on behalf of Interested Party International Maintenance Company  LLC, et,al kpatrick@dps-law.com,
mjones@dps-law.com;aknight@dps-law.com

Kristi J. Doughty

on behalf of Creditor Toyota Motor Credit Corporation de-ecfmail@mwc-law.com  de-ecfmail@ecf.inforuptcy.com

Kurt F. Gwynne

on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Special Asbestos Products Liability Defense Counsel kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Reed Smith LLP kgwynne@reedsmith.com  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

L. Jason Cornell

on behalf of Creditor Timothy Kane jcornell@foxrothschild.com  slynch@foxrothschild.com

L. Jason Cornell

on behalf of Creditor BMW Constructors  Inc., jcornell@foxrothschild.com, slynch@foxrothschild.com

LINDSEY W. COOPER, JR

on behalf of Creditor United States of America lindsey.w.cooper@usdoj.gov

Laura Davis Jones

on behalf of Debtor W. R. GRACE CAPITAL CORPOR ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GRACE INTERNATIONAL HOLDINGS  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor HANOVER SQUARE CORPORATION ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GRACE A-B II INC. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor HAYDEN-GULCH WEST COAL COM ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor DEL TACO RESTAURANTS  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Other Prof. Pachulski  Stang, Ziehl, & Jones LLP ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Plaintiff W. R. GRACE & CO.  ET AL ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor DEWEY AND ALMY  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor KOOTENAI DEVELOPMENT COMPA ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GN HOLDINGS  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GRACE A-B INC. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GRACE H-G II INC ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor MONOLITH ENTERPRISES  INCO ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor A-1 BIT & TOOL CO.  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Spec. Counsel Nelson Mullins Riley & Scarborough  L.L.P. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Debtor GRACE WASHINGTON  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor W. R. GRACE LAND CORPORATI ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE EUROPE  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor MONROE STREET  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE ENERGY CORPORATION ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor W.R. Grace & Co.  et al. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE ENVIRONMENT  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GUANICA-CARIBE LAND DEVELO ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Spec. Counsel Casner & Edwards LLP ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor SOUTHERN OIL  RESIN & FIBE ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE TARPON INVESTORS  IN ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor ECARG  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor W.R. Grace & Co. -CONN ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor HOMCO INTERNATIONAL  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor AXIAL BASIN RANCH COMPANY ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor WATER STREET CORPORATION ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACOAL II  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor G C MANAGEMENT  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor MRA STAFFING SYSTEMS  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Spec. Counsel Wallace King Marraro & Branson ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE H-G INC. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor G C LIMITED PARTNERS I  IN ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GRACE HOTEL SERVICES CORPO ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor GLOUCESTER NEW COMMUNITIES ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor MRA HOLDINGS CORP. ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor COALGRACE  INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor H-G Coal Company ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Debtor CREATIVE FOOD ' N FUN COMP ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

    on behalf of Plaintiff W.R. Grace & Co. -CONN ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor REMEDIUM GROUP INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE DRILLING COMPANY ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor MRA INTERMEDCO INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor FIVE ALEWIFE BOSTON LTD. ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GPC THOMASVILLE CORP. ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor COALGRACE II INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACOAL INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor W.R. GRACE & CO.-CONN ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE OFFSHORE COMPANY ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE PAR CORPORATION ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor ALEWIFE LAND CORPORATION ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor AMICON INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE CULINARY SYSTEMS IN ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor L B REALTY INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor LITIGATION MANAGEMENT INC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE VENTURES CORP. ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor DAREX PUERTO RICO INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor CC PARTNERS ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor ALEWIFE BOSTON LTD. ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE CHEMICAL COMPANY OF ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor CCHP INC. ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GEC MANAGEMENT CORPORATION ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor GRACE PETROLEUM LIBYA INCO ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Debtor CB BIOMEDICAL ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ljones@pszjlaw.com

Laura Davis Jones
on behalf of Plaintiff W. R. GRACE & CO. et al. ljones@pszjlaw.com

Laura Davis Jones
on behalf of Interested Party W.R. GRACE & CO. et al., ljones@pszjlaw.com

Laura L. McCloud
on behalf of Creditor c/o Tn Attny General Tennessee Department of Labor & Workforce Development- Unemployment

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 59 of 77
Total Noticed: 2

Insurance agbankdelaware@ag.tn.gov

Laura L. McCloud

    on behalf of Creditor Tennessee Department of Revenue agbankdelaware@ag.tn.gov

Lauren Lamendola

    on behalf of Creditor Claims Recovery Group LLC allison@claimsrecoveryllc.com
allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com

Lauren M. Webb

    on behalf of Interested Party SimmonsCooper  LLC lwebb@simmonsfirm.com

Laurie S. Polleck

    on behalf of Creditor The Prudential Insurance Company of North America  PIC Realty Corporation and 745 Property Investments
lauriespolleck@aol.com, polleck@loizides.com

Lee Harrington

    on behalf of Creditor Bank of New York Mellon  in its Capacity As Trustee under Trust Indenture lh@ascendantlawgroup.com

Leslie C. Heilman

    on behalf of Interested Party State of California Department of General Service heilmanl@ballardspahr.com
carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Interested Party State of California Department of General Services heilmanl@ballardspahr.com
carbonej@ballardspahr.com

Linda E. White

    on behalf of Interested Party New York State Department of Environmental Conservation linda.white@oag.state.ny.us

Linda Marie Carmichael

    on behalf of Creditor Central National Insurance Cmpany of Omaha carmichaell@whiteandwilliams.com
debankruptcy@whiteandwilliams.com

Linda Marie Carmichael

    on behalf of Creditor Century Indemnity Company  et al. carmichaell@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com

Linda Marie Carmichael

    on behalf of Interested Party Fireman's Fund Insurance Company carmichaell@whiteandwilliams.com
debankruptcy@whiteandwilliams.com

Linda Marie Carmichael

    on behalf of Creditor Pacific Employers Insurance Company carmichaell@whiteandwilliams.com
debankruptcy@whiteandwilliams.com

