# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. [1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) **Re: Docket Nos. 33154 and 33163** |

## AMENDED SCHEDULING ORDER

The Court having conducted a telephonic status conference on December 15, 2020, and cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS, AND NOTICE IS HEREBY GIVEN THAT:**

1. On or before **December 30, 2020 at 4:00 p.m. (EST)**, Gary S. Smolker ("Mr. Smolker") shall file with the Court a response, to the *Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively* (the "Motion for Summary Judgment"). Mr. Smolker shall only be required to serve a copy of his response via U.S. Mail or email on counsel for W. R. Grace & Co., (a) by U.S. Mail: The Law Offices of Roger Higgins LLC, Attn: Roger J. Higgins, Esq., 516 North Ogden Ave., Suite 136, Chicago, IL 60642 or by email: rhiggins@rogerhigginslaw.com and (b) by U.S. Mail: Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill, Esq., 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or by email: joneill@pszjlaw.com.

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

2.	On or before **January 20, 2021 at 4:00 p.m**. **(EST)**, the above-captioned reorganized debtor ("Reorganized Debtor") may file a reply to any response to the Motion for Summary Judgment.

3.	A telephonic hearing on the Motion for Summary Judgment shall take place on **February 1, 2021 at 12:00 p.m**. **(EST)** before The Honorable Ashely M. Chan, United States Bankruptcy Judge.   To participate in this hearing, please call the toll-free number:  **1-877-873-8017** and use the passcode **3027681#.**

4.	Upon entry hereof, the Reorganized Debtor shall serve a copy of this Order in accordance with the requirements of Rule 2002 of the Federal Rules of Bankruptcy Procedure.

5.	The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:  December 22 , 2020

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge