222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

**MARLA R. ESKIN** • meskin@camlev.com

## CAMPBELL & LEVINE, LLC
Attorneys at Law

January 5, 2021

The Honorable Ashley M. Chan
United States Bankruptcy Judge
824 Market Street North, 3rd Floor
Wilmington, DE 19801

Re:   In re: W.R. Grace & Co., et al., Reorganized Debtors
      Chapter 11 - Case No. 01-1139 (AMC)
      <u>Letter Motion filed by Autry Earl Barney at Docket No. 33170</u>

Dear Judge Chan:

    This firm represents the WRG Asbestos PI Trust (the "Trust"). We are in receipt of the letter motion (the "Letter") filed by Mr. Autry Earl Barney on December 3, 2020 at docket number 33170. Attached to the Letter is a copy of the WRG Asbestos PI Trust Proof of Claim Form (the "Claim Form"). We are also in receipt of the "Notice of Telephonic Status Hearing on January 8, 2021, at 10:00 A.M. Before the Honorable Ashley M. Chan" (the "Hearing"), which was filed at docket number 33171.

    We are writing to confirm that Mr. Barney has submitted a claim with the Trust. The claim was timely reviewed pursuant to the WRG Asbestos PI Trust Distribution Procedures. On December 9, 2020, based upon that initial review, a letter was sent to Mr. Barney advising that certain sections of the Claim Form were not completed. Later, on December 31, 2020, this firm sent a follow up letter to Mr. Barney, advising of additional deficiencies.

    The undersigned plans to participate in the Hearing and will be available to address any questions from Your Honor.

Respectfully submitted,

*/s/ Marla R. Eskin*

Marla R. Eskin

MRE/mth

cc: Mr. Autry Earl Barney (Via Federal Express)

{C1142134.1 }