## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARINGS ON JANUARY 8, 2021, AT 10:00 A.M. AND 12:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN

**W. R. Grace & Co. - Case No. 01-1139**
**January 8, 2021 at 10:00 a.m. and 12:00 p.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

### STATUS HEARING AT 10:00 A.M.:

1. Letter Motion of Autry Earl Barney [Filed: 12/3/20] (Docket No. 33170).

   Response Deadline:  None.

   Responses Received:

   a. Letter Response of the WRG Asbestos PI Trust to Letter of Autry Earl Barney [Filed: 1/5/21] (Docket No. 33179).

   Related Documents:

   a. Notice of Telephonic Status Hearing on January 8, 2021, at 10:00 a.m. Before the Honorable Ashely M. Chan [Filed: 12/3/20] (Docket No. 33171).

   Status:  The status hearing will go forward on this matter on January 8, 2021, at 10:00 a.m.

### STATUS HEARING AT 12:00 P.M.:

2. Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20]

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

2

(Docket No. 33154).

Response Deadline:  August 17, 2020, at 4:00 p.m. *(further extended to December 30, 2020, at 4:00 p.m.)*

Responses Received:

a. Gary S. Smolker's Objections and Response to W. R. Grace & Co.'s Motion for Summary Judgement [Filed: 8/18/20] (Docket No. 33157).

b. Gary S. Smolker's ("Smolker's") Declaration in Opposition to Reorganized Debtor W. R. Grace & Co.'s ("Grace's") Motion for Summary Judgment Pursuant to Rule 56 of Federal Rules of Civil Procedure [Filed: 1/4/21] (Docket No. 33177).

   (i) Exhibits Regarding Gary S. Smolker's ("Smolker's") Declaration in Opposition to Reorganized Debtor W. R. Grace & Co.'s ("Grace's") Motion for Summary Judgment Pursuant to Rule 56 of Federal Rules of Civil Procedure [Filed: 1/4/21] (Docket No. 33178).

Reply Deadline:  January 20, 2021, at 4:00 p.m.

Related Documents:

a. [Proposed] Order Disallowing Claim No. 392 and 4070, Filed By Home Saving Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20] (Docket No. 33154, Exhibit A).

b. [Signed] Scheduling Order [Filed: 10/2/20] (Docket No. 33163).

c. [Signed] Amended Scheduling Order [Filed: 12/22/20] (Docket No. 33175).


*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u>  The status hearing will go forward on this matter on January 8, 2021, at 12:00 p.m.

| | |
|---|---|
| Dated:  January 6, 2021 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Phone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Phone: (302) 652-4100<br>Fax: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |