IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139-AMC |
| | : | (Jointly Administered) |
| W.R. Grace & Co., et al., | : | |
| | : | Chapter 11 |
| | : | |
| Reorganized Debtor | : | |

**ORDER**

AND NOW, this 20th day of January, 2021, upon consideration of Gary S. Smolker's motion for leave to file additional pleadings and exhibits ("Motion") brought pursuant to Federal Rules of Civil Procedure 56(d), 6(b)(1)(B), (c)(1), and (c)(2) filed on Friday, January 15, 2021, it is **HEREBY ORDERED** that:

1. in the interest of efficiency, the hearing on the Motion originally scheduled for March 4, 2021 shall be rescheduled for February 1, 2021 at 12:00 p.m.

2. The Court will initially adjudicate the Motion at the hearing on February 1, 2021 and, if the Motion is denied, the Court will then consider W.R. Grace's Motion for Summary Judgment ("Summary Judgment Motion"). Accordingly, Mr. Smolker and W.R. Grace should be prepared to present their cases on both the Motion and the Summary Judgment Motion on February 1, 2021.

3. Given that the Motion will now be heard on an expedited basis, W.R. Grace may, but is not required to, file and serve an objection to the Motion before the February 1, 2021 hearing on the Motion.

_____
Ashely M. Chan
United States Bankruptcy Judge