## Exhibit A-3

**Confirmation of Filing**



# ACE | MESSENGER AND ATTORNEY SERVICE, INC

DELIVERING PEACE OF MIND

www.acelegal.com

**TRACKING #** 1407328

 MEMBER   MEMBER

| LOS ANGELES | SAN FRANCISCO | SANTA ANA | RIVERSIDE | SAN DIEGO | SACRAMENTO |
|---|---|---|---|---|---|
| 811 WILSHIRE BLVD. | 149 9TH STREET | 414 WEST 4TH STREET | 3631 10TH STREET | 110 WEST C STREET | 901 F STREET |
| SUITE 900 | SUITE 204 | SUITE O | SUITE 214 | SUITE 805 | SUITE 150 |
| LOS ANGELES, CA 90017 | SAN FRANCISCO, CA 94103 | SANTA ANA, CA 92701 | RIVERSIDE, CA 92501 | SAN DIEGO, CA 92101 | SACRAMENTO, CA 95814 |
| TEL: (213) 623-3979 | TEL: (415) 556-1000 | TEL: (714) 543-4220 | TEL: (951) 786-9984 | TEL: (619) 235-8400 | TEL: (916) 447-4000 |
| FAX: (213) 623-7527 | FAX: (415) 556-8000 | FAX: (714) 543-4223 | FAX: (951) 786-9986 | FAX: (619) 235-8401 | FAX: (916) 447-8000 |
| dtla@acelegal.com | sf@acelegal.com | oc@acelegal.com | riv@acelegal.com | sd@acelegal.com | sacto@acelegal.com |

| COURT SERVICES | Provide one extra copy to conform. | |
|---|---|---|
| **FIRM and CASE INFORMATION** | FIRM:<br>#10006<br>BORTON PETRINI LLP<br>626 WILSHIRE BLVD., SUITE 975<br>LOS ANGELES, CA 90017<br>(213) 624-2869<br><br>ATTY/SECTY: Elva ___ EXT. 1504<br>YOUR FILE NO.: 003418/045809 | DATE: 12/30/16<br>COURT: LASC-Central<br>CASE NO.: BC 173952<br>CASE NAME: TIG Insurance Co. v. Smolker<br>DOCUMENTS:<br>DEC RJH SUPPORTING MOTION TO DISMISS;<br>GRACE DAVISON'S SUPPLEMENTAL BRIEFING<br>TO MOTION TO DISMISS |
| **CRITICAL DATES** | LAST DAY TO FILE 12/30/16<br>EXPEDITE & RETURN BY<br>HEARING SET FOR 1/17/17 ___ AT 8:30am ___ DEPT/DIV. 15 | |
| **FEES** | FEE $ ___ ☐ ATTACHED  ☐ ADVANCE<br>DEFENDANT/RESPONDENT APPEARANCE FEE PAID? ✔ YES ___ NO ___ DATE PAID: ___ | |
| **SERVICE REQUESTED** | ☐ EXCLUSIVE  ☑ SAME DAY  ☐ NEXT DAY  ☐ DAILY RUN  ☐ FILING<br>☑ FILE & CONFORM  ☐ COURTESY COPY  ☐ SASE ATTACHED  ☐ RESEARCH | |
| **SPECIAL INSTRUCTIONS** | Please file today and return confd. copies on daily run. | |

## FOR ACE USE ONLY

| STATUS REPORT | | |
|---|---|---|
| **Please always return original receipts.** | BASE CHARGE | |
| | RESEARCH | |
| | RETURN | |
| | WAITING TIME | |
| | ADVANCE FEES | |
| | CHECK CHARGE | |
| | FACSIMILE | |
| | **TOTAL** | |

ACE (1) ___ ACE (2) ___ ACE CHECK # ___ AMOUNT $ ___

Rosemarie S. Lewis, Esq. SBN: 158891
Jeffrey Z. Liu, Esq. SBN: 276849
BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
Los Angeles, California 90017
Tel: (213) 624-2869
Fax: (213) 489-3930
mtrostler@bortonpetrini.com

Attorneys for Cross-Defendants
W.R. GRACE & COMPANY and Grace Davison

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 3 0 2016

Sherri R. Carter, Executive Officer/Clerk
By Raul Sanchez, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TIG INSURANCE COMPANY,<br>A California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. BC173952<br><br>*Transferred to the Honorable Judge Richard Fruin*<br>*Department 15*<br><br>**DECLARATION OF ROGER J. HIGGINS IN SUPPORT OF W.R. GRACE COMPANY AND GRACE DAVISON'S MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360.** |
| GARY SMOLKER,<br><br>        Cross-Complainant,<br><br>v<br><br>HOME SAVINGS TERMITE CONTROL, INC., et al,,<br><br>        Cross-Defendants | Date:  January 17, 2017<br>Time:  8:30 a.m.<br>Place: Department 15<br>Reservation No.: 161115174315<br><br>*No Trial Date Set* |

h:\003418\045
809\pleadings
re mtn to
dismiss\suppl
ntl briefing

1

Declaration of Roger J. Higgins

1 | Rosemarie S. Lewis, Esq. SBN: 158891
Jeffrey Z. Liu, Esq. SBN: 276849
2 | BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
3 | Los Angeles, California 90017
Tel: (213) 624-2869
4 | Fax: (213) 489-3930
mtrostler@bortonpetrini.com

