## Exhibit A

**January 8, 2021 Hearing Transcript**

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   EASTERN PENNSYLVANIA

3   Case No. 01-01139

4   - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   W.R. GRACE & CO., et al.,

8

9        Debtors.

10  - - - - - - - - - - - - - - - - - x

11

12                      United States Bankruptcy Court

13                      Robert N.C. Nix Sr. Federal Courthouse

14                      900 Market Street

15                      Philadelphia, PA 19107

16

17                      January 8, 2021

18                      11:46 AM

19

20

21  B E F O R E :

22  HON ASHELY M. CHAN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO - JOAN RANIERI

1    HEARING re Request for Extension

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1  A P P E A R A N C E S :

2

3  PACHULSKI STANG ZIEHL & JONES LLP

4       Attorney for W.R. Grace & Co.

5       919 North Market Street, 17th Floor

6       Wilmington, DE 1980

7

8  BY:  JAMES E. O'NEILL, ESQ. (TELEPHONICALLY)

9

10  THE LAW OFFICES OF ROGER HIGGINS LLC

11       Attorney for W.R. Grace & Co.

12       516 N Ogden Avenue, Suite 136

13       Chicago, IL 60642

14

15  BY:  ROGER J. HIGGINS, ESQ. (TELEPHONICALLY)

16

17  ALSO APPEARING TELEPHONICALLY:

18  VIKTORIYA SHPIGELMAN

19  GARY S. SMOLKER, pro se

20

21

22

23

24

25

1      P R O C E E D I N G S

2           THE COURT:  Good afternoon.  This is Judge Chan's

3      12:00 list for January 8th.  The only matter is W.R. Grace &

4      Co.  It's a telephonic conference regarding Mr. Smolker's

5      request for extension.  Could counsel and parties make their

6      appearances, please?

7           MR. O'NEILL:  Yes, Your Honor, sorry.  This is

8      James O'Neill for W.R. Grace.  I'm from the firm of

9      Pachulski, Stang Ziehl & Jones.  And joining me on the

10     telephone today is my co-counsel in this matter, Roger

11     Higgins, and also we have our client, Viktoriya Shpigelman

12     from Grace.

13          MR. SMOLKER:  Hi. I'm Gary Smolker, the claimant.

14          THE COURT:  Mr. Smolker, you filed your response

15     to the summary judgment motion.  I see that there are -- it

16     looked like there were two filings: one was on January 4th,

17     2021, it's 767 pages; that was the declaration and

18     opposition to the summary judgment motion.  There's also an

19     entry on the same day, January 4th, it's 19 pages, that

20     contains some exhibits, additional exhibits to your

21     opposition.

22          I see that, you know, technically, these filings

23     were after the December 30th date that we had discussed the

24     last time when we were together.  And I understand from -- I

25     guess I've seen, you know, that you did try to serve that

1   and file that in a timely fashion, and I'm not sure if it

2   was just the length of the pages or whatever, but, you know,

3   it didn't get filed until the 4th.

4           MR. SMOLKER:  Actually, I have a statement from

5   Federal Express saying it was served with the Court on

6   December 30th at 11:18.  Actually, what happened is when

7   it's given to the Court, it's not filed; they take time to

8   file it.  I actually have somebody from Federal Express

9   saying it was served with the Court on December 30th.

10          THE COURT:  I've had trouble sending and receiving

11  packages during the holiday season, and I hear it was

12  unprecedented, so I'll take your word on it unless anyone

13  else wanted to chime in, but that, you know, you did try to

14  do that on time.

15          But the reason why we're here today is because

16  you're requesting additional time?  I was just wanting to

17  understand what it is that you wanted to file and why you

18  think you need more time for this.

19          MR. SMOLKER:  Thank you very much.  Could you

20  repeat what you said you received because our connection is

21  not entirely clear.  Apparently, (sound glitch) there's a

22  delay and there's an echo (sound glitch).  I heard you say

23  you have 762 pages.  That's all I heard.

24          ESR CLERK:  Excuse me, Judge.  Before --

25          THE COURT:  Would it be for Mr. Smolker to hang up

1   and call back in?

2           ESR CLERK:  Do we have -- it's on speakerphone.

3           MR. SMOLKER:  I'm not on speakerphone.

4           ESR CLERK:  Okay.

5           MR. SMOLKER:  I can call right back.  I was on

6   speakerphone to begin with and then I picked up direct.

7   Should I hang up and I'll call (sound glitch) without

8   speakerphone?

9           ESR CLERK:  No.  Usually, you get an echo when you

10  have it on speakerphone; that's why I asked the question.

11          MR. SMOLKER:  Yeah.  Well, I'm off the

12  speakerphone, so why don't I just hang up and not go on

13  speakerphone.  Would that be okay?

14          ESR CLERK:  Judge?

15          CLERK:  Is that okay, Judge?

16          THE COURT:  Wait, I'm echoing too.  It's the line.

17          ESR CLERK:  I think everybody's echoing.

18          THE COURT:  Mr. Smolker, why don't you call back

19  in, okay?

20          MR. SMOLKER:  I'll call right back.  Thank you.

21          CLERK:  Judge, I'm also echoing, so I'm going to

22  go out and come back in too.

23          MR. O'NEILL:  This is James O'Neill.  I'm still

24  here.  Do you hear (crosstalk).

25          ESR CLERK:  Yes, I see you're still here.  Ms.

1    Shpigelman is still here.  I'm not echoing any longer, so

2    I'm not sure.

3            MR. O'NEILL:  Okay.

4            ESR CLERK:  I am echoing a little bit.

5            MS. SHPIGELMAN:  This is Viktoriya Shpigelman.  If

6    I need to dial back in, just let me know, but I'm not

7    hearing any echoes right now.

8            ESR CLERK:  And I won't be speaking.  All right,

9    Mr. Higgins is back in.

10           MR. SMOLKER:  Hi.  Gary Smolker back again.

11           ESR CLERK:  Mr. Smolker, you're better.

12           MR. SMOLKER:  I heard you clearly without an echo.

13           ESR CLERK:  We're still waiting for the judge to

14    dial back in, and the gentleman in the courtroom got

15    deleted, dialed back in.

16           MR. SMOLKER:  There's just a slight echo.  It's

17    much less.

18           ESR CLERK:  Yeah.  Well, I don't hear you echoing

19    at all and I won't be speaking, so we don't have to worry

20    about my echoing.  Guest with the last four digits 4869.

21           CLERK:  Yeah, that's me.  I came in the long way.

22    And the Judge can't get back on.

23           MR. SMOLKER:  Anyway, who is the man I'm speaking

24    to?

25           ESR CLERK:  Mr. Smolker, this is Judge Chan's ESR

1    clerk.

