## Exhibit B

**Gary S. Smolker E-Mail Correspondence, dated August 20, 26, & 27, 2020, and September 1, 2020**

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Thursday, August 20, 2020 4:58 PM |
| **To:** | Roger Higgins |
| **Subject:** | W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC) |

August 20, 2020

Mr. Higgins,

I will let you know by no later than next Thursday (August 27, 2020) how much time I need to fully respond to Grace's Motion for Summary Judgment currently scheduled to be heard on September 22, 2020.

I figure as a result of W.R. Grace & Co.'s and your misrepresentation of when my OBJECTIONS AND RESPONSE to Grace's Summary Judgment Motion was required to be filed with the Unites States Bankruptcy Court, at a minimum I am entitled to have until September 14, 2020 to respond.

I am in the process of obtaining medical advise and treatment of the various physical disabilities, such as lung scarring and shortness of breath, that I have as a direct result of inhaling the SYLOID 244 Grace illegally manufactured and illegally sold to Home Saving Termite Control, Inc. who illegally applied it in my home.

When I asked Grace about the toxicity of their product SYLOID 244 Grace lied about its toxicity.

Grace obtained the lifting of the injunction stopping me from prosecuting my case by fraud.

Grace failed to timely serve me with its motion to dismiss for failure to prosecute.

Grace failed to inform the court of the law directly against the position Grace asserted in its motion to dismiss for failure to prosecute.

The state court proceedings orchestrated by Grace were a disgrace.

Grace's motion for summary judgment fits the pattern of one act of misconduct on the part of Grace after another.

I have a lot to talk about in my opposition and response to Grace's motion for summary judgment.

I will let you know by no later than August 27, 2020 how much time I need to fully respond to Grace's motion for summary judgment.

Sincerely,

Gary Smolker

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Wednesday, August 26, 2020 10:02 AM |
| **To:** | Roger Higgins; GSmolker@aol.com |
| **Subject:** | #2 Re: Grace's Offer to Extend Due date to Sept. 14, 2020 ---W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC) |

August 26, 2020

Mr. Higgins

I do not know how much time I will need to fully respond to Grace's 755 page motion for summary judgment for disallowance of my claim, Claim No. 392 filed by Gary S. Smolker.

I plan to spend all day tomorrow (Thursday, August 27, 2020) trying to figure out how much time I will need to fully respond to Grace's 755 page motion.

I will let you know how much time I think I need tomorrow.

# I propose:

If you or Grace do not want to wait until tomorrow to receive my estimate of how much time I need to fully respond to Grace's 755 page motion for summary judgment,

(1) I propose that Grace "IMMEDIATELY" take its 755 page motion for summary judgment off calendar or put it in suspense, and that Grace state in writing that Grace is STANDING STILL on when my response to Grace's 755 page motion for summary judgment.

(2) I, in turn, will inform Grace (through an email to you) that I am ready to file my further response, or I will turn it over to Federal Express to file it with the Bankruptcy Court.

(3) Once I inform Grace (through an email to you) that I am ready to file my response or have given my response to FedEx to file with the Bankruptcy Court, Grace will then reschedule the hearing date such that Grace will have no more than 7 days to respond to my response.

Sincerely,

Gary Smolker
Cell Phone: 1-310-749-9735

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: 'GSmolker@aol.com' <GSmolker@aol.com>
Sent: Fri, Aug 21, 2020 10:30 am
Subject: RE: W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

Mr. Smolker,

Thank you for responding last evening to my correspondence.

Grace disputes any allegation of misrepresentation and disputes most of the statements contained in your email below. Rather the respond to those statements in this e-mail, we will reserve such responses for pleadings.

Grace is willing to extend your response deadline until 4:00 pm ET, September 14, 2020. Please confirm acceptance of this offer by 2:00 pm PT/5:00 pm, ET, Monday, August 24, 2020. If this date is acceptable to you, we will need to obtain a new hearing date from the Court.

If you do not respond or if you insist on a response deadline later than September 14, 2020, Grace will advise the Court that we have been unable to agree on a reasonable extension, and it will ask the Court to intervene and schedule a teleconference to resolve the issues or have the Court select the response date.

I am in the office today if you wish to discuss this matter.

Warmest Regards. R

Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Thursday, August 20, 2020 4:58 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Subject:** W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

August 20, 2020

Mr. Higgins,

I will let you know by no later than next Thursday (August 27, 2020) how much time I need to fully respond to Grace's Motion for Summary Judgment currently scheduled to be heard on September 22, 2020.

