## Exhibit C

**September 17, 2020 Hearing Transcript**

1   UNITED STATES BANKRUPTCY COURT

2   EASTERN PENNSYLVANIA

3   Case No. 01-01139

4   - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   W.R. GRACE & CO., et al.,

8

9        Debtors.

10  - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    Robert N.C. Nix Sr. Federal Courthouse

14                    900 Market Street

15                    Philadelphia, PA 19107

16

17                    September 17, 2020

18                    2:00 PM

19

20

21  B E F O R E :

22  HON ASHELY M. CHAN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO - JOAN RANIERI

1    **HEARING re Status Conference**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    **Transcribed by:  Sonya Ledanski Hyde**

1    A P P E A R A N C E S :

2

3    PACHULSKI STANG ZIEHL & JONES LLP

4          Attorney for W.R. Grace & Co.

5          919 North Market Street, 17th Floor

6          Wilmington, DE 1980

7

8    BY:  JAMES E. O'NEILL, ESQ. (TELEPHONICALLY)

9

10   THE LAW OFFICES OF ROGER HIGGINS LLC

11          Attorney for W.R. Grace & Co.

12          516 N Ogden Avenue, Suite 136

13          Chicago, IL 60642

14

15   BY:  ROGER J. HIGGINS, ESQ. (TELEPHONICALLY)

16

17   ALSO APPEARING TELEPHONICALLY:

18   GARY S. SMOLKER, pro se

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2          CLERK:  Hi, Judge.  Everybody's on the line for

3     W.R. Grace & Co.

4          THE COURT:  Okay.  The purpose of this call is

5     just to make sure that we're all the same page about

6     deadlines in the case.

7          It's my understanding that when the motion for

8     summary judgment was filed and the defendant filed a

9     response.  When I read the response, I believe he said that

10    he didn't have sufficient time to respond, so I just wanted

11    to make sure that the defendant had enough time to file a

12    complete response to the motion for summary judgment, so if

13    we could just try and pick a date for that now, and also to

14    set a hearing date, that would be good.

15          So defendant, have you -- is there additional time

16    that you need to file your supplemental response to the

17    motion for summary judgment?

18          MR. SMOLKER:  Yes, there is, Your Honor.

19          THE COURT:  I'm sorry.  So how much more time

20    would you like to respond to that?

21          MR. SMOLKER:  Well, I would prefer to have 120

22    days, but I'd be satisfied with 90 days; 90 days would be

23    December 16th, 2020, 120 days would be January 15th, 2021.

24          THE COURT:  So, sir, I never schedule deadlines

25    and hearings out that far unless there, you know, there's a

Page 5

1    real need for it.  Can you tell me why you need so much time

2    to respond to the motion for summary judgment?  I mean,

3    typically, you'd get a couple of weeks, and I was willing to

4    give you a month and that, you know, obviously some time has

5    passed since that was even filed.

6            So why do you feel that you need all this extra

7    time?

8            MR. SMOLKER:  Well, it's 755 pages long, and there

9    are very strong arguments for not granting the summary

10   judgment motion, and I would like to be able to present my

11   arguments in the best possible way; that would be clear 120

12   days, but I could present all my arguments in 90 days.

13           I don't want to talk about the merits of my

14   opposition.

15           THE COURT:  No, I don't want you to either.  I

16   don't want you to either.  I just want to try and

17   understand, you know --

18           MR. SMOLKER:  And also, I'm on a medical

19   disability.  I have a breathing problem and I'm consulting a

20   pulmonologist and I'm in the middle of taking various tests

21   and to go to a cardiologist and take more tests.  I have

22   injured lungs and difficulty breathing, so I'm somewhat

23   disabled in my stamina and ability to focus and concentrate.

24           THE COURT:  Okay.  Well, let me hear from the

25   other side.  Jamie, did you have a response to this request?

1          MR. O'NEILL:  Yes, Your Honor, and thank you very

2    much for hearing us today.  For the record, this is James

3    O'Neill appearing on behalf of W.R. Grace, and with me on

4    the phone today is my co-counsel, Roger Higgins, and Mr.

5    Higgins will provide the response.

6          As Your Honor noted, we did have a colloquy with

7    Mr. Smokler, and we were unable to arrive at an agreed upon

8    date.  But perhaps I'll turn it over to Mr. Higgins and he

9    can provide you a little more background and provide the

10   response as well.

11         THE COURT:  Okay, thank you.

12         MR. HIGGINS:  Good afternoon, Your Honor.  Roger

13   Higgins for W.R. Grace.

14         (sound glitch) we had engaged in sensitive back

15   and forth email with Mr. Smokler.  We had proposed August

16   31st, and then as the days went by, we then proposed

17   September 14th to give him roughly a month extra.

18         Mr. Smokler told us back at the end of August -- I

19   think it was August 27th -- that he wanted a response

20   deadline of, I believe it was November 5th, Your Honor.

21   We'd be -- I think we'd be happy to take that date, although

22   we would, quite frankly, like to see a response deadline

23   sooner so that we can move this whole proceeding forward a

24   little bit faster.

25         But now we're hearing from Mr. Smokler that he

```
 1    wants something in December or January, and I think that
 2    what we would be happy with, Your Honor, is a response
 3    deadline set for Mr. Smokler at his earliest convenience.
 4    We can file a reply, say, three weeks later, and then two
 5    weeks after that have oral argument.
 6              MR. SMOLKER:  Can I say something, Your Honor?
 7              THE COURT:  Yes.  Yes, of course, go ahead.
 8              MR. SMOLKER:  This proof of claim was filed on
 9    August 27th, 2001, so quite a lot of time has passed, and I
10    don't think there's going to be any prejudice by the amount
11    of time I'm asking; to the contrary, you'll be able to get a
12    more complete story and hear my strong arguments.
13              THE COURT:  Okay.  So what's -- but I hear that,
14    you know, you've had this pleading now, you know, for a
15    while.  So it sounds like you previously offered to file
16    your full response by Thursday, November 5th, so are you now
17    saying that you can't do that?
18              MR. SMOLKER:  Yes, I'm saying I can't do that.
19    And when I did offer that, I didn't realize that the date
20    they said it was due of August 17th was actually, by my
21    reading of the code, wrong; that it was actually supposed to
22    be due September 14th.  And it was just an overwhelming type
23    of thing and I was just trying to offer something to have
24    time to get traction.
25              Now in the lapse of time, I've noticed just how
```

1   gigantic this is and how many of what I think are

2   misstatements there is and how much documents I have to

3   present.  And as a collateral matter, I think there is an

4   onerous service requirement because they said I should serve

5   15 different lawyers and 17 different law firms -- or excuse

6   me, 17 different law firms -- 17 different lawyers and 15

7   different law firms, and this is just the cases they've laid

8   out between the Grace Co. and myself.

