<u>**Exhibit F**</u>

**Gary S. Smolker E-Mail Correspondence, Dated December 31, 2020**

**Roger Higgins**

| | |
|---|---|
| **From:** | Gary Smolker <gsmolker@aol.com> |
| **Sent:** | Thursday, December 31, 2020 3:01 PM |
| **To:** | Roger Higgins; joneill@pszjlaw.com |
| **Subject:** | Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment |

December 31, 2020

Mr. Higgins and Mr. O'Neil:

I request that GRACE grant me until January 15, 2021 to file my response and objections to GRACE'S pending motion for summary judgment and that GRACE agree to the following schedule for filing pleadings and other documents and for hearing date.

1. By January 15, 2021 at 4:00 P.M. (EST) SMOLKER shall file SMOLKER'S additional pleadings and additional documents in response to and in objection to GRACE'S pending Motion for Summary Judgment.

2. By February 16, 2021 at 4:00 P.M. (EST) GRACE shall file its REPLY, if any to SMOLKER'S OBJECTIONS to GRACE'S Motion for Summary Judgment.

3. On March 21, 2021 at 11:00 A.M. (PST) the Court, US Bankruptcy Judge Ashely Chan, Judge Presiding will conduct a telephonic hearing on GRACE'S Motion for Summary Judgment.

Agreeing to this proposal (1) will allow me to comment in a writing submitted to the Court on documents produced by GRACE at my office before January 10, 2021, on GRACE'S production of documents (or failure to produce documents) at my office specified to be produced at my office on or before January 27, 2021, and (2) will give GRACE more time to review, and digest, the 49.9 pounds of documents sent to each of you on December 15, 2020 by me via Federal Express Overnight Mail.

Please let me know if you have not already received the 49.9 pounds of documents I sent to you via Federal Express Overnight Mail on December 15, 2020.

Thank you, in advance, for your cooperation.

Very truly yours,

GARY S. SMOLKER

Gary S. Smolker, In Pro Per
16055 Ventura Blvd., Suite 525
Encino, CA. 91436

Email: GSmolker@aol.com

Cell Phone: 1-310-749-9735
Office Phone: 1-818-788-7290