IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (AMC) |
| | ) | |
| Reorganized Debtors. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Theodore J. Tacconelli, Esq. of Ferry Joseph, P.A., hereby withdraws his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that John D. McLaughlin, Jr., Esq. of Ferry Joseph, P.A. hereby enters his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned cases. Please remove Theodore J. Tacconelli, Esq. from all service lists and from the CM/ECF notification system.

FERRY JOSEPH, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
Wilmington, DE 19801
(302) 575-1555
Counsel for Anderson Memorial Hospital

FERRY JOSEPH, P.A.

/s/John D. McLaughlin
John D. McLaughlin, Jr. (No. 4123)
824 Market Street, Suite 1000
Wilmington, De 19801
(302) 575-1555
Counsel for Anderson Memorial Hospital

Dated: January 24, 2021