# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al*.,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON FEBRUARY 1, 2021, AT 12:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN

**W. R. Grace & Co. - Case No. 01-1139**
**February 1, 2021 at 12:00 p.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

## CONTESTED MATTERS:

1.  Motion and Supporting Declaration of Gary S. Smolker ("Smolker") for Leave to File the Following Additional Pleadings and Exhibits in Opposition to Grace's Pending Motion for Summary Judgment: (A) List of Additional Exhibits and Documents Specified in that List (B) List of Legal Issues and Discussion of Same; (C) Additional memorandum of Points and Authorities; (D) Additional Declaration of Gary Smolker [Filed: 1/15/21] (Docket No. 33181).

    Response Deadline:  February 1, 2021.

    Responses Received:

    a.  Reorganized Debtor's Objection to Motion and Supporting Declaration of Gary S. Smolker ("Smolker") for Leave to File the Following Additional Pleadings and Exhibits in Opposition to Grace's Pending Motion for Summary Judgment [Filed: 1/25/21] (Docket No. 33185).

    Related Documents:

    a.  [Signed] Order [Filed: 1/20/21] (Docket No. 33182).

---

[1]  The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

      Status:  This matter will go forward.

2. Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20] (Docket No. 33154).

    Response Deadline:  August 17, 2020, at 4:00 p.m. *(further extended to December 30, 2020)*

    Responses Received:

    a. Gary S. Smolker's Objections and Response to W. R. Grace & Co.'s Motion for Summary Judgement [Filed: 8/18/20] (Docket No. 33157).

    b. Gary S. Smolker's ("Smolker's") Declaration in Opposition to Reorganized Debtor W. R. Grace & Co.'s ("Grace's") Motion for Summary Judgment Pursuant to Rule 56 of Federal Rules of Civil Procedure [Filed: 1/4/21] (Docket No. 33177).

        (i) Exhibits Regarding Gary S. Smolker's ("Smolker's") Declaration in Opposition to Reorganized Debtor W. R. Grace & Co.'s ("Grace's") Motion for Summary Judgment Pursuant to Rule 56 of Federal Rules of Civil Procedure [Filed: 1/4/21] (Docket No. 33178).

    Reply Deadline:  January 20, 2021.

    Replies Received:

    a. Reply in Support of Grace's Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively [Filed: 1/20/21] (Docket No. 33183).

    Related Documents:

    a. [Proposed] Order Disallowing Claim No. 392 and 4070, Filed By Home Saving Termite Control, Inc., and Wayne Morris, Respectively [Filed: 8/3/20] (Docket No. 33154, Exhibit A).

    b. [Signed] Scheduling Order [Filed: 10/2/20] (Docket No. 33163).

    c. [Signed] Amended Scheduling Order [Filed: 12/22/20] (Docket No. 33175).

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u>  This matter will go forward.

Dated:  January 28, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors