**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*. | : | Case No. 01-1139 (AMC) |
| | : | |
| Reorganized Debtors | : | |
| | : | **Related to D.I. 33187** |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE that Anderson Memorial Hospital, through its undersigned counsel, hereby withdraws its **Notice of Substitution of Counsel,** filed on January 27, 2021 [Docket No. 33187], which identified an incorrect party.

**FERRY JOSEPH, P.A.**

Dated: *28 January 2021*                    */s/ John D. McLaughlin, Jr.*
                                            _____
                                            John D. McLaughlin Jr. (No. 4123)
                                            824 North Market Street,
                                            Suite 1000
                                            Wilmington, DE 19801
                                            Telephone: (302) 442-6440
                                            Facsimile: (302) 575-1714
                                            jmclaughlin@ferryjoseph.com

                                            *Counsel for Anderson Memorial Hospital*