FILED

IN THE UNITED STATES BANKRUPTCY COURT

2021 FEB -8 AM 10: 08

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On January 14, 2021, I served the following titled and attached documents:

**GARY S. SMOLKER'S NOTICE OF MOTION AND MOTION**

**GARY S. SMOLKER'S LIST OF LEGAL ISSUES**

**GARY S. SMOLKER'S LIST OF EXHIBITS**

__X__ VIA MAIL, by placing a true copy of the document(s) listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 561 North Ogden Ave., Suite 136, Chicago, Illinois 61642

Pachulski Stang Ziehl & Jones, LLP 919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

ORGINAL SENT FOR FILING TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court

Office of the Clerk

824 Market Street

Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 14, 2021, at Encino, California.

_____

Lauren Elder

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2021 FEB -8 AM 10: 08

Case No. 01—1139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, California 91436.

On January 29, 2021, I served a copy of the following (attached) document titled **CERTIFICATE OF SERVICE** via Unites States Mail on:

Law Offices of Roger Higgins, LLC, Attention Roger J. Higgins, Esq.
516 North Ogden Ave., Suite 136
Chicago, Illinois 60642

Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, Esq.
919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

The United States Bankruptcy Court for the District of Delaware, Office of the Clerk, 824 Market Street, Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 29, 2021, at Encino, California.

_____
Sabrina Jones

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

'21 FEB -8 AM 10: 08

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) Original Hearing date: March 4, 2021, 12:00 p.m. | |
| | ) Original Reply Deadline: Feb 5, 2021, 4:00 p.m. | |
| _____ | ) Docket Nos. 33154, 33163, and 33181 | |

### CERTIFICATE OF SERVICE

I, Gary S. Smolker, hereby certify that on January 14, 2021, I caused a copy of the following documents to be served on the individuals and the court on the attached service list in the manner indicated:

**NOTICE OF MOTION AND MOTION AND SUPPORTING DELCARATION OF GARY S. SMOLKER ("SMOLKER") FOR LEAVE TO FILE THE FOLLOWING ADDITIONAL PLEADINGS AND EXHIBITS IN OPPOSITION TO GRACE'S PENDING MOTION FOR SUMMARY JUDGEMENT: (A) LIST OF ADDITIONAL EXHIBITS AND DOCUMETNS SPECIFIED IN THAT LIST (B) LIST OF LEGAL ISSUES AND DISCUSSION OF SAME; (C) ADDITIONAL MEMORANDUM OF POINTS AND AUTHORITIES; (D) ADDITIONAL DECLARATION OF GARY SMOLKER. THIS MOTION IS BROUGHT PURSUANT TO RULE 56 (d), Rule 6 (b)(1)(B), Rule 6 (c)(1) and Rule 6 (c)(2) of Federal Rules of Civil Procedure (Docket Number 33181)**

*/s/ Gary S. Smolker*

Gary S. Smolker, Claimant, In Pro Per
Email: GSmolker@aol.com
Cell Phone:   1-310-749-9735
Office Phone: 1-818-7887290