# **EXHIBIT A**

**This Exhibit has been omitted to avoid duplication.  A copy of the *Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively with Exhibits A, B and C* [Docket No. 33154] was included in the service copy sent to the Notice parties.**