# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of February, 2021, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**RE-NOTICE** **OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR DISALLOWANCE OF CLAIM NO. 392, FILED BY GARY S. SMOLKER, AND RELATED CLAIMS, NOS. 382 AND 4070, FILED BY HOME SAVINGS TERMITE CONTROL, INC., AND WAYNE MORRIS, RESPECTIVELY and**

**MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR DISALLOWANCE OF CLAIM NO. 392, FILED BY GARY S. SMOLKER, AND RELATED CLAIMS, NOS. 382 AND 4070, FILED BY HOME SAVINGS TERMITE CONTROL, INC., AND WAYNE MORRIS, RESPECTIVELY [Docket No. 33154]**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

WR Grace & Co., et al. Supplemental Smolker Service List for Home Saving Termite Control and Wayne Morris
Case No. 01-1139 (AMC)
Document No. 233001.1
**03 – First Class Mail**

**FIRST CLASS MAIL**
(Counsel for Termite Control)
Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Wayne Morris)
Prindle, Decker & Amarro
c/o Gary E. Yardumian
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Home Savings Termite Control, Inc. and Wayne Morris)
Jack C. Nick, Esquire
Prindle, Goetz, Barnes & Reinholtz LLP
310 Golden Shore Pkwy, 4th Floor
Long Beach, CA  90802