# EXHIBIT 3

February 1, 2021 response email from Ranieri acknowledging receipt of Proof of Claim No. 392

**From:** Joan_Ranieri@paeb.uscourts.gov,
**To:** gsmolker@aol.com,
**Subject:** RE: Proof of Claim dated 6/6/01 filed in U.S. Bankruptcy Court, District of Delaware on August 27, 2001
**Date:** Mon, Feb 1, 2021 11:38 am
**Attachments:**

Please submit pleadings to the Court in Delaware for docketing if they are to be part of the case record.

Judge Chan has access to that docket and can view the document on it.

Joan Ranieri

Courtroom Deputy to Judge Ashely M. Chan

United States Bankruptcy Court

Eastern District of Pennsylvania

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~



---

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Monday, February 1, 2021 1:26 PM
**To:** Joan Ranieri <Joan_Ranieri@paeb.uscourts.gov>
**Cc:** rhiggins@rogerhigginslaw.com; joneill@pszlw.com
**Subject:** Re: Proof of Claim dated 6/6/01 filed in U.S. Bankruptcy Court, District of Delaware on August 27, 2001

**CAUTION - EXTERNAL:**

February 1, 2021


Ms. Ranieri:


Attached is a copy of the "PROOF OF CLAIM" discussed at the hearing this morning.


Very truly yours,



Gary S. Smolker, Claimant, In Pro Per

Email: GSmolker@aol.com

Cell Phone: 1-310-749-9735

Office Phone: 1-818-788-7290

-----Original Message-----
From: Gary Smolker <gsmolker@aol.com>
To: Joan_Ranieri@paeb.uscourts.gov <Joan_Ranieri@paeb.uscourts.gov>
Cc: rhiggins@rogerhigginslaw.com <rhiggins@rogerhigginslaw.com>; joneill@pszlw.com <joneill@pszlw.com>
Sent: Mon, Feb 1, 2021 10:21 am
Subject: Proof of Claim dated 6/6/01 filed in U.S. Bankruptcy Court, District of Delaware on August 27, 2001

February 1, 2021

Ms. Ranieri,

Attached is a copy of the PROOF OF CLAIM which we discussed at the hearing a few minutes ago.

The Proof of Claim is dated 6/6/01.

Apparently it was filed in the US Bankruptcy Court for the District of Delaware on August 27, 2001.

It states: BASIS FOR CLAIM:

- Personal injury
- Property damage

AMOUNT OF CLAIM AT TIME CASE FILED: "Unliquidated claim in excess of $3500,000.00"

Very truly yours,

Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
Cell Phone:      1-310-749-9735
Office Phone:   1-818-788-7290

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT 4

**January 4, 2021 (12:11pm)**

Email from O'Neil to Ranieri requesting a telephone conference with Judge Chan

**From:** jo'neill@pszjlaw.com,
**To:** Joan_Ranieri@paeb.uscourts.gov,
**Cc:** gsmolker@aol.com, rhiggins@rogerhigginslaw.com,
**Subject:** WR Grace
**Date:** Mon, Jan 4, 2021 12:11 pm
**Attachments:**

---

Good afternoon. Grace has received an extension request from Mr. Smolker. Would it be possible to have a telephonic conference with Judge Chan to discuss?

Mr. Smolker has indicated he is not available on 1/6 so please let us know if there is time available on 1/7 or 1/8 or as soon thereafter as the Court is available.

Thank you.

**James O'Neill**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6407
Tel: 302.652.4100 | Cell: 302.438.1615 | Fax: 302.652.4400
jo'neill@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

CONFIDENTIALITY

This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING

Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

# EXHIBIT 5

**January 4, 2021 (12:56pm)**

Email from Ranieri to O'Neil setting up telephone conference with
Judge Chan on January 8, 2021 at 10:00am

**From:** Joan_Ranieri@paeb.uscourts.gov,
**To:** jo'neill@pszjlaw.com,
**Cc:** gsmolker@aol.com, rhiggins@rogerhigginslaw.com,
**Subject:** RE: WR Grace
**Date:** Mon, Jan 4, 2021 12:56 pm
**Attachments:**

---

Good afternoon, Judge Chan would like to set up a telephonic conference for Friday, January 8, 2021 at 10:00 a.m. regarding Mr. Smolker's request.


