# EXHIBIT 14

January 20, 2021 email from Ranieri with attached order.

From: Joan_Ranieri@paeb.uscourts.gov,
To: rhiggins@rogerhigginslaw.com, gsmolker@aol.com, joneill@pszjlaw.com,
Subject: W.R. Grace & Co. Bankruptcy Case No. 01-1139-AMC
Date: Wed, Jan 20, 2021 9:48 am
Attachments: WR Grace Order 01-1139-AMC Setting Hearing on Smolker 56(d) Motion.pdf (88K),

Roger Higgins rhiggins@rogerhigginslaw.com; Gary Smolker gsmolker@aol.com; joneill_pszjlaw.com <joneill@pszjlaw.com>

Good afternoon,

Attached, please find a copy of an order which is being filed on the Delaware Case Docket today.

Please confirm receipt.

Thank you,

Joan Ranieri

Courtroom Deputy to Judge Ashely M. Chan

United States Bankruptcy Court

Eastern District of Pennsylvania

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139-AMC |
| | : | (Jointly Administered) |
| W.R. Grace & Co., et al., | : | |
| | : | Chapter 11 |
| | : | |
| Reorganized Debtor | : | |

## ORDER

AND NOW, this 20th day of January, 2021, upon consideration of Gary S. Smolker's motion for leave to file additional pleadings and exhibits ("Motion") brought pursuant to Federal Rules of Civil Procedure 56(d), 6(b)(1)(B), (c)(1), and (c)(2) filed on Friday, January 15, 2021, it is **HEREBY ORDERED** that:

1. in the interest of efficiency, the hearing on the Motion originally scheduled for March 4, 2021 shall be rescheduled for February 1, 2021 at 12:00 p.m.

2. The Court will initially adjudicate the Motion at the hearing on February 1, 2021 and, if the Motion is denied, the Court will then consider W.R. Grace's Motion for Summary Judgment ("Summary Judgment Motion"). Accordingly, Mr. Smolker and W.R. Grace should be prepared to present their cases on both the Motion and the Summary Judgment Motion on February 1, 2021.

3. Given that the Motion will now be heard on an expedited basis, W.R. Grace may, but is not required to, file and serve an objection to the Motion before the February 1, 2021 hearing on the Motion.

_____
Ashely M. Chan
United States Bankruptcy Judge

# EXHIBIT 15

**January 22, 2021 (3:59am)**

Email from Smolker to Ranieri (with copy to Higgins and O'Neill) requesting a hearing date on Smolker's Motion to Allow Time to Take Discovery of facts essential to enable Smolker to file a complete response to GRACE's Motion for Summary Judgment.

**From:** gsmolker@aol.com,
**To:** Joan_Ranieri@paeb.uscourts.gov,
**Cc:** rhiggins@rogerhigginslaw.com, joneill@pszjlaw.com,
**Subject:** W.R. Grace Co. Bankruptcy Case No. 01-1139 AMC - REQUEST FOR HEARING DATE
**Date:** Fri, Jan 22, 2021 4:18 pm

January 22, 2021

Mr. Ranieri,

Please provide a hearing date on or after April 1, 2021 for Gary S. Smolker's ("SMOLKER'S") Motion to Allow Time to Take Discovery of facts essential to enable SMOLKER to file a complete Response to W.R. Grace & Co.'s ("GRACE'S") Motion for Summary Judgment.

Thank you.

Very truly yours,

Gary S. Smolker, Claimant In Pro Per
Email: GSmolker@aol.com
Cell Phone:    1-310-749-9735
Office Phone: 1-818-788-7290