# EXHIBIT 17

**January 25, 2021 (6:57am)**

Email from Ranieri to Smolker advising that Judge Chan denies Smolker's January 22, 2021 request to schedule a hearing date for Smolker's Motion to Take Additional Discovery to File a Complete Response to GRACE's Motion for Summary Judgment; if Smolker wants Judge Chan to consider Smolker's additional matter Smolker needs to file such motion with an expedited request as soon as possible.

**From:** Joan_Ranieri@paeb.uscourts.gov,
**To:** gsmolker@aol.com,
**Cc:** rhiggins@rogerhigginslaw.com, joneill@pszjlaw.com,
**Subject:** RE: W.R. Grace Co. Bankruptcy Case No. 01-1139 AMC - REQUEST FOR HEARING DATE
**Date:** Mon, Jan 25, 2021 6:57 am

Good morning Mr. Smolker, I have heard from Judge Chan regarding your scheduling request.

Given the extensive time that you already have had to respond to the summary judgment and the fact that you have already filed a Rule 56(d) motion to delay consideration of the summary judgment motion, your request for additional time for discovery should have been included as part of your Rule 56(d) motion.

Therefore, Judge Chan is constrained to hear all matters related to the summary judgment motion (including any new request which you may have to take discovery) on February 1, 2021 at noon.

If you want Judge Chan to consider your additional matter on February 1, 2021, you will need to file and serve such motion and an expedited request as soon as possible.

Thank you,

Joan Ranieri

Courtroom Deputy to Judge Ashely M. Chan

United States Bankruptcy Court

Eastern District of Pennsylvania

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

**From:** Gary Smolker <gsmolker@aol.com>
**Sent:** Friday, January 22, 2021 7:18 PM
**To:** Joan Ranieri <Joan_Ranieri@paeb.uscourts.gov>
**Cc:** rhiggins@rogerhigginslaw.com; joneill_pszjlaw.com <joneill@pszjlaw.com>
**Subject:** W.R. Grace Co. Bankruptcy Case No. 01-1139 AMC - REQUEST FOR HEARING DATE

**CAUTION - EXTERNAL:**

January 22, 2021

Mr. Ranieri,

Please provide a hearing date on or after April 1, 2021 for Gary S. Smolker's ("SMOLKER'S") Motion to Allow Time to Take Discovery of facts essential to enable SMOLKER to file a complete Response to W.R. Grace & Co.'s ("GRACE'S") Motion for Summary Judgment.

Thank you.

Very truly yours,

Gary S. Smolker, Claimant In Pro Per

Email: GSmolker@aol.com

Cell Phone:    1-310-749-9735

Office Phone: 1-818-788-7290

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.