IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01—1139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, California 91436.

On February 18, 2021, I served a copy of the following (attached) document titled **CERTIFICATE OF SERVICE** via Unites States Mail on:

Law Offices of Roger Higgins, LLC, Attention Roger J. Higgins, Esq.
516 North Ogden Ave., Suite 136
Chicago, Illinois 60642

Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, Esq.
919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

I also served a copy of the attached document via overnight mail via Federal Express on:

The United States Bankruptcy Court for the District of Delaware, Office of the Clerk, 824 Market Street, Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 18, 2021, at Encino, California.

_____
Sabrina Jones

FILED 2021 FEB 22 AM 11:40 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) Final Hearing date: February 1, 2021, 12:00 p.m. | |

I, Gary S. Smolker, hereby certify that on February 18, 2021, I caused a copy of the following document to be served on the individuals and the court on the attached service lists in the manner indicated:

Declaration of Gary Smolker ("Smolker") Regarding Exhibits 18 through 41 which are Materials [Pleadings and Documents] to be Submitted to the Court in Delaware for Docketing to be Part of the Record of the Case per Instructions of Judge Chan transmitted to Smolker on February 1, 2021 by Joan Ranieri Courtroom Deputy to Judge Chan.

*/s/ Gary S. Smolker*

Gary S. Smolker, Claimant, In Pro Per
Email: GSmolker@aol.com
Cell Phone:   1-310-749-9735
Office Phone: 1-818-7887290