IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On February 15, 2021, I served the following titled and attached documents:

**DECLARATION OF GARY SMOLKER ("SMOLKER") REGARDING MATERIALS [PLEADINGS AND DOCUMENTS ] SUBMITTED TO THE COURT IN DELAWARE FOR DOCKETING TO BE PART OF THE RECORD OF THE CASE PER INSTRUCTIONS OF JUDGE CHAN TRANSMITTED TO SMOLKER ON FEBRUARY 1, 2021 BY JOAN RANIERI COURTROOM DEPUTY TO JDUGE CHAN**

__X__ VIA MAIL, by placing a true copy of the document listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 561 North Ogden Ave., Suite 136, Chicago, Illinois 61642

Pachulski Stang Ziehl & Jones, LLP 919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

__X__ BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court for the District of Delaware

Office of the Clerk

824 Market Street

Wilmington, Delaware 19801

FILED 2021 FEB 22 AM 11:40 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Executed on February 15, 2021, at Encino, California.

_____
Sabrina Jones