IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On February 15, 2021, I served the following titled and attached documents:

**CLAIMANT GARY S. SMOLKER'S LETTER BRIEF ON STATUTE OF LIMITATIONS AND DUE PROCESS, AND DECLARATION OF GARY S. SMOLKER IN SUPPORT OF LETTER BRIEF**

  **X**  VIA MAIL, by placing a true copy of the documents listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 561 North Ogden Ave., Suite 136, Chicago, Illinois 61642

Pachulski Stang Ziehl & Jones, LLP 919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705


X BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

 United State Bankruptcy Court for the District of Delaware

Office of the Clerk

824 Market Street

Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 15, 2021, at Encino, California.

_____

Sabrina Jones