# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) Final Hearing date: February 1, 2021, 12:00 p.m. | |
| | ) Original Reply Deadline: Aug. 17, 2020, 4 p.m. | |
| _____ | ) Docket Nos. 33154, 33163, and 33181 | |

## CERTIFICATE OF SERVICE

I, Gary S. Smolker, hereby certify that on February 15, 2021, I caused a copy of the following documents to be served on the individuals and the court on the attached service lists in the manner indicated:

(1) Declaration of Gary Smolker ("Smolker") Regarding Materials [Pleadings and Documents] Submitted to the Court in Delaware for Docketing, etc.

(2) Claimant Gary S. Smolker's Letter Brief on Statute of Limitations and Due Process, and Declaration of Gary S. Smolker in Support of Letter Brief.

*/s/ Gary S. Smolker*
_____
Gary S. Smolker, Claimant, In Pro Per
Email: GSmolker@aol.com
Cell Phone:   1-310-749-9735
Office Phone: 1-818-7887290

FILED 2021 FEB 22 AM 11:41 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE