IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Case No. 01-01139-AMC |
| | : | (Jointly Administered) |
| **W.R. Grace & Co., et al.,** | : | |
| | : | Chapter 11 |
| | : | |
| **Reorganized Debtor** | : | |

**ORDER**

AND NOW, this 24th day of February, 2021, upon consideration of the "Declaration of Gary Smolker ('Smolker') Regarding Exhibits 18 Through 41 Which Are Materials [Pleadings and Documents] to be Submitted to the Court in Delaware for Docketing To Be Part of the Record of the Case Per Instructions of Judge Chan Transmitted to Smolker on February 1, 2021 by Joan Ranieri Courtroom Deputy to Judge Chan" ("Exhibits Declaration") and attached exhibits filed by Gary Smolker ("Mr. Smolker") on February 22, 2021 in connection with his opposition to the motion for summary judgment filed by W.R. Grace & Co. ("Grace") on its objection to Mr. Smolker's claim number 392, it is **HEREBY ORDERED** that:

1. exhibits 19, 21, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36 of the Exhibits Declaration referencing Mr. Smolker's medical information shall not be accessible to anyone other than (i) the Court; (ii) Mr. Smolker; and (iii) James O'Neill and Roger Higgins, counsel to Grace, without the express consent of Mr. Smolker or further order of the Court, which shall not be granted without notice and an opportunity for Mr. Smolker to object.

_____
Ashely M. Chan
United States Bankruptcy Judge