## EXHIBIT B

**Extract of California Superior Court Docket**

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BC173952
TIG INSURANCE COMPANY, A CALIFORNIA CORPORATION VS GARY SMOKER

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 07/02/1997
**Case Type:** Declaratory Relief Only (General Jurisdiction)
**Status:** Removal to Federal Court 03/05/2002

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

A - C    D - G    H - H    I - P    R - T    V - W

ALLSTATE INSURANCE COMPANY - Defendant

AMICUS CURIAE UNITED POLICYHOLDERS - Defendant

ANDERSON KILL & OLICK - Attorney for Defendant/Respondent

ARNOLD LARRY MILLARD - Attorney for Plaintiff

BABBITS DENNIS A. - Cross-Defendant

BAILEY JOSEPH - Cross-Defendant in Pro Per

BAILEY JOSEPH - Attorney for Defendant/Respondent

BAILEY JOSEPH A. II - Cross-Complainant

BAILEY JOSEPH A. II - Cross-Defendant

BEACH PROCTER MCCARTHY & SLAUGHTER LLP - Attorney for Cross-Defendant

BOOTH MITCHEL & STRANGE LLP - Attorney for Cross-Defendant

BORTON PETRINI LLP - Attorney for Defendant & X-Deft

BUSSELL LETANTIA - Real Party in Interest

CALIFORNIA INSURANCE COMPANY - Cross-Defendant

CHARLSTON REVICH & CHAMBERLIN LLP - Attorney for Cross-Defendant

CIPRIANO VIRGINIA K. - Cross-Defendant

Filed by Defendant and Cross-Complainant

**03/23/2001** Notice of Appeal
Filed by Defendant

**03/21/2001** Notice (OF APPENDIX OF EXHIBITS )
Filed by Defendant and Cross-Complainant

**03/21/2001** Declaration (OF MARCELA FAJARDO )
Filed by Defendant and Cross-Complainant

**03/16/2001** Notice of Ruling (AND CROSS-COMPKAINANT )
Filed by Cross-Defendant

**03/15/2001** Notice of Motion
Filed by Attorney for Defendant/Respondent

**03/15/2001** Supplemental Declaration (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Reply/Response (PROPOSED )
Filed by Defendant and Cross-Complainant

**03/15/2001** Notice (PROPOSED NOTICE OF APPENDIX OF EXHIBITS PART SEVEN SUBMITTED IN OPPOSITION TO PACIFIC VILLAS' MOTIONS FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION )
Filed by Defendant and Cross-Complainant

**03/13/2001** Motion to Compel (PRODUCTION OF PSYCHIATRIC AND/OR PSYCHOLOGICAL RECORDS OF JUDITH SMOLKER AND OF LEAH SMOLKER )
Filed by Attorney for Cross-Defendant

**03/02/2001** Motion for an Order (to recover attorney fees )
Filed by Attorney for X-Deft/X-Comp

**03/02/2001** Memo of Costs
Filed by Defendant

**02/27/2001** Objection (OBJECTION TO NOTICE OF RULING )
Filed by Cross-Defendant

**02/21/2001** Miscellaneous-Other (DEMAND FOR DELIVERY OF INDEPENDENT PHYSICAL EXAM REPORT )
Filed by Atty for Defendant and Cross-Compl

**02/21/2001** Notice of Ruling
Filed by Atty for Defendant and Cross-Compl

**02/20/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**02/05/2001** Summary Judgment
Filed by Attorney for Cross-Defendant

**02/01/2001** Request for Judicial Notice
Filed by Atty for Defendant and Cross-Compl

**01/31/2001** Notice of Continuance (OF MSJ )
Filed by Attorney for Cross-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   02/26/2018   12/04/2017   09/18/2017   08/08/2017   04/19/2017   11/16/2007   07/03/2007   02/20/2002
11/08/2001   09/25/2001   06/29/2001   04/06/2001   01/26/2001   11/20/2000   10/02/2000   08/30/2000   06/19/2000
04/04/2000   12/17/1999   10/29/1999   09/14/1999   07/07/1999   04/12/1999   11/09/1998   09/01/1998   07/16/1998
06/03/1998   04/22/1998   01/28/1998   12/09/1997

**01/26/2001** Notice of Entry of Judgment
Filed by Attorney for Cross-Defendant

**01/23/2001** Objection Document (TO JDGMT PREPARED BY PACIFIC VILLAS AND REQUEST FOR HEARING, ETC. )
Filed by Atty for Defendant and Cross-Compl

**01/23/2001** Notice of Trial (& FSC )
Filed by Attorney for Cross-Defendant

**01/23/2001** Opposition Document (TO SMOLKERS REQUEST FOR RULING ON WRITTEN OBJ. )
Filed by Attorney for Cross-Defendant

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF W.R. GRACE )
Filed by Atty for Deft and Cross-Complnt

