IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 26th day of February, 2021, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF ITEMS IN THE RECORD SHOWING CAUSES OF ACTION REMAINING AS OF THE PETITION DATE AGAINST TERMITE CONTROL AND MR. MORRIS IN THE CALIFORNIA STATE COURT LITIGATION**

　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

WR Grace & Co., et al. Supplemental
Smolker Service List for Home Saving
Termite Control and Wayne Morris
Case No. 01-1139 (AMC)
Document No. 233001.1
**03 – First Class Mail**


**FIRST CLASS MAIL**
(Counsel for Termite Control)
Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Wayne Morris)
Prindle, Decker & Amarro
c/o Gary E. Yardumian
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Home Savings Termite
Control, Inc. and Wayne Morris)
Jack C. Nick, Esquire
Prindle, Goetz, Barnes & Reinholtz LLP
310 Golden Shore Pkwy, 4th Floor
Long Beach, CA  90802