# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re: Docket No. 33154, 33198 and 33199** |

## CERTIFICATION OF NO RESPONSE FROM HOME SAVINGS TERMITE CONTROL, INC. AND WAYNE MORRIS REGARDING MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056 FOR DISALLOWANCE OF CLAIM NO. 392, FILED BY GARY S. SMOLKER, AND RELATED CLAIMS, NOS. 382 AND 4070, FILED BY HOME SAVINGS TERMITE CONTROL, INC., AND WAYNE MORRIS, RESPECTIVELY

The undersigned hereby certifies that on August 3, 2020, the above-captioned reorganized debtors (the "Reorganized Debtors") filed the *Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc., and Wayne Morris, Respectively* (the "Motion") [Docket No. 33154].

On February 16, 2021, the Court entered an *Order* (the "Order") [Docket No. 33198], requiring the Reorganized Debtors to served the Motion on Home Savings Termite Control ("Termite Control") and Wayne Morris ("Mr. Morris") (together, the "Parties").

On February 17, 2021, the Reorganized Debtors served the *Re-Notice of Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings*

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

*Termite Control, Inc., and Wayne Morris, Respectively* (the "Re-Notice") [Docket No. 33199] on the Parties via first class mail as required by the Court's Order.

Pursuant to the Re-Notice, responses to the Motion were to be filed and served no later than March 3, 2021 at 4:00 p.m. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading from the Parties to the Motion appears thereon.

Dated: March 4, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 North Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors