IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 MAR -8  AM 11: 43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | |

**REQUEST FOR HEARING DATE FOR MOTION TO SET TRIAL DATE AND FOR COURT CASE MANAGEMENT ORDER SPECIFYING WHO SHOULD DO WHAT BY WHAT DATE BEFORE TRIAL**

On April 2, 2001, W.R. Grace & Co. and 61 affiliated companies commenced their chapter 11 cases.

On August 27, 2001, Gary S. Smolker's ("SMOLKER'S) Proof of Claim for personal injury and property damage, dated June 6, 2001, was filed with the United States Bankruptcy Court for the District of Delaware, as Claim No. 392, in Case Number 01-01139.

On August 3, 2020, the above captioned reorganized debtors ("GRACE") filed a Motion for Summary Judgment for Disallowance of Proof of Claim No. 392 filed by Gary S. Smolker ("SMOLKER") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on August 27, 2001.  That motion is pending.

SMOLKER hereby requests a hearing date be set to hear SMOLKER'S MOTION TO SET A TRIAL DATE AND FOR CASE MANAGEMENT ORDER SPECIFYING WHO IS TO DO WHAT BY WHAT DATE BEFORE TRIAL.

1

SMOLKER requests that the court set a hearing date at least 60 days after the day the Court gives notice of the hearing.

GRACE'S attorneys Roger J. Higgins and James O'Neill refused to give a convenient date to hold a hearing. GRACE's attorney Laura Davis Jones did not respond to SMOLKER'S request to her to specify a convenient hearing date.

A request for a hearing date for two additional motions will be filed with the court shortly. A request for a Hearing Date for

1. A Motion Seeking An Order from the Court ordering payment of compensation in the amount of $3,000,000.00 (as sanctions) to Gary S. Smolker by (a) Rosemary S. Lewis, (b) Borton Petrini LLP, (c) Roger J. Higgins, (d) The Law Offices of Roger Higgins, (e) James E. O'Neill, (f) Laura Davis Jones, and (g) Pachulski Stang Ziel & Jones.
2. A Motion for Order Ordering Production of Documents.

Date: March 4, 2021                  Respectfully submitted,

                                     *[signature: Gary S. Smolker]*
                                     By_____

                                     Gary S. Smolker, Claimant, In Pro Per

                                     Email: GSmolker@aol.com
                                     Cell Phone:    1-310-749-9735
                                     Office Phone:  1-818-788-7290

                                     Gary Smolker
                                     16055 Ventura Blvd., Suite 525
                                     Encino, CA. 91436-2609

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On March 4, 2021, I served the following titled and attached document:

**REQUEST FOR HEARING DATE FOR MOTION TO SET TRIAL DATE AND FOR COURT CASE MANAGEMENT ORDER SPECIFYING WHO SHOULD DO WHAT BY WHAT DATE BEFORE TRIAL**

__X__ VIA MAIL, by placing a true copy of the documents listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 561 North Ogden Ave., Suite 136, Chicago, Illinois 61642

Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, 919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

**X** BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court for the District of Delaware
Office of the Clerk
824 Market Street
Wilmington, Delaware 19801

Executed on March 4, 2021 at Encino, California. I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*Sabrina Jones*
Sabrina Jones