K20

**IN THE UNITED STATES BANKRUPTCY COURT FILED
FOR THE DISTRICT OF DELAWARE**

2021 MAR 15 AM 9:28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | |

REQUEST FOR HEARING DATE FOR MOTION SEEKING
A COURT ORDER ORDERING W.R. GRACE & CO. Attorneys (1) Rosemary S.
Lewis, Esq. (2) Borton Petrini, LLP, (3) Roger J. Higgins, Esq., (4) The Law
Offices of Roger Higgins, (5) James E. O'Neill, Esq.  (6) Laura Davis Jones, Esq.
and (7) Pachulski Stang Ziehl & Jones to each pay compensation to Gary S.
Smolker in the amount of $3,000,000.00 as sanctions as a consequence of their
wrongful conduct.

The individual attorneys and law firms named above are now in the same
position as a child who murdered his parents begging the Judge to be lenient when
sentencing him because he is now an orphan.

On April 2, 2001, W.R. Grace & Co. and 61 affiliated companies
commenced their chapter 11 cases.

On August 27, 2001, Gary S. Smolker's ("SMOLKER'S") Proof of Claim for
personal injury and property damage, dated June 6, 2001, was filed with the United
States Bankruptcy Court for the District of Delaware, as Claim No. 392, in Chapter
11 Bankruptcy Case Number 01-01139.

On August 3, 2020, the above captioned reorganized debtors ("GRACE"),
and all of the attorneys and law firms named above, except attorney Rosemary
Lewis and her law firm Borton Petrini, LLP, filed a Motion for Summary

Judgment for Disallowance of Proof of Claim No. 392 filed by Gary S. Smolker ("SMOLKER") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on August 27, 200.

GRACE'S motion for summary judgment is completely dependent on the testimony of Attorney Rosemary Lewis. Attorney Rosemary Lewis's testimony is the only testimony submitted by GRACE in support of GRACE'S motion for summary judgment

It is SMOLKER'S contention that GRACE's Motion for Summary Judgment, and Attorney Lewis' testimony in support of GRACE'S motion are overt acts in furtherance of an ongoing conspiracy to wrongfully harm SMOLKER and that GRACE'S Motion for Summary Judgment and Attorney Lewis' testimony in support thereof additionally are also wrongful overt acts in furtherance of a conspiracy to wrongfully conceal from members of the general public, who are users of GRACE'S pesticide product SYLOID 244, that SYLOID 244 is a toxic pesticide product that can cause personal injury to persons who come into unprotected contact with it and that SYLOID 244 is a toxic pesticide product that will cause contamination with a toxic substance when it comes into contact with any real property and/or with any personal property.

GRACE'S Motion for summary judgment filed on August 3, 2020 is pending.

SMOLKER hereby requests a date be set to hear **SMOLKER'S MOTION SEEKING A COURT ORDER ORDERING W.R. GRACE & CO. Attorneys (1) Rosemary Lewis, (2) Borton Petrini, LLP, (3) Roger J. Higgins, Esq., (4) The Law Offices of Roger Higgins, (5) James E. O'Neill, (6) Laura Davis Jones, and (7) Pachulski Stang Ziehl & Jones to each pay compensation to Gary S. Smolker (SMOLKER) in the amount of $3,000,000 .00 as sanctions as a consequence of their wrongful conduct.**

SMOLKER requests that the court set a hearing date at least 30 days after the Court hears and decides SMOLKER'S Motion for Court Order Compelling GRACE to Produce Documents. SMOLKER further requests that the court not set a hearing date prior to 60 days after the date the court gives notice of the hearing date for **SMOLKER'S MOTION SEEKING A COURT ORDER ORDERING**

**W.R. GRACE & CO. Attorneys (1) Rosemary Lewis, (2) Borton Petrini, LLP, (3) Roger J. Higgins, Esq., (4) The Law Offices of Roger Higgins, (5) James E. O'Neill, (6) Laura Davis Jones, and (7) Pachulski Stang Ziehl & Jones to each pay compensation to Gary S. Smolker (SMOLKER) in the amount of $3,000,000 .00 as sanctions as a consequence of their wrongful conduct.**

SMOLKER will be filing a motion seeking an order ordering GRACE to produce documents shortly.

SMOLKER asked the above named attorneys and their law firms to give SMOLKER a convenient date for hearing SMOLKER'S motion.

GRACE'S attorneys Roger J. Higgins and James O'Neill refused to give a convenient date to hold a hearing.

GRACE's attorney Laura Davis Jones did not respond to SMOLKER'S request to her to specify a convenient hearing date.

