IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139-AMC |
| | : | (Jointly Administered) |
| W.R. Grace & Co., et al., | : | |
| | : | Chapter 11 |
| | : | |
| Reorganized Debtor | : | |

## ORDER

AND NOW, this 16th day of March, 2021, for the reasons given in the accompanying opinion,[1] it is hereby ORDERED that:

1. The Summary Judgment Motion is granted in its entirety;

2. Claim 387, filed by Termite Control, Claim 392, filed by Gary Smolker, and Claim 4070, filed by Wayne Morris, are disallowed in all respects;

3. The Reorganized Debtor is authorized to take all actions that may be necessary, including but not limited to, directing Rust Consulting, Inc., their claims agent, to update the claims register to reflect the disallowance of Claims 387, 392, and 4070;

4. Notice of the Summary Judgment Motion as provided therein shall be deemed good and sufficient notice of such motion; AND

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order and the disallowance of the Claims.

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All terms referenced herein are given the same meaning as in the accompany opinion unless otherwise noted.