# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
W.R. Grace & Co., et al.  
7500 Grace Drive  
Columbia, MD 21044  
**EIN:** 65–0773649

**Chapter:** 11

**Case No.:** 01–01139–AMC

## NOTICE OF HEARING

A hearing regarding Motion for Sanctions is scheduled for 6/3/21 at 12:00 PM at the United States Bankruptcy Court, . Objections are due on or before 6/24/21 .

_____  
Una O'Boyle, Clerk of Court

Dated: 3/16/21

(VAN–401)