# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 3/16/2021 |
| Case: 01−01139−AMC | Form ID: van401 | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Curtis A Hehn | curtishehn@comcast.net |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | James E O'Neill | joneill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

                                                                                                    TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | W.R. Grace & Co., et al. | 7500 Grace Drive    Columbia, MD 21044 |
| aty | Bruce Grohsgal | Pachulski, Stang, Ziehl, Young, Jones    919 N. Market Street    16th Floor    Wilmington, DE 19801 |
| aty | Daniel K. Hogan | HoganMcDaniel    1311 Delaware Ave    Wilmington, DE 19806 |
| aty | David E Grassmick | The Law Offices of Roger Higgins LLC    1 N. Bishop Street, Suite 14    Chicago, IL 60607 |
| aty | Gregory M. Gordon | Jones Day    2727 North Harwood Street    Dallas, TX 75201−1515 |
| aty | Pamela D. Marks | Beveridge & Diamond PC    201 North Charles Street    Suite 2210    Baltimore, MD 21201−4150 |
| aty | Roger J. Higgins, P.C. | The Law Offices of Roger Higgins LLC    111 East Wacker Driver    Suite 2800    Chicago, IL 60601 |

                                                                                                    TOTAL: 7