# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
W.R. Grace & Co., et al.  
7500 Grace Drive  
Columbia, MD 21044  
  **EIN:** 65−0773649

**Chapter:** 11

**Case No.:** 01−01139−AMC

## NOTICE OF HEARING

A hearing regarding Motion for Sanctions is scheduled for 6/3/21 at 12:00 PM at the United States Bankruptcy Court, . Objections are due on or before 6/24/21 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 3/16/21

(VAN−401)

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 01-01139-AMC
W.R. Grace & Co., et al.                                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1                        User: admin                                         Page 1 of 1
Date Rcvd: Mar 16, 2021                     Form ID: van401                                     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db  | + | W.R. Grace & Co., et al., 7500 Grace Drive, Columbia, MD 21044-4029 |
| aty | + | Bruce Grohsgal, Pachulski, Stang, Ziehl, Young, Jones, 919 N. Market Street, 16th Floor, Wilmington, DE 19801-3034 |
| aty | + | Daniel K. Hogan, HoganMcDaniel, 1311 Delaware Ave, Wilmington, DE 19806-4717 |
| aty |   | Gregory M. Gordon, Jones Day, 2727 North Harwood Street, Dallas, TX 75201-1515 |
| aty |   | Pamela D. Marks, Beveridge & Diamond PC, 201 North Charles Street, Suite 2210, Baltimore, MD 21201-4150 |
| aty | + | Roger J. Higgins, P.C., The Law Offices of Roger Higgins LLC, 111 East Wacker Driver, Suite 2800, Chicago, IL 60601-4277 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | David E Grassmick, The Law Offices of Roger Higgins LLC, 1 N. Bishop Street, Suite 14, Chicago, IL 60607-1816 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2021                          Signature:        /s/Joseph Speetjens