# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 3/29/2021 |
| Case: 01−01139−AMC | Form ID: van440 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  W.R. Grace & Co., et al.   7500 Grace Drive   Columbia, MD 21044
aty Richard L. Schepacarter   Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801

    TOTAL: 2