# Exhibit B

# ZONOLITE ATTIC INSULATION TRUST
## Summary of Claims
### 2020

1. Number of Claims SUBMITTED - 3,257

   A. Paid- 1,708    $6,101,817.65    average $3,435.77 per claim
   *Extraordinary- 20    $91,750

2. Product Identification for Paid Claims (Inception – 2020)
   a. Sample ONLY- appx. 76%
   b. Sample and Bag- appx. 5%
   c. Bag ONLY- appx. 11%
   d. Other- appx. 8%

CLAIMS SUBMITTED BY STATE (Alphabetical)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AK | 1 | GA | 13 | ME | 51 | NJ | 66 | SD | 2 | Unknown** 243 |
| AL | 5 | IA | 14 | MI | 178 | NM | 3 | TN | 4 | |
| AR | 9 | ID | 18 | MN | 133 | NV | 6 | TX | 19 | |
| AZ | 2 | IL | 189 | MO | 63 | NY | 122 | UT | 18 | |
| CA | 35 | IN | 32 | MS | 8 | OH | 52 | VA | 8 | |
| CO | 21 | KS | 11 | MT | 99 | OK | 2 | VT | 98 | |
| CT | 131 | KY | 2 | NC | 4 | OR | 72 | WA | 131 | |
| DC | 6 | LA | 6 | ND | 12 | PA | 85 | WI | 327 | |
| DE | 3 | MA | 791 | NE | 8 | RI | 50 | WV | 6 | |
| FL | 11 | MD | 26 | NH | 51 | SC | 5 | WY | 5 | |

CLAIMS SUBMITTED BY STATE (Numerical)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MA | 791 | VT | 98 | IN | 32 | KS | 11 | SC | 5 | AK 1 |
| WI | 327 | PA | 85 | MD | 26 | AR | 9 | WY | 5 | |
| Unknown** | 243 | OR | 72 | CO | 21 | MS | 8 | NC | 4 | |
| IL | 189 | NJ | 66 | TX | 19 | NE | 8 | TN | 4 | |
| MI | 178 | MO | 63 | ID | 18 | VA | 8 | DE | 3 | |
| MN | 133 | OH | 52 | UT | 18 | DC | 6 | NM | 3 | |
| CT | 131 | ME | 51 | IA | 14 | LA | 6 | AZ | 2 | |
| WA | 131 | NH | 51 | GA | 13 | NV | 6 | KY | 2 | |
| NY | 122 | RI | 50 | ND | 12 | WV | 6 | OK | 2 | |
| MT | 99 | CA | 35 | FL | 11 | AL | 5 | SD | 2 | |

*Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five claims per year [per ZTAC agreement, now 20] that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims." TDP § 5.4

**Claimants have not yet provided state information for claim property address

1

In the Trustee's opinion 20 claims merited extraordinary treatment.

| ID | Approved Removal AMT for Extraordinary | Initial Payment | Extraordinary Payment |
|---|---|---|---|
| 18019 | $46,132.00 | $4,203.37 | $11,702.03 |
| 17117 | $24,020.00 | $4,203.37 | $6,093.01 |
| 18837 | $21,840.00 | $4,270.62 | $5,540.02 |
| 18489 | $21,312.00 | $4,270.62 | $5,406.09 |
| 18471 | $20,168.00 | $4,270.62 | $5,115.89 |
| 20002 | $20,000.00 | $4,270.62 | $5,073.28 |
| 20220 | $18,825.00 | $4,270.62 | $4,775.22 |
| 17962 | $18,000.00 | $4,203.37 | $4,565.95 |
| 18484 | $18,000.00 | $4,270.62 | $4,565.95 |
| 18985 | $17,700.00 | $4,270.62 | $4,489.85 |
| 3573 | $17,525.00 | $4,125.00 | $4,445.46 |
| 16860 | $17,500.00 | $4,270.62 | $4,439.12 |
| 11475 | $17,000.00 | $4,125.00 | $4,312.29 |
| 14795 | $17,000.00 | $4,270.62 | $4,312.29 |
| 2648 | $16,800.00 | $4,125.00 | $4,261.55 |
| 5955 | $16,777.00 | $4,125.00 | $4,255.72 |
| 18281 | $16,600.00 | $4,270.62 | $4,210.82 |
| 17243 | $16,500.00 | $4,203.37 | $4,185.46 |
| 3762 | $0.00 | $4,125.00 | $0.00 |
| 3803 | $0.00 | $4,125.00 | $0.00 |

*Extraordinary for product identification purposes only.

2