# Exhibit C

**ZONOLITE ATTIC INSULATION TRUST**
**Summary of Compensation & Expenses**

**2020**

|  | ZTAC Committee | 7b Trustee | Delaware Trustee |
|---|---|---|---|
| **2014** | 92,793 | 351,886 | 3,000 |
| **2015** | 91,273 | 460,670 | 1,500 |
| **2016** | 90,529 | 450,109 | 1,500 |
| **2017** | 93,491 | 437,497 | 1,500 |
| **2018** | 92,974 | 498,388 * | 1,500 |
| **2019** | 90,419 | 487,419 | 1,500 |
| **2020** | 77,404 | 571,955 | 1,500 |

*Includes one time catch up payment for annual adjustment for change in cost of living per §4.5 of the Property Damage Trust Agreement