IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING ANNUAL REPORT AND CLAIMS SUMMARY

The WRG Asbestos PI Trust (the "Trust") hereby files its Audited Financial Statements for the fiscal year ending December 31, 2020 and an Annual Report for the period covered by the Audited Financial Statements. The Annual Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the WRG Asbestos PI Trust Agreement, the Trust is providing copies of the Annual Report and the Financial Statements to the Trust Advisory Committee, the Legal Representative, the United States Trustee, and the Reorganized Debtors.

Date: April 28, 2021          **CAMPBELL & LEVINE, LLC**

*/s/ Mark T. Hurford*
Marla Rosoff Eskin (No. 2989)
Mark T. Hurford (No. 3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel: 302-426-1900/ Fax: 302-426-9947
mhurford@camlev.com

and

Douglas A. Campbell
Philip E. Milch
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310/ Fax: 412-261-5066

*Counsel for the WRG Asbestos PI Trust*

{C1158656.1 }