**EXHIBIT A**

**R. Higgins E-Mail Correspondence to G. Smolker, dated March 16, 2021**

# Roger Higgins

| | |
|---|---|
| **From:** | Roger Higgins |
| **Sent:** | Tuesday, March 16, 2021 8:05 AM |
| **To:** | 'GSmolker@aol.com' |
| **Cc:** | 'James O'Neill (jo'neill@pszjlaw.com)' |
| **Subject:** | Smolker v Grace - Opinion & Order - Date for Sanctions Motion |
| **Attachments:** | 2021-3-16_Opinion_33216.pdf; 2021-3-16_Order_Smolker_33217.pdf; Ch-11 01-01139-AMC W.R. Grace & Co., VAN-401 Generic Notice of Hearing |

Mr. Smolker,

Please find attached a copy of the opinion filed by the Bankruptcy Court regarding your claim. I have also attached a copy of the order.

You will also be receiving normal service by mail of these filings.

Also attached is a copy of the court's docket entry setting June 24, 2021, as the hearing date on your proposed sanctions motion. Objections are due by June 3, 2021.

In your motion requesting that hearing date, you stated that you needed 60 days to file your motion.

Based upon yesterday's docket entry date, that means you will be filing your motion no later than May 10, 2021.

Please confirm by reply e-mail that you will be filing your motion by that date.

Warmest Regards. R

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:     (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com
                                                                                         www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

# Roger Higgins

| | |
|---|---|
| **From:** | DEBdb_ECF_Reply@deb.uscourts.gov |
| **Sent:** | Tuesday, March 16, 2021 7:18 AM |
| **To:** | dummail@deb.uscourts.gov |
| **Subject:** | Ch-11 01-01139-AMC W.R. Grace & Co., VAN-401 Generic Notice of Hearing |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from BJM entered on 3/16/2021 at 10:17 AM EDT and filed on 3/16/2021

**Case Name:** W.R. Grace & Co., et al.

**Case Number:** 01-01139-AMC

**Document Number:** 929630

**Docket Text:**
Notice of Hearing on Motion for Sanctions to be held on 6/24/2021 at 12:00pm. The case judge is Ashely M. Chan. Objections due by 6/3/2021. (related document(s)[33215]) (BJM)

The following document(s) are associated with this transaction:

**01-01139-AMC Notice will be electronically mailed to:**

Eric B. Abramson on behalf of Interested Party Asbestos Claimants
eabramson@serlinglaw.com

Carolina Acevedo on behalf of Interested Party Eileen McCabe
carolina.acevedo@mendes.com, anna.newsom@mendes.com

Peter M. Acton, Jr. on behalf of Creditor Town of Acton, Massachusetts
pacton@nutter.com, kjose@mwe.com

Thaddeus Adkins on behalf of Creditor State of Montana Department of Environmental Quality
Thad.Adkins@mt.gov