## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | Docket No. 33231 |

*Clerk*
*Please date stamp each with filing date and give docket number,*
*Thank you.*
*GARY SMOLKER*

### Federal Rules of Bankruptcy Procedure, Rule 7008 Notice:
### PLEADER GARY SMOLKER
### DOES NOT CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS
### OF THE BANKRUPTCY COURT WITH RESPECT TO W.R. GRACE &
### CO.'S PENDING MOTION TO CANCEL JUNE 24, 2021 HEARING DATE

Claimant Gary S. Smolker does not consent to the Bankruptcy Court making a final order on W.R. Grace & Co.'s pending motion to Cancel June 24, 2021 Hearing Date.

Dated: June 16, 2021

Respectfully submitted,

*Gary S Smolker*
_____
Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
CELL PHONE:  1-310-749-9735
Office Phone:    1-818-788-7290

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 90436-2609

2021 JUN 21  AM 10:42
FILED
U.S. BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**



FILED

2021 JUN 21    AM 10: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ ) | | Docket No. 33231 |

## Federal Rules of Bankruptcy Procedure, Rule 7008 Notice:
### PLEADER GARY SMOLKER
## DOES NOT CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS OF THE BANKRUPTCY COURT WITH RESPECT TO W.R. GRACE & CO.'S PENDING MOTION TO CANCEL JUNE 24, 2021 HEARING DATE

Claimant Gary S. Smolker does not consent to the Bankruptcy Court making a final order on W.R. Grace & Co.'s pending motion to Cancel June 24, 2021 Hearing Date.

Dated: June 16, 2021                    Respectfully submitted,

*Gary S Smolker*

_____
Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
CELL PHONE:  1-310-749-9735
Office Phone:    1-818-788-7290

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 90436-2609

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2021 JUN 21   AM 10: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | |

**Federal Rules of Bankruptcy Procedure, Rule 7008 Notice:
PLEADER GARY SMOLKER
DOES NOT CONSENT TO ENTRY OF A FINAL ORDER OR JUDGMENT
OF THE BANKRUPTCY COURT WITH RESPECT TO GARY
SMOLKER'S EX-PARTE APPLICATION/MOTION FOR PROTECTIVE
ORDER AND IMPOSTION OF SANCTIONS ON W.R. GRACE & CO.
ATTORNEYS ROGER J. HIGGINS, LAURA DAVIS JONES, AND JAMES
E. O'NEILL**

Movant Gary S. Smolker does not consent to the Bankruptcy Court making a final order on his soon to be filed ex parte motion for protective order and imposition of sanctions on attorneys Roger J. Higgins, Laura Davis Jones, and James O'Neill.

Dated: June 16, 2021                    Respectfully submitted,

_____
Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
CELL PHONE:  1-310-749-9735
Office Phone:    1-818-788-7290

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2021 JUN 21  AM 10: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | Docket No. 33231 |

### DECLARATION OF LAUREN ELDER IN SUPPORT OF SANCTION MOTION GARY SMOLKER REQUESTS BE HEARD ON JUNE 24, 2021

Declaration of Lauren Elder,

I make each of the following statements on the basis of my owner personal knowledge.

Attached hereto are copies of receipts for food expenditure from eating in restaurants in the time period May 27, 2021 and a copy of a Statement from Courtyard by Marriott for Gary Smolker's temporary stay in the time period May 14 through June 2, 2021.

The Statement from the Courtyard by Marriott is a copy of the most recent statement Mr. Smolker has received from the Courtyard by Marriott.

I prepared the Ledger Summary of Expenses and the chart summarizing food expenses from the actual credit card receipts, attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

**IN THE UNITED STATES BANKRUPTCY COURT** FILED
**FOR THE DISTRICT OF DELAWARE**

2021 JUN 21  AM 10: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| _____ | ) | Docket No. 33231 |

## DECLARATION OF LAUREN ELDER IN SUPPORT OF SANCTION
## MOTION GARY SMOLKER REQUESTS BE HEARD ON JUNE 24, 2021

Declaration of Lauren Elder,

I make each of the following statements on the basis of my owner personal
knowledge.

Attached hereto are copies of photographs I personally took on May 19, 2021 and
May 20, 2021 in Gary Smolker's rental condominium located at 14242 Burbank
Blvd., Sherman Oaks, California.

The measurements superimposed on the photos were made by me using a tape
measure when I took each photograph.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Executed at Encino, California on June 16, 2021.

Lauren Elder

**IN THE UNITED STATES BANKRUPTCY COURT** FILED
**FOR THE DISTRICT OF DELAWARE** 2021 JUN 21 AM 10: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | |

**Federal Rules of Bankruptcy Procedure, Rule 7008 Notice:**
**PLEADER GARY SMOLKER**
**DOES NOT CONSENT TO ENTRY OF A FINAL ORDER OR JUDGMENT**
**OF THE BANKRUPTCY COURT WITH RESPECT TO GARY**
**SMOLKER'S  EX-PARTE APPLICATION/MOTION FOR PROTECTIVE**
**ORDER AND IMPOSTION OF SANCTIONS ON W.R. GRACE & CO.**
**ATTORNEYS ROGER J. HIGGINS, LAURA DAVIS JONES, AND JAMES**
**E. O'NEILL**

Movant Gary S. Smolker does not consent to the Bankruptcy Court making a final order on his soon to be filed ex parte motion for protective order and imposition of sanctions on attorneys Roger J. Higgins, Laura Davis Jones, and James O'Neill.

Dated: June 16, 2021

Respectfully submitted,

_Gary S. Smolker_

Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
CELL PHONE: 1-310-749-9735
Office Phone:     1-818-788-7290

1

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 90436-2609

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action.  My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On June 16, 2021, I served the following attached document:

**Federal Rules of Bankruptcy Procedure, Rule 7008 Notice**

__X__ VIA MAIL, by placing a true copy of the documents listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 516 North Ogden Ave., Suite 136, Chicago, Illinois 60642

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones, LLP,
919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLP,
919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

**X** Via Email:

Roger J. Higgins – rhiggins@rogerhigginslaw.com
James E. O'Neill – joneill@pszjlaw.com
Laura Davis Jones – ljones@pszjlaw.com

**X** BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court for the District of Delaware
Office of the Clerk
824 Market Street

Wilmington, Delaware 19801

Executed on June 16, 2021, 2021at Encino, California.

 I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Lauren Elder

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2021 JUN 21  AM 10: 44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ ) | | Docket No. 33231 |

## Federal Rules of Bankruptcy Procedure, Rule 7008 Notice:
## PLEADER GARY SMOLKER
## DOES NOT CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS
## OF THE BANKRUPTCY COURT WITH RESPECT TO W.R. GRACE &
## CO.'S PENDING MOTION TO CANCEL JUNE 24, 2021 HEARING DATE

Claimant Gary S. Smolker does not consent to the Bankruptcy Court making a final order on W.R. Grace & Co.'s pending motion to Cancel June 24, 2021 Hearing Date.

Dated: June 16, 2021

Respectfully submitted,

Gary S Smolker

_____
Gary S. Smolker, Claimant, In Pro Per
Email:  GSmolker@aol.com
CELL PHONE:  1-310-749-9735
Office Phone:    1-818-788-7290

Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA 90436-2609

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139 (AMC) (Jointly Administered)

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436. On June 16, 2021, I served the following attached document:

**Federal Rules of Bankruptcy Procedure, Rule 7008 Notice**

__X__ VIA MAIL, by placing a true copy of the documents listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins, Esq., 516 North Ogden Ave., Suite 136, Chicago, Illinois 60642

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones, LLP,
919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLP,
919 North Market Street, 17th floor, Wilmington, Delaware, 19899-8705

**X** Via Email:

Roger J. Higgins – rhiggins@rogerhigginslaw.com
James E. O'Neill – joneill@pszjlaw.com
Laura Davis Jones – ljones@pszjlaw.com

**X** BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court for the District of Delaware
Office of the Clerk
824 Market Street

Wilmington, Delaware 19801

Executed on June 16, 2021, 2021at Encino, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Lauren Elder

**IN THE UNITED STATES BANKRUPTCY COURT** FILED
**FOR THE DISTRICT OF DELAWARE**

2021 JUN 21  AM 10: 44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | Docket No. 33231 |

## DECLARATION OF LAUREN ELDER IN SUPPORT OF SANCTION MOTION GARY SMOLKER REQUESTS BE HEARD ON JUNE 24, 2021

Declaration of Lauren Elder,

I make each of the following statements on the basis of my owner personal knowledge.

Attached hereto are copies of receipts for food expenditure from eating in restaurants in the time period May 27, 2021 and a copy of a Statement from Courtyard by Marriott for Gary Smolker's temporary stay in the time period May 14 through June 2, 2021.

The Statement from the Courtyard by Marriott is a copy of the most recent statement Mr. Smolker has received from the Courtyard by Marriott.

