53" x 36"



14" x 7"



24" x 26"



55" x 54"



(4) 18" x 32"





(4) 16" x 30"



20" x 26"

**15" x 79"**









52" x 32"



48"x28"x39"



16"x12"x11"



17"x15"x16"







94"x45"x38"



31"x 43"

12"x12"x63"



90"x94"x90"



15" x 15"



37" x 66"



25"x15"x23"



9"x 23"

ENJOY THE LITTLE THINGS IN LIFE. FOR SOMEDAY YOU WILL REALIZE THEY WERE THE BIG THINGS.

28"x14"x28"



20" x 38"



31" x 39"

13" x 11"



















Master Bedroom

224" x 239"



# Second Bathroom

# 120" x 83"





42"x 23"x 32"









Study

161"x 161"









77" x 92"



18" x 52"





17" x 10"



29" x 36"





55" x 13



77" x 31"



20" x 20"









