



(2) 64" x 80"



13" x 17"



**14"x 11"**



**(2) 14" x 13"**



27" x 39"

30" x 45"



IN THE UNITED STATES BANKRUPTCY COURT **FILED**

FOR THE DISTRICT OF DELAWARE    2021 JUN 21  AM 10: 44

Case No. 01-01139 (AMC) (Jointly Administered) CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am a resident of the State of California, over the age of eighteen years, and not a
party to this action. My business address is 16055 Ventura Blvd., Suite 525,
Encino, CA 91436. On June 16, 2021, I served the following attached document:

**Declaration of Lauren Elder Regarding Photos and Measurements**

  **X**  E-VIA MAIL, by emailing the attached document to:


Roger J. Higgins – rhiggins@rogerhigginslaw.com
James E. O'Neill – joneill@pszjlaw.com
Laura Davis Jones – ljones@pszjlaw.com


**X** BY FEDERAL EXPRESS: ORGINAL SENT FOR FILING WITH THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE VIA FEDERAL EXPRESS OVERNIGHT MAIL

United State Bankruptcy Court for the District of Delaware
Office of the Clerk
824 Market Street
Wilmington, Delaware 19801


Executed on June 16, 2021, 2021at Encino, California.

 I declare under penalty of perjury under the laws of the United States that the
above is true and correct.

Lauren Elder