## Exhibit A

**L. Elder E-Mail Correspondence to statefarmfireclaims@statefarm.com et al., dated June 10, 2021**

## Roger Higgins

| | |
|---|---|
| **From:** | Lauren Elder <laurenashleye@gmail.com> |
| **Sent:** | Thursday, June 10, 2021 6:40 PM |
| **To:** | dashsenter@gmail.com; heather@rubinproperties.com; 1424burbankhoa@gmail.com; statefarmfireclaims@statefarm.com; Roger Higgins; ljones@pszjlaw.com; joneill@pszjlaw.com |
| **Cc:** | Gary Smolker |
| **Subject:** | State Farm Claim 5519x408c |
| **Attachments:** | 6-9-2021 Request for Reimbursement of Additional Living Costs.pdf |

 _Gary Apartment Imags.zip

Please see attachments

June 9, 2021

RE:    State Farm Claim 480-293-8371

US District Court Civil Case 21-460-LPS

Partial update regarding Mr. Smolker's use of rented Condo Unit 108, 1424 Burbank Blvd, Sherman Oaks and bullying of Mr. Smolker by Mr. Senter by the HOA and by W.R. Grace & Co. Attorneys

**Claim for reimbursement of $1,876.35 to Mr. Smolker for Food Expenses, $4,162.23 for Hotel Lodging Expenses from May 14 - June 2, 2021 and $2,750.00 fee for analysis of environmental conditions in Mr. Smolker's home on May 20, 2021.**

Dear Members of the Water Leak Triangle (Dash Senter/ HOA/ Heather Miller: State Farm Fire Insurance Company: W.R. Grace & Co./ Roger J. Higgins, Laura Davis Jones and James E. O'Neill III)

Mr. Smolker has repeatedly sent to Mr. Senter and to the HOA Board of Directors explicit detailed instructions on how to safely work in Mr. Smolker's home while cutting holes in the walls.

Mr. Senter and the Board of Directors have repeatedly refused to spend the money necessary to prevent cutting holes in the wall in Mr. Smolker's home from damaging and poisoning Mr. Smolker.

1

It is standard procedure in the remediation industry and in the restoration and industry and common sense to build a containment structure when doing this work. Instead of doing that Mr. Senter and the HOA has exposed Mr. Smolker to great danger.

Mr. Senter supposedly at the request of the HOA Board of Directors changed the lock on Mr. Smolker's front door so that they could come into Mr. Smolker's home whenever they wanted to.

It was extremely important for Mr. Senter and the HOA to follow these common sense safety practices because Mr. Smolker has damaged lungs, trouble breathing, extremely high blood pressure from time to time, is a heart attack survivor, has 3 stents installed in his arteries to prevent another heart attack.

Mr. Smolker is 75 years old.

Mr. Senter, the HOA, State Farm, and Grace Attorneys have each been provided with a copy of a report written by a radiologist which discusses the damage to Mr. Smolker's lungs.

Mr. Smolker attributes damage to his lungs to illegal activities of the W.R. Grace & Co.

Mr. Smolker filed a toxic tort claim against the W.R. Grace & Co. in 1997.

Mr. Smolker is presently prosecuting a toxic tort claim against the W.R. Grace & Co. in the United States District Court for the District of Delaware and also prosecuting a toxic tort claim against the W.R. Grace & Co. in the United States Bankruptcy Court for the District of Delaware.

Mr. Senter/ the HOA/ the Property Manager;  State Farm; and Grace have each been provided with a pulmonary function test performed by a Pulmanologist which reports Mr. Smolker's breathing problem.

Mr. Senter/ the HOA/ the Property Management; State Farm; and Grace have each been provided with a sleep study which shows that Mr. Smolker likely has a pathological breathing problem.

During the sleep study Mr. Smolker experienced numerous episodes of having low oxygen levels in his blood.

The oxygen levels were low enough to cause damage and/or  destruction of Mr. Smolker's organs

Mr. Smolker asked me to send you the attached (compressed zip file) containing more than 190 images of the property in question. I personally took the photographs taken in the compressed zip file.

Grace's attorneys continue to run Mr. Smolker over by deluging him with pounds and pounds of paper filed in court actions. Mr. Smolker will try to make sure State Farm, Dash Senter, Heather Miller and the HOA Board of Directors are sent a copy of documents Mr. Smolker received in the past

3

week or ten days from attorneys representing W.R. Grace & Co. weighing over two pounds.

