**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON JUNE 24, 2021 AT 12:00 P.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

**W. R. Grace & Co. - Case No. 01-1139
June 24, 2021 at 12:00 p.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

**MATTER GOING FORWARD:**

1.  Request to Cancel June 24, 2021 Hearing [Filed: 6/4/21] (Docket No. 33231).

    Response Deadline:  June 18, 2021, at 4:00 p.m.

    Responses Received:

    a.  Response of Gary Smolker to Request to Cancel June 24, 2021 Hearing [Filed: 6/18/21] (Docket No. 33232).

    b.  Claimant Gary Smolker's Opposition to W. R. Grace & Co.'s (Grace's) Request to Cancel June 24, 2021 Hearing and Gary Smolker's Request that Alternatively the Court Instead Hear Gary Smolker's Ex Parte Application for Protective Order and Sanctions Against Grace Attorneys Roger J. Higgins, James O'Neill, and Laura Davis Jones [Filed: 6/21/21] (Docket No. 33233).

    Replies Received:

    a.  Reply in Support of the Reorganized Debtor's Request to Cancel June 24, 2021

---

[1]   The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

Hearing [Filed: 6/21/21] (Docket No. 33234).

Related Documents:

a. Request for Hearing Date for Motion Seeking a Court Order Ordering for Compensation and Sanctions [Filed: 3/15/21] (Docket No. 33215).

b. Notice of Hearing [Filed: 3/16/21] (Docket No. 929630).

Status: This matter will go forward.

| | |
|---|---|
| Dated: June 22, 2021 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |