**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | **Re: Docket No. 33235** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON JUNE 24, 2021 AT 12:00 P.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**MATTER GOING FORWARD:**

1. Request to Cancel June 24, 2021 Hearing [Filed: 6/4/21] ([Docket No. 33231](#)).

   Response Deadline:  June 18, 2021, at 4:00 p.m.

   Responses Received:

   a. Response of Gary Smolker to Request to Cancel June 24, 2021 Hearing [Filed: 6/18/21] ([Docket No. 33232](#)).

   b. Claimant Gary Smolker's Opposition to W. R. Grace & Co.'s (Grace's) Request to Cancel June 24, 2021 Hearing and Gary Smolker's Request that Alternatively the Court Instead Hear Gary Smolker's Ex Parte Application for Protective Order and Sanctions Against Grace Attorneys Roger J. Higgins, James O'Neill, and Laura Davis Jones [Filed: 6/21/21] ([Docket No. 33233](#)).

   Replies Received:

   a. Reply in Support of the Reorganized Debtor's Request to Cancel June 24, 2021 Hearing [Filed: 6/21/21] ([Docket No. 33234](#)).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

[2] **Amended items are in bold.**

Related Documents:

a.  Request for Hearing Date for Motion Seeking a Court Order Ordering for Compensation and Sanctions [Filed: 3/15/21] ([Docket No. 33215](#)).

b.  Notice of Hearing [Filed: 3/16/21] ([Docket No. 929630](#)).

c.  **[Signed] Order [Filed: 6/22/21] ([Docket No. 33236](#)).**

Status:  **The Court has entered an order on this matter.**

Dated:  June 22, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors