# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 7/2/2021 |
| Case: 01−01139−AMC | Form ID: van440 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044
aty     Richard L. Schepacarter     Office of the United States Trustee     U. S. Department of Justice     844 King Street, Suite 2207     Lockbox #35     Wilmington, DE 19801

TOTAL: 2