## Exhibit A

**Realia Chapter 7 Docket**

PreBAPCPA, CLOSED

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
## Bankruptcy Petition #: 2:05-bk-15022-RTB

| | |
|---|---|
| *Assigned to:* Chief Judge Redfield T. Baum Sr. | *Date filed:* 08/16/2005 |
| Chapter 7 | *Date converted:* 12/13/2005 |
| Previous chapter 11 | *Date reopened:* 03/11/2010 |
| Voluntary | *Date terminated:* 02/02/2012 |
| Asset | *341 meeting:* 01/24/2006 |

*Debtor disposition:* Discharge Not Applicable

**Debtor**
**REALIA, INC.**
C/O DALE MALOOF
7527 EAST 1ST STREET
SCOTTSDALE, AZ 85251-4501
MARICOPA-AZ

represented by **REALIA, INC.**
PRO SE

**Trustee**
**ROGER W. BROWN**
P.O. BOX 32967
PHOENIX, AZ 85064-2967
602-274-4231

represented by **MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
602-258-6000
Fax : (602) 258-6003
Email: michael.lane@lane-nach.com

**MARY B MARTIN**
MARTIN LAW GROUP, PLLC
40 N CENTRAL AVE., SUITE 1400
PHOENIX, AZ 85004
602-343-1856
Fax : 602-343-1801
Email: mmartin@martinlawgroup.net

**U.S. Trustee**
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

represented by **LARRY L. WATSON**
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706
602-682-2607
Fax : 602-514-7270
Email: larry.watson@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/16/2005 | 1<br>(2 pgs) | Chapter 11 Voluntary Petition Master Mailing List due by 8/26/2005, Schedules/Statements due by 8/31/2005, filed by REALIA, INC. (Ross, Phyllis) Additional attachment(s) added on 8/17/2005 (Sikkema, Ann). (Entered: 08/16/2005) |
| 08/16/2005 | 2 | First Meeting of Creditors scheduled for 09/27/2005 at 02:00 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (Ross, Phyllis) (Entered: 08/16/2005) |
| 08/16/2005 | | Receipt for Petition Filing Fee. Receipt Number 448241, Amount Paid $ 839.00. (Sikkema, Ann) (Entered: 08/17/2005) |
| 08/17/2005 | 3<br>(5 pgs) | Notice to Debtor Not Represented by an Attorney (Sikkema, Ann) (Entered: 08/17/2005) |
| 08/17/2005 | 4<br>(6 pgs) | BNC Certificate of Service (related document(s) (Related Doc # 3)) (Admin.) (Entered: 08/19/2005) |
| 08/22/2005 | 5<br>(2 pgs) | Order to Show Cause why case should not be dismissed or converted for lack of counsel signed on 8/22/2005 Hearing set for 9/13/2005 at 09:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Sikkema, Ann) (Entered: 08/22/2005) |
| 08/22/2005 | 8<br>(3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 5)) (Admin.) (Entered: 08/24/2005) |
| 08/23/2005 | 6<br>(2 pgs) | Motion to Dismiss Case filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc.. (BLAKLEY, KEVIN) (Entered: 08/23/2005) |
| 08/24/2005 | 7<br>(2 pgs) | Notice of Hearing *of Motion to Dismiss* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. Hearing set for 9/13/2005 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(BLAKLEY, KEVIN) (Entered: 08/24/2005) |
| 09/01/2005 | 9<br>(2 pgs) | Notice of Appearance *and Request for Notice* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc..(BLAKLEY, KEVIN) (Entered: 09/01/2005) |
| 09/13/2005 | 10<br>(1 pg) | Minute Entry ORDER TO SHOW CAUSE DIRECTING THE DEBTOR TO APPEAR & SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF COUNSEL and MOTION TO DISMISS FILED BY VALLEY PACIFIC PETROLEUM SERVICES, INC.. {1100504}. (related document(s)6, 1) (Davis, Lorraine) (Entered: 09/15/2005) |
| 09/19/2005 | 11<br>(1 pg) | Exhibit *Approval of the Board of Directors of Realia, Inc. for Filing of Bankruptcy Petition* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(related document(s)1) |

| | | |
|---|---|---|
| | | (RATTAY, KEVIN) (Entered: 09/19/2005) |
| 09/19/2005 | [12](#) <br> (3 pgs) | Application for Attorney or Other Professional Compensation *Application for Appointment of Attorneys for Debtor* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 09/19/2005) |
| 09/19/2005 | [13](#) <br> (3 pgs) | Affidavit *Affidavit of Kevin Rattay Pursuant to F.R.B.P. Rule 2014* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(related document(s)[12](#)) (RATTAY, KEVIN) (Entered: 09/19/2005) |
| 09/19/2005 | [14](#) <br> (2 pgs) | Affidavit *Affidavit of Kevin Rattay Pursuant to F.R.B.P. Rule 2016* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(related document(s)[12](#)) (RATTAY, KEVIN) (Entered: 09/19/2005) |
| 09/22/2005 | [15](#) <br> (3 pgs) | Order Granting Appointment of Attorney for Debtor in Possession (Related Doc # [12](#)) signed on 9/22/2005 . (Ross, Phyllis) Modified on 9/23/2005 to correct text (Ross, Phyllis). (Entered: 09/23/2005) |
| 09/23/2005 | [16](#) <br> (3 pgs) | Motion to Dismiss Case *or Convert to a Chapter 7 Liquidation or Alternatively to Set Deadline for Plan of Reorganization and Disclosure Statement* filed by MICHAEL R KING of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc.. (KING, MICHAEL) (Entered: 09/23/2005) |
| 09/23/2005 | [17](#) <br> (3 pgs) | Notice of Hearing *on Motion to Dismiss or Convert or Alternatively to Set Deadline for Disclosure Statement and Proposed Plan* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)[16](#)) Hearing set for 11/16/2005 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) Objections/Responses due by 11/9/2005,.(BLAKLEY, KEVIN) (Entered: 09/23/2005) |
| 09/27/2005 | [18](#) <br> (2 pgs) | Notice of Meeting of Creditors *Notice of Continued First Meeting of Creditors* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(RATTAY, KEVIN) (Entered: 09/27/2005) |
| 09/29/2005 | [19](#) <br> (1 pg) | Minutes of 341 Meeting *held on 9/27/05 at 2:00 p.m., hearing continued to October 11, 2005 at 4:00 p.m.* filed by ELIZABETH C. AMOROSI of OFFICE OF THE U.S. TRUSTEE on behalf of U.S. TRUSTEE.(AMOROSI, ELIZABETH) (Entered: 09/29/2005) |
| 10/04/2005 | [20](#) <br> (11 pgs) | Statement of Financial Affairs filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. Electronic Filing Declaration due by 10/11/2005, (RATTAY, KEVIN) (Entered: 10/04/2005) |
| 10/04/2005 | [21](#) <br> (12 pgs) | All Required Schedules and Statements filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. Electronic Filing Declaration due by 10/11/2005, (RATTAY, KEVIN) (Entered: 10/04/2005) |

