## Exhibit C

**Distribution Application**

Michael P. Lane – 007435
Mary B. Martin – 019196
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona  85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email:  michael.lane@lane-nach.com
Email:  mary.martin@lane-nach.com

Attorneys for Roger W. Brown, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| REALIA, INC., | No. 2-05-bk-15022-RTB |
| Debtor. | **TRUSTEE'S AMENDED SECOND APPLICATION FOR AUTHORITY TO MAKE DISTRIBUTION OF NET PROCEEDS FROM SALE OF ESTATE PROPERTY** |

Roger W. Brown, Chapter 7 Trustee, by and through counsel undersigned, for his amended application to this Court to make a distribution of net proceeds from the sale of Estate property, respectfully represents as follows:

1.  This case was commenced by a voluntary petition filed by the Debtor under Chapter 11 on August 16, 2005, which converted to Chapter 7 on December 13, 2005.

2.  Roger W. Brown is the duly appointed and acting Trustee of the Chapter 7 Estate (hereinafter "Trustee").

3.  On August 10, 2006, a sale of the Estate's property located at 1705 S. 19th Ave., Lemoore, Kings County, California ("Lemoore Property") was conducted in open Court.  A cash offer was received from AGTX Group, Inc. in the amount of $274,000.00 and was accepted by this Court as the highest bid. On August 23, 2006, this Court entered an Order approving the sale, free and clear of any and all liens, encumbrances, or interests, with valid and enforceable liens to attach to the proceeds.  The Order further

Lane & Nach, P.C.
2025 North Third Street, Suite 157

authorized the Trustee to pay a real estate commission; the actual and customary closing costs; and any outstanding real estate taxes directly from escrow.

4.   After payment of the above, the net sale proceeds are $257,976.34.   A copy of Seller Final Closing Statement is attached to the Report of Sale filed with the Court.

5.   The following entities hold recorded liens, which attach to the net sale proceeds:

a.   International Credit Recovery, judgment recorded November 10, 2003, in the amount of $30,479.94.   The amount owed as of September 8, 2006 is $42,675.52, plus $9.87 per diem, until paid in full;

b.   State of California Board of Equalization, tax lien recorded November 25, 2003, in the amount of $54,687.48.   The amount owed as of October 26, 2006 is $38,478.80;

c.   Valley Pacific Petroleum Services, Inc., judgment recorded July 21, 2004, and thereafter amended on September 15, 2004 and September 27, 2004 in the amount of $404,802.17. The amount owed as of August 14, 2006 is $361,369.44, including principal of $315,927.78 and accrued interest of $45,441.66, plus 10% interest per annum, until paid in full;

d.   W.R. Grace & Company-Conn., judgment recorded January 18, 2005, in the amount of $23,149.89.   The amount owed as of November 3, 2006 is $27,579.60, plus $6.32 per diem, until paid in full; and

e.   Mitchell Brown General Engineering, Inc., judgment recorded March 4, 2005, in the amount of $240,095.58.   The amount owed as of August 16, 2006 is $152,773.14, plus $38.035 per diem, until paid in full.

6.   The claim of International Credit Recovery shall be satisfied from the net sale proceeds from the Fresno and Kingsburg properties as set forth in the Trustee's [first] Application for Authority to Make Distribution of Net Proceeds from Sale of Estate Property and approved by this Court's Order dated

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

2

October 30, 2006.  Trustee had anticipated that the claim of Valley Pacific Petroleum Services would also be satisfied from the net sale proceeds from the Fresno and Kingsburg properties.  However, since filing the Second Application for Authority to Make Distribution of Net Proceeds ("Second Application"), Trustee has become aware of additional sums due Valley Pacific Petroleum Services relating to post-judgment attorneys' fees and costs.  Specifically, Valley Pacific Petroleum Services is owed attorneys' fees and costs in the amount of $27,890.86 pursuant to a Memorandum of Costs after Judgment filed with the Tulare County Superior Court on February 14, 2005.  A copy of the Memorandum of Costs after Judgment is attached hereto as Exhibit A and incorporated herein by reference.  The California Civil Code § 685.040 provides that a judgment creditor is entitled to reasonable and necessary costs of enforcing a judgment, including attorneys' fees if the underlying judgment included such an award of fees as in this instance. Additionally, the right to recover post-judgment costs includes the attorneys' fees and costs incurred in the pending bankruptcy matter.  Valley Pacific Petroleum Services has incurred attorneys' fees for services provided by Gammage & Burnham in the amount of $28,133.50 and costs of $1,108.31.  Copies of Gammage & Burnham's billing statements are attached hereto as Exhibit B and incorporated herein by reference.

7.    Trustee amends the Second Application to provide for payment of $57,132.67 to Valley Pacific Petroleum Services. Consequently, the net sale proceeds will not be sufficient to fully satisfy the claim of Mitchell Brown General Engineering, as indicated in the Second Application.  Mitchell Brown General Engineering consented to the § 363(f) sale.

8.    Accordingly, Trustee proposes to disburse the net sale proceeds of $257,976.34 from the Lemoore Property as follows:

a.    Payment of the State of California Board of Equalization tax lien in the amount of $38,478.80 shall be held by the Trustee, pursuant to 11 U.S.C. § 724, pending payment of administrative expenses and further Court order;

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ  85004

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     b.   Payment to Valley Pacific Petroleum Services in the amount of $57,132.67;

     c.   Payment to W.R. Grace & Company-Conn. in the amount of $27,579.60, plus $6.32 per diem, until paid in full; and

     d.   The balance of the net sale proceeds in the approximate amount of $134,500 shall be paid to Mitchell Brown General Engineering, Inc.

9.   No parties will be prejudiced by this proposed distribution.

WHEREFORE, Roger W. Brown, Chapter 7 Trustee, respectfully requests that this Court issue its Order approving this Amended Second Application; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 22nd day of November, 2006.

**LANE & NACH, P.C.**

By  /s/ Mary B. Martin – 019196
            Michael P. Lane
            Mary B. Martin
            Attorneys for Trustee

COPY of the foregoing mailed to:

Carlos Arboleda
Arboleda Brechner
4545 E. Shea Blvd., Suite 201
Phoenix, AZ 85028
Attorney for Dale Maloof

Kevin J. Blakely
Gammage & Burnham
Two North Central Ave. 18th Floor
Phoenix, AZ 85004
Attorney for Valley Pacific Petroleum Services

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ  85004

4

1  Keith W. Lusk
   Lusk Law Office
2  P.O. Box 5312
   Fresno. CA 93755
3  Attorney for International Credit Recovery

4  Acme Paving Co., Inc.
   10095 9 1/8 Ave.
5  Hanford, CA 93230

6  Ward R. Stringham
   Stringham, Hillman & Lew
7  756 E. Tulare Ave.
   Tulare, CA 93274
8  Attorney for Acme Paving Co., Inc.

9  Mitchell Brown General Engineering, Inc.
   14200 Road 284
10 Porterville, CA 93257

11 Robert Krase
   The Law Offices of Robert Krase
12 132 E. Morton Ave.
   Porterville, CA 93257
13 Attorney for Mitchell Brown General Engineering, Inc.

14 Steven R. Hrdlicka
   Steven R. Hrdlicka & Associates
15 2115 Kern Street, Suite 206
   Fresno, CA 93721
16 Attorney for W.R. Grace & Company

17 Wayne Crain
   State of California, Board of Equalization
18 450 N. Street
   Sacramento, CA 95814
19
   State of California, Board of Equalization
20 P.O. Box 942879
   Sacramento, CA 94279-0055
21
   City of Lemoore
22 119 Fox Street
   Lemoore, CA 93245
23
   and delivered via electronic notification to:
24
   Office of U.S. Trustee
25 230 North First Ave., Suite 204
   Phoenix, AZ 85003-1706
26

27 By____/s/ SMR_____ _____

28 Lane & Nach, P.C.
   2025 North Third Street, Suite 157
   Phoenix, AZ  85004

                                    5

# EXHIBIT "A"

MC-012

SHORT TITLE: Valley Valley Pacific Petroleum Services, Inc., vs. The Artesia Companies, Inc., et al.

