**E<u>xhibit</u> E**

**LR Civ. P. 5.4**



# Rules of Practice and Procedure of the U. S. District Court for the District of Arizona

**Effective December 1, 2020**

**LRCiv 5.4**

**FILING; COPY FOR JUDGE**

A clear, legible copy of a pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned and additional copies for each Judge in three-judge cases. This requirement applies to unrepresented parties and applies to electronic filings made pursuant to Rule 5.5 of the Local Rules of Civil Procedure, except as prescribed by the Court's Administrative Policies and Procedures Manual.