<u>**Exhibit G**</u>

**Arizona-Chevron Litigation Docket**

STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21-cv-00575-DJH

Kraft v. Chevron Corporation et al  
Assigned to: Judge Diane J Humetewa  
Related Cases: 2:19-cv-05181-JJT  
                 2:19-cv-05697-JJT  
                 2:20-cv-01491-DLR  
                 2:20-cv-02004-SPL  
                 2:21-cv-00154-SMB  
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/02/2021  
Jury Demand: None  
Nature of Suit: 470 Other Statutes: Racketeer/Corrupt Organization  
Jurisdiction: Federal Question

**Plaintiff**

**Rune Kraft**      represented by **Rune Kraft**  
108 W 13th St.  
Wilmington, DE 19801  
302-408-1000  
Email: rk@kraft.legal  
PRO SE

V.

**Defendant**

**Chevron Corporation**  
*a Delaware corporation*

**Defendant**

**Valley Pacific Petroleum Services Incorporated**  
*a California corporation*

represented by **Brett T Abbott**  
Gubler & Abbott  
1110 N Chinowth St.  
Visalia, CA 93291  
559-625-9600  
Fax: 559-625-9605  
Email: brett@thecalifornialawyers.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Petroleum Systems Incorporated**  
*a California corporation*

represented by **Brett T Abbott**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**French Camp LLC**  represented by **Brett T Abbott**
*a California limited liability company*    (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Investments**
*a California based business entity*

**Defendant**

**Silvas Oil Company Incorporated**
*a California corporation*

**Defendant**

**Acclaim Credit Technologies**
*a Califronia corporation*

**Defendant**

**Cunningham & Associates Real Estate LLC**
*an Arizona limited liability company*

**Defendant**

**Burr Commercial Properties**
*a California corporation*

**Defendant**

**International Credit Recovery Incorporated**
*a California company*

**Defendant**

**W.R. Grace & Company**
*a Connecticut company*

**Defendant**

**Mitchell Brown General Engineering Incorporated**
*a California company*

**Defendant**

**San Joaquin Sand & Gravel**
*a California company*

**Defendant**

**Kaweah River Rock Company**

*a California business entity*

**Defendant**

**California State Board of Equalization**
*an entity of the State of California*

**Defendant**

**Tulare County Superior Court**
*an entity of the State of California*

**Defendant**

**ORIX Financial Services Incorporated**
*a New York company*

**Defendant**

**James Oliver**
*a California resident*

**Defendant**

**Alroy J Oliver**
*a California resident*

**Defendant**

**Richard D Oliver**
*a California resident*

**Defendant**

**Larry P Oliver**
*a California resident*

**Defendant**

**Eric M Black LLC**
*a California limited liability company*

**Defendant**

**Cemex Incorporated**
*a Louisiana corporation*

**Defendant**

**Lehigh Hanson Incorporated**
*a Delaware corporation*

**Defendant**

**Unknown Parties**
*named as: DOES 1-10 (Inclusive)*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2021 | 1 | COMPLAINT. Filing fee received: $402.00, receipt number PHX227566 filed by Rune Kraft. (Attachments: # 1 Civil Cover Sheet) (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 2 | REQUEST BY NON-PRISONER PRO SE PARTY FOR ELECTRONIC NOTICING filed by Rune Kraft. Pro se parties must promptly notify the Clerks Office, in writing, if there is a change in designated e-mail address or mailing address. (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 3 | MOTION to Allow Electronic Filing by a Party Appearing Without an Attorney by Rune Kraft. (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 4 | Filing fee paid, receipt number PHX227566. This case has been assigned to the Honorable Diane J. Humetewa. All future pleadings or documents should bear the correct case number: CV-21-00575-PHX-DJH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 04/05/2021) |
| 04/05/2021 | 5 | NOTICE TO SELF-REPRESENTED LITIGANT re informational documents attached: (1) Notice to Self-Represented Litigant, (2) Federal Court Self-Service Clinic Flyer, (3) Fed. R. Civ. P. 5.2, and (4) Notice and Request re Electronic Noticing. (REK) (Entered: 04/05/2021) |
| 04/06/2021 | 6 | ORDER granting 3 Motion to Allow Electronic Filing. The party is required to complete the Electronic Case File Registration form to register as a user with the Clerk's Office and to register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order. See Order for details. Signed by Judge Diane J Humetewa on 4/5/2021. (LFIG) (Entered: 04/06/2021) |
| 04/06/2021 | 7 | ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motions to determine whether it can be avoided. ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. See Order for details. Signed by Judge Diane J Humetewa on 4/5/2021. (LFIG) (Entered: 04/06/2021) |
| 04/07/2021 | 8 | ORDER/NOTICE directing the Clerk of Court to terminate any or all Defendant(s) in this matter, without further notice or order from the Court, that have not been served within the time required by Fed. R. Civ. P. 4(m) on July 6, 2021. Signed by Judge Diane J Humetewa on 4/5/2021. (See Order for details.) (LFIG) (Entered: 04/07/2021) |
| 04/30/2021 | 9 | SUMMONS Submitted by Rune Kraft. (Attachments: # 1 Summons Valley Pacific Petroleum Services, Inc., a California corporation, # 2 Summons Valley Pacific Petroleum Systems, Inc., a California corporation, # 3 Summons French Camp, LLC, a California limited liability company, # 4 Summons Valley Pacific Investments, a California based business entity, # 5 Summons Silvas Oil Company, Inc. a California corporation, # 6 Summons Acclaim Credit Technologies, a California corporation, # 7 Summons Cunningham & Associates Real Estate, LLC, an Arizona limited liability company, # 8 |

