**EXHIBIT I**

**R. Roman e-mail correspondence and I. Aronson e-mail correspondence regardin extension of time until July 23, 2021**

## Roger Higgins

**From:** ryan.roman@akerman.com
**Sent:** Monday, May 24, 2021 2:13 PM
**To:** Ingrid.Aronson@Kraft.Legal
**Cc:** michael.marsh@akerman.com; justin.balser@akerman.com
**Subject:** RE: District Court of Arizona Litigation - Kraft v. Chevron Co., et al., Case No. 2:21-cv-00575-DJH

Thank you, Ingrid. Have a nice day.

**Ryan Roman**
Partner
Fort Lauderdale: Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 305 982 5543 | T: 954 463 2700 | F: 954 463 2224
Miami: Akerman LLP | 98 Southeast Seventh Street, Suite 1100 | Miami, FL 33131
D: 305 982 5543 | T: 305 374 5600 | F: 305 374 5095
ryan.roman@akerman.com

---

**From:** Ingrid Aronson <Ingrid.Aronson@Kraft.Legal>
**Sent:** Monday, May 24, 2021 5:12 PM
**To:** Roman, Ryan (Ptnr-Ftl) <ryan.roman@akerman.com>
**Cc:** Marsh, Michael (Ptnr-Ftl) <michael.marsh@akerman.com>; Balser, Justin (Ptnr-Den) <justin.balser@akerman.com>
**Subject:** RE: District Court of Arizona Litigation - Kraft v. Chevron Co., et al., Case No. 2:21-cv-00575-DJH

[External to Akerman]

Filed.

---

**From:** Ingrid Aronson <Ingrid.Aronson@Kraft.Legal>
**Sent:** Monday, May 24, 2021 1:53 PM
**To:** 'ryan.roman@akerman.com' <ryan.roman@akerman.com>
**Cc:** 'michael.marsh@akerman.com' <michael.marsh@akerman.com>; 'justin.balser@akerman.com' <justin.balser@akerman.com>
**Subject:** RE: District Court of Arizona Litigation - Kraft v. Chevron Co., et al., Case No. 2:21-cv-00575-DJH

Good afternoon Ryan,

That is acceptable.

Thanks,

Ingrid,

Ingrid Aronson | Legal Assistant




Kraft Legal | United States

1300 Pennsylvania Avenue, NW
Washington, DC 20004
202 921 1000
Ingrid.Aronson@Kraft.Legal
https://Kraft.Legal/

---

**From:** ryan.roman@akerman.com <ryan.roman@akerman.com>
**Sent:** Monday, May 24, 2021 1:40 PM
**To:** Ingrid.Aronson@Kraft.Legal
**Cc:** michael.marsh@akerman.com; justin.balser@akerman.com
**Subject:** District Court of Arizona Litigation - Kraft v. Chevron Co., et al., Case No. 2:21-cv-00575-DJH

Good afternoon Ingrid,

This firm represents W. R. Grace & Co. in the above-referenced litigation. Our client has forwarded us a copy of your correspondence regarding the waiver of service. We have taken the liberty of preparing a waiver of service using the federal form and we would ask for 60 days from today's date for W. R. Grace & Co. to move, answer or otherwise respond to the Complaint. This would put the deadline at July 23, 2021. If this is acceptable, please feel free to file the attached waiver of service. If you have any questions, please do not hesitate to call me.

Thank you,

--Ryan

**Ryan Roman**
Partner
Fort Lauderdale: Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 305 982 5543 | T: 954 463 2700 | F: 954 463 2224
Miami: Akerman LLP | 98 Southeast Seventh Street, Suite 1100 | Miami, FL 33131
D: 305 982 5543 | T: 305 374 5600 | F: 305 374 5095
ryan.roman@akerman.com

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.