# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | BAP Case no. 21-00016 |
| | ) | |
| | ) | C.A. no. 21-460-LPS |
| | ) | |
| | ) | **Related Documents: 33216 33217, and 33241** |
| | ) | |

## THE REORGANIZED DEBTOR'S COUNTER-DESIGNATION OF THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES IN APPEAL CAPTIONED SMOLKER V. W. R. GRACE & CO. (IN RE W. R. GRACE & CO.)

Pursuant to Fed. R. Bankr. P. 8009(a)(3) and Del. Bankr. L. R. 8009-1, the above-captioned Reorganized Debtor (also as the case may be, the "Appellee") hereby submits its counter-designation of items to be included in the record on appeal. This list supplements the list designated in *Appellant Gary Smolker's Designation of Record on Appeal and Statement of Issues on Appeal*, filed on July 8, 2021 [Docket No. 33241].

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 2/03/2014 | 31700 (31 pgs; 2 docs) | *Notice of Satisfaction or Waiver of Conditions to Occurrence of Effective Date of Plan* (related document(s)26368). Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Certificate of Service and Service List) (O'Neill, James) Modified on 2/4/2014 (SJS). (Entered: 02/03/2014) |
| 02/13/2014 | 31732 (4 pgs) | Notice of Effective Date *NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE AND CO., ET AL, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI* |

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

| Filing Date | # | Docket Text |
|---|---|---|
| | | FUTURE CLAIMANTS REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS AS MODIFIED THROUGH DECEMBER 23, 2010 (related document(s)26155, 26289) Filed by W.R. Grace & Co., et al.. (O'Neill, James) (Entered: 02/13/2014) |
| 01/30/2015 | 32497 (98 pgs; 10 docs) | Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County SUP, CT.) (Janavs, J.) (Substantive Objection). Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/4/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/2/2015. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Certificate of Service and Service List) (O'Neill, James) Modified docket text on 2/2/2015 (LMD). (Entered: 01/30/2015) |
| 02/03/2015 | 32501 (11 pgs; 2 docs) | Amended Notice of Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. Gary Smolker, et al., Case No. BC 173952 (Los Angeles County SUP, CT.) (Janavs, J.) (Substantive Objection). (related document(s)32497) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/4/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Certificate of Service and Service List) (O'Neill, James) Modified docket text on 2/4/2015 (LMD). (Entered: 02/03/2015) |
| 02/27/2015 | 32510 (8 pgs) | Response to the Thirty-Seventh Omnibus Objection to Certain Claims filed Regarding Prepetition Litigation Captioned TIG Insurance Company v Gary Smolker, et.al., Case No. BC173952 (Los Angeles County Superior Court), Dated January 30, 2015 ("the 37th Omnibus Objection"). (related document(s)32497) Filed by Gary S. Smolker (LMD) (Entered: 02/27/2015) |
| 03/04/2015 | 32516 (2 pgs) | Hearing Held/Court Sign-In Sheet (related document(s) 32504, 32512) (LMD) (Entered: 03/04/2015) |
| 03/04/2015 | 32522 (7 pgs) | Affidavit of Service for service of [Signed] Thirty-Seventh Omnibus Objection to Certain Claims Filed Regarding Prepetition Litigation Captioned, TIG Insurance Company v. |

| Filing Date | # | Docket Text |
|---|---|---|
| | | *Gary Smolker, et al., Case No. BC 173952 (Los Angeles County Sup. Ct.) (Janavs, J.) (Substantive Objection).* (related document(s)32518) Filed by W.R. Grace & Co., et al.. (O'Neill, James) Modified docket text on 3/6/2015 (LMD). (Entered: 03/04/2015) |
| 08/03/2020 | 33155 (7 pgs; 3 docs) | *Certification of Counsel Regarding Omnibus Hearing Date* Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service and Service List) (O'Neill, James) (Entered: 08/03/2020) |
| 9/02/2020 | 33159 (7 pgs; 2 docs) | *Notice of Rescheduled Hearing / Telephonic Status Conference* Scheduled for September 2, 2020 at 2:00 p.m. Hearing Originally Scheduled for 9/2/20 at 2:00 p.m. has been rescheduled. Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Certificate of Service and Service List) (O'Neill, James) (Entered: 09/02/2020) |
| 09/18/2020 | 33160 (6 pgs; 2 docs) | HEARING CANCELLED. *Notice of Agenda of Matters* not going forward. The following hearing has been cancelled. Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Certificate of Service) (O'Neill, James) (Entered: 09/18/2020) |
| 10/02/2020 | 33163 (2 pgs) | *Scheduling Order* (related document(s)33154) The case judge is Ashely M. Chan. Signed on 10/1/2020. (BJM) Modified on 10/5/2020 to Correct Order "Signed on" Date (LB). (Entered: 10/02/2020) |
| 10/21/2020 | 33164 (7 pgs; 3 docs) | *Certification of Counsel Regarding Omnibus Hearing Date* Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (O'Neill, James) (Entered: 10/21/2020) |
| 12/16/2020 | 33171 (2 pgs) | *Notice of Hearing*. Hearing scheduled 1/8/2021 at 10:00am. Dial in information: 1-877-873-8017. Passcode: 3027681. (related document(s)33170) Filed by The case judge is Ashely M. Chan. (BJM) Modified on 12/16/2020 (BJM). (Entered: 12/16/2020) |
| 12/18/2020 | 33174 (79 pgs) | *BNC Certificate of Mailing*. (related document(s)33172) Notice Date 12/18/2020. (Admin.) (Entered: 12/19/2020) |
| 12/22/2020 | 33175 (2 pgs) | *Amended Scheduling Order* (related document(s)33154, 33163) Order Signed on 12/22/2020. (BA) (Entered: 12/22/2020) |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/22/2020 | 33176 (2 pgs) | *Certificate of Service* Regarding [Signed] *Amended Scheduling Order* (related document(s)33175) Filed by W.R. Grace & Co., et al.. (O'Neill, James) (Entered: 12/22/2020) |
| 01/06/2021 | 33180 (8 pgs; 2 docs) | *Agenda of Matters Scheduled for Telephonic Hearing. Hearing* scheduled for 1/8/2021 at 10:00 a.m. and 12:00 p.m. Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Certificate of Service and Service List) (O'Neill, James) Modified Text on 1/6/2021 (LB). (Entered: 01/06/2021) |
| 01/20/2021 | 33183 (282 pgs; 7 docs) | *Reply in Support of Grace's Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Disallowance of Claim No. 392, Filed By Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed By Home Savings Termite Control, Inc, and Wayne Morris, Respectively* (related document(s)33154, 33157, 33177) Filed by W.R. Grace & Co., et al. (Attachments: # 1 Exhibit A - Supplemental Declaration # 2 Exhibit A-1 Superior Court Reply # 3 Exhibit A-2 Higgins Declaration # 4 Exhibit A-3 Confirmation of Filing # 5 Exhibit B Transcript # 6 Certificate of Service and Service List) (O'Neill, James) (Entered: 01/20/2021) |
| 01/28/2021 | 33189 (8 pgs; 2 docs) | *Agenda of Matters Scheduled for Telephonic Hearing* Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Certificate of Service and Service List) (O'Neill, James) (Entered: 01/28/2021) |
| 02/26/2021 | 33209 (230 pgs; 5 docs) | *Notice of Service // Notice of Items in the Record Showing Causes of Action Remaining as of the Petition Date Against Termite Control and Mr. Morris in the California State Court Litigation* (related document(s)33154, 33157, 33177, 33183, 33185, 33197, 33198) Filed by W.R. Grace & Co., et al.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service and Service List) (O'Neill, James) (Entered: 02/26/2021) |
| 03/04/2021 | 33210 | HEARING CANCELLED- Objections to be sustained and opinion under advisement. (BJM) Modified on 3/4/2021 (BJM). (Entered: 03/04/2021) |
| 03/04/2021 | 33211 (2 pgs) | *Certificate of No Objection /Certification of No Response From Home Savings Termite Control, Inc. and Wayne Morris Regarding Motion for Summary Judgment Pursuant to Fed.R.Bankr.P. 7056 for Disallowance of Claim No. 392,* |

| Filing Date | # | Docket Text |
|---|---|---|
| | | *Filed by Gary S. Smolker, and Related Claims, Nos. 382 and 4070, Filed by Home Savings Termite Control, Inc. and Wayne Morris, Respectively* (related document(s)33154, 33198, 33199) Filed by W.R. Grace & Co., et al.. (O'Neill, James) (Entered: 03/04/2021) |
| 03/11/2021 | 33213 (46 pgs) | *Transcript* regarding Hearing Held 2/1/2021 RE: Motion for Summary Judgment. Remote electronic access to the transcript is restricted until 6/9/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Veritext, at Telephone number (888)406-2250. Notice of Intent to Request Redaction Deadline Due By 3/18/2021. Redaction Request Due By 4/1/2021. Redacted Transcript Submission Due By 4/12/2021. Transcript access will be restricted through 6/9/2021. (BJM) (Entered: 03/11/2021) |
| 03/16/2021 | 33216 (41 pgs) | *Opinion* (related document(s)33154, 33212, 33214) (BJM) (Entered: 03/16/2021) |
| 03/16/2021 | 33217 (1 pg) | *Order Granting Debtor's Motion For Summary Judgment*. (Related Doc # 33154) Order Signed on 3/16/2021. (BJM) (Entered: 03/16/2021) |

**[remainder of this page is intentionally left blank]**

Dated: July 21, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
(312) 666-0431

And

PACHULSKI STANG ZIEHL & JONES LLP

*/a/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
          joneill@pszjlaw.com

Co-Counsel for the Reorganized Debtor