**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON AUGUST 26, 2021 AT 10:00 A.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

> **W. R. Grace & Co. - Case No. 01-1139
> August 26, 2021 at 10:00 a.m. Eastern Time (US and Canada)**
>
> **Toll Free Phone Number: (877) 873-8017**
>
> **Access Code: 3027681#**

**CONTESTED MATTER GOING FORWARD:**

1. Motion for an Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 7/13/21] (Docket No. 33242).

   Response Deadline:  July 27, 2021, at 4:00 p.m.

   Responses Received:

   a. Response to Motion for an Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 7/16/21] (Docket No. 33245).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

Replies Received:

a.  Reply in Support of the Reorganized Debtor's Motion to Enforce the Confirmation Order Against Rune Kraft [Filed: 8/3/21] (Docket No. 33250).

Related Documents:

a.  [Proposed] Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 7/13/21] (Docket No. 33242, Exhibit A).

b.  Declaration of Viktoriya M. Shpigelman in Support of the Reorganized Debtor's Motion for an Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 7/13/21] (Docket No. 33243).

c.  Appendix to Motion for an Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 7/13/21] (Docket No. 33244).

d.  Supplemental Declaration of Justin D. Balser In Further Support of the Reorganized Debtor's Motion for an Order: (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21-CV-00575-DJH (the "Arizona-Chevron Litigation") [Filed: 8/16/21] (Docket No. 33251).

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u>  This matter will go forward.

Dated:  August 24, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors