# **EXHIBIT 1**

STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21-cv-00575-DJH

Kraft v. Chevron Corporation et al
Assigned to: Judge Diane J Humetewa
Related Cases: 2:19-cv-05181-JJT
2:19-cv-05697-JJT
2:20-cv-01491-DLR
2:20-cv-02004-SPL
2:21-cv-00154-SMB
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/02/2021
Jury Demand: None
Nature of Suit: 470 Other Statutes: Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Rune Kraft**                      represented by **Rune Kraft**
108 W 13th St.
Wilmington, DE 19801
302-408-1000
Email: rk@kraft.legal
PRO SE

V.

**Defendant**

**Chevron Corporation**             represented by **Edward F Fernandes**
*a Delaware corporation*            King & Spalding LLP - Austin, TX
500 W 2nd St., Ste. 1800
Austin, TX 78701
512-297-6921
Email: efernandes@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich J Almonte**
King & Spalding LLP - Houston, TX
1100 Louisiana, Ste. 4000
Houston, TX 77002-5213
713-276-7378
Email: ealmonte@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Petroleum Services Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
Gubler & Abbott
1110 N Chinowth St.
Visalia, CA 93291
559-625-9600
Fax: 559-625-9605
Email: brett@thecalifornialawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Petroleum Systems Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**French Camp LLC**
*a California limited liability company*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Investments**
*a California based business entity*
*TERMINATED: 07/07/2021*

**Defendant**

**Silvas Oil Company Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**Acclaim Credit Technologies**
*a Califronia corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**Cunningham & Associates Real Estate LLC**
*an Arizona limited liability company*

**Defendant**

**Burr Commercial Properties**
*a California corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**International Credit Recovery Incorporated**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

| | |
|---|---|
| **W.R. Grace & Company**<br>*a Connecticut company* | represented by **Justin Donald Balser**<br>Akerman LLP - Denver, CO<br>1900 16th St., Ste. 1700<br>Denver, CO 80202<br>303-260-7712<br>Fax: 303-260-7714<br>Email: justin.balser@akerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Mitchell Brown General Engineering Incorporated**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

**San Joaquin Sand & Gravel**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

**Kaweah River Rock Company**
*a California business entity*

**Defendant**

**California State Board of Equalization**
*an entity of the State of California*
*TERMINATED: 07/07/2021*

**Defendant**

**Tulare County Superior Court**
*an entity of the State of California*
*TERMINATED: 07/07/2021*

**Defendant**

| | | |
|---|---|---|
| **ORIX Financial Services Incorporated** *a New York company* | represented by | **Brian Schulman** Ballard Spahr LLP - Phoenix, AZ 1 E Washington St., Ste. 2300 Phoenix, AZ 85004-2555 602-798-5419 Fax: 602-798-5595 Email: SchulmanB@ballardspahr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Mitchell Lee Turbenson** Ballard Spahr LLP - Phoenix, AZ 1 E Washington St., Ste. 2300 Phoenix, AZ 85004-2555 602-798-5400 Email: turbensonm@ballardspahr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**James Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Alroy J Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Richard D Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Larry P Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Eric M Black LLC**
*a California limited liability company*
*TERMINATED: 07/07/2021*

**Defendant**

| | | |
|---|---|---|
| **Cemex Incorporated** *a Louisiana corporation* | represented by | **Cory L Braddock** Snell & Wilmer LLP - Phoenix, AZ 1 Arizona Center |

400 E Van Buren
Phoenix, AZ 85004-2202
602-382-6000
Fax: 602-382-6070
Email: cbraddock@swlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Alexander Anderson**
Jeffer Mangels Butler & Mitchell LLP - Los Angeles, CA
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067
310-203-8080
Fax: 310-203-0567
Email: janderson@jmbm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vince Lee Farhat**
Jeffer Mangels Butler & Mitchell LLP - Los Angeles, CA
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067
310-203-8080
Fax: 310-203-0567
Email: vfarhat@jmbm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lehigh Hanson Incorporated**
*a Delaware corporation*

represented by **Jacob R Sorensen**
Pillsbury Winthrop Shaw Pittman LLP - San Francisco, CA
4 Embarcadero Ctr., 22nd Fl.
San Francisco, CA 94111
415-983-1893
Fax: 415-983-1200
Email: jake.sorensen@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John R Grenfell**
Pillsbury Winthrop Shaw Pittman LLP - San Francisco, CA

4 Embarcadero Ctr., 22nd Fl.
San Francisco, CA 94111
415-983-1488
Fax: 415-983-1200
Email: john.grenfell@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Parties**
named as: DOES 1-10 (Inclusive)
TERMINATED: 07/07/2021

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2021 | 1 | COMPLAINT. Filing fee received: $402.00, receipt number PHX227566 filed by Rune Kraft. (Attachments: # 1 Civil Cover Sheet) (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 2 | REQUEST BY NON-PRISONER PRO SE PARTY FOR ELECTRONIC NOTICING filed by Rune Kraft. Pro se parties must promptly notify the Clerks Office, in writing, if there is a change in designated e-mail address or mailing address. (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 3 | MOTION to Allow Electronic Filing by a Party Appearing Without an Attorney by Rune Kraft. (REK) (Entered: 04/05/2021) |
| 04/02/2021 | 4 | Filing fee paid, receipt number PHX227566. This case has been assigned to the Honorable Diane J. Humetewa. All future pleadings or documents should bear the correct case number: CV-21-00575-PHX-DJH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 04/05/2021) |
| 04/05/2021 | 5 | NOTICE TO SELF-REPRESENTED LITIGANT re informational documents attached: (1) Notice to Self-Represented Litigant, (2) Federal Court Self-Service Clinic Flyer, (3) Fed. R. Civ. P. 5.2, and (4) Notice and Request re Electronic Noticing. (REK) (Entered: 04/05/2021) |
| 04/06/2021 | 6 | ORDER granting 3 Motion to Allow Electronic Filing. The party is required to complete the Electronic Case File Registration form to register as a user with the Clerk's Office and to register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order. See Order for details. Signed by Judge Diane J Humetewa on 4/5/2021. (LFIG) (Entered: 04/06/2021) |
| 04/06/2021 | 7 | ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such motions to determine whether it can be avoided. ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and |

| | | |
|---|---|---|
| | | file a notice of service. See Order for details. Signed by Judge Diane J Humetewa on 4/5/2021. (LFIG) (Entered: 04/06/2021) |
| 04/07/2021 | 8 | ORDER/NOTICE directing the Clerk of Court to terminate any or all Defendant(s) in this matter, without further notice or order from the Court, that have not been served within the time required by Fed. R. Civ. P. 4(m) on July 6, 2021. Signed by Judge Diane J Humetewa on 4/5/2021. (See Order for details.) (LFIG) (Entered: 04/07/2021) |
| 04/30/2021 | 9 | SUMMONS Submitted by Rune Kraft. (Attachments: # 1 Summons Valley Pacific Petroleum Services, Inc., a California corporation, # 2 Summons Valley Pacific Petroleum Systems, Inc., a California corporation, # 3 Summons French Camp, LLC, a California limited liability company, # 4 Summons Valley Pacific Investments, a California based business entity, # 5 Summons Silvas Oil Company, Inc. a California corporation, # 6 Summons Acclaim Credit Technologies, a California corporation, # 7 Summons Cunningham & Associates Real Estate, LLC, an Arizona limited liability company, # 8 Summons Burr Commercial Properties, a California corporation, # 9 Summons International Credit Recovery, Inc., a California company, # 10 Summons W.R. Grace & Company, a Connecticut company, # 11 Summons Mitchell Brown General Engineering, Inc., a California company, # 12 Summons San Joaquin Sand & Gravel, a California company, # 13 Summons Kaweah River Rock Company, a California business entity, # 14 Summons California State Board of Equalization, an entity of the State of California, # 15 Summons Tulare County Superior Court, an entity of the State of California, # 16 Summons Orix Financial Services, Inc., a New York company, # 17 Summons James Oliver, # 18 Summons Alroy J. Oliver, # 19 Summons Richard D. Oliver, # 20 Summons Larry P. Oliver, # 21 Summons Eric M. Black, LLC, a California limited liability company, # 22 Summons Cemex, Inc., a Louisiana corporation, # 23 Summons Lehigh Hanson, Inc., a Delaware corporation)(Kraft, Rune) (Entered: 04/30/2021) |
| 05/03/2021 | 10 | Summons Issued as to Acclaim Credit Technologies, Burr Commercial Properties, California State Board of Equalization, Cemex Incorporated, Chevron Corporation, Cunningham & Associates Real Estate LLC, Eric M Black LLC, French Camp LLC, International Credit Recovery Incorporated, Kaweah River Rock Company, Lehigh Hanson Incorporated, Mitchell Brown General Engineering Incorporated, ORIX Financial Services Incorporated, Alroy J Oliver, James Oliver, Larry P Oliver, Richard D Oliver, San Joaquin Sand & Gravel, Silvas Oil Company Incorporated, Tulare County Superior Court, Valley Pacific Investments, Valley Pacific Petroleum Services Incorporated, Valley Pacific Petroleum Systems Incorporated, W.R. Grace & Company. (BAS). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 05/03/2021) |
| 05/12/2021 | 11 | SERVICE EXECUTED filed by Rune Kraft: Rule 4 Waiver of Service of Summons. Waiver sent on 5/5/2021 to Kaweah River Rock Company . (Kraft, Rune) (Entered: 05/12/2021) |
| 05/21/2021 | | |

| | | |
|---|---|---|
| | | Remark: Pro hac vice motion(s) granted for Brett T Abbott on behalf of Defendants French Camp LLC, Valley Pacific Petroleum Services Incorporated, Valley Pacific Petroleum Systems Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/21/2021) |
| 05/24/2021 | 12 | SERVICE EXECUTED filed by Rune Kraft: Rule 4 Waiver of Service of Summons. Waiver sent on 5/24/2021 to W.R. Grace & Company . (Kraft, Rune) (Entered: 05/24/2021) |
| 05/24/2021 | 13 | ORDER setting a Rule 16 Scheduling Conference for 8/17/2021 at 10:30 AM in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa. Signed by Judge Diane J Humetewa on 5/24/2021. (See Order for details.) (LFIG) (Entered: 05/24/2021) |
| 06/18/2021 | 14 | SERVICE EXECUTED filed by Rune Kraft: Declaration of Service re: Summons; Complaint; Civil Cover Sheet and Order of April 5, 2021 (Doc. 7) upon Chevron Corporation, Orix Financial Services, Inc., Lehigh Hanson, Inc., Cunningham & Associates Real Estate, LLC and Cemex, Inc. on 6/17/2021. (Kraft, Rune) (Entered: 06/18/2021) |
| 07/01/2021 | | Remark: Pro hac vice motion(s) granted for Erich J Almonte, Edward F Fernandes on behalf of Defendant Chevron Corporation. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/01/2021) |
| 07/01/2021 | 15 | MOTION for Extension of Time to Serve Summons and Complaint by Rune Kraft. (Kraft, Rune) (Entered: 07/01/2021) |
| 07/01/2021 | 16 | ORDER: Having not established good cause for the extension, or provided any legal basis to do so, IT IS ORDERED the Motion for Specific Relief Related to Service of Summons and Complaint (Doc. 15 ) is denied. ORDERED by Judge Diane J Humetewa on 7/1/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG) (Entered: 07/01/2021) |
| 07/07/2021 | 17 | MINUTE ORDER: Pursuant to the Court's previous Order (Doc. 8 ), filed on April 7, 2021, the following Defendants are hereby terminated: California State Board of Equalization (an entity of the State of California), Eric M Black LLC (a California limited liability company), French Camp LLC (a California limited liability company), International Credit Recovery Incorporated (a California company), Mitchell Brown General Engineering Incorporated (a California company), Alroy J Oliver (a California resident), James Oliver (a California resident), Larry P Oliver (a California resident), Richard D Oliver (a California resident), San Joaquin Sand & Gravel (a California company), Silvas Oil Company Incorporated (a California corporation), Tulare County Superior Court (an entity of the State of California), Unknown Parties (named as: DOES 1-10 (Inclusive) ), Valley Pacific Investments (a California based business entity), Valley Pacific Petroleum Services Incorporated (a California corporation), Valley Pacific Petroleum Systems Incorporated (a California corporation), Acclaim Credit Technologies (a Califronia corporation) and Burr Commercial Properties (a California corporation). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG) (Entered: 07/07/2021) |

| | | |
|---|---|---|
| 07/07/2021 | 18 | *Document filed in the incorrect case. All docket text associated with the entry has been removed on 7/7/2021 (SCH). (Entered: 07/07/2021) |
| 07/07/2021 | | Remark: Pro hac vice motion(s) granted for Jacob R Sorensen on behalf of Defendant Lehigh Hanson Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/07/2021) |
| 07/07/2021 | | Remark: Pro hac vice motion(s) granted for John R Grenfell on behalf of Defendant Lehigh Hanson Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/07/2021) |
| 07/07/2021 | | Remark: Pro hac vice motion(s) granted for Vince Lee Farhat on behalf of Defendant Cemex Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/07/2021) |
| 07/08/2021 | 19 | MOTION to Dismiss Case by Chevron Corporation. (Attachments: # 1 Exhibit Index, # 2 Exhibit A, # 3 Exhibit B)(Fernandes, Edward) (Entered: 07/08/2021) |
| 07/08/2021 | 20 | Corporate Disclosure Statement by Chevron Corporation. (Fernandes, Edward) (Entered: 07/08/2021) |
| 07/08/2021 | 21 | MOTION for Reconsideration re: 17 Minute Order, 16 Order on Motion for Extension of Time by Rune Kraft. (Kraft, Rune) *Modified linkage on 7/9/2021 (DXD). (Entered: 07/08/2021) |
| 07/08/2021 | 22 | Corporate Disclosure Statement by Lehigh Hanson Incorporated. (Sorensen, Jacob) (Entered: 07/08/2021) |
| 07/08/2021 | 23 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss for Failure to State a Claim by ORIX Financial Services Incorporated. (Turbenson, Mitchell) (Entered: 07/08/2021) |
| 07/08/2021 | 24 | MOTION to Substitute Party: substituting Chevron U.S.A. Inc., a Pennsylvania corporation, in place of Chevron Corporation, a Delaware corporation, by Rune Kraft. (Kraft, Rune) (Entered: 07/08/2021) |
| 07/08/2021 | 25 | Corporate Disclosure Statement by ORIX Financial Services Incorporated identifying Corporate Parent ORIX Corporation, Other Affiliate ORIX Corporation USA for ORIX Financial Services Incorporated. (Turbenson, Mitchell) (Entered: 07/08/2021) |
| 07/08/2021 | 26 | *MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss for Failure to State a Claim *(Fed. R. Civ. P. 12(B)(2), (3), (6)); Memorandum in Support Thereof; Declaration of Jacob R. Sorensen* by Lehigh Hanson Incorporated. (Sorensen, Jacob). *Modified to add motion part on 7/9/2021 (DXD). (Entered: 07/08/2021) |
| 07/08/2021 | 27 | Corporate Disclosure Statement by Cemex Incorporated. (Farhat, Vince) (Entered: 07/08/2021) |
| 07/08/2021 | 28 | *DECLARATION in Support re: 26 Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss for Failure to State a Claim by Lehigh Hanson Incorporated. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6 (Part 1), # 7 Exhibit Exhibit 6 (Part 2), # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 |

| | | |
|---|---|---|
| | | Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11)(Sorensen, Jacob) *Modified to correct event/ linkage on 7/9/2021 (DXD). (Entered: 07/08/2021) |
| 07/08/2021 | 29 | MOTION to Dismiss for Failure to State a Claim by Cemex Incorporated. (Farhat, Vince) (Entered: 07/08/2021) |
| 07/08/2021 | 30 | REQUEST re: JUDICIAL NOTICE by Defendant Cemex Incorporated. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Farhat, Vince) (Entered: 07/08/2021) |
| 07/09/2021 | 31 | *MOTION *for Specific Relief: Issuance of Subpoena and Adding Parties* re: 29 MOTION to Dismiss for Failure to State a Claim , 23 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 19 MOTION to Dismiss Case , 26 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss for Failure to State a Claim, , 30 Request by Rune Kraft. (Attachments: # 1 Exhibit Inland Matter Subpoena, # 2 Exhibit to Inland Matter Subpoena)(Kraft, Rune) *Modified to correct reference to related document on 7/12/2021 (MFR). (Entered: 07/09/2021) |
| 07/12/2021 | 32 | *SUPPLEMENT re: 21 MOTION for Reconsideration re: 17 Minute Order, 16 Order on Motion for Extension of Time, 31 Motion for Specific Relief: Issuance of Subpoena and Adding Parties re: 29 MOTION to Dismiss for Failure to State a Claim , 23 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 19 MOTION to Dismiss Case , 26 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss for Failure to State a Claim, , 30 Request by Rune Kraft. (Kraft, Rune) *Modified to correct event type and to correct reference to related documents on 7/14/2021 (MFR). (Entered: 07/12/2021) |
| 07/13/2021 | 33 | MOTION to Withdraw 24 MOTION to Substitute Party: substituting Chevron U.S.A. Inc., a Pennsylvania corporation, in place of Chevron Corporation, a Delaware corporation, by Rune Kraft. (Kraft, Rune) (Entered: 07/13/2021) |
| 07/13/2021 | 34 | MOTION for Adding Party - Chevron U.S.A. Inc., a Pennsylvania corporation by Rune Kraft. (Kraft, Rune) (Entered: 07/13/2021) |
| 07/13/2021 | | Remark: Pro hac vice motion(s) granted for Justin Alexander Anderson on behalf of Defendant Cemex Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/13/2021) |
| 07/13/2021 | 35 | ORDER: As Plaintiff has not established any of the factors for reconsideration in LRCiv 7.2(g), IT IS ORDERED the Motion (Doc. 21 ) is denied. ORDERED by Judge Diane J Humetewa on 7/13/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG) (Entered: 07/13/2021) |
| 07/14/2021 | 36 | *NOTICE of Limited Appearance by Justin Donald Balser on behalf of W.R. Grace & Company. (Balser, Justin) *Modified to clarify docket text on 7/15/2021 (MFR). (Entered: 07/14/2021) |
| | | |

| | | |
|---|---|---|
| 07/14/2021 | 37 | Corporate Disclosure Statement by W.R. Grace & Company. (Balser, Justin) (Entered: 07/14/2021) |
| 07/14/2021 | 38 | NOTICE re: of Filing by W.R. Grace & Company *of Documents Filed in Bankruptcy Action*. (Attachments: # 1 Exhibit Notice of Motion for Order; Motion; Proposed Order, # 2 Exhibit Declaration Of Viktoriya M. Shpigelman in Support Motion for Order, # 3 Exhibit Appendix to Motion for Order)(Balser, Justin) (Entered: 07/14/2021) |
| 07/14/2021 | 39 | MOTION for Adding Parties (Nathan Crum and Grant Crum) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 40 | MOTION for Adding Party (Mitchell F. Brown) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 41 | MOTION for Adding Party (Eric M. Black) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 42 | MOTION for Adding Party (John R. Silvas) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 43 | MOTION for Adding Party (Bruce Tschannen) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 44 | MOTION for Adding Party (Kenneth W. Talley) by Rune Kraft. (Kraft, Rune) (Entered: 07/14/2021) |
| 07/14/2021 | 45 | NOTICE of Errata re: 36 Notice of Appearance/Association of Counsel, 37 Corporate Disclosure Statement by Defendant W.R. Grace & Company.. (Balser, Justin) (Entered: 07/14/2021) |
| 07/14/2021 | 46 | *RESPONSE *to Defendant W.R. Grace & Co.'s Notice of Filing (Doc. 38 )* by Plaintiff Rune Kraft. (Kraft, Rune) *Modified to correct link to related document on 7/15/2021 (MFR). (Entered: 07/14/2021) |
| 07/15/2021 | 47 | *RESPONSE re: 38 Notice re: of Filing *to Defendant W.R. Grace & Co.'s Notice of Filing (Doc. 38). THE FILING AT THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE* by Plaintiff Rune Kraft. (Kraft, Rune) *Modified to correct reference to related document on 7/16/2021 (MFR). (Entered: 07/15/2021) |
| 07/27/2021 | 48 | MOTION to Stay *(Unopposed)* by Cemex Incorporated, Chevron Corporation, Lehigh Hanson Incorporated, ORIX Financial Services Incorporated. (Attachments: # 1 Exhibit Email w/counsel re Motion to Stay Discovery, # 2 Text of Proposed Order)(Turbenson, Mitchell) (Entered: 07/27/2021) |
| 07/27/2021 | 49 | RESPONSE to Motion re: 34 MOTION for Adding Party - Chevron U.S.A. Inc., a Pennsylvania corporation filed by Chevron Corporation. (Attachments: # 1 Exhibit Index, # 2 Exhibit A, # 3 Text of Proposed Order)(Fernandes, Edward) (Entered: 07/27/2021) |
| 07/28/2021 | 50 | REPLY to Response to Motion re: 34 MOTION for Adding Party - Chevron U.S.A. Inc., a Pennsylvania corporation filed by Rune Kraft. (Kraft, Rune) (Entered: 07/28/2021) |
| | | |

| 07/28/2021 | 51 | *OBJECTION re: getting the correct parties before the court, as soon as possible by Rune Kraft. (Kraft, Rune) *Modified the docket text to remove additional text/links not addressed within the document on 7/29/2021 (MHW). (Entered: 07/28/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/04/2021 06:09:09 | | | |
| PACER Login: | AkermanFTL:2689431:4681483 | Client Code: | 70965-337493 |
| Description: | Docket Report | Search Criteria: | 2:21-cv-00575-DJH |
| Billable Pages: | 8 | Cost: | 0.80 |