# **<u>EXHIBIT 2</u>**

**Patricia Cuniff**

| | |
|---|---|
| **From:** | rk@kraft.legal |
| **Sent:** | Wednesday, July 14, 2021 5:36 PM |
| **To:** | justin.balser@akerman.com |
| **Cc:** | Viktoriya.Shpigelman@grace.com; ryan.roman@akerman.com |
| **Subject:** | Happy to extend the time for you to file anything |

 [External to Akerman]

Justin,

I am happy to extend the time for you to file anything at this court until we get the issues related to your Chapter 11 proceeding in Delaware resolved.

Please let me know if you have any questions.

Thanks,

Rune


Rune Kraft

**KRAFT**

Kraft Legal | United States
108 West 13th Street
Wilmington, Delaware 19801
302 408 1000
rk@kraft.legal
https://kraft.legal/