1   UNITED STATES BANKRUPTCY COURT

2   FOR THE DISTRICT OF DELAWARE

3   Case No. 01-01139-amc

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5   In re:

6

7   W.R. GRACE & CO., ET AL,

8

9          Reorganized Debtors.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12                  United States Bankruptcy Court

13                  For the Eastern District of Pennsylvania

14                  900 Market Street, Suite 204

15                  Philadelphia, PA 19107

16

17                  August 26, 2021

18                  10:00 AM

19

20

21   B E F O R E :

22   HON. ASHELY M. CHAN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   UNKNOWN

1    HEARING RE Motion for an Order: (I) Enforcing Against Rune

2    Kraft The Plan And Confirmation Claim Preclusion Bars To

3    Post-Bar Date Assertion Of Administration Expense Claims;

4    And (Ii) Compelling Rune Kraft To Dismiss With Prejudice His

5    Complaint Against The Reorganized Debtor In The Matter

6    Captioned Kraft Vs. Chevron Corp. Et Al., Case No. 2:21-Cv-

7    00575-Djh ("The Arizona Chevron Litigation") Filed By W.E.

8    Grace & Co., Et Al. By James O'Neill.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1  A P P E A R A N C E S :

2

3  PACHULSKI, STANG, ZIEHL & JONES, LLP

4       Attorneys for the Reorganized Debtors

5       919 North Market Street, 17th floor

6       P.O. Box 8705

7       Wilmington, DE 19899-8705

8

9  BY:  JAMES E. O'NEILL (TELEPHONICALLY)

10

11  THE LAW OFFICES OF ROGER HIGGINS, LLC

12       Attorneys for the Reorganized Debtors

13       516 North Ogden Avenue, Suite 136

14       Chicago, IL 60642

15

16  BY:  ROGER J. HIGGINS (TELEPHONICALLY)

17

18  KRAFT LEGAL

19       Attorneys for Rune Kraft

20       108 West 13th Street

21       Wilmington, DE 19801

22

23  BY:  RUNE KRAFT

24

25

1              P R O C E E D I N G S

2              CLERK:  Yes, 10:00.  This is Judge Chan's list for

3      August the 26th.  The one matter is W.R. Grace and Company,

4      motion for order enforcing against Rune Kraft and compelling

5      Rune Kraft to dismiss with prejudice his complaint.  Could

6      counsel and parties make their appearance, please?

7              MR. O'NEILL:  Good morning.  This is James O'Neill

8      of Pachulski, Stang, Ziehl, and Grace, co-counsel --

9      Pachulski, Stang, Ziehl, and Jones, co-counsel for Grace and

10     I appear also today with my co-counsel Roger Higgins.  I

11     also wanted the Court to know that we have our declarants on

12     the phone, Justin Balser from the Akerman firm and also

13     Viktoriya Shpigelman from Grace.  Also joining today from

14     the Akerman firm is Ryan Roman.

15             CLERK:  Okay --

16             MR. O'NEILL:  And those are the appearances for

17     W.R. Grace.

18             THE COURT:  Great.  Thanks.  And do we have the

19     creditor here, Joan (indiscernible)?

20             CLERK:  Yes.  Mr. Kraft, can you identify yourself

21     for the record, please?

22             MR. KRAFT:  Yes.  My name is Rune Kraft, spelled

23     R-U-N-E, K-R-A-F-T.  However, I'm not a creditor in this

24     action.

25             THE COURT:  Okay.

1            MR. KRAFT:  But --

2            THE COURT:  All right.  Okay.  Well, I wanted to

3      let all of the parties know that we have read everything

4      that's been filed by Mr. Kraft as well as W.R. Grace and I'd

5      like to first ask Mr. Kraft, did you have anything to add to

6      the pleadings that you've already filed?  I've read

7      everything, so I don't need to hear anything you've already

8      said, but is there anything else that I need to know?

9            MR. KRAFT:  Yes.  If you allow me a few minutes,

10     please.

11           THE COURT:  Okay, go ahead.

12           MR. KRAFT:  So based on Article III of the

13     Constitution, this Court does not have the constitutional

14     authority to meddle with my (sound drops) with W.R. Grace

15     and Company.  I do not consent to the (sound drops) of this

16     Court and I do not consent to the (sound drops) of this

17     Court.

18           W.R. Grace and Company has come before this court

19     and has asked it to (sound drops) final judgment in the

20     claims that I have made against this (sound drops) in Case

21     No. CV-21-00575-PHX (sound drops) at the Article III court,

22     United States District Court for District of Arizona.

23           I have never submitted a proof of claim in this

24     action.  I have never been a creditor in this action.  I

25     have never taken part in any of the activities that have

1    taken place at this Article I court.  I have brought action

2    against W.R. Grace and Company based on making false

3    representations in rewriting and committing actual fraud for

4    the purpose of obtaining money and property at an Article

5    III (indiscernible).

6              W.R. Grace and Company's instant use of this

7    Article I (indiscernible) were comprehensively addressed by

8    the Supreme Court in Northern Pipeline v. Marathon Pipe

9    Line, 458 U.S. 50 (1982) and Stern v. Marshall, 564 U.S. 462

10   (2011) with the Supreme Court concluding, "A bankruptcy

11   judge may issue a final judgment in a proceeding only if the

12   matter both meets Congress' definition of a core proceeding

13   and arises under or arises in Title XI".  And it went on to

14   say, " Although we conclude that § 157(b)(2)(C) permits the

15   Bankruptcy Court to enter final judgment, Article III of the

16   Constitution does not."  That's my first point.

17             My second point is (sound drops) has anticipated

18   the conduct of W.R. Grace and Company and (sound drops)

19   found in 11 U.S.C. Section 523(a)(2) and (4).  This Court

20   cannot enforce (sound drops) against (sound drops).

21             And my third point, and this is my final point,

22   W.R. Grace and Company wants to challenge my standing to use

23   the Article III court, makes W.R. Grace and Company liable

24   for having to pay damages.  Such challenges must be brought

25   before the Article III court, not this Article I court.

1   This is a (sound drops) District Court (sound drops) U.S.C.

2   (sound drops) statute and the California (sound drops)

3   Section (sound drops) for the California (sound drops) code

4   and (sound drops) for the California Business and (sound

5   drops).

6          That is my statement to the Court.  I appreciate

7   your time.

8          THE COURT:  Okay.  Thank you, Mr. Kraft.  Mr.

9   O'Neill, I do not need you to respond to that.  Is there

10  anything that you needed to add that was not already in your

11  papers?

12         MR. O'NEILL:  Your Honor, two points.

13         THE COURT:  Yes, go ahead.

14         MR. O'NEILL:  I just wanted to make sure that the

15  Court took into consideration the declarations that we have

16  filed for --

17         THE COURT:  Yesh.

18         MR. O'NEILL:  -- Shpigelman and the two

19  declarations for Mr. Balser.  We filed a -- one last night

20  because we --

21         THE COURT:  We sat that.

22         MR. O'NEILL:  -- figured out that we had --

23         THE COURT:  Yep.

24         MR. O'NEILL:  -- omitted some exhibits, so I

25  apologize for that oversight.

1          THE COURT:  No worries.  No worries at all.

2          MR. O'NEILL:  So just wanted to make sure that the

3    Court was aware of those declarations, and in particular,

4    Exhibit D to the Shpigelman declaration which is the 2006

5    distribution order and Exhibit F to the Shpigelman

6    declaration which is the underlying complaint in the Arizona

7    action.  Those are the points that I wanted to bring to the

8    Court's attention and I will yield for a moment to my co-

9    counsel, Mr. Higgins --

10          THE COURT:  Sure.

11          MR. O'NEILL: -- to the extent that he has anything

12   else he would like to add.

13          THE COURT:  Okay.

14          MR. HIGGINS:  Good morning, Your Honor.  Roger

15   Higgins for W.R. Grace and Company.  I really, at this

16   point, have nothing to add.  I'm not going to respond to Mr.

17   Kraft's statement, as none of this was brought up in his

18   briefings.

19          THE COURT:  Okay.  All right, well, thank you all

20   for participating today.  An order will be out shortly and I

21   appreciate everyone's time and work in making all those

22   pleadings, so thank you very much.  The hearing is

23   concluded.

24          MR. O'NEILL:  Thank you, Your Honor.

25          MR. HIGGINS:  Thank you, Your Honor.

1                    THE COURT:    Thank you.

2                    (Whereupon these proceedings were concluded at

3        10:09 AM)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 10

1       C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5   Sonya Ledanski      Digitally signed by Sonya Ledanski
                        Hyde
6   Hyde                DN: cn=Sonya Ledanski Hyde, o, ou,
                        email=digital@veritext.com, c=US
7                       Date: 2021.08.30 16:18:03 -04'00'

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  August 30, 2021

**[& - date]**                                                          Page 1

| & | |
|---|---|
| **&** | 1:7 2:8 3:3 |

**0**

**00575** 2:7
**01-01139** 1:3

**1**

**108** 3:20
**10:00** 1:18 4:2
**10:09** 9:3
**11** 6:19
**11501** 10:23
**136** 3:13
**13th** 3:20
**157** 6:14
**17th** 3:5
**19107** 1:15
**19801** 3:21
**1982** 6:9
**19899-8705** 3:7

**2**

**2** 6:14,19
**2006** 8:4
**2011** 6:10
**2021** 1:17 10:25
**204** 1:14
**21-00575** 5:21
**26** 1:17
**26th** 4:3
**2:21** 2:6

**3**

**30** 10:25
**300** 10:22
**330** 10:21

**4**

**4** 6:19
**458** 6:9
**462** 6:9

**5**

**50** 6:9

**516** 3:13
**523** 6:19
**564** 6:9

**6**

**60642** 3:14

**8**

**8705** 3:6

**9**

**900** 1:14
**919** 3:5

**a**

**accurate** 10:4
**action** 4:24 5:24
  5:24 6:1 8:7
**activities** 5:25
**actual** 6:3
**add** 5:5 7:10 8:12
  8:16
**addressed** 6:7
**administration**
  2:3
**ahead** 5:11 7:13
**akerman** 4:12,14
**al** 1:7 2:6,8
**allow** 5:9
**amc** 1:3
**anticipated** 6:17
**apologize** 7:25
**appear** 4:10
**appearance** 4:6
**appearances** 4:16
**appreciate** 7:6
  8:21
**arises** 6:13,13
**arizona** 2:7 5:22
  8:6
**article** 5:12,21 6:1
  6:4,7,15,23,25,25
**ashely** 1:22
**asked** 5:19
**assertion** 2:3

**attention** 8:8
**attorneys** 3:4,12
  3:19
**august** 1:17 4:3
  10:25
**authority** 5:14
**avenue** 3:13
**aware** 8:3

**b**

**b** 1:21 6:14
**balser** 4:12 7:19
**bankruptcy** 1:1
  1:12,23 6:10,15
**bar** 2:3
**bars** 2:2
**based** 5:12 6:2
**box** 3:6
**briefings** 8:18
**bring** 8:7
**brought** 6:1,24
  8:17
**business** 7:4

**c**

**c** 3:1 4:1 6:14 10:1
  10:1
**california** 7:2,3,4
**captioned** 2:6
**case** 1:3 2:6 5:20
**certified** 10:3
**challenge** 6:22
**challenges** 6:24
**chan** 1:22
**chan's** 4:2
**chevron** 2:6,7
**chicago** 3:14
**claim** 2:2 5:23
**claims** 2:3 5:20
**clerk** 4:2,15,20
**code** 7:3
**come** 5:18
**committing** 6:3
**company** 4:3 5:15
  5:18 6:2,18,22,23

8:15
**company's** 6:6
**compelling** 2:4
  4:4
**complaint** 2:5 4:5
  8:6
**comprehensively**
  6:7
**conclude** 6:14
**concluded** 8:23
  9:2
**concluding** 6:10
**conduct** 6:18
**confirmation** 2:2
**congress'** 6:12
**consent** 5:15,16
**consideration**
  7:15
**constitution** 5:13
  6:16
**constitutional**
  5:13
**core** 6:12
**corp** 2:6
**counsel** 4:6,8,9,10
  8:9
**country** 10:21
**court** 1:1,12 4:11
  4:18,25 5:2,11,13
  5:16,17,18,21,22
  6:1,8,10,15,19,23
  6:25,25 7:1,6,8,13
  7:15,17,21,23 8:1
  8:3,10,13,19 9:1
**court's** 8:8
**creditor** 4:19,23
  5:24
**cv** 2:6 5:21

**d**

**d** 4:1 8:4
**damages** 6:24
**date** 2:3 10:25

**de**  3:7,21
**debtor**  2:5
**debtors**  1:9 3:4,12
**declarants**  4:11
**declaration**  8:4,6
**declarations**  7:15
   7:19 8:3
**definition**  6:12
**delaware**  1:2
**dismiss**  2:4 4:5
**distribution**  8:5
**district**  1:2,13
   5:22,22 7:1
**djh**  2:7
**drops**  5:14,15,16
   5:19,20,21 6:17
   6:18,20,20 7:1,1,2
   7:2,3,3,4,5

**e**

**e**  1:21,21 3:1,1,9
   4:1,1,23 10:1
**eastern**  1:13
**ecro**  1:25
**enforce**  6:20
**enforcing**  2:1 4:4
**enter**  6:15
**et**  1:7 2:6,8
**everyone's**  8:21
**exhibit**  8:4,5
**exhibits**  7:24
**expense**  2:3
**extent**  8:11

**f**

**f**  1:21 4:23 8:5
   10:1
**false**  6:2
**figured**  7:22
**filed**  2:7 5:4,6
   7:16,19
**final**  5:19 6:11,15
   6:21
**firm**  4:12,14

**first**  5:5 6:16
**floor**  3:5
**foregoing**  10:3
**found**  6:19
**fraud**  6:3

**g**

**g**  4:1
**go**  5:11 7:13
**going**  8:16
**good**  4:7 8:14
**grace**  1:7 2:8 4:3
   4:8,9,13,17 5:4,14
   5:18 6:2,6,18,22
   6:23 8:15
**great**  4:18

**h**

**hear**  5:7
**hearing**  2:1 8:22
**higgins**  3:11,16
   4:10 8:9,14,15,25
**hon**  1:22
**honor**  7:12 8:14
   8:24,25
**hyde**  2:25 10:3,8

**i**

**identify**  4:20
**ii**  2:4
**iii**  5:12,21 6:5,15
   6:23,25
**il**  3:14
**indiscernible**  4:19
   6:5,7
**instant**  6:6
**issue**  6:11

**j**

**j**  3:16
**james**  2:8 3:9 4:7
**joan**  4:19
**joining**  4:13
**jones**  3:3 4:9
**judge**  1:23 4:2
   6:11

**judgment**  5:19
   6:11,15
**justin**  4:12

**k**

**k**  4:23
**know**  4:11 5:3,8
**kraft**  2:2,4,6 3:18
   3:19,23 4:4,5,20
   4:22,22 5:1,4,5,9
   5:12 7:8
**kraft's**  8:17

**l**

**law**  3:11
**ledanski**  2:25 10:3
   10:8
**legal**  3:18 10:20
**liable**  6:23
**line**  6:9
**list**  4:2
**litigation**  2:7
**llc**  3:11
**llp**  3:3

**m**

**m**  1:22
**making**  6:2 8:21
**marathon**  6:8
**market**  1:14 3:5
**marshall**  6:9
**matter**  2:5 4:3
   6:12
**meddle**  5:14
**meets**  6:12
**mineola**  10:23
**minutes**  5:9
**moment**  8:8
**money**  6:4
**morning**  4:7 8:14
**motion**  2:1 4:4

**n**

**n**  3:1 4:1,23 10:1
**name**  4:22

**need**  5:7,8 7:9
**needed**  7:10
**never**  5:23,24,25
**night**  7:19
**north**  3:5,13
**northern**  6:8
**ny**  10:23

**o**

**o**  1:21 4:1 10:1
**o'neill**  4:7,7,16
   7:9,12,14,18,22
   7:24 8:2,11,24
**obtaining**  6:4
**offices**  3:11
**ogden**  3:13
**okay**  4:15,25 5:2
   5:11 7:8 8:13,19
**old**  10:21
**omitted**  7:24
**order**  2:1 4:4 8:5
   8:20
**oversight**  7:25
**o'neill**  2:8 3:9

**p**

**p**  3:1,1 4:1
**p.o.**  3:6
**pa**  1:15
**pachulski**  3:3 4:8
   4:9
**papers**  7:11
**part**  5:25
**participating**  8:20
**particular**  8:3
**parties**  4:6 5:3
**pay**  6:24
**pennsylvania**
   1:13
**permits**  6:14
**philadelphia**  1:15
**phone**  4:12
**phx**  5:21
**pipe**  6:8

**pipeline** 6:8
**place** 6:1
**plan** 2:2
**pleadings** 5:6 8:22
**please** 4:6,21 5:10
**point** 6:16,17,21
  6:21 8:16
**points** 7:12 8:7
**post** 2:3
**preclusion** 2:2
**prejudice** 2:4 4:5
**proceeding** 6:11
  6:12
**proceedings** 9:2
  10:4
**proof** 5:23
**property** 6:4
**purpose** 6:4

**r**

**r** 1:21 3:1 4:1,23
  4:23 10:1
**read** 5:3,6
**really** 8:15
**record** 4:21 10:4
**reorganized** 1:9
  2:5 3:4,12
**representations**
  6:3
**respond** 7:9 8:16
**rewriting** 6:3
**right** 5:2 8:19
**road** 10:21
**roger** 3:11,16
  4:10 8:14
**roman** 4:14
**rune** 2:1,4 3:19,23
  4:4,5,22
**ryan** 4:14

**s**

**s** 3:1 4:1
**sat** 7:21
**second** 6:17

**section** 6:19 7:3
**shortly** 8:20
**shpigelman** 4:13
  7:18 8:4,5
**solutions** 10:20
**sonya** 2:25 10:3,8
**sound** 5:14,15,16
  5:19,20,21 6:17
  6:18,20,20 7:1,1,2
  7:2,3,3,4,4
**spelled** 4:22
**standing** 6:22
**stang** 3:3 4:8,9
**statement** 7:6
  8:17
**states** 1:1,12 5:22
**statute** 7:2
**stern** 6:9
**street** 1:14 3:5,20
**submitted** 5:23
**suite** 1:14 3:13
  10:22
**supreme** 6:8,10
**sure** 7:14 8:2,10

**t**

**t** 4:23 10:1,1
**taken** 5:25 6:1
**telephonically** 3:9
  3:16
**thank** 7:8 8:19,22
  8:24,25 9:1
**thanks** 4:18
**third** 6:21
**time** 7:7 8:21
**title** 6:13
**today** 4:10,13
  8:20
**transcribed** 2:25
**transcript** 10:4
**true** 10:4
**two** 7:12,18

**u**

**u** 4:23
**u.s.** 1:23 6:9,9
**u.s.c.** 6:19 7:1
**underlying** 8:6
**united** 1:1,12 5:22
**unknown** 1:25
**use** 6:6,22

**v**

**v** 6:8,9
**veritext** 10:20
**viktoriya** 4:13
**vs** 2:6

**w**

**w.e.** 2:7
**w.r.** 1:7 4:3,17 5:4
  5:14,18 6:2,6,18
  6:22,23 8:15
**wanted** 4:11 5:2
  7:14 8:2,7
**wants** 6:22
**went** 6:13
**west** 3:20
**wilmington** 3:7,21
**work** 8:21
**worries** 8:1,1

**x**

**x** 1:4,10
**xi** 6:13

**y**

**yep** 7:23
**yesh** 7:17
**yield** 8:8

**z**

**ziehl** 3:3 4:8,9