**Exhibit C**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rune Kraft, | No. CV-21-00575-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Chevron Corporation, et al., | |
| Defendants. | |

This matter is before the Court on its own review. Plaintiff's Complaint states that he is bringing this case on behalf of a number of corporations[1] who have assigned their claims to him. (Doc. 1 at 2). A *pro se* Plaintiff may not represent a corporation, and a corporation may not appear *pro se*. *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing in propria persona has no authority to represent anyone other than himself"); *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997); *Church of the New Testament v. United States*, 783 F.2d 771, 774 (9th Cir. 1986) (An individual cannot represent a corporation, and a corporation cannot represent itself as a pro se plaintiff).

Accordingly,

**IT IS HEREBY ORDERED** that within fourteen (14) days of this Order, a licensed

---

[1] Realia, Inc., a Delaware corporation, Concreteworks, Inc., a Delaware corporation, Artesia Holdings, Inc., a Delaware corporation, Pacific Equipment Management Company, Inc., a Delaware corporation, Pacific Real Estate Holdings, Inc., a Delaware corporation, North American Service Holdings, Inc., a Delaware corporation, and Kraft Americas Holdings, Inc.

attorney shall appear on behalf of the corporate entities, or Plaintiff shall show cause as to why any claims related to unrepresented corporate entities should not be dismissed.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference scheduled for August 17, 2021 (Doc. 13) is **vacated**.

**IT IS FINALLY ORDERED** that the Motion to Stay (Doc. 48) is **granted**. Plaintiff shall not file any filings while this matter is stayed, other than as ordered herein.

Dated this 13th day of August, 2021.

Honorable Diane J. Humetewa
United States District Judge