**E<small>XHIBIT</small> E**

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Thursday, August 26, 2021 2:33 PM |
| **To:** | Roger Higgins |
| **Cc:** | 'James O'Neill' |
| **Subject:** | RE: Order Enforcing Discharge Injunction |

Mr. Higgins,

I have read it and disagree with this order from this Article I court. Therefore, I will chew on it and the most effective course forward.

You do not need to send me hard-copies. It just takes up staff's time.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Thursday, August 26, 2021 4:18 PM
**To:** Rune Kraft <rk@kraft.legal>
**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>
**Subject:** Order Enforcing Discharge Injunction

Mr. Kraft,

Please see the attached order from this morning's hearing. The docket entry is below:

| | | |
|---|---|---|
| 08/26/2021 | 33256 (18 pgs) | Order (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21- CV-00575-DJH (the "Arizona-Chevron Litigation (Related Doc # 33242) Order Signed on 8/26/2021. (BJM) (Entered: 08/26/2021) |

You will also be receiving service via e-mail and hard copy.

Warmest Regards.  R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:    (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com

www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

1