**E<small>XHIBIT</small> F**

DOCS_DE:235881.1 91100/001

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Friday, August 27, 2021 7:18 AM |
| **To:** | Roger Higgins |
| **Cc:** | 'James O'Neill'; justin.balser@akerman.com; ryan.roman@akerman.com |
| **Subject:** | RE: Order Enforcing Discharge Injunction |

Mr. Higgins,

I will be filing a motion today for the Article III court to review the order issued by the Article I court yesterday.

Maybe I missed it, but can you identify for me where, in any of your court filings, you asserted *Beard v. A.H. Robins Co.,* 828 F.2d 1029, 1032 (4th Cir. 1987) and the referenced text of Section 1141(d)(1), namely the foundational premise of the Delaware based Article I court that a corporation can commit fraud at an Article I court and discharge the liabilities from such conduct by using an Article I court?

Thanks,

Rune

---

**From:** Rune Kraft <rk@kraft.legal>
**Sent:** Thursday, August 26, 2021 5:33 PM
**To:** 'Roger Higgins' <rhiggins@rogerhigginslaw.com>
**Cc:** 'James O'Neill' <JONeill@pszjlaw.com>
**Subject:** RE: Order Enforcing Discharge Injunction

Mr. Higgins,

I have read it and disagree with this order from this Article I court. Therefore, I will chew on it and the most effective course forward.

You do not need to send me hard-copies. It just takes up staff's time.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Thursday, August 26, 2021 4:18 PM
**To:** Rune Kraft <rk@kraft.legal>
**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>
**Subject:** Order Enforcing Discharge Injunction

Mr. Kraft,

Please see the attached order from this morning's hearing.  The docket entry is below:

| 08/26/2021 | 33256 (18 pgs) | Order (I) Enforcing Against Rune Kraft the Plan and Confirmation Claim Preclusion Bars to Post-Bar Date Assertion of Administrative Expense Claims; |
|---|---|---|

|  |  | and (II) Compelling Rune Kraft to Dismiss With Prejudice His Complaint Against the Reorganized Debtor in the Matter Captioned Kraft V. Chevron Corp. et al., Case No. 2:21- CV-00575-DJH (the "Arizona-Chevron Litigation (Related Doc # 33242) Order Signed on 8/26/2021. (BJM) (Entered: 08/26/2021) |
|---|---|---|

You will also be receiving service via e-mail and hard copy.

Warmest Regards.  R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:    (312) 480-1984
e-mail:   rhiggins@rogerhigginslaw.com

**www.rogerhigginslaw.com**

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.