# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
  **EIN:** 65–0773649

**Chapter:** 11

**Case No.:** 01–01139–AMC

## NOTICE OF HEARING

Reorganized Debtor's has filed

A hearing regarding Motion for Contempt is scheduled for 9/8/21 at 10:00 AM at the United States Bankruptcy Court, . Objections are due on or before 9/8/21 .

Una O'Boyle, Clerk of Court

Dated: 9/1/21

(VAN–401)