# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 9/1/2021
Case: 01−01139−AMC     Form ID: van401     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044

TOTAL: 1