### EXHIBIT B

**Arizona-Chevron Litigation Docket (September 4 – September 17, 2021)**

STAY-CASE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21-cv-00575-DJH

Kraft v. Chevron Corporation et al
Assigned to: Judge Diane J Humetewa
Related Cases: 2:19-cv-05181-JJT
                    2:19-cv-05697-JJT
                    2:20-cv-01491-DLR
                    2:20-cv-02004-SPL
                    2:21-cv-00154-SMB
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/02/2021
Jury Demand: None
Nature of Suit: 470 Other Statutes:
Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Rune Kraft**                          represented by  **Rune Kraft**
                                                         108 W 13th St.
                                                         Wilmington, DE 19801
                                                         302-408-1000
                                                         Email: rk@kraft.legal
                                                         PRO SE

V.

**Defendant**

**Chevron Corporation**                 represented by  **Edward F Fernandes**
*a Delaware corporation*                                 King & Spalding LLP - Austin, TX
                                                         500 W 2nd St., Ste. 1800
                                                         Austin, TX 78701
                                                         512-297-6921
                                                         Email: efernandes@kslaw.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erich J Almonte**
                                                         King & Spalding LLP - Houston, TX
                                                         1100 Louisiana, Ste. 4000
                                                         Houston, TX 77002-5213
                                                         713-276-7378
                                                         Email: ealmonte@kslaw.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

San Francisco, CA
4 Embarcadero Ctr., 22nd Fl.
San Francisco, CA 94111
415-983-1488
Fax: 415-983-1200
Email: john.grenfell@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Parties**
*named as: DOES 1-10 (Inclusive)*
*TERMINATED: 07/07/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 77 | NOTICE re: Notice of Filing by W.R. Grace & Company *of Documents Filed in Bankruptcy Action*. (Attachments: # 1 Exhibit Supplement to Emergency Motion for Order)(Balser, Justin) (Entered: 09/07/2021) |
| 09/08/2021 | 78 | NOTICE re: of Filing by W.R. Grace & Company re: 73 MOTION For the Article III Court to Review the Order Issued by the Article I Court (Doc. 72) re: 72 Notice (Other) . (Attachments: # 1 Exhibit D. Del. Bankr. Court Order)(Balser, Justin) (Entered: 09/08/2021) |
| 09/09/2021 | 79 | *NOTICE of Appearance by Brenda Nicole Kosma Radmacher on behalf of W.R. Grace & Company. (Radmacher, Brenda) *Modified to correct event and text on 9/10/2021 (REK). (Entered: 09/09/2021) |
| 09/10/2021 | 80 | NOTICE of Attorney Withdrawal *by Justin D. Balser* filed by Justin Donald Balser. (Balser, Justin) (Entered: 09/10/2021) |
| 09/10/2021 | 81 | RESPONSE in Opposition re: 73 MOTION For the Article III Court to Review the Order Issued by the Article I Court (Doc. 72) re: 72 Notice (Other) filed by W.R. Grace & Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Radmacher, Brenda) (Entered: 09/10/2021) |
| 09/12/2021 | 82 | REPLY to Response to Motion re: 73 MOTION For the Article III Court to Review the Order Issued by the Article I Court (Doc. 72) re: 72 Notice (Other) filed by Rune Kraft. (Kraft, Rune) (Entered: 09/12/2021) |
| 09/13/2021 | 83 | APPLICATION for Entry of Default by Plaintiff Rune Kraft against W.R. Grace & Co.. (Attachments: # 1 Affidavit in Support of Application for Entry of Default Against Defendant W.R Grace & Co.)(Kraft, Rune) (Entered: 09/13/2021) |
| 09/13/2021 | 84 | OBJECTION re: 42 MOTION for Adding Party (John R. Silvas) , 40 MOTION for Adding Party (Mitchell F. Brown) , 35 Order on Motion for Reconsideration, 41 MOTION for Adding Party (Eric M. Black) , 70 Order on Motion to Substitute Party, Order on Motion to Withdraw, Order on Motion for Leave to File, 68 MOTION for Leave to File Surreply , 43 MOTION for Adding Party (Bruce Tschannen) , 67 MOTION for Leave to File Surreply , 31 MOTION for Issuance of Subpoena and Adding Parties re: 28 DECLARATION in Support, 29 MOTION to Dismiss for Failure |

to State a Claim , 21 MOTION for Reconsideration re: 17 Minute Order, Add and Terminate Parties, 16 Order on, 61 Response to Order to Show Cause, 17 Minute Order, Add and Terminate Parties, 16 Order on Motion for Extension of Time, 34 MOTION for Adding Party - Chevron U.S.A. Inc., a Pennsylvania corporation , 15 MOTION for Extension of Time to Serve Summons and Complaint , 44 MOTION for Adding Party (Kenneth W. Talley) , 39 MOTION for Adding Parties (Nathan Crum and Grant Crum) , 69 MOTION for Leave to File Surreply , 60 Order Staying Case, Terminate Hearings, Set Deadlines, Terminate Motions by Plaintiff Rune Kraft. (Kraft, Rune) (Entered: 09/13/2021)

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/17/2021 09:26:41 | | |
| **PACER Login:** | sheikh4689:3437018:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-00575-DJH Start date: 9/3/2021 End date: 9/17/2021 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |