## Exhibit C

**R. Higgins E-Mail Correspondence, dated September 8, 2021 (without attachment)**

# Roger Higgins

| | |
|---|---|
| **From:** | Roger Higgins |
| **Sent:** | Wednesday, September 8, 2021 12:34 PM |
| **To:** | Rune Kraft |
| **Cc:** | Ingrid.Aronson@Kraft.Legal; 'James O'Neill (jo'neill@pszjlaw.com)' |
| **Subject:** | In re W. R. Grace & Co., Case no. 01-1139 - Order Finding Rune Kraft in Contempt of Bankruptcy Court |
| **Attachments:** | 2021-9-8_Contempt_Order_33265.pdf |

Mr. Kraft,

Please find attached the order of the United States Bankruptcy Court for the District of Delaware finding you in contempt for your willful and knowing violation of the Bankruptcy Court's August 26 Order.

The corresponding docket entry is below.

| | | |
|---|---|---|
| 09/08/2021 | 33265 (4 pgs) | Order Finding That Rune Kraft is in Contempt of this Court by Having Willfully and Knowingly Violated this Court's Confirmation Order and Its order of August 26, 2021 [Docket no. 33256] by Filing his Motion for an Article III Court's Review of this Court's August 26 order. (Related Doc # 33256, 33259) Order Signed on 9/8/2021. (BJM) (Entered: 09/08/2021) |

Please be advised that, if you fail to file a pleading in the Arizona litigation within two days of entry of the September 8 Contempt Order seeking dismissal of your complaint as to Grace, Grace will be entitled to file a subsequent contempt motion for failing to comply with that order.

Grace reserves the right to seek monetary sanctions in any such motion.  Such sanctions may be significant in amount.

Warmest Regards.  R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:    (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com

www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.