## E<small>XHIBIT</small> G

**Application For Entry of Default Against Defendant W.R. Grace & Co. [DI 83]**

Rune Kraft
  rk@kraft.legal
Kraft Legal | United States
108 West 13th Street
Wilmington, Delaware 19801
  302 408 1000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rune Kraft,<br>        Plaintiff,<br><br>vs.<br><br>Chevron Corporation, et al.,<br>        Defendants. | Case No. CV-21-00575-PHX-DJH<br><br>The Honorable Diane J. Humetewa<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT W.R. GRACE & CO.** |

1 | Plaintiff hereby requests the Clerk to enter a default against Defendant W.R. Grace & Co.
2 | on the basis that the record in this case demonstrates that there has been a failure to plead or
3 | otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.
4 |
5 | Respectfully submitted on this 13th day of September 2021.

                                                    Plaintiff

Rune Kraft
 rk@kraft.legal
Kraft Legal | United States
108 West 13th Street
Wilmington, Delaware 19801
 302 408 1000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rune Kraft,<br>            Plaintiff,<br><br>vs.<br><br>Chevron Corporation, et al.,<br>            Defendants. | Case No. CV-21-00575-PHX-DJH<br><br>The Honorable Diane J. Humetewa<br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT W.R. GRACE & CO.** |

I, Rune Kraft, based on personal knowledge, declare:

Defendant W.R. Grace & Co. executed a waiver of the service of summons on May 24, 2021, as shown in Doc. 12, and failed to plead or otherwise defend as required by FRCP 12(a)(1).

I am competent to testify to the facts set forth in this declaration and declare under the penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct.

DATED this 13th day of September 2021.

_____
Plaintiff

---

1

AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT W.R.GRACE
Case No. CV-21-00575-PHX-DJH