# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) **Related Documents: 33256, 33265. 33266, 33269** |
| | ) |
| | ) **Hearing Date:  October 1, 2021, at 11:00 a.m.** |
| | ) **Objection Deadline:  September 24, 2021** |
| | ) |

## THE REORGANIZED DEBTOR'S SUPPLEMENT
## TO SECOND CONTEMPT MOTION

This Supplement is filed in support of the Reorganized Debtor's Second Contempt Motion.

### SUPPLEMENT

1. The docket in this Chapter 11 Case shows that Mr. Kraft did not timely file a response to the Second Contempt Motion.

2. Mr. Kraft did, however, communicate twice with counsel for the Reorganized Debtor. On September 17, 2021, in response to e-mail correspondence from counsel to the Reorganized Debtor attaching a courtesy copy of the Second Contempt Motion, Mr. Kraft stated:

> Your activities rests on void orders due to lack of jurisdiction, as you know, and the Article I court knows.
>
> It is reasonably foreseeable that your activities may cause damages, and you are urged to take appropriate corrective actions i.e., if you want to initiate an action against me, get a court to issue a summons, write a complaint, and serve me with the summons and complaint.

R. Kraft E-Mail Correspondence, dated September 17, 2021, a copy of which is attached hereto as Exhibit A.

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case (the "Grace Chapter 11 Case").

3. On September 18, 2021, Mr. Kraft sent e-mail correspondence to a rather wider group, including this Court's courtroom deputy and addressed to this Court, stating in relevant part:

> This is to inform you that I require that you cause all filings that have been made at the United States Bankruptcy Court District of Delaware, In re W.R. Grace & Co. et al., Bankruptcy No. 01-1139 (JKF) directed against me to be removed from the records of the court.
>
> These filings contain false and fraudulent information and make slanderous portrayals of me.
>
> You have had no authority to use the Article I court in this manner as the Article I court has never had the constitutional authority to adjudicate the controversy contained in Case No. CV-21-00575-PHX-DJH. I am attaching a court filing I made at the Article III court, explaining this.
>
> W.R. Grace & Co.'s attorneys' activities in Delaware directed against me serve one purpose, to generate attorneys fees. If W.R. Grace & Co. wanted to assert that I cannot prosecute the claims that I have made against it at the Article III court, because of an order issued at this Article I court, all it had to do is file a motion to dismiss at the Article III court, attaching the order from the Article I court. Instead, its attorneys have made numerous court filings seeking to slander my good name with false and fraudulent assertions and documents, both in Delaware and Arizona.
>
> I have informed you that I object to all of W.R. Grace & Co.'s activities directed against me at the Article I court, which includes all procedural mechanisms used in such pursuits, whether defined as contested or adversarial.
>
> If you fail to take these steps by September 28, 2021, I will seek damages against you at $ 100,000 per day, doubling every 30 days.

R. Kraft E-Mail Correspondence, dated September 18, 2021, a copy of which is attached hereto as <u>Exhibit B</u>. Mr. Kraft's e-mail correspondence had attached to it Mr. Kraft's *Reply in Support of Plaintiff's Motion for the Article Iii Court to Review the Order Issued by the Article I Court*, filed in the Arizona-Chevron Litigation on September 12, 2021 [D.I. 82]. A copy of Mr. Kraft's reply

is attached as Exhibit F to the Second Contempt Motion, and is therefore not attached to <u>Exhibit B</u>.

## NOTICE

4. Notice of this Supplement has been given to: (i) the Office of the United States Trustee; (ii) Counsel for the WRG Asbestos PI Trust; (iii) Counsel for the Asbestos PI Future Claimants Representative; (iv) Counsel for the Asbestos PD Future Claimants Representative; (v) Counsel for the WRG Asbestos PD Trust (7A); (vi) Counsel for the WRG Asbestos PD Trust (7B); (vii) Counsel for the CDN ZAI PD Claims Fund; (viii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002; and (ix) Rune Kraft. In light of the nature of the relief requested, the Reorganized Debtor submits that no further notice is required.

**[remainder of this page is intentionally left blank]**

WHEREFORE, the Reorganized Debtor requests the Court enter an order substantially in the form attached to the Second Contempt Motion: (i) finding that Mr. Kraft is in continuing, willful, and knowing contempt of this Court; (ii) imposing a per diem fine on Mr. Kraft of $1,000 per day, commencing two days after entry of the proposed Order, and continuing until such time as he complies with this Court's order and files such an appropriate pleading; and (iii) granting such other relief as may be appropriate.

Dated:  September 27, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 666-0431

And

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtor

**[remainder of this page is intentionally left blank]**

DOCS_DE:236240.1 91100/001