## E<small>XHIBIT</small> B

**R. Kraft E-Mail Correspondence, dated September 18, 2021**

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Saturday, September 18, 2021 10:03 AM |
| **To:** | 'Joan Ranieri'; Roger Higgins; 'James O'Neill'; justin.balser@akerman.com; ryan.roman@akerman.com; brenda.radmacher@akerman.com |
| **Cc:** | john.donley@kirkland.com; Roger Higgins; ljones@pszjlaw.com; joneill@pszjlaw.com; richard.schepacarter@usdoj.gov; meskin@camlev.com; mhurford@camlev.com; pmilch@camlev.com; jcp@pgmhlaw.com; khill@svglaw.com; alan@alanrichlaw.com; rbschiro@schirolaw.com; dwilliamson@dykema.com; bsullivan@sha-llc.com; mdc@barnwell-whaley.com |
| **Subject:** | In re W.R. Grace & Co. et al., Bankruptcy No. 01-1139 (JKF) |
| **Attachments:** | Document 82 - Case No. CV-21-00575-PHX-DJH.pdf |

Ashely M. Chan
Roger Higgins
James O'Neill
Justin Balser
Ryan Roman
Brenda Radmacher

This is to inform you that I require that you cause all filings that have been made at the United States Bankruptcy Court District of Delaware, In re W.R. Grace & Co. *et al.*, Bankruptcy No. 01-1139 (JKF) directed against me to be removed from the records of the court.

These filings contain **false and fraudulent information and make slanderous portrayals of me**.

You have had no authority to use the Article I court in this manner as the Article I court has never had the constitutional authority to adjudicate the controversy contained in Case No. CV-21-00575-PHX-DJH. I am attaching a court filing I made at the Article III court, explaining this.

W.R. Grace & Co.'s attorneys' activities in Delaware directed against me serve one purpose, to generate attorneys fees. If W.R. Grace & Co. wanted to assert that I cannot prosecute the claims that I have made against it at the Article III court, because of an order issued at this Article I court, all it had to do is file a motion to dismiss at the Article III court, attaching the order from the Article I court. Instead, its attorneys have made numerous court filings seeking to slander my good name with false and fraudulent assertions and documents, both in Delaware and Arizona.

I have informed you that I object to all of W.R. Grace & Co.'s activities directed against me at the Article I court, which includes all procedural mechanisms used in such pursuits, whether defined as contested or adversarial.

If you fail to take these steps by September 28, 2021, I will seek damages against you at $ 100,000 per day, doubling every 30 days.

Rune Kraft

**KRAFT**

Kraft Legal | United States
108 West 13th Street
Wilmington, Delaware 19801
302 408 1000
rk@kraft.legal
https://kraft.legal/