**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al*.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON OCTOBER 1, 2021 AT 11:00 A.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

**W. R. Grace & Co. - Case No. 01-1139
October 1, 2021 at 11:00 a.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

**MATTER GOING FORWARD:**

1. The Reorganized Debtor's Motion for an Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] and September 8, 2021 [Docket No. 33265] and Imposing Sanctions [Filed: 9/17/21] (Docket No. 33269).

   Response Deadline:  September 24, 2021, at 4:00 p.m.

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Finding that Rune Kraft is in Contempt of This Court By Willfully and Knowingly Violating This Court's Confirmation Order and Its Orders of August 26, 2021 [Docket No. 33256] and September 8, 2021 [Docket No. 33265] and Imposing Sanctions [Filed: 9/17/21] (Docket No. 33269, Exhibit A).

   b. [Signed] Order [Filed: 8/26/21] (Docket No. 33256).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

    c.    [Signed] Order Finding That Rune Kraft is in Contempt of this Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Orders of August 26, 2021 [Docket No. 33256] By Filing His Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 9/8/21] (Docket No. 33265).

    d.    The Reorganized Debtor's Supplement to Second Contempt Motion [Filed: 9/27/21] (Docket No. 33270).

Status:  This matter will go forward.

Dated:  September 29, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors