Page 1

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Case No. 01-01139-amc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:


W.R. GRACE & CO., ET AL,


       Reorganized Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


       United States Bankruptcy Court

       For the Eastern District of Pennsylvania

       900 Market Street, Suite 204

       Philadelphia, PA 19107


       October 1, 2021

       11:01 AM



B E F O R E :

HON. ASHELY M. CHAN

U.S. BANKRUPTCY JUDGE


ECRO:  TASHA D. DAWSONIA

Page 2

1   HEARING RE Motion for an Order: (I) Enforcing Against Rune
2   Kraft The Plan And Confirmation Claim Preclusion Bars To
3   Post-Bar Date Assertion Of Administration Expense Claims;
4   And (Ii) Compelling Rune Kraft To Dismiss With Prejudice His
5   Complaint Against The Reorganized Debtor In The Matter
6   Captioned Kraft Vs. Chevron Corp. Et Al., Case No. 2:21-Cv-
7   00575-Djh ("The Arizona Chevron Litigation") Filed By W.E.
8   Grace & Co., Et Al. By James O'Neill

25  Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :
 2
 3   PACHULSKI, STANG, ZIEHL & JONES, LLP
 4        Attorneys for the Reorganized Debtors
 5        919 North Market Street, 17th floor
 6        P.O. Box 8705
 7        Wilmington, DE 19899-8705
 8
 9   BY:  JAMES E. O'NEILL (TELEPHONICALLY)
10
11   THE LAW OFFICES OF ROGER HIGGINS, LLC
12        Attorneys for the Reorganized Debtors
13        516 North Ogden Avenue, Suite 136
14        Chicago, IL 60642
15
16   BY:  ROGER J. HIGGINS (TELEPHONICALLY)
17
18
19
20
21
22
23
24
25
```

Page 4

1  P R O C E E D I N G S

2  THE CLERK: Good morning. This is 11:00 on Judge
3  Chan's list for October 1st, W.R. Grace and Company, motion
4  for sanctions against Rune Kraft. Can counsel and parties
5  make their appearance?

6  MR. O'NEILL: Yes, good morning. This James
7  O'Neill, Pachulski Stang Ziehl and Jones, on behalf of W.R.
8  Grace and joining me today on the phone is Roger Higgins,
9  also on behalf of Grace. Mr. Higgins is my co-counsel.

10  THE COURT: Do you have anyone else on the line,
11  Tasha?

12  THE CLERK: No, we do not.

13  THE COURT: Well, I did read your motion and it
14  appears that this Claimant, Rune Kraft has not complied with
15  my order and is therefore in contempt of that order. And
16  apparently has not dismissed the proceeding against W.R.
17  Grace. Is that correct, Jamie?

18  MR. O'NEILL: Yes, Your Honor. That's correct.

19  THE COURT: Okay. All right. At this point, I'm
20  really left with no option but to enter the order that you
21  guys have filed on record. I really hope that he complies
22  with this and hopefully this will catch his attention.

23  So the Court will enter an order motion for
24  granting your motion. Thank you very much for coming today.

25  MR. O'NEILL: Thank you, Your Honor.

1          MR. HIGGINS:  Thank you, Your Honor.
2              (Whereupon these proceedings were concluded at
3    11:03 AM)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certified that the foregoing

4  transcript is a true and accurate record of the proceedings.

5

6

7  *[Signature: Sonya M. Ledanski Hyde]*

8  Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20  Veritext Legal Solutions

21  330 Old Country Road

22  Suite 300

23  Mineola, NY 11501

24

25  Date:  October 20, 2021

Case 01-01139-AMC    Doc 33275    Filed 10/20/21    Page 7 of 8

[& - motion]                                                                        Page 1

**&**
& 1:7 2:8 3:3

**0**
00575 2:7
01-01139 1:3

**1**
1 1:17
11501 6:23
11:00 4:2
11:01 1:18
11:03 5:3
12151 6:7
136 3:13
17th 3:5
19107 1:15
19899-8705 3:7
1st 4:3

**2**
20 6:25
2021 1:17 6:25
204 1:14
2:21 2:6

**3**
300 6:22
330 6:21

**5**
516 3:13

**6**
60642 3:14

**8**
8705 3:6

**9**
900 1:14
919 3:5

**a**
accurate 6:4
administration 2:3

al 1:7 2:6,8
amc 1:3
apparently 4:16
appearance 4:5
appears 4:14
arizona 2:7
ashely 1:22
assertion 2:3
attention 4:22
attorneys 3:4,12
avenue 3:13

**b**
b 1:21
bankruptcy 1:1 1:12,23
bar 2:3
bars 2:2
behalf 4:7,9
box 3:6

**c**
c 3:1 4:1 6:1,1
captioned 2:6
case 1:3 2:6
catch 4:22
certified 6:3
chan 1:22
chan's 4:3
chevron 2:6,7
chicago 3:14
claim 2:2
claimant 4:14
claims 2:3
clerk 4:2,12
coming 4:24
company 4:3
compelling 2:4
complaint 2:5
complied 4:14
complies 4:21
concluded 5:2
confirmation 2:2
contempt 4:15

corp 2:6
correct 4:17,18
counsel 4:4,9
country 6:21
court 1:1,12 4:10 4:13,19,23
cv 2:6

**d**
d 1:25 4:1
date 2:3 6:25
dawsonia 1:25
de 3:7
debtor 2:5
debtors 1:9 3:4,12
delaware 1:2
dismiss 2:4
dismissed 4:16
district 1:2,13
djh 2:7

**e**
e 1:21,21 3:1,1,9 4:1,1 6:1
eastern 1:13
ecro 1:25
enforcing 2:1
enter 4:20,23
et 1:7 2:6,8
expense 2:3

**f**
f 1:21 6:1
filed 2:7 4:21
floor 3:5
foregoing 6:3

**g**
g 4:1
good 4:2,6
grace 1:7 2:8 4:3 4:8,9,17
granting 4:24
guys 4:21

**h**
hearing 2:1
higgins 3:11,16 4:8,9 5:1
hon 1:22
honor 4:18,25 5:1
hope 4:21
hopefully 4:22
hyde 2:25 6:3,8

**i**
ii 2:4
il 3:14

**j**
j 3:16
james 2:8 3:9 4:6
jamie 4:17
joining 4:8
jones 3:3 4:7
judge 1:23 4:2

**k**
kraft 2:2,4,6 4:4 4:14

**l**
law 3:11
ledanski 2:25 6:3 6:8
left 4:20
legal 6:20
line 4:10
list 4:3
litigation 2:7
llc 3:11
llp 3:3

**m**
m 1:22
market 1:14 3:5
matter 2:5
mineola 6:23
morning 4:2,6
motion 2:1 4:3,13 4:23,24

| n | |
|---|---|
| n 3:1 4:1 6:1 | |
| north 3:5,13 | |
| ny 6:23 | |

| o | |
|---|---|
| o 1:21 4:1 6:1 | |
| o'neill 4:6,7,18,25 | |
| october 1:17 4:3, 6:25 | |
| offices 3:11 | |
| ogden 3:13 | |
| okay 4:19 | |
| old 6:21 | |
| option 4:20 | |
| order 2:1 4:15,15 4:20,23 | |
| o'neill 2:8 3:9 | |

| p | |
|---|---|
| p 3:1,1 4:1 | |
| p.o. 3:6 | |
| pa 1:15 | |
| pachulski 3:3 4:7 | |
| parties 4:4 | |
| pennsylvania 1:13 | |
| philadelphia 1:15 | |
| phone 4:8 | |
| plan 2:2 | |
| point 4:19 | |
| post 2:3 | |
| preclusion 2:2 | |
| prejudice 2:4 | |
| proceeding 4:16 | |
| proceedings 5:2 6:4 | |

| r | |
|---|---|
| r 1:21 3:1 4:1 6:1 | |
| read 4:13 | |
| really 4:20,21 | |
| record 4:21 6:4 | |
| reorganized 1:9 2:5 3:4,12 | |

right 4:19
road 6:21
roger 3:11,16 4:8
rune 2:1,4 4:4,14

| s |
|---|
| s 3:1 4:1 |
| sanctions 4:4 |
| signature 6:7 |
| solutions 6:20 |
| sonya 2:25 6:3,8 |
| stang 3:3 4:7 |
| states 1:1,12 |
| street 1:14 3:5 |
| suite 1:14 3:13 6:22 |

| t |
|---|
| t 6:1,1 |
| tasha 1:25 4:11 |
| telephonically 3:9 3:16 |
| thank 4:24,25 5:1 |
| today 4:8,24 |
| transcribed 2:25 |
| transcript 6:4 |
| true 6:4 |

| u |
|---|
| u.s. 1:23 |
| united 1:1,12 |

| v |
|---|
| veritext 6:20 |
| vs 2:6 |

| w |
|---|
| w.e. 2:7 |
| w.r. 1:7 4:3,7,16 |
| wilmington 3:7 |

| x |
|---|
| x 1:4,10 |

| z |
|---|
| ziehl 3:3 4:7 |