# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al*.,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON NOVEMBER 30, 2021 AT 11:30 A.M. BEFORE THE HONORABLE ASHELY M. CHAN**

**W. R. Grace & Co. - Case No. 01-1139**
**November 30, 2021 at 11:30 a.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

**UNCONTESTED MATTER:**

1. Reorganized Debtors' Tenth Motion for an Order Extending the Chapter 11 Plan Deadline by Which the Reorganized Debtors May Object to Claims [Filed: 11/10/21] (Docket No. 33277).

   Response Deadline:  November 24, 2021, at 4:00 p.m.

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Extending Plan Claims Objection Deadline Through November 30, 2022 [Filed: 11/10/21] (Docket No. 33277, Exhibit A).

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

<u>Status:</u>  This matter will go forward.

Dated:  November 24, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors