**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on this 24th day of November, 2021, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON NOVEMBER 30, 2021, AT 11:30 A.M. BEFORE THE
HONORABLE ASHELY M. CHAN**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1]    The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or
"Grace").

W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 226065
32– Electronic Mail


*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

***ELECTRONIC MAIL***
*(Counsel to Reorganized Debtor)*
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654
Email: lisa.esayian@kirkland.com

***ELECTRONIC MAIL***
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL 60642
Email:  rhiggins@rogerhigginslaw.com

***ELECTRONIC MAIL***
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
Email: mhurford@camlev.com;
        meskin@camlev.com

***ELECTRONIC MAIL***
*(Special Insurance Coverage Counsel to the
Official Committee of Asbestos Personal
Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
Email: Rhorkovich@andersonkill.com

***ELECTRONIC MAIL***
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn:  Diane Borowy
7500 Grace Drive
Columbia, MD  21044
Email:  diane.borowy@grace.com

***ELECTRONIC MAIL***
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
PO Box 1709
Wilmington, DE  19899-1709
Email: david.fournier@troutman.com

***ELECTRONIC MAIL***
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Email: edward.toole@troutman.com

***ELECTRONIC MAIL***
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
Email:  richard.schepacarter@usdoj.gov

1

***ELECTRONIC MAIL***
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
Email:  jcp@pgmhlaw.com

***ELECTRONIC MAIL***
*(Counsel to PD Future Claimant*
*Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899
Email:  khill@svglaw.com

***ELECTRONIC MAIL***
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801
Email:  bsullivan@sha-llc.com

***ELECTRONIC MAIL***
*(Counsel to Hon. Alex. M. Sanders Jr.,*
*PDFCR)*
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124,
LB 430,
Dallas, TX  75214
**Email:**  alan@alanrichlaw.com

***ELECTRONIC MAIL***
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro, Esquire
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958
Email:  rbschiro@schirolaw.com

***ELECTRONIC MAIL***
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205
Email:  dwilliamson@dykema.com

***ELECTRONIC MAIL***
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC  29464
Email:  ewestbrook@rpwb.com

***ELECTRONIC MAIL***
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC  29401
Email:  mdc@barnwell-whaley.com

***ELECTRONIC MAIL***
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
Email:  pmilch@camlev.com

***ELECTRONIC MAIL***
Thad Adkins, Assistant AGl
Natural Resource Damages Program
Montana Department of Justice
P.O. Box 201425
Ilelena, MT 59620
Email: thad.adkins@mt.gov

***ELECTRONIC MAIL***
Jessica Wilkerson, Esquire
MDEQ Legal Counsel
1225 Cedar Street
Helena, MT 59601
Email: jessica.wilkerson@mt.gov

***ELECTRONIC MAIL***
(Counsel for Anderson Memorial Hospital)
John D. McLaughlin, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE  19899
Email: jmclaughlin@ferryjoseph.com

***ELECTRONIC MAIL***
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Spieghts & Solomons, LLC
PO Box 685
Hampton, SC 29924
Email:
dspeights@speightsandsolomons.com
gsolomons@speightsandsolomons.com
smurdaugh@speightsandsolomons.com
rbowers@speightsandsolomons.com

***ELECTRONIC MAIL***
(Counsel for Anderson Memorial Hospital)
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Email: dlr@kttlaw.com
JK@kttlaw.com

***ELECTRONIC MAIL***
*(Counsel to Continental Casualty Company
and Transportation Insurance Company)*
Evan T. Miller, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: emiller@bayardlaw.com

***ELECTRONIC MAIL***
*(Counsel to Continental Casualty Company
and Transportation Insurance Company)*
Michael S. Giannotto, Esquire
Brian T. Burgess, Esquire
Goodwin Procter LLP
1900 N. Street NW
Washington, DC 20036
Email: mgiannotto@goodwinlaw.com
bburgess@goodwinlaw.com

***ELECTRONIC MAIL***
*(Counsel to Continental Casualty Company
and Transportation Insurance Company)*
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser,
LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005
Email: edecristofaro@fordmarrin.com

3