# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | **Re: Docket No. 33279** |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON NOVEMBER 30, 2021 AT 11:30 A.M. BEFORE THE HONORABLE ASHELY M. CHAN

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

### UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:

1. Reorganized Debtors' Tenth Motion for an Order Extending the Chapter 11 Plan Deadline by Which the Reorganized Debtors May Object to Claims [Filed: 11/10/21] (Docket No. 33277).

   Response Deadline: November 24, 2021, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Extending Plan Claims Objection Deadline Through November 30, 2022 [Filed: 11/10/21] (Docket No. 33277, Exhibit A).

   b. **Certification of No Objection Regarding Reorganized Debtors' Tenth Motion for an Order Extending the Chapter 11 Plan Deadline by Which the Reorganized Debtors May Object to Claims [Filed: 11/29/21] (Docket No. 33280).**

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

[2] **Amended items are in bold.**

**Status:** **No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection.  The Court has indicated that an order will be entered.  No hearing is necessary.**

| | |
|---|---|
| Dated:  November 29, 2021 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |