# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & Co., *et al.*,[1]

    Reorganized Debtor.

Chapter 11

Case No. 01-01139 (AMC)

(Jointly Administered)

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Thaddeus Adkins, Assistant Attorney General for the State of Montana, Natural Resource Damage Program, hereby withdraws as counsel of record for the State of Montana in the above-captioned case. It is respectfully requested that attorney Thaddeus Adkins be removed from all service lists in this case.

**PLEASE TAKE FURTHER NOTICE** that Harley Harris, Supervising Assistant Attorney General for the State of Montana, State of Montana Natural Resource Damage Program, enters his appearance as co-counsel for the State of Montana with respect to the claim filed by the Montana Department of Environmental Quality (MDEQ) on behalf of the State of Montana in the above-captioned case pursuant to Rule 9010-1(e)(i) of the Delaware Bankruptcy Court Local Rules. Jessica Wilkerson remains the noticed party for MDEQ with the existing address and email address previously noticed. It is respectfully requested that copies of all notices and pleadings filed in this case be served upon Harley Harris at the address and email address indicated below.

---

[1]     W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and Case no. 01-1139 is the sole remaining open chapter 11 case.

1

## RULE 9010-1(e)(i) CERTIFICATION

Pursuant to Rule 9010-1(e)(i) of the Delaware Bankruptcy Court Local Rules, Harley Harris certifies that he is admitted to practice in the State of Montana and in the Montana Federal District Court. Harley Harris is in good standing in all jurisdictions in which he is and has been admitted. Harley Harris agrees to be bound by the District of Delaware Bankruptcy Court's local rules and submits himself to the jurisdiction of this Court for disciplinary purposes. By signing below, the attorneys for the State of Montana certify that all information is true and correct.

*[Signatures to follow]*

Dated: December 2, 2021

| | |
|---|---|
| **STATE OF MONTANA** | **STATE OF MONTANA** |
| By: /s/ *Thaddeus Adkins* | By: /s/ *Harley R. Harris* |
| Thaddeus Adkins | Harley R. Harris |
| Assistant Attorney General | Supervising Assistant Attorney General |
| State of Montana | State of Montana |
| Natural Resource Damage Program | Natural Resource Damage Program |
| P.O. Box 201425 | P.O. Box 201425 |
| Helena, MT 59620 | Helena, MT 59620 |
| Tel: (406) 444-0225 | Tel: (406) 444-0226 |
| | Email: harleyharris@mt.gov |
| *Withdrawing Counsel for State of Montana Natural Resource Damage Program* | *Co-Counsel for the State of Montana, Montana Department of Environmental Quality* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 2, 2022, a true and correct copy of the foregoing document was served by this Court's ECF filing system. In addition, the parties listed on the annexed service list were served via electronic mail.

                   */s/ Philip A. Weintraub*
                   Philip A. Weintraub

**SERVICE LIST**

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP 919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com
Email: joneill@pszjlaw.com

*(Counsel to Reorganized Debtor)*
Lisa G. Esayian, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Email: lisa.esayian@kirkland.com

*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave, Suite 136
Chicago, IL 60642
Email: rhiggins@rogerhigginslaw.com

*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire Mark T. Hurford, Esquire Campbell & Levine, LLC 222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Email: mhurford@camlev.com;
    meskin@camlev.com

*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Email: jcp@pgmhlaw.com

*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: Rhorkovich@andersonkill.com

*(Reorganized Debtor)*
W. R. Grace & Co.
Attn: Diane Borowy
7500 Grace Drive
Columbia, MD 21044
Email: diane.borowy@grace.com

*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, PO Box 1709
Wilmington, DE 19899-1709
Email: david.fournier@troutman.com

*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Email: edward.toole@troutman.com

*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
Office of the US Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street, Lockbox 35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
Email: khill@svglaw.com

*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Email: bsullivan@sha-llc.com

*(Counsel to Hon. Alex. M. Sanders Jr.)*
Alan B. Rich, Esquire
Alan B. Rich Law Office
7324 Gaston Ave., Suite 124, LB 430,
Dallas, TX 75214
Email: alan@alanrichlaw.com

*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro, Esquire
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958
Email: rbschiro@schirolaw.com

Jessica Wilkerson, Esquire
MDEQ Legal Counsel
1225 Cedar Street
Helena, MT 59601
Email: jessica.wilkerson@mt.gov

*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Email: dwilliamson@dykema.com

*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard., Building A
Mt. Pleasant, SC 29464
Email: ewestbrook@rpwb.com

*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee)*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Suite 200
Charleston, SC 29401
Email: mdc@barnwell-whaley.com

*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
Email: pmilch@camlev.com

Harley R. Harris
Supervising Assistant Attorney General
State of Montana
Natural Resource Damage Program
P.O. Box 201425
Helena, MT 59620
Email: harleyharris@mt.gov

*(Counsel for Anderson Memorial Hospital)*
John D. McLaughlin, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000, PO Box 1351
Wilmington, DE 19899
Email: jmclaughlin@ferryjoseph.com

*(Counsel for Anderson Memorial Hospital)*
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Spieghts & Solomons, LLC
PO Box 685
Hampton, SC 29924
Email:
dspeights@speightsandsolomons.com
gsolomons@speightsandsolomons.com
smurdaugh@speightsandsolomons.com
rbowers@speightsandsolomons.com

*(Counsel for Anderson Memorial Hospital)*
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Email: dlr@kttlaw.com; JK@kttlaw.com

*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Evan T. Miller, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: emiller@bayardlaw.com

*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Michael S. Giannotto, Esquire
Brian T. Burgess, Esquire
Goodwin Procter LLP
1900 N. Street NW
Washington, DC 20036
Email: mgiannotto@goodwinlaw.com
bburgess@goodwinlaw.com

*(Counsel to Continental Casualty Company and Transportation Insurance Company)*
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer
& Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005
Email: edecristofaro@fordmarrin.com