# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtor. | |

## NOTICE OF ORDER ENTERED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA IN RUNE KRAFT V. CHEVRON CV-21-00575-PHX-DJH

**PLEASE TAKE NOTICE** that on December 10, 2021, the United States District Court for the District of Arizona entered the attached order in Rune Kraft v. Chevron CV-21-00575-PHX-DJH.

| | |
|---|---|
| Dated: December 20, 2021 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").