# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., *et al.*,[1] <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 01-1139 (AMC) |

## NOTICE OF FILING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(e) [DOCKET NO. 96]

**PLEASE TAKE NOTICE** that on December 21, 2021, the attached *Plaintiff's Motion to Alter or Amend the Judgment Based on Rule 59(e)* [Docket No. 96] was filed in the United States District Court for the District of Arizona entered the attached order in Rune Kraft v. Chevron CV-21-00575-PHX-DJH.

Dated: December 22, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").