# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

### NOTICE OF FILING DEFENDANT'S JOINT RESPONSE TO PLAINITFF'S MOTION TO ALTER OR AMEND THE JUDMENT BASED ON RULE 59(e) [DOCKET NO. 97] AND REPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59 (e) [DOCKET NO. 98]

**PLEASE TAKE NOTICE** that on December 30, 2021, the Defendants filed the *Defendant's Joint Response to Plaintiff's Motion to Alter or Amend the Judgment Based on Rule 59(e)* [Docket No. 97] in the United States District Court for the District of Arizona in Rune Kraft v. Chevron CV-21-00575-PHX-DJH. A copy is attached hereto as Exhibit A.

**PLEASE TAKE NOTICE** that on December 30, 2021, the Defendants filed the *Response in Opposition to Plaintiff's Motion to Alter or Amend the Judgment Based on rule 59(e)* [Docket No. 98] in the United States District Court for the District of Arizona in Rune Kraft v. Chevron CV-21-00575-PHX-DJH. A copy is attached hereto as Exhibit B.

---

[1]   The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:237452.1 91100/001

2

| | |
|---|---|
| Dated: January 3, 2022 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Avenue<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 480-1984<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtors |