# EXHIBIT B

**AKERMAN LLP**
BRENDA K. RADMACHER (SBN 024955)
E-mail: brenda.radmacher@akerman.com
601 West Fifth Street
Suite 300
Los Angeles, California 90071
Telephone:   (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
W. R. Grace & Co.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| Rune Kraft,<br><br>                    Plaintiff,<br><br>v.<br><br>Chevron Corporation, a Delaware corporation, Valley Pacific Petroleum Services, Inc., a California corporation, Valley Pacific Petroleum Systems, Inc., a California corporation, French Camp, LLC, a California limited liability company, Valley Pacific Investments, a California based business entity, Silvas Oil Company, Inc., a California corporation, Acclaim Credit Technologies, a California corporation, Cunningham & Associates Real Estate, LLC, an Arizona limited liability company, Burr Commercial Properties, a California corporation, International Credit Recovery, Inc., a California company, W.R. Grace & Company, a Connecticut company, Mitchell Brown General Engineering, Inc., a California company, San Joaquin Sand & Gravel, a California company, Kaweah River Rock Company, a California business entity, California State Board of Equalization, an entity of the State of California, Tulare County Superior Court, an entity of the State of California, Orix Financial Services, Inc., a New York company, James Oliver, Alroy J. Oliver, Richard D. Oliver and Larry P. Oliver, residents of California, Eric M. Black, LLC, a California limited liability company, Cemex, Inc., a Louisiana | Case No: 2:21-CV-00575-PHX- DJH<br><br>**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(e) (DOC. 96)** |

corporation, Lehigh Hanson, Inc., a Delaware corporation, and DOES 1-10, Inclusive,

           Defendants.

Defendant W. R. Grace & Co. ("Grace") hereby responds through counsel in opposition to *Plaintiff's Motion to Alter or Amend the Judgment Based on Rule 59(e)* (DOC. 96) (the "Rule 59(e) Motion"), and states as follows:

1. Plaintiff Rune Kraft's Rule 59(e) Motion flagrantly violates orders entered in the chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), styled *In re W. R. Grace & Co., et al.*, Case No. 01-01139 (AMC) (D. Del. Bankr.) (the "Grace Chapter 11 Case"). The motion also violates this Court's own order restricting Mr. Kraft's filings in the instant matter. Grace therefore respectfully submits that this Court should either strike or deny the Rule 59(e) Motion for this reason alone.

2. As discussed more fully in Grace's *Response in Opposition to Motion for the Article III Court to Review the Order Issued by the Article I Court (Doc. 72)*, filed on September 10, 2021 [Doc. 81], the January 30, 2011 order (the "Confirmation Order") confirming Grace's now long-consummated chapter 11 plan of reorganization discharged the claims asserted against Grace in Mr. Kraft's complaint [Doc. 1]. The Confirmation Order also enjoins Mr. Kraft from asserting those claims against Grace in any forum whatsoever. The Delaware Bankruptcy Court's order of August 26, 2021, a copy of which was filed in this matter at Doc. 72, specifically found that Mr. Kraft's filing of his complaint had violated the Delaware Bankruptcy Court's Confirmation Order, and it ordered him to seek Grace's dismissal with prejudice from the instant matter. On September 8, 2021, the Delaware Bankruptcy Court entered another order (a copy of which is filed at Doc. 78), which found Mr. Kraft in contempt of that court because he had failed to file pleadings in the instant matter seeking dismissal of Grace with prejudice.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3. On October 1, 2021, the Delaware Bankruptcy Court entered its *Order Finding that Rune Kraft Is in Contempt of this Court by Willfully and Knowingly Violating this Court's Confirmation Order and Its Orders of August 26, 2021 [Docket No. 33256] and September 8, 2021 [Docket No. 33265] and Imposing Sanctions* [Bankr. Docket no. 33274], a copy of which was filed on the docket in this matter at Doc. 88 (the "Delaware Bankruptcy Court October 1 Order"). That order found Mr. Kraft in continuing contempt of the Delaware Bankruptcy Court's earlier orders. It also imposed a sanction on Mr. Kraft in the form of a $1,000 *per diem* fine for each day that he failed to file the pleadings necessary to dismiss Grace with prejudice from the instant matter. To date, Mr. Kraft has failed to comply with the Delaware Bankruptcy Court October 1 Order. He therefore remains in contempt of the Delaware Bankruptcy Court, and the sanction imposed by the October 1 Order continues to accrue.

4. What's more, Mr. Kraft further violated the Delaware Bankruptcy Court October 1 Order (as well as the Delaware Bankruptcy Court's prior orders) when he filed his Rule 59(e) Motion. In filing that motion, Mr. Kraft also further violated this Court's August 13, 2021 order [Doc. 60], which prohibited him from filing any papers in this matter unless otherwise ordered by this Court. Moreover, Grace also concurs with and supports the joint response filed contemporaneously herewith by the other defendants in this matter, which requests this Court either strike or deny the Rule 59(e) Motion for the reasons set forth therein. Grace therefore respectfully submits that the Court either strike or deny Mr. Kraft's Rule 59(e) Motion.

5. In view of the fact that Mr. Kraft remains in continuing contempt of the Delaware Bankruptcy Court October 1 Order, which is now a final and nonappealable order, Grace reserves the right to seek one or more further orders from the Delaware Bankruptcy Court imposing further sanctions on Mr. Kraft to the extent that he continues to either litigate the above-captioned matter in this Court, appeal this Court's orders to the United States Court of Appeals for the Ninth Circuit, or otherwise assert the claims at issue in the instant matter

1  against Grace in any other venue.

2      WHEREFORE, defendant W. R. Grace & Co. respectfully requests that the Court enter
3  an order either striking or denying the Rule 59(e) Motion and granting W. R. Grace & Co.
4  such other and further relief as the Court deems just and proper.
5  Respectfully submitted, this the 30th day of December, 2021.

6                                    **AKERMAN LLP**

7                                    By: */s/ Brenda K. Radmacher*
                                  Brenda K. Radmacher (SBN 024955)
8                                    601 West Fifth Street
                                  Suite 300
9                                    Los Angeles, California 90071
                                  Telephone:   (213) 688-9500
10                                   Facsimile:    (213) 627-6342
                                  E-mail: brenda.radmacher@akerman.com
11

12                                   *Attorneys for Defendant*
                                  *W. R. Grace & Co.*

13

14 **OF COUNSEL:**

15 Michael C. Marsh (*pro hac vice*)
Email:  michael.marsh@akerman.com
16 Ryan Roman (*pro hac vice*)
Email:  ryan.roman@akerman.com
17 Ashleigh C. McKenzie (*pro hac vice*)
Email: ashleigh.mckenzie@akerman.com
18 AKERMAN LLP
201 East Las Olas Boulevard
19 Suite 1800
Fort Lauderdale, FL  33301
20 Phone:  (954) 463-2700
Fax:  (954) 463-2224

21

22

23

24

25

26

27

28

                                         4                                     Case No. 2:21-CV-00575-PHX- DJH
**DEFENDANT W. R. GRACE & CO.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(E) (DOC. 96)**

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

61464969;2

# CERTIFICATE OF SERVICE

☒ I hereby certify that on December 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

☐ I hereby certify that on December 30, 2021, I served the attached document by U.S. Mail on the following, who are yet not registered participants of the CM/ECF System:

Rune Kraft
108 W 13th Street
Wilmington, DE 19801
Tel.: 302-408-1000
Email: rk@kraft.legal

*Pro Se Plaintiff*

Edward F Fernandes, Esq.
**King & Spalding LLP**
500 W 2nd Street, Suite 1800
Austin, TX 78701
Tel.: 512-297-6921
Email: efernandes@kslaw.com

Erich J Almonte, Esq.
**King & Spalding LLP**
1100 Louisiana, Suite 4000
Houston, TX 77002-5213
Tel.: 713-276-7378
Email: ealmonte@kslaw.com

*Attorneys for Chevron Corporation*

Brian Schulman, Esq.
Mitchell Lee Turbenson, Esq.
**Ballard Spahr LLP**
1 E Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Tel.: 602-798-5419
Email: SchulmanB@ballardspahr.com
Email: turbensonm@ballardspahr.com

*Attorneys for ORIX Financial Services Incorporated*

Cory L Braddock, Esq.
**Snell & Wilmer LLP**
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
Tel.: 602-382-6000
Email: cbraddock@swlaw.com

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Justin Alexander Anderson, Esq.
Vince Lee Farhat, Esq.
**Jeffer Mangels Butler & Mitchell LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Tel.: 310-203-8080
Email: janderson@jmbm.com

*Attorneys for Cemex Incorporated*

Jacob R Sorensen, Esq.
John R Grenfell, Esq.
**Pillsbury Winthrop Shaw Pittman LLP**
4 Embarcadero Ctr., 22nd Floor
San Francisco, CA 94111
Tel.: 415-983-1893
Email: jake.sorensen@pillsburylaw.com
Email: john.grenfell@pillsburylaw.com

*Attorneys for Lehigh Hanson Incorporated*

*/s/ Brenda K. Radmacher*
Brenda K. Radmacher

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342