IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: W.R. GRACE & CO., *et al.*, | : | Chapter 11 |
| Reorganized Debtors. | : | Bankr. Case No. 01-01139-AMC |
| GARY SMOLKER, | : | |
| Appellant, | : | Civ. No. 21-460-LPS |
| v. | : | |
| W.R. GRACE & CO., *et al.*, | : | |
| Appellees. | : | |

## ORDER

Having previously ordered (D.I. 49, 60) that Appellant's failure to file his opening brief on the merits of this appeal by November 30, 2021 will result in the dismissal of this appeal; and Appellant having failed to file his opening brief by that deadline,

IT IS HEREBY ORDERED that:

1.      The appeal is DISMISSED.

2.      Accordingly, the remaining requests for relief contained in Appellant's Emergency Motion (D.I. 59) are DENIED.

January 4, 2022
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE