## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtor. | |

### NOTICE OF FILING PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(E). REPLY TO DEFENDANTS' RESPONSE FILED AS DOC. 97 [DOCKET NO. 99] AND PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(E). REPLY TO DEFENDANTS' RESPONSE FILED AS DOC. 98 [DOCKET NO. 100]

**PLEASE TAKE NOTICE** that on January 6, 2022, the Plaintiff filed the *Plaintiff's Reply Brief in Support of Motion to Alter or Amend the Judgment Based on Rule 59(E). Reply to Defendants' Response Filed as Doc. 97* [Docket No. 99] in the United States District Court for the District of Arizona in Rune Kraft v. Chevron CV-21-00575-PHX-DJH.  A copy is attached hereto as Exhibit A.

**PLEASE TAKE NOTICE** that on January 6, 2022, the Plaintiff filed the *Plaintiff's Reply Brief in Support of Motion to Alter or Amend the Judgment Based on Rule 59(E). Reply to Defendants' Response Filed as Doc. 98* [Docket No. 100] in the United States District Court for the District of Arizona in Rune Kraft v. Chevron CV-21-00575-PHX-DJH.  A copy is attached hereto as Exhibit B.

---

[1]    The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

Dated:  January 7, 2022                    THE LAW OFFICES OF ROGER HIGGINS, LLC
                                           Roger J. Higgins
                                           516 N. Ogden Avenue
                                           Suite 136
                                           Chicago, IL 60642
                                           Telephone: (312) 480-1984

                                           and

                                           PACHULSKI STANG ZIEHL & JONES LLP

                                           */s/ James E. O'Neill*
                                           Laura Davis Jones (Bar No. 2436)
                                           James E. O'Neill (Bar No. 4042)
                                           919 North Market Street, 17th Floor
                                           PO Box 8705
                                           Wilmington, DE  19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile: (302) 652-4400

                                           Co-Counsel for the Reorganized Debtors

DOCS_DE:237689.1 91100/001