# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtor. | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of January, 2022, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF FILING PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(e). REPLY TO DEFENDANTS' RESPONSE FILED AS DOC. 97 [DOCKET NO. 99] AND PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO ALTER OR AMEND THE JUDGMENT BASED ON RULE 59(e). REPLY TO DEFENDANTS' RESPONSE FILED AS DOC. 98 [DOCKET NO. 100]**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

WR Grace – Rune Kraft Service List
Case No. 01-1139
Document No. 235269.2
02 – Overnight Delivery
02 – Email

**OVERNIGHT AND EMAIL**
**Email: rk@kraft.legal**
Rune Kraft, Esquire
Kraft Legal
108 West 13th Street
Wilmington, DE  19801

**OVERNIGHT AND EMAIL**
**Email: ingrid.aronson@kraft.legal**
Ingrid Aronson, Legal Assistant
Kraft Legal
108 West 13th Street
Wilmington, DE  19801