MR. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

January 17, 2022

United States Bankruptcy Court    CIVIL ACTION NO. 01-80367
824 N. Market St., 3rd Fl.
Wilmington, DE 19801             Chapter 11

RE: Worksafe Industries Inc.

Dear Clerk:

    I would like to know have this Court chosen a trust to pay asbestos claims forms and if you have I would like to know the name, address and telephone numbers.

Sincerely,
Autry Earl Barney Pro Se.

*Autry Earl Barney pro Se.*

Autry Barney
517 Cherry Ave.
Jackson, AL 36545



MOBILE AL 366
18 JAN 2022 PM 2 L

Clerk Office
United States Bankruptcy Court
824 N. Market St., 3rd Fl.
Wilmington, DE 19801