MR. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

February 10, 2022　　　　　　　　　　　　　　　　　　　(251)-387-0443

United States Bankruptcy Court　　　　　CIVIL ACTION NO. 01-1139
824 Market Street North, 3rd Floor
Wilmington, DE 19801

WRG Asbestos PI Trust
P.O. Box 1390
Wilmington, DE 19899-1390

RE: WRG Asbestos PI Trust Claim No. 38553519

Dear Clerk,

   I filed documents in this court, dated December 3, 2021. I haven't received a response from the judge. Is there a time limit on that response that I haven't received.

　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　Autry Earl Barney Pro Se.

　　　　　　　　　　　　　　　　　　　*Autry Earl Barney pro Se.*