# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 5/11/2022
Case: 01−01139−AMC  Form ID: van401a  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044
            Autry Earl Barney      517 Cherry Ave.     Jackson, AL 36545−3607

TOTAL: 2