MR. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

May 22, 2022

FILED
2022 MAY 27 AM 8:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Case No.:01-01139-AMC

Chapter 11

Shannon M. Clougherty
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219-2399
T 412-261-0310
F 412-261-5066

In Re:
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
EIN:65-0773649

RE: Telephonic Status Hearing

Dear Clerk Una O'Boyle:

    I received your May 11, 2022 Telephonic Status Hearing letter.

Sincerely,
Autry Earl Barney Pro Se.

*Autry Earl Barney Pro Se.*