# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JUNE 14, 2022, AT 12:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN

**W. R. Grace & Co. - Case No. 01-1139**
**June 14, 2022 at 12:00 p.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

**STATUS HEARING:**

1. Movant Order Motion for Settlement Relief of Autry Earl Barney [Filed: 5/10/22] (Docket No. 33293).

    Response Deadline: None.

    Responses Received:

    a. Letter Response of the WRG Asbestos PI Trust to Letter of Autry Earl Barney [Filed: 5/26/22] (Docket No. 929650).

    Related Documents:

    a. Notice of Telephonic Status Hearing on June 14, 2022, at 12:00 p.m. Before the Honorable Ashely M. Chan [Filed: 5/11/22] (Docket No. 33295).

    b. Amended Notice of Telephonic Status Hearing on June 14, 2022, at 12:00 p.m. Before the Honorable Ashely M. Chan [Filed: 5/11/22] (Docket No. 929649).

    Status: The status hearing will go forward on this matter on June 14, 2022, at 12:00 p.m.

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

| | |
|---|---|
| Dated: June 9, 2022 | **CAMPBELL & LEVINE, LLC** |
| | |
| | */s/ Marla R. Eskin* |
| | Marla R. Eskin (No. 2989) |
| | 222 Delaware Avenue, Suite 1620 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 426-1900 |
| | Fax: (302) 426-9947 |
| | |
| | Counsel for WRG Asbestos PI Trust |

{C1214668.1 }