# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 11 |
|  | : |  |
| W. R. GRACE & CO., *et al.*[1] | : | Case No. 01-1139 (AMC) |
|  | : |  |
| Debtor. | : |  |

## CERTIFICATE OF SERVICE

I, Marla R. Eskin, of Campbell & Levine, LLC, hereby certify that on this date I caused a copy of the foregoing to be served upon the individuals listed below in the manner indicated:

**FEDERAL EXPRESS and USPS Regular Mail**
Autry Earl Barney
517 Cherry Ave.
Jackson, AL 36545

**ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: James E. O'Neill
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

Dated: June 9, 2022

/s/ Marla R. Eskin
Marla R. Eskin (DE No. 2989)

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

{C1214740.1}