## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| W. R. GRACE & CO., et al. | : | |
| Reorganized Debtor | : | Bankruptcy No. 01-01139-AMC |
| | | (Jointly Administered) |

## **O R D E R**

**AND NOW,** Upon consideration of the *Motion for Settlement Relief Filed by Autry Earl Barney* (Doc. #33293) (the "Motion"), and after notice and hearing on June 14, 2022, it is hereby

**ORDERED** that the Motion is **DENIED** for the reasons stated in open Court.

Dated: June 14, 2022

_____
Ashely M. Chan
United States Bankruptcy Judge