# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Jessica Wilkerson, counsel to Montana's Department of Environmental Quality hereby certify that on March 21, 2023, I caused to be served the following:

1. State of Montana's Response in Support of Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1 (Docket Number: 33305).

To the parties listed on the annexed Exhibit "A" as indicated and by electronic notice to all parties receiving notice of filings through the Court's case filing system.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated: March 23, 2023

/s/ Jessica Wilkerson
Jessica Wilkerson (MT Bar No. 12478)
MDEQ Legal Counsel

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

4856-4916-6425v.1

# Exhibit "A"

**FIRST CLASS MAIL**
(*Counsel for the Reorganized Debtor*)
Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
516 North Ogden Ave., Suite 136
Chicago, IL 60642

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

**FIRST CLASS MAIL**
(*The Office of the United States Trustee*)
Richard L. Schepacarter, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**FIRST CLASS MAIL**
(*Counsel for the WRG Asbestos PI Trust*)
Marla Rosoff Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

Philip E. Milch, Esq.
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219

**FIRST CLASS MAIL**
(*Counsel for the Asbestos PI Future Claimants Representative*)

John C. Phillips, Jr., Esq.
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806

**FIRST CLASS MAIL**
(*Counsel for the Asbestos PD Future Claimants Representative*)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Alan B. Rich, Esq.
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**FIRST CLASS MAIL**
(*Counsel for the WRG Asbestos PD Trust (7A)*)
Richard B. Schiro
WRG Asbestos PD Trust
c/o Wilmngton Trust
Attn: Coporate Trust Administration
1100 N. Market Street
Wilmington, DE 19890-1625
Deborah D. Williamson, Esq.
Dykema Cox Smith
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

**FIRST CLASS MAIL**
(*Counsel for the WRG Asbestos PD Trust (7B)*)
Edward B. Cottingham, Jr., Esq.
The Cottingham Law Firm
317 Wingo Way
Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465
M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H, Charleston, SC 29402

2

4856-4916-6425v.1

*FIRST CLASS MAIL*
(*Counsel for the CDN ZAI PD Claims Fund*)
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington DE 19806

Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger Lesperance Inc.
286, Rue St-Paul Quest
Bureau 100
Montreal, Quebec, H26 2A3
Canada

2