Mr. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

March 22, 2023

(251)-387-0443

United States Bankruptcy Court
District of Delaware
824 Maret St.
Wilmington, DE 19801

Owens-Illinois Asbestos Personal
Injury Trust
P.O. Box 1189
Wilmington, DE 19899

DII Industries, LLC Asbestos PI Trust
P.O. Box 393
Wilmington, DE 19899-1036

Christopher Brutsche
The Brandywine Building
1000 N. West St., Suite 300
Wilmington, DE 19801

RE: Owens-Illinois Asbestos Personal Injury
    Trust Claim No. 86028983
    Product Code No. 77801

To whom it concern:

  I received a letter from you concerning the deficient claim 77801: No. I filed an Affidavit of Exposure that will show the name and city and State of my exposure, and I had a secondary exposure from my father Mr. Sampson Barney.

  His exposure site city and State Scott Paper mill in Mobile, Alabama. This trust is giving me the run around. I want to receive my maximum settlement for my exposure from this trust.

Sincerely,
Autry Earl Barney Pro Se.

*Autry Earl Barney pro se.*

Copy

# Delaware Claims Processing Facility

March 14, 2023

Autry E. Barney
517 Cherry Avenue
Jackson, AL 36545

      RE: Owens Illinois (OI) claim # 86028983

Dear Mr. Barney:

I am writing in regard to the claim you have filed with the Owen Illinois Asbestos Personal Injury Trust (the "Trust"). You have elected to file this claim as Disease Level III, Asbestosis/Pleural Disease.

Your claim is currently deficient with the following code:

778OI: Product Dates Outside of Recognized Manufacture Dates

      The product you claimed is a known product, however, the period of claimed exposure does not coincide with the date the product was known to be used. Please provide documentation which places an acceptable OI asbestos containing product at a site on the claim during the appropriate time frame.

Please provide the Trust with the additional information at your earliest convenience. Please note that until the Trust receives the additional information as indicated above, this claim cannot be reviewed any further. If you have any additional questions, please do not hesitate to contact us.

Sincerely,

Christopher Brutsche
Manager of Claimant Relations
1000 N. West Street, Suite 300
Wilmington, DE 19801
ClaimantRelations@delcpf.com

222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

**Marla Rosoff Eskin** • meskin@camlev.com

**Campbell & Levine, LLC**
Attorneys at Law

March 7, 2023

**VIA Federal Express**
**& First Class U.S. Mail**
Mr. Autry Earl Barney
517 Cherry Avenue
Jackson, AL 36545-3607

Re:  Owens-Illinois Asbestos Personal Injury Trust
     Claim No. 86028983

Dear Mr. Barney:

This firm represents the Owens-Illinois Asbestos Personal Injury Trust (the "Trust"). We received your correspondence, dated February 21, 2023, to the U.S. Bankruptcy Court for the District of Delaware inquiring as to the status of your Trust claim.

Please be advised that the Trust's claims processing agent received an initial claim filing from you on October 21, 2022 and a subsequent claim filing on December 13, 2022. Each individual filing lacked required documentation to allow the Trust's claims processor to commence review of either. However, with information from both filings the claim was placed in the queue with all other claims awaiting review. The review process will be completed by approximately mid-April.

Very truly yours,

Marla Rosoff Eskin

MRE/jtf

cc: Delaware Claims Processing Facility (via email)

{C1252137.1}

Pittsburgh, Pennsylvania • Wilmington, Delaware

E. Barney
cherry Ave.
son, AL 36545

Christopher Brutsche
Manager of Claimant Relations
1000 N. West Street, Suite 300
Wilmington, DE 19801



USA FOREVER