**CERTIFICATE OF SERVICE**

      I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 24th day of April 2023, I caused a copy of the *Notice of Filing of Audited Annual Report and Claim Summary of Edward B. Cottingham, Jr., Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7B* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid.

Brian Lansing
Cherée Johnson
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

John Donley, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave., Suite 136
Chicago, IL  60642

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, DE  19899-8705

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE  19801

M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms LLC
211 King Street, Suite 300
Charleston, SC 29401

Alexander M. Sanders, Jr., Esq.
Asbestos PD Future Claimants' Representative
The Sanders Law Firm of South Carolina, LLC
1727 Hampton Street
Columbia, SC  29201

Alan B. Rich, Esq.
Law Offices of Alan B. Rich
7324 Gaston Ave, Suite 124
Dallas, TX 75214

Richard B. Schiro
Corporate Trust Administrator
WRG Asbestos PD Trust
c/o Wilmington Trust Company
1100 North Market Street
Wilmington, DE  19890

Deborah D. Williamson, Esq.
Dykema Cox Smith
112 East Pecan Street, Suite 1800
San Antonio, TX  78205

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC  29464

April 24, 2023                                      */s/ William D. Sullivan*
Date                                                  William D. Sullivan