# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON MAY 1, 2023 AT 10:00 A.M. BEFORE <u>THE HONORABLE ASHELY M. CHAN</u>

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

## RESOLVED MATTER:

1. Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1 [Filed: 1/10/23] (Docket No. 929655)

   <u>Response Deadline:</u>  March 21, 2023, at 4:00 p.m.

   <u>Responses Received:</u>

   a. Notice of State of Montana's Response in Support of Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1 [Filed: 3/21/23] (Docket No. 33305)

   <u>Related Documents:</u>

   a. Notice of Filing of Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1 [Filed: 2/2/23] (Docket No. 929657)

   b. Certification of No Objection Regarding Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1 [Filed: 3/23/23] (Docket No. 33306)

   c. [Signed] Order Approving Settlement Agreement Resolving State of Montana's Claim for Operating Unit 3 of the Libby Asbestos Superfund Site [Filed: 3/23/23] (Docket No. 33308)

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "<u>Grace</u>").

<u>Status:</u>  the Court has entered an order on this matter.  No hearing is necessary.

Dated:  April 27, 2023

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors