## Exhibit 2

**Post-Confirmation Quarterly Summary Reports**

**EXHIBIT 2-A**

**Q1-2018 Post-Confirmation Quarterly Summary Report (Docket no. 33046)**

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.        Bank: See attached

Bankruptcy Number: 01-01139        Account Number: See attached

Date of Confirmation: April 26, 2018        Account Type: See attached

Reporting Period (month/year): March 31, 2018

| Beginning Cash Balance: | $ | 56,513,795 |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|

| Collection of Accounts Receivable: | $ | 1,158,871,529 |
|---|---|---|

| Proceeds from Litigation (settlement or otherwise): | $0 | |
|---|---|---|

| Sale of Debtor's Assets: | $0 | |
|---|---|---|

| Capital Infusion pursuant to the Plan: | $0 | |
|---|---|---|

| Total of cash received: | $ | 1,158,871,529 |
|---|---|---|

| Total of cash available: | $ | 1,215,385,324 |
|---|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|

| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
|---|---|

| All other disbursements made in the ordinary course: | $1,154,325,448 |
|---|---|

| Total Disbursements | $1,154,325,448 |
|---|---|

| Ending Cash Balance | $61,059,876 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/27/18        **William C. Dockman, VP and Controller**
Date        Name/Title

Debtor: _____

Case Number: 01-01139

**Quarterly Summary Report**

*Chart 1*

| | W. R. Grace & Co. - Conn | W. R. Grace & Co. | Total |
|---|---|---|---|
| **Beginning Cash Balance** | $ 56,513,795 | $ - | $ 56,513,795 |
| **Total of cash received** | $ 1,106,691,435 | $ 52,180,094 | $ 1,158,871,529 |
| **Total Disbursements** | $ 1,102,145,353 | $ 52,180,094 | $ 1,154,325,448 |
| **Ending Cash Balance** | $ 61,059,876 | $ - | $ 61,059,876 |

*Chart 1*

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2019 | Bank of America<br>Lockbox<br>8188203114 | Bank of America<br>Payroll<br>8188059891 | Bank of America<br>Accts payable<br>33594481366 | Bank of America<br>Lockbox<br>8188903106 |
|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $    60,808,064 | $           - | $    (6,464,115) | $           (0) |
| RECEIPTS | | | | |
| | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 291,894,067 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | |
| TRANSFERS IN - THIRD PARTIES | 124,598,334 | | | - |
| TRANSFERS IN - NONFILING ENTITIES | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 291,863,821 | 72,255,198 | 234,534,138 | |
| MISCELLANEOUS | | | | |
| | | | | |
|        TOTAL RECEIPTS | 416,462,156 | 72,255,198 | 234,534,138 | 291,894,067 |
| DISBURSEMENTS | | | | |
| | | | | |
| PAYROLL | | 72,255,198 | | |
| PAYROLL TAXES | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | 230,958,832 | |
| TRADE PAYABLES - INTERCOMPANY | | | | |
| TRANSFERS OUT - THIRD PARTIES | 113,549,820 | | | 10,352 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 306,789,298 | | | 291,863,821 |
| MISCELLANEOUS | | | | |
| | | | | |
|        TOTAL DISBURSEMENTS | 420,339,118 | 72,255,198 | 230,958,832 | 291,874,173 |
| | | | | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | (3,876,962) | - | 3,575,306 | 19,894 |
| | | | | |
|        CASH - END OF QUARTER | $    56,931,122 | $           - | $    (2,888,809) | $        19,894 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2018**

| | BoA EUR Acct 13163705 | BoA JPY Acct | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125983172 | PNC MM Account 5500332434 | BoA CAD Account 32561020 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ (0) | $ 906,011 | $ 709,461 | $ 243,309 | $ 46,005 | $ - |
| RECEIPTS | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | - | - | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 46,820,518 | 11,167,298 | - | - | | |
| TRANSFERS IN - NONFILING ENTITIES | 18,755,133 | 34,704 | - | - | | 10,282,668 |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 3,193,182 | 906,011 | - | - | | |
| MISCELLANEOUS | 11,159 | 151,233 | 2,989 | - | - | 35,546 |
| TOTAL RECEIPTS | 68,779,991 | 12,259,246 | 2,989 | - | - | 10,318,214 |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | | | - | - | | |
| PAYROLL TAXES | | | - | - | | |
| TRADE PAYABLES - THIRD PARTIES | | | - | - | | |
| TRADE PAYABLES - INTERCOMPANY | | | - | - | | |
| TRANSFERS OUT - THIRD PARTIES | 12,603,068 | 5,829,731 | 163 | 112 | 744 | |
| TRANSFERS OUT - NONFILING ENTITIES | 52,971,930 | 971,557 | - | - | | 10,079,912 |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 3,193,220 | 906,011 | - | - | | |
| MISCELLANEOUS | - | - | - | - | | |
| TOTAL DISBURSEMENTS | 68,768,218 | 7,707,299 | 163 | 112 | 744 | 10,079,912 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 11,773 | 4,551,948 | 2,826 | (112) | (744) | 238,302 |
| CASH - END OF QUARTER | $ 11,773 | $ 5,457,959 | $ 712,287 | $ 243,197 | $ 45,261 | $ 238,302 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

*Chart 1*

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2018 | | | | CURRENT MONTH | |
|---|---|---|---|---|---|
| | Cash in<br>Transit | Cash<br>on Hand | Other | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ 138,026 | $ 3,750 | $ 123,265 | $ 56,513,795 | $ - |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 291,894,067 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 185,435 | | | 182,771,585 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | 29,072,505 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 602,752,350 | |
| MISCELLANEOUS | | | | 200,928 | |
| TOTAL RECEIPTS | 185,435 | - | - | 1,106,691,435 | |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | 72,255,198 | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | | | 230,958,832 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | 138,026 | - | | 132,132,015 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | 64,023,399 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 602,752,350 | |
| MISCELLANEOUS | | | 23,559 | 23,559 | |
| TOTAL DISBURSEMENTS | 138,026 | - | 23,559 | 1,102,145,353 | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 47,409 | - | (23,559) | 4,546,081 | |
| CASH - END OF QUARTER | $ 185,435 | $ 3,750 | $ 99,706 | $ 61,059,876 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W.R. Grace & Co. Schedule of Cash Receipts and Disbursements MOR-1 March 2016 | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 52,180,094 | 52,180,094 | |
| TOTAL RECEIPTS | 52,180,094 | 52,180,094 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 52,180,094 | 52,180,094 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 52,180,094 | 52,180,094 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | - | |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Exhibit 2-B**

**Q2-2018 AMENDED Post-Confirmation Quarterly Summary Report (Docket no. 33083)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
**AMENDED**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_W. R. Grace & Co._     Bank:_See attached_

Bankruptcy Number:_01-01139_     Account Number:_See attached_

Date of Confirmation: AMENDED January 28, 2019     Account Type:_See attached_

Reporting Period (month/year):_June 30, 2018_

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 20,656,343 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 20,656,343 |

| Total of cash available: | $ | 20,656,343 |
|---|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 20,656,343 |

| Total Disbursements | $20,656,343 |
|---|---|

| Ending Cash Balance | $0 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_1/30/19_
Date

**William C. Dockman, VP and Controller**
Name/Title

Debtor:_William C. Dockman_

Case Number:_01-01139_

# Quarterly Summary Report

Chart 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2018**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 20,656,343 | 20,656,343 | |
| TOTAL RECEIPTS | 20,656,343 | 20,656,343 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 20,656,343 | 20,656,343 | |
| MISCELLANEOUS | | | |
| TOTAL DISBURSEMENTS | 20,656,343 | 20,656,343 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**EXHIBIT 2-C**

**Q3-2018 AMENDED Post-Confirmation Quarterly Summary Report (Docket no. 33084)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
**AMENDED**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: _W. R. Grace & Co._          Bank: _See attached_

Bankruptcy Number: _01-01139_              Account Number: _See attached_

Date of Confirmation: _AMENDED January 28, 2019_   Account Type: _See attached_

Reporting Period (month/year): _September 30, 2018_

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 10,750,804 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 10,750,804 |
| Total of cash available: | $ | 10,750,804 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 10,750,804 |
| Total Disbursements | $10,750,804 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_1/30/19_
Date

**William C. Dockman, VP and Controller**
Name/Title

Debtor: _W. C. D_____

Case Number: _01-01139_

# Quarterly Summary Report

Chart 1

| W.R. Grace & Co.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2018 | Bank of America<br>Pass Through<br>1201763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 10,750,804 | 10,750,804 | |
| TOTAL RECEIPTS | 10,750,804 | 10,750,804 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 10,750,804 | 10,750,804 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 10,750,804 | 10,750,804 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## Exhibit 2-D

**Q4-2018 Post-Confirmation Quarterly Summary Report (Docket no. 33085)**

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.          Bank: See attached

Bankruptcy Number: 01-01139          Account Number: See attached

Date of Confirmation: January 21, 2018          Account Type: See attached

Reporting Period (month/year): December 31, 2018

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 19,830,808 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,830,808 |
| Total of cash available: | $ | 19,830,808 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,830,808 |
| Total Disbursements | $19,830,808 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/23/19          William C. Dockman, VP and Controller
Date                   Name/Title

Debtor: _William C. Dockman_

Case Number: 01-01139

**Quarterly Summary Report**

Chart 1

| W.R. Grace & Co. | | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
| MOR-1 | | | |
| December 2018 | | | |
| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,830,808 | 19,830,808 | |
| TOTAL RECEIPTS | 19,830,808 | 19,830,808 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,830,808 | 19,830,808 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 19,830,808 | 19,830,808 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## EXHIBIT 2-E

**Q1-2019 Post-Confirmation Quarterly Summary Report (Docket no. 33091)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.          Bank:  See attached

Bankruptcy Number:  01-01139                Account Number:  See attached

Date of Confirmation: April 23, 2019        Account Type:  See attached

Reporting Period (month/year): March 31, 2019

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | - |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 31,595,942 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 31,595,942 |
| Total of cash available: | $ | 31,595,942 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 31,595,942 |
| Total Disbursements | $31,595,942 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/24/2019          **William C. Dockman, VP and Controller**
Date                 Name/Title

Debtor:

Case Number:  01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $                 - | $                 - |
| **Total of cash received** | $      31,595,942 | $      31,595,942 |
| **Total Disbursements** | $      31,595,942 | $      31,595,942 |
| **Ending Cash Balance** | $                 - | $                 - |

**Exhibit 2-F**

**Q2-2019 Post-Confirmation Quarterly Summary Report (Docket no. 33103)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_W. R. Grace & Co._          Bank:_See attached___

Bankruptcy Number:_01-01139_              Account Number:_See attached___

Date of Confirmation:_July 23, 2019_       Account Type:_See attached__

Reporting Period (month/year): June 30, 2019
``

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|

| Collection of Accounts Receivable: | $ | 50,269,524 |
|---|---|---|

| Proceeds from Litigation (settlement or otherwise): | $0 | |
|---|---|---|

| Sale of Debtor's Assets: | $0 | |
|---|---|---|

| Capital Infusion pursuant to the Plan: | $0 | |
|---|---|---|

| Total of cash received: | $ | 50,269,524 |
|---|---|---|

| Total of cash available: | $ | 50,269,524 |
|---|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|

| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|

| All other disbursements made in the ordinary course: | $ | 50,269,524 |
|---|---|---|

| Total Disbursements | $50,269,524 | |
|---|---|---|

| Ending Cash Balance | $0 | |
|---|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_7|25|19_          **William C. Dockman, VP and Controller**
Date                Name/Title

Debtor:_____WCDm_____

Case Number:_01-01139_

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $                    - | $                    - |
| **Total of cash received** | $        50,269,524 | $        50,269,524 |
| **Total Disbursements** | $        50,269,524 | $        50,269,524 |
| **Ending Cash Balance** | $                    - | $                    - |

Chart 1

## W.R. Grace & Co.
## Schedule of Cash Receipts and Disbursements
### MOR-1
### June 2019

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $         - | $         - | $         - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 50,269,524 | 50,269,524 | |
| TOTAL RECEIPTS | 50,269,524 | 50,269,524 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 50,269,524 | 50,269,524 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 50,269,524 | 50,269,524 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $         - | $         - | $         - |

**Exhibit 2-G**

**Q3-2019 Post-Confirmation Quarterly Summary Report (Docket no. 33131)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: _W. R. Grace & Co._        Bank: _See attached_

Bankruptcy Number: _01-01139_        Account Number: _See attached_

Date of Confirmation: _October 22, 2019_        Account Type: _See attached_

Reporting Period (month/year): _September 30, 2019_

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 19,222,985 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,222,985 |
| Total of cash available: | $ | 19,222,985 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,222,985 |
| Total Disbursements | $19,222,985 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_10/24/19_
Date

__William C. Dockman, Senior VP and Chief Financial Officer__
Name/Title

Debtor: _Wm CD___

Case Number: _01-01139_

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,222,985 | $ 19,222,985 |
| **Total Disbursements** | $ 19,222,985 | $ 19,222,985 |
| **Ending Cash Balance** | $ - | $ - |

Chart 1

**W.R. Grace & Co.**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**September 2019**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF QUARTER** | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,222,985 | 19,222,985 | |
| **TOTAL RECEIPTS** | 19,222,985 | 19,222,985 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,222,985 | 19,222,985 | |
| MISCELLANEOUS | - | - | |
| **TOTAL DISBURSEMENTS** | 19,222,985 | 19,222,985 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| **CASH - END OF QUARTER** | $ - | $ - | $ - |

## Exhibit 2-H

**Q4-2019 Post-Confirmation Quarterly Summary Report (Docket no. 33184)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.                    Bank:  See attached

Bankruptcy Number:  01-01139                    Account Number:  See attached

Date of Confirmation: January 20, 2020                    Account Type:  See attached

Reporting Period (month/year): December 31, 2020

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $ | 19,997,466 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,997,466 |
| Total of cash available: | $ | 19,997,466 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,997,466 |
| Total Disbursements | $19,997,466 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

January 22, 2021                    **Michael J. Brown, VP and Controller**
Date                                                Name/Title

Debtor:

Case Number:  01-01139

**Quarterly Summary Report**

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,997,466 | $ 19,997,466 |
| **Total Disbursements** | $ 19,997,466 | $ 19,997,466 |
| **Ending Cash Balance** | $ - | $ - |

Chart 1

| W.R. Grace & Co.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>December 2020 | Bank of America<br>Pass Through<br>1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $                - | $                - | $ |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,997,466 | 19,997,466 | |
| TOTAL RECEIPTS | 19,997,466 | 19,997,466 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,997,466 | 19,997,466 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 19,997,466 | 19,997,466 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $                - | $                - | $                - |

GENERAL LEDGER BALANCE                                    -                -

**Difference**                                                          -

**EXHIBIT 2-I**

**Q1-2020 Post-Confirmation Quarterly Summary Report (Docket no. 33146)**

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: _W. R. Grace & Co._      Bank: _See attached___

Bankruptcy Number: _01-01139_      Account Number: _See attached___

Date of Confirmation: _April 22, 2020_      Account Type: _See attached___

Reporting Period (month/year): _March 31, 2020_
``

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 60,454,616 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 60,454,616 |
| Total of cash available: | $ | 60,454,616 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 60,454,616 |
| Total Disbursements | $60,454,616 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 22, 2020      **Michael J. Brown, VP and Controller**
Date      Name/Title

Debtor:_____ /s/ Michael J. Brown

Case Number:_ 01-01139_

**Quarterly Summary Report**

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| Beginning Cash Balance | $          - | $          - |
| Total of cash received | $     60,454,616 | $     60,454,616 |
| Total Disbursements | $     60,454,616 | $     60,454,616 |
| Ending Cash Balance | $          - | $          - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2020**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 60,454,616 | 60,454,616 | |
| TOTAL RECEIPTS | 60,454,616 | 60,454,616 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 60,454,616 | 60,454,616 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 60,454,616 | 60,454,616 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## Exhibit 2-J

**Q2-2020 Post-Confirmation Quarterly Summary Report (Docket no. 33151)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.          **Bank:** See attached

**Bankruptcy Number:** 01-01139          **Account Number:** See attached

**Date of Confirmation:** July 27, 2020          **Account Type:** See attached

**Reporting Period (month/year):** June 30, 2020

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 19,856,562 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,856,562 |
| Total of cash available: | $ | 19,856,562 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,856,562 |
| Total Disbursements | $19,856,562 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

July 28, 2020
Date

**Michael J. Brown, VP and Controller**
Name/Title

**Debtor:**

**Case Number:** 01-01139

# Quarterly Summary Report

*Chart 1*

|  | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $                    - | $                    - |
| **Total of cash received** | $          19,856,562 | $          19,856,562 |
| **Total Disbursements** | $          19,856,562 | $          19,856,562 |
| **Ending Cash Balance** | $                    - | $                    - |

Chart 1

**W.R. Grace & Co.**
Schedule of Cash Receipts and Disbursements
MOR-1
June 2020

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $        - | $        - | $        - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,856,562 | 19,856,562 | |
| TOTAL RECEIPTS | 19,856,562 | 19,856,562 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,856,562 | 19,856,562 | |
| MISCELLANEOUS | - | | |
| TOTAL DISBURSEMENTS | 19,856,562 | 19,856,562 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $        - | $        - | $        - |

## Exhibit 2-K

**Q3-2020 Post-Confirmation Quarterly Summary Report (Docket no. 33166)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_ W. R. Grace & Co.___          Bank:_ See attached___

Bankruptcy Number:_ 01-01139___          Account Number:_ See attached___

Date of Confirmation: October 22, 2020          Account Type:_ See attached___

Reporting Period (month/year): September 30, 2020

| | |
|---|---|
| Beginning Cash Balance: | $                    - |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $          19,856,604 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $          19,856,604 |
| Total of cash available: | $          19,856,604 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $          19,856,604 |
| Total Disbursements | $19,856,604 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_27 October 2020_          __Michael J. Brown, VP and Controller__
Date          Name/Title

Debtor: _Michael J. Brown_

Case Number:_ 01-01139_

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,856,604 | $ 19,856,604 |
| **Total Disbursements** | $ 19,856,604 | $ 19,856,604 |
| **Ending Cash Balance** | $ - | $ - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**September 2020**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,856,604 | 19,856,604 | |
| TOTAL RECEIPTS | 19,856,604 | 19,856,604 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,856,604 | 19,856,604 | |
| MISCELLANEOUS | - | - | |
| TOTAL DISBURSEMENTS | 19,856,604 | 19,856,604 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**Exhibit 2-L**

**Q4-2020 Post-Confirmation Quarterly Summary Report (Docket no. 33184)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  W. R. Grace & Co.                    Bank:  See attached

Bankruptcy Number:  01-01139                    Account Number:  See attached

Date of Confirmation: January 20, 2020                    Account Type:  See attached

Reporting Period (month/year): December 31, 2020

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 19,997,466 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 19,997,466 |
| Total of cash available: | $ | 19,997,466 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 19,997,466 |
| Total Disbursements | $19,997,466 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

January 22, 2021
Date

**Michael J. Brown, VP and Controller**
Name/Title

Debtor:

Case Number:  01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 19,997,466 | $ 19,997,466 |
| **Total Disbursements** | $ 19,997,466 | $ 19,997,466 |
| **Ending Cash Balance** | $ - | $ - |

Chart 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2020**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,997,466 | 19,997,466 | |
| TOTAL RECEIPTS | 19,997,466 | 19,997,466 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 19,997,466 | 19,997,466 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 19,997,466 | 19,997,466 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

GENERAL LEDGER BALANCE - -

**Difference** -

## EXHIBIT 2-M

**Q1-2021 Post-Confirmation Quarterly Summary Report (Docket no. 33227)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **W. R. Grace & Co.**          Bank: **See attached**

Bankruptcy Number: **01-01139**          Account Number: **See attached**

Date of Confirmation: **April 17, 2021**          Account Type: **See attached**

Reporting Period (month/year): **March 31, 2021**

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 21,861,413 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 21,861,413 |
| Total of cash available: | $ | 21,861,413 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $          21,861,413 |
| Total Disbursements | $21,861,413 |
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Apr 20, 2021_          **Michael J. Brown, VP and Controller**
Date                          Name/Title

Debtor: _Michael J. Brown_

Case Number: **01-01139**

*Chart 1*

| | W. R. Grace & Co. | Total |
|---|---|---|
| **Beginning Cash Balance** | $ - | $ - |
| **Total of cash received** | $ 21,861,413 | $ 21,861,413 |
| **Total Disbursements** | $ 21,861,413 | $ 21,861,413 |
| **Ending Cash Balance** | $ - | $ - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2021**

| | Bank of America Pass Through 1291763728 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 21,861,413 | 21,861,413 | |
| TOTAL RECEIPTS | 21,861,413 | 21,861,413 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 21,861,413 | 21,861,413 | |
| MISCELLANEOUS | - | | |
| TOTAL DISBURSEMENTS | 21,861,413 | 21,861,413 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |