## E<small>XHIBIT</small> 3

**Q2-2018 and Q3-2018 SUPERSEDED Post-Confirmation Quarterly Summary Reports**

**EXHIBIT 3-A**

**Q2-2018 SUPERSEDED Post-Confirmation Quarterly Summary Report
(Docket no. 33084)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **W. R. Grace & Co.**   Bank: **See attached**

Bankruptcy Number: **01-01139**   Account Number: **See attached**

Date of Confirmation: **July 25, 2018**   Account Type: **See attached**

Reporting Period (month/year): **June 30, 2018**

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 52,972,757 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 52,972,757 |
| Total of cash available: | $ | 52,972,757 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 52,972,757 |
| Total Disbursements | $52,972,757 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_7/31/18_   **William C. Dockman, VP and Controller**
Date   Name/Title

Debtor: _Wm CDon_

Case Number: **01-01139**

**Quarterly Summary Report**

*Chart 1*

|  | W. R. Grace & Co. |
|---|---|
| **Beginning Cash Balance** | $                    - |
| **Total of cash received** | $        52,972,757 |
| **Total Disbursements** | $        52,972,757 |
| **Ending Cash Balance** | $                    - |

Chart 1

| W.R. Grace & Co. | | | |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
| MOR-1 | | | |
| June 2018 | | | |
| | Bank of America Pass Through 1291763726 | CURRENT MONTH | |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 52,972,757 | 52,972,757 | |
| TOTAL RECEIPTS | 52,972,757 | 52,972,757 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 52,972,757 | 52,972,757 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 52,972,757 | 52,972,757 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | |
| CASH - END OF QUARTER | $ - | $ - | $ - |

## Exhibit 3-B

**Q2-2018 SUPERSEDED Post-Confirmation Quarterly Summary Report
(Docket no. 33071)**

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
<u>POST-CONFIRMATION QUARTERLY SUMMARY REPORT</u>

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W. R. Grace & Co.     Bank: See attached

Bankruptcy Number: 01-01139          Account Number: See attached

Date of Confirmation: October 23, 2018   Account Type: See attached

Reporting Period (month/year): September 30, 2018

| Beginning Cash Balance: | $ | - |
|---|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 | |
|---|---|---|
| Collection of Accounts Receivable: | $ | 26,851,671 |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $ | 26,851,671 |
| Total of cash available: | $ | 26,851,671 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
|---|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $ | 26,851,671 |
| Total Disbursements | $26,851,671 | |
| Ending Cash Balance | $0 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_10/25/18_     <u>William C. Dockman, VP and Controller</u>
Date              Name/Title

Debtor: _Wm C D_

Case Number: 01-01139

**Quarterly Summary Report**

Chart 1

| W.R. Grace & Co<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>September 2018 | Bank of America<br>Pass Through<br>1291763726 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $                    - | $                    - | $                    - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 26,851,671 | 26,851,671 | |
| TOTAL RECEIPTS | 26,851,671 | 26,851,671 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 26,851,671 | 26,851,671 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 26,851,671 | 26,851,671 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $                    - | $                    - | $                    - |