# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | |
| | ) | Case No. 01-01139 (AMC) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Proc. No.: 15-50766 (AMC) |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY B. CARR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Scott D. Cousins, Evan T. Miller, and Sophie E. Macon are hereby withdrawn as counsel to the Plaintiffs Continental Casualty Company and Transportation Insurance Company (the "Plaintiffs") in the above-captioned cases and should be removed from all notice and service lists in these cases.

PLEASE TAKE NOTICE THAT this withdrawal is limited to Scott D. Cousins, Evan T. Miller, and Sophie E. Macon and does not impact the representation of the Plaintiffs by Bayard, P.A. attorneys in the above-captioned matter.

[Remainder of page intentionally left blank]

| | |
|---|---|
| Dated: October 5, 2023<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Steven D. Adler*<br>Steven D. Adler (No. 6257)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>sadler@bayardlaw.com<br><br>GOODWIN PROCTER LLP<br>Michael S. Giannotto, Esq.<br>Brian T. Burgess, Esq.<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br>mgiannotto@goodwinlaw.com<br>bburgess@goodwinlaw.com<br><br>FORD MARRIN ESPOSITO WITMEYER &<br>GLESER, LLP<br>Charles A. Booth, Esq.<br>Wall Street Plaza, 16th Floor<br>New York, NY 10005-1875<br>Telephone: (212) 269-4900<br>Facsimile: (212 344-4294<br>cabooth@fmew.com<br><br>*Counsel to Continental Casualty Company*<br>*and Transportation Insurance Company* |