**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (AMC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REAPPOINTMENT OF ZONOLITE ATTIC**
**INSULATION TRUST ADVISORY COMMITTEE MEMBERS**

PLEASE TAKE NOTICE that pursuant to Section 5.3(a) of the WRG Asbestos Property

Damage Settlement Trust Agreement, dated February 3, 2014, attached hereto as **Exhibit A** is the

executed Reappointment of Zonolite Attic Insulation Trust Advisory Committee Members Edward

J. Westbrook and Darrell W. Scott.

Date:   January 24, 2024
            Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Counsel to Edward B. Cottingham, Jr., ZAI (Class 7B) Trustee*