# EXHIBIT A

## REAPPOINTMENT OF ZONOLITE ATTIC INSULATION
## TRUST ADVISORY COMMITTEE MEMBERS

WHEREAS, the WRG Asbestos PD Trust ("Trust") was established by the WRG Asbestos Property Damage Settlement Trust Agreement ("Trust Agreement") dated on or about February 3, 2014;

WHEREAS, Edward J. Westbrook ("Mr. Westbrook") and Darrell W. Scott ("Mr. Scott") were appointed members of the Zonolite Attic Insulation Trust Advisory Committee ("ZTAC") pursuant to Section 5.1 of the Trust Agreement;

WHEREAS, having previously been re-appointed to a second five (5) year term, pursuant to Section 5.3(a) of the Trust Agreement, Mr. Westbrook's and Mr. Scott's second five (5) year terms as members of the ZTAC under the Trust Agreement will expire on or about February 3, 2024;

WHEREAS, Section 5.3(a) of the Trust Agreement provides as follows:

If, prior to the termination of service of a ZTAC Member other than as a result of removal, he or she has designated in writing an individual to succeed him or her as a ZTAC Member, such individual shall be his or her successor. If (i) such ZTAC Member did not designate an individual to succeed him or her prior to the termination of his or her service as contemplated above, or (ii) he or she is removed pursuant to Section 5.3(c) above, his or her successor shall be appointed by the remaining ZTAC Member and the PD FCR, or, if they cannot agree on a successor, the Bankruptcy Court. Nothing in this Agreement shall prevent the reappointment of an individual serving as a ZTAC Member for an additional term or terms, and there shall be no limit on the number of terms that a ZTAC Member may serve.

WHEREAS, the below-signed, as members of the ZTAC under the Trust Agreement, wish to reappoint themselves as members of the ZTAC for an additional five (5) year term expiring on February 3, 2029.

NOW, THEREFORE, the undersigned do agree as follows:

Pursuant to Section 5.3(a) of the Trust Agreement Edward J. Westbrook and Darrell W. Scott do hereby re-appoint themselves as members of the Zonolite Attic Insulation Trust Advisory Committee under the Trust Agreement, such appointment to be effective upon their execution of this instrument.

This instrument may be executed in any number of counterparts, each of which shall be an original and all of which together shall constitute one and the same instrument.

[SIGNATURE PAGES TO FOLLOW]

In witness whereof the undersigned has set his hand and seal this 27 day of Dec, 2023

_____
Edward J. Westbrook
Zonolite Attic Insulation Trust Advisory Committee

State of  SC
County of  Charleston

PERSONALLY APPEARED before me on this 27th day of December, 2023, Edward J. Westbrook, to me known and known to me to be the individual described herein and who acknowledged the foregoing instrument and acknowledged to me that he executed the same.

Kimberly a jones (SEAL)
Print Name: Kimberly A. Jones
Notary Public for South Carolina
My Commission Expires: Febr. 27 2024

In witness whereof the undersigned has set his hand and seal this 26 day of December, 20 23.

*(signature)*
Darrell W. Scott
Zonolite Attic Insulation Trust Advisory Committee

State of Arizona
County of Maricopa

PERSONALLY APPEARED before me on this 26 day of December, 20 23, Darrell W. Scott, to me known and known to me to be the individual described herein and who acknowledged the foregoing instrument and acknowledged to me that he executed the same.

_____ (SEAL)
Print Name: Anthony Avelar
Notary Public for Wells Fargo
My Commission Expires: 03-05-2027

ANTHONY AVELAR
Notary Public - Arizona
Maricopa County
Commission # 646373
My Comm. Expires Mar 5, 2027