## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 24th day of January 2024, a copy of the foregoing *Notice of Reappointment of Zonolite Attic Insulation Trust Advisory Committee Members* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and upon the parties listed below via Electronic Mail, unless otherwise indicated.

John Donley, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654
john.donley@kirkland.com

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
516 N. Ogden Ave., Suite 136
Chicago, IL  60642
rhiggins@rogerhigginslaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
ljones@pszjlaw.com
joneill@pszjlaw.com

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE  19801
richard.schepacarter@usdoj.gov

M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms LLC
211 King Street, Suite 300
Charleston, SC 29401
mdc@barnwell-whaley.com

Alan B. Rich, Esq.
Law Offices of Alan B. Rich
7324 Gaston Ave, Suite 124
Dallas, TX 75214
alan@alanrichlaw.com

Richard B. Schiro
Corporate Trust Administrator
WRG Asbestos PD Trust
c/o Wilmington Trust Company
1100 North Market Street
Wilmington, DE  19890
rbschiro@schirolaw.com

Deborah D. Williamson, Esq.
Dykema Cox Smith
112 East Pecan Street, Suite 1800
San Antonio, TX  78205
dwilliamson@dykema.com

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Boulevard, Bldg. A
Mount Pleasant, SC  29464
ewestbrook@rpwb.com

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgmhlaw.com

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
pmilch@camlev.com

<p>

| | |
|---|---|
| R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE 19899<br>khill@svglaw.com | Marla Rosoff Eskin, Esq.<br>David B. Salzman, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801<br>dsalzman@camlev.com;<br>meskin@camlev.com |

**Via First Class U.S. Mail**

| | |
|---|---|
| Brian Lansing<br>Cherée Johnson<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | Alexander M. Sanders, Jr., Esq.<br>Asbestos PD Future Claimants' Representative<br>The Sanders Law Firm of South Carolina, LLC<br>1727 Hampton Street<br>Columbia, SC  29201 |

January 24, 2024                                  */s/ William D. Sullivan*
Date                                                      William D. Sullivan