**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (AMC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REAPPOINTMENT OF THE CLASS 7B TRUSTEE

PLEASE TAKE NOTICE that pursuant to Section 4.1 of the WRG Asbestos Property Damage Settlement Trust Agreement, dated February 3, 2014, attached hereto as **Exhibit A** is the executed Reappointment of the Class 7B Trustee, Edward B. Cottingham, Jr.

Date: January 24, 2024
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Counsel to Edward B. Cottingham, Jr., ZAI (Class 7B) Trustee*