# E<small>XHIBIT</small> A

## REAPPOINTMENT OF CLASS 7B TRUSTEE

WHEREAS, the WRG Asbestos PD Trust ("Trust") was established by the WRG Asbestos Property Damage Settlement Trust Agreement ("Trust Agreement") dated on or about February 3, 2014;

WHEREAS, Edward B. Cottingham, Jr. ("Mr. Cottingham") was appointed Class 7B Trustee pursuant to Section 4.1 of the Trust Agreement;

WHEREAS, having previously been re-appointed to a second five (5) year term, pursuant to Section 4.2(a) of the Trust Agreement, Mr. Cottingham's second five (5) year term as Class 7B Trustee under the Trust Agreement will expire on or about February 3, 2024;

WHEREAS, Section 4.3(a) of the Trust Agreement provides as follows:

In the event of a vacancy in the position of a Class 7B Trustee, whether by death, term expiration, resignation, or removal the PD FCR [Asbestos PD Future Claimants' Representative] and the ZTAC [Zonolite Attic Insulation Trust Advisory Committee] Members shall appoint a successor Class 7B Trustee. If the ZTAC and the PD FCR cannot agree on the appointment of a successor Class 7B Trustee, the Bankruptcy Court shall make the appointment. Nothing shall prevent the reappointment of a Trustee for an additional term or terms, and there shall be no limit on the number of terms that a Trustee may serve.

WHEREAS, the current Asbestos PD Future Claimants' Representative is Hon. Alexander M. Sanders, Jr.;

WHEREAS, the current members of the Zonolite Attic Insulation Trust Advisory Committee are Judge Alexander Sanders *(ex officio)*, Edward J. Westbrook and Darrell W. Scott;

WHEREAS, the below signed, as members of the ZTAC under the Trust Agreement, wish to reappoint Mr. Cottingham as Class 7B Trustee under the Trust Agreement for an additional five (5) year term expiring February 3, 2029;

NOW, THEREFORE, the undersigned do agree as follows:

Pursuant to Section 4.3(a) of the Trust Agreement, Hon. Alexander M. Sanders, Jr. (PD FCR), Edward J. Westbrook (ZTAC) and Darrell W. Scott (ZTAC) do hereby re-appoint Edward B. Cottingham, Jr. as Class 7B Trustee under the Trust Agreement for an additional term office (5) years, such appointment to be effective upon their execution of this instrument.

This instrument may be executed in any number of counterparts, each of which shall be an original and all of which together shall constitute one and the same instrument.

[SIGNATURE PAGES TO FOLLOW]

In witness whereof the undersigned has set his hand and seal this 21 day of Dec., 2023

_____
Hon. Alexander M. Sanders, Jr.
Asbestos PD Future Claimants'
Representative and Zonolite Attic
Insulation Trust Advisory Committee
(*ex officio*)

State of SC
County of Charleston

PERSONALLY APPEARED before me on this 21 day of Dec, 2023, Hon. Alexander M. Sanders, Jr., to me known and known to me to be the individual described herein and who acknowledged the foregoing instrument and acknowledged to me that he executed the same.

_____ (SEAL)
Print Name: Brian R. Graham
Notary Public for Charleston SC
My Commission Expires: 1-8-2025

In witness whereof the undersigned has set his hand and seal this 27 day of December, 2023

_____
Edward J. Westbrook
Zonolite Attic Insulation Trust Advisory Committee

State of South Carolina
County of Charleston

PERSONALLY APPEARED before me on this 27th day of December, 2023, Edward J. Westbrook, to me known and known to me to be the individual described herein and who acknowledged the foregoing instrument and acknowledged to me that he executed the same.

Kimberly a Jones (SEAL)
Print Name: Kimberly A. Jones
Notary Public for South Carolina
My Commission Expires: Febr. 27 2024

In witness whereof the undersigned has set his hand and seal this 26 day of December, 20 23.

_____
Darrell W. Scott
Zonolite Attic Insulation Trust Advisory Committee

State of Arizona
County of Maricopa

PERSONALLY APPEARED before me on this 26 day of December, 20 23, Darrell W. Scott, to me known and known to me to be the individual described herein and who acknowledged the foregoing instrument and acknowledged to me that he executed the same.

_____ (SEAL)
Print Name: Anthony Avelar
Notary Public for Wells Fargo
My Commission Expires: 03-05-2027

ANTHONY AVELAR
Notary Public - Arizona
Maricopa County
Commission # 646373
My Comm. Expires Mar 5, 2027