**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (AMC) |
| Reorganized Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON OCTOBER 21, 2024 AT 2:00 P.M. BEFORE
THE HONORABLE ASHELY M. CHAN**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTER:**

1.    Motion Seeking Entry of a Final Decree Closing the Chapter 11 Case of W.R. Grace & Co. [Filed: 9/17/24] (Docket No. 33330)

Response Deadline:  October 8, 2024, at 4:00 p.m. (ET)

Responses Received:  Informal comments received from the Office of the United Staes Trustee, the WRG Asbestos PD Trust and the WRG Asbestos PD Trust.

   a.    Anderson Memorial Hospital's Response and Objection to Motion Seeking Entry of a Final Decree Closing the Chapter 11 Case of W.R. Grace & Co. [Filed: 10/8/24] (Docket No. 33331)

Related Documents:

   a.    [Proposed] Final Decree Closing the Chapter 11 Case of W. R. Grace & Co. [Filed: 9/17/24] (Docket No. 33330, Exhibit A)

---

[1]    The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

DOCS_DE:234989.1 91100/001
4872-7458-3022.2 91100.001

Status:  This matter is continued to a date and time to be determined.


Dated:  October 17, 2024

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors