**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Case No. 01-01139 (KJC)** |
| | § | **(Jointly Administered)** |
| **Reorganized Debtors.** | § | |
| | § | |

**NOTICE OF FILING OF AUDITED ANNUAL REPORT AND CLAIM**
**SUMMARY OF RICHARD B. SCHIRO, TRUSTEE FOR THE WRG**
**ASBESTOS PROPERTY DAMAGE SETTLEMENT TRUST, CLASS 7A**

Richard B. Schiro, the Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7A (the "Class 7A Trustee"), files the Audited Annual Report for the period from January 1, 2024 through December 31, 2024, which is attached hereto as Exhibit "A". A summary of the number and type of claims disposed of during the period covered by the Audited Annual Report (the "Claims Summary"), is attached hereto as Exhibit "B".

Pursuant to the provisions of the *First Amended WRG Asbestos Property Damage Settlement Trust Agreement*, the Trustee is providing copies of the Audited Annual Report and the Claims Summary to the Asbestos PD Future Claimants' Representative (the "PD FCR") and Reorganized Debtors.

Dated:  May 9, 2025                    Respectfully submitted,

                                       **DYKEMA GOSSETT PLLC**
                                       112 East Pecan Street, Suite 1800
                                       San Antonio, Texas 78205
                                       Telephone: (210) 554-5500
                                       Facsimile: (210) 226-8395 (Fax)

                                       By:  */s/ Deborah D. Williamson*
                                            Deborah D. Williamson
                                            State Bar No. 21617500
                                            dwilliamson@dykema.com

                                       **ATTORNEYS FOR RICHARD B. SCHIRO,
                                       CLASS 7A TRUSTEE OF THE WRG
                                       ASBESTOS PD TRUST**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May, 2025, the foregoing was filed with the Court and served via the Court's CM/ECF system to all of the parties registered to receive such notice, and via first class U.S. postal mail to:

**PD FCR:**

Alexander M. Sanders, Jr.
Asbestos PD Future Claimants' Representative
19 Water St.
Charleston, South Carolina 29401

**Counsel for PD FCR:**

Alan B. Rich
7234 Gaston Avenue
Suite 124, LB430
Dallas, TX  75214

**Reorganized Debtors:**

Brian C. Lansing
Associate General Counsel, Litigation and Compliance
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Co-Counsel for Reorganized Debtors:**

Lisa G. Esayian
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

The Law Offices of Roger Higgins, LLC
Roger J. Higgins
1 North Bishop Street, Suite 14
Chicago, IL 60607

Pachulski Stang Ziehl & Jones, LLP
Laura Davis Jones
James E. O'Neill
919 N. Market Street, 17th Floor
P.O. Box 8750
Wilmington, DE 19899-8750

**Class 7B Trustee**

Edward B. Cottingham, Jr.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC  29465

**Counsel for Class 7B Trustee**

M. Dawes Cooke
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H
Charleston, SC  29402

William P. Sullivan
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
**Delaware Trustee**

Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19890
Attention:  Corporate Trust Administration

*/s/  Deborah D. Williamson*
      Deborah D. Williamson

# Exhibit A
# Audited Financial Report

# WRG Asbestos PD Settlement Fund (Class 7A)

## Audited Financial Statements – Cash Basis
Years Ended December 31, 2024 and 2023

The report accompanying these financial statements was issued by BDO USA, P.C. a Virginia professional corporation, and the U.S. member of BDO International Limited, a UK company limited by guarantee.



# WRG Asbestos PD Settlement Fund (Class 7A)

Audited Financial Statements – Cash Basis
Years Ended December 31, 2024 and 2023

# WRG Asbestos PD Settlement Fund (Class 7A)

## Contents

**Independent Auditor's Report**                                                     1-3

**Financial Statements – Cash Basis**

Statements of Assets, Liabilities, and Net Claimants' Equity – Cash Basis
as of December 31, 2024 and 2023                                                     4

Statements of Changes in Net Claimants' Equity – Cash Basis
for the Years Ended December 31, 2024 and 2023                                       5

Notes to Cash Basis Financial Statements                                           6-7



Tel:  703-893-0600
Fax:  703-893-2766
www.bdo.com

8401 Greensboro Drive, Suite 800
McLean, VA 22102

## Independent Auditor's Report

Trustee
WRG Asbestos PD Settlement Fund (Class 7A)
Dallas, Texas

### Opinion

We have audited the cash basis financial statements of WRG Asbestos PD Settlement Fund (Class 7A) (the Settlement Fund), which comprise the statements of assets, liabilities and net claimants' equity – cash basis as of December 31, 2024 and 2023, and the related statements of changes in net claimants' equity – cash basis for the years then ended, and the related notes to the cash basis financial statements.

In our opinion, the accompanying cash basis financial statements present fairly, in all material respects, the net assets of the Settlement Fund as of December 31, 2024 and 2023, and the changes in net assets for the years then ended, in accordance with the cash basis of accounting described in Note 2 to the cash basis financial statements.

### *Basis for Opinion*

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Cash Basis Financial Statements* section of our report. We are required to be independent of the Settlement Fund and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### *Emphasis of Matter - Basis of Accounting*

We draw attention to Note 2 of the cash basis financial statements which describes the basis of accounting. As described in Note 2, the accompanying cash basis financial statements were prepared by the Settlement Fund on the cash basis of accounting which is a basis of accounting other than accounting principles generally accepted in the United States of America. As a result, the cash basis financial statements may not be suitable for another purpose. Our opinion is not modified with respect to this matter.

### *Responsibilities of Management for the Cash Basis Financial Statements*

Management is responsible for the preparation and fair presentation of the cash basis financial statements in accordance with the cash basis of accounting as described in Note 2 to the cash basis financial statements. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of cash basis financial statements that are free from material misstatement, whether due to fraud or error.

BDO USA, P.C., a Virginia professional corporation, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



In preparing the cash basis financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Settlement Fund's ability to continue as a going concern within one year after the date that the cash basis financial statements are available to be issued.

### Auditor's Responsibilities for the Audit of the Cash Basis Financial Statements

Our objectives are to obtain reasonable assurance about whether the cash basis financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the cash basis financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the cash basis financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the cash basis financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Settlement Fund's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the cash basis financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Settlement Fund's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.



*Other Matter - Restriction of Use*

Our report is intended solely for the information and use of the Settlement Fund and is not intended to be and should not be used by anyone other than the specified party.

*Other Matter - Other Information Included in the Annual Report*

Management is responsible for the other information included in the annual report. The other information comprises the annual report and account of the Settlement Fund for the year ended December 31, 2024, but does not include the cash basis financial statements and our auditor's report thereon. Our opinion on the cash basis financial statements does not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the cash basis financial statements, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the cash basis financial statements, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

BDO USA, P.C.

April 11, 2025

**3**

# Financial Statements – Cash Basis

# WRG Asbestos PD Settlement Fund (Class 7A)

## Statements of Assets, Liabilities and Net Claimants' Equity – Cash Basis

| December 31, | | 2024 | | 2023 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $ | 98,398 | $ | 120,656 |
| **Total Assets** | | 98,398 | | 120,656 |
| **Net Claimants' Equity** | $ | 98,398 | $ | 120,656 |

*See accompanying notes to cash basis financial statements.*

# WRG Asbestos PD Settlement Fund (Class 7A)

## Statements of Changes in Net Claimants' Equity – Cash Basis

| Year ended December 31, | 2024 | 2023 |
|---|---|---|
| **Additions** | | |
| Income | $ - | $ - |
| **Total Additions** | - | - |
| **Deductions** | | |
| Operating expenses | 134,113 | 113,630 |
| **Total Deductions** | 134,113 | 113,630 |
| **Decrease in Net Claimants' Equity** | (134,113) | (113,630) |
| **Net Claimants' Equity,** beginning of the year | 120,656 | 29,521 |
| Funding from WR Grace | 111,855 | 204,765 |
| **Net Claimants' Equity,** end of the year | $ 98,398 | $ 120,656 |

*See accompanying notes to cash basis financial statements.*

# WRG Asbestos PD Settlement Fund (Class 7A)

## Notes to Cash Basis Financial Statements

## 1. Description and Funding of the Settlement Fund

The WRG Asbestos Property Damage Settlement Trust (the PD Trust), organized pursuant to the laws of the state of Delaware, was established pursuant to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010 (as it may be amended or modified) (the Plan) and became effective on February 3, 2014 (the Effective Date). The purpose of the PD Trust is to assume all liability and responsibility for all Allowed PD Trust Claims including (a) assume, direct and perform the processing, liquidation and payment of all such claims in accordance with the Plan and the PD Trust agreement; (b) preserve, hold, manage and maximize the assets of the PD Trust for use in paying and satisfying PD Trust Claims and all costs and expenses incurred in relation thereto; (c) qualify at all times as a qualified settlement fund for federal income tax purposes.

The PD Trust is represented by 2 Trustees: Class 7A Trustee and the Class 7B (ZAI) Trustee. The classifications of PD Claims are defined by the Plan. Pursuant to the First Amendment to WRG Asbestos Property Damage Settlement Trust Agreement, effective October 10, 2014, each Trustee administers their class of claims and the operations of their fund separately. Those assets under the control of the Class 7A Trustee shall be designated as WRG Asbestos PD Settlement Fund (Class 7A) (the Settlement Fund).

On the Effective Date, the Settlement Fund was funded with cash contributions from W.R. Grace & Co., its affiliates, one or more members of the FMCH Group (as defined in the Plan) and one or more members of the Sealed Air Group (as defined in the Plan) in the amount of $151,228,441. This funding was recorded by the Settlement Fund as an increase to net claimants' equity. Allowed Class 7A PD claims totaling $150,935,225 were paid by the Class 7A Trustee on the Effective Date and were recorded as a reduction to net claimants' equity. The remaining funds totaling $293,216 were used to pay all Settlement Fund operating expenses through July 1, 2014.

In addition, W.R. Grace transferred Canadian $8,595,632 to the Class 7A Trustee to pay allowed Canadian Class 7A PD claims. The Class 7A Trustee then remitted the full amount of the Canadian funds received to the Canadian claim representative on the Effective Date.

Subsequent to the Effective Date, two additional Class 7A PD claims totaling $383,366 were allowed and paid from the Settlement Fund in 2014. No additional Class 7A PD claims were allowed or paid from the Settlement Fund in 2024 and 2023. To date, all known allowed Class 7A PD claims have been paid by the Class 7A Trustee. The Settlement Fund remains open and effective to assume, process and liquidate all PD Claims as they may arise until the termination of the PD Trust. Amounts necessary to satisfy any additional Class 7A PD claims allowed will be funded to the Settlement Fund by W.R. Grace & Co., et al. and its affiliates pursuant to the Deferred Payment Agreement (Class 7A PD).

## 2. Significant Accounting Policies

### *Basis of Accounting*

The Settlement Fund's policy is to prepare its financial statements on a cash basis, which is a comprehensive basis of accounting other than accounting principles generally accepted in the United States of America (GAAP). Under the cash basis of accounting, additions to net claimants'

**6**

# WRG Asbestos PD Settlement Fund (Class 7A)

## Notes to Cash Basis Financial Statements

equity are generally recorded based on the receipt of cash. Costs and expenses are generally recorded based on the disbursement of cash. Under GAAP, operating expenses and claims would be recorded during the period the expense is incurred, and funding would be recorded when the amounts were settled and collectability was reasonably assured. Additionally, under GAAP, contingent assets and liabilities associated with potential future funding and claims would be assessed for accrual in the financial statements.

### *Operating Expenses*

Operating expenses of the Settlement Fund are recorded as deductions on the statements of changes in net claimants' equity in the period in which the invoices are paid.

### *Income Taxes*

The Settlement Fund is classified as a Qualified Settlement Fund pursuant to the Internal Revenue Code and Regulations (the Code) thereunder. As a result, the Settlement Fund is subject to federal income taxes based on modified gross income, as defined by the Code. In the opinion of management, the Settlement Fund is not subject to state income taxes. Income tax expense is recorded when paid.

### *Concentrations of Credit Risk*

The Settlement Fund's assets that are exposed to credit risk consist of cash. Cash is maintained at financial institutions and, at times, balances may exceed federally insured limits. The Settlement Fund has never experienced any losses related to these balances. Amounts on deposit are not in excess of federally insured limits at December 31, 2024.

## 3. Net Claimants' Equity

Pursuant to the Deferred Payment Agreement (Class 7A PD), W. R. Grace & Co., et al. and its affiliates are obligated to provide future advances to the Settlement Fund on a semi-annual basis to pay the amount of all Asbestos PD Claims that were allowed against the Settlement Fund during the previous six month period, plus interest accrued on those claims, as well as the estimated funds required to pay Settlement Fund operating expenses for the next six months.

Because the funds required to pay future claims and operating expenses will be received in the future and over the life of the Settlement Fund, the net claimants' equity reported in these cash basis financial statements does not reflect the total equity available to current and/or future Settlement Fund beneficiaries.

## 4. Subsequent Events

The Settlement Fund has evaluated its December 31, 2024 financial statements for subsequent events through April 11, 2025 the date the financial statements were available to be issued. The Settlement Fund is not aware of any subsequent events which would require recognition or disclosure in the cash basis financial statements.

# Exhibit B
## Summary of Number and Type of Claims
## Disposed of During 2024

No claims were filed with the Trust in 2024.

There are no pending allowed claims against the Trust.

No claims have been disposed of during 2024.