**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) **Hearing Date:  July 15, 2026, at 12:30 p.m.** |
| | ) **Objection Deadline:  June 22, 2026 at 4:00 p.m.** |
| | ) |

**NOTICE OF MOTION SEEKING ENTRY OF AN ORDER APPROVING
SETTLEMENT AGREEMENT BY AND AMONG W. R. GRACE & CO. AND
ANDERSON MEMORIAL HOSPITAL RESOLVING CLAIMS
NOS. 9911, 9914, AND 11008**

**PLEASE TAKE NOTICE** that on June 5, 2026, the Reorganized Debtor filed the *Motion Seeking Entry of an Order Approving Settlement Agreement by and Among W. R. Grace & Co. and Anderson Memorial Hospital, Resolving Claims Nos. 9911, 9914 and 11008 (*the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street

**PLEASE TAKE FURTHER NOTICE** responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on **June 22, 2026** and served on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS

---

[1]    W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

DE:4907-6356-8818.1 91100.001

NOTICE, A TELEPHONIC HEARING ON THE OBJECTION WILL BE HELD BEFORE THE HONORABLE ASHELY M. CHAN, CHIEF JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, ROBERT N.C. NIX FEDERAL COURTHOUSE, 900 MARKET STREET, SECOND FLOOR, COURTROOM 4, PHILADELPHIA, PA   19017, ON **JULY 15, 2026, AT 12:30 P.M. PREVAILING EASTERN TIME**.

Dated:  June 5, 2026

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtor