```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2462329
    7500 Grace Drive                       Invoice Date       09/25/13
    Columbia, Maryland 21044               Client Number       172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                              114.00
    Expenses                            0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $114.00
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number       2462329
    7500 Grace Drive                       Invoice Date        09/25/13
    Columbia, Maryland 21044               Client Number        172573
    USA                                    Matter Number          50001


    ===========================================================================

    Re: (50001)  Correa v. W.R. Grace

    FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2013

      Date    Name                                                Hours
      -----   ------------                                        -----

    08/07/13 Husar        Prepare correspondence to                 .20
                          plaintiff's counsel forwarding
                          settlement check, arrange for
                          filing of dismissal

                                                                 ------
                                              TOTAL HOURS           .20


    TIME SUMMARY                   Hours         Rate         Value
    ------------------------    ---------------------        -------
    Linda S. Husar               0.20  at  $  570.00  =       114.00

                     CURRENT FEES                                       114.00


                                                               ------------
                     TOTAL BALANCE DUE UPON RECEIPT                    $114.00
                                                               ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number      2462330
  7500 Grace Drive                        Invoice Date       09/25/13
  Columbia, Maryland 21044                Client Number       172573
  USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                     1,778.00
     Expenses                                     0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $1,778.00
                                                           =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number      2462330
  7500 Grace Drive                        Invoice Date       09/25/13
  Columbia, Maryland 21044                Client Number       172573
  USA                                     Matter Number        60029



=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2013

  Date     Name                                                   Hours
  -------- -----------                                             -----

  08/05/13 Ament        Attention to billing matters                1.10
                        (.10); calculate fees and expenses
                        for quarterly fee application
                        (.60); prepare spreadsheets re:
                        same (.20); draft quarterly fee
                        application (.20).

  08/06/13 Ament        Complete spreadsheet relating to             .40
                        quarterly fee application (.10);
                        complete drafting of quarterly fee
                        application (.20); provide same to
                        A. Muha for review (.10).

  08/07/13 Ament        Finalize 49th quarterly fee                  .20
                        application (.10); e-mail same to
                        J. Lord for DE filing (.10).

  08/07/13 Muha         Review and revise July 2013                  .30
                        monthly fee invoices for monthly
                        fee application.

  08/07/13 Muha         Review and final revisions to 49th           .40
                        Quarterly Fee Application.

  08/13/13 Lord         Revise and prepare 49th Reed Smith          1.10
                        quarterly fee application for
                        e-filing and service.

  08/14/13 Lord         Finalize and e-file Reed Smith               .70
                        49th interim fee application.
```

```
172573 W. R. Grace & Co.                        Invoice Number   2462330
60029  Fee Applications-Applicant               Page    2
       September 25, 2013


  Date    Name                                                    Hours
--------  -----------                                             -----

08/15/13 Lord          Audit and update fee application            1.10
                       spreadsheets to used in final fee
                       application re: 8th-10th interim
                       fee applications in 2003.

08/16/13 Ament         Calculate fees and expenses for              .60
                       July monthly fee application
                       (.20); prepare spreadsheets re:
                       same (.20); draft July monthly fee
                       application (.20).

08/16/13 Muha          Final review of and revisions to             .30
                       July 2013 monthly fee application.

08/19/13 Ament         Review A. Muha comments and                  .20
                       finalize July monthly fee
                       application (.10); e-mail same to
                       J. Lord for DE filing (.10).
                                                                  ------
                                               TOTAL HOURS          6.40


TIME SUMMARY                     Hours         Rate         Value
------------------------         ---------------------      -------
Andrew J. Muha                   1.00  at  $  495.00   =    495.00
John B. Lord                     2.90  at  $  270.00   =    783.00
Sharon A. Ament                  2.50  at  $  200.00   =    500.00

                         CURRENT FEES                              1,778.00

                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $1,778.00
                                                              ============
```