REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2462334 |
| 7500 Grace Drive | Invoice Date    09/25/13 |
| Columbia, Maryland 21044 | Client Number     172573 |
| USA | |

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 38.61 |

TOTAL BALANCE DUE UPON RECEIPT        $38.61
=============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


     W.R. Grace & Co.                 Invoice Number    2462334
     7500 Grace Drive                 Invoice Date    09/25/13
     Columbia, Maryland 21044         Client Number     172573
     USA                              Matter Number      50001
```

==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     PACER                                    0.30
     Duplicating/Printing/Scanning            1.30
     Filing Fees                             25.84
     Courier Service - Outside               11.17


               CURRENT EXPENSES                      38.61
                                               ------------

          TOTAL BALANCE DUE UPON RECEIPT           $38.61
                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2462334 |
| 7500 Grace Drive | Invoice Date    09/25/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    50001 |

===============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/31/13 | PACER | .30 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 10 COPIES | 1.00 |
| 08/16/13 | Filing Fees -- VENDOR: ONE LEGAL LLC: Request<br>For Dismissal Without Prejudice - Entire Action | 12.92 |
| 08/16/13 | Filing Fees -- VENDOR: ONE LEGAL LLC: Request<br>for Dismissal without Prejudice - Entire Action | 12.92 |
| 08/06/13 | Courier Service - Outside<br>00843 UPS - Shipped from Lyn C. Shaible Reed<br>Smith LLP - Los Angele to  Michael Worthington,<br>APC (ENCINO CA 91436)  1ZWA32572495037344 | 11.17 |

```
                        CURRENT EXPENSES              38.61
                                                  -----------

            TOTAL BALANCE DUE UPON RECEIPT           $38.61
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2462335
7500 Grace Drive                          Invoice Date    09/25/13
Columbia, Maryland 21044                  Client Number      172573
USA


===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              0.00
    Expenses                        361.83

              TOTAL BALANCE DUE UPON RECEIPT        $361.83
                                              =============

```
                           REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number     2462335
    7500 Grace Drive                    Invoice Date      09/25/13
    Columbia, Maryland 21044            Client Number      172573
    USA                                 Matter Number       60029


==============================================================================

    Re: Fee Applications-Applicant


    FOR COSTS ADVANCED AND EXPENSES INCURRED:


        PACER                                   11.40
        Duplicating/Printing/Scanning           58.40
        Outside Duplicating -- VENDOR: DIGITAL LEGAL     292.03
        SERVICES, LLC: Copies envelopes & postage for
        service of quarterly fee app materials

                        CURRENT EXPENSES               361.83
                                                     -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $361.83
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number    2462335
7500 Grace Drive                              Invoice Date      09/25/13
Columbia, Maryland 21044                      Client Number      172573
USA                                           Matter Number       60029


===============================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

07/31/13   PACER                                            .80

07/31/13   PACER                                          10.60

07/30/13   Duplicating/Printing/Scanning                   2.00
           ATTY # 000559: 20 COPIES

07/30/13   Duplicating/Printing/Scanning                   2.00
           ATTY # 000559: 20 COPIES

08/05/13   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

08/05/13   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

08/05/13   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

08/05/13   Duplicating/Printing/Scanning                    .70
           ATTY # 000559: 7 COPIES

08/05/13   Duplicating/Printing/Scanning                    .70
           ATTY # 000559: 7 COPIES

08/05/13   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

08/05/13   Duplicating/Printing/Scanning                   2.00
           ATTY # 000559: 20 COPIES

08/06/13   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2462335
60029  Fee Applications-Applicant                 Page    2
        September 25, 2013


08/06/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/06/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/06/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/06/13    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

08/06/13    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

08/06/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/06/13    Duplicating/Printing/Scanning                       2.10
            ATTY # 000559: 21 COPIES

08/07/13    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

08/07/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/07/13    Duplicating/Printing/Scanning                       2.10
            ATTY # 000559: 21 COPIES

08/08/13    Duplicating/Printing/Scanning                       2.00
            ATTY # 000559: 20 COPIES

08/08/13    Duplicating/Printing/Scanning                       2.10
            ATTY # 000559: 21 COPIES

08/08/13    Duplicating/Printing/Scanning                       2.10
            ATTY # 000559: 21 COPIES

08/15/13    Duplicating/Printing/Scanning                        .50
            ATTY # 000559: 5 COPIES

08/15/13    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

08/15/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

08/15/13    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2462335
60029  Fee Applications-Applicant                 Page   3
       September 25, 2013


08/15/13    Duplicating/Printing/Scanning                      .80
            ATTY # 000559: 8 COPIES

08/15/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/15/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/15/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/15/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/15/13    Duplicating/Printing/Scanning                      .50
            ATTY # 000559: 5 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                     1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  2462335
 60029  Fee Applications-Applicant              Page   4
        September 25, 2013
```

```
08/16/13    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                  1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                  1.30
            ATTY # 000559: 13 COPIES

08/16/13    Duplicating/Printing/Scanning                   .10
            ATTY # 000559: 1 COPIES

08/16/13    Duplicating/Printing/Scanning                   .80
            ATTY # 000559: 8 COPIES

08/16/13    Duplicating/Printing/Scanning                   .70
            ATTY # 000559: 7 COPIES

08/16/13    Duplicating/Printing/Scanning                   .50
            ATTY # 000559: 5 COPIES

08/16/13    Duplicating/Printing/Scanning                 12.10
            ATTY # 000559: 121 COPIES

08/19/13    Duplicating/Printing/Scanning                  1.30
            ATTY # 000559: 13 COPIES

08/19/13    Duplicating/Printing/Scanning                  1.30
            ATTY # 000559: 13 COPIES

08/31/13    Outside Duplicating -- VENDOR: DIGITAL LEGAL   292.03
            SERVICES, LLC: Copies envelopes & postage for
            service of quarterly fee app materials

                         CURRENT EXPENSES
361.83

                                                      ------------
                 TOTAL BALANCE DUE UPON RECEIPT           $361.83
                                                      =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
     W.R. Grace & Co.                     Invoice Number    2462336
     7500 Grace Drive                     Invoice Date     09/25/13
     Columbia, Maryland 21044             Client Number     172573
     USA
```

==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

     Fees                              0.00
     Expenses                        179.00

                  TOTAL BALANCE DUE UPON RECEIPT        $179.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2462336
7500 Grace Drive                          Invoice Date      09/25/13
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        80001

================================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Rail Travel Expense Rail - VENDOR: Sara A.        179.00
    Lima, Mar 08, 2013 Roundtrip Amtrak tickets
    from Philadelphia to Maryland to meet with W.R.
    Grace's tax officials

                        CURRENT EXPENSES
179.00
                                                 -------------

            TOTAL BALANCE DUE UPON RECEIPT        $179.00
                                                 =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


     W.R. Grace & Co.                    Invoice Number    2462336
     7500 Grace Drive                    Invoice Date      09/25/13
     Columbia, Maryland 21044            Client Number      172573
     USA                                 Matter Number       80001
```

===============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     03/08/13   Rail Travel Expense Rail - VENDOR: Sara A.        179.00
                Lima, Mar 08, 2013 Roundtrip Amtrak tickets
                from Philadelphia to Maryland to meet with W.R.
                Grace's tax officials

                         CURRENT EXPENSES
179.00
                                                     ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $179.00
                                                     =============
```