# EXHIBIT A

# KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 9, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number:
0000630301 DRAFT
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $0.00 |
| DISBURSEMENTS | 148.28 |
| MATTER TOTAL | $148.28 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $2,638.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,638.50 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---|
| FEES | $268.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $268.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $1,366.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 0000630301 DRAFT |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

| | |
|---|---:|
| W.R. GRACE & CO. EQUITY COMMITTEE | September 9, 2013 |
| 056772 | Invoice No. 0000630301 DRAFT |

| | |
|---|---:|
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,366.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $2,427.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,427.00 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $1,235.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,235.00 |
| CLIENT GRAND TOTAL | $8,083.78 |

W.R. GRACE & CO. EQUITY COMMITTEE                         September 9, 2013
056772-00001                                      Invoice No. 0000630301 DRAFT

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 148.28 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$148.28** |
| **TOTAL FOR THIS MATTER** | **$148.28** |

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/13 | BLABEY, DAVID E | Prepare for quarterly Committee call (.8) including office conference P. Bentley re: same (.5); participate in call (.8). | 2.10 | 1,564.50 |
| 08/01/13 | BENTLEY, PHILIP | Participate in Commitee conf call, prep for same, including discs. DB re: same (.5). | 1.20 | 1,074.00 |
| **TOTAL HOURS AND FEES** | | | **3.30** | **$2,638.50** |

**TOTAL FOR THIS MATTER**                              $2,638.50

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/26/13 | BENTLEY, PHILIP | Trade e-mails re upcoming Bankruptcy Court hearing. | 0.10 | 89.50 |
| 08/27/13 | BENTLEY, PHILIP | Trade e-mails re: hearing. | 0.20 | 179.00 |
| **TOTAL HOURS AND FEES** | | | **0.30** | **$268.50** |

**TOTAL FOR THIS MATTER**                                    $268.50

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/20/13 | KAUP, ANASTASIA N | Review petition filed in appeals case (.1); emails w/ D. Blabey re: same (.1). | 0.20 | 99.00 |
| 08/20/13 | BLABEY, DAVID E | Review Garlock petition for rehearing (.3) and email to client re same (.1). | 0.40 | 298.00 |
| 08/20/13 | BENTLEY, PHILIP | Review Garlock's rehearing petition (.2), and trade e-mails re same (.2). | 0.40 | 358.00 |
| 08/29/13 | BLABEY, DAVID E | Exchange emails re proposed confidentiality agreement. | 0.10 | 74.50 |
| 08/30/13 | BENTLEY, PHILIP | Trade e-mails re Sealed Air discussions (.3); review and sign confi re: same (.3). | 0.60 | 537.00 |
| **TOTAL HOURS AND FEES** | | | **1.70** | **$1,366.50** |

**TOTAL FOR THIS MATTER**                                          $1,366.50

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/13 | KAUP, ANASTASIA N | Emails w/ Local counsel, B. Becker re: filing of monthly fee application, preparation of interim fee application (.1). | 0.10 | 49.50 |
| 08/12/13 | KAUP, ANASTASIA N | Review/revise draft interim fee application pleading to prepare for filing (.8); review reports re: same (.5); emails w/ D. Blabey, F. Arias, B. Becker re: same (.3); draft July 2013 monthly fee application pleading template (.3). | 1.90 | 940.50 |
| 08/19/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey re: interim and monthly fee applications status (.2); emails w/ F. Arias re: monthly fee application status (.1). | 0.30 | 148.50 |
| 08/19/13 | BLABEY, DAVID E | Review and edit quarterly fee appl. | 0.30 | 223.50 |
| 08/21/13 | KAUP, ANASTASIA N | Draft/revise monthly fee application pleading (.7); review reports re: same (.3); review/mark-up monthly bill (.4); emails w/ D. Blabey, F. Arias, local counsel re: same (.3). | 1.70 | 841.50 |
| 08/21/13 | BLABEY, DAVID E | Review and edit fee app. | 0.30 | 223.50 |
| **TOTAL HOURS AND FEES** | | | **4.60** | **$2,427.00** |

**TOTAL FOR THIS MATTER**                                    **$2,427.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

September 9, 2013
Invoice No. 0000630301 DRAFT

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/13 | BLABEY, DAVID E | Prep for omnibus hearing (.2); attend hearing by phone (.2); email to client re same (.1). | 0.50 | 372.50 |
| 08/01/13 | BENTLEY, PHILIP | Attend telephonic status conf. | 0.30 | 268.50 |
| 08/25/13 | KAUP, ANASTASIA N | Review bankruptcy docket re: upcoming hearing dates (.2); calendar same for KL Team (.1); emails w/ D. Blabey re: same (.1). | 0.40 | 198.00 |
| 08/26/13 | KAUP, ANASTASIA N | Review docket and filings scheduled for upcoming hearing (.2); T/C w/ Courtcall to make arrangements for P. Bentley to attend upcoming hearing telephonically (.2); emails w/ P. Bentley, D. Blabey re: same (.1). | 0.50 | 247.50 |
| 08/27/13 | KAUP, ANASTASIA N | Review hearing agenda (.1); emails w/ P. Bentley, D. Blabey re: hearing prep. for same (.2). | 0.30 | 148.50 |
| **TOTAL HOURS AND FEES** | | | **2.00** | **$1,235.00** |

**TOTAL FOR THIS MATTER**             $1,235.00