# EXHIBIT B

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                           PAGE      1
Run Date & Time: 09/06/2013 16:24:30                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:   4951945
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                         PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:
    UNBILLED DISB FROM:  08/01/2013                       TO:   08/30/2013

                              FEES              COSTS
    GROSS BILLABLE AMOUNT:    0.00             148.28
    AMOUNT WRITTEN DOWN:
    PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                                 08/30/2013
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495

    BILLING COMMENTS:


                                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                             ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH
    FEES:                              0.00    UNIDENTIFIED RECEIPTS:         0.00
    DISBURSEMENTS:                   148.28    PAID FEE RETAINER:             0.00
    FEE RETAINER:                      0.00    PAID DISB RETAINER:            0.00
    DISB RETAINER:                     0.00    TOTAL AVAILABLE FUNDS:         0.00
    TOTAL OUTSTANDING:               148.28    TRUST BALANCE:
                                                 BILLING HISTORY
    DATE OF LAST BILL:           08/21/13      LAST PAYMENT DATE:        09/03/13
    LAST BILL NUMBER:             629060       ACTUAL FEES BILLED TO DATE:   375,538.00
                                               ON ACCOUNT FEES BILLED TO DATE:     0.00
                                               TOTAL FEES BILLED TO DATE:    375,538.00
    LAST BILL THRU DATE:         07/31/13      FEES WRITTEN OFF TO DATE:     85,932.00
                                               COSTS WRITTEN OFF TO DATE:    24,521.28

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development  (8) Premium
    (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ PRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/06/2013 16:24:30

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:     4951945
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y ------- Total Unbilled -------
Code Description                                Oldest     Latest      Total
                                                Entry      Entry       Amount
---- -----------                                ------     ------      ------
0917 WESTLAW ON-LINE RESEARCH                   08/01/13   08/30/13    148.28

                     Total                                             148.28


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                Employee         Date        Amount    Index#    Batch No   Batch Date
------------------                              --------         ----        ------    ------    --------   ----------
WESTLAW ON-LINE RESEARCH 0917
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/01/13      6.74    9978052   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/02/13      6.74    9978053   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/05/13      6.74    9978054   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/06/13      6.74    9978055   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/07/13      6.74    9978056   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/08/13      6.74    9978057   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/09/13      6.74    9978058   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/12/13      6.74    9978059   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/13/13      6.74    9978060   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/14/13      6.74    9978061   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/15/13      6.74    9978062   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/16/13      6.74    9978063   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/19/13      6.74    9978064   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/20/13      6.74    9978065   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/21/13      6.74    9978066   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/22/13      6.74    9978067   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/23/13      6.74    9978068   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/26/13      6.74    9978069   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/27/13      6.74    9978070   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/28/13      6.74    9978071   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/29/13      6.74    9978072   1449294    09/03/13
   WESTLAW ON-LINE RESE                         BLABEY, D E      08/30/13      6.74    9978073   1449294    09/03/13
                                        0917 WESTLAW ON-LINE RESE Total :    148.28

                         Costs Total :                                       148.28
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/06/2013 16:24:30

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    4951945
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status        : ACTIVE

BILLING    INSTRUCTIONS    FOR    UNBILLED    COSTS    SUMMARY
Code Description              Amount                   Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward


0917 WESTLAW ON-LINE RESEARCH      148.28

          Costs Total :           148.28
```