UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Memorandum Opinion and Order Denying with Prejudice Motion of Anderson Memorial Hospital for Class Certification; Opinion and Order Denying Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification

**Docket #:** 18821 32771, 32772    **Date Entered:** 5/29/08, 8/25/16,

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 32781 | Date Filed: 9/8/16 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Anderson Memorial Hospital

**Appellee/Cross Appellee**

W.R. Grace & Co

**Counsel for Appellant/Cross Appellant:**

Theodore J. Tacconelli
Ferry Joseph PA
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899

**Counsel for Appellee/Cross Appellee:**

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 9/9/16                                by: Sara Hughes
                                                     _____
                                                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-44