# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Rebecca R. Cohen, Esquire of Paul, Weiss, Rifkind, Wharton & Garrison LLP entered on behalf of the Bank Lender Group[1] in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests Rebecca R. Cohen be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: September 12, 2016
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Richard S. Cobb (No. 3157)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email:  cobb@lrclaw.com
       mumford@lrclaw.com

and

---

[1] The Bank Lender Group includes (i) Anchorage Advisors, LLC; (ii) Babson Capital Management LLC; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Farallon Capital Management, L.L.C.; (vii) Halcyon Asset Management LLC; (viii) Intermarket Corp.; (ix) JP Morgan Chase, N.A. Credit Trading Group; (x) Loeb Partners Corporation; (xi) MSD Capital, L.P.; (xii) Normandy Hill Capital, L.P.; (xiii) Onex Debt Opportunity Fund Ltd.; (xiv) P. Schoenfeld Asset Management, LLC; (xv) Restoration Capital Management, LLC; (xvi) Royal Bank of Scotland, PLC; (xvii) Visium Asset Management LLC; and (xviii) York Capital Management.

{672.001-W0043550.}

Andrew N. Rosenberg
Rebecca R. Cohen
**PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3158
Facsimile:  (212) 492-0158
Email: arosenberg@paulweiss.com
          rcohen@paulweiss.com

*Counsel to the Bank Lender Group*