**Exhibit A**

Trial Exhibit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Charlotte Division**

IN RE:

GARLOCK SEALING TECHNOLOGIES
LLC, et al.,

Debtors.[1]

Case No. 10-BK-31607

Chapter 11

Jointly Administered

**DEBTORS' SUMMARY OF EVIDENCE
REGARDING CERTAIN RFA LIST 1.A CASES**

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company (hereinafter "Garlock" or "Debtors").

**Trial Exhibit
GST-8011**

## TABLE OF CONTENTS

Page

INTRODUCTION ........................................................................................................................... 1

A.    SUMMARIES OF DESIGNATED PLAINTIFF CASES ............................................................ 3

    1.    Robert Treggett ............................................................................................................ 3

          Summary Chart of Treggett Filings ................................................................................. 7

    2.    Oscar Torres ................................................................................................................. 9

          Summary Chart of Torres Filings ................................................................................. 12

    3.    Peter Homa .................................................................................................................. 13

          Summary Chart of Homa Filings .................................................................................. 16

    4.    Bernard Massinger ...................................................................................................... 18

          Summary Chart of Massinger Filings ........................................................................... 20

    5.    John Phillips ................................................................................................................. 21

          Summary Chart of Phillips Filings ............................................................................... 22

    6.    Vincent Golini ............................................................................................................. 23

          Summary Chart of Golini Filings ................................................................................. 26

    7.    Charles White .............................................................................................................. 28

          Summary Chart for White Filings ................................................................................ 31

    8.    Howard Ornstein ......................................................................................................... 33

          Summary Chart of Ornstein Filings ............................................................................. 35

    9.    Robert Reed ................................................................................................................. 36

          Summary Chart of Reed Filings ................................................................................... 37

    10.    John Brennan ............................................................................................................... 38

          Summary Chart of Brennan Filings .............................................................................. 39

    11.    Robert Flynn ................................................................................................................ 41

          Summary Chart of Flynn Filings .................................................................................. 42

    12.    Raymond Beltrami ...................................................................................................... 44

          Summary Chart of Beltrami Filings ............................................................................. 45

    13.    Tommie Williams ........................................................................................................ 47

          Summary Chart of Williams Filings ............................................................................. 48

    14.    Michael Steckler ......................................................................................................... 50

          Summary Chart of Steckler Filings .............................................................................. 51

    15.    Reginald Taylor ........................................................................................................... 53

          Summary Chart of Taylor Filings ................................................................................. 54

**TABLE OF CONTENTS**
(continued)

Page

B.      SUMMARIES OF CASES WHERE GARLOCK USED TRUST CLAIMS TO OBTAIN
        A DEFENSE VERDICT ................................................................................................................ 56

        1.      Victor Davis—Mundy Singley—Texas ........................................................................ 56

        2.      Eugene Dougherty and Michael Messinger—Angelos Firm—Philadelphia,
                Pennsylvania ................................................................................................................ 56

APPENDIX:  SHORT FORM CITATIONS FOR TRUST CLAIMS, BALLOTS AND 2019
           STATEMENTS ...................................................................................................................... 58

-ii-

## INTRODUCTION

This document summarizes documents and other evidence pertaining to eighteen resolved mesothelioma claims against Garlock Sealing Technologies LLC ("Garlock"). This evidence includes, among other things, documents from underlying tort-system lawsuits—for example, plaintiffs' interrogatory responses and deposition transcripts—as well as asbestos Trust claims, bankruptcy ballots, and Bankruptcy Rule 2019 statements. A complete list of the evidence summarized in this document is attached as **Exhibit A**.[1]

In February 2013, Debtors served the Official Committee of Asbestos Personal Injury Claimants (the "Committee") and the Future Claimants' Representative (the "FCR") with a list of twenty-six cases in which they contended there was a misrepresentation or omission of asbestos exposures. The parties have referred to this list as "RFA List 1.A." Debtors received full discovery concerning Trust claims, ballots, and 2019 statements with respect to only seventeen plaintiffs, known as the "Designated Plaintiffs," on this list. The document requests pertaining to these plaintiffs were made in connection with Rule 30(b)(6) depositions of six law firms: Waters & Kraus, Simon Greenstone Panatier & Bartlett (f/k/a Simon Eddins & Greenstone, or "Simon Eddins"), Belluck & Fox, The David Firm, Williams Kherkher Hart & Boundas ("Williams Kherkher"), and the Shein Law Center. Evidence from fifteen of the sixteen resolved Designated Plaintiff cases is summarized below in Section A.[2]

Section A of this document is drawn from a memorandum provided by Robinson Bradshaw & Hinson to Professor Lester Brickman, which was disclosed to the Committee and FCR on April 24, 2013. It has been updated to refer to the exhibit numbers in Debtors' exhibit

---

[1] For ease of reference, each document citation in this summary includes a parenthetical reference to that document's corresponding exhibit number.

[2] The remaining resolved Designated Plaintiff case is Grover Weikel. Debtors learned in discovery that, contrary to their belief, Williams Kherkher did not handle the Weikel case. Because Debtors did not have the opportunity to depose the law firm that did handle the case in the tort system, they do not intend to focus on the case at trial.

list, and minor corrections have been made that were provided to Professor Brickman in an update memorandum from Robinson Bradshaw & Hinson and disclosed to the Committee and FCR before Professor Brickman's deposition.

Section B contains a summary of three cases from RFA List 1.A where Garlock obtained an order from a court requiring the plaintiff (over the plaintiff's objection) to disclose Trust claims evidencing previously undisclosed exposures before trial. In these three cases, Garlock then used the claim forms at trial to obtain a defense verdict. Section B is drawn from the memorandum described above provided by Robinson Bradshaw & Hinson to Professor Lester Brickman, disclosed to the Committee and FCR on April 24, 2013. It has been updated to refer to the exhibit numbers in Debtors' exhibit list.

## A.   Summaries of Designated Plaintiff Cases

### 1.   Robert Treggett—Waters & Kraus (Ron Eddins)—Los Angeles, California

Mr. Treggett obtained the largest verdict against Garlock in its history: S9 million compensatory damages and S15 million punitive damages (Garlock settled for compensatory damages during the appeal).[3] In response to standard interrogatories asking Mr. Treggett to identify all his asbestos exposures, he and his attorneys identified only two products from bankrupt companies: Flexitallic (a gasket) and Worthington pumps.[4] At his deposition, Mr. Treggett identified no additional bankrupt products, claiming (for example) that he did not remember the manufacturer of the asbestos insulation he encountered during his time aboard the nuclear submarine USS John Marshall.[5]

The role of amosite insulation in causing Mr. Treggett's mesothelioma was a major issue at trial. Mr. Treggett generally minimized his insulation exposure. For example, at trial, Mr. Treggett claimed he spent 70% of his time aboard the nuclear submarine removing gaskets and, at most, 3% of his time removing insulation around the flange, most of which was in the form of chrysotile blankets, not amosite pipe covering.[6] Mr. Treggett also downplayed any asbestos exposure he experienced in shipyards (where insulation exposures were common), claiming for example that at the Mare Island Shipyard in California from 1965 to 1966 he only did classroom work, did not board ships, and saw ship construction and overhaul only from a distance.[7]

---

[3] 10/15/04 Trial Tr. at 6902-13 (GST-5400).
[4] Plaintiff's Responses to General Order Standard Interrogatories Propounded by Defendants at 14-16, Ex. A (Feb. 6, 2004) (GST-5494 & GST-1171).
[5] Treggett Depo. Tr. at 536-37 (GST-5499).
[6] 9/15/04 Trial Tr. at 751, 811-13 (Testimony of Mr. Treggett) (GST-5443); 10/6/04 Trial Tr. at 5213 (Plaintiff's Closing Argument) (GST-5437).
[7] Treggett Depo. Tr. at 261-63 (GST-5432); 9/16/04 Trial Tr. 1242-43 (Testimony of Mr. Treggett) (GST-5444).

At trial, Garlock attempted to prove Mr. Treggett's exposure to bankrupt products, including amosite insulation, through expert testimony and ship records.[8] But Mr. Treggett's attorneys cross-examined Garlock's experts regarding their basis for this conclusion.[9] Then, at the charge conference, Mr. Eddins (later a founding partner of the Simon Eddins firm) successfully opposed inclusion of any bankrupt companies on the verdict form, including Pittsburgh Corning (responsible for the notoriously dangerous insulation Unibestos, which was more than 60% amosite asbestos), stating, "[T]here is not a single piece of evidence that puts Unibestos aboard the boat."[10] Ultimately, although California permits allocation of fault to bankrupt companies for the purpose of apportioning noneconomic damages, no bankrupt companies appeared on the jury form.

In closing argument, Mr. Eddins focused on Garlock's inability to prove Mr. Treggett was exposed to Unibestos and cast doubt on whether amosite insulation contributed to Mr. Treggett's mesothelioma: "There isn't Unibestos [on the jury form] because they didn't bring proof that there was Unibestos on that ship. They couldn't. It's not true . . . . They thought we'll try to prove this amosite thing and say it's all that amosite, and they didn't do it, and they couldn't do it, because it's not true."[11] The jury assigned 40% of the fault for Mr. Treggett's injury to Garlock, and no fault at all to any amosite insulation companies.[12]

In fact, months before the trial and Mr. Eddins' statements about Unibestos in closing argument, Mr. Treggett's attorneys at Waters & Kraus had cast a ballot for him in the Pittsburgh Corning bankruptcy case, certifying under penalty of perjury that Mr. Treggett was exposed to

---

[8] 9/28/04 Trial Tr. at 3323-24 (Testimony of Robert Sawyer, M.D.) (GST-5450).

[9] 9/28/04 Trial Tr. at 3379-3382, 3617-18 (GST-5450).

[10] 10/6/04 Trial Tr. at 5177, 5184-86 (GST-5437).

[11] 10/6/04 Trial Tr. at 5208-13 (GST-5437); 10/8/04 Trial Tr. at 5742-44 (GST-5440).

[12] 10/15/04 Trial Tr. at 6907 (GST-5440).

Unibestos.[13] This ballot was never provided to Garlock and the exposure was never disclosed. Then, starting just a couple months after the trial, Mr. Treggett's attorneys filed fourteen Trust claims and nine more ballots on the basis of exposures never identified in his tort case.[14] Waters & Kraus placed Mr. Treggett on 2019 statements in eleven bankruptcy cases, beginning only two months after trial in December 2004, certifying that Mr. Treggett had been injured by asbestos-containing products made, distributed, or sold by the debtor companies.[15] In his tort case, Mr. Treggett identified none of the exposures underlying those certifications under penalty of perjury in the 2019 statements. In all, the Trust claims, ballots, and 2019 statements evidence twenty-two exposures not identified in discovery.[16]

Six of the Trust claims were based upon Mr. Treggett's work at the Mare Island shipyard, where he claimed during the tort case he was in a classroom and never went on board a ship— including claims against Trusts responsible for amosite insulation such as AWI, Fibreboard, Owens Corning, and Western Asbestos (the Western claim filed only shortly after Mr. Treggett's trial against Garlock).[17] The claim forms painted a starkly different picture of his exposure history, claiming that at Mare Island he worked in the "shipyard repair/construction industry" and "altered, repaired or otherwise worked with an asbestos-containing product such that [he] was exposed on a regular basis to asbestos fibers," and "was employed in an industry or occupation such that [he] worked on a regular basis in close proximity to workers" manipulating

---

[13] Treggett 2004 PCC Ballot at GST-EST-0555991 (GST-54455); Kraus Depo. Tr. at 92-93 (GST-1299). The short form citations for ballots, Trust claims, and 2019 statements are located in the Appendix *infra*.

[14] *See* Summary Chart of Treggett Filings *infra*.

[15] *See* Summary Chart of Treggett Filings *infra*.

[16] *See id.*

[17] Treggett Lummus Trust Claim at Waters 02350 (GST-5478); Treggett AWI Trust Claim at Waters 02423 (GST-5480); Treggett Combustion Trust Claim at Waters 2520 (GST-5483); Treggett FB Trust Claim at Waters 02561 (GST-5485); Treggett OC Trust Claim at Waters 02685 (GST-5489); Treggett Western Trust Claim at Waters 02826 (GST-5493).

asbestos products.[18] One of the claims based on Mare Island was filed just a couple months after the trial against Garlock ended.[19]

At his deposition in this bankruptcy case, Mr. Peter Kraus admitted that it is his firm's practice to delay filing Trust claims until after the conclusion of tort litigation in order to avoid bankrupt entities being placed on the verdict form and allocated fault in several or proportional liability jurisdictions (such as California, where the Treggett case was tried).[20]

---

[18] Treggett OC Trust Claim at Waters 02685-02687 (GST-5489).
[19] Treggett Western Trust Claim at Waters 02812 (GST-5493).
[20] Kraus Depo. Tr. at 41:13-42:24 (GST-1299).

| Summary Chart of Treggett Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ABB Lummus | Yes (3/14/07)[1] | | |
| ACandS | Yes[2] | Yes (3/20/08)[3] | Yes (9/21/06)[4] |
| Armstrong World Industries | Yes (10/9/07)[5] | | |
| Babcock & Wilcox | Yes (1/10/07)[6] | | |
| C.E. Thurston | Yes[7] | | |
| Combustion Engineering | Yes[8] | | Yes (10/3/05)[9] |
| DII (Halliburton) | Yes (1/23/07)[10] | | |
| Eagle Picher | Yes (8/21/09)[11] | | |
| Federal Mogul | Yes (7/28/11)[12] | Yes (10/29/04)[13] | |
| Fibreboard | Yes (2/21/11)[14] | | |
| Flintkote | | Yes (12/12/08[15], 9/16/09[16]) | |
| G-I Holdings (GAF) | | Yes (1/7/09)[17] | Yes (1/21/09)[18] |
| GIT | | | Yes (12/9/04)[19] |
| Kaiser Aluminum | | Yes (11/9/05)[20] | Yes (12/9/04)[21] |
| Keene | Yes (10/27/09)[22] | | |
| NARCO | | Yes (3/9/06)[23] | Yes (12/9/04)[24] |
| Owens Corning | Yes (2/23/11)[25] | Yes (8/15/06)[26] | Yes (3/15/05)[27] |
| Pittsburgh Corning | | Yes (2/23/04[28], 11/10/09[29]) | Yes (12/9/04)[30] |
| Porter Hayden | Yes[31] | | |
| Raybestos | Yes (6/17/10)[32] | | |
| US Minerals | | Yes (10/26/05)[33] | Yes (3/15/05)[34] |
| USG | Yes (10/27/09)[35] | | Yes (3/15/05)[36] |
| W.R. Grace | | Yes (5/19/09)[37] | Yes (5/14/09)[38] |
| Western Asbestos | Yes (12/28/04)[39] | | |

Note: Filing date of document, when known, is in parentheses.

 = Exposure not disclosed during discovery

= Exposure disclosed during discovery

= Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

[1] Treggett Lummus Trust Claim at Waters 02358 (GST-5478).

[2] Treggett AC&S Trust Claim at Waters 02369 (GST-5479).

[3] Treggett AC&S Ballot at Waters 02228 (GST-6030).

[4] AC&S 2019 of Waters & Kraus at Waters 10540-10542 (GST-5515).

[5] Treggett AWI Trust Claim at Waters 02434 (GST-5480).

[6] Treggett B&W Trust Claim at Waters 02500 (GST-5481).

[7] Treggett Thurston Trust Claim at Waters 02511 (GST-5482).
[8] Treggett Combustion Trust Claim at Waters 02514 (GST-5483).
[9] Combustion 2019 of Waters & Kraus at Waters 10585-10587 (GST-5522).
[10] Treggett HAL Trust Claim at Waters 02610 (GST-5487).
[11] Treggett EPI Trust Claim at Waters 02539 (GST-5484).
[12] Treggett FM Trust Claim at Waters 02597 (GST-5486).
[13] Treggett FM Ballot at Waters 02244 (GST-5468).
[14] Treggett FB Trust Claim at Waters 02552 (GST-5485).
[15] Treggett 2008 Flintkote Ballot at GST-EST-0555971 (GST-4348).
[16] Treggett 2009 Flintkote Ballot at Waters 02254 (GST-4347).
[17] Treggett GAF Ballot at Waters 02286 (GST-5471).
[18] GAF 2019 of Waters & Kraus at Waters 02171-02173 (GST-5458).
[19] GIT 2019 of Waters & Kraus at Waters 10610-10612 (GST-5526).
[20] Treggett Kaiser Ballot at Waters 02295 (GST-6038).
[21] Kaiser 2019 of Waters & Kraus at Waters 10732-10734 (GST-5545).
[22] Treggett Keene Trust Claim at Waters 02655 (GST-5488).
[23] Treggett NARCO Ballot at Waters 02300 (GST-5473).
[24] NARCO 2019 of Waters & Kraus at Waters 10768-10770 (GST-5551).
[25] Treggett OC Trust Claim at Waters 02676 (GST-5489).
[26] Treggett OC Ballot at Waters 02308 (GST-5474).
[27] Amended OC 2019 of Waters & Kraus at Waters 10878-10880 (GST-5570).
[28] Treggett 2004 PCC Ballot at GST-EST-0555996 (GST-5455).
[29] Treggett 2009 PCC Ballot at Waters 02317 (GST-5475).
[30] PCC 2019 of Waters & Kraus at Waters 10919-10921 (GST-5576).
[31] Treggett PH Trust Claim at Waters 02708 (GST-5490).
[32] Treggett Raybestos Trust Claim at Waters 02753 (GST-5491).
[33] Treggett USM Ballot at Waters 02324 (GST-5476).
[34] Amended USM 2019 of Waters & Kraus at Waters 11096-11098 (GST-4431).
[35] Treggett USG Trust Claim at Waters 02764 (GST-5492).
[36] Amended USG 2019 of Waters & Kraus at Waters 11065-11067 (GST-5595).
[37] Treggett WRG Ballot at Waters 02333 (GST-5477).
[38] 2nd Amended WRG 2019 of Waters & Kraus at Waters 02220-02222 (GST-5466).
[39] Treggett Western Trust Claim at 02831 (GST-5493).

8

## 2.   Oscar Torres—Williams Kherkher (Troy Chandler)—Texas

Mr. Torres obtained the only significant mesothelioma verdict against Garlock between

2006 and its bankruptcy petition in 2010 that has not yet been reversed on appeal: 45% of a

$3 million compensatory damages verdict, or $1.35 million.[1] In response to Texas standard

interrogatories that he amended seven times before trial, Mr. Torres identified no bankrupt

products, including in response to the specific Texas question about bankrupt exposures.[2] He

also did not identify any Trust claims in response to the standard Texas interrogatory asking

about any Trust claim that "was or will be made," and did not produce any Trust claim forms in

response to the standard request for production requiring production of such claim forms,

claiming the question was "not applicable" to him and that there were no Trust claims at that

time.[3] Mr. Torres throughout his case claimed that the only asbestos-containing products he

handled directly were Garlock crocidolite gaskets.[4] He also denied knowledge of the name

"Babcock & Wilcox."[5]

At trial, Garlock attempted to prove that Mr. Torres' mesothelioma was caused not by

Garlock gaskets but by insulation products, including Kaylo pipe covering manufactured by

Owens Corning.[6] In the absence of identification of insulation products by Mr. Torres or his

attorneys, Garlock tried to prove Mr. Torres' exposure to Kaylo in its cross-examination of Dr.

Lemen, one of Mr. Torres' experts.[7] Mr. Torres' attorneys later argued that there was no

evidence or legally insufficient evidence that Owens Corning and Johns Manville proximately

---

[1] 3/5/10 Trial Tr. at 8 (GST-4861).

[2] Plaintiffs' Seventh Supplemental Responses to Master Interrogatories, Requests for Production and Disclosures at 9-10, 13-14, 21-23 (Feb. 15, 2010) (GST-4926).

[3] *Id.* at 13-14, 48-49.

[4] 2/17/10 Trial Tr. at 45 (plaintiff opening) ("The only asbestos product Oscar actually worked with himself was the Garlock gaskets.") (GST-4850); 3/4/10 Trial Tr. at 69-70 ("The reason why Garlock is more of a cause is because the only product that Oscar used hands-on was Garlock . . . .") (GST-4860).

[5] 7/16/09 Torres Depo. Tr. at 91:5-7 (GST-4639).

[6] *See, e.g.,* 3/4/10 Trial Tr. at 105, 109, 113, 120, 128 (closing argument) (GST-4860).

[7] 2/19/10 Trial Tr. at 82-95 (GST-4852).

9

caused Mr. Torres' mesothelioma.[8] Over the objection of Mr. Torres' attorneys, the court permitted Owens Corning and Johns-Manville to be placed on the verdict form.[9] Then, in closing arguments, Mr. Torres' attorneys vigorously denied he was exposed to Owens Corning insulation.[10] The jury assigned no fault to Owens Corning or Johns-Manville.[11]

In fact, the day before Mr. Torres' deposition where he denied knowledge of "Babcock & Wilcox," Mr. Torres filed a claim against the Babcock & Wilcox Trust, which was eventually paid.[12] This claim was never disclosed to Garlock, in violation of Texas discovery rules.[13] Mr. Torres' trial attorney, at his deposition in this bankruptcy case, claimed he did not know about the Babcock & Wilcox claim during the tort case, but he admitted that the attorney who filed the claim reported directly to him.[14] Also, after the trial concluded, Mr. Torres filed a claim with the Owens Corning Trust despite his attorney's representation during trial that he was not exposed to Owens Corning products (this claim too was eventually paid).[15]

Most surprising of all, in both the Babcock & Wilcox Trust claim and the Owens Corning Trust claim, Mr. Torres represented that he "handled raw asbestos fibers on a regular basis" and "fabricated asbestos-containing products such that [he] in the fabrication process was exposed on a regular basis to raw asbestos fibers."[16] No handling of raw asbestos was disclosed in the tort case.[17] To the contrary, Mr. Torres and his attorneys claimed repeatedly that the only asbestos

---

[8] 3/4/10 Trial Tr. at 21 (GST-4860).

[9] 3/3/10 Trial Tr. at 253-54 (GST-4859); 3/4/10 Trial Tr. at 21-22 (GST-4860).

[10] 3/4/10 Trial Tr. at 56, 58 (GST-4860).

[11] 3/5/10 Trial Tr. at 8 (GST-4861).

[12] Torres B&W Trust Claim at WK0001-0009 (GST-4927).

[13] Chandler Depo. Tr. at 52:9-53:1 (GST-1020).

[14] *Id.*

[15] Torres OC Trust Claim at WK0086-0095 (GST-4929).

[16] Torres B&W Trust Claim at WK0006 (GST-4927); Torres OC Trust Claim at WK0092 (GST-4929).

[17] When confronted with these statements in the Trust claims, Mr. Torres' attorney claimed that the "raw asbestos fibers" referred to asbestos from Garlock's gaskets—a finished product. Chandler Depo Tr. at 63:3-64:2 (GST-1020).

products Mr. Torres ever handled were Garlock crocidolite gaskets, a finished product that did not involve "raw asbestos fibers."

| Summary Chart of Torres Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| AMF | Yes (4/1/11)[1] | | |
| Babcock & Wilcox | Yes (7/15/09)[2] | | |
| DII (Halliburton) | Yes (5/18/11)[3] | | |
| Owens Corning | Yes (5/18/11)[4] | | |

Note: Filing date of document, when known, is in parentheses.

    = Exposure not disclosed during discovery

    = Exposure disclosed during discovery

    = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed
before Garlock resolved case (or claim contains affidavit of exposure dated before
Garlock resolved case)

---

[1] Torres AMF Trust Claim at WK 0128 (GST-4930).
[2] Torres B&W Trust Claim at WK 0001 (GST-4927).
[3] Torres HAL Trust Claim at WK 0041 (GST-4928).
[4] Torres OC Trust Claim at WK 0086 (GST-4929).

### 3. Peter Homa—Belluck & Fox, David Firm—New York, New York

Garlock settled Mr. Homa's mesothelioma claim for $250,000—along with a large group of other cases—after eighteen days of trial in New York City that pitted Mr. Homa against Garlock as sole remaining defendant. In response to standard NYC interrogatories asking Mr. Homa to identify all sources of exposure, including his exposure to the products of bankrupt companies, he and his attorneys identified no bankrupt companies.[1] In his deposition, Mr. Homa identified Worthington pumps, Babcock & Wilcox (a bankrupt boiler manufacturer) and Flexitallic (a bankrupt gasket manufacturer), but he identified no other bankrupt companies, despite being specifically asked about over a dozen such manufacturers.[2] New York City requires exigent mesothelioma plaintiffs such as Mr. Homa to file all Trust claims they intend to file at least ninety days before trial, and disclose the Trust claim forms.[3] Mr. Homa and his attorneys disclosed no Trust claims that they had filed or intended to file before trial or the eventual settlement.[4]

At trial, Garlock attempted to prove Mr. Homa's exposure to insulation and other dangerous amphibole products manufactured by companies such as Pittsburgh Corning, Johns-Manville, Eagle Picher, and Keene through expert testimony and ship records showing product specifications for the ships where Mr. Homa worked.[5] But Mr. Homa's attorneys crossed

---

[1] Plaintiffs' Response to Defendants' Fourth Amended Interrogatories and Request for Production of Documents at 10, 11, Chart A (May 29, 2008) (GST-3629).

[2] 6/17/08 Homa Depo. Tr. at 57-58 (Babcock & Wilcox) (GST-3614); 6/18/08 Homa Depo. Tr. at 260, 288-89 (disclaiming knowledge of Eagle Picher, Johns-Manville, Keene, Owens Corning, Philip Carey, Pittsburgh Corning, Raybestos, Raymark, USG, National Gypsum, Combustion Engineering) (GST-2897); 10/2/08 Homa Depo. Tr. at 50-51 (Flexitallic) (GST-3613); 5/7/09 Trial Tr. at 961-63, 969-70 (reading into evidence Homa deposition disclaiming knowledge of Eagle Picher, Johns-Manville, Keene, Owens Corning, Philip Carey, Pittsburgh Corning, Raybestos, Raymark, USG, National Gypsum, and Combustion Engineering) (GST-3621).

[3] *See* Decision and Order, *In re New York City Asbestos Litig.*, No. 40000/88 (N.Y. Sup. Ct. Nov. 15, 2012) (Heitler, J.) (citing, explaining, and refusing to vacate section XV(E)(2)(*l*) of the NYCAL CMO, which the court noted has been in the CMO since 2003) (GST-0402).

[4] Belluck Depo. Tr. at 151:7-152:8, 152:20-153:7 (GST-1019).

[5] 4/27/09 Trial Tr. at 90, 100 (GST-3615); 5/6/09 Trial Tr. at 740 *et seq.* (GST-3620); 5/13/09 Trial Tr. at 1381 (direct by Garlock) (GST-3624).

Garlock's experts and attempted to cast doubt on this use of ship records, calling into question whether the products reflected in the documents were on the ship when Mr. Homa was there.[6]

Mr. Homa eventually filed twenty-two Trust claims, four ballots, and five 2019 statements never disclosed to Garlock, with a total of twenty-six unidentified exposures (from nineteen of the Trust claims, four of the ballots and three of the 2019 statements).[7] Many of the Trust claims relied on exposures to specific insulation products never disclosed in discovery, such as GAF #115 Insulating Cement, Kaiser Hard Top Insulating Cement, and Pilsulate Insulating Cement #101.[8]

The David Law Firm, which filed Mr. Homa's Trust claims, testified that, shortly after he retained the firm, it interviewed Mr. Homa and identified Trust claims he had and that they intended to file and could have filed for Mr. Homa long before his trial in compliance with the New York rule requiring filing and disclosure of such claims.[9] But instead, Belluck & Fox (according to the David Firm) instructed the David Firm not to file Trust claims before Mr. Homa's case was concluded, in violation of the New York requirement.[10] This testimony from the David Firm contradicted the Belluck firm's testimony that they had no input into the timing of Trust claims for Mr. Homa.[11]

At least eight of the Trust claims were filed *the day after* Garlock settled the case at trial—according to the David Firm, they filed the claims as soon as Belluck & Fox told them the case had been resolved.[12] At least one of the Trust claims (with the Manville Trust) was filed months before trial and never disclosed, also in clear violation of NYC discovery rules, as was a

---

[6] 5/4/09 Trial Tr. at 628-29 (GST-3619); 5/13/09 Trial Tr. at 1398-99, 1409, 1452, 1454 (GST-3624).
[7] *See* Summary Chart of Homa Filings.
[8] Homa GAF Trust Claim at David 00809-00810 (GST-3598); Homa Kaiser Trust Claim at David 01217-01218 (GST-3603); Homa Plibrico Trust Claim at David 01592-01593 (GST-3608).
[9] Cooper Depo. Tr. at 72:11-18, 73:15-22 (GST-1021).
[10] *Id.* at 75:1-17.
[11] Belluck Depo. Tr. at 187:4-189:1 (GST-1019).
[12] *See* Summary Chart of Homa Filings *infra*; Cooper Depo. Tr. at 75:1-17 (GST-1021).

ballot in the Flintkote case.[13] Finally, eleven of the Trust claims were based on asbestos exposure

at seven sites where Mr. Homa had testified he was never exposed to asbestos at all, including a

site where he alleged, in his tort case against Garlock, that he only drove a truck, as well as a site

where he alleged, in his tort case against Garlock, that he only worked as a police officer.[14]

---

[13] Homa Manville Trust Claim at David 01205 (GST-3602); Homa 2008 Flintkote Ballot at GST-EST-0555957 & GST-EST-0555969 (GST-3636 & GST-3637).

[14] *See* Plaintiffs' Response to Defendants' Fourth Amended Interrogatories and Request for Production of Documents at 10, 11, Chart A (May 29, 2008) (listing sites where exposure alleged in tort case) (GST-3629); 6/17/08 Homa Depo. Tr. at 74-76 (no asbestos exposure at Newport Naval Hospital), 86 (no asbestos exposure at Naval Technical Training Center in Jacksonville, FL), 88-93 (no exposure on USS Pensacola, USS Albany, Norfolk Naval Sea Systems Command, Norfolk Naval Shipyard (1979-85), USS Raleigh) (GST-3614); Belluck Depo. Tr. at 246-55 (GST-1019); Homa AWI Trust Claim at David 00362-00364 (GST-3591); Homa B&W Trust Claim at 00371-00396 (GST-3592); Homa Combustion Trust Claim at David 00419-00422 (GST-3593); Homa FB Trust Claim at David 00587-00589 (GST-3596); Homa GAF Trust Claim at David 00809-00810 (GST-3598); Homa HAL Trust Claim at David 00943-00950 (GST-3599); Homa Keene Trust Claim at David 01335 (GST-3604); Homa OC Trust Claim at David 01466-01474 (GST-3606); Homa Plibrico Trust Claim at David 01592-01593 (GST-3608); Homa Raybestos Trust Claim at David 01713-01715 (GST-3609); Homa Shook & Fletcher Trust Claim at David 01720 (GST-3610).

| Summary Chart of Homa Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| Armstrong World Industries | Yes (5/15/09)[1] | | |
| ASARCO | | Yes (8/4/09)[2] | |
| Babcock & Wilcox | Yes (5/15/09)[3] | | |
| Celotex | Yes (5/15/09)[4] | | |
| Combustion Engineering | Yes[5] | | |
| Eagle Picher | Yes[6] | | |
| Federal Mogul | Yes (11/22/10)[7] | | |
| Fibreboard | Yes (5/15/09)[8] | | |
| Flintkote | | Yes (12/16/08)[9] | Yes (10/2/12)[10] |
| GIT | | | Yes (10/2/12)[11] |
| G-I Holdings (GAF) | Yes[12] | | |
| H.K. Porter | Yes[13] | | |
| DII (Halliburton) | Yes (5/15/09)[14] | | |
| DII (Harbison Walker) | Yes (3/16/10)[15] | | |
| Kaiser Aluminum | Yes[16] | | |
| Keene | Yes (5/15/09)[17] | | |
| Manville | Yes (11/17/08)[18] | | |
| National Gypsum | Yes[19] | | |
| NARCO | | | Yes (10/2/12)[20] |
| Owens Corning | Yes (5/15/09)[21] | | |
| Pacor | Yes (5/20/09)[22] | | |
| Pittsburgh Corning | | Yes (11/12/09)[23] | Yes (10/2/12)[24] |
| Plibrico | Yes[25] | | |
| Quigley | | Yes (11/15/12)[26] | |
| Raybestos | Yes (3/16/10)[27] | | |
| Shook & Fletcher | Yes[28] | | |
| UNR | Yes[29] | | |
| USG | Yes (5/15/09)[30] | | |
| W.R. Grace | | | Yes (10/2/12)[31] |

Note: Filing date of document, when known, is in parentheses.

▢ = Exposure not disclosed during discovery

= Exposure disclosed during discovery

▓ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

[1] Homa AWI Trust Claim at David 00354 (GST-3591).

[2] Homa 2009 ASARCO Ballot at GST-EST-0555894 & GST-EST-0555900 (GST-3634 & GST-3635)

[3] Homa B&W Trust Claim at David 00368 (GST-3592).

[4] Homa Celotex Trust Claim at David 00532 (GST-3594)

[5] Homa Combustion Trust Claim at David 00408 (GST-3593).

[6] Homa BPI Trust Claim at David 00553 (GST-3595).

[7] Homa FM Trust Claim at David 00592 (GST-3597).

[8] Homa FB Trust Claim at David 00573 (GST-3596).

[9] Homa 2008 Flintkote Ballot at GST-EST-0555959 & GST-EST-0555969 (GST-3636 & GST-3637).

[10] Amended Flintkote 2019 of David at David 00040-00041 (GST-1830).

[11] Amended GIT 2019 of David at David 00043-00044 (GST-1831).

[12] Homa GAF Trust Claim at David 00804 (GST-3598).

[13] Homa HKP Trust Claim at David 01064 (GST-3600).

[14] Homa HAL Trust Claim at David 00927 (GST-3599).

[15] Homa HW Trust Claim at David 01083 (GST-3601).

[16] Homa Kaiser Trust Claim at David 01211 (GST-3603).

[17] Homa Keene Trust Claim at David 01334 (GST-3604).

[18] Homa Manville Trust Claim at David 01205 (GST-3602).

[19] Homa NGC Trust Claim at 01337 (GST-3605).

[20] Amended NARCO 2019 of David at David 00046-00047 (GST-1832).

[21] Homa OC Trust Claim at David 01456 (GST-3606).

[22] Homa Pacor Trust Claim at David 01480 (GSt-3607).

[23] Homa 2009 PCC Ballot at GST-EST-0556103 & GST-EST-0556104 (GST-3638 & GST-3639).

[24] Amended PCC 2019 of David at David 00049-00050 (GST-1833).

[25] Homa Plibrico Trust Claim at David 01586 (GST-3608).

[26] Homa 2012 Quigley Ballot at David 00061.

[27] Homa Raybestos Trust Claim at David 01709 (GST-3609).

[28] Homa Shook & Fletcher Trust Claim at David 01716 (GST-3610).

[29] Homa UNR Trust Claim at David 01722 (GST-3611).

[30] Homa USG Trust Claim at David 01725 (GST-3612).

[31] Amended WRG 2019 of David at David 00037-00038 (GST-1829).

### 4.   Bernard Massinger—Shein Law Center—Philadelphia, Pennsylvania

Garlock settled Mr. Massinger's mesothelioma claim for $700,000 after ten days of trial in Philadelphia, along with a group of other claims brought by Shein Law Center. Mr. Massinger was young (in his fifties), and thus had a compelling damages case.[1] During discovery, Mr. Massinger claimed his mesothelioma was caused by asbestos brought home on his father's clothes, including asbestos from Garlock gaskets.[2] At his deposition, he denied he was ever directly exposed to asbestos, including during his Air Force service from 1978 to 1980 at the Air Force bases in Lackland, Texas, and Dover, Delaware. He claimed that the Air Force "for the time I was in there was very proactive as far as asbestos abatement and things like that."[3]

In fact, in May 2009, months before trial began, and before another deposition of Mr. Massinger taken in the case,[4] Mr. Massinger signed an affidavit in support of Trust claims, attesting to "personal knowledge" that he "was exposed to asbestos containing products" at the Lackland, Texas; Shepherd, Texas; and Dover, Delaware bases.[5] He attested that at those bases he "worked with and in the vicinity [of] other tradesmen who used asbestos containing products during my job of maintaining and testing the backup power equipment. Use of those products created dust which I inhaled."[6] This direct exposure, which completely changed the nature of Mr. Massinger's exposure to asbestos, was never disclosed to Garlock and was contradicted by Mr. Massinger at his deposition.

---

[1] Shein Depo. Tr. at 133:23-134:16 (GST-1030).

[2] *Id.*

[3] 7/2/08 Massinger Depo. (*de bene esse*) Tr. at 13-16, 26-27 (GST-3673); 7/2/08 Massinger Depo. (discovery) Tr. at 23-27 (GST-3671).

[4] *See* 6/5/09 Massinger Depo. (GST-3672).

[5] Affidavit of Bernard F. Massinger (May 28, 2009), at Shein 01357 (Shook & Fletcher Trust Claim) (GST-3691); Affidavit of Bernard F. Massinger (May 28, 2009), at Shein 00787 (Fibreboard Trust Claim) (GST-3686).

[6] *Id.*

   The firm that referred the case to Shein Law Center—Early Lucarelli—filed Mr. Massinger's Trust claims.[7] Mr. Shein testified that he had an understanding with the Early firm that they would not file Trust claims before Mr. Massinger's trial was concluded.[8] Shein testified that his firm has a practice of delaying Trust claims until after trial in order to prevent Trusts from being added to the verdict form.[9] But contrary to the understanding with Mr. Shein, the Early firm filed two Trust claims, with the Fibreboard and USG Trusts—the Fibreboard claim supported by the affidavit attesting to Air Force exposure—before the trial against Garlock.[10] Later the Early firm withdrew those claims—the claim with the USG Trust *after* the Trust had already approved and agreed to pay Mr. Massinger's claim.[11] The exposures evidenced by the USG and Fibreboard Trust claims were never disclosed to Garlock in the tort litigation, in violation of Philadelphia discovery rules.

   Overall, Mr. Massinger's attorneys filed seven Trust claims and four ballots based on exposures not identified to Garlock during discovery, for a total of eleven unidentified exposures, including refiling the Fibreboard and USG Trust claims withdrawn during the tort litigation.[12] Overall, six Trust claims and ballots based on exposures not identified in tort discovery were filed *before* Garlock settled the case.

---

[7] Shein Depo. Tr. at 34 (GST-1030).
[8] *Id.* at 137:2-9.
[9] *Id.* at 43:20-44:23.
[10] *See* Data concerning Mr. Massinger received from Delaware Claims Processing Facility, LLC pursuant to Court-ordered subpoena (GST-1600).
[11] *See id.*
[12] *See* Summary Chart of Massinger Filings *infra*.

19

| Summary Chart of Massinger Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ASARCO | | Yes (7/27/09)[1] | |
| Babcock & Wilcox | Yes (1/7/10)[2] | | |
| Combustion Engineering | Yes[3] | | |
| Eagle Picher | Yes (10/5/11)[4] | | |
| Federal Mogul (Flexitallic) | Yes (11/3/11)[5] | | |
| Fibreboard | Yes (6/17/09[6], 1/11/10[7]) | | |
| DII (Halliburton) | Yes (1/7/10)[8] | | |
| Manville | Yes (2/16/11)[9] | | |
| Owens Corning | Yes (1/15/10)[10] | | |
| Pacor | Yes (2/16/11)[11] | | |
| Pittsburgh Corning | | Yes (10/6/09)[12] | |
| Quigley | | Yes (6/9/06)[13] | |
| Raybestos | Yes (1/10/11)[14] | | |
| Shook & Fletcher | Yes[15] | | |
| USG | Yes (6/11/09[16], 1/7/10[17]) | | |
| W.R. Grace | | Yes (5/19/09)[18] | |

Note: Filing date of document, when known, is in parentheses.

  ▮ = Exposure not disclosed during discovery

    = Exposure disclosed during discovery

  ▮ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed
       before Garlock resolved case (or claim contains affidavit of exposure dated before
       Garlock resolved case)

---

[1] Massinger 2009 ASARCO Ballot at GST-EST-0555916 & GST-EST-0555923 (GST-3674 & GST-3675).

[2] Massinger B&W Trust Claim at Shein 00075 (GST-3681).

[3] Massinger Combustion Trust Claim at Shein 00129 (GST-3682).

[4] Massinger EPI Trust Claim at Shein 00673 (GST-3684).

[5] Massinger FM Trust Claim at Shein 00683 (GST-3685).

[6] *See* Data concerning Mr. Massinger received from Delaware Claims Processing Facility, LLC pursuant to Court-ordered subpoena (GST-1600).

[7] Massinger FB Trust Claim at Shein 00770 (GST-3686).

[8] Massinger HAL Trust Claim at Shein 00602 (GST-3683).

[9] Massinger Manville Trust Claim at Shein 01080 (GST-3687).

[10] Massinger OC Trust Claim at Shein 01089 (GST-3688).

[11] Massinger Pacor Trust Claim at Shein 01193 (GST-3689).

[12] Massinger 2009 PCC Ballot at GST-EST-0556169 & GST-EST-0556170 (GST-3676 & GST-3677)

[13] Massinger 2006 Quigley Ballot at GST-EST-0556191 (GST-3678).

[14] Massinger Raybestos Trust Claim at Shein 01338 (GST-3690).

[15] Massinger Shook & Fletcher Trust Claim at Shein 01351 (GST-3691).

[16] *See* Data concerning Mr. Massinger received from Delaware Claims Processing Facility, LLC pursuant to Court-ordered subpoena (GST-1600).

[17] Massinger USG Trust Claim at Shein 01417 (GST-3692).

[18] Massinger WRG Ballot at GST-EST-0556225 & GST-EST-0556226 (GST-3679 & GST-3680).

### 5.   John Phillips—Williams Kherkher—Texas

Mr. Phillips was represented by the same law firm that represented Mr. Torres, and he obtained the largest pre-verdict settlement from Garlock in its history: $2.5 million. He claimed that his only exposure to asbestos occurred as a young man during three summers working as a gasket cutter, where he only cut Garlock crocidolite gaskets as well as Johns-Manville gaskets.[1] He and his attorney disclosed no other exposures to asbestos during his tort case, including no other exposures to bankrupt products, and they claimed that the standard Texas interrogatory regarding Trust claims "made or anticipated to be made" was "Not applicable."[2]

Before Garlock settled the case, however, Mr. Phillips' attorneys filed a ballot for him in the ASARCO bankruptcy, indicating, among other things, that he had exposure for which Capco, an asbestos cement pipe manufacturer, was responsible.[3] In addition, after Garlock settled, Mr. Phillips and his attorneys asserted fourteen Trust claims for which exposures were never identified (in addition to a Manville claim).[4] In four of those claims, Mr. Phillips requested Individual Review, an indication that his attorneys believed he had a particularly strong claim.[5] Exposure to any of these products was not consistent in any way with the exposure story Mr. Phillips told Garlock in the tort system.

---

[1] Plaintiffs' Thirteenth Supplemental Responses to Master Interrogatories, Requests for Production and Requests for Disclosure at 11-12 (Feb. 19, 2009) (GST-3957).
[2] See, e.g., id. at 14, 21-24, 48-49.
[3] Phillips 2008 ASARCO Ballot at GST-EST-0555781 & GST-EST-0555790 (GST-3976 & GST-3977); Phillips 2009 ASARCO Ballot at GST-EST-0555932 (GST-3978).
[4] See Summary Chart of Phillips Filings infra.
[5] See id. (Halliburton, Kaiser Aluminum, Plibrico, and USG Trust claims).

| Summary Chart of Phillips Filings[1] | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| Armstrong World Industries | Yes (5/21/10) | | |
| ARTRA | Yes (7/7/10) | | |
| ASARCO | Yes (9/5/12) | Yes (2008[2], 2009[3]) | |
| Babcock & Wilcox | Yes (7/3/09) | | |
| Combustion Engineering | Yes (2/26/10) | | |
| Congoleum | Yes (9/28/11) | | |
| Fibreboard | Yes (5/27/10) | | |
| DII (Halliburton) | Yes (6/2/10) | | |
| Kaiser Aluminum | Yes (6/8/10) | | |
| Keene | Yes (4/14/09) | | |
| Manville | Yes (8/11/09) | | |
| Owens Corning | Yes (6/1/10) | | |
| Plibrico | Yes (2/1/10) | | |
| US Minerals | Yes (12/15/11) | | |
| USG | Yes (6/2/10) | | |

Note: Filing date of document, when known, is in parentheses.



= Exposure not disclosed during discovery

= Exposure disclosed during discovery

= Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] For Phillips' Trust claims, *see* Affidavit of Charles D. Finley, *Garlock Sealing Technologies LLC et al. v. Chandler et al. (In re Garlock Sealing Technologies LLC, et al.)*, No. 12-03137 (Bankr. W.D.N.C. Dec. 5, 2012) (Docket No. 42), Ex. E. (GST-7056) (containing claim forms against the ARTRA, Armstrong World Industries, Babcock & Wilcox, Combustion Engineering, Congoleum, Fibreboard, Halliburton, Kaiser Aluminum, Keene, Owens Corning, Plibrico, US Minerals, and USG Trusts), and Supplemental Affidavit of Charles D. Finley, *Garlock Sealing Technologies LLC et al. v. Chandler et al. (In re Garlock Sealing Technologies LLC, et al.)*, No. 12-03137 (Bankr. W.D.N.C. Jan. 21, 2013) (Docket No. 54), Ex. A, Ex. B (GST-7056) (attaching Manville and ASARCO Trust claim forms).

[2] Phillips 2008 ASARCO Ballot at GST-EST-0555781 & GST-EST-0555790 (GST-3976 & GST-3977).

[3] Phillips 2009 ASARCO Ballot at GST-EST-0555932 (GST-3978).

**6.    Vincent Golini—Shein Law Center—Philadelphia, Pennsylvania**

Garlock settled Mr. Golini's mesothelioma claim for $250,000 in 2010, at the same time
as the *Massinger* settlement. In response to standard interrogatories requiring him to identify all
products to which he was exposed, Mr. Golini and his attorneys identified no bankrupt
companies.[1] At Mr. Golini's deposition, his attorney asked him about the condition of the pipe
covering on ships where he worked, and he testified that "[t]he condition on ships was always
wonderful. There was a cast and everything was painted." When asked "Did you ever observe
these miles of pipe covering to be dusty or flaky?" he testified "No."[2] The only bankrupt
company he remembered at his deposition was Johns-Manville, but in response to his attorney's
question about whether he associated that name with any particular product, he said "no."[3] Under
questioning by defendants' lawyers, Mr. Golini testified he either never saw or never
encountered at the shipyard where he worked products manufactured by Owens Corning
(Kaylo), Fibreboard, Armstrong, and Eagle Picher.[4] He also testified that he had never heard of
Worthington pumps.[5]

In fact, before filing suit against Garlock—and months before his deposition—Mr. Golini
had already signed fourteen sworn statements attesting "subject to the penalties of perjury" that
during his employment he "frequently and regularly worked in close proximity" to workers
manipulating various asbestos-containing products for which bankrupts are responsible, which
created asbestos dust that he breathed.[6] Five of the sworn statements attested to frequent, regular,

[1] Plaintiffs' Answers to Asbestos Claims Facility Defendants' General Interrogatories—Sets I and II, at 3 (July 29,
2009) (requiring Mr. Golini to, among other things, "List, by type, brand and/or trade name, and manufacturer,
every asbestos-containing product to which you believe you were exposed.") (GST-2847).
[2] 8/12/09 Golini Depo. Tr. at 148-49 (GST-2841); *see also* 8/12/09 Golini Depo. Tr. at 386-87 (GST-2839).
[3] 8/12/09 Golini Depo. Tr. at 148-49 (GST-2841).
[4] 8/10/09 Golini Depo. Tr. at 32-35 (GST-2842).
[5] 8/11/09 Golini Depo. Tr. at 249 (GST-2840).
[6] Affidavit of Vincent Golini (May 19, 2009), at Shein 00054 (ARTRA Triple Duty Joint Compound) (GST-2864);
Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01901 (AWI Asbestos-Containing Products) (GST-
2887); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01923 (B&W Boilers) (GST-2888); Sworn

and proximate exposure to particular products manufactured by Fibreboard (Pabco pipe

covering), Armstrong (pipe covering), Owens Corning (Kaylo pipe covering), Eagle Picher

(Super 66 and One-Cote cement), and Worthington (pumps), contradicting Mr. Golini's later

deposition testimony that he lacked any knowledge about those products.[7] And despite Mr.

Golini's testimony about the "wonderful" condition of the pipe covering he saw on ships, several

of the products to which Mr. Golini was regularly, frequently, and proximately exposed were

pipe covering, including Pabco, Kaylo, and Philip Carey pipe covering.[8] The sworn statements

attested to his exposure to other friable products as well, including cement and block.

     Mr. Shein testified that he would not have expected these sworn statements to have been

shared with the attorney who prepared Mr. Golini for deposition, presented him, and questioned

him about his exposures there, because "our goal is to maximize a client's recovery . . . and in

order to do that, what we focus on for the deposition is the viable, non-bankrupt companies.

That's our job, okay. Our goal is to do our job on behalf of our clients, okay, not to do the

---

Statement of Vincent Golini (May 16, 2009), at Shein 00116 (Philip Carey pipe covering (Celotex)) (GST-2866);
Affidavit of Vincent Golini (May 19, 2009), at Shein 00180 (Combustion Asbestos Products) (GST-2867); Sworn
Statement of Vincent Golini (May 16, 2009), at Shein 00653 (Worthington Pumps (HAL)) (GST-2868); Sworn
Statement of Vincent Golini (May 16, 2009), at Shein 00672 (EPI Super 66 and One-Cote Asbestos Cement) (GST-
2870); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01075 (Kaiser Asbestos Refractories Products)
(GST-2874); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01087 (NGC Asbestos Joint Compound
and Plaster) (GST-2876); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01163 (Pabco Asbestos pipe
covering (FB)) (GST-2877); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01192 (Kaylo pipe
covering (OC)) (GST-2878); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01329 (Plibrico Asbestos
Refractories) (GST-2881); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01383 (Harbison Walker
Asbestos Refractories) (GST-2884); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01463 (USG
Asbestos Joint Compound) (GST-2885).

[7] Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01901 (AWI Asbestos-Containing Products) (GST-
2887); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 00653 (Worthington Pumps (HAL)) (GST-
2868); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 00672 (EPI Super 66 and One-Cote Asbestos
Cement) (GST-2870); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01163 (Pabco Asbestos pipe
covering (FB)) (GST-2877); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01192 (Kaylo pipe
covering (OC)) (GST-2878).

[8] Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01163 (Pabco Asbestos pipe covering (FB)) (GST-
2877); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 01192 (Kaylo pipe covering (OC)) (GST-
2878); Sworn Statement of Vincent Golini (May 16, 2009), at Shein 00116 (Philip Carey pipe covering (Celotex))
(GST-2866).

defendants' job for them."[9] After identifying no exposures to bankrupt products during

discovery, Mr. Golini's attorneys eventually filed twenty Trust claims and five ballots on his

behalf, for a total of twenty-five unidentified exposures.[10]

---

[9] Shein Depo. Tr. at 64:11-65:16 (GST-1030).
[10] *See* Summary Chart of Golini Filings *infra.*

25

| Summary Chart of Golini Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| Armstrong World Industries | Yes (6/14/10[1], 3/21/12[2]) | | |
| ARTRA | Yes[3] | | |
| ASARCO | | Yes (7/27/09)[4] | |
| Babcock & Wilcox | Yes (6/14/10)[5] | | |
| Celotex | Yes[6] | | |
| Combustion Engineering | Yes[7] | | |
| DII (Halliburton) | Yes (6/14/10)[8] | | |
| DII (Harbison Walker) | Yes (6/14/10)[9] | | |
| Eagle Picher | Yes (6/15/10)[10] | | |
| Federal Mogul (Flexitallic) | Yes (11/12/10)[11] | | |
| Federal Mogul (T&N) | Yes (11/12/10)[12] | | |
| Fibreboard | Yes (6/14/10)[13] | | |
| H.K. Porter | Yes[14] | | |
| Hercules | | Yes (11/6/09)[15] | |
| Kaiser | Yes[16] | | |
| Manville | Yes (11/29/11)[17] | | |
| National Gypsum | Yes (6/15/10)[18] | | |
| Owens Corning | Yes (6/14/10)[19] | | |
| Pacor | Yes (6/14/10)[20] | | |
| Pittsburgh Corning | | Yes (10/6/09)[21] | |
| Plibrico | Yes[22] | | |
| Quigley | | Yes (10/25/12)[23] | |
| Raybestos | Yes (12/3/10)[24] | | |
| USG | Yes (6/14/10)[25] | | |
| W.R. Grace | | Yes (5/19/09)[26] | |

Note: Filing date of document, when known, is in parentheses.

■ = Exposure not disclosed during discovery

= Exposure disclosed during discovery

■ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] *See* Data concerning Mr. Golini received from Delaware Claims Processing Facility, LLC pursuant to Court-ordered subpoena (GST-1600).

[2] Golini AWI Trust Claim at Shein 01888 (GST-2887).

[3] Golini ARTRA Trust Claim at Shein 00036 (GST-2864).

[4] Golini 2009 ASARCO Ballot at Shein 00060 (GST-2865).

26

[5] Golini B&W Trust Claim at Shein 01902 (GST-2888).

[6] Golini Celotex Trust Claim at Shein 00104 (GST-2866).

[7] Golini Combustion Trust Claim at Shein 00162 (GST-2867).

[8] Golini HAL Trust Claim at Shein 00628 (GST-2868).

[9] Golini HW Trust Claim at Shein 01358 (GST-2884).

[10] Golini EPI Trust Claim at Shein 00668 (GST-2870).

[11] Golini FM (Flex) Trust Claim at Shein 00702 (GST-2871).

[12] Golini FM (T&N) Trust Claim at Shein 00736 (GST-2872).

[13] Golini FB Trust Claim at Shein 01135 (GST-2877).

[14] Golini HKP Trust Claim at Shein 01037 (GST-2873).

[15] Golini Hercules Ballot at Shein 01510 (GST-1994).

[16] Golini Kaiser Trust Claim at Shein 01060 (GST-2874).

[17] Golini Manville Trust Claim at Shein 01084 (GST-2875).

[18] Golini NGC Trust Claim at Shein 01086 (GST-2876).

[19] Golini OC Trust Claim at Shein 01164 (GST-2878).

[20] Golini Pacor Trust Claim at Shein 01195 (GST-2879).

[21] Golini 2009 PCC Ballot at Shein 01202 (GST-1987).

[22] Golini Plibrico Trust Claim at Shein 01314 (GST-2881).

[23] Golini 2012 Quigley Ballot at Shein 01335 (GST-1989).

[24] Golini Raybestos Trust Claim at Shein 01347 (GST-2883).

[25] Golini USG Trust Claim at Shein 01436 (GST-2881).

[26] Golini WRG Ballot at GST-EST-0556215 & GST-EST-0556216 (GST-2862 & GST-2863).

27

### 7.    Charles White—Simon Eddins—Texas

Garlock settled Mr. White's mesothelioma claim for $250,000 in 2006, one month before trial was set to begin and after extensive discovery. In response to Texas standard interrogatories requiring Mr. White to list all products to which he was exposed, including products manufactured by bankrupts, Mr. White and his attorneys identified no bankrupts represented by 524(g) Trusts.[1] At his deposition, Mr. White identified only one product for which a 524(g) Trust was responsible (Worthington pumps).[2] Mr. White testified that he spent his time at the shipyard in a machine shop where he was brought equipment from which he removed gaskets[3] and testified he never went aboard ships or saw asbestos insulation being installed or removed.[4] He also testified that he was not exposed to asbestos during his year of Coast Guard service.[5]

After Garlock settled the case, the Early firm, which referred the case to Simon Eddins, filed twenty-two Trust claims, and a third law firm filed two additional Trust claims. None of the exposures underlying twenty-two of the twenty-four claims had been identified in discovery.[6] Four of the claims with unidentified exposures were supported by sworn statements from Mr. White attesting to his personal knowledge of exposures to specific asbestos-containing products manufactured by bankrupts, which created dust that he inhaled.[7]

Some of the claims were based on sworn statements from Mr. White attesting to his extensive asbestos exposure in the Coast Guard, directly contradicting his deposition testimony that he was not exposed to asbestos while in the Coast Guard. In the affidavit supporting the

---

[1] Plaintiff's Answers to Master Discovery Requests to All Defendants in All Asbestos-Related Personal Injury and Death Cases Filed in Harris County and Responses to All Defendants' Rule 194 Requests for Disclosure at 5-7, 8-9, 14-16, Ex. 4 (July 31, 2006) (GST-5655).
[2] *See, e.g.*, 8/11/06 White Depo. Tr. at 29:3-21 (GST-5612).
[3] *Id.* at 24:23-25:12, 26:1-11.
[4] *Id.* at 112:7-113:6.
[5] *Id.* at 168:3-7.
[6] *See* Summary Chart of White Filings *infra*.
[7] Affidavit of Charles C. White (Sept. 25, 2007), at Simon 27492 (AWI) (GST-5980); Affidavit of Charles C. White (Sept. 25, 2007), at Simon 27639 (USG) (GST-5989); Affidavit of Charles C. White (Sept. 25, 2007), at Simon 28012 (NGC) (GST-5998); Affidavit of Charles White (Oct. 27, 2008), at Simon 27627 (TITAN) (GST-5988).

Trust claims, he swore, "As a Fire Control/Radar Officer aboard these ships, I was exposed to asbestos containing materials such as, but not limited to, fireproofing, boilers, pipe covering, block, cement, gaskets, insulation and refractory, while working with and in the vicinity of insulators, repairmen and other tradesmen."[8]

Most remarkable of all were two claims supported by declarations from Mr. White's wife after his death. Directly contradicting Mr. White's testimony that he never worked on ships at the shipyard, she attested under penalty of perjury that he had worked for extended periods of time on two ships (the USS Mountrail and USS Sea Lion).[9] On the Mountrail, according to his wife's personal knowledge "from extensive discussions with my husband about his work," he "observed shipboard activities with and around insulation materials, including but not limited to pipe insulation" and was with and around tradesmen who were "installing and tearing out asbestos-containing products, including but not limited to pipe insulation."[10] His wife attested that when Mr. White was diagnosed, he "indicated to me that he believed that his exposure to pipe insulation while on the USS Mountrail APA-213 while it was at the Norfolk Naval Shipyard in Norfolk, VA was contributory to his Mesothelioma."[11] She also attested that on the Sea Lion, Mr. White worked near boilers during "mixing, installation and chipping of refractory products, scraping of gaskets and handling and cleaning of other asbestos-containing boiler materials," and was also frequently around boilermakers who "always had dirty and dusty work clothes."[12] Here too she indicated that "I believe Decedent Charles C. White's exposure to asbestos while

---

[8] Affidavit of Charles C. White (Aug., 12, 2008), at Simon 27505 (B&W) (GST-5981); Affidavit of Charles C. White (Aug., 12, 2008), at Simon 27977 (Bartells) (GST-5994).
[9] Declaration of Barbara Lorton (Apr. 1, 2010), at Simon 27923 (Western) (GST-5991); Declaration of Barbara Lorton (June 18, 2009), at Simon 27822 (Thorpe) (GST-5990).
[10] Declaration of Barbara Lorton (Apr. 1, 2010), at Simon 27923 (Western) (GST-5991).
[11] Id.
[12] Declaration of Barbara Lorton (June 18, 2009), at Simon 27822 (Thorpe) (GST-5990).

working on the USS Sea Lion at Norfolk Naval Shipyard in the boiler room was contributory to his Mesothelioma."[13] None of these exposures were disclosed to Garlock in his tort case.

[13] *Id.*

| Summary Chart for White Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ABB Lummus | Yes[1] | | |
| Armstrong World Industries | Yes (10/4/07)[2] | | |
| ARTRA | Yes[3] | | |
| ASARCO | Yes[4] | | |
| Babcock & Wilcox | Yes (8/20/08)[5] | | |
| C.E. Thurston | Yes (1/22/08)[6] | | |
| Celotex | Yes[7] | | |
| DII (Halliburton) | Yes (5/11/07)[8] | | |
| E.J. Bartells | Yes[9] | | |
| Eagle Picher | Yes[10] | | |
| Federal Mogul (Flexitallic) | Yes (8/17/12)[11] | | |
| Fibreboard | Yes (9/20/07)[12] | | |
| G-I Holdings (GAF) | Yes[13] | | |
| H.K. Porter | Yes[14] | | |
| J.T. Thorpe | Yes[15] | | |
| Keene | Yes (11/19/08)[16] | | |
| Manville | Yes (5/8/07)[17] | | |
| National Gypsum | Yes (10/1/07)[18] | | |
| Owens Corning | Yes (8/29/07)[19] | | |
| Porter Hayden | Yes[20] | | |
| Raybestos | Yes (12/7/10)[21] | | |
| THAN | Yes[22] | | |
| USG | Yes (10/4/07)[23] | | |
| Western Asbestos | Yes[24] | | |

Note: Filing date of document, when known, is in parentheses.

■ = Exposure not disclosed during discovery

= Exposure disclosed during discovery

■ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] White Lummus Trust Claim at Simon 27429 (GST-5977).
[2] White AWI Trust Claim at Simon 27481 (GST-5980).
[3] White ARTRA Trust Claim at Simon 27445 (GST-5978).
[4] White ASARCO Trust Claim at Simon 27461 (GST-5979).
[5] White B&W Trust Claim at Simon 27493 (GST-5981).
[6] White Thurston Trust Claim at Simon 28037 (GST-6000).
[7] White Celotex Trust Claim at Simon 27957 (GST-5993).

[8] White HAL Trust Claim at Simon 27506 (GST-5982).

[9] White Bartells Trust Claim at Simon 27969 (GST-5994).

[10] White EPI Trust Claim at Simon 27979 (GST-5995).

[11] White FM (Flex) Trust Claim at Simon 27545 (GST-5984).

[12] White FB Trust Claim at Simon 27523 (GST-5983).

[13] White GAF Trust Claim at Simon 27561 (GST-5985).

[14] White HKP Trust Claim at Simon 27580 (GST-5986).

[15] White Thorpe Trust Claim at Simon 27747 (GST-5990).

[16] White Keene Trust Claim at Simon 27995 (GST-5997).

[17] White Manville Trust Claim at Simon 27993 (GST-5996).

[18] White NGC Trust Claim at Simon 27999 (GST-5998).

[19] White OC Trust Claim at Simon 28013 (GST-5999).

[20] White PH Trust Claim at Simon 27594 (GST-5987).

[21] White Raybestos Trust Claim at Simon 27953 (GST-5992).

[22] White THAN Trust Claim at Simon 27610 (GST-5988).

[23] White USG Trust Claim at Simon 27628 (GST-5989).

[24] White Western Trust Claim at Simon 27848 (GST-5991).

**8.   Howard Ornstein—Simon Eddins—Los Angeles, California**

Garlock settled Mr. Ornstein's mesothelioma claim for $450,000 in 2008 according to
Garlock's database. Mr. Ornstein alleged he was exposed to Garlock gaskets while working as an
electrician aboard Navy ships, where he mostly performed maintenance work. In response to
standard discovery requiring Mr. Ornstein to disclose all his exposures to asbestos, Mr. Ornstein
and his attorneys disclosed no exposures to products manufactured by bankrupt entities.[1] At his
deposition, Mr. Ornstein claimed he never saw anyone installing or removing pipe insulation
during the overhaul of the USS Estes[2] and that he never saw a boiler while he was in the Navy.[3]
When asked whether he ever saw anything on the USS Estes manufactured by a company called
Worthington, he testified, "No. I don't recall that name."[4]

After Garlock settled the case, Mr. Ornstein and his attorneys at Simon Eddins filed
eleven Trust claims, all based on exposures not identified in his tort case.[5] Seven of the claims
were based on declarations executed by Mr. Ornstein under penalty of perjury attesting to his
personal knowledge of exposures to specific products, including numerous insulation products
such as Armstrong 85% Magnesia Pipe Covering and Block, Eagle Picher 85% Magnesia Pipe
Covering, Keene Pipe Covering, Pabco 85% Magnesia Pipe Covering, and Kaylo Pipe
Covering.[6] Mr. Ornstein swore, under penalty of perjury and upon personal knowledge, that on

---

[1] Plaintiffs' Responses to General Order Standard Interrogatories Propounded by Defendants at 10-13, Ex. A (May 23, 2008) (GST-3741).
[2] 6/3/08 Ornstein Depo. Tr. at 228-30, 237 (GST-3832); 6/5/08 Ornstein Depo. Tr. at 525-27 (GST-3834).
[3] 6/2/08 Ornstein Depo. Tr. at 39, 101 (GST-3831); 6/3/08 Ornstein Depo. Tr. at 107, 152 (GST-3832); 6/4/08 Ornstein Depo. Tr. at 321-22, 363-64 (GST-3833); 6/5/08 Ornstein Depo. Tr. at 527 (GST-3834).
[4] 6/4/08 Ornstein Depo. Tr. at 299 (GST-3833).
[5] *See* Summary Chart of Ornstein Filings *infra*.
[6] Declaration of Howard Ornstein (June 18, 2009), at Simon 28055 (Armstrong 85% Magnesia Pipe Covering and Block and Armstrong Hi-Temp Pipe Covering) (GST-3873); Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28140 (same) (GST-3876); Declaration of Howard Ornstein (March 12, 2009), at Simon 28372 (Worthington Pumps) (GST-3880); Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28226 (Combustion Boilers) (GST-3878); Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28488 (Eagle Picher 85% Magnesia Pipe Covering) (GST-3882); Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28674 (HKP Asbestos Cloth) (GST-3885); Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28767 (Keene Pipe Covering) (GST-3888);

board the ships he "would remove and replace insulation," including pipe insulation such as
Armstrong 85% Magnesia Pipe Covering and Block and Armstrong Hi-Temp pipe covering.[7]
This statement directly contradicted his testimony in the tort case that he had never even *seen*
anyone install or remove pipe insulation, much less install and remove it himself as he swore in
this declaration.

---

Declaration of Howard Ornstein (Mar. 12, 2009), at Simon 28863 (Pabco 85% Magnesia Pipe Covering and Kaylo Pipe Covering) (GST-3890).
[7] Declaration of Howard Ornstein (June 18, 2009), at Simon 28055 (GST-3873).

| Summary Chart of Ornstein Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ACandS | Yes[1] | | |
| Amatex | Yes[2] | | |
| Armstrong World Industries | Yes (3/26/09)[3] | | |
| Combustion Engineering | Yes[4] | | |
| DII (Halliburton) | Yes (3/26/09)[5] | | |
| Eagle Picher | Yes (3/26/09)[6] | | |
| Fibreboard | Yes (3/26/09)[7] | | |
| H.K. Porter | Yes[8] | | |
| Keene | Yes (3/26/09)[9] | | |
| Owens Corning | Yes (1/16/09)[10] | | |
| Thorpe Insulation | Yes[11] | | |

Note: Filing date of document, when known, is in parentheses.

 = Exposure not disclosed during discovery

= Exposure disclosed during discovery

 = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Ornstein AC&S Trust Claim at Simon 28039 (GST-3872).
[2] Ornstein Amatex Trust Claim at Simon 28084 (GST-3874).
[3] Ornstein AWI Trust Claim at Simon 28125 (GST-3875).
[4] Ornstein Combustion Trust Claim at Simon 28208 (GST-3878).
[5] Ornstein HAL Trust Claim at Simon 28355 (GST-3879).
[6] Ornstein EPI Trust Claim at Simon 28485 (GST-3881).
[7] Ornstein FB Trust Claim at Simon 28573. (GST-3883).
[8] Ornstein HKP Trust Claim at Simon 28659 (GST-3884).
[9] Ornstein Keene Trust Claim at Simon 28765 (GST-3887).
[10] Ornstein OC Trust Claim at Simon 28842 (GST-3889).
[11] Ornstein Thorpe Ins. Trust Claim at Simon 28865 (GST-3891).

## 9.      Robert Reed—Simon Eddins—Los Angeles, California

Garlock settled Mr. Reed's mesothelioma claim for $400,000 in 2008. Mr. Reed and his attorneys identified no bankrupt companies in response to standard interrogatories requiring him to identify all his exposures to asbestos.[1] He identified only solvent manufacturers, such as Garlock.[2]

After Garlock settled, Mr. Reed and his attorneys filed Trust claims and ballots based on fourteen exposures not identified to Garlock.[3] Several of the claims were based on affidavits executed by Mr. Reed's wife, son, and attorney, attesting to his exposure to particular asbestos-containing products that were never identified in discovery, despite the fact that the son verified interrogatories submitted after Mr. Reed passed away.[4]

---

[1] Plaintiff Robert G. Reed's Amended Responses to General Order Standard Interrogatories Propounded by Defendants at 11-14, Ex. A (Feb. 1, 2007) (GST-4070).

[2] See id.

[3] See Summary Chart of Reed Filings infra.

[4] Plaintiff Robert Reed II's Response to General Order Standard Interrogatories—Wrongful Death at 54 (Feb. 5, 2008) (GST-4072); Affidavit of Mathilde Reed (Apr. 27, 2011), at Simon 27291 (ARTRA) (GST-4179); Affidavit of Mathilde Reed (June 11, 2012), at Simon 27349 (Congoleum) (GST-4182); Affidavit of Robert Reed II (Sept. 18, 2012), at Simon 27362 (FM-Ferodo) (GST-4183); Affidavit of Robert Reed II (Mar. 7, 2011), at Simon 27379 (GAF) (GST-4184); Affidavit of Mathilde Reed (Oct. 14, 2008), at Simon 27428 (USG) (GST-4187); Declaration of Mathilde Reed (Aug. 20, 2009), at Simon 27725 (Western) (GST-4188);

36

| Summary Chart of Reed Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ARTRA | Yes[1] | | |
| ASARCO | Yes[2] | | |
| Babcock & Wilcox | Yes (10/9/09)[3] | | |
| Celotex | Yes[4] | | |
| Combustion Engineering | Yes[5] | | |
| Congoleum | Yes[6] | | |
| DII (Halliburton) | Yes (6/23/08)[7] | | |
| Eagle Picher | Yes (6/18/08)[8] | | |
| Federal Mogul (Ferodo) | Yes (10/11/12)[9] | | |
| G-I Holdings (GAF) | Yes[10] | | |
| Manville | Yes (6/18/08)[11] | | |
| Owens Corning | Yes (6/23/08)[12] | | |
| Raybestos | Yes (1/15/11)[13] | | |
| USG | Yes (10/24/08)[14] | | |
| Western Asbestos | Yes (8/26/09)[15] | | |

Note: Filing date of document, when known, is in parentheses.

 = Exposure not disclosed during discovery

= Exposure disclosed during discovery

= Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Reed ARTRA Trust Claim at Simon 27274 (GST-4179).
[2] Reed ASARCO Trust Claim at Simon 27253 (GST-4178).
[3] Reed B&W Trust Claim at Simon 27292 (GST-4180).
[4] Reed Celotex Trust Claim at Simon 27931 (GST-4189).
[5] Reed Combustion Trust Claim at Simon 27307 (GST-4181).
[6] Reed Congoleum Trust Claim at Simon 27330 (GST-4182).
[7] Reed HAL Trust Claim at Simon 27380 (GST-4185).
[8] Reed EPI Trust Claim at Simon 27938 (GST-4190).
[9] Reed FM (Ferodo) Trust Claim at Simon 27350 (GST-4183).
[10] Reed GAF Trust Claim at Simon 27363 (GST-4184).
[11] Reed Manville Trust Claim at Simon 27946 (GST-4191).
[12] Reed OC Trust Claim at Simon 27399 (GST-4186).
[13] Reed Raybestos Trust Claim at Simon 27947 (GST-4192).
[14] Reed USG Trust Claim at Simon 27417 (GST-4187).
[15] Reed Western Trust Claim at Simon 27660 (GST-4188).

37

### 10.   John Brennan—Shein Law Center—Philadelphia, Pennsylvania

Garlock settled Mr. Brennan's mesothelioma claim for S250,000 in 2010. Mr. Brennan

and his attorneys filed Trust claims and ballots based on twenty exposures not identified to

Garlock: fourteen Trust claims and six ballots.[1] At least five of the ballots were filed before

Garlock settled the case, and the exposures were never identified to Garlock.[2]

---

[1] *See* Plaintiffs' Answers to Asbestos Claims Facility Defendants' General Interrogatories—Sets I and II at 13-14,
Ex. A (Sept. 11, 2008) (GST-1938); Summary Chart of Brennan Filings *infra*.
[2] For timing of claims, *see* Summary Chart of Brennan Filings *infra*.

| Summary Chart of Brennan Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| Armstrong World Industries | Yes (6/10/10)[1] | | |
| ASARCO | | Yes (7/27/09)[2] | |
| Babcock & Wilcox | Yes (6/10/10)[3] | | |
| Celotex | Yes[4] | | |
| Combustion Engineering | Yes[5] | | |
| Eagle Picher | Yes (6/11/10)[6] | | |
| Fibreboard | Yes (6/10/10)[7] | | |
| G-I Holdings (GAF) | | Yes (1/19/09)[8] | |
| DII (Halliburton) | Yes (6/10/10)[9] | | |
| DII (Harbison Walker) | Yes (6/10/10)[10] | | |
| Hercules Chemical | | Yes (11/6/09)[11] | |
| Manville | Yes (4/12/10)[12] | | |
| National Gypsum | Yes (6/11/10)[13] | | |
| Owens Corning | Yes (6/10/10)[14] | | |
| Pacor | Yes (4/12/10)[15] | | |
| Pittsburgh Corning | | Yes (10/6/09)[16] | |
| Quigley | | Yes (10/25/12)[17] | |
| Raybestos | Yes (12/6/10)[18] | | |
| USG | Yes (6/10/10)[19] | | |
| W.R. Grace | | Yes (5/19/09)[20] | |

Note: Filing date of document, when known, is in parentheses.

     = Exposure not disclosed during discovery

     = Exposure disclosed during discovery

     = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Brennan AWI Trust Claim at Shein 00064 (GST-1976).

[2] Brennan 2009 ASARCO Ballot at Shein 00060 (GST-1975)

[3] Brennan B&W Trust Claim at Shein 00093 (GST-1977).

[4] Brennan Celotex Trust Claim at Shein 00117 (GST-1978).

[5] Brennan Combustion Trust Claim at Shein 00181 (GST-1979).

[6] Brennan EPI Trust Claim at Shein 00665 (GST-1980).

[7] Brennan FB Trust Claim at Shein 01122 (GST-1985).

[8] Brennan GAF Ballot at Shein 00792 (GST-1981)

[9] *See* Data concerning Mr. Brennan received from Delaware Claims Processing Facility, LLC pursuant to Court-ordered subpoena (GST-1600).

[10] Brennan HW Trust Claim at Shein 01401 (GST-1992).

[11] Brennan Hercules Ballot at Shein 01510 (GST-1994).

[12] Brennan Manville Trust Claim at Shein 01085 (GST-1982).

[13] Brennan NGC Trust Claim at Shein 01088 9GST-1983).

[14] Brennan OC Trust Claim at Shein 01109 (GST-1984).

[15] Brennan Pacor Trust Claim at Shein 01197 (GST-1986).

[16] Brennan 2009 PCC Ballot at Shein 01202 (GST-1987).

[17] Brennan 2012 Quigley Ballot at Shein 01335 (GST-1989).

[18] Brennan Raybestos Trust Claim at Shein 01349 (GST-1990).

[19] Brennan USG Trust Claim at Shein 01464 (GST-1993).

[20] Brennan WRG Ballot at GST-EST-0556205 (GST-1973).

### 11.   Robert Flynn—Belluck & Fox—New York, New York

Garlock settled Mr. Flynn's mesothelioma claim for $150,000 in 2005—the first six-figure settlement that the Belluck & Fox firm obtained from Garlock. Mr. Flynn and his attorneys filed Trust claims, ballots, and 2019 statements based on twenty-three exposures not identified to Garlock, evidenced by fourteen Trust claims, seven ballots, and eight 2019 statements.[1]

---

[1] *See* Plaintiffs' Response to Defendants' Interrogatories and Request for Production of Documents at 12-13, Chart A (Oct. 21, 2004) (GST-2761); Summary Chart of Flynn Filings *infra.*

41

| Summary Chart of Flynn Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ABB Lummus | Yes (5/15/07)[1] | | |
| Armstrong World Industries | Yes (12/23/10)[2] | | |
| Babcock & Wilcox | Yes (1/12/07)[3] | | |
| Celotex | Yes[4] | | |
| Combustion Engineering | Yes (9/21/06)[5] | | Yes (3/6/06)[6] |
| DII (Halliburton) | Yes (9/3/07)[7] | | |
| Eagle Picher | Yes (2/16/07)[8] | | |
| Fairchild Corp. | | Yes (12/2/09)[9] | |
| Fibreboard | Yes (2/23/11)[10] | Yes (2006)[11] | |
| Flintkote | | Yes (2009)[12] | |
| G-I Holdings (GAF) | | Yes (1/7/09)[13] | Yes (1/21/09)[14] |
| GIT | | | Yes (3/6/06)[15] |
| Kaiser Aluminum | Yes (5/25/07)[16] | | |
| Keene | Yes[17] | | |
| Manville | Yes[18] | | |
| NARCO | | | Yes (3/6/06)[19] |
| Owens Corning | Yes (2/23/11)[20] | | Yes (3/6/06)[21] |
| Pittsburgh Corning | | Yes (11/10/09)[22] | Yes (3/6/06)[23] |
| Porter Hayden | Yes[24] | | |
| Quigley | | Yes (11/12/12)[25] | |
| Raybestos | Yes (12/13/10)[26] | | |
| UNR | Yes (2/21/07)[27] | | |
| USG | | | Yes (3/6/06)[28] |
| W.R. Grace | | Yes (5/18/09)[29] | Yes (5/14/09)[30] |

Note: Filing date of document, when known, is in parentheses.

[pink box] = Exposure not disclosed during discovery

= Exposure disclosed during discovery

[dark box] = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Flynn Lummus Trust Claim at Waters 02909 (GST-2777).
[2] Flynn AWI Trust Claim at Waters 02917 (GST-2778).
[3] Flynn B&W Trust Claim at Waters 02948 (GST-2779).
[4] Flynn Celotex Trust Claim at Waters 02984 (GST-2781).
[5] Flynn Combustion Trust Claim at Waters 02976 (GST-2780).
[6] 2nd Amended Combustion 2019 of Waters & Kraus at Waters 10597-10599 (GST-2792).
[7] Flynn HAL Trust Claim at Waters 03059 (GST-2785).
[8] Flynn EPI Trust Claim at Waters 03002 (GST-2782).
[9] Flynn Fairchild Ballot at Waters 00048 (GST-2770).

[10] Flynn FB Trust Claim at Waters 03020 (GST-2783).

[11] Flynn FB Ballot at Waters 00078 (GST-2773).

[12] Flynn 2009 Flintkote Ballot at Waters 00053 (GST-2771).

[13] Flynn GAF Ballot at Waters 00071 (GST-2772).

[14] GAF 2019 of Waters & Kraus at Waters 00011-00013 (GST-2763).

[15] 5th Amended GIT 2019 of Waters & Kraus at Waters 10639-10641 (GST-2794).

[16] Flynn Kaiser Trust Claim at Waters 03097 (GST-2786).

[17] Flynn Keene Trust Claim at Waters 03128 (GST-2787).

[18] Flynn Manville Trust Claim at Waters 03041 (GST-2784).

[19] 5th Amended NARCO 2019 of Waters & Kraus at Waters 10793-10795 (GST-2808).

[20] Flynn OC Trust Claim at Waters 03145 (GST-2788).

[21] 5th Amended OC 2019 of Waters & Kraus at Waters 10903-10905 (GST-2822).

[22] Flynn 2009 PCC Ballot at Waters 00089 (GST-2774).

[23] 5th Amended PCC 2019 of Waters & Kraus at Waters 10952-10954 (GST-2824).

[24] Flynn PII Trust Claim at Waters 03164 (GST-2789).

[25] Flynn 2012 Quigley Ballot at Waters 00096 (GST-2775).

[26] Flynn Raybestos Trust Claim at Waters 03194 (GST-2790).

[27] Flynn UNR Trust Claim at Waters 03204 (GST-2791).

[28] 5th Amended USG 2019 of Waters & Kraus at Waters 11089-11091 (GST-2838).

[29] Flynn WRG Ballot at Waters 00111 (GST-2776).

[30] 2nd Amended WRG 2019 of Waters & Kraus at Waters 00042-00044 (GST-2769).

43

**12.    Raymond Beltrami—Belluck & Fox—New York, New York**

Garlock settled Mr. Beltrami's mesothelioma claim for $200,000 in 2009, as part of the group of cases settled with *Homa* (*Beltrami* was the next case in the Belluck & Fox trial queue). Mr. Beltrami and his attorneys filed Trust claims and ballots based on twenty-five exposures not identified to Garlock, including seventeen Trust claims, five ballots, and five 2019 statements.[1] *Beltrami* was subject to the same NYC CMO provision requiring filing and disclosure of all Trust claims long before trial. Nine of the Trust claims and ballots were filed before Garlock settled the case, and neither they nor the underlying exposures were ever identified to Garlock.[2]

---

[1] *See* Plaintiffs' Response to Defendants' Fourth Amended Interrogatories and Request for Production of Documents at 11-13, Chart A (Apr. 3, 2008) (GST-1862); Summary Chart of Beltrami Filings *infra*.
[2] For timing, *see* Summary Chart of Beltrami Filings *infra*.

44

| Summary Chart of Beltrami Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ACandS | | Yes (3/20/08)[1] | |
| Armstrong World Industries | Yes (2/20/09)[2] | | |
| ASARCO | | Yes (8/5/09)[3] | |
| Babcock & Wilcox | Yes (1/23/09)[4] | | |
| Celotex | Yes (6/24/10)[5] | | |
| Combustion Engineering | Yes (7/30/08)[6] | | |
| Eagle Picher | Yes (6/24/10)[7] | | |
| Fibreboard | Yes (1/23/09)[8] | | |
| Flintkote | | Yes (12/17/08)[9] | Yes (10/2/12)[10] |
| G-I Holdings (GAF) | | Yes[11] | |
| GIT | | | Yes (10/2/12)[12] |
| H.K. Porter | Yes[13] | | |
| DII (Halliburton) | Yes (5/20/10)[14] | | |
| DII (Harbison Walker) | Yes (8/24/10)[15] | | |
| Kaiser Aluminum | Yes (7/30/08)[16] | | |
| Keene | Yes (6/24/10)[17] | | |
| Manville | Yes (8/9/11)[18] | | |
| National Gypsum | Yes (6/24/11)[19] | | |
| NARCO | | | Yes (10/2/12)[20] |
| Owens Corning | Yes (1/23/09)[21] | | |
| Pittsburgh Corning | | Yes (11/12/09)[22] | Yes (10/2/12)[23] |
| Plibrico | Yes (7/30/08)[24] | | |
| Raybestos | Yes (8/24/10)[25] | | |
| UNR | Yes (3/18/08)[26] | | |
| USG | Yes (1/23/09)[27] | | |
| W.R. Grace | | | Yes (10/2/12)[28] |

Note: Filing date of document, when known, is in parentheses.

[  ] = Exposure not disclosed during discovery

[  ] = Exposure disclosed during discovery

[  ] = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Beltrami AC&S Ballot at GST-EST-0555724 (GST-1863).

[2] Beltrami AWI Trust Claim at David 01736 (GST-1835).

[3] Beltrami 2009 ASARCO Ballot at GST-EST-0555868 & GST-EST-0555878 (GST-1864 & GST-1865).

[4] Beltrami B&W Trust Claim at David 01748 (GST-1836).

[5] Beltrami Celotex Trust Claim at David 01845 (GST-1843).

[6] Beltrami Combustion Trust Claim at David 01769-01778 (GST-1837).

[7] Beltrami EPI Trust Claim at David 01857 (GST-1844).

[8] Beltrami FB Trust Claim at David 01806 (GST-1840).

[9] Beltrami 2008 Flintkote Ballot at GST-EST-0555943 & GST-EST- 0555955 (GST-1866 & GST-1867).

[10] Amended Flintkote 2019 of David at David 00040-00041 (GST-1830).

[11] Letter to Garland Cassada from The David Law Firm, dated Dec. 12, 2012 (GAF Ballot Schedule) (David 00052-David 00055) (GST-3589).

[12] Amended GIT 2019 of David at David 00043-00044 (GST-1831).

[13] Beltrami HKP Trust Claim at David 01873 (GST-1846).

[14] Beltrami HAL Trust Claim at David 01860 (GST-1845).

[15] Beltrami HW Trust Claim at David 01892 (GST-1847).

[16] Beltrami Kaiser Trust Claim at David 01912-01927 (GST-1848).

[17] Beltrami Keene Trust Claim at David 01930 (GST-1849).

[18] Beltrami Manville Trust Claim at David 01839-01842 (GST-1842).

[19] Beltrami NGC Trust Claim at David 01779 (GST-1838).

[20] Amended NARCO 2019 of David at David 00046-00047 (GST-1832).

[21] Beltrami OC Trust Claim at David 01784 (GST-1839).

[22] Beltrami 2009 PCC Ballot at GST-EST-0556037 & GST-EST-0556038 (GST-1868 & 1869).

[23] Amended PCC 2019 of David at David 00049-00050 (GST-1833).

[24] Beltrami Kaiser Trust Claim at David 01932-01947 (GST-1848).

[25] Beltrami Raybestos Trust Claim at David 01950 (GST-1851).

[26] Beltrami UNR Trust Claim at David 01952 (GST-1852).

[27] Beltrami USG Trust Claim at David 01828 (GST-1841).

[28] Amended WRG 2019 of David at David 00037-00038 (GST-1829).

### 13.   Tommie Williams—Waters & Kraus—Los Angeles, California

Garlock settled Mr. Williams's mesothelioma claim for $475,000 during jury selection.

Mr. Williams and his attorneys filed seventeen Trust claims, ten ballots, and nine 2019

statements based on unidentified exposures, for a total of twenty-five unidentified exposures.[1]

Five of the exposures are evidenced by 2019 statements or ballots filed before Garlock settled

the case, showing that Waters & Kraus knew about the exposures and failed to disclose them to

Garlock while his case was being litigated.[2]

---

[1] *See* Plaintiffs' Responses to General Order Standard Interrogatories Propounded by Defendants at 12-15, Ex. A (Apr. 29, 2004) (GST-6004); Plaintiffs' Amended Responses to General Order Standard Interrogatories Propounded by Defendants at 1 (Dec. 4, 2004) (GST-6003); Amended Work History Sheet (Sept. 27, 2004) (GST-6001); Summary Chart of Williams Filings *infra*.

[2] For timing, *see* Summary Chart of Williams Filings *infra*.

| Summary Chart of Williams Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ABB Lummus | Yes (3/14/07)[1] | | |
| ACandS | Yes[2] | Yes (3/19/08)[3] | Yes (9/21/06)[4] |
| Armstrong World Industries | Yes (10/2/07)[5] | | |
| ARTRA | Yes[6] | | |
| ASARCO | Yes[7] | Yes (7/23/09)[8] | |
| Babcock & Wilcox | Yes (1/12/07)[9] | | |
| Burns and Roe | Yes[10] | | |
| Celotex | Yes[11] | | |
| Combustion Engineering | Yes[12] | | Yes (10/3/05)[13] |
| DII (Halliburton) | Yes (1/24/07)[14] | | |
| DII (Harbison-Walker) | Yes (1/24/07)[15] | | |
| Eagle Picher | Yes[16] | | |
| Federal Mogul | | Yes (10/29/04)[17] | |
| Fibreboard | Yes (12/3/07)[18] | Yes (8/28/06)[19] | |
| Flintkote | | Yes (2009)[20] | |
| G-I Holdings (GAF) | | Yes (1/7/09)[21] | Yes (1/21/09)[22] |
| GIT | | | Yes (12/9/04)[23] |
| H.K. Porter | Yes[24] | | |
| J.T. Thorpe | Yes (3/21/07)[25] | Yes (5/9/05)[26] | Yes (6/05)[27] |
| Kaiser Aluminum | Yes[28] | Yes (11/9/05)[29] | Yes (12/9/04)[30] |
| Keene | Yes (10/3/08)[31] | | |
| Manville | Yes[32] | | |
| NARCO | | | Yes (12/9/04)[33] |
| National Gypsum | Yes[34] | | |
| Owens Corning | Yes (12/3/07)[35] | Yes (8/15/06)[36] | Yes (3/15/05)[37] |
| Pittsburgh Corning | | Yes (11/10/09)[38] | Yes (12/9/04)[39] |
| Quigley | | Yes (11/12/12)[40] | |
| Raybestos | Yes (5/14/10)[41] | | |
| Thorpe Insulation | Yes (10/19/10)[42] | Yes (10/18/08)[43] | Yes (10/14/08)[44] |
| US Minerals | | Yes (10/26/05)[45] | Yes (3/15/05)[46] |
| USG | Yes (7/23/10)[47] | | Yes (3/15/05)[48] |
| W.R. Grace | | Yes (5/18/09)[49] | Yes (5/14/09)[50] |

Note: Filing date of document, when known, is in parentheses.

▊ = Exposure not disclosed during discovery

= Exposure disclosed during discovery

▉ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

[1] Williams Lummus Trust Claim at Waters 03456 (GST-6044).
[2] Williams AC&S Trust Claim at Waters 03461 (GST-6045).
[3] Williams AC&S Ballot at Waters 03292-03294 (GST-6030).
[4] AC&S 2019 of Waters & Kraus at Waters 10540-10542 (GST-5515).
[5] Williams AWI Trust Claim at Waters 03488 (GST-6046).
[6] Williams ARTRA Trust Claim at Waters 04128 (GST-6064).
[7] Williams ASARCO Trust Claim at Waters 03533 (GST-6047).
[8] Williams 2009 ASARCO Ballot at Waters 03303-03307 (GST-6031).
[9] Williams B&W Trust Claim at Waters 03548 (GST-6048).
[10] Williams Burns & Roe Trust Claim at Waters 03636 (GST-6049).
[11] Williams Celotex Trust Claim at Waters 03662 (GST-6050).
[12] Williams Combustion Trust Claim at Waters 03676 (GST-6051).
[13] Combustion 2019 of Waters & Kraus at Waters 10585-10587 (GST-5522).
[14] Williams HAI Trust Claim at Waters 03813 (GST-6054).
[15] Williams IIW Trust Claim at Waters 03857 (GST-6055).
[16] Williams EPI Trust Claim at Waters 03770 (GST-6052).
[17] Williams FM Ballot at Waters 03314-03321 (GST-6032).
[18] Williams FB Trust Claim at Waters 03788 (GST-6053).
[19] Williams FB Ballot at Waters 03324-03328 (GST-6033).
[20] Williams 2009 Flintkote Ballot at Waters 03331-03337 (GST-6034).
[21] Williams GAF Ballot at Waters 03361-03363 (GST-6036).
[22] GAF 2019 of Waters & Kraus at Waters 03225-03227 (GST-6020).
[23] GIT 2019 of Waters & Kraus at Waters 10610-10612 (GST-5526).
[24] Williams HKP Trust Claim at Waters 03895 (GST-6056).
[25] Williams Thorpe Trust Claim at Waters 03939 (GST-6057).
[26] Williams Thorpe Ballot at Waters 03370-03373 (GST-6037).
[27] Thorpe 2019 of Waters & Kraus at Waters 03236-03241 (GST-6021).
[28] Williams Kaiser Trust Claim at Waters 04016 (GST-6058).
[29] Williams Kaiser Ballot at Waters 03375-03377 (GST-6038).
[30] Kaiser 2019 of Waters & Kraus at Waters 10732-10734 (GST-5545).
[31] Williams Keene Trust Claim at Waters 04050 (GST-6059).
[32] Williams Manville Trust Claim at Waters 04065 (GST-6060).
[33] NARCO 2019 of Waters & Kraus at Waters 10768-10770 (GST-5551).
[34] Williams NGC Trust Claim at Waters 04072 (GST-6061).
[35] Williams OC Trust Claim at Waters 04083 (GST-6062).
[36] Williams OC Ballot at Waters 03380-03382 (GST-6039).
[37] Amended OC 2019 of Waters & Kraus at Waters 10878-10880 (GST-5570).
[38] Williams 2009 PCC Ballot at Waters 03388-03391 (GST-6040).
[39] PCC 2019 of Waters & Kraus at Waters 10919-10921 (GST-5576).
[40] Williams 2012 Quigley Ballot at Waters 03394-03398 (GST-6041).
[41] Williams Raybestos Trust Claim at Waters 04113 (GST-6063).
[42] Williams Thorpe Ins. Trust Claim at Waters 04178 (GST-6065).
[43] Williams Thorpe Ins. Ballot at Waters 01373-01377 (GST-4373).
[44] Thorpe Ins. 2019 of Waters & Kraus at Waters 03266-03268 (GST-6026).
[45] Williams USM Ballot at Waters 03419-03423 (GST-6042).
[46] Amended USM 2019 of Waters & Kraus at Waters 11096-11098 (GST-4431).
[47] Williams USG Trust Claim at Waters 04266 (GST-6066).
[48] Amended USG 2019 of Waters & Kraus at Waters 11065-11067 (GST-5595).
[49] Williams WRG Ballot at Waters 03427-03432 (GST-6043).
[50] 2nd Amended WRG 2019 of Waters & Kraus at Waters 03286-03288 (GST-6029).

### 14.    Michael Steckler—Waters & Kraus—San Francisco, California

Garlock settled Mr. Steckler's mesothelioma claim for $850,000 in 2006. Mr. Steckler and his attorneys filed seventeen Trust claims, seven ballots, and eight 2019 statements based on unidentified exposures, for a total of twenty-three exposures not identified to Garlock.[1] Five of the exposures are evidenced by 2019 statements filed before Garlock settled the case (the US Minerals statement before Steckler submitted his answers to standard interrogatories), showing that Waters & Kraus knew about the exposures and failed to disclose them to Garlock while his case was being litigated.[2]

---

[1] *See* Plaintiff's Answers to Defendants' Standard Interrogatories—Set II at 1-3, Ex. A (Apr. 22, 2005) (GST-4335); Summary Chart of Steckler Filings *infra*.
[2] For timing, *see* Summary Chart of Steckler Filings *infra*.

| Summary Chart of Steckler Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ABB Lummus | Yes[1] | | |
| ACandS | Yes[2] | | |
| Armstrong World Industries | Yes (10/9/07)[3] | | |
| ARTRA | Yes[4] | | |
| Babcock & Wilcox | Yes (1/10/07)[5] | | |
| Celotex | Yes[6] | | |
| Combustion Engineering | Yes[7] | | |
| DII (Halliburton) | Yes (1/24/07)[8] | | |
| DII (Harbison Walker) | Yes (11/10/08)[9] | | |
| E.J. Bartells | Yes[10] | | |
| Eagle Picher | Yes[11] | | |
| Federal Mogul (Flexitallic) | Yes (3/17/11)[12] | | |
| Fibreboard | Yes (12/3/07)[13] | Yes (8/28/06)[14] | |
| Flintkote | | Yes (2009)[15] | |
| G-I Holdings (GAF) | | Yes (1/7/09)[16] | Yes (1/21/09)[17] |
| GIT | | | Yes (6/8/05)[18] |
| J.T. Thorpe | Yes (10/11/07)[19] | | |
| Kaiser Aluminum | Yes[20] | | Yes (6/8/05)[21] |
| Keene | Yes (3/17/09)[22] | | |
| Owens Corning | Yes (12/3/07)[23] | Yes (8/15/06)[24] | Yes (6/8/05)[25] |
| Pittsburgh Corning | | Yes (11/10/09)[26] | Yes (6/8/05)[27] |
| Raybestos | Yes (5/19/10)[28] | | |
| Thorpe Insulation | Yes (10/19/10)[29] | Yes (10/18/08)[30] | Yes (10/14/08)[31] |
| US Minerals | | | Yes (3/15/05)[32] |
| USG | Yes (3/23/10)[33] | | |
| W.R. Grace | | Yes (5/18/09)[34] | Yes (5/14/09)[35] |

Note: Filing date of document, when known, is in parentheses.

▮ = Exposure not disclosed during discovery

= Exposure disclosed during discovery

▮ = Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

[1] Steckler Lummus Trust Claim at Waters 00714 (GST-4353).

[2] Steckler AC&S Trust Claim at Waters 00734 (GST-4354).

[3] Steckler AWI Trust Claim at Waters 00753 (GST-4355).

[4] Steckler ARTRA Trust Claim at Waters 01207 (GST-4370).

[5] Steckler B&W Trust Claim at Waters 00802 (GST-4356).

[6] Steckler Celotex Trust Claim at Waters 00834 (GST-4357).

[7] Steckler Combustion Trust Claim at Waters 00860 (GST-4358).

[8] Steckler HAL Trust Claim at Waters 00985 (GST-4363).

[9] Steckler HW Trust Claim at Waters 01015 (GST-4364).

[10] Steckler Bartells Trust Claim at Waters 00898 (GST-4360).

[11] Steckler EPI Trust Claim at Waters 00880 (GST-4359).

[12] Steckler FM Trust Claim at Waters 00945 (GST-4362).

[13] Steckler FB Trust Claim at Waters 00910 (GST-4361).

[14] Steckler FB Ballot at Waters 00628-00633 (GST-4346).

[15] Steckler 2009 Flintkote Ballot at Waters 00635-00641 (GST-4347).

[16] Steckler GAF Ballot at Waters 00665-00667 (GST-4349).

[17] GAF 2019 of Waters & Kraus at Waters 00573-00575 (GST-4338).

[18] 2nd Amended GIT 2019 of Waters & Kraus at Waters 10621-10623 (GST-4388).

[19] Steckler Thorpe Trust Claim at Waters 01068 (GST-4365).

[20] Steckler Kaiser Trust Claim at Waters 01111 (GST-4366).

[21] 2nd Amended Kaiser 2019 of Waters & Kraus at Waters 10743-10745 (GST-4405).

[22] Steckler Keene Trust Claim at Waters 01161 (GST-4367).

[23] Steckler OC Trust Claim at Waters 01167 (GST-4368).

[24] Steckler OC Ballot at Waters 00674-00676 (GST-4350).

[25] 2nd Amended OC 2019 of Waters & Kraus at Waters 10884-10886 (GST-4409).

[26] Steckler 2009 PCC Ballot at Waters 00682-00685 (GST-5475).

[27] 2nd Amended PCC 2019 of Waters & Kraus at Waters 10931-10933 (GST-4563).

[28] Steckler Raybestos Trust Claim at Waters 01202 (GST-4369).

[29] Steckler Thorpe Ins. Trust Claim at Waters 01246 (GST-4371).

[30] Steckler Thorpe Ins. Ballot at Waters 01373-01377 (GST-4373).

[31] Thorpe Ins. 2019 of Waters & Kraus at Waters 00608-00610 (GST-4343).

[32] Amended USM 2019 of Waters & Kraus at Waters 11096-11098 (GST-4431).

[33] Steckler USG Trust Claim at Waters 01308 (GST-4372).

[34] Steckler WRG Ballot at Waters 00700-00705 (GST-4352).

[35] 2nd Amended WRG 2019 of Waters & Kraus at Waters 00622-00624 (GST-4345).

### 15.    Reginald Taylor—Waters & Kraus—San Francisco, California

Garlock settled Mr. Taylor's mesothelioma claim for $500,000 in 2006. Mr. Taylor and his attorneys filed seventeen Trust claims, one ballot, and five 2019 statements based on unidentified exposures, for a total of nineteen unidentified exposures.[1] Four of those exposures are evidenced by 2019 statements filed before Garlock settled the case (the US Minerals statement before Mr. Taylor submitted his answers to standard interrogatories), showing that Waters & Kraus knew about the exposures and failed to disclose them to Garlock while his case was being litigated.[2]

---

[1] *See* Plaintiffs' Amended Answers to Defendants' Standard Interrogatories (Personal Injury)—Set 2 at 1-4, Ex. A (Apr. 6, 2005) (GST-4440); Summary Chart of Taylor Filings *infra*.
[2] For timing, *see* Summary Chart of Taylor Filings *infra*.

| Summary Chart of Taylor Filings | | | |
|---|---|---|---|
| **Bankrupt** | **Trust Claim?** | **Ballot?** | **2019 Statement?** |
| ACandS | Yes[1] | | |
| Armstrong World Industries | Yes (2/14/11)[2] | | |
| ASARCO | Yes[3] | | |
| Babcock & Wilcox | Yes (1/10/07)[4] | | |
| Celotex | Yes[5] | | |
| Combustion Engineering | Yes[6] | | |
| DII (Halliburton) | Yes (1/10/08)[7] | | |
| DII (Harbison Walker) | Yes (1/10/08)[8] | | |
| Eagle Picher | Yes[9] | | |
| Federal Mogul (Flexitallic) | Yes (1/18/11)[10] | | |
| Fibreboard | Yes (2/14/08)[11] | | |
| GIT | | | Yes (6/8/05)[12] |
| H.K. Porter | Yes (8/20/07)[13] | | |
| Kaiser Aluminum | Yes[14] | | Yes (6/8/05)[15] |
| Keene | Yes[16] | | |
| Leslie Controls | Yes[17] | Yes (9/20/10)[18] | |
| Manville | Yes[19] | | |
| Owens Corning | Yes (2/14/08)[20] | | Yes (6/8/05)[21] |
| Pittsburgh Corning | | | Yes (6/8/05)[22] |
| Plant Insulation | Yes (11/30/05)[23] | | |
| Raybestos | Yes (12/29/10)[24] | | |
| Thorpe Insulation | Yes (10/19/10)[25] | Yes (10/18/08)[26] | Yes (10/14/08)[27] |
| US Minerals | Yes[28] | | Yes (3/15/05)[29] |
| USG | Yes (7/23/10)[30] | | |
| Western | Yes[31] | | |

Note: Filing date of document, when known, is in parentheses.

= Exposure not disclosed during discovery

= Exposure disclosed during discovery

= Exposure not disclosed during discovery, and claim, ballot, or 2019 statement filed before Garlock resolved case (or claim contains affidavit of exposure dated before Garlock resolved case)

---

[1] Taylor AC&S Trust Claim at Waters 01384 (GST-4463).

[2] Taylor AWI Trust Claim at Waters 01438 (GST-4465).

[3] Taylor ASARCO Trust Claim at Waters 01410 (GST-4464).

[4] Taylor B&W Trust Claim at Waters 01458 (GST-4466).

[5] Taylor Celotex Trust Claim at Waters 01475 (GST-4467).

[6] Taylor Combustion Trust Claim at Waters 01510 (GST-4468).

[7] Taylor HAL Trust Claim at Waters 01631 (GST-4472).

[8] Taylor HW Trust Claim at Waters 01668 (GST-4473).

[9] Taylor EPI Trust Claim at Waters 01532 (GST-4469).

[10] Taylor FM Trust Claim at Waters 01591 (GST-4471).

[11] Taylor FB Trust Claim at Waters 01567 (GST-4470).

[12] 2nd Amended GIT 2019 of Waters & Kraus at Waters 10621-10623 (GST-4388).

[13] Taylor HKP Trust Claim at Waters 01731 (GST-4474).

[14] Taylor Kaiser Trust Claim at Waters 01756 (GST-4475).

[15] 2nd Amended Kaiser 2019 of Waters & Kraus at Waters 10743-10745 (GST-4405).

[16] Taylor Keene Trust Claim at Waters 01802 (GST-4476).

[17] Taylor Leslie Trust Claim at Waters 01828 (GST-4477).

[18] Taylor Leslie Ballot at Waters 01365-01371 (GST-4461).

[19] Taylor Manville Trust Claim at Waters 01839 (GST-4478).

[20] Taylor OC Trust Claim at Waters 01842 (GST-4479).

[21] 2nd Amended OC 2019 of Waters & Kraus at Waters 10884-10886 (GST-4409).

[22] 2nd Amended PCC 2019 of Waters & Kraus at Waters 10931-10934 (GST-4563).

[23] Taylor Plant Ins. Trust Claim at Waters 01866 (GST-4480).

[24] Taylor Raybestos Trust Claim at Waters 01914 (GST-4481).

[25] Taylor Thorpe Ins. Trust Claim at Waters 01945 (GST-4482).

[26] Taylor Thorpe Ins. Ballot at Waters 01373-01377 (GST-4373).

[27] Thorpe Ins. 2019 of Waters & Kraus at Waters 01351-01353 (GST-4459).

[28] Taylor USM Trust Claim at Waters 02076 (GST-4483).

[29] Amended USM 2019 of Waters & Kraus at Waters 11096-11098 (GST-4431).

[30] Taylor USG Trust Claim at Waters 02083 (GST-4484).

[31] Taylor Western Trust Claim at Waters 02102 (GST-4485).

55

**B.     Summaries of Cases Where Garlock Used Trust Claims to Obtain a Defense Verdict**

### 1.      Victor Davis—Mundy Singley—Texas

Mr. Davis and his counsel, in response to discovery sought by Garlock, failed to acknowledge or admit exposures to products for which Trusts were responsible.[1] Mr. Davis also refused to produce Trust claim forms evidencing such exposures. The Court compelled Mr. Davis to produce the claim forms, which revealed claims against the Manville, Celotex, H.K. Porter, UNR, and Eagle Picher Trusts.[2] The Trust claim forms were admitted into evidence and Garlock obtained a full defense verdict in the case.[3]

### 2.      Eugene Dougherty and Michael Messinger—Angelos Firm—Philadelphia, Pennsylvania

These cases were tried together. In pretrial discovery, both Mr. Dougherty and Mr. Messinger provided non-responsive answers and objections to interrogatories seeking all their exposures to asbestos, including exposures for which Trusts were responsible.[4] At Mr. Dougherty's deposition, defendants sought information from him about filings against Trusts, and his counsel objected and instructed him not to answer.[5] Garlock moved to compel production of Trust claim forms filed by both Mr. Dougherty and Mr. Messinger and the Court granted the motion, requiring production days before trial. Both Mr. Dougherty and Mr. Messinger had filed Trust claims on the basis of exposures they had not disclosed: Mr. Dougherty with the Armstrong, USG, Babcock & Wilcox, Combustion Engineering, Halliburton, Harbison Walker, Celotex, Eagle Picher, Owens Corning, Fibreboard, Keene, UNR,

---

[1] Plaintiffs' Responses to Master Discovery Requests at 11-15 (Jun. 14, 2002) (GST-2026).

[2] Plaintiffs' Production of Trust Claim Forms (Jan. 5, 2004) (GST-2041, GST-2042 & GST-2043).

[3] See Final Judgment, *Davis v. Garlock Sealing Technologies LLC*, No. 2002-28497 (Tex. Dist. Ct. May 17, 2004) (GST-2035).

[4] Plaintiff's Answers to Defendants' Joint Interrogatories at 7-10 (Feb. 11, 2008) (Dougherty) (GST-2068); Plaintiff's Answers to Defendants' Joint Interrogatories at 7-10 (Feb. 11, 2008) (Messinger) (GST-3693).

[5] 5/14/07 Dougherty Depo. Tr. at 92:9-19 (GST-2072).

and National Gypsum Trusts,[6] and Mr. Messinger with the H.K. Porter, Harbison Walker,

Halliburton and UNR Trusts.[7] The Trust claims for both men were admitted into evidence and

Garlock obtained a full defense verdict in both cases.[8]

---

[6] Dougherty's Production of Trust Claims (Aug. 7, 2008) (GST-2077).
[7] Messinger's Production of Trust Claims (Aug. 7, 2008) (GST-3698).
[8] *See* Verdict, *Dougherty v. Allied Signal, Inc.*, No. C-48-AB-2007-027 (Pa. Ct. C.P.) (GST-2080).

**Appendix: Short Form Citations for Trust Claims, Ballots and 2019 Statements**

| Document Name | Shortened Name |
|---|---|
| **Asbestos Trust Claims** | |
| ABB Lummus 524(g) Asbestos PI Trust Claim Form | **Lummus Trust Claim** |
| AC&S Asbestos Settlement Trust Claim Form | **AC&S Trust Claim** |
| Amatex Asbestos-Related Personal Injury Proof of Claim Form | **Amatex Trust Claim** |
| AMF Incorporated Proof of Claim Form | **AMF Trust Claim** |
| Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust Proof of Claim Form | **AWI Trust Claim** |
| ARTRA Asbestos Trust Claim Form | **ARTRA Trust Claim** |
| ASARCO Asbestos Personal Injury Settlement Trust Claim Form | **ASARCO Trust Claim** |
| Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust Proof of Claim Form | **B&W Trust Claim** |
| Burns and Roe Personal Injury Settlement Trust Claim Form | **Burns & Roe Trust Claim** |
| C.E. Thurston & Son's, Inc. Asbestos Trust Claim Form | **Thurston Trust Claim** |
| Celotex Asbestos Settlement Trust Claim Form | **Celotex Trust Claim** |
| Combustion Engineering Trust Claim Form | **Combustion Trust Claim** |
| Congoleum Plan Trust Claim Form | **Congoleum Trust Claim** |
| DII Industries, LLC Asbestos PI Trust Proof of Claim Form | **HAL Trust Claim or HW Trust Claim (as applicable)** |
| Eagle-Picher Industries, Inc. Asbestos Trust Claim Form | **EPI Trust Claim** |
| E.J. Bartells Asbestos Settlement Trust Proof of Claim Form | **Bartells Trust Claim** |
| Federal Mogul Asbestos Personal Injury Trust Proof of Claim Form | **FM Trust Claim (or FM (Ferodo), FM (Flex), or FM (T&N), as applicable)** |
| G-I Holdings Inc. Asbestos Personal Injury Settlement Trust Claim Form | **GAF Trust Claim** |
| H.K. Porter Asbestos Trust Claim Form | **HKP Trust Claim** |
| J.T. Thorpe Settlement Trust Claim Form | **Thorpe Trust Claim** |
| KACC Asbestos PI Trust Claim Form | **Kaiser Trust Claim** |
| Keene Creditors Trust Claim Form | **Keene Trust Claim** |
| Leslie Controls Inc. Asbestos Trust Claim Form | **Leslie Trust Claim** |
| Manville Personal Injury Settlement Trust Claim Form | **Manville Trust Claim** |
| NGC Bodily Injury Trust Claim Form | **NGC Trust Claim** |
| Owens Corning/Fibreboard Asbestos Personal Injury Settlement Trust Proof of Claim Form | **OC Trust Claim or FB Trust Claim (as applicable)** |
| Pacor Settlement Trust Claim Form | **Pacor Trust Claim** |
| Plant Insulation Company Asbestos Claim Form | **Plant Ins. Trust Claim** |
| Plibrico Asbestos Trust Claim Form | **Plibrico Trust Claim** |
| Porter Hayden Company Asbestos Trust Claim Form | **PH Trust Claim** |
| Raybestos Asbestos Trust Claim Form | **Raybestos Trust Claim** |
| Shook & Fletcher Asbestos Settlement Trust Claim Form | **Shook & Fletcher Trust Claim** |

| T H Agriculture & Nutrition, L.L.C. Asbestos Personal Injury Trust Claim Form | **THAN Trust Claim** |
|---|---|
| Thorpe Insulation Settlement Trust Claim Form | **Thorpe Ins. Trust Claim** |
| UNR Asbestos-Disease Claims Trust Proof of Claim Form | **UNR Trust Claim** |
| USG Asbestos Personal Injury Settlement Trust Proof of Claim Form | **USG Trust Claim** |
| U.S. Mineral Asbestos Trust Claim Form | **USM Trust Claim** |
| Western Asbestos Settlement Trust Claim Form | **Western Trust Claim** |
| **Bankruptcy Ballots** | |
| Master Ballot & Schedule for Accepting or Rejecting the Second Plan of Reorganization of ACandS, Inc.'s under Chapter 11 of the Bankruptcy Code for Individual Holders of Class 3e Asbestos Unsecured Personal Injury Claims (2008) | **AC&S Ballot** |
| [ASARCO] Master Ballot for Attorneys Voting Asbestos Personal Injury Claims (2008) | **2008 ASARCO Ballot** |
| [ASARCO] Master Ballot for Attorneys Voting Asbestos Personal Injury Claims (2009) | **2009 ASARCO Ballot** |
| [Fairchild] Master Ballot for Class 5—General Unsecured Claims (2009) | **Fairchild Ballot** |
| [Federal Mogul] Master Joint Ballot and Proxy Form for (1) Accepting or Rejecting Third Amended Joint Plan of Reorganization, (2) Making the Demand, (3) Giving the Confirmation and (4) Providing a Proxy to Vote in Relation to the Resolutions for Holders of Individual Asbestos Personal Injury Claims (2004) | **FM Ballot** |
| Master Ballot for Accepting or Rejecting Amended Joint Plan of Reorganization (as Modified) for Individual Holders of Class 7 Asbestos Personal Injury Claims Against the Flintkote Company (2009) | **2009 Flintkote Ballot** |
| Master Ballot for Accepting or Rejecting Amended Joint Plan of Reorganization for Individual Holders of Class 7 & Class 8 Asbestos Personal Injury Claims Against the Flintkote Company and Flintkote Mines Limited (2008) | **2008 Flintkote Ballot** |
| Master Ballot for Accepting or Rejecting Second Amended Joint Plan of Reorganization of G-I Holdings Inc. and ACI Inc. Pursuant to Chapter 11 of the Bankruptcy Code (2009) | **GAF Ballot** |
| Master Ballot for Accepting or Rejecting First Amended Chapter 11 Plan of Reorganization for Hercules Chemical Company, Inc. for Class 4 Asbestos Claims and Demands (2009) | **Hercules Ballot** |
| Master Ballot for Accepting or Rejecting the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates (2005) | **Kaiser Ballot** |
| Master Ballot for Voting to Accept or Reject First Amended Plan of Reorganization of Leslie Controls, Inc., for Holders of Class 4 Asbestos PI Claims (2010) | **Leslie Ballot** |

59

| Master Ballot for Accepting or Rejecting Third Amended Plan of Reorganization for NARCO Class 4-A (NARCO Asbestos Trust Claims) (2006) | **NARCO Ballot** |
|---|---|
| Master Ballot for Accepting or Rejecting Sixth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (as Modified) for Holders of Class A7 OC Asbestos Personal Injury Claims That Are PI Trust Claims (2006) | **OC Ballot or FB Ballot (as applicable)** |
| [Pittsburgh Corning] Master Ballot for Accepting or Rejecting Second Amended Plan of Reorganization for Class 5A, 5B and 5C Asbestos Personal Injury Claims (2004) | **2004 PCC Ballot** |
| [Pittsburgh Corning] Master Ballot for Accepting or Rejecting Modified Third Amended Plan of Reorganization for Class 5 Channeled Asbestos PI Trust Claims (2009) | **2009 PCC Ballot** |
| Master Ballot for Accepting or Rejecting Quigley Company, Inc.'s Fourth Amended and Restated Plan of Reorganization for Holders of Class 4 Asbestos PI Claims (2006) | **2006 Quigley Ballot** |
| Master Ballot for Accepting or Rejecting Quigley Company, Inc.'s Fifth Amended and Restated Plan of Reorganization for Holders of Class 4A Pre-September 2010 Settled Claims (2012) | **2012 Quigley Ballot** |
| Ballot Regarding J.T. Thorpe, Inc., a California corporation, J.T. Thorpe, Inc., a dissolved California corporation, Thorpe Technologies, Inc., a California corporation and Thorpe Holding Company, a California corporation concerning only Asbestos Related Personal Injury (Class 4) Claims (2005) | **Thorpe Ballot** |
| [Thorpe Insulation] Master Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization for Individual Holders of Class 5 Asbestos Injury Claims (2008) | **Thorpe Ins. Ballot** |
| Special Ballot for Accepting or Rejecting the Fifth Amended Plan Jointly Proposed by the Chapter 11 Trustee and the Official Committee of Asbestos Bodily Injury and Property Damage Claimants for United States Mineral Products Company (2005) | **USM Ballot** |
| [W.R. Grace] Voting Instructions and Master Ballot for Holders of Class 6 Asbestos PI Claims (2009) | **WRG Ballot** |
| **2019 Statements** | |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (AC&S) (Sept. 21, 2006) | **AC&S 2019 of Waters & Kraus** |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Combustion) (Oct. 3, 2005) | **Combustion 2019 of Waters & Kraus** |
| Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Combustion) (Mar. 6, 2006) | **2nd Amended Combustion 2019 of Waters & Kraus** |
| Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 (Flintkote) (Oct. 2, 2012) | **Amended Flintkote 2019 of David** |

| | |
|---|---|
| Verified Statement in Connection with Representation of Creditors Pursuant to Bankruptcy Rule 2019 (GAF) (Jan. 21, 2009) | **GAF 2019 of Waters & Kraus** |
| Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 (GIT) (Oct. 2, 2012) | **Amended GIT 2019 of David** |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (GIT) (Dec. 9, 2004) | **GIT 2019 of Waters & Kraus** |
| Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (GIT) (June 8, 2005) | **2nd Amended GIT 2019 of Waters & Kraus** |
| Fifth Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (GIT) (Mar. 6, 2006) | **5th Amended GIT 2019 of Waters & Kraus** |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Kaiser) (Dec. 9, 2004) Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Kaiser) (June 8, 2005) | **Kaiser 2019 of Waters & Kraus** **2nd Amended Kaiser 2019 of Waters & Kraus** |
| Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 (NARCO) (Oct. 2, 2012) | **Amended NARCO 2019 of David** |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (NARCO) (Dec. 9, 2004) | **NARCO 2019 of Waters & Kraus** |
| Fifth Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (NARCO) (Mar. 6, 2006) | **5th Amended NARCO 2019 of Waters & Kraus** |
| Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (OC) (Mar. 15, 2005) | **Amended OC 2019 of Waters & Kraus** |
| Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (OC) (June 8, 2005) | **2nd Amended OC 2019 of Waters & Kraus** |
| Fifth Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (OC) (Mar. 6. 2006) | **5th Amended OC 2019 of Waters & Kraus** |
| Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 (PCC) (Oct. 2, 2012) | **Amended PCC 2019 of David** |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (PCC) (Dec. 9, 2004) | **PCC 2019 of Waters & Kraus** |
| Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (PCC) (June 8, 2005) | **2nd Amended PCC 2019 of Waters & Kraus** |

| Fifth Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (PCC) (Mar. 6, 2006) | 5th Amended PCC 2019 of Waters & Kraus |
|---|---|
| Federal Rule of Bankruptcy Procedure 2019 Statement by Waters & Kraus L.L.P. (Thorpe) (Jun. 2005) | Thorpe 2019 of Waters & Kraus |
| Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Thorpe Ins.) (Oct. 14, 2008) | Thorpe Ins. 2019 of Waters & Kraus |
| Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (USG) (Mar. 15, 2005) | Amended USG 2019 of Waters & Kraus |
| Fifth Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (USG) (Mar. 6, 2006) | 5th Amended USG 2019 of Waters & Kraus |
| Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (USM) (Mar. 15, 2005) | Amended USM 2019 of Waters & Kraus |
| Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 (WRG) (Oct. 2, 2012) | Amended WRG 2019 of David |
| Second Amended Verified Statement of Waters & Kraus, LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (WRG) (May 14, 2009) | 2nd Amended WRG 2019 of Waters & Kraus |

**Exhibit A**

## DEBTORS' LIST OF EXHIBITS PERTAINING
## TO CERTAIN RFA LIST 1.A CASES

| Trial Exhibit # | Description |
|---|---|
| GST-0402 | Decision and Order, In re New York City Asbestos Litigation, dated 11/15/12 |
| GST-1171 | Plaintiff's Responses to General Order Standard Interrogatories Propounded by Defendants |
| GST-1600 | Combined Spreadsheet of DCPF Data Productions |
| GST-1601 | Letter from Mr. Stephen Juris, dated September 5, 2012, enclosing data from the Delaware Claims Processing Facility |
| GST-1602 | DCPF Data (Produced 9-05-2012) - Armstrong World Industries |
| GST-1603 | DCPF Data (Produced 9-05-2012) - Babcock & Wilcox |
| GST-1604 | DCPF Data (Produced 9-05-2012) - DII Industries |
| GST-1605 | DCPF Data (Produced 9-05-2012) - Federal Mogul |
| GST-1606 | DCPF Data (Produced 9-05-2012) - Owens Corning FibreBoard |
| GST-1607 | DCPF Data (Produced 9-05-2012) - US Gypsum |
| GST-1608 | Letter from Mr. Stephen Juris, dated November 15, 2012, enclosing data from the Delaware Claims Processing Facility |
| GST-1609 | DCPF Data (Produced 11-15-2012) - Armstrong World Industries |
| GST-1610 | DCPF Data (Produced 11-15-2012) - Babcock & Wilcox |
| GST-1611 | DCPF Data (Produced 11-15-2012) - DII Industries |
| GST-1612 | DCPF Data (Produced 11-15-2012) - Federal Mogul |
| GST-1613 | DCPF Data (Produced 11-15-2012) - Owens Corning FibreBoard |
| GST-1614 | DCPF Data (Produced 11-15-2012) - US Gypsum |
| GST-7056 | Binder of Phillips Trust Claims |
| GST-7121 | Ballots Filed by Claimants in Bankruptcy Cases |
| GST-1829 | In re W.R. Grace, Amended and Restated 2019 Statement filed by The David Law Firm referencing Raymond Beltrami and Peter Homa (dated Oct. 2, 2012) |
| GST-1830 | In re Flintkote Company, Amended and Restated 2019 Statement filed by The David Law Firm referencing Raymond Beltrami and Peter Homa (dated Oct. 2, 2012) |
| GST-1831 | In re GIT, Amended and Restated 2019 Statement filed by The David Law Firm referencing Raymond Beltrami and Peter Homa (dated Oct. 2, 2012) |
| GST-1832 | In re NARC, Amended and Restated 2019 Statement filed by The David Law Firm referencing Raymond Beltrami and Peter Homa (dated Oct. 2, 2012) |
| GST-1833 | In re PCC, Amended and Restated 2019 Statement filed by The David Law Firm referencing Raymond Beltrami and Peter Homa (dated Oct. 2, 2012) |
| GST-1835 | Trust Claim for Raymond Beltrami submitted to AWI |
| GST-1836 | Trust Claim for Raymond Beltrami submitted to BW |
| GST-1837 | Trust Claim for Raymond Beltrami submitted to Combustion |
| GST-1838 | Trust Claim for Raymond Beltrami submitted to NGC |
| GST-1839 | Trust Claim for Raymond Beltrami submitted to OC |
| GST-1840 | Trust Claim for Raymond Beltrami submitted to FB |
| GST-1841 | Trust Claim for Raymond Beltrami submitted to USG |
| GST-1842 | Trust Claim for Raymond Beltrami submitted to Manville |
| GST-1843 | Trust Claim for Raymond Beltrami submitted to Celotex |
| GST-1844 | Trust Claim for Raymond Beltrami submitted to Eagle Picher |
| GST-1845 | Trust Claim for Raymond Beltrami submitted to DII (IIAL) |
| GST-1846 | Trust Claim for Raymond Beltrami submitted to HK Porter |
| GST-1847 | Trust Claim for Raymond Beltrami submitted to DII (HW) |
| GST-1848 | Trust Claim for Raymond Beltrami submitted to Kaiser |
| GST-1849 | Trust Claim for Raymond Beltrami submitted to Keene |
| GST-1850 | Trust Claim for Raymond Beltrami submitted to Plibrico |
| GST-1851 | Trust Claim for Raymond Beltrami submitted to Raymark |

| Trial Exhibit # | Description |
|---|---|
| GST-1852 | Trust Claim for Raymond Beltrami submitted to UNR |
| GST-1853 | Deposition of Raymond Beltrami (Vol. 1), taken 4/15/08 |
| GST-1854 | Deposition of Raymond Beltrami (Vol. 2), taken 4/16/08 |
| GST-1855 | Deposition of Raymond Beltrami (Vol. 3), taken 4/17/08 |
| GST-1856 | Deposition of Raymond Beltrami (Vol. 4), taken 5/7/08 |
| GST-1857 | Deposition of Raymond Beltrami, taken 5/8/08 |
| GST-1862 | Plaintiff's Interrogatory Responses, dated 4/3/08 |
| GST-1863 | AC&S Beltrami Ballot and Claimant Schedule |
| GST-1864 | ASARCO 2009 Beltrami Ballot |
| GST-1865 | ASARCO 2009 Beltrami Claimant Schedule |
| GST-1866 | Flintkote 2008 Beltrami Ballot |
| GST-1867 | Flintkote 2008 Beltrami Claimant Schedule Excerpt |
| GST-1868 | PCC 2009 Beltrami Ballot |
| GST-1869 | PCC 2009 Beltrami Claimant Schedule |
| GST-1938 | Brennan Answers to Interrogatories, dated 9/11/08 |
| GST-1942 | Deposition of Bobby Hall, taken 12/3/09 |
| GST-1973 | WR Grace Brennan Ballot |
| GST-1974 | WR Grace Brennan Claimant Schedule |
| GST-1975 | ASARCO Master Ballot for Brennan and Golini |
| GST-1976 | Trust Claim for John Brennan submitted to AWI |
| GST-1977 | Trust Claim for John Brennan submitted to BW |
| GST-1978 | Trust Claim for John Brennan submitted to Celotex |
| GST-1979 | Trust Claim for John Brennan submitted to Combustion |
| GST-1980 | Trust Claim for John Brennan submitted to Eagle Picher |
| GST-1981 | GAF Master Ballot, dated 11/19/09, for Brennan |
| GST-1982 | Trust Claim for John Brennan submitted to Manville |
| GST-1983 | Trust Claim for John Brennan submitted to NGC |
| GST-1984 | Trust Claim for John Brennan submitted to OC |
| GST-1985 | Trust Claim for John Brennan submitted to FB |
| GST-1986 | Trust Claim for John Brennan submitted to Pacor |
| GST-1987 | Ballot for John Brennan and Golini submitted in PCC case |
| GST-1988 | Plaintiff's Answers to General Interrogatories, dated August 20, 2009 |
| GST-1989 | Ballot for John Brennan and Golini submitted in Quigley case |
| GST-1990 | Trust Claim for John Brennan submitted to Raymark |
| GST-1991 | Trust Claim for John Brennan submitted to DII |
| GST-1992 | Trust Claim for John Brennan submitted to DII (HW) |
| GST-1993 | Trust Claim for John Brennan submitted to USG |
| GST-1994 | Ballot submitted for Brennan, Golini, and Grabowski in Hercules case |
| GST-2025 | Deposition of Victor Davis, taken 6/20/02 |
| GST-2026 | Plaintiffs' Responses to Master Discovery Requests.Victor Davis.6.14.02 |
| GST-2027 | Plaintiffs' Responses to Discovery.Victor Davis (Soc. Security Records) |
| GST-2028 | Davis Trial Transcript, 1/27/04 (Excerpt of Dr. Arnold Brody Testimony) |
| GST-2029 | Davis Trial Transcript, 2/3/04 (Excerpt of Allan Feingold, M.D. Testimony) |
| GST-2030 | Davis Trial Transcript, 1/26/04 (Excerpt of William Ewing Testimony) |
| GST-2031 | Supplemental Response to Master Discovery Requests.Victor Davis.12.19.03 |
| GST-2034 | Final Judgment Nunc Pro Tunc (Not signed by Judge) |
| GST-2035 | Final Judgment |
| GST-2037 | Pltf's Supplemental Response to Discovery, dated 10/8/02 |
| GST-2038 | Pltf's First Amend Resp to Master Discovery, dated 11/4/02 |
| GST-2041 | Trust claim forms.redacted |
| GST-2042 | HK Porter claim forms |
| GST-2043 | JM claim form from trust |

| Trial Exhibit # | Description |
|---|---|
| GST-2068 | Answers to Rogs (2-11-08) |
| GST-2069 | Answers to Rogs (Prior Phila. County case) |
| GST-2070 | Answers to Rogs (5-11-07) |
| GST-2071 | Deposition of Eugene Dougherty, taken 5/15/07 |
| GST-2072 | Deposition of Eugene Dougherty, taken 5/14/07 |
| GST-2073 | Deposition of Eugene Dougherty (Vol. 1), taken 8/2/06 (Prior Phila. County case) |
| GST-2074 | Deposition of Eugene Dougherty (Vol. 2), taken 8/2/06 (Prior Phila. County case) |
| GST-2075 | Deposition of Eugene Dougherty (Vol. 3), taken 8/2/06 (Prior Phila. County case) |
| GST-2076 | Deposition of Eugene Dougherty (Vol. 4), taken 8/2/06 (Prior Phila. County case) |
| GST-2077 | Dougherty Trust Claim Forms |
| GST-2080 | Dougherty Verdict Sheet |
| GST-2756 | Videotaped Trial Testimony of Robert Flynn (12/3/04) |
| GST-2757 | Plaintiff Depo on 10/29/04-Vol. 1 |
| GST-2758 | Plaintiff Depo on 11/9/04-Vol. 2 |
| GST-2759 | Plaintiff Depo on 11/19/04-Vol. 3 |
| GST-2760 | Plaintiff Depo on 12/3/04-Vol. 4 |
| GST-2761 | Plaintiff's Interrogatories, dated 10/21/04 |
| GST-2763 | 2019 Statement from GI Holdings case, dated 1/21/09, with Robert Flynn's name listed |
| GST-2769 | 2nd Amended 2019 Statement from WRG case, dated 5/14/09, with Robert Flynn's name listed |
| GST-2770 | Master Ballot, dated 12/2/09, from Fairchild case with Robert Flynn's name listed |
| GST-2771 | 2009 Flintkote Master Ballot with Robert Flynn's name listed |
| GST-2772 | GI Holdings Ballot, dated 1/7/09, for Flynn |
| GST-2773 | Ballot for Robert Flynn submitted in Fibreboard, dated 8/29/06 |
| GST-2774 | Ballot for Robert Flynn submitted in PCC, dated 11/10/09 |
| GST-2775 | Ballot for Robert Flynn submitted in Quigley, dated 11/12/12 |
| GST-2776 | Ballot for Robert Flynn submitted in WR Grace, dated 5/18/09 |
| GST-2777 | Trust Claim for Robert Flynn submitted to ABB Lummus |
| GST-2778 | Trust Claim for Robert Flynn submitted to AWI |
| GST-2779 | Trust Claim for Robert Flynn submitted to B&W |
| GST-2780 | Trust Claim for Robert Flynn submitted to Combustion |
| GST-2781 | Trust Claim for Robert Flynn submitted to Celotex |
| GST-2782 | Trust Claim for Robert Flynn submitted to Eagle Picher |
| GST-2783 | Trust Claim for Robert Flynn submitted to FB |
| GST-2784 | Trust Claim for Robert Flynn submitted to Manville |
| GST-2785 | Trust Claim for Robert Flynn submitted to DII (HAL) |
| GST-2786 | Trust Claim for Robert Flynn submitted to Kaiser |
| GST-2787 | Trust Claim for Robert Flynn submitted to Keene |
| GST-2788 | Trust Claim for Robert Flynn submitted to OC |
| GST-2789 | Trust Claim for Robert Flynn submitted to Porter Hayden |
| GST-2790 | Trust Claim for Robert Flynn submitted to Raymark |
| GST-2791 | Trust Claim for Robert Flynn submitted to UNR |
| GST-2792 | 2nd Amended Combustion 2019 Statement for Flynn, Treggett and Williams, dated 3/6/06 |
| GST-2794 | 5th Amended GIT 2019 Statement for Flynn, Steckler, Taylor, Treggett and Williams, dated 3/6/06 |
| GST-2808 | 5th Amended NARCO 2019 Statement for Flynn, Treggett and Williams, dated 3/6/06 |
| GST-2822 | 5th Amended Owens Corning 2019 Statement for Flynn, Steckler, Taylor, Treggett and Williams, dated 3/6/06 |
| GST-2824 | 5th Amended PCC 2019 Statement for Flynn, Steckler, Taylor Treggett and Williams, dated 3/6/06 |
| GST-2838 | 5th Amended USG 2019 Statement for Flynn, Treggett and Williams, dated 3/6/06 |
| GST-2839 | Golini_Continued Oral Deposition of Plaintiff (Day Three AM) taken on 8-12-09 |
| GST-2840 | Golini_Continued Oral Deposition of Plaintiff (Day Two) taken on 8-11-09 |
| GST-2841 | Golini_Continued Videotape Deposition of Plaintiff (Day Three PM) taken on 8-12-09 |
| GST-2842 | Golini_Oral Deposition of Plaintiff taken on 8-10-09 |

| Trial Exhibit # | Description |
|---|---|
| GST-2844 | Golini_Videotape Deposition of Plaintiff taken on 8-10-09 |
| GST-2845 | Golini_Signed Verification and Updated Rogs_8-7-09 |
| GST-2847 | Golini_Answers to Rogs |
| GST-2862 | WR Grace Golini Ballot |
| GST-2863 | WR Grace Golini Claimant Schedule |
| GST-2864 | Trust Claim for Vincent Golini submitted to ARTRA |
| GST-2866 | Trust Claim for Vincent Golini submitted to Celotex |
| GST-2867 | Trust Claim for Vincent Golini submitted to Combustion |
| GST-2868 | Trust Claim for Vincent Golini submitted to DII (HAL) |
| GST-2869 | Durabla Master Ballot for Golini, dated 10/18/11 |
| GST-2870 | Trust Claim for Vincent Golini submitted to Eagle Picher |
| GST-2871 | Trust Claim for Vincent Golini submitted to Federal Mogul-FLX |
| GST-2872 | Trust Claim for Vincent Golini submitted to Federal Mogul- T&N |
| GST-2873 | Trust Claim for Vincent Golini submitted to HK Porter |
| GST-2874 | Trust claim for Vincent Golini submitted to Kaiser |
| GST-2875 | Trust Claim for Vincent Golini submitted to Manville |
| GST-2876 | Trust Claim for Vincent Golini submitted to NGC |
| GST-2877 | Trust Claim for Vincent Golini submitted to FB |
| GST-2878 | Trust Claim for Vincent Golini submitted to OC |
| GST-2879 | Trust Claim for Vincent Golini submitted to Pacor |
| GST-2881 | Trust Claim for Vincent Golini submitted to Plibrico |
| GST-2883 | Trust Claim for Vincent Golini submitted to Raymark |
| GST-2884 | Trust Claim for Vincent Golini submitted to DII (IIW) |
| GST-2885 | Trust Claim for Vincent Golini submitted to USG |
| GST-2887 | Trust Claim for Vincent Golini submitted to AWI |
| GST-2888 | Trust Claim for Vincent Golini submitted to BW |
| GST-2889 | Bondex 2019 Statement for Homa, dated 4/11/11 |
| GST-2896 | Videotaped Deposition of Peter Homa, taken 4/28/09 |
| GST-2897 | Deposition of Peter Homa (Vol. 2), taken 6/18/08 |
| GST-2898 | Homa Trial Transcript, 4/21/09 and subsequent days |
| GST-3589 | Exhibit A to Master Ballots (for ASARCO, Flintkote and GI Holdings) for Raymond Beltrami and Peter Homa |
| GST-3590 | Quigley Master Ballot for The David Law Firm for Peter Homa (dated Nov. 15, 2012) |
| GST-3591 | Trust Claim, dated 5/15/09, for Peter Homa submitted to AWI |
| GST-3592 | Trust Claim, dated 5/15/09, for Peter Homa submitted to B&W |
| GST-3593 | Undated Trust Claim for Peter Homa submitted to Combustion |
| GST-3594 | Undated Trust Claim for Peter Homa submitted to Celotex |
| GST-3595 | Undated Trust Claim for Peter Homa submitted to Eagle Picher |
| GST-3596 | Trust Claim, dated 5/15/09, for Peter Homa submitted to FB |
| GST-3597 | Trust Claim, dated 11/22/10, for Peter Homa submitted to Flexitallic |
| GST-3598 | Undated Trust Claim for Peter Homa submitted to G-I Holdings |
| GST-3599 | Trust Claim, dated 5/15/09, for Peter Homa submitted to DII |
| GST-3600 | Undated Trust Claim for Peter Homa submitted to HK Porter |
| GST-3601 | Trust Claim, dated 3/16/10, for Peter Homa submitted to DII |
| GST-3602 | Trust Claim, dated 11/17/08, for Peter Homa submitted to Manville |
| GST-3603 | Undated Trust Claim for Peter Homa submitted to Kaiser |
| GST-3604 | Trust Claim, dated 5/15/09, for Peter Homa submitted to Keene |
| GST-3605 | Undated Trust Claim for Peter Homa submitted to NGC |
| GST-3606 | Trust Claim, dated 5/15/09, for Peter Homa submitted to OC |
| GST-3607 | Trust Claim, dated 5/20/09, for Peter Homa submitted to Pacor |
| GST-3608 | Undated Trust Claim for Peter Homa submitted to Pilbrico |
| GST-3609 | Trust Claim, dated 3/16/10, for Peter Homa submitted to Raymark |

4

| Trial Exhibit # | Description |
|---|---|
| GST-3610 | Undated Trust Claim for Peter Homa submitted to Shook & Fletcher |
| GST-3611 | Undated Trust Claim for Peter Homa submitted to UNR |
| GST-3612 | Trust Claim, dated 5/15/09, for Peter Homa submitted to USG |
| GST-3613 | Deposition of Peter Homa, taken 10/2/08 |
| GST-3614 | Deposition of Peter Homa, taken 6/17/08 |
| GST-3615 | Homa, Peter.Trial Transcript.04-27-2009 |
| GST-3616 | Homa, Peter.Trial Transcript.04-29-2009 |
| GST-3617 | Homa, Peter.Trial Transcript.04-30-2009 |
| GST-3618 | Homa, Peter.Trial Transcript.05-01-2009 |
| GST-3619 | Homa, Peter.Trial Transcript.05-04-2009 |
| GST-3620 | Homa, Peter.Trial Transcript.05-06-2009 |
| GST-3621 | Homa, Peter.Trial Transcript.05-07-2009 |
| GST-3622 | Homa, Peter.Trial Transcript.05-08-2009 |
| GST-3623 | Homa, Peter.Trial Transcript.05-11-2009 |
| GST-3624 | Homa, Peter.Trial Transcript.05-13-2009 |
| GST-3625 | Homa, Peter.Trial Transcript.05-14-2009 |
| GST-3629 | Plaintiff's Interrogatories, dated 5/29/08 |
| GST-3634 | ASARCO 2009 Homa Ballot |
| GST-3635 | ASARCO 2009 Homa Claimant Schedule |
| GST-3636 | Flintkote 2008 Homa Ballot |
| GST-3637 | Flintkote 2008 Homa Claimant Schedule Excerpt |
| GST-3638 | PCC 2009 Homa Ballot |
| GST-3639 | PCC 2009 Homa Claimant Schedule |
| GST-3641 | Massinger_Answers to Rogs, dated 6/30/08 |
| GST-3643 | Massinger_Daniel H. Sterman Trial Testimony Day II_Phase I |
| GST-3671 | Deposition of Bernard Massinger, taken 7/2/08, 11:15 AM |
| GST-3672 | Deposition of Bernard Massinger, taken 6/5/09 |
| GST-3673 | Deposition of Bernard Massinger, taken 7/2/08, 10:10 AM |
| GST-3674 | ASARCO 2009 Massinger Ballot |
| GST-3675 | ASARCO 2009 Massinger Claimant Schedule |
| GST-3676 | PCC 2009 Massinger Ballot |
| GST-3677 | PCC 2009 Massinger Claimant Schedule |
| GST-3678 | Quigley 2006 Massinger Ballot and Claimant Schedule |
| GST-3679 | WR Grace Massinger Ballot |
| GST-3680 | WR Grace Massinger Claimant Schedule |
| GST-3681 | Trust Claim for Bernard Massinger submitted to BW |
| GST-3682 | Trust claim for Bernard Massinger submitted to Combustion |
| GST-3683 | Trust Claim for Bernard Massinger submitted to DII (HAL) |
| GST-3684 | Trust Claim for Bernard Massinger submitted to Eagle Picher |
| GST-3685 | Trust Claim for Bernard Massinger submitted to Federal Mogul |
| GST-3686 | Trust Claim for Bernard Massinger submitted to FB |
| GST-3687 | Trust Claim for Bernard Massinger submitted to Manville |
| GST-3688 | Trust Claim for Bernard Massinger submitted to OC |
| GST-3689 | Trust Claim for Bernard Massinger to Pacor |
| GST-3690 | Trust claim for Bernard Massinger submitted to Raymark |
| GST-3691 | Trust claim for Bernard Massinger submitted to Shook & Fletcher |
| GST-3692 | Trust claim for Bernard Massinger submitted to USG |
| GST-3693 | Answers to Rogs, dated 2/11/08 |
| GST-3698 | Trust Claims |
| GST-3699 | Deposition of Michael Messinger, taken 5/20/08 |
| GST-3700 | Deposition of Michael Messinger, taken 11/9/07 |
| GST-3701 | Deposition of Michael Messinger, taken 2/14/08 |

| Trial Exhibit # | Description |
|---|---|
| GST-3738 | Ornstein.case.report |
| GST-3740 | Redacted and Produced Summary of Ornstein Depo |
| GST-3741 | Plaintiffs' Responses to General Order Standard Interrogatories, dated 5/22/08 |
| GST-3819 | Deposition Summaries of Howard & Roselyn Ornstein from deps taken on June 2-6 and July 23-24, 2008 |
| GST-3831 | Deposition of Howard Ornstein, taken on June 2, 2008 (Volume 1) (Trial Preservation) |
| GST-3832 | Deposition of Howard Ornstein, taken on June 3, 2008 (Volume 1) (Discovery) |
| GST-3833 | Deposition of Howard Ornstein, taken on June 4, 2008 (Volume 2) (Discovery) |
| GST-3834 | Deposition of Howard Ornstein, taken on June 5, 2008 (Volume 3) (Discovery) |
| GST-3835 | Deposition of Howard Ornstein, taken on June 6, 2008 (Volume 4) (Discovery) |
| GST-3852 | Plaintiffs' Response to General Order Standard Interrogatories, Propounded by Defendants (friction), dated May 22, 2008 |
| GST-3870 | Declaration related to Trust Claim for Howard Ornstein submitted to Keene |
| GST-3872 | Trust Claim for Howard Ornstein submitted to AC&S |
| GST-3873 | Declaration related to Trust Claim for Howard Ornstein submitted to AC&S |
| GST-3874 | Amatex Trust Claim for Ornstein |
| GST-3875 | Trust Claim for Howard Ornstein submitted to Armstrong |
| GST-3876 | Declaration related to Trust Claim for Howard Ornstein submitted to Armstrong |
| GST-3877 | Trust Claim for Howard Ornstein submitted to Combustion |
| GST-3878 | Declaration related to Trust Claim for Howard Ornstein submitted to Combustion |
| GST-3879 | Trust Claim for Howard Ornstein submitted to DII (HAL) |
| GST-3880 | Declaration related to Trust Claim for Howard Ornstein submitted to DII (HAL) |
| GST-3881 | Trust Claim for Howard Ornstein submitted to Eagle Picher |
| GST-3882 | Declaration related to Trust Claim for Howard Ornstein submitted to Eagle Picher |
| GST-3883 | Trust Claim for Howard Ornstein submitted to FB |
| GST-3884 | Trust Claim for Howard Ornstein submitted to H.K. Porter |
| GST-3885 | Declaration related to Trust Claim for Howard Ornstein submitted to H.K. Porter |
| GST-3887 | Trust Claim for Howard Ornstein submitted to Keene |
| GST-3888 | Declaration related to Trust Claim for Howard Ornstein submitted to Keene |
| GST-3889 | Owens Corning Trust Claim for Ornstein |
| GST-3890 | Declaration related to Trust Claims for Howard Ornstein submitted to OC and FB |
| GST-3891 | Trust Claim for Howard Ornstein submitted to Thorpe Insulation |
| GST-3898 | Deposition of John Phillips, taken 10/9/08 |
| GST-3941 | Plaintiffs Eighth Supplemental Responses to Master Interrogatories |
| GST-3942 | Plaintiffs Eleventh Supplemental Responses to Master Interrogatories |
| GST-3947 | Plaintiffs First Supplemental Responses to Master Interrogatories |
| GST-3948 | Plaintiffs Ninth Supplemental Responses to Master Interrogatories |
| GST-3949 | Plaintiffs Responses to Master Interrogatories |
| GST-3951 | Plaintiffs Second Supplemental Responses to Master Interrogatories |
| GST-3952 | Plaintiffs Seventh Supplemental Responses to Master Interrogatories |
| GST-3953 | Plaintiffs Sixth Supplemental Responses to Master Interrogatories |
| GST-3954 | Plaintiffs' Tenth Supplemental Responses |
| GST-3955 | Plaintiffs Twelfth Supplemental Responses to Master Interrogatories |
| GST-3956 | Plaintiff's Fifth Supp Responses to Master Interrogatories |
| GST-3957 | Plaintiff's Thirteenth Supp Responses to Master Interrogatories |
| GST-3958 | Plaintiff's Fourth Supp Responses to Master Interrogatories |
| GST-3959 | Plaintiff's Third Supp Responses to Master Interrogatories |
| GST-3967 | Phillips, John.Pre-trial Hearing 02/27/09 and 2/28/09 |
| GST-3976 | ASARCO 2008 Phillips Ballot |
| GST-3977 | ASARCO 2008 Phillips Claimant Schedule |
| GST-3978 | ASARCO 2009 Phillips Ballot |
| GST-4067 | Reed Case Report (Personal Injury), dated 4/16/07 |

6

| Trial Exhibit # | Description |
|---|---|
| GST-4068 | Reed Case Report (Wrongful Death), dated 7/26/07 |
| GST-4069 | Deposition of Robert Reed, taken 2/20/07 |
| GST-4070 | Robert Reed's Amended Responses to General Order Standard Interrogatories (Personal Injury-Set 1), dated 2/1/07 |
| GST-4071 | Robert Reed's Responses to General Order Standard Interrogatories (Personal Injury-Set 1), dated 1/3/07 |
| GST-4072 | Robert Reed II's Response to General Order Standard Interrogatories (Wrongful Death), dated 2/5/08 |
| GST-4074 | Redacted and Produced Summary of Reed Depo |
| GST-4084 | Plaintiff Mathilde T. Reed's Response to General Order Standard Interrogatories (Wrongful Death), dated 2/5/08 |
| GST-4085 | Plaintiff Amended Responses to Interrogatories |
| GST-4087 | Work History |
| GST-4091 | Plaintiff Mathilde T. Reed's Responses to General Order Standard Interrogatories Propounded by Defendants, dated February 16, 2007 |
| GST-4093 | Deposition of Robert Reed (Volume 6), taken on March 10, 2007 |
| GST-4094 | Deposition of Robert Reed (Volume 7), taken on March 11, 2007 |
| GST-4095 | Deposition of Robert Reed (Volume 1), taken on March 5, 2007 |
| GST-4096 | Deposition of Robert Reed (Volume 2), taken on March 6, 2007 |
| GST-4097 | Deposition of Robert Reed (Volume 3), taken on March 7, 2007 |
| GST-4098 | Deposition of Robert Reed (Volume 4), taken on March 8, 2007 |
| GST-4099 | Deposition of Robert Reed (Volume 5), taken on March 9, 2007 |
| GST-4178 | Trust Claim for Robert Reed submitted to ASARCO |
| GST-4179 | Trust Claim for Robert Reed submitted to ARTRA |
| GST-4180 | Trust Claim for Robert Reed submitted to B&W |
| GST-4181 | Trust Claim for Robert Reed submitted to Combustion |
| GST-4182 | Trust Claim for Robert Reed submitted to Congoleum |
| GST-4183 | Trust Claim for Robert Reed submitted to Ferodo (Fed Mogul) |
| GST-4184 | Trust Claim for Robert Reed submitted to G-I Holdings |
| GST-4185 | Trust Claim for Robert Reed submitted to DII (HAL) |
| GST-4186 | Trust Claim for Robert Reed submitted to OC |
| GST-4187 | Trust Claim for Robert Reed submitted to USG |
| GST-4188 | Trust Claim for Robert Reed submitted to Western Asbestos |
| GST-4189 | Trust Claim for Robert Reed submitted to Celotex |
| GST-4190 | Trust Claim for Robert Reed submitted to Eagle Picher |
| GST-4191 | Trust Claim for Robert Reed submitted to John Manville |
| GST-4192 | Trust Claim for Robert Reed submitted to Raybestos |
| GST-4310 | Steckler.Plaintiffs' Answers to Defendants' Standard Interrogatories (Loss of Consortium) |
| GST-4312 | Deposition of Michael Steckler (Vol. 3), taken 5/17/05 |
| GST-4313 | Deposition of Michael Steckler (Vol. 1), taken 5/5/05 PM |
| GST-4314 | Deposition of Michael Steckler (Vol. 2), taken 5/6/05 |
| GST-4315 | Deposition of Michael Steckler, taken 5/5/05 AM |
| GST-4317 | Redacted Summary of Michael Steckler Depo |
| GST-4335 | Steckler.Plaintiffs' Answers to Defendants' Standard Interrogatories (Personal Injury-Set 2) |
| GST-4338 | 2019 Statement, dated 1/21/09, containing Michael Steckler's name submitted in G-I Holdings |
| GST-4343 | 2019 Statement in Thorpe for Steckler, dated 10/14/08 |
| GST-4345 | 2nd Amended WRG 2019 Statement for Steckler, dated 5/14/09 |
| GST-4346 | FB Ballot for Steckler and Treggett, dated 8/28/06 |
| GST-4347 | 2009 Flintkote Ballot for Michael Steckler and Treggett |
| GST-4348 | 2008 Flintkote Ballot for Michael Steckler and Treggett |
| GST-4349 | Ballot submitted by Michael Steckler to G-I Holdings, dated 1/7/09 |
| GST-4350 | Ballot submitted by Michael Steckler to OC, dated 8/15/06 |
| GST-4352 | Ballot submitted by Michael Steckler to WR Grace, dated 5/18/09 |

7

| Trial Exhibit # | Description |
|---|---|
| GST-4353 | Trust Claim for Michael Steckler submitted to ABB Lummus |
| GST-4354 | Trust Claim for Michael Steckler submitted to ACandS |
| GST-4355 | Trust Claim for Michael Steckler submitted to AWI |
| GST-4356 | Trust Claim for Michael Steckler submitted to B&W |
| GST-4357 | Trust Claim for Michael Steckler submitted to Celotex |
| GST-4358 | Trust Claim for Michael Steckler submitted to Combustion Eng'g |
| GST-4359 | Trust Claim for Michael Steckler submitted to Eagle Picher |
| GST-4360 | Trust Claim for Michael Steckler submitted to Bartells |
| GST-4361 | Trust Claim for Michael Steckler submitted to Fibreboard |
| GST-4362 | Trust Claim for Michael Steckler submitted to Federal Mogul (Flexitallic) |
| GST-4363 | Trust Claim for Michael Steckler submitted to DII (Halliburton) |
| GST-4364 | Trust Claim for Michael Steckler submitted to DII (HW) |
| GST-4365 | Trust Claim for Michael Steckler submitted to J.T. Thorpe |
| GST-4366 | Trust Claim for Michael Steckler submitted to Kaiser Aluminum |
| GST-4367 | Trust Claim for Michael Steckler submitted to Keene |
| GST-4368 | Trust Claim for Michael Steckler submitted to OC |
| GST-4369 | Trust Claim for Michael Steckler submitted to Raymark |
| GST-4370 | Trust Claim for Michael Steckler submitted to ARTRA |
| GST-4371 | Trust Claim for Michael Steckler, submitted to Thorpe Insulation |
| GST-4372 | Trust Claim for Michael Steckler submitted to USG |
| GST-4373 | Ballot submitted for Steckler, Taylor, and Williams in Thorpe Insulation, dated 10/18/08 |
| GST-4381 | Deposition of Michael Steckler (Vol. 4), taken 5/18/05 |
| GST-4382 | Deposition of Michael Steckler (Vol. 5), taken 5/19/05 |
| GST-4383 | Deposition of Dee Steckler, taken 5/17/05 |
| GST-4387 | Steckler.Plaintiffs' Answers to Defendants' Standard Interrogatories (Personal Injury-Set 1) |
| GST-4388 | 2nd Amended GIT 2019 Statement for Steckler, Taylor, Treggett and Williams, dated 6/8/05 |
| GST-4405 | 2nd Amended Kaiser 2019 Statement for Steckler, Taylor, Treggett and Williams, dated 6/8/05 |
| GST-4409 | 2nd Amended Owens Corning 2019 Statement for Steckler, Taylor, Treggett and Williams, dated 6/8/05 |
| GST-4431 | Amended US Mineral 2019 Statement for Steckler, Taylor, Treggett and Williams, dated 3/15/05 |
| GST-4440 | Taylor.Amend.Ans. Standard Rogs (Set 2) |
| GST-4441 | Taylor.Ans. Standard Rogs (Set 1) |
| GST-4442 | Deposition of Reginald Taylor (Vol 1), taken 5/9/05 |
| GST-4443 | Deposition of Reginald Taylor (Vol 2), taken 5/10/05 |
| GST-4444 | Deposition of Reginald Taylor (Vol 3), taken 5/11/05 |
| GST-4445 | Deposition of Reginald Taylor (Vol 4), taken 5/12/05 |
| GST-4452 | Taylor.Pl's Resp to Stand Rogs-Set 1 (Loss of Consortium) |
| GST-4459 | Thorpe 2019 Statement for Taylor, dated 10/14/08 |
| GST-4461 | Ballot submitted for Taylor in Leslie Controls, dated 9/20/10 |
| GST-4463 | Trust Claim for Reginald Taylor submitted to ACandS |
| GST-4464 | Trust Claim for Reginald Taylor submitted to ASARCO |
| GST-4465 | Trust Claim for Reginald Taylor submitted to AWI |
| GST-4466 | Trust Claim for Reginald Taylor submitted to B&W |
| GST-4467 | Trust Claim for Reginald Taylor submitted to Celotex |
| GST-4468 | Trust Claim for Reginald Taylor submitted to Combustion Eng'g |
| GST-4469 | Trust Claim for Reginald Taylor submitted to Eagle Picher |
| GST-4470 | Trust Claim for Reginald Taylor submitted to FB |
| GST-4471 | Trust Claim for Reginald Taylor submitted to Federal Mogul (Flexitallic) |
| GST-4472 | Trust Claim for Reginald Taylor submitted to DII (Halliburton) |
| GST-4473 | Trust Claim for Reginald Taylor submitted to DII (HW) |
| GST-4474 | Trust Claim for Reginald Taylor submitted to H.K. Porter |
| GST-4475 | Trust Claim for Reginald Taylor submitted to Kaiser |

| Trial Exhibit # | Description |
|---|---|
| GST-4476 | Trust Claim for Reginald Taylor submitted to Keene |
| GST-4477 | Trust Claim for Reginald Taylor submitted to Leslie Controls |
| GST-4478 | Trust Claim for Reginald Taylor submitted to Manville |
| GST-4479 | Trust Claim for Reginald Taylor submitted to OC |
| GST-4480 | Trust Claim for Reginald Taylor submitted to Plant Insulation |
| GST-4481 | Trust Claim for Reginald Taylor submitted to Raymark |
| GST-4482 | Trust Claim for Reginald Taylor submitted to Thorpe Insulation |
| GST-4483 | Trust Claim for Reginald Taylor submitted to US Minerals |
| GST-4484 | Trust Claim for Reginald Taylor submitted to USG |
| GST-4485 | Trust Claim for Reginald Taylor submitted to Western |
| GST-4527 | Deposition of Reginald Taylor (Vol 5), taken 5/16/05 |
| GST-4563 | 2nd Amended PCC 2019 Statement for Steckler, Taylor, Treggett and Williams, dated 6/8/05 |
| GST-4591 | Judgment.Torres, Oscar.03-22-10 |
| GST-4601 | Pltfs' 1st Supp Resp to Master Rogs, RFP & Disclosure |
| GST-4602 | Pltfs' 2nd Supp Resp to Master Rogs, RFP & Disclosure |
| GST-4605 | Pltfs' 3rd Supp Resp to Master Rogs, RFP & RFD |
| GST-4609 | Pltfs' 4th Supp Resp to Master Rogs, RFP & Disclosure-Longo |
| GST-4610 | Pltfs' 5th Supp MDL Discovery Resp |
| GST-4611 | Pltfs' 6th Supp MDL Discovery Resp from 1-18-10 |
| GST-4626 | Pltfs' Responses to Fast Track Rogs, RFP & CWD |
| GST-4638 | Deposition of Oscar Torres (Vol 1), taken 7/15/09 |
| GST-4639 | Deposition of Oscar Torres (Vol 2), taken 7/16/09 |
| GST-4640 | Pltfs' 1st Supp Resp to Fast Track Master Rogs & RFP |
| GST-4849 | Torres Trial Transcript, dated 2/16/10 |
| GST-4850 | Torres Trial Transcript, dated 2/17/10 |
| GST-4851 | Torres Trial Transcript, dated 2/18/10 |
| GST-4852 | Torres Trial Transcript, dated 2/19/10 |
| GST-4853 | Torres Trial Transcript (Lemen Testimony), dated 2/19/10 |
| GST-4854 | Torres Trial Transcript, dated 2/23/10 |
| GST-4855 | Torres Trial Transcript, dated 2/24/10 |
| GST-4856 | Torres Trial Transcript, dated 2/25/10 |
| GST-4857 | Torres Trial Transcript, dated 2/26/10 |
| GST-4858 | Torres Trial Transcript, dated 3/2/10 |
| GST-4859 | Torres Trial Transcript, dated 3/3/10 |
| GST-4860 | Torres Trial Transcript, dated 3/4/10 |
| GST-4861 | Torres Trial Transcript, dated 3/5/10 |
| GST-4862 | Torres Trial Transcript, dated 5/27/10 (Post-Trial Relief Motions) |
| GST-4863 | Torres Trial Partial Exhibits List |
| GST-4864 | Torres Index of Exhibits |
| GST-4865 | Torres Trial Transcript, dated 2/9/10 (Pre-Trial Motions) |
| GST-4926 | Pltfs' 7th Supp Resp to Master Rogs, RFP & RFD |
| GST-4927 | Babcock & Wilcox Trust Claim |
| GST-4928 | Halliburton Trust Claim |
| GST-4929 | Owens Corning Trust Claim |
| GST-4930 | AMF Incorporated Proof of Claim |
| GST-5432 | Deposition of Robert Treggett (Vol 2), taken 2/11/04 |
| GST-5433 | 9/8/04 MIL Hearing Pre-trial |
| GST-5434 | Treggett Trial vol 1, 9/9/04, Starts with Mini Openings/Jury |
| GST-5435 | Treggett Trial, vol 10, 10-1-4-04 |
| GST-5436 | Treggett Trial, vol 11, 10-5-04 |
| GST-5437 | Treggett Trial, vol 12 part 1, 10-6-04 |
| GST-5438 | Treggett Trial, vol 12 part 2, 10-7-04 |

9

| Trial Exhibit # | Description |
|---|---|
| GST-5439 | Treggett Trial, vol 12 part 3, 10-7-04 |
| GST-5440 | Treggett Trial, vol 13, 10-8-15-04 |
| GST-5441 | Treggett Trial, vol 14, 10-18-04 |
| GST-5442 | Treggett Trial, vol 15, 10-19-20-04 |
| GST-5443 | Treggett Trial, vol 2, 9-14-15-04 |
| GST-5444 | Treggett Trial, vol 3, 9-16-04 |
| GST-5445 | Treggett Trial, vol 4, 9-17-04 |
| GST-5446 | Treggett Trial, vol 5 part 1, 9-20-04 |
| GST-5447 | Treggett Trial, vol 5 part 2, 9-21-04 |
| GST-5448 | Treggett Trial, vol 6, 9-22-23-04 |
| GST-5449 | Treggett Trial, vol 7, 9-27-04 |
| GST-5450 | Treggett Trial, vol 8, 9-28-29-04 |
| GST-5451 | Treggett Trial, vol 9, 9-30-04 |
| GST-5452 | Judgment.Treggett.10.20.04 |
| GST-5455 | PCC 2004 Treggett Ballot and Claimant Schedule |
| GST-5458 | GI Holdings 2019 Statement for Treggett, dated 1/21/09 |
| GST-5466 | 2nd Amended WRG 2019 Statement for Treggett, dated 5/14/09 |
| GST-5468 | Master Ballot for Federal Mogul submitted for Treggett, dated 10/29/04 |
| GST-5471 | Master Ballot for GI Holdings submitted for Treggett, dated 1/7/09 |
| GST-5473 | Master Ballot for NARCO submitted for Treggett, dated 3/9/06 |
| GST-5474 | Master Ballot for Owens Corning submitted for Treggett, dated 8/15/06 |
| GST-5475 | Master Ballot for PCC submitted for Steckler and Treggett, dated 11/10/09 |
| GST-5476 | Master Ballot for US Mineral submitted for Treggett, dated 10/26/05 |
| GST-5477 | Master Ballot for WRG submitted for Treggett, dated 5/18/09 |
| GST-5478 | Trust Claim for Robert Treggett submitted to ABB Lummus |
| GST-5479 | Trust Claim for Robert Treggett submitted to ACandS |
| GST-5480 | Trust Claim for Robert Treggett submitted to AWI |
| GST-5481 | Trust Claim for Robert Treggett submitted to B&W |
| GST-5482 | Trust Claim for Robert Treggett submitted to Thurston |
| GST-5483 | Trust Claim for Robert Treggett submitted to Combustion Engineering |
| GST-5484 | Trust Claim for Robert Treggett submitted to Eagle Picher |
| GST-5485 | Trust Claim for Robert Treggett submitted to Fibreboard |
| GST-5486 | Trust Claim for Robert Treggett submitted to Federal Mogul |
| GST-5487 | Trust Claim for Robert Treggett submitted to DII (Halliburton) |
| GST-5488 | Trust Claim for Robert Treggett submitted to Keene |
| GST-5489 | Trust Claim for Robert Treggett submitted to OC |
| GST-5490 | Trust Claim for Robert Treggett submitted to Porter Hayden |
| GST-5491 | Trust Claim for Robert Treggett submitted to Raymark |
| GST-5492 | Trust Claim for Robert Treggett submitted to USG |
| GST-5493 | Trust Claim for Robert Treggett submitted to Western |
| GST-5494 | Plaintiff Responses to General Order Standard Interrogatories Propounded by Defendants, dated 2/6/04 |
| GST-5498 | Deposition of Robert Treggett (Vol 1), taken February 10, 2004 |
| GST-5499 | Deposition of Robert Treggett (Vol 3), taken February 12, 2004 |
| GST-5500 | Deposition of Robert Treggett (Vol 4), taken February 13, 2004 |
| GST-5501 | Deposition of Robert Treggett (Vol 5), taken February 17, 2004 |
| GST-5515 | AC&S 2019 Statement for Treggett and Williams, dated 9/21/06 |
| GST-5522 | Combustion 2019 Statement for Treggett and Williams, dated 10/3/05 |
| GST-5526 | GIT 2019 Statement for Treggett and Williams, dated 12/9/04 |
| GST-5545 | Kaiser 2019 Statement for Treggett and Williams, dated 12/9/04 |
| GST-5551 | NARCO 2019 Statement for Treggett and Williams, dated 12/9/04 |
| GST-5552 | Amended NARCO 2019 Statement for Treggett and Williams, dated 3/15/05 |

| Trial Exhibit # | Description |
|---|---|
| GST-5570 | Amended OC 2019 Statement for Treggett and Williams, dated 3/15/05 |
| GST-5576 | PCC 2019 Statement for Treggett and Williams, dated 12/9/04 |
| GST-5595 | Amended USG 2019 Statement for Treggett and Williams, dated 3/15/05 |
| GST-5609 | Plaintiffs' Case Report, dated 5/6/04 |
| GST-5610 | Plaintiffs' Amendments to Case Report, dated 5/10/04 |
| GST-5612 | Deposition of Charles White, taken 8/11/06 |
| GST-5624 | Pltfs' 1st Supps Answers to MD |
| GST-5625 | Pltfs' 2nd Supp Answers to MD |
| GST-5626 | Pltfs' 3rd Supp Answers to MD |
| GST-5627 | Pltfs' 4th Supp MD-2nd-Supp-RFD |
| GST-5628 | Pltfs' 4th Supp MD-2nd-Supp-RFD-Exhibit B |
| GST-5629 | Pltfs' 5th Supp to MD |
| GST-5630 | Pltfs' 5th Supp to MD-Exhibit B-Part 1 |
| GST-5631 | Pltfs' 5th Supp to MD-Exhibit B-Part 2 |
| GST-5632 | Pltfs' 5th Supp to MD-Exhibit C-Part 2 |
| GST-5633 | Pltfs' 5th Supp to MD-Exhibit-C-Part 1 |
| GST-5634 | Pltfs' 6th Supp Answers to MD |
| GST-5635 | Pltfs' 7th Supp Answers to MD |
| GST-5636 | Pltfs' 8th Supp Answers to MD |
| GST-5655 | Pltfs' Answers MDL MD Resp |
| GST-5773 | Deposition of Barbara Lorton (taken Mar. 16, 2007) |
| GST-5791 | Affidavit of Charles White (dated Feb. 28, 2007) |
| GST-5821 | Amended Work History sheet for Charles White, Deposition Exhibit 1 |
| GST-5974 | Transcript of Pretrial proceedings on April 13, 2007 (Volume 1) |
| GST-5975 | Transcript of Pretrial proceedings on March 26, 2007 (Volume 1) |
| GST-5976 | Transcript of Pretrial proceedings on March 27, 2007 (Volume 2) |
| GST-5977 | Trust Claim for Charles White submitted to ABB Lummus |
| GST-5978 | Trust Claim for Charles White submitted to Artra |
| GST-5979 | Trust Claim for Charles White submitted to ASARCO |
| GST-5980 | Trust Claim for Charles White submitted to Armstrong |
| GST-5981 | Trust Claim for Charles White submitted to B&W |
| GST-5982 | Trust Claim for Charles White submitted to DII (HAL) |
| GST-5983 | Trust Claim for Charles White submitted to Fibreboard |
| GST-5984 | Trust Claim for Charles White submitted to Federal Mogul |
| GST-5985 | Trust Claim for Charles White submitted to G-I Holdings |
| GST-5986 | Trust Claim for Charles White submitted to H.K. Porter |
| GST-5987 | Trust Claim for Charles White submitted to Porter Hayden |
| GST-5988 | Trust Claim for Charles White submitted to THAN |
| GST-5989 | Trust Claim for Charles White submitted to USG |
| GST-5990 | Trust Claim for Charles White submitted to J.T. Thorpe |
| GST-5991 | Trust Claim for Charles White submitted to Western Asbestos |
| GST-5992 | Trust Claim for Charles White submitted to Raybestos |
| GST-5993 | Trust Claim for Charles White submitted to Celotex |
| GST-5994 | Trust Claim for Charles White submitted to Bartells |
| GST-5995 | Trust Claim for Charles White submitted to Eagle Picher |
| GST-5996 | Trust Claim for Charles White submitted to John Manville |
| GST-5997 | Trust Claim for Charles White submitted to Keene |
| GST-5998 | Trust Claim for Charles White submitted to NGC |
| GST-5999 | Trust Claim for Charles White submitted to OC |
| GST-6000 | Trust Claim for Charles White submitted to Thurston |
| GST-6001 | Williams.Amended Work History Sheet, dated 9/27/04 |
| GST-6002 | Williams.Plaintiffs' Case Report, dated 8/13/04 |

| Trial Exhibit # | Description |
|---|---|
| GST-6003 | Williams.Plaintiffs' Amended Response to General Order Standard Interrogatories, dated 12/6/04 |
| GST-6004 | Williams.Plaintiff's Response to General Order Standard Interrogatories, dated 4/29/04 |
| GST-6005 | Judgment.Williams.2.7.05 |
| GST-6006 | WILLIAMS.Depo.8.18.04 (vol. 6) |
| GST-6007 | Williams.Plaintiffs' Amended Case Report, dated 11/24/04 |
| GST-6009 | WILLIAM.Depo.7.29.04 (vol. 2) |
| GST-6010 | WILLIAM5.Depo.8.17.04 (vol. 5) |
| GST-6011 | WILLIAMS.Depo.7.28.04 (vol. 1) |
| GST-6012 | WILLIAMS.Depo.7.30.04 (vol. 3) |
| GST-6013 | WILLIAMS.Depo.8.16.04 (vol. 4) |
| GST-6014 | WILLIAMS.Depo.9.1.04 (vol. 7) |
| GST-6015 | WILLIAMS.Depo.9.2.04 (vol. 8) |
| GST-6020 | GI Holdings 2019 Statement for Williams, dated 1/21/09 |
| GST-6021 | JT Thorpe 2019 Statement for Williams, dated 6/2005 |
| GST-6026 | Thorpe Insulation 2019 Statement for Williams, dated 10/14/08 |
| GST-6029 | 2nd Amended WRG 2019 Statement, dated 5/14/09, for Williams |
| GST-6030 | AC&S Ballot for Tommie Williams and Treggett, dated 3/19/08 |
| GST-6031 | Ballot for Tommie Williams submitted in ASARCO, dated 7/23/09 |
| GST-6032 | Ballot for Tommie Williams submitted in Federal Mogul, dated 10/29/04 |
| GST-6033 | Ballot for Tommie Williams submitted in FB, dated 8/28/06 |
| GST-6034 | 2009 Flintkote Ballot for Tommie Williams |
| GST-6035 | 2009 Flintkote Mines Ballot for Tommie Williams |
| GST-6036 | Ballot for Tommie Williams submitted in G-I Holdings, dated 1/7/09 |
| GST-6037 | Ballot for Tommie Williams submitted in JT Thorpe, dated 5/9/05 |
| GST-6038 | Ballot for Tommie Williams and Treggett submitted in Kaiser, dated 11/9/05 |
| GST-6039 | Ballot for Tommie Williams submitted in OC, dated 8/15/06 |
| GST-6040 | Ballot for Tommie Williams submitted in PCC, dated 11/10/09 |
| GST-6041 | Ballot for Tommie Williams submitted in Quigley, dated 11/12/12 |
| GST-6042 | Ballot for Tommie Williams submitted in US Minerals, dated 10/26/05 |
| GST-6043 | Ballot for Tommie Williams submitted in WR Grace, dated 5/18/09 |
| GST-6044 | Trust Claim for Tommie Williams submitted to ABB Lummus |
| GST-6045 | Trust Claim for Tommie Williams submitted to AC&S |
| GST-6046 | Trust Claim for Tommie Williams submitted to AWI |
| GST-6047 | Trust Claim for Tommie Williams submitted to ASARCO |
| GST-6048 | Trust Claim for Tommie Williams submitted to B&W |
| GST-6049 | Trust Claim for Tommie Williams submitted to Burns and Roe |
| GST-6050 | Trust Claim for Tommie Williams submitted to Celotex |
| GST-6051 | Trust Claim for Tommie Williams submitted to Combustion Engineering |
| GST-6052 | Trust Claim for Tommie Williams submitted to Eagle Picher |
| GST-6053 | Trust Claim for Tommie Williams submitted to Fibreboard |
| GST-6054 | Trust Claim for Tommie Williams submitted to DII (Halliburton) |
| GST-6055 | Trust Claim for Tommie Williams submitted to DII (HW) |
| GST-6056 | Trust Claim for Tommie Williams submitted to H.K. Porter |
| GST-6057 | Trust Claim for Tommie Williams submitted to J.T. Thorpe |
| GST-6058 | Trust Claim for Tommie Williams submitted to Kaiser |
| GST-6059 | Trust Claim for Tommie Williams submitted to Keene |
| GST-6060 | Trust Claim for Tommie Williams submitted to Manville |
| GST-6061 | Trust Claim for Tommie Williams submitted to NGC |
| GST-6062 | Trust Claim for Tommie Williams submitted to OC |
| GST-6063 | Trust Claim for Tommie Williams submitted to Raytech |
| GST-6064 | Trust Claim for Tommie William submitted to Artra |
| GST-6065 | Trust Claim for Tommie Williams submitted to Thorpe |

12

| Trial Exhibit # | Description |
|---|---|
| GST-6066 | Trust Claim for Tommie Williams submitted to USG |
| GST-6067 | Waters & Kraus Letter to NGC re providing missing pages of Williams trust claim, dated December 10, 2008 |
| GST-6084 | Trial Transcript - 2/2/05 |
| GST-6085 | Trial Transcript - 2/2/05 PM |
| GST-6086 | Trial Transcript - 2/7/05 AM |
| GST-6087 | Trial Transcript - 1/21/05 PM |
| GST-6088 | Trial Transcript - 1/21/05 AM |
| GST-6089 | Trial Transcript - 2/7/05 AM |