**Exhibit C**

Order Granting Access to 2019 Exhibits (*Porter Hayden*)

Entered: October 01, 2015
Signed: October 01, 2015

SO ORDERED



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| In re: | § § § |
| **PORTER HAYDEN COMPANY,** | § § **Case No. 02-54152 JFS** |
| Debtor. | § § § |

## CONSENT ORDER GRANTING MOTION OF HONEYWELL INTERNATIONAL INC. FOR ACCESS TO RULE 2019 EXHIBITS

Upon the *Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits*, (the "Motion") [ECF No. 1254],[1] the *Joinder of Ford Motor Company* to the Motion (the "Joinder") [ECF No. 1257], and the *Limited Objection to Motion for Access to Rule 2019 Exhibits* (the "Limited Objection") [ECF No. 1267] filed by certain individuals represented by the Law Offices of Peter G. Angelos, P.C., Brayton Purcell, LLC and Wilentz Goldman & Spitzer, P.A.; and due and appropriate notice of the Motion and Joinder having been given; and the Court having reviewed the Limited Objection and there being no other timely objections filed to the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. Sections 157

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Motion.

#2504015v.1

- 2 -

and 1334; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2) and that the Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. Section 1409; and after due deliberation and consideration and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted as set forth herein. The Limited Objection is overruled and denied except as set forth herein.

    2.    Subject to the limitations in the following paragraphs, Honeywell International Inc. and Ford Motor Company (collectively, the "Movants") are entitled to access, inspect, copy, and receive copies of, during the clerk's normal business hours, any and all of the 2019 Exhibits filed with the Court in compliance with the 2019 Order or Bankruptcy Rule 2019, regardless of how the 2019 Exhibits are maintained.

    3.    Movants are not entitled to access, inspect, copy, or receive any forms of agreement or instruments whereby the filing law firms were empowered to act on behalf of their clients, including any exemplars thereof, that were submitted as part of the 2019 Exhibits (the "2019 Retention Agreements"); the same shall be kept off the docket, and, if any 2019 Retention Agreements are inadvertently provided to the Movants, the Movants shall not review any such 2019 Retention Agreements, shall promptly destroy any such 2019 Retention Agreements, and shall not provide any of them to any person or entity, or use any of them for any purpose whatsoever.

    4.    Movants are entitled to copy or receive only the last four (4) digits of any social security number contained in the 2019 Exhibits. The first five (5) digits of any social security

- 2 -

number contained in the 2019 Exhibits shall be redacted therefrom prior to the same being made available for inspection. To the extent that Movants receive any portion of any social security number other than the last four (4) digits, Movants shall not review such additional digits, shall promptly redact such additional digits, and shall not provide them to any person or entity or use them for any purpose whatsoever.

5. The clerk of the court and counsel to the Debtor are each authorized to make and deliver to Movants and their respective counsel copies of the 2019 Exhibits in the possession of the clerk of the court or counsel to the Debtor, respectively, excluding (i) the first five digits of social security numbers, if any, contained in such exhibits and (ii) any 2019 Retention Agreements. Movants requesting the 2019 Exhibits pursuant to this Order shall reimburse the clerk or the court or counsel to the Debtor, respectively, for all reasonable fees and expenses incurred in making and delivering such copies.

6. Notwithstanding any prior order of this Court to the contrary, Movants shall be free to use, transfer, or publish the 2019 Exhibits without restriction, provided that: (1) the redactions ordered herein have been made, and (2) that such use, transfer, or publication by Movants is otherwise in accordance with applicable law, rules and regulations.

7. This Order does not constitute a determination regarding either the relevance or admissibility of the 2019 Exhibits or the information therein in any judicial or other proceeding, or the standing of any person, including, without limitation, the Movants, the Claimants or the Debtor, to object to the use of the 2019 Exhibits on relevance or admissibility grounds in any such proceeding, and all parties' rights, claims, defenses, and arguments with respect to such issues are preserved.

#2504015v.1

8.  This Order is without prejudice to Movants' right to seek further relief from this Court with respect to the 2019 Exhibits.

9.  This Court shall retain jurisdiction to interpret, apply, and enforce this Order to the fullest extent permitted by law.

**REVIEWED AND CONSENTED TO:**

| | |
|---|---|
| /s/ *Alan M. Grochal*<br>Alan M. Grochal, Bar No.: 01447<br>Tydings & Rosenberg LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, MD 21202<br>(410) 752-9715<br>agrochal@tydingslaw.com<br><br>AND<br><br>MCDERMOTT WILL & EMERY LLP<br>Peter John Sacripanti *(pro hac vice pending)*<br>John J. Calandra *(pro hac vice pending)*<br>Darren Azman *(pro hac vice pending)*<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>*Attorneys for Honeywell International, Inc.* | /s/*Paul M. Matheny*<br>Paul M. Matheny<br>Law Office of Peter G. Angelos, P.C.<br>100 North Charles Street<br>One Charles Center – 22nd Floor<br>Baltimore, Maryland 21201<br>410-649-2000<br>pmatheny@lawpga.com |
| /s/*James S. Yoder*<br>James S. Yoder, Bar No. 27193<br>824 North Market Street, Suite 902<br>Wilmington, Delaware 19801<br>302-467-4524<br>yoderj@whiteandwilliams.com<br><br>*Attorneys to Ford Motor Company* | /s/*Curt Hennecke*<br>Curt Hennecke<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, California 94948<br>415-898-1555<br>chennecke@braytonlaw.com |
| | |

|  |  |
|---|---|
| /s/*K. Elizabeth Sieg*<br>K. Elizabeth Sieg, Admitted Pro Hac Vice<br>McGuire Woods, LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>804-775-1000<br>bsieg@mcguirewoods.com<br><br>*Counsel to Ford Motor Company* | /s/*Deirdre Woulfe Pacheco*<br>Deirdre Woulfe Pacheco<br>Wilentz Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Woodbridge, New Jersey 07095<br>732-636-8000<br>dpacheco@wilentz.com |

**Certification Pursuant to Admin. Order 03-02, Ex. A, Sec. V.B.1**

I HEREBY CERTIFY that the terms of the copy of the foregoing consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

    /s/ Alan M. Grochal
    Alan M. Grochal

| | | |
|---|---|---|
| ALEXANDER H. GILLESPIE, ESQ. OF BONNER KIERNAN TREBACH & CROCIATA<br>COUNSEL FOR FIREMAN'S FUND INSURANCE COMPANY<br>1250 EYE STREET, N.W. SUITE 600<br>WASHINGTON, DC 20005 | BARON & BUDD, P.C.<br>COUNSEL FOR ASBESTOS CLAIMANTS<br>ATTN: ALAN B. RICH<br>3102 OAK LAWN AVENUE, SUITE 1100<br>DALLAS, TX 75219 | BARON & BUDD, P.C.<br>ATTN: ALAN B. RICH<br>3102 OAK LAWN AVENUE, SUITE 1100<br>DALLAS, TX 75219-4281 |
| BRAYTON PURCELL LLP<br>ATTN: ROBYN STEIN<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94948 | CAMPBELL & LEVINE<br>COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE<br>ATTN: DOUGLAS A. CAMPBELL<br>& PHILIP MILCH<br>1700 GRANT BUILDING<br>PITTSBURGH, PA 15219 | CROWELL & MORING LLP<br>COUNSEL FOR CENTURY INDEMNITY COMPANY (AS SUCCESSOR TO CC INSURANCE COMPANY, OF NORTH AMERICA)<br>ATTN: M.D. PLEVIN, J.E. MCCARTHY JR., J.L. MEADOWS<br>1001 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004 |
| CROWELL & MORING LLP<br>COUNSEL FOR WESTCHESTER FIRE INSURANCE COMPANY (AS SUCCESSOR TO INTERNATIONAL INSURANCE COMPANY)<br>ATTN: M.D. PLEVIN, J.E. MCCARTHY JR., J.L. MEADOWS<br>1001 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004 | CYNTHIA L. LEPPERT<br>ONE SOUTH ST<br>27TH FLOOR<br>BALTIMORE, MD 21202 | DICKSTEIN SHAPIRO LLP<br>ATTN: MARK H. KOLMAN<br>1825 EYE STREET, N.W.<br>WASHINGTON, DC 20006 |

- 5 -

#2504015v.1

| | | |
|---|---|---|
| DICKSTEIN, SHAPIRO, MORIN AND OSHINSKY<br>ATTN: KATHERINE J. HENRY<br>2101 L STREET, NW<br>WASHINGTON, DC 20037-1526 | GALLAGHER EVELIUS AND JONES LLP<br>ATTN: JOSEPH M. CLARK<br>218 NORTH CHARLES STREET<br>SUITE 400<br>BALTIMORE, MD 21201 | GROVER F. JOHNSON<br>P.O. BOX 16153<br>BALTIMORE, MD 21218 |
| HOFMEISTER, BREZA & LEAVERS<br>ATTN: CRAIG B. LEAVERS<br>EXECUTIVE PLAZA III<br>11350 MCCORMICK ROAD, SUITE 1300<br>HUNT VALLEY, MD 21031 | JACKSON & CAMPBELL, P.C. COUNSEL FOR NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>ATTN: ELISA A. EISENBERG, ESQ.<br>1120 20TH STREET, N.W., SOUTH TOWER<br>WASHINGTON, DC 20036 | JACKSON & CAMPBELL, P.C. COUNSEL FOR NATIONAL UNION FIRE INSURANCE COMPANY<br>ATTN: TIMOTHY R. DINGILIAN<br>1120 20TH STREET, N.W., SOUTH TOWER<br>WASHINGTON, DC 20036 |
| JONATHAN W. LIPSHIE<br>1 SOUTH STREET<br>27TH FLOOR<br>BALTIMORE, MD 21202 | KAUFMAN & LOGAN LLP<br>COUNSEL FOR FIREMAN'S FUND INSURANCE COMPANY<br>100 SPEAR STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94105 | KENNETH E. JOEL<br>130 MAIN STREET<br>P.O. BOX 53<br>KEYPORT, NJ 07735 |
| LAW OFFICES OF CHARLES F. CHESTER<br>COUNSEL FOR GROVER F. JOHNSON<br>51 MONROE PLACE, SUITE 707<br>ROCKVILLE, MD 20850 | LAW OFFICES OF PETER G. ANGELOS, P.C.<br>ATTN: PAUL M. MATHENY<br>5905 HARFORD ROAD<br>BALTIMORE, MD 21214 | MARTIN T. FLETCHER<br>SEVEN SAINT PAUL ST.<br>#1400<br>BALTIMORE, MD 21202 |
| MERIDIAN LAW, LLC<br>ATTN: ARYEH E. STEIN<br>600 REISTERSTOWN ROAD<br>SUITE 700<br>BALTIMORE, MD 21208 | NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER<br>ATTN: DEBORAH H. DEVAN<br>1 SOUTH STREET<br>27TH FLOOR<br>BALTIMORE, MD 21202-3282 | NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER<br>ATTN: JOSEPH CLARK<br>ONE SOUTH STREET<br>27TH FLOOR<br>BALTIMORE, MD 21202-3282 |
| PFEIFER & FABIAN, P.A.<br>ATTN: JAMES J. FABIAN<br>326 SAINT PAUL PLACE, SUITE 100<br>BALTIMORE, MD 21202 | PHILIP A PAHIGIAN<br>90 WOODBRIDGE CENTER DR.<br>WOODBRIDGE, NJ 07095 | PHILIP A. PAHIGIAN<br>6 STONEHEDGE COURT<br>LITTLE SILVER, NJ 07739 |
| PHILIP E. MILCH<br>Campbell & Levine, LLC<br>1700 GRANT BUILDING<br>310 Grant Street<br>PITTSBURGH, PA 15219 | SAUL EWING LLP<br>ATTN: JASON M. ST. JOHN<br>500 E. PRATT STREET<br>LOCKWOOD PLACE<br>SUITE 900<br>BALTIMORE, MD 21202 | STEVENS & LEE, P.C.<br>COUNSEL FOR FIREMAN'S FUND INSURANCE COMPANY<br>ATTN: LEONARD P. GOLDBERG, ESQ.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 |
| STEVENS & LEE, P.C.<br>COUNSEL FOR FIREMAN'S FUND INSURANCE COMPANY<br>ATTN: JOHN D. DEMMY, ESQ.<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | THE LAW OFFICES OF CLIFFORD W. CUNIFF<br>ATTN: CLIFFORD W. CUNIFF<br>207 E. REDWOOD STREET, SUITE 612<br>BALTIMORE, MD 21202 | THE LAW OFFICES OF CLIFFORD W. CUNIFF<br>ATTN: CLIFFORD W. CUNIFF<br>238 G. WESTWOOD ROAD<br>ANNAPOLIS, MD 21401 |
| U.S. TRUSTEE<br>GARMATZ FEDERAL COURTHOUSE<br>101 WEST LOMBARD STREET, SUITE 2625<br>BALTIMORE, MD 21201 | WHITEFORD TAYLOR & PRESTON L.L.P.<br>ATTN: CAMERON J. MACDONALD<br>SEVEN SAINT PAUL STREET, Suite 1400<br>BALTIMORE, MD 21202 | WHITEFORD, TAYLOR & PRESTON<br>ATTN: STEPHEN B. GERALD<br>7 ST. PAUL STREET, STE. 1400<br>BALTIMORE, MD 21202 |

- 7 -

| | | |
|---|---|---|
| WHITEFORD, TAYLOR & PRESTON<br>ATTN: PAUL NUSSBAUM<br>SEVEN SAINT PAUL STREET, Suite 1400<br>BALTIMORE, MD 21202-1626 | WHITEFORD, TAYLOR & PRESTON L.L.P.<br>ATTN: MARTIN T. FLETCHER<br>SEVEN SAINT PAUL STREET, SUITE 1400<br>BALTIMORE, MD 21202-1626 | WILENTZ, GOLDMAN & SPITZER PA<br>ATTN: DEIRDRE WOULFE PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>P.O. BOX 10<br>WOODBRIDGE, NJ 07095 |
| WILMER CUTLER PICKERING LLP<br>COUNSEL FOR FIRST STATE<br>INSURANCE  COMPANY<br>ATTN: DUANE MORSE, ESQ.<br>1600 TYSONS BOULEVARD, SUITE 1000<br>MCLEAN, VA 22102 | WYSOKER,  GLASSNER,  WEINGARTNER,<br>GONZALEZ & LOCKSPEISER, P.A.<br>ATTN: ROBERT C. KRIEGER<br>340 GEORGE STREET<br>NEW BRUNSWICK, NJ 08901 | |

**END OF ORDER**

- 7 -

#2504015v.1