**Exhibit D**

Example of Unsealed Ballots

## 20014 - MOTLEY RICE - Class 7

### Master Ballot Detail Report

| Disease Level | Disease Name | Disease Value | Total | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|---|
| 8 | MESOTHELIOMA (DISEASE LEVEL VIII) | $215,000.00 | 465 | 385 | 0 | 80 |
| 7 | LUNG CANCER 1 (DISEASE LEVEL VII) | $40,000.00 | 633 | 558 | 0 | 75 |
| 6 | LUNG CANCER 2 (DISEASE LEVEL VI) | | 0 | 0 | 0 | 0 |
| 5 | OTHER CANCER (DISEASE LEVEL V) | $22,000.00 | 150 | 142 | 0 | 8 |
| 4 | SEVERE ASBESTOSIS (DISEASE LEVEL IV) | | 0 | 0 | 0 | 0 |
| 3 | ASBESTOSIS/PLEURAL (DISEASE LEVEL III) | $19,000.00 | 6005 | 5545 | 0 | 460 |
| 2 | ASBESTOSIS/PLEURAL (DISEASE LEVEL II) | | 0 | 0 | 0 | 0 |
| 1 | OTHER ASBESTOSIS (DISEASE LEVEL I) | | 0 | 0 | 0 | 0 |
| | | | 7253 | 6630 | 0 | 623 |

Tuesday, September 12, 2006 02:30 PM                                     00-3837 -  Page 1 of 270

OMNI MANAGEMENT GROUP                 Visit us on the Web at www.omnimgt.com              PHONE: (818) 906-8300
16501 VENTURA BLVD., SUITE 440        E-Mail: claimsmanager@omnimgt.com                   FAX: (818) 783-2737
ENCINO, CA  91436-2068

## 20014 - MOTLEY RICE - Class 7

| Creditor | Ballot Code | Ballot ID | SSN | Disease | Ballot Amount | Tabulated Vote Amount | Date Received | Vote Count | Vote | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT FORNEY W. | 7 M | 7M 20014 | 1163 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ADAMS EDWARD JOHN | 7 M | 7M 20014 | 5996 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ALFORD RUFUS JR. | 7 M | 7M 20014 | 0129 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ALLEN JAMES H. | 7 M | 7M 20014 | 1560 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | Duplicate ballot |
| ALLEN VERNON E. | 7 M | 7M 20014 | 0320 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ALVAREZ DENNY CHARLES | 7 M | 7M 20014 | 4422 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ANDERSON DEVON | 7 M | 7M 20014 | 3228 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ANTLEY RUFUS A. | 7 M | 7M 20014 | 0956 | LUNG CANCER 1 | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ASBURY EUDELL SANFORD | 7 M | 7M 20014 | 5821 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ASKEW LEARVIS | 7 M | 7M 20014 | 5768 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| ATKINSON RAYMOND L. | 7 M | 7M 20014 | 4828 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BAINES MARSHALL LEE | 7 M | 7M 20014 | 6535 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BAKER WALTER W. SR. | 7 M | 7M 20014 | 6181 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BARFIELD CHARLES FRED JR. | 7 M | 7M 20014 | 8620 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BARTEE HUBERT MONROE | 7 M | 7M 20014 | 1088 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BARTEL JOSEPH | 7 M | 7M 20014 | 5497 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BEACH WALTER ALBERT | 7 M | 7M 20014 | 2605 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BECKER CLARENCE J. | 7 M | 7M 20014 | 9122 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BECKER JOSEPH M. | 7 M | 7M 20014 | 1773 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BECKER JOSEPH M. | 7 M | 7M 20014 | 2665 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BELCOURT GILBERT | 7 M | 7M 20014 | 4032 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BENNETT FRANK LESLIE | 7 M | 7M 20014 | 1884 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BENNETT HAROLD | 7 M | 7M 20014 | 1267 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BENNETT MERLE E. | 7 M | 7M 20014 | 5984 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BIBB ENNIS W. SR. | 7 M | 7M 20014 | 2309 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BIRD KELVIN WELLESLEY | 7 M | 7M 20014 | 7794 | MESOTHELIOMA | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |
| BISHOP JACK A. | 7 M | 7M 20014 | 0734 | ASBESTOSIS/PLEURAL | | $0.00 | 8/31/2006 | No | Invalid | No 2019 Match |

OMNI MANAGEMENT GROUP  
16501 VENTURA BLVD., SUITE 440  
ENCINO, CA 91436-2068  

Visit us on the Web at www.omnimgt.com  
E-Mail: claimsmanager@omnimgt.com  

PHONE: (818) 906-8300  
FAX: (818) 783-2737