# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (KG) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | Del. D.Ct. Appeal 16-799 LPS |
| | ) | |
| _____) | | **Re: Docket No. 32781** |

## APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

### STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in denying Anderson Memorial Hospital's Motion for Class Certification.

2. Whether the Bankruptcy Court erred in denying Anderson Memorial Hospital's Motion for Reconsideration of the Order denying class certification.

3. Whether the Bankruptcy Court erred in finding that the only class members who could be considered under the numerosity requirement of F.R.C.P. 23 were those who had filed an authorized individual proof of claim prior to the bar date.

4. Whether the Bankruptcy Court erred in refusing to recognize the class proofs of claim filed by Anderson Memorial Hospital.

5. Whether the Bankruptcy Court erred in finding that the Court had ordered class representatives to seek permission prior to filing a class proof of claim.

6. Whether the Bankruptcy Court erred in determining that the Grace Chapter 11 Plan bars post-bar-date claims from being included in the Anderson Memorial Hospital Class.

# DESIGNATION OF RECORD

## A.  Bankruptcy Court Docket 01-01139-KG

| Date | Docket No. | Description |
| --- | --- | --- |
| 04/02/2001 | 6 | Grace's Informational Brief |
| 06/27/2001 | 586 | Debtors' Motion for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 06/27/2001 | 587 | Debtors' Memorandum in Support of Motion for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 11/10/2001 | 1106 | Debtors' Consolidated Reply in Support of their Motion for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 02/05/2002 | 1650 | Transcript of Hearing held January 29, 2002 |
| 02/12/2002 | 1664 | Debtors' Revised Motion as to all Personal Injury Claims for Entry of Case Management Order for Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 02/12/2002 | 1665 | Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Program |
| 02/15/2002 | 1677 | Notice of Filing Debtors' Brief Regarding Bar Date and Class Notice |
| 03/11/2002 | 1793 | Transcript of Hearing held February 25, 2002 |
| 03/13/2002 | 1797 | Debtors' Letter Response (from David Bernick to Judge Fitzgerald regarding ZAI Class Plaintiff's Motion to Alllow Class Proofs of Claim - DI 1788 filed 3/12/02) |

| Date | Doc | Description |
|---|---|---|
| 03/27/2002 | 1912 | Transcript of Hearing held March 18, 2002 |
| 04/12/2002 | 1926 | Debtors' Notice of Filing Revised Bar Date Notice Plan, Proof of Claim Forms and Related Material |
| 04/12/2002 | 1927 | Debtors' Notice of Filing Exhibit Tabs C & D to Revised Bar Date Notice Plan, Proof of Claim Forms and Related Materials |
| 04/22/2002 | 1960 | Claims Bar Date Notice Order |
| 04/22/2002 | 1963 | Order Establishing a Bar Date for Filing Proof of Claims |
| 05/06/2002 | 2019 | Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 05/13/2002 | 2057 | Transcript of Hearing held on April 22, 2002 |
| 05/16/2002 | 2059 | Debtors' Response in Opposition to Asbestos Property Damage Committee's Motion for Leave to Appeal the Bar Date Order to the District Court |
| 06/21/2002 | 2274 | Asbestos Property Damage Committee's Motion to Amend Bar Date Order |
| 07/09/2002 | 2351 | Affidavit/Declaration of Service re: Claims Bar Date Notice Materials and Grace Non-Asbestos Proof of Class Form |
| 07/16/2002 | 2382-2392 | Declarations of Service re Claims Bar Date Notice Materials with exhibits |
| 08/05/2002 | 2502-2503 | Transcript of Hearing held July 22, 2002 |
| 08/16/2002 | 2555 | Order of the District Court Denying Leave to Appeal Bar Date Order |
| 09/23/2002 | 2745 | Amended Order Setting Bar Date for Asbestos PD Claims |
| 10/02/2002 | 2779 | Transcript of Hearing Held on September 23, 2002 |
| 10/10/2003 | 4564 | Notice of Amended Declaration of Service re: Docket No. 2382 |

| Date | Doc # | Description |
| --- | --- | --- |
| 10/13/2003 | 4575 | W.R. Grace's Motion to Appoint Personal Injury Future Claimants Representative |
| 03/29/2004 | 5374 | Transcript of Hearing held on March 22, 2004 |
| 06/21/2004 | 5860 | Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 06/22/2004 | 5864 | Addendum to Status Report of the Official Committee of Asbestos Property Damage Claimants |
| 05/04/2005 | 8364 | Transcript of Hearing held on April 25, 2005 |
| 07/18/2005 | 9008 | Debtors' Motion for Limited Waiver to Permit Filing Omnibus Objection to 2,938 Unauthorized Claims Filed by Speights & Runyan |
| 09/01/2005 | 9311 | Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims filed by Speights & Runyan |
| 09/01/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Property Damage Claims |
| 09/07/2005 | 9349 | Transcript of Hearing held August 29, 2005 |
| 09/23/2005 | 9501 | Order Granting Certain Relief and Directing Certain Discovery with Respect to Speights & Runyan |
| 10/21/2005 | 9843 | Stipulation between W.R. Grace and Speights & Runyan regarding the withdrawal of asbestos property damage claims lacking proof of W.R. Grace Product Identification |
| 10/21/2005 | 10001 | Speights & Runyan's Response to Debtors' Brief in Support of 13th Omnibus Objection Seeking the Disallowance and Expungement of 1900 Claims filed by Anderson Memorial Hospital |
| 10/21/2005 | 10014 | Anderson Memorial Hospital's Motion for Class Certification |
| 11/10/2005 | 11025 | Transcript of Hearing held on October 31, 2005 before Judge Fitzgerald |

| | | |
|---|---|---|
| 11/10/2005 | 11035 | Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims |
| 11/15/2005 | 11080 | Order Disallowing and Expunging Anderson Memorial-Based Asbestos Property Damage Claims |
| 11/01/2005 | 10961 | Order (Bench Filed) For the Withdrawal and Expungement of 1495 Asbestos Property Damage Claims |
| 12/02/2005 | 11245 | W.R. Grace's Brief in Opposition to Anderson Memorial Hospital's Motion for Class Certification |
| 12/13/2005 | 11335 | Anderson Memorial's 30(b)(6) Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of individualized Notice packages |
| 12/13/2005 | 11336 | Anderson Memorial's 30(b)(6) Notice of Deposition to Request to Produce to W.R. Grace re: Debtors' knowledge regarding property damage claims and class action proceedings brought by Anderson Memorial through Speights & Runyan |
| 12/13/2005 | 11337 | Anderson Memorial's 309b)(6) Notice of Deposition and Request to Produce to W.R. Grace re: Debtors' knowledge of the address, building, location or owners of buildings containing WRG asbestos-containing materials |
| 12/19/2005 | 11365 | W.R. Grace's Motion for Protective Order Against Anderson Memorial Hospital's Request for 30(b)(6) Depositions and Documents |
| 12/22/2005 | 11408 | Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims |
| 12/22/2005 | 11413 | Anderson Memorial Hospital's Motion for Limited Relief from Automatic Stay |
| 12/22/2005 | 11428 | Debtors' Brief in Support of Fifteenth Omnibus Objection to Asbestos Property Damage Claims |
| 01/13/2006 | 11547 | W.R. Grace's Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date-Notice Program |

| Date | Doc # | Description |
| --- | --- | --- |
| 01/20/2006 | 11594 | Speights & Runyan's Sur-Reply in Opposition to Debtors' Thirteenth and Fifteenth Omnibus Objections |
| 01/24/2006 | 11621 | Debtors' Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date |
| 01/25/2006 | 11627 | Anderson Memorial's Reply Memorandum to the Debtors' Brief Regarding the Notice Program and in Support of Class Certification |
| 02/03/2006 | 11707 | Transcript of Hearing held January 26, 2006 |
| 02/03/2006 | 11709 | Anderson Memorial Hospital's Further Memorandum in Opposition to the Debtors' Thirteenth Omnibus Objection: Ratification of Authority by Claimants |
| 02/07/2006 | 11729 | Transcript of Hearing held January 25, 2006 |
| 02/27/2006 | 11909 | Transcript of Hearing held February 21, 2006 |
| 04/05/2006 | 12206 | Affidavit of Katherine Kinsella |
| 06/16/2006 | 12657 | Order Granting Application of Speights & Runyan for Final Approval and Allowance of Compensation and Reimbursement of Expenses Solely Related to Services Rendered in the Sealed Air and Fresnius Adversary Actions |
| 08/29/2006 | 13077 | Transcript of Hearing held on August 21, 2006 |
| 10/03/2006 | 13342 | Transcript of Hearing held on September 25, 2006 |
| 10/24/2006 | 13462 | Order Approving Debtors' Motion for Leave to File a Reply in Support of Its Motion for Protective Order Against Anderson Memorial's Request for 30(b)(6) Depositions and Documents |
| 11/06/2006 | 13572 | Transcript of Hearing held October 23, 2006 |
| 10/11/2006 | 13388 | Order for Limited Relief from Automatic Stay of Anderson Memorial |

| Date | Doc # | Description |
|---|---|---|
| 10/13/2006 | 13406 | Amended Order Setting Various Deadlines Regarding Objections to Asbestos PD Claims |
| 11/06/2006 | 13572 | Transcript of October 23, 2006 Omnibus Hearing |
| 11/14/2006 | N/A | Record obtained from the South Carolina Circuit Court in *Anderson v. W.R. Grace & Co., et al.*, 92-CP-25-279 |
| 12/04/2006 | 13894 | Transcript of November 20, 2006 Omnibus Hearing |
| 12/08/2006 | 13980 | Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian with attachments |
| 01/03/2007 | 14206 | Transcript of Omnibus Hearing held December 19, 2006 |
| 02/01/2007 | 14465 | Transcript of Omnibus Hearing held January 23, 2007 |
| 02/07/2007 | 14504 | Order Granting Anderson Memorial's Motion to Compel Deposition of Debtors' Records Custodian |
| 02/27/20007 | 14693 | W.R. Grace's Objection to Central Wesleyan's Class Claim filed by Berger & Montague and Richardson, Westbrook & Brockman |
| 03/14/2007 | 14860 | Central Wesleyan College's Response to Debtors' Objection to Certain Claims filed by Berger & Montague and Richardson, Westbrook & Brockman |
| 04/09/2007 | 15117 | Transcript of Hearing held on April 2, 2007 |
| 04/11/2007 | 15155 | W. R. Grace's Notice of Service of Discovery Regarding Debtors' Supplemental Responses and Objections to Claimant Anderson Memorial Hospital's Interrogatories |
| 04/13/2007 | 15172 | Anderson Memorial Hospital's Motion to Extend Deadline to File Schedules or Provide Required Information |
| 04/17/2007 | 15209 | Memorandum Opinion Disallowing and Expunging 71 Claims filed by Speights & Runyan |
| 04/17/2007 | 15210 | Order Disallowing and Expunging 71 Claims filed by Speights & Runyan |

| Date | Doc # | Description |
|---|---|---|
| 05/07/2007 | 15528 | Order Resolving Certain Claims Filed by Berger & Montague and Richardson, Patrick, Westbrook & Brickman |
| 05/08/2007 | 15625 | W.R. Grace's Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 05/18/2007 | 15697 | Official Committee of Asbestos Property Damage Claimants' Objection to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 05/18/2007 | 15701 | Canadian Claimants' Response to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 05/23/2007 | 15786 | Transcript of Hearing held May 8, 2007 |
| 06/04/2007 | 15948 | Transcript of Hearing held May 21, 2007 |
| 06/07/2007 | 15988 | Transcript of Hearing held May 30, 2007 |
| 06/27/2007 | 16169 | Order Concerning Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 07/30/2007 | 16422 | Transcript of Certification Hearing held on July 5, 2007 (including Claimant exhibits 116-122; 125-127; 133-134; 137-138; 140-142B; 147, 149; 151) |
| 07/31/2007 | 16449 | Transcript of Hearing held June 25, 2007 |
| 08/10/2007 | 16530 | The Worldwide Class: Anderson Memorial's Final Brief in Support of Class Certification of the Putative Non-South Carolina Class |
| 08/10/2007 | 16532 | The South Carolina Class: Anderson Memorial's Final Brief in Support of Class Certification of the South Carolina Class |
| 08/10/2007 | 16533 | Anderson Memorial Hospital's Memorandum of Law Regarding Class Certification Evidentiary Issues |
| 08/10/2007 | 16540 | Debtors' Post-Hearing Brief in Opposition to Anderson Memorial's Class Certification Motion |

| | | |
|---|---|---|
| 01/03/2008 | 17743 | Transcript of December 17, 2007 Omnibus Hearing |
| 05/29/2008 | 18821 | Judge Fitzgerald's Memorandum Opinion Denying Anderson Memorial's Motion for Class Certification |
| 03/06/2008 | 18233 | Transcript of Hearing held on February 25, 2008 |
| 06/17/2008 | 18934 | Order Establishing October 31, 2008 as the Proof of Claim Bar Date for Zonolite Attic Insulation Claims and Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program |
| 07/29/2008 | 19187 | Transcript of Hearing held on July 22, 2008 before Judge Fitzgerald |
| 09/08/2008 | 19492 | Judge Buckwalter's Order of September 4, 2008 Denying Anderson Memorial Hospital's Motion for Leave to Appeal (Copy from District Court) |
| 09/19/2008 | 19580-21 | Exhibit 21 to Exhibit Book filed by W.R. Grace & Co., et al. - Schedule of Unresolved Asbestos PD Claims |
| 10/28/2008 | 19891 | Transcript of Hearing held on October 20, 2008 |
| 11/10/2008 | 19987 | Anderson Memorial Hospital's Status Report re Class Proofs of Claim #9911 and #9914 with attachments |
| 11/20/2008 | 20111 | Debtors' Status Report Regarding Anderson Memorial Hospital's Class Proofs of Claim #9911 and #9914 |
| 12/19/2008 | 20304-14 pgs. 13-26 | Exhibit 25 - CMO for Asbestos PD Claims in Exhibit Book Supplements attached to Certification of Counsel Regarding Further Amendments to the Disclosure Statement and Plan of Reorganization: |
| 01/16/2009 | 20535 | Order re Revised Order and Notice re ZAI Motion for Preliminary Approval of ZAI Class Settlement and Provisional Class Certification |
| 11/14/2008 | 20032 | Judge Buckwalter's Order of November 13, 2008 Denying Anderson Memorial Hospital's Motion to Reconsider Denial of Motion for Leave to Appeal |

| Date | Doc # | Description |
|---|---|---|
| 02/27/2009 | 20873 | Disclosure Statement for the First Amended Joint Plan of Reorganization |
| 02/27/2009 | 20874-2 | Property Damage Trust Agreement (Exhibit 2 of Exhibit Book to First Amended Joint Plan of Reorganization) |
| 02/27/2009 | 20874-24 | Exhibit 25 (PD CMO) to Exhibit Book to the First Amended Joint Plan of Reorganization |
| 02/28/2009 | 20877 | Property Damage Case Management Order (Exhibit 25 of Exhibit Book to First Amended Joint Plan of Reorganization) |
| 03/16/2009 | 21033 | Notice of Service/Notice of Filing Debtors' Property Damage Expert Report with attached Declaration of Denise Neumann Martin |
| 04/13/2009 | 21257 | Order Regarding Status of Anderson Memorial Hospital's Class Proofs of Claim |
| 04/13/2009 | 21259 | Deposition of Richard C. Finke taken on March 30, 2009 and exhibits |
| 04/27/2009 | 21406 | Order Granting the Relief Sought in Debtors' Objection to Anderson Memorial Hospital's ZAI Class Proof of Claim |
| 07/24/2009 | 22628 | W.R. Grace's Notice of Filing Report of Denise Neumann Martin |
| 08/24/2009 | 22948 | Brief/Deposition Designations filed by Anderson Memorial Hospital including Deposition of Jay W. Hughes, Jr. taken June 11, 2009 |
| 09/04/2009 | 23177 | Notice of First Set of Modifications to Joint Plan of Reorganization with attachments |
| 10/29/2009 | 23619 | Amended Transcript of Hearing Held October 13, 2009 |
| 04/22/2010 | 24657 | First Amdended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative and The Official Committee of Equity Security Holders as Modified Through March 19, 2010 |

| | | |
|---|---|---|
| 12/08/2010 | 25881 | Notice of Fifth Set of Modifications to Joint Plan of Reorganization with attachments |
| 01/31/2011 | 26154 | Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization and Recommended Supplemental Findings of Fact and Conclusions of Law |
| 01/31/2011 | 26155 | Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Joint Plan of Reorganization as Modified Through December 23, 2010 |
| 02/15/2011 | 26289 | Order Clarifying Memorandum Opinion and Order Confirming Joint Plan through December 23, 2010 |
| 02/21/2011 | 26368-1 | Confirmed Joint Plan of Reorganization as of December 23. 2010 (Plan Definitions at pages 11-50) |
| 02/21/2011 | 26368-22 | Unresolved Asbestos PD Claims Schedule (Plan Exhibit 21) |
| 02/21/2011 | 26368-27 | PD Case Management Order (Plan Exhibit 25) |
| 02/21/2011 | 26368-35 | Amendment to the Amended & Restated CDN ZAI Minutes of Settlement (Plan Exhibit 35) |
| 01/28/2014 | 31657-24 | Updated Case Management Order for Class 7A Asbestos PD Claims (Plan Ex. 25) |
| 02/13/2014 | 31732 | Notice of Effective Date of the First Amended Joint Plan of Reorganization |
| 03/05/2014 | 31812 | Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief and attachments |
| 05/29/2014 | 32233 | Reorganized Debtors' Brief in Opposition to Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Class Certification with attachments |
| 06/25/2014 | 32259 | Judge Fitzgerald's Rule 706 Expert Report |

| Date | Doc # | Description |
|---|---|---|
| 10/07/2014 | 32420 | Declaration of Scott L. Baena in Support of Request for Fee Enhancement for Services in Connection with Fraudulent Transfer Litigation against Sealed Air Corporation, et al. |
| 02/04/2015 | 32503 | Anderson Memorial Hospital's Reply in Support of Motion to Alter or Amend Order Denying Motion for Class Certification and attachments |
| 04/17/2015 | 32552 | Transcript of Hearing held on April 15, 2015 before Judge Carey |
| 05/05/2015 | 32560 | Order Regarding Anderson Memorial Hospital's Discovery Request |
| 06/08/2015 | 32571 | Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification |
| 09/08/2015 | 32624 | Anderson Memorial Hospital's Brief in Support of Motion for Class Certification |
| 09/08/2015 | 32625 | Anderson Memorial Hospital's Appendix in Further Support of Motion for Class Certification |
| 11/23/2015 | 32638 | PD Future Claimants' Rep's Brief in Support of Certification |
| 01/13/2016 | 32650 | W.R. Grace's Response in Opposition to Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Class Certification with attachments |
| 03/01/2016 | 32660 | Order Approving Third Amended Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification |
| 04/11/2016 | 32671 | Anderson Memorial Hospital's Reply to Grace's Response in Opposition to AMH's Motion to Alter or Amend Order Denying Class Certification |
| 06/23/2016 | 32707 | Transcript of Hearing held on June 15, 2016 before Judge |

|  |  | Carey |
|---|---|---|
| 08/25/2016 | 32771 | Judge Kevin J. Carey's Opinion Denying Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification |
| 08/25/2016 | 32772 | Judge Kevin J. Carey's Order Denying Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification |

### B.   Del. Bankruptcy No. 01-2471, *In re: United States Mineral Products Co.*

| Date | Docket No. | Description |
|---|---|---|
| 11/30/2005 | 3282 | Confirmation Order and Confirmed Plan of Reorganization |

### C.   Del. Bankruptcy Adv. No. 01-08810 (ZAI Adversary)

| Date | Docket No. | Description |
|---|---|---|
| 11/16/2001 | 1 | Complaint |
| 01/28/2014 | 13 | Stipulation of Dismissal with Prejudice |
| 01/29/2014 | 14 | Stipulation and Order of Dismissal with Prejudice |

### D.   Del. Bankrupcty Case No. 01-2094, *In re: United States Gypsum Co.*

| Date | Docket No. | Description |
|---|---|---|
| 06/16/2006 | 11688 | Confirmation Order and Confirmed Plan of Reorganization |

### E.   Del. Bankruptcy Case No. 01-10578, *In re: Federal Mogul*

| Date | Docket No. | Description |
|---|---|---|
| 11/08/2007 | 13674 | Confirmation Order and Confirmed Plan of Reorganization |

### F.   Del. D.Ct., Case No. 08-118

| Date | Docket No. | Description |
|---|---|---|
| 10/01/2008 | 13 | Debtors' Brief in Opposition to Anderson Memorial's |

|  |  | Motion to Reconsider Denial of Motion for Leave to Appeal the Bankruptcy Court's Order Denying Class Certification or, In The Alternative, to Certify This Matter to the United States Court of Appeals for the Third Circuit, to Remand this Matter to the Bankruptcy Court for Discovery, and/or to Conduct a Status Conference |

### G. 3rd Circuit Court of Appeals, Case No. 08-1044

| Date | Docket No. | Description |
|---|---|---|
| 05/21/2008 | 00311887811 | Brief of Debtors-Appellees W.R. Grace & Co., et al. |

### H. 3rd Circuit Court of Appeals, Case No. 08-4829

| Date | Docket No. | Description |
|---|---|---|
| 01/13/2009 | 00314699912 | Debtors Statement Regarding Jurisdiction and Motion to Dismiss Appeal |
| 01/13/2009 | 00314699932 | Appellant Anderson Memorial Hospital's Statement of Appellate Jurisdictional Authority |
| 01/28/2009 | 00315534273 | Appellant Anderson Memorial Hospital's Brief in Opposition to Debtors' Motion to Dismiss |
| 01/30/2009 | 00315657978 | Debtors' Response to "Appellant's Brief in Opposition to Debtors' Motion to Dismiss" |

### I. 3rd Circuit Court of Appeals, Case No. 12-1402 (Confirmation Appeal)

| Date | Docket No. | Description |
|---|---|---|
| 01/17/2013 | 003111139495 | Brief of Appellee Judge Alexander M. Sanders, Jr., Property Damage Future Claimants' Representative, in Opposition to Opening Brief of Appellant Anderson Memorial Hospital |
| 01/17/2013 | 00311140043 | Appellee W.R. Grace's Brief in Response to Opening Brief of Anderson Memorial Hospital |

**J.     Del. D.Ct., Case No. 09-421**

| Date | Docket No. | Description |
|---|---|---|
| 10/02/2013 | 5, 6 | Appellant Anderson Memorial's Motion to Set Aside Oral Termination Order signed by Judge Ronald L. Buckwalter on 9/23/2013 and Supporting Memorandum |

**K.     Del. D. Ct., Case No. 11-199-RLB**

| Date | Docket No. | Description |
|---|---|---|
| 05/26/2011 | 75 | Brief of Alexander M. Sanders, Jr., the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| 05/25/2011 | 86 | Appellees/Debtors' Main Brief |
| 06/08/2012 | 219 | Response of the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands to Anderson Memorial Hospital's Rule 60, Fed. R. Civ. P. Motion |
| 06/08/2012 | 220 | Appellee/Debtors' Response in Opposition to Anderson Memorial Hospital's Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order |
| 06/29/2012 | 229 | Surreply of the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands to Anderson Memorial Hospital's Rule 60, Fed. R. Civ. P. Motion |

**Certification Regarding Transcripts**

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, the Appellant hereby files this certificate stating that the Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: September 22, 2016                    FERRY JOSEPH, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for Anderson Memorial Hospital

    -and-

David L. Rosendorf, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
(305) 372-1800
Counsel for Anderson Memorial Hospital

    -and-

Daniel A. Speights, Esq.
A. Gibson Solomons, Esq.
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
(803)943-4444
Counsel for Anderson Memorial Hospital