## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Appellant's Statement of Issues on Appeal and Designation of Record on Appeal was made on September 22, 2016 upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

John Donley, P.C.
Lisa G. Esayian, Esq.
Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, Illinois 60654

Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Under penalty of perjury, I declare that the foregoing is true and correct.

    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)