**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 01-01139 (KG) |
| W.R. GRACE & CO., *et al*., | Chapter 11 |
| Debtors. | Jointly Administered |
| | Re: Docket No. 929558 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 13, 2016, I caused to be served the "Reply of Honeywell International Inc. to Reorganized Debtors' Response to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits," dated September 13, 2016 [Docket No. 929558], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
15th day of September, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\Asarco\Affidavits\WR Grace Reply_DI 929558 in 01-01139_AFF_9-13-16.docx

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO THOMAS H. KOVACH 27 CRIMSON KING DRIVE BEAR DE 19701 |
| CAPLIN & DRYSDALE, CHARTERED | ELIHU INSELBUCH 600 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| CAPLIN & DRYSDALE, CHARTERED | ANN C. MCMILLAN KEVIN C. MACLAY TODD E. PHILLIPS ONE THOMAS CIRCLE, NW SUITE 1100 WASHINGTON DC 20005 |
| FRANKGECKER, LLP | JOSEPH FRANK 325 N. LASALLE ST., SUITE 625 CHICAGO IL 60654 |
| HOGAN MCDANIEL | DANIEL K. HOGAN 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| JACOBS & CRUMPLAR, P.A. | THOMAS CRUMPLAR 2 EAST 7TH STREET P.O. BOX 1271 WILMINGTON DE 19899 |
| JONES DAY | GREGORY M. GORDON AMANDA M. SUZUKI 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| LIPSITZ & PONTERIO, LLC | JOHN N. LIPSITZ RYAN D. LEDEBUR 135 DELAWARE AVENUE, 5TH FLOOR BUFFALO NY 14202 |
| MATTHEW J. PETERSEN | SIMMONS HANLY CONROY, LLC ONE COURT STREET ALTON IL 62002 |
| MOTLEY RICE LLC | JOSEPH F. RICE 28 BRIDGESIDE BLVD. P.O. BOX 1792 MOUNT PLEASANT SC 29465 |
| MOTLEY RICE LLC | JOHN A. BADEN, IV 28 BRIDGESIDE BLVD. P.O. BOX 1792 MOUNT PLEASANT SC 29465 |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES JAMES E. O'NEILL 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899-8705 |
| RICHARD L. SCHEPACARTER | OFFICE OF THE UNITED STATES TRUSTEE U. S. DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19801 |
| RICHARDS, LAYTON & FINGER, PA | DANIEL DEFRANCESCHI JASON MADRON ZACHARY I. SHAPIRO ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 |
| SAUL EWING LLP | MARIA APRILE SAWCZUK 222 DELAWARE AVENUE SUITE 1200 WILMINGTON DE 19801 |
| SAUL EWING LLP | MARYJO BELLEW 222 DELAWARE AVENUE SUITE 1200 WILMINGTON DE 19899 |
| SAUL EWING LLP | DONALD J. DETWEILER 222 DELAWARE AVENUE P.O. BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | MARK MINUTI 1201 N. MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | DOMENIC E. PACITTI 222 DELAWARE AVE., STE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC | EDWARD J. KOSMOWSKI 2 MILL ROAD, SUITE 202 WILMINGTON DE 19806 |
| THE LAW OFFICES OF ROGER HIGGINS | ATTN: ROGER J. HIGGINS 111 EAST WACKER DRIVE SUITE 2800 CHICAGO IL 60601 |
| WALKER & RHOADS, LLP | MONTGOMERY, MCCRACKEN, NATALIE D. RAMSEY DAVIS LEE WRIGHT 1105 NORTH MARKET STREET, 15TH FLOOR WILMINGTON DE 19801 |
| WATERS KRAUS & PAUL | PETER A. KRAUS LESLIE MACLEAN 3219 MCKINNEY AVENUE DALLAS TX 75204 |
| WHITE AND WILIAMS LLP | JAMES S. YODER 824 N. MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | JAMES L. PATTON, JR. EDWIN J. HARRON SHARON M. ZIEG RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  25**