**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-799 (LPS) |
| | ) | Bankruptcy Case No. 01-01139 (KG) |
| W. R. GRACE & CO., *et al.*, | ) | Appeal Case No. 16-799 |
| | ) | |
| Debtors. | ) | Re: Bankruptcy Court Docket No. 929564 |
| | ) | District Court Docket No. 4 |

**APPELLEES' COUNTER-STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. Proc. 8009(a)(3), Appellees, by and through their counsel, hereby submit the following counter-statement of issues for the appeal:

1. Whether the appeal is not as-of-right, and should be dismissed or, in the alternative, Appellant should be required to file a motion for leave to appeal in accordance with Fed. R. Bankr. Proc. 8004(a);

2. Whether the appeal meets the standards for allowing an interlocutory appeal;

3. Whether the Bankruptcy Court's August 25, 2016 Opinion correctly found that the mandatory and binding provisions of the confirmed, affirmed and consummated Plan require AMH to adjudicate its individual claim before commencing an appeal of its class claims.

4. Whether AMH's appeal of the Plan's requirement that AMH must adjudicate its individual claim before appealing its class claims improperly challenges provisions of Grace's Plan of Reorganization, which was confirmed and

affirmed in 2011, 2012 and 2013 and substantially consummated in 2014, and therefore is res judicata and must be dismissed;

5. Whether the appeal of Grace's Plan provisions is constitutionally moot.

6. Whether the Bankruptcy Court's August 25, 2016 Opinion correctly found that AMH's motion to alter or amend the denial of class certification did not offer sufficient evidence or reason to alter or amend the Bankruptcy Court's May 2008 denial of class certification.

7. Whether, even though the merits of class certification are not properly before this Court, AMH has not satisfied the requirements of Rule 23.

Appellees also hereby submit the following list of additional items to be included in the record on appeal. This list supplements the Appellant's Designation of Items to be Included in the Record on Appeal [Dkt. 4].

| **Additional Items to be Included in the Record on Appeal** | | | |
|---|---|---|---|
| | **Date** | **Bankruptcy Dkt. No.** | **Description** |
| 1. | 1/14/1993 | 16422, Ex. 1* | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* First Amended Class Action Complaint |
| 2. | 4/04/1994 | 16422, Ex. 2 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Motion to Strike Class Action Allegations As To Non-Residents Whose Causes Of Action Are Foreign To South Carolina |

* Documents enumerated as Bankruptcy Dkt. No. "16422, Ex. XX" are Debtors' Exhibits to the July 5, 2007 *Anderson Memorial* Class Certification Hearing held in the Bankruptcy Court, the transcript of which is Docket No. 16422.

| Additional Items to be Included in the Record on Appeal | | | |
|---|---|---|---|
| 3. | 7/06/1994 | 16422, Ex. 4 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Transcript of Hearing Before Honorable William L. Howard; July 6, 1994; pgs. 69-72 |
| 4. | 8/12/1994 | 16422, Ex. 5 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Memorandum Order granting Certain Defendants' Motion to Strike Class Allegations as to Non-Residents Whose Causes of Actions are Foreign to South Carolina |
| 5. | 5/31/1996 | 16422, Ex. 9 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Order Denying Anderson Memorial's Motion to Reconsider |
| 6. | 9/05/1996 | 16422, Ex. 10 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Anderson Memorial's Second Amended Class Action Complaint |
| 7. | 3/05/1998 | 16422, Ex. 13 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Affidavit of Robert Beber in Support of Defendants' Opposition to Anderson Memorial's Motion to Certify a Class, with Exhibits |
| 8. | 3/05/1998 | 16422, Ex. 14 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Memorandum in Opposition to Class Certification |
| 9. | 5/26/1998 | 16422, Ex. 16 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendant's Response to Plaintiff's Reply Brief, with Exhibits |
| 10. | 10/19/2000 | 16422, Ex. 17 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Affidavit of Richard Finke, with Exhibit |
| 11. | 10/23/2000 | 16422, Ex. 18 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Certain Defendants' Post-Hearing Brief in Opposition to Class Certification, Anderson Memorial, with Exhibits |
| 12. | 2/09/2001 | 16422, Ex. 20 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Conditional Order Certifying a Statewide Class |

| **Additional Items to be Included in the Record on Appeal** | | | |
|---|---|---|---|
| 13. | 2/14/2001 | 16422, Ex. 21 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Memorandum of Defendant W. R. Grace in Response to February 9 Show Cause Order of this Court, Anderson Memorial |
| 14. | 3/9/2001 | Attached hereto as **Exhibit A** | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* March 9, 2001 hearing transcript |
| 15. | 4/02/2001 | 1 | Voluntary Petition Under Chapter 11 |
| 16. | 5/07/2001 | 16422, Ex. 25 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Letter from Judge Hayes to Dan Speights |
| 17. | 6/27/2001 | 595 | Exhibits to (1) Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program, and (2) Memorandum in Support Thereof |
| 18. | 7/05/2001 | 16422, Ex. 26 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Final Certification Order |
| 19. | 6/21/2002 | 2269 | Motion of the Official Committee of Asbestos Property Damage Claimants (A) For Modification of the Court's Order Establishing Case Management Procedures and Hearing Schedule (B) Clarification of Order as to All Non-Asbestos Claims, Asbestos Property Damage Claims, and Medical Monitoring Claims: (I) Establishing Bar Date, (II) Approving Proof of Claim Forms and (III) Approving Notice Program and, (C) To Extend or Abate Deadlines for Submission of Information or Certification by "Counsel of Record" Until Clarification Thereof |
| 20. | 7/17/2002 | 2394 | Amended Notice of Agenda of Matters Scheduled for Hearing on July 22, 2002 |
| 21. | 7/22/2002 | 2469 | Sign-In Sheet for Hearing Held on July 22, 2002 |
| 22. | 1/06/2005 | 7462 | Transcript of Hearing Before Honorable Judith K. Fitzgerald, September 27, 2004 |
| 23. | 6/17/2005 | 8640 | Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan (Non-Substantive) |

| Additional Items to be Included in the Record on Appeal | | | |
|---|---|---|---|
| 24. | 6/29/2005 - 9/26/2005 | 8710-8715, 8717-8727, 8729-8732, 8734, 8736, 8748-8767, 8769-8779, 8784-8785, 8787-8814, 8819-8826, 8828, 8830-8843, 8849-8871, 8873-8895, 8911-8936, 8943, 8991, 9517 | Notices of Withdrawal of Various Proofs of Claims Filed by Speights & Runyan and Orders Approving same |
| 25. | 9/30/2005 | 9546 | Debtors' Brief in Support of the Disallowance and Expungement of 1,900 Improper Claims Filed by the Law Firm of Speights & Runyan |
| 26. | 11/01/2005 | 10961 | Order for the Withdrawal and Expungement of 1495 Asbestos PD Claims |
| 27. | 12/13/2005 | 11333 | AMH Notice of Rule 30(b)(6) Deposition of W. R. Grace |
| 28. | 12/13/2005 | 11334 | AMH Notice of Rule 30(b)(6) Deposition of W. R. Grace |
| 29. | 12/19/2005 | 11365 | Debtors' Motion for a Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents |
| 30. | 1/03/2006 | 11473 | Transcript of Hearing Before Honorable Judith K. Fitzgerald, December 19, 2005 |
| 31. | 1/10/2006 | 11520 | Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay |
| 32. | 1/13/2006 | 11547 | Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Note Program |
| 33. | 2/03/2006 | 11712 | Debtors' Brief in Support of the Disallowance of 71 Claims |
| 34. | 08/03/2006 | 12919 | Transcript of Omnibus Hearing Before Honorable Judith K. Fitzgerald, July 24, 2006 |
| 35. | 8/31/2006 | 13120 | Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claim, with Exhibits |

| Additional Items to be Included in the Record on Appeal | | | |
|---|---|---|---|
| 36. | 9/15/2006 | 13236 | Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief from Automatic Stay |
| 37. | 10/13/2006 | 13406 | Order [Amended] Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, with Exhibits |
| 38. | 10/13/2006 | 13412 | Debtors' Motion for Leave to File a Reply in support of its Motion for Protective Order Against Anderson Memorial's Request for 30(B)(6) Depositions and Documents |
| 39. | 11/06/2006 | 13588 | Debtors' Motion for Protective Order Against Anderson Memorial's October 30, 2006 Requests for 30(b)(6) Depositions and Documents |
| 40. | 11/10/2006 | 13630 | Debtor's Supplemental Brief re Federal Rule of Evidence 408 in Support of their Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents, with Exhibits |
| 41. | 12/13/2006 | Attached hereto as **Exhibit B** | W. R. Grace & Co.'s Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| 42. | 12/14/2006 | 14014 | Memorandum Opinion on Motions for Summary Judgment by Debtors and ZAI Claimants' Motion for Partial Summary Judgment (also cited as *In re W. R. Grace & Co.*, 355 B.R. 462 (Bankr. D. Del. 2006)) |
| 43. | 1/03/2007 | 14205 | Transcript of Hearing Before Honorable Judith K. Fitzgerald, December 18, 2006 |
| 44. | 1/05/2007 | 14236 | Debtors' Response to Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian |
| 45. | 1/17/2007 | Attached hereto as **Exhibit C** | Grace's Response to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production, with Enclosures |
| 46. | 03/30/2007 | 15053 | Notice of Deposition of Frank J. Perch, III |
| 47. | 04/02/2007 | 15062 | Anderson Memorial Hospital's Amended Motion to Compel |
| 48. | 04/17/2007 | 15209 | Memorandum Opinion Disallowing and Expunging 71 Claims filed by Speights & Runyan (also cited as *In re W. R. Grace & Co.*, 366 B.R. 302 (Bankr. D. Del. 2007)) |

| Additional Items to be Included in the Record on Appeal | | | |
|---|---|---|---|
| 49. | 05/04/2007 | 15518 | Debtors' Response to Anderson Memorial Hospital's Motion to Compel Privilege Log |
| 50. | 5/28/2007 | 15826 | W. R. Grace's Response to Anderson Memorial Hospital's Motion to Strike the Debtors' December 13, 2006 Responses and Objections to AMH's Motion to Compel the Debtors to Provide Full and Complete Responses to AMH's October 30, 2006 Amended Requests for Production |
| 51. | 6/15/2007 | Attached hereto as **Exhibit D** | W. R. Grace's Supplemental Response to AMH's October 30, 2006 Amended Requests for Production |
| 52. | 6/20/2007 - 4/27/2010 | 16103-16104, 16369, 16689, 17184-17186, 17193-17211, 17433-17440, 17642, 19754-19755, 19672, 19752, 20080, 22240, 23561, 23582-23591, 23597, 24017, 24577-24578, 24580-24582, 24670-24675 | Orders Authorizing Settlements of Asbestos Property Damage Claims |
| 53. | 7/13/2007 | 16273 | Transcript of Hearing Before Honorable Judith K. Fitzgerald United States Bankruptcy Court Judge, June 29, 2007 |
| 54. | 5/29/2008 | 18821 | Memorandum Opinion on Anderson Memorial Hospital's Motion for Class Certification (also cited as *In re W. R. Grace & Co.,* 389 B.R. 373 (Bankr. D. Del. 2008)) |
| 55. | 10/01/2008 - 4/27/2010 | 19672,19752, 19754-19755, 20080-20081, 23561, 23582-23591, 23593, 23595, 23597, 24577-24578, 24580-24582, 24670-24675 | Orders Authorizing the Settlement of Asbestos Property Damage Claims |



KE 43404642

| Additional Items to be Included in the Record on Appeal | | | |
|---|---|---|---|
| 56. | 10/10/2008 | 19727 | Memorandum Opinion Granting Debtors' Motion for Summary Judgment (also cited as *In re W. R. Grace & Co.*, 397 B.R. 701 (Bankr. D. Del. 2008)) |
| 57. | 10/20/2008 | 19818 | Order Granting Debtors' Application, Pursuant to 11 U.S.C. §§ 105, 524(g)(4)(B)(i) and 1109, for Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants |
| 58. | 4/02/2009 | 21174 | Order Approving the Motion of ZAI Class for Final Approval of a Class Settlement |
| 59. | 9/14/2009 | 23236 | Proffer of Testimony from the Honorable Alexander M. Sanders, Jr., Asbestos PD Future Claimants' Representative, in Support of Confirmation of First Amended Joint Plan of Reorganization |
| 60. | 11/01/2009 | 23634 | Post-Trial Brief of the Property Damage Future Claimants' Representative |
| 61. | 12/08/2009 | 23972 | Anderson Memorial Hospital's Post-Trial Brief on its Objections to Confirmation of Debtors' First Amended Joint Plan |
| 62. | 1/31/2011 | 26154 | Memorandum Opinion Regarding Objections to Confirmation of First Amended Joint Plan of Reorganization (also cited as *In re W. R. Grace & Co.*, 446 B.R. 96 (Bankr. D. Del. 2011)) |
| 63. | 2/21/2011 | 26368 | Notice of Submission of Conformed Joint Plan of Reorganization as of December 23, 2010 and all attachments (26368-1 - 26368-37) |
| 64. | 2/03/2014 | 31700 | Notice of Satisfaction or Waiver of Conditions to Occurrence of Effective Date of Plan |
| 65. | 4/30/2014 | 32079 | Notice of Filing of Report by WRG Asbestos PI Trust and attachments |

| **Additional Items to be Included in the Record on Appeal** | | | |
|---|---|---|---|
| **Del. D. Ct., Case No. 07-287** | | | |
| 66. | 12/06/2007 | 19 | Memorandum Affirming Bankruptcy Court's Order Disallowing and Expunging Forty-Four Asbestos Property Damage Claims filed by Speights & Runyan (also cited as *Mission Towers v. W. R. Grace,* 2007 WL 4333817 (D. Del. Dec. 6, 2007)) |
| **Del. D. Ct., Case No. 08-118** | | | |
| 67. | 9/04/2008 | 11 | Memorandum Denying Anderson Memorial Hospital's Motion for Leave to Appeal the Bankruptcy Court's Order Denying Class Certification (also cited as *In re W. R. Grace & Co.,* 2008 WL 4234339 ( D. Del. 2008)) |
| 68. | 11/13/2008 | 15 | Memorandum Denying Anderson Memorial Hospital's Motion To Reconsider Denial of Motion for Leave to Appeal the Bankruptcy Court's Order Denying Class Certification (also cited as *In re W. R. Grace & Co.,* 398 B.R. 368 (D. Del. 2008)) |
| **Del. D. Ct., Case No. 08-863** | | | |
| 69. | 9/29/2009 | 30 | Memorandum Reversing Bankruptcy Court's October 10, 2008 Order Affirmation of Dismissal of Sixteen Claims (also cited as *In re W. R. Grace & Co.,* 418 B.R. 511 (D. Del. 2009)) |
| **Del. D. Ct., Case No. 11-199** | | | |
| 70. | 4/25/2011 | 22 | Initial Appellate Brief of Anderson Memorial Hospital |
| 71. | 7/14/2011 | 160 | Transcript of hearing on June 28, 2011 before Judge Buckwalter |
| 72. | 6/11/2012 | 217 | Amended Memorandum Opinion Confirming the Joint Plan of Reorganization (also cited as *In re W. R. Grace & Co.,* 475 B.R. 34 (D. Del. 2012)) |
| 73. | 7/23/2012 | 245 | Memorandum Denying Anderson Memorial Hospital's Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order (also cited as *In re W. R. Grace & Co.,* 476 B.R. 114 (D. Del. 2012)) |
| **3d Circuit Court of Appeals, Case No. 08-1044** | | | |
| 74. | 3/11/2009 | 0031733968 2 | Opinion Affirming District Court's Decision and Bankruptcy Court's Decision Disallowing Claims as Untimely (also cited as *In re W. R. Grace & Co.,* 2009 WL 648651 (3d Cir. 2009)) |

| | | | |
|---|---|---|---|
| **3d Circuit Court of Appeals, Case No. 08-4829** | | | |
| 75. | 12/14/2009 | 0031994429 3 | Order Granting W. R. Grace's Motion to Dismiss AMH's Appeal of the Denial of Class Certification |
| **3d Circuit Court of Appeals, Case No. 12-1521 and 12-2904** | | | |
| 76. | 09/04/2013 | 0031113773 75 | Opinion Affirming District Court's Decision Overruling the Objections of Montana and the Crown to Grace's Joint Plan of Reorganization (also cited as *In re W. R. Grace & Co.*, 729 F.3d 311 (3d Cir. 2013)) |
| **3d Circuit Court of Appeals, Case No. 12-2923 and 12-3143** | | | |
| 77. | 12/10/2012 | 0031111027 80 | Initial Appellate Brief of Anderson Memorial Hospital |
| 78. | 6/06/2013 | 0031112845 90 | Amended Initial Brief of Anderson Memorial Hospital |
| 79. | 09/04/2013 | 0031113773 01 | Opinion Affirming District Court's Confirmation of the Joint Plan of Reorganization (also cited as *In re W. R. Grace & Co.*, 729 F.3d 332 (3d Cir. 2013)) |

Dated: October 6, 2016

Respectfully submitted,

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
PACHULSKI , STANG, ZIEHL & JONES P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
(302) 652-4400 fax

John Donley
Lisa G. Esayian
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
(312) 861-2000
(312) 861-2200 fax

*Counsel for Debtors-Appellees*