# EXHIBIT C

1879

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Michael T. Dierkes
To Call Writer Directly:
312 861-2353
mdierkes@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

January 17, 2007

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

Re: *In re W.R. Grace & Co., et al., Case No. 01-01139*

Dear Dan:

Grace is producing the enclosed documents (Bates G133283-133302) in response to requests 5 and 6 of Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production. In its December 13, 2006 Responses and Objections, Grace agreed, subject to certain objections, to search for and produce, to the extent they exist, pre-bankruptcy non-privileged factual materials specifically relating to Anderson Memorial Hospital and responsive to these requests. As stated in its Responses and Objections, Grace does not concede the relevance of such documents to class certification. Grace is continuing to search for other documents that could be responsive to these requests. Please do not hesitate to contact me if you have any questions.

Sincerely,

*Michael T. Dierkes*

Michael T. Dierkes

Enclosures

London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.

EXHIBIT
54
7-5-07

INVOICE
## ZONOLITE
139592
CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE CAMBRIDGE MASS 02140

PLEASE REMIT
WITH COPY OF INVOICE
P.O. BOX 04140

PICK UP          30306    KEARLEY          10:57

SOLD TO:
FRANK ULMER LUMBER CO.
P. O. BOX 8476 STA. A
GREENVILLE, S. C. 29604

SMITH PLASTERING CO.
GREENVILLE, S. C.

FOR:  ANDERSON HOSPITAL JOB

50    50    BAGS ZONOLITE MK (41-06-01-1-10)          2.40     4 120.00

STK 23-09103                                    X    2.40          10-06-72

30006833

G133283

**GRACE** (☆) CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

P.O. BOX 96160
CHICAGO, ILLINOIS 60690

| 28-72 | 16-057 | 2-039-045 | 616 611 114 | 10-286 |

CK UP                    30306   KEARNEY                              10-57

| | SHIP TO | |
|---|---|---|
| FRANK ULMER LUMBER CO.<br>P. O. BOX 8476 STA. A<br>GREENVILLE, S. C. 29604 | | SMITH PLASTERING CO.<br>GREENVILLE, S. C.<br><br>FOR:   ANDERSON HOSPITAL ... |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | |
|---|---|---|---|---|
| 50 | 50 | BAGS ZONOLITE MK (X1-06-01-1-19) | 2.40 | $ 120.00 |

ST# 23-00403

X  $ 2.40 CASH DISCOUNT ALLOWED IF PAID BY 10-26-7

NO CASH DISCOUNT - NET 30 DAYS

Use of the above goods shall be an acceptance of the conditions of this on the reverse side hereof as the only conditions of sale ...

G133284

R. Grace & Co.
nemore Avenue, Cambridge, Mass. 02140
8/82

**GRACE**

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96160
CHICAGO, ILLINOIS 60693
D-U-N-S 04-827-2637

METRIC CONST. CO.
P.O. BOX 2357
ANDERSON, SC 29622

G133285

truction Products Division
Grace & Co.
more Avenue; Cambridge, Moss 02140

**GRACE**

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96160
CHICAGO, ILLINOIS 60693

D-U-N-S 04-827-2637

| /82 | | | | | |
|------|--------|-----------|-----------|---------|------|
| /82 | 16-627 | 2-039-045 | 516 411 414 | 16-3683 | 2582 |

UP                    19261    KEARNEY

LD TO:                                    FOR: ANDERSON MEMORIAL HOSPITAL
                                                 ANDERSON, SC

RETAIL CONST. CO.
P.O. BOX 156
ANDERSON, SC 29822

| 08 | 100 | BAGS MONO-KOTE 51-00-0407-15 | | 6.50 | 3 899.40 |
|----|-----|------------------------------|--|------|----------|
| | | | 53.5 % | | 275.00 |
| | | | | | 3 653.50 |

21 16TH STR.    PIET 38TH GROUP)    12-KF              9/10/82

TO AVOID DELAY, REFER... TTERS RE... ... ING THIS SHIPMENT, OTHER THAN PAYM... SMIT TH... ...ES BRANCH SERVING YOU...
SALESMAN

G133286



G133287

Grace & Co.

more Avenue, Cambridge, Mass. 02140

GRACE

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96160
CHICAGO, ILLINOIS 60693
D-U-N-S 04-827-2637

G133288



G133289

G133290

struction Products Division

?. Grace & Co.

ttemore Avenue, Cambridge, Mass. 02140

GRACE

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 94160
CHICAGO, ILLINOIS 60693

G133291

W.R. Grace & Co.
Whittemore Avenue, Cambridge, Mass. 02140

GRACE

WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 56160
CHICAGO, ILLINOIS 60693
D-U-N-S: 04-827-2639

G133292



G133293

. Grace & Co.
ttemore Avenue, Cambridge, Mass. 02140

GRACE

PLEASE REMIT
WITH COPY OF INVOICE TO
W.R. GRACE & CO.
P.O. BOX 96160
CHICAGO ILLINOIS 60693

G133294

re Avenue, Cambridge, Mass. 02140

GRACE

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96169
CHICAGO, ILLINOIS
DUNS 04-827-2637

G133295

Istruction Products Division
R. Grace & Co.
ttemore Avenue, Cambridge, Mass 02140

GRACE

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96100
CHICAGO, ILLINOIS 60693
D-U-N-S  04-827-2637

G133296



G133297

.truction Products Division
Groce & Co.

GRACE

G133298

Grace & Co.

GRACE

WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 96160
CHICAGO, ILLINOIS 60693

more Avenue, Cambridge, Mass. 02140

D-U-N-S: 04-827-2637

PETRIC CONSTRUCTION CO.

ANDERSON, SC 29622

G133299

R. Grace & Co.

ittemore Avenue, Cambridge, Mass. 02140

**GRACE**

PLEASE REMIT
WITH COPY OF INVOICE TO:
W.R. GRACE & CO.
P.O. BOX 95160
CHICAGO, ILLINOIS 60693
D-U-N-S. 04-827-2637

G138300



G133301



G133302