# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>, | ) | Bankruptcy Case No. 01-01139 (KG) |
| | ) | BAP No. 16-44 |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |
| Anderson Memorial Hospital, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 16-799 (UNA) |
| | ) | |
| v. | ) | |
| | ) | |
| W. R. Grace & Co., | ) | |
| | ) | |
| Appellee, | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on October 6, 2016, I electronically filed the foregoing *Appellees' Counter-Statement of Issues and Counter-Designation of Items to be Included in the Record on Appeal* with the Clerk of Court using the CM/ECF, which will send notification of such filing to the following:

(Counsel for Anderson Memorial Hospital)
Theodore J. Tacconelli, Esquire
Ferry Joseph, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899

I hereby certify that on October 6, 2016, I have mailed, by United States Postal Service, the above-referenced document to the following non-registered participants:

(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Speights & Runyan
200 Jackson Avenue East
Hampton, SC  29924

(Counsel for Anderson Memorial Hospital)
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Miami, FL  33134

Dated:  October 6, 2016

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for Appellee/Reorganized Debtors*

2

DOCS_DE:210052.1 91100/001

WR Grace – AMH Designation First Class
Mail Service List
Case No. 01-1139
Document No. 210055
02 – First Class Mail

**First Class Mail**
(Counsel for Anderson Memorial Hospital)
Daniel A. Speights, Esquire
A. Gibson Solomons, Esquire
Spieghts & Runyan
200 Jackson Avenue East
Hampton, SC  29924

**First Class Mail**
(Counsel for Anderson Memorial Hospital)
John W. Kozyak, Esquire
David L. Rosendorf, Esquire
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Miami, FL  33134