**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 01-01139 (KG)

Debtor: W.R. GRACE & CO.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Megan Preusker to represent Honeywell International Inc. in this action.

/s/ Justin K. Edelson

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801
Phone: 302-252-0920
Email: jedelson@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Megan Preusker

Firm Name: McDermott Will & Emery LLP
Address: 227 West Monroe Street, Chicago, Illinois 60606
Phone: 312-984-3668
Email: mpreusker@mwe.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 11th, 2016
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

Local Form 105