# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ACANDS, INC.,<br>        Debtor. | Case No. 02-12687 (KG) |
| In re:<br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br>        Debtors. | Case No. 00-04471 (KG) |
| In re:<br>COMBUSTION ENGINEERING, INC.,<br>        Debtor. | Case No. 03-10495 (KG) |
| In re:<br>THE FLINTKOTE COMPANY, *et al.*,<br>        Debtors. | Case No. 04-11300 (KG) |
| In re:<br>KAISER ALUMINUM CORPORATION, *et al.*,<br>        Debtors. | Case No. 02-10429 (KG) |
| In re:<br>OWENS CORNING, *et al.*,<br>        Debtors. | Case No. 00-03837 (KG) |
| In re:<br>UNITED STATES MINERAL PRODUCTS COMPANY,<br>        Debtor. | Case No. 01-02471 (KG) |
| In re:<br>USG CORPORATION, *et al.*,<br>        Debtors. | Case No. 01-02094 (KG) |
| In re:<br>W.R. GRACE & CO., *et al.*,<br>        Debtors. | Case No. 01-01139 (KG) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2016 AT 10:30 A.M. (ET)

1. Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 6/30/2016][1]

   Objection Deadline:   July 26, 2016 at 4:00 p.m.

---

[1] The Motion was filed in: Case No. 02-12687 at Docket No. 3751; Case No. 00-04471 at Docket No. 10813; Case No. 03-10495 at Docket No. 3502; Case No. 04-11300 at Docket No. 9338; Case No. 02-10429 at Docket No. 10351; Case No. 00-03837 at Docket No. 21106; Case No. 01-02471 at Docket No. 4094; Case No. 01-02094 at Docket No. 12711; and Case No. 01-01139 at Docket No. 32718.

54923156.3

Related Document(s):

    a)    Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 6/30/2016][2]

    b)    Notice of Motion [Filed: 7/12/2016][3]

    c)    Notice of Hearing [Filed: 8/31/2016][4]

Response(s) Received:

    a)    Reorganized Debtors' Response to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 7/26/2016][5]

    b)    Response of Reorganized Debtors to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 7/26/2016][6]

    c)    Objection of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][7]

    d)    Response in Opposition to Honeywell International Inc. and Ford Motor Company's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][8]

---

[2] This Joinder was filed in: Case No. 02-12687 at Docket No. 3756; Case No. 00-04471 at Docket No. 10818; Case No. 03-10495 at Docket No. 3507; Case No. 04-11300 at Docket No. 9339; Case No. 02-10429 at Docket No. 10356; Case No. 00-03837 at Docket No. 21112; Case No. 01-02471 at Docket No. 4099; Case No. 01-02094 at Docket No. 12716; and Case No. 01-01139 at Docket No. 32724.

[3] This Notice was filed in: Case No. 02-12687 at Docket No. 3760; Case No. 00-04471 at Docket No. 10822; Case No. 03-10495 at Docket No. 3511; Case No. 04-11300 at Docket No. 9343; Case No. 02-10429 at Docket No. 10360; Case No. 00-03837 at Docket No. 21116; Case No. 01-02471 at Docket No. 4103; Case No. 01-02094 at Docket No. 12720; and Case No. 01-01139 at Docket No. 32728.

[4] This Notice was filed in: Case No. 02-12687 at Docket No. 3794; Case No. 00-04471 at Docket No. 10859; Case No. 03-10495 at Docket No. 3547; Case No. 04-11300 at Docket No. 9379; Case No. 02-10429 at Docket No. 10396; Case No. 00-03837 at Docket No. 21152; Case No. 01-02471 at Docket No. 4137; Case No. 01-02094 at Docket No. 12757; and Case No. 01-01139 at Docket No. 32778.

[5] This Response was filed in: Case No. 01-01139 at Docket No. 32736.

[6] This Response was filed in: Case No. 00-03837 at Docket No. 21118.

[7] This Objection was filed in: Case No. 02-12687 at Docket No. 3762; Case No. 00-04471 at Docket No. 10824; Case No. 03-10495 at Docket No. 3513; Case No. 04-11300 at Docket No. 9346; Case No. 02-10429 at Docket No. 10362; Case No. 00-03837 at Docket No. 21119; Case No. 01-02471 at Docket No. 4105; Case No. 01-02094 at Docket No. 12722; and Case No. 01-01139 at Docket No. 32737.

[8] This Response was filed in: Case No. 00-04471 at Docket No. 10825; Case No. 04-11300 at Docket No. 9347; Case No. 02-10429 at Docket No. 10363; Case No. 00-03837 at Docket No. 21120; Case No. 01-02471 at Docket No. 4106; Case No. 01-02094 at Docket No. 12723; and Case No. 01-01139 at Docket No. 32738.

54923156.3

e) Joinder of Certain Trust Advisory Committees to the Objection of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 219 Exhibits [Filed: 7/26/2016][9]

f) Joinder of Motley Rice, LLC, to Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rue 2019 Exhibits [Filed: 7/26/2016][10]

g) Joinder of the Flintkote Future Claimants' Representative in the Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][11]

h) Joinder of Simmons Hanly Conroy LLC in the Objection of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee To Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][12]

i) Joinder of the Narco Future Claimants' Representative in the Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][13]

---

[9] This Joinder was filed in: Case No. 02-12687 at Docket No. 3763; Case No. 00-04471 at Docket No. 10826; Case No. 03-10495 at Docket No. 3514; Case No. 04-11300 at Docket No. 9348; Case No. 02-10429 at Docket No. 10364; Case No. 00-03837 at Docket No. 21121; Case No. 01-02471 at Docket No. 4107; Case No. 01-02094 at Docket No. 12724; and Case No. 01-01139 at Docket No. 32739.

[10] This Joinder was filed in: Case No. 02-12687 at Docket No. 3764; Case No. 00-04471 at Docket No. 10827; Case No. 03-10495 at Docket No. 3515; Case No. 04-11300 at Docket No. 9349; Case No. 02-10429 at Docket No. 10365; Case No. 00-03837 at Docket No. 21122; Case No. 01-02471 at Docket No. 4108; Case No. 01-02094 at Docket No. 12725; and Case No. 01-01139 at Docket No. 32740.

[11] This Joinder was filed in: Case No. 02-12687 at Docket No. 3765; Case No. 00-04471 at Docket No. 10828; Case No. 03-10495 at Docket No. 3516; Case No. 04-11300 at Docket No. 9350; Case No. 02-10429 at Docket No. 10366; Case No. 00-03837 at Docket No. 21123; Case No. 01-02471 at Docket No. 4109; Case No. 01-02094 at Docket No. 12726; and Case No. 01-01139 at Docket No. 32741.

[12] This Joinder was filed in: Case No. 02-12687 at Docket No. 3766; Case No. 00-04471 at Docket No. 10829; Case No. 03-10495 at Docket No. 3517; Case No. 04-11300 at Docket No. 9351; Case No. 04-11300 at Docket No. 9351; Case No. 02-10429 at Docket No. 10367; Case No. 00-03837 at Docket No. 21124; Case No. 01-02094 at Docket No. 12727; and Case No. 01-01139 at Docket No. 32742.

[13] This Joinder was filed in: Case No. 02-12687 at Docket No. 3767; Case No. 00-04471 at Docket No. 10830; Case No. 03-10495 at Docket No. 3518; Case No. 04-11300 at Docket No. 9352; Case No. 02-10429 at Docket No. 10368; Case No. 00-03837 at Docket No. 21125; Case No. 01-02471 at Docket No. 4110; Case No. 01-02094 at Docket No. 12728; and Case No. 01-01139 at Docket No. 32743.

j) Joinder of Waters Kraus & Paul to the Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][14]

k) Joinder of Lipsitz & Ponterio, LLC to the Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/26/2016][15]

l) Joinder of Ashcraft & Gerel, LLP to Objection of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/27/2016][16]

m) Joinder of the Trust Advisory Committee of the Combustion Engineering 524(g) Asbestos PI Trust in the Objection of the North American Refractories Company Asbestos PI Settlement Trust Advisory Committee to Honeywell's Motion for Access to Rule 2019 Exhibits [Filed: 7/29/2016][17]

n) Limited Response of Armstrong World Industries, Inc. to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 8/1/2016][18]

o) Reply of Honeywell International Inc. to Reorganized Debtors' Response to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 9/13/2016][19]

p) Reply of Honeywell International Inc. to Response of Reorganized Debtors to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 9/13/2016][20]

---

[14] This Joinder was filed in: Case No. 02-12687 at Docket No. 3768; Case No. 00-04471 at Docket No. 10831; Case No. 03-10495 at Docket No. 3519; Case No. 04-11300 at Docket No. 9353; Case No. 02-10429 at Docket No. 10369; Case No. 00-03837 at Docket No. 21126; Case No. 01-02471 at Docket No. 4111; Case No. 01-02094 at Docket No. 12729; and Case No. 01-01139 at Docket No. 32744.

[15] This Joinder was filed in: Case No. 02-12687 at Docket No. 3769; Case No. 00-04471 at Docket No. 10832; Case No. 03-10495 at Docket No. 3520; Case No. 04-11300 at Docket No. 9354; Case No. 02-10429 at Docket No. 10370; Case No. 00-03837 at Docket No. 21127; Case No. 01-02471 at Docket No. 4112; Case No. 01-02094 at Docket No. 12730; and Case No. 01-01139 at Docket No. 32745.

[16] This Joinder was filed in: Case No. 02-12687 at Docket No. 3770.

[17] This Joinder was filed in: Case No. 03-10495 at Docket No. 3522.

[18] This Response was filed in: Case No. 00-04471 at Docket No. 10834.

[19] This Reply was filed in: Case No. 01-01139 at Docket No. 929558.

[20] This Reply was filed in: Case No. 00-03837 at Docket No. 21157.

54923156.3

    q)    Reply of Honeywell International Inc. to Response of Unidentified "Claimants" in Opposition to Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Filed: 9/13/2016][21]

    r)    Reply of Honeywell International Inc. to Objection of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Honeywell's Motion for Access to rule 2019 Exhibits [Filed: 9/13/2016][22]

Status:    This matter will go forward.

2.    Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/4/2016][23]

Objection Deadline:    N/A

Related Document(s):

    a)    Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Shorten Notice on its Emergency Motion to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/4/2016][24]

    b)    Joinder of Certain Trust Advisory Committees to the Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/4/2016][25]

---

[21] This Reply was filed in: Case No. 00-04471 at Docket No. 10863; Case No. 04-11300 at Docket No. 9384; Case No. 02-10429 at Docket No. 10400; Case No. 00-03837 at Docket No. 21158; Case No. 01-02471 at Docket No. 4141; Case No. 01-02094 at Docket No. 12761; and Case No. 01-01139 at Docket No. 929559.

[22] This Reply was filed in: Case No. 02-12687 at Docket No. 3798; Case No. 00-04471 at Docket No. 10864; Case No. 03-10495 at Docket No. 3551; Case No. 04-11300 at Docket No. 9385; Case No. 02-10429 at Docket No. 10401; Case No. 00-03837 at Docket No. 21159; Case No. 01-02471 at Docket No. 4142; Case No. 01-02094 at Docket No. 12762; and Case No. 01-01139 at Docket No. 929561.

[23] This Motion was filed in: Case No. 02-12687 at Docket No. 3776; Case No. 00-04471 at Docket No. 10839; Case No. 03-10495 at Docket No. 3527; Case No. 04-11300 at Docket No. 9360; Case No. 02-10429 at Docket No. 10376; Case No. 00-03837 at Docket No. 21133; Case No. 01-02471 at Docket No. 4119; Case No. 01-02094 at Docket No. 12737; and Case No. 01-01139 at Docket No. 32752.

[24] This Motion was filed in: Case No. 02-12687 at Docket No. 3777; Case No. 00-04471 at Docket No. 10840; Case No. 03-10495 at Docket No. 3528; Case No. 04-11300 at Docket No. 9361; Case No. 02-10429 at Docket No. 10377; Case No. 00-03837 at Docket No. 21134; Case No. 01-02471 at Docket No. 4120; Case No. 01-02094 at Docket No. 12738; and Case No. 01-01139 at Docket No. 32753.

[25] This Joinder was filed in: Case No. 02-12687 at Docket No. 3778; Case No. 00-04471 at Docket No. 10841; Case No. 03-10495 at Docket No. 3529; Case No. 04-11300 at Docket No. 9362; Case No. 02-10429 at Docket No. 10378; Case No. 00-03837 at Docket No. 21135; Case No. 01-02471 at Docket No. 4121; Case No. 01-02094 at Docket No. 12739; and Case No. 01-01139 at Docket No. 32754.

54923156.3

Response(s) Received:

- a) Omnibus Objection by Honeywell International Inc. to (I) Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee and (II) Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Shorten Notice on its Emergency Motion to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/5/2016][26]

- b) Joinder of the Trust Advisory Committee of The Combustion Engineering 524(g) Asbestos PI Trust in Emergency Motion of The North American Refractories Company Asbestos PI Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/5/2016][27]

- c) Reorganized Debtors' Response and Reservation of Rights with Respect to the of the Emergency Motion of the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to (1) Consolidate and Continue Hearings and (2) Appoint Rule 2019 Expert and Referee [Filed: 8/16/2016][28]

- d) Court's Letter Regarding Delaware Asbestos Cases Signed August 24, 2016 [Filed: 8/24/2016][29]

- e) Letter Responding to Court's Letter Regarding Delaware Asbestos Cases [Filed 9/8/2016][30]

---

[26] This Objection was filed in: Case No. 02-12687 at Docket No. 3780; Case No. 00-04471 at Docket No. 10843; Case No. 03-10495 at Docket No. 3531; Case No. 04-11300 at Docket No. 9364; Case No. 02-10429 at Docket No. 10380; Case No. 00-03837 at Docket No. 21137; Case No. 01-02471 at Docket No. 4123; Case No. 01-02094 at Docket No. 12742; and Case No. 01-01139 at Docket No. 32756.

[27] This Joinder was filed in: Case No. 03-10495 at Docket No. 3532

[28] This Response was filed in: Case No. 02-10429 at Docket No. 10386.

[29] This Letter was filed in: Case No. 02-12687 at Docket No. 3791; Case No. 00-04471 at Docket No. 10856; Case No. 03-10495 at Docket No. 3544; Case No. 04-11300 at Docket No. 9376; Case No. 02-10429 at Docket No. 10393; Case No. 00-03837 at Docket No. 21149; Case No. 01-02471 at Docket No. 4134; Case No. 01-02094 at Docket No. 12754; and Case No. 01-01139 at Docket No. 32770.

[30] This Letter was filed in: Case No. 02-12687 at Docket No. 3796; Case No. 00-04471 at Docket No. 10861; Case No. 03-10495 at Docket No. 3549; Case No. 04-11300 at Docket No. 9382; Case No. 02-10429 at Docket No.10398; Case No. 00-03837 at Docket No. 21155; Case No. 01-02471 at Docket No. 4139; Case No. 01-02094 at Docket No. 12759; and Case No. 01-01139 at Docket No. 32780.

54923156.3

f) Supplemental Objection of Honeywell International Inc. to Motion of The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee to Appoint Judge Fitzgerald as Rule 2019 Expert and Referee [Filed: 9/20/2016][31]

g) Objection and Joinder of Ford Motor Company to Honeywell International Inc.'s Objection to the Motion of the NARCO TAC to Appoint Rule 2019 Expert and Referee [Filed: 9/20/2016][32]

Status: This matter will go forward.

Dated: October 12, 2016
Wilmington, Delaware

POLSINELLI PC

/s/ Justin K. Edelson
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

MCDERMOTT WILL & EMERY LLP
Peter John Sacripanti *(admitted pro hac vice)*
John J. Calandra *(admitted pro hac vice)*
Darren Azman *(admitted pro hac vice)*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Honeywell International Inc.*

---

[31] This Supplemental Objection was filed in: Case No. 02-12687 at Docket No. 3799; Case No. 00-04471 at Docket No. 10865; Case No. 03-10495 at Docket No. 3552; Case No. 04-11300 at Docket No. 9386; Case No. 02-10429 at Docket No. 10402; Case No. 00-03837 at Docket No. 21160; Case No. 01-02471 at Docket No. 4143; Case No. 01-02094 at Docket No. 12763; and Case No. 01-01139 at Docket No. 929562.

[32] This Objection was filed in: Case No. 02-12687 at Docket No. 3800; Case No. 00-04471 at Docket No. 10866; Case No. 03-10495 at Docket No. 3553; Case No. 04-11300 at Docket No. 9387; Case No. 02-10429 at Docket No. 10403; Case No. 00-03837 at Docket No. 21161; Case No. 01-02471 at Docket No. 4144; Case No. 01-02094 at Docket No. 12764; and Case No. 01-01139 at Docket No. 929563.