# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ACANDS, INC | | |
| **Case Number:** | 02-12687-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 14, 2016 10:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

**1)** Access Motion & Referral Motion
   **R / M #:**   3,805 / 0

**2) ADM: 00-04471-KG**
   Access Motion & Referral Motion
   **R / M #:**   10,872 / 0

**3) ADM: 03-10495-KG**
   Access Motion and Referral Motion
   **R / M #:**   3,558 / 0

**4) ADM: 04-11300-KG**
   Access Motion & Referral Motion
   **R / M #:**   9,393 / 0

**5) ADM: 02-10429-KG**
   Access  & Referral Motions
   **R / M #:**   10,409 / 0

**6) ADM: 00-03837-KG**
   Access & Referral Motions
   **R / M #:**   21,169 / 0

**7) ADM: 01-02471-KG**
   Access & Referral Motions
   **R / M #:**   4,154 / 0

**8) ADM: 01-02094-KG**
   Access & Referral Motions
   **R / M #:**   12,770 / 0

**9) ADM: 01-01139-KG**
   Access & Referral Motions
   **R / M #:**   929,574 / 0

## *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

**(continue)...**   02-12687-KG                    FRIDAY, OCTOBER 14, 2016 10:30 AM

*Proceedings:*

   HEARING HELD. AGENDA ITEMS:
   #1 - Judge Gross will issue a Ruling
   #2 - Judge Gross will issue a Ruling