# SIGN-IN-SHEET

**CASE NAME:** Various Asbestos Cases
**CASE NO.:** 02-12687; 00-04471; 03-10495; 04-11300; (KG)
02-10429; 00-03837; 01-02471; 01-02094; 01-01139;
**COURTROOM LOCATION:** 3
**DATE:** 10/14/16

① 

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Darren Azman | McDermott Will & Emery | Honeywell Int'l Inc. |
| Megan Prowter | " | " |
| R. Elizabeth Sieg | McGuireWoods LLP | FORD |
| Edward J. Longosz, II | Eckert Seamans | MCC/WRGraceCase |
| Justin Ellison | Porzio | Honeywell |
| Christian Singewald | White and Williams LLP | Ford |
| Kevin Mackey | Caplin + Drysdale | NARCO TAC |
| Todd Phillips | Caplin + Drysdale | NARCO TAC |
| Jason M Madron | Richard Layton Finger | Armstrong World Industries/Kaiser |
| Arthur Ramsey | Montgomery McCracken | W.R.S. Krause Paul |
| Thomas Kovach | Saccullo legal | NARCO TAC |
| Shawn Zieg | Young Conaway | NARCO FLR, Flintkote FCR |
| Ed Harron | " | " |
| Alan H. Isenberg | " | Reorganized Cedar Colony |
| Mark Minuti | " | " |
| Jane Leamy | USTrustee | USTrustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 10/14/2016
Calendar Time: 10:30 AM ET

Amended Calendar 10/14/2016 06:46 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Owens Corning | 00-03837 | Hearing | 7906615 | Karl Schieneman | (412) 992-7526 | Prior Special Master | Interested Party, Karl Schieneman / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7899878 | Lisa Esayian | (312) 862-2226 | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7905254 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7899067 | Alan B. Rich | (214) 744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LISTEN ONLY |
| | | Kaiser Aluminum Corporation | 02-10429 | Hearing | 7904064 | Amanda Suzuki | (214) 969-4869 | Jones Day | Debtor, Kaiser Aluminum Corporation / LIVE |
| | | ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7820995 | Joseph Frank | (312) 276-1432 | Frank Gecker LLP | Interested Party, CE Trust Advisory Committee / LIVE |
| | | ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7897355 | Anna Gumport | (213) 896-6064 | Sidley Austin LLP | Debtor, Flintkote Company / LISTEN ONLY |
| | | ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7901984 | Ryan D. Ledebur | (716) 849-0701 ext. 253 | Lipsitz & Ponterio | Interested Party, Lipsitz & Ponterio / LIVE |
| | | ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7901997 | Leslie C MacLean | (214) 357-6244 | Waters & Kraus | Interested Party, Waters & Kraus / LIVE |
| | | ACandS, Inc and Warren H. Smith | 02-12687 | Hearing | 7893534 | Deirdre Pacheco | (732) 855-6189 | Wilentz Goldman & Spitzer, P.A. | Creditor, WGS asbestos plaintiffs / LISTEN ONLY |
| | | Combustion Engineering, Inc. | 03-10495 | Hearing | 7821434 | David J. Parsons | (214) 969-4900 | Stutzman Bromberg Esserman & Plifka | Interested Party, David J. Parsons / LISTEN ONLY |

Peggy Drasal ext. 802

Page 1 of 2

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case | Proceeding | CC ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| The Flintkote Company and The Flintkote Company and Flintkote Mines Limited | 04-11300 Hearing | 7820640 | Christina M. Craige | 213-896-6065 | Sidley Austin LLP | Debtor, The Flintkote Company / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.