IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (KG) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re: Docket Nos. 32673, 32697, 32704, 32705, 25040, 25154 |

Hearing Date: November 9, 2016 at 10:00 a.m.

## NOTICE OF HEARING REGARDING REORGANIZED DEBTORS' MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM

TO: (i) The Reorganized Debtors; (ii) Office of the United States Trustee; (iii) Counsel for the WRG Asbestos PI Trust; (iv) Counsel for the Asbestos PI Future Claimants Representative; (v) Counsel for the Asbestos PD Futures Claimants Representative; (vi) Counsel for the WRG Asbestos PD Trust (7A); (vii) Counsel for the WRG Asbestos PD Trust (7B); (viii) Counsel for the CDN ZAI PD Claims Fund; (ix) those parties the requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002; and (x) counsel for Plum Creek Timber Co.

PLEASE TAKE NOTICE THAT, the United States Bankruptcy Court will conduct a hearing on the *Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim* (the "Motion") and related briefing. An index of the related briefing is attached hereto.

A HEARING ON THE MOTION AND RELATED BRIEFING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 3, WILMINGTON,

---

[1] The Reorganized Debtors comprise of W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

DELAWARE 19801, ON **NOVEMBER 9, 2016, AT 10:00 A.M.** PREVAILING EASTERN TIME.

| | |
|---|---|
| Dated: October 17, 2016 | KIRKLAND & ELLIS LLP<br>John Donley, P.C<br>Lisa Esayian<br>Bryan Vincent Uelk<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2000<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>    /s/ *James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>(302) 652-4100<br>(302) 652-4400<br><br><br>Co-Counsel for the Reorganized Debtors |