IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

INDEX TO BRIEFING RE: REORGANIZED DEBTORS' MOTION
TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM
CREEK TIMBER CO.'S UNTIMELY CLAIM

| Briefing re: W. R. Grace & Co.'s Motion to Enforce | | | |
|---|---|---|---|
| Blue Tab No. | Filed Date | Docket No. | Description |
| 1. | 7/02/10 | 25040 | Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim |
| 2. | 8/03/10 | 25154 | Order Approving Tolling Agreement Regarding Plum Creek's Motion to Allow Late Filing of Proofs of Claim |
| 3. | 04/21/16 | 32673 | Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claims (including all exhibits) |
| 4. | 06/06/16 | 32697 | Objection of Plum Creek Timber Co. to the Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Claim (including all exhibits) |
| 5. | 06/20/16 | 32704 | Brief of the Property Damage Future Claimants' Representative Regarding Plum Creek Class 7A PD Claim |

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

KE 40990952

| 6. | 06/20/16 | 32705 | Reorganized Debtors' Reply in Support of Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim (including all exhibits) |