IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of October, 2016, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **NOTICE OF HEARING REGARDING REORGANIZED DEBTORS' MOTION TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM CREEK TIMBER CO.'S UNTIMELY CLAIM**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

WR Grace – Plum Creek Motion to Enforce Discharge Service List
Case No. 01-1139
Document No. 206647
01 – Hand Delivery
01 – First Class Mail
02 – E-Mail


**Hand Delivery and E-Mail: cward@polsinelli.com, skatona@posinelli.com**
(Counsel for Plum Creek Timber Co., Inc.)
Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

**First Class Mail and E-Mail: bellison@cairncross.com**
(Counsel for Plum Creek Timber Co., Inc.)
Benjamin Ellison, Esquire
Cairncross & Hempelmann
524 2nd Avenue, Suite 500
Seattle, WA  98104