UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Granting with Restrictions Motion of Honeywell International Inc for Access to Rule 2019 Exhibits

**Docket #:** 32787, 32788          **Date Entered:** 11/8/16

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 32793 | Date Filed: | 11/22/16 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Honeywell International Inc

**Appellee/Cross Appellee**

The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee

**Counsel for Appellant/Cross Appellant:**

Justin Edelson
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Anthony Saccullo
A.M. Saccullo Legal LLC
27 Crimson King Drive
Bear, DE 19701

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ● | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:**  Docket numbers are out of sequence due to system error.  Docket is in process of being corrected

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/23/16           **by:** Sara Hughes _____
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-55