**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>        Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>        Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>        Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>        Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

| | |
|---|---|
| In re: | Case No. 00-03837 (KG) |
| OWENS CORNING, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| In re: | Case No. 01-02471 (KG) |
| UNITED STATES MINERAL PRODUCTS COMPANY, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 01-02094 (KG) |
| USG CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| In re: | Case No. 01-01139 (KG) |
| W.R. GRACE & CO., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION OF HONEYWELL INTERNATIONAL INC.
FOR STAY PENDING APPEAL OF THE 2019 ORDER**

Upon the motion (the "Stay Motion") of Honeywell International Inc., dated November 23, 2016, for entry of an order staying this Court's *Order* dated November 8, 2016 (the "Access Orders") entered in these chapter 11 cases;[1] and it appearing that the Court has jurisdiction to

---

[1] Case No. 02-12687, Docket No. 3810; Case No. 00-4471, Docket No. 10876; Case No. 03-10495, Docket No. 3562; Case No. 04-11300, Docket No. 9398; Case No. 02-10429, Docket No. 10415; Case No. 00-3837, Docket No. 21173; Case No. 01-2471, Docket No. 4159; Case No. 01-2094, Docket No. 12774; Case No. 01-1139, Docket No. 32788.

consider the Stay Motion pursuant to 28 U.S.C. § 1334; and it appearing that venue of the Stay Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and the Court having reviewed and considered the Stay Motion and any responses thereto; and adequate and sufficient notice of the Stay Motion having been provided; and after due deliberation thereof;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The effectiveness of the Access Orders is hereby stayed *nunc pro tunc* to November 8, 2016 pending final resolution of Honeywell's appeal therefrom.

3. Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

4. This Court will retain jurisdiction to resolve any disputes arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2016

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE