# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ACANDS, INC., <br><br>       Debtor. | Case No. 02-12687 (KG) <br><br> Chapter 11 |
| In re: <br><br> ARMSTRONG WORLD INDUSTRIES, INC., *et al.*, <br><br>       Debtors. | Case No. 00-04471 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> COMBUSTION ENGINEERING, INC., <br><br>       Debtor. | Case No. 03-10495 (KG) <br><br> Chapter 11 |
| In re: <br><br> THE FLINTKOTE COMPANY, *et al.*, <br><br>       Debtors. | Case No. 04-11300 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> KAISER ALUMINUM CORPORATION, *et al.*, <br><br>       Debtors. | Case No. 02-10429 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |

| | |
|---|---|
| In re: | Case No. 00-03837 (KG) |
| OWENS CORNING, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| In re: | Case No. 01-02471 (KG) |
| UNITED STATES MINERAL PRODUCTS COMPANY, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 01-02094 (KG) |
| USG CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| In re: | Case No. 01-01139 (KG) |
| W.R. GRACE & CO., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING *EX PARTE* MOTION OF HONEYWELL INTERNATIONAL INC. TO SHORTEN NOTICE OF HEARING ON MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL**

Upon the motion (the "Motion to Shorten") of Honeywell International Inc. ("Honeywell"), dated November 23, 2016, for entry of an *ex parte* order shortening notice on *MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL* (the "Stay Motion"); and the Court having considered and reviewed the Motion to Shorten; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and the Court

having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief requested; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted to the extent set forth herein.

2. The Stay Motion will be considered at a hearing scheduled on _____, 2016 at \_\_\_\_\_:\_\_\_\_\_ \_\_.m. (ET).

3. Objections, if any, to the Stay Motion must be filed and served in accordance with the Local Rules by no later than _____, 2016 at 12:00 p.m. (ET) and any replies in support of the Stay Motion must be filed and served by no later than _____, 2016.

4. The Court will retain jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: November \_\_\_\_, 2016

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE