UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139                             BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Granting with Restrictions Motion of Honeywell International Inc for Access to Rule 2019 Exhibits

**Docket #:** 32787, 32788        **Date Entered:** 11/8/16

Item Transmitted:

| | | Docket #: | Date Filed: |
|---|---|---|---|
| ✓ | Notice of Appeal | 32794 | 11/22/16 |
| ☐ | Amended Notice of Appeal | | |
| ☐ | Cross Appeal | | |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

Ford Motor Company

**Appellee/Cross Appellee**

The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee

**Counsel for Appellant/Cross Appellant:**

Christian J. Singewald
White and Williams LLP
824 Market Street, Suite 902
PO Box 709
Wilmington, DE 19899

**Counsel for Appellee/Cross Appellee:**

Anthony Saccullo
A.M. Saccullo Legal LLC
27 Crimson King Drive
Bear, DE 19701

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

Civil Action Number: 16-1096

(continued on next page)

**Notes:** Docket numbers are out of sequence due to system error. Docket is in process of being corrected

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/28/16      **by:** Sara Hughes
                                 _____
                                 **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-64