UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139      BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 16-1096

Item(s) Transmitted:

| | | |
|---|---|---|
| Motion to Stay | **Docket #:** 929583 | **Date Entered:** 11/23/16 |
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

The docket number is out of sequence. We are in the process of getting the docket numbers reset in the case.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/28/16      **by:** Sara Hughes
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-55