IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KG) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 30, 2016, AT 11:00 A.M. BEFORE THE
HONORABLE KEVIN GROSS

The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., November 29, 2016

**CONTINUED MATTERS:**

1. Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 for Partial Allowance and Partial Disallowance of Claim No. 7021, Filed By Norfolk Southern Railway Company [Filed: 10/13/16] (Docket No. 929575).

    Response Deadline: November 4, 2016, at 4:00 p.m. *(Extended until December 9, 2016 at 4:00 p.m. for Norfolk Southern Railway Company)*

    Responses Received: None.

    Related Documents:

    a. [Proposed] Order Granting Summary Judgment Pursuant to Fed. R. Bankr. P. 7056 as to Claim No. 7021, Filed By Norfolk Southern Railway Company, and Allowing Claim No. 7021 in Part, and Disallowing the Claim in Part [Filed: 10/13/16] (Docket No. 929575, Exhibit A).

    Status: This matter is continued to January 9, 2017 at 2:00 p.m.

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc. or Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

## MATTERS GOING FORWARD:

2.  Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim [Filed: 4/21/16] (Docket No. 32673).

    Related Documents:  See attached Index to Briefing (the "Index") attached hereto as Exhibit A.

    Status:  This matter will go forward.

Dated:  November 28, 2016

KIRKLAND & ELLIS LLP
John Donley, P.C.
Lisa Esayian
Bryan Vincent Uelk
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

INDEX TO BRIEFING RE: REORGANIZED DEBTORS' MOTION
TO ENFORCE DISCHARGE AND INJUNCTION OF PLUM
CREEK TIMBER CO.'S UNTIMELY CLAIM

| Briefing re: W. R. Grace & Co.'s Motion to Enforce ||||
|---|---|---|---|
| **Blue Tab No.** | **Filed Date** | **Docket No.** | **Description** |
| 1. | 7/02/10 | 25040 | Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim |
| 2. | 8/03/10 | 25154 | Order Approving Tolling Agreement Regarding Plum Creek's Motion to Allow Late Filing of Proofs of Claim |
| 3. | 04/21/16 | 32673 | Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claims (including all exhibits) |
| 4. | 06/06/16 | 32697 | Objection of Plum Creek Timber Co. to the Reorganized Debtors' Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Claim (including all exhibits) |
| 5. | 06/20/16 | 32704 | Brief of the Property Damage Future Claimants' Representative Regarding Plum Creek Class 7A PD Claim |

---

[1] The Reorganized Debtors are W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") and W. R. Grace & Co.-Conn. ("Grace-Conn.").

| 6. | 06/20/16 | 32705 | Reorganized Debtors' Reply in Support of Motion to Enforce Discharge and Injunction of Plum Creek Timber Co.'s Untimely Claim (including all exhibits) |

KE 40990952