# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ACANDS, INC., <br><br> Debtor. | Case No. 02-12687 (KG) <br><br> Chapter 11 |
| In re: <br><br> ARMSTRONG WORLD INDUSTRIES, INC., *et al.*, <br><br> Debtors. | Case No. 00-04471 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> COMBUSTION ENGINEERING, INC., <br><br> Debtor. | Case No. 03-10495 (KG) <br><br> Chapter 11 |
| In re: <br><br> THE FLINTKOTE COMPANY, *et al.*, <br><br> Debtors. | Case No. 04-11300 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |
| In re: <br><br> KAISER ALUMINUM CORPORATION, *et al.*, <br><br> Debtors. | Case No. 02-10429 (KG) <br><br> Chapter 11 <br><br> Jointly Administered |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>        Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING *EX PARTE* MOTION OF HONEYWELL INTERNATIONAL INC. TO SHORTEN NOTICE OF HEARING ON MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL**

Upon the motion (the "Motion to Shorten") of Honeywell International Inc. ("Honeywell"), dated November 23, 2016, for entry of an *ex parte* order shortening notice on *MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL* (the "Stay Motion"); and the Court having considered and reviewed the Motion to Shorten; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and the Court

having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief requested; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted to the extent set forth herein.

2. The Stay Motion will be considered at a hearing scheduled on December 5, 2016 at 2:00 p.m. (ET).

3. Objections, if any, to the Stay Motion must be filed and served in accordance with the Local Rules by no later than December 1, 2016 at 12:00 p.m. (ET) and any replies in support of the Stay Motion must be filed and served by no later than December 5, 2016 at noon.

4. The Court will retain jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: November 28, 2016

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE