## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>          Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3820** |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>          Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10886** |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>          Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3573** |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>          Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 9409** |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>          Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10424** |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>           Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 21184** |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>           Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 4168** |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>           Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 12785** |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>           Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 929583** |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that on November 23, 2016, Honeywell International Inc. ("<u>Honeywell</u>") filed its *Motion for Stay Pending Appeal* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  A copy of the Motion is being served contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that on November 28, 2016, the Bankruptcy Court entered the *Order Granting Ex Parte Motion of Honeywell International Inc. to Shorten*

*Notice of Hearing on Motion of Honeywell International Inc. for Stay Pending Appeal* (the "Order"). Pursuant to the Order, objections, if any, to the Motion must be filed and served in accordance with the Local Rules by no later than December 1, 2016 at 12:00 p.m. (ET) (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **December 5, 2016 at 2:00 p.m. (ET)** before the Honorable Kevin Gross at the Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated:  November 29, 2016
      Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

McDERMOTT WILL & EMERY LLP
Peter John Sacripanti *(admitted pro hac vice)*
John J. Calandra *(admitted pro hac vice)*
Darren Azman *(admitted pro hac vice)*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Honeywell International Inc.*

55346029.1