**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>　　　　Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>　　　　Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>　　　　Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>　　　　Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>　　　　Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

18110891v.1

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

**JOINDER OF FORD MOTOR COMPANY TO MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL**

Ford Motor Company ("Ford"), by and through its undersigned counsel, hereby joins in the *Motion of Honeywell International Inc. for Stay Pending Appeal* (the "Stay Motion"). For the reasons stated in the Stay Motion, and such other reasons that may be articulated at the hearing thereon, Ford agrees that the Access Orders (which are defined in the Stay Motion, pertain to both Ford and Honeywell International Inc.'s requests for public access to the 2019 Exhibits in each of these cases, and have each been appealed by both Ford and Honeywell International Inc.) should be stayed pending appeal.

18110891v.1

| | |
|---|---|
| Dated: November 29, 2016<br>Wilmington, Delaware | FORD MOTOR COMPANY<br><br>/s/ Chris Singewald<br>_____<br>Christian J. Singewald (Del. Bar No. 3542)<br>WHITE & WILLIAMS LLP<br>824 Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, Delaware 19899-0709<br>Telephone: (302) 467-4510<br>Facsimile: (302) 467-4547<br><br>-AND-<br><br>K. Elizabeth Sieg (admitted *pro hac vice*)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>Telephone: (804) 775-1000<br>Facsimile: (804) 698-2255<br><br>*Counsel for Ford Motor Company* |