**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>      Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>      Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>      Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>      Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>      Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

18110891v.1

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>　　　　Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>　　　　Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>　　　　Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the Court's CM/ECF system on this 29th day of November, 2016 with the United States Bankruptcy Court for the District of Delaware, upon which electronic notice will be provided to all parties entitled to receive electronic notice in these cases.

Dated: November 29, 2016　　　　FORD MOTOR COMPANY
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ Chris Singewald
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christian J. Singewald (Del. Bar No. 3542)

18110891v.1

WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4510
Facsimile: (302) 467-4547

  -AND-

K. Elizabeth Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

*Counsel for Ford Motor Company*