# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | W.R. GRACE & CO., ET AL. | | |
| **Case Number:** | 01-01139-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 30, 2016 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Debtors Motion to Enforce Discharge & Injunction of Plum Creek Timber Col's Untimely Claim (moved from 11/9/16)

**R / M #:**   929,591 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to date TBD
#2 - Judge Gross will issue a ruling soon.