# SIGN-IN-SHEET

**CASE NAME:** W. R. GRACE & CO.
**CASE NO.:** 01-01139 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 11/30/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| SHANTI KATONA | POLSINELLI PC | PLUM CREEK |
| LISA ESAYIAN | KIRKLAND & ELLIS LLP | Debtors |
| JAMES O'NEILL | PSZJ | Roger D. |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 11/30/2016
Calendar Time: 11:00 AM ET

1st Revision 11/29/2016 01:56 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7994762 | Benjamin A. Ellison | (206) 254-4485 | Cairncross & Hempelmann, P.S. | Client, Plumb Creek / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7994994 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co. et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7906749 | Robert M. Horkovich | 212-278-1000 | Anderson Kill, P.C. | Representing, WRG Asbestos PI Trust / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7995305 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R. Grace & Co., et al. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7952473 | Alan B. Rich | (214) 744-5100 | Law Office of Alan B. Rich | Attorney Ad-Litem, Judge Alexander M. Sanders, Jr., PD FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7988799 | Alexander M. Sanders, Jr. | 843-953-5755 | Alexander Sanders Jr. - In Pro Per/Pro Se | In Propria Persona, Alexander M. Sanders / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7928974 | Richard B. Schiro | (214) 521-4994 | Law Office of Richard Schiro | Trustee, Richard B. Schiro / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 7913122 | Deborah Williamson | (210) 554-5275 | Dykema Cox Smith - San Antonio | Trustee, Richard B. Schiro / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-1139 | Hearing | 7993721 | Daniel Speights | 803-943-4444 | Speights & Runyan | Interested Party, Anderson Memorial Hospital / LISTEN ONLY |

Raymond Reyes ext. 881    Copyright © 2016 CourtCall, LLC. All Rights Reserved.