# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ACANDS, INC.,<br>         Debtor. | Case No. 02-12687 (KG) |
| In re:<br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br>         Debtors. | Case No. 00-04471 (KG) |
| In re:<br>COMBUSTION ENGINEERING, INC.,<br>         Debtor. | Case No. 03-10495 (KG) |
| In re:<br>THE FLINTKOTE COMPANY, *et al.*,<br>         Debtors. | Case No. 04-11300 (KG) |
| In re:<br>KAISER ALUMINUM CORPORATION, *et al.*,<br>         Debtors. | Case No. 02-10429 (KG) |
| In re:<br>OWENS CORNING, *et al.*,<br>         Debtors. | Case No. 00-03837 (KG) |
| In re:<br>UNITED STATES MINERAL PRODUCTS COMPANY,<br>         Debtor. | Case No. 01-02471 (KG) |
| In re:<br>USG CORPORATION, *et al.*,<br>         Debtors. | Case No. 01-02094 (KG) |
| In re:<br>W.R. GRACE & CO., *et al.*,<br>         Debtors. | Case No. 01-01139 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 5, 2016 AT 2:00 P.M. (ET)**

1. Motion of Honeywell International Inc. for Stay Pending Appeal [Filed: 11/23/2016][1]

   Objection Deadline:   December 1, 2016 at 12:00 p.m.

---

[1] The Motion was filed in: Case No. 02-12687 at Docket No. 3820; Case No. 00-04471 at Docket No. 10886; Case No. 03-10495 at Docket No. 3502; Case No. 04-11300 at Docket No. 9409; Case No. 02-10429 at Docket No. 10424; Case No. 00-03837 at Docket No. 21184; Case No. 01-02471 at Docket No. 4168; Case No. 01-02094 at Docket No. 12784; and Case No. 01-01139 at Docket No. 929583.

55355424.1

Related Document(s):

    a)    Order Regarding Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Entered: 11/8/2016][2]

    b)    Order Granting Ex Parte Motion of Honeywell International Inc. to Shorten Notice of Hearing on Motion of Honeywell International Inc. for Stay Pending Appeal [Entered: 11/28/2016][3]

    c)    Notice of Hearing [Filed: 11/29/2016][4]

Response(s) Received:

    a)    Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Stay Pending Appeal [Filed: 11/29/2016][5]

    b)    Informal Response from NARCO TAC

Status:    This matter will go forward.

Dated:  December 1, 2016
         Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

---

[2] This Order was entered in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[3] This Order was entered in: Case No. 02-12687 at Docket No. 3828; Case No. 00-04471 at Docket No. 10893; Case No. 03-10495 at Docket No. 3581; Case No. 04-11300 at Docket No. 9417; Case No. 02-10429 at Docket No. 10432; Case No. 00-03837 at Docket No. 21192; Case No. 01-02471 at Docket No. 4176; Case No. 01-02094 at Docket No. 12791; and Case No. 01-01139 at Docket No. 929592.

[4] The Notice was filed in: Case No. 02-12687 at Docket No. 3831; Case No. 00-04471 at Docket No. 10896; Case No. 03-10495 at Docket No. 3584; Case No. 04-11300 at Docket No. 9420; Case No. 02-10429 at Docket No. 10435; Case No. 00-03837 at Docket No. 21194; Case No. 01-02471 at Docket No. 4178; Case No. 01-02094 at Docket No. 12794; and Case No. 01-01139 at Docket No. 929594.

[5] The Joinder was filed in: Case No. 02-12687 at Docket No. 3830; Case No. 00-04471 at Docket No. 10895; Case No. 03-10495 at Docket No. 3583; Case No. 04-11300 at Docket No. 9419; Case No. 02-10429 at Docket No. 10434; Case No. 00-03837 at Docket No. 21193; Case No. 01-02471 at Docket No. 4177; Case No. 01-02094 at Docket No. 12793; and Case No. 01-01139 at Docket No. 929595.

55355424.1

MCDERMOTT WILL & EMERY LLP
Peter John Sacripanti *(admitted pro hac vice)*
John J. Calandra *(admitted pro hac vice)*
Darren Azman *(admitted pro hac vice)*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Honeywell International Inc.*

55355424.1