UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>        Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>RE: Docket No. 3820 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>        Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 10886 |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>        Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>RE: Docket No. 3502 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>        Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 9409 |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 10424 |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 21184** |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>        Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**RE: Docket No. 4168** |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 12784** |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 929583** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF HONEYWELL INTERNATIONAL INC.
FOR STAY PENDING APPEAL OF THE 2019 ORDER**

    I, Justin K. Edelson, of Polsinelli PC, counsel to Honeywell International Inc. ("**Honeywell**"), hereby certify as follows:

55367868.1

1. On November 23, 2016, Honeywell filed its Motion for Stay Pending Appeal[1] (the "**Motion**").

2. On November 29, 2016, Ford Motor Company ("Ford") filed its Joinder[2] to the Motion.

3. On November 28, 2016, the Court entered the Order Shortening Notice on the Motion, which established an objection deadline for the Motion of December 1, 2016 at 12:00 p.m. (ET).

4. Honeywell received an informal response from the North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee (the "**NARCO TAC**"). No other responses or objections were received.

5. Counsel for Honeywell, Ford, and the NARCO TAC (collectively, the "**Parties**") have conferred and agreed to a proposed form of order (the "**Order**") resolving the Motion, which is attached hereto as Exhibit A.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Motion was filed in: Case No. 02-12687 at Docket No. 3820; Case No. 00-04471 at Docket No. 10886; Case No. 03-10495 at Docket No. 3502; Case No. 04-11300 at Docket No. 9409; Case No. 02-10429 at Docket No. 10424; Case No. 00-03837 at Docket No. 21184; Case No. 01-02471 at Docket No. 4168; Case No. 01-02094 at Docket No. 12784; and Case No. 01-01139 at Docket No. 929583.

[2] The Joinder was filed in: Case No. 02-12687 at Docket No. 3830; Case No. 00-04471 at Docket No. 10895; Case No. 03-10495 at Docket No. 3583; Case No. 04-11300 at Docket No. 9419; Case No. 02-10429 at Docket No. 10434; Case No. 00-03837 at Docket No. 21193; Case No. 01-02471 at Docket No. 4177; Case No. 01-02094 at Docket No. 12793; and Case No. 01-01139 at Docket No. 929595.

55367868.1

6. Accordingly, if the proposed Order is acceptable to the Court, the Parties respectfully request that the Order be entered at the Court's earliest convenience.

Dated: December 1, 2016
Wilmington, Delaware

        POLSINELLI PC

        */s/ Justin K. Edelson*
        Justin K. Edelson (Del. Bar No. 5002)
        222 Delaware Avenue, Suite 1101
        Wilmington, Delaware 19801
        Telephone: (302) 252-0920
        Facsimile: (302) 252-0921

        -AND-

        McDermott Will & Emery LLP
        Peter John Sacripanti *(admitted pro hac vice)*
        John J. Calandra *(admitted pro hac vice)*
        Darren Azman *(admitted pro hac vice)*
        340 Madison Avenue
        New York, New York 10173-1922
        Telephone: (212) 547-5400
        Facsimile: (212) 547-5444

        *Attorneys for Honeywell International Inc.*