UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>        Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>RE: Docket No. 3820, 3834 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>        Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 10886, 10899 |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>        Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>RE: Docket No. 3573, 3587 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>        Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 9409, 9424 |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>RE: Docket No. 10424, 10438 |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>       Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 21184,** 2#97 |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>       Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**RE: Docket No. 4168,** 4/8/ |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>       Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 12784,** /2797 |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>       Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**RE: Docket No. 929583,** 929599 |

## ORDER GRANTING MOTION OF HONEYWELL INTERNATIONAL INC. FOR STAY PENDING APPEAL OF THE 2019 ORDER

Upon (i) the motion of Honeywell International Inc., dated November 23, 2016, for entry of an order staying this Court's *Order* dated November 8, 2016 (the "Access Orders") entered in these chapter 11 cases,[1] and (ii) Ford Motor Company's joinder to Honeywell's stay motion,

---

[1] Case No. 02-12687, Docket No. 3810; Case No. 00-4471, Docket No. 10876; Case No. 03-10495, Docket No. 3562; Case No. 04-11300, Docket No. 9398; Case No. 02-10429, Docket No. 10415; Case No. 00-3837, Docket No. 21173; Case No. 01-2471, Docket No. 4159; Case No. 01-2094, Docket No. 12774; Case No. 01-1139, Docket No. 32788.

55367888.1

dated November 29, 2016[2] (collectively, the "Stay Motion"); and it appearing that the Court has jurisdiction to consider the Stay Motion pursuant to 28 U.S.C. § 1334; and it appearing that venue of the Stay Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and the Court having reviewed and considered the Stay Motion and any responses thereto; and adequate and sufficient notice of the Stay Motion having been provided; and after due deliberation thereof;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The effectiveness of the Access Orders is hereby stayed *nunc pro tunc* from November 8, 2016 to and including entry of final, appealable orders in the appeals from the Access Orders to the U.S. District Court for the District of Delaware.

3. Entry of this order is without prejudice to the right of any party to seek relief from this Order in this or any other Court or to seek a further stay from any appellate court of the Access Orders or any final, appealable orders entered in any appeals from the Access Orders.

4. No party shall be granted access to any of the 2019 Exhibits (as defined in the Access Orders) pursuant to the Access Orders during the pendency of the stay relief granted herein.

5. Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

---

[2] Case No. 02-12687, Docket No. 3830; Case No. 00-4471, Docket No. 10895; Case No. 03-10495, Docket No. 3583; Case No. 04-11300, Docket No. 9419; Case No. 02-10429, Docket No. 10434; Case No. 00-3837, Docket No. 21193; Case No. 01-2471, Docket No. 4177; Case No. 01-2094, Docket No. 12793; Case No. 01-1139, Docket No. 929595.

55367888.1

6. This Court will retain jurisdiction to resolve any disputes arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: Dec. 1, 2016

　　　　　　　　　　　　　　　　　　　　　／s／ Kevin Gross
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE KEVIN GROSS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

55367888.1