# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ACANDS, INC.,<br>        Debtor. | Case No. 02-12687 (KG) |
| In re:<br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br>        Debtors. | Case No. 00-04471 (KG) |
| In re:<br>COMBUSTION ENGINEERING, INC.,<br>        Debtor. | Case No. 03-10495 (KG) |
| In re:<br>THE FLINTKOTE COMPANY, *et al.*,<br>        Debtors. | Case No. 04-11300 (KG) |
| In re:<br>KAISER ALUMINUM CORPORATION, *et al.*,<br>        Debtors. | Case No. 02-10429 (KG) |
| In re:<br>OWENS CORNING, *et al.*,<br>        Debtors. | Case No. 00-03837 (KG) |
| In re:<br>UNITED STATES MINERAL PRODUCTS COMPANY,<br>        Debtor. | Case No. 01-02471 (KG) |
| In re:<br>USG CORPORATION, *et al.*,<br>        Debtors. | Case No. 01-02094 (KG) |
| In re:<br>W.R. GRACE & CO., *et al.*,<br>        Debtors. | Case No. 01-01139 (KG) |

*AMENDED*[1] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 5, 2016 AT 2:00 P.M. (ET)**

**\*\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD\*\***

---

[1] **Amended items appear in bold.**

1. Motion of Honeywell International Inc. for Stay Pending Appeal [Filed: 11/23/2016][2]

    <u>Objection Deadline</u>:    December 1, 2016 at 12:00 p.m.

    <u>Related Document(s)</u>:

    a)  Order Regarding Motion of Honeywell International Inc. for Access to Rule 2019 Exhibits [Entered: 11/8/2016][3]

    b)  Order Granting Ex Parte Motion of Honeywell International Inc. to Shorten Notice of Hearing on Motion of Honeywell International Inc. for Stay Pending Appeal [Entered: 11/28/2016][4]

    c)  Notice of Hearing [Filed: 11/29/2016][5]

    **d)  Certification of Counsel Regarding Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order [Filed: 12/1/2016][6]**

    **e)  Order Granting Motion of Honeywell International Inc. for Stay Pending Appeal of the 2019 Order [Entered: 12/1/2016][7]**

---

[2] The Motion was filed in: Case No. 02-12687 at Docket No. 3820; Case No. 00-04471 at Docket No. 10886; Case No. 03-10495 at Docket No. 3537; Case No. 04-11300 at Docket No. 9409; Case No. 02-10429 at Docket No. 10424; Case No. 00-03837 at Docket No. 21184; Case No. 01-02471 at Docket No. 4168; Case No. 01-02094 at Docket No. 12784; and Case No. 01-01139 at Docket No. 929583.

[3] This Order was entered in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[4] This Order was entered in: Case No. 02-12687 at Docket No. 3828; Case No. 00-04471 at Docket No. 10893; Case No. 03-10495 at Docket No. 3581; Case No. 04-11300 at Docket No. 9417; Case No. 02-10429 at Docket No. 10432; Case No. 00-03837 at Docket No. 21192; Case No. 01-02471 at Docket No. 4176; Case No. 01-02094 at Docket No. 12791; and Case No. 01-01139 at Docket No. 929592.

[5] The Notice was filed in: Case No. 02-12687 at Docket No. 3831; Case No. 00-04471 at Docket No. 10896; Case No. 03-10495 at Docket No. 3584; Case No. 04-11300 at Docket No. 9420; Case No. 02-10429 at Docket No. 10435; Case No. 00-03837 at Docket No. 21194; Case No. 01-02471 at Docket No. 4178; Case No. 01-02094 at Docket No. 12794; and Case No. 01-01139 at Docket No. 929594.

[6] **The Certification of Counsel was filed in: Case No. 02-12687 at Docket No. 3834; Case No. 00-04471 at Docket No. 10899; Case No. 03-10495 at Docket No. 3587; Case No. 04-11300 at Docket No. 9424; Case No. 02-10429 at Docket No. 10438; Case No. 00-03837 at Docket No. 21197; Case No. 01-02471 at Docket No. 4181; Case No. 01-02094 at Docket No. 12797; and Case No. 01-01139 at Docket No. 929599.**

[7] **This Order was entered in: Case No. 02-12687 at Docket No. 3830; Case No. 00-04471 at Docket No. 10895; Case No. 03-10495 at Docket No. 3583; Case No. 04-11300 at Docket No. 9419; Case No. 02-10429 at Docket No. 10434; Case No. 00-03837 at Docket No. 21193; Case No. 01-02471 at Docket No. 4177; Case No. 01-02094 at Docket No. 12793; and Case No. 01-01139 at Docket No. 929595.**

Response(s) Received:

a) Joinder of Ford Motor Company to Motion of Honeywell International Inc. for Stay Pending Appeal [Filed: 11/29/2016][8]

b) Informal Response from NARCO TAC

Status: **An order has been entered. No hearing is necessary.**

Dated: December **2**, 2016
Wilmington, Delaware

POLSINELLI PC

*/s/ Justin K. Edelson*
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

MCDERMOTT WILL & EMERY LLP
Peter John Sacripanti *(admitted pro hac vice)*
John J. Calandra *(admitted pro hac vice)*
Darren Azman *(admitted pro hac vice)*
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Honeywell International Inc.*

---

[8] The Joinder was filed in: Case No. 02-12687 at Docket No. 3835; Case No. 00-04471 at Docket No. 10900; Case No. 03-10495 at Docket No. 3588; Case No. 04-11300 at Docket No. 9425; Case No. 02-10429 at Docket No. 10439; Case No. 00-03837 at Docket No. 21198; Case No. 01-02471 at Docket No. 4182; Case No. 01-02094 at Docket No. 12798; and Case No. 01-01139 at Docket No. 929600.

55374628.1