## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| | |
| ACandS, Inc. | Case No. 02-12687 (KG) |
| Armstrong World Industries, Inc. | Case No. 00-4471 (KG) |
| Combustion Engineering, Inc. | Case No. 03-10495 (KG) |
| The Flintkote Company | Case No. 04-11300 (KG) |
| Kaiser Aluminum Corp. | Case No. 02-10429 (KG) |
| Owens Corning | Case No. 00-3837 (KG) |
| US Mineral Products Company | Case No. 01-2471 (KG) |
| USG Corp. | Case No. 01-2094 (KG) |
| W.R. Grace & Co. | Case No. 01-1139 (KG) |
| | |
| Debtors. | |

## NOTICE OF CROSS APPEAL

The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee ("**NARCO TAC**"), by and through its undersigned counsel, hereby cross appeals to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from (i) the *Order* (the "**Order**")[1] and (ii) the *Opinion re Motion of Honeywell International, Inc. for Access to Rule 2019 Exhibits* (the "**Opinion**"),[2] each entered by the Bankruptcy Court on November 8, 2016, copies of which are attached hereto as <u>Exhibits A & B</u> respectively, and (iii) all adverse

---

[1]      This Order was filed in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[2]      This Opinion was filed in: Case No. 02-12687 at Docket No. 3809; Case No. 00-04471 at Docket No. 10875; Case No. 03-10495 at Docket No. 3561; Case No. 04-11300 at Docket No. 9397; Case No. 02-10429 at Docket No. 10414; Case No. 00-03837 at Docket No. 21172; Case No. 01-02471 at Docket No. 4158; Case No. 01-02094 at Docket No. 12773; and Case No. 01-01139 at Docket No. 32787.

orders rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order or the Opinion.  To the extent the "*Correcting Order*"[3] entered by the Bankruptcy Court on December 1, 2016, a copy of which is attached hereto as <u>Exhibit C</u>, is a valid order that modified the Order and/or the Opinion, the NARCO TAC hereby cross appeals from that order as well.

The names of all parties to the Order and Opinion cross appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1.    Cross-Appellant/Appellee NARCO TAC is represented by:

Anthony M. Saccullo
Thomas H. Kovach
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787

-AND-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

Ann C. McMillan
Kevin C. Maclay
Todd E. Phillips
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW Suite 1100
Washington, DC 20005

---

[3]    This Correcting Order was filed in Case No. 02-12687 at Docket No. 3833; Case No. 00-04471 at Docket No. 10898; Case No. 03-10495 at Docket No. 3586; Case No. 04-11300 at Docket No. 9423; Case No. 02-10429 at Docket No. 10437; Case No. 00-03837 at Docket No. 21196; Case No. 01-02471 at Docket No. 4180; Case No. 01-02094 at Docket No. 12796; and Case No. 01-01139 at Docket No. 929598.

Telephone: (202) 862-5000
Facsimile: (202) 429-3301

2.    Cross-Appellee/Appellant Ford Motor Company is represented by:

Christian J. Singewald
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4524
Facsimile: (302) 467-4554

-AND-

K. Elizabeth Sieg
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

3.    Cross-Appellee/Appellant Honeywell International Inc. is represented by:

Justin Edelson
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-AND-

Peter John Sacripanti
John J. Calandra
Darren Azman
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

4.    Appellees Reorganized Debtors W.R. Grace & Co., et al. are represented by:

Laura Davis Jones
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-AND-

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone: (312) 836-4047

5.     Appellees Reorganized Debtors Owens Corning, et al. are represented by:

Mark Minuti
Lucian Murley
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
Telephone: (302) 421-6898
Facsimile: (302) 421-5864

-AND-

Adam H. Isenberg
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 972-8662

6.     Appellee Jacobs & Crumplar, P.A. is represented by:

Thomas Crumplar
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Telephone: (302) 656-5445
Facsimile: (302) 656-5875

7.     Appellees the ACandS, Inc. Asbestos Settlement Trust Advisory Committee, the Armstrong World Industries, Inc. Asbestos Personal Injury Trust Advisory Committee, The Flintkote Company Asbestos Personal Injury Trust Advisory Committee, the Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust Advisory Committee, the Owens

Corning/Fibreboard Asbestos Personal Injury Trust Advisory Committee, the United States Gypsum Asbestos Personal Injury Trust Advisory Committee, the United States Mineral Products Company Asbestos Personal Injury Trust Advisory Committee, and the WRG Asbestos Personal Injury Trust Advisory Committee are represented by:

> Anthony M. Saccullo
> Thomas H. Kovach
> A.M. SACCULLO LEGAL, LLC
> 27 Crimson King Drive
> Bear, Delaware 19701
> Telephone: (302) 836-8877
>
> -AND-
>
> Elihu Inselbuch
> CAPLIN & DRYSDALE, CHARTERED
> 600 Lexington Avenue, 21st Floor
> New York, New York 10022
> Telephone: (212) 379-6000
> Facsimile: (212) 379-6001
>
> Ann C. McMillan
> Kevin C. Maclay
> Todd E. Phillips
> CAPLIN & DRYSDALE, CHARTERED
> One Thomas Circle, NW Suite 1100
> Washington, DC 20005
> Telephone: (202) 862-5000
> Facsimile: (202) 429-3301

8.     Appellee Motley Rice, LLC is represented by:

> Daniel K. Hogan
> HOGAN MCDANIEL
> 1311 Delaware Avenue
> Wilmington, Delaware 19806
> Telephone: (302) 656-7540
> Facsimile: (302) 656-7599
>
> -AND-
>
> Joseph F. Rice
> John A. Baden, IV MOTLEY RICE, LLC
> 28 Bridgeside Blvd. P.O. Box 1792
> Mount Pleasant, SC 29465
> Telephone: (843) 216-9000
> Facsimile: (843) 216-9440

9.    Appellee James J. McMonagle, the Future Claimants' Representative for the Flintkote Asbestos Trust, is represented by:

>    James L. Patton, Jr.
>    Edwin J. Harron
>    Sharon M. Zieg
>    YOUNG CONAWAY STARGATT & TAYLOR, LLP
>    1000 North King Street
>    Wilmington, Delaware 19801
>    Telephone: (302) 571-6600
>    Facsimile: (302) 571-1253

10.    Appellee Simmons Hanly Conroy LLC is represented by:

>    Edward J. Kosmowski
>    THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC
>    2 Mill Road, Suite 202
>    Wilmington, Delaware 19806
>    Telephone: (302) 351-9010
>    Facsimile: (302) 635-1805

>    -AND-

>    Matthew J. Peterson
>    SIMMONS HANLY CONROY, LLC One Court Street
>    Alton, IL 62002
>    Telephone: (618) 259-2222
>    Facsimile: (618) 259-2251

11.    Appellee Lawrence Fitzpatrick, the Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust, is represented by:

>    James L. Patton, Jr.
>    Edwin J. Harron
>    Sharon M. Zieg
>    YOUNG CONAWAY STARGATT & TAYLOR, LLP
>    1000 North King Street
>    Wilmington, Delaware 19801
>    Telephone: (302) 571-6600
>    Facsimile: (302) 571-1253

12.    Appellee Waters Kraus & Paul is represented by:

>    Natalie D. Ramsey
>    Davis Lee Wright
>    MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
>    1105 North Market Street, 15th Floor

Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820

-AND-

Peter A. Kraus
Leslie MacLean
WATERS KRAUS & PAUL
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252

13.    Appellee Lipsitz & Ponterio LLC is represented by:

Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820

-AND-

John N. Lipsitz
Ryan D. Ledebur
LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202
Telephone: (716) 849-0701
Facsimile: (716) 849-0708

14.    Appellees unidentified claimants represented by Ashcraft & Gerel, LLP are represented by:

David M. Layton
ASHCRAFT & GEREL, LLP
10 East Baltimore Street, Suite 1212
Baltimore, Maryland 21202
Telephone: (410) 539-1122
Facsimile: (410) 547-1261

15.    Appellee the Trust Advisory Committee of the Combustion Engineering 524(g) Asbestos
PI Trust is represented by:

>   Joseph D. Frank
>   Reed Heiligman
>   FRANKGECKER, LLP
>   325 N. LaSalle Street, Suite 625
>   Chicago, Illinois 60654
>   Telephone: (312) 276-1400
>   Facsimile: (312) 276-0035

16.    Appellees Reorganized Debtors Armstrong World Industries, Inc., et al. are represented
by:

>   Mark D. Collins
>   Jason Madron
>   RICHARDS LAYTON & FINGER, PA
>   920 North King Street
>   Wilmington, Delaware 19801
>   Telephone: (302) 651-7700
>   Facsimile: (302) 651-7701
>
>   -AND-
>
>   Stephen Karotkin
>   WEIL, GOTSHAL & MANGES LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Telephone: (212) 310-8000
>   Facsimile: (212) 310-8007

17.    The Office of the United States Trustee is represented by:

>   Richard L. Schepacarter
>   Office of the U.S. Trustee
>   U.S. Department of Justice
>   844 King Street, Suite 2207
>   Lockbox #35
>   Wilmington, Delaware 19801
>   Telephone: (302) 573-6491
>   Facsimile: (302) 573-6497

Dated: December 5, 2016
Bear, Delaware

THE NORTH AMERICAN REFRACTORIES
COMPANY ASBESTOS PERSONAL INJURY
SETTLEMENT TRUST ADVISORY
COMMITTEE

*/s/Anthony M. Saccullo*
Anthony M. Saccullo
Thomas H. Kovach
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877

-AND-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 379-6000
Facsimile: (212) 379-6001

Ann C. McMillan
Kevin C. Maclay
Todd E. Phillips
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for The North American Refractories*
*Company Asbestos Personal Injury Settlement Trust*
*Advisory Committee*