**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>    Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3814** |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>    Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10880** |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>    Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 3566** |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>    Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 9402** |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>    Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 10419** |

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 21177** |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>        Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**Re: Docket No. 4163** |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>        Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 12778** |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket No. 32793** |

## AMENDED NOTICE OF APPEAL

Honeywell International Inc. ("Honeywell"), by and through its undersigned counsel, hereby appeals[1] to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(1) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from

---

[1] This Amended Notice of Appeal supplements and replaces the Notice of Appeal filed on November 22, 2016, which was filed prior to this Court's entry of the Correcting Order (as defined below).

(i) the *Order* (the "Order")[2] and *Opinion Re Motion of Honeywell International, Inc. for Access to Rule 2019 Exhibits* (the "Opinion"),[3] each entered by the Bankruptcy Court on November 8, 2016, copies of which are attached hereto as Exhibits A & B respectively,[4] (ii) the *Correcting Order* entered by the Bankruptcy Court on December 1, 2016 (the "Correcting Order"),[5] a copy of which is attached hereto as Exhibit C,[6] and (iii) all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order, Opinion, or the Correcting Order.

The names of all parties to the Order, Opinion, and Correcting Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1.  Appellant, Honeywell International Inc., is represented by:

    Justin Edelson
    POLSINELLI PC
    222 Delaware Avenue, Suite 1101
    Wilmington, Delaware 19801
    Telephone: (302) 252-0920
    Facsimile: (302) 252-0921

    -AND-

---

[2] This Order was filed in: Case No. 02-12687 at Docket No. 3810; Case No. 00-04471 at Docket No. 10876; Case No. 03-10495 at Docket No. 3562; Case No. 04-11300 at Docket No. 9398; Case No. 02-10429 at Docket No. 10415; Case No. 00-03837 at Docket No. 21173; Case No. 01-02471 at Docket No. 4159; Case No. 01-02094 at Docket No. 12774; and Case No. 01-01139 at Docket No. 32788.

[3] This Opinion was filed in: Case No. 02-12687 at Docket No. 3809; Case No. 00-04471 at Docket No. 10875; Case No. 03-10495 at Docket No. 3561; Case No. 04-11300 at Docket No. 9397; Case No. 02-10429 at Docket No. 10414; Case No. 00-03837 at Docket No. 21172; Case No. 01-02471 at Docket No. 4158; Case No. 01-02094 at Docket No. 12773; and Case No. 01-01139 at Docket No. 32787

[4] Attached are copies of the Order and Opinion as filed in Case No. 01-01139 at Docket Nos. 32788 and 32787 respectively, which are representative of the Order and Opinion filed in each of the above-captioned cases.

[5] The Correcting Order was filed in: Case No. 02-12687 at Docket No. 3833; Case No. 00-04471 at Docket No. 10898; Case No. 03-10495 at Docket No. 3586; Case No. 04-11300 at Docket No. 9423; Case No. 02-10429 at Docket No. 10437; Case No. 00-03837 at Docket No. 21196; Case No. 01-02471 at Docket No. 4180; Case No. 01-02094 at Docket No. 12796; and Case No. 01-01139 at Docket No. 929598.

[6] Attached is a copy of the Correcting Order as filed in Case No. 01-01139 at Docket No. 929598, which is representative of the Correcting Order filed in each of the above-captioned cases.

55394565.1

       Peter John Sacripanti
       John J. Calandra
       Darren Azman
       MCDERMOTT WILL & EMERY LLP
       340 Madison Avenue
       New York, New York 10173
       Telephone: (212) 547-5400
       Facsimile: (212) 547-5444

2.     Party-in-interest, Ford Motor Company, is represented by:

       Christian J. Singewald
       James S. Yoder
       WHITE & WILLIAMS LLP
       824 Market Street, Suite 902
       P.O. Box 709
       Wilmington, Delaware 19899-0709
       Telephone: (302) 467-4524
       Facsimile: (302) 467-4554

       -AND-

       K. Elizabeth Sieg
       MCGUIREWOODS LLP
       800 East Canal Street
       Richmond, Virginia 23219
       Telephone: (804) 775-1000
       Facsimile: (804) 698-2255

3.     Appellees, Reorganized Debtors W.R. Grace & Co., *et al.*, are represented by:

       Laura Davis Jones
       James E. O'Neill
       PACHULSKI STANG ZIEHL & JONES LLP
       919 North Market Street, 17th Floor
       P.O. Box 8705
       Wilmington, Delaware 19899
       Telephone: (302) 652-4100
       Facsimile: (302) 652-4400

       -AND-

- 5 -

    Roger J. Higgins
    THE LAW OFFICES OF ROGER HIGGINS
    111 East Wacker Drive
    Suite 2800
    Chicago, Illinois 60601
    Telephone: (312) 836-4047

4.    Appellees, Reorganized Debtors Owens Corning, *et al.*, are represented by:

    Mark Minuti
    Lucian Murley
    SAUL EWING LLP
    1201 North Market Street, Suite 2300
    Wilmington, Delaware 19801
    Telephone: (302) 421-6898
    Facsimile: (302) 421-5864

    Adam H. Isenberg
    SAUL EWING LLP
    1500 Market Street, 38th Floor
    Philadelphia, Pennsylvania 19102
    Telephone: (215) 972-8662

5.    Appellee, The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee, is represented by:

    Anthony M. Saccullo
    Thomas H. Kovach
    A.M. SACCULLO LEGAL, LLC
    27 Crimson King Drive
    Bear, Delaware 19701
    Telephone: (302) 836-8877
    Facsimile: (302) 836-8787

      -AND-

    Elihu Inselbuch
    CAPLIN & DRYSDALE, CHARTERED
    600 Lexington Avenue, 21st Floor
    New York, New York 10022
    Telephone: (212) 379-6000
    Facsimile: (212) 379-6001

  Ann C. McMillan
  Kevin C. Maclay
  Todd E. Phillips
  CAPLIN & DRYSDALE, CHARTERED
  One Thomas Circle, NW
  Suite 1100
  Washington, DC 20005
  Telephone: (202) 862-5000
  Facsimile: (202) 429-3301

6. Appellee, Jacobs & Crumplar, P.A., is represented by:

  Thomas Crumplar
  JACOBS & CRUMPLAR, P.A.
  2 East 7th Street
  P.O. Box 1271
  Wilmington, DE 19899
  Telephone: (302) 656-5445
  Facsimile: (302) 656-5875

7. Appellees, the ACandS, Inc. Asbestos Settlement Trust Advisory Committee, the Armstrong World Industries, Inc. Asbestos Personal Injury Trust Advisory Committee, The Flintkote Company Asbestos Personal Injury Trust Advisory Committee, the Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust Advisory Committee, the Owens Corning/Fibreboard Asbestos Personal Injury Trust Advisory Committee, the United States Gypsum Asbestos Personal Injury Trust Advisory Committee, the United States Mineral Products Company Asbestos Personal Injury Trust Advisory Committee, and the WRG Asbestos Personal Injury Trust Advisory Committee, are represented by:

  Anthony M. Saccullo
  Thomas H. Kovach
  A.M. SACCULLO LEGAL, LLC
  27 Crimson King Drive
  Bear, Delaware 19701
  Telephone: (302) 836-8877

   -AND-

  Elihu Inselbuch
  CAPLIN & DRYSDALE, CHARTERED
  600 Lexington Avenue, 21st Floor
  New York, New York 10022
  Telephone: (212) 379-6000
  Facsimile: (212) 379-6001

      Ann C. McMillan
      Kevin C. Maclay
      Todd E. Phillips
      CAPLIN & DRYSDALE, CHARTERED
      One Thomas Circle, NW
      Suite 1100
      Washington, DC 20005
      Telephone: (202) 862-5000
      Facsimile: (202) 429-3301

8.    Appellee, Motley Rice, LLC, is represented by:

      Daniel K. Hogan
      HOGAN MCDANIEL
      1311 Delaware Avenue
      Wilmington, Delaware 19806
      Telephone: (302) 656-7540
      Facsimile: (302) 656-7599

        -AND-

      Joseph F. Rice
      John A. Baden, IV
      MOTLEY RICE, LLC
      28 Bridgeside Blvd.
      P.O. Box 1792
      Mount Pleasant, SC 29465
      Telephone: (843) 216-9000
      Facsimile: (843) 216-9440

9.    Appellee, James J. McMonagle, the Future Claimants' Representative for the Flintkote Asbestos Trust, is represented by:

      James L. Patton, Jr.
      Edwin J. Harron
      Sharon M. Zieg
      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

- 8 -

10. Appellee, Simmons Hanly Conroy LLC, is represented by:

   Edward J. Kosmowski
   THE LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC
   2 Mill Road, Suite 202
   Wilmington, Delaware 19806
   Telephone: (302) 351-9010
   Facsimile: (302) 635-1805

   -AND-

   Matthew J. Peterson
   SIMMONS HANLY CONROY, LLC
   One Court Street
   Alton, IL 62002
   Telephone: (618) 259-2222
   Facsimile: (618) 259-2251

11. Appellee, Lawrence Fitzpatrick, the Representative for the North American Refractories Company Asbestos Personal Injury Settlement Trust, is represented by:

   James L. Patton, Jr.
   Edwin J. Harron
   Sharon M. Zieg
   YOUNG CONAWAY STARGATT & TAYLOR, LLP
   1000 North King Street
   Wilmington, Delaware 19801
   Telephone: (302) 571-6600
   Facsimile: (302) 571-1253

12. Appellee, Waters Kraus & Paul, is represented by:

   Natalie D. Ramsey
   Davis Lee Wright
   MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
   1105 North Market Street, 15th Floor
   Wilmington, Delaware 19801
   Telephone: (302) 504-7800
   Facsimile: (302) 504-7820

   -AND-

Peter A. Kraus
Leslie MacLean
WATERS KRAUS & PAUL
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252

13. Appellee, Lipsitz & Ponterio, LLC, is represented by:

Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820

-AND-

John N. Lipsitz
Ryan D. Ledebur
LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202
Telephone: (716) 849-0701
Facsimile: (716) 849-0708

14. Appellees, unidentified claimants represented by Ashcraft & Gerel, LLP, are represented by:

David M. Layton
Ashcraft & Gerel, LLP
10 East Baltimore Street, Suite 1212
Baltimore, Maryland 21202
Telephone: (410) 539-1122
Facsimile: (410) 547-1261

15. Appellee, the Trust Advisory Committee of the Combustion Engineering 524(g) Asbestos PI Trust, is represented by:

    Joseph D. Frank
    Reed Heiligman
    FRANKGECKER, LLP
    325 N. LaSalle Street, Suite 625
    Chicago, Illinois 60654
    Telephone: (312) 276-1400
    Facsimile: (312) 276-0035

16. Appellees, Reorganized Debtors Armstrong World Industries, Inc., *et al.*, are represented by:

    Mark D. Collins
    Jason Madron
    RICHARDS LAYTON & FINGER, PA
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -AND-

    Stephen Karotkin
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

17. The Office of the United States Trustee is represented by:

    Richard L. Schepacarter
    Office of the U.S. Trustee
    U.S. Department of Justice
    844 King Street, Suite 2207
    Lockbox #35
    Wilmington, Delaware 19801
    Telephone: (302) 573-6491
    Facsimile: (302) 573-6497

55394565.1

Dated: December 6, 2016
       Wilmington, Delaware

                    POLSINELLI PC

                    */s/ Justin K. Edelson*
                    Justin Edelson (Del. Bar No. 5002)
                    222 Delaware Avenue, Suite 1101
                    Wilmington, Delaware 19801
                    Telephone: (302) 252-0920
                    Facsimile: (302) 252-0921

                      -AND-

                    MCDERMOTT WILL & EMERY LLP
                    Peter John Sacripanti *(admitted pro hac vice)*
                    John J. Calandra *(admitted pro hac vice)*
                    Darren Azman *(admitted pro hac vice)*
                    340 Madison Avenue
                    New York, New York 10173-1922
                    Telephone: (212) 547-5400
                    Facsimile: (212) 547-5444

                    *Attorneys for Honeywell International Inc.*