# CERTIFICATE OF SERVICE

I, Justin K. Edelson, of Polsinelli PC, hereby certify that on the 6th day of December, 2016, I caused to be served a copy of the *Amended Notice of Appeal* upon the parties listed below via first class mail.

| | |
|---|---|
| Christian J. Singewald<br>James S. Yoder<br>White & Williams LLP<br>824 Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, Delaware 19899-0709 | K. Elizabeth Sieg<br>McGuireWwoods LLP<br>800 East Canal Street<br>Richmond, Virginia 23219 |
| Laura Davis Jones<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 | Roger J. Higgins<br>The Law Offices of Roger Higgins<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601 |
| Mark Minuti<br>Lucian Murley<br>Saul Ewing LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, Delaware 19801 | Adam H. Isenberg<br>Saul Ewing LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102 |
| Anthony M. Saccullo<br>Thomas H. Kovach<br>A.M. Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, Delaware 19701 | Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue, 21st Floor<br>New York, New York 10022 |
| Ann C. McMillan<br>Kevin C. Maclay<br>Todd E. Phillips<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Suite 1100<br>Washington, DC 20005 | Daniel K. Hogan<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806 |
| Joseph F. Rice<br>John A. Baden, IV<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | James L. Patton, Jr.<br>Edwin J. Harron<br>Sharon M. Zieg<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801 |

55394565.1

- 2 -

| | |
|---|---|
| Natalie D. Ramsey<br>Davis Lee Wright<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, Delaware 19801 | Peter A. Kraus<br>Leslie MacLean<br>Waters Kraus & Paul<br>3219 McKinney Avenue<br>Dallas, Texas 75204 |
| Edward J. Kosmowski<br>The Law Office of Edward J. Kosmowski, LLC<br>2 Mill Road, Suite 202<br>Wilmington, Delaware 19806 | Matthew J. Peterson<br>Simmons Hanly Conroy, LLC<br>One Court Street<br>Alton, IL 62002 |
| David M. Layton<br>Ashcraft & Gerel, LLP<br>10 East Baltimore Street, Suite 1212<br>Baltimore, Maryland 21202 | John N. Lipsitz<br>Ryan D. Ledebur<br>Lipsitz & Ponterio, LLC<br>135 Delaware Avenue, 5th Floor<br>Buffalo, New York 14202 |
| Mark D. Collins<br>Jason Madron<br>Richards Layton & Finger, PA<br>920 North King Street<br>Wilmington, Delaware 19801 | Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Richard L. Schepacarter<br>Office of the U.S. Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801 | Thomas Crumplar<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899 |
| Joseph D. Frank<br>Reed Heiligman<br>FrankGecker, LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | |

                                              */s/ Justin K. Edelson*
                                              Justin K. Edelson (Del. Bar No. 5002)

55394565.1