UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>      Debtor. | Case No. 02-12687 (KG)<br><br>Chapter 11 |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>      Debtors. | Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>      Debtor. | Case No. 03-10495 (KG)<br><br>Chapter 11 |
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>      Debtors. | Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>      Debtors. | Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

18144311v.1

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>　　　Debtors. | Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>　　　Debtor. | Case No. 01-02471 (KG)<br><br>Chapter 11 |
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>　　　Debtors. | Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　Debtors. | Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Amended Notice of Appeal* using the Court's CM/ECF system on this 6th day of December, 2016 with the United States Bankruptcy Court for the District of Delaware.

Dated: December 6, 2016　　　　　　　　FORD MOTOR COMPANY
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　/s/ *Christian J. Singewald*
　　　　　　　　　　　　　　　　　　　　Christian J. Singewald (Del. Bar No. 3542)

18144311v.1

WHITE & WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4510
Facsimile: (302) 467-4547

-AND-

K. Elizabeth Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

*Counsel for Ford Motor Company*

18144311v.1