UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139         BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 16-1096

Item(s) Transmitted:

| | | |
|---|---|---|
| Amended Notice of Appeal | **Docket #:** 929605 | **Date Entered:** 12/6/16 |
| Correcting Order | **Docket #:** 929598 | **Date Entered:** 12/1/16 |
| | **Docket #:** | **Date Entered:** |

**Notes:**

Correcting Order is related to Opinion and Order already on Appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/6/16         **by:** Sara Hughes
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-55