**UNITED STATES BANKRUPTCY AND DISTRICT COURTS**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ACANDS, INC.,<br><br>              Debtor. | Bankr. Case No. 02-12687 (KG)<br><br>Chapter 11<br><br>**Re: Docket Nos. 3816, 3841** |
| FORD MOTOR COMPANY,<br><br>              Appellant,<br><br>       v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>              Appellee. | Dist. Case No. 16-1099 (LPS) |
| In re:<br><br>ARMSTRONG WORLD INDUSTRIES, INC., *et al.*,<br><br>              Debtors. | Bankr. Case No. 00-04471 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 10881, 10906** |

116

18149065v.1

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1100 (LPS) |

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>        Debtor. | Bankr. Case No. 03-10495 (KG)<br><br>Chapter 11<br><br>**Re: Docket Nos. 3567, 3594** |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>       Appellee. | Dist. Case No. 16-1101 (LPS) |

117

| | |
|---|---|
| In re:<br><br>THE FLINTKOTE COMPANY, *et al.*,<br><br>        Debtors. | Bankr. Case No. 04-11300 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 9403, 9430** |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1102 (LPS) |

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, *et al.*,<br><br>        Debtors. | Bankr. Case No. 02-10429 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 10420, 10444** |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>    v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1103 (LPS) |

118

18149065v.1

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors. | Bankr. Case No. 00-03837 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 21178, 21204** |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1104 (LPS) |
| In re:<br><br>UNITED STATES MINERAL PRODUCTS COMPANY,<br><br>        Debtor. | Bankr. Case No. 01-02471 (KG)<br><br>Chapter 11<br><br>**Re: Docket Nos. 4164, 4188** |

119

18149065v.1

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1105 (LPS) |

| | |
|---|---|
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>        Debtors. | Bankr. Case No. 01-02094 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 12779, 12803** |
| FORD MOTOR COMPANY,<br><br>        Appellant,<br><br>   v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>        Appellee. | Dist. Case No. 16-1106 (LPS) |

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　Debtors. | Bankr. Case No. 01-01139 (KG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**Re: Docket Nos. 32794, 929606** |
| FORD MOTOR COMPANY,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>THE NORTH AMERICAN REFRACTORIES COMPANY ASBESTOS PERSONAL INJURY SETTLEMENT TRUST ADVISORY COMMITTEE,<br><br>　　　　　　Appellee. | Dist. Case No. 16-1098 (LPS) |

## CERTIFICATE OF SERVICE

　　I hereby certify that on this 6th day of December, 2016 the foregoing document was filed and served via the CM/ECF systems of the United States Bankruptcy and District Courts for the District of Delaware to all parties registered to receive such notice in the above-captioned cases.

Dated: December 6, 2016　　　　　　FORD MOTOR COMPANY
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　*/s/Christian J. Singewald*
　　　　　　　　　　　　　　　　　　Christian J. Singewald (Del. Bar No. 3542)
　　　　　　　　　　　　　　　　　　WHITE & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　824 Market Street, Suite 902
　　　　　　　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0709
　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4510
　　　　　　　　　　　　　　　　　　Facsimile: (302) 467-4547

　　　　　　　　　　　　　　　　　　　-AND-

　　　　　　　　　　　　　　　　　121

18149065v.1

<div style="margin-left: 40%;">

K. Elizabeth Sieg (admitted *pro hac vice*)  
MCGUIREWOODS LLP  
800 East Canal Street  
Richmond, Virginia 23219  
Telephone: (804) 775-1000  
Facsimile: (804) 698-2255  

*Counsel for Ford Motor Company*

</div>