UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139          BK ⦿   AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Granting with Restrictions Motion of Honeywell International Inc for Access to Rule 2019 Exhibits; Correcting Order

**Docket #:** 32787, 32788, 929598   **Date Entered:** 11/8/16; 12/1/16

Item Transmitted:

| | Item | Docket # | Date Filed |
|---|---|---|---|
| ☐ | Notice of Appeal | | |
| ☐ | Amended Notice of Appeal | | |
| ✓ | Cross Appeal | 929602 | 12/5/16 |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

The North American Refractories Company Asbestos Personal Injury Settlement Trust Advisory Committee

**Appellee/Cross Appellee**

Honeywell International Inc

**Counsel for Appellant/Cross Appellant:**

Anthony M. Saccullo
A.M. Saccullo Legal LLC
27 Crimson King Drive
Bear, DE 19701

**Counsel for Appellee/Cross Appellee:**

Justin Edelson
Polsinelli PC
222 Delaware Ave, Suite 1101
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ⦿ | ○ |
| IFP application filed by applicant? | ○ | ⦿ |
| Have additional appeals of the same order been filed? | ⦿ | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ⦿ | ○ |

Civil Action Number: 16-1096, 16-1098

(continued on next page)

**Notes:** docket numbers are out of sequence due to system error

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/7/16     **by:** Sara Hughes
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-79