**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | ) | Chapter 11 | |
|---|---|---|---|
| | ) | | |
| Owens Corning | ) | Case No. 00-3837(KG) | D.I. 21173 |
| Armstrong World Industries, Inc. | ) | Case No. 00-4471(KG) | D.I. 10876 |
| W.R. Grace & Co. | ) | Case No. 01-1139(KG) | D.I. 32788 |
| USG Corp. | ) | Case No. 01-2094(KG) | D.I. 12774 |
| US Minerals Products Company | ) | Case No. 01-2471(KG) | D.I. 4159 |
| Kaiser Aluminum Corp. | ) | Case No. 02-10429(KG) | D.I. 10415 |
| ACandS, Inc. | ) | Case No. 02-12687(KG) | D.I. 3810 |
| Combustion Engineering, Inc. | ) | Case No. 03-10495(KG) | D.I. 3562 |
| The Flintkote Company | ) | Case No. 04-11300(KG) | D.I. 9398 |
| | ) | | |
| Debtors. | ) | | |

**CORRECTING ORDER**

In the Motion of Honeywell International Inc. For Stay Pending Appeal, Honeywell pointed out an error in the Opinion and Order (the "Order") which the Court entered on November 8, 2016. The Court is rectifying its error. The Court, writing as if the material to be produced, i.e., any Rule 2019 Exhibit except Retention Agreements, remained solely in the custody of the Clerk of the Court, ordered Honeywell and Ford to "bear the cost of the facilitator and copying of the Rule 2019 Exhibits." In fact, redacted Rule 2019 Exhibits are in the custody of the Bankruptcy Court for the Western District of Pennsylvania. The Rule 2019 Exhibits were gathered under the supervision of Karl Schieneman. The Rule 2019 Exhibits already collected should be made available to Honeywell and Ford on the terms set forth in the Order, with adjustments which Mr. Schieneman will suggest. There is no reason for Honeywell and Ford to bear the cost of the repeated reproduction of the

Rule 2019 Exhibits. Karl Schieneman is named the facilitator and charged with collecting the Rule 2019 Exhibits from the Bankruptcy Court for the Western District of Pennsylvania and supervising their production to Honeywell and Ford consistent with the Order. The Order is amended to include this correction.

SO ORDERED.

Dated: November 30, 2016

KEVIN GROSS, U.S.B.J.