UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139          BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 16-1098

Item(s) Transmitted:

| Item | Docket # | Date Entered |
|---|---|---|
| Amended Notice of Appeal | 929606 | 12/6/16 |
| Correcting Order | 929598 | 12/1/16 |
|  |  |  |

**Notes:**

Correcting Order is related to Opinion and Order already on appeal

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/7/16          **by:** Sara Hughes
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-64