UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139           BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Granting with Restrictions Motion of Honeywell International Inc for Access to Rule 2019 Exhibits; Correcting Order

**Docket #:** 32787, 32788, 929598   **Date Entered:** 11/8/16; 12/1/16

Item Transmitted:

| | | Docket #: | Date Filed: |
|---|---|---|---|
| ☐ | Notice of Appeal | | |
| ☐ | Amended Notice of Appeal | | |
| ☑ | Cross Appeal | 929608 | 12/6/16 |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

Lawrence Fitzpatrick

**Appellee/Cross Appellee**

Honeywell International Inc

**Counsel for Appellant/Cross Appellant:**

Sharon M. Zieg
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Justin Edelson
Polsinelli PC
222 Delaware Ave, Suite 1101
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ● | ○ |
| ***If Yes, has District Court assigned a Civil Action Number?** | ● | ○ |

**Civil Action Number:** 16-1096, 16-1098

*(continued on next page)*

**Notes:**  docket numbers are out of sequence due to system error

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/7/16    **by:** Sara Hughes _____
                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-80