UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 01-1139                          BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Granting with Restrictions Motion of Honeywell International Inc for Access to Rule 2019 Exhibits; Correcting Order

**Docket #:** 32787, 32788, 929598    **Date Entered:** 11/8/16; 12/1/16

Item Transmitted:

| | | | |
|---|---|---|---|
| ☐ Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☑ Cross Appeal | Docket #: 929610 | Date Filed: 12/6/16 | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

James J. McMonagle

**Appellee/Cross Appellee**

Honeywell International Inc

**Counsel for Appellant/Cross Appellant:**

Sharon M. Zieg
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Justin Edelson
Polsinelli PC
222 Delaware Ave, Suite 1101
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

Civil Action Number: 16-1096, 16-1098

(continued on next page)

**Notes:**   docket numbers are out of sequence due to system error

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/7/16          **by:**_____
                                    Sara Hughes
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-81