# Notice Recipients

District/Off: 0311−1     User: GingerM     Date Created: 9/25/2017
Case: 01−01139−KG     Form ID: ntcBK     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     M. Dawes Cooke, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Curtis A Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Deborah D. Williamson | dwilliamson@dykema.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Meghan E.B. DeBard | mdebard@coxsmith.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |
| aty | William D. Sullivan | bsullivan@sha−llc.com |

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. Grace & Co., et al.     7500 Grace Drive     Columbia, MD 21044
aty     Bruce Grohsgal     Pachulski, Stang, Ziehl, Young, Jones     919 N. Market Street     16th Floor     Wilmington, DE 19801
aty     David E Grassmick     The Law Offices of Roger Higgins LLC     1 N. Bishop Street, Suite 14     Chicago, IL 60607
aty     Gregory M. Gordon     Jones Day     2727 North Harwood Street     Dallas, TX 75201−1515
aty     James E. O'Neill     Pachulski Stang Ziehl & Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705
aty     M. Dawes Cooke, Jr.     Barnwell Whaley Paterson & Helms LLC     288 Meeting St.     Ste 200 (29401)     Post Office Drawer H     Charleston, SC 29402
aty     Roger J. Higgins, P.C.     The Law Offices of Roger Higgins LLC     111 East Wacker Driver     Suite 2800     Chicago, IL 60601

TOTAL: 7