UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  01-01139      BK ●   AP ○

If AP, related BK case number:

Title of Order Appealed:  Order Enforcing Plan and Confirmation Order Against Internal Revenue Service

Docket #:  32955      Date Entered:  10/23/17

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 32970 | Date Filed: | 11/2/17 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

United States of America
on behalf of the
Internal Revenue Service

**Appellee/Cross Appellee**

W.R. Grace & Co. et al

**Counsel for Appellant/Cross Appellant:**

Ward W. Benson
USDOJ
PO Box 227, Ben Franklin Station
Washington, DC 20044

**Counsel for Appellee/Cross Appellee:**

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, PO Box 8705
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| Filing fee paid? | ○ | ● |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:**     Fee not required by USDOJ

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/6/17     **by:** Sara Hughes _____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    17-43