IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | **Re: Docket Nos.: 33216, 33217** |
| | | **and 929630** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of March, 2021, I caused a

copy of the following document to be served on the individuals on the attached service list in the

manner indicated:

**OPINION [DOCKET NO. 33216];**

**[SIGNED] ORDER [DOCKET NO. 33217]; AND**

**NOTICE OF HEARING [DOCKET NO. 929630].**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1]   W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining Reorganized Debtor and
Case no. 01-1139 is the sole remaining open chapter 11 case.

WR Grace & Co., et al. Gary Smolker
Email/Overnight Service List
Case No. 01-1139 (AMC)
Document No. 232423.2
01 – Overnight Delivery
01- Email

**OVERNIGHT DELIVERY**
Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA  91436-2609
**Email:  GSmolker@aol.com**

WR Grace & Co., et al. Supplemental
Smolker Service List for Home Saving
Termite Control and Wayne Morris
Case No. 01-1139 (AMC)
Document No. 233001.1
**03 – First Class Mail**

**FIRST CLASS MAIL**
(Counsel for Termite Control)
Prindle, Decker & Amaro
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Wayne Morris)
Prindle, Decker & Amarro
c/o Gary E. Yardumian
310 Golden Shore, 4th Floor
Long Beach, CA  90802

**FIRST CLASS MAIL**
(Counsel for Home Savings Termite
Control, Inc. and Wayne Morris)
Jack C. Nick, Esquire
Prindle, Goetz, Barnes & Reinholtz LLP
310 Golden Shore Pkwy, 4th Floor
Long Beach, CA  90802