IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace & Co., et al

| | | |
|---|---|---|
| Gary Smolker | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 21-cv-460 |
| W.R. Grace & Co., et al | ) | |
| Appellees, | ) | Bankruptcy Case No. 01-01139-AMC  Bankruptcy BAP No. 21-16 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated March 16, 2021 was docketed in the District Court on March 29, 2021:

**Order Granting Debtor's Motion For Summary Judgment**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                          John A. Cerino
                                                                          Clerk of Court

Date:   March 29, 2021
CC.     U.S. Bankruptcy Court
        Counsel via CM/ECF
        Appellant via mail