IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2021 MAR 29 AM 11: 56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case Number: 01-01139 (AMC) |
| W. R. GRACE & CO., | ) | |
| | ) | AFFIDAVIT OF SERVICE |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF LOS ANGELES      )

Sabrina Jones, being duly sworn, deposes and says:

1.   I am a resident of the State of California over the age of eighteen years and am not a party to the above referenced action.  My business address is 16055 Ventura Boulevard – Suite 525, Encino, California 91436.

2.   On March 26, 2021, I caused to be served the Notice of Appeal and Statement of Election dated March 26, 2021, by causing a true and correct copy to be enclosed securely in separate pre-paid envelopes and delivered via first class mail to those parties listed hereinbelow.

3.   Executed on March 26, 2021 at Encino, California.  I declare under penalty of perjury and the laws of the United States of America that the above is true and correct.

DATED:  March 26, 2021

_____
SABRINA JONES

### SERVICE LIST

Attorneys for W.R. Grace & Co.

Roger Higgins, Esq.
Law Offices of Roger Higgins, LLC
516 North Ogden Avenue – Suite 136
Chicago, Illinois 60642

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl and Jones, LLP
919 North Market Street – 17th Floor
Wilmington, Delaware 19899