<u>**EXHIBIT A**</u>

**Arizona-Chevron Litigation Docket (8/15 – 9/3/2021)**

STAY-CASE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21-cv-00575-DJH

| | |
|---|---|
| Kraft v. Chevron Corporation et al | Date Filed: 04/02/2021 |
| Assigned to: Judge Diane J Humetewa | Jury Demand: None |
| Related Cases: 2:19-cv-05181-JJT | Nature of Suit: 470 Other Statutes: Racketeer/Corrupt Organization |
| 2:19-cv-05697-JJT | Jurisdiction: Federal Question |
| 2:20-cv-01491-DLR | |
| 2:20-cv-02004-SPL | |
| 2:21-cv-00154-SMB | |

Cause: 18:1961 Racketeering (RICO) Act

**Plaintiff**

**Rune Kraft**  represented by  **Rune Kraft**
108 W 13th St.
Wilmington, DE 19801
302-408-1000
Email: rk@kraft.legal
PRO SE

V.

**Defendant**

**Chevron Corporation**  represented by  **Edward F Fernandes**
*a Delaware corporation*  King & Spalding LLP - Austin, TX
500 W 2nd St., Ste. 1800
Austin, TX 78701
512-297-6921
Email: efernandes@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erich J Almonte**
King & Spalding LLP - Houston, TX
1100 Louisiana, Ste. 4000
Houston, TX 77002-5213
713-276-7378
Email: ealmonte@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Petroleum Services Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
Gubler & Abbott
1110 N Chinowth St.
Visalia, CA 93291
559-625-9600
Fax: 559-625-9605
Email: brett@thecalifornialawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Petroleum Systems Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**French Camp LLC**
*a California limited liability company*
*TERMINATED: 07/07/2021*

represented by **Brett T Abbott**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Pacific Investments**
*a California based business entity*
*TERMINATED: 07/07/2021*

**Defendant**

**Silvas Oil Company Incorporated**
*a California corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**Acclaim Credit Technologies**
*a Califronia corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**Cunningham & Associates Real Estate LLC**
*an Arizona limited liability company*

**Defendant**

**Burr Commercial Properties**
*a California corporation*
*TERMINATED: 07/07/2021*

**Defendant**

**International Credit Recovery Incorporated**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

**W.R. Grace & Company**　　　　　　　　represented by **Justin Donald Balser**
*a Connecticut company*　　　　　　　　　　　　　　　　　Akerman LLP - Denver, CO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1900 16th St., Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　303-260-7712
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303-260-7714
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: justin.balser@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Mitchell Brown General Engineering Incorporated**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

**San Joaquin Sand & Gravel**
*a California company*
*TERMINATED: 07/07/2021*

**Defendant**

**Kaweah River Rock Company**
*a California business entity*

**Defendant**

**California State Board of Equalization**
*an entity of the State of California*
*TERMINATED: 07/07/2021*

**Defendant**

**Tulare County Superior Court**
*an entity of the State of California*
*TERMINATED: 07/07/2021*

**Defendant**

**ORIX Financial Services Incorporated**　　represented by **Brian Schulman**
*a New York company*　　　　　　　　　　　　　　　　　Ballard Spahr LLP - Phoenix, AZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 E Washington St., Ste. 2300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004-2555
　　　　　　　　　　　　　　　　　　　　　　　　　　　　602-798-5419
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 602-798-5595

Email: SchulmanB@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Lee Turbenson**
Ballard Spahr LLP - Phoenix, AZ
1 E Washington St., Ste. 2300
Phoenix, AZ 85004-2555
602-798-5400
Email: turbensonm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Alroy J Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Richard D Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Larry P Oliver**
*a California resident*
*TERMINATED: 07/07/2021*

**Defendant**

**Eric M Black LLC**
*a California limited liability company*
*TERMINATED: 07/07/2021*

**Defendant**

**Cemex Incorporated**                     represented by **Cory L Braddock**
*a Louisiana corporation*                                  Snell & Wilmer LLP - Phoenix, AZ
                                                           1 Arizona Center
                                                           400 E Van Buren
                                                           Phoenix, AZ 85004-2202
                                                           602-382-6000
                                                           Fax: 602-382-6070
                                                           Email: cbraddock@swlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Justin Alexander Anderson**
Jeffer Mangels Butler & Mitchell LLP - Los Angeles, CA
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067
310-203-8080
Fax: 310-203-0567
Email: janderson@jmbm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vince Lee Farhat**
Jeffer Mangels Butler & Mitchell LLP - Los Angeles, CA
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067
310-203-8080
Fax: 310-203-0567
Email: vfarhat@jmbm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lehigh Hanson Incorporated**
*a Delaware corporation*

represented by **Jacob R Sorensen**
Pillsbury Winthrop Shaw Pittman LLP - San Francisco, CA
4 Embarcadero Ctr., 22nd Fl.
San Francisco, CA 94111
415-983-1893
Fax: 415-983-1200
Email: jake.sorensen@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John R Grenfell**
Pillsbury Winthrop Shaw Pittman LLP - San Francisco, CA
4 Embarcadero Ctr., 22nd Fl.
San Francisco, CA 94111
415-983-1488
Fax: 415-983-1200
Email: john.grenfell@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Parties**
*named as: DOES 1-10 (Inclusive)*
*TERMINATED: 07/07/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2021 | 62 | REPLY to Response to Motion re: 19 MOTION to Dismiss Case filed by Chevron Corporation. (Fernandes, Edward) (Entered: 08/16/2021) |
| 08/16/2021 | 63 | REPLY to Response to Motion re: 26 MOTION to Dismiss for Lack of JurisdictionMOTION to Dismiss for Failure to State a Claim *Reply in Support of Lehigh Hanson, Inc.s Motion to Dismiss Complaint for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim (Fed. R. Civ. P. 12(B)(2), (3), (6))* filed by Lehigh Hanson Incorporated. (Sorensen, Jacob) (Entered: 08/16/2021) |
| 08/16/2021 | 64 | * MOTION for Leave to File Surreply re: 19 Motion to Dismiss Case by Rune Kraft. (Attachments: # 1 Exhibit Surreply Memorandum in Opposition to Defendant Chevron Corporation's Motion to Dismiss)(Kraft, Rune) *Modified to correct reference to related document on 8/17/2021 (MFR). (Entered: 08/16/2021) |
| 08/16/2021 | 65 | *REPLY to Response to Motion re: 29 MOTION to Dismiss for Failure to State a Claim filed by CEMEX Incorporated. (Farhat, Vince) *Modified to reflect correct filers on 8/17/2021 (MFR). (Entered: 08/16/2021) |
| 08/16/2021 | 66 | REPLY re: 30 Request *re: JUDICIAL NOTICE* by Defendant Cemex Incorporated. (Farhat, Vince) (Entered: 08/16/2021) |
| 08/17/2021 | 67 | *MOTION for Leave to File Surreply re: 26 Motion to Dismiss by Rune Kraft. (Attachments: # 1 Exhibit Surreply Memorandum in Opposition to Defendant Lehigh Hanson's Motion to Dismiss)(Kraft, Rune) *Modified to correct reference to related document on 8/18/2021 (MFR). (Entered: 08/17/2021) |
| 08/17/2021 | 68 | *MOTION for Leave to File Surreply re: 68 MOTION to Dismiss for Failure to State a Claim by Rune Kraft. (Attachments: # 1 Exhibit Surreply Memorandum in Opposition to Defendant Cemex's Motion to Dismiss)(Kraft, Rune) *Modified to correct reference to related document on 8/18/2021 (MFR). (Entered: 08/17/2021) |
| 08/17/2021 | 69 | *MOTION for Leave to File Surreply re: 30 MOTION for Judicial Notice in Support of Defendant Cemex Inc.'s Motion to Dismiss Complaint re: 29 Motion to Dismiss for Failure to State a Claim by Rune Kraft. (Attachments: # 1 Exhibit Surreply Memorandum in Opposition to Defendant Cemex's Request for Judicial Notice)(Kraft, Rune) *Modified to correct reference to related document on 8/18/2021 (MFR). (Entered: 08/17/2021) |
| 08/23/2021 | 70 | ORDER: This matter is before the Court on a number of Motions (Docs. 24 ; 33 ; 64 ; 67 ; 68 ; 69 ). Plaintiff does not establish grounds for the Court to allow him to file Sur-Replies. Moreover, the Court previously ordered that Plaintiff may not file additional documents while this matter is stayed (Doc. 60 ). Therefore, IT IS ORDERED the Motions (Docs. 64 ; 67 ; 68 ; 69 ) are denied. Additionally, Plaintiff moves to withdraw his previous Motion to Substitute (Doc. 33 ). IT IS FURTHER ORDERED granting the Motion (Doc. 33 ) and the Motion to Substitute (Doc. 24 ) is stricken. ORDERED by Judge Diane J Humetewa on 8/23/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG) (Entered: 08/23/2021) |

| | | | |
|---|---|---|---|
| 08/23/2021 | 71 | REPLY to Response to Motion re: 23 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by ORIX Financial Services Incorporated. (Turbenson, Mitchell) (Entered: 08/23/2021) | |
| 08/26/2021 | 72 | NOTICE re: of Filing by W.R. Grace & Company . (Attachments: # 1 Exhibit Order entered 08/26/21 in Case No. 01-01139 (AMC) (D. Del. Bankr.))(Balser, Justin) (Entered: 08/26/2021) | |
| 08/27/2021 | 73 | MOTION For the Article III Court to Review the Order Issued by the Article I Court (Doc. 72) re: 72 Notice (Other) by Rune Kraft. (Attachments: # 1 Exhibit August 26, 2021 Order from Article I Court)(Kraft, Rune) (Entered: 08/27/2021) | |
| 09/01/2021 | 74 | NOTICE re: Notice of Filing by W.R. Grace & Company *of Documents Filed in Bankruptcy Action*. (Attachments: # 1 Exhibit EMergency Motion for Order, # 2 Exhibit Motion to Shorten Notice Period)(Balser, Justin) (Entered: 09/01/2021) | |
| 09/01/2021 | 75 | NOTICE re: Notice of Filing by W.R. Grace & Company *of Documents Filed in Bankruptcy Action*. (Attachments: # 1 Exhibit Notice of Hearing on Emergency Motion for Order Finding Kraft in Contempt)(Balser, Justin) (Entered: 09/01/2021) | |
| 09/01/2021 | 76 | NOTICE re: Corrected Notice of Filing by W.R. Grace & Company re: 74 Notice (Other) *of Documents Filed in Bankruptcy Action*. (Attachments: # 1 Exhibit Notice of Hearing on Emergency Motion for Order Finding Kraft in Contempt)(Balser, Justin) (Entered: 09/01/2021) | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/03/2021 06:49:47 | | | |
| **PACER Login:** | sheikh4689:3437018:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-00575-DJH Start date: 8/15/2021 End date: 9/3/2021 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |