# Exhibit B

**R. Kraft E-Mail Correspondence dated August 31, 2021**

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Tuesday, August 31, 2021 2:10 PM |
| **To:** | Roger Higgins |
| **Cc:** | 'James O'Neill'; 'Patricia Cuniff' |
| **Subject:** | RE: Motion for Civil Contempt |

Mr. Higgins,

I hereby acknowledge receipt of the documents. There is no need to send me the court filings by next-day mail service or any other kinds of mail service.

You may inform the Delaware based Article I court that I do not consent to its jurisdiction, and that I will not participate in any activities at the court.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Tuesday, August 31, 2021 4:59 PM
**To:** Rune Kraft <rk@kraft.legal>
**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>
**Subject:** Motion for Civil Contempt

Mr. Kraft,

Please find attached the *Reorganized Debtor's Emergency Motion for an Order Finding That Rune Kraft Is In Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of the Court's August 26 Order* [Docket no. 33259] (the "Contempt Motion") and the related *Motion to Shorten Notice Period and Schedule Hearing on The Reorganized Debtor's Emergency Motion for an Order Finding That Rune Kraft Is In Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of the Court's August 26 Order* [Docket no. 33260].

Please note that Grace has requested a hearing date of 10:00 am ET, September 8, 2021. The hearing likely will be telephonic. Once the order to shorten notice has been signed, we will send you a copy, which will have the actual hearing date.

You will also be receiving e-mail and next-day mail service.

Warmest Regards. R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:     (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com
                           www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.