**EXHIBIT C**

**Second R. Kraft E-Mail Correspondence dated August 31, 2021**

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Tuesday, August 31, 2021 3:16 PM |
| **To:** | Roger Higgins |
| **Cc:** | 'James O'Neill'; 'Patricia Cuniff' |
| **Subject:** | RE: Motion for Civil Contempt |

Mr. Higgins,

I have not been served with a summons and I have never executed a waiver of service.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Tuesday, August 31, 2021 5:17 PM
**To:** rk@kraft.legal
**Cc:** 'James O'Neill' <JONeill@pszjlaw.com>; 'Patricia Cuniff' <pcuniff@pszjlaw.com>
**Subject:** RE: Motion for Civil Contempt

Mr. Kraft,

I understand.

But that said, please let me draw your attention to Fed. R. Bankr. P. 7004(f), which states that the Bankruptcy Court does indeed have personal jurisdiction over you. Here is the relevant provision:

> (f) Personal jurisdiction. If the exercise of jurisdiction is consistent with the Constitution and laws of the United States, serving a summons or filing a waiver of service in accordance with this rule or the subdivisions of Rule 4 F.R.Civ.P. made applicable by these rules is effective to establish personal jurisdiction over the person of any defendant with respect to a case under the Code or a civil proceeding arising under the Code, or arising in or related to a case under the Code.

Fed. R. Bankr. P. 7004(f).

Please note that if you fail to file the dismissal pleading required by the Bankruptcy Court's August 26 Order, Grace will file a supplemental pleading informing the court of you continuing violation of the court's orders.

Your e-mail response stating you will not attend the hearing will also be attached to that supplemental pleading.

Warmest Regards. R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:    (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com

www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Rune Kraft <rk@kraft.legal>
**Sent:** Tuesday, August 31, 2021 2:10 PM
**To:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Cc:** 'James O'Neill' <JONeill@pszjlaw.com>; 'Patricia Cuniff' <pcuniff@pszjlaw.com>
**Subject:** RE: Motion for Civil Contempt

Mr. Higgins,

I hereby acknowledge receipt of the documents. There is no need to send me the court filings by next-day mail service or any other kinds of mail service.

You may inform the Delaware based Article I court that I do not consent to its jurisdiction, and that I will not participate in any activities at the court.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Tuesday, August 31, 2021 4:59 PM
**To:** Rune Kraft <rk@kraft.legal>
**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>
**Subject:** Motion for Civil Contempt

Mr. Kraft,

Please find attached the *Reorganized Debtor's Emergency Motion for an Order Finding That Rune Kraft Is In Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of the Court's August 26 Order* [Docket no. 33259] (the "Contempt Motion") and the related *Motion to Shorten Notice Period and Schedule Hearing on The Reorganized Debtor's Emergency Motion for an Order Finding That Rune Kraft Is In Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of the Court's August 26 Order* [Docket no. 33260].

Please note that Grace has requested a hearing date of 10:00 am ET, September 8, 2021. The hearing likely will be telephonic. Once the order to shorten notice has been signed, we will send you a copy, which will have the actual hearing date.

You will also be receiving e-mail and next-day mail service.

Warmest Regards. R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:    (312) 480-1984
e-mail:  rhiggins@rogerhigginslaw.com

www.rogerhigginslaw.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.