**EXHIBIT D**

**R. Kraft E-Mail Correspondence dated September 1, 2021**

# Roger Higgins

| | |
|---|---|
| **From:** | Rune Kraft <rk@kraft.legal> |
| **Sent:** | Wednesday, September 1, 2021 7:50 AM |
| **To:** | Roger Higgins |
| **Cc:** | 'James O'Neill' |
| **Subject:** | RE: Grace - Kraft Contempt Motion _ Notice of Hearing |

Mr. Higgins,

I will neither respond to your court motions nor attend any hearings at this Article I court in Delaware.

W.R. Grace & Co. is a thriving business with a market capitalization of $ 4.62 billion. The Connecticut corporation is part of ongoing conspiracy as detailed in the complaint I have filed against it at the Article III court in Arizona.

Your efforts are misguided.

Thanks,

Rune

---

**From:** Roger Higgins <rhiggins@rogerhigginslaw.com>
**Sent:** Wednesday, September 1, 2021 10:28 AM
**To:** Rune Kraft <rk@kraft.legal>
**Cc:** 'James O'Neill (jo'neill@pszjlaw.com)' <jo'neill@pszjlaw.com>
**Subject:** Grace - Kraft Contempt Motion _ Notice of Hearing

Mr. Kraft,

Please find attached the Court's order shortening notice on the Reorganized Debtor's civil contempt motion and the notice of hearing.

The hearing will be telephonic. Instructions for dialing in are contained in the order shortening notice.

You will also be receiving e-mail and next-day mail service of these docket items.

The docket entries are below.

    **Case Number:**    01-01139-AMC

    **Document Number:** 33261

Order Granting Motion to Shorten Notice Period and Schedule Hearing on the Reorganized Debtor's Emergency Motion for an Order Finding that Rune Kraft is in Contempt of this Court by having Willfully and Knowingly Violated this Court's Confirmation Order and its Order of August 26, 2021 [Docket no. 33256] by Filing a Motion for an Article III Court's Review of this Court's August 26 Order. (related document(s)[33256]) Order Signed on 9/1/2021. (BJM)

    **Document Number:** 33262

Notice of Hearing on Reorganized Debtor's Emergency Motion for Contempt. The case judge is Ashely M. Chan. Objections due by 9/8/2021. (related document(s)[33261]) (BJM)

Warmest Regards.  R

Roger J. Higgins
**THE LAW OFFICES OF ROGER HIGGINS, LLC**
516 N. Ogden Ave
Suite 136
Chicago, IL 60642
United States
Tel:     (312) 480-1984
e-mail:   rhiggins@rogerhigginslaw.com
**www.rogerhigginslaw.com**
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.