**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: W. R. GRACE & CO., *et al.*,[1] Reorganized Debtors. | Chapter 11 Case No. 01-1139 (AMC) |
|---|---|

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 8, 2021 AT 10:00 A.M. BEFORE THE HONORABLE ASHELY M. CHAN**

**W. R. Grace & Co. - Case No. 01-1139**
**September 8, 2021 at 10:00 a.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

**MATTER GOING FORWARD:**

1. The Reorganized Debtor's Emergency Motion for an Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 8/31/21] (Docket No. 33259).

   Response Deadline: Responses can be made prior to or at the hearing.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 8/31/21] (Docket No. 33259, Exhibit A).

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

b. Motion to Shorten Notice Period and Schedule Haring on The Reorganized Debtor's Emergency Motion for an Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 8/31/21] (Docket No. 33260).

(i) [Signed] Order Granting Motion to Shorten Notice Period and Schedule Hearing on the Reorganized Debtor's Emergency Motion for an Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 9/1/21] (Docket No. 33261).

c. Notice of Hearing [Filed: 9/1/21] (Docket No. 33262).

d. Notice of Hearing on The Reorganized Debtor's Emergency Motion for an Order Finding that Rune Kraft is in Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of This Court's August 26 Order [Filed: 9/1/21] (Docket No. 929638).

e. Supplement to The Reorganized Debtor's Emergency Motion for an Order Finding That Rune Kraft Is In Contempt of This Court By Having Willfully and Knowingly Violated This Court's Confirmation Order and Its Order of August 26, 2021 [Docket No. 33256] By Filing a Motion for an Article III Court's Review of the Court's August 26 Order [Filed" 9/3/21] (Docket No. 929639).

Status: This matter will go forward.

Dated: September 3, 2021

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Avenue
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors