# HOGAN & HARTSON

L.L.P.

Writer's Direct Dial:
202/637-5440

July 17, 2001

COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC 20004-1109
TEL (202) 637-5600
FAX (202) 637-5910
WWW.HHLAW.COM

*BY FEDERAL EXPRESS*

Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King St.
Wilmington, DE 19801

> Re:   **W.R. Grace & Co., et al. (Debtors)**
> **Case No. 01-01139 (JJF)**
> **Jointly Administered**
> **Hearing Set For July 19, 2001**

Dear Judge Farnan:

     This letter confirms the agreement between Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company (the "Hartford Defendants") and the Debtors pursuant to which the Debtors agree to modify the proposed order originally submitted with the Motion of the Debtors for Entry of an Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding (the "Motion"). The modification includes the addition of the following language:

> ORDERED that with respect to any claims resolved pursuant to the Omnibus Procedure for which there may be insurance coverage, the Debtors will seek such insurance coverage in accordance with the terms of the Debtors' insurance policies and any amendments, notice provisions or agreements thereto . . .

\\\DC - 2376/215 - #1361496 v1   BERLIN   BRUSSELS   LONDON   PARIS   BUDAPEST   PRAGUE   WARSAW   MOSCOW   TOKYO
NEW YORK   BALTIMORE   McLEAN   MIAMI   DENVER   BOULDER   COLORADO SPRINGS   LOS ANGELES

HOGAN & HARTSON L.L.P.

     In light of the agreement reached between the parties, the Hartford Defendants elect not to pursue their Response (Docket No. 516) to the Motion at the July 19, 2001 hearing. A copy of the modified order is enclosed for your review.

     Thank your for your time and consideration.

                                    Sincerely,

                                    Scott A. Shail

Enclosures