MR. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

April 6, 2022

Clerk of the Bankruptcy Court                CIVIL ACTION NO. 01-1139
United States Bankruptcy Court
824 Market Street North, 3rd Floor
Wilmington, DE 19801

WRG Asbestos PI Trust
P.O. Box 1390
Wilmington, DE 19899-1390
(800)708-8925

Shannon M. Clougherty
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219-2399
Fax 412-261-5066



MOTION

RE: W.R. Grace Asbestos PI Trust Claim No. 38553519

Dear Ms. Shannon M. Clougherty:

    I received a letter from you concerning the deficiencies
claim form part 3, on page five. I put the name of my exposure
site, City and State, and some of the products that I was exposed
of. There are alot of products that I was exposed of from this
company, some of the products were for homes.

    On part three page five. I put my deceased father Sampson
Barney exposure site, City and State he was exposed of alot pf
products from this company, some of those products were for homes
also. I put the dates that I was exposed from him, start and end.

    My father attorney named David Nutt & Associates, P.C.,
Provost * Umphrey Law Firm, LLP, . My father received a
settlement October 28, 1997, a unfair settlement in the amount of
$1,800. I don t know how this was done without you knowing
anything about it, but if it's God's will, I'm going to ride this
bull.

                              Sincerely
                              Autry Earl Barney Pro Se.

                              Autry Earl Barney pro Se.

## CERTIFICATE OF SERVICE

I, Autry Earl Barney, do hereby certify that I have this day mailed by United States mail, postage prepaid, and by Certified mail, Return Receipt Requested, a true and correct copy of the foregoing Notice to Shannon M. Clougherty, represents the WRG Asbestos PI Trust, 310 Grant Street, Suite 1700, Pittsburgh, PA 15219-2399

Dated, this April 6, 2022

By *Autry Earl Barney pro se*
Autry Earl Barney Pro /Se.

Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607
(251)387-0443

310 Grant Street, Suite 1700                    **Shannon M. Clougherty** • sclougherty@camlev.com
Pittsburgh, PA 15219-2399
Telephone:  412-261-0310
Facsimile:  412-261-5066

**Campbell & Levine, LLC**
Attorneys at Law

March 30, 2022

**Via Federal Express**
Mr. Autry Earl Barney
517 Cherry Avenue
Jackson, AL   36545

Re:   W.R. Grace ("WRG") Asbestos PI Trust Claim 38553519

Dear Mr. Barney:

As you know, this law firm represents the WRG Asbestos PI Trust (the "Trust").  We are in receipt of your March 11, 2022 letter regarding WRG Asbestos PI Trust Claim 38553519 (the "Claim").  Your letter requests that we provide you with a copy of *"your father's WRG claim form"* and a copy of the *"settlement form release"* that you believe your father signed in connection with such claim, together with information related to products manufactured by Grace and its affiliates or predecessors.

As to your first inquiry, there is no record of your father filing a claim with this Trust, nor is there any record of a *"settlement form release"*.  To the degree that you believe your father may have retained counsel to file a claim on his behalf against the Trust, you will need to contact them.

Regarding your request for a list of products, the Trust does not provide such lists to claimants.  Claimants must supply the Trust with credible evidence in a Proof of Claim that identifies the type of Grace asbestos-containing product to which they were exposed, as well as a description as to the manner in which the exposure occurred in order to meet the requirements of the Trust Distribution Procedures (the "TDP").  As we have communicated to you in numerous letters, the information you have furnished to date fails to fulfill this requirement, and is therefore deficient.  Your Proof of Claim form alleges only that you were exposed to "Zonolite Insulation", which does not adequately describe a Grace asbestos-containing product, and therefore is not credible evidence of exposure.  If you allege that you were exposed by washing your father's clothes, you must explain how your father was exposed to an identifiable Grace asbestos-containing product, and how you were exposed to such a product through your father.  If you were exposed directly, you need to explain the type of product, where were you exposed, and the way in which you were exposed.  This information must be sufficient to comply with the TDP and the Trust's policies.

Autry Earl Barney
March 30, 2022
Page 2

Finally, as you know through previous communications with us, the Claim also violates the applicable statute of limitations provisions of Section 5.1(a)(2) of the TDP.

To reiterate what we have advised in prior correspondence, you may request in writing that the Trust deny the Claim, so that you may pursue Alternative Dispute Resolution ("ADR") of the Trust's determinations pursuant to the TDP's ADR rules. You may send that request to me to receive the necessary forms.

If you would like to discuss that process, please do not hesitate to call me.

Sincerely,

Shannon M. Clougherty

Shannon M. Clougherty

cc:  David Salzman (via email dsalzman@camlev.com)

310 Grant Street, Suite 1700                    **Shannon M. Clougherty** • sclougherty@camlev.com
Pittsburgh, PA  15219-2399
Telephone:  412-261-0310
Facsimile:  412-261-5066

**Campbell & Levine, LLC**
Attorneys at Law

March 4, 2022

**Via Federal Express**
Mr. Autry Earl Barney
517 Cherry Avenue
Jackson, AL  36545

Re:    W.R. Grace ("WRG") Asbestos PI Trust Claim 38553519

Dear Mr. Barney:

As you know, this Law Firm represents the WRG Asbestos PI Trust (the "Trust").  We are in receipt of the Proof of Claim that you sent to the Trust and received by us on February 28, 2022 for the claim you filed with the WRG Asbestos PI Trust at Claim 38553519 (the "Claim").

As we previously advised, the Claim is deficient for (1) failing to provide meaningful and credible evidence identifying a WRG asbestos-containing product that allegedly caused your injury; and (2) violating the applicable statute of limitations. The Proof of Claim that we received on February 28, 2022 fails to cure either of the foregoing deficiencies.

Inasmuch as it seems you are unable to provide any further information to resolve the deficiencies, you may request in writing that the Trust deny the Claim, so that you may pursue Alternative Dispute Resolution ("ADR") of the Trust's determinations pursuant to the TDP's ADR rules.  As I previously advised, you can send that request to me.

If you would like to discuss further, please contact me.

Sincerely,

Shannon M. Clougherty

cc:  David Salzman (via email dsalzman@camlev.com)

# WRG ASBESTOS PI TRUST
## PROOF OF CLAIM FORM[1]

| |
|---|
| Submit completed claims to:<br>**WRG Asbestos PI Trust**<br>**P.O. Box 1390**<br>**Wilmington, Delaware 19899-1390** |

## Instructions for the Claim Form

**File your claim more efficiently. Submit and manage your claim electronically through the WRG Asbestos PI Trust's (the "Trust") website. Visit www.wrgraceasbestostrust.com for more information.**

**Note: It is possible that claim data previously submitted to the Delaware Claim Processing Facility for another trust can be used to expedite the preparation and review of claims for the Trust. Doing so will reduce the work necessary to file a claim and minimize the time it takes to review the claim. Please visit the Trust's website www.wrgraceasbestostrust.com for information on the use of this data.**

Please complete this claim form as thoroughly and accurately as possible. Please type or print neatly. Should there be insufficient space to list all relevant information, please attach additional sheets. In addition to filing this form, please ensure the following are enclosed:

- – Death Certificate (if applicable)
- – Certificate of Official Capacity or other estate documentation (if personal representative is filing form) if applicable per state law
- X Medical records as required by the Asbestos PI Trust Distribution Procedures ("TDP") and as requested in instructions
- – Proof of Grace Exposure as required by the TDP and as set out in the instructions
- – Documentation of Economic Loss (if applicable – see Part 8 below)

| |
|---|
| **Choice of Claim Process**<br>Please choose the applicable claim process (**check only one**):<br><br>☐     Expedited Review ("ER") (not available for Level VI (Lung Cancer 2) Claims, Secondary Exposure Claims or Foreign Claims)<br>☒     Individual Review ("IR") |

**Representation**
If counsel represents claimant, please print or type the following information:

1. Attorney Name: _____**None**_____  _____  ____
                                (Last)                                         (First)          (MI)

2. Name of Law Firm: _____

3. Firm Address: _____

_____

4. Attorney Phone: (   ) _____ Fax: (   ) _____ Email: _____

---

[1] To the extent this form conflicts with the TDP, the TDP controls.

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

5. Paralegal or Contact Name: _____   _____   ____
                                        (Last)                          (First)              (MI)

6. Contact Phone: (     ) _____ Fax: (     ) _____ Email: _____

**Part 1: Injured Party Information**

---

1. Name: __Barney_____   __Autry_____   __E__
                    (Last)                          (First)              (MI)

2. Social Security Number:4̲1̲8̲ - 7̲0̲ - 5̲5̲8̲8̲

3. Gender: Male __X__ Female _____   4. Date of Birth: 0̲8̲ / 1̲7̲ / 1̲9̲4̲9̲
                                                         (month)  (day)   (year)

5. Medicare Health Insurance Claim Number (HICN) (if applicable and known) _____

---

6. Is injured party living? Yes __X__ No _____

7. If injured party is deceased, please complete the following (**Death Certificate must be enclosed**):

    7a. Date of death: _____/_____/_____
                       (month)  (day)   (year)

    7b. Was death asbestos-related? Yes _____ No _____

8. If injured party is living and not represented by counsel, please complete the following:

    8a. Mailing address: 5̲1̲7̲ ̲C̲h̲e̲r̲r̲y̲ ̲A̲v̲e̲.̲
                         (street/PO Box)

                  J̲a̲c̲k̲s̲o̲n̲,̲ ̲A̲l̲a̲b̲a̲m̲a̲ ̲3̲6̲5̲4̲5̲-̲3̲6̲0̲7̲
                              (city/state/zip)

    8b. Daytime Phone: (251) 5̲8̲9̲ - 9̲6̲6̲1̲

    8c. Email Address: _____

9. If injured party is deceased or has a personal representative or heir other than, or in addition to, his/her attorney, please indicate the following for the representative. (**Certificate of Official Capacity or other estate documentation must be enclosed if applicable per state law.**)

    9a. Name: __None_____   _____   ____
                    (Last)                          (First)              (MI)

    9b. Social Security Number: _____-____-_____ or Tax ID Number: _____

    9c. Mailing Address: _____
                                        (street/PO Box)

                         _____
                                        (city/state/zip)

    9d. Daytime Phone: (     ) _____ - _____

{C0372463.1 }

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

9e. Email Address: _____

9f. Relationship to injured party: _____
(spouse, child, etc.)

10. Please provide the following information for Medicare Reporting purposes:

☐    Check this box if the injured party's Grace Exposure ended before December 5, 1980.

Please note that if a claimant is unable or chooses not to answer question 10, the Trust will presume exposure on or after December 5, 1980 for Medicare Reporting purposes only. This presumption will not affect the calculation of an injured party's exposure for purposes of meeting the TDP's exposure requirements.

**Part 2: Diagnosed Asbestos-related Injuries**

1. Place an X next to the highest level (most serious) asbestos-related Disease Category that has been diagnosed for the injured party and for which appropriate medical documentation is attached to this claim form. See instructions for a list of specific medical criteria and records that must be enclosed for each Disease Category **(Check only the most serious).**

| | Level | Scheduled Disease |
|---|---|---|
| ☐ | VIII | **Mesothelioma** |
| ☐ | VII | **Lung Cancer 1** |
| ☐ | VI | **Lung Cancer 2**<br>**(Individual Review Only)** |
| ☐ | V | **Other Cancer**    **(Please specify:** _____ **)** |
| ☐ | IV(A) | **Severe Asbestosis**<br>(Diagnosis of Asbestosis with ILO of 2/1 or greater, or asbestosis determined by pathology plus (a) TLC less than 65% or (b) FVC less than 65% plus FEVI/FVC ratio greater than 65%) |
| ☐ | IV(B) | **Severe Disabling Pleural Disease**<br>(Diagnosis of diffuse pleural thickening of at least extent "2" and at least width "a" as one component of a bilateral non-malignant asbestos related disease based on definitions as set forth in the 2000 revisions of the ILO classification, plus (a) TLC less than 65% or (b) FVC less than 65% plus FEVI/FVC ratio greater than 65%) |
| ☒ | III | **Asbestosis/Pleural Disease**<br>(Bilateral Asbestos-Related Non-Malignant Disease plus (a) TLC less than 80% or (b) FVC less than 80% and FEV1/FVC ratio greater than or equal to 65%) |
| ☐ | II | **Asbestosis/Pleural Disease**<br>(Bilateral Asbestos-Related Non-Malignant Disease) |
| ☐ | I | **Other Asbestos Disease**<br>(Cash Discount Payment, not subject to the Payment Percentage) |

{C0372463.1 }

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

2. Date of Diagnosis:  __05__ / __30__ / __1992__
                     (month)  (day)   (year)

**The claims must meet the relevant medical criteria and be supported by appropriate medical documentation as defined in the TDP. The presumptive medical criteria for the Disease Categories set forth above are included in the instructions.**

☐  For claims filed against W.R. Grace or any other asbestos defendant in the tort system prior to the Petition Date (April 2, 2001), please check this box if you have a report of a diagnosing physician who conducted the physical exam of the injured party, or you have filed such a report with W. R. Grace or another defendant in the tort system or another asbestos-related personal injury settlement trust. (see Sections 5.7(a)(1)(A) and 5.7(a)(1)(C) of the TDP)

**Part 3: Grace or Other Asbestos Exposure and Significant Occupational Exposure**

Proof of Grace Exposure and proof of Significant Occupational Exposure to all asbestos-related products are addressed below and must be supplied as required by TDP sections 5.3 and 5.7(b) (See instructions). **Please photocopy this section and list separately each company site, industry, and occupation combination upon which you rely to meet the exposure requirements of the TDP.**

"Grace Exposure" means (i) meaningful and credible exposure, which occurred prior to December 31, 1982 to (a) any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by W. R. Grace and/or any of the Debtors (collectively "Grace") (or any past or present Grace Affiliate, or any of the predecessors of Grace or any of their past or present Affiliates, or any other Entity for whose products or operations Grace allegedly has liability or is otherwise liable) or (b) asbestos-containing winchite asbestos or asbestos-containing vermiculite mined, milled or processed by Grace (or any past or present Grace Affiliate, or any of the predecessors of Grace or any of their past or present Affiliates, or any other Entity for whose products or operations Grace allegedly has liability or is otherwise liable) or (ii) meaningful and credible exposure which occurred prior to the Effective Date to (a) asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana or (b) asbestos, asbestos-containing winchite asbestos or asbestos-containing vermiculite ore from Lincoln County, Montana during transport or use prior to the completion of a finished product at an expansion plant.

**Please include detail concerning asbestos exposure (not just Grace Exposures) necessary to meet the exposure criteria for approval of the claim at the claimed disease level. List each site, industry, and occupation combination separately.**

> *For Grace Exposures, a list of approved Grace sites is available on the Trust website (www.wrgraceasbestostrust.com). Please reference this list and enter the Approved Grace Site Code in item #1 below.*
>
> *If the site at which you are alleging exposure to Grace's products or activities is not on the approved Grace site list, provide independent documentation of meaningful and credible evidence of exposure to asbestos-containing products or activities for which Grace is liable. This may be established by documentation including, but not limited to, the following:*
>
> - *An affidavit of the injured party*
> - *An affidavit of a co-worker*
> - *An affidavit of a family member in the case of a deceased claimant*
> - *Invoices*
> - *Construction or similar records*
> - *Sworn statement, interrogatory answers, sworn work history, or deposition*



PROPERTY OF:

**INGALLS SHIPBUILDING**
P.O. Box 149, Pascagoula, Mississippi 39567

| EMPLOYEE NO. | SOCIAL SECURITY NO. |
|---|---|
| 44015 | 418 70 5588 |

EMPLOYEE SIGNATURE          $1.00 CHARGE IF LOST

WEAR ON UPPER LEFT OF OUTER CLOTHING
**IF FOUND RETURN TO SECURITY DEPT.**
**OR DROP IN ANY MAIL BOX**
POSTAGE GUARANTEED

FORM



**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

**(Part 3, continued)**

1.  Site/Plant/Ship where Exposure Occurred:

If the site is on the Grace approved site list, enter the Site Code from Exhibit A (available on website):
Approved Site Code **(see Exhibit A):**  _____

If a Site Code is entered, please skip to question 2, otherwise provide:

Name of Ship/Plant/Site of Exposure:  Ingalls Shipbuilding

City:  Pascagoula,

State/Province:  Mississippi 39567

Country:  U.S.A.

If this exposure involved products manufactured, sold, supplied, produced, specified, selected, distributed, or in any way marketed by Grace, or for which Grace is responsible, identify the products and provide the evidentiary basis for the claim that these products were at that site:

Vermiculite Insulation, Zonolite Insulation

2.  Date Exposure began:  1972          Date Exposure ended:  1988
(month)   (year)                        (month)   (year)

3.  Occupation at time of Exposure (*e.g.,* Boilermaker, Laborer, etc.):  Shipfitter

4.  Industry in which Exposure occurred:  30  _ **(Industry codes listed below)**

If Code 37 - Other, please describe:  _____

**Industry Codes**

| | |
|---|---|
| 10. Asbestos mining | 24. Petrochemical |
| 11. Aerospace/aviation | 25. Insulation |
| 12. Asbestos abatement | 27. Railroad |
| 13. Automobile/mechanical friction | 30. Shipyard-construction/repair |
| 16. Chemical | 31. Textile |
| 17. Construction | 32. Tire & rubber |
| 18. Iron/steel | 33. Utilities |
| 19. Longshore | 34. Asbestos products manufacturing |
| 20. Maritime | 36. Building occupant /bystander |
| 21. Military | 37. Other |
| 23. Non-asbestos products manufacturing | |

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

5.     **Significant Occupational Exposure (SOE)**  If the injured party's occupation does not appear on the list of Presumptive SOE Occupations Ratings (available at www.wrgraceasbestostrust.com), please skip to question 6. If it does appear on the list, indicate circumstances of exposure to asbestos products or activities (check all applicable):

        ☒        The injured party handled raw asbestos fibers on a regular basis

        ☒        The injured party fabricated asbestos-containing products such that the injured party in the fabrication process was exposed on a regular basis to raw asbestos fibers

        ☒        The injured party altered, repaired or otherwise worked with an asbestos-containing product such that the injured party was exposed on a regular basis to asbestos fibers

        ☒        The injured party was employed in an industry or occupation such that the injured party worked on a regular basis in close proximity to workers who did one or more of the above three activities

        ☐        None of the above

6.     If the injured party's occupation ***does not*** appear on the list of Presumptive SOE Occupations Ratings, or "None of the above" was checked in question 5 above, provide a description of how the injured party was exposed to asbestos at each relevant site.

_____

7.     **Grace Exposure.**  Every claimant must submit evidence of exposure to Grace asbestos products or activities.  **For claimants whose exposure is described in clause (ii) of the definition of Grace Exposure on page 5 herein ("Libby Claimants") and who are not claiming occupational exposure at the Libby Mine or Mill, check box 6 below and move directly to section 7(c).**

    a.    To demonstrate exposure to Grace products or activities, check the applicable box below. If you check box 5, answer question 7(b). If any of the first four boxes are checked, proceed to question #8. Provided, however if box #1 is checked and there is no date on the site list, question 7(b) must be answered. (check one box only)

        ☐  1.   The site in question 1 is on the Grace approved site list, and the injured party worked there during the appropriate time period (if there is no date on the site list, please answer the question 7(b) below); or

        ☐  2.   Claimant's answer to question 1 is the injured party's personal identification of exposure to Grace's asbestos products/activities; or

        ☐  3.   Claimant's answer to question 1 otherwise identifies Grace's asbestos products/activities at this site (e.g. coworker affidavit), and also identifies the injured party by name; or

        ☐  4.   The answer to question #1 provides evidence that Grace's asbestos products or activities were at this site and further sets forth that the injured party worked at this site within a year of having demonstrated that the asbestos products or activities were present at the site;

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

    ☐  5.   None of the above apply and the injured party is not a Libby Claimant; or

    ☐  6.   Claimant is alleging exposure to (a) asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana or (b) asbestos, asbestos-containing winchite asbestos or asbestos-containing vermiculite ore from Lincoln County, Montana during transport or use prior to the completion of a finished product at an expansion plant.

    b.   If the box 5 was checked, or if box 1 was checked and there is no date on the site list, provide a description of the injured party's exposure to the type of asbestos products or activities that you have attributed to Grace at this site:

_____
_____
_____
_____

    c.   If box 6 was checked, provide a description of the injured party's exposure to asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana. For exposures within Lincoln County, please provide the location(s) of exposure (ex. home or business address) and state the relevant time period for each location. For transport or use exposures, please provide the exposure site and a description of the injured party's exposure including occupation, if relevant. Attached additional sheets if necessary.

_____
_____
_____
_____

8.     If this exposure is in support of *Exposure to an Occupationally Exposed Person* from Part 4 hereunder, please enter the name of the occupationally exposed individual:

Barney    _____    Autry    _____    E
                 (Last)                                  (First)        (MI)

WRG Asbestos PI Trust

Affidavit of Exposure

State of Alabama

Claimant SSN: 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

County of Clarke

1.    My name is <u>Autry Earl Barney</u> I am over the age of 18 and I
am legally competent to make the factual assertions set forth

2.    I worked as a <u>Shipfitter</u> at the jobsites listed below
during the time periods indicated.

     a.    <u>Ingalls Shipbuilding</u>, <u>Pascagoula</u>, <u>MS</u> from 1/1972
       12/31/1982, 2/28/1988.

3.    In the course of my employment during the year set forth
above, I was exposed to the following asbestos containing product
supplied, manufactured, sold, <u>Vermiculite Insulation</u>, <u>Zonolite
Insulation</u>.

_Autry Earl Barney_
Signature of Claimant

NOTARY

STATE OF Alabama

COUNTY OF Clarke

I Christi K. Few a Notary Public in and for the County and
State aforesaid, do hereby certify that---------------known to me
to be the person(s) whose name(s) is are signed to the foregoing
document, bearing date the 4th day of January, 20 21 ,
have this day before me acknowledged same to be their free and
voluntary act and deed.

Given under my hand this 4th day of January ,20 21
_Christi K. Few_
NOTARY PUBLIC

My commission Expires: 1-17-2024



**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

**(Part 3, continued)**

1.  Site/Plant/Ship where Exposure Occurred:

    If the site is on the Grace approved site list, enter the Site Code from Exhibit A (available on website):
    Approved Site Code **(see Exhibit A):** _____

    If a Site Code is entered, please skip to question 2, otherwise provide:

    Name of Ship/Plant/Site of Exposure: _Scott Paper_

    City: _Mobile_

    State/Province: _Alabama_

    Country: _U.S.A._

    If this exposure involved products manufactured, sold, supplied, produced, specified, selected, distributed, or in any way marketed by Grace, or for which Grace is responsible, identify the products and provide the evidentiary basis for the claim that these products were at that site:

    _Zonolite Insulation, Zonolite Loose-fill_
    _Insulation, Monokote Spray On Insulation_

2.  Date Exposure began: _1 / 1960_          Date Exposure ended: _12 / 1969_
                          (month)  (year)                        (month)  (year)

3.  Occupation at time of Exposure (*e.g.*, Boilermaker, Laborer, etc.):

    _____

4.  Industry in which Exposure occurred: _37_ **(Industry codes listed below)**

    If Code 37 - Other, please describe: _labor_

---

### Industry Codes

| | |
|---|---|
| 10. Asbestos mining | 24. Petrochemical |
| 11. Aerospace/aviation | 25. Insulation |
| 12. Asbestos abatement | 27. Railroad |
| 13. Automobile/mechanical friction | 30. Shipyard-construction/repair |
| 16. Chemical | 31. Textile |
| 17. Construction | 32. Tire & rubber |
| 18. Iron/steel | 33. Utilities |
| 19. Longshore | 34. Asbestos products manufacturing |
| 20. Maritime | 36. Building occupant /bystander |
| 21. Military | 37. Other |
| 23. Non-asbestos products manufacturing | |

{C0372463.1 }

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

5.  **Significant Occupational Exposure (SOE)** If the injured party's occupation does not appear on the list of Presumptive SOE Occupations Ratings (available at www.wrgraceasbestostrust.com), please skip to question 6. If it does appear on the list, indicate circumstances of exposure to asbestos products or activities (check all applicable):

    ☒     The injured party handled raw asbestos fibers on a regular basis

    ☒     The injured party fabricated asbestos-containing products such that the injured party in the fabrication process was exposed on a regular basis to raw asbestos fibers

    ☒     The injured party altered, repaired or otherwise worked with an asbestos-containing product such that the injured party was exposed on a regular basis to asbestos fibers

    ☒     The injured party was employed in an industry or occupation such that the injured party worked on a regular basis in close proximity to workers who did one or more of the above three activities

    ☐     None of the above

6.  If the injured party's occupation ***does not*** appear on the list of Presumptive SOE Occupations Ratings, or "None of the above" was checked in question 5 above, provide a description of how the injured party was exposed to asbestos at each relevant site.

_____

_____

7.  **Grace Exposure.** Every claimant must submit evidence of exposure to Grace asbestos products or activities. **For claimants whose exposure is described in clause (ii) of the definition of Grace Exposure on page 5 herein ("Libby Claimants") and who are not claiming occupational exposure at the Libby Mine or Mill, check box 6 below and move directly to section 7(c).**

    a.    To demonstrate exposure to Grace products or activities, check the applicable box below. If you check box 5, answer question 7(b). If any of the first four boxes are checked, proceed to question #8. Provided, however if box #1 is checked and there is no date on the site list, question 7(b) must be answered. (check one box only)

    ☐  1.   The site in question 1 is on the Grace approved site list, and the injured party worked there during the appropriate time period (if there is no date on the site list, please answer the question 7(b) below); or

    ☐  2.   Claimant's answer to question 1 is the injured party's personal identification of exposure to Grace's asbestos products/activities; or

    ☐  3.   Claimant's answer to question 1 otherwise identifies Grace's asbestos products/activities at this site (e.g. coworker affidavit), and also identifies the injured party by name; or

    ☐  4.   The answer to question #1 provides evidence that Grace's asbestos products or activities were at this site and further sets forth that the injured party worked at this site within a year of having demonstrated that the asbestos products or activities were present at the site;

{C0372463.1 }

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

☐  5.   None of the above apply and the injured party is not a Libby Claimant; or

☐  6.   Claimant is alleging exposure to (a) asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana or (b) asbestos, asbestos-containing winchite asbestos or asbestos-containing vermiculite ore from Lincoln County, Montana during transport or use prior to the completion of a finished product at an expansion plant.

b.   If the box 5 was checked, or if box 1 was checked and there is no date on the site list, provide a description of the injured party's exposure to the type of asbestos products or activities that you have attributed to Grace at this site:

_____
_____
_____
_____

c.   If box 6 was checked, provide a description of the injured party's exposure to asbestos, asbestos-containing winchite asbestos or unexpanded asbestos-containing vermiculite ore in Lincoln County, Montana.  For exposures within Lincoln County, please provide the location(s) of exposure (ex. home or business address) and state the relevant time period for each location.  For transport or use exposures, please provide the exposure site and a description of the injured party's exposure including occupation, if relevant.  Attached additional sheets if necessary.

_____
_____
_____
_____

8.   If this exposure is in support of *Exposure to an Occupationally Exposed Person* from Part 4 hereunder, please enter the name of the occupationally exposed individual:

Barney _____    Sampson _____    ___
　　　　(Last)　　　　　　　　　　　(First)　　　　　　　(MI)

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

**Part 4: Exposure to an Occupationally Exposed Person**

**Note: If a claimant alleges an asbestos-related disease resulting solely or in part from exposure to an occupationally exposed person, such as a family member, the claimant must seek Individual Review of his or her claim pursuant to Section 5.5 of the Trust Distribution Procedures. See Choice of Claim Process box on first page of this claim form.**

1. Is the claimant alleging an asbestos-related disease resulting in whole or in part from another person's occupational exposure, such as a family member (spouse, parent, sibling, etc.)?

    Yes__X___ No___  __

    If yes, Part 3 must also be completed for each occupationally exposed person.

2. Date injured party's Exposure to other person began:    __12__ /_1960__
                                                        (month)   (year)

3. Date injured party's Exposure to other person ended:    __12__ /_1969__
                                                        (month)   (year)

4. Injured party's relationship to occupationally exposed individual during the exposure period:

    _____Son_____
                    (brother, son, spouse, etc.)

5. Occupationally exposed individual information

    5a. Name: _Baney_____        _Sompson_____    ____
                        (Last)                      (First)              (MI)

    5b. Social Security Number _421_ - _20_ - _9557__

6. Describe how injured party was exposed through the occupationally exposed individual to the Grace product or conduct:

    _Iwash my father cloth from 12/1960 to/12/1971_____

    _____

    _____

    _____

**Reminder: Part 3 must be completed for the occupationally exposed person. If the injured party also had direct, occupational exposure to asbestos, Part 3 must also be completed for that exposure.**

{C0372463.1 }

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

**Part 5: Litigation/Claims History**

1. Has an asbestos-related lawsuit ever been filed on behalf of the injured party?      Yes  X  No____

    a. Was Grace named as a defendant?          Yes  X  No____

    b. State in which the suit was originally filed:  Mississippi

    c. Name of the court in which the suit was originally filed:  Circuit of Jackson
                                                         County

    d. Case number:  92-5142(2)

    e. Date the suit was originally filed:  06  / 04  / 1992
                                            (month)  (day)    (year)

    f. Have you received money from Grace regarding this suit?   Yes____  No X

    g. Did you sign a release releasing Grace regarding this suit?   Yes____  No X

2.   If the answer to question 1(a) above is Yes, was a final non-appealable judgment entered?
    Yes _____  No  X

    2a. If the answer to question 2 above is Yes, provide a copy of the judgment.

    2b. If the answer to question 2 above is No, was an appeal filed by Grace or the plaintiff in
    connection with the suit? Yes____  No X

    2c. If the answer to question 2b above is Yes, please provide the case number of the appeal and
    indicate whether a letter of credit, appeal bond, supersedeas bond or other security or surety was
    issued in connection with the appeal, verdict, or judgment.
    _____

3.   If the answer to question 1(a) above is No, in which state/jurisdiction would the claimant qualify to be
    evaluated pursuant to TDP section 5.3(b)(2)? _____

    3a. Is this the state/jurisdiction where the claimant resided at the time of diagnosis? Yes ___No X

    3b. Is this the state/jurisdiction where the claimant had Grace Exposure? Yes  X  No _____

    3c. Is this the state/jurisdiction where the claimant resided at the time of the filing of this claim?
    Yes _____  No  X

4.   Was a tolling agreement for the injured party ever in effect with respect to the claim(s) against Grace?
    Yes____  No  X   If "Yes", please submit copy of tolling agreement.

    a. Date the tolling agreement began:  _____/_____/_____
                                     (month)  (day)   (year)

    b. Date the tolling agreement ended:  _____/_____/_____
                                     (month)  (day)   (year)

5.   Was a claim filed with Grace pursuant to an administrative settlement agreement?   Yes____  No____

    a. Date the claim was originally filed:  _____/_____/_____
                                 (month)  (day)   (year)

    b. Have you received money from Grace re: this claim? Yes____  No  X

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

## Part 6: Financial Dependents and Beneficiaries

List any other persons who may have rights associated with this claim. Be sure to include the injured party's spouse and/or any other financial dependents who derive (or who derived at the time of diagnosis of the asbestos-related disease claimed) at least one-half of their financial support from the injured party. *This must be completed for IR claims only.*

If additional space is required, please photocopy this page and insert after current page.

---

1. Name: _____    2. Date of Birth: ____/____/____
      (Last)     (First)     (MI)        (month) (day)  (year)

3. Relationship:   ☐ Spouse        4. Financially Dependent:     ☐ Yes
                 ☐ Child                                       ☒ No
                 ☐ Heir
                 ☐ Other _____

---

1. Name: _____    2. Date of Birth: ____/____/____
      (Last)     (First)     (MI)        (month) (day)  (year)

3. Relationship:   ☐ Spouse        4. Financially Dependent:     ☐ Yes
                 ☐ Child                                         ☒ No
                 ☐ Heir
                 ☐ Other _____

---

1. Name: _____    2. Date of Birth: ____/____/____
      (Last)     (First)     (MI)        (month) (day)  (year)

3. Relationship:   ☐ Spouse        4. Financially Dependent:     ☐ Yes
                 ☐ Child                                         ☒ No
                 ☐ Heir
                 ☐ Other _____

---

1. Name: _____    2. Date of Birth: ____/____/____
      (Last)     (First)     (MI)        (month) (day)  (year)

3. Relationship:   ☐ Spouse        4. Financially Dependent:     ☐ Yes
                 ☐ Child                                         ☒ No
                 ☐ Heir
                 ☐ Other _____

---

{C0372463.1 }

**Part 7: Smoking History**

For each item, indicate whether the injured party has smoked. Please indicate the dates cigarettes or cigars were used, and the amount per day. Indicate fractional packs or fractional cigars as appropriate, *e.g.*, three and one-half packs would be entered as 3.5. ***This is to be completed for Lung Cancer 2 (LC2) and IR levels II through VII only.***

---

1. Has the injured party ever **Smoked Cigarettes?**          Yes_____    No___X___

     1a. From: _____/_____          To: _____/_____
            (month)   (year)              (month)   (year)

     1b. Packs per day:_____ (use decimal)

---

1. Has the injured party ever **Smoked Cigars?**          Yes_____    No___X___

     1a. From: _____/_____          To: _____/_____
            (month)   (year)              (month)   (year)

     1b. Cigars per day:_____ (use decimal)

---

**WRG ASBESTOS PI TRUST**
**PROOF OF CLAIM FORM**

### Part 8: Employment Information for Economic Loss

*This is to be completed for IR claims only.*

1. Current Employment Status of the injured party:
   - ☐  Full-time, outside the home
   - ☐  Full-time, within the home
   - ☐  Part-time, outside the home
   - ☐  Part-time, within the home
   - ☐  Retired
   - ☐  Disabled
   - ☐  Deceased

2. Amount of last annual wages: $_____

3. Date of last wage received:  _____/_____
                              (month)   (year)

(Enter current date if currently earning work-related compensation.)

**If economic losses are being claimed, you must enclose an economic report, IRS Form W-2, the first page of IRS Form 1040, or other relevant supporting documentation.**

{C0372463.1 }

# WRG ASBESTOS PI TRUST
## PROOF OF CLAIM FORM

**Part 9: Signature Page**

**All claims must be signed by the claimant, or the person filing on his/her behalf (such as the personal representative or attorney).**

If signed by the claimant or the personal representative, I (the claimant or personal representative) have reviewed the information submitted on this claim form and all documents submitted in support of this claim. Upon information and belief, I hereby certify, under penalty of perjury, that the information submitted is accurate.

If signed by the claimant's counsel, upon information and belief, I hereby certify, under penalty of perjury, that the information submitted is accurate.

_Autry Earl Barney — pro se_
Signature of claimant, personal representative, or claimant's counsel.

Please print the name and relationship to the claimant of the signatory above.

Date: __06__ / __10__ / __2020__
     (month)  (day)  (year)

**Please review your submission to ensure it is complete and includes the following documents as applicable.**

☐ Death Certificate (if applicable)

☐ Certificate of Official Capacity or other estate documentation (if personal representative is filing form) if applicable per state law.

☒ Medical Records as required by the TDP and as requested in the instructions

☒ Proof of Grace Exposure and Significant Occupational Exposure as required in the TDP and requested in the instructions, including affidavits or sworn statements from the injured party or others.

☐ Copy of the tolling agreement (if applicable in Part 5)

☐ Documentation of economic loss (if Part 8 is applicable)

☐ Any additional information you wish to provide

**If you are filing an IR claim and have additional information (see TDP section 5.3(a)(2)) you want the Trust to consider in evaluating your claim, please include these documents with the Claim Form.**

{C0372463.1 }

# DAVID NUTT & ASSOCIATES, P. C.
## ATTORNEYS AT LAW
### 605 CRESCENT BLVD.
### RIDGELAND, MS 39157

DAVID H. NUTT

MAIN NUMBER: (601) 898-7302
FAX NUMBER: (601) 898-7304

December 09. 2010

Mr. Autry Barney
517 Cherry Avenue
Jackson, AL 36545

RE: Sampson Barney, Deceased

Dear Mr. Barney:

You requested an update of your father's asbestos claim from Provost & Umphrey. I was notified by them to reply to your request.

I will give you a list of all gross settlements tp his Estate or the ones he received. At the present time he is not pending for any settlement.

The settlements received are as follows;

| DEFENDANT | GROSS AMOUNT | DATE |
| --- | --- | --- |
| 3m | $400.00 | 03/22/1999 |
| Abex | 275.00 | 07/06/2000 |
| Anchor Packing | 100.00 | 03/17/1999 |
| AP Green | 1,000.00 | 08/01/2000 |
| Asarco | 250.00 | 02/18/1997 |
| Babcock & Wilcox | 4,000.00 | 04/19/1994 |
| Celotex | 1,000.00 | 10/30/2000 |
| Certainteed | 250.00 | 06/22/2006 |
| Chesterton | 250.00 | 01/11/2007 |
| Combustion Engineering | 6,000.00 | 01/27/1995 |
| Crown Cork & Seal | 1,200.00 | 02/16/2000 |
| CSR | 250.00 | 04/16/2001 |
| Dresser Ind | 100.00 | 08/02/1996 |
| Eagle :Picher | 1,692.00 | 10/24/2000 |

Exhibit "a"

Autry Barney
December 9, 2010
Page 2

| DEFENDANT | GROSS AMOUNT | DATE |
|---|---|---|
| Fibreboard Interest | 1,310.96 | 01/01/1994 |
| Fibreboard (1st payment) | 7,500.00 | 06/10/1994 |
| Fibreboard (2nd payment) | 7,500.00 | 08/20/1997 |
| Foster Wheeler | 1,750.00 | 11/19/2004 |
| General Electric | 3,000.00 | 03/05/1996 |
| Georgia Pacific | 900.00 | 12/28/2000 |
| Garlock | 1,300.00 | 03/10/1999 |
| H. K. Porter | 172.50 | 09/05/2003 |
| Harbison Walker | 1,000.00 | 03/04/1996 |
| Honeywell (1st ) | 5,250.00 | 02/12/2004 |
| Honeywell (2nd) | 5,250.00 | 05/25/2006 |
| Ingersol Rand | 1,000.00 | 08/19/2003 |
| Kaiser Alum | 400.00 | 04/29/1997' |
| Manville | 2,500.00 | 04/17/2000 |
| Met Life | 1,500.00 | 12/16/1994 |
| Mobile Oil | 400.00 | 08/03/1996 |
| Owens Corning | 3,760.21 | 03/04/2008 |
| Owens Corning Int. | 750.21 | 02/12/2007 |
| Owens Illinois | 1,000.00 | 09/11/2008 |
| Quigley | 500.00 | 03/06/2006 |
| SEPCO | 200.00 | 05/21/2004 |
| Shook & Fletcher | 1,105.00 | 06/06/2005 |
| Uniroyal | 900.00 | 01/10/2000 |
| UNR | 400.00 | 03/05/1996 |
| W/ R. Grace | 1.800.00 | 10/28'1997 |
| Westinghouse | 1,350.00 | 04/21/2005 |
| Shook & Fletcher | 595.00 | 05/27/2008 |
| H. K.Porter Supplemental | 63.75 | 10/26/2009 |

Fortunately, his claim was paid  by most of the Defendants prior to their bankruptcy.
If you have any questions please let me know.

Sincerely,

Louise Oakes

Exhibit C