IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (AMC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING OF AUDITED ANNUAL REPORT AND
CLAIM SUMMARY OF EDWARD B. COTTINGHAM, JR., TRUSTEE FOR
THE WRG ASBESTOS PROPERTY DAMAGE SETTLEMENT TRUST, CLASS 7B**

Edward B. Cottingham, Jr., the Trustee for the WRG Asbestos Property Damage Settlement Trust, Class 7B (the "Class 7B Trust"), hereby submits the 2021 Class 7B Trust Annual Report, which consists of Audited Financial Statements and the Claims Summary for the Class 7B Trust for calendar year 2021.

Attached hereto as Exhibit "A" are the Audited Financial Statements for the Class 7B Trust. A summary of the number and type of Class 7B Trust claims disposed of in 2021 (the "Claims Summary"), is attached hereto as Exhibit "B." A summary of compensation and expenses for 2021 is attached hereto as Exhibit "C."

Pursuant to the provisions of the *First Amended WRG Asbestos Property Damage Settlement Trust Agreement*, the Trustee is providing copies of the Audited Financial Statements and the Claims Summary to the Asbestos PD Future Claimants' Representative (the "PD FCR") and the Reorganized Debtors.

Date:  April 26, 2022        SULLIVAN · HAZELTINE · ALLINSON LLC
       Wilmington, DE

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

*Counsel to Edward B. Cottingham, Jr., ZAI (Class 7B) Trustee*