# Exhibit B

## ZONOLITE ATTIC INSULATION TRUST
### Summary of Claims
### 2021

1.  Number of Claims SUBMITTED – 3,116

>       A. Paid- 1,390        $5,066,057.82        average $3,644.65 per claim
>       *Extraordinary- 20    $100,000.00

2.  Product Identification for Paid Claims (Inception – 2021)
    a.  Sample ONLY- appx. 77%
    b.  Sample and Bag- appx. 6%
    c.  Bag ONLY- appx. 10%
    d.  Other- appx. 7%

## CLAIMS SUBMITTED BY STATE (Alphabetical)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 3 | GA | 6 | ME | 38 | NJ | 59 | SD | 4 | Unknown* | 240 |
| AL | 4 | IA | 20 | MI | 218 | NM | 0 | TN | 2 | | |
| AR | 0 | ID | 8 | MN | 148 | NV | 0 | TX | 7 | | |
| AZ | 4 | IL | 168 | MO | 37 | NY | 111 | UT | 14 | | |
| CA | 30 | IN | 23 | MS | 2 | OH | 40 | VA | 7 | | |
| CO | 10 | KS | 2 | MT | 76 | OK | 1 | VT | 110 | | |
| CT | 145 | KY | 7 | NC | 2 | OR | 72 | WA | 145 | | |
| DC | 10 | LA | 3 | ND | 2 | PA | 86 | WI | 372 | | |
| DE | 0 | MA | 757 | NE | 3 | RI | 39 | WV | 1 | | |
| FL | 3 | MD | 31 | NH | 38 | SC | 3 | WY | 5 | | |

## CLAIMS SUBMITTED BY STATE (Numerical)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MA | 757 | PA | 86 | CA | 30 | GA | 6 | KS | 2 | NV | 0 |
| WI | 372 | MT | 76 | IN | 23 | WY | 5 | MS | 2 | | |
| Unknown* | 240 | OR | 72 | IA | 20 | AL | 4 | NC | 2 | | |
| MI | 218 | NJ | 59 | UT | 14 | AZ | 4 | ND | 2 | | |
| IL | 168 | OH | 40 | CO | 10 | SD | 4 | TN | 2 | | |
| MN | 148 | RI | 39 | DC | 10 | AK | 3 | OK | 1 | | |
| CT | 145 | ME | 38 | ID | 8 | FL | 3 | WV | 1 | | |
| WA | 145 | NH | 38 | KY | 7 | LA | 3 | AR | 0 | | |
| NY | 111 | MO | 37 | TX | 7 | NE | 3 | DE | 0 | | |
| VT | 110 | MD | 31 | VA | 7 | SC | 3 | NM | 0 | | |

1

*Claimants have not yet provided state information for claim property address

Pursuant to the ZAI PD Trust Distribution Procedures, "the ZAI Trustee may liquidate and pay up to five (5) claims per year [now twenty (20) per ZTAC agreement] that, in the ZAI Trustee's discretion, qualify as Extraordinary Claims, but in no event shall the ZAI Trustee pay more than $100,000 cumulatively in any year with respect to such Extraordinary Claims." TDP § 5.4

In the Trustee's opinion 20 claims merited extraordinary treatment.

| ID | Approved Removal AMT for Extraordinary | Initial Payment | Extraordinary Payment |
|---|---|---|---|
| 21824 | $28,367.00 | $4,330.42 | $7,504.44 |
| 22452 | $26,050.00 | $4,330.42 | $6,891.48 |
| 21198 | $25,745.00 | $4,330.42 | $6,810.80 |
| 24149 | $23,395.00 | $4,330.42 | $6,189.11 |
| 21168 | $23,337.00 | $4,330.42 | $6,173.76 |
| 20273 | $20,085.00 | $4,330.42 | $5,313.45 |
| 21184 | $18,240.00 | $4,330.42 | $4,825.36 |
| 19056 | $18,038.00 | $4,270.62 | $4,771.92 |
| 21907 | $18,000.00 | $4,330.42 | $4,761.87 |
| 23431 | $17,900.00 | $4,330.42 | $4,735.41 |
| 20730 | $16,935.00 | $4,270.62 | $4,480.12 |
| 21935 | $16,640.00 | $4,330.42 | $4,402.08 |
| 18320 | $16,434.00 | $4,270.62 | $4,347.59 |
| 16644 | $16,325.00 | $4,203.37 | $4,318.75 |
| 19698 | $16,200.00 | $4,270.62 | $4,285.68 |
| 12531 | $16,164.00 | $4,203.37 | $4,276.16 |
| 22634 | $16,100.00 | $4,330.42 | $4,259.23 |
| 4999 | $15,975.00 | $4,125.00 | $4,226.16 |
| 21018 | $15,000.00 | $4,330.42 | $3,968.23 |
| 22024 | $3,458.40 | $0.00 | $3,458.40 |
| | | | |
| | | | $100,000 |