# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| W.R. Grace & Co., et al. | |
| 7500 Grace Drive | |
| Columbia, MD 21044 | |
| **EIN:** 65–0773649 | **Case No.:** 01–01139–AMC |

## NOTICE OF Telephonic Status HEARING

Use dial in 877–873–8017 and Access Code: 3027681#. Autry Earl Barney has filed

A hearing regarding Motion for Settlement Relief is scheduled for 6/14/22 at 12:00 PM at the United States Bankruptcy Court, .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 5/11/22

(VAN–401a)