Mr. Autry Earl Barney
517 Cherry Ave.
Jackson, Alabama 36545-3607

August 18, 2022

(251)-387-0443

United States Bankruptcy Court
824 Market Street North, 3rd Floor
Wilmington, DE 19801

Marla R. Eskin
CAMPBELL & LEVINE, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Fax: 302-426-9947

RE: W.R. Grace & Co., et al, Case No. 01-1139(AMC)

Dear Judge Ashley M. Chan:

There was a telephone hearing on June 14, 2022, at 12pm. I would like to receive from you in writing, concerning the telephone hearing, and what is your reason for denying my Motion for settlement relief.

Sincerely,
Autry Earl Barney Pro Se.

Autry Earl Barney pro se

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-1139 (AMC) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JUNE 14, 2022, AT 12:00 P.M. BEFORE THE HONORABLE ASHELY M. CHAN

**W. R. Grace & Co. - Case No. 01-1139**
**June 14, 2022 at 12:00 p.m. Eastern Time (US and Canada)**

**Toll Free Phone Number: (877) 873-8017**

**Access Code: 3027681#**

### STATUS HEARING:

1.  Movant Order Motion for Settlement Relief of Autry Earl Barney [Filed: 5/10/22] (Docket No. 33293).

    Response Deadline: None.

    Responses Received:

    a.  Letter Response of the WRG Asbestos PI Trust to Letter of Autry Earl Barney [Filed: 5/26/22] (Docket No. 929650).

    Related Documents:

    a.  Notice of Telephonic Status Hearing on June 14, 2022, at 12:00 p.m. Before the Honorable Ashely M. Chan [Filed: 5/11/22] (Docket No. 33295).

    b.  Amended Notice of Telephonic Status Hearing on June 14, 2022, at 12:00 p.m. Before the Honorable Ashely M. Chan [Filed: 5/11/22] (Docket No. 929649).

    Status: The status hearing will go forward on this matter on June 14, 2022, at 12:00 p.m.

---

[1] The Reorganized Debtor is W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace").

{C1214668.1 }

Dated: June 9, 2022

**CAMPBELL & LEVINE, LLC**

/s/ *Marla R. Eskin*
Marla R. Eskin (No. 2989)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Fax: (302) 426-9947

Counsel for WRG Asbestos PI Trust

{C1214668.1 }

Autry E. Barney
517 Cherry Ave.
Jackson, AL 36545

U.S.M.S.
X-RAY

CERTIFIED MAIL

7020 1290 0002 0173 9311

Clerk of the Bankruptcy Court
United States Bankruptcy Court
824 Market St., North, 3rd Floor
Wilmington, DE 19801

19801-3024

U.S. POSTAGE PAID
FCM LETTER
JACKSON, AL
36545
AUG 19, 22
AMOUNT
$7.85
R2304M112850-04