# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & Co., et al,<br><br>Reorganized<br>Debtors. | Misc. No.:<br><br>Underlying Case No. 01-1139 (AMC)<br>(Jointly Administered) (U.S. Bankruptcy<br>Court for D. Del.) |

## ORDER PURSUANT TO SECTIONS 105(A) AND 524(G) OF THE BANKRUPTCY CODE, THE PLAN[1], AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (I) APPROVING THE SETTLEMENT AGREEMENT WITH GOVERNMENT EMPLOYEES INSURANCE COMPANY AND REPUBLIC INSURANCE COMPANY; AND (II) EXTENDING THE ASBESTOS PI CHANNELING INJUNCTION

AND NOW, this **26th** day of **October**, 2022, upon consideration of the Motion (the "Motion") of the WRG Asbestos PI Trust (the "Trust") for an order approving (I) the Settlement Agreement and Mutual Release (the "Settlement Agreement") by and between the Trust, Government Employees Insurance Company ("GEICO") and Republic Insurance Company, now known as Starr Indemnity & Liability Company ("Republic"), and Extending the Asbestos PI Channeling Injunction and any response thereto,

---

[1] "Plan" means the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified through March 19, 2010, through the Sixth Modification to Joint Plan, filed December 16, 2010, at Doc. No. 25931, and Amended §3.1.9, filed December 23, 2010, at Doc. No. 25956. [Doc. No. 25881].

{C1230024.1}          docs-100520914.1

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement, a copy of which is attached to the Motion as Exhibit A, is approved in its entirety.

3. The Trust is authorized to add the Settlement Agreement to Exhibit 5 of the Plan Exhibit Book as an Asbestos Insurance Settlement Agreement.

4. GEICO and Republic each shall be deemed a "Settled Asbestos Insurance Company", and, therefore, "Asbestos Protected Parties" under the Plan and entitled to the protections of the Asbestos PI Channeling Injunction.

5. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Bankruptcy Rule 6004(h).

6. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.

_____
Judge