**E**XHIBIT **2** TO **M**OTION

**D**ECLARATION OF **M**ICHAEL **B**ROWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | Hearing Date:  10:00 a.m. E.T., May 1, 2023 |
| | ) | Objection Deadline:  March 21, 2023 |

**THE DECLARATION OF MICHAEL BROWN IN SUPPORT OF REORGANIZED DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT RESOLVING STATE OF MONTANA'S REMAINING CLAIM 18496-1**

COUNTY OF HOWARD    )
                    )  ss.
STATE OF MARYLAND   )

Michael Brown, after being duly sworn according to law, deposes and says:

1.      I am over the age of 18 and competent to testify.  I am Chief Financial Officer of W. R. Grace & Co. ("Grace" or the "Company"), the Reorganized Debtor in the above-captioned Chapter 11 Case.  All facts set forth in this Declaration and in the *Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of Montana's Remaining Claim 18496-1* (the "Motion") are based on my personal knowledge, on information supplied to me by employees of and/or professionals retained by the Reorganized Debtor, and/or on my experience and knowledge of Grace's businesses.  If called upon to testify, I could and would testify competently to the facts and opinions contained herein and in the Motion.[2]  This declaration is filed as Exhibit B to, and in support of, the Motion.

---

[1]    W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case no. 01-1139 is the sole remaining open chapter 11 case.

[2]    Capitalized terms not defined in this declaration shall have the meaning given them in the Motion.

2.  I was involved in Grace's internal deliberations, in the exercise of its business judgment, in which the Company determined that the terms of the Settlement Agreement as a reasonable outcome and of greater benefit to Grace than litigation.

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Michael Brown
Chief Financial Officer
W. R. Grace & Co.

SWORN AND SUBSCRIBED before me,
this 6th day of January 2023

*[signature]*
Notary Public

My Commission Expires: 3/1/2023