**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (AMC) |
| | ) (Jointly Administered) |
| Reorganized Debtor. | ) |
| | ) **Re: Docket No. 929655** |

**NOTICE OF FILING OF SETTLEMENT AGREEMENT**
**RESOLVING STATE OF MONTANA'S REMAINING CLAIM 18496-1**

**PLEASE TAKE NOTICE** that on January 10, 2023, the Reorganized Debtor

filed the *Reorganized Debtor's Motion to Approve Settlement Agreement Resolving State of*

*Montana's Remaining Claim 18496-1* [Docket No. 929655] (the "Motion"), with the United

States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware

19801.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Motion

was the proposed *Order Approving Settlement Agreement Resolving State of Montana's Claim*

*for Operating Unit 3 of the Libby Asbestos Superfund Site* (the "Proposed Order").  Certain pages

of the *Settlement Agreement* (the "Settlement Agreement") which was attached to the Proposed

Order as an exhibit were inadvertently omitted from the filing.  Attached hereto as Exhibit 1 is a

complete copy of the Settlement Agreement with attachments.

Dated:  February 2, 2023

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
Telephone: (312) 480-1984

---

[1]    W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

and

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtor

2