Lisa L. Coggins

    on behalf of Consultant Hilsoft Notifications lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Creditor Official Committee of Asbestos Property Damage Claimants lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Consultant Hamilton  Rabinovitz & Alschuler, Inc. lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Attorney Bilzin Sumberg Baena Price & Axelrod LLP lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Consultant LECG  LLC lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Other Prof. W.D. Hilton  Jr. lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Interested Party Miracon Technologies  LLC lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Financial Advisor Conway  Del Genio, Gries & Co., LLC lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Interested Party Dies & Hile  LLP lcoggins@3200law.com

Lisa L. Coggins

    on behalf of Attorney Ferry  Joseph & Pearce, P.A. lcoggins@3200law.com

Lori Gruver Robertson

    on behalf of Interested Party Ben Bolt-Palito-Blanco ISD  et al. austin.bankruptcy@publicans.com

Marc J. Phillips

    on behalf of Creditor Maryland Casualty Company mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips

District/off: 0311-1

Date Rcvd: Dec 16, 2020

User: Brandon

Form ID: pdfgen

Page 60 of 77

Total Noticed: 2

on behalf of Interested Party Maryland Casualty Company  Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips

on behalf of Interested Party Maryland Casualty Company mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips

on behalf of Creditor Zurich Insurance Company and Zurich International (Bermuda) Ltd. mphillips@mmwr.com marc-phillips-8177@ecf.pacerpro.com

Marc Stephen Casarino

on behalf of Creditor Century Indemnity Company  et al. casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Margaret A. Holland

on behalf of Creditor New Jersey Director  Division of Taxation hollamar@law.dol.lps.state.nj.us

Maria R. Granaudo Gesty

on behalf of Interested Party The Burlington Northern and Santa Fe Railway Company mrgranaudo@burnswhite.com pgcarter@burnswhite.com;ljmaguire@burnswhite.com

Maribeth L Minella

on behalf of Interested Party Celotex Asbestos Settlement Trust bankfilings@ycst.com

Mark C. Meyer

on behalf of Interested Party Goldberg  Persky, & White, P.C. mmeyer@gpwlaw.com

Mark M. Billion

on behalf of Debtor W.R. Grace & Co.  et al. markbillion@billionlaw.com

Mark S. Bostick

on behalf of Attorney The Wartnick Law Firm mbostick@wendel.com

Mark T Hurford

on behalf of Attorney Campbell & Levine  LLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Hal Pitkow  Esquire mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Sutter Law Firm mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Bevan & Associates  LPA, Inc. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Brown & Gould  LLP mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Law Firm of Stephen L. Shackelford mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Harvit & Schwartz  L.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Madeksho Law Firm  PLLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Motley Rice LLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Lundy & Davis  LLP mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Shepard Law Firm  PC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Byrd  Gibbs & Martin, PLLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Masters Law Firm mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Bernstein Law Firm  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Hartley & O'Brien  PLLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party WRG Asbestos PI Trust mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Porter & Malouf  P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Attorney Caplin & Drysdale  Chartered cl@camlev.com

Mark T Hurford

on behalf of Financial Advisor L. Tersigni Consulting  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Other Prof. Official Committee of Unsecured Creditors of W.R. Grace & Co.  et al mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Environmental Attorneys Group  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Offices of Paul A. Weykamp mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Booth & McCarthy mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Koonz  McKenney, Johnson, DePaolis & Lightfoot, LLP mhurford@camlev.com

Mark T Hurford

on behalf of Creditor Motley Rice LLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Office of Matthew Bergman mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party N. Calhoun Anderson  Jr., P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Attorney Anderson  Kill, & Olick, P.C. cl@camlev.com

Mark T Hurford

on behalf of Interested Party Michie Hamlett Lowry Rasmussen & Tweel PLLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party G. Patterson Keahey mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Edward O. Moody  P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Ferraro & Associates  P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Offices of Odem & Elliott mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Firm of Paul T. Benton mhurford@camlev.com

Mark T Hurford

on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Hoffman Law Firm mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The David Law Firm  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Cumbest  Cumbest, Hunter & McCormick, P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Bruegger & McCullough  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Asbestos Processing  LLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Cooney & Conway mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Sieben  Polk, LaVerdiere & Dusich, P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Offices of Peter T. Nicholl mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party O'Brien Law Firm  PC mhurford@camlev.com

District/off: 0311-1                           User: Brandon                                Page 62 of 77
Date Rcvd: Dec 16, 2020                    Form ID: pdfgen                             Total Noticed: 2

Mark T Hurford

on behalf of Interested Party Joseph C. Blanks  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Offices of James D. Burns  P.S. mhurford@camlev.com

Mark T Hurford

on behalf of Consultant Legal Analysis Systems  Inc. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Bogdan Law Firm mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Maples & Lomax  P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Lanier Law Firm mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party The Law Offices of Peter T. Enslein mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Peirce  Raimond, & Coulter, P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Attorney Stephen L. Shackelford mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Kazan  McClain, Abrams, Fernandez, Lyons, & Farrise mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Stanley  Mandel & Iola, LLP mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Dies  Dies and Henderson mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Camp Fiorante Matthews mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Scott C. Taylor  P.A. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Laudig George Rutherford & Sipes mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Shinaberry and Meade  L.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Law Offices of Peter G. Angelos  P.C. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Jones  Martin, Parris & Tessener mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Lipsitz  Green, Fahringer Roll, Salisbury & Cambria, LLP mhurford@camlev.com

Mark T Hurford

on behalf of Other Prof. David Austern mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Cooney and Conway mhurford@camlev.com

Mark T Hurford

on behalf of Plaintiff Official Committee of Asbestos Personal Injury Claimants mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Baggett  McCall, Burgess, Watson & Gaughan mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Herschel L. Hobson mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Weitz & Luxenberg mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Scott and Scott  Ltd. mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Charter Oak Financial Consultants  LLC cl@camlev.com

Mark T Hurford

on behalf of Creditor Committee Caplin & Drysdale  Chartered mhurford@camlev.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 63 of 77
Total Noticed: 2

Mark T Hurford

on behalf of Interested Party The Shannon Law Firm  PLLC mhurford@camlev.com

Mark T Hurford

on behalf of Interested Party Schroeter  Goldmark and Bender mhurford@camlev.com

Martha E. Romero

on behalf of Interested Party County of San Diego California romero@dslextreme.com

Martin J. Weis

on behalf of Interested Party Robert Costa mweis@dilworthlaw.com  cchapman-tomlin@dilworthlaw.com

Martin J. Weis

on behalf of Creditor General Electric Railcar Services Corporation mweis@dilworthlaw.com
cchapman-tomlin@dilworthlaw.com

Martin J. Weis

on behalf of Creditor Hampshire Chemical Corp. mweis@dilworthlaw.com  cchapman-tomlin@dilworthlaw.com

Martin J. Weis

on behalf of Interested Party Ronald Thornburg mweis@dilworthlaw.com  cchapman-tomlin@dilworthlaw.com

Mary Caloway

on behalf of Interested Party ZAI Claimants mcaloway@pszjlaw.com

Mary Caloway

on behalf of Creditor Official Committee of Equity Holders mcaloway@pszjlaw.com

Mary E. Augustine

on behalf of Interested Party Main Plaza  LLC maugustine@dkhogan.com

Mary M. MaloneyHuss

on behalf of Creditor General Electric Company debankruptcy@wolfblock.com  hbooker@wolfblock.com

Matthew A. Gold

on behalf of Creditor Argo Partners courts@argopartners.net

Matthew B. Harvey

on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants (Garlock Sealing Technologies)
mharvey@mnat.com
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;matt-ha
rvey-8145@ecf.pacerpro.com

Matthew G. Zaleski III

on behalf of Attorney Caplin & Drysdale  Chartered cl@del.camlev.com

Matthew G. Zaleski III

on behalf of Creditor Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com

Matthew G. Zaleski III

on behalf of Interested Party Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com

Matthew G. Zaleski III

on behalf of Consultant Legal Analysis Systems  Inc. cl@del.camlev.com

Matthew G. Zaleski III

on behalf of Plaintiff Official Committee of Asbestos Personal Injury Claimants cl@del.camlev.com

Matthew Louis Thiel

on behalf of Interested Party Kazan McClain Lyons Greenwood et al mthiel@kazanlaw.com  dmavrogianis@kazanlaw.com

Matthew P. Ward

on behalf of Interested Party State of Montana matthew.ward@wbd-us.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Matthew P. Ward

on behalf of Interested Party Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada
matthew.ward@wbd-us.com  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Matthew Ward Cheney

on behalf of Other Prof. Piper Jaffray & Co. matthew.cheney@usdoj.gov

Matthew Ward Cheney

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP matthew.cheney@usdoj.gov

Matthew Ward Cheney

on behalf of Attorney Matthew W. Cheney matthew.cheney@usdoj.gov

Matthew Ward Cheney

on behalf of Other Prof. David Austern matthew.cheney@usdoj.gov

Maurie J. Shalmone

on behalf of Creditor Longacre Master Fund  Ltd. maurie@longacrellc.com

Maurie J. Shalmone
on behalf of Interested Party Longacre Master Fund  LTD. maurie@longacrellc.com

Megan Preusker
on behalf of Creditor Honeywell International  Inc. mpreusker@mwe.com

Meghan E.B. DeBard
on behalf of Other Prof. Richard B Schiro mdebard@coxsmith.com  aseifert@coxsmith.com;marycruz@coxsmith.com

Melissa M. Olson
on behalf of Interested Party Rocco Finello molson@embryneusner.com

Melissa M. Olson
on behalf of Interested Party John Errichetti molson@embryneusner.com

Melissa M. Olson
on behalf of Interested Party Richard Cooksey molson@embryneusner.com

Melissa M. Olson
on behalf of Interested Party Thomas Tremblay molson@embryneusner.com

Melissa M. Olson
on behalf of Interested Party Fred Van Patten molson@embryneusner.com

Melissa M. Olson
on behalf of Interested Party Candida Bachiocchi molson@embryneusner.com

Meredith A. Mayberry
on behalf of Attorney F. Gerald Maples  P.A. fedcourt@geraldmaples.com

Michael A. Shiner
on behalf of Interested Party Certain London Market Insurance Companies mshiner@tuckerlaw.com  jrusnack@tuckerlaw.com

Michael A. Shiner
on behalf of Interested Party Eileen McCabe mshiner@tuckerlaw.com  jrusnack@tuckerlaw.com

Michael G. Busenkell
on behalf of Defendant Tammy Sue Lang mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Interested Party Travelers Casualty and Surety Company mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Laurie A. Waller mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Russell S. Barnes mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Melba C. Weston mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Shirline E. Almeida mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Phyllis A. Haugen mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Gloria G. Harris mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Plaintiff Barbara Hunt  et al mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor Montana Plaintiffs mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Kenneth B. Neubauer mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Sandra L. Barnes mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Jeremy B. Carr  et al mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Plaintiff Rose Roberts and Other Respondents mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Defendant Johnny G. Jellesed mbusenkell@gsbblaw.com

Michael G. Busenkell
on behalf of Interested Party Tracie Barnes mbusenkell@gsbblaw.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 65 of 77
Total Noticed: 2

Michael G. Busenkell

on behalf of Defendant Joyce I. Lundvall mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Fred O. Bache mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Kerry L. Beasley mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Plaintiff Ralph Hutt mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Jeremy B. Carr  et al (collectively, "Montana Plaintiffs") mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Jeremy B. Carr mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Amanda K. Foss mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Plaintiff Carl Osborn mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Edward D. Stefanatz mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Plaintiff Barbara Hunt mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant William E. DeShazer mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Julie L. Gifford mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Dennis L. Welch mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Plaintiff Sue C. O'Neill mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Lorraine B. Sichting mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant William G. Corbett mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Jack L. Jensen mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Ruby R. Hagner mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party Travelers Indemnity Insurance Co. mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Brenda L. Vinson mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Respondent Rose Roberts and Other Respondents mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Thomas F. Erickson mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Martin H. Krebs mbusenkell@gsbblaw.com

Michael G. Busenkell

on behalf of Defendant Ignacio C. Almeida mbusenkell@gsbblaw.com

Michael J Hanners

on behalf of Interested Party Silber Pearlman  LLP mhanners@baronbudd.com, aharper@baronbudd.com

Michael J Hanners

on behalf of Attorney Baron & Budd  P.C. mhanners@baronbudd.com, aharper@baronbudd.com

Michael Joseph Custer

on behalf of Other Prof. Lukins & Annis  P.S. custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 66 of 77
Total Noticed: 2

Michael R. Lastowski

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Interested Party Duane Morris LLP mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Financial Advisor FTI Policano & Manzo mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Interested Party Capstone Advisory Group  LLC mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Other Prof. Official Committee of Unsecured Creditors of W.R. Grace & Co.  et al mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Interested Party Stroock & Stroock & Lavan LLP mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Attorney Duane Morris LLP mlastowski@duanemorris.com

Michael R. Lastowski

on behalf of Interested Party W.R. GRACE & CO.  et al., mlastowski@duanemorris.com

Michael R. Sew Hoy

on behalf of Attorney United States of America michael.r.sew.hoy@usdoj.gov

Michael R. Sew Hoy

on behalf of Creditor United States of America michael.r.sew.hoy@usdoj.gov

Michael S. Davis

on behalf of Interested Party National Union Fire Insurance Co. mdavis@zeklaw.com
jvanroy@zeklaw.com;rguttmann@zeklaw.com

Michael S. Davis

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA mdavis@zeklaw.com,
jvanroy@zeklaw.com;rguttmann@zeklaw.com

Michael S. Giannotto

on behalf of Plaintiff Continental Casualty Company mgiannotto@goodwinlaw.com

Michael S. Giannotto

on behalf of Plaintiff Transportation Insurance Company mgiannotto@goodwinlaw.com

Michael Seth Etkin

on behalf of Defendant Keri Evans metkin@lowenstein.com

Michael Seth Etkin

on behalf of Creditor ERISA Plaintiffs metkin@lowenstein.com

Michael W. Yurkewicz

on behalf of Interested Party Twin City Fire Insurance Company myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Interested Party New England Reinsurance Corporation myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Interested Party Hartford Accident and Indemnity Company  et al. myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Interested Party First State Insurance Company myurkewicz@klehr.com

Michael W. Yurkewicz

on behalf of Interested Party City of Philadelphia myurkewicz@klehr.com

Natalie D. Ramsey

on behalf of Interested Party Certain Law Firms NRamsey@rc.com
natalie-ramsey-1502@ecf.pacerpro.com;idensmore@rc.com;aciabattoni@rc.com;swilkins@rc.com

Natalie F. Duncan

on behalf of Attorney LeBlanc & Waddell  LLP nduncan@baronbudd.com

Natalie F. Duncan

on behalf of Attorney Baron & Budd  P.C. nduncan@baronbudd.com

Neal J. Levitsky

on behalf of Creditor Timothy Kane nlevitsky@foxrothschild.com  barbaramiller@foxrothschild.com

Neal J. Levitsky

on behalf of Interested Party Travelers Casualty and Surety Company nlevitsky@foxrothschild.com

barbaramiller@foxrothschild.com

Neal J. Levitsky

on behalf of Creditor BMW Constructors  Inc., nlevitsky@foxrothschild.com, barbaramiller@foxrothschild.com

Nicholas J. LePore, III

on behalf of Attorney Louis S. Robles nlepore@schnader.com

Noel C. Burnham

on behalf of Interested Party MMWR Firms nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Interested Party Early Ludwig Sweeney & Strauss  LLC nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney Paul  Hanley & Harley, LLP nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Witness MMWR Cancer Firms nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney HAROWITZ & TIGERMAN  LLP nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney KAZAN  McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC
nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Interested Party Wise & Julian  P.C. nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney HANLEY & HARLEY  LLP nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Interested Party EARLY LUDWICK & SWEENEY LLC nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Witness Peter Kraus nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Creditor ASBESTOS CLAIMANTS REPRESENTED BY WATERS & KRAUS LLP
nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney Kazan  McLain, Abrams, Lyons, Farrise & Greenwood, PLC nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney WATERS & KRAUS  LLP nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Creditor Grace Certain Cancer Claimants nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Creditor Novak Landfill RD/RA Group (other than W.R. Grace) nburnham@burnhamlawassociates.com

Noel C. Burnham

on behalf of Attorney The Wartnick Law Firm nburnham@burnhamlawassociates.com

Oscar Baldwin Fears, III

on behalf of Interested Party Georgia Department of Revenue bfears@law.ga.gov  02bf@law.ga.gov

Patricia P. McGonigle

on behalf of Interested Party Certain Asbestos Personal Injury Claimants pmcgonigle@svglaw.com  dclack@svglaw.com

Patrick J. Reilley

on behalf of Interested Party Mian Realty  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Paul D. Henderson

on behalf of Interested Party Dies  Dies & Henderson bking@paulhendersonlaw.com

Paul D. Henderson

on behalf of Interested Party Dies  Dies and Henderson bkhendersonlaw@aol.com

Paul D. Henderson

on behalf of Interested Party Paul D Henderson bking@paulhendersonlaw.com

Paul L. Sadler

on behalf of Interested Party W.R. GRACE & CO. ag@sadlertx.com

Paul L. Sadler

on behalf of Interested Party Asbestos Claimants ag@sadlertx.com

Paul L. Sadler
on behalf of Attorney Wellborn Houston  L.L.P. ag@sadlertx.com

Paul W. Turner
on behalf of Debtor W.R. Grace & Co.  et al. pturner@carlilelawfirm.com

Peter B. McGlynn
on behalf of Creditor Spaulding & Slye Construction LP pmcglynn@bg-llp.com

Peter C. Hughes
on behalf of Creditor Angus Chemical Company phughes@dilworthlaw.com
mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

Peter C. Hughes
on behalf of Creditor Union Carbide Corporation phughes@dilworthlaw.com
mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

Peter C. Hughes
on behalf of Creditor Hampshire Chemical Corp. phughes@dilworthlaw.com
mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

Peter C. Hughes
on behalf of Creditor Dow Chemical Company phughes@dilworthlaw.com
mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

Peter J. Gurfein
on behalf of Creditor CIM Urban REIT 211 Main St. (SF) LP, as assignee of CIM REIT Acquisition, LLC
pgurfein@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

Peter M. Acton, Jr.
on behalf of Creditor Town of Acton  Massachusetts pacton@nutter.com, kjose@mwe.com

R. Craig Martin
on behalf of Interested Party Morgan Stanley Senior Funding  Inc. craig.martin@dlapiper.com,
carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com

R. Stephen McNeill
on behalf of Interested Party Norfolk Southern Railway bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;nrainey@potteranderson.com

Rachel B. Mersky
on behalf of Interested Party Samson Hydrocarbons rmersky@monlaw.com

Rachel B. Mersky
on behalf of Interested Party Dillingham-Manson Joint Venture rmersky@monlaw.com

Rachel B. Mersky
on behalf of Creditor Union Tank Car Company rmersky@monlaw.com

Rachel Jeanne Lehr
on behalf of Defendant BRADLEY M. CAMPBELL  COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, in his official capacity rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com

Rachel Jeanne Lehr
on behalf of Creditor State of New Jersey Department of Environmental Protection rachel.lehr@law.dol.lps.state.nj.us
rjlehr@aol.com

Renee Doris Veney
on behalf of Creditor Oldcastle APG Northeast  Inc. d/b/a Foster-Southeastern bankruptcyemail@elzufon.com

Rhonda L. Thomas
on behalf of Creditor Official Committee of Equity Holders rlthomas@klettrooney.com  rlthomas@klettrooney.com

Ricardo Palacio, Esq
on behalf of Interested Party Ashby & Geddes  P.A. rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Ricardo Palacio, Esq
on behalf of Interested Party National Union Fire Insurance Co. rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Ricardo Palacio, Esq
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA
rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Ricardo Palacio, Esq
on behalf of Creditor AIU Holdings Ltd. rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Ricardo Palacio, Esq
on behalf of 3rd Party Plaintiff National Union Fire Insurance Company of Pittsburgh  PA
rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

Ricardo Palacio, Esq
on behalf of Interested Party The AIG Insurers rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

District/off: 0311-1
Date Rcvd: Dec 16, 2020

User: Brandon
Form ID: pdfgen

Page 69 of 77
Total Noticed: 2

Richard Levy, Jr.
on behalf of Interested Party Asbestos Property Damage Claimants represented by Dies & Hile  LLP rlevy@pryorcashman.com

Richard Allen Keuler, Jr.
on behalf of Interested Party W.R. GRACE & CO.  et al., rkeuler@reedsmith.com

Richard Allen Keuler, Jr.
on behalf of Creditor Reed Smith LLP rkeuler@reedsmith.com

Richard Allen Keuler, Jr.
on behalf of Creditor Special Asbestos Products Liability Defense Counsel rkeuler@reedsmith.com

Richard C. Finke
on behalf of Interested Party Richard Finke richard.finke@grace.com  jean.porochonski@grace.com;adie.hammond@grace.com

Richard Charles Weinblatt
on behalf of Interested Party Neurocrete Products  Inc. weinblatt@swdelaw.com

Richard F. Rescho
on behalf of Interested Party W.R. GRACE & CO.  et al., rrescho2001@yahoo.com

Richard F. Rescho
on behalf of Interested Party Asbestos Claimants rrescho2001@yahoo.com

Richard F. Rescho
on behalf of Interested Party Asbestos Claimants Represented by the Law Office of Christopher E. Grell rrescho2001@yahoo.com

Richard G. Placey
on behalf of Attorney KAZAN  McCLAIN, ABRAMS, LYONS, FARRISE & GREENWOOD PLC rplacey@mmwr.com, plorenz@mmwr.com;jstapleton@mmwr.com

Richard H. Cross, Jr.
on behalf of Interested Party DII Industries  LLC Asbestos PI Trust rcross@crosslaw.com

Richard L. Schepacarter
on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Richard W. Riley
on behalf of Interested Party Duane Morris LLP rriley@wtplaw.com  clano@wtplaw.com

Richard W. Riley
on behalf of Creditor Official Committee of Unsecured Creditors rriley@wtplaw.com  clano@wtplaw.com

Richard W. Riley
on behalf of Other Prof. Official Committee of Unsecured Creditors of W.R. Grace & Co.  et al rriley@wtplaw.com, clano@wtplaw.com

Richard W. Riley
on behalf of Interested Party Capstone Advisory Group  LLC rriley@wtplaw.com, clano@wtplaw.com

Richard W. Riley
on behalf of Financial Advisor Capstone Corporate Recovery  LLC rriley@wtplaw.com, clano@wtplaw.com

Richard W. Riley
on behalf of Creditor Committee Official Committee of Unsecured Creditors rwriley@duanemorris.com  clano@wtplaw.com

Rick S. Miller
on behalf of Creditor Official Committee of Asbestos Property Damage Claimants rmiller@ferryjoseph.com mstucky@ferryjoseph.com

Rick S. Miller
on behalf of Other Prof. W.D. Hilton  Jr. rmiller@ferryjoseph.com, mstucky@ferryjoseph.com

Rick S. Miller
on behalf of Plaintiff Official Committee of Asbestos Property Damage Claimants rmiller@ferryjoseph.com mstucky@ferryjoseph.com

Robert Gold
on behalf of Creditor Portia Partners  LLC rginvestgrp@aol.com

Robert Jacobs
on behalf of Interested Party David G. Slaughter Bob@jcdelaw.com  Sarah@jcdelaw.com

Robert Jacobs
on behalf of Attorney Jacobs & Crumplar  P.A. Bob@jcdelaw.com, Sarah@jcdelaw.com

Robert J. Dehney
on behalf of Interested Party Citadel Equity Fund Ltd. rdehney@mnat.com glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com

Robert J. Dehney

on behalf of Interested Party W.R. GRACE & CO.  et al., rdehney@mnat.com,
glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;robert-
dehney-4464@ecf.pacerpro.com

Robert J. Stearn, Jr.

stearn@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Robert L. Eisenbach, III

on behalf of Interested Party Oracle USA fka Siebel Systems  Inc. reisenbach@cooley.com, efiling-notice@ecf.pacerpro.com

Robert W. Mallard

on behalf of Creditor National Casualty Company mallard.robert@dorsey.com

Robert W. Mallard

on behalf of Creditor Employers Insurance of Wausau mallard.robert@dorsey.com

Robert Woods Phillips

on behalf of Interested Party SimmonsCooper  LLC rphillips@simmonscooper.com

Robert Woods Phillips

on behalf of Respondent SimmonsCooper LLC Claimants rphillips@simmonscooper.com

Roger Heath

on behalf of Interested Party Numerous Asbestos Creditors swert@fostersear.com

Roger J. Higgins

on behalf of Defendant W.R. Grace & Co.  et al. rhiggins@rogerhigginslaw.com, cirmis@kirkland.com;jmonahan@kirkland.com

Rosalie L. Spelman

on behalf of Interested Party W.R. GRACE & CO.  et al., bankruptcy@potteranderson.com

Roxie Huffman Viator

on behalf of Interested Party Claimants bustersharem@msn.com

Roxie Huffman Viator

on behalf of Interested Party Claimant's bustersharem@msn.com

Russell L. Cook

on behalf of Interested Party Asbestos Claimants sburns@fhl-law.com

Russell W. Savory

on behalf of Creditor Belz Enterprises russ@bsavory.com

Rust Consulting/Omni Bankruptcy

bosborne@omnimgt.com

Scott Andrew Shail

on behalf of Interested Party Hartford Accident and Indemnity Company  et al. sashail@hhlaw.com

Scott D. Cousins

on behalf of Interested Party Transportation Insurance Company scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Interested Party Continental Casualty Company scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Plaintiff Transportation Insurance Company scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Interested Party ExxonMobile scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Creditor Continental Casualty Company scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Plaintiff Continental Casualty Company scott.cousins@cousins-law.com

Scott D. Cousins

on behalf of Interested Party Continental Casualty Insurance Co. and Transportation Insurance Co.
scott.cousins@cousins-law.com

Scott D. Fink

on behalf of Creditor Toyota Motor Credit Corporation bronationalecf@weltman.com

Scott J. Freedman

on behalf of Creditor Dow Chemical Company Sfreedman@dilworthlaw.com

Scott O. Nelson

on behalf of Interested Party Maples & Lomax  P.A. mlscott@cableone.net, dberkley@cableone.net

Scott R. Bickford

on behalf of Interested Party Asbestos Plaintiffs (Claimants) usbc@mbfirm.com

Scott William Wert

on behalf of Interested Party McCurdy & McCurdy  L.L.P swert@fostersear.com,
dclement@fostersear.com;tguckert@fostersear.com

Scott William Wert

on behalf of Interested Party Foster & Sear L.L.P. swert@fostersear.com  dclement@fostersear.com;tguckert@fostersear.com

Scotta Edelen McFarland

on behalf of Debtor W.R. Grace & Co. -CONN smcfarland@pszyj.com  efile1@pszyj.com

Scotta Edelen McFarland

on behalf of Plaintiff W. R. GRACE & CO.  ET AL smcfarland@pszyj.com, efile1@pszyj.com

Sergio I. Scuteri

on behalf of Creditor Citicorp Del-Lease  Inc. sscuteri@capehart.com

Seth A. Niederman

on behalf of Interested Party Travelers Casualty and Surety Company sniederman@foxrothschild.com
sslater@foxrothschild.com;msteen@foxrothschild.com;r59257@notify.bestcase.com

Sharon M Zieg

on behalf of Interested Party James J. McMonagle bankfilings@ycst.com

Sharon M Zieg

on behalf of Interested Party Lawrence Fitzpatrick bankfilings@ycst.com

Sheldon K. Rennie

on behalf of Other Prof. Yessenia Rodriguez & Carlos Nieves srennie@foxrothschild.com
srennie@foxrothschild.com;dkemp@foxrothschild.com

Shelley A. Kinsella

on behalf of Creditor Federal Insurance Company sak@elliottgreenleaf.com  mxm@elliottgreenleaf.com

Sheryl L. Moreau

on behalf of Creditor Missouri Department Of Revenue deecf@dor.mo.gov

Sophie E. Macon

on behalf of Interested Party Continental Casualty Company smacon@bayardlaw.com  kmccloskey@bayardlaw.com

Sophie E. Macon

on behalf of Interested Party Transportation Insurance Company smacon@bayardlaw.com  kmccloskey@bayardlaw.com

Stephanie Ann Fox

on behalf of Creditor Carol Gerard; Alfred Pennock  et al.; and Billie Schull, et al. sfox@klehr.com, mruddy@klehr.com

Stephen D. Barham

on behalf of Interested Party Lawson Electric Co.  Inc sBarham@cbslawfirm.com,
tgibbons@cbslawfirm.com;smeadows@cbslawfirm.com;gfairbanks@cbslawfirm.com

Stephen G. Murphy

on behalf of Creditor Massachusetts Department of Revenue murphys@dor.state.ma.us

Steven G. Weiler

on behalf of Financial Advisor Conway  Del Genio, Gries & Co., LLC stevenweiler@comcast.net

Steven K. Kortanek

on behalf of Creditor Carol Gerard; Alfred Pennock  et al.; and Billie Schull, et al. steven.kortanek@limnexus.com

Steven K. Kortanek

on behalf of Interested Party Carol Gerard steven.kortanek@limnexus.com

Steven K. Kortanek

on behalf of Creditor Carol Gerard steven.kortanek@limnexus.com

Steven T. Davis

on behalf of Interested Party Unofficial Committee of Select Asbestos Claimants delbkr@obermayer.com

Steven T. Davis

on behalf of Creditor Sempra Energy  Inc. delbkr@obermayer.com

Steven T. Davis

on behalf of Creditor Enova Corporation delbkr@obermayer.com

Steven T. Davis

on behalf of Creditor San Diego Gas & Electric Company delbkr@obermayer.com

Steven T. Davis

on behalf of Creditor Sempra Energy delbkr@obermayer.com

Steven T. Davis

on behalf of Interested Party Obermayer Rebmann Maxwell & Hippel LLP delbkr@obermayer.com

Stuart B. Drowos

on behalf of Creditor Delaware Division of Revenue stuart.drowos@state.de.us

Stuart B. Drowos

on behalf of Interested Party W.R. GRACE & CO.  et al., stuart.drowos@state.de.us

Stuart M. Brown

on behalf of Interested Party Merrill Lynch Investment Solutions - York Event-Driven UCITS Fund stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Jorvik Multi-Strategy Master Fund  L.P. stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party York Managed Holdings  LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party York Credit Opportunities Fund  L.P. stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party York Credit Opportunities Master Fund  L.P. stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Morgan Stanley Senior Funding  Inc. stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party York Multi-Strategy Master Fund  L.P. stuart.brown@dlapiper.com,
stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party York Capital Management L.P. stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Susan E. Kaufman

on behalf of Interested Party George & Sipes Personal Injury Claimants skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Hartley & O'Brien  PLLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor Motley Rice LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Claimants Represented by Odom & Elliott  P.A.'s skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Personal Injury Climants Represented by the Shannon Law Firm  PLLC
skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Luckey & Mullins  LLC's Personal Injury Claimants skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Asbestos Claimants Represented by the Law Office of Christopher E. Grell
skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Motley Rice LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Goldberg  Persky, & White, P.C. skaufman@skaufmanlaw.com

Susan R. Sherrill-Beard

on behalf of Interested Party U.S. Securities and Exchange Commission sherrill-beards@sec.gov
atlreorg@sec.gov;baddleyd@sec.gov

Teresa K.D. Currier

on behalf of Attorney Official Committee of Equity Security Holders tcurrier@saul.com  tbuck@saul.com

Teresa K.D. Currier

on behalf of Other Prof. Official Committee of Equity Security Holders tcurrier@saul.com  tbuck@saul.com

Teresa K.D. Currier

on behalf of Creditor Official Committee of Equity Holders tcurrier@saul.com  tbuck@saul.com

Thaddeus Adkins

on behalf of Interested Party State of Montana Thad.Adkins@mt.gov

Thaddeus Adkins

on behalf of Creditor State of Montana Department of Environmental Quality Thad.Adkins@mt.gov

Theodore J. Tacconelli

on behalf of Respondent Anderson Memorial Hospital ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Creditor Anderson Memorial Hospital on behalf of its certified class members in South Carolina
ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Creditor Anderson Memorial Hospital  SC ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Creditor Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action
ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Creditor Official Committee of Asbestos Property Damage Claimants ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Plaintiff Official Committee of Asbestos Property Damage Claimants ttacconelli@ferryjoseph.com

Theodore J. Tacconelli

on behalf of Attorney Ferry  Joseph & Pearce, P.A. ttacconelli@ferryjoseph.com

Thomas Alexander Spratt, Jr.

on behalf of Interested Party BNSF Railway Corporation sprattt@pepperlaw.com

Thomas Alexander Spratt, Jr.

on behalf of Interested Party BNSF Railway Company sprattt@pepperlaw.com

Thomas Alexander Spratt, Jr.

on behalf of Creditor BNSF Railway Company sprattt@pepperlaw.com

Thomas Carl Crumplar

on behalf of Attorney Jacobs & Crumplar  P.A. tom@jcdelaw.com, lynn@jcdelaw.com

Thomas Charles Martin

on behalf of Creditor Timothy Kane tmartin@foxrothschild.com

Thomas D. Walsh

on behalf of Interested Party James and Julie Holland twalsh@sha-llc.com

Thomas D. Walsh

on behalf of Creditor Wachovia Bank National Association twalsh@sha-llc.com

Thomas G. Macauley

on behalf of Creditor Certain Underwriters at Lloyds  London and Certain London Market Companies bankr@zuckerman.com

Thomas G. Whalen Jr.

on behalf of Interested Party Fireman's Fund Insurance Company tgw@stevenslee.com

Thomas G. Whalen Jr.

on behalf of Plaintiff American Real Estate Holdings  Limited Partnership tgw@stevenslee.com

Thomas G. Whalen Jr.

on behalf of Creditor HanMar Associates  M.L.P. tgw@stevenslee.com

Thomas H. Kovach

on behalf of Creditor Certain Trust Advisory Committees kovach@saccullolegal.com

Thomas H. Kovach

on behalf of Appellant The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory
Committee kovach@saccullolegal.com

Thomas H. Kovach

on behalf of Creditor The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee
kovach@saccullolegal.com

Thomas Michael Wilson

on behalf of Interested Party Kelley & Ferraro  LLP twilson@kelley-ferraro.com

Thomas V. Askounis

on behalf of Attorney Askounis & Borst  P.C. taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com

Tiffany Strelow Cobb

on behalf of Plaintiff The Scotts Company tscobb@vorys.com  mdwalkuski@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor The Scotts Company LLC  Successor by Merger to The Scotts Company, and Certain of Its Affiliates
tscobb@vorys.com, mdwalkuski@vorys.com

Timothy James Kern

on behalf of Creditor State of Ohio  Ohio Environmental Protection Agency timothy.kern@ohioattorneygeneral.gov

Timothy P Dowling
on behalf of Interested Party Corpus Christi Gasket & Fasterner  Inc. tpdowling@gthm.com

Timothy P. Cairns
on behalf of Attorney Kirkland & Ellis LLP tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Interested Party W.R. GRACE & CO.  et al., tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Plaintiff W. R. GRACE & CO.  ET AL tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Debtor W.R. Grace & Co.  et al. tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Appellant W.R. Grace & Co.  et al. tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Debtor WR Grace & Co. et al. tcairns@pszjlaw.com

Timothy P. Cairns
on behalf of Spec. Counsel Foley Hoag LLP tcairns@pszjlaw.com

Tobey M. Daluz
on behalf of Interested Party Summit Ventures  LLC daluzt@ballardspahr.com, ambroses@ballardspahr.com

Todd C. Meyers
on behalf of Creditor Wachovia Bank National Association tmeyers@kilpatricktownsend.com
sagreen@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com;kmoynihan@kilpatricktownsend.com

Todd Charles Schiltz, Esq
on behalf of Creditor General Electric Company todd.schiltz@dbr.com
cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com

Todd Charles Schiltz, Esq
on behalf of Interested Party OneBeacon America Insurance Company todd.schiltz@dbr.com
cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com

Tom L. Lewis
on behalf of Interested Party Arnold Lehnert stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Barbara Sue Nelson stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Eugene Alfred Braley stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Duane Edward Lindsay stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Celia Jane Kvapil stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Michael Calvin Noble stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Roy McMillian stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Vernon McCully stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Jack Dean Judkins stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Douglas Kelley stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party John Howard Riewoldt stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party John D. Clemons stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Pete O. Nelson stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Sandra Carol McAllister stacie@lhs.psemail.com

Tom L. Lewis
on behalf of Interested Party Rodney Elletson stacie@lhs.psemail.com

District/off: 0311-1                          User: Brandon                          Page 75 of 77
Date Rcvd: Dec 16, 2020                       Form ID: pdfgen                        Total Noticed: 2

Tom L. Lewis

on behalf of Interested Party Mary Geer stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Daniel Arthur Bundrock stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party James Davidson stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Michael Charles Wagner stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Lawrence Douglas Kelly stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party John Francis Wagner stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Danny James Freebury stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Timothy Lee Brown stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Dice Victoria Serna stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Melvin George Parker stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Robert James Welch stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Charlene M. Garrison stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Eddy J. Cole stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Dean Bradford Leckrone stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Rodney Erickson stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Alice Diane Anderson stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Heidi Maria Drake stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Sally A. Hansen stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Barbara A. Spencer stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Geraldine M. Fletcher stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Keith Hedahl stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Montana Silver & Gold  Inc. stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Donald Munsel stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Joseph Kelly stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Dennis Albert Welch stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Evelyn Marie Carr stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Geraldine Nelson stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party David Joseph Christiansen stacie@lhs.psemail.com

District/off: 0311-1                    User: Brandon                          Page 76 of 77
Date Rcvd: Dec 16, 2020                 Form ID: pdfgen                        Total Noticed: 2

Tom L. Lewis

on behalf of Interested Party George James Bauer stacie@lhs.psemail.com

Tom L. Lewis

on behalf of Interested Party Howard King Orr stacie@lhs.psemail.com

Tracy A. Burleigh

on behalf of Interested Party Intrawest Corporation taburleigh@mdwcg.com  dapanebianco@mdwcg.com

Tracy A. Burleigh

on behalf of Interested Party First Ascent Development Corporation taburleigh@mdwcg.com  dapanebianco@mdwcg.com

Tracy A. Burleigh

on behalf of Interested Party Intrawest Retail Groups  Inc. taburleigh@mdwcg.com, dapanebianco@mdwcg.com

Tracy A. Burleigh

on behalf of Interested Party Intrawest California Holdings  Inc. taburleigh@mdwcg.com, dapanebianco@mdwcg.com

Tracy A. Burleigh

on behalf of Interested Party 22 Station Development Corporation taburleigh@mdwcg.com  dapanebianco@mdwcg.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Virginia Whitehill Guldi

on behalf of Interested Party Lloyd's Underwriters vguldi@zuckerman.com  cmeyer@zuckerman.com

Ward W. Benson

on behalf of Creditor United States of America on Behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

William A. Frazell

on behalf of Interested Party Texas Comprtoller of Public Accounts bk-bfrazell@texasattorneygeneral.gov sherri.simpson@texasattorneygeneral.gov

William D. Sullivan

on behalf of Debtor Jane Zajac wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney William D. Sullivan  LLC wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Oldcastle APG Northeast  Inc. d/b/a Foster-Southeastern wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney Barnwell Whaley Patterson & Helms  L.L.C. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney Buchanan Ingersoll PC wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney Sullivan Hazeltine Allinson LLC wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Marco Barbanti wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney Elzufon Austin Reardon Tarlov & Mondell  P.A. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor John and Margery Prebil wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Other Prof. Edward B. Cottingham  Jr. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Interested Party ZAI Claimants wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Other Prof. Lukins & Annis  P.S. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Hearthside Residential Corp. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor TYCO HEALTHCARE GROUP LP wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Zonolite Attic Insulation Class Plaintiffs wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Attorney Richardson Patrick Westbrook & Brickman  LLC wdsecfnotices@sha-llc.com

User: Brandon
Date Rcvd: Dec 16, 2020                    Form ID: pdfgen                    Total Noticed: 2

William D. Sullivan
           on behalf of Attorney Nossaman  Guthner, Knox & Elliott, LLP wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Attorney Richardson  Patrick, Westbrook & Brickman, LLC wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Attorney Goldenberg  Miller, Heller & Antognoli, P.C. wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Creditor Ralph Busch wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Creditor Paul Price wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Creditor Solow Development Corporation  et al wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Attorney Buchanan Ingersoll  P.C. wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Attorney The Scott Law Group wdsecfnotices@sha-llc.com

William D. Sullivan
           on behalf of Attorney Zamler  Mellen wdsecfnotices@sha-llc.com

William F. Taylor
           on behalf of Creditor G-I Holdings Inc.  Successor-In-Interest to GAF Corporation bankdel@comcast.net,
           bankruptcydel@mccarter.com

William M. Graham
           on behalf of Attorney Wallace & Graham  P.A. bgraham@wallacegraham.com

William M. Kelleher
           on behalf of Interested Party Berry & Berry wkelleher@gfmlaw.com

William Pierce Bowden
           on behalf of Creditor Macerich Fresno Limited Partnership wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden
           on behalf of Interested Party Ashby & Geddes  P.A. wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden
           on behalf of Interested Party Zeichner Ellman & Krause  LLP wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden
           on behalf of Interested Party Macerich Freson Limited Partners wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Roberts Wilson, Jr.
           on behalf of Interested Party Asbestos Plaintiffs (Claimants) gingerlynch@lawyersouth.com

TOTAL: 2024