5 | Attorneys for Cross-Defendants
6 | W.R. GRACE & COMPANY and Grace Davison

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 30 2016

~~~~~~Clerk

Sherri R. Carter, Executive Of~~
By Raul Sanchez, Dep~~

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TIG INSURANCE COMPANY,<br>A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY SMOLKER, an individual, and ALICE SMOLKER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. BC173952<br><br>*Transferred to the Honorable Judge Richard Fruin*<br>*Department 15*<br><br>**W.R. GRACE & COMPANY AND GRACE DAVISON'S SUPPLEMENTAL BRIEFING TO MOTION TO DISMISS FOR FAILURE TO BRING ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360; DECLARATION OF ROGER J. HIGGINS, ESQ. IN SUPPORT THEREOF; DECLARATION OF JEFFREY Z. LIU, ESQ. AND ROGER HIGGINS, ESQ. IN SUPPORT THEREOF; REQUEST FOR MONETARY SANCTIONS IN THE AMOUNT OF $4896.00 AGAINST GARY SMOLKER AND/OR THE LAW OFFICES OF GARY S. SMOLKER** |
| GARY SMOLKER,<br><br>Cross-Complainant,<br><br>v<br><br>HOME SAVINGS TERMITE CONTROL, INC., et al,,<br><br>Cross-Defendants | **RESERVATION NO.: 161115174315**<br><br><br><br>Date: January 17, 2017<br>Time: 8:30 A.M.<br>Place: Department 15 |

h:\003418\045
809\pleadings
re mtn to
dismiss\supple
mental briefing

1

W.R. GRACE & COMPANY'S SUPPLEMENTAL BRIEFING TO MOTION TO DISMISS FOR FAILURE TO BRING
ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL JUDICIAL DISTRICT

RECD
DEC 3 0 2016
FILING WINDOW

| | |
|---|---|
| TIG INSURANCE COMPANY,<br>A California corporation,<br><br>                    Plaintiff,<br>v.<br><br>GARY SMOLKER, an individual, and ALICE<br>SMOLKER, an individual; and DOES 1-10,<br>inclusive,<br><br>                    Defendants.<br>GARY SMOLKER,<br><br>                    Cross-Complainant,<br>v<br><br>HOME SAVINGS TERMITE CONTROL, INC., et<br>al,,<br><br>                    Cross-Defendants | Case No. BC173952<br>*Transferred to the Honorable Judge Richard Fruin*<br>*Department 15*<br><br>**[PROPOSED] ORDER MOTION TO<br>DISMISS FOR FAILURE TO BRING<br>ACTION TO TRIAL WITHIN FIVE YEARS<br>AS REQUIRED BY CODE OF CIVIL<br>PROCEDURE §583.310, §583.360**<br><br>**RESERVATION NO.: 161115174315**<br><br><br><br><br>Date: , 2016<br>Time: 8:30 A.M.<br>Place: Department 15 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

           PLEASE TAKE NOTICE that the Motion to Dismiss for Failure to Bring Action to Trial

Within Five Years filed on behalf of W.R. GRACE & CO. and Grace Davidson came on regularly for

hearing on December 20, 2016 at 8:30 a.m. in Department 15 of the above-entitled Court, the Honorable

Richard Fruin, judge presiding.  Briefs were submitted and oral argument ensued.

W.R. GRACE & COMPANY'S SUPPLEMENTAL BRIEFING TO MOTION TO DISMISS FOR FAILURE TO BRING
ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360

1    FOR GOOD CAUSE APPEARING the COURT grants W.R. GRACE & CO. and Grace

2  Davidson's motion to dismiss and dismisses this case with prejudice.

3    IT IS FURTHER ORDERED upon review of W.R. GRACE & CO. and Grace

4  Davidson's supplemental briefing that sanctions against GARY SMOLKER in the amount of

5  $ _____ are awarded to W.R. GRACE & CO. and Grace Davidson to be paid within seven (7)

6  days of this order.

7    IT IS SO ORDERED.

8

9  DATED: _____

10                                   _____
                                     Richard Fruin
11                                   JUDGE OF THE SUPERIOR COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W.R. GRACE & COMPANY'S SUPPLEMENTAL BRIEFING TO MOTION TO DISMISS FOR FAILURE TO BRING
ACTION TO TRIAL WITHIN FIVE YEARS AS REQUIRED BY CODE OF CIVIL PROCEDURE §583.310, §583.360