2              MR. SMOLKER:  Hi.  I don't know what ESR clerk

3    means, but welcome to the conversation.

4              ESR CLERK:  I'm always there.  I host the call.

5              CLERK:  Yeah.  She's hit the exit, so it won't

6    work.  I told her to use the hyphen.

7              MR. SMOLKER:  So are you guys having a pandemic

8    where you are?

9              CLERK:  Yeah.

10             MR. SMOLKER:  We're just totally wiped out here in

11   Los Angeles.

12             ESR CLERK:  Now what happened?  Joan dropped off

13   the call.  All right, I'm not sure why we're having issues

14   with this call.  I'm going to stop the recording.

15             (Break)

16             CLERK:  So does anyone else have a problem using

17   the 302768# access code?

18             MR. SMOLKER:  Gary Smolker does.  I still have an

19   echo.

20             (Crosstalk)

21             CLERK:  You were still able to use the code.

22             MR. SMOLKER:  Yes.

23             THE COURT:  Get through this hearing as quickly as

24   possible given that we've having these technical issues.

25             So, Mr. Smolker, I was saying before that I saw

1    your two filings that were logged on January 4th.  You had a

2    700-plus page filing, and then you had an additional filing

3    that had some more exhibits to it, so I've seen all of that.

4    I wanted to know what else you may need to file and why you

5    need more time.

6              MR. SMOLKER:  Thank you very much, and I have

7    something else to bring up if I may.  But anyway, to answer

8    your question directly, I made a miscalculation on how much

9    time it would take me to gather all the exhibits I wanted to

10   refer to and to prepare my papers.  And it turned out to be

11   impractical and impossible to get everything together and to

12   send it to the Court on December 29th, which I did by

13   Federal Express, priority overnight mail, and Federal

14   Express reported back to me that it was filed with the Court

15   on December 30th at 11:18.

16             And I spoke to Mr. Higgins -- I got email

17   communications from Mr. Higgins, who I sent by Federal

18   Express overnight also, that he received the entire package

19   on December 30th.  And I assume Mr. O'Neill received it also

20   because my communications were to both of them, and although

21   it was from Mr. Higgins, it was with a copy to Mr. O'Neill.

22   So I don't know why Higgins and O'Neill got what they were

23   supposed to get on December 30th, and I have something from

24   Federal Express that said it was delivered, and I don't see

25   how it's possible that the Court didn't get it on December

1    30th also.

2          Mr. Higgins explained to me that it took a time

3    for the Court to upload what it had received and that that's

4    why there was a delay in filling it on the docket.

5          THE COURT:  Mr. Smolker, I would like to move on

6    because there are technical issues, to the substance of the

7    hearing today.  I would like you to address what additional

8    documents you think you need to file in this case and why

9    you needed the additional time.

10          So I hear you said that you had a lot of exhibits

11   that you didn't realize you were going to have to collect,

12   but what else did you want to file in this matter in

13   opposition to summary judgment; what other documents?

14          MR. SMOLKER:  Hello, this is Gary Smolker

15   speaking.  I have to prepare my memorandum in place with

16   authorities.  My statement of facts with reference to where

17   it's found in the record, my objection to Grace's statement

18   of facts, which I say are not supported by the evidence, and

19   my description of what really happened because Grace's

20   presentation gives a misleading picture of what has gone on

21   and so forth.

22          And when I asked Grace for an extension, that

23   generated, according to my scale, 1.2 pounds of

24   correspondence.  And I told Grace if they didn't want to

25   give me an extension, I would file a motion for permission

1  to file additional documents in opposition to the summary

2  judgment motion.  And I proposed that I have a hearing on

3  that at 1:30 p.m. or 2:00 p.m. Eastern time because there's

4  already a hearing scheduled for that to begin on the summary

5  judgment motion, and that I will file my motion requesting

6  more time on Friday, February 15th before 4:00 p.m., and I

7  will outline all the reasons why I need more time and I will

8  also attach what I want permission to file.  And that will

9  give --

10       THE COURT:  If you'll recall at the last hearing

11  we had in this matter --

12       MR. SMOLKER:  Your Honor, I'm sorry.  I was muted

13  and I couldn't hear whatever you said.

14       THE COURT:  Can you hear me?

15       ESR CLERK:  Judge, you're in and out.

16       THE COURT:  Joan, what if I called you, could we

17  join in on the same line, because I need Mr. Smolker to hear

18  me.

19       ESR CLERK:  Judge, let me see if I can up your

20  volume and see if that works.  Okay, try speaking now.

21       THE COURT:  Can you hear me now?  This is Judge

22  Chan.

23       MR. SMOLKER:  I can, thank you.

24       THE COURT:  Sir, you may recall at the last

25  hearing that we had in this matter, I told you in no

1   uncertain terms that I needed you to file all of your

2   documents in opposition to summary judgment no later than

3   December 30th.  And I told you that I needed you to do that

4   by that date because the summary judgment motion had been

5   filed months before, and I needed to balance your need for

6   additional time with the plaintiff's right to have a hearing

7   and get a disposition on their summary judgment motion.

8            And I note for the record that it's now been four

9   plus months since you've been in possession of the summary

10  judgment motion, and at this point, I can no longer give you

11  additional time.  And the fact that you can't even outline

12  for me today exactly what you're going to be saying, you

13  know, what you need to file in terms of your supplemental

14  briefing and the reasons for it, the fact that you can't

15  tell me that today and are proposing to file a motion in

16  February is, unfortunately, unacceptable to me.

17           I needed you to file all of your documents by then

18  and, frankly, I still don't understand why you would need to

19  file anything else since you've already filed 700-plus pages

20  of documents in this proceeding.

21           MR. SMOLKER:  Well, first -- excuse me for

22  talking.  I'll wait until you're done.  Thank you.

23           THE COURT:  Go ahead.

24           MR. SMOLKER:  I can't hear you.

25           THE COURT:  Mr. Smolker, and tell me your response

1    to that.

2            MR. SMOLKER:  First of all, the time that I have

3    had this was because Grace didn't give me enough time to

4    respond and it took time for them to have a hearing before

5    you because they couldn't agree with me on how much time I

6    would have before you gave me more time to respond.

7            So it's not a question of how long, at least I

8    don't think it's a question of how long I've had their

9    paper.  I think it's a question of how they have done things

10   so that I didn't have enough time, and that they have not

11   told the whole story.  And I thought I just told you what I

12   would respond, so I'll repeat it and I'll give more detail.

13           I would file a memorandum of points and

14   authorities, which would walk you through the law.  And by

15   the way, in the documents that I sent you are copies of the

16   California code sections -- the California Code of Civil

17   Procedure, the California Food & Agricultural Code, the

18   California Rules of Court -- in my points and authorities

19   and my declaration.

20           I would walk you through all those code sections

21   and show you how the motion to dismiss for five years should

22   never have been granted.  It's clear as a matter of law that

23   it's a completely wrong decision because I could show you.

24           I would also -- and I did show you, my request for

25   rehearing of the Court of Appeal, and they refused to

```
 1    address clear errors.  For example, the Court of Appeal in

 2    its decision said that I complained that I didn't get the

 3    notice I was supposed to get for their summary judgment

 4    motion.  And I pointed out that I had given the Superior

 5    Court a document which was their proof of service, which

 6    showed that something they were supposed to send me by fax,

 7    which was -- and this is just memory -- 235 pages, maybe it

 8    was even more -- they only sent me 15 pages, so I didn't

 9    even have the pages I was supposed to have by the time I was

10    supposed to get it, and then the trial judge ignored that.

11            And the Court of Appeal opinion said that I had

12    complained about that and there was nothing in the record to

13    support it.  But I had given the Court of Appeal the

14    documents to support it, which was the proof of service, of

15    Grace of what it filed, and the Court of Appeal decision

16    said that they -- that means Grace -- had made a motion to

17    dismiss based on three years; whereas, you have the motion,

18    and you have what Grace said in its thing, the motion that

19    is made was five years.

20            And there are different code sections that have to

21    do with tolling and how orders work, and the bottom line was

22    that the five years never happened.  And there's a Rule of

23    Court that says that when there is a stay order, that the

24    stay order is in effect until it is taken out of effect, and

25    the Superior Court Judge had put a stay order on the Grace
```

1    proceeding -- this is by memory -- on February 2nd, 2001.  I

2    attached a copy of that stay order in those 700-plus pages,

3    and I attached the California Rule of Court that says that

4    stay order stays in effect until the Judge undoes it, and

5    the Judge never undid it.

6            And this was made very clear to the Court of

7    Appeal, which you'll see both in -- well, in my request for

8    rehearing.  And the Court of Appeal said that equitably it

9    was my duty to tell the Court that the Bankruptcy Court had

10   released their stay; whereas, it wasn't my duty, and I'll

11   show you that in the law, but Grace said, and Grace had told

12   the Superior Court that the Bankruptcy Court had released

13   the stay.

14           So it was just a façade to say that the Superior

15   Court didn't have notice or that I was supposed to give it

16   notice, and the opinion made up this equitable doctrine that

17   that occur in the law that it's my duty to tell the Superior

18   Court that the Bankruptcy Court stay has been released, and

19   therefore, I should be punished and it should be dismissed.

20           And I wrote in my rehearing motion that this had

21   not been briefed by any party, and there's a rule or a code

22   in California, which should be in all those documents I gave

23   you and it is in my petition for rehearing, which is in

24   those 700 documents, that says if the Court brings up

25   something that hasn't been briefed by any of the parties,

1    then the Court has to have a hearing on that.  And in my

2    petition for review, I pointed out that no party had brought

3    that up, that this is just something the Court brought up on

4    its own, and I wanted to have a hearing and a briefing on

5    it, which the Court didn't give me.

6           Also, of importance and overshadowing this is two

7    things.  Grace does mention that I did bring a motion for

8    sanctions of over a million dollars against Grace's

9    attorneys, which I presented in those 700 documents, and

10   Grace did not object.  Well, I have, under my declaration,

11   the fraudulent things Grace and its attorneys did both in

12   the Bankruptcy Court and in the Superior Court to obtain

13   what they obtained.  And since Grace didn't object, they

14   had, under California law and I have federal law here, which

15   I'm not that familiar with, I'm still looking at -- that's

16   an admission.  If you don't deny an accusation, that's an

17   admission.

18          So as far as I'm concerned, Grace and its

19   attorneys have already agreed that they defrauded the

20   Bankruptcy Court and that's before we even get to this

21   motion.  And I have a different motion already set for

22   sanctions -- I think it's under 11(b) -- for how they've

23   misled this Court in all the papers that they're filing.

24          But, to me, besides the integrity of the court

25   system, the public health is of paramount importance, and

Page 17

1   there is overwhelming evidence that this Syloid 244 is a

2   public health menace and it should be allowed to be used the

3   way Grace used it.  And there's a Superior Court summary

4   judgment motion that Grace brought trying to get summary

5   judgment and the trial judge said, how could I possibly give

6   you summary judgment when your own shipping document says do

7   not let unprotected exposure to this happen, it's dangerous.

8          And so, in addition to Grace admitting that you

9   shouldn't have unprotected exposure to this stuff and the

10  way it's applied by termite control guarantees unprotected

11  exposure, that should be known to the public either as that

12  was something that was claimed in the lawsuit or that is

13  something we never had a trial on.

14          And if you read the Superior Court decision, it

15  does not mention Syloid 244 or the fact that it's dangerous

16  or the fact that three different government agencies issued

17  violation notices on the basis that it was illegal to use.

18  It's not in the Superior Court decision.  It's not in the

19  Court of Appeal decision that this has been determined by

20  government officials in California in charge of pesticide

21  regulation to be dangerous and it was illegal to sell this,

22  and they were -- they meaning termite control, the

23  applicator -- was cited for it, and it's not in Grace's

24  motion for summary judgment.

25          Whatever you decide in Grace's motion for summary

1    judgment, there should be a statement that claimant claims

2    that this is a dangerous substance that's ultra-high

3    hazardous to use, and that there's not been a decision on

4    the merits of this.  This entire thing has been a rush job

5    when there's an incredibly complex story of how much effort

6    has been gone through to squash this information.

7            And so, I want you to clearly understand that

8    Grace has hidden from you and the public that they illegally

9    manufactured, they illegally sold a toxic substance, and

10   that injuries are claims who have occurred as a result of

11   that.

12           In terms of Grace's right to due process and, you

13   know, having things resolved, I would just note for you an

14   order that you've --

15           THE COURT:  Can you hear me?

16           ESR CLERK:  I can hear you, Judge.

17           THE COURT:  Okay.

18           ESR CLERK:  I can hear you now.

19           THE COURT:  Mr. Smolker, it sounds to me like from

20   what you're saying that you have several grievances, not

21   just with W.R. Grace, but, you know, with various courts

22   that you've had some interaction in.  To the extent that you

23   are dissatisfied with any of the actions taken by other

24   courts, unfortunately, there's nothing I can do about that.

25           And I would also point out that the summary

1    judgment motion was filed on August 3rd, 2020.  And while I

2    know there was some delay in you receiving that motion, you

3    did ultimately receive it.  I entered an order on October

4    2nd, 2020 setting forth a scheduling deadline, and you had

5    agreed at that time to file your response by December 16th.

6    You made a request after that time on the eve of that filing

7    deadline to further extend your time to respond to summary

8    judgment, which I granted with the clear condition that

9    there would be no more time given to you, that at some

10   point, we just had to pick a deadline.

11        And you've now had the motion for over five

12   months, which is plenty of time to get all of your materials

13   together and your memorandum, and I warned you at the last

14   hearing in December that December 30th was the last day that

15   I felt comfortable extending your response deadline to.

16        So, unfortunately, given my warning, given the two

17   hearings we've had on this matter where I clearly told you

18   that in balancing the due process rights of you against W.R.

19   Grace, that, you know, I gave you, you know, generous

20   extensions of time to, you know, put together your

21   responses.  And, unfortunately, you have not taken advantage

22   of that time and you have not -- those were the only --

23   those were the deadlines that I felt comfortable giving you.

24        And at this point, there is nothing more that I

25   can do for you.  You will have to just rest on the pleadings

1    that filed in front of this Court.  I don't know what else

2    to tell you, sir, but I clearly explained to you at both of

3    the hearings and certainly at the last hearing, that you

4    were not going to get anymore extensions of time.

5              So, unfortunately, the Court is denying your

6    request for additional time, and I would direct W.R. Grace

7    to file whatever response it believes is appropriate to Mr.

8    Smolker's 700-page plus response and the other exhibits he's

9    filed, and we are going to have a hearing on this in

10   February.  I believe that the hearing is currently scheduled

11   for -- isn't it February 1st, Joan, at 12:00 p.m.; is that

12   correct?

13             CLERK:  Yes, it is.

14             THE COURT:  Okay.  So I expect all parties to call

15   in at that time, and I will have the hearing.  Jamie, did

16   you need additional time to file your response to Mr.

17   Smolker's response?

18             MR. O'NEILL:  So, hi, this is, yes, James O'Neill.

19   So my colleague and co-counsel, Mr. Higgins, is on the

20   phone, and he is going to be doing the primary drafting for

21   this matter, so I just might ask him whether our schedule is

22   okay.

23             THE COURT:  Okay.

24             MR. O'NEILL:  I believe that we were supposed to

25   file our response by the -- our reply by the 20th of this

Page 21

1    month.

2              THE COURT:  Okay.

3              MR. O'NEILL:  So I'll just ask Mr. Higgins to give

4    us an update.

5              MR. HIGGINS:  Your Honor, Roger Higgins for W.R.

6    Grace.  Insofar as the reply goes, we should be able to get

7    something on file by the 20th of January.

8              I am sorry to bring up at this juncture, there is

9    another complicating factor.  Mr. Smolker, on December 28th

10   of last month, December 28th, 2020, served a request for

11   production of documents on Grace with a return date of

12   January 27th, and his various correspondences with us

13   indicated that he intended to use these documents at the

14   February 1st hearing.

15             We plan to file an appropriate pleading prior to

16   the January 27th return date objecting to this request for

17   production because it violates Rule 56(d).  And I wanted to

18   alert you to this issue and also to say unless you direct

19   otherwise, Grace was not intending to conduct a meet and

20   confer under Local Rule 7026-1A with Mr. Smolker because

21   this is sort of a zero-one kind of issue where there's no

22   room for compromise; either Grace is required to produce

23   documents or it's not, and we're not even getting to the

24   scope of what the production should be.

25             THE COURT:  Okay.  So will you be filing something

Page 22

1    before me that I'll be ruling on in connection with your

2    opposition to producing that discovery?

3                 MR. HIGGINS:  Your Honor, our thought was to file

4    something before the 27th of January to be heard in due

5    course.

6                 THE COURT:  Okay.

7                 MR. HIGGINS:  But I think that that wouldn't be

8    heard on the 1st, and that we could go ahead on the 1st with

9    the reply -- or with the summary judgment, Your Honor.

10                THE COURT:  With the hearing, yup, right.

11                MR. HIGGINS:  Yes.

12                THE COURT:  Well, that's fine with me, sir.

13                MR. HIGGINS:  All right.  Thank you, Your Honor.

14                THE COURT:  You're welcome.  Okay, so I think at

15   this point, we will next meet on February 1st during the

16   telephonic hearing and you'll be able to comply, W.R. Grace,

17   with your reply that will be due before then, and I will

18   talk to all of you then.  Anything else from anybody?

19                MR. O'NEILL:  No, thank you, Your Honor.

20                THE COURT:  Okay, great.  Thanks everybody.  Have

21   a good one.

22                MR. SMOLKER:  Your Honor, I would like to be

23   heard.

24                THE COURT:  Yes, Mr. Smolker.

25                MR. SMOLKER:  According to my reading of Rule

Page 23

1    6(b)(1)(B) of the Federal Rules of Civil Procedure and Rule

2    56(d), I have the right to file a motion for permission to

3    file more papers.  There's a thing in the code section that

4    allows one to make a motion and to express why they didn't

5    do it before.  It's Rule (6)(b)(1)(B) of the Federal Rules

6    of Civil Procedure and Rule 56(d) of the Federal Rules of

7    Civil Procedure, and I would like to file such a motion by

8    January 15th and, if possible, to have it heard on February

9    1st either before the summary judgment motion or at the same

10   time as the summary judgment motion.

11             THE COURT:  Well, Mr. Smolker, I certainly can't

12   give you any legal advice, but you should feel free to file

13   whatever you want to file, and I will respond accordingly.

14   Okay?

15             MR. SMOLKER:  But I would like to reserve the time

16   of February 1st.  I understand I have to reserve the time of

17   the hearing.

18             THE COURT:  Yes.  Well, at this point without

19   seeing your motion, I cannot give you a hearing date.  So I

20   would just ask that you file your motion and follow the

21   rules, and I will respond appropriately.  Okay?

22             MR. SMOLKER:  Okay, thank you.

23             THE COURT:  All right, thanks everybody.

24   (Concluded at 12:44 PM)

25                         * * * * *

Page 24

1                          **I N D E X**

2

3                          RULINGS

4                                                    Page        Line

5      Request for Extension Denied                   20           5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  January 13, 2021

**&**

**&**  1:7 3:3,4,11 4:3
  4:9 13:17

**0**

**01-01139**  1:3

**1**

**1**  23:1,5
**1.2**  10:23
**11**  16:22
**11501**  25:23
**11:18**  5:6 9:15
**11:46**  1:18
**12:00**  4:3 20:11
**12:44**  23:24
**13**  25:25
**136**  3:12
**15**  14:8
**15th**  11:6 23:8
**16th**  19:5
**17th**  3:5
**19**  4:19
**19107**  1:15
**1980**  3:6
**1:30**  11:3
**1st**  20:11 21:14
  22:8,8,15 23:9,16

**2**

**20**  24:5
**2001**  15:1
**2020**  19:1,4 21:10
**2021**  1:17 4:17
  25:25
**20th**  20:25 21:7
**235**  14:7
**244**  17:1,15
**27th**  21:12,16
  22:4
**28th**  21:9,10
**29th**  9:12
**2:00**  11:3
**2nd**  15:1 19:4

**3**

**300**  25:22
**302768**  8:17
**30th**  4:23 5:6,9
  9:15,19,23 10:1
  12:3 19:14
**330**  25:21
**3rd**  19:1

**4**

**4869**  7:20
**4:00**  11:6
**4th**  4:16,19 5:3
  9:1

**5**

**5**  24:5
**516**  3:12
**56**  21:17 23:2,6

**6**

**6**  23:1,5
**60642**  3:13

**7**

**700**  9:2 12:19 15:2
  15:24 16:9 20:8
**7026-1a**  21:20
**762**  5:23
**767**  4:17

**8**

**8**  1:17
**8th**  4:3

**9**

**900**  1:14
**919**  3:5

**a**

**able**  8:21 21:6
  22:16
**access**  8:17
**accurate**  25:4
**accusation**  16:16
**actions**  18:23

**addition**  17:8
**additional**  4:20
  5:16 9:2 10:7,9
  11:1 12:6,11 20:6
  20:16
**address**  10:7 14:1
**admission**  16:16
  16:17
**admitting**  17:8
**advantage**  19:21
**advice**  23:12
**afternoon**  4:2
**agencies**  17:16
**agree**  13:5
**agreed**  16:19 19:5
**agricultural**
  13:17
**ahead**  12:23 22:8
**al**  1:7
**alert**  21:18
**allowed**  17:2
**allows**  23:4
**angeles**  8:11
**answer**  9:7
**anybody**  22:18
**anymore**  20:4
**anyway**  7:23 9:7
**apparently**  5:21
**appeal**  13:25 14:1
  14:11,13,15 15:7
  15:8 17:19
**appearances**  4:6
**appearing**  3:17
**applicator**  17:23
**applied**  17:10
**appropriate**  20:7
  21:15
**appropriately**
  23:21
**ashely**  1:22
**asked**  6:10 10:22
**assume**  9:19

**attach**  11:8
**attached**  15:2,3
**attorney**  3:4,11
**attorneys**  16:9,11
  16:19
**august**  19:1
**authorities**  10:16
  13:14,18
**avenue**  3:12

**b**

**b**  1:21 16:22 23:1
  23:1,5,5
**back**  6:1,5,18,20
  6:22 7:6,9,10,14
  7:15,22 9:14
**balance**  12:5
**balancing**  19:18
**bankruptcy**  1:1
  1:12,23 15:9,12
  15:18 16:12,20
**based**  14:17
**basis**  17:17
**believe**  20:10,24
**believes**  20:7
**better**  7:11
**bit**  7:4
**bottom**  14:21
**break**  8:15
**briefed**  15:21,25
**briefing**  12:14
  16:4
**bring**  9:7 16:7
  21:8
**brings**  15:24
**brought**  16:2,3
  17:4

**c**

**c**  3:1 4:1 25:1,1
**california**  13:16
  13:16,17,18 15:3
  15:22 16:14 17:20
**call**  6:1,5,7,18,20
  8:4,13,14 20:14

**called**  11:16
**case**  1:3 10:8
**certainly**  20:3
  23:11
**certified**  25:3
**chan**  1:22 11:22
**chan's**  4:2 7:25
**charge**  17:20
**chicago**  3:13
**chime**  5:13
**cited**  17:23
**civil**  13:16 23:1,6
  23:7
**claimant**  4:13
  18:1
**claimed**  17:12
**claims**  18:1,10
**clear**  5:21 13:22
  14:1 15:6 19:8
**clearly**  7:12 18:7
  19:17 20:2
**clerk**  5:24 6:2,4,9
  6:14,15,17,21,25
  7:4,8,11,13,18,21
  7:25 8:1,2,4,5,9
  8:12,16,21 11:15
  11:19 18:16,18
  20:13
**client**  4:11
**code**  8:17,21
  13:16,16,17,20
  14:20 15:21 23:3
**colleague**  20:19
**collect**  10:11
**come**  6:22
**comfortable**
  19:15,23
**communications**
  9:17,20
**complained**  14:2
  14:12
**completely**  13:23

**complex**  18:5
**complicating**  21:9
**comply**  22:16
**compromise**
  21:22
**concerned**  16:18
**concluded**  23:24
**condition**  19:8
**conduct**  21:19
**confer**  21:20
**conference**  4:4
**connection**  5:20
  22:1
**contains**  4:20
**control**  17:10,22
**conversation**  8:3
**copies**  13:15
**copy**  9:21 15:2
**correct**  20:12
**correspondence**
  10:24
**correspondences**
  21:12
**counsel**  4:5,10
  20:19
**country**  25:21
**course**  22:5
**court**  1:1,12 4:2
  4:14 5:5,7,9,10,25
  6:16,18 8:23 9:12
  9:14,25 10:3,5
  11:10,14,16,21,24
  12:23,25 13:18,25
  14:1,5,11,13,15
  14:23,25 15:3,6,8
  15:9,9,12,12,15
  15:18,18,24 16:1
  16:3,5,12,12,20
  16:23,24 17:3,14
  17:18,19 18:15,17
  18:19 20:1,5,14
  20:23 21:2,25
  22:6,10,12,14,20

  22:24 23:11,18,23
**courthouse**  1:13
**courtroom**  7:14
**courts**  18:21,24
**crosstalk**  6:24
  8:20
**currently**  20:10

**d**
**d**  4:1 21:17 23:2,6
  24:1
**dangerous**  17:7
  17:15,21 18:2
**date**  4:23 12:4
  21:11,16 23:19
  25:25
**day**  4:19 19:14
**de**  3:6
**deadline**  19:4,7
  19:10,15
**deadlines**  19:23
**debtors**  1:9
**december**  4:23
  5:6,9 9:12,15,19
  9:23,25 12:3 19:5
  19:14,14 21:9,10
**decide**  17:25
**decision**  13:23
  14:2,15 17:14,18
  17:19 18:3
**declaration**  4:17
  13:19 16:10
**defrauded**  16:19
**delay**  5:22 10:4
  19:2
**deleted**  7:15
**delivered**  9:24
**denied**  24:5
**deny**  16:16
**denying**  20:5
**description**  10:19
**detail**  13:12
**determined**  17:19

**dial**  7:6,14
**dialed**  7:15
**different**  14:20
  16:21 17:16
**digits**  7:20
**direct**  6:6 20:6
  21:18
**directly**  9:8
**discovery**  22:2
**discussed**  4:23
**dismiss**  13:21
  14:17
**dismissed**  15:19
**disposition**  12:7
**dissatisfied**  18:23
**docket**  10:4
**doctrine**  15:16
**document**  14:5
  17:6
**documents**  10:8
  10:13 11:1 12:2
  12:17,20 13:15
  14:14 15:22,24
  16:9 21:11,13,23
**doing**  20:20
**dollars**  16:8
**drafting**  20:20
**dropped**  8:12
**due**  18:12 19:18
  22:4,17
**duty**  15:9,10,17

**e**
**e**  1:21,21 3:1,1,8
  4:1,1 24:1 25:1
**eastern**  1:2 11:3
**echo**  5:22 6:9 7:12
  7:16 8:19
**echoes**  7:7
**echoing**  6:16,17
  6:21 7:1,4,18,20
**ecro**  1:25
**effect**  14:24,24
  15:4

**effort** 18:5
**either** 17:11 21:22
   23:9
**email** 9:16
**entered** 19:3
**entire** 9:18 18:4
**entirely** 5:21
**entry** 4:19
**equitable** 15:16
**equitably** 15:8
**errors** 14:1
**esq** 3:8,15
**esr** 5:24 6:2,4,9,14
   6:17,25 7:4,8,11
   7:13,18,25,25 8:2
   8:4,12 11:15,19
   18:16,18
**et** 1:7
**eve** 19:6
**everybody** 22:20
   23:23
**everybody's** 6:17
**evidence** 10:18
   17:1
**exactly** 12:12
**example** 14:1
**excuse** 5:24 12:21
**exhibits** 4:20,20
   9:3,9 10:10 20:8
**exit** 8:5
**expect** 20:14
**explained** 10:2
   20:2
**exposure** 17:7,9
   17:11
**express** 5:5,8 9:13
   9:14,18,24 23:4
**extend** 19:7
**extending** 19:15
**extension** 2:1 4:5
   10:22,25 24:5
**extensions** 19:20
   20:4

**extent** 18:22

**f**

**f** 1:21 25:1
**fact** 12:11,14
   17:15,16
**factor** 21:9
**facts** 10:16,18
**familiar** 16:15
**far** 16:18
**fashion** 5:1
**fax** 14:6
**façade** 15:14
**february** 11:6
   12:16 15:1 20:10
   20:11 21:14 22:15
   23:8,16
**federal** 1:13 5:5,8
   9:13,13,17,24
   16:14 23:1,5,6
**feel** 23:12
**felt** 19:15,23
**file** 5:1,8,17 9:4
   10:8,12,25 11:1,5
   11:8 12:1,13,15
   12:17,19 13:13
   19:5 20:7,16,25
   21:7,15 22:3 23:2
   23:3,7,12,13,20
**filed** 4:14 5:3,7
   9:14 12:5,19
   14:15 19:1 20:1,9
**filing** 9:2,2 16:23
   19:6 21:25
**filings** 4:16,22 9:1
**filling** 10:4
**fine** 22:12
**firm** 4:8
**first** 12:21 13:2
**five** 13:21 14:19
   14:22 19:11
**floor** 3:5
**follow** 23:20

**food** 13:17
**foregoing** 25:3
**forth** 10:21 19:4
**found** 10:17
**four** 7:20 12:8
**frankly** 12:18
**fraudulent** 16:11
**free** 23:12
**friday** 11:6
**front** 20:1
**further** 19:7

**g**

**g** 4:1
**gary** 3:19 4:13
   7:10 8:18 10:14
**gather** 9:9
**generated** 10:23
**generous** 19:19
**gentleman** 7:14
**getting** 21:23
**give** 10:25 11:9
   12:10 13:3,12
   15:15 16:5 17:5
   21:3 23:12,19
**given** 5:7 8:24
   14:4,13 19:9,16
   19:16
**gives** 10:20
**giving** 19:23
**glitch** 5:21,22 6:7
**go** 6:12,22 12:23
   22:8
**goes** 21:6
**going** 6:21 8:14
   10:11 12:12 20:4
   20:9,20
**good** 4:2 22:21
**government** 17:16
   17:20
**grace** 1:7 3:4,11
   4:3,8,12 10:22,24
   13:3 14:15,16,18
   14:25 15:11,11

16:7,10,11,13,18
17:3,4,8 18:8,21
19:19 20:6 21:6
21:11,19,22 22:16
**grace's** 10:17,19
   16:8 17:23,25
   18:12
**granted** 13:22
   19:8
**great** 22:20
**grievances** 18:20
**guarantees** 17:10
**guess** 4:25
**guest** 7:20
**guys** 8:7

**h**

**hang** 5:25 6:7,12
**happen** 17:7
**happened** 5:6
   8:12 10:19 14:22
**hazardous** 18:3
**health** 16:25 17:2
**hear** 5:11 6:24
   7:18 10:10 11:13
   11:14,17,21 12:24
   18:15,16,18
**heard** 5:22,23
   7:12 22:4,8,23
   23:8
**hearing** 2:1 7:7
   8:23 10:7 11:2,4
   11:10,25 12:6
   13:4 16:1,4 19:14
   20:3,9,10,15
   21:14 22:10,16
   23:17,19
**hearings** 19:17
   20:3
**hello** 10:14
**hi** 4:13 7:10 8:2
   20:18
**hidden** 18:8

**higgins** 3:10,15 4:11 7:9 9:16,17 9:21,22 10:2 20:19 21:3,5,5 22:3,7,11,13
**high** 18:2
**hit** 8:5
**holiday** 5:11
**hon** 1:22
**honor** 4:7 11:12 21:5 22:3,9,13,19 22:22
**host** 8:4
**hyde** 2:25 25:3,8
**hyphen** 8:6

**i**

**ignored** 14:10
**il** 3:13
**illegal** 17:17,21
**illegally** 18:8,9
**importance** 16:6 16:25
**impossible** 9:11
**impractical** 9:11
**incredibly** 18:5
**indicated** 21:13
**information** 18:6
**injuries** 18:10
**insofar** 21:6
**integrity** 16:24
**intended** 21:13
**intending** 21:19
**interaction** 18:22
**issue** 21:18,21
**issued** 17:16
**issues** 8:13,24 10:6

**j**

**j** 3:15
**james** 3:8 4:8 6:23 20:18
**jamie** 20:15

**january** 1:17 4:3 4:16,19 9:1 21:7 21:12,16 22:4 23:8 25:25
**joan** 1:25 8:12 11:16 20:11
**job** 18:4
**join** 11:17
**joining** 4:9
**jones** 3:3 4:9
**judge** 1:23 4:2 5:24 6:14,15,21 7:13,22,25 11:15 11:19,21 14:10,25 15:4,5 17:5 18:16
**judgment** 4:15,18 10:13 11:2,5 12:2 12:4,7,10 14:3 17:4,5,6,24 18:1 19:1,8 22:9 23:9 23:10
**juncture** 21:8

**k**

**kind** 21:21
**know** 4:22,25 5:2 5:13 7:6 8:2 9:4 9:22 12:13 18:13 18:21 19:2,19,19 19:20 20:1
**known** 17:11

**l**

**law** 3:10 13:14,22 15:11,17 16:14,14
**lawsuit** 17:12
**ledanski** 2:25 25:3 25:8
**legal** 23:12 25:20
**length** 5:2
**line** 6:16 11:17 14:21 24:4
**list** 4:3
**little** 7:4

**llc** 3:10
**llp** 3:3
**local** 21:20
**logged** 9:1
**long** 7:21 13:7,8
**longer** 7:1 12:10
**looked** 4:16
**looking** 16:15
**los** 8:11
**lot** 10:10

**m**

**m** 1:22
**mail** 9:13
**man** 7:23
**manufactured** 18:9
**market** 1:14 3:5
**materials** 19:12
**matter** 1:5 4:3,10 10:12 11:11,25 13:22 19:17 20:21
**meaning** 17:22
**means** 8:3 14:16
**meet** 21:19 22:15
**memorandum** 10:15 13:13 19:13
**memory** 14:7 15:1
**menace** 17:2
**mention** 16:7 17:15
**merits** 18:4
**million** 16:8
**mineola** 25:23
**miscalculation** 9:8
**misleading** 10:20
**misled** 16:23
**month** 21:1,10
**months** 12:5,9 19:12
**motion** 4:15,18 10:25 11:2,5,5 12:4,7,10,15

13:21 14:4,16,17 14:18 15:20 16:7 16:21,21 17:4,24 17:25 19:1,2,11 23:2,4,7,9,10,19 23:20
**move** 10:5
**muted** 11:12

**n**

**n** 3:1,12 4:1 24:1 25:1
**n.c.** 1:13
**need** 5:18 7:6 9:4 9:5 10:8 11:7,17 12:5,13,18 20:16
**needed** 10:9 12:1 12:3,5,17
**never** 13:22 14:22 15:5 17:13
**nix** 1:13
**north** 3:5
**note** 12:8 18:13
**notice** 14:3 15:15 15:16
**notices** 17:17
**ny** 25:23

**o**

**o** 1:21 4:1 25:1
**o'neill** 4:7,8 6:23 6:23 7:3 9:19,21 9:22 20:18,18,24 21:3 22:19
**object** 16:10,13
**objecting** 21:16
**objection** 10:17
**obtain** 16:12
**obtained** 16:13
**occur** 15:17
**occurred** 18:10
**october** 19:3
**offices** 3:10
**officials** 17:20

**ogden** 3:12
**okay** 6:4,13,15,19
 7:3 11:20 18:17
 20:14,22,23 21:2
 21:25 22:6,14,20
 23:14,21,22
**old** 25:21
**opinion** 14:11
 15:16
**opposition** 4:18
 4:21 10:13 11:1
 12:2 22:2
**order** 14:23,24,25
 15:2,4 18:14 19:3
**orders** 14:21
**outline** 11:7 12:11
**overnight** 9:13,18
**overshadowing**
 16:6
**overwhelming**
 17:1
**o'neill** 3:8

**p**

**p** 3:1,1 4:1
**p.m.** 11:3,3,6
 20:11
**pa** 1:15
**pachulski** 3:3 4:9
**package** 9:18
**packages** 5:11
**page** 9:2 20:8 24:4
**pages** 4:17,19 5:2
 5:23 12:19 14:7,8
 14:9 15:2
**pandemic** 8:7
**paper** 13:9
**papers** 9:10 16:23
 23:3
**paramount** 16:25
**parties** 4:5 15:25
 20:14
**party** 15:21 16:2

**pennsylvania** 1:2
**permission** 10:25
 11:8 23:2
**pesticide** 17:20
**petition** 15:23
 16:2
**philadelphia** 1:15
**phone** 20:20
**pick** 19:10
**picked** 6:6
**picture** 10:20
**place** 10:15
**plaintiff's** 12:6
**plan** 21:15
**pleading** 21:15
**pleadings** 19:25
**please** 4:6
**plenty** 19:12
**plus** 9:2 12:9,19
 15:2 20:8
**pm** 23:24
**point** 12:10 18:25
 19:10,24 22:15
 23:18
**pointed** 14:4 16:2
**points** 13:13,18
**possession** 12:9
**possible** 8:24 9:25
 23:8
**possibly** 17:5
**pounds** 10:23
**prepare** 9:10
 10:15
**presentation**
 10:20
**presented** 16:9
**primary** 20:20
**prior** 21:15
**priority** 9:13
**pro** 3:19
**problem** 8:16
**procedure** 13:17
 23:1,6,7

**proceeding** 12:20
 15:1
**proceedings** 25:4
**process** 18:12
 19:18
**produce** 21:22
**producing** 22:2
**production** 21:11
 21:17,24
**proof** 14:5,14
**proposed** 11:2
**proposing** 12:15
**public** 16:25 17:2
 17:11 18:8
**punished** 15:19
**put** 14:25 19:20

**q**

**question** 6:10 9:8
 13:7,8,9
**quickly** 8:23

**r**

**r** 1:21 3:1 4:1 25:1
**ranieri** 1:25
**read** 17:14
**reading** 22:25
**realize** 10:11
**really** 10:19
**reason** 5:15
**reasons** 11:7
 12:14
**recall** 11:10,24
**receive** 19:3
**received** 5:20 9:18
 9:19 10:3
**receiving** 5:10
 19:2
**record** 10:17 12:8
 14:12 25:4
**recording** 8:14
**refer** 9:10
**reference** 10:16
**refused** 13:25

**regarding** 4:4
**regulation** 17:21
**rehearing** 13:25
 15:8,20,23
**released** 15:10,12
 15:18
**repeat** 5:20 13:12
**reply** 20:25 21:6
 22:9,17
**reported** 9:14
**request** 2:1 4:5
 13:24 15:7 19:6
 20:6 21:10,16
 24:5
**requesting** 5:16
 11:5
**required** 21:22
**reserve** 23:15,16
**resolved** 18:13
**respond** 13:4,6,12
 19:7 23:13,21
**response** 4:14
 12:25 19:5,15
 20:7,8,16,17,25
**responses** 19:21
**rest** 19:25
**result** 18:10
**return** 21:11,16
**review** 16:2
**right** 6:5,20 7:7,8
 8:13 12:6 18:12
 22:10,13 23:2,23
**rights** 19:18
**road** 25:21
**robert** 1:13
**roger** 3:10,15
 4:10 21:5
**room** 21:22
**rule** 14:22 15:3,21
 21:17,20 22:25
 23:1,5,6
**rules** 13:18 23:1,5
 23:6,21

**ruling**  22:1
**rulings**  24:3
**rush**  18:4

**s**

**s**  3:1,19 4:1
**sanctions**  16:8,22
**saw**  8:25
**saying**  5:5,9 8:25
  12:12 18:20
**says**  14:23 15:3,24
  17:6
**scale**  10:23
**schedule**  20:21
**scheduled**  11:4
  20:10
**scheduling**  19:4
**scope**  21:24
**se**  3:19
**season**  5:11
**section**  23:3
**sections**  13:16,20
  14:20
**see**  4:15,22 6:25
  9:24 11:19,20
  15:7
**seeing**  23:19
**seen**  4:25 9:3
**sell**  17:21
**send**  9:12 14:6
**sending**  5:10
**sent**  9:17 13:15
  14:8
**serve**  4:25
**served**  5:5,9 21:10
**service**  14:5,14
**set**  16:21
**setting**  19:4
**shipping**  17:6
**show**  13:21,23,24
  15:11
**showed**  14:6
**shpigelman**  3:18
  4:11 7:1,5,5

**sir**  11:24 20:2
  22:12
**slight**  7:16
**smolker**  3:19 4:13
  4:13,14 5:4,19,25
  6:3,5,11,18,20
  7:10,10,11,12,16
  7:23,25 8:2,7,10
  8:18,18,22,25 9:6
  10:5,14,14 11:12
  11:17,23 12:21,24
  12:25 13:2 18:19
  21:9,20 22:22,24
  22:25 23:11,15,22
**smolker's**  4:4
  20:8,17
**sold**  18:9
**solutions**  25:20
**somebody**  5:8
**sonya**  2:25 25:3,8
**sorry**  4:7 11:12
  21:8
**sort**  21:21
**sound**  5:21,22 6:7
**sounds**  18:19
**speakerphone**  6:2
  6:3,6,8,10,12,13
**speaking**  7:8,19
  7:23 10:15 11:20
**spoke**  9:16
**squash**  18:6
**sr**  1:13
**stang**  3:3 4:9
**statement**  5:4
  10:16,17 18:1
**states**  1:1,12
**stay**  14:23,24,25
  15:2,4,10,13,18
**stays**  15:4
**stop**  8:14
**story**  13:11 18:5
**street**  1:14 3:5

**stuff**  17:9
**substance**  10:6
  18:2,9
**suite**  3:12 25:22
**summary**  4:15,18
  10:13 11:1,4 12:2
  12:4,7,9 14:3 17:3
  17:4,6,24,25
  18:25 19:7 22:9
  23:9,10
**superior**  14:4,25
  15:12,14,17 16:12
  17:3,14,18
**supplemental**
  12:13
**support**  14:13,14
**supported**  10:18
**supposed**  9:23
  14:3,6,9,10 15:15
  20:24
**sure**  5:1 7:2 8:13
**syloid**  17:1,15
**system**  16:25

**t**

**t**  25:1,1
**take**  5:7,12 9:9
**taken**  14:24 18:23
  19:21
**talk**  22:18
**talking**  12:22
**technical**  8:24
  10:6
**technically**  4:22
**telephone**  4:10
**telephonic**  4:4
  22:16
**telephonically**  3:8
  3:15,17
**tell**  12:15,25 15:9
  15:17 20:2
**termite**  17:10,22
**terms**  12:1,13
  18:12

**thank**  5:19 6:20
  9:6 11:23 12:22
  22:13,19 23:22
**thanks**  22:20
  23:23
**thing**  14:18 18:4
  23:3
**things**  13:9 16:7
  16:11 18:13
**think**  5:18 6:17
  10:8 13:8,9 16:22
  22:7,14
**thought**  13:11
  22:3
**three**  14:17 17:16
**time**  4:24 5:7,14
  5:16,18 9:5,9 10:2
  10:9 11:3,6,7 12:6
  12:11 13:2,3,4,5,6
  13:10 14:9 19:5,6
  19:7,9,12,20,22
  20:4,6,15,16
  23:10,15,16
**timely**  5:1
**today**  4:10 5:15
  10:7 12:12,15
**told**  8:6 10:24
  11:25 12:3 13:11
  13:11 15:11 19:17
**tolling**  14:21
**totally**  8:10
**toxic**  18:9
**transcribed**  2:25
**transcript**  25:4
**trial**  14:10 17:5
  17:13
**trouble**  5:10
**true**  25:4
**try**  4:25 5:13
  11:20
**trying**  17:4
**turned**  9:10

**two**   4:16 9:1 16:6
19:16

**u**

**u.s.**   1:23
**ultimately**   19:3
**ultra**   18:2
**unacceptable**
12:16
**uncertain**   12:1
**understand**   4:24
5:17 12:18 18:7
23:16
**undid**   15:5
**undoes**   15:4
**unfortunately**
12:16 18:24 19:16
19:21 20:5
**united**   1:1,12
**unprecedented**
5:12
**unprotected**   17:7
17:9,10
**update**   21:4
**upload**   10:3
**use**   8:6,21 17:17
18:3 21:13
**usually**   6:9

**v**

**various**   18:21
21:12
**veritext**   25:20
**viktoriya**   3:18
4:11 7:5
**violates**   21:17
**violation**   17:17
**volume**   11:20

**w**

**w.r.**   1:7 3:4,11 4:3
4:8 18:21 19:18
20:6 21:5 22:16
**wait**   6:16 12:22

**waiting**   7:13
**walk**   13:14,20
**want**   10:12,24
11:8 18:7 23:13
**wanted**   5:13,17
9:4,9 16:4 21:17
**wanting**   5:16
**warned**   19:13
**warning**   19:16
**way**   7:21 13:15
17:3,10
**we've**   8:24 19:17
**welcome**   8:3
22:14
**wilmington**   3:6
**wiped**   8:10
**word**   5:12
**work**   8:6 14:21
**works**   11:20
**worry**   7:19
**wrong**   13:23
**wrote**   15:20

**x**

**x**   1:4,10 24:1

**y**

**yeah**   6:11 7:18,21
8:5,9
**years**   13:21 14:17
14:19,22
**yup**   22:10

**z**

**zero**   21:21
**ziehl**   3:3 4:9