I figure as a result of W.R. Grace & Co.'s and your misrepresentation of when my OBJECTIONS AND RESPONSE to Grace's Summary Judgment Motion was required to be filed with the Unites States Bankruptcy Court, at a minimum I am entitled to have until September 14, 2020 to respond.

3

I am in the process of obtaining medical advise and treatment of the various physical disabilities, such as lung scarring and shortness of breath, that I have as a direct result of inhaling the SYLOID 244 Grace illegally manufactured and illegally sold to Home Saving Termite Control, Inc. who illegally applied it in my home.

When I asked Grace about the toxicity of their product SYLOID 244 Grace lied about its toxicity.

Grace obtained the lifting of the injunction stopping me from prosecuting my case by fraud.

Grace failed to timely serve me with its motion to dismiss for failure to prosecute.

Grace failed to inform the court of the law directly against the position Grace asserted in its motion to dismiss for failure to prosecute.

The state court proceedings orchestrated by Grace were a disgrace.

Grace's motion for summary judgment fits the pattern of one act of misconduct on the part of Grace after another.

I have a lot to talk about in my opposition and response to Grace's motion for summary judgment.

I will let you know by no later than August 27, 2020 how much time I need to fully respond to Grace's motion for summary judgment.

Sincerely,


Gary Smolker

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Thursday, August 27, 2020 6:06 PM |
| **To:** | Roger Higgins |
| **Subject:** | Due Date for Additional Response to Grace Motion for Summary Judgment |

August 27, 2020

Mr. Higgins:

I am dealing with disabling health issues.

When I can file additional papers in response to Grace's pending motion for summary judgment depends on the condition of my health.

I think I can live with having a due date of November 5, 2020 for filing further papers in response to Grace's pending motion for summary judgment subject to the condition of my health.

For example, I am having breathing problems.

After consulting with a pulmonologist I am going to see a cardiologist about the condition of the stents installed in my arteries.

IF I need to have surgery due to one of the three stents installed in two of my arteries being clogged that will impact when I will be able to provide an additional response to Grace's pending motion for summary judgment.

Very truly yours,

Gary S. Smolker

16055 Ventura Blvd., Suite 525

Encino, CA. 91436

Cell Phone: 1-310-749-9735

Office Phone: 1-818-788-7290

FAX: 1-818-990-9888

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: Gary Smolker <gsmolker@aol.com>
Sent: Wed, Aug 26, 2020 2:12 pm
Subject: RE: #2 Re: Grace's Offer to Extend Due date to Sept. 14, 2020 ---W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

Mr. Smolker,

Thank you for responding to my e-mail correspondence of August 21.

In your correspondence, you state that you will inform Grace tomorrow as to the date by which you will respond.

Please note that Grace remains willing to extend your response deadline to until 4:00 pm ET, September 14, 2020.  If we are unable to agree on a date, we will seek assistance from the court to resolve the timing issue.

I look forward to consensually resolving this preliminary issue of your response deadline.

Warmest Regards.  R



Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Wednesday, August 26, 2020 10:02 AM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>; GSmolker@aol.com
**Subject:** #2 Re: Grace's Offer to Extend Due date to Sept. 14, 2020 ---W.R. Grace & Co., Chapter 11 Case
No. 01-01139 (AMC)

August 26, 2020

Mr. Higgins

I do not know how much time I will need to fully respond to Grace's
755 page motion for summary judgment for disallowance of my
claim, Claim No. 392 filed by Gary S. Smolker.

I plan to spend all day tomorrow (Thursday, August 27, 2020) trying
to figure out how much time I will need to fully respond to Grace's
755 page motion.

I will let you know how much time I think I need tomorrow.

# I propose:

If you or Grace do not want to wait until tomorrow to receive my
estimate of how much time I need to fully respond to Grace's 755
page motion for summary judgment,

(1) I propose that Grace "IMMEDIATELY" take its 755 page motion for summary judgment off calendar or put it in suspense, and that Grace state in writing that Grace is STANDING STILL on when my response to Grace's 755 page motion for summary judgment.

(2) I, in turn, will inform Grace (through an email to you) that I am ready to file my further response, or I will turn it over to Federal Express to file it with the Bankruptcy Court.

(3) Once I inform Grace (through an email to you) that I am ready to file my response or have given my response to FedEx to file with the Bankruptcy Court, Grace will then reschedule the hearing date such that Grace will have no more than 7 days to respond to my response.

Sincerely,

Gary Smolker

Cell Phone: 1-310-749-9735

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: 'GSmolker@aol.com' <GSmolker@aol.com>
Sent: Fri, Aug 21, 2020 10:30 am
Subject: RE: W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

Mr. Smolker,

Thank you for responding last evening to my correspondence.

Grace disputes any allegation of misrepresentation and disputes most of the statements contained in your email below. Rather the respond to those statements in this e-mail, we will reserve such responses for pleadings.

Grace is willing to extend your response deadline until 4:00 pm ET, September 14, 2020.  Please confirm acceptance of this offer by 2:00 pm PT/5:00 pm, ET, Monday, August 24, 2020.  If this date is acceptable to you, we will need to obtain a new hearing date from the Court.

If you do not respond or if you insist on a response deadline later than September 14, 2020, Grace will advise the Court that we have been unable to agree on a reasonable extension, and it will ask the Court to intervene and schedule a teleconference to resolve the issues or have the Court select the response date.

I am in the office today if you wish to discuss this matter.

Warmest Regards.  R

Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Thursday, August 20, 2020 4:58 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Subject:** W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

August 20, 2020

Mr. Higgins,

I will let you know by no later than next Thursday (August 27, 2020) how much time I need to fully respond to Grace's Motion for Summary Judgment currently scheduled to be heard on September 22, 2020.

I figure as a result of W.R. Grace & Co.'s and your misrepresentation of when my OBJECTIONS AND RESPONSE to Grace's Summary Judgment Motion was required to be filed with the Unites States Bankruptcy Court, at a minimum I am entitled to have until September 14, 2020 to respond.

I am in the process of obtaining medical advise and treatment of the various physical disabilities, such as lung scarring and shortness of breath, that I have as a direct result of inhaling the SYLOID 244 Grace illegally manufactured and illegally sold to Home Saving Termite Control, Inc. who illegally applied it in my home.

When I asked Grace about the toxicity of their product SYLOID 244 Grace lied about its toxicity.

Grace obtained the lifting of the injunction stopping me from prosecuting my case by fraud.

Grace failed to timely serve me with its motion to dismiss for failure to prosecute.

Grace failed to inform the court of the law directly against the position Grace asserted in its motion to dismiss for failure to prosecute.

The state court proceedings orchestrated by Grace were a disgrace.

Grace's motion for summary judgment fits the pattern of one act of misconduct on the part of Grace after another.

I have a lot to talk about in my opposition and response to Grace's motion for summary judgment.

I will let you know by no later than August 27, 2020 how much time I need to fully respond to Grace's motion for summary judgment.

Sincerely,

Gary Smolker

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Thursday, August 27, 2020 6:06 PM |
| **To:** | Roger Higgins |
| **Subject:** | Due Date for Additional Response to Grace Motion for Summary Judgment |

August 27, 2020

Mr. Higgins:

I am dealing with disabling health issues.

When I can file additional papers in response to Grace's pending motion for summary judgment depends on the condition of my health.

I think I can live with having a due date of November 5, 2020 for filing further papers in response to Grace's pending motion for summary judgment subject to the condition of my health.

For example, I am having breathing problems.

After consulting with a pulmonologist I am going to see a cardiologist about the condition of the stents installed in my arteries.

IF I need to have surgery due to one of the three stents installed in two of my arteries being clogged that will impact when I will be able to provide an additional response to Grace's pending motion for summary judgment.

Very truly yours,

Gary S. Smolker

16055 Ventura Blvd., Suite 525

Encino, CA. 91436

Cell Phone: 1-310-749-9735

Office Phone: 1-818-788-7290

FAX: 1-818-990-9888

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: Gary Smolker <gsmolker@aol.com>
Sent: Wed, Aug 26, 2020 2:12 pm
Subject: RE: #2 Re: Grace's Offer to Extend Due date to Sept. 14, 2020 ---W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

Mr. Smolker,

Thank you for responding to my e-mail correspondence of August 21.

In your correspondence, you state that you will inform Grace tomorrow as to the date by which you will respond.

Please note that Grace remains willing to extend your response deadline to until 4:00 pm ET, September 14, 2020.  If we are unable to agree on a date, we will seek assistance from the court to resolve the timing issue.

I look forward to consensually resolving this preliminary issue of your response deadline.

Warmest Regards.  R

Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Wednesday, August 26, 2020 10:02 AM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>; GSmolker@aol.com
**Subject:** #2 Re: Grace's Offer to Extend Due date to Sept. 14, 2020 ---W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)


August 26, 2020


Mr. Higgins


I do not know how much time I will need to fully respond to Grace's 755 page motion for summary judgment for disallowance of my claim, Claim No. 392 filed by Gary S. Smolker.


I plan to spend all day tomorrow (Thursday, August 27, 2020) trying to figure out how much time I will need to fully respond to Grace's 755 page motion.


I will let you know how much time I think I need tomorrow.


# I propose:


If you or Grace do not want to wait until tomorrow to receive my estimate of how much time I need to fully respond to Grace's 755 page motion for summary judgment,

(1) I propose that Grace "IMMEDIATELY" take its 755 page motion for summary judgment off calendar or put it in suspense, and that Grace state in writing that Grace is STANDING STILL on when my response to Grace's 755 page motion for summary judgment.

(2) I, in turn, will inform Grace (through an email to you) that I am ready to file my further response, or I will turn it over to Federal Express to file it with the Bankruptcy Court.

(3) Once I inform Grace (through an email to you) that I am ready to file my response or have given my response to FedEx to file with the Bankruptcy Court, Grace will then reschedule the hearing date such that Grace will have no more than 7 days to respond to my response.

Sincerely,

Gary Smolker

Cell Phone: 1-310-749-9735

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: 'GSmolker@aol.com' <GSmolker@aol.com>
Sent: Fri, Aug 21, 2020 10:30 am
Subject: RE: W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)

Mr. Smolker,

Thank you for responding last evening to my correspondence.

Grace disputes any allegation of misrepresentation and disputes most of the statements contained in your email below. Rather the respond to those statements in this e-mail, we will reserve such responses for pleadings.

Grace is willing to extend your response deadline until 4:00 pm ET, September 14, 2020. Please confirm acceptance of this offer by 2:00 pm PT/5:00 pm, ET, Monday, August 24, 2020. If this date is acceptable to you, we will need to obtain a new hearing date from the Court.

If you do not respond or if you insist on a response deadline later than September 14, 2020, Grace will advise the Court that we have been unable to agree on a reasonable extension, and it will ask the Court to intervene and schedule a teleconference to resolve the issues or have the Court select the response date.

I am in the office today if you wish to discuss this matter.

Warmest Regards. R


Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.


**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Thursday, August 20, 2020 4:58 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Subject:** W.R. Grace & Co., Chapter 11 Case No. 01-01139 (AMC)



August 20, 2020



Mr. Higgins,

I will let you know by no later than next Thursday (August 27, 2020) how much time I need to fully respond to Grace's Motion for Summary Judgment currently scheduled to be heard on September 22, 2020.

I figure as a result of W.R. Grace & Co.'s and your misrepresentation of when my OBJECTIONS AND RESPONSE to Grace's Summary Judgment Motion was required to be filed with the Unites States Bankruptcy Court, at a minimum I am entitled to have until September 14, 2020 to respond.

I am in the process of obtaining medical advise and treatment of the various physical disabilities, such as lung scarring and shortness of breath, that I have as a direct result of inhaling the SYLOID 244 Grace illegally manufactured and illegally sold to Home Saving Termite Control, Inc. who illegally applied it in my home.

When I asked Grace about the toxicity of their product SYLOID 244 Grace lied about its toxicity.

Grace obtained the lifting of the injunction stopping me from prosecuting my case by fraud.

Grace failed to timely serve me with its motion to dismiss for failure to prosecute.

Grace failed to inform the court of the law directly against the position Grace asserted in its motion to dismiss for failure to prosecute.

The state court proceedings orchestrated by Grace were a disgrace.

Grace's motion for summary judgment fits the pattern of one act of misconduct on the part of Grace after another.

I have a lot to talk about in my opposition and response to Grace's motion for summary judgment.

I will let you know by no later than August 27, 2020 how much time I need to fully respond to Grace's motion for summary judgment.

Sincerely,

Gary Smolker

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Tuesday, September 1, 2020 12:08 PM |
| **To:** | Roger Higgins; GSmolker@aol.com |
| **Subject:** | Re: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT |

September 1, 2020

Mr. Higgins

Be advised that the hearing you scheduled without my input to take place tomorrow (September 2, 2020) at 2:00 p.m. Eastern Time does not work for me.

The September 2, 2020 hearing date and time

- interferes with my medical care,
- does not give me adequate time to prepare,
- is inconsistent with the email correspondence you sent me on August 18, August 20, August 21, August 26, August 28, and August 31, and
- does not specify what is to be discussed.

Please reschedule YOUR unilateral status conference hearing to take place on Wednesday, September 9 or Friday September 11, 2020 instead of on September 2, 2020.

Thank you.

Very truly yours,

Gary Smolker
16055 Ventura Blvd., Suite 525

Encino, CA. 91436

cell phone: 1-310-749-9735
office phone: 1-818-7290
fax: 1-818-990-9888

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: 'GSmolker@aol.com' <GSmolker@aol.com>
Sent: Tue, Sep 1, 2020 11:40 am
Subject: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT

Mr. Smolker,

Please find attached notice of a telephonic status hearing tomorrow, September 2, 2020, at 2:00 pm ET/11:00 am PT.

The dial-in instructions are in the body of the notice.

Please note that you were separately served this notice by e-mail, which you should have already received at this e-mail address.

You are also receiving notice by mail overnight.

As I discussed in my prior e-mails, the purpose of this hearing is to request the Court to set a deadline by which you must respond to Grace's summary judgment motion.

Warmest Regards.  R

Roger J. Higgins

**THE LAW OFFICES OF ROGER HIGGINS, LLC**

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Tuesday, September 1, 2020 1:49 PM |
| **To:** | Roger Higgins |
| **Subject:** | Re: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT |

September 1, 2020

Mr. Higgins,

Is the September 22, 2020 hearing date for Grace's motion for summary judgment off calendar?

September 16 and September 17 both work for me.

Thank you for rescheduling.

Sincerely,

Gary Smolker

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: Gary Smolker <gsmolker@aol.com>
Sent: Tue, Sep 1, 2020 12:52 pm
Subject: RE: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT

Mr. Smolker,

Judge Chan's chambers have informed me that the Judge is not sitting at all next week. So neither of your proposed dates works.

Please let me know today which of the following dates/times works for you:

| September 16, 2020 | at | 4:00 P.M. EDT / 1:00 P.M. PDT |
|---|---|---|
| September 17, 2020 | at | 2:00 P.M. EDT / 11:00 A,M. PDT |
| September 17, 2020 | at | 3:00 P.M. EDT / 12:00 P.M. PDT |

We need to confirm with the Court today.

Warmest Regards.  R

Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Tuesday, September 1, 2020 12:08 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>; GSmolker@aol.com
**Subject:** Re: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT

September 1, 2020

Mr. Higgins

Be advised that the hearing you scheduled without my input to take place tomorrow (September 2, 2020) at 2:00 p.m. Eastern Time does not work for me.

The September 2, 2020 hearing date and time

- interferes with my medical care,
- does not give me adequate time to prepare,
- is inconsistent with the email correspondence you sent me on August 18, August 20, August 21, August 26, August 28, and August 31, and
- does not specify what is to be discussed.

Please reschedule YOUR unilateral status conference hearing to take place on Wednesday, September 9 or Friday September 11, 2020 instead of on September 2, 2020.

Thank you.

Very truly yours,

Gary Smolker

16055 Ventura Blvd., Suite 525

Encino, CA. 91436

cell phone: 1-310-749-9735

office phone: 1-818-7290

fax: 1-818-990-9888

-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: 'GSmolker@aol.com' <GSmolker@aol.com>
Sent: Tue, Sep 1, 2020 11:40 am
Subject: In re W. R. Grace - Telephonic Status Hearing - Wednesday, Sep. 2, 2020, at 2:00 pm ET/11:00 am PT

Mr. Smolker,

Please find attached notice of a telephonic status hearing tomorrow, September 2, 2020, at 2:00 pm ET/11:00 am PT.

The dial-in instructions are in the body of the notice.

Please note that you were separately served this notice by e-mail, which you should have already received at this e-mail address.

You are also receiving notice by mail overnight.

As I discussed in my prior e-mails, the purpose of this hearing is to request the Court to set a deadline by which you must respond to Grace's summary judgment motion.

Warmest Regards.  R


Roger J. Higgins

THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:  rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.