9           There's just two of us, so I would like a waiver

10  of the requirement for me to serve all 17 people he mentions

11  I should serve.  I would mention that when they mailed their

12  papers to me, the postage on it was $44, and I can't imagine

13  what -- $44.55.  I can't imagine what the Xerox cost was for

14  755 pages.  Anyway, it's an onerous service requirement to

15  people that aren't really involved.

16          THE COURT:  So if I were to help you out on the

17  service requirement, can you move up your date by which you

18  can file your response?

19          MR. SMOLKER:  Well, I would like, as a worst case,

20  December 16th, 2020.

21          THE COURT:  Okay, so I guess I'd like to turn to

22  W.R. Grace.  So he had previously offered November 5th, but

23  now, as you can hear, he's asking for something basically

24  six weeks after that.  I think it's highly unusual to give

25  anyone, even a pro se debtor, so much time to respond to a

1    summary judgment motion.

2              However, I guess I'd like to ask both of you, you

3    know, if I require the defendant to file a pleading on the

4    earlier date of November 5th and -- I'm not saying he will,

5    but if he were to lose on summary judgment, then there's the

6    possibility he could raise that on appeal as an issue.

7              If you're willing to take that risk and you'd like

8    to press for the November 5th deadline, I'd like to hear

9    that; otherwise, you know, perhaps we should try to

10   accommodate him since so much time has already gone by.  And

11   if he were to file something, I guess, I think he said by

12   the 15th or 16th, you guys file something by the end of the

13   year, we could have something in January.

14             So after hearing those choices, what's your

15   position on that?

16             MR. HIGGINS:  Your Honor, I haven't had a chance

17   to consult with my client, who is Viktoriya Shpigelman,

18   associate general counsel for W.R. Grace who is listening in

19   today.  But I think in view of what's been said and what's

20   transpired that we can live with December 16th.

21             I will point out, these are three of the four

22   remaining claims, and the fourth one is in mediation as Your

23   Honor is aware.  And once these claims are done, we can

24   finally close this case.

25             THE COURT:  Okay.  Thank you for accommodating

1    that request.  I think that'll make everything in the long

2    run, you know, end more expeditiously.

3              So that means defendant, then you will be filing

4    your summary judgment response by Wednesday, December 16th.

5    Joan, if you'll -- well, I guess, Joan, you know what, I'll

6    have to talk to the clerk's office in Delaware to do that.

7    Let me just make sure I write this down so I've got all the

8    right dates.

9              MR. HIGGINS:  Your Honor, would it be help- --

10             THE COURT:  Yeah, yeah.

11             MR. HIGGINS:  I'm sorry to interrupt, Your Honor.

12   Would it be helpful if Grace were to file a scheduling

13   order; would that expedite matters?  We'd be happy to do

14   that.

15             THE COURT:  Yeah, that's fine, sure.  So why don't

16   we prepare something that says that defendant should file

17   his response no later than December 16th, and that would

18   take -- three weeks from there would be the first Wednesday

19   in January, which would be January 6th.

20             MR. HIGGINS:  That would be doable, Your Honor.

21             THE COURT:  And then we could -- okay.  And then I

22   could have the hearing -- I'm open, wide open on Thursday,

23   January 21st, if that works for all of you guys, at 10:00.

24             MR. SMOLKER:  Well, I'm --

25             MR. HIGGINS:  January 21st?

1          MR. SMOLKER:  I'm in California.  That would be --

2          THE COURT:  So just let's be clear.  This is all

3      going to be held telephonically.  I mean, we're only going

4      to be making arguments; there's no need for evidence.  So

5      it'll be a call just like this where everyone can just call

6      in from wherever they may be inside the United States.

7          So, defendant, can you participate in a call?

8      Perhaps we should make it at 1:00 p.m. eastern standard

9      time, so that would be 10:00 a.m.?

10          MR. SMOLKER:  That'd be perfect.

11          THE COURT:  Okay.  So if you guys could set the

12      time for 1:00 p.m. eastern time on the 21st of January.

13      We'll have the hearing that Thursday at 1:00 p.m. so that he

14      can call in by 10:00 a.m. his time.

15          MR. SMOLKER:  And do I only have to serve the two

16      co-counsel for Grace, the Higgins firm and O'Neill firm?

17          THE COURT:  Would you guys mind if he just served

18      you in that manner?  I mean, I assume that, you know, he's a

19      pro se party and, you know, you'll actually be getting a lot

20      of this electronically anyway.  Would you mind if he just

21      serves those two parties -- the two of you there?

22          MR. HIGGINS:  Absolutely, Your Honor, that would

23      be fine.

24          THE COURT:  Okay, great.

25          MR. HIGGINS:  And we'll make sure that everybody

1    else gets service.

2            THE COURT:  Okay.  So we'll have the hearing on

3    January 21st at 1:00 p.m. eastern time.  We'll have Grace's

4    response filed on Wednesday, January 6th, and the opposition

5    to summary judgment will be filed on Wednesday, December

6    16th.  Does that sound right to everybody?

7            MR. SMOLKER:  Yes, and I have some more matters to

8    bring up if I may.

9            THE COURT:  Okay.  Well, I mean, we're not

10   supposed to be talking about anything else, but why don't I

11   just at least hear what you have to say at this point.

12           MR. SMOLKER:  I'd like you to calendar a separate

13   motion for sanctions, which I intend to file, and I would

14   like to have a filing deadline of 30 days after my filing

15   deadline for my response to summary judgment, which would be

16   January 15th.

17           THE COURT:  Just so I understand, what is the

18   basis of the motion for sanctions and who is it against?

19           MR. SMOLKER:  It's against Grace and its attorneys

20   for perpetuating a fraud on the Court.

21           THE COURT:  Okay.  What would that fraud be, just

22   so I understand?

23           MR. SMOLKER:  Misrepresenting to the Court the

24   facts and the law on which prior orders were made and also

25   in its current motion.  They've left out critical facts that

1    you should know in order to make the right decision, and

2    they --

3            THE COURT:  Okay.  May I make a suggestion?

4            MR. SMOLKER:  This isn't (sound glitch) who went

5    through the light, was it red or green.  This is a straight

6    legal thing with uncontestable facts.

7            THE COURT:  Well, may I make a suggestion?

8            MR. SMOLKER:  Yes.

9            THE COURT:  Number one, procedurally, you cannot

10   make an oral motion in front of me now.

11           MR. SMOLKER:  I don't --

12           THE COURT:  Okay.  But just I want to make sure

13   that if this is something that you'd like to pursue --

14           MR. SMOLKER:  Yes.

15           THE COURT:  -- then you'll need to file the motion

16   on the docket of the main bankruptcy proceeding case.  And

17   in addition to the motion, you'll want to file several other

18   documents: You'll want to file a proposed order, you know,

19   granting your motion; you'll want to file a certificate of

20   service saying who you served, like, obviously you should be

21   serving the people that you're trying to, you know, sue

22   here; and then finally, you need to obtain -- you need to

23   file a notice which sets forth the objection deadline and

24   the hearing date.

25           But before you do all that, I guess the one

1   question I have for you is, might it not make more sense for

2   us to have our hearing on the summary judgment motion, you

3   know, just so we can see exactly what the full extent is of

4   their allegations and your counter-allegations and for me to

5   kind of go through all of that; might that not be best, so I

6   could just, you know, get a full picture of what everyone is

7   alleging?

8           And then after that hearing, then if you're

9   unhappy with the hearing and the order, then obviously you

10  should file whatever you want.  But you won't know exactly -

11  - like, for instance, they're going to be filing a reply

12  and, you know, we're going to have a whole hearing on this.

13  It just might make more sense -- I'm just throwing out there

14  as a possibility -- for you to file that, but file that at

15  the conclusion of our hearing so that you can raise before

16  me and, you know, I can kind of get an idea of what it is

17  that you're alleging.

18          It's up to you, but that was just a suggestion.

19  And you don't have to make a decision now, just thought I'd

20  throw it out there for you to consider.

21          MR. SMOLKER:  I have the decision.  The motions

22  for sanctions is completely independent of the opposition to

23  summary judgment in that it's a separate issue and it goes

24  to the honor of the court; it's a completely different

25  thing.

1                 And additionally, I want to make another separate

2        motion for attorneys' fees for a public benefit.  I think

3        however this turns out, the order that you sign will be of

4        great benefit to the public and the only reason it will

5        happen is because we went through all this.  So maybe --

6                 THE COURT:  My only point is that in order to make

7        a full record of what you think that they may not be stating

8        accurately, you might want to wait for them -- you know, for

9        us to have a full hearing to see exactly what they're

10       pressing.

11                MR. SMOLKER:  Well, whether --

12                THE COURT:  But it's up to you, it's your choice,

13       and if you want to file something, you know, then you should

14       file that.  Just make sure you, you know, comply with the

15       local rules which are on the website of the Delaware

16       Bankruptcy Court, and whatever you file, I'll certainly take

17       a look at.  Okay?

18                MR. SMOLKER:  So does that mean you don't want

19       to set the hearing now?

20                THE COURT:  Oh, well, I thought that you were just

21       saying that -- what were you proposing?  Were you proposing

22       that you would file something after -- what were the dates

23       that you were throwing out before?

24                MR. SMOLKER:  Just to go over it briefly.  I am

25       going to file my response to the summary judgment motion on

1    or before December 16th.

2              THE COURT:  Correct, correct.

3              MR. SMOLKER:  I was proposing that I would file a

4    motion for sanctions on January 15th, 2021, and I was asking

5    for you to set a hearing date since we're now talking about

6    hearing dates.

7              THE COURT:  Okay.

8              MR. SMOLKER:  And I'm also going to file another

9    separate motion for attorneys' fees for conferring a public

10   benefit that I would like to file 15 days after January

11   15th.

12             THE COURT:  Okay.  I just wanted to point out to

13   you that if you wanted to have them -- if you were going to

14   file something by January 15th, right, that's when you were

15   -- we're going to have the hearing less than a week later,

16   which is why I was just suggesting that we try and, you

17   know, you file it right after the hearing.  That way then,

18   you know, you'd have the benefit of knowing the full

19   allegations that are being laid at your feet, but that's up

20   to you.

21             MR. SMOLKER:  Well, I know what they did wrong.

22             THE COURT:  Okay, fine.

23             MR. SMOLKER:  I already know what they did wrong,

24   and I already know what the public benefit is going to be

25   however you rule on this.

1        THE COURT:  All right.  So, Grace, would you have

2   an objection to me giving the date -- I mean, actually, I

3   don't really give dates for filing, so you could file --

4   defendant, you can file your motion whenever you want.  But

5   I guess if you file your motion by the 15th, when are you

6   proposing that Grace would be able to respond to that?

7        MR. SMOLKER:  I guess they want two weeks or

8   whatever they want.

9        THE COURT:  Well, if I were Grace, sir, I'd be

10  asking for a lot more than two weeks, right?  I mean,

11  obviously, they have more resources available to them than

12  you.  But I've just given you a total of, you know, four

13  plus months to respond to their motion.  I think that they

14  may want longer than two weeks, but I'll let them respond to

15  that.

16        If the defendant were to file a motion for

17  sanctions and a variety of other issues on the 15th of

18  January, would you gentlemen like a month or so to respond

19  to that, or how much time?

20        MR. HIGGINS:  Your Honor, Roger Higgins.  Sorry,

21  forgot to introduce myself first.

22        I think we were -- I was certainly thinking a

23  month, we would need a month to consider whatever this

24  motion will be.

25        THE COURT:  Okay.  So this is sort of an advisory

1    ruling because nothing's been filed.  But defendant, if you

2    file a motion for sanctions against Grace and its attorneys

3    and you filed it on January 15th, which is a Friday, then

4    that would mean that -- that would mean that Grace and its

5    attorneys would file a response on or February 16th, 2021.

6              MR. SMOLKER:  Okay.

7              THE COURT:  And then usually the courtesy is that

8    you then can file a reply within some period of time.  Did

9    you want to file a reply?

10             MR. SMOLKER:  Yes.

11             THE COURT:  Okay.  Well, when do you want to file

12   your reply if they respond to you by February 16th?

13             MR. SMOLKER:  Three weeks later.

14             THE COURT:  Okay, that would take us to the 9th of

15   March.  And then we would have a hearing if everyone's free,

16   on -- I can't do the Tuesday and Wednesday that week, but I

17   could have the hearing on Thursday, March 25th at 1:00 p.m.

18   Now, this is all assuming, sir, that you file it, you know,

19   on the date that you said you were going to file it, right?

20   If you file it after that time, then these dates won't apply

21   anymore.

22             MR. SMOLKER:  Yes, understood.

23             THE COURT:  Okay.  So, Mr. Higgins, Mr. O'Neill,

24   would you guys be able to attend a hearing -- if he filed in

25   a motion in that course, would you be able to attend a

Page 19

1    hearing on March 15th at 1:00 p.m.?

2                MR. HIGGINS:  I'm sorry, you said --

3                THE COURT:  March 25th, yes, March 25th.  It's

4    good that you guys are -- would you guys be around at the --

5                MR. HIGGINS:  Your Honor, Roger Higgins.  I think

6    I'm certainly available.  Jamie?

7                MR. O'NEILL:  I'm taking a quick --

8                THE COURT:  Why don't we just --

9                MR. O'NEILL:  Yeah, go ahead, Your Honor.

10               THE COURT:  I guess the only thing I would think

11   is that, you know, while I'm trying to do this as a courtesy

12   for our pro se defendant, we could always provisionally

13   provide that the hearing is on March 25th, but since that's,

14   you know, six months away, things make change, right, things

15   make come up.  And if we need to push that back a week or

16   two, certainly just call my chambers and we can handle that.

17               You know, so these dates I'm throwing out are just

18   sort of like, you know, dates so that he could put a date on

19   his notice, you know, for purpose of hearing.  And

20   obviously, if you have any kind of conflict as we get closer

21   to this date and you need me to move that back, just like I

22   considered for him moving dates back, I would certainly

23   consider moving dates back for you as well.

24               MR. O'NEILL:  Thank you, Your Honor.  We

25   appreciate that.

1          MR. HIGGINS:  Yeah, thank you.

2          THE COURT:  Okay.  So shall we give him the date

3    provisionally of March 25th, 2021 to include in his notice

4    if he files his motion by that January deadline I gave him?

5          MR. O'NEILL:  Yes, Your Honor.

6          MR. SMOLKER:  Okay.  And then the last thing for

7    my public benefit motion that I filed on January 30th, if I

8    filed it on January 30th?

9          THE COURT:  Okay.  I mean, okay.  So if you file

10   it by January 30th, that's basically almost -- that's

11   actually a Saturday.

12         MR. SMOLKER:  Oh, okay, I'm sorry.  I made a

13   mistake looking at my calendar.  How about January 29th?

14         THE COURT:  Okay.  And then should we just push

15   all those other deadlines back by two weeks?

16         MR. SMOLKER:  I don't know what you mean.

17         THE COURT:  So if you were to file this third

18   motion -- the second motion to January 29th, then they

19   should have until, I guess, I think it would actually be

20   March 1st or so.  Well, whatever date I gave them to respond

21   to the other one.  I want to give them the full, you know,

22   30 days to respond, so I think that that might bring us to

23   March 1st, Monday, March 1st.

24         MR. HIGGINS:  I think that's right, Your Honor.

25         THE COURT:  Okay.  So that means that they would

1    respond to March 1st, and then you would file your reply by

2    March 22nd, and we would have a hearing the week of April

3    5th, so you know, you could use the date of April 8th at

4    1:00 p.m.  You know, this is all subject to, you know,

5    peoples' calendars possibly changing in the future a little

6    bit and us having to, you know, move things up a little bit.

7    But I think those are the, you know, those are the

8    provisional dates that you could use at this time.

9              MR. SMOLKER:  Thank you so much, Your Honor.

10             THE COURT:  You're welcome.  All right.  Well, it

11   sounds like I'll be hearing from all of you over the next

12   few months, and if you should need anything before then, I'm

13   always around.  You can call my office at 215-408-2830, call

14   Joan Ranieri.

15             MR. SMOLKER:  What, wait (crosstalk).

16             THE COURT:  It's 215-408-2830 and just leave a

17   message because all of us are working from home, so we just

18   check our voicemail throughout the day many times.  So just

19   leave us a message and we'll get back to you if you should

20   leave something.

21             MR. SMOLKER:  Okay.

22             THE COURT:  Obviously, if you should settle this

23   matter.  I think that's highly unlikely, but I just throw

24   that out there as a possibility.

25             MR. SMOLKER:  And just to make sure there's no

1    confusion.  I am only going to serve the Grace people that I

2    asked for the award of attorneys' fees from and Grace.  I'm

3    not going to serve all 17 other people that were in this to

4    begin with.

5                   THE COURT:  Well, you should certainly serve

6    anyone that you're trying to get fees from, right?

7                   MR. SMOLKER:  Right.  I will do that.

8                   THE COURT:  Okay, all right.

9                   MR. SMOLKER:  Okay.  Thank you so much, Your

10   Honor.

11                  THE COURT:  Yeah, no problem.  So Mr. Higgins, Mr.

12   O'Neill, hopefully, that's okay with you that we're limiting

13   the service requirements.  As I mentioned before, once he

14   files something on the docket, you know, we should all get

15   immediate notice of that in any case, so feel free to

16   circulate that to anyone who'd you'd like.

17                  MR. HIGGINS:  Your Honor, that's --

18                  MR. O'NEILL:  That's fine.

19                  MR. HIGGINS:  That's fine, Your Honor.

20                  THE COURT:  Okay.  Grace, any questions from you

21   guys before we conclude this matter?

22                  MR. HIGGINS:  Not at this time, Your Honor.

23                  MR. O'NEILL:  I have one quick question, Your

24   Honor.  This is James O'Neill.

25                  THE COURT:  Yes.

1          MR. O'NEILL:  I just want to -- so we talked a

2     little bit about a scheduling order, and I don't know

3     whether you want one for the current motion that's pending

4     that we --

5          THE COURT:  Only for this one, only for summary

6     judgment because --

7          MR. O'NEILL:  Okay.  Right, just wanted to make

8     sure --

9          THE COURT:  Yeah.

10          MR. O'NEILL:  -- that I was right.  Okay.

11          THE COURT:  Thank you so much for that

12     clarification.

13          MR. O'NEILL:  We'll track the other dates, but

14     we'll only submit the scheduling order with respect to the

15     pending motion.

16          THE COURT:  Exactly.  All right.  Then if anyone

17     needs anything else, just give my chambers a call.

18          MR. SMOLKER:  I have one question since I'm

19     unfamiliar.  Does the Court make minute orders about what

20     happens at a hearing?

21          THE COURT:  Well, there are transcripts, so you

22     can always call and get a transcript.  So, Joan, would it be

23     -- I know this is sort of weird because we're doing this for

24     Delaware, but when we have hearing in January, Tasha would

25     presumably be recording it.

Page 24

1           CLERK:  Tasha's recording it, yes.

2           THE COURT:  Yeah.  So you would basically, at the

3    conclusion of the hearing, sir, you should just ask Tasha

4    for a copy of the transcript and she'll tell you how you

5    actually need to make that request.  And depending on how

6    soon you want the transcript, you have to pay more money if

7    you want the transcript sooner rather than later.

8           MR. SMOLKER:  Okay, thank you again.

9           THE COURT:  No problem.  Okay, everybody, it was

10   nice to meet everyone on the phone and I guess I'll be

11   hearing from you guys in the future.  I'll talk to you

12   again.

13          MR. SMOLKER:  Thank you again.

14          MR. O'NEILL:  Thank you so much, Your Honor.

15          MR. HIGGINS:  Thank you, Your Honor.

16          THE COURT:  Okay, thank you everybody.  Take care.

17   Bye-bye.

18   (Concluded at 2:27 PM)

19                         *  *  *  *  *

20

21

22

23

24

25

Page 25

1              C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  January 13, 2021

| **&** |
| --- |
| **&**   1:7 3:3,4,11 4:3 |

| **0** |
| --- |
| **01-01139**   1:3 |

| **1** |
| --- |
| **10:00**   10:23 11:9 |
| 11:14 |
| **11501**   25:23 |
| **120**   4:21,23 5:11 |
| **13**   25:25 |
| **136**   3:12 |
| **14th**   6:17 7:22 |
| **15**   8:5,6 16:10 |
| **15th**   4:23 9:12 |
| 12:16 16:4,11,14 |
| 17:5,17 18:3 19:1 |
| **16th**   4:23 8:20 |
| 9:12,20 10:4,17 |
| 12:6 16:1 18:5,12 |
| **17**   1:17 8:5,6,6,10 |
| 22:3 |
| **17th**   3:5 7:20 |
| **19107**   1:15 |
| **1980**   3:6 |
| **1:00**   11:8,12,13 |
| 12:3 18:17 19:1 |
| 21:4 |
| **1st**   20:20,23,23 |
| 21:1 |

| **2** |
| --- |
| **2001**   7:9 |
| **2020**   1:17 4:23 |
| 8:20 |
| **2021**   4:23 16:4 |
| 18:5 20:3 25:25 |
| **215-408-2830** |
| 21:13,16 |
| **21st**   10:23,25 |
| 11:12 12:3 |
| **22nd**   21:2 |
| **25th**   18:17 19:3,3 |
| 19:13 20:3 |

| **27th**   6:19 7:9 |
| --- |
| **29th**   20:13,18 |
| **2:00**   1:18 |
| **2:27**   24:18 |

| **3** |
| --- |
| **30**   12:14 20:22 |
| **300**   25:22 |
| **30th**   20:7,8,10 |
| **31st**   6:16 |
| **330**   25:21 |

| **4** |
| --- |
| **44**   8:12 |
| **44.55.**   8:13 |

| **5** |
| --- |
| **516**   3:12 |
| **5th**   6:20 7:16 8:22 |
| 9:4,8 21:3 |

| **6** |
| --- |
| **60642**   3:13 |
| **6th**   10:19 12:4 |

| **7** |
| --- |
| **755**   5:8 8:14 |

| **8** |
| --- |
| **8th**   21:3 |

| **9** |
| --- |
| **90**   4:22,22 5:12 |
| **900**   1:14 |
| **919**   3:5 |
| **9th**   18:14 |

| **a** |
| --- |
| **a.m.**   11:9,14 |
| **ability**   5:23 |
| **able**   5:10 7:11 |
| 17:6 18:24,25 |
| **absolutely**   11:22 |
| **accommodate** |
| 9:10 |
| **accommodating** |
| 9:25 |

| **accurate**   25:4 |
| --- |
| **accurately**   15:8 |
| **addition**   13:17 |
| **additional**   4:15 |
| **additionally**   15:1 |
| **advisory**   17:25 |
| **afternoon**   6:12 |
| **agreed**   6:7 |
| **ahead**   7:7 19:9 |
| **al**   1:7 |
| **allegations**   14:4,4 |
| 16:19 |
| **alleging**   14:7,17 |
| **amount**   7:10 |
| **anymore**   18:21 |
| **anyway**   8:14 |
| 11:20 |
| **appeal**   9:6 |
| **appearing**   3:17 |
| 6:3 |
| **apply**   18:20 |
| **appreciate**   19:25 |
| **april**   21:2,3 |
| **argument**   7:5 |
| **arguments**   5:9,11 |
| 5:12 7:12 11:4 |
| **arrive**   6:7 |
| **ashely**   1:22 |
| **asked**   22:2 |
| **asking**   7:11 8:23 |
| 16:4 17:10 |
| **associate**   9:18 |
| **assume**   11:18 |
| **assuming**   18:18 |
| **attend**   18:24,25 |
| **attorney**   3:4,11 |
| **attorneys**   12:19 |
| 15:2 16:9 18:2,5 |
| 22:2 |
| **august**   6:15,18,19 |
| 7:9,20 |
| **available**   17:11 |
| 19:6 |

| **avenue**   3:12 |
| --- |
| **award**   22:2 |
| **aware**   9:23 |

| **b** |
| --- |
| **b**   1:21 |
| **back**   6:14,18 |
| 19:15,21,22,23 |
| 20:15 21:19 |
| **background**   6:9 |
| **bankruptcy**   1:1 |
| 1:12,23 13:16 |
| 15:16 |
| **basically**   8:23 |
| 20:10 24:2 |
| **basis**   12:18 |
| **behalf**   6:3 |
| **believe**   4:9 6:20 |
| **benefit**   15:2,4 |
| 16:10,18,24 20:7 |
| **best**   5:11 14:5 |
| **bit**   6:24 21:6,6 |
| 23:2 |
| **breathing**   5:19,22 |
| **briefly**   15:24 |
| **bring**   12:8 20:22 |
| **bye**   24:17,17 |

| **c** |
| --- |
| **c**   3:1 4:1 25:1,1 |
| **calendar**   12:12 |
| 20:13 |
| **calendars**   21:5 |
| **california**   11:1 |
| **call**   4:4 11:5,5,7 |
| 11:14 19:16 21:13 |
| 21:13 23:17,22 |
| **cardiologist**   5:21 |
| **care**   24:16 |
| **case**   1:3 4:6 8:19 |
| 9:24 13:16 22:15 |
| **cases**   8:7 |
| **certainly**   15:16 |
| 17:22 19:6,16,22 |
| 22:5 |

**certificate** 13:19
**certified** 25:3
**chambers** 19:16
  23:17
**chan** 1:22
**chance** 9:16
**change** 19:14
**changing** 21:5
**check** 21:18
**chicago** 3:13
**choice** 15:12
**choices** 9:14
**circulate** 22:16
**claim** 7:8
**claims** 9:22,23
**clarification**
  23:12
**clear** 5:11 11:2
**clerk** 4:2 24:1
**clerk's** 10:6
**client** 9:17
**close** 9:24
**closer** 19:20
**code** 7:21
**collateral** 8:3
**colloquy** 6:6
**come** 19:15
**complete** 4:12
  7:12
**completely** 14:22
  14:24
**comply** 15:14
**concentrate** 5:23
**conclude** 22:21
**concluded** 24:18
**conclusion** 14:15
  24:3
**conference** 2:1
**conferring** 16:9
**conflict** 19:20
**confusion** 22:1
**consider** 14:20
  17:23 19:23

**considered** 19:22
**consult** 9:17
**consulting** 5:19
**contrary** 7:11
**convenience** 7:3
**copy** 24:4
**correct** 16:2,2
**cost** 8:13
**counsel** 6:4 9:18
  11:16
**counter** 14:4
**country** 25:21
**couple** 5:3
**course** 7:7 18:25
**court** 1:1,12 4:4
  4:19,24 5:15,24
  6:11 7:7,13 8:16
  8:21 9:25 10:10
  10:15,21 11:2,11
  11:17,24 12:2,9
  12:17,20,21,23
  13:3,7,9,12,15
  14:24 15:6,12,16
  15:20 16:2,7,12
  16:22 17:1,9,25
  18:7,11,14,23
  19:3,8,10 20:2,9
  20:14,17,25 21:10
  21:16,22 22:5,8
  22:11,20,25 23:5
  23:9,11,16,19,21
  24:2,9,16
**courtesy** 18:7
  19:11
**courthouse** 1:13
**critical** 12:25
**crosstalk** 21:15
**current** 12:25
  23:3

**d**

**d** 4:1
**date** 4:13,14 6:8
  6:21 7:19 8:17 9:4

13:24 16:5 17:2
18:19 19:18,21
20:2,20 21:3
25:25
**dates** 10:8 15:22
  16:6 17:3 18:20
  19:17,18,22,23
  21:8 23:13
**day** 21:18
**days** 4:22,22,22
  4:23 5:12,12 6:16
  12:14 16:10 20:22
**de** 3:6
**deadline** 6:20,22
  7:3 9:8 12:14,15
  13:23 20:4
**deadlines** 4:6,24
  20:15
**debtor** 8:25
**debtors** 1:9
**december** 4:23
  7:1 8:20 9:20 10:4
  10:17 12:5 16:1
**decision** 13:1
  14:19,21
**defendant** 4:8,11
  4:15 9:3 10:3,16
  11:7 17:4,16 18:1
  19:12
**delaware** 10:6
  15:15 23:24
**depending** 24:5
**different** 8:5,5,6,6
  8:7 14:24
**difficulty** 5:22
**disability** 5:19
**disabled** 5:23
**doable** 10:20
**docket** 13:16
  22:14
**documents** 8:2
  13:18

**doing** 23:23
**due** 7:20,22

**e**

**e** 1:21,21 3:1,1,8
  4:1,1 25:1
**earlier** 9:4
**earliest** 7:3
**eastern** 1:2 11:8
  11:12 12:3
**ecro** 1:25
**either** 5:15,16
**electronically**
  11:20
**email** 6:15
**engaged** 6:14
**esq** 3:8,15
**et** 1:7
**everybody** 11:25
  12:6 24:9,16
**everybody's** 4:2
**everyone's** 18:15
**evidence** 11:4
**exactly** 14:3,10
  15:9 23:16
**excuse** 8:5
**expedite** 10:13
**expeditiously**
  10:2
**extent** 14:3
**extra** 5:6 6:17

**f**

**f** 1:21 25:1
**facts** 12:24,25
  13:6
**far** 4:25
**faster** 6:24
**february** 18:5,12
**federal** 1:13
**feel** 5:6 22:15
**fees** 15:2 16:9
  22:2,6
**feet** 16:19

**file**   4:11,16 7:4,15
  8:18 9:3,11,12
  10:12,16 12:13
  13:15,17,18,19,23
  14:10,14,14 15:13
  15:14,16,22,25
  16:3,8,10,14,17
  17:3,4,5,16 18:2,5
  18:8,9,11,18,19
  18:20 20:9,17
  21:1
**filed**   4:8,8 5:5 7:8
  12:4,5 18:1,3,24
  20:7,8
**files**   20:4 22:14
**filing**   10:3 12:14
  12:14 14:11 17:3
**finally**   9:24 13:22
**fine**   10:15 11:23
  16:22 22:18,19
**firm**   11:16,16
**firms**   8:5,6,7
**first**   10:18 17:21
**floor**   3:5
**focus**   5:23
**foregoing**   25:3
**forgot**   17:21
**forth**   6:15 13:23
**forward**   6:23
**four**   9:21 17:12
**fourth**   9:22
**frankly**   6:22
**fraud**   12:20,21
**free**   18:15 22:15
**friday**   18:3
**front**   13:10
**full**   7:16 14:3,6
  15:7,9 16:18
  20:21
**future**   21:5 24:11

**g**

**g**   4:1
**gary**   3:18
**general**   9:18
**gentlemen**   17:18
**getting**   11:19
**gigantic**   8:1
**give**   5:4 6:17 8:24
  17:3 20:2,21
  23:17
**given**   17:12
**giving**   17:2
**glitch**   6:14 13:4
**go**   5:21 7:7 14:5
  15:24 19:9
**goes**   14:23
**going**   7:10 11:3,3
  14:11,12 15:25
  16:8,13,15,24
  18:19 22:1,3
**good**   4:14 6:12
  19:4
**grace**   1:7 3:4,11
  4:3 6:3,13 8:8,22
  9:18 10:12 11:16
  12:19 17:1,6,9
  18:2,4 22:1,2,20
**grace's**   12:3
**granting**   5:9
  13:19
**great**   11:24 15:4
**green**   13:5
**guess**   8:21 9:2,11
  10:5 13:25 17:5,7
  19:10 20:19 24:10
**guys**   9:12 10:23
  11:11,17 18:24
  19:4,4 22:21
  24:11

**h**

**handle**   19:16
**happen**   15:5

**happens**   23:20
**happy**   6:21 7:2
  10:13
**hear**   5:24 7:12,13
  8:23 9:8 12:11
**hearing**   2:1 4:14
  6:2,25 9:14 10:22
  11:13 12:2 13:24
  14:2,8,9,12,15
  15:9,19 16:5,6,15
  16:17 18:15,17,24
  19:1,13,19 21:2
  21:11 23:20,24
  24:3,11
**hearings**   4:25
**held**   11:3
**help**   8:16 10:9
**helpful**   10:12
**hi**   4:2
**higgins**   3:10,15
  6:4,5,8,12,13 9:16
  10:9,11,20,25
  11:16,22,25 17:20
  17:20 18:23 19:2
  19:5,5 20:1,24
  22:11,17,19,22
  24:15
**highly**   8:24 21:23
**home**   21:17
**hon**   1:22
**honor**   4:18 6:1,6
  6:12,20 7:2,6 9:16
  9:23 10:9,11,20
  11:22 14:24 17:20
  19:5,9,24 20:5,24
  21:9 22:10,17,19
  22:22,24 24:14,15
**hopefully**   22:12
**hyde**   2:25 25:3,8

**i**

**idea**   14:16
**il**   3:13

**imagine**   8:12,13
**immediate**   22:15
**include**   20:3
**independent**
  14:22
**injured**   5:22
**inside**   11:6
**instance**   14:11
**intend**   12:13
**interrupt**   10:11
**introduce**   17:21
**involved**   8:15
**issue**   9:6 14:23
**issues**   17:17
**it'll**   11:5

**j**

**j**   3:15
**james**   3:8 6:2
  22:24
**jamie**   5:25 19:6
**january**   4:23 7:1
  9:13 10:19,19,23
  10:25 11:12 12:3
  12:4,16 16:4,10
  16:14 17:18 18:3
  20:4,7,8,10,13,18
  23:24 25:25
**joan**   1:25 10:5,5
  21:14 23:22
**jones**   3:3
**judge**   1:23 4:2
**judgment**   4:8,12
  4:17 5:2,10 9:1,5
  10:4 12:5,15 14:2
  14:23 15:25 23:6

**k**

**kind**   14:5,16
  19:20
**know**   4:25 5:4,17
  7:14,14 9:3,9 10:2
  10:5 11:18,19
  13:1,18,21 14:3,6
  14:10,12,16 15:8

15:13,14 16:17,18
16:21,23,24 17:12
18:18 19:11,14,17
19:18,19 20:16,21
21:3,4,4,6,7 22:14
23:2,23
**knowing**  16:18

**l**

**laid**  8:7 16:19
**lapse**  7:25
**law**  3:10 8:5,6,7
  12:24
**lawyers**  8:5,6
**leave**  21:16,19,20
**ledanski**  2:25 25:3
  25:8
**left**  12:25
**legal**  13:6 25:20
**light**  13:5
**limiting**  22:12
**line**  4:2
**listening**  9:18
**little**  6:9,24 21:5,6
  23:2
**live**  9:20
**llc**  3:10
**llp**  3:3
**local**  15:15
**long**  5:8 10:1
**longer**  17:14
**look**  15:17
**looking**  20:13
**lose**  9:5
**lot**  7:9 11:19
  17:10
**lungs**  5:22

**m**

**m**  1:22
**mailed**  8:11
**main**  13:16
**making**  11:4
**manner**  11:18

**march**  18:15,17
  19:1,3,3,13 20:3
  20:20,23,23 21:1
  21:2
**market**  1:14 3:5
**matter**  1:5 8:3
  21:23 22:21
**matters**  10:13
  12:7
**mean**  5:2 11:3,18
  12:9 15:18 17:2
  17:10 18:4,4 20:9
  20:16
**means**  10:3 20:25
**mediation**  9:22
**medical**  5:18
**meet**  24:10
**mention**  8:11
**mentioned**  22:13
**mentions**  8:10
**merits**  5:13
**message**  21:17,19
**middle**  5:20
**mind**  11:17,20
**mineola**  25:23
**minute**  23:19
**misrepresenting**
  12:23
**misstatements**  8:2
**mistake**  20:13
**monday**  20:23
**money**  24:6
**month**  5:4 6:17
  17:18,23,23
**months**  17:13
  19:14 21:12
**motion**  4:7,12,17
  5:2,10 9:1 12:13
  12:18,25 13:10,15
  13:17,19 14:2
  15:2,25 16:4,9
  17:4,5,13,16,24
  18:2,25 20:4,7,18

20:18 23:3,15
**motions**  14:21
**move**  6:23 8:17
  19:21 21:6
**moving**  19:22,23

**n**

**n**  3:1,12 4:1 25:1
**n.c.**  1:13
**need**  4:16 5:1,1,6
  11:4 13:15,22,22
  17:23 19:15,21
  21:12 24:5
**needs**  23:17
**never**  4:24
**nice**  24:10
**nix**  1:13
**north**  3:5
**noted**  6:6
**nothing's**  18:1
**notice**  13:23 19:19
  20:3 22:15
**noticed**  7:25
**november**  6:20
  7:16 8:22 9:4,8
**number**  13:9
**ny**  25:23

**o**

**o**  1:21 4:1 25:1
**o'neill**  6:1,3 11:16
  18:23 19:7,9,24
  20:5 22:12,18,23
  22:24 23:1,7,10
  23:13 24:14
**objection**  13:23
  17:2
**obtain**  13:22
**obviously**  5:4
  13:20 14:9 17:11
  19:20 21:22
**offer**  7:19,23
**offered**  7:15 8:22
**office**  10:6 21:13

**offices**  3:10
**ogden**  3:12
**oh**  15:20 20:12
**okay**  4:4 5:24
  6:11 7:13 8:21
  9:25 10:21 11:11
  11:24 12:9,9,21
  13:3,12 15:17
  16:7,12,22 17:25
  18:6,11,14,23
  20:2,6,9,9,12,14
  20:25 21:21 22:8
  22:9,12,20 23:7
  23:10 24:8,9,16
**old**  25:21
**once**  9:23 22:13
**onerous**  8:4,14
**open**  10:22,22
**opposition**  5:14
  12:4 14:22
**oral**  7:5 13:10
**order**  10:13 13:1
  13:18 14:9 15:3,6
  23:2,14
**orders**  12:24
  23:19
**overwhelming**
  7:22
**o'neill**  3:8

**p**

**p**  3:1,1 4:1
**p.m.**  11:8,12,13
  12:3 18:17 19:1
  21:4
**pa**  1:15
**pachulski**  3:3
**page**  4:5
**pages**  5:8 8:14
**papers**  8:12
**participate**  11:7
**parties**  11:21
**party**  11:19

[passed - smolker]

Page 5

passed 5:5 7:9
pay 24:6
pending 23:3,15
pennsylvania 1:2
people 8:10,15
13:21 22:1,3
peoples 21:5
perfect 11:10
period 18:8
perpetuating
12:20
philadelphia 1:15
phone 6:4 24:10
pick 4:13
picture 14:6
pleading 7:14 9:3
plus 17:13
pm 1:18 24:18
point 9:21 12:11
15:6 16:12
position 9:15
possibility 9:6
14:14 21:24
possible 5:11
possibly 21:5
postage 8:12
prefer 4:21
prejudice 7:10
prepare 10:16
present 5:10,12
8:3
press 9:8
pressing 15:10
presumably 23:25
previously 7:15
8:22
prior 12:24
pro 3:18 8:25
11:19 19:12
problem 5:19
22:11 24:9
procedurally 13:9

proceeding 6:23
13:16
proceedings 25:4
proof 7:8
proposed 6:15,16
13:18
proposing 15:21
15:21 16:3 17:6
provide 6:5,9,9
19:13
provisional 21:8
provisionally
19:12 20:3
public 15:2,4 16:9
16:24 20:7
pulmonologist
5:20
purpose 4:4 19:19
pursue 13:13
push 19:15 20:14
put 19:18

**q**

question 14:1
22:23 23:18
questions 22:20
quick 19:7 22:23
quite 6:22 7:9

**r**

r 1:21 3:1 4:1 25:1
raise 9:6 14:15
ranieri 1:25 21:14
read 4:9
reading 7:21
real 5:1
realize 7:19
really 8:15 17:3
reason 15:4
record 6:2 15:7
25:4
recording 23:25
24:1
red 13:5

remaining 9:22
reply 7:4 14:11
18:8,9,12 21:1
request 5:25 10:1
24:5
require 9:3
requirement 8:4
8:10,14,17
requirements
22:13
resources 17:11
respect 23:14
respond 4:10,20
5:2 8:25 17:6,13
17:14,18 18:12
20:20,22 21:1
response 4:9,9,12
4:16 5:25 6:5,10
6:19,22 7:2,16
8:18 10:4,17 12:4
12:15 15:25 18:5
right 10:8 12:6
13:1 16:14,17
17:1,10 18:19
19:14 20:24 21:10
22:6,7,8 23:7,10
23:16
risk 9:7
road 25:21
robert 1:13
roger 3:10,15 6:4
6:12 17:20 19:5
roughly 6:17
rule 16:25
rules 15:15
ruling 18:1
run 10:2

**s**

s 3:1,18 4:1
sanctions 12:13
12:18 14:22 16:4
17:17 18:2

satisfied 4:22
saturday 20:11
saying 7:17,18 9:4
13:20 15:21
says 10:16
schedule 4:24
scheduling 10:12
23:2,14
se 3:18 8:25 11:19
19:12
second 20:18
see 6:22 14:3 15:9
sense 14:1,13
sensitive 6:14
separate 12:12
14:23 15:1 16:9
september 1:17
6:17 7:22
serve 8:4,10,11
11:15 22:1,3,5
served 11:17
13:20
serves 11:21
service 8:4,14,17
12:1 13:20 22:13
serving 13:21
set 4:14 7:3 11:11
15:19 16:5
sets 13:23
settle 21:22
she'll 24:4
shpigelman 9:17
side 5:25
sign 15:3
sir 4:24 17:9
18:18 24:3
six 8:24 19:14
smokler 6:7,15,18
6:25 7:3
smolker 3:18 4:18
4:21 5:8,18 7:6,8
7:18 8:19 10:24
11:1,10,15 12:7

12:12,19,23 13:4
13:8,11,14 14:21
15:11,18,24 16:3
16:8,21,23 17:7
18:6,10,13,22
20:6,12,16 21:9
21:15,21,25 22:7
22:9 23:18 24:8
24:13
**solutions**  25:20
**somewhat**  5:22
**sonya**  2:25 25:3,8
**soon**  24:6
**sooner**  6:23 24:7
**sorry**  4:19 10:11
17:20 19:2 20:12
**sort**  17:25 19:18
23:23
**sound**  6:14 12:6
13:4
**sounds**  7:15 21:11
**sr**  1:13
**stamina**  5:23
**standard**  11:8
**stang**  3:3
**states**  1:1,12 11:6
**stating**  15:7
**status**  2:1
**story**  7:12
**straight**  13:5
**street**  1:14 3:5
**strong**  5:9 7:12
**subject**  21:4
**submit**  23:14
**sue**  13:21
**sufficient**  4:10
**suggesting**  16:16
**suggestion**  13:3,7
14:18
**suite**  3:12 25:22
**summary**  4:8,12
4:17 5:2,9 9:1,5
10:4 12:5,15 14:2

14:23 15:25 23:5
**supplemental**
4:16
**supposed**  7:21
12:10
**sure**  4:5,11 10:7
10:15 11:25 13:12
15:14 21:25 23:8

**t**

**t**  25:1,1
**take**  5:21 6:21 9:7
10:18 15:16 18:14
24:16
**talk**  5:13 10:6
24:11
**talked**  23:1
**talking**  12:10 16:5
**tasha**  23:24 24:3
**tasha's**  24:1
**telephonically**  3:8
3:15,17 11:3
**tell**  5:1 24:4
**tests**  5:20,21
**thank**  6:1,11 9:25
19:24 20:1 21:9
22:9 23:11 24:8
24:13,14,15,16
**that'd**  11:10
**thing**  7:23 13:6
14:25 19:10 20:6
**things**  19:14,14
21:6
**think**  6:19,21 7:1
7:10 8:1,3,24 9:11
9:19 10:1 15:2,7
17:13,22 19:5,10
20:19,22,24 21:7
21:23
**thinking**  17:22
**third**  20:17
**thought**  14:19
15:20

**three**  7:4 9:21
10:18 18:13
**throw**  14:20 21:23
**throwing**  14:13
15:23 19:17
**thursday**  7:16
10:22 11:13 18:17
**time**  4:10,11,15
4:19 5:1,4,7 7:9
7:11,24,25 8:25
9:10 11:9,12,12
11:14 12:3 17:19
18:8,20 21:8
22:22
**times**  21:18
**today**  6:2,4 9:19
**told**  6:18
**total**  17:12
**track**  23:13
**traction**  7:24
**transcribed**  2:25
**transcript**  23:22
24:4,6,7 25:4
**transcripts**  23:21
**transpired**  9:20
**true**  25:4
**try**  4:13 5:16 9:9
16:16
**trying**  7:23 13:21
19:11 22:6
**tuesday**  18:16
**turn**  6:8 8:21
**turns**  15:3
**two**  7:4 8:9 11:15
11:21,21 17:7,10
17:14 19:16 20:15
**type**  7:22
**typically**  5:3

**u**

**u.s.**  1:23
**unable**  6:7
**uncontestable**
13:6

**understand**  5:17
12:17,22
**understanding**
4:7
**understood**  18:22
**unfamiliar**  23:19
**unhappy**  14:9
**united**  1:1,12 11:6
**unusual**  8:24
**use**  21:3,8
**usually**  18:7

**v**

**variety**  17:17
**various**  5:20
**veritext**  25:20
**view**  9:19
**viktoriya**  9:17
**voicemail**  21:18

**w**

**w.r.**  1:7 3:4,11 4:3
6:3,13 8:22 9:18
**wait**  15:8 21:15
**waiver**  8:9
**want**  5:13,15,16
5:16 13:12,17,19
13:19 14:10 15:1
15:8,13,18 17:4,7
17:8,14 18:9,11
20:21 23:1,3 24:6
24:7
**wanted**  4:10 6:19
16:12,13 23:7
**wants**  7:1
**way**  5:11 16:17
**website**  15:15
**wednesday**  10:4
10:18 12:4,5
18:16
**week**  16:15 18:16
19:15 21:2
**weeks**  5:3 7:4,5
8:24 10:18 17:7
17:10,14 18:13

20:15
**weird**  23:23
**welcome**  21:10
**went**  6:16 13:4
  15:5
**wide**  10:22
**willing**  5:3 9:7
**wilmington**  3:6
**working**  21:17
**works**  10:23
**worst**  8:19
**write**  10:7
**wrong**  7:21 16:21
  16:23

**x**

**x**  1:4,10
**xerox**  8:13

**y**

**yeah**  10:10,10,15
  19:9 20:1 22:11
  23:9 24:2
**year**  9:13

**z**

**ziehl**  3:3