Call in procedure has not changed. Please Dial: 877-873-8017 and Access Code: 3027681#



Joan Ranieri

Courtroom Deputy to Judge Ashely M. Chan


United States Bankruptcy Court

Eastern District of Pennsylvania

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~




**From:** James O'Neill <jo'neill@pszjlaw.com>
**Sent:** Monday, January 4, 2021 3:12 PM
**To:** Joan Ranieri <Joan_Ranieri@paeb.uscourts.gov>
**Cc:** 'Gary Smolker (gsmolker@aol.com)' <gsmolker@aol.com>; 'rhiggins@rogerhigginslaw.com' <rhiggins@rogerhigginslaw.com>
**Subject:** WR Grace



**CAUTION - EXTERNAL:**

**From:** jo'neill@pszjlaw.com,
**To:** Joan_Ranieri@paeb.uscourts.gov,
**Cc:** gsmolker@aol.com, rhiggins@rogerhigginslaw.com,
**Subject:** WR Grace
**Date:** Mon, Jan 4, 2021 12:11 pm
**Attachments:**

---

Good afternoon.  Grace has received an extension request from Mr. Smolker.  Would it be possible to have a telephonic conference with Judge Chan to discuss?

Mr. Smolker has indicated he is not available on 1/6 so please let us know if there is time available on 1/7 or 1/8 or as soon thereafter as the Court is available.

Thank you.

**James O'Neill**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6407
Tel: 302.652.4100 | Cell: 302.438.1615 | Fax: 302.652.4400
jo'neill@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

Good afternoon. Grace has received an extension request from Mr. Smolker. Would it be possible to have a telephonic conference with Judge Chan to discuss?

Mr. Smolker has indicated he is not available on 1/6 so please let us know if there is time available on 1/7 or 1/8 or as soon thereafter as the Court is available.

Thank you.

**James O'Neill**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6407
Tel: 302.652.4100 | Cell: 302.438.1615 | Fax: 302.652.4400
jo'neill@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

CONFIDENTIALITY

This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING

Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT 6

**January 4, 2021 (2:16pm)**

Email from Smolker to Ranieri objection/ objecting to Judge Chan having a status conference to discuss Smolker's request that Grace Attorneys agree to a new schedule for hearing Grace's Pending Motion for Summary Judgement. Smolker requests that Judge Chan allow Smolker to file an opposition to Grace's request for a status conference before January 16 and that Judge Chan not conduct that hearing until after January 16.

**From:** gsmolker@aol.com,
**To:** Joan_Ranieri@paeb.uscourts.gov, jo'neill@pszjlaw.com,
**Cc:** rhiggins@rogerhigginslaw.com,
**Subject:** #3 Re: WR Grace
**Date:** Mon, Jan 4, 2021 2:16 pm
**Attachments:**

---

January 4, 2020

Ms. Ranieri

Mr. O'Neil did not accurately or fully explain the situation.

Mr. Higgins notified me that Grace instead of agreeing to my request for more time to respond to GRACE'S motion for summary judgment would be reaching out to Judge Chan to arrange for another status conference to discuss my request to GRACE'S attorneys to agree to a new schedule for hearing GRACE'S pending motion for summary judgment.

The new schedule I proposed would use the existing reserved hearing date of March 25 for hearing my motion for sanctions as the new hearing date for GRACE'S motion for summary judgment which would grant me more time to file additional papers in opposition to GRACE'S pending motion for summary judgement.

I advised Mr. Higgins (in writing with a copy to Mr. O'Neill) that Mr. Higgin's proposed procedure of having Judge Chan conduct a hearing in a few days was in fact actuality an attempt to bypass the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure which specifies that notice of hearing (with few exceptions) must be given at least 14 days prior to the date of a hearing.

I also notified Mr. Higgins and Mr. O'Neill, in writing:

*"I am in the process of writing a formal "Motion for Additional Time to File Additional Pleadings and Papers in Opposition to GRACE'S pending motion for summary judgment."*

I have brought to Mr. Higgin's and Mr. O'Neill's attention that Federal Rules of Civil Procedure Rule 56 (d) provides that if a non-movant shows by affidavit or declaration, that for specified reasons cannot present facts essential to justify its opposition the Court may (1) defer considering the motion, (2) allow time to obtain affidavits or declarations or to take discovery, or (3) issue any appropriate order.

On December 30, Federal Express delivered to the Clerk's office my Declaration in Opposition to GRACE's pending motion with attached exhibits.

My declaration with attached exhibits weighs approximately 50 pounds.

It was not practical or possible to put together all the documentation I wish to present in opposition to GRACE'S pending motion for summary judgment and to have those documents filed with the court by December 30, 2020.

In my Declaration In Opposition to GRACE'S motion I state, under penalty of perjury,

*"I did not have enough time to file objections to the facts asserted by GRACE or to make objections to the Declaration of Rosemary Lewis, or to write a memorandum of points and authorities, or to write a statement of uncontestable facts.*

*"GRACE'S Motion for Summary Judgment did not follow the procedures set forth in Rule 56 of the Federal Rules of Civil Procedure.*

*"If I am given more time to prepare and file those additional papers, I will clearly demonstrate that GRACE'S Motion for Summary Judgment should be denied."*

If GRACE persists in demanding a hearing for guidance I request that Judge Chan allow me to file an opposition to GRACE'S request for hearing on or before January 16, and that Judge Chan not conduct that hearing until after January 16.

The procedure Mr. O'Neill and Mr. Higgins have begun - which has so far resulted in Judge Chan scheduling a hearing at 10:00 a.m. (ET) which is 7:00 a.m. (PT), where I live and work, deprives me of an opportunity to provide a declaration specifying specific reasons why I need more time to gather and present additional pleadings in opposition to GRACE'S pending motion for summary judgment.

I will send you a copy of the email I sent to Mr. Higgins and to Mr. O'Neill at 10:56 a.m. (California time) this morning (January 4, 2021) in response to Mr. Higgins notification to me that GRACE will ask Judge Chan to have another status conference instead of following procedures regarding time between notification of hearing and time of conducting a hearing, specified in the Federal Code of Civil Procedure.

Very truly yours,

Gary S. Smolker

Gary S. Smolker, In Pro Per
16055 Ventura Blvd., Suite 525
Encino, CA 91436

Email: GSmolker@aol.com

Cell Phone:    1-310-749-9735
Office Phone:  1-818-788-7290

-----Original Message-----
From: Joan Ranieri <Joan_Ranieri@paeb.uscourts.gov>
To: James O'Neill <jo'neill@pszjlaw.com>
Cc: 'Gary Smolker (gsmolker@aol.com)' <gsmolker@aol.com>; 'rhiggins@rogerhigginslaw.com'
<rhiggins@rogerhigginslaw.com>
Sent: Mon, Jan 4, 2021 12:56 pm
Subject: RE: WR Grace

Good afternoon,  Judge Chan would like to set up a telephonic conference for Friday, January 8, 2021 at 10:00
a.m. regarding Mr. Smolker's request.

Call in procedure has not changed.  Please Dial:  877-873-8017 and Access  Code: 3027681#

Joan Ranieri
Courtroom Deputy to Judge Ashely M. Chan

United States Bankruptcy Court
Eastern District of Pennsylvania
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~



**From:** James O'Neill <jo'neill@pszjlaw.com>
**Sent:** Monday, January 4, 2021 3:12 PM
**To:** Joan Ranieri <Joan_Ranieri@paeb.uscourts.gov>
**Cc:** 'Gary Smolker (gsmolker@aol.com)' <gsmolker@aol.com>; 'rhiggins@rogerhigginslaw.com'
<rhiggins@rogerhigginslaw.com>
**Subject:** WR Grace

**CAUTION - EXTERNAL:**

Good afternoon.  Grace has received an extension request from Mr. Smolker.  Would it
be possible to have a telephonic conference with Judge Chan to discuss?

Mr. Smolker has indicated he is not available on 1/6 so please let us know if there is
time available on 1/7 or 1/8 or as soon thereafter as the Court is available.

Thank you.

**James O'Neill**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 302.778.6407
Tel: 302.652.4100 | Cell: 302.438.1615 | Fax: 302.652.4400
jo'neill@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

CONFIDENTIALITY

This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING

Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT 7

**January 4, 2021 (2:30pm)**

Email from Higgins and O'Neil, copy to Ranieri: objecting to January 6, 2021 status conference requested by GRACE requesting that hearing be held at 9:00am California time and informing GRACE that Smolker is preparing a formal " Motion for Additional TIme to file Additional Pleading and Exhibits" and explaining why Smolker is asking for more time to respond to GRACE's pending motion for Summary Judgment.

1/4/2021      Fwd: FRCP Rule 56 (d), Rule 6(b) Formal Motion for Extension of Time to File Additional Documents in Opposition to GRACE Motion for S...

Case 01-01139-AMC   Doc 33203   Filed 02/23/21   Page 17 of 25

**From:** gsmolker@aol.com,

**To:** Joan_Ranieri@paeb.uscourts.gov,

**Cc:** jo'neill@pszjlaw.com, joneill@pszjlaw.com, rhiggins@rogerhigginslaw.com,

**Subject:** Fwd: FRCP Rule 56 (d), Rule 6(b) Formal Motion for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

**Date:** Mon, Jan 4, 2021 2:30 pm

---

Dear Courtroom Deputy Joan Ranieri

Having a hearing at 7:00 a.m., my time here in California, is inconvenient.

If we must have a hearing on Friday, January 8, 2021 I request that we please have the hearing after 9:00 a.m. (California time) which would be after 12:00 noon on the East Coast.

Below is a copy of the email I sent to both Mr. Higgins and Mr. O'Neill this morning.

The first time I sent that email to Mr. O'Neill, it didn't go through because I had made a typographical mistake when typing.

I resent the email to Mr. O'Neill at his correct e-mail address shortly after I had sent it to the wrong address.

Very truly yours,

GARY SMOLKER

Gary S. Smolker, In Pro Per
16055 Ventura Blvd., Suite 525
Encino, California 91436

Email: GSmolker@aol.com

Cell Phone:   1-310-749-9735
Office Phone: 1-818-990-9888


-----Original Message-----
From: Gary Smolker <gsmolker@aol.com>
To: rhiggins@rogerhigginslaw.com <rhiggins@rogerhigginslaw.com>; joneill@pszjlw.com <joneill@pszjlw.com>
Sent: Mon, Jan 4, 2021 10:56 am
Subject: FRCP Rule 56 (d), Rule 6(b) Formal Motion for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

# January 4, 2021

# Mr. Higgins,

# TIMING OF HEARING ON REQUEST FOR ADDITIONAL TIME

It is not convenient to me to have a status conference on January 6, 2021 to discuss my need to have additional time to file more pleadings and documents in opposition to GRACE'S pending motion for summary judgment.

What you call a "status conference" in reality would be a disguised hearing. Such a hearing, if conducted, would be a hearing conducted without due process.

In general, a written motion and notice of the hearing must be served at least 14 days before the time specified for the hearing. See Rule 6 (c) (1), *Federal Rules of Civil Procedure* .

THANK YOU FOR ADVANCE NOTICE OF GRACE'S INTENTION

Thank you for notifying me of your intention to ask the Court to hold what you call another Status Conference on January 6, if convenient to the Court's convenience.

A FORMAL MOTION IS COMING

I am in the process of writing a Formal *"Motion for Additional Time to File Additional Pleadings and Papers in Opposition to GRACE'S pending motion for summary judgment."*

HEARING DATE

When is a time (or times) convenient for you and Mr. O'Neill for me to schedule that hearing?

Very truly yours,

Gary S. Smolker, In Pro per

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 91436

Email: GSmolker@aol.com

# Cell Phone:    1-310-749-9735
# Office Phone: 1-818-788-7290

-----Original Message-----

From: Roger Higgins <rhiggins@rogerhigginslaw.com>

To: 'GSmolker@aol.com' <GSmolker@aol.com>

Cc: 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>

Sent: Mon, Jan 4, 2021 10:02 am

Subject: FW: #2 Re: Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

Mr. Smolker,

I am responding to your request of December 31, 2020, for a further extension of time for you to file a response to Grace's summary judgment motion.

Based on the Judge's statements at the December 15, 2020 status hearing, it is Grace's position that only the Court may grant or deny your request for a further extension of time to file your response.

Grace will therefore be reaching out to chambers to arrange for another status hearing. Grace will propose that the hearing occur on Wednesday, January 6, 2021, although the date and time will be subject to the Court's availability.

Warmest Regards.   R

Roger J. Higgins

**THE LAW OFFICES OF ROGER HIGGINS, LLC**

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel:    (312) 480-1984

e-mail:   rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

---

**From:** Roger Higgins

**Sent:** Thursday, December 31, 2020 5:36 PM

**To:** Gary Smolker <gsmolker@aol.com>

**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>

**Subject:** RE: #2 Re: Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

Mr. Smolker,

Thank you for responding so promptly on this New Year's Eve.

In answer to your query below, I am in receipt of a hard copy of a document captioned:

> *Gary S. Smolker's ("Smolker's") Declaration in Opposition to Reorganized Debtor W.R. Grace & Co.'s ("Grace's") Motion for Summary Judgment Pursuant to Rule 56 of Federal Rules of Civil Procedure*

Attached to that document are 17 exhibits.  In the package I received, there is also a document entitled:

*California Food & Agriculture Code Sections*

Can you confirm that this is what you sent to the Clerk of Court's office for filing?

Please also confirm that you have filed no other documents by separate correspondence.

Many thanks, and

Warmest Regards.  R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:   (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com
                            **www.rogerhigginslaw.com**
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Thursday, December 31, 2020 5:21 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Cc:** jo'neill@pszjlaw.com
**Subject:** #2 Re: Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

# December 31, 2020

# Mr. Higgins,

# I sent you a copy of the documents to be filed in Bankruptcy Court on December 30, 2020 and I sent a copy of those documents to Mr. O'Neil by Federal Express Standard Overnight Mail on December 29, 2020.

# I sent the original of those documents to be filed the United States Bankruptcy Court for the District of Delaware on December 30, by Federal Express Priority Overnight Mail on December 29, 2020.

I don't know what the Bankruptcy Court's Clerk's Office story is. The documents were guaranteed to be delivered to the Clerk's office by 10:00 a.m. on December 30, 2020.

One set of the documents were supposed to be delivered to you, and another set of the documents were supposed to be delivered to Mr. O'Neill yesterday (December 30, 2020).

I paid Federal Express $182.55 to complete all three deliveries on December 30, 2020, as indicated above on.

Did either you or Mr. O'Neill receive or not receive delivery of those documents?

I have not yet scanned in the 4.9 pound of pages of documents sent to you.

It took all day, on December 29, with two photocopies machines running throughout the day to make four sets of those documents.

One set of copies was made for you, one set was made for Mr. O'Neill, one set was made for me, and one set was made for the Court.

It was a big job copying exhibits because my file copy of the exhibits had tabs for each exhibit which had to be removed before the exhibit was photocopied. Then a separate page had to be prepared specifying the Exhibit number of the exhibit copied.

The Exhibit Numbers were hand written.

Additionally copies were made of sections of the California Code of Civil Procedure referred to, and of sections of the California Rules of Court. and of the California Food & Agricultural Code sections which were sent to the Court, and sent to each one of you

as separate exhibits, and one copy of all exhibits was kept by me in my file copy of what was filed with the Court.

I don't know why the Clerk's office does not docket and does not file my documents on the day they are delivered to the Clerk's office.

It will save my time, the Court's time, GRACE'S time and your time if GRACE agrees to the extension of due date for the filing of all documents I want to file in opposition to GRACE'S pending motion for summary judgment.

Judge Chan saved the date March 25 to hear my motion for attorney fees as sanctions at the telephonic conference you and Mr. O'Neill arranged for her to hold on September 17, 2020.

There is every reason why GRACE'S pending motion for summary judgment and my motion for attorney fees as sanctions should both be heard on March 25.

Have a Nice News Year's Even tonight and a pleasant New Year's Day tomorrow.

Very truly yours,

Gary S. Smolker

Gary S. Smolker, In Pro Per
16055 Ventura Blvd., Suite 525
Encino, CA 91436

Email: GSmolker@aol.com
Cell Phone:   1-310-749-9735
Office Phone: 1-818-788-7290


-----Original Message-----
From: Roger Higgins <rhiggins@rogerhigginslaw.com>
To: Gary Smolker <gsmolker@aol.com>
Cc: 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>

Sent: Thu, Dec 31, 2020 3:29 pm

Subject: RE: Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

Mr. Smolker,

I am in receipt of the e-mail attached below. I am a little unclear on matters.

Did you file your response with the Delaware bankruptcy court yesterday?

There has been no docket entry yet.

If you did, I would appreciate an e-mail copy of your response.

Many thanks, and

Warmest Regards. R

Roger J. Higgins

## THE LAW OFFICES OF ROGER HIGGINS, LLC

516 N. Ogden Ave

Suite 136

Chicago, IL 60642

United States

Tel: (312) 480-1984

e-mail: rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Thursday, December 31, 2020 3:01 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>; joneill@pszjlaw.com
**Subject:** Request for Extension of Time to File Additional Documents in Opposition to GRACE Motion for Summary Judgment

December 31, 2020

Mr. Higgins and Mr. O'Neil:

I request that GRACE grant me until January 15, 2021 to file my response and objections to GRACE'S pending motion for summary judgment and that GRACE agree to the following schedule for filing pleadings and other documents and for hearing date.

1. By January 15, 2021 at 4:00 P.M. (EST) SMOLKER shall file SMOLKER'S additional pleadings and additional documents in response to and in objection to GRACE'S pending Motion for Summary Judgment.

2. By February 16, 2021 at 4:00 P.M. (EST) GRACE shall file its REPLY, if any to SMOLKER'S OBJECTIONS to GRACE'S Motion for Summary Judgment.

3. On March 21, 2021 at 11:00 A.M. (PST) the Court, US Bankruptcy Judge Ashely Chan, Judge Presiding will conduct a telephonic hearing on GRACE'S Motion for Summary Judgment.

Agreeing to this proposal (1) will allow me to comment in a writing submitted to the Court on documents produced by GRACE at my office before January 10, 2021, on GRACE'S production of documents (or failure to produce documents) at my office specified to be produced at my office on or before January 27, 2021, and (2) will give GRACE more time to review, and digest, the 49.9 pounds of documents sent to each of you on December 15, 2020 by me via Federal Express Overnight Mail.

Please let me know if you have not already received the 49.9 pounds of documents I sent to you via Federal Express Overnight Mail on December 15, 2020.


Thank you, in advance, for your cooperation.


Very truly yours,


GARY S. SMOLKER


Gary S. Smolker, In Pro Per

16055 Ventura Blvd., Suite 525

Encino, CA. 91436


Email: GSmolker@aol.com


Cell Phone: 1-310-749-9735

Office Phone: 1-818-788-7290