**01/19/2001** Points and Authorities (IN OPPOS. TO MSJ OF HOME SAVINGS )
Filed by Atty for Deft and Cross-Complnt

**01/17/2001** Request (FOR RULING ON WRITTEN OBJECTIONS )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Miscellaneous-Other (APPENDIX OF EXHIBITS )
Filed by Atty for Defendant and Cross-Compl

**01/17/2001** Miscellaneous-Other (APPENDIX OF CITED AUTHORITIES OUTSIDE THE COURTS'S JURDISDICTION )
Filed by Atty for Defendant and Cross-Compl

**01/12/2001** Memo of Costs
Filed by Defendant

**01/08/2001** Order (ON PVHOA'S MO FOR SUM JDGMT )
Filed by Attorney for Cross-Defendant

**01/05/2001** Notice of Lodging
Filed by Attorney for Cross-Defendant

**01/05/2001** Supplemental Declaration
Filed by Attorney for Cross-Defendant

**01/05/2001** Brief (supplemental brief in support of msj or ms-adj )
Filed by Attorney for Cross-Defendant

**01/04/2001** Summary Judgment (IN FAVOR OF RIKK THOMPSON ONLY )
Filed by Attorney for Cross-Defendant

**01/04/2001** Order ((2) )
Filed by Attorney for Cross-Defendant

**12/22/2000** Miscellaneous-Other (LIST OF DOCUMENTS FILED WHICH ARE APPLICABLE TO PACIFIC VILLAS' MOTIONS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/19/2000** Amended Answer (to fifth cross-complaint )
Filed by Attorney for Cross-Defendant

**12/19/2000** Objection Document (TO EVIDENCE )
Filed by Attorney for X-Deft/X-Comp

**12/18/2000** Reply/Response (TO OPP TO MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO THEIR CHILDREN'S INJURIES )
Filed by Attorney for Cross-Defendant

**12/18/2000** Reply to Motion (REPLY TO OPPOSITONS TO MOTIONS TO QUASH SUBPOENAS OF RECORDS OF DR. DALY AND DR. DELAFIELD (FRANZBLAU) AND RESPONSE TO OBJECTIONS TO DECLARATION OF ALICE M.

GRAHAM; )
Filed by Atty for Deft and Cross-Complnt

**12/14/2000** Remittitur (DISMISSED. TO RECORDS ON 12/18/00. )
Filed by Clerk

**12/13/2000** Miscellaneous-Other (Appendix of exhibits )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Miscellaneous-Other (Offer or proof and motion to reopen SAI )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Request (for permission to make record )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Objection Document
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (in opposition to SJM )
Filed by Atty for Defendant and Cross-Compl

**12/13/2000** Declaration (re pacific villas SJM )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Points and Authorities (SUPP P&A'S, PART TWO, IN OPP TO SUM JDGMT MOTIONS, AND OBJECTION TO 12-13-00 HRG DATE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Objection Document (TO OFFERED EVIDENCE )
Filed by Atty for Defendant and Cross-Compl

**12/11/2000** Ex-Parte Application (& DECL FOR ORDER POSTPONING HRGS AND PLEADING DUE DATES ON SUM JDGMT MOS AND IN OPP THERETO, etc. *DENIED BY COURT* )
Filed by Atty for Defendant and Cross-Compl

**12/08/2000** Declaration (OF JULIAN CONVEY IN SUPPORT OF W.R. GRACE CO & GRACE DAVISON'S MSJ )
Filed by Attorney for Cross-Defendant

**12/07/2000** Objection Document (TO HRG DATE AND/OR BRIEFING SCHEDULE, ETC. )
Filed by Attorney for Defend/XDefen/XComp

**12/04/2000** Objection Document (TO HEARING DATE, REQUEST FOR MORE TIME TO RESPOND TO MOS & P&A'S, ETC. )
Filed by Atty for Defendant and Cross-Compl

**12/04/2000** Opposition Document (TO GRACE MO IN LIMINE TO EXCLUDE SMOLKERS' CLAIMS RELATED TO THEIR CHILDREN'S INJURIES, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Joinder (IN SUPP BRIEF RE: FEDERAL PREEMPTION IN SUPP OF MO FOR SUM JDGMT, ETC. )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF KARIM S. DAMJI, PH.D., IN SUPP OF SUPP BRIEF RE: MO FOR SUM JDGMT/SUM ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Declaration (OF BRIAN C. PORTER IN SUPP OF SUPP BRIEF IN SUPP OF MO FOR SUM JDGMT/SUM ADJ )
Filed by Attorney for Cross-Defendant

**11/30/2000** Miscellaneous-Other (APPENDIX OF EXHIBITS SUBMITTED IN OPP TO MOS FOR SUM JDGMT, ETC. )
Filed by Atty for Defendant and Cross-Compl

**11/30/2000** Points and Authorities (SUPPLEMENTAL PART ONE IN OPP TO SUM JDGMT, ETC. )