Attorney Rosemarie S. Lewis is the managing partner of Borton Petrini LLP. Ms. Lewis refused to give a convenient date to hold a hearing.

It is SMOLKER'S position that everyone deserves to have their voice heard and taken seriously in legal proceedings and that GRACE and its attorneys prevented that from happening in these proceedings.

In the motion for sanctions SMOLKER intends to prove that during these proceedings regarding GRACE'S Motion for Summary Judgment, GRACE'S attorneys made it impossible for the court to hear SMOLKER'S contention that GRACE'S motion for summary judgment is an **OVERT ACT IN FURTHERANCE OF A CONSPIRACY TO WRONGFULLY HARM SMOLKER AND TO WRONGFULLY HARM MEMBERS OF THE PUBLIC WHO ARE USERS OF GRACE'S PRODUCT SYLOID 244.**

SMOLKER needs at least 60 days to write the above described motion for sanctions because GRACE'S attorneys wrongful actions have been so numerous and so egregious.

For example, at a hearing on February 1, 2021, on GRACE'S pending motion for summary judgment, before Honorable Ashely M. Chan, United States

Bankruptcy Judge, the Court, Honorable Ashely M. Chan presiding, on her own initiative, without being requested by GRACE to do so, granted GRACE attorneys two weeks to submit a supplemental letter brief on whether dismissal of the Los Angeles Superior Court action for SMOLKER'S alleged failure to timely bring his action against GRACE to trial, is *res judicata* preventing SMOLKER from pursuing unliquidated damage claims in the Bankruptcy Court that have not been decided on the merits.

On February 16, 2021, GRACE attorneys submitted a supplemental letter brief that is single spaced and four pages long. GRACE'S supplemental brief admits that the order dismissing SMOLKER'S action in the Los Angeles Superior Court is not res judicata --- does not prevent SMOLKER from pursuing unliquidated claims in Bankruptcy Court.

GRACE's supplemental letter brief cites case authority never presented before and legal arguments never presented before on completely different issues which GRACE did not have leave to discuss.

GRACE'S February 16, 2021 supplemental brief is another example of GRACE'S attorneys' wrongful completely improper conduct.

This latest conduct poisons the entire seven months of active GRACE Motion for Summary Judgment proceedings.

By the way the "last overt act" doctrine lengthens the applicable statute of limitations.  See Wyatt v. Union Mortg. Co. (1979) 24 Cal.3d 773. At 787 and 784.

"The last overt act doctrine: prevents the statute of limitations from beginning to run in certain cases, even after the fraud has been discovered…,until the commission of the last overt act pursuant to the conspiracy." Aaroe v. First American Title Ins. Co. (1990) 222 Cal.App.3ds 124, 128.

In other words, in addition to GRACE being guilty of unclean hands, the statute of limitations of SMOLKER'S claims against GRACE do not begin to run until February 16, 2021, the date GRACE'S attorneys wrongfully brought up new case law and new legal arguments on new issues they did not have permission to address, in their supplemental letter brief addressed to Judge Ashely M. Chan.

4

Dated: March 10, 2021          Respectfully submitted,

By_____

Gary S. Smolker, Claimant, In Pro Per

Email: GSmolker@aol.com
Cell Phone:    1-310-749-9735
Office Phone:  1-818-788-7290

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA. 91436-2609

IN THE UNITED STATES BANKRUPTCY COURT FILED
FOR THE DISTRICT OF DELAWARE
Case No. 01-01139 (AMC) (Jointly Administered)2021 MAR 15 AM 9:28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436.

On March 10, 2021, I served the following titled and attached document:

REQUEST FOR HEARING DATE FOR MOTION SEEKING A COURT ORDER ORDERING W.R. GRACE & CO. Attorneys …to each pay compensation to Gary S. Smolker in the amount $3,000,000.00 as sanctions as a consequence of their wrongful conduct.

___X__ VIA MAIL, by placing a true copy of the documents listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins Esq., 516 North Ogden Ave., Suite 136, Chicago, Illinois 61642, USA

Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, Esq., 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

Pachulski Stang Ziehl & Jones, LLP, Attention Laura Davis Jones, Esq., 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

Rosemarie S. Lewis, Esq., Borton Petrini, LLP, 626, Wilshire Blvd., Suite 975, Los Angeles, CA. 90017

x BY FEDERAL EXPRESS: ORINGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTIRCT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
Office of the Clerk
824 Market Street
Wilmington, Delaware 19801

Executed on March 10, 2021at Encino, California.  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
Tamara Jones