I prepared the Ledger Summary of Expenses and the chart summarizing food expenses from the actual credit card receipts, attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

Executed at Encino, California on June 16, 2021.

Lauren Elder

May 27- June 16

| ALL Expenses | |
|---|---|
| **Date** | **Price** |
| FOOD | $          2,261.33 |
| HOTEL | $          1,212.68 |
| | |
| TOTAL | $          3,474.01 |
| | |

May 27 - JUNE 16

| Hotel Expenses | |
|---|---|
| **Date** | **Price** |
| 5/28/21 - 6/2/21 | $        1,212.68 |
| TOTAL | $        1,212.68 |

May 27 – June 16 : 1422.33

| Food Expenses | | | |
|---|---|---|---|
| **Date** | **Breakfast** | **Lunch** | **Dinner** |
| 5/27/21 | | $ 34.73 | |
| 5/28/21 | $ 29.70 | | $ 62.54 |
| 5/29/21 | $ 21.36 | | $ 20.52 |
| 5/30/21 | | $ 23.28 | $ 58.00 |
| 5/31/21 | $ 19.69 | | $ 42.71 |
| 6/1/21 | $ 5.48 | $ 19.85 | $ 25.50 |
| 6/2/21 | $ 29.05 | $ 8.99 | $ 13.25 |
| 6/3/21 | $ 29.05 | | $ 63.00 |
| 6/4/21 | $ 18.22 | $ 32.08 | $ 31.00 |
| 6/5/21 | | $ 59.24 | $ 43.24 |
| 6/6/21 | $ 23.28 | $ 6.48 | $ 28.46 |
| 6/7/21 | $ 25.88 | $ 24.52 | $ 33.25 |
| 6/8/21 | $ 27.21 | | $ 22.71 |
| 6/9/21 | $ 8.90 | $ 47.30 | $ 45.75 |
| 6/10/21 | $ 21.35 | $ 31.75 | $ 32.86 |
| 6/11/21 | $ 18.22 | | $ 24.64 |
| 6/12/21 | $ 18.22 | $ 24.64 | $ 28.00 |
| 6/13/21 | $ 17.59 | $ 24.16 | $ 61.89 |
| 6/14/21 | $ 1.95 | $ 26.00 | $ 30.75 |
| 6/15/21 | | $ 30.23 | |
| 6/16/21 | $ 19.83 | $ 26.00 | |
| | | | |
| **TOTAL** | $ 334.98 | $ 419.25 | $ 668.07 |
| **TOTAL** | 1422.3 | | |



COURTYARD
BY MARRIOTT

Guest Name: Gary Smolker

Room Number: 412

Rate: Varies

Scheduled Departure Date: 06/10/2021

RECEIVED
JUN 0 4 2021
BY: ..........................

---

Dear Mr. Smolker,

Thank you for choosing the Courtyard by Marriott in Woodland Hills! We hope you are enjoying your stay with us. As a courtesy, we wanted to inform you that we will be clearing the balance of **$1,212.68** has accrued on your folio up until this point during your current stay. Once the balance is clear, we will authorize the card on file for the remainder of your stay. Should you want to change payment type, or have any questions regarding the bill, feel free to contact Guest Services at the front desk by 1:00 P.M. and we will be happy to assist you. A copy of your current bill is attached to this letter for your records and convenience.

We appreciate your loyalty and patronage and if there is anything else you need during your stay, please do not hesitate to ask.


Sincerely,


Guest Services

Courtyard Marriott Los Angeles/Woodland Hills * 21101 Ventura Boulevard, Woodland Hills, CA 91364

**COURTYARD®**
BY MARRIOTT

**Courtyard by Marriott®** Los Angeles Woodland Hills
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
**Marriott.com/LAXCW**



RECEIVED
JUN 0 4 2021
BY: ..........................

Gary Smolker
Please Complete
Omaha NE 68132
Leisure

Arrive: 14May21          Time: 09:36PM          Depart: 02Jun21

Room: 412
Room Type: EKNG
Number of Guests: 1
Rate: $152.00          Clerk: SAM

Time: 12:00PM          Folio Number: 69269

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 14May21 | Room Charge | 149.00 | |
| 14May21 | Occupancy Sales Tax | 20.86 | |
| 14May21 | City Tax | 2.24 | |
| 14May21 | Convention and Tourism Tax | 0.29 | |
| 14May21 | Overnight Parking | 10.00 | |
| 14May21 | Parking Tax | 1.00 | |
| 14May21 | Ca Assessment Tax | 0.02 | |
| 15May21 | Room Charge | 149.00 | |
| 15May21 | Occupancy Sales Tax | 20.86 | |
| 15May21 | City Tax | 2.24 | |
| 15May21 | Convention and Tourism Tax | 0.29 | |
| 15May21 | Overnight Parking | 10.00 | |
| 15May21 | Parking Tax | 1.00 | |
| 15May21 | Ca Assessment Tax | 0.02 | |
| 16May21 | American Express | | 366.82 |
| | Card #: AXXXXXXXXXXXXX2001/XXXX | | |
| | Amount: 366.82  Auth: 801334 | | |
| | This card was electronically swiped on 14May21 | | |
| 16May21 | Room Charge | 169.00 | |
| 16May21 | Occupancy Sales Tax | 23.66 | |
| 16May21 | City Tax | 2.54 | |
| 16May21 | Convention and Tourism Tax | 0.33 | |
| 16May21 | Overnight Parking | 10.00 | |
| 16May21 | Parking Tax | 1.00 | |
| 16May21 | Ca Assessment Tax | 0.02 | |
| 17May21 | Room Charge | 179.00 | |
| 17May21 | Occupancy Sales Tax | 25.06 | |
| 17May21 | City Tax | 2.69 | |
| 17May21 | Convention and Tourism Tax | 0.35 | |
| 17May21 | Overnight Parking | 10.00 | |
| 17May21 | Parking Tax | 1.00 | |
| 17May21 | Ca Assessment Tax | 0.02 | |
| 18May21 | Room Charge | 179.00 | |
| 18May21 | Occupancy Sales Tax | 25.06 | |
| 18May21 | City Tax | 2.69 | |
| 18May21 | Convention and Tourism Tax | 0.35 | |
| 18May21 | Overnight Parking | 10.00 | |
| 18May21 | Parking Tax | 1.00 | |
| 18May21 | Ca Assessment Tax | 0.02 | |
| 19May21 | Room Charge | 179.00 | |
| 19May21 | Occupancy Sales Tax | 25.06 | |
| 19May21 | City Tax | 2.69 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

# COURTYARD
### BY MARRIOTT

**Courtyard by Marriott®** Los Angeles Woodland Hills
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
**Marriott.com/LAXCW**

| | |
|---|---|
| Gary Smolker | Room: 412 |
| Please Complete | Room Type: EKNG |
| Omaha NE 68132 | Number of Guests: 1 |
| Leisure | Rate: $152.00   Clerk: SAM |

Arrive: 14May21   Time: 09:36PM   Depart: 02Jun21   Time: 12:00PM   Folio Number: 69269

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 19May21 | Convention and Tourism Tax | 0.35 | |
| 19May21 | Overnight Parking | 10.00 | |
| 19May21 | Parking Tax | 1.00 | |
| 19May21 | Ca Assessment Tax | 0.02 | |
| 20May21 | Room Charge | 169.00 | |
| 20May21 | Occupancy Sales Tax | 23.66 | |
| 20May21 | City Tax | 2.54 | |
| 20May21 | Convention and Tourism Tax | 0.33 | |
| 20May21 | Overnight Parking | 10.00 | |
| 20May21 | Parking Tax | 1.00 | |
| 20May21 | Ca Assessment Tax | 0.02 | |
| 21May21 | Room Charge | 179.00 | |
| 21May21 | Occupancy Sales Tax | 25.06 | |
| 21May21 | City Tax | 2.69 | |
| 21May21 | Convention and Tourism Tax | 0.35 | |
| 21May21 | Overnight Parking | 10.00 | |
| 21May21 | Parking Tax | 1.00 | |
| 21May21 | Ca Assessment Tax | 0.02 | |
| 22May21 | Visa | | 1285.58 |
| | *Card #: VIXXXXXXXXXXXX9191/XXXX* | | |
| | *Card Type: VISA Card Entry: CHIP Approval Code: 182043  App Label:* | | |
| | *VISA DEBIT AID: A0000000031010* | | |
| 22May21 | Room Charge | 179.00 | |
| 22May21 | Occupancy Sales Tax | 25.06 | |
| 22May21 | City Tax | 2.69 | |
| 22May21 | Convention and Tourism Tax | 0.35 | |
| 22May21 | Overnight Parking | 10.00 | |
| 22May21 | Parking Tax | 1.00 | |
| 22May21 | Ca Assessment Tax | 0.02 | |
| 23May21 | Room Charge | 169.00 | |
| 23May21 | Occupancy Sales Tax | 23.66 | |
| 23May21 | City Tax | 2.54 | |
| 23May21 | Convention and Tourism Tax | 0.33 | |
| 23May21 | Overnight Parking | 10.00 | |
| 23May21 | Parking Tax | 1.00 | |
| 23May21 | Ca Assessment Tax | 0.02 | |
| 24May21 | Room Charge | 179.00 | |
| 24May21 | Occupancy Sales Tax | 25.06 | |
| 24May21 | City Tax | 2.69 | |
| 24May21 | Convention and Tourism Tax | 0.35 | |
| 24May21 | Overnight Parking | 10.00 | |
| 24May21 | Parking Tax | 1.00 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

# COURTYARD®
### BY MARRIOTT

**Courtyard by Marriott**® Los Angeles Woodland Hills
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
**Marriott.com/LAXCW**

| | | |
|---|---|---|
| Gary Smolker | Room: 412 | |
| Please Complete | Room Type: EKNG | |
| Omaha NE 68132 | Number of Guests: 1 | |
| Leisure | Rate: $152.00 | Clerk: SAM |

| | | | | |
|---|---|---|---|---|
| Arrive: 14May21 | Time: 09:36PM | Depart: 02Jun21 | Time: 12:00PM | Folio Number: 69269 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 24May21 | Ca Assessment Tax | 0.02 | |
| 25May21 | Room Charge | 179.00 | |
| 25May21 | Occupancy Sales Tax | 25.06 | |
| 25May21 | City Tax | 2.69 | |
| 25May21 | Convention and Tourism Tax | 0.35 | |
| 25May21 | Overnight Parking | 10.00 | |
| 25May21 | Parking Tax | 1.00 | |
| 25May21 | Ca Assessment Tax | 0.02 | |
| 26May21 | Room Charge | 179.00 | |
| 26May21 | Occupancy Sales Tax | 25.06 | |
| 26May21 | City Tax | 2.69 | |
| 26May21 | Convention and Tourism Tax | 0.35 | |
| 26May21 | Overnight Parking | 10.00 | |
| 26May21 | Parking Tax | 1.00 | |
| 26May21 | Ca Assessment Tax | 0.02 | |
| 27May21 | Room Charge | 179.00 | |
| 27May21 | Occupancy Sales Tax | 25.06 | |
| 27May21 | City Tax | 2.69 | |
| 27May21 | Convention and Tourism Tax | 0.35 | |
| 27May21 | Overnight Parking | 10.00 | |
| 27May21 | Parking Tax | 1.00 | |
| 27May21 | Ca Assessment Tax | 0.02 | |
| 28May21 | Visa | | 1297.15 |
| | *Card #: VIXXXXXXXXXXX9191/XXXX* | | |
| | *Card Type: VISA Card Entry: MANUAL Approval Code: 170234* | | |
| 28May21 | Room Charge | 179.00 | |
| 28May21 | Occupancy Sales Tax | 25.06 | |
| 28May21 | City Tax | 2.69 | |
| 28May21 | Convention and Tourism Tax | 0.35 | |
| 28May21 | Overnight Parking | 10.00 | |
| 28May21 | Parking Tax | 1.00 | |
| 28May21 | Ca Assessment Tax | 0.02 | |
| 29May21 | Room Charge | 195.00 | |
| 29May21 | Occupancy Sales Tax | 27.30 | |
| 29May21 | City Tax | 2.93 | |
| 29May21 | Convention and Tourism Tax | 0.38 | |
| 29May21 | Overnight Parking | 10.00 | |
| 29May21 | Parking Tax | 1.00 | |
| 29May21 | Ca Assessment Tax | 0.02 | |
| 30May21 | Room Charge | 161.00 | |
| 30May21 | Occupancy Sales Tax | 22.54 | |
| 30May21 | City Tax | 2.42 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com

# COURTYARD®
BY MARRIOTT

**Courtyard by Marriott®** Los Angeles Woodland Hills
21101 Ventura Blvd. Woodland Hills, Ca 91364 **P** 818.999.2200
**Marriott.com/LAXCW**

| | | | | |
|---|---|---|---|---|
| Gary Smolker | | | Room: 412 | |
| Please Complete | | | Room Type: EKNG | |
| Omaha NE 68132 | | | Number of Guests: 1 | |
| Leisure | | | Rate: $152.00 | Clerk: SAM |
| Arrive: 14May21 | Time: 09:36PM | Depart: 02Jun21 | Time: 12:00PM | Folio Number: 69269 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|--------:|--------:|
| 30May21 | Convention and Tourism Tax | 0.31 | |
| 30May21 | Overnight Parking | 10.00 | |
| 30May21 | Parking Tax | 1.00 | |
| 30May21 | Ca Assessment Tax | 0.02 | |
| 31May21 | Room Charge | 152.00 | |
| 31May21 | Occupancy Sales Tax | 21.28 | |
| 31May21 | City Tax | 2.28 | |
| 31May21 | Convention and Tourism Tax | 0.30 | |
| 31May21 | Overnight Parking | 10.00 | |
| 31May21 | Parking Tax | 1.00 | |
| 31May21 | Ca Assessment Tax | 0.02 | |
| 01Jun21 | Room Charge | 152.00 | |
| 01Jun21 | Occupancy Sales Tax | 21.28 | |
| 01Jun21 | City Tax | 2.28 | |
| 01Jun21 | Convention and Tourism Tax | 0.30 | |
| 01Jun21 | Overnight Parking | 10.00 | |
| 01Jun21 | Parking Tax | 1.00 | |
| 01Jun21 | Ca Assessment Tax | 0.02 | |
| 02Jun21 | Room Charge | 152.00 | |
| 02Jun21 | Occupancy Sales Tax | 21.28 | |
| 02Jun21 | City Tax | 2.28 | |
| 02Jun21 | Convention and Tourism Tax | 0.30 | |
| 02Jun21 | Overnight Parking | 10.00 | |
| 02Jun21 | Parking Tax | 1.00 | |
| 02Jun21 | Ca Assessment Tax | 0.02 | |

**BALANCE:**    **1,212.68**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**MAY 27**



### AND WAFFLES
### WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

## ORDER: Main Dining -
## Table 20

Cashier: Kat
27-May-2021 11:55:54A

Transaction **600011**

| | | |
|---|---|---|
| 1 | Fatima's House Iced Coffee | $7.50 |
| 1 | Steak sandwich | $18.50 |
| | | sd balsamic |

**Subtotal**        **$26.00**
California    9.5%     $2.47

**Total**        **$28.47**
**Tip**        **$6.26**

CREDIT CARD SALE
VISA 7611     $34.73

27-May-2021 12:52:08P
$34.73 | Method: CONTACTLESS
VISA XXXXXXXXXXXX7611
Reference ID: 114700543546
Auth ID: 88129C
MID: ********

**MAY 2B**

WATER L05I

SUGGESTED TIP
15%=5.84    18%=7.00    20%=7.78

NATAS PASTRIES
13317 VENTURA BLVD SUITE D
SHERMAN OAKS, CA 91423
818-788-8050

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WWW.NATASPASTRIES.COM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MC #01
REG  JULIO    05-28-2021 10:50 AM 000049

ORDER#    000049

CHECK No. 9

ALL AMERICAN BREAKFAST
$13.95  1
  SCRAMBLED
  SAUSAGE
    LINK SAUSAGE
  HOUSE BREAD
  POTATOES
  MOZZARELLA                     $2.00  1
  CHEDDAR CHEESE                 $2.00  1
  ADD FRENCH TOAST               $4.00  1
                9 No
TAXABLE SALE                     $21.95
TAX                               $2.08
TOTAL        $24.03

TOTAC W TIP 1J ervice Chappe

SUGGESTED TIP
15%=3.29    18%=3.95    20%=4.39

29.70

---

NATAS PASTRIES
13317 VENTURA BLVD
SHERMAN OAKS, CA 91423
818-788-8050
CT-2016385101

05/28/2021              10:59

Sale

Trans #: 23   Batch #: 48

VISA
\*\*\*\*\*\*\*\*\*\*\*\*7611        CHIP
Server:                    \*\*/\*\*
                           13

BASE AMT:            $24.03
SVC:                  $0.72
DISC:                 $0.00

SUB TOTAL:           $24.75

TIP AMT:        $ 4.9

TOTAL AMT:      $ 28.70

TOTAL   29.75
Tip Suggestions

Percent  Tip
15%     $3.71        Total
18%     $4.45        28.46
20%     $1.05        29.70

Resp:
Code:      APPROVAL  12207C
Ref #:               12207C
TransID: 381118684885128
  111819101666

**MAY 28**



**H.O.M. Italian Eatery**
21136 Ventura Blvd
Woodland Hills, CA 91364

```
5/28/21, 9:08 PM          Ticket: V28
Server: Rebecca P
Dine In Table B10
          SMOLKER/GARY S
Invoice: 210528-03-28
-----------------------------------------

  1 Cabernet - Rabble            14.00
    Glass
  1 Pane                          3.00
  1 Arrosto                      35.00

Subtotal                        52.00
Sales Tax                        4.94
-----------------------------------------
Total                           56.94
VISA - xxxx7611                 56.94
-----------------------------------------
Balance Due                       .00
```

Suggested Tips
15%=7.80 18%=9.36 20%=10.40

WATER DAMAGE

**Thank you for visiting us!**

© 2021 Mobile Bytes, LLC



**H.O.M. Italian Eatery**
21136 Ventura Blvd
Woodland Hills, CA 91364

```
5/28/21, 9:04 PM          Ticket: V28
Server: Rebecca P
Dine In Table B10
          SMOLKER/GARY S
Invoice: 210528-03-28
-----------------------------------------

Credit Sale
Status:         Approved

Card Type:      VISA
Card Number:    XXXXXXXXXXXX7611
Card Owner:     SMOLKER/GARY S
Entry Method:   Chip
Auth Code:      64861C
APPLAB:         VISA CREDIT
AID:            A0000000031010
TC:             1EF63420C39BC020


AMOUNT                          56.94

TIP                             $5.60

TOTAL                           62.54

                                62.54

Sign X_____15/65_____
```

**MAY 29**



## AND WAFFLES WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

### ORDER: GARY
Cashier: CASH
29-May-2021 2:38:30P

Transaction **100023**

| | | |
|---|---|---|
| 1  Lox & Bagel | | $15.99 |
| **Subtotal** | | **$15.99** |
| California | 9.5% | $1.52 |
| **Total** | | **$17.51** |
| CREDIT CARD AUTH | | |
| VISA 7611 | | $17.51 |
| Tip | | 3,95 |
| Total | | 21,76 |

Retain this copy for statement validation

Station: Bar Station

29-May-2021 2:48:53P
$17.51 | Method: EMV
VISA CREDIT XXXXXXXXXXXX7611

---



## Blue Water Cafe

21014 Ventura Blvd
WOODLAND HILLS, CA
91364
(818) 854-6003

May 29, 2021
7:22 PM

### PURCHASE

Ticket: Gary
Authorization 50737C
Receipt D1mE

VISA CREDIT
AID A0 00 00 00 03 10 10

Free Range Ground Chicken Kabob Plate
Or Grass Fed Ground Beef Kabob Plate
$15.00

Ground Beef Kabob

| | |
|---|---|
| | $15.00 |
| Subtotal | $15.00 |
| TAX 9.5% | $1.42 |
| UberEats | $0.00 |
| Tip | $4.10 |
| **Total** | **$20.52** |
| Visa 7611 (Contactless) | $20.52 |

Visa Cardholder

WATER DAMAGE

**MAY 30**

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

## Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A000000031010
Entry Method: Chip Read
Apprvd: Online    Batch#: 000002
05/30/21              19:32:46

Inv#: 00000016 Appr Code: 85038C

Amount:          $     47.25
Tip:                  $10.75
Total:                $58

Mode: Issuer
TVR: 8080008000
IAD: 06010A03608000
TSI: 6800
ARC: 00
   I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
         credit voucher)

X_ 11) GSS_____

      SMOLKER/GARY S

      Customer Copy

      THANK YOU
WATER DAMAGE



## Blue Water Cafe

21014 Ventura Blvd          May 30, 2021
WOODLAND HILLS, CA            12:52 PM
91364
(818) 854-6003

### PURCHASE

Ticket: Gary outside
Authorization 24015C
Receipt v1V1

VISA CREDIT
AID A0 00 00 00 03 10 10

| | |
|---|---|
| Avocado Toast<br>Avocado Toast | $12.00 |
| Espresso × 2<br>($2.50 each)<br>Double | $5.00 |

| | |
|---|---|
| Subtotal | $17.00 |
| TAX 9.5% | $1.62 |
| UberEats | $0.00 |
| Tip | $4.66 |

| | |
|---|---|
| Total | $23.28 |
| Visa 7611 (Chip) | $23.28 |

Gary S Smolker

WATER DAMAGE

**MAY 31**

*WATER DAMAGE*

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 14

### Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A0000000031010
Entry Method: Chip Read
Apprvd: Online    Batch#: 000003
05/31/21              20:08:54

Inv#: 00000010 Appr Code: 03778C

Amount:        $        42.71
Tip:

Total:

================

Mode: Issuer
TVR: 8080000000
IAD: 06010A03608000
TSI: 6800
ARC: 00
    I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
        credit voucher)

X_____
        SMOLKER/GARY S

        Customer Copy

        THANK YOU



## AND WAFFLES WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

### ORDER: Main Dining  - Table 4
Cashier: Roberto
31-May-2021 9:57:27A

Transaction **000018**

| | | |
|---|---|---|
| 1 | Cinnamon Swirl French Toast | $10.99 |
| 1 | Coffee | $3.75 |

| **Subtotal** | | **$14.74** |
|---|---|---|
| California | 9.5% | $1.40 |

| **Total** | **$16.14** |
|---|---|
| CREDIT CARD AUTH | $16.14 |
| VISA 7611 | |

Tip        3,55

Total      19.69

Retain this copy for statement validation

Station: Service Station

31-May-2021 11:12:00A
$16.14 | Method: EMV
VISA CREDIT

# JUNE 1



## Blue Water Cafe

21014 Ventura Blvd            Jun 1, 2021
WOODLAND HILLS, CA 91364      1:21 PM
(818) 854-6003

### PURCHASE

Authorization 47884C
Receipt XR3a

VISA CREDIT
AID A0 00 00 00 03 10 10

| | |
|---|---|
| Assorted Pastries | $4.00 |
| Regular | |
| Subtotal | $4.00 |
| TAX 9.5% | $0.38 |
| UberEats | $0.00 |
| Tip | $1.10 |
| Total | $5.48 |
| Visa 7611 (Chip) | $5.48 |

Gary S Smolker

WATER DAMAGE

---



## Blue Water Cafe

21014 Ventura Blvd            Jun 1, 2021
WOODLAND HILLS, CA 91364      1:18 PM
(818) 854-6003

### PURCHASE

Ticket: Outside Gary
Authorization 35023C
Receipt bNgw

VISA CREDIT
AID A0 00 00 00 03 10 10

| | |
|---|---|
| Avocado Toast | $12.00 |
| Avocado Toast | |
| Espresso | $2.50 |
| Double | |
| Subtotal | $14.50 |
| TAX 9.5% | $1.38 |
| UberEats | $0.00 |
| Tip | $3.97 |
| Total | $19.85 |
| Visa 7611 (Chip) | $19.85 |

Gary S Smolker

WATER DAMAGE

---

WATER DAMAGE

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

## Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A0000000031010
Entry Method: Chip Read
Apprvd: Online    Batch#: 000004
06/01/21                  21:11:03

Inv#: 00000022 Appr Code: 68332C

Amount:           $      20.75
Tip:                     4.75
Total:                  $25.50

Mode: Issuer
TVR: 8080000000
IAD: 06010A03608000
TSI: 6800
ARC: 00
    I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
        credit voucher)

X_____
        SMOLKER/GARY S

        Customer Copy

        THANK YOU
    WATER DAMAGE

**JUNE 2**

WATER DAMAGE



### LOS ANGELES LOVES &WAFFLES

## AND WAFFLES
## WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

### ORDER: Bar Bar 6
Cashier: Roberto
02-Jun-2021 8:59:32A

Transaction **800002**

| | | |
|---|---|---|
| 1 Baja Omelette | | $17.99 |
| | TOAST BUTTERED PLEASE!! | |
| 1 Coffee | | $3.75 |
| **Subtotal** | | **$21.74** |
| California | 9.5% | $2.07 |
| **Total** | | **$23.81** |
| **Tip** | | **$5.24** |
| CREDIT CARD SALE | | $29.05 |
| VISA 7611 | | |

02-Jun-2021 9:27:36A
$29.05 | Method: EMV
VISA CREDIT XXXXXXXXXXXX7611
MID: ********4889
~~~~~~1010

**JUNE 2**

* * * DUPLICATE COPY * * *
DEJA VU LIQUOR
21056 VENTURA BLVD
WOODLAND HILLS, CA 91364
(818) 347-4525

ORDER # 202893
INVOICE# 202893
Closed to Cash Purchase

DATE/TIME: 6/2/2021 10:03:48 PM
CASHIER: CASHIER
STATION: 01

Item Count: 4
=======================================
1 FS BABY RUTH
1 FS TOOTSIE ROLL                    $2.75
1 FS SUGAR DADDY                     $1.75
1 FS ABBA-ZABA                       $1.75
                                     $1.75
=======================================
Subtotal                             $8.00
GRAND TOTAL                          $8.00

Cash                                 $8.00
Amt Tendered                         $8.00
Change                               $0.00



Invoice: I1001-202893



**AND WAFFLES**
**WOODLAND HILLS**
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

### ORDER: Bar Bar 6

Cashier: Roberto
02-Jun-2021 8:59:32A

Transaction 800002

1  Baja Omelette                    $17.99
     TOAST BUTTERED PLEASE!!

1  Coffee                            $3.75

**Subtotal**                       **$21.74**
California      9.5%                  $2.07

**Total**                          **$23.81**
**Tip**                             **$5.24**

CREDIT CARD SALE                    $29.05
VISA 7611

02-Jun-2021 9:27:36A
$29.05 | Method: EMV
VISA CREDIT XXXXXXXXXXXXX7611
MID: ********4889

* * * DUPLICATE COPY * * *
DEJA VU LIQUOR
21056 VENTURA BLVD
WOODLAND HILLS, CA 91364
(818) 347-4525

ORDER # 202898
INVOICE# 202898
Closed to Cash Purchase

DATE/TIME: 6/2/2021 10:11:14 PM
CASHIER: CASHIER
STATION: 01

Item Count: 3
=======================================
1 FS SUGAR DADDY                     $1.75
2 FS ABBA-ZABA                       $3.50
=======================================
Subtotal                             $5.25
GRAND TOTAL                          $5.25

Cash                                 $5.25
Amt Tendered                        $10.00
Change                               $4.75



Invoice: I1001-202898



Van Nuys #48
6700 Sepulveda Blvd
Van Nuys, CA 91411
(818) 989-5132

W8 Member 111892553181
E      93362 GRAPEFRUIT              8.99
         SUBTOTAL                    8.99
         TAX                         0.00
    **** TOTAL                       8.99

XXXXXXXXXXXXX7611            H
AID:  A0000000031010
Seq# 15865      App#: 787030
Costco Visa    Resp: APPROVED
Tran ID#: 115300015865....
Merchant ID: 990048

APPROVED - Purchase
AMOUNT: $8.99
06/02/2021 19:57 48 15 125 92

         Costco Visa               8.99
         CHANGE                    0.00

**JUNE 3**

**WATER DAMAGE**



## H.O.M. Italian Eatery
21136 Ventura Blvd
Woodland Hills, CA 91364

6/3/21, 7:55 PM                    Ticket: X7
Server: Gio M
Dine In Table B6
            SMOLKER/GARY S
Invoice: 210603-01-7
----------------------------------------

Credit Sale
Status:              Approved

Card Type:           VISA
Card Number:         XXXXXXXXXXXX7611
Card Owner:          SMOLKER/GARY S
Entry Method:        Chip
Auth Code:           31803C
APPLAB:              VISA CREDIT
AID:                 A0000000031010
TC:                  87BC4A1393EBE997

AMOUNT                              51.47

TIP                                 11.53
TOTAL                               63.00

## H.O.M. Italian Eatery
21136 Ventura Blvd
Woodland Hills, CA 91364

6/3/21, 7:54 PM                    Ticket: X7
Server: Gio M
Dine In Table B6
Invoice: 210603-01-7
----------------------------------------

1 Lasagna                           20.00
1 Merlot                            15.00
  Glass
1 Tiramisu                          12.00

Subtotal                            47.00
Sales Tax                            4.47
----------------------------------------
Total                               51.47

                    T IP    11.53
              Suggested Tips
      15%=7.05 18%=8.46 20%=9.40

                  TOTAL    63.00

Thank you for visiting us!



### AND WAFFLES WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

Cashier: Krissy
Transaction 100003

Subtotal                            $21.74
California            9.5%            $2.07

Total                               $23.81
Tip                                  $5.24
                                    $29.05

CREDIT CARD AUTH
VISA 7611
Station: Bar Station

03 Jun 2021 8:23:07A
$29.05 | Method: EMV
VISA CREDIT XXXXXXXXXXXX7611
GARY S SMOLKER
Reference ID: 115400544516 | Auth ID:
27533C
MID) *******4889

JUNE 4

WATER DAMAGE

California Pizza Kitchen
16101 VENTURA BLVD.
ENCINO, CA 91436

ver: Sophia                06/04/2021
le 480/3                        1:41 PM
sts: 3                            30008
er Type:  Dine In

i Crunch Salad, Full              21.24
Avocado
d Tea                              3.49

otal                              24.73
                                   2.35

1                                 27.08

lance  Due         $27.08

ay This Check With Your Smartphone!

Scan Here
TOTAL 32.08

---

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

Server: CASHIER          DOB: 06/04/2021
09:07 AM                      06/04/202'
Table 8/1                       2/20021

                SALE

VISA                              1048627
Card #XXXXXXXXXXXXX7611
Magnetic card present: SMOLKER GARY S
Card Entry Method:  S

Approval: 16970C

                Amount:      $ 15.22

                + Tip: _____ 3~

                = Total: _____ 18,22

       I agree to pay the above
   total amount according to the
       card issuer agreement?

X_____

       Nat's Early Bite Inc.
         Order Online
      www.NatsEarlyBite.com
   We Are Grateful for your Support.
        PLEASE PAY SERVER

         <<Guest Copy>>
      WATER DAMAGE

---

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL. CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

## Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A000000031010
Entry Method: Chip Read
Apprvd: Online   Batch#: 000007
06/04/21                  18:29:05

Inv#: 00000016 Appr Code: 85848C

Amount:         $       25.00
Tip:                     8C
Total:                  $3J

Mode: Issuer
TVR: 8080008000
IAD: 06010A03608000
TSI: 6800
ARC: 00
   I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if

---

California Pizza Kitchen #27
Encino, CA  91436
16101 Ventura Blvd.
(818) 907-7783

WATER DAMAGE

06/04/2021                    13:42:02
VISA CREDIT
CARD #:          XXXXXXXXXXXX7611
PURCHASE        Entry Method:  Chip
                            APPROVED
AUTH CODE: 85848C    RRN: 1019785163

Mode:                            Issuer
AID:            A000000031010
TVR:            8080008000
IAD:            06010A03608000
TSI:            6800
MID: 308318     SID: 036173

SubTotal        USD  $    25.00

Tip             USD  $     5~

Total           USD  $    32.08

Signature:  GARY S SMOLKER
   I agree to pay above total amount
   according to card issuer agreement
   (Merchant agreement if Credit Voucher)
   Retain this copy for your records

CUSTOMER COPY

THANK YOU!

*JUNE 5*



gastropub

HQ Gastropub- Woodland Hills
20969 Ventura Blvd
Woodland Hills, CA 91364
818-887-2337
hqgastropub.com

Server: Ellissa M
Check #102
Ordered:                06/05/21 6:38 PM

Ruekeller Helles              $9.00
Tempura Spicy Tuna Roll      $14.00
Tortilla soup                $11.00

Subtotal                     $34.00
Tax                           $3.24
**Total**                    **$37.24**

Input Type          C (EMV Chip Read)
VISA CREDIT              xxxxxxxx7611
Time                         7:12 PM

Transaction Type                Sale
Authorization               Approved
Approval Code                 57840C
Payment ID              CPkrdhyftRLR
Application ID       A0000000031010
Application Label        VISA CREDIT
Terminal ID
Card Reader                    BBPOS

Amount                       $37.24

+ Tip:          6-

= Total:        43.24

X        15/ 658
       GARY S SMOLKER

*The Bruery*
*-Ruekeller*
*Style is*
*a*
*Helles Lager*

gastropub

HQ Gastropub- Woodland Hills
20969 Ventura Blvd
Woodland Hills, CA 91364
818-887-2337
hqgastropub.com

Server: Ellissa M
Check #102
Ordered:                06/05/21 6:38 PM

( Ruekeller Helles )           $9.00
Tempura Spicy Tuna Roll       $14.00
Tortilla soup                 $11.00

Subtotal                      $34.00
Tax                            $3.24
**Total**                     **$37.24**

-------------------------------------------

Suggested Tip:
18%: (Tip $6.12  Total $43.36)
20%: (Tip $6.80  Total $44.04)
22%: (Tip $7.48  Total $44.72)
25%: (Tip $8.50  Total $45.74)
Tip percentages are based on the check
price before taxes.

Thank you!
Be the first to tell a friend!

**TRADER JOE'S**

20955 Ventura Blvd.
Woodland Hills, CA 91364
Store #0209 - 818 712 9475

OPEN 9:00AM TO 9:00PM DAILY

SALE TRANSACTION

FAVORITE CORK PULLER              $1.99
CHEESE CRUNCHLES SPICY            $1.99
EVER0S PORT, CALIFORNIA           $9.99
PEANUT BUTTER CUPS MILK           $4.49
TRIPLE GINGER SNAPS               $3.99
LICORELE SOFT TWIST BLAC          $2.49
LICORICE SOFT TWIST STRA          $2.49
CHEESE CRUNCHES SPICY             $1.99
ENGLISH TOFFEE MILK CHOC          $3.49
ENGLISH TOFFEE MILK CHOC          $3.49
LICORICE SOFT TWIST BLAC          $2.49
LICORICE SOFT TWIST STRA          $2.49
MORGADO TAWNY PORT                $5.99
PEANUT BUTTER CUPS MILK           $4.49
PEANUT BUTTER CUPS MILK           $4.49
BOTTLE HOLDER BAG                 $0.99
BAG FEE.                          $0.10

                    Tax: $18.96 @ 9.5%    $1.80

Items in transaction:17
Balance to pay                 $59.24
VISA                           $59.24

JUNE 6



## Blue Water Cafe

21014 Ventura Blvd          Jun 6, 2021
WOODLAND HILLS, CA 91364    11:29 AM
(818) 854-6003

### PURCHASE

Ticket: Gary
Authorization 804820
Receipt ha9k

AMERICAN EXPRESS
AID A0 00 00 00 25 01 08 01

Free Range Ground Chicken Kabob Plate
Or Grass Fed Ground Beef Kabob Plate
                                      $15.00

Ground Beef Kabob

| | |
|---|---|
| Espresso | $2.00 |
| Single | |

| | |
|---|---|
| Subtotal | $17.00 |
| TAX 9.5% | $1.62 |
| UberEats | $0.00 |
| Tip | $4.66 |

| | |
|---|---|
| Total | $23.28 |
| AmEx 2001 (Chip) | $23.28 |
| Gary Smolker | |



HQ Gastropub— Woodland Hills
20969 Ventura Blvd
Woodland Hills, CA 91364
818-887-2337
hqgastropub.com

Server: Ray S
Check #82                        Table 81
Ordered:              06/06/21 5:26 PM

| | |
|---|---|
| Chicken Pot Pie | $17.00 |
| Ruekeller Helles | $9.00 |

| | |
|---|---|
| Subtotal | $26.00 |
| Tax | $2.46 |
| Total | $28.46 |

---

Suggested Tip:
18%: (Tip $4.68  Total $33.14)
20%: (Tip $5.20  Total $33.66)
22%: (Tip $5.72  Total $34.18)
25%: (Tip $6.50  Total $34.96)
Tip percentages are based on the check
price before taxes.

Thank you!
Be the first to tell a friend!

---

## TRADER JOE'S

21055 Ventura Blvd.
Woodland Hills, 91364
Store #0209 - 818-712-9475

OPEN 9:00AM TO 9:00PM DAILY

SALE TRANSACTION

| | |
|---|---|
| CHEESE CRUNCHIES SPICY | $1.99 |
| PEANUT BUTTER CUPS MILK | $4.49 |

Items in Transaction:2
Balance to pay                   $6.48
AMEX                             $6.48

PAYMENT CARD PURCHASE TRANSACTION
CUSTOMER COPY

AMERICAN EXPRESS    *********** 2001
Type: Chip Read   Auth Code: B66145
AID: A000000025010801 PAN Seq:
TVR: 0080008000    TSI: E800
IAD: 06570103A0A000
MID: *******27013   TID:
TOTAL PURCHASE            ****$6000
                              $6.48

No Cardholder Verification

Please retain for your records

| A. Armando | | |
|---|---|---|
| STORE | TILL | TRANS |
| 0209 | 6 | 30596 |

THANK YOU FOR SHOPPING AT
TRADER JOE'S
www.traderjoes.com
                    DATE
            06 06 21 11:50

JUNE 7

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

## Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A0000000031010
Entry Method: Chip Read
Apprvd: Online    Batch#: 000000
06/07/21                20:03:43

Inv#: 00000013 Appr Code: 77327C

Items
Balanc
VISA

Amount:      $      27.25

Tip:                    6

Total:              33.25

PAY

Mode: Issuer
VISA (        TVR: 8000000000
Type: (       IAD: 06010A03608000
MID:          TSI: 6800
TOTAL         ARC: 00
              I agree to pay above total
              amount according to card issuer
              agreement (Merchant agreement if
              credit voucher)

X _____ W/ GSS _____

SMOLKER/GARY S

Customer Copy

THANK YOU

WATER DAMAGE



# AND WAFFLES WOODLAND HILLS

21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

## ORDER: Main Dining  - Table 5

Cashier: Roberto
07 Jun 2021 11:05:10A

Transaction 000014

| | | |
|---|---|---|
| 1 | Serge's Secret Lemonade | $5.99 |
| 1 | Audrey's Avocado Toast | $13.99 |

| **Subtotal** | | **$19.98** |
|---|---|---|
| California | 9.5% | $1.90 |

| **Total** | **$21.88** |
|---|---|

CREDIT CARD AUTH              $21.88
VISA 7611

Tip                  4-

              25.88

Total

Retain this copy for statement validation

Station: Service Station

07-Jun-2021 11:29:54A
$21.88 | Method: EMV



# AND WAFFLES WOODLAND HILLS

21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
8188053201

## ORDER: Main Dining  - Table 5

Cashier: Roberto
07-Jun-2021 11:05:10A

| 1 | Serge's Secret Lemonade | $5.99 |
|---|---|---|
| 1 | Audrey's Avocado Toast | $13.99 |

| **Subtotal** | | **$19.98** |
|---|---|---|
| California | 9.5% | $1.90 |

| **Total** | **$21.88** |
|---|---|

Order FT109SZSM0JV6

Clover Privacy Policy
https://clover.com/privacy

JUNE 7

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

## Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A0000000031010
Entry Method: Chip Read
Apprvd: Online    Batch#: 000000
06/07/21                    20:03:43

Inv#: 00000013 Appr Code: 77327C

Amount:            $       27.25
Tip:                        6
Total:                    33.25

Mode: Issuer
TVR: 8080008000
IAD: 06010A03608000
TSI: 6800
ARC: 00
    I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
        credit voucher)

X _____ W GSS _____
        SMOLKER/GARY S

        Customer Copy

        THANK YOU
        WATER DAMAGE

JUNE 8

MORTS DELICATESSEN
18452 CLARK ST
TARZANA CA 91356
818-345-3700

Terminal ID: ××××810       ×××0

6/8/21                    10:09 AM

SERVER #: 3

VISA CREDIT - INSERT
AID: A0000000031010
ACCT #: ××××××××××7611

CREDIT SALE
UID: 115923469554    REF #: 0691
BATCH #: 963    AUTH #: 49626C

AMOUNT          $23.21

TIP        $ 4.00

TOTAL      $ 27.21

**APPROVED**

ARQC - 8852B95CE8B8E226

**CUSTOMER COPY**
WATER DAMAGE

---

## Spicy Lime Thai Cuisine

15928 Ventura Blvd
Encino, CA 91436
(818) 465-3147

| Dining | Chk# 31 |
|--------|---------|
| Table# 3 | Guest: 1 |

Server: christ       06/08/2021, 02:23 PM

| 1  Seafood Fried Rice | 18.00 |
|---|---|
| Sub Total | 18.00 |
| Sale Tax | 1.71 |
| Total Amount | 19.71 |
| Gratuity | 3.00 |

**Total Due**          **$22.71**

Tendered: VISA xxxx7611              22.71

Check Closed: 06/08/2021, 02:51 PM
Closed by: christ

Gratuity Suggestion
15.00% = $2.96
18.00% = $3.55
20.00% = $3.94
THANK YOU

---

## Spicy Lime Thai Cuisine

15928 Ventura Blvd
Encino, CA 91436
(818) 465-3147

Dining                  Chk# 31
Table# 3                Guest: 1

Server: christ    06/08/2021, 02:23 PM

1  Seafood Fried Rice           18.00

Sub Total                       18.00
Sale Tax                         1.71

Total Due                      $19.71

Gratuity Suggestion
15.00% = $2.96
18.00% = $3.55
20.00% = $3.94
THANK YOU

WATER DAMAGE

**JUNE 9**



PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 3300114380
Term ID: 1350
Server ID: 31

### Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A000000031010

Entry Method: Chip Read
Apprvd: Online    Batch#: 000002
06/09/21            20:33:20

Inv#: 00000017 Appr Code: 71698C

Amount:        $    37.25
Tip:                6.50
Total:              45.75

Mode: Issuer
TVR: 8080008000
IAD: 06010A03600000
TSI: 6800
ARC: 00
    I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
    credit voucher)

---

## Blue Water Cafe

21014 Ventura Blvd              Jun 9, 2021
WOODLAND HILLS, CA 91364        11:05 AM
(818) 854-6003

### PURCHASE

Authorization 842444
Receipt bznY

AMERICAN EXPRESS
AID A0 00 00 00 25 01 08 01

| Assorted Pastries | $4.00 |
| Baklava | |
| Espresso | $2.50 |
| Double | |
| Subtotal | $6.50 |
| TAX 9.5% | $0.62 |
| UberEats | $0.00 |
| Tip | $1.78 |
| Total | $8.90 |
| AmEx 2001 (Chip) | $8.90 |

Gary Smolker

---

Spicy Lime Thai Cuisine
15928 Ventura Blvd
Encino, CA 91436
(818) 465-3147

| Date | 06/09/2021, 01:24 PM |
| Check# | 32 |
| Card Type | VISA |
| Card # | xxxx xxxx xxxx 7611 |
| Card Holder | SMOLKER/GARY S |
| Card Entry | Chip |
| Trans Type | SALE |
| Transaction # | 3 |
| Ref Number | |
| Auth Code | 40054C |
| Server | christ |
| Table# | P5 |

| Amount : | **$39.42** |
| Gratuity : | **$7.88** |
| Total : | **$47.30** |

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT!

---

Spicy Lime Thai Cuisine
15928 Ventura Blvd
Encino, CA 91436
(818) 465-3147

| Dining | |
| Table# P5 | Chk# 32 |
| Server: christ 06/09/2021, 01:00 PM | Guest: 3 |

| 1 Regular Iced Tea | 3.00 |
| 1 Red Curry | 11.00 |
| Chicken | |
| No Spicy | |
| Brown Rice | |
| 2 Red Curry | 22.00 |
| Chicken | |
| Spicy | |
| White Rice | |
| Sub Total | 36.00 |
| Sale Tax | 3.42 |
| **Total Due** | **$39.42** |

Gratuity Suggestion
15.00% = $5.91
18.00% = $7.10
20.00% = $7.88
THANK YOU

WATER DAMAGE
OCCURRED WHEN C
my Smelled
wet Shirt T

TIP: 7.88
TOTAL: 47.30

**JUNE 10**

California Pizza Kitchen #27
16101 Ventura Blvd.
Encino, CA 91436
(818) 907-7783

06/10/2021                              14:41:24
AMERICAN EXPRESS  Entry Method:    Chip
CARD #:                    XXXXXXXXXXX2001
PURCHASE        APPROVED
AUTH CODE: 869823      RRN: 1019900100I

Mode:
AID:                           Issuer
TVR:                  A000000025010801
TAD:                       0000008000
TAD:                  05570103A0A006
TSI:    E800                 ARC:     00
MID: 366318    TID: 001    SEQ: 047981

SubTotal                USD $   26.25

Tip                     USD $   5.20

Total                   USD $  31.75

Signature: ___(J)/___
           GARY SMOLKER
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

CUSTOMER COPY   WATER
                DAMAGE
THANK YOU!

---

California Pizza Kitchen
16101 VENTURA BLVD.
ENCINO, CA 91436

Server: candace                06/10/2021
Table 483/1                       2:40 PM
Guests: 2                          40016
Order Type:  Dine In

Italian Chopped, Full             16.99
Arnold Palmer (2 @3.49)            6.98

*******************************************
You can share feedback or ask
questions by calling 800-919-3227
or visit www.cpk.com.
*******************************************

Subtotal                          23.97
Tax                                2.28

Total                             26.25

Balance Due          $26.25

Pay This Check With Your Smartphone!

Scan Here  TIP 5.20

WATER          TITAV
DAMAGE         31.75

or Go To: CPK.NCRPAY.

Enter Code: HWN236

---

WATER DAMAGE

AND WAFFLES
WOODLAND HILLS
21028 VENTURA BOULEVARD
LOS ANGELES, CA 91364
818805201

LOS ANGELES
LOVES
& WAFFLES

ORDER: Main Dining -
Table 10

Cashier: Krisy
10-Jun-2021 14:07A

Transaction 800000
Guest 1
 1  Coffee                        $3.75
 1  Waffle Sundae                $12.50

Subtotal                        $16.25
California       9.5%             $1.54

Total                           $17.79
Tip                              $3.56

CREDIT CARD SALE                $21.35
VISA 7611

10 Jun 2021 8:36:56A
$21.35 | Method  EMV
VISA CREDIT XXXXXXXXXXXX7611
GARY'S SMOLKER
Reference ID: 116160524107

**JUNE 10**



gastropub

HQ Gastropub– Woodland Hills
20969 Ventura Blvd
Woodland Hills, CA 91364
818-887-2337
hqgastropub.com

Server: Garland  W
Check #113                    Table 501
Ordered:              06/10/21 8:15 PM

Spicy Tuna Roll              $12.00
Steel Panther                 $7.00
Tortilla soup                $11.00

Subtotal                     $30.00
Tax                           $2.86
**Total**                    $32.86

-------------------------------------------

Suggested Tip:
18%: (Tip $5.40  Total $38.26)
20%: (Tip $6.00  Total $38.86)
22%: (Tip $6.60  Total $39.46)
25%: (Tip $7.50  Total $40.36)
Tip percentages are based on the check
price before taxes.

Thank you!
Be the first to tell a friend!

JUNE 11

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

Server: CASHIER          DOB: 06/11/2021
08:48 AM                      06/11/2021
Table 5/1                        2/20011

SALE

                                    1048608

VISA
Card #XXXXXXXXXXXX7611
Magnetic card present: SMOLKER GARY S
Card Entry Method:  S

Approval: 05148C

              Amount:        $ 15.22

              + Tip: _____ 3 __

              = Total: _____
                              18.90

     I agree to pay the above
   total amount according to the
       card issuer agreement.

X_____

     Nat's Early Bite Inc.
        Order Online
      www.NatsEarlyBite.com
  We Are Grateful for your Support.
        PLEASE PAY SERVER

       <<Guest Copy>>
   WATER DAMAGE

## Blue Water Cafe

21014 Ventura Blvd              Jun 11, 2021
WOODLAND HILLS, CA              5:57 PM
91364
(818) 854-6003

### PURCHASE

Ticket: Gary
Authorization 42092C
Receipt FoVx

VISA CREDIT
AID A0 00 00 00 03 10 10

Free Range Ground Chicken Kabob Plate
Or Grass Fed Ground Beef Kabob Plate
                                    $15.00
Ground Beef Kabob

Soda                                $3.00

Subtotal                           $18.00
TAX 9.5%                             $1.71
UberEats                            $0.00
Tip                                 $4.93

Total                              $24.64
Visa 7611 (Chip)                   $24.64
Gary S Smolker

---

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

Server: Jonathan            06/11/2021
Cashier: CASHIER
Table 5/1                       8:47 AM
Guests                           20011
Repr1i             1

Matzo w/ Salami & Onions    10.95
Coffee                       2.95

Subtotal                    13.90
Tax                          1.32

Total                       15.22

Balance Due                 15.22

     Order Online
   www.NatsEarlyBite.com
We Are Grateful for your Support.
     PLEASE PAY SERVER

WATER
DAMAGE
18.90

JUNE 12



## Blue Water Cafe

21014 Ventura Blvd      Jun 12, 2021
WOODLAND HILLS, CA      4:14 PM
91364
(818) 854-6003

### PURCHASE

Ticket: Gary outside
Authorization 15634C
Receipt RYAG

VISA CREDIT
AID A0 00 00 00 03 10 10

Free Range Ground Chicken Kabob Plate
Or Grass Fed Ground Beef Kabob Plate
               $15.00

Ground Beef Kabob

| Soda | $3.00 |
|---|---|
| Subtotal | $18.00 |
| TAX 9.5% | $1.71 |
| UberEats | $0.00 |
| Tip | $4.93 |
| Total | $24.64 |
| Visa 7611 (Chip) | $24.64 |

Gary S Smolker

---

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

Server: CASHIER
09:10 AM
Table 27/1

DOB: 06/12/2021
06/12/2021
3/30003

SALE

VISA
Card #XXXXXXXXXXXX7611     3145729
Magnetic card present: SMOLKER GARY S
Card Entry Method: S

Approval: 29170C

Amount:        $ 15.22

+ Tip: _____

= Total: _____

I agree to pay the above
total amount according to the
card issuer agreement:

X_____

Nat's Early Bite Inc.

---

PAOLIS ITALIAN KICHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 330011430B
Term ID: 1350
Server ID: 31

Sale

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A000000031010
Entry Method: Contactless
Apprvd: Online   Batch#: 000005
06/12/21        20:35:25

Inv#: 00000030 Appr Code: 80288C

Amount:        $    23.00

Tip: _____

Total: _____

Mode: Issuer
TVR: 0000000000
IAD: 0601040300000
TSI: 0000
ARC: 00

Customer Copy
NO SIGNATURE REQUIRED

JUNE 13

# TRADER JOE'S

21055 Ventura Blvd.
Woodland Hills, 91364
Store #0209 - 818-712-9475

OPEN 9:00AM TO 9:00PM DAILY

SALE TRANSACTION

| | |
|---|---|
| MOVIE THEATER POPCORN BU | $1.99 |
| MOVIE THEATER POPCORN BU | $1.99 |
| MOVIE THEATER POPCORN BU | $1.99 |
| RAW WHOLE CASHEWS | $7.99 |

Items in Transaction:4          $13.96
Balance to pay                   $13.96
VISA

PAYMENT CARD PURCHASE TRANSACTION
CUSTOMER COPY

**************7611
VISA CREDIT              Auth Code:  75064C
Type:  Chip Read        PAN Seq:
AID: A000000031010      ISI:        6800
TVR: 8000008000
IAD: 06010A03408000     TID:        *****6000
MID: *******27013                   $13.96
TOTAL PURCHASE

No Cardholder Verification

Please retain for your records

F. Jacob     TILL   TRANS.      DATE
STORE         4     35102    06 13 21 20.37
0209

THANK YOU FOR SHOPPING AT
TRADER JOE'S
www.traderjoes.com



HQ Gastropub- Woodland Hills
20969 Ventura Blvd
Woodland Hills, CA 91364
818-887-2337
hqgastropub.com

| | |
|---|---|
| Server: Ray S | Table 53 |
| Check #81 | 06/13/21 6:39 PM |
| Ordered: | |

| | |
|---|---|
| Tempura Spicy Tuna Roll | $14.00 |
| Scrimshaw | $8.00 |
| Chicken Lollipops | $15.00 |
| | |
| Subtotal | $37.00 |
| Tax | $3.53 |
| Tip | $7.40 |
| **Total** | **$47.93** |

Input Type              C (EMV Chip Read)
VISA CREDIT             xxxxxxxx7611
Time                    7:23 PM

JUNE 13

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

Server: CASHIER        DOB: 06/13/2021
11:51 AM                    06/13/2021
Table 16/1                    2/20051

SALE

VISA                          1048708
Card #XXXXXXXXXXXX7611
Magnetic card present: SMOLKER GARY S
Card Entry Method:  S

Approval: 46548C

Amount:      $ 13.09

+ Tip: _____ 2,50

= Total: _____ 17,59

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Nat's Early Bite Inc.
Order Online
www.NatsEarlyBite.com
We Are Grateful for your Support.
PLEASE PAY SERVER

<<Guest Copy>>
WATER DAMAGE

## COSTCO WHOLESALE

Van Nuys #48
6100 Sepulveda Blvd
Van Nuys, CA 91411
(818) 989-5132

G9 Member 111892553181
E      93362 GRAPEFRUIT        8.99
E      30669 BANANAS           1.69
E    1036732 ORG CELERY        4.49
E       2534 CHERRIES          8.99
         SUBTOTAL             24.16
         TAX                   0.00
    **** TOTAL               24.16
-------------------------------------
XXXXXXXXXXXX7611                  H
AID:  A0000000031010
Seq# 16320        App#: 45079C
Costco Visa    Resp: APPROVED
Tran ID#: 116400016320....
Merchant ID: 990048

APPROVED - Purchase
AMOUNT: $24.16
06/13/2021 13:28 48 16 124 186
-------------------------------------
        Costco Visa            24.16

WATER DAMAGE

Nat's Early Bite Inc.
14115 Burbank Blvd.
(818) 781 3040

                          06/13/2021
Server: Vero
Cashier: CASHIER            11:50 AM
Table 16/1                    20051
Guests: 1

                              2.95
Coffee                        9.00
Tortilla Soup (2 @4.50)

                             11.95
Subtotal                      1.14
Tax
                             13.09
Total

Balance Due         13.09
                      Tip 2,50

Order Online
www.NatsEarlyBite.com
We Are Grateful for your Support.
PLEASE PAY SERVER

TOTAL 15.59

JUNE 14



**VIKTOR BENÊS**
CONTINENTAL BAKERIES

16450 Ventura Blvd.
Encino, CA 91436
(818)783-4844

```
Check  30043
Wait Stn #3
Semi-Manager: Jesse          Guests 1
MON          6/14/21          9:44am
=====================================
1 Reg Coffee 12 oz           1.95  N
-------------------------------------
Sub/Ttl                      1.95
Total                        1.95

CC-Visa                      1.95
Acct: ***********7611
Auth: 17045C
Trans ID: 16
```

Order Number 0
We appreciate your business!

CREDIT CARD AGREEMENT

Sadaf Persian Restaurant
16240 Ventua Blvd
Encino,CA 91436
(818) 981-8100

01:49:42PM 06/14/21 Mon
**Check #31**
Table: TC1
Employee: Navid D.
Payment: EMV-CREDIT CDS
MERCHANT ID: ***********0155
CLERK ID: 14              SALE      **********2001

AMEX
ENTRY METHOD: CHIP
INVOICE: 011400031003
REFERENCE: 11E520802540
AUTH CODE: 800317          USD$ 26.00
AMOUNT                     4—
TIP                        30—

TOTAL
APPLICATION LABEL: AMERICAN EXPRESS
AID: A000000025010801
TVR: 0000008000
IAD: 0657010360200Z
TSI: F800
ARC: 00          WATR DAMAG
CVM: SIGN

Thank You
Tip Guide
18% is $4.68
20% is $5.20

Cardholder Copy

PAOLIS ITALIAN KITCHEN
21020 VENTURA BLVD
WOODLAND HILL, CA 91364
(818) 883-4136

Merchant ID: 330011438O
Term ID: 1350
Server ID: 31

**Sale**

Application Label: VISA CREDIT
VISA
XXXXXXXXXXXX7611
AID: A0000000031010
Entry Method: Contactless
Apprvd: Online     Batch#: 000007
06/14/21            18:51:48
Inv#: 00000009 Appr Code: 90935C

Amount:        $   25.25
Tip:               5.50
Total:           $30.75

Mode: Issuer
TVR: 0000000000
IAD: 06010A03A000000
TSI: 0000
ARC: 00
I agree to pay above total
amount according to card issuer
agreement (Merchant agreement if
credit voucher)

JUNE 15

Check 2
Am
Dine In                                    Tal 56
                                        6/11/2021
                                        8:02 AM

    Avocado
    MD Cafe                              0.99
                                         4.75
Subtotal
Tax                                      5.74
Pre-gratu                                1.50
Gratuity                                 7.24
                                         2.59
TOTAL
                                         9.83
Visa
Tip                                    - 9.83
Acct.                                    2.59
Approval                              $122.42
CHANGE DUE
                                         0.00

WATER DAMAGE

---

Coral Tree

MERCHANT ID
Mell
Check 2-1
Am
Station

ENTRY METHOD

I AGREE TO PAY THE TOTAL AMOUN
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

Visa XXXXX
Approval
REFERENCE
                   Gary S            SMOKER
APPLICATION  VISA CREDIT
AID: A0000000
TVR: 8080000
IAD:
TSI: 6800
CVM: SIGN

BASE                                    17.24

TIP                                      2.59

SUBTOTAL                                19.83

Addt' Gratuity

---

CIC CUCINA NAPOLETANA
15826 VENTURA BLVD
ENCINO CA 91436
818 905 7446

Server                    Jonathan F
Transaction #
Entry: EMV
Card Type:                Visa *7611
Cardholder:               Auth: 433036
AID:                      SMOKER/GARY S
Appl Label:               A0000000031010
                          VISA CREDIT
Batch Number                      10102
                           457356270487501

June 15, 2021 at 1:26 PM

Amount                              $26.23
TIP
TOTAL                                30.23

SMOKER/GARY S
I agree to pay above total amount
according to card issuer agreement.

*** Customer Copy ***
WATER DAMAGE

JUNE 16

| Item | Quantity | Price |
|------|----------|-------|
| California Chicken Salad (Balsamic Vinaigrette 4oz, No Pita Croutons, No Plain Pasta, No Pita) | 1 | $13.00 |
| California Chicken Salad (Balsamic Vinaigrette 4oz, No Pita) | 1 | $13.00 |

**Subtotal:** $26.00

**Tax:** $0.00

## Total: $26.00

**Order Date:** Wednesday, June 16 2021, 1:32 PM

**Paid With:** \*\*\*\*\*7611 by Credit Card

**Phone Number:** +13108046750

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

FILED

2021 JUN 21  AM 10: 44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Case No. 01-01139 (AMC) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| _____ | ) | Docket No. 33231 |

## DECLARATION OF LAUREN ELDER IN SUPPORT OF SANCTION MOTION GARY SMOLKER REQUESTS BE HEARD ON JUNE 24, 2021

Declaration of Lauren Elder,

I make each of the following statements on the basis of my owner personal knowledge.

Attached hereto are copies of photographs I personally took on May 19, 2021 and May 20, 2021 in Gary Smolker's rental condominium located at 14242 Burbank Blvd., Sherman Oaks, California.

The measurements superimposed on the photos were made by me using a tape measure when I took each photograph.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Encino, California on June 16, 2021.

Lauren Elder



Balcony 1
90"x 53"



Balcony
87"x 73"

















24" x 27"



21" x 25"







36"x 155"





36" x 155"



10" x 8"



29" x 15"





**15.5" x 16"**



30" x 35"







38" x 16"