Mr. Smolker has asked me to inform you that he has not been able to keep up with all the paper work he has received from all of you in the past few days.

Mr. Smolker also hasn't been able to keep up with or receive all the emails he has received from Dash Senter or the HOA.

On Monday, January 7, 2021 (two days ago) Mr. Smolker received a motion filed by GRACE in the United States Bankruptcy Court. The first page of that motion states "Objection Deadline: June 18, 2021, motion filed 6/14/21."

Be advised Mr. Smolker will be preparing his response to that motion instead of getting all his stuff out of the premises. Mr. Senter has demanded that Mr. Smolker get out of the condo unit Mr. Smolker rents from Mr. Senter by June 15.

That is not going to happen.

Be advised, Mr. Smolker will try to read recent emails received from Mr. Senter and from the HOA Board of Directors and try to get back to Mr. Senter and the HOA by no later than Monday, June 14.

On Tuesday, June 15, instead of moving his stuff out of his home as demanded by Mr. Senter, Mr. Smolker will be having dinner with his daughter Terra Samuels, who resides in Marblehead, MA at the Eatly, Century City.

On Friday, June 18, Mr. Smolker will be having dinner with his daughter, Terra, her husband, Scott, and her son, Nate, in Encino at the persian restaurant Sadaf.

On Father's Day, June 20, Mr. Smolker will be going to the Broad Museum at 10:30 AM then to the Grand Central Market in Downtown, LA for lunch, then to the Last Bookstore with his daughter, Terra, her husband, Scott, and her son, Nate.

Please provide Mr. Smolker with a copy of all reports created by CBC regarding the unit, Mr. Smolker rents from Mr. Senter. Mr. Smolker has repeatedly made this request. Please comply.

Please provide Mr. Smolker with a copy of all reports on moisture readings and environmental conditions in his home that have been received by either the HOA, or the Property Manager, or Dash Senter.

Mr. Smolker has repeatedly been told by Mr, Senter there is an emergency. Please provide Mr. Smolker with all documents in your possession or under your control that supports that claim.

Please make sure to include reports made by CBC regarding the flood previously caused in Mr. Smolker's home by a malfunction of Mr. Senter's garbage disposal.

Please explain why the recent pipe leak which was promptly attended to is being treated as a pretext for Mr. Senter to obtain free new wooden flooring in his living room and the removal of Mr. Smolker from the condo he rents from Mr. Senter.

Even before that the overflow valve in the bathtub of Mr. Smolker's master bathroom did not properly function. As a result water overflowing the bathtub flooded the bathroom floor and leaked into the lobby beneath.

The flood in the master bathroom was not attended to by the remediation company hired by Mr. Senter or attended to by the remediation company hired by the Homeowners Association, CBC.

Mr. Smolker would like your help to get to the bottom of all of this.

Has there been an emergency situation that justifies disruption of Mr. Smolker's life? If so, when did that emergency situation begin and who caused it? Please see attached letter dated, June 3, 2021 written to Mr. Smolker written by Mr. Patrick Gisler.

Let's be considerate.

Let's minimize unpleasantness.

Please promptly remit $1,876.35 to Mr. Smolker as reimbursement of food expenses and $4,162.23 for hotel lodging expenses incurred by Mr. Smolker for staying at the Marriott Courtyard from May 14 - June 2, 2021.

Please also reimburse the $2,7500 fee to Mr. Moffett for analyzing environmental conditions on May 20 in Mr. Smolker's home.

Additional expenses will be provided at a later day.

Very Truly Yours,

Lauren Elder, assistant to Gary Smolker

Attachments:

- June 3, 2021 email from Patrick Gisler to Gary Smolker
- Documentation supporting Claim for Reimbursement for Food and Hotel Expenses

More detailed documentation will be forthcoming in connection with Mr. Smolker's opposition to Grace's latest motion which Mr. Smolker received two days ago on May 7, 2021.

From: patrickgisler@ymail.com,
To: gsmolker@aol.com,
Subject: Re: State Farm Claim 5519X408C and United States District Court for the District of Delaware Case 1:21-cv-00460-LPS
Date: Thu, Jun 3, 2021 11:38 pm

Patrick M.Gisler
Chief Environmental Compliance Scientist, Condor Exploration, 1999-2010.
Consultant, Oregon Environmental Quality Commission, Lakeview Uranium-Radon EPA Superfund site.
Chief Technical Advisor to Governor of Oregon, Radioactive Contamination of the Columbia River.

Mr. Gary Smolker,

Based on past personal observations of water accumulations on the floor of the parking garage below the Smolker condominium in 2018, 2019 and 2020 and recent photographs of water intrusion and resulting exploratory demolition at the Gary Smolker condominium, I recommended via email that Mr. Smolker immediately leave the premises and consider moving due to the extraordinary and hazardous exposure to mold present at the condominium building. With my Personal knowledge that water leakage has been taking place for some years, extensive mold contamination is a virtual certainty.

Mold contamination is known to be hazardous to elderly persons, especially to those with compromised lungs. Accordingly, the Smolker condominium is a health hazard to Mr. Smolker. Further, mold contamination in Mr. Smolker's personal property may be hazardous to him and must be evaluated before he is exposed to his own personal property, especially clothing.

Finally, appropriate medical professionals should evaluate the possible relationship between exposure to mold in his condominium and personal health issues suffered by Mr. Smolker.

While visiting Mr. Smolker's condominium and staying for several months to work with him on legal research, I developed a mysterious and persistent cough that made me ill for almost a year. Thereafter, I was diagnosed with early stage lung cancer, which was surgically removed in 2019. I was unaware of the possible nexus between development of the lung tumor and exposure to mold until last month.

Respectfully submitted,

Patrick Gisler

Sent from my iPhone


On Jun 3, 2021, at 12:43, Gary Smolker <gsmolker@aol.com> wrote:


FYI

-----Original Message-----
From: Gary Smolker <gsmolker@aol.com>
To: statefarmfireclaims@statefarm.com <statefarmfireclaims@statefarm.com>; ljones@pszjlaw.com <ljones@pszjlaw.com>; joneill@pszjlaw.com <joneill@pszjlaw.com>; rhiggins@rogerhigginslaw.com <rhiggins@rogerhigginslaw.com>
Cc: patmoffett@att.net <patmoffett@att.net>; mguinni69@verizon.net <mguinni69@verizon.net>; jamesssmithjr@gmail.com <jamesssmithjr@gmail.com>; rcwoodcock@aol.com <rcwoodcock@aol.com>; rcgibson@packbell.net <rcgibson@packbell.net>; jfane@aol.com <jfane@aol.com>; sidney.klawansky@gmail.com <sidney.klawansky@gmail.com>; ross@randmstructures.com <ross@randmstructures.com>; laurenashleye@gmail.com <laurenashleye@gmail.com>; grahame.elder@gmail.com <grahame.elder@gmail.com>; pcook@lpcook.com <pcook@lpcook.com>;

paulfigfegen@yahoo.com <paulfigfegen@yahoo.com>; mikearlen@gmail.com <mikearlen@gmail.com>;
gail@gailcirata.com <gail@gailcirata.com>; lmdur@aol.com <lmdur@aol.com>; tobysalter@aol.com
<tobysalter@aol.com>; syadegar123@gmail.com <syadegar123@gmail.com>; jessica.yadegar@gmail.com
<jessica.yadegar@gmail.com>; loveoutdoors@gmail.com <loveoutdoors@gmail.com>;
jonwarner100@gmail.com <jonwarner100@gmail.com>; emilyraineyday@gmail.com
<emilyraineyday@gmail.com>; jkellener@gmail.com <jkellener@gmail.com>; daniel@cherenlaw.com
<daniel@cherenlaw.com>; gregyates@gregoryayates.net <gregyates@gregoryayates.net>;
barryzelner@yahoo.com <barryzelner@yahoo.com>; rnsac@hotmail.com <rnsac@hotmail.com>;
warike@mac.com <warike@mac.com>; easytospell03@yahoo.com <easytospell03@yahoo.com>;
drmsmot@mac.com <drmsmot@mac.com>; marnavdoc@hotmail.com <marnavdoc@hotmail.com>
Sent: Thu, Jun 3, 2021 1:31 pm
Subject: State Farm Claim 5519X408C and United States District Court for the District of Delaware Case
1:21-cv-00460-LPS

June 3, 2021

STATE FARM CLAIM ADJUSTER MIREK ROBAK
STATE FARM WATER LOSS CLAIM NO. 5519X408C

Mr. Robak,

I am temporarily residing at the Marriott Courtyard in Woodland Hills, California.

It is a nice well run well managed friendly place to stay temporarily, but I am
miserable there.

On May 14, 2021, on the advice of Mr. McGuinness that to protect my health I move
out immediately (you have previously been provided with a statement of Mr.
McGuinness' qualifications) I moved out of my home into the Marriott Courtyard.

I want to move out of the Marriott Courtyard into a new permanent and healthy abode
- where it is possible to live peacefully without be harassed - as soon as feasible and
practical.

REIMBURSEMENT OF ADDITIONAL LIVING EXPENSES

Attached is a state of charges - which I have already paid - for my stay at the Marriott
Courtyard from May 2 up to June 2, 2021.

Please have State Farm reimburse those additional living expense charges ASAP.

This evening I am to increase my reservation to specify a depart date of June 18,
2021.

If I haven't found a new place to permanently reside on or before June 18, I will
prolong my temporary stay at the Marriott Courtyard.

TIME NEEDED TO DEVOTE TO FINDING A NEW PLACE TO LIVE BEFORE
BEING BURDENED WITH (BRIEFING) DEADLINES IN THE UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF DELAWARE CASE NO. 1:21-cv-00460-LPS

If W.R. Grace & Co. ("GRACE COOPERATES), I will spend the next two weeks devoted to finding a new place to live.

Presently I am unable to devote full-time to finding a new place to live.

- On May 21, 2021, Honorable Leonard P. Stark, District Court judge ordered "within 14 (fourteen) days of this Order, the parties are directed to confer and submit a proposed scheduling order to govern briefing on the merits in this appeal."
- On May 27, 2021, GRACE'S attorneys Jones, O'Neill, and Higgins filed a "Motion for Scheduling Order//Appellee's Request for Briefing Schedule."
- On June 1, 2021, GRACE'S attorney Higgins filed a letter in the United States District Court for the District of Delaware addressed to the Honorable Leonard P. Stark, District Judge.
- On June 2, 2021, I sent a letter - via email - to Mr. Higgins in which I request that GRACE withdraw the "Motion for Scheduling Order" filed by GRACE on May 27, 2021. You were provided with a copy of my June 2 letter on June 2, 2021.
- My LANDLORD DASH SENTER sent me an email on Sunday, May 6, 2021 giving me "1 month notice to move out." In his May 6 email Mr. Senter states: "Again this email is your notice to vacate in 1 month or less for your own good..." You have previously been provided with a copy of Mr. Senter's May 6, 2021 email.
- On May 20, 2021, Mr. Patrick Moffett inspected the condo unit I rent from Mr. Senter. You have previously been provided with a Statement of Mr. Moffett's Qualifications.
- During his May 20, 2021 inspection Mr. Moffett took air samples.
- Mr. Moffett had the air samples Mr. Moffett took in my home on May 20, 2021 analyzed by Aerobiology Laboratory Associates, Incorporated. I sent you a copy of Aerobiology's analysis on May 26, 2021.
- On May 27, 2021, Mr. Moffett sent me a REPORT written by Mr. Moffett and copy of the air sample data report. Mr. Moffett sent you a copy of Mr. Moffett's May 27 report on May 27, 2021. In his report, Mr. Moffett interpreted the analysis of air samples performed by Aerobiology. Mr. Moffett states in his report: "Samples 9 through 12 (Master bedroom walk-in-closet; Master bedroom at window; Master bedroom at open wall cavity; Master bathroom) are uncharacteristic of the the first 9 samples, where there is a change in fungal ecology including, the presence of Stachybotrys; an increase in hyphal elements; Smuts, Periconia, Myxomycetes; and total spores.
- I spent you a copy of Mr. Moffett's bill.

- I paid Mr. Moffett's bill in full.
- I sent you a copy of the check I used when paying Mr. Moffett's bill in full.
- Please have State Farm immediately reimburse me for the amount of money I paid Mr. Moffett ASAP.
- Mr. Senter repeatedly enters my home without my permission.
- In an attempt to keep Mr. Senter out of my home, I had the lock on my front door changed.
- That did not deter Mr. Senter. Mr. Senter had the lock I installed on my front door removed and replaced with his own lock so that Mr. Senter "may" enter my home whenever Mr. Senter wants to.
- After Mr. Senter removed my lock and replaced my lock with his own lock, Mr. Senter has repeatedly entered my home without my permission and brought other people with him.
- I previously gave you Mr. Senter's contact information: Email: dashsenter@gmail.com. Phone: 1-818-668-4771.
- On May 18, 2021 I emailed a letter to State Farm General Insurance Company in which I listed contact information for interested party DASH SENTER (Landlord) Dashsenter@gmail.com; Heather Miller (Property Manager) heather@rubinproperties.com; Home Owners Association Board of Directors 14242burbankhoa@gmail.com.
- On Wednesday, June 2, 2021 (yesterday) I sent you - via email - a copy of the email I had sent to GRACE'S attorney Higgins "Requesting Higgins to Make Full Disclosure to US District Court Judge Stark."
- At 9:00 a.m. this morning (June 3) I was scheduled to have a phone conference with GRACE attorneys to discuss the agreed scheduling order we have been ordered to submit to Judge Stark tomorrow (June 4).
- Before 9:00 a.m. (today, June 4) I sent an email to Mr. Higgins asking that we reschedule our phone call later today. I informed Mr. Higgins that I want to prepare a a written proposed scheduling order to send to him before we have our phone conversation. See attached phone memo.
- At 9:00 a.m. this morning attorneys Higgins and O'Neill called me. We agreed to hold our phone conversation at 3:00 pm today instead of at 9:00 am.

MY TIME PARAMETERS depend on future actions by and cooperation by GRACE, SENTER and STATE FARM.

If I am left alone and undisturbed by SENTER and GRACE for the next two weeks, I will devote my time to finding a new place to live and to making arrangements to move there permanently.

Assuming I find a new place to live in the next two weeks, I will then make arrangements to move all my stuff to my new place. I guess it will take me one week to have all my stuff moved into my new place.

If DASH SENTER initiates eviction proceedings that will cause a delay.

Please have State Farm reimburse all costs presented to State Farm by me to date ASAP.

I will keep you in the loop.

Please, on behalf of State Farm, be collaborative, cooperative, and understanding.

Thank you.

Very truly yours,

Gary Smolker, State Farm Policy Holder
State Farm Policies 55-BE-J 652-6 and 55-CT-B005-2

P.S. Two of my favorite books located in my home library, were missing when I looked for them yesterday.


<6-3-2021 Phone Conference with Grace Attorneys Memo.pdf>
<6-3-2021 Statement of Courtyard Marriott Charges.pdf>

| Food Expenses | | | |
| --- | --- | --- | --- |
| Date | Breakfast | Lunch | Dinner |
| 5/14/21 | | | $ 31.64 |
| 5/15/21 | $ 23.96 | | $ 34.16 |
| 5/16/21 | $ 20.68 | | $ 40.03 |
| 5/17/21 | $ 23.22 | | $ 38.50 |
| 5/18/21 | $ 21.69 | $ 14.04 | |
| 5/19/21 | $ 14.36 | $ 26.00 | $ 33.50 |
| 5/20/21 | $ 21.70 | | $ 26.50 |
| 5/21/21 | $ 31.72 | $ 11.53 | $ 7.58 |
| 5/22/21 | $ 31.54 | $ 18.49 | $ 28.19 |
| 5/23/21 | $ 24.02 | $ 42.60 | $ 28.00 |
| 5/24/21 | $ 26.69 | $ 17.97 | $ 41.50 |
| 5/25/21 | | $ 25.85 | $ 61.00 |
| 5/26/21 | $ 22.57 | | $ 49.80 |
| 5/27/21 | | $ 34.73 | |
| 5/28/21 | $ 29.70 | | $ 62.54 |
| 5/29/21 | $ 21.36 | | $ 20.52 |
| 5/30/21 | | $ 23.28 | $ 58.00 |
| 5/31/21 | $ 19.69 | | $ 42.71 |
| 6/1/21 | $ 5.48 | $ 19.85 | $ 25.50 |
| 6/2/21 | $ 29.05 | $ 8.99 | $ 13.25 |
| 6/3/21 | $ 29.05 | | $ 63.00 |
| 6/4/21 | $ 18.22 | $ 32.08 | $ 31.00 |
| 6/5/21 | | $ 59.24 | $ 43.24 |
| 6/6/21 | $ 23.28 | $ 6.48 | $ 28.46 |
| 6/7/21 | $ 25.88 | $ 24.52 | $ 33.25 |
| 6/8/21 | $ 27.21 | | $ 22.71 |
| 6/9/21 | $ 8.90 | $ 47.30 | $ 45.75 |
| 6/10/21 | $ 21.35 | $ 31.75 | |
| | | | |
| TOTAL | $ 521.32 | $ 444.70 | $ 910.33 | $ 1,876.35 |
| 6/11/21 | | | |
| 6/12/21 | | | |
| 6/13/21 | | | |

| 6/14/21 | | | | | |
|---------|--|--|--|--|--|
| 6/15/21 | | | | | |

| Hotel Expenses | |
|---|---|
| **Date** | **Price** |
| 5/14/21 - 5/16/21 | $ 366.82 |
| 5/16/21 - 5/22/21 | $ 1,285.58 |
| 5/22/21 - 5/28/21 | $ 1,297.15 |
| 5/28/21 - 6/2/21 | $ 1,212.68 |
| | |
| TOTAL | $ 4,162.23 |
| | |

# COURTYARD°
### BY MARRIOTT



**Courtyard by Marriott® Los Angeles Woodland Hills**
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
Marriott.com/LAXCW

Gary Smolker
Please Complete
Omaha NE 68132
Leisure

Room: 412
Room Type: EKNG
Number of Guests: 1
Rate: $152.00        Clerk: SAM

Arrive: 14May21        Time: 09:36PM        Depart: 02Jun21        Time: 12:00PM        Folio Number: 69269

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 14May21 | Room Charge | 149.00 | |
| 14May21 | Occupancy Sales Tax | 20.86 | |
| 14May21 | City Tax | 2.24 | |
| 14May21 | Convention and Tourism Tax | 0.29 | |
| 14May21 | Overnight Parking | | |
| 14May21 | Parking Tax | 10.00 | |
| 14May21 | Ca Assessment Tax | 1.00 | |
| | | 0.02 | |
| 15May21 | Room Charge | 149.00 | |
| 15May21 | Occupancy Sales Tax | 20.86 | |
| 15May21 | City Tax | 2.24 | |
| 15May21 | Convention and Tourism Tax | 0.29 | |
| 15May21 | Overnight Parking | | |
| 15May21 | Parking Tax | 10.00 | |
| 15May21 | Ca Assessment Tax | 1.00 | |
| | | 0.02 | |
| 16May21 | American Express | | 366.82 |

Card #: AXXXXXXXXXXXX2001/XXXX
Amount:  366.82 Auth: 801334
*This card was electronically swiped on 14May21*

| | | | |
|------|-------------|---------|---------|
| 16May21 | Room Charge | 169.00 | |
| 16May21 | Occupancy Sales Tax | 23.66 | |
| 16May21 | City Tax | 2.54 | |
| 16May21 | Convention and Tourism Tax | 0.33 | |
| 16May21 | Overnight Parking | | |
| 16May21 | Parking Tax | 10.00 | |
| 16May21 | Ca Assessment Tax | 1.00 | |
| | | 0.02 | |
| 17May21 | Room Charge | 179.00 | |
| 17May21 | Occupancy Sales Tax | 25.06 | |
| 17May21 | City Tax | 2.69 | |
| 17May21 | Convention and Tourism Tax | 0.35 | |
| 17May21 | Overnight Parking | | |
| 17May21 | Parking Tax | 10.00 | |
| 17May21 | Ca Assessment Tax | 1.00 | |
| | | 0.02 | |
| 18May21 | Room Charge | 179.00 | |
| 18May21 | Occupancy Sales Tax | 25.06 | |
| 18May21 | City Tax | 2.69 | |
| 18May21 | Convention and Tourism Tax | 0.35 | |
| 18May21 | Overnight Parking | | |
| 18May21 | Parking Tax | 10.00 | |
| 18May21 | Ca Assessment Tax | 1.00 | |
| | | 0.02 | |
| 19May21 | Room Charge | 179.00 | |
| 19May21 | Occupancy Sales Tax | 25.06 | |
| 19May21 | City Tax | 2.69 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.


# COURTYARD®
BY MARRIOTT

**Courtyard by Marriott®** Los Angeles Woodland Hills
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
Marriott.com/LAXCW

Gary Smolker
Please Complete
Omaha NE 68132
Leisure

Arrive: 14May21        Time: 09:36PM

Room: 412
Room Type: EKNG
Number of Guests: 1
Rate: $152.00          Clerk: SAM

Depart: 02Jun21        Time: 12:00PM          Folio Number: 69269

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 19May21 | Convention and Tourism Tax | 0.35 | |
| 19May21 | Overnight Parking | 10.00 | |
| 19May21 | Parking Tax | 1.00 | |
| 19May21 | Ca Assessment Tax | 0.02 | |
| 20May21 | Room Charge | 169.00 | |
| 20May21 | Occupancy Sales Tax | 23.66 | |
| 20May21 | City Tax | 2.54 | |
| 20May21 | Convention and Tourism Tax | 0.33 | |
| 20May21 | Overnight Parking | 10.00 | |
| 20May21 | Parking Tax | 1.00 | |
| 20May21 | Ca Assessment Tax | 0.02 | |
| 21May21 | Room Charge | 179.00 | |
| 21May21 | Occupancy Sales Tax | 25.06 | |
| 21May21 | City Tax | 2.69 | |
| 21May21 | Convention and Tourism Tax | 0.35 | |
| 21May21 | Overnight Parking | 10.00 | |
| 21May21 | Parking Tax | 1.00 | |
| 21May21 | Ca Assessment Tax | 0.02 | |
| 22May21 | Visa | | 1285.58 |

Card #: VIXXXXXXXXXXXX9191/XXXX
Card Type: VISA Card Entry: CHIP Approval Code: 182043  App Label:
VISA DEBIT AID: A000000031010

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 22May21 | Room Charge | 179.00 | |
| 22May21 | Occupancy Sales Tax | 25.06 | |
| 22May21 | City Tax | 2.69 | |
| 22May21 | Convention and Tourism Tax | 0.35 | |
| 22May21 | Overnight Parking | 10.00 | |
| 22May21 | Parking Tax | 1.00 | |
| 22May21 | Ca Assessment Tax | 0.02 | |
| 23May21 | Room Charge | 169.00 | |
| 23May21 | Occupancy Sales Tax | 23.66 | |
| 23May21 | City Tax | 2.54 | |
| 23May21 | Convention and Tourism Tax | 0.33 | |
| 23May21 | Overnight Parking | 10.00 | |
| 23May21 | Parking Tax | 1.00 | |
| 23May21 | Ca Assessment Tax | 0.02 | |
| 24May21 | Room Charge | 179.00 | |
| 24May21 | Occupancy Sales Tax | 25.06 | |
| 24May21 | City Tax | 2.69 | |
| 24May21 | Convention and Tourism Tax | 0.35 | |
| 24May21 | Overnight Parking | 10.00 | |
| 24May21 | Parking Tax | 1.00 | |

Operated under license from Marriott International, Inc. or one of its affiliates.



# COURTYARD®
## BY MARRIOTT

**Courtyard by Marriott®** Los Angeles Woodland Hills
21101 Ventura Blvd, Woodland Hills, Ca 91364 **P** 818.999.2200
Marriott.com/LAXCW

| | |
|---|---|
| Gary Smolker | Room: 412 |
| Please Complete | Room Type: EKNG |
| Omaha NE 68132 | Number of Guests: 1 |
| Leisure | Rate: $152.00      Clerk: SAM |
| Arrive: 14May21      Time: 09:36PM      Depart: 02Jun21 | Time: 12:00PM      Folio Number: 69269 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 24May21 | Ca Assessment Tax | 0.02 | |
| 25May21 | Room Charge | 179.00 | |
| 25May21 | Occupancy Sales Tax | 25.06 | |
| 25May21 | City Tax | 2.69 | |
| 25May21 | Convention and Tourism Tax | 0.35 | |
| 25May21 | Overnight Parking | 10.00 | |
| 25May21 | Parking Tax | 1.00 | |
| 25May21 | Ca Assessment Tax | 0.02 | |
| 26May21 | Room Charge | 179.00 | |
| 26May21 | Occupancy Sales Tax | 25.06 | |
| 26May21 | City Tax | 2.69 | |
| 26May21 | Convention and Tourism Tax | 0.35 | |
| 26May21 | Overnight Parking | 10.00 | |
| 26May21 | Parking Tax | 1.00 | |
| 26May21 | Ca Assessment Tax | 0.02 | |
| 27May21 | Room Charge | 179.00 | |
| 27May21 | Occupancy Sales Tax | 25.06 | |
| 27May21 | City Tax | 2.69 | |
| 27May21 | Convention and Tourism Tax | 0.35 | |
| 27May21 | Overnight Parking | 10.00 | |
| 27May21 | Parking Tax | 1.00 | |
| 27May21 | Ca Assessment Tax | 0.02 | |
| 28May21 | Visa | | 1297.15 |
| | Card #: VIXXXXXXXXXXXX9191/XXXX | | |
| | Card Type: VISA Card Entry: MANUAL Approval Code: 170234 | | |
| 28May21 | Room Charge | 179.00 | |
| 28May21 | Occupancy Sales Tax | 25.06 | |
| 28May21 | City Tax | 2.69 | |
| 28May21 | Convention and Tourism Tax | 0.35 | |
| 28May21 | Overnight Parking | 10.00 | |
| 28May21 | Parking Tax | 1.00 | |
| 28May21 | Ca Assessment Tax | 0.02 | |
| 29May21 | Room Charge | 195.00 | |
| 29May21 | Occupancy Sales Tax | 27.30 | |
| 29May21 | City Tax | 2.93 | |
| 29May21 | Convention and Tourism Tax | 0.38 | |
| 29May21 | Overnight Parking | 10.00 | |
| 29May21 | Parking Tax | 1.00 | |
| 29May21 | Ca Assessment Tax | 0.02 | |
| 30May21 | Room Charge | 161.00 | |
| 30May21 | Occupancy Sales Tax | 22.54 | |
| 30May21 | City Tax | 2.42 | |

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.



**Courtyard by Marriott® Los Angeles Woodland Hills**
21101 Ventura Blvd, Woodland Hills, Ca 91364 P 818.999.2200
Marriott.com/LAXCW

| | | |
|---|---|---|
| Gary Smolker | Room: 412 | |
| Please Complete | Room Type: EKNG | |
| Omaha NE 68132 | Number of Guests: 1 | |
| Leisure | Rate: $152.00 | Clerk: SAM |
| Arrive: 14May21    Time: 09:36PM | Depart: 02Jun21    Time: 12:00PM | Folio Number: 69269 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 30May21 | Convention and Tourism Tax | 0.31 | |
| 30May21 | Overnight Parking | 10.00 | |
| 30May21 | Parking Tax | 1.00 | |
| 30May21 | Ca Assessment Tax | 0.02 | |
| 31May21 | Room Charge | 152.00 | |
| 31May21 | Occupancy Sales Tax | 21.28 | |
| 31May21 | City Tax | 2.28 | |
| 31May21 | Convention and Tourism Tax | 0.30 | |
| 31May21 | Overnight Parking | 10.00 | |
| 31May21 | Parking Tax | 1.00 | |
| 31May21 | Ca Assessment Tax | 0.02 | |
| 01Jun21 | Room Charge | 152.00 | |
| 01Jun21 | Occupancy Sales Tax | 21.28 | |
| 01Jun21 | City Tax | 2.28 | |
| 01Jun21 | Convention and Tourism Tax | 0.30 | |
| 01Jun21 | Overnight Parking | 10.00 | |
| 01Jun21 | Parking Tax | 1.00 | |
| 01Jun21 | Ca Assessment Tax | 0.02 | |
| 02Jun21 | Room Charge | 152.00 | |
| 02Jun21 | Occupancy Sales Tax | 21.28 | |
| 02Jun21 | City Tax | 2.28 | |
| 02Jun21 | Convention and Tourism Tax | 0.30 | |
| 02Jun21 | Overnight Parking | 10.00 | |
| 02Jun21 | Parking Tax | 1.00 | |
| 02Jun21 | Ca Assessment Tax | 0.02 | |

**BALANCE:    1,212.68**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.