| | | |
|---|---|---|
| 10/04/2005 | 22<br>(2 pgs) | Master Mailing List filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 10/04/2005) |
| 10/06/2005 | 23<br>(2 pgs) | Statement of U.S. Trustee *as to Why No Committee of Unsecured Creditors has been Appointed* filed by LARRY LEE WATSON of OFFICE OF THE U.S. TRUSTEE on behalf of U.S. TRUSTEE. (WATSON, LARRY) (Entered: 10/06/2005) |
| 10/31/2005 | 24<br>(2 pgs) | Motion to Withdraw as Attorney */Motion to Withdraw and Certification of Attorney* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 10/31/2005) |
| 11/10/2005 | 25<br>(2 pgs) | Amendment to Motion to Withdraw as Attorney filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC. (related document(s)24). (RATTAY, KEVIN) (Entered: 11/10/2005) |
| 11/10/2005 | 26<br>(6 pgs; 2 docs) | Response to Motion/Application *to Dismiss or Convert or Set Deadline to file Plan and Disclosure Statement* (related to motions(s)16) filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC. (Attachments: 1 Exhibit One). (RATTAY, KEVIN) (Entered: 11/10/2005) |
| 11/10/2005 | 27<br>(8 pgs) | Monthly Operating Report *August 2005* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 11/10/2005) |
| 11/10/2005 | 28<br>(5 pgs) | Monthly Operating Report *September 2005* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 11/10/2005) |
| 11/10/2005 | 29<br>(8 pgs) | Monthly Operating Report *October 2005* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC.. (RATTAY, KEVIN) (Entered: 11/10/2005) |
| 11/14/2005 | 30<br>(3 pgs) | Reply *in Support of Motion to Dismiss, Convert or Set Deadline to File Plan and Disclosure Statement* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)16). (BLAKLEY, KEVIN) (Entered: 11/14/2005) |
| 11/14/2005 | 31<br>(1 pg) | Order Granting Motion to Withdraw as Attorney (Related Doc # 24) signed on 11/14/2005 . (Ross, Phyllis) (Entered: 11/15/2005) |
| 11/14/2005 | 32<br>(1 pg) | Order Granting signed on 11/14/2005 (related document(s)25) . (Ross, Phyllis) (Entered: 11/15/2005) |
| 11/16/2005 | 33<br>(1 pg) | Minute Entry MOTION TO DISMISS OR CONVERT, OR IN THE ALTNERNATIVE, TO SET DEADLINE TO FILE PLAN & DISCLOSURE STATEMENT FILED BY VALLEY PACIFIC PATROLEUM SERVICES and STATUS HEARING IN RE: CHAPTER 11 CASE. {1101682}. (related document(s)16, 1) (Davis, |

| | | |
|---|---|---|
| | | Lorraine) (Entered: 11/16/2005) |
| 11/21/2005 | 34<br>(10 pgs) | Motion for Reconsideration *of Court's Order Dated 11/14/2005 and Motion to Reschedule 11/16/2005 Hearing* filed by REALIA, INC. (related document(s)16, 31, 32). (Ross, Phyllis) (Entered: 11/22/2005) |
| 11/30/2005 | 35<br>(3 pgs) | Objection *to Debtor's Motion for Reconsideration and Motion to Reschedule November 16, 2005 Hearing* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)34). (BLAKLEY, KEVIN) (Entered: 11/30/2005) |
| 12/06/2005 | 36<br>(1 pg) | Minute Entry CONTINUED HEARING ON MOTION TO DISMISS OR CONVERT, OR IN THE ALTNERNATIVE, TO SET DEADLINE TO FILE PLAN & DISCLOSURE STATEMENT FILED BY VALLEY PACIFIC PATROLEUM SERVICES and CONTINUED STATUS HEARING IN RE: CHAPTER 11 CASE. {1103434}. (related document(s)16, 1) (Davis, Lorraine) (Entered: 12/06/2005) |
| 12/06/2005 | 37<br>(145 pgs; 5 docs) | Response *to Reply in Support to Dismiss, Convert or Set Deadline to File Plan and Disclosure Statement,* filed by REALIA, INC. (related document(s)16) (Attachments: 1 part b2 part c3 part d4 part e). (Ross, Phyllis) (Entered: 12/08/2005) |
| 12/06/2005 | 38<br>(4 pgs) | Response *to Objection* filed by REALIA, INC. (related document(s)34). (Ross, Phyllis) (Entered: 12/08/2005) |
| 12/08/2005 | 39<br>(5 pgs; 2 docs) | Notice of Proposed Order *Notice of Lodging Order Converting Case Under Chapter 11 to Case Under Chapter 7* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)16) (Attachments: 1 Exhibit A).(BLAKLEY, KEVIN) (Entered: 12/08/2005) |
| 12/13/2005 | 40<br>(2 pgs) | Order Converting Case to Chapter 7, signed on 12/13/2005 (related document(s)16) . (Ross, Phyllis) (Entered: 12/15/2005) |
| 12/20/2005 | 41<br>(2 pgs) | ENTERED IN ERROR, Chapter 11 to 7 Conversion Corp/Part Notice of Meeting of Creditors. 341(a) meeting to be held on 1/24/2006 at 12:30 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Proof of Claims due by 4/24/2006, Government Proof of Claims due by 6/11/2006, (Ross, Phyllis) Modified on 12/20/2005 (Ross, Phyllis). (Entered: 12/20/2005) |
| 12/20/2005 | 42<br>(2 pgs) | Chapter 11 to 7 Conversion Corp/Part Notice of Meeting of Creditors. 341(a) meeting to be held on 1/24/2006 at 12:30 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Proof of Claims due by 4/24/2006, Government Proof of Claims due by 6/11/2006, (Ross, Phyllis) (Entered: 12/20/2005) |
| 12/20/2005 | 43<br>(2 pgs) | Order Re: Nonpayment of Required Filing Fee (related document(s)16) . (Ross, Phyllis) (Entered: 12/20/2005) |

| 12/20/2005 | 45<br>(3 pgs) | BNC Certificate of Service - Notice of Meeting of Creditors (related document(s) (Related Doc # 42)) (Admin.) (Entered: 12/22/2005) |
| 12/20/2005 | 46<br>(3 pgs) | BNC Certificate of Service (related document(s) (Related Doc # 43)) (Admin.) (Entered: 12/22/2005) |
| 12/21/2005 | 44<br>(1 pg) | Order to File Documents in Case Converted from Chapter 11 to Chapter 7 signed on 12/21/2005 . (Ross, Phyllis) (Entered: 12/21/2005) |
| 12/21/2005 | 47<br>(2 pgs) | BNC Certificate of Service (related document(s) (Related Doc # 44)) (Admin.) (Entered: 12/23/2005) |
| 12/22/2005 | | Filing Fee Paid--Conversion. Receipt Number 456041, Amount Paid $ 15.00. (related document(s)16) (Radicke, Michelle) (Entered: 12/27/2005) |
| 01/03/2006 | 48<br>(5 pgs) | Application to Employ *Attorney; Declaration of Attorney* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (LANE, MICHAEL) (Entered: 01/03/2006) |
| 01/03/2006 | 49<br>(1 pg) | Order Granting Application to Employ Attorney for Trustee (Related Doc # 48) signed on 1/3/2006 . (Medina, Diane) (Entered: 01/04/2006) |
| 01/06/2006 | 50<br>(8 pgs) | Operating Report *November 2005* filed by ALLAN D. NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of REALIA, INC.. (NEWDELMAN, ALLAN) (Entered: 01/06/2006) |
| 01/06/2006 | 51<br>(11 pgs) | Emergency Motion to Convert Case to Chapter 11 filed by ALLAN D. NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of REALIA, INC.. (NEWDELMAN, ALLAN) (Entered: 01/06/2006) |
| 01/09/2006 | 52<br>(2 pgs) | Emergency Motion to Set Hearing *on the Emergency Motion to Re-Convert Chapter Seven to Chapter Eleven* filed by ALLAN D. NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of REALIA, INC. (related document(s)51). (NEWDELMAN, ALLAN) (Entered: 01/09/2006) |
| 01/09/2006 | 53<br>(2 pgs) | Affidavit of Service *and Mailing (Order Setting Expedited Hearing on Emergency Motion to Reconvert: Hearing set for 1/18/06 at 1:30 p.m.)* filed by ALLAN D. NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of REALIA, INC..(related document(s)51, 52) (NEWDELMAN, ALLAN) (Entered: 01/09/2006) |
| 01/09/2006 | 54<br>(1 pg) | Order Setting Expedited Hearing signed on 1/9/2006 (related document(s)51, 52) Hearing set for 1/18/2006 at 1:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Ross, Phyllis) (Entered: 01/09/2006) |

| | | |
|---|---|---|
| 01/17/2006 | 55<br>(12 pgs; 3 docs) | Objection *Valley Pacific Petroleum Services, Inc.'s Objection to Debtor's Motion to Reconvert Chapter 7 to Chapter 11* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)51, 52) (Attachments: 1 Exhibit A2 Exhibit B). (BLAKLEY, KEVIN) (Entered: 01/17/2006) |
| 01/18/2006 | 56<br>(1 pg) | Minute Entry EXPEDITED HEARING ON DEBTOR'S MOTION TO RECONVERT TO CHAPTER 11. {1105033}. (related document(s)52) (Bianco, Yvonne) (Entered: 01/20/2006) |
| 02/08/2006 | 57<br>(4 pgs) | Application to Employ *Auctioneer/Real Estate Broker* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (LANE, MICHAEL) (Entered: 02/08/2006) |
| 02/10/2006 | 58<br>(14 pgs; 2 docs) | Application for Attorney or Other Professional Compensation *Application for Compensation by Jaburg & Wilk, P.C. as Former Attorneys for Debtor* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC. (Attachments: 1 Exhibit A. Itemized Report). (RATTAY, KEVIN) (Entered: 02/10/2006) |
| 02/10/2006 | 59<br>(3 pgs) | Notice of Filing *Application for Compensation by Jaburg & Wilk, P.C. as Former Attorneys for Debtor* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC. (related document(s)58).(RATTAY, KEVIN) (Entered: 02/10/2006) |
| 02/10/2006 | 60<br>(4 pgs; 2 docs) | Certificate of Mailing filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(related document(s)59) (Attachments: 1 Master Mailing List)(RATTAY, KEVIN) (Entered: 02/10/2006) |
| 02/14/2006 | 61<br>(1 pg) | Order Granting Application to Employ (Related Doc # 57) signed on 2/14/2006 . (Radicke, Michelle) (Entered: 02/15/2006) |
| 03/03/2006 | 62<br>(7 pgs) | Response *AND REQUEST FOR HEARING* filed by REALIA, INC. (related document(s)57). (Radicke, Michelle) (Entered: 03/06/2006) |
| 03/03/2006 | 63<br>(30 pgs) | Objection *TO APPLICATION FOR COMPENSATION BY JABURG & WILK, P.C. FORMER ATTORNEYS FOR DEBTOR* filed by REALIA, INC. (related document(s)58). (Radicke, Michelle) (Entered: 03/06/2006) |
| 03/06/2006 | 64<br>(2 pgs) | Motion to Withdraw as Attorney filed by ALLAN D. NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of REALIA, INC.. (NEWDELMAN, ALLAN) (Entered: 03/06/2006) |
| 03/08/2006 | 65<br>(2 pgs) | Notice of Hearing filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)62, 63) Hearing set for 4/13/2006 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(LANE, MICHAEL) (Entered: 03/08/2006) |

| | | |
|---|---|---|
| 03/08/2006 | 66<br>(1 pg) | Certificate of Mailing filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)65) (LANE, MICHAEL) (Entered: 03/08/2006) |
| 03/10/2006 | 69<br>(8 pgs) | Motion to Ask The Court If Its Conduct Is Acceptable Conduct In A Courthouse Of The United States Of America In 2006 And Request For Hearing filed by REALIA, INC. (related document(s)58, 16, 31, 32, 33, 34). (Radicke, Michelle) (Entered: 03/14/2006) |
| 03/13/2006 | 67<br>(2 pgs) | Notice of Hearing filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC. (related document(s)58) Hearing set for 4/13/2006 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(RATTAY, KEVIN) (Entered: 03/13/2006) |
| 03/13/2006 | 68<br>(3 pgs; 2 docs) | Certificate of Mailing filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of REALIA, INC..(related document(s)67) (Attachments: 1 Master Mailing List)(RATTAY, KEVIN) (Entered: 03/13/2006) |
| 03/24/2006 | 70<br>(1 pg) | Order Granting Motion to Withdraw as Attorney (Related Doc # 64) signed on 3/24/2006 . (Radicke, Michelle) (Entered: 03/27/2006) |
| 03/31/2006 | 71<br>(2 pgs) | Response *to Debtor's Motion* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)69). (BLAKLEY, KEVIN) (Entered: 03/31/2006) |
| 04/05/2006 | 72<br>(79 pgs) | Motion to Compel *Valley Pacific Petroleum Services, Inc. To Provide Truthful Information, Evidence and Documentation and Request for Hearing* filed by REALIA, INC. (related document(s)69, 51). (Radicke, Michelle) (Entered: 04/06/2006) |
| 04/07/2006 | 73<br>(6 pgs) | Response *Jaburg & Wilk's Response to Objection to Application for Compensation* filed by KEVIN J. RATTAY of JABURG & WILK, P.C. on behalf of JABURG & WILK, P.C. (related document(s)63). (RATTAY, KEVIN) (Entered: 04/07/2006) |
| 04/11/2006 | 74<br>(1 pg) | Notice of Hearing. (related document(s)72) Hearing set for 5/23/2006 at 11:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) (Davis, Lorraine) (Entered: 04/11/2006) |
| 04/11/2006 | 75<br>(6 pgs) | Response *TO JABURG & WILK, P.C.'S RESPONSE TO OBJECTION TO APPLICATION FOR COMPENSATION* filed by REALIA, INC. (related document(s)58). (Radicke, Michelle) (Entered: 04/12/2006) |
| 04/11/2006 | 78<br>(2 pgs) | BNC Certificate of Service (related document(s) (Related Doc # 74)) (Admin.) (Entered: 04/13/2006) |
| 04/12/2006 | 76<br>(3 pgs) | Reply *to Debtor's Response to Trustee's Application to Employ Auctioneer/Real Estate Agent* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)62). (MARTIN, MARY) (Entered: 04/12/2006) |

| | | |
|---|---|---|
| 04/13/2006 | 77<br>(1 pg) | **Minutes of Hearing held on: 04/13/2006**<br>**Subject:** TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/REAL ESTATE BROKER & OBJECTION THERETO BY REALIA, INC. and APPLICATION FOR COMPENSATION BY FORMER ATTORNEYS FOR DEBTOR & OBJECTION THERETO BY REALIA, INC..<br>(vCal Hearing ID (1107050)). (related document(s)58) (Garberick, Wanda) (Entered: 04/13/2006) |
| 04/17/2006 | 79<br>(8 pgs) | Response *And Request for Trustee, Trustee's Attorney and Trustee's Auctioneer/Real Estate Agent to Conduct Themselves Per Their Own Rules, Cease and Decist from Providing False and Misleading Information to the Court and Voluntarily Withdraw* filed by REALIA, INC. (related document(s)57). (Radicke, Michelle) (Entered: 04/18/2006) |
| 05/16/2006 | 80<br>(19 pgs; 5 docs) | Response *Valley Pacific Petroleum Services, Inc.'s Response to "Motion to Compel Valley Pacific Petroleum Services. Inc. to Provide Truthful Information, Evidence and Documentation* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)72) (Attachments: 1 Exhibit 12 Exhibit 23 Exhibit 34 Exhibit 4). (BLAKLEY, KEVIN) (Entered: 05/16/2006) |
| 05/19/2006 | 81<br>(45 pgs) | Response *to Valley Pacific Petroleum Services, Inc.'s Response to Motion to Compel* filed by REALIA, INC. (related document(s)72, 80). (Brenner, Christel) (Entered: 05/22/2006) |
| 05/23/2006 | 82<br>(1 pg) | **Minutes of Hearing held on: 05/23/2006**<br>**Subject:** DEBTOR'S MOTION TO COMPEL VALLEY PACIFIC PETROLEUM SERVICES, INC. TO PROVIDE TRUTHFUL INFORMATION, EVIDENCE & DOCUMENTATION and APPLICATION FOR COMPENSATION BY FORMER ATTORNEYS FOR DEBTOR & OBJECTION THERETO BY REALIA, INC..<br>(vCal Hearing ID (1108192)). (related document(s)72, 58) (Beller, Luann) (Entered: 05/25/2006) |
| 06/28/2006 | 83<br>(8 pgs) | Motion to Approve Sale *of Real Property of the Estate Free and Clear of Liens and Compensate Real Estate Broker* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 06/28/2006) |
| 06/29/2006 | 85<br>(2 pgs) | Minute Entry Order for Matter Taken Under Advisement signed on 6/29/2006 (related document(s)58, 82) . (Riskus, Melanie) (Entered: 07/03/2006) |
| 06/30/2006 | 84<br>(4 pgs; 2 docs) | Limited Objection *to Trustee's Application to Sell Real Property of the Estate Free and Clear of Liens and Compensate Broker* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)83) (Attachments: 1 Exhibit A). (BLAKLEY, KEVIN) (Entered: 06/30/2006) |

| | | |
|---|---|---|
| 07/07/2006 | 86<br>(12 pgs) | Amended Motion to Approve Sale *of Real Property of the Estate Free and Clear of Liens and Compensate Real Estate Broker* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)83). (MARTIN, MARY) (Entered: 07/07/2006) |
| 07/07/2006 | 87<br>(2 pgs) | Chapter 7 Trustee Notice *of Hearing (8/2/06)* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)86) Hearing set for 8/2/2006 at 09:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB). (MARTIN, MARY) (Entered: 07/07/2006) |
| 07/07/2006 | 88<br>(3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 87)) (Admin.) (Entered: 07/10/2006) |
| 07/07/2006 | 89<br>(2 pgs) | Order Granting Application for Attorney or Other Professional Compensation (Related Doc # 58) signed on 7/7/2006 . (Radicke, Michelle) (Entered: 07/10/2006) |
| 07/13/2006 | 90<br>(18 pgs) | Motion to Approve Sale *of Real Property of the Estate Free and Clear of Liens and Encumbrances and Compensate Real Estate Broker (Kingsburg, CA)* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 07/13/2006) |
| 07/13/2006 | 91<br>(16 pgs) | Motion to Approve Sale *of Real Property of the Estate Free and Clear of Liens and Compensate Real Estate Broker (Fresno, CA)* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 07/13/2006) |
| 07/13/2006 | 92<br>(18 pgs) | Motion to Approve Sale *of Real Property of the Estate Free and Clear of Liens and Compensate Real Estate Broker (Lemoore, CA)* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 07/13/2006) |
| 07/13/2006 | 93<br>(2 pgs) | Notice of Hearing *(8/10/06) Re Sale of Kingsburg, CA Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)90) Hearing set for 8/10/2006 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(MARTIN, MARY) (Entered: 07/13/2006) |
| 07/13/2006 | 94<br>(2 pgs) | Notice of Hearing *(8/10/06) Re Sale of Fresno, CA Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)91) Hearing set for 8/10/2006 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(MARTIN, MARY) (Entered: 07/13/2006) |
| 07/13/2006 | 95<br>(2 pgs) | Notice of Hearing *(8/10/06) Re Sale of Lemoore, CA Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)92) Hearing set for 8/10/2006 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(MARTIN, MARY) (Entered: 07/13/2006) |

| | | |
|---|---|---|
| 07/14/2006 | [96](#) (2 pgs) | Notice Submitted to BNC (related document(s)[93](#)) (Christensen, Sue) (Entered: 07/14/2006) |
| 07/14/2006 | [97](#) (2 pgs) | Notice Submitted to BNC (related document(s)[94](#)) (Christensen, Sue) (Entered: 07/14/2006) |
| 07/14/2006 | [98](#) (2 pgs) | Notice Submitted to BNC (related document(s)[95](#)) (Christensen, Sue) (Entered: 07/14/2006) |
| 07/14/2006 | [99](#) (3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # [96](#)) (Admin.) (Entered: 07/16/2006) |
| 07/14/2006 | [100](#) (3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # [97](#)) (Admin.) (Entered: 07/16/2006) |
| 07/14/2006 | [101](#) (3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # [98](#)) (Admin.) (Entered: 07/16/2006) |
| 07/25/2006 | [102](#) (7 pgs) | Objection *To Any Sale of Debtor's Assets* filed by REALIA, INC. (related document(s)[86](#)). (Brenner, Christel) (Entered: 07/26/2006) |
| 07/27/2006 | [103](#) (2 pgs) | Response to Motion/Application *to Debtor's Motion Objecting to Any Sale of Debtor's Assets* (related to motions(s)[91](#)) filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 07/27/2006) |
| 07/27/2006 | [104](#) (2 pgs) | Letter *from Debtor* filed by REALIA, INC.. (Brenner, Christel) (Entered: 07/28/2006) |
| 08/02/2006 | [105](#) (7 pgs) | Objection *To Any Sale of Debtor's Assets* filed by REALIA, INC. (related document(s)[86](#)). (Medina, Diane) (Entered: 08/03/2006) |
| 08/02/2006 | [106](#) (3 pgs) | **Minutes of Hearing held on: 08/02/2006** **Subject:** TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND COMPENSATE REAL ESTATE BROKER. (vCal Hearing ID (1111029)). (related document(s)[86](#)) (Pavese, Stacy) (Entered: 08/03/2006) |
| 08/07/2006 | [107](#) (2 pgs) | Response *to Debtor's Motion Objecting to Any Sale of Debtor's Assets* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 08/07/2006) |
| 08/09/2006 | [108](#) (4 pgs) | Order Granting Motion to Approve Sale (Related Doc # [86](#)) signed on 8/9/2006 . (Radicke, Michelle) (Entered: 08/10/2006) |
| 08/10/2006 | [109](#) (2 pgs) | **Minutes of Hearing held on: 08/10/2006** **Subject:** TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND COMPENSATE REAL ESTATE BROKER (KINGSBURG, CA) and TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY OF THE ESTATE FREE |

| | | |
|---|---|---|
| | | AND CLEAR OF LIENS AND COMPENSATE REAL ESTATE BROKER (FRESNO, CA) and TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND COMPENSATE REAL ESTATE BROKER (LEMOORE, CA). (vCal Hearing ID (1111081)). (related document(s)90, 91, 92) (Bianco, Yvonne) (Entered: 08/11/2006) |
| 08/14/2006 | 110 (4 pgs) | Order Granting Sale (Fresno, CA) signed on 8/14/2006 (related document(s)91) . (Radicke, Michelle) Modified on 8/16/2006 to edit text (Radicke, Michelle). (Entered: 08/15/2006) |
| 08/14/2006 | 111 (4 pgs) | Order Granting Sale (Kingsburg,CA) signed on 8/14/2006 (related document(s)90) . (Radicke, Michelle) Modified on 8/16/2006 to edit text (Radicke, Michelle). (Entered: 08/15/2006) |
| 08/18/2006 | 112 (6 pgs; 3 docs) | Trustee Notice *of Consent by Remaining Judgment Creditors to Sale of Real Property (1705 S. 19th Ave., Lemoore, CA 93245)* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (Attachments: 1 Errata A2 Exhibit B).(MARTIN, MARY) (Entered: 08/18/2006) |
| 08/23/2006 | 113 (6 pgs) | Order Granting Motion to Approve Sale (Related Doc # 92) signed on 8/23/2006 . (Radicke, Michelle) (Entered: 08/24/2006) |
| 08/28/2006 | 114 (20 pgs) | Transcript of Hearing Held 8/2/2006 at 10:05 a.m. (Pierson-Williams, Juanita) (Entered: 08/28/2006) |
| 08/30/2006 | 115 (5 pgs) | Amended Order Granting Motion to Approve Sale (Related Doc # 90) signed on 8/30/2006 . (Radicke, Michelle) (Entered: 08/31/2006) |
| 09/01/2006 | 116 (2 pgs) | Notice of Appearance filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof.(ARBOLEDA, CARLOS) (Entered: 09/01/2006) |
| 09/01/2006 | 117 (2 pgs) | Objection *to Claims by Acme Paving Co., Inc.* filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof. (ARBOLEDA, CARLOS) (Entered: 09/01/2006) |
| 09/01/2006 | 118 (2 pgs) | Objection *to Claims by Valley Pacific Petroleum Services, Inc.* filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof. (ARBOLEDA, CARLOS) (Entered: 09/01/2006) |
| 09/05/2006 | 119 (3 pgs) | Trustee Report of Sale *(Fresno, CA Property)* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (LANE, MICHAEL) (Entered: 09/05/2006) |
| 09/11/2006 | 120 (3 pgs) | Trustee Report of Sale *(Kingsburg, CA Property)* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(LANE, MICHAEL) (Entered: 09/11/2006) |

| | | |
|---|---|---|
| 09/20/2006 | 121<br>(15 pgs; 3 docs) | Response *to Dale Maloof's Objection to Proof of Claim filed by Valley Petroleum Services, Inc.* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)118) (Attachments: 1 Exhibit A2 Exhibit B). (BLAKLEY, KEVIN) (Entered: 09/20/2006) |
| 09/22/2006 | 122<br>(2 pgs) | Notice of Hearing *on Objection to Proof of Claim filed by Valley Petroleum Services, Inc.* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc. (related document(s)118) Hearing set on 10/18/2006 at 1:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(BLAKLEY, KEVIN) (Entered: 09/22/2006) |
| 09/26/2006 | 123<br>(39 pgs; 2 docs) | Application for Compensation by Professional Employed by Trustee for MICHAEL P. LANE, Trustee's Attorney, Period: 12/30/2005 to 8/20/2006, Fees:$42,093.00, Expenses: $406.66. filed by MICHAEL P. LANE (Attachments: 1 Exhibit A). (LANE, MICHAEL) (Entered: 09/26/2006) |
| 09/26/2006 | 124<br>(1 pg) | Notice of Bar Date *Re: Application for Compensation by Lane & Nach, P.C.* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)123).(LANE, MICHAEL) (Entered: 09/26/2006) |
| 09/26/2006 | 125<br>(1 pg) | Certificate of Service filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)124).(LANE, MICHAEL) (Entered: 09/26/2006) |
| 09/27/2006 | 126<br>(5 pgs) | Motion to Authorize *To Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 09/27/2006) |
| 09/27/2006 | 127<br>(2 pgs) | Chapter 7 Trustee Notice *of Trustee's Application for Authority to Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)126).(MARTIN, MARY) (Entered: 09/27/2006) |
| 09/27/2006 | 128<br>(3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 127)) (Admin.) (Entered: 09/29/2006) |
| 10/12/2006 | 129<br>(3 pgs) | Trustee Report of Sale *(Lemoore, CA Property)* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)113).(LANE, MICHAEL) (Entered: 10/12/2006) |
| 10/16/2006 | 130<br>(2 pgs) | Certification *of No Objection* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)124) (LANE, MICHAEL) (Entered: 10/16/2006) |

| | | |
|---|---|---|
| 10/18/2006 | **131**<br>(4 pgs; 2 docs) | Reply In Support of Objection to *PROOF OF CLAIM FILED BY VALLEY PACIFIC PETROLEUM SERVICES, INC. AND REQUEST TO STOP ANY DISTRIBUTION TO CREDITOR* (related to motions(s)126) filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof (Attachments: 1 Exhibit A). (ARBOLEDA, CARLOS) Modified on 10/19/2006 to edit text (Radicke, Michelle). (Entered: 10/18/2006) |
| 10/18/2006 | **132**<br>(2 pgs) | Response in Opposition to Trustee's Application for Authority to Make Distributions ofNet Proceeds from a Sale of Estate Property (related to motions(s)126) filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof. (ARBOLEDA, CARLOS) Modified on 10/19/2006 to edit text (Radicke, Michelle). (Entered: 10/18/2006) |
| 10/18/2006 | **133**<br>(2 pgs) | Notice of No Objection filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof (related document(s)117).(ARBOLEDA, CARLOS) (Entered: 10/18/2006) |
| 10/18/2006 | **134**<br>(1 pg) | **Minutes of Hearing held on: 10/18/2006**<br>**Subject:** OBJECTION BY DALE MALOOF TO CLAIMS FILED BY VALLEY PACIFIC PETROLEUM SERVICES, INC..<br>(vCal Hearing ID (1113452)). (related document(s)118) (Garberick, Wanda) (Entered: 10/19/2006) |
| 10/18/2006 | **135**<br>(1 pg) | Order Granting Application for Compensation by Professional Employed by Trustee (Related Doc # 123) for MICHAEL P. LANE, Fees Awarded: $42093.00, Expenses Awarded: $406.66 signed on 10/18/2006 . (Radicke, Michelle) (Entered: 10/19/2006) |
| 10/19/2006 | **136**<br>(1 pg) | Notice of Hearing filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)126) Hearing set for 10/26/2006 at 1:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(MARTIN, MARY) (Entered: 10/19/2006) |
| 10/19/2006 | **137**<br>(1 pg) | Certificate of Service filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)136) (MARTIN, MARY) (Entered: 10/19/2006) |
| 10/25/2006 | **138**<br>(21 pgs; 4 docs) | Memorandum *Valley Pacific Petroleum's Memorandum in Support of Trustee's Application to Make Distribution* filed by KEVIN J. BLAKLEY of GAMMAGE & BURNHAM, P.L.C. on behalf of Valley Pacific Petroleum Services, Inc..(related document(s)127) (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C)(BLAKLEY, KEVIN) (Entered: 10/25/2006) |
| 10/26/2006 | **139**<br>(1 pg) | **Minutes of Hearing held on: 10/26/2006**<br>**Subject:** MOTION TO AUTHORIZE DISTRIBUTION OF NET PROCEEDS FROM SALE OF ESTATE PROPERTY FILED BY TRUSTEE.<br>(vCal Hearing ID (1114298)). (related document(s)126) (Davis, Lorraine) (Entered: 10/27/2006) |

| | | |
|---|---|---|
| 10/30/2006 | [140](#)<br>(2 pgs) | Order Granting Motion to Authorize (Related Doc # 126) signed on 10/30/2006 . (Radicke, Michelle) (Entered: 10/30/2006) |
| 11/06/2006 | [141](#)<br>(5 pgs) | Trustee's Second Motion to Authorize *To Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) Modified on 11/7/2006 to edit text (Radicke, Michelle). (Entered: 11/06/2006) |
| 11/06/2006 | [142](#)<br>(2 pgs) | Chapter 7 Trustee Notice *of Trustee's Second Application for Authority to make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)141).(MARTIN, MARY) (Entered: 11/06/2006) |
| 11/06/2006 | [143](#)<br>(3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 142)) (Admin.) (Entered: 11/08/2006) |
| 11/08/2006 | | Adversary case 2:06-ap-00977. Adversary Proceeding Opened. (MARTIN, MARY) (Entered: 11/08/2006) |
| 11/22/2006 | [144](#)<br>(21 pgs) | Trustee's Amended Second Application for Authority to make Distribution of Net Proceeds from Sale of Estate Property filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)141). (LANE, MICHAEL) Modified on 11/27/2006 to edit text (Radicke, Michelle). (Entered: 11/22/2006) |
| 11/22/2006 | [145](#)<br>(2 pgs) | Chapter 7 Trustee Notice *of Trustee's Amended Second Application for Authority to Make Distribution of Net Sales Proceeds from Sale of Estate Property* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)144). (LANE, MICHAEL) (Entered: 11/22/2006) |
| 11/22/2006 | [146](#)<br>(3 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # 145)) (Admin.) (Entered: 11/24/2006) |
| 12/20/2006 | [147](#)<br>(2 pgs) | Certification *of No Objection* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)145) (MARTIN, MARY) (Entered: 12/20/2006) |
| 12/22/2006 | [148](#)<br>(2 pgs) | Order Granting Motion to Authorize (Related Doc # 144) signed on 12/22/2006 . (Radicke, Michelle) (Entered: 12/26/2006) |
| 01/11/2007 | [149](#)<br>(7 pgs) | Motion to Dismiss Case *Chapter 7* filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof. (ARBOLEDA, CARLOS) (Entered: 01/11/2007) |
| 01/11/2007 | [150](#)<br>(2 pgs) | Notice of Filing *Motion to Dismiss Chapter 7 Case* filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof.(ARBOLEDA, CARLOS) (Entered: 01/11/2007) |

| | | |
|---|---|---|
| 01/16/2007 | [151](#)<br>(14 pgs) | Letter filed by Dale Maloof. (Radicke, Michelle) (Entered: 01/18/2007) |
| 01/16/2007 | [152](#)<br>(4 pgs) | Declaration *OF DALE MALOOF* filed by Dale Maloof. (Radicke, Michelle) (Entered: 01/18/2007) |
| 01/31/2007 | [153](#)<br>(3 pgs) | Response *and Objection to Motion to Dismiss Chapter 7 Case* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)[149](#)). (MARTIN, MARY) (Entered: 01/31/2007) |
| 02/01/2007 | [154](#)<br>(2 pgs) | Notice of Hearing *on Motion to Dismiss Chapter 7 Case* filed by CARLOS M. ARBOLEDA of ARBOLEDA BRECHNER on behalf of Dale Maloof (related document(s)[149](#)) Hearing set for 3/7/2007 at 9:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(ARBOLEDA, CARLOS) (Entered: 02/01/2007) |
| 02/28/2007 | [155](#)<br>(6 pgs) | Trustee Report of Sale *(Visalia, CA Property)* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)[108](#)).(LANE, MICHAEL) (Entered: 02/28/2007) |
| 03/07/2007 | [156](#)<br>(1 pg) | **Minutes of Hearing held on: 03/07/2007**<br>**Subject:** MOTION TO DISMISS FILED BY DALE MALOOF. (vCal Hearing ID (1117263)). (related document(s)[149](#)) (Davis, Lorraine) (Entered: 03/07/2007) |
| 03/07/2007 | [157](#)<br>(2 pgs) | Notice of Proposed Order *Denying Debtor's Motion to Dismiss* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)[149](#)).(LANE, MICHAEL) (Entered: 03/07/2007) |
| 03/14/2007 | [158](#)<br>(1 pg) | Order Denying Debtor's Motion to Dismiss signed on 3/14/2007 (related document(s)[149](#)) . (Radicke, Michelle) (Entered: 03/15/2007) |
| 03/23/2007 | [159](#)<br>(6 pgs) | Third Motion to Authorize *Trustee to Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN. (MARTIN, MARY) (Entered: 03/23/2007) |
| 03/23/2007 | [160](#)<br>(5 pgs) | Chapter 7 Trustee Notice *of Trustee's Third Application for Authority to Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)[159](#)).(MARTIN, MARY) (Entered: 03/23/2007) |
| 03/23/2007 | [161](#)<br>(6 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # [160](#))) (Admin.) (Entered: 03/25/2007) |
| 04/18/2007 | [162](#)<br>(4 pgs) | Certification *of No Objection and Notice of Lodging Order on Trustee's Third Application for Authority to Make Distribution of Net Proceeds from Sale of Estate Property* filed by MARY B MARTIN |

| | | |
|---|---|---|
| | | of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)160) (MARTIN, MARY) (Entered: 04/18/2007) |
| 04/23/2007 | 163 (2 pgs) | Order Granting Motion to Authorize (Related Doc # 159) signed on 4/23/2007 . (Radicke, Michelle) (Entered: 04/24/2007) |
| 04/24/2007 | 164 (30 pgs) | Second Application for Compensation by Professional Employed by Trustee for MICHAEL P. LANE, Trustee's Attorney, Period: 8/21/2006 to 4/19/2007, Fees:$26,577.50, Expenses: $570.50. filed by MICHAEL P. LANE. (LANE, MICHAEL) (Entered: 04/24/2007) |
| 04/24/2007 | 165 (1 pg) | Notice of Bar Date *of Application for Allowance of Compensation and Reimbursement of Expenses* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)164).(LANE, MICHAEL) (Entered: 04/24/2007) |
| 04/24/2007 | 166 (1 pg) | Certificate of Mailing filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN.(related document(s)165) (LANE, MICHAEL) (Entered: 04/24/2007) |
| 05/10/2007 | 167 (24 pgs) | Objection *To Allowance of Compensation and Reimbursement of Expenses* filed by Dale Maloof (related document(s)164). (Radicke, Michelle) (Entered: 05/11/2007) |
| 05/17/2007 | 168 (1 pg) | Notice of Hearing filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)164) Hearing set for 6/5/2007 at 11:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB).(LANE, MICHAEL) (Entered: 05/17/2007) |
| 05/17/2007 | 169 (1 pg) | Certificate of Service filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)168).(LANE, MICHAEL) (Entered: 05/17/2007) |
| 05/23/2007 | 170 (2 pgs) | Notice of Hearing*(Rescheduled from 6/5/07)* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)167) Hearing set for 6/4/2007 at 11:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB). (LANE, MICHAEL) (Entered: 05/23/2007) |
| 05/25/2007 | 171 (3 pgs) | Response *to Debtor's Objection to Allowance of Compensation and Reimbursement of Expenses* filed by MARY B MARTIN of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)167). (MARTIN, MARY) (Entered: 05/25/2007) |
| 06/04/2007 | 172 | **Minutes of Hearing held on: 06/04/2007** **Subject:** SECOND APPLICATION FOR FEES FILED BY COUNSEL FOR TRUSTEE & OBJECTION THERETO BY MALOOF PERIOD: 8/21/2006 TO 4/19/2007, FEES:$26,577.50, EXPENSES: $570.50. **Appearances:** NONE. **Proceedings:** HEARING VACATED: WILL BE HEARD ON 6/5/07 AT ORIGINALLY SCHEDULED TIME. (vCal Hearing ID (1120189)). (related document(s)164) (Davis, |

| | | Lorraine) (Entered: 06/04/2007) |
|---|---|---|
| 06/05/2007 | [173](#)<br>(1 pg) | Notice of Lodging Proposed Order *Re Application for Allowance of Compensation and Reimbursement of Expenses* filed by MICHAEL P. LANE of LANE & NACH, P.C. on behalf of ROGER W. BROWN (related document(s)[164](#)).(LANE, MICHAEL) (Entered: 06/05/2007) |
| 06/05/2007 | [174](#)<br>(1 pg) | **Minutes of Hearing held on: 06/05/2007**<br>**Subject:** SECOND APPLICATION FOR FEES FILED BY COUNSEL FOR TRUSTEE & OBJECTION THERETO BY MALOOF PERIOD: 8/21/2006 TO 4/19/2007, FEES:$26,577.50, EXPENSES: $570.50.<br>(vCal Hearing ID (1119915)). (related document(s)[164](#)) (Davis, Lorraine) (Entered: 06/05/2007) |
| 06/05/2007 | [175](#)<br>(8 pgs; 2 docs) | Correspondence Filed by Dale Maloof (Radicke, Michelle) Additional attachment(s) added on 6/6/2007 (Radicke, Michelle). (Entered: 06/06/2007) |
| 06/06/2007 | [176](#)<br>(1 pg) | Order Granting Application for Compensation by Professional Employed by Trustee (Related Doc # [164](#)) for MICHAEL P. LANE, Fees Awarded: $26577.50, Expenses Awarded: $570.50 signed on 6/6/2007 . (Radicke, Michelle) (Entered: 06/07/2007) |
| 08/06/2007 | [177](#)<br>(12 pgs) | Final Application for Compensation by Professional Employed by Trustee *and Request for Noticing Through Trustee's Final Report* for MICHAEL P. LANE, Trustee's Attorney, Period: 4/20/2007 to 7/26/2007, Fees:$4,901.00, Expenses: $13.50. filed by MICHAEL P. LANE. (LANE, MICHAEL) (Entered: 08/06/2007) |
| 10/03/2007 | [178](#)<br>(1 pg) | Trustee Objection to Claim 4 *Filed by Kraft Americas Holdings, Inc.* filed by ROGER W. BROWN on behalf of ROGER W. BROWN Objections/Responses due by 10/21/2007,.(BROWN, ROGER) (Entered: 10/03/2007) |
| 10/22/2007 | [179](#)<br>(2 pgs; 2 docs) | Notice of Lodging Proposed Order filed by ROGER W. BROWN on behalf of ROGER W. BROWN (Attachments: [1](#) Exhibit A).(BROWN, ROGER) (Entered: 10/22/2007) |
| 10/23/2007 | [180](#)<br>(1 pg) | **ORDER** Ruling on Objection to Claim 4 signed on 10/23/2007 (related document(s)[178](#)) . (Radicke, Michelle) (Entered: 10/24/2007) |
| 12/14/2007 | [181](#)<br>(32 pgs) | Trustee Chapter 7 Final Report and Account , Trustee Application for Compensation for ROGER W. BROWN, Trustee Chapter 7, Period: to, Fees:$60961.13, Expenses: $367.78. filed by ROGER W. BROWN.(BROWN, ROGER) (Entered: 12/14/2007) |
| 12/14/2007 | [182](#)<br>(3 pgs) | Notice of Proposed Distribution filed by ROGER W. BROWN on behalf of ROGER W. BROWN (related document(s)[181](#)).(BROWN, ROGER) (Entered: 12/14/2007) |

| 12/14/2007 | [183](#) (4 pgs) | BNC Certificate of Service - PDF Document (related document(s) (Related Doc # [182](#))) (Admin.) (Entered: 12/16/2007) |
| 01/08/2008 | [184](#) (1 pg) | Trustee Report of No Objection filed by ROGER W. BROWN on behalf of ROGER W. BROWN (related document(s)[182](#)).(BROWN, ROGER) (Entered: 01/08/2008) |
| 01/08/2008 | [185](#) (2 pgs; 2 docs) | Notice of Lodging Proposed Order filed by ROGER W. BROWN on behalf of ROGER W. BROWN (Attachments: [1](#) Exhibit A).(BROWN, ROGER) (Entered: 01/08/2008) |
| 01/10/2008 | [186](#) (1 pg) | **ORDER** Allowing Fees and Expenses for MICHAEL P. LANE, Trustee's Attorney, Fees Awarded: $4901.00, Expenses Awarded: $13.50; for ROGER W. BROWN, Trustee Chapter 7, Fees Awarded: $60961.13, Expenses Awarded: $367.78; signed on 1/10/2008 . (Radicke, Michelle) (Entered: 01/11/2008) |
| 01/11/2008 | [187](#) (2 pgs; 2 docs) | Notice of Lodging Proposed Order *Updated Order* filed by ROGER W. BROWN on behalf of ROGER W. BROWN (Attachments: [1](#) Exhibit A).(BROWN, ROGER) (Entered: 01/11/2008) |
| 01/14/2008 | [188](#) (1 pg) | Amended **ORDER** Allowing Fees and Expenses for MICHAEL P. LANE, Trustee's Attorney, Fees Awarded: $4901.00, Expenses Awarded: $13.50; for ROGER W. BROWN, Trustee Chapter 7, Fees Awarded: $60963.88, Expenses Awarded: $367.78; for ROGER W. BROWN, Trustee Chapter 7, signed on 1/14/2008 . (Radicke, Michelle) (Entered: 01/15/2008) |
| 02/27/2008 | [189](#) (2 pgs) | U.S. Trustee Approval for Payment of Additional Dividends filed by ROGER W. BROWN on behalf of ROGER W. BROWN.(BROWN, ROGER) (Entered: 02/27/2008) |
| 06/06/2008 | [190](#) (1 pg) | Trustee Report of Final Account and Application for Closing. (BROWN, ROGER) (Entered: 06/06/2008) |
| 06/09/2008 | 191 | The estate having been fully administered, further administration of the reopened case having been completed, or the case reopened for the filing of further proceedings which either have been filed and no further court action is required or were not filed within 90 days of the reopening; IT IS ORDERED that the case is closed and if a trustee has been appointed, the trustee is discharged from and relieved of his trust. Jurisdiction is retained over any pending adversary(s). Chief Bankruptcy Judge Redfield T. Baum. (Ross, Phyllis) (Entered: 06/09/2008) |
| 12/21/2009 | [192](#) (44 pgs; 4 docs) | Motion to Reopen Case (Reopen Fee Due) *Motion to Reopen Chapter 7 Case for the Limited Purpose of Filing of Motion for Clarification of the Court's August 9, 2006 Order Approving the Sale of Certain Real Property and the Assignment of Certain Leases* filed by JOHN J. FRIES of RYLEY CARLOCK & APPLEWHITE on behalf of Eric M. Black, LLC (Attachments: [1](#) Exhibit A[2](#) Exhibit B[3](#) Exhibit C). (FRIES, JOHN) (Entered: 12/21/2009) |

| | | |
|---|---|---|
| 12/21/2009 | | Receipt of Motion to Reopen Case (Reopen Fee Due)(2:05-bk-15022-RTB) [motion,1397] ( 260.00) Filing Fee. Receipt number 10407418. Fee amount 260.00. (U.S. Treasury) (Entered: 12/21/2009) |
| 12/21/2009 | 193<br>(121 pgs; 13 docs) | Motion for Clarification *of the Court's August 9, 2006 Order Approving the Sale of Certain Real Property and the Assignment of Certain Leases* filed by JOHN J. FRIES of RYLEY CARLOCK & APPLEWHITE on behalf of Eric M. Black, LLC (related document(s)108 Order on Motion to Approve Sale) (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F7 Exhibit G8 Exhibit H9 Exhibit I10 Exhibit J11 Exhibit K12 Exhibit L). (FRIES, JOHN) (Entered: 12/21/2009) |
| 01/05/2010 | 194<br>(4 pgs) | Notice of Bar Date *to Object to: (1) Motion to Reopen Chapter 7 Case; and (2) Motion for Clarification of the Court's August 9, 2006 Order Approving the Sale of Certain Real Property and the Assignment of Certain Leases* filed by JOHN J. FRIES of RYLEY CARLOCK & APPLEWHITE on behalf of Eric M. Black, LLC (related document(s)192 Motion to Reopen Case (Reopen Fee Due), 193 Motion for Clarification) Objections/Responses due by 1/28/2010,.(FRIES, JOHN) (Entered: 01/05/2010) |
| 01/13/2010 | 195<br>(2 pgs; 2 docs) | Deficiency Memo (related document(s)192 Motion to Reopen Case (Reopen Fee Due)) (Frazier, Liz) (Entered: 01/13/2010) |
| 01/27/2010 | 196<br>(5 pgs) | Notice of Filing - *Notification to the Court Relating to Motion to Reopen* filed by REALIA, INC. (related document(s)192 Motion to Reopen Case (Reopen Fee Due)).(Frazier, Liz) (Entered: 01/28/2010) |
| 01/27/2010 | 197<br>(5 pgs) | Notice of Filing - *Notification to the Court Related to Motion for Clarification of the Court's August 9, 2006 Order* filed by REALIA, INC. (related document(s)193 Motion for Clarification).(Frazier, Liz) (Entered: 01/28/2010) |
| 01/28/2010 | 198<br>(2 pgs) | Notice of Stipulation *to Extend Time to Respond to Motion to Reopen Case* filed by CAROLYN J. JOHNSEN of JENNINGS, STROUSS & SALMON, P.L.C. on behalf of North American Service Holdings, Inc. (related document(s)192 Motion to Reopen Case (Reopen Fee Due)).(JOHNSEN, CAROLYN) (Entered: 01/28/2010) |
| 02/04/2010 | 199<br>(42 pgs; 3 docs) | Response to Motion/Application *to Reopen Chapter 7 Case for the Limited Purpose of Filing Motion for Clarification of the Court's August 9, 2006 Order Approving the Sale of Certian Real Property and the Assignment of Certain Leases* (related to motion(s)192) filed by CAROLYN J. JOHNSEN of JENNINGS, STROUSS & SALMON, P.L.C. on behalf of North American Service Holdings, Inc. (Attachments: 1 Exhibit A2 Exhibit B). (JOHNSEN, CAROLYN) (Entered: 02/04/2010) |

| | | |
|---|---|---|
| 02/18/2010 | [200](#)<br>(3 pgs) | Notice of Status Hearing *Notice of Status Hearing* filed by JOHN J. FRIES of RYLEY CARLOCK & APPLEWHITE on behalf of Eric M. Black, LLC (related document(s)[192](#) Motion to Reopen Case (Reopen Fee Due)) Status Hearing set for 3/2/2010 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB). (FRIES, JOHN) (Entered: 02/18/2010) |
| 03/02/2010 | [202](#)<br>(1 pg) | **Minutes of Hearing held on: 03/02/2010**<br>**Subject:** MOTION TO REOPEN CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF FILING OF MOTION FOR CLARIFICATION OF THE COURT'S AUGUST 9, 2006 ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY AND THE ASSIGNMENT OF CERTAIN LEASES FILED BY ERIC M. BLACK, LLC ..<br>(vCal Hearing ID (1162337)). (related document(s)[192](#)) Status Hearing set for 04/06/2010 at 01:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) (Aguilar, Annette) (Entered: 03/10/2010) |
| 03/05/2010 | [201](#)<br>(4 pgs) | Notice of Lodging Proposed Order *Granting Motion to Reopen Chapter 7 Case for the Limited Purpose of Filing of Motion for Clarification of the Court's August 9, 2006 Order Approving the Sale of Certain Real Property and the Assignment of Certain Leases* filed by JOHN J. FRIES of RYLEY CARLOCK & APPLEWHITE on behalf of Eric M. Black, LLC (related document(s)[192](#) Motion to Reopen Case (Reopen Fee Due)).(FRIES, JOHN) (Entered: 03/05/2010) |
| 03/11/2010 | [203](#)<br>(2 pgs; 2 docs) | **ORDER** Granting Motion to Reopen Chapter 7 Case for the Limited Purpose of Filing of Motion for Clarification of the Court's August 9, 2006 Order Approving the Sale of Certain Real Property and the Assignment of Certain Leases signed on 3/11/2010 (related document(s)[192](#) Motion to Reopen Case (Reopen Fee Due)) Status Hearing set for 4/6/2010 at 01:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) . (Cantrell, Patty) (Entered: 03/11/2010) |
| 03/12/2010 | [204](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document (related document(s)[203](#) Order Reopening Bankruptcy Case) (Admin.) (Entered: 03/14/2010) |
| 04/06/2010 | [205](#)<br>(1 pg) | **Minutes of Hearing held on: 04/06/2010**<br>**Subject:** STATUS HEARING IN RE: MOTION FOR CLARIFICATION OF THE COURT'S AUGUST 9, 2006 ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY AND THE ASSIGNMENT OF CERTAIN LEASES FILED BY ERIC M. BLACK, LLC ..<br>(vCal Hearing ID (1163314)). (related document(s)[192](#)) Status Hearing set for 06/01/2010 at 01:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (RTB) (Davis, Lorraine) (Entered: 04/07/2010) |
| 06/01/2010 | | Adversary case 2:10-ap-00962. Adversary Proceeding Opened. (FRIES, JOHN) (Entered: 06/01/2010) |

| | | |
|---|---|---|
| 06/01/2010 | 206 | **Minutes of Hearing held on: 06/01/2010**<br>**Subject:** CONTINUED STATUS HEARING IN RE: MOTION FOR CLARIFICATION OF THE COURT'S AUGUST 9, 2006 ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY AND THE ASSIGNMENT OF CERTAIN LEASES FILED BY ERIC M. BLACK, LLC ..<br>**Appearances:** KERRY HODGES, ATTY NORTH AMERICAN SERVICE HOLDINGS, INC. JOHN FRIES, ATTY ERIC M BLACK, LLC.<br>**Proceedings:** Mr. Fries provides the status of this case and notes the adversary complaint was filed this morning He will be filing a motion for summary judgment and believes this hearing can be vacated.Mr. Hodges agrees.COURT: IT IS ORDERED vacating this hearing. If nothing is scheduled within 60 days, Mr. Fries is directed to request a further hearing..<br>(vCal Hearing ID (1165159)). (related document(s)192) (Davis, Lorraine) (Entered: 06/01/2010) |
| 06/22/2010 | 207<br>(2 pgs) | Change of Address filed by CAROLYN J. JOHNSEN of JENNINGS, STROUSS & SALMON, P.L.C. on behalf of North American Service Holdings, Inc.. (JOHNSEN, CAROLYN) (Entered: 06/22/2010) |
| 07/02/2010 | 208<br>(234 pgs; 10 docs) | Response to Motion/Application *for Clarification of the Court's August 9, 2006 Order* (related to motions(s)193) filed by CAROLYN J. JOHNSEN of JENNINGS STROUSS & SALMON PLC on behalf of North American Service Holdings, Inc. (Attachments: 1 Exhibit A (Part 1)2 Exhibit A (Part 2)3 Exhibit A (Part 3)4 Exhibit A (Part 4)5 Exhibit A (Part 5)6 Exhibit A (Part 6)7 Exhibit B8 Exhibit C9 Exhibit D). (JOHNSEN, CAROLYN) (Entered: 07/02/2010) |
| 02/02/2012 | 209 | The estate having been fully administered, further administration of the reopened case having been completed, or the case reopened for the filing of further proceedings which either have been filed and no further court action is required or were not filed within 90 days of the reopening; IT IS ORDERED that the case is closed and if a trustee has been appointed, the trustee is discharged from and relieved of his trust. Jurisdiction is retained over any pending adversary(s). Bankruptcy Judge Redfield T. Baum. (Bice, Julie) (Entered: 02/02/2012) |

| | |
|---|---|
| **PACER Service Center** | |
| **Transaction Receipt** | |
| 06/28/2021 14:34:49 | |
| **PACER Login:** sheikh4689 | **Client Code:** |

| Description: | Docket Report | Search Criteria: | 2:05-bk-15022-RTB Fil or Ent: filed From: 1/1/2005 To: 6/28/2021 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 16 | Cost: | 1.60 |