CASE NUMBER: 03-205197

**PROOF OF SERVICE**
[X] Mail   [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify): 1110 N. Chinowth Street, Visalia, CA 93291

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows (complete either a or b):

a. [X] Mail. I am a resident of or employed in the county where the mailing occurred.
   (1) I enclosed a copy in an envelope AND
   (2) a. [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
       b. [X] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
   (2) The envelope was addressed and mailed as follows:
       (a) Name of person served: THE ARTESIA COMPANIES, INC. AKA THE ARTESIA COMPANIES AKA ARTESIA COMPANIES, INC. AKA ARTESIA COMPANIES, INC., REALIA, INC., A DELAWARE CORPORATION, ARTESIA HOLDINGS, INC., A DELAWARE CORPORATION, ARTESIA, INC., ARTESIA READY MIX
       (b) Address on envelope: 115 N. Akers Street, Visalia, CA 93291
   (c) Date of mailing: February __, 2005
   (d) Place of mailing (city and state): Visalia, CA

b. [ ] Personal delivery. I personally delivered a copy as follows:
   (1) Name of person served:
   (2) Address where delivered:
   (3) Date delivered:
   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2005

Shelley Roy
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

---

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
E. Warren Gubler, #103317
GUBLER & IDE
1110 N. Chinowth Street
Visalia, CA  93291
TELEPHONE NO.: (559)625-9600   FAX NO.: (559)625-9605
ATTORNEY FOR (Name): Plaintiff, Valley Pacific Petroleum Se

NAME OF COURT: Tulare County Superior Court
STREET ADDRESS: County Civic Center
MAILING ADDRESS: 221 So. Mooney Blvd.
CITY AND ZIP CODE: Visalia, CA  93291
BRANCH NAME: Visalia Division

PLAINTIFF: Valley Pacific Petroleum Services, Inc.

DEFENDANT: The Artesia Companies, Inc. aka Artesia Companies aka The Artesia Companies, et al.

FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION
FEB 14 2005
LARAYNE CLERK, CLERK
BY: _____

CASE NUMBER: 03-205197

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | Date incurred | Amount |
|---|---|---|
| a. Preparing and issuing abstract of judgment | 7/14, 9/9/04 | $ 42.00 |
| b. Recording and indexing abstract of judgment | 7/16, 9/14/04 | $ 300.00 |
| c. Filing notice of judgment lien on personal property | 7/14, 12/8/04 | $ 20.00 |
| d. Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (Wage garnishment) | 7/14, 9/9/04 | $ 119.00 |
| (1) Supplemental county: Tulare, Kings, Kern, San Luis Obispo | | $ 1,260.00 |
| e. Levying officer's fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | |
| f. Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.010 et seq. | | $ 587.30 |
| g. Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ 21,470.00 |
| h. Other (Service, Depositor, witness fees) (Statute authorizing cost): CCP 1033.5 | | $ 4,092.56 |
| i. Total of claimed costs for current memorandum of costs (add items a-h) | | $ 27,890.86 |

...........................................................TOTAL  $ 27,890.86

2. previously allowed postjudgment costs: .................. $ _____
3. I paid all postjudgment costs (add items 1 and 2): ............. $ _____
4. I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ _____

5. Declaration of Accrued Interest. Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ 14,760.18

6. I am   [ ] judgment creditor   [X] attorney for the judgment creditor.
   I have   [ ] knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: February 11, 2005

E. Warren Gubler, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 (aggregate) and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Form MC-012 for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2008]

MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST

(Proof of service on reverse)

Code of Civil Procedure, §§ 685.070

Legal Solutions Plus

EXHIBIT "B"

PAGE 2

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 08-17-05 | PREPARE CONFLICT MEMO; CHECK BANKRUPTCY COURT AND OBTAIN COPY OF DOCKET; REVIEW ARIZONA CORPORATION COMMISSION RECORDS; MEMO TO MR. KING | JLB | 0.6 |
| 08-18-05 | REVIEW FILE DOCUMENTS; RESEARCH RE LIMITATIONS ON PRO SE FILINGS BY A CORPORATE DEBTOR; DICTATE DRAFTS OF MOTION TO DISMISS, NOTICE OF HEARING AND ORDER | KJB | 1.0 |
| 08-18-05 | REVIEW JUDGE BAUM'S PROCEDURES; RESEARCH RE REALIA, INC. | KJB | 0.4 |
| 08-19-05 | REVISE MOTION TO DISMISS, ORDER AND NOTICE OF HEARING; REVIEW CASE LAW | KJB | 0.6 |
| 08-23-05 | FINALIZE MOTION TO DISMISS AND NOTICE OF HEARING; FILE MOTION WITH COURT THROUGH ECF SYSTEM; EMAIL TO COURT CLERK RE HEARING | KJB | 0.7 |
| 08-24-05 | REVIEW AND SIGN NOTICE OF HEARING; ARRANGE FOR FILING; EMAIL TO JUDGE'S CLERK RE NOTICE OF HEARING | KJB | 0.3 |
| 08-25-05 | TELEPHONE CONFERENCE WITH SHELLY AT WARREN GUBLER'S OFFICE RE STATUS OF MOTION TO DISMISS | MRK | 0.3 |
| 08-25-05 | REVIEW BANKRUPTCY PLEADINGS, CORRESPONDENCE FROM MR. GUBLER AND JUDGMENTS | MRK | 0.2 |
| 08-25-05 | TELEPHONE CONFERENCE WITH WARREN GUBLER REGARDING FAX OF CASE AND BANKRUPTCY FILING AND PRELIMINARY REVIEW OF BANKRUPTCY PETITION | MRK | 0.3 |

---

November 21, 2006

VALLEY PACIFIC PETROLEUM SERVICES, INC.
ATTN: CARRIE CROCKETT
188 FRANK WEST CIRCLE
STOCKTON, CA 95206

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

INVOICE # 152586 - 1

| CURRENT FEES | 27,563.50 |
|---|---|
| CURRENT COSTS | 1,103.51 |
| TOTAL | 28,667.01 |

TOTAL DUE AGING STATEMENT

| | CURRENT | 30 DAYS PAST DUE | 60 DAYS PAST DUE | 90+ DAYS PAST DUE |
|---|---|---|---|---|
| TOTAL DUE | 3,671.00 | 1,782.84 | 1,888.16 | 0.00 | 0.00 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 4

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
| --- | --- | --- | --- |
| 09-22-05 | REVIEW AND APPROVE MOTION TO DISMISS OR CONVERT | MRK | 0.5 |
| 09-23-05 | TELEPHONE CALL TO JUDGE BAUM'S COURT REGARDING MOTION TO DISMISS; ADVISE K. J. BLAKLEY; REVISE NOTICE OF HEARING | JLB | 0.5 |
| 09-23-05 | PREPARE MOTION TO DISMISS AND NOTICE OF HEARING ON MOTION TO DISMISS FOR FILING WITH BANKRUPTCY COURT AND TRANSMIT ELECTRONICALLY TO BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION; FORWARD ECF NOTICE AND NOTICE OF HEARING TO JUDGE BAUM'S COURTROOM DEPUTY | | |
| 09-27-05 | TELEPHONE CONFERENCE WITH K. RATTAY | JLB | 0.6 |
| 09-27-05 | REVIEW NOTICE OF CONTINUED FIRST MEETING OF CREDITORS; CORRESPONDENCE TO W. GUBLER | KJB | 0.2 |
| 10-05-05 | REVIEW SCHEDULES FILED BY DEBTOR; CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 10-07-05 | REVIEW NOTICE OF HEARING AND DOCUMENTS FILED BY DEBTOR | KJB | 0.6 |
| 10-11-05 | TELEPHONE CONFERENCE WITH W. GUBLER | MRK | 0.2 |
| 10-11-05 | PREPARE FOR 341 MEETING; REVIEW TITLE INSURANCE REPORT AND OTHER FILE DOCUMENTS; PREPARE OUTLINE OF QUESTIONS FOR DEBTOR | KJB | 0.3 |
| 10-11-05 | APPEAR FOR 341 MEETING AT BANKRUPTCY COURT; RETURN TO OFFICE | KJB | 0.7 |
| 10-17-05 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.7 |
| 10-17-05 | REVIEW CORRESPONDENCE AND DOCUMENTS FROM W. | KJB | 0.2 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 3

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
| --- | --- | --- | --- |
| 09-01-05 | PREPARE REQUEST FOR NOTICE/NOTICE OF APPEARANCE FOR FILING WITH BANKRUPTCY COURT AND TRANSMIT ELECTRONICALLY TO BANKRUPTCY COURT; ADD G & B TO MASTER MAILING LIST; PREPARE COPIES FOR DISTRIBUTION | JLB | 0.5 |
| 09-01-05 | PREPARE NOTICE OF APPEARANCE IN BANKRUPTCY | KJB | 0.2 |
| 09-09-05 | CHECK COURT DOCKET FOR STATUS OF CASE | KJB | 0.1 |
| 09-12-05 | TELEPHONE CONFERENCE WITH K. RATTAY, PROSPECTIVE ATTORNEY FOR DEBTOR; TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.4 |
| 09-13-05 | REVIEW DECLARATION OF W. GUBLER AND ATTACHMENTS; CONFERENCE WITH M. R. KING RE STRATEGY | KJB | 0.4 |
| 09-13-05 | PREPARE FOR AND APPEAR AT HEARING ON MOTION TO DISMISS | KJB | 1.2 |
| 09-13-05 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.2 |
| 09-13-05 | WORK ON MOTION TO DISMISS OR CONVERT | MRK | 0.4 |
| 09-19-05 | REVIEW ORDER DENYING REALIA'S REQUEST TO VACATE JUDGMENT | KJB | 0.2 |
| 09-19-05 | REVIEW APPLICATION FOR APPOINTMENT OF ATTORNEYS FOR DEBTOR AND RELATED PLEADINGS AND RELATED PAPERS; DICTATE DRAFT MOTION TO DISMISS OR CONVERT AND NOTICE OF HEARING; CORRESPONDENCE TO W. GUBLER | KJB | 1.1 |
| 09-20-05 | REVISE MOTION TO DISMISS OR CONVERT CASE AND NOTICE OF HEARING | KJB | 0.3 |
| 09-21-05 | REVISE MOTION TO DISMISS | KJB | 0.3 |

## PAGE 5

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
| --- | --- | --- | --- |
| 10-28-05 | TELEPHONE CONFERENCE WITH W. GUBLER; EMAIL TO U.S. TRUSTEE'S OFFICE | KJB | 0.2 |
| 10-31-05 | REVIEW NOTICE OF WITHDRAWAL OF COUNSEL; CONFERENCE WITH M. R. KING RE STATUS | KJB | 0.3 |
| 11-01-05 | REVIEW MOTION TO WITHDRAW AND CERTIFICATION OF ATTORNEY | KJB | 0.2 |
| 11-07-05 | TELEPHONE CONFERENCE WITH SHELLY AT WARREN GUBLER'S OFFICE | MRK | 0.2 |
| 11-10-05 | REVIEW MONTHLY OPERATING REPORTS; REVIEW RESPONSE TO OUR MOTION TO DISMISS; RESEARCH RE DISMISSAL FOR "BAD FAITH"; DICTATE LETTER TO W. GUBLER | KJB | 0.1 |
| 11-11-05 | REVISE REPLY IN SUPPORT OF MOTION TO DISMISS | KJB | 2.1 |
| 11-11-05 | DICTATE DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS | KJB | 0.6 |
| 11-14-05 | REVIEW RESPONSE TO VALLEY PETROLEUM MOTION TO DISMISS, CONVERT, OR SET DEADLINE TO FILE PLAN AND DISCLOSURE STATEMENT AND STATEMENT OF DALE MALKOOF | KJB | 0.5 |
| 11-14-05 | REVISE REPLY IN SUPPORT OF MOTION TO DISMISS OR CONVERT; FACSIMILE TO W. GUBLER | MRK | 0.3 |
| 11-14-05 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.7 |
| 11-14-05 | PREPARE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FILING WITH BANKRUPTCY COURT AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION. | KJB / JLB | 0.3 / 0.4 |

## PAGE 6

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
| --- | --- | --- | --- |
| 11-15-05 | REVIEW ORDER ALLOWING WITHDRAWAL OF DEBTOR'S COUNSEL | KJB | 0.1 |
| 11-15-05 | PREPARE FOR HEARING ON MOTION TO DISMISS | KJB | 0.4 |
| 11-16-05 | APPEAR FOR HEARING RE MOTION TO DISMISS | KJB | 0.7 |
| 11-16-05 | TELEPHONE CONFERENCE WITH W. GUBLER; REVIEW COURT'S MINUTE ENTRY | KJB | 0.2 |
| 11-22-05 | REVIEW REALIA INC.'S MOTION FOR RECONSIDERATION AND MOTION TO RESCHEDULE HEARING; DICTATE DRAFT RESPONSE TO MOTION | KJB | 0.7 |
| 11-29-05 | TELEPHONE CONFERENCE WITH DAN AT VALLEY PACIFIC PETROLEUM SERVICES RE STATUS | KJB | 0.2 |
| 11-30-05 | PREPARE OBJECTION TO DEBTOR'S MOTION FOR RECONSIDERATION FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION. | JLB | 0.4 |
| 11-30-05 | REVISE RESPONSE TO MOTION FOR RECONSIDERATION | KJB | 0.7 |
| 12-06-05 | PREPARE FOR AND APPEAR FOR HEARING ON MOTION TO DISMISS OR CONVERT | KJB | 1.2 |
| 12-06-05 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.2 |
| 12-06-05 | PREPARE ORDER CONVERTING CASE TO CHAPTER 7 CASE AND NOTICE OF LODGING ORDER | KJB | 0.7 |
| 12-07-05 | REVIEW RESPONSE TO OBJECTION TO DEBTOR'S MOTION FOR RECONSIDERATION AND MOTION TO RESCHEDULE NOVEMBER 16, 2005 HEARING | MRK | 0.2 |
| 12-07-05 | REVIEW RESPONSE TO MOTION TO DISMISS OR CONVERT | MRK | 0.3 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 8

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 12-23-05 | REVIEW NOTICE OF FIRST MEETING OF CREDITORS AND BAR DATE FOR PROOFS OF CLAIM; DICTATE DRAFT PROOF OF CLAIM; CORRESPONDENCE TO W. GUBLER | KJB | 0.7 |
| 12-28-05 | REVISE PROOF OF CLAIM, REVIEW CORRESPONDENCE AND DOCUMENTS FROM W. GUBLER | KJB | 0.5 |
| 12-28-05 | REVIEW NOTICE OF CHAPTER SEVEN CASE AND MEETINGS AND DEADLINES | MRK | 0.2 |
| 12-28-05 | REVIEW NOTICE OF FEE RE MOTION TO CONVERT | MRK | 0.1 |
| 01-03-06 | TELEPHONE CONFERENCE WITH M. LANE, ATTORNEY FOR TRUSTEE; REVIEW TRUSTEE'S MOTION TO RETAIN COUNSEL | KJB | 0.3 |
| 01-06-06 | REVIEW NOVEMBER OPERATING REPORT | KJB | 0.2 |
| 01-06-06 | REVIEW DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11; DICTATE DRAFT RESPONSE TO DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 | KJB | 0.7 |
| 01-09-06 | REVISE RESPONSE TO MOTION TO RECONVERT CASE TO CHAPTER 7 | KJB | 0.3 |
| 01-09-06 | REVIEW AND DOCKET NOTICE OF HEARING ON DEBTOR'S MOTION TO RECONVERT TO CHAPTER 11 | KJB | 0.1 |
| 01-10-06 | REVIEW CASELAW CITED IN A SIMILAR DISPUTE AND SUMMARIZED RELEVANT PORTIONS FOR MEMO (.90); RESEARCH AMERICAN JURISPRUDENCE ON EXCEPTION TO FULL FAITH AND CREDIT; RESEARCH WRIGHT AND MILLER ON FULL FAITH AND CREDIT GENERALLY AND ON ITS APPLICATION TO STATE COURT JUDGMENTS IN BANKRUPTCY; RESEARCH | | |

---

November 21, 2006
INVOICE # 152586 - 1

PAGE 7

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 12-08-05 | PREPARE NOTICE OF LODGING ORDER WITH EXHIBIT FOR FILING WITH BANKRUPTCY COURT AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; UPLOAD FORM OF ORDER, PREPARE COPIES FOR DISTRIBUTION | JLB | 0.4 |
| 12-08-05 | REVIEW REALIA'S RESPONSE TO OBJECTION TO DEBTOR'S MOTION FOR RECONSIDERATION | KJB | 0.2 |
| 12-08-05 | REVIEW REALIA'S RESPONSE TO REPLY IN SUPPORT TO DISMISS OR CONVERT AND ATTACHMENTS | KJB | 0.6 |
| 12-08-05 | REVIEW AND FINALIZE ORDER CONVERTING CSE TO CHAPTER SEVEN | MRK | 0.3 |
| 12-09-05 | TELEPHONE CONFERENCE WITH WARREN GUBLER RE CASE STATUS AND LIQUIDATION | MRK | 0.3 |
| 12-15-05 | REVIEW LETTER FROM DALE MALOOF RE RUNZ KRAFT AND ALLEGED NON-AFFILIATION WITH REALIA, INC. | MRK | 0.2 |
| 12-15-05 | REVIEW EXECUTED ORDER CONVERTING CASE | MRK | 0.2 |
| 12-15-05 | REVIEW ORDER CONVERTING CASE TO CHAPTER 7; CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 12-20-05 | REVIEW CORRESPONDENCE FROM W. GUBLER AND TITLE INSURANCE DOCUMENTS | KJB | 0.2 |
| 12-21-05 | REVIEW NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE AND ORDER DIRECTING THE DEBTOR TO FILE DOCUMENTS | KJB | 0.1 |
| 12-21-05 | REVIEW NOTICE FROM BANKRUPTCY COURT RE FEE; REQUEST CHECK FROM ACCOUNTING AND ARRANGE FOR DELIVERY TO BANKRUPTCY COURT. | JLB | 0.4 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 9

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 01-11-06 | BANKRUPTCY CASES CONSIDERING EFFECT OF CALIFORNIA DEFAULT JUDGMENTS (3.00) RESEARCH DIFFERENCE BETWEEN CLAIM PRECLUSION AND ISSUE PRECLUSION; FOCUS RESEARCH ON CASES APPLYING CLAIM PRECLUSION TO DEFAULT JUDGMENTS; COMPOSE MEMO FOR K. J. BLAKLEY; ORGANIZE AND REVISE MEMO; FURTHER RESEARCH ON THE APPLICATION OF CLAIM PRECLUSION IN CALIFORNIA OUTSIDE THE BANKRUPTCY CONTEXT; UPDATE MEMO ACCORDINGLY | GJG | 3.9 |
| 01-11-06 | REVIEW HEARING NOTICE | GJG | 6.2 |
| 01-12-06 | REVIEW CORRESPONDENCE AND DOCUMENTS FROM W. GUBLER | MRK | 0.1 |
| 01-12-06 | REVISE RESPONSE TO MOTION TO CONVERT CASE BACK TO CHAPTER 11 | KJB | 0.3 |
| 01-12-06 | REVISE PROOF OF CLAIM; CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 01-12-06 | FINAL REVISIONS TO MEMO | KJB | 0.4 |
| 01-13-06 | TELEPHONE CONFERENCE WITH W. GUBLER | GJG | 0.5 |
| 01-13-06 | RESEARCH RE DEBTOR'S RIGHT TO CONVERT CHAPTER 7 CASE TO CHAPTER 11; REVISE | KJB | 0.3 |
| 01-16-06 | OBJECTION TO DEBTOR'S MOTION CONFERENCE WITH K. J. BLAKLEY; PREPARE OBJECTION TO MOTION TO RECONVERT FOR FILING WITH BANKRUPTCY COURT AND PREPARE COPIES FOR DISTRIBUTION | KJB | 2.3 |
| 01-16-06 | REVIEW EMAIL FROM W. GUBLER; FINALIZE | JLB | 0.4 |

---

November 21, 2006
INVOICE # 152586 - 1

PAGE 10

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 01-17-06 | OBJECTION TO MOTION TO RECONVERT CASE TO CHAPTER 11; REVIEW CASES; CHECK CITATIONS | KJB | 1.8 |
| 01-17-06 | PREPARE OBJECTION TO DEFENDANTS MOTION TO RECONVERT TO CHAPTER 11 FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT | JLB | 0.3 |
| 01-18-06 | PREPARE FOR AND APPEAR AT HEARING ON MOTION TO RECONVERT THE CASE TO CHAPTER 11 | KJB | 2.2 |
| 01-18-06 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.2 |
| 01-18-06 | EMAIL TO W. GUBLER RE PROOF OF CLAIM | KJB | 0.1 |
| 01-19-06 | REVIEW PROOF OF CLAIM FILED BY WARREN GUBLER; EMAIL TO W. GUBLER | KJB | 0.2 |
| 01-20-06 | REVIEW MINUTE ENTRY DENYING MOTION TO RECONVERT TO CHAPTER 11 | KJB | 0.1 |
| 01-24-06 | REVISE PROOF OF CLAIM; EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.1 |
| 01-24-06 | PREPARE FOR AND ATTEND FIRST MEETING OF CREDITORS; MEET WITH M. LANE, ATTORNEY FOR TRUSTEE | KJB | 1.6 |
| 01-25-06 | TELEPHONE CONFERENCES WITH W. GUBLER; EXCHANGE EMAILS WITH W. GUBLER; EXCHANGE EMAILS WITH M. LANE REVIEW REALIA'S EX PARTE APPLICATION AND DECLARATIONS SEEKING TEMPORARY RESTRAINING ORDER | KJB | 0.6 |
| 02-01-06 | EXCHANGE EMAILS WITH M. LANE, TRUSTEE'S ATTORNEY | KJB | 0.4 |
| 02-03-06 | REVIEW TESTIMONY FROM DEPOSITION AND FUTURE | KJB | 0.1 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 11

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 02-03-06 | ACTIONS OF TRUSTEE | MRK | 0.2 |
| 02-03-06 | GO TO ATTORNEY M. LANE'S OFFICE FOR EXAMINATION OF D. MALOOF; RETURN TO OFFICE | KJB | 2.2 |
| 02-03-06 | DICTATE LETTER TO W. GUBLER RE EXAMINATION OF D. MALOOF | KJB | 0.3 |
| 02-06-06 | REVISE LETTER TO W. GUBLER | KJB | 0.2 |
| 02-08-06 | REVIEW TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER/REAL ESTATE AGENT; EMAIL TO W. GUBLER; EMAIL TO M. LANE, TRUSTEE'S ATTORNEY | KJB | 0.3 |
| 02-08-06 | REVIEW EMAIL FROM M. LANE; EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.2 |
| 02-10-06 | REVIEW JABURG & WILK'S APPLICATION FOR COMPENSATION AS ATTORNEYS FOR DEBTOR; CORRESPONDENCE TO W. GUBLER | KJB | 0.2 |
| 02-21-06 | REVIEW TRANSCRIPT OF EXAMINATION OF D. MALOOF; CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 02-22-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.5 |
| 02-22-06 | CORRESPONDENCE TO M. LANE | KJB | 0.3 |
| 02-23-06 | REVIEW EMAIL FROM W. GUBLER | KJB | 0.1 |
| 03-06-06 | REVIEW DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO EMPLOY REAL ESTATE AGENT/AUCTIONEER; EMAIL TO W. GUBLER | KJB | 0.3 |
| 03-06-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.3 |
| 03-06-06 | REVIEW DEBTOR'S OBJECTION TO JABURG & WILK'S FEE APPLICATION | KJB | 0.2 |
| 03-06-06 | REVIEW A. MENDELMAN'S MOTION TO WITHDRAW AS COUNSEL; EMAIL TO W. GUBLER | KJB | 0.2 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 12

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 03-08-06 | REVIEW NOTICE OF HEARING | KJB | 0.1 |
| 03-13-06 | REVIEW DEBTOR'S MOTION ASKING COURT IF ITS CONDUCT IS ACCEPTABLE; CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 03-27-06 | REVIEW PENDING HEARING ISSUES IN BANKRUPTCY | KJB | 0.3 |
| 03-27-06 | REVIEW EMAIL FROM WARREN GUBLER AND INFORMATION RE SALE OF LAND | MRK | 0.3 |
| 03-27-06 | CORRESPONDENCE TO M. LANE | MRK | 0.2 |
| 03-30-06 | PREPARE MOTION TO STRIKE MOTION FILED BY D. MALOOF | KJB | 0.4 |
| 03-31-06 | PREPARE RESPONSE TO DEFENDANTS MOTION FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION | KJB | 0.4 |
| 04-06-05 | REVIEW DEBTOR'S MOTION TO COMPEL VALLEY PACIFIC PETROLEUM TO PRODUCE TRUTHFUL INFORMATION | JLB | 0.4 |
| 04-06-06 | EMAIL TO W. GUBLER | KJB | 0.2 |
| 04-10-06 | REVIEW JABURG & WILK'S RESPONSE TO DEBTOR'S OBJECTION TO APPLICATION FOR COMPENSATION | KJB | 0.2 |
| 04-12-06 | REVIEW CORRESPONDENCE FROM W. GUBLER | KJB | 0.2 |
| 04-12-06 | REVIEW DEBTOR'S RESPONSE TO JABURG & WILK'S RESPONSE TO OBJECTION TO FEE APPLICATION | KJB | 0.2 |
| 04-12-06 | PREPARE FOR HEARING | KJB | 0.5 |
| 04-13-06 | ATTEND HEARING BEFORE JUDGE BAUM | KJB | 0.6 |
| 04-13-06 | DICTATE CORRESPONDENCE TO W. GUBLER AND D. ELMER RE STATUS AND STRATEGY | KJB | 0.4 |

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

PAGE 14

RE: RUGN KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 05-10-06 | REVISE RESPONSE TO "MOTION FOR TRUTHFUL INFORMATION" | KJB | 0.1 |
| 05-11-06 | EXCHANGE EMAILS WITH W. GUBLER, ASSEMBLE EXHIBITS FOR RESPONSE TO "MOTION FOR TRUTHFUL INFORMATION" | KJB | 0.2 |
| 05-15-06 | REVIEW AND SIGN RESPONSE TO "MOTION FOR TRUTHFUL INFORMATION" | KJB | 0.2 |
| 05-16-06 | PREPARE RESPONSE TO MOTION TO COMPEL WITH EXHIBITS FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION | JLB | 0.6 |
| 05-22-06 | REVIEW REALIA'S RESPONSE IN SUPPORT OF "MOTION FOR TRUTHFUL INFORMATION", EMAIL TO W. GUBLER | KJB | 0.6 |
| 05-23-06 | PREPARE FOR AND ATTEND HEARING ON "MOTION FOR TRUTHFUL INFORMATION" AND JABURG & WILK FEE APPLICATION; CONFERENCE WITH ATTORNEY L. HIRSCH | KJB | 1.1 |
| 05-23-06 | REVIEW EMAIL FROM M. LANE AND LISTING AGREEMENTS; EMAIL TO W. GUBLER RE: HEARING AND STATUS | KJB | 0.6 |
| 05-25-06 | REVIEW MINUTE ENTRY RE: HEARING ON "MOTION FOR TRUTHFUL INFORMATION" | KJB | 0.1 |
| 05-31-06 | TELEPHONE CONFERENCE WITH W. GUBLER; REVIEW EMAIL FROM W. GUBLER | KJB | 0.3 |
| 06-02-06 | REVIEW CORRESPONDENCE FROM W. GUBLER; DICTATE LETTER TO M. LANE RE: CALIFORNIA | | |

---

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

PAGE 13

RE: RUGN KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 04-17-06 | TELEPHONE CONFERENCE WITH W. GUBLER; REVISE LETTER TO W. GUBLER | KJB | 0.2 |
| 04-18-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.2 |
| 04-18-06 | REVIEW KRAFT AMERICAS PROOF OF CLAIM | KJB | 0.2 |
| 04-18-06 | REVIEW STATEMENT OF CHANGES TO D. MALOOF DEPOSITION, CORRESPONDENCE TO W. GUBLER | KJB | 0.3 |
| 04-18-06 | REVIEW DEBTOR'S REQUEST THAT TRUSTEE FOLLOW OWN RULES | KJB | 0.3 |
| 04-20-06 | REVIEW NOTICE OF HEARING CONCERNING DEBTOR'S MOTION TO COMPEL VALLEY PACIFIC PETROLEUM SERVICES, INC. TO PROVIDE TRUTHFUL INFORMATION, EVIDENCE AND DOCUMENTATION | MRK | 0.1 |
| 04-26-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.1 |
| 05-03-06 | EXCHANGE EMAILS WITH W. GUBLER; EMAIL TO M. LANE, ATTORNEY FOR TRUSTEE | KJB | 0.3 |
| 05-03-06 | PREPARE PROOF OF CLAIM FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT | JLB | 0.3 |
| 05-04-06 | REVIEW DALE MALOOF'S MOTION FOR "TRUTHFUL INFORMATION;" DICTATE DRAFT RESPONSE TO MOTION | KJB | 1.0 |
| 05-05-06 | RESEARCH RE: AUTHORITY FOR REQUIREMENT TO RECOGNIZE VALIDITY OF STATE COURT JUDGMENT IN BANKRUPTCY | KJB | 0.5 |
| 05-05-06 | REVISE RESPONSE TO "MOTION FOR TRUTHFUL INFORMATION" | KJB | 0.3 |
| 05-10-06 | REVISE REPLY TO DEBTOR'S MOTION, EMAIL TO W. GUBLER | KJB | 0.3 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 15

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RYON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| | REAL ESTATE | | |
| 06-05-06 | TELEPHONE CALL WITH W. GUBLER | KJB | 0.6 |
| 06-09-06 | TELEPHONE CALL WITH W. GUBLER | KJB | 0.2 |
| 06-12-06 | REVIEW PROPOSED PURCHASE AGREEMENTS BETWEEN FRENCH CAMP LLC AND TRUSTEE | KJB | 0.3 |
| 06-19-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.3 |
| 06-20-06 | REVIEW EMAIL FROM W. GUBLER | KJB | 0.1 |
| 06-22-06 | TELEPHONE CALL WITH M. LANE | KJB | 0.1 |
| 06-22-06 | EMAIL TO W. GUBLER | KJB | 0.2 |
| 06-23-06 | TELEPHONE CALL WITH W. GUBLER | KJB | 0.2 |
| 06-28-06 | REVIEW MOTION TO SELL OFFICE BUILDING; EMAIL TO W. GUBLER | KJB | 0.2 |
| 06-28-06 | TELEPHONE CALL WITH W. GUBLER | KJB | 0.3 |
| 06-28-06 | DICTATE DRAFT OF LIMITED OBJECTION TO MOTION TO SELL REAL PROPERTY | KJB | 0.1 |
| 06-29-06 | REVIEW FACSIMILE FROM W. GUBLER; REVISE LIMITED OBJECTION TO MOTION TO SELL REAL ESTATE | KJB | 0.5 |
| 06-30-06 | PREPARE LIMITED OBJECTION FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION | JLB | 0.3 |
| 06-30-06 | REVISE LIMITED OBJECTION TO SALE MOTION; EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.5 |
| 07-10-06 | REVIEW CORRESPONDENCE FROM W. GUBLER AND TITLE REPORTS | KJB | 0.3 |
| 07-10-06 | REVIEW AMENDED MOTION TO APPROVE SALE OF OFFICE BUILDING, EMAIL TO W. GUBLER | KJB | 0.3 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 16

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RYON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 07-10-06 | TELEPHONE CALL WITH W. GUBLER | KJB | 0.2 |
| 07-10-06 | REVIEW EMAIL FROM W. GUBLER; TELEPHONE CALL WITH W. GUBLER | KJB | 0.1 |
| 07-13-06 | REVIEW NOTICES OF HEARING RE SALE OF PROPERTY | MRK | 0.1 |
| 07-13-06 | REVIEW MOTION TO SELL LEMOORE PROPERTY AND MOTION TO SELL FRESNO PROPERTY; EMAIL TO W. GUBLER | MRK | 0.1 |
| 07-13-06 | EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.3 |
| 07-13-06 | REVIEW MOTION TO SELL KINGSBURG REAL ESTATE; EMAIL TO W. GUBLER | KJB | 0.2 |
| 07-21-06 | REVIEW EMAIL FROM W. GUBLER; PREPARE EMAIL TO W. GUBLER AND DAN ELMER | KJB | 0.2 |
| 07-26-06 | REVIEW REALIA'S OBJECTION TO ANY SALE OF ITS ASSETS; EMAIL TO W. GUBLER | KJB | 0.3 |
| 07-26-06 | EXCHANGE EMAILS WITH M. LANE; EMAIL TO W. GUBLER | KJB | 0.3 |
| 07-27-06 | TELEPHONE CONFERENCE WITH W. GUBLER, EMAIL TO M. LANE | KJB | 0.3 |
| 07-27-06 | REVIEW TRUSTEE'S RESPONSE TO DALE MALOOF'S OBJECTION TO SALE; EMAIL TO W. GUBLER | KJB | 0.3 |
| 08-02-06 | APPEAR AT HEARING ON SALE OF PROPERTY | KJB | 0.2 |
| 08-02-06 | TELEPHONE CONFERENCE WITH D. ELMER | KJB | 2.0 |
| 08-02-06 | TELEPHONE CONFERENCE WITH ALISA AT W. GUBLER'S OFFICE | KJB | 0.2 |
| 08-03-06 | REVIEW LATEST MOTION OBJECTING TO ANY SALE OF DEBTOR'S ASSETS; EMAIL TO W. GUBLER AND | KJB | 0.1 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 18

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MKK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| | OF LEMOORE PROPERTY | | |
| 08-24-06 | REVIEW ORDER APPROVING SALE OF LEMOORE PROPERTY, CORRESPONDENCE TO W. GUBLER | KJB | 0.2 |
| 08-28-06 | EXCHANGE EMAILS WITH W. GUBLER, EMAIL TO M. LANE | KJB | 0.2 |
| 08-31-06 | REVIEW AMENDED ORDER APPROVING SALE OF KINGSBURG PROPERTY | KJB | 0.1 |
| 09-01-06 | RESEARCH RE: STANDING TO OBJECT TO PROOF OF CLAIM | KJB | 0.3 |
| 09-01-06 | REVIEW NOTICE OF APPEARANCE OF ATTORNEY FOR D. MALOOF; REVIEW OBJECTIONS TO PROOFS OF CLAIM; EMAILS TO W. GUBLER | KJB | 0.3 |
| 09-01-06 | DICTATE DRAFT RESPONSE TO OBJECTION TO PROOF OF CLAIM | KJB | 0.3 |
| 09-05-06 | REVIEW TRUSTEE'S REPORT OF SALE OF 2878 S. ELM, FRESNO, EMAIL TO W. GUBLER | KJB | 0.1 |
| 09-11-06 | CONFERENCE WITH K. J. BLAKLEY TO GET FACTS OF CASE AND ASSIGNMENT | GJG | 0.2 |
| 09-11-06 | REVIEW REPORT OF SALE FOR KINGSBURG PROPERTY | KJB | 0.1 |
| 09-12-06 | REVIEW PLEADINGS IN CASE | GJG | 0.3 |
| 09-12-06 | REVIEW BANKRUPTCY STATUTE AND SECONDARY SOURCES TO DETERMINE WHO CANS OPPOSE CREDITOR CLAIMS | GJG | 0.6 |
| 09-12-06 | SEARCH FOR CASES WHERE CORPORATE OFFICERS TRIED TO OPPOSE CREDITOR CLAIMS | GJG | 0.9 |
| 09-12-06 | RESEARCH WHETHER A BANKRUPTCY COURT CAN OVERTURN A STATE COURT JUDGMENT | GJG | 0.8 |

---

November 21, 2006
INVOICE # 152586 - 1

PAGE 17

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MKK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| | D. ELMER | | |
| 08-03-06 | REVIEW MINUTE ENTRY RE: SALE HEARING; EMAIL TO M. MARTIN, EMAIL TO W. GUBLER AND D. ELMER | KJB | 0.2 |
| 08-04-06 | REVIEW FORM OF SALE ORDER; EXCHANGE EMAILS WITH TRUSTEE'S ATTORNEY | KJB | 0.2 |
| 08-07-06 | REVIEW TRUSTEE'S RESPONSE TO DALE MALOOF'S OBJECTION | KJB | 0.1 |
| 08-07-06 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.1 |
| 08-09-06 | REVIEW MOTIONS TO APPROVE SALES; PREPARE FOR HEARING | KJB | 0.2 |
| 08-10-06 | REVIEW ORDER APPROVING OFFICE BUILDING SALE | KJB | 0.2 |
| 08-10-06 | MEET WITH D. ELMER AND W. GUBLER; ATTEND HEARING RE: SALES AT BANKRUPTCY COURT | KJB | 0.1 |
| 08-11-06 | REVIEW FORMS OF ORDER ON KINGSBURG AND FRESNO PROPERTIES; EXCHANGE EMAILS WITH W. GUBLER | KJB | 1.9 |
| 08-11-06 | REVIEW MINUTE ENTRY RE: SALE HEARING | KJB | 0.4 |
| 08-14-06 | REVIEW CORRESPONDENCE FROM W. GUBLER; DICTATE CORRESPONDENCE TO TRUSTEE | KJB | 0.1 |
| 08-14-06 | REVIEW EMAIL FROM M. MARTIN; EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.4 |
| 08-16-06 | EXCHANGE EMAILS WITH M. MARTIN, TRUSTEE'S ATTORNEY | KJB | 0.2 |
| 08-18-06 | TELEPHONE CONFERENCE WITH W. GUBLER | KJB | 0.1 |
| 08-18-06 | EMAIL TO M. LANE, TRUSTEE'S ATTORNEY | KJB | 0.1 |
| 08-18-06 | REVIEW TRUSTEE'S NOTICE OF CONSENT TO SALE | KJB | 0.1 |

## Left Invoice (PAGE 19)

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

PAGE 19

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 09-12-06 | DRAFT RESPONSE TO THE OPPOSITION BASED ON LACK OF STANDING AND FULL FAITH AND CREDIT | GJG | 1.0 |
| 09-13-06 | REVISE AND EDIT DRAFT RESPONSE SECTIONS BASED ON STANDING AND FULL FAITH AND CREDIT | GJG | 0.4 |
| 09-13-06 | INCORPORATE PORTION ON STANDING AND FULL FAITH AND CREDIT INTO FULL OBJECTION; PROOFREAD AND REVISE | | |
| 09-18-06 | REVISE RESPONSE TO OBJECTION TO PROOF OF CLAIM | GJG | 0.5 |
| 09-19-06 | EXCHANGE E-MAILS WITH W. GUBLER | KJB | 0.2 |
| 09-19-06 | FINALIZE AND SIGN RESPONSE TO OBJECTION TO PROOF OF CLAIM | KJB | 0.1 |
| 09-20-06 | PREPARE RESPONSE TO OBJECTION TO PROOF OF CLAIM WITH EXHIBITS FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION; E-MAIL TO JUDGE TO REQUEST HEARING | KJB | 0.3 |
| 09-21-06 | REVIEW E-MAIL FROM JUDGE BAUM'S OFFICE RE HEARING; DRAFT NOTICE OF HEARING, REVIEW AND REVISE | JLB | 0.5 |
| 09-22-06 | PREPARE NOTICE OF HEARING FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE NOTICE FOR DISTRIBUTION; E-MAIL NOTICE AND RECEIPT TO JUDGE BAUM'S COURT | JLB | 0.8 |
| 09-26-06 | TELEPHONE CALL WITH W. GUBLER; E-MAIL TO D. ELMER | JLB | 0.5 |
| 09-27-06 | EXCHANGE E-MAILS WITH D. ELMER | KJB | 0.2 |
| | | KJB | 0.1 |

## Right Invoice (PAGE 20)

November 21, 2006
INVOICE # 152586 - 1

VALLEY PACIFIC PETROLEUM SERVICES, INC.

PAGE 20

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001-MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| 09-27-06 | REVIEW TRUSTEE'S ATTORNEY'S APPLICATION FOR APPROVAL OF FEES | KJB | 0.1 |
| 09-27-06 | REVIEW TRUSTEE'S MOTION TO APPROVE DISTRIBUTION; REVISE E-MAIL TO D. ELMER | KJB | 0.3 |
| 10-03-06 | REVIEW NOTICE OF APPLICATION TO DISTRIBUTE FUNDS FROM SALES | MRK | 0.3 |
| 10-12-06 | REVIEW TRUSTEE'S REPORT OF SALE; EMAIL TO W. GUBLER AND D. ELMER | KJB | 0.2 |
| 10-18-06 | PREPARE FOR HEARING ON OBJECTION AND PROOF OF CLAIM, REVIEW D. MULOOF'S REPLY IN SUPPORT OF OBJECTION TO PROOF OF CLAIM AND OBJECTION TO TRUSTEE'S PROPOSED DISTRIBUTION; ATTEND HEARING | KJB | 1.5 |
| 10-19-06 | REVIEW NOTICE OF HEARING; EMAIL TO W. GUBLER AND D. ELMER | KJB | 0.1 |
| 10-19-06 | EXCHANGE EMAILS WITH M. MARTIN, TRUSTEE'S ATTORNEY; EXCHANGE EMAILS WITH W. GUBLER | KJB | 0.2 |
| 10-19-06 | DICTATE RESPONSE TO OBJECTION TO DISTRIBUTION | KJB | 0.4 |
| 10-23-06 | REVISE RESPONSE TO OBJECTION TO DISTRIBUTION | KJB | 0.4 |
| 10-25-06 | PREPARE ALL EXHIBITS FOR SCANNING; PREPARE MEMORANDUM IN SUPPORT OF TRUSTEE'S APPLICATION TO MAKE DISTRIBUTION WITH EXHIBITS FOR FILING AND FILE ELECTRONICALLY WITH BANKRUPTCY COURT; PREPARE COPIES FOR DISTRIBUTION | | |
| 10-25-06 | FINALIZE AND SIGN RESPONSE TO OBJECTION TO | JLB | 0.5 |

November 21, 2006
INVOICE # 152586 - 1

PAGE 22

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| TIMEKEEPER | HOURS | RATE/HOUR | AMOUNT |
|---|---|---|---|
| JACKIE L. BENTON | 8.6 | $ 130.00 | $ 1,118.00 |
| GREG J. GNEPPER | 15.3 | $ 195.00 | $ 2,983.50 |
| MICHAEL R. KING | 2.4 | $ 290.00 | $ 696.00 |
| KEVIN J. BLAKLEY | 19.4 | $ 290.00 | $ 5,336.00 |
| MICHAEL R. KING | 3.2 | $ 300.00 | $ 960.00 |
| KEVIN J. BLAKLEY | 55.0 | $ 300.00 | $ 16,500.00 |

---

November 21, 2006
INVOICE # 152586 - 1

PAGE 21

VALLEY PACIFIC PETROLEUM SERVICES, INC.

RE: RUON KRAFT AND REALIA, INC.
I.D. 5535-0001- MRK

| DATE | DESCRIPTION OF SERVICES | ATTY | HOURS |
|---|---|---|---|
| | DISTRIBUTION | | |
| 10-26-06 | PREPARE FOR AND APPEAR AT HEARING ON OBJECTION TO DISTRIBUTION | KJB | 0.3 |
| 10-26-06 | TELEPHONE CONFERENCE WITH W. GUBLER; EXCHANGE EMAILS WITH TRUSTEE'S COUNSEL; EMAIL TO W. GUBLER | KJB | 1.2 |
| 10-30-06 | REVIEW EMAIL FROM W. GUBLER RE ADDITIONAL INTEREST, EMAIL TO TRUSTEE'S ATTORNEY | KJB | 0.3 |
| 10-30-06 | REVIEW SIGNED ORDER; EMAIL TO W. GUBLER AND D. ELMER | KJB | 0.3 |
| | | KJB | 0.2 |

TOTAL FEES    $ 27,563.50

| DATE | DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|---|
| | DEPOSITIONS | 365.20 |
| | FILING FEE | 15.00 |
| | MESSENGER SERVICE | 7.50 |
| | PHOTOCOPY EXPENSE | 255.20 |
| | LONG DISTANCE TELEPHONE | 11.71 |
| | SPECIAL POSTAGE | 6.60 |
| | COMPUTER RESEARCH | 342.54 |
| | FEDERAL COURT ELECTRONIC DOCKET ACCESS | 1.76 |
| | FACSIMILE | 98.00 |

TOTAL DISBURSEMENTS    1,103.51

** Bill sent to Client Address? Y

BILLING ATTORNEY: 3 - MICHAEL R. KING BILLING GROUP: M

VALLEY PACIFIC PETROLEUM SERVICES, INC.
ATTN: CARRIE CROCKETT
188 FRANK WEST CIRCLE
STOCKTON, CA 95206

RE: RUON KRAFT AND REALIA, INC.

B/Comm:

| | | |
|---|---|---|
| Total Billed Fees: | | 27,563.50 |
| Total Billed Costs: | | 1,103.51 |
| Total Collected: | | 24,996.01 |
| Date of Last Bill: | 11-15-06 | 1,782.84 |
| Date of Last Payment: | 10-06-06 | 2,240.60 |
| Combined Advance Deposit Balance: | | 0.00 |
| Trust Funds 1: | | 0.00 |

Bill Form: 26 Date/Desc/Init/Hrs, Costs Comb, Recap
1/Comments:

| | TOTAL DUE | FEES DUE | COSTS DUE | INT DUE | AGING AS OF 11-21-06 00-30 | 31-60 | 61-90 | 90+ |
|---|---|---|---|---|---|---|---|---|
| Work-in-Process as of 11-21-06 | 574.80 | 570.00 | 4.80 | 0.00 | 574.80 | 0.00 | 0.00 | 0.00 |
| Balance Forward as of 11-21-06 | 3,671.00 | 3,555.50 | 115.50 | 0.00 | 1,782.84 | 1,888.16 | 0.00 | 0.00 |

--------FEE RECAP--------

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| 3 - MRK | 0.1 | 300.00 | 30.00 |
| 23 - KJB | 1.8 | 300.00 | 540.00 |
| TOTAL WIP FEES: | 1.9 | | 570.00 |

--------COST RECAP--------

| | | |
|---|---|---|
| 17 | PHOTOCOPY EXPENSE | 4.80 |
| TOTAL WIP COSTS: | | 4.80 |
| TOTAL WIP: | | 574.80 |
| TOTAL OUTSTANDING: | | 4,245.80 |

574.80

BILLING INSTRUCTIONS: Bill Fees _____ Bill Costs _____ Show Bal. Fwd. _____ Apply Adv Dep _____ Draft _____
Special Paragraph _____ Rebill Only _____

| DATE | ATY | DESCRIPTION | ACTV.CODE | H/N | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-06-06 | KJB | REVIEW TRUSTEE'S SECOND APPLICATION FOR AUTHORITY TO MAKE DISTRIBUTION FROM NET PROCEEDS FROM SALE OF PROPERTY; | | | | | |

10:11 AM Nov 21, 2006

GAMMAGE & BURNHAM
Draft for Work-in-Process Through 11-21-06
Matter ID: 5535-0001

Page No.: 2

| DATE | ATY | DESCRIPTION | ACTV.CODE | H/N | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | CORRESPONDENCE TO W. GUBLER | | | 0.4 | 300.00 | 120.00 |
| 11-08-06 | KJB | REVIEW ADVERSARY COMPLAINT FILED BY TRUSTEE AGAINST KRAFT AMERICAS HOLDINGS; EMAIL TO W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-09-06 | KJB | CORRESPONDENCE TO W. GUBLER | | | 0.3 | 300.00 | 90.00 |
| 11-09-06 | KJB | EXCHANGE EMAILS WITH TRUSTEE'S ATTORNEY RE PAYMENT | | | 0.1 | 300.00 | 30.00 |
| 11-10-06 | KJB | TELEPHONE CONFERENCE WITH M. MARTIN RE PAYMENT | | | 0.2 | 300.00 | 60.00 |
| 11-10-06 | KJB | EXCHANGE EMAILS WITH W. GUBLER | | | 0.1 | 300.00 | 30.00 |
| 11-10-06 | KJB | REVIEW PAYMENT; EMAIL TO W. GUBLER AND D. ELMER; REVISE LETTER TO W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-13-06 | KJB | TELEPHONE CONFERENCE WITH W. GUBLER | | | 0.1 | 300.00 | 30.00 |
| 11-13-06 | KJB | TELEPHONE CONFERENCE WITH W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-13-06 | MRK | REVIEW NOTICE OF TRUSTEE'S SECOND APPLICATION FOR AUTHORITY TO MAKE DISTRIBUTION OF NET PROCEEDS FROM SALE OF ESTATE PROPERTY | | | 0.1 | 300.00 | 30.00 |

| DATE | DESCRIPTION | ACTV.CODE | HOLD | AMOUNT |
|---|---|---|---|---|
| 11-10-06 | PHOTOCOPY EXPENSE | | | 4.80 |

10:11 AM Nov 21, 2006

GAMMAGE & BURNHAM
Draft for Work-in-Process Through 11-21-06
MATTER ID: 5535-0001

Page No.: 1

** Bill sent to Client Address? Y

BILLING ATTORNEY: 3 - MICHAEL R. KING BILLING GROUP: M

VALLEY PACIFIC PETROLEUM SERVICES, INC.
ATTN: CARRIE CROCKETT
188 FRANK WEST CIRCLE
STOCKTON, CA 95206

RE: RUON KRAFT AND REALIA, INC.

B/Comm:

| | | |
|---|---|---|
| Total Billed Fees: | | 27,563.50 |
| Total Billed Costs: | | 1,103.51 |
| Total Collected: | | 24,996.01 |
| Date of Last Bill: | 11-15-06 | 1,782.84 |
| Date of Last Payment: | 10-06-06 | 2,240.60 |
| Combined Advance Deposit Balance: | | 0.00 |
| Trust Funds 1: | | 0.00 |

Bill Form: 26 Date/Desc/Init/Hrs, Costs Comb, Recap
1/Comments:

| | TOTAL DUE | FEES DUE | COSTS DUE | INT DUE | AGING AS OF 11-21-06 00-30 | 31-60 | 61-90 | 90+ |
|---|---|---|---|---|---|---|---|---|
| Work-in-Process as of 11-21-06 | 574.80 | 570.00 | 4.80 | 0.00 | 574.80 | 0.00 | 0.00 | |
| Balance Forward as of 11-21-06 | 3,671.00 | 3,555.50 | 115.50 | 0.00 | 1,782.84 | 1,888.16 | 0.00 | 0.00 |

---------FEE RECAP---------

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| 3 - MRK | 0.1 | 300.00 | 30.00 |
| 23 - KJB | 1.8 | 300.00 | 540.00 |

TOTAL WIP FEES: 1.9 570.00

--------COST RECAP--------

17 PHOTOCOPY EXPENSE 4.80

TOTAL WIP COSTS: 4.80

TOTAL WIP: 574.80 574.80

TOTAL OUTSTANDING: 4,245.80

BILLING INSTRUCTIONS: Bill Fees _____ Bill Costs _____ Show Bal. Fwd. _____ Apply Adv Dep _____ Draft _____
Special Paragraph _____ Rebill Only _____

| DATE | ATY | DESCRIPTION | ACTV.CODE | H/N | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-06-06 | KJB | REVIEW TRUSTEE'S SECOND APPLICATION FOR AUTHORITY TO MAKE DISTRIBUTION FROM NET PROCEEDS FROM SALE OF PROPERTY; | | | | | |

10:11 AM Nov 21, 2006

GAMMAGE & BURNHAM
Draft for Work-in-Process Through 11-21-06
Matter ID: 5535-0001

Page No.: 2

| DATE | ATY | DESCRIPTION | ACTV.CODE | H/N | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | CORRESPONDENCE TO W. GUBLER | | | 0.4 | 300.00 | 120.00 |
| 11-08-06 | KJB | REVIEW ADVERSARY COMPLAINT FILED BY TRUSTEE AGAINST KRAFT AMERICAS HOLDINGS; EMAIL TO W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-09-06 | KJB | CORRESPONDENCE TO W. GUBLER | | | 0.3 | 300.00 | 90.00 |
| 11-09-06 | KJB | EXCHANGE EMAILS WITH TRUSTEE'S ATTORNEY RE PAYMENT | | | 0.1 | 300.00 | 30.00 |
| 11-10-06 | KJB | TELEPHONE CONFERENCE WITH M. MARTIN RE PAYMENT | | | 0.2 | 300.00 | 60.00 |
| 11-10-06 | KJB | EXCHANGE EMAILS WITH W. GUBLER | | | 0.1 | 300.00 | 30.00 |
| 11-10-06 | KJB | REVIEW PAYMENT; EMAIL TO W. GUBLER AND D. ELMER; REVISE LETTER TO W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-13-06 | KJB | TELEPHONE CONFERENCE WITH W. GUBLER | | | 0.1 | 300.00 | 30.00 |
| 11-13-06 | KJB | TELEPHONE CONFERENCE WITH W. GUBLER | | | 0.2 | 300.00 | 60.00 |
| 11-13-06 | MRK | REVIEW NOTICE OF TRUSTEE'S SECOND APPLICATION FOR AUTHORITY TO MAKE DISTRIBUTION OF NET PROCEEDS FROM SALE OF ESTATE PROPERTY | | | 0.1 | 300.00 | 30.00 |

| DATE | DESCRIPTION | ACTV.CODE | HOLD | AMOUNT |
|---|---|---|---|---|
| 11-10-06 | PHOTOCOPY EXPENSE | | | 4.80 |