|  |  |  |
|---|---|---|
|  |  | Summons Burr Commercial Properties, a California corporation, # 9 Summons International Credit Recovery, Inc., a California company, # 10 Summons W.R. Grace & Company, a Connecticut company, # 11 Summons Mitchell Brown General Engineering, Inc., a California company, # 12 Summons San Joaquin Sand & Gravel, a California company, # 13 Summons Kaweah River Rock Company, a California business entity, # 14 Summons California State Board of Equalization, an entity of the State of California, # 15 Summons Tulare County Superior Court, an entity of the State of California, # 16 Summons Orix Financial Services, Inc., a New York company, # 17 Summons James Oliver, # 18 Summons Alroy J. Oliver, # 19 Summons Richard D. Oliver, # 20 Summons Larry P. Oliver, # 21 Summons Eric M. Black, LLC, a California limited liability company, # 22 Summons Cemex, Inc., a Louisiana corporation, # 23 Summons Lehigh Hanson, Inc., a Delaware corporation)(Kraft, Rune) (Entered: 04/30/2021) |
| 05/03/2021 | 10 | Summons Issued as to Acclaim Credit Technologies, Burr Commercial Properties, California State Board of Equalization, Cemex Incorporated, Chevron Corporation, Cunningham & Associates Real Estate LLC, Eric M Black LLC, French Camp LLC, International Credit Recovery Incorporated, Kaweah River Rock Company, Lehigh Hanson Incorporated, Mitchell Brown General Engineering Incorporated, ORIX Financial Services Incorporated, Alroy J Oliver, James Oliver, Larry P Oliver, Richard D Oliver, San Joaquin Sand & Gravel, Silvas Oil Company Incorporated, Tulare County Superior Court, Valley Pacific Investments, Valley Pacific Petroleum Services Incorporated, Valley Pacific Petroleum Systems Incorporated, W.R. Grace & Company. (BAS). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 05/03/2021) |
| 05/12/2021 | 11 | SERVICE EXECUTED filed by Rune Kraft: Rule 4 Waiver of Service of Summons. Waiver sent on 5/5/2021 to Kaweah River Rock Company . (Kraft, Rune) (Entered: 05/12/2021) |
| 05/21/2021 |  | Remark: Pro hac vice motion(s) granted for Brett T Abbott on behalf of Defendants French Camp LLC, Valley Pacific Petroleum Services Incorporated, Valley Pacific Petroleum Systems Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/21/2021) |
| 05/24/2021 | 12 | SERVICE EXECUTED filed by Rune Kraft: Rule 4 Waiver of Service of Summons. Waiver sent on 5/24/2021 to W.R. Grace & Company . (Kraft, Rune) (Entered: 05/24/2021) |
| 05/24/2021 | 13 | ORDER setting a Rule 16 Scheduling Conference for 8/17/2021 at 10:30 AM in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa. Signed by Judge Diane J Humetewa on 5/24/2021. (See Order for details.) (LFIG) (Entered: 05/24/2021) |
| 06/18/2021 | 14 | SERVICE EXECUTED filed by Rune Kraft: Declaration of Service re: Summons; Complaint; Civil Cover Sheet and Order of April 5, 2021 (Doc. 7) upon Chevron Corporation, Orix Financial Services, Inc., Lehigh Hanson, Inc., Cunningham & Associates Real Estate, LLC and Cemex, Inc. on 6/17/2021. |

(Kraft, Rune) (Entered: 06/18/2021)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2021 06:01:02 | | | |
| **PACER Login:** | AkermanFTL:2689431:4681483 | **Client Code:** | 99996-651230 